BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

_____        _____(Seal)
                                        Elvin Valenzuela           -Borrower


_____        _____(Seal)
                                        Phyllis Valenzuela         -Borrower


_____(Seal)     _____(Seal)
                     -Borrower                                     -Borrower


_____(Seal)     _____(Seal)
                     -Borrower                                     -Borrower


_____(Seal)     _____(Seal)
                     -Borrower                                     -Borrower


DOC #:324554
-6A(CA) (0005).01                    Page 14 of 15              Form 3005  1/01

OBC 03404

State of California
County of Tulare                                          } ss.

On                              before me,
                                                                    personally appeared

Elvin Valenzuela and Phyllis Valenzuela

                                                        , personally known to me
(or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to
the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of
which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____(Seal)

DOC #:324555

-6A(CA) (0005).01                    Page 15 of 15        Initials: _____        Form 3005  1/01

## ADDENDUM C-INSURANCE COVERAGES

**INSURANCE COVERAGES:**

The following insurance coverages which are indicated must be obtained at the closing, and be reviewed by you to make certain that they are correct and in full force and effect.  The insurance coverages must be evidenced by the standard documentation used in your state. Do not close this loan if you are not certain that the following insurance coverages are correct, are in full force and effect, and properly protect the Lender.

    **__X___ TITLE INSURANCE.** A standard ALTA title insurance policy with all necessary endorsements (i.e. adjustable rate, environmental lien, easement, encroachment, address, etc.), and without deletions must be obtained at closing.  Any deviation from the standard ALTA policy is unacceptable.  No exceptions from coverage, unusual conditions for coverage, etc. are allowed without the express WRITTEN consent of American Home Mortgage Acceptance, Inc..  The title policy must insure that American Home Mortgage Acceptance, Inc. has a valid first lien on the subject property. A title insurance binder dated no more than 30 days prior to closing must be obtained at the closing deleting all exceptions and mortgages. All taxes, bonds, and assessments coming due on or before the due date of the first monthly payment must be paid at closing and are not included in the escrow account being established by American Home Mortgage Acceptance, Inc..  Title insurance must be for no more or less than the amount of the mortgage. **The insured on the title policy must read:**

**American Home Mortgage Acceptance, Inc., its successors and assigns as their interest may appear.**

    **ALTA POLICY** must contain Endorsements ████████████th liability in the amount of our loan.
    **LIABILITY SUBJECT ONLY TO:** ████████
    Funds may be used for account of the vestees, and you will record all insturments when you comply with the following:
    1.  Issue said form of Policy showing title vested as required herein.
    2.  Issue said form of Policy free from encumbrances except items 1,2 pc 3-5ok 6-7 out of preliminary Title Report dated April 22, 2005
    Secondary financing in the amount of $0.00 has been approved.
    **FHA OR VA : BUYER CANNOT BE CHARGED FOR ANY ENDORSEMENTS TO ALTA POLICIES.**

    **__X___ HAZARD INSURANCE.** Hazard Insurance must be evidenced by an insurance policy (in New York, a binder is acceptable) from and insurance company with a Bests rating of "B+" or better, and a paid receipt.  For purchase transactions, a new policy effective for one year from the date of the closing with a paid receipt for the entire premium must be provided at closing by the borrower.  Insurance must be for full replacement value or for $0.00 , with a deductible of not more than $1,000.00. The policy must include a standard loss payee clause naming American Home Mortgage Acceptance, Inc., its successors and assigns as their interest may appear, PO Box 100504, Florence, SC 29501-0504.

Doc #880023 (11/2000)

Addendum D

# CORRESPONDENT/BROKER FEES

As the settlement agent, you are responsible for collecting from the borrower, all amounts due the correspondent / broker at the time of closing. The fees due are set forth below and on the Hud-1 statement. **These fees have not been deducted from the amount funded.**

The total amount due the correspondent must be deducted from the amount disclosed and a check issued by you for that amount, or you may collect certified funds for the amount due from the borrower.

In addition to the amounts due the correspondent /broker from the borrower, lender has included in the amount funded a servicing release premium in the amount of ███████ which is reflected on the Hud-1 as a P.O.C. item from the lender to the correspondent.

Please issue a check for the premium payable to the correspondent/broker and forward same along with the amount due from the borrower ████████ directly to the correspondent at the address set forth below.

Correspondent / Broker Address:

    CENTRAL VALLEY MORTGAGE INC.
    1830 S. MOONEY BLVD, SUITE 100
    VISALIA CA 93277

| HUD # | DESCRIPTION | POC | BAMT | SAMT | OAMT |
|---|---|---|---|---|---|
| 816 | Broker Application Fee<br>to CENTRAL VALLEY MORTGAGE INC. | | | | |
| 817 | Broker Credit Report Fee | | | | |
| 818 | Broker Appraisal | | ████ | | |
| 819 | Broker Courier Fee | | | | |
| 820 | Broker Fee<br>to CENTRAL VALLEY MORTGAGE INC. | | ████ | | |
| 821 | Broker Origination<br>to CENTRAL VALLEY MORTGAGE INC. | | | | |
| 822 | Broker Discount<br>to CENTRAL VALLEY MORTGAGE INC. | | | | |
| 823 | Broker Processing<br>to CENTRAL VALLEY MORTGAGE INC. | | | | |
| 824 | Broker Other 4<br>to CENTRAL VALLEY MORTGAGE INC. | | | | |

OBC 03407

## ADDENDUM E

## POWER OF ATTORNEY INSTRUCTIONS

POWER OF ATTORNEY DOCUMENT EXECUTION INSTRUCTIONS

If this loan will close using a Power of Attorney, the Agent or Attorney in Fact must execute all of the loan documents on behalf of the Principal as follows:

1. The Agent or Attorney in Fact must sign the Principals name on the signature line above the Principal's name and next to that signature print the words "by his/her attorney in fact" then sign his/her own name (the attorney in facts name).

EXAMPLE

Jane Doe gives John Doe a Power of Attorney, all loan documents would be signed as follows:

(Jane Doe's signature) by (John Doe signature) her attorney in fact.

2. A photocopy of the executed power of attorney must be returned to the lender with the loan documents.

Doc # 942728/ Image: posins.prn App



OBC 03409

## DEFINITION OF TRUTH-IN-LENDING TERMS

### ANNUAL PERCENTAGE RATE

This is not the Note rate for which the borrower applied. The Annual Percentage Rate (APR) is the cost of the loan in percentage terms taking into account various loan charges of which interest is only one such charge. Other charges which are used in calculation of the Annual Percentage Rate are Private Mortgage Insurance or FHA Mortgage Insurance Premium (when applicable) and Prepaid Finance Charges (loan discount, origination fees, prepaid interest and other credit costs). The APR is calculated by spreading these charges over the life of the loan which results in a rate higher than the interest rate shown on your Mortgage/Deed of Trust Note. If interest was the only Finance Charge, then the interest rate and the Annual Percentage Rate would be the same.

### PREPAID FINANCE CHARGES

Prepaid Finance Charges are certain charges made in connection with the loan and which must be paid upon the close of the loan. These charges are defined by the Federal Reserve Board in Regulation Z and the charges must be paid by the borrower. Non-Inclusive examples of such charges are: Loan origination fee, "Points" or Discount, Private Mortgage Insurance or FHA Mortgage Insurance, Tax Service Fee. Some loan charges are specifically excluded from the Prepaid Finance Charge such as appraisal fees and credit report fees.

Prepaid Finance Charges are totaled and then subtracted from the Loan Amount (the face amount of the Deed of Trust/Mortgage Note). The net figure is the Amount Financed as explained below.

### FINANCE CHARGE

The amount of interest, prepaid finance charge and certain insurance premiums (if any) which the borrower will be expected to pay over the life of the loan.

### AMOUNT FINANCED

The Amount Financed is the loan amount applied for less the prepaid finance charges. Prepaid finance charges can be found on the Good Faith Estimate/Settlement Statement (HUD-1 or 1A). For example if the borrower's note is for $100,000 and the Prepaid Finance Charges total $5,000, the Amount Financed would be $95,000. The Amount Financed is the figure on which the Annual Percentage Rate is based.

### TOTAL OF PAYMENTS

This figure represents the total of all payments made toward principal, interest and mortgage insurance (if applicable) over the life of the loan.

### PAYMENT SCHEDULE

The dollar figures in the Payment Schedule represent principal, interest, plus Private Mortgage Insurance (if applicable) over the life of the loan. These figures will not reflect taxes and insurance escrows or any temporary buydown payments contributed by the seller.

| Form **4506-T**<br>(January 2004)<br><br>Department of the Treasury<br>Internal Revenue Service | **Request for Transcript of Tax Return**<br><br>▶ Do not sign this form unless all applicable parts have been completed.<br>**Read the instructions on page 2.**<br>▶ Request may be rejected if the form is incomplete, illegible, or any required<br>part was blank at the time of signature. | OMB No. 1545-1872 |
|---|---|---|

> **TIP:** Use new Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can also call 1-800-829-1040 to order a transcript. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a  Name shown on tax return. If a joint return, enter the name shown first.<br>   Elvin Valenzuela | 1b  First social security number on tax return or<br>     employer identification number (see instructions) |
|---|---|
| 2a  If a joint return, enter spouse's name shown on tax return | 2b  Second social security number if joint tax return |

**3**  Current name, address (including apt., room, or suite no.), city, state, and ZIP code
   Elvin Valenzuela

**4**  Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

**5**  If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

**CAUTION:** *Lines 6 and 7 must be completed if the third party requires you to complete Form 4506-T. Do not sign Form 4506-T if the third party requests that you sign Form 4506-T and lines 6 and 7 are blank.*

**6**  Product requested. Most requests will be processed within 10 business days. If the product requested relates to information from a return filed more than 4 years ago, it may take up to 30 days. Enter the return number here and check the box below.  ▶ _____

**a**  Return Transcript, which includes most of the line items of a tax return as filed with the IRS. Transcripts are generally available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years . . . . . . . . . . . . . . . . ☐

**b**  Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns . . . . . . . . . . . . . . . ☐

**c**  Record of Account, which is a combination of line item information and later adjustments to the account. Available for current year and 3 prior tax years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**d**  Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year . . . . . . . . . . . . . . . . ☐

**e**  Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2003, filed in 2004, will not be available from the IRS until 2005. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213 . . . . . . . . . . . . . . . . . . . . . ☐

**CAUTION:** *If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.*

**7**  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T.

   ___/___/___        ___/___/___        ___/___/___        ___/___/___

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer.

|  |  |  | Telephone number of taxpayer on line 1a or 2a<br>(      ) |
|---|---|---|---|
| **Sign<br>Here** | ▶ Signature (see instructions) | Date |  |
|  | ▶ This (if line 1a above is a corporation, partnership, estate, or trust) |  |  |
|  | ▶ Spouse's signature | Date |  |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 37667N          Form **4506-T** (1-2004)

Doc # 943067/ Image: 4506Tf1.prn App# 0000898255

OBC 03411

Form 4506-T (1-2004)                                                                                                 Page **2**

## A Change To Note

• New Form 4506-T, Request for Transcript of Tax Return, is used to request tax return transcripts, tax account transcripts, W-2 information, 1099 information, verification of non-filing, and a record of account. Form 4506, Request for Copy of Tax Return, is now used only to request copies of tax returns.

## Instructions

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate a third party to receive the information. See line 5.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series) and one for all other transcripts.

**Note:** If you are requesting more than one transcript or other product and the chart below shows two different service centers, mail your request to the service center based on the address of your most recent return.

## Chart for individual transcripts (Form 1040 series)

| If you lived in and filed an individual return: | Mail or fax to the Internal Revenue Service at: |
|---|---|
| Maine, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team 310 Lowell St. Stop 679 Andover, MA 01810 978-691-6859 |
| Alabama, Florida, Georgia, Mississippi, North Carolina, South Carolina, West Virginia, Rhode Island | RAIVS Team 4800 Buford Hwy. Stop 91 Chamblee, GA 30341 678-530-5326 |
| Arkansas, Colorado, Kentucky, Louisiana, New Mexico, Oklahoma, Tennessee, Texas | RAIVS Team 3651 South Interregional Hwy. Stop 6716 Austin, TX 78741 512-460-2272 |
| Alaska, Arizona, California, Hawaii, Idaho, Montana, Nevada, Oregon, Utah, Washington, Wyoming | RAIVS Team Stop 38101 Fresno, CA 93888 559-253-4992 |
| Delaware, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, South Dakota, Wisconsin | RAIVS Team Stop 841-6100 Kansas City, MO 64999 816-823-7667 |
| Ohio, Virginia | RAIVS Team 5333 Getwell Rd. Stop 2826 Memphis, TN 38118 901-546-4175 |

| | |
|---|---|
| Connecticut, District of Columbia, Maryland, New Jersey, Pennsylvania, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team DP SE 135 Philadelphia, PA 19255-0695 215-516-2931 |

## Chart for all other transcripts

| If you lived in: | Mail to the Internal Revenue Service at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming | RAIVS Team Mail Stop 6734 Ogden, UT 84201 801-620-6922 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800F Cincinnati, OH 45250 859-669-3592 |

**Line 1b.** Enter your employer identification number if your request relates to a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 60 days of the date signed by the taxpayer or it will be rejected.

*Individuals.* Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

*Documentation.* For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to Federal and state agencies to enforce Federal nontax criminal laws and to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 11 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to the Tax Products Coordinating Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. Do not send the form to this address. Instead, see Where to file on this page.

♻ Printed on recycled paper

Doc # 943068/ Image: 4506Tf2.prn App# 0000898255

OBC 03412

| Form **4506-T** (January 2004) | **Request for Transcript of Tax Return** ▶ Do not sign this form unless all applicable parts have been completed. Read the instructions on page 2. ▶ Request may be rejected if the form is incomplete, illegible, or any required part was blank at the time of signature. | OMB No. 1545-1872 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | |

TIP: Use new Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can also call 1-800-829-1040 to order a transcript. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a  Name shown on tax return. If a joint return, enter the name shown first. <br>     Phyllis Valenzuela | 1b  First social security number on tax return or employer identification number (see instructions) |
|---|---|
| 2a  If a joint return, enter spouse's name shown on tax return | 2b  Second social security number if joint tax return |

**3**  Current name, address (including apt., room, or suite no.), city, state, and ZIP code
    Phyllis Valenzuela

**4**  Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

**5**  If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

CAUTION: *Lines 6 and 7 must be completed if the third party requires you to complete Form 4506-T. Do not sign Form 4506-T if the third party requests that you sign Form 4506-T and lines 6 and 7 are blank.*

**6**  Product requested. Most requests will be processed within 10 business days. If the product requested relates to information from a return filed more than 4 years ago, it may take up to 30 days. Enter the return number here and check the box below. ▶ _____

**a**  Return Transcript, which includes most of the line items of a tax return as filed with the IRS. Transcripts are generally available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years . . . . . . . . . . . . . . ☐

**b**  Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns . . . . . . . . . . . . . ☐

**c**  Record of Account, which is a combination of line item information and later adjustments to the account. Available for current year and 3 prior tax years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**d**  Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year . . . . . . . . . . . . . ☐

**e**  Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2003, filed in 2004, will not be available from the IRS until 2005. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213 . . . . . . . . . . . . . . . . . . . ☐

CAUTION: *If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.*

**7**  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T.

     _____ / _____ / _____     _____ / _____ / _____     _____ / _____ / _____     _____ / _____ / _____

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer.

|  | | | Telephone number of taxpayer on line 1a or 2a ( ) |
|---|---|---|---|
| **Sign Here** | ▶ Signature (see instructions) | Date | |
| | ▶ Title (if line 1a above is a corporation, partnership, estate, or trust) | | |
| | ▶ Spouse's signature | Date | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 37667N          Form **4506-T** (1-2004)

Doc # 943067/ Image: 4506Tf1.prn App# 0000898255

Form 4506-T (1-2004)

## A Change To Note

• New Form 4506-T, Request for Transcript of Tax Return, is used to request tax return transcripts, tax account transcripts, W-2 information, 1099 information, verification of non-filing, and a record of account. Form 4506, Request for Copy of Tax Return, is now used only to request copies of tax returns.

## Instructions

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate a third party to receive the information. See line 5.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series) and one for all other transcripts.

**Note:** *If you are requesting more than one transcript or other product and the chart below shows two different service centers, mail your request to the service center based on the address of your most recent return.*

### Chart for individual transcripts (Form 1040 series)

| If you lived in and filed an individual return: | Mail or fax to the Internal Revenue Service at: |
|---|---|
| Maine, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team 310 Lowell St. Stop 679 Andover, MA 01810 978-691-6859 |
| Alabama, Florida, Georgia, Mississippi, North Carolina, South Carolina, West Virginia, Rhode Island | RAIVS Team 4800 Buford Hwy. Stop 91 Chamblee, GA 30341 678-530-5326 |
| Arkansas, Colorado, Kentucky, Louisiana, New Mexico, Oklahoma, Tennessee, Texas | RAIVS Team 3651 South Interregional Hwy. Stop 6716 Austin, TX 78741 512-460-2272 |
| Alaska, Arizona, California, Hawaii, Idaho, Montana, Nevada, Oregon, Utah, Washington, Wyoming | RAIVS Team Stop 38101 Fresno, CA 93888 559-253-4992 |
| Delaware, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, South Dakota, Wisconsin | RAIVS Team Stop 841-6700 Kansas City, MO 64999 816-823-7667 |
| Ohio, Virginia | RAIVS Team 5333 Getwell Rd. Stop 2826 Memphis, TN 38118 901-546-4175 |

---

| Connecticut, District of Columbia, Maryland, New Jersey, Pennsylvania, a foreign country, or a A.P.O. or F.P.O. address | RAIVS Team DP SE 135 Philadelphia, PA 19255-0695 215-516-2931 |
|---|---|

### Chart for all other transcripts

| If you lived in: | Mail to the Internal Revenue Service at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming | RAIVS Team Mail Stop 6734 Ogden, UT 84201 801-620-6922 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800F Cincinnati, OH 45250 859-669-3592 |

**Line 1b.** Enter your employer identification number if your request relates to a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 60 days of the date signed by the taxpayer or it will be rejected.

*Individuals.* Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require us to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to Federal and state agencies to enforce Federal nontax criminal laws and to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 11 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to the Tax Products Coordinating Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. Do not send the form to this address. Instead, see Where to file on this page.

Printed on recycled paper

Doc # 943068/ Image: 4506Tf2.prn App# 0000898255

**LENDER:** American Home Mortgage Acceptance, Inc.

**LOAN AMOUNT:** ███████

**BORROWER(S):**                                            **PROPERTY ADDRESS:**
Elvin Valenzuela
Phyllis Valenzuela                                          ███████████████

## COMPLIANCE AGREEMENT

In consideration of the mortgage loan ("the loan") made by the Lender to the undersigned and to induce the Lender to make the Loan, the undersigned Borrower(s), do(es) hereby represent, covenant, and agree as follows:

Upon request of the Lender or closing agent for Lender, or Lender's successors or assigns, the undersigned Borrower(s) will re-execute any document or instrument signed in connection with the Loan, or will execute any document or instrument that should have been signed at or before the closing of the Loan, or which was incorrectly drafted and/or incorrectly signed, and agree to fully cooperate in the adjustment or correction of clerical errors and in the execution or correction of any and all loan closing documentation deemed necessary or desirable in the reasonable discretion of the Lender to sell, convey, guaranty or market the Loan to any entity, including but not limited to, an investor, the Federal National Mortgage Association (FNMA), the Government National Mortgage Association (GNMA), the Federal Home Loan Mortgage Corporation (FHLMC), the Department of Housing and Urban Development, the Veterans Administration, or any Municipal Bonding Authority.

Failure or refusal of Borrower(s) to execute the required additional documents, or to correct those already executed within ten (10) days of Lenders request to do so, shall constitute a default under the terms of the loan documents and shall give Lender the option of declaring all sums secured by the loan documents immediately due and payable.

DATED:

_____
Elvin Valenzuela

_____
Phyllis Valenzuela

                                            Sworn to before me this

                                            _____
                                            Notary Public

Document No. 960001/Form Name ah100101/(9/97)

OBC 03415

## CALIFORNIA
### Insurance Disclosure

**Loan Number**
██████████

**Borrower**
Elvin Valenzuela
Phyllis Valenzuela

**Property Address**
████████████████████████

California Civil Code Section 2955.5(a) states:

"No lender shall require a borrower, as a condition of receiving or maintaining a loan secured by real property, to provide hazard insurance coverage against risks to the improvements on that real property in an amount exceeding the replacement value of the improvements on the property."

Your acknowledgment below signifies that this written notice was provided to you pursuant to the state statute.

| Elvin Valenzuela | Date | Phyllis Valenzuela | Date |
|---|---|---|---|
| | Date | | Date |
| | Date | | Date |
| | Date | | Date |

-1039(CA) (0008)   DOC #:329491         VMP MORTGAGE FORMS - (800)521-7291             1/00
                   UM31 0001

| Form **W-9** (Rev. January 2002) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | **Give form to the requester. Do not send to the IRS.** |
|---|---|---|

**Name**
Elvin Valenzuela

**Business name, if different from above**

**Check appropriate box:** [X] Individual/Sole proprietor [ ] Corporation [ ] Partnership [ ] Other ▶ ___    [ ] Exempt from backup withholding

**Address (number, street, and apt. or suite no.)**
███████████████

**City, state, and ZIP code**
███████████████

**Requester's name and address (optional)**
American Home Mortgage Acceptance, Inc.
538 Broadhollow Road
Melville, NY  11747

**List account number(s) here (optional)**

*Print or type. See Specific Instructions on page 2.*

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 2.

Note: *If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.*

**Social security number**
██████████    or

**Employer identification number**

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

**Sign Here** | **Signature of U.S. person** ▶ | **Date** ▶

## Purpose of Form

A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

If you are a foreign person, use the appropriate Form W-8. See Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

Note: *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 30% of such payments after December 31, 2001 (29% after December 31, 2003). This is called "backup withholding."

Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester, or
2. You do not certify your TIN when required (see the Part II instructions on page 2 for details), or
3. The IRS tells the requester that you furnished an incorrect TIN, or
4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or
5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions on page 2 and the separate Instructions for the Requester of Form W-9.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

███-9030 (0202)(0)    Form **W-9** (Rev. 1-2002)    DOC #: 65701 ████████
VMP MORTGAGE FORMS - (800)521-7291
Page 1 of 2
W851 0202.01

Form W-9 (Rev. 1-2003)

## Specific Instructions

**Name.** If you are an individual, you must generally enter the name shown on your social security card. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first and then circle the name of the person or entity whose number you enter in Part 1 of the form.

**Sole proprietor .** Enter your individual name as shown on your social security card on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

**Limited liability company (LLC).** If you are a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Treasury regulations section 301.7701-3, enter the owner's name on the "Name" line . Enter the LLC's name on the "Business name" line.

**Other entities .** Enter your business name as shown on required Federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Exempt from backup withholding.** If you are exempt, enter your name as described above, then check the "Exempt from backup withholding" box in the line following the business name, sign and date the form.

Individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends. For more information on exempt payees, see the Instructions for the Requester of Form W-9.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

*Note: If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding .*

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box .

If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are an LLC that is disregarded as an entity separate from its owner (see *Limited liability company (LLC)* above), and are owned by an individual, enter your SSN (or "pre-LLC" EIN, if desired). If the owner of a disregarded LLC is a corporation, partnership, etc., enter the owner's EIN.

*Note: See the chart on this page for further clarification of name and TIN combinations.*

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office. Get Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can get Forms W-7 and SS-4 from the IRS by calling 1-800-TAX-FORM (1-800-829-3676) or from the IRS Web Site at www.irs.gov.

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

*Note: Writing "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.*

*Caution: A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

## Part II - Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 3, and 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). Exempt recipients, see *Exempt from backup withholding* above.

**Signature requirements.** Complete the certification as indicated in 1 through 5 below.

1. **Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

2. **Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

3. **Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

4. **Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

5. **Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA or Archer MSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to give your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA or Archer MSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia to carry out their tax laws.

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold 30% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship | The owner [3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Sole proprietorship | The owner [3] |
| 7. A valid trust, estate, or pension trust | Legal entity [4] |
| 8. Corporate | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name, but you may also enter your business or "DBA" name. You may use either your SSN or EIN (if you have one).

[4] List first and circle the name of the legal trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.)

*Note: If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.*

| Form **W-9** (Rev. January 2002) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |

**Name**
Phyllis Valenzuela

**Business name, if different from above**

**Check appropriate box:** [X] Individual/Sole proprietor  [ ] Corporation  [ ] Partnership  [ ] Other ▶  [ ] Exempt from backup withholding

**Address (number, street, and apt. or suite no.)**

**Requester's name and address (optional)**
American Home Mortgage Acceptance, Inc.
538 Broadhollow Road
Melville, NY  11747

**List account number(s) here (optional)**

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 2.

**Social security number**

Note: *If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.*

**Employer identification number**

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

**Sign Here**  Signature of U.S. person ▶  Date ▶

**Purpose of Form**

A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

If you are a foreign person, use the appropriate Form W-8. See Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

Note: *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

What is backup withholding? Persons making certain payments to you must under certain conditions withhold and pay to the IRS 30% of such payments after December 31, 2001 (29% after December 31, 2003). This is called "backup withholding."

Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or
2. You do not certify your TIN when required (see the Part II instructions on page 2 for details), or
3. The IRS tells the requester that you furnished an incorrect TIN, or
4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or
5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions on page 2 and the separate Instructions for the Requester of Form W-9.

**Penalties**

Failure to furnish TIN. If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

Civil penalty for false information with respect to withholding. If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

Criminal penalty for falsifying information. Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

Misuse of TINs. If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Cat. No. 10231X    Form **W-9** (Rev. 1-2002)
VMP MORTGAGE FORMS - (800)521-7291    DOC #:65701

Page 1 of 2
UH51 0202.01

Form W-9 (Rev. 1-2002)

## Specific Instructions

**Name.** If you are an individual, you must generally enter the name shown on your social security card. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first and then circle the name of the person or entity whose number you enter in Part 1 of the form.

**Sole proprietor** . Enter your individual name as shown on your social security card on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

**Limited liability company (LLC).** If you are a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Treasury regulations section 301.7701-3, enter the owner's name on the "Name" line. Enter the LLC's name on the "Business name" line.

**Other entities** . Enter your business name as shown on required Federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Exempt from backup withholding.** If you are exempt, enter your name as described above, then check the "Exempt from backup withholding" box in the line following the business name, sign and date the form.

**Individuals** (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends. For more information on exempt payees, see the Instructions for the Requester of Form W-9.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**Note:** *If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding* .

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box .

If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are an LLC that is disregarded as an entity separate from its owner (see *Limited liability company* (LLC) above), and are owned by an individual, enter your SSN (or "pre-LLC" EIN, if desired). If the owner of a disregarded LLC is a corporation, partnership, etc., enter the owner's EIN.

**Note:** *See the chart on this page for further clarification of name and TIN combinations.*

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office. Get Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can get Forms W-7 and SS-4 from the IRS by calling 1-800-TAX-FORM (1-800-829-3676) or from the IRS Web Site at www.irs.gov.

SMRH-9030 (00305).01    DOC #: 65702    Page 2 of 2

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** *Writing "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.*

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

## Part II — Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 3, and 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part 1 should sign (when required). Exempt recipients, see *Exempt from backup withholding* above.

**Signature requirements.** Complete the certification as indicated in 1 through 5 below.

1. **Interest, dividend, and barter exchange accounts** opened before 1984 and broker accounts considered active during 1983. You must give your correct TIN, but you do not have to sign the certification.

2. **Interest, dividend, broker, and barter exchange accounts** opened after 1983 and broker accounts considered inactive during 1983. You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

3. **Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

4. **Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

5. **Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA or Archer MSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to give your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA or Archer MSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia to carry out their tax laws.

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold 30% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [2] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
|    b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship | The owner [3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Sole proprietorship | The owner [3] |
| 7. A valid trust, estate, or pension trust | Legal entity [4] |
| 8. Corporate | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name, but you may also enter your business or "DBA" name. You may use either your SSN or EIN (if you have one).

[4] List first and circle the name of the legal trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.)

**Note:** *If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.*

OBC 03420

# SIGNATURE/NAME AFFIDAVIT

**DATE:**    June 23, 2005

**LOAN #:**    ████████████

**BORROWER:**    Elvin Valenzuela & Phyllis Valenzuela

THIS IS TO CERTIFY THAT MY LEGAL SIGNATURE IS AS WRITTEN AND TYPED BELOW.
(This signature must exactly match signatures on the Note and Mortgage or Deed of Trust.)

| | |
|---|---|
| Elvin Valenzuela | |
| (Print or Type Name) | Signature |
| Phyllis Valenzuela | |
| (Print or Type Name) | Signature |
| | |
| (Print or Type Name) | Signature |
| | |
| (Print or Type Name) | Signature |

(If applicable, complete the following.)

I AM ALSO KNOWN AS:

| | |
|---|---|
| | |
| (Print or Type Name) | Signature |
| | |
| (Print or Type Name) | Signature |
| | |
| (Print or Type Name) | Signature |
| | |
| (Print or Type Name) | Signature |

and that                                                                                       are one
and the same person.

Subscribed and sworn (affirmed) before me
this            day of            ,          .

_____
Notary Public in and for

the State of
County of

My Commission Expires:

@-304 (9201)          VMP MORTGAGE FORMS - (313)293-8100 - (800)521-7291          1/91

Doc #: 062701

# Borrower's Certification & Authorization

## Certification

J

The undersigned certify the following:

1. I/We have applied for a mortgage loan from      American Home Mortgage Acceptance, Inc.
   *(lender)* . In applying for the loan, I/we completed a loan application containing various information on the purpose of the loan, the amount and source of the down payment, employment and income information, and assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/we omit any pertinent information.

2. I/We understand and agree that      American Home Mortgage Acceptance, Inc.
   *(lender)* reserves the right to change the mortgage loan review process to a full documentation program. This may include verifying the information provided on the application with the employer and/or the financial institution.

3. I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

## Authorization to Release Information

To Whom It May Concern:

1. I/We have applied for a mortgage loan from      American Home Mortgage Acceptance, Inc.
   *(lender)* . As part of the application process, American Home Mortgage Acceptance, Inc.      *(lender)* may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.

2. I/We authorize you to provide to      American Home Mortgage Acceptance, Inc.
   *(lender)* , and to any investor to whom American Home Mortgage Acceptance, Inc.      *(lender)* may sell my/our mortgage, any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market, and similar account balances; credit history; and copies of income tax returns.

3. American Home Mortgage Acceptance, Inc.
   *(lender)* or any investor that purchases the mortgage may address this authorization to any party named in the loan application.

4. A copy of this authorization may be accepted as an original.

5. Your prompt reply to      American Home Mortgage Acceptance, Inc.
   *(lender)* or the investor that purchased the mortgage is appreciated.

**NOTICE TO BORROWERS:**   This is notice to you as required by the Right to Financial Privacy Act of 1978 that HUD/FHA has a right of access to financial records held by financial institutions in connection with the consideration or administration of assistance to you. Financial records involving your transaction will be available to HUD/FHA without further notice or authorization but will not be disclosed or released by this institution to another Government Agency or Department without your consent except as required or permitted by law.

Date: _____

_____        _____        ▮▮▮▮▮▮▮▮▮▮
Elvin Valenzuela                        (Borrower's Signature)          (Social Security Number)

_____        _____        ▮▮▮▮▮▮▮▮▮▮
Phyllis Valenzuela                      (Borrower's Signature)          (Social Security Number)

~—-50 (9210)                            VMP MORTGAGE FORMS - (313)293-8100 - (800)521-7291                    10/92

DOC #:065401    Image:1050

# OCCUPANCY  AGREEMENT

DATE:    June 23, 2005
BORROWER:    Elvin Valenzuela
            Phyllis Valenzuela

LOAN #:    ███████████
PROPERTY ADDRESS:    ███████████████████

The undersigned Borrower(s) of the above captioned property understand that one of the conditions of the loan is that Borrower(s) occupy the subject property and Borrower(s) do hereby certify as follows:

1. Borrower intends to occupy the property as Borrower's primary residence.

2. Borrower intends to occupy the property during the 12 month period immediately following the loan closing as the primary residence of the Borrower (i.e., the property will be "owner occupied").

3. If Borrower's intention changes prior to the loan closing, Borrower agrees to notify Lender immediately of that fact.

4. Borrower understands that Lender may not make the loan in connection with subject property without this Occupancy Agreement.

5. Borrower acknowledges Lender has relied upon the Borrower's representation of occupancy in securing said loan, the interest rate or funding said loan.

THE UNDERSIGNED BORROWER(S) ACKNOWLEDGES AND AGREES THAT:

1. ANY MISREPRESENTATION OF OCCUPANCY BY BORROWER(S);

2. BORROWER(S) FAILURE TO OCCUPY THE PROPERTY AS THE PRIMARY RESIDENCE (I.e. OWNER-OCCUPIED) DURING THE 12 MONTH PERIOD FOLLOWING THE LOAN CLOSING;

SHALL CONSTITUTE A DEFAULT UNDER THE NOTE AND SECURITY INSTRUMENT EXECUTED IN CONNECTION WITH SAID LOAN AND, UPON THE OCCURRENCE OF SAID DEFAULT, THE WHOLE SUM OF PRINCIPAL AND INTEREST PAYABLE PURSUANT TO SAID NOTE PLUS COSTS AND FEES SHALL BECOME IMMEDIATELY DUE AT THE OPTION OF THE HOLDER THEREOF AND/OR LENDER MAY ADJUST THE INTEREST RATE TO BE EQUIVALENT TO THAT OF A NON-OWNER OCCUPIED LOAN.

Borrower(s) understand that it is a Federal Crime punishable by fine or imprisonment or both to knowingly make any false statement concerning any of the above facts, as applicable under the provisions of Title 18 U.S.C., Sec. 1014.

I declare that the foregoing Agreement is true and correct and agree to said terms of Agreement allowing Lender discretion to call loan due and/or adjust the interest rate based upon any misrepresentation of occupancy.

| Borrower Elvin Valenzuela | Date | Borrower Phyllis Valenzuela | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

-599  (9008).03             VMP MORTGAGE FORMS - (313)293-8100 - (800)521-7291                    8/90

OBC 03423

**NOTICE TO CUSTOMERS REQUIRED BY FEDERAL LAW FEDERAL RESERVE REGULATION Z**
**NOTICE OF RIGHT TO RESCIND (GENERAL)**

**NOTICE OF RIGHT TO CANCEL**

_____Conventional_____    ACCOUNT NO.    ██████████
(Identification of Transaction)

**1. Your Right to Cancel**

> You are entering into a transaction that will result in a (mortgage/lien/security interest) (on/in) your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:
>
> (1)    The date of the transaction, which is                                        ; or
> (2)    The date you received your Truth in Lending disclosures; or
> (3)    The date you received this notice of your right to cancel.
>
> If you cancel the transaction, the (mortgage/lien/security interest) is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the (mortgage/lien/security interest) (on/in) your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
>
> You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**2. How to Cancel**

> If you decide to cancel this transaction, you may do so by notifying us in writing, at:
> American Home Mortgage
> 520 Broadhollow Road
> Melville, NY 11747 Attn. Mail Stop 800
>
> You may use any written statement that is signed and dated by you and states your intention to cancel, and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.
>
> If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of
>                     (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
> **I WISH TO CANCEL**
>
> _____
> SIGNATURE                                                      DATE

The undersigned each acknowledge receipt of two copies of NOTICE of <u>RIGHT TO CANCEL and one copy</u> of the Federal-Truth-in-Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_____      _____
BORROWER/OWNER   Elvin Valenzuela        DATE        BORROWER/OWNER                          DATE

_____      _____
BORROWER/OWNER                          DATE        BORROWER/OWNER                          DATE

DOC #:942349
-68 (9712)    0631 9712.02        12/97
VMP MORTGAGE FORMS - (800)521-7291

OBC 03424

NOTICE TO CUSTOMERS REQUIRED BY FEDERAL LAW FEDERAL RESERVE REGULATION Z
NOTICE OF RIGHT TO RESCIND (GENERAL)

### NOTICE OF RIGHT TO CANCEL

_____Conventional_____    ACCOUNT NO. __███████████__
(Identification of Transaction)

**1. Your Right to Cancel**

> You are entering into a transaction that will result in a (mortgage/lien/security interest) (on/in) your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:
>
> (1) The date of the transaction, which is                                  ; or
> (2) The date you received your Truth in Lending disclosures; or
> (3) The date you received this notice of your right to cancel.
>
> If you cancel the transaction, the (mortgage/lien/security interest) is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the (mortgage/lien/security interest) (on/in) your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
>
> You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**2. How to Cancel**

> If you decide to cancel this transaction, you may do so by notifying us in writing, at:
> American Home Mortgage
> 520 Broadhollow Road
> Melville, NY 11747 **Attn. Mail Stop 800**
>
> You may use any written statement that is signed and dated by you and states your intention to cancel, and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.
>
> If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of                    (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
> **I WISH TO CANCEL**
>
> _____            _____
> SIGNATURE                                                                        DATE

The undersigned each acknowledge receipt of two copies of NOTICE of <u>RIGHT TO CANCEL</u> and one copy of the Federal-Truth-in-Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

| | | | |
|---|---|---|---|
| BORROWER/OWNER   Elvin Valenzuela | DATE | BORROWER/OWNER | DATE |
| BORROWER/OWNER | DATE | BORROWER/OWNER | DATE |

DOC #:942349
^ -68 (9712)    UM31 9712.02    ████████
VMP MORTGAGE FORMS - (800)521-7291

### NOTICE TO CUSTOMERS REQUIRED BY FEDERAL LAW FEDERAL RESERVE REGULATION Z
### NOTICE OF RIGHT TO RESCIND (GENERAL)

#### NOTICE OF RIGHT TO CANCEL

Conventional _____ ACCOUNT NO. 
(Identification of Transaction)

**1. Your Right to Cancel**

You are entering into a transaction that will result in a (mortgage/lien/security interest) (on/in) your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

    (1)   The date of the transaction, which is                         ; or
    (2)   The date you received your Truth in Lending disclosures; or
    (3)   The date you received this notice of your right to cancel.

If you cancel the transaction, the (mortgage/lien/security interest) is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the (mortgage/lien/security interest) (on/in) your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**2. How to Cancel**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
    American Home Mortgage
    520 Broadhollow Road
    Melville, NY 11747 Attn. Mail Stop 800

You may use any written statement that is signed and dated by you and states your intention to cancel, and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____ (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____              _____
SIGNATURE                                                   DATE

The undersigned each acknowledge receipt of two copies of NOTICE of <u>RIGHT TO CANCEL and one copy</u> of the Federal-Truth-in-Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_____         _____
BORROWER/OWNER   Phyllis Valenzuela    DATE          BORROWER/OWNER               DATE

_____         _____
BORROWER/OWNER               DATE          BORROWER/OWNER               DATE

DOC #:942349
-68 (9712)   UN31 9712.02 
VMP MORTGAGE FORMS - (800)521-7291

NOTICE TO CUSTOMERS REQUIRED BY FEDERAL LAW FEDERAL RESERVE REGULATION Z
NOTICE OF RIGHT TO RESCIND (GENERAL)

NOTICE OF RIGHT TO CANCEL

Conventional _____    ACCOUNT NO. ___▮▮▮▮▮▮___
(Identification of Transaction)

**1. Your Right to Cancel**

> You are entering into a transaction that will result in a (mortgage/lien/security interest) (on/in) your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:
>
> (1) The date of the transaction, which is                                        ; or
> (2) The date you received your Truth in Lending disclosures; or
> (3) The date you received this notice of your right to cancel.
>
> If you cancel the transaction, the (mortgage/lien/security interest) is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the (mortgage/lien/security interest) (on/in) your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
>
> You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**2. How to Cancel**

> If you decide to cancel this transaction, you may do so by notifying us in writing, at:
> American Home Mortgage
> 520 Broadhollow Road
> Melville, NY 11747 **Attn. Mail Stop 800**
>
> You may use any written statement that is signed and dated by you and states your intention to cancel, and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.
>
> If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of
> _____ (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
> **I WISH TO CANCEL**
>
> _____          _____
> SIGNATURE                                                                          DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal-Truth-in-Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_____   _____        _____   _____
BORROWER/OWNER   Elvin Valenzuela    DATE          BORROWER/OWNER                          DATE


_____   _____        _____   _____
BORROWER/OWNER                          DATE          BORROWER/OWNER                          DATE


DOC #:942349
^~ -68  (9712)    VMP1 9712.02        ▮▮▮▮▮
VMP MORTGAGE FORMS - (800)521-7291

NOTICE TO CUSTOMERS REQUIRED BY FEDERAL LAW FEDERAL RESERVE REGULATION Z
NOTICE OF RIGHT TO RESCIND (GENERAL)

NOTICE OF RIGHT TO CANCEL

_____Conventional_____   ACCOUNT NO. ██████████
(Identification of Transaction)

**1. Your Right to Cancel**

> You are entering into a transaction that will result in a (mortgage/lien/security interest) (on/in) your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:
>
> (1)   The date of the transaction, which is                                   ; or
> (2)   The date you received your Truth in Lending disclosures; or
> (3)   The date you received this notice of your right to cancel.
>
> If you cancel the transaction, the (mortgage/lien/security interest) is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the (mortgage/lien/security interest) (on/in) your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
>
> You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**2. How to Cancel**

> If you decide to cancel this transaction, you may do so by notifying us in writing, at:
> American Home Mortgage
> 520 Broadhollow Road
> Melville, NY 11747 **Attn. Mail Stop 800**
>
> You may use any written statement that is signed and dated by you and states your intention to cancel, and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.
>
> If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of                (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
>
> **I WISH TO CANCEL**
>
> _____   _____
> SIGNATURE                                 DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal-Truth-in-Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_____   _____   _____   _____
BORROWER/OWNER  Phyllis Valenzuela  DATE     BORROWER/OWNER                     DATE

_____   _____   _____   _____
BORROWER/OWNER                     DATE     BORROWER/OWNER                     DATE

DOC #:942349
~ -68 (9712)   UR31 9712.02           12/97
   VMP MORTGAGE FORMS - (800)521-7291

OBC 03428

# TAX INFORMATION SHEET

Application Number: ▮
PROPERTY ADDRESS

BORROWER(S): Elvin Valenzuela, Phyllis Valenzuela

Tax Information:          Total annual total tax:          Last installment paid date:          Next installment due date:

County Property Taxes                    ▮                         ▮                              11/01/05

**Tax authorities - List the name and address for the taxing authority for each:**

**County Property Taxes**

Name of Collector _____     Name of Collector _____     Name of Collector _____

Address _____     Address _____     Address _____

                                                                              **Tax ID Number/Parcel #/Apn#:** ▮

Name of Collector _____     Name of Collector _____     Section: _____

Address _____     Address _____     Block: _____

                                                                              Lot:  102

**Closing Agents Certification: I certify that all taxes due within 60 days of closing will be paid by the closing agent or attorney.**

Closing Agent: _____          Date: _____

Document No. 880035/(11/00)

OBC 03429

# RESPA SERVICING DISCLOSURE

Lender: American Home Mortgage Acceptance, Inc.
1500 W. Shaw Avenue, Suite 403
Fresno, CA 93711

**NOTICE TO FIRST LIEN MORTGAGE LOAN APPLICANTS: THE RIGHT TO COLLECT YOUR MORTGAGE LOAN PAYMENTS MAY BE TRANSFERRED. FEDERAL LAW GIVES YOU CERTAIN RELATED RIGHTS. IF YOUR LOAN IS MADE, SAVE THIS STATEMENT WITH YOUR LOAN DOCUMENTS. SIGN THE ACKNOWLEDGMENT AT THE END OF THIS STATEMENT ONLY IF YOU UNDERSTAND ITS CONTENTS.**

Because you are applying for a mortgage loan covered by the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Section 2601 et seq.) you have certain rights under that Federal law.

This statement tells you about those rights. It also tells you what the chances are that the servicing for this loan may be transferred to a different loan servicer. ``Servicing'' refers to collecting your principal, interest and escrow account payments, if any. If your loan servicer changes, there are certain procedures that must be followed. This statement generally explains those procedures.

**Transfer Practices and Requirements**

If the servicing of your loan is assigned, sold, or transferred to a new servicer, you must be given written notice of that transfer. The present loan servicer must send you notice in writing of the assignment, sale or transfer of the servicing not less than 15 days before the effective date of the transfer. The new loan servicer must also send you notice within 15 days after the effective date of the transfer. The present servicer and the new servicer may combine this information in one notice, so long as the notice is sent to you 15 days before the effective date of transfer. The 15 day period is not applicable if a notice of prospective transfer is provided to you at settlement. The law allows a delay in the time (not more than 30 days after a transfer) for servicers to notify you, upon the occurrence of certain business emergencies.

Notices must contain certain information. They must contain the effective date of the transfer of the servicing of your loan to the new servicer, and the name, address, and toll-free or collect call telephone number of the new servicer, and a toll-free or collect call telephone numbers of a person or department for both your present servicer and your new servicer to answer your questions. During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

**Complaint Resolution**

Section 6 of RESPA (12 U.S.C. Section 2605) gives you certain consumer rights, *whether or not your loan servicing is transferred.* If you send a ``qualified written request'' to your servicer, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A ``qualified written request'' is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and the information regarding your request. Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, or must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request.

A Business Day is any day in which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

**Damages and Costs**

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section.

**Servicing Transfer Estimates**

1. The following is the best estimate of what will happen to the                servicing of your mortgage loan:
   [X] We may assign, sell or transfer the servicing of your loan while the loan is outstanding.   We [X] able to service your loan and we [ ] will [ ] will not [X] haven't decided whether to service your loan.

   **OR**

   [ ] We do not service mortgage loans, [ ] and we have not serviced mortgage loans in the past three years.   We [ ] presently intend to assign, sell or transfer the servicing of your mortgage loan. You will be informed about your servicer.

   [ ] We assign, sell or transfer the servicing of some of our loans while the loan is outstanding depending on the type of loan and other factors. For the program you have applied for, we expect to:
   [ ] sell all of the mortgage servicing          [ ] retain all of the mortgage servicing
   [ ] assign, sell or transfer          % of the mortgage servicing

2. For all the first lien mortgage loans that we make in the 12-month period after your mortgage loan is funded, we estimate that the percentage of mortgage loans for which we will transfer servicing is:

   _____ [0 to 25%] or [NONE]   [████████]   _____ 51 to 75%   _____ [76 to 100%] or [ALL]

   This estimate [ ] does [X] does not include assignments, sales or transfers to affiliates or subsidiaries. This is only our best estimate and it is not binding. Business conditions or other circumstances may affect our future transferring decisions.

3. [ ] We have previously assigned, sold, or transferred the servicing of federally related mortgage loans.

   **OR**

   [X] This is our record of transferring the servicing of the first lien mortgage loans we have made in the past:

   | Year | Percentage of Loans Transferred | (Rounded to nearest quartile - 0%, 25%, 50%, 75%, or 100%) |
   |------|---------------------------------|-------------------------------------------------------------|
   | ████ | ████ | |

   This information [ ] does [X] does not include assignments, sales or transfers to affiliates or subsidiaries.

June 12, 2005 _____          American Home Mortgage Acceptance, Inc.
Date                                                                Present Servicer or Lender

**ACKNOWLEDGMENT OF MORTGAGE LOAN APPLICANT**
I/We have read this disclosure form, and understand its contents, as evidenced by my/our signature(s) below. I/We understand that this acknowledgment is a required part of the mortgage loan application.

| | | |
|---|---|---|
| _____ | | _____ |
| Applicant   Elvin Valenzuela          Date | | Applicant   Phyllis Valenzuela          Date |
| _____ | | _____ |
| Applicant          Date | | Applicant          Date |

UN31 9501.03
~ -552R (9909)          [████]          VMP MORTGAGE FORMS - (800)521-7291          12/04

OBC 03430

**TAX ESCROW ACCOUNT DESIGNATION OF**
**MORTGAGE INVESTING INSTITUTION**
**TO RECEIVE TAX BILLS**

I designate the Bank or other Mortgage Investing Institution(s) listed
below, its successors and assigns to receive all tax bills for my real
property (described below) for so long as the real property tax escrow account
now being established shall remain in effect.

(1) BORROWER(S):

Elvin Valenzuela
Phyllis Valenzuela

(2) PROPERTY ADDRESS: █████████████████

(3) Section, Block, and Lot:

,  , 102

(4) Mailing Address (If different from #2 above):

(5) Signatures:

DATED:

_____

Elvin Valenzuela

_____

Phyllis Valenzuela

(6) Mortgage Investing Institution:

Document No. 960901/(9/97)

OBC 03431

## TEMPORARY MORTGAGE PAYMENT COUPONS

Application Number: ██████████

Due Date:  December 1, 2005

Amount Due:                    ██████████

Remit to:
            American Home Mortgage Servicing, Inc.
            ATT: Payment Processing
            PO Box 660029
            Dallas, TX 75266-0029
            Customer Service:    1-877-304-3100


------------------------------------------------------------------
(Cut along dotted line above)

Application Number: ██████████

Due Date:  January 1, 2006

Amount Due:                         ██████████

Remit to:
            American Home Mortgage Servicing, Inc.
            ATT: Payment Processing
            PO Box 660029
            Dallas, TX 75266-0029
            Customer Service:    1-877-304-3100


------------------------------------------------------------------
(Cut along dotted line above)
(Cut along dotted line above)

Application Number: ██████████

Due Date:  February 1, 2006

Amount Due:                         ██████████

Remit to:    American Home Mortgage Servicing, Inc.
            ATT: Payment Processing
            PO Box 660029
            Dallas, TX 75266-0029
            Customer Service:    1-877-304-3100


------------------------------------------------------------------
(Cut along dotted line above)

Application Number: ██████████
Due Date:  March 1, 2006
Amount Due:                       ██████████
Remit to:
            American Home Mortgage Servicing, Inc.
            ATT: Payment Processing
            PO Box 660029
            Dallas, TX 75266-0029
            Customer Service:    1-877-304-3100


------------------------------------------------------------------
(Cut along dotted line above)

Application Number: ██████████
Due Date:  April 1, 2006
Amount Due:                       ██████████
Remit to:
            American Home Mortgage Servicing, Inc.
            ATT: Payment Processing
            PO Box 660029
            Dallas, TX 75266-0029
            Customer Service:    1-877-304-3100


------------------------------------------------------------------
(Cut along dotted line above)

Document No. 961502/(10/00)

OBC 03432

American Home Mortgage Acceptance, Inc.
538 Broadhollow Road
Melville , NY  11747

**MONTHLY PAYMENT INFORMATION LETTER**

Application Number: █████████

**BORROWER(S):**
Elvin Valenzuela,  Phyllis Valenzuela
**PROPERTY ADDRESS:**
████████████████████

Dear Borrower(s):

We wish to congratulate you on the purchase/refinance of your residence and
sincerely hope that you will enjoy the many benefits of home ownership.

In accordance with the terms of the Note and Mortgage, your first monthly
payment is due on the 1st of every month.  Your payments should be mailed to
the Bank at the following address:

>    American Home Mortgage Servicing, Inc.
>    ATT: Payment Processing
>    PO Box 660029
>    Dallas, TX 75266-0029

During the term of your loan you may expect the amount of your monthly payment
to fluctuate because of changing requirements for taxes, insurance and
assessments.  Your payment must be received by the Bank prior to the 16th of
each month in order to avoid a late charge.  At present and until further
notice, your monthly payment is as follows:

**PRINCIPAL AND INTEREST:**    ███████████

**MONTHLY ESCROW DEPOSITS:**
Real Estate Taxes
Fire Insurance            ████████

**TOTAL MONTHLY ESCROW:**

**TOTAL MONTHLY PAYMENT:**    $ 

In case you do not receive the regular monthly coupons before your first
payment is due, kindly use one of the enclosed temporary coupons when making
that payment.  Should you have any questions regarding your payment please
contact the Customer Service Department at (877) 304-3100, please reference
your loan number, ███████████

Document No. 961101/(01/00)

OBC 03433

## CALIFORNIA PER DIEM INTEREST DISCLOSURE

Lender: American Home Mortgage Acceptance, Inc.
538 Broadhollow Road, Melville, NY 11747

Borrower(s): Elvin Valenzuela, Phyllis Valenzuela

Property Address: ███████████████

---

In this disclosure, the terms "I," "me," and "my" mean the above-named borrower(s), and the terms "you" and "your" mean the above-named Lender.

I understand and acknowledge that pursuant to applicable California law:

- You may not commence to accrue, and I will not be required to pay, per diem interest on my loan on a day that is more than one (1) day prior to recording of the mortgage or deed of trust securing repayment of my loan (the "Security Instrument").
- Notwithstanding the foregoing, I may request that you arrange for the recording of the Security Instrument on a Monday or on a day immediately following a bank holiday.
- If you agree to my request to arrange for the recording of the Security Instrument on a Monday or on a day immediately following a bank holiday:

    I.    per diem interest will commence to accrue on the business day immediately preceding the day of recording;
    II.   This may result in additional per diem interest charges that I will be required to pay; and
    III.  You must disclose to me in writing (1) the amount of additional per diem interest charge to accommodate recording on a Monday or on a day immediately following a bank holiday, and (2) that it may be possible to avoid the additional per diem charge by recording the Security Instrument on a day immediately following a business day.

My choice is indicated below:

☐    Please arrange for the recording of the Security Instrument on a day immediately following a business day.

☐    Please arrange for the recording of the Security Instrument on _____, a date that is either a Monday or a day immediately following a bank holiday. I understand that in order to accommodate recording on that date, I will be charged, and I agree to pay, additional per diem interest for _____ days at $8.10 per day, for a total additional per diem interest charge of $ _____. I also understand that it may be possible to avoid this additional per diem interest charge by recording the Security Instrument on a day immediately following a business day.

By signing below, I acknowledge that I have received and read this disclosure. This disclosure is neither a contract nor a commitment to lend.

Elvin Valenzuela _____    Date _____    Phyllis Valenzuela _____    Date _____

_____    Date _____    _____    Date _____

Doc # 942893/ Image: CAPDID.prn ████████████

OBC 03434

## DISCLOSURE OF CREDIT SCORE INFORMATION

| Borrower Name:<br>Elvin Valenzuela | Lender:<br>American Home Mortgage Acceptance, Inc.<br>538 Broadhollow Road<br>Melville, NY  11747 |
|---|---|
| Property Address:<br>█████████████ | Date:<br>June 12, 2005 |

We are providing the following credit score information in connection with your loan application.

| | Experian<br>P.O. Box 2002<br>Allen, TX 75013<br>1-888-397-3742 | Equifax<br>P.O. Box 740241<br>Atlanta, GA 30374<br>1-800-685-1111 | Trans Union<br>P.O. Box 4000<br>Chester, PA 19016<br>1-866-887-2673 |
|---|---|---|---|
| **Credit Score Provider** | | | |
| **Current/Most Recent Credit Score** | | ████████ | |
| **Key Factors Adversely Affecting Score** | | 14 - Length of time accounts have been established<br>28 - Number of accounts established<br>08 - Number of recent inquiries<br>10 - Proportion of balance to high credit on bank revolving or all revolving accounts | |
| **Range of Possible Credit Scores** | | ██████████ | |
| **Date of Credit Score** | | ██████████ | |

VMP-139 (0411)                UM31 0106.01          VMP Mortgage Solutions, Inc. (800)521-7291                                      11/04
DOC #:943696



## CREDIT SCORE NOTICE

| | |
|---|---|
| Borrower Name(s):<br>Elvin Valenzuela, Phyllis Valenzuela | Lender:<br>American Home Mortgage Acceptance, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 |
| | Date:<br>████████ |

### NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

One or more of the following consumer reporting agencies will provide the credit score:

| Experian | Equifax Credit Information Services | Trans Union |
|---|---|---|
| P.O. Box 2002 | P.O. Box 740241 | P.O. Box 4000 |
| Allen, TX 75013 | Atlanta, GA 30374 | Chester, PA 19016 |
| 1-888-397-3742 | 1-800-685-1111 | 1-866-887-2673 |

Your acknowledgment below signifies that this written notice was provided to you.

| | | | |
|---|---|---|---|
| Borrower   Elvin Valenzuela | Date | Borrower   Phyllis Valenzuela | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

DOC #:335141

VMP-140 (0410)    VM51 0410    VMP Mortgage Solutions, Inc. (800)521-7291    10/04

## EQUAL CREDIT OPPORTUNITY ACT NOTICE
### Applicable to All States

The Federal Equal Opportunity Act prohibits creditors from discrimination against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this is Federal Trade Commission, 11000 Wilshire Boulevard, Suite 13209, Los Angeles, CA 90024.

#### ACKNOWLEDGMENT OF RECEIPT

I/We received a copy of this notice.

| | | | |
|---|---|---|---|
| Borrower's Signature | Date | Borrower's Signature | Date |
| Borrower's Signature | Date | Borrower's Signature | Date |

## CALIFORNIA FAIR LENDING NOTICE
### Applicable to California Properties Only

### THE HOUSING FINANCIAL DISCRIMINATION ACT OF 1977
### STATE OF CALIFORNIA

It is illegal to discriminate in the provision of or in the availability of financial assistance because of the consideration of:

1. Trends, characteristics or conditions in the neighborhood or geographic area surrounding a housing accommodation, unless the financial institution can demonstrate in the particular case that such consideration is required to avoid an unsafe and unsound business practice; or

2. Race, color, religion, sex, marital status, national origin or ancestry.

It is illegal to consider the racial, ethnic, religious or national origin composition of a neighborhood or geographic area surrounding a housing accommodation or whether or not such composition is undergoing change, or is expected to undergo change, in appraising a housing accommodation or in determining whether or not, or under what terms and conditions, to provide financial assistance.

These provisions govern financial assistance for the purpose of the purchase, construction, rehabilitation or refinancing of one-to-four unit family residences occupied by the owner and for the purpose of the home improvement of any one-to-four unit family residence.
If you have any questions about your rights, or if you wish to file a complaint, contact the management of this financial institution or:

Department of Corporations
320 West 4th Street, Suite 750
Los Angeles, CA 90013-1105

**Notice to California Applicants: A married applicant may apply for an individual account.**

## OCCUPANCY CERTIFICATION

DATE: JUNE 12, 2005                    APPLICATION NUMBER ▇▇▇▇▇▇
APPLICANT (S): ELVIN VALENZUELA        ADDRESS: ▇▇▇▇▇▇▇▇▇▇
               PHYLLIS VALENZUELA

Gentleman:

The undersigned, having applied for a loan to be secured by a Mortgage or Deed of Trust on the referenced property, certifies as follows (check one):

_____A.  PRINCIPAL RESIDENCE:  The property will be occupied by me/us as our primary residence.

_____B.  SECOND HOME: The property will be a second home used in addition to my/our primary residence(s).  Any rental income from the property may not be used to qualify for the mortgage application.

_____C.  INVESTMENT PROPERTY:  This property will not be occupied by me/us and will be considered strictly an investor unit.

I/We fully understand that this certification is made for the purpose of determining eligibility, the applicable interest rate, and fees associated with this loan. I/We fully understand that it is a federal crime punishable by fine or imprisonment, or both, to knowingly make any false insured or guaranteed loans under the provisions of Title 18, United States Code, Section 1014.

Date: _____          Applicant: _____

Date: _____          Co-Applicant: _____

Date: _____          Co-Applicant: _____

Date: _____          Co-Applicant: _____

DOC # 900107/ IMAGE: AH200701.PRN

OBC 03438

Loan No: 121901408



OBC 03439

Date:       August 11, 2005
Borrower:   Elvin VALENZUELA

Address:    ████████████████████████████████

RE: Application #    ████████████████

Dear Valued Customer(s):

Your mortgage broker/lender,    Central Valley Mortgage Inc
has submitted your loan application to IndyMac Bank, F.S.B. to make a credit decision on your loan application.
In connection with your loan application, we are enclosing the documents below which are marked with an 'X' . Some of these
documents require you to complete them by signing and dating the document and returning in the enclosed self-addressed, stamped
envelope. We appreciate your quick response to returning the necessary documents so that we may complete your loan application.
Please read the following instructions for each document provided:

## DOCUMENTS REQUIRING ACTION:

[X]  PRIVACY POLICY DISCLOSURE STATEMENT: This document provides our policy with respect to your private personal
financial information. Please retain this Disclosure for your records.

[X]  APPRAISAL DISCLOSURE: This document explains your rights to receive a copy of the appraisal report for the property
which is the subject of the loan request. There are two copies enclosed. Please have ALL applicants sign and date this disclosure.
Return the completed disclosure and keep one copy for your records.

[ ]  RESPA SERVICING DISCLOSURE: This document explains your rights if the servicing of your loan is transferred to another
company. There are two copies enclosed. Please have ALL applicants sign and date this disclosure. Return the completed
disclosure and keep one copy for your records.

[X]  ADJUSTABLE RATE MORTGAGE, BALLOON OR HOME EQUITY LINE OF CREDIT PROGRAM DISCLOSURE: This
document provides information on the Adjustable Rate Mortgage or Home Equity Line of Credit  program you have selected. There
are two copies enclosed. Please have ALL applicants sign and date this disclosure. Return the completed disclosure and keep one
copy for your records.

[X]  DISCLOSURE NOTICE: This document provides information to you regarding insurance and other items. Please have ALL
applicants sign and date this document. Return completed document and keep one copy for your records.

[ ]  ESCROW ACCOUNT DISCLOSURE: This document provides information on Escrow/Impound Accounts. Please complete
and have ALL applicants sign and date this document. Return completed document and keep one copy for your records.

[ ]  FLOOD INSURANCE DISCLOSURE: This document provides flood insurance information. It also gives you notice that your
property is in a Special Flood Hazard Area and you need to obtain flood insurance coverage. Please have all applicants sign and date
this document. Return the completed document and keep one copy for your records.

[X]  BORROWER DATE OF FUNDING REQUEST: This document provides information regarding the interest on your loan .
Please have all applicants sign and date this document. Return the completed document and keep one copy for your records. (CA)

[ ]  NOTICE CONCERNING EXTENSIONS OF CREDIT: This notice contains important information regarding Texas Cash Out
loans. Please have all applicants sign and date this document. Return the completed document and keep one copy for your records.

[ ]  NOTICE OF INTENT TO APPLY FOR JOINT CREDIT: This notice acknowledges your intent to apply for joint credit.

## DOCUMENTS WITH NO ACTION REQUIRED:

[ ]  DEFINITION OF TRUTH-IN-LENDING TERMS: This document provides definitions to the terms used in the Truth-in-Lending
Statement (NOTICE TO CUSTOMER REQUIRED BY LAW AND FEDERAL RESERVE REGULATION Z). Please retain this document
for your records.

[ ]  TRUTH-IN-LENDING STATEMENT (NOTICE TO CUSTOMER REQUIRED BY LAW AND FEDERAL RESERVE
REGULATION Z): This disclosure provides information on the cost of the loan over the life of the loan. Please retain this document for
your records.

[ ]  GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES: This disclosure provides information on the cost of obtaining the
loan. Please retain this document for your records.

[ ]  REQUIRED SERVICE PROVIDER NOTICE: This disclosure provides information on service providers used in connection
with your loan application. Please retain this disclosure for your records.

[ ]  DISCLOSURE OF CANCELLATION OF PRIVATE MORTGAGE INSURANCE/LENDER PAID MORTGAGE
INSURANCE/SELF-INSURANCE BY LENDER AND/OR PRIVATE MORTGAGE INSURANCE DISCLOSURE. These disclosures
provide information regarding your rights with respect to the cancellation of mortgage insurance. Please retain this Disclosure for your
records.

[X]  ANTI-PREDATORY LENDING DISCLOSURE: This Disclosure provides information regarding No Income Verification Loans,
Cash Out or Prepayment features you may have selected on your loan. Please retain this Disclosure for your records.

[ ]  DISCOUNT POINT DISCLOSURE: This disclosures describes the option to pay additional discount points to obtain a lesser
interest rate. Please retain this disclosure for your records. (AK, GA, IL, MA, NJ, NY, NM, NC)

[ ]  BUYING YOUR HOME BOOKLET: This booklet describes the costs involved in obtaining a loan for the purchase of a
property. Please retain this booklet for your records.

[ ]  CONSUMER HANDBOOK ON ADJUSTABLE RATE MORTGAGES: This booklet explains what an adjustable rate mortgage
is and how the interest rate and payment can change during the term of the loan. Please retain this booklet for your records.

[X]  UNDERSTANDING THE ROLE OF YOUR MORTGAGE BROKER AND MORTGAGE BROKER COMPENSATION: This
brochure will assist you in understanding the specific part of the mortgage loan transaction related to the mortgage broker
compensation. Please retain this brochure for your records.

[X]  CONSUMER HANDBOOK ON WHAT YOU SHOULD KNOW ABOUT HOME EQUITY LINES OF CREDIT. This booklet
explains what a Home Equity Line of Credit (HELOC) is and how the interest rate and payment can change during the term of the loan.
Please retain this booklet for your records.

If you have any questions regarding these documents, please contact    Customer Service
at    877-200-3139                    . Thank you.

OBC 03440

August 11, 2005

# NOTICE OF RIGHT TO RECEIVE A
# COPY OF THE APPRAISAL REPORT

Borrower(s): Elvin VALENZUELA                    Property:

You have the right to a copy of the appraisal report obtained in connection with your application for credit provided that, if required, you have paid for or are willing to pay for the appraisal. You can get a copy of this report by writing us at the address listed below. We must hear from you no later than 90 days after you are notified about the action taken on your credit application. If you withdraw your application, you must make your request for an appraisal report within 90 days of the withdrawal.

In your letter, please give us the following information:

Your Name:

Your Address:

Your Telephone Number:

Lender Name and Address: IndyMac Bank, F.S.B.
7667 Folsom Boulevard, Suite 101
Sacramento, CA 95826
Attn: File Allocation Department

I acknowledge receipt of this notice.

_____     _____
Elvin VALENZUELA          (Borrower) (Date)     PHYLLIS VALENZUELA          (Borrower) (Date)

_____     _____
(Borrower) (Date)                 (Borrower) (Date)

OBC 03441

IndyMac Bank, F.S.B., a federally chartered savings bank

## HOME EQUITY LINE OF CREDIT DISCLOSURE

**Date:**  August 11, 2005                          Loan #: ███████████

This disclosure contains important information about our Home Equity Line of Credit. You should read it carefully and keep a copy for your records.

**Availability of Terms:**  All of the terms described below are subject to change. If these terms change (other than a change in the annual percentage rate resulting from movements in the index) and you decide, as a result, not to enter into an agreement with us, you are entitled to a refund of any fees that you paid to us or anyone else in connection with your application.

**Security Interest:**  We will take a mortgage on your home. You could lose your home if you do not meet the obligations in your agreement with us.

**Possible Actions:**  Under certain circumstances, we can (1) terminate your line, require you to pay us the entire outstanding balance in one payment, and charge you certain fees; (2) refuse to make additional extensions of credit; (3) reduce your credit limit; or (4) make specific changes to the terms that are set forth in your agreement with us.

We can terminate your line, require you to pay us the entire outstanding balance in one payment, and charge you certain fees if:

(1) you engage in fraud or material misrepresentation in connection with your Line of Credit;
(2) you do not meet the repayment terms; or
(3) your action or inaction adversely affects the collateral or our rights in the collateral.

We can refuse to make additional extensions of credit or reduce your credit limit if:

(1) the value of the dwelling securing the line declines significantly below its appraised value for the purposes of the line;
(2) we reasonably believe you will not be able to meet the repayment requirements due to a change in your financial circumstances;
(3) your payment history on this home equity Line of Credit is not satisfactory;
(4) you are in default of an obligation of the agreement;
(5) government action prevents us from imposing the annual percentage rate provided in the agreement;
(6) government action impairs our security interest such that the value of the interest is less than 120 percent of the credit line;
(7) a regulatory agency has notified us that continued advances would constitute an unsafe and unsound business practice; or
(8) the maximum annual percentage rate is reached.

The initial agreement permits us to make certain changes in the terms of the line at specified times or upon the occurrence of specified events.

**Minimum Payment Requirements:**  You can obtain credit advances for _____██_____ years (the "draw period"). During this period, payments will be due monthly. Your minimum monthly payment will equal the amount, if any, by which your outstanding principal loan balance exceeds your credit limit, plus the greater of: (a) $100.00; or (b) the amount of accrued but unpaid finance charges, late charges, and any other charges due. The minimum monthly payments during the draw period may not reduce the principal that is outstanding on your line.

After the draw period ends, you will no longer be able to obtain credit advances and must pay the outstanding balance on your account (the "repayment period"). The length of the repayment period is ____██____ years. During the repayment period, payments will be due monthly. Your minimum monthly payment will equal the amount of accrued interest, late charges and any other charges due plus ____██____ % of the principal balance outstanding on the last day of the draw period.

**Fees And Charges:**  To open, use and maintain a line of credit, you must pay the following fees to us:

| | | | |
|---|---|---|---|
| Application Fee | $ ____ | ██████ | (due at application) |
| Points | $ ____ | ██████ | (due when account is opened) |
| Flood Certification Fee | $ ____ | ██████ | (due when account is opened) |
| Processing Fee | $ ____ | ██████ | (due when account is opened) |
| Origination Fee | $ ____ | ██████ | (due when account is opened) |
| Annual Charge | $ ____ | ██████ | (due annually) |
| Termination Fee | $ ____ | ██████ | (if you release or reconvey the mortgage during the first 3 years after funding) |
| Other | $ ____ | ██████ | (when payable) |

You also must pay certain fees to third parties. These fees generally total between $ _____██_____ and $ ____██____ . ...... you ask, we will give you an itemization of the fees you will have to pay to third parties.

**IndyMac HELOC Disclosure**

8480283 (0412)

Page 1 of 3

VMP Mortgage Solutions, Inc. (800)521-7291

I065
(1/2005)

OBC 03442

Loan No: 121901608

**Minimum Draw Requirements:** The minimum credit advance that you can receive using a check is $ ███████ .
There is no minimum draw requirement for other means of accessing the line of credit.

**Tax Deductibility:** You understand that we (including our employees and representatives) do not make any representations or warranties to you about the tax consequences - including the deductibility of interest or fees - of your establishing or using this line of credit, and we will not be liable if interest or fees are not deductible. You should consult a tax advisor regarding the deductibility of interest and charges under the plan.

**Variable Rate Feature:** Our home equity lines of credit have a variable rate feature and the annual percentage rate (corresponding to the periodic rate) and the minimum monthly payment can change as a result. The annual percentage rate includes only interest and not other costs.

The initial annual percentage rate is "discounted" - it is not based on the index and margin used for later rate adjustments. The initial rate will be in effect for ████████ month(s) from the opening of this account.

After the initial rate period, the annual percentage rate is based on the value of an index. The index is the Wall Street Journal Prime Rate and is published in the Money Rates section of the ████████ To determine the annual percentage rate that will apply to your line, we add a margin to the value of the index. We may substitute a new index and margin if the index described above becomes unavailable. Any new index will have a historical movement similar to the original and, together with a new margin, will produce a similar interest rate.

Ask us for the current index value, margin, discount and annual percentage rate. After you open a credit line, rate information will be provided on periodic statements that we send you.

**Rate Changes and Limitations:** After the initial rate period, the annual percentage rate can change each month. There is no limit on the amount by which the rate can change in any one-year period.

The maximum ANNUAL PERCENTAGE RATE (corresponding to the periodic rate) that can apply under any option is 18%, or the maximum amount permitted under applicable law, whichever is less.

**Minimum Payment Examples:**

**5-Year Draw Period - 10-Year Repayment Period:** If you made only the minimum payments and took no other credit advances, it would take 15 years to pay off a credit advance of $10,000 at an ANNUAL PERCENTAGE RATE of 3.99%. During that period, you would make 60 monthly payments of $100.00 followed by 120 payments varying between $65.00 and $46.62.

**10-Year Draw Period - 10-Year Repayment Period:** If you made only the minimum payments and took no other credit advances, it would take 20 years to pay off a credit advance of $10,000 at an ANNUAL PERCENTAGE RATE of 3.99%. During that period, you would make 120 monthly payments of $100.00 followed by 120 payments varying between $2.06 and $1.48.

**15-Year Draw Period - 10-Year Repayment Period:** If you made only the minimum payments and took no other credit advances, it would take approximately 10.1 years to pay off a credit advance of $10,000 at an ANNUAL PERCENTAGE RATE of 3.99%. During that period, you would make 122 monthly payments of $100.00.

**5-Year Draw Period - 15-Year Repayment Period:** If you made only the minimum payments and took no other credit advances, it would take 20 years to pay off a credit advance of $10,000 at an ANNUAL PERCENTAGE RATE of 3.99%. During that period, you would make 60 monthly payments of $100.00 followed by 180 payments varying between $49.52 and $31.08.

**10-Year Draw Period - 15-Year Repayment Period:** If you made only the minimum payments and took no other credit advances, it would take 25 years to pay off a credit advance of $10,000 at an ANNUAL PERCENTAGE RATE of 3.99%. During that period, you would make 120 monthly payments of $100.00 followed by 180 payments varying between $1.57 and $0.99.

**15-Year Draw Period - 15-Year Repayment Period:** If you made only the minimum payments and took no other credit advances, it would take approximately 10.1 years to pay off a credit advance of $10,000 at an ANNUAL PERCENTAGE RATE of 3.99%. During that period, you would make 122 monthly payments of $100.00.

**Maximum Rate and Payment Examples:** If you had an outstanding balance of $10,000 at the beginning of the draw period, the minimum monthly payment at the maximum ANNUAL PERCENTAGE RATE of 18% would be $150.00. This annual percentage rate could be reached in the first month following the initial rate period.

If you had an outstanding balance of $10,000 at the beginning of the repayment period, the minimum monthly payment at the maximum ANNUAL PERCENTAGE RATE of 18% would be $233.33 for 10-Year Repayment Period and $205.56 for 15-Year Repayment Period. The maximum annual percentage rate during the repayment period could be reached in the first month.

Loan No: 121901608

**Historical Examples:** The following tables show how the annual percentage rate and the minimum payments for a single $10,000 credit advance would have changed based on changes in the index over the last 15 years. The index values are from the first day of December 2004. While only one payment amount per year is shown, payments would have varied during each year of the repayment period. The table assumes that no additional credit advances were taken, that only the minimum payment was made, and that the rate remained constant during each year. It does not necessarily indicate how the index or your payments would change in the future.

**Historical Examples:**

### 10-Year Repayment Period

| Year | Index (%) | Margin (%) | Annual Percentage Rate (%) | 5-YEAR DRAW Minimum Monthly Payments ($) | 10-YEAR DRAW Minimum Monthly Payments ($) | 15-YEAR DRAW Minimum Monthly Payments ($) |
|------|-----------|------------|---------------------------|------------------------------------------|-------------------------------------------|-------------------------------------------|
| 1990 | 10.000 | 0.500 | 9.490* | 100.00 | 100.00 | 100.00 |
| 1991 | 7.500 | 0.500 | 8.000 | 100.00 | 100.00 | 100.00 |
| 1992 | 6.000 | 0.500 | 6.500 | 100.00 | 100.00 | 100.00 |
| 1993 | 6.000 | 0.500 | 6.500 | 100.00 | 100.00 | 100.00 |
| 1994 | 8.500 | 0.500 | 9.000 | 100.00 | 100.00 | 100.00 |
| 1995 | 8.750 | 0.500 | 9.250 | 120.89 | 100.00 | 100.00 |
| 1996 | 8.250 | 0.500 | 8.750 | 112.01 | 100.00 | 100.00 |
| 1997 | 8.500 | 0.500 | 9.000 | 107.54 | 100.00 | 100.00 |
| 1998 | 7.750 | 0.500 | 8.250 | 98.41 | 100.00 | 100.00 |
| 1999 | 8.500 | 0.500 | 9.000 | 95.77 | 100.00 | 100.00 |
| 2000 | 9.500 | 0.500 | 10.000 | 92.89 | 70.24 | 100.00 |
| 2001 | 5.000 | 0.500 | 5.500 | 75.73 | 52.41 | 100.00 |
| 2002 | 4.250 | 0.500 | 4.750 | 70.91 | 48.34 | 100.00 |
| 2003 | 4.000 | 0.500 | 4.500 | 67.60 | 46.03 | 100.00 |
| 2004 | 5.000 | 0.500 | 5.500 | 65.14 | 46.49 | 100.00** |

### 15-Year Repayment Period

| Year | Index (%) | Margin (%) | Annual Percentage Rate (%) | 5-YEAR DRAW Minimum Monthly Payments ($) | 10-YEAR DRAW Minimum Monthly Payments ($) | 15-YEAR DRAW Minimum Monthly Payments ($) |
|------|-----------|------------|---------------------------|------------------------------------------|-------------------------------------------|-------------------------------------------|
| 1990 | 10.000 | 0.500 | 9.490* | 100.00 | 100.00 | 100.00 |
| 1991 | 7.500 | 0.500 | 8.000 | 100.00 | 100.00 | 100.00 |
| 1992 | 6.000 | 0.500 | 6.500 | 100.00 | 100.00 | 100.00 |
| 1993 | 6.000 | 0.500 | 6.500 | 100.00 | 100.00 | 100.00 |
| 1994 | 8.500 | 0.500 | 9.000 | 100.00 | 100.00 | 100.00 |
| 1995 | 8.750 | 0.500 | 9.250 | 99.96 | 100.00 | 100.00 |
| 1996 | 8.250 | 0.500 | 8.750 | 93.00 | 100.00 | 100.00 |
| 1997 | 8.500 | 0.500 | 9.000 | 90.53 | 100.00 | 100.00 |
| 1998 | 7.750 | 0.500 | 8.250 | 82.88 | 100.00 | 100.00 |
| 1999 | 8.500 | 0.500 | 9.000 | 82.69 | 100.00 | 100.00 |
| 2000 | 9.500 | 0.500 | 10.000 | 82.86 | 58.53 | 100.00 |
| 2001 | 5.000 | 0.500 | 5.500 | 62.00 | 39.74 | 100.00 |
| 2002 | 4.250 | 0.500 | 4.750 | 57.22 | 37.87 | 100.00 |
| 2003 | 4.000 | 0.500 | 4.500 | 54.49 | 36.03 | 100.00 |
| 2004 | 5.000 | 0.500 | 5.500 | 54.94 | 37.52 | 100.00** |

\* These two figures represent a Discount of 1.51%. Your Discount or Premium may be different.
\*\* Balance will be paid off during this year.

**YOU SHOULD CHECK WITH YOUR LEGAL ADVISOR AND WITH OTHER MORTGAGE LIEN HOLDERS AS TO WHETHER ANY PRIOR LIENS CONTAIN ACCELERATION CLAUSES, WHICH WOULD BE ACTIVATED BY A JUNIOR ENCUMBRANCE.**

I/We acknowledge receipt and have read the Home Equity Line of Credit Disclosure and the "When Your Home is On the Line: What You Should Know About Home Equity Lines of Credit" brochure.

|  | (Seal) |  | (Seal) |
|---|---|---|---|
| Elvin VALENZUELA | -Borrower | PHYLLIS VALENZUELA | -Borrower |
|  | (Seal) |  | (Seal) |
|  | -Borrower |  | -Borrower |
|  | (Seal) |  | (Seal) |
|  | -Borrower |  | -Borrower |

IndyMac HELOC Disclosure

1065
(1/2005)
OBC 03444

**IndyMac Bank, F.S.B.**

Date: August 11, 2005    ███████████

███████████████ DISCLOSURE NOTICE ███████████████

| Applicant(s) | Property Address |
|---|---|
| Elvin VALENZUELA | ████████████████ |

### RIGHT TO CHOOSE TITLE INSURANCE COMPANY AND CLOSING/ESCROW AGENT OR CLOSING ATTORNEY

You have the right to select your own closing attorney/closing agent/escrow agent and title insurance company to close your loan transaction provided that the agent or company will provide the lender with a Closing Protection Letter (unless state law prohibits such letter) and that the company meets the minimum financial requirements required by IndyMac Bank.

☐ I/we agree that we have voluntarily selected the use of a title company to provide title insurance and a closing/escrow agent or closing attorney to close our loan transaction.

☐ I/we agree that we do not wish to select a title insurance company to provide title insurance and a closing/escrow agent or closing attorney to close our loan for us. We are allowing another entity to choose these services for us but will hold IndyMac Bank harmless for any issues that arise from not choosing our own service providers.

### FAIR CREDIT REPORTING ACT

An investigation will be made as to the credit standing of all individuals seeking credit in this application. The nature and scope of any investigation will be furnish to you upon written request made within a reasonable period of time. In the event denied credit due to an unfavorable consumer report, you will be advised of the identity of the Consumer Reporting Agency making such report and of right to request within sixty (60) days the reason for the adverse action, pursuant to provision of Section 615 (b) of the Fair Credit Reporting Act.

### EQUAL CREDIT OPPORTUNITY/FAIR HOUSING ACTS

The Equal Credit Opportunity and Fair Housing Acts prohibit creditors from discriminating against credit applicants on a basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract), handicap or familial status; because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. Income which you receive as alimony, child support or separate maintenance need not be disclosed to this creditor unless you choose to rely on such sources to qualify for the loan. Income from these and other sources, including part-time or temporary employment, will not be discounted by this lender because of your sex or marital status. However, we will consider very carefully the stability and probable continuity of any income that you disclose to us. The Federal Agency that regulates this company is the Office of Thrift Supervision.

### FHA LOANS ONLY

If you prepay your loan on other than the regular installment date, you may be assessed interest charges until the end of that month.

### GOVERNMENT LOANS

RIGHT TO FINANCIAL PRIVACY ACT OF 1978 - This is notice to you as required by the Right to Financial Privacy Act of 1978 that the Department of Housing and Urban Development or Department of Veterans Affairs has a right of access to financial records held by a financial institution in connection with the consideration of administration of assistance to you. Financial records involving your transaction will be available to the Department of Housing and Urban Development or Department of Veterans Affairs without further notice or authorization but will not be disclosed or released or released to another Government agency or Department without consent except as required or permitted by law.

### EMPLOYMENT CERTIFICATION

An approval for a loan is based upon employment, income and obligations as shown on the loan application. At closing, the applicant and co-applicant/spouse, if applicable, are required to execute a sworn statement affirming that they are currently working as previously reported, have not received notice of layoff nor have knowledge of pending layoff, and that outstanding obligations are substantially the same as reported on the application. Should a change occur in your employment or financial status prior to the loan closing, immediately notify your loan consultant, as it will be necessary to obtain approval of any changes.

### ANTI-COERCION STATEMENT

The insurance laws of this state provide that the lender may not require the applicant to take insurance through any particular insurance agent or company to protect the mortgaged property. The applicant, subject to the rules adopted by the Insurance Commissioner, has the right to have the insurance placed with an insurance agent or company of his/her choice, provided the company meets the requirements of the lender. The lender has the right to designate reasonable financial requlements as to the company and adequacy of the coverage.

I have read the foregoing statement, or the rules of the Insurance Commissioner relative thereto, and understand my rights and privileges and those of the lender relative to the placing of such insurance.

I have selected the following agent/company to write the insurance covering the property described above:

| | |
|---|---|
| _____ | _____ |
| Insurance Company Name | Agent's Address |
| _____ | _____ |
| Agent's Name | Agent's Telephone Number |

### CUSTOMER IDENTIFICATION NOTICE

The USA PATRIOT Act, a federal law, requires all financial institutions to obtain sufficient information to verify your identity when creating a new banking relationship. You may be asked several questions including your name, address and date of birth, and to provide one or more forms of identification to fulfill this requirement. In some instances, we require other identifying documents and/or use a third party information provider for verification purposes. Of course, our established Privacy Policy helps protect your personal information.

I/We hereby certify that I/we have read the Notices set forth above and fully understand all of the above. In addition to these Notices, I /we the applicant(s) certify that I/we have received the "Buying Your Home," and "What You Should Know About Home Equity Lines of Credit" or the "Consumer Handbook on Adjustable Rate Mortgages" (CHARM booklet) , if applicable.

| | | | |
|---|---|---|---|
| Elvin VALENZUELA | Date | PHYLLIS VALENZUELA | Date |
| | Date | | |

OBC 03445

███████

## BORROWER DATE OF FUNDING REQUEST

*Your Instructions On Closing - When Interest Begins To Accrue On Your Loan*

Prior to the date that your closing agent calls for closing, IndyMac Bank, F.S.B. (hereinafter "IndyMac") will provide instructions to its wiring agent to wire funds to be received by your closing agent up to one business day prior to the scheduled closing. As such, your closing agent should have sufficient time to verify the existence of good funds and both cause the recordation of the security instrument in connection with your loan and close your transaction no later than the business day following receipt of IndyMac's funding wire. In certain counties in California, closing agents may also request a "special recording" which would permit the recordation of the security instrument following the County Recorder's morning deadline.

Since IndyMac is responsible to pay interest on its credit lines beginning as of the date of funding (i.e., the date IndyMac wires funds to your closing agent), your loan will also begin to accrue interest as of the date of funding. Typically funding occurs up to one business day prior to the recording of IndyMac's security instrument and the closing of your loan. The interest per day on your loan is based on an interest rate of ██████████ which is $██████████ per day. The maximum interest that may be charged for funding over a weekend period would be 4 days which totals $██████████. We have calculated 4 days so that if the loan funds over a holiday weekend, we have given you the maximum that could be charged. You may figure your own interest for that period by multiplying the number of days from the date of funding to the date of closing by the per day interest amount. In order to reduce the amount of interest charged prior to closing, it is important that you discuss closing procedures with your closing agent and arrange a closing date that is not a Monday or the day following a bank holiday.

**I/we acknowledge and agree to the foregoing and instruct IndyMac to wire loan proceeds on the date requested by my/our closing agent. I/we acknowledge that by complying with my/our closing agent's instructions in this regard, IndyMac will facilitate the closing of escrow on the date I/we have requested. I/we also understand and agree that interest will begin to accrue on my/our IndyMac loan from and after the date that loan proceeds are wired pursuant to my closing agent's request. Finally, I/we acknowledge that I/we have agreed to the designation of the closing agent in this transaction.**

Dated: August 11, 2005

_____         _____
Elvin VALENZUELA                        PHYLLIS VALENZUELA


_____         _____


IndyMac Bank                    ▐█▌█▐█▌█▌█▐█▌█▐█▌█▌           I156
Borrower Date of Funding Request Disclosure                  06/03

OBC 03446

## INDYMAC ANTI-PREDATORY LENDING DISCLOSURE

| | |
|---|---|
| Applicant(s)<br>Elvin VALENZUELA | Property Address<br>5522 W PEREZ AVENUE<br>VISALIA, CA 93291 |
| Loan No ███████ | Date: August 11, 2005 |

This disclosure provides information that is contained in IndyMac's anti-predatory lending policy. The section or sections where a box is marked are applicable to your transaction. Please read this information carefully. Your signature on this document certifies that you have read and understand the implications of obtaining this loan.

### NO INCOME AND/OR ASSET VERIFICATION LOAN DISCLOSURE

☐ You have applied for a home loan where the lender has not verified your income and/or assets by traditional verification methods, or where your income and/or assets may not have been disclosed on your loan application.

Our loan approval decision, including our assessment of your ability to repay the loan, was based on your credit history and any proposed change in your monthly mortgage payment. The source of your income may or may not have been considered. We did not specifically consider the amount of your monthly income in our decision to approve this loan. The value of your assets may or may not have been considered. In exchange for not having to disclose and/or document your income and/or asset information, you may be required to pay a higher interest rate on the loan and/or additional fees.

Your initial monthly payment of principal, interest, taxes and insurance will be $ N/A

Without verification of your income and/or asset value, it may be difficult to fully assess the additional risk that may be associated with this mortgage. If you cannot afford to make this payment or you fail to meet the other obligations in your loan documents, you could lose your home, and any money you have put into it.

**DO NOT SIGN YOUR LOAN DOCUMENTS IF YOU BELIEVE YOU WILL BE UNABLE TO MEET YOUR PAYMENT AND OTHER FINANCIAL OBLIGATIONS.**

### CASH OUT REFINANCE DISCLOSURE

☒ You have applied for a home loan in which you will be using the equity (taking cash-out ) of the home.

You have indicated that you are obtaining a loan for purposes of taking cash out which may reduce the equity in your property. This loan may increase your payments which you may, in the future, be unable to pay due to future unforeseen circumstances. While this new loan may reduce your total monthly payments by paying off other debt with the equity in your home, you may, in fact, make more payments and therefore pay more interest than if you had maintained your current debt structure. Also, if you incur more debt through new installment loans or by using your credit cards, you may find yourself in a worsened position as now you have a greater mortgage payment and the same or more debt than you had before.

You have the right and IndyMac encourages you to seek credit counseling, before becoming obligated to this mortgage loan, to help you understand the risks and benefits of the transaction you are contemplating. If you are interested in such counseling, please call the National Foundation for Credit Counseling at (800) 388-2227.

**DO NOT TAKE THIS LOAN IF YOU BELIEVE YOU WILL BE UNABLE TO MEET YOUR PAYMENT AND OTHER FINANCIAL OBLIGATIONS.**

### PREPAYMENT PENALTY DISCLOSURE

☒ You have applied for a loan which may or may not contain a prepayment penalty.

You have applied for a loan with IndyMac through a mortgage broker. One important aspect of your loan is deciding whether you wish to have a "prepayment penalty" on your loan. A prepayment penalty is a charge for paying off your loan early or making more than the required monthly scheduled payments. Typically, prepayment penalties can be charged any time between the closing of the loan and 3 years. You have the right to select the period of time for which the prepayment penalty is in force, within the prepayment penalty options presented by the lender for your particular loan program. Some loan programs may not allow for a prepayment penalty.

The charging of the prepayment penalty may be beneficial to you because the lender will typically lower the interest rate of the loan. Typically, a longer prepayment penalty term will result in a lower interest rate. Prepayment penalties can be costly, depending on the length of the prepayment penalty and the calculation used.

We encourage you to discuss your prepayment options with your mortgage broker to determine if a loan with a prepayment penalty feature makes economic sense for you. YOU SHOULD REQUIRE THAT THE BROKER PROVIDE YOU RATES AND TERMS WITH AND WITHOUT A PREPAYMENT PENALTY TO MAKE THAT ASSESSMENT.

If your loan contains a prepayment penalty, there will be an "Addendum to a Fixed Rate, Balloon or Arm Note" as part of your closing documents.

**DO NOT TAKE THIS LOAN IF YOU DO NOT WANT TO BE BOUND BY THE PROVISIONS OF THE PREPAYMENT PENALTY.**

I/We hereby certify that I/we have read the Disclosures set forth above and fully understand all of the above.

| | | | |
|---|---|---|---|
| Elvin VALENZUELA | Date | PHYLLIS VALENZUELA | Date |
| | Date | | |

IndyMac Bank, Wholesale (Disclosure)<br>Anti-Predatory Lending Disclosure

IBC 03447

I071<br>03/04

## NOTICE TO HOME LOAN APPLICANT

Date: August 11, 2005          Loan Number █████████████

| Borrower(s) Name/Address | Lender Name/Address |
|---|---|
| Elvin VALENZUELA ████████████ | IndyMac Bank, F.S.B., a federally chartered savings bank<br><br>155 North Lake Avenue<br>Pasadena, CA 91101 |
| Property Address ████████████ | |

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer-generated summary calculated at the time of the request and is based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

The Consumer Credit Report vendor used for this loan was:

American Reporting Company, LLC
4020 Lake Washington Blvd  NE  Ste
Kirkland, WA 98033
800-992-1058

| Credit Bureau Name/Address/Phone | Score | Key Factors affecting Your Credit Scores-See Addendum |
|---|---|---|
| Equifax (EFX) / Beacon Score<br>PO Box 105873<br>Atlanta, GA 30348<br>Toll Free (888) 841-7335<br>www.equifax.com | ██ | ████████████████████<br><br>Range of scores possible: 300-950 |
| Experian (XPN) / Fair Isaac Score<br>PO Box 9601<br>Allen, TX 75013-2104<br>Toll Free (888) 397-3722<br>www.experian.com | ██ | ██████████████<br><br>Range of scores possible: 300-850 |
| TransUnion (TUC) / Empirica Score<br>PO Box 4000<br>Chester, PA 19016<br>Toll Free (866) 887-2673<br>www.transunion.com | ██ | ████████████████<br><br>Range of scores possible: 300-900 |

Credit Report Date: ████████████

Your acknowledgment below signifies that this written notice was provided to you.

Elvin VALENZUELA _____    Date _____    PHYLLIS VALENZUELA _____    Date _____

_____    Date _____    _____    Date _____

_____    Date _____    _____    Date _____

| | NOTICE TO HOME LOAN APPLICANT - ADDENDUM |
|---|---|
| | **Key Factors Affecting Your Credit Scores** |

**Equifax (EFX) and Experian (XPN)**

| | |
|---|---|
| 0 | No adverse risk factors |
| 1 | Account balances too high |
| 2 | Too many delinquencies |
| 3 | Too few revolving accounts |
| 4 | Too many revolving accounts |
| 5 | Too many accounts with balances |
| 6 | Too many consumer finance accounts |
| 7 | Account payment history too new to rate |
| 8 | Too many inquiries last 12 months |
| 9 | Too many accounts recently opened |
| 10 | Revolving balance to credit limit ratio too high |
| 11 | Revolving balances too high |
| 12 | Revolving accounts too new |
| 13 | Recent delinquencies |
| 14 | Accounts too new |
| 15 | Lack of recent bank revolving data |
| 16 | Lack of recent revolving data |
| 17 | No recent non-mortgage balance data |
| 18 | Number of delinquent accounts |
| 19 | Too few accounts paid as agreed |
| 20 | Recent adverse public record or collection |
| 21 | Amount past due on accounts |
| 22 | Serious delinquency public record or collection |
| 23 | Number of revolving accounts with balances |
| 24 | No recent revolving balances |
| 25 | Length of installment loan history |
| 26 | Number of revolving accounts |
| 28 | Number of accounts |
| 29 | No recent bank/national revolving balances |
| 30 | Length of time since most recent account opening |
| 31 | Too few accounts with recent payment data |
| 32 | No recent installment loan data |
| 33 | Loan balance to loan amount ratio too high |
| 34 | Delinquent account balances too high |
| 36 | Length of time installment loans have been established |
| 37 | Number of finance company accounts relative to length of finance history |
| 38 | Serious delinquency public record or collection |
| 39 | Serious delinquency |
| 40 | Adverse public record or collection |
| 46 | Payment due on accounts |
| 98 | Lack of recent auto loan data |
| 99 | Lack of recent consumer finance loan data |

**TransUnion (TUC)**

| | |
|---|---|
| 0 | No adverse risk factors |
| 1 | Account balances too high |
| 2 | Too many delinquencies |
| 3 | Loan balance to loan amount ratio too high |
| 4 | Lack of recent installment loan data |
| 5 | Too many accounts with balances |
| 6 | Too many consumer finance accounts |
| 7 | Account payment history too new to rate |
| 8 | Too many inquiries last 12 months |
| 9 | Too many accounts recently opened |
| 10 | Revolving balance to credit limit ratio too high |
| 11 | Revolving balances too high |
| 12 | Revolving accounts too new |
| 13 | Recent delinquencies |
| 14 | Accounts too new |
| 15 | Lack of recent bank revolving data |
| 16 | Lack of recent revolving data |
| 17 | No recent non-mortgage balance data |
| 18 | Number of delinquent accounts |
| 19 | Date of last inquiry too recent |
| 20 | Recent adverse public record or collection |
| 21 | Amount past due on accounts |
| 22 | Serious delinquency |
| 23 | Number of revolving accounts with balances |
| 24 | No recent revolving balances |
| 26 | Number of revolving accounts |
| 27 | Too few accounts currently paid as agreed |

OBC 03449

| 28 | Number of accounts |
|----|--------------------|
| 29 | No recent bankcard balances |
| 30 | Length of time since most recent account opening |
| 31 | Amount owed on delinquent accounts |
| 36 | Payments due on accounts |
| 38 | Serious delinquency public record or collection |
| 39 | Serious delinquency |
| 40 | Adverse public record or collection |
| 41 | No recent retail balances |
| 42 | Lack of recent consumer finance loan data |
| 43 | Lack of recent mortgage loan data |
| 50 | Lack of recent retail account data |
| 58 | Amount owed on retail accounts |
| 97 | Lack of recent auto loan data |
|    |                    |
|    |                    |

# OPTION ARM WORKSHEET

## CENTRAL VALLEY MORTGAGE

**Give Your Borrowers Options with THE OPTION ARM**

**Step 1**  Pick product, loan amount, line of pricing
1 MO. MTA   $ Loan Amt   $291,500
0.00% points   LTV   60.7 %

**Step 2**  Identify index, margin, fully indexed rate*
MTA
Margin   2.504% +
F.I.R*   =   3.440%   +   5.944%

*Locked-In*

**Step 3**  Identify the payment options, how to calculate, and get value

| | | |
|---|---|---|
| 1 Minimum Monthly Payment (start rate = I%   1.000% | Payment $ | $937.58 |
| 2 Interest Only (Loan Amt x FIR /365 x 30) | Payment $ | $1,007.90 |
| 3 Principle and Interest 30 or 40 yr term (Based on FIR) | Payment $ | $1,443.90 |
| 4 Principle and Interest 15 yr term (Based on FIR) | Payment $ | $1,737.21 |
| | Payment $ | $2,451.03 |

* Deferred Interest may occur when Minimum Payment is exercised and Interest Only option is larger.

**Step 4**  Calculate max monthly w/payment cap
Base of minimum payment

| | | | |
|---|---|---|---|
| Year 1 | $937.58 | | $937.58 |
| Year 2 | $937.58 | x 1.075 | $1,007.90 |
| Year 3 | $1,007.90 | x 1.075 | $1,083.49 |
| Year 4 | $1,083.49 | x 1.075 | $1,164.75 |
| Year 5 | $1,164.75 | x 1.075 | $1,252.11 |

**Step 5**  Compare to preferred Fixed Rate Mortgage
FRM Rate   6.750% % Monthly Payment   $1,890.66
Option 3 Payment above   $1,737.21
Payment Difference $   $153.45 Savings
* or more if making minimum payment

Payment / Year 1   $937.58
Year 2   $1,007.90
Year 3   $1,083.49
Year 4   $1,164.75
Year 5   $1,252.11

**Maximum Monthly Payment w/Cap (5 yrs)**

**Not to exceed Payment Option 3 Using LifeCap as Calculation***
**Interest Rate Life Cap = 10.94**

HUD's Statements
Copy of Intended Credit

OB 03451

 **American Brokers Conduit**

. . . . . . . . . . . . . . . . . . . .

A Division of American Home Mortgage

**Settlement Agent:**
FIRST AMERICAN TITLE COMPANY
1850 SOUTH CENTRAL STREET
Visalia, CA 93277

**Doc Date:** June 23, 2005
**Application** ▇▇▇▇▇▇

**Contact:**
**Telephone:** (559) 635-6810
**Fax:** (559) 636-5694

**Name:** Elvin Valenzuela
Phyllis Valenzuela

## CLOSING STIPULATION(S)

The following documents or conditions must be satisfied and/or presented at time of closing. In the event you are unsure of the acceptability of any document(s) you must contact the Lender. In no event may you accept any alternative document(s) or unilaterally waive any requirement unless written authorization is provided to you by the lender.

**All of the documents provided herewith are required to be signed, regardless of whether they appear to be duplicates previously provided to the borrower(s).**

**Stipulations to be satisfied:**
If a Power of Attorney is to be used in connection with this loan closing, you must follow the document execution instructions set forth on ADDENDUM "E".

**The following items are required Prior to Funding:**

1. Broker to provide final 1003. typed - signed by the borrower/broker

2. HUD-1 to evidence payoff of citimtg
wells fargo   with an outstanding balance of $256138
28496
.

3. The Notice of Right to Cancel must be signed at closing.

4. Provide Hazard Policy for a minimum of loan amount or replacement cost coverage, with a minimum of 3 months remaining on policy.

5. Provide copy of appraisers current license.

6. The lock for this loan will expire on 08/22/05. If the loan will not close AND fund by this date, please contact Secondary prior to expiration to extend the lock.

7. With the exception of 30-day accounts, evidence of payoff of the following debts must be included in the loan file
Borrower          Creditor
Elvin Valenzuela  WELLS FARGO BANK NV    ▇▇▇▇▇▇▇▇▇▇
Elvin Valenzuela  CITIMORTGAGE INC       ▇▇▇▇▇▇▇▇▇▇

**American Home Mortgage Corp.**

American Home Mortgage Corp of New York • AHM Mortgage • American Brokers
Conduit • HLB Mortgage • MortgageSelect.com • New England Home Mortgage •
mTeam Financial

**Privacy Policy Notice**

At AMERICAN HOME MORTGAGE Corp. your privacy is important to us. That is why we work hard to uphold your privacy. The information that you provide us is always kept in the strictest of confidence. We have no intentions of selling your nonpublic personal information to any nonaffiliated third parties. We make this commitment to you with pride, because your trust is the foundation of our business.

To protect your privacy and maintain your confidence in us, we have developed the following policies. These policies describe the strict standards we have in place to protect your confidentiality. Therefore, we ask you to please read this information carefully.

We will tell you the sources of nonpublic personal information we collect from you. We will then tell you what steps we take to protect that information.

We first define some terms used in this notice:

**We, our** and **us** mean AMERICAN HOME MORTGAGE Corp., and names we do business under including, AHM Mortgage, American Home Mortgage Corp of New York, American Brokers Conduit, HLB Mortgage, mTeam Financial, MortgageSelect.com and New England Home Mortgage.

**You** and **your** mean the following individuals:
— Those **consumers** who have provided us with nonpublic personal information for the purpose of determining whether he or she qualifies for a mortgage loan; and
— Those **customers** who have obtained real estate settlement services from us.

**Nonpublic personal information** means personally identifiable financial information about you that we collect in connection with providing a financial product or service to you. This does not include information that is available from public sources, such as government real estate records.

**Affiliate** means a company we own or control, a company that owns or controls us, or a company that is owned or controlled by the same company as us.

**Nonaffiliated third party** means a company that is not an affiliate of ours.

We collect nonpublic personal information about you from the following sources:
— Information we receive from you on applications or other forms;
— Information about your transactions with us, our affiliates, or others; and
— Information we receive from a consumer reporting agency.

**We do not disclose any nonpublic personal information about our consumers, customers, or former customers to anyone, except as permitted by law.**

We restrict access to nonpublic personal information about you to those employees who need to know that information to provide products or services to you. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

Doc #: 940261\Image: AHMPRPOF.prn    Application █████████

OBC 03453