IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | |
| Debtors. ) | Re: D.I. _____ |
| ) | |

## ORDER GRANTING LEAVE TO FILE REPLY

Upon consideration of the Borrowers Committee's Motion for Leave To File Reply (the "Motion") respecting the briefs filed by the Debtors and the Creditors Committee in support of confirmation of the Debtors' proposed liquidation plan, and after due deliberation and sufficient cause appearing therefor, and upon the record of these chapter 11 cases; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that counsel for the Borrowers Committee shall file the reply annexed as Exhibit 1 to the Motion.

Dated: Wilmington, Delaware
February ___, 2009

                                                         The Honorable Christopher S. Sontchi
                                                         United States Bankruptcy Judge

2121800.1