## CERTIFICATE OF SERVICE

I hereby further certify that on February 9, 2009, a copy of the foregoing was served in the manner indicated on:

Robert S. Brady, Esquire
Sean M. Beach, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
*By Email*
**(unredacted version)**

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*By Email*
**(redacted version w/o Ex. A to Reply)**

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
*By Email*
**(redacted version w/o Ex. A to Reply)**

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
*By Email*
**(redacted version w/o Ex. A to Reply)**

_____
Thomas G. Macauley (ID No. 3411)

2108736.1