# EXHIBIT B



January 13, 2009

# S&P/Case-Shiller Home Price Indices
## 2008, A Year In Review

**Analytical Contacts**

Maureen F. Maitland
(212) 438 - 1178
maureen_maitland@sandp.com

David M. Blitzer
(212) 438 - 3908
david_blitzer@sandp.com

**Media Contact**

Dave Guarino
(212) 438-1471
dave_guarino@sandp.com

**Product Management**

Aniket Ullal
(212) 438-1330
aniket_ullal@sandp.com

- The U.S. residential real estate market has been a leading topic in the news throughout 2008.

- The S&P/Case-Shiller Home Price Indices were able to clearly illustrate the historic declines in home prices over the past two years at both the national and regional levels.

- As of October 2008, the index levels for the S&P/Case-Shiller 10- and 20-City Composites were back to their early 2004 levels. Any gains in home prices during the 2004-2006 run-up were given back in the last two years. The same is true for the S&P U.S. National Home Price Index.

- At the MSA level, there are some large differences in the magnitude of price declines.

- Prices for condominiums can behave differently than prices for single-family homes, as well as across markets.

- In some of the markets, low-tier priced homes were the most responsible for the run-up and subsequent contraction in home prices.

- Home purchases follow a modest seasonal pattern.

- All housing statistics tell the same story – the housing market has been in a two-year recession and the turnaround has not yet materialized.

Introduction

The U.S. residential real estate market has been a leading topic in the news throughout 2008. Home sales, housing starts and home price appreciation all hit, or were close to, record lows; inventories of unsold homes and mortgage delinquency rates were nearing record highs; and the credit market turmoil sparked by the sub prime crisis made for daily press.

Standard & Poor's S&P/Case-Shiller[1] Home Price Indices were highlighted in many of the discussions, as the indices were able to clearly illustrate the historic declines in home prices over the past two years at both the national and regional levels.

The chart below depicts the annual returns of the S&P/Case-Shiller 10-City and the 20-City Composite Home Price Indices. With data reported through October 2008, the 10-City and 20-City Composites set new records, posting annual declines of 19.1% and 18.0%, respectively.

**Chart 1**
**S&P/Case-Shiller Home Price Indices**
(Annual percent change)



Sources: Standard & Poor's and Fiserv. Data through October 2008.

---

[1] Case-Shiller® and Case-Shiller Indexes® are registered trademarks of Fiserv, Inc.

The downturn in home prices began at the regional level in late 2005 when home prices began peaking in the Boston, Detroit and San Diego markets. At the national level, the peak did not occur until the summer of 2006 as more markets were starting to slide. Beginning in January 2007, national home prices entered their now two-year decline. On average, U.S. home prices have been in a sharp annual decline since that date, with record low appreciation rates recorded each consecutive reporting month.

Chart 2 below, graphing the index levels of the 10-City and the 20-City Composites, illustrates the impact that the declines have had on the level of wealth reflected through the national housing market. As of October 2008, the index levels for both composites were back to their early 2004 levels. Any gains in home prices during the 2004-2006 run-up were given back in the last two years.

The S&P/Case-Shiller Home Price Indices are based at January 2000 = 100. This can be used to easily illustrate the extreme growth in prices that have occurred since about that time and that, at a national level, home prices are still about 60-70% above where they were in 2000 – the 10-City and 20-City levels were 169.78 and 158.16 as of October 2008, respectively (see Chart 2).

**Chart 2**
**S&P/Case-Shiller Home Price Indices**
**(Index Levels)**



Sources: Standard & Poor's and Fiserv. Data through October 2008.

The S&P/Case-Shiller Home Price Indices are constructed to accurately track the price path of typical single-family homes located in 20 metropolitan areas and three aggregated composites. The S&P/Case-Shiller National U.S. Home Price Index is a quarterly composite of single-family home price indices for the nine U.S. Census divisions. The S&P/Case-Shiller 10-City Composite is a value-weighted average of 10 metro area indices and the S&P/Case-Shiller 20-City Composite is a value-weighted average of all 20 metro area indices. While the three composite indices cover different portions of the market, with the national being the broadest, they track each other very closely and tell the same story. Nationally, home prices appreciated in value over the decade spanning 1996-2006 (often at double-digit rates), prices peaked in 2006 and are now in record decline with annual rates approaching -20%. None of the indices have yet signaled a bottom in the market.

**Table 1**
**S&P/Case-Shiller Home Price Indices**

|  | 10-City | 20-City | National |
|---|---|---|---|
| **Peak date** | Jun-06 | Jul-06 | 2006Q2 |
| **Peak level** | 226.29 | 206.52 | 189.93 |
| **Decline since peak** | -25.0% | -23.4% | -21.0% |
| **Decline in the last 12 months** | -19.1% | -18.0% | -16.6% |

**Chart 3**
**S&P/Case-Shiller U.S. National Home Price Index**



Sources: Standard & Poor's and Fiserv. Data through 2008Q3.

## A Tale of Two Regions

There is no doubt that the decline in home prices has been a general national trend since 2007. Indeed, every one of the 20 metro areas S&P follows in the S&P/Case-Shiller indices is declining on an annual basis. There are, however, some large differences in the magnitude of declines when looking more closely at the regions.

Chart 4, on the left below, illustrates the gain in home prices from January 2000 to each MSA's peak (note: the peak dates differ by MSA). Chart 5, on the right, shows the decline in home prices in each MSA from their relative peak through October 2008. The MSAs are listed in the same order on both charts.



**Charts 4 & 5**
**S&P/Case-Shiller Home Price Indices**
**(percent changes)**

Sources: Standard & Poor's and Fiserv. Data through October 2008.

The area traditionally defined as the Sun Belt – Arizona, California, Florida and Nevada – clearly had both the largest run-up in prices since 2000 and has been the hardest hit in the downturn. The MSAs in this region are currently cited in the press as having large inventory overhangs and a substantial number of houses entering or in foreclosure. While the declines in these markets are quite large, the increases in prices in the 2004-2006 time period were equally

dramatic. In 2004, Las Vegas witnessed a peak annual growth rate of +53.2%. Phoenix was not far behind with +49.3%. Los Angeles, Miami, San Diego, San Francisco and Tampa all registered peak annual growth rates above +30% during that time.

While in decline, other regions have fared far better on a relative basis. New York and Washington DC, in particular, are two metro areas that, while experiencing fairly healthy growth patterns in the 2004-2006 period, have not given back nearly as much as the Sun Belt. New York's index level is currently the highest at 190.04, indicating that home prices are still 90% above their 2000 levels. Washington DC is not far behind at 184.92, or about 85% above 2000 levels. Markets such as Boston, Charlotte, Cleveland, Dallas, and Denver never saw the large double-digit price increases in the 2004-2006 time period, but they are also not yet seeing double-digit declines in the current down cycle. At 86.1, Detroit is the only market currently below its 2000 index level, down 13.9%.

## Condominium Prices

In November 2008, Standard & Poor's launched indices designed to track condominium prices in five major metropolitan areas – Boston, Chicago, Los Angeles, New York and San Francisco. Prices for condominiums can behave differently than those for single-family homes and, as in the case of home prices, differently across markets.

**Chart 6**
**S&P/Case-Shiller Condo Indices**

Sources: Standard & Poor's and Fiserv. Data through October 2008.

As chart 6 shows, the Chicago and New York condominium markets have, so far, fared better in the housing downturn when compared to Boston, Los Angeles and San Francisco. The latter three are now back at their early-2004 levels, whereas Chicago and New York are only back to mid-2005 levels. Given the recent turmoil in the financial markets and the imminent impact on the job market on Wall Street, it remains to be seen if this relative trend difference will hold on through 2009.

Table 2, below, illustrates some of the differences between the single-family home and condo markets. For all five metro areas, the annual declines in single-family homes have, so far, quite dramatically outpaced condominiums.

**Table 2**
**S&P/Case-Shiller Home Price vs. Condo Indices**

| Metropolitan Area | Oct/Sept (%) Homes | Oct/Sept (%) Condos | 1-Year Change (%) Homes | 1-Year Change (%) Condos |
|---|---|---|---|---|
| Boston | -1.1% | -1.3% | -6.0% | -3.6% |
| Chicago | -1.6% | -1.4% | -10.8% | -5.8% |
| Los Angeles | -2.6% | -1.9% | -27.9% | -21.3% |
| New York | -0.9% | -0.5% | -7.5% | -2.5% |
| San Francisco | -4.2% | -3.1% | -31.0% | -17.0% |

**Chart 7**
**S&P/Case-Shiller Home Prices and Condo Indices**
**(Los Angeles vs. New York)**



Sources: Standard & Poor's and Fiserv. Data through October 2008.

Chart 7 illustrates some of the regional differences across markets, using Los Angeles and New York as examples. In Los Angeles, condominiums closely followed the downturn in single-family home prices. Both markets peaked in mid-2006 and are currently registering some sharp annual declines. Home prices in Los Angeles are down 27.9% on an annual basis; condos are not far behind, down 21.3%. In New York, the condo market is faring relatively better. While it, too, might have peaked in mid-2006, it remained relatively stable for the next two years, rather than following the downward path in home prices. As of October, New York condo prices are only registering a 2.5% annual decline, compared to -7.5% for single-family homes.

## Tiered Prices

Standard & Poor's publishes supplemental tiered price data for 17 of the metro areas it covers. Tier breakpoints – price levels that divide recent sale prices in each market into thirds – are calculated for the period covered by the latest, updated index points. A closer look at this data shows, as was the case with aggregate home prices, MSAs did not behave the same across and within tiers.

Charts 8 and 9, below, highlight some differences using Atlanta and San Francisco as examples. In Atlanta, all three tiers closely followed each other; whereas in San Francisco low-tiered homes were the most responsible for the run-up and subsequent contraction in that MSA's home prices.

**Chart 8**
**S&P/Case-Shiller Atlanta Tiered Price Indices**





Chart 9
**S&P/Case-Shiller San Francisco Tiered Price Indices**

Sources: Standard & Poor's and Fiserv.  Data through October 2008.

It has been frequently cited that the low-tiered markets are where many of the sub-prime loans were made.  Table 3 and Charts 10 & 11, show mortgage delinquency and foreclosure rates.  While all types of homes and mortgages have been affected by the recent housing crisis, the absolute percentage of homes that are either behind payment or have entered foreclosure is much higher for sub-prime loans.  Other markets covered by the S&P/Case-Shiller indices are seeing similar trends as witnessed in San Francisco, such as Los Angeles, Miami and Tampa, where the low-tiered market is leading the decline in home prices.

Table 3
**Mortgage Delinquency and Foreclosure Rates (%)**

|  | 2008 | | | 2007 | | | | 2006 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 | Q4 | Q3 |
| **Delinquency Rates** | | | | | | | | | |
| All Loans | 6.99 | 6.41 | 6.35 | 5.82 | 5.59 | 5.12 | 4.84 | 4.95 | 4.67 |
| Prime | 4.34 | 3.93 | 3.71 | 3.24 | 3.12 | 2.73 | 2.58 | 2.57 | 2.44 |
| SubPrime Loans | 20.03 | 18.67 | 18.79 | 17.31 | 16.31 | 14.82 | 13.77 | 13.33 | 12.56 |
| **Foreclosures Started in Quarter** | | | | | | | | | |
| All Loans | 1.07 | 1.19 | 0.99 | 0.83 | 0.78 | 0.65 | 0.58 | 0.54 | 0.46 |
| Prime Loans | 0.61 | 0.67 | 0.54 | 0.41 | 0.37 | 0.27 | 0.25 | 0.24 | 0.19 |
| SubPrime Loans | 4.13 | 4.70 | 4.06 | 3.44 | 3.12 | 2.72 | 2.43 | 2.00 | 1.82 |



**Chart 10**
**Mortgage Delinquency Rates (%)**



**Chart 11**
**Mortgage Foreclosure Rates (%)**

Sources: Mortgage Bankers Association

## Seasonality

In November 2008, Standard & Poor's launched seasonally adjusted versions of the S&P/Case-Shiller Indices. Home purchases follow a modest seasonal pattern, particularly single-family homes, which are largely occupied by families with children. Home buying patterns typically revolve around the school year, with the belief that new home buyers want to be settled in their homes when the school year begins each September.

Table 4, below, breaks out the seasonal patterns of the 10-City and 20-City Composite Indices. There is some seasonality to the data, which can be most readily seen in the difference in the monthly percent changes between the seasonally adjusted (SA) and the not-seasonally adjusted (NSA) data. For both Composites, during the months of April, May, June and July, the monthly percent changes for the NSA data are, on average, 0.4% higher (more positive) than the SA counterparts. This means that in the buying season there is a natural increase of about 0.4% in prices over other months, likely due to the increase in relative demand. The opposite is true for the months of November through February, where the monthly percent changes for the NSA data are, on average, 0.4% lower (less positive) than the SA counterparts.

**Table 4**
**S&P/Case-Shiller Home Price Indices**
**Seasonal Comparison**

|  | Monthly Percent Change | | | | Differences | |
|---|---|---|---|---|---|---|
|  | Composite-10, SA | Composite-10, NSA | Composite-20, SA | Composite-20, NSA | Composite-10 | Composite-20 |
| Nov-07 | -1.8% | -2.1% | -1.8% | -2.1% | -0.3% | -0.3% |
| Dec-07 | -1.8% | -2.2% | -1.7% | -2.1% | -0.5% | -0.4% |
| Jan-08 | -1.8% | -2.3% | -1.8% | -2.3% | -0.5% | -0.5% |
| Feb-08 | -2.6% | -2.8% | -2.4% | -2.6% | -0.2% | -0.2% |
| Mar-08 | -2.3% | -2.4% | -2.2% | -2.1% | 0.0% | 0.0% |
| Apr-08 | -1.8% | -1.5% | -1.6% | -1.3% | 0.4% | 0.3% |
| May-08 | -1.4% | -1.0% | -1.3% | -0.8% | 0.5% | 0.5% |
| Jun-08 | -1.0% | -0.6% | -1.0% | -0.5% | 0.4% | 0.5% |
| Jul-08 | -1.3% | -1.0% | -1.1% | -0.8% | 0.2% | 0.3% |
| Aug-08 | -1.1% | -1.1% | -1.1% | -1.0% | 0.0% | 0.0% |
| Sep-08 | -1.9% | -1.9% | -1.8% | -1.8% | 0.0% | 0.0% |
| Oct-08 | -2.0% | -2.1% | -2.1% | -2.2% | 0.0% | -0.1% |

Sources: Standard & Poor's and Fiserv. Data through October 2008.

## What's next?

The U.S. residential real estate market has been a major news item for most of the past year, and will likely remain in focus in 2009 as homeowners, homebuyers, and other market participants wait for a sign of a true recovery.

This paper summarized the 2008 housing market as seen through the eyes of the S&P/Case-Shiller Home Prices Indices. Charts 12 and 13 below tell the story from the sales and construction perspective. The story is the same – the housing market has been in a two-year recession and the turnaround has not yet materialized. Existing home sales are at 10-year lows, and the number of months needed to work off the current inventory is at 20-year highs. Housing starts are lower than they have been in at least 30 years, falling below the lows of the early 80's and early 90's recessions.

**Chart 12**
**Existing Home Sales**



Source: National Association of Realtors, SAAR. Data through November 2008.



Source: U.S. Census Bureau, SAAR.  Data through November 2008.

This paper was produced and published by Standard & Poor's Index Services department, which is in the business of producing and managing indices.  S&P Index Services does not forecast its data.

Standard & Poor's Chief Economist, David Wyss, has provided us with his outlook for the residential housing market.  His team expects to see both starts and sales bottom out over the next few months, but to remain soft throughout 2009.  The forecast is for a very sluggish recovery starting in the spring, with housing starts to total 650,000 in 2009 and 980,000 in 2010 (as of November 2008 they posted an annualized level of 625,000).  His teams' view on prices is for a further decline from the current levels, bottoming in the 1st quarter of 2010, and bringing the peak-to-trough decline to roughly 33%.  The S&P/Case-Shiller U.S. National Composite posted a peak-to-trough decline of 21%, through the third quarter of 2008.  Fourth quarter numbers will be available with February's release.