**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRCIT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware corporation, | ) | **Re: Docket Nos. 6825, 5204 and** |
| *et al.*, | ) | **5205** |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**MARK & KELLY WATSON'S RESPONSE TO DEBTORS' TWENTY-EIGHTH**
**OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS**

**NOW COMES** Mark and Kelly Watson ("Watsons"), by and through their undersigned counsel, and respond to Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims, wherein Debtors' seek to disallow and expunge in full all Late Field Claims. The Watsons' Claim has been listed in Exhibit D to the Twenty-Eighth Omnibus (Non-Substantive) Objection as been a Late Filed Claim. In support of their response, the Watsons state as follows:

1.   In or about April 2006, the Watsons were induced into obtaining a loan with Debtors through fraudulent and deceptive acts.

2.   Unbeknown to the Watsons, Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code on or about August 6, 2007.

3.   The Watsons were never informed of the Chapter 11 Bankruptcy Proof of Claim Bar Date by Debtors.

4.   On or about June 11, 2008, the Watsons filed their Secured Proof of Claim form and their Unliquidated Proof of Claim form.

5. On or about June 24, 2008 the Watsons filed a Motion for leave to file a late claim by reason of excusable neglect; namely, failure to provide adequate notice (Docket No. 4783).

6. On or about June 24, 2008 the Watsons filed a Motion for relief from the automatic stay to allow them to proceed with filing a State Court Action against Debtors in the State of Washington (Docket No. 4781)

7. On or about July 17, 2008, a hearing date was set by the Court to determine the validity of the Watsons' Motions.

8. On or about July 25, 2008, the Court granted the Watsons' Motion for leave to file a late claim by reason of excusable neglect, as well as their Motion for relief from the automatic stay.   True and correct copies of the signed Orders are attached as **Exhibit A**.

9. Debtors now object to the Watsons' Claims as being Late Filed and request that they be disallowed and expunged in full.

10. The Watsons maintain that, although their Proof of Claims were filed late, the Court has allowed these Late Filed Claims specifically and that their Claims should not be disallowed or expunged.

**WHEREFORE**, Mark Watson and Kelly Watson request the this Court enforce the Orders allowing the Late Filed Claim and the Order allowing Relief from the Automatic Stay, and reject Debtors' Twenty-Eighth Omnibus Objection as to Mark Watson and Kelly Watson's Late Filed Claims.

Date: February 9, 2009                        */s/Daniel K. Hogan*
                                                                         Daniel K. Hogan (#2814)
                                                                         THE HOGAN FIRM
                                                                         1311 Delaware Avenue
                                                                         Wilmington, DE 19806
                                                                         (302) 656-7540
                                                                         (302) 656-7599- facsimile
                                                                         Attorney for Mark and Kelly Watson