**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that on this ____9th____ day of February, 2009, a true and correct copy of the foregoing Response to Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection was furnished to all interested parties receiving electronic notification via CM/ECF in this case.

                                                           */s/Daniel K. Hogan*
                                                 Daniel K. Hogan (#2814)