# SIGN - IN - SHEET

**CASE NAME:** American Home
**CASE NO:** 07-11047 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 2/9/09 @ 11:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Moore (telephonic) | Millbank, Tweed, Hadley & McCloy | ABN AMRO Bank |
| Fred Neufeld (telephonic) | " | " |
| Martha E. Romero (telephonic) | Romero Law Firm | California Taxing Authority |
| Bess Parrish (telephonic) | Alston & Bird | LaSalle Bank |
| Gregg S. Ahrens (telephonic) | Adorno & Yoss | American Home Mortgage |
| Ana Alfonso (telephonic) | Kaye Scholer | Bank of America |
| Ira Levee | Lowenstein Sandler | Lead Plaintiffs in Securities Litig. |
| Ana Alfonso | Kaye Scholer LLP | Lead in Bank of America, N.A. |
| Mark Indelicab | Hahn + Hessen | Committee |
| Mark Power | " | " |
| Ed Schnitzer | " | " |
| Sean Beach | YCST | Debtors |
| Margaret Whiteman Gluecher | " | " |
| Patrick Jackson | " | " |
| John Dorsey | " | " |
| Steven Wilamowsky | Bingham McCutche LLP | DB Structured Products, Inc. |
| Laurie Selber Silverstein | Potter Anderson + Corroon | Bank of America |
| Gabriel MacConaill | " | " |
| Eric M. Davis | Skadden Arps Slate Meagher + Flom LLP | Wilshield + Van Felsen |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**CASE NAME:** American Home
**CASE NO:** 07-11047 (CSS)

# SIGN - IN - SHEET

**COURTROOM LOCATION:** 6
**DATE:** 2/9/09 @ 11:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Amanda M. Winfree | Ashby + Geddes PA | Morgan Stanley Mortg. Capital Holding |
| Dale Dubé | Blank Rome | Creditors' Comm. |
| Cory Falgowski | Reed Smith | Freddie Mac |
| Edward Schnitzer | | |
| Matthew McGuire | Landis Rath & Cobb | JP Morgan |
| Victoria Counihan | Greenberg Traurig LLP | WLR/AHM Servicing |
| Gordon McDaniel | Bifferato Gentilotti | Conflicts Counsel Creditors Committee |
| Kevin Mangan | Womble Carlyle | Trust Securities |
| Two Moss | Pryor Cashman LLP | |
| Susan Johnston | Covington + Burling LLP | Wilmington Trust Company |
| Thomas Macauley | Zuckerman Spaeder | Borrowers Comm. |
| Stephen Weisbrod | Gilbert Oshinsky | " |
| W. Hunter Winstead | " | " |
| Robert Mallard | Dorsey Whitney LLP | U.S. Bank as Trustee |