IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*, | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Obj. Deadline: 2/10/09 at 4:00 p.m.** |
| | ) | **Hearing Date: 2/17/09 at 10:30 a.m.** |
| | ) | **Related to Docket No. 6826** |

**RESPONSE OF WASHINGTON MUTUAL MORTGAGE SECURITY CORP. TO DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Washington Mutual Mortgage Security Corp. ("WMMSC"), by and through its undersigned counsel, hereby responds to the *Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 6826] ("Objection") filed by the above-captioned debtors ("Debtors"), and in support thereof, respectfully represents as follows:

**Background**

1.      On August 6, 2007 ("Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2.      Prior to the Petition Date, WMMSC and the Debtors entered into a Memorandum of Sale, which provided for, among other things, the sale of certain residential mortgage loans ("Mortgage Loans") and the servicing rights related to such loans, by the Debtors to WMMSC.

3.    With respect to each of the Mortgage Loans sold by the Debtors to WMMSC, the Debtors made certain representations, warranties and covenants to WMMSC, which, if breached, provided WMMSC with certain remedies, including, but not limited to, repurchase by the Debtors of the subject Mortgage Loans.

4.    On or about January 11, 2008, WMMSC timely filed proofs of claim against the Debtors in the amount of $3,819,249.48 for amounts due under the Memorandum of Sale related to the Debtors' obligations to repurchase certain Mortgage Loans from WMMSC ("Original Proofs of Claim"). A copy of one of the Original Proofs of Claim is attached hereto as Exhibit A.

5.    On or about November 25, 2008, WMMSC amended the Original Proofs of Claim to reflect additional Mortgage Loans that the Debtors were obligated to repurchase from WMMSC pursuant to the Memorandum of Sale ("Amended Proofs of Claim"). A copy of one of the Amended Proofs of Claim is attached hereto as Exhibit B. Pursuant to the Amended Proofs of Claim, WMMSC is currently owed a total of approximately $7,010,479.15 by the Debtors. Because WMMSC was not certain of which Debtor entities were responsible for its claims, WMMSC filed an Amended Proof of Claim against all of the Debtor entities.

6.    On January 9, 2009, the Debtors filed the Objection. The Objection seeks to disallow claims listed in Exhibit A because the Debtors have no records of the liability on their books and records. The Objection specifically requests to disallow Amended Proofs of Claim numbers 10574, 10575 and 10576 ("Disallowed Claims"). *See* Objection, Exhibit A.

## WMMSC's Response to the Objection

7.    WMMSC does not object the treatment of the Disallowed Claims that is proposed under the Objection as long as the Debtors (and any other party on behalf of the Debtors' estates) are not permitted to later object to WMMSC's remaining Amended Proofs of Claim on the grounds that all of them were filed against the wrong Debtor entity or that no liability is owed.

WHEREFORE, for all the foregoing reasons, WMMSC respectfully requests that the Court enter an order that (a) grants the Objection and disallows the Disallowed Claims, but that also (b) states that the Debtors and their estates are barred from subsequently objecting to all of WMMSC's remaining Amended Proofs of Claim on the grounds that they were filed against the wrong Debtor entity or that no liability is owed to WMMSC, and that (c) grants such other and further relief as is just and proper.

Dated: February 10, 2009    CONNOLLY BOVE LODGE & HUTZ LLP

Karen C. Bifferato (No. 3279)
N. Christopher Griffiths (No. 5180)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Washington Mutual Mortgage Security Corp.*

#662067

3