## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, herby certify that on the 10th day of February, 2009, I caused a copy of the **Response of Washington Mutual Mortgage Security Corp. to Debtors' Twenty-Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(B) of the Bankruptcy Code, Bankruptcy Rules 3003 And 3007, and Local Rule 3007-1** to be served upon the parties listed below via hand delivery.

**VIA HAND DELIVERY**
James L. Patton, Jr.
Pauline K. Morgan
Edward J. Kosmowski
Margaret B. Whiteman
Nathan D. Grow
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

_____
Karen C. Bifferato (No. 3279)

#662436