UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>AMERICAN HOME MORTGAGE )<br>HOLDINGS, INC., a Delaware corporation, et al., )<br>)<br>Debtors. )<br>)<br>) | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## MOTION AND ORDER GRANTING
## ADMISSION PRO HAC VICE

Thomas G. Macauley ("Movant"), a member in good standing of the Bar of the State of Delaware and an attorney admitted to practice before the United States District Court for the District of Delaware, hereby moves this Court for an order permitting W. Hunter Winstead ("Admittee") to appear and practice pro hac vice before the United States Bankruptcy Court for the District of Delaware to represent the Official Committee of Borrowers in the above-captioned chapter 11 cases. Admittee is a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia.

Dated: Wilmington, Delaware
February 10, 2009

ZUCKERMAN SPAEDER LLP

_____
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DC 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

#6972

2-10-09

The undersigned certifies that pursuant to Local Rule 83.5, he is eligible for admission to this Court, is admitted, practicing and in good standing in the jurisdictions set forth above, and pursuant to Local Rule 83.6 submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. He also certifies that he is generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1//05. He further certifies that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                            W. Hunter Winstead
                                                            GILBERT RANDOLPH LLP
                                                            1100 New York Avenue, N.W., Suite 700
                                                            Washington, DC 20005
                                                            Telephone: (202) 772-2344
                                                            Facsimile:  (202) 772-2246

Motion granted.

Dated: February /0 , 2009

                                                            The Honorable Christopher S. Sontchi
                                                            United States Bankruptcy Judge