**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)

**SIGN - IN - SHEET**

**COURTROOM LOCATION:** 6
**DATE:** 2/10/09 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gabriel MacConaill | Potter Anderson & Corroon | Bank of America |
| Sean M. Connery | Pryor Cashman LLP | Law Debenture |
| Kievan Johnston | Covington & Burling LLP | Wilmington Trust Company |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan |
| Edward Schnitzer | Hahn & Hessen | Creditors Committee |
| Mark Power | " | " |
| Mark Indelicato | " | " |
| Elizabeth Sloan | Blank Rome | " |
| Sean Beach | " | " |
| Patrick Jackson | UST | Debtors |
| John Dorsey | " | " |
| Margaret W. Gallivan | " | " |
| E.M. Davis | SASM+F LLP | Union Federal Wakefield |
| Ana Alonso | Kaye Scholer | Bank of America |
| James Macauley | Zuckerman Spaeder | Borrowers Comm. |
| Stephen Warsh | Gilbert Oshinsky | " |
| W. Hunter Winstead | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)

# SIGN - IN - SHEET

**COURTROOM LOCATION:** 6
**DATE:** 2/10/09 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Cori Palaguski | Reed Smith | Freddie Mac |
| Kevin Mouso | Genable Carlyle | Trust |
| Amanda M. Winfree | Ashby + Geddes, PA | Morgan Stanley Mortgage Capital Holdings, PB Structured Products, Inc |
| Robert Mallard | Dorsey Whitney LLP | US Bank as Trustee |
| Bash Parish (telephone) | Alston + Bird | LaSalle Bank |
| Steven Wilamowsky " " | Bingham McCutchen | DB Capital Structured |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.