IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :   Jointly Administered
        Debtors.                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 15, 2008, I caused to be served true and correct copies of the following:

    a) "Order Sustaining Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 10, 2008 [Docket No. 6702], (the "Twenty-Third Omnibus Objection Order"), and

    b) "Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 10, 2008 [Docket No. 6703], (the "Twenty-Second Omnibus Objection Order"),

to be delivered as follows:

    a) the Twenty-Third Omnibus Objection Order enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit A annexed hereto, and

    b) the Twenty-Second Omnibus Objection Order enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Paul Belobritsky

Sworn to before me this
17th day of December, 2008

Notary Public



ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES 11-22-20

**EXHIBIT A**

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BERRY, JOHN A. | 16214 S 16TH LN   PHOENIX AZ 85045-1725 |
| BN REAL ESTATE INC | 6701 WASHINGTON BLVD UNIT B   ARLINGTON VA 222131041 |
| CHEVALIER, KENNETH M. | 3907 - 42ND ST.   DES MOINES IA 50310 |
| CLONINGER, WESLEY | 843 ESTUARY CT   ROCK HILL SC 297328355 |
| COACHELLA VALLEY APPRAISAL | P.O. BOX 1173   PALM SPRINGS CA 92263 |
| COASTAL BEND REAL ESTATE SVCS | ATTN RAULIE L. IRWIN, JR.  - OWNER PO BOX 1033   GOLIAD TX 77963 |
| CORNERSTONE APPRAISAL SERVICES, LLC | 334 E KEARNEY PMB 174   SPRINGFIELD MO 65803 |
| DAILEY, MICHAEL A. | 1809 NE WATERFIELD VILLAGE CT   BLUE SPRINGS MO 64014 |
| DIXON, BRENDA S. | PO BOX 1932    ACCOUNT NO. 1001739709   SIERRA VISTA AZ 85636 |
| FIDELITY COURT ASSOCIATES | DANA S. PLON, ESQUIRE SIRLIN GALLOGLY & LESSER, P.C. 1529 WALNUT STREET, SUITE 600   PHILADELPHIA PA 19102 |
| HAAG, GREGORY L. | JOSEPH Y. LONGMIRE, JR. 103 BLUEGRASS COMMONS BLVD   HENDERSONVILLE TN 37075 |
| HOLLOWAY, MARK S. | 7007 MARYLAND DR   URBANDALE IA 50322 |
| JOHNSON, PAUL J. | 3 WESTFIELD LN   ROCKY RIVER OH 44116 |
| JP MORGAN CHASE BANK, N.A. | ATTN CHARLES O. FREEDGOOD, MANAGING DIR. 277 PARK AVENUE, 8TH FLOOR   NEW YORK NY 10172 |
| JP MORGAN CHASE BANK, N.A. | RICHARD L. SMITH, ESQ. ONE CHASE SQUARE, 25TH FLOOR   ROCHESTER NY 14643 |
| JVI | ATTN VICE PRESIDENT 951 MARKET PROMENADE AVE STE 2101   LAKE MARY FL 32746 |
| KAPPELMAN, JOSHUA E. | 1089 HIGH VALLEY LN   SHILOH IL 62221 |
| LIVINGSTON COUNTY | ATTN DIANNE H HARDY, TREASURER 200 E GRAND RIVER AVE   HOWELL MI 48843 |
| MUNDY APPRAISALS | ATTN DELBERT WILLIAM MUNDY 11427 N 12TH WAY   PHOENIX AZ 85023 |
| NAPA COUNTY TAX COLLECTOR | NAPA COUNTY CENTRAL COLLECTIONS 1195 THIRD STREET RM 108 ATT SANDRA NEWBURN ACCOUNTING SPECIALIST   NAPA CA 94559-3050 |
| RE/MAX ADVANTAGE | ATTN: MIKE BARRY 166 SOUTH MAIN STREET   JONESBORO GA 30236 |
| SCHREIBER, LISA M. | 39821 FOXGLOVE CT   LOVETTSVILLE VA 20180 |
| SCOTT, LAURA E | 10517 LIBERTY RD   RANDALLSTOWN MD 21133 |
| SERVICEMASTER MID STATE 2 | ATTN JAMES SELETOS 5072 DUPONT PARKWAY   SMYRNA DE 19977 |
| SURVEY ASSOCIATES | ATTN LINDA LIVELY PO BOX 17369   SAN ANTONIO TX 78217 |
| WAXMAN, HILLARY | 130 ROUND HILL RD   ROSLYN HEIGHTS NY 11577 |
| WELCHER, KENNETH | 135 CAMINO DEL SOL   SANTA CRUZ CA 95065 |

**Total Creditor Count 27**

**EXHIBIT B**

Case 07-11047-CSS    Doc 6982    Filed 02/11/09    Page 5 of 16

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 3024 APPRAISING LLC | ATTN MICHAEL 6980 SULFUR LN   CASTLE ROCK CO 80108 |
| 32 PROSPECT AVENUE LLC | C/O HARVEY SUSSWEIN 85 CLINTON AVE   MONTCLAIR NJ 07042 |
| 32 PROSPECT AVENUE, LLC | C/O HARVEY SUSSWEIN 85 CLINTON AVENUE   MONTCLAIR NJ 07042 |
| A & C APPRAISAL | ATTN JAMES CROAK 44 LYNBROOK RD.   ST. LOUIS MO 63131 |
| A FINE APPRAISAL SERVICE | ATTN CEO 16 CHRIS ELIOT CT   HUNT VALLEY MD 21030 |
| A-AAA REAL ESTATE APPRAISAL SERVICE | ATTN R. AREND DAWSON, PRES. 4507 S BOWDISH RD   SPOKANE WA 99206 |
| AAA APPRAISAL ASSOC., INC. | ATTN SHARON STAGE 4801 S. UNIVERISTY DR # 209   DAVIE FL 33328 |
| ACCENT APPRAISAL SVCS INC | ATTN JUSTIN D. WIESERT, VICE PRESIDENT 620 OXIBOW DR   MYRTLE BEACH SC 29579 |
| ACCURATE APPRAISAL GROUP INC | PO BOX 2459   CORNELIUS NC 28031 |
| ACCURATE OFFICE INSTALLATION | ATTN JEFF PITTS, OWNER 12788 N.W. SHELDAHL DR.   POLK CITY IA 50226 |
| ACE APPRAISALS LLC | ATTN KAREN JEANIE REIF 2481 DURHAM DR   SAGINAW MI 48609 |
| ACHESON RE & APPRAISALS, INC. | ATTN ROSS ACHESON 283 N RAMPART C   ORANGE CA 92868 |
| ACTION APPRAISAL SERVICE CORP. | ATTN THOMAS MUNIZ, PRESIDENT P.O. BOX 3192   LYNCHBURG VA 24503 |
| ADKEL SERVICES INC | ATTN JAMES L KREIDER, VICE PRESIDENT 2710 DEL PRADO BLVD # 2126   CAPE CORAL FL 33904 |
| ADVANCED APPRAISAL SERVICE | PO BOX 2373   MORGAN HILL CA 95038 |
| ADVENT APPRAISALS | ATTN LINDA PO BOX 867   COEUR D ALENE ID 838160867 |
| ALABAMA APPRAISAL SERVICES | ATTN JAMES H MOORE 1004 FIELD STONE DR   DOTHAN AL 36303 |
| ALBRECHT, MARSHA | 837 N. MAPLE AVE.   PALATINE IL 60067 |
| ALEMAN-GARAY, WILTON | 148 KENTUCKY STREET   SHELBYVILLE KY 40065 |
| ALL ACCESS APPRAISALS, LLC | ATTN MICHAEL LOUIE 10473 W ANTIETAM CT   BOISE ID 83709 |
| ALVAREZ, YOLAMARY | 100 GREENFIELD ST   LAWRENCE MA 01843 |
| AM APPRAISALS-ADAM MANN | 1121 W GRANT ST   BREMEN IN 46506 |
| AMOSKEAG APPRAISAL | ATTN THOMAS HUGHES-PRINCIPAL 25 COUNTRY CLUB RD #103   GILFORD NH 03249 |
| ANDERSON, JUERGEN | 2525 TURTLE CREEK 412   DALLAS TX 75219 |
| ANDERSON, SUSAN | 81 STONEHEDGE CT   SOMERSET NJ 08873 |
| ANDREJCZYK, EVELYN M. | 461 HAMMERTOWN ROAD   MONROE CT 06468 |
| ANDREW M. IRVINE | 1353 LAKE SHORE DR   CATAWISSA MO 630151148 |
| ANDREWS APPRAISAL ASSOCIATES | ATTN NONA R. ANDREWS 300 OFFICE PARK DR. SUITE 105   BIRMINGHAM AL 35223 |
| APPRAISAL AFFILIATES, INC. | PO BOX 770546   OCALA FL 34477 |
| APPRAISAL ASSOCIATES INC. | PO BOX 1024   WARRENSBURG MO 64093 |
| APPRAISAL CONNECTION, LLC | ATTN JACQUES W. WEINTEIN (MEMBER) 27 STATE ST, STE 20   BANGOR ME 04401 |
| APPRAISAL INSPECTION SVCS | ATTN KEVIN BOX, PARTNER 736 GRAND AVENUE   BILLINGS MT 59101 |
| APPRAISAL NETWORK OF MICHIGAN, INC. | 2418 E. GRAND RIVER   HOWELL MI 48843 |
| APPRAISAL SERVICE OF MARYLAND | ASSOCIATES ATTN DANIEL POLLACK, OWNER P.O. BOX 5970   BALTIMORE MD 21282 |
| APPRAISAL SERVICES MOLOKAI | ATTN ISA R. FOSTER, OWNER/APPRAISER HC 01 BOX 104   KAUNAKAKAI HI 96748 |
| APPRAISAL SOLUTIONS | ATTN JEFF HOELSCHER 6213 N 17 ST  MC ALLEN TX 78504 |
| APPRAISAL SVCS OF MARYLAND INC | ATTN MERLE P. INTNER, PRES 3655-A OLD COURT RD   BALTIMORE MD 21208 |
| APPRAISALS OF REAL ESTATE INC. | ATTN JOHN WHITE, JR., PRES. 13003 CLEVELAND AVE. N.W.   UNIONTOWN OH 44685 |
| APPRAISER'S GREEN & ASSOCS. | ATTN JOHNNIE W. GREEN, SOLE PROPRIETER 4496 FLOYD DR SW   MABLETON GA 30126 |
| APPRAISING GRACE APPRAISALS | ATTN MIKE GIESE 3110 N HARVEY PKWY   OKLAHOMA CITY OK 73118-8631 |
| APPRAISING IN DELAWARE, INC. | ATTN PATTI PERSIA, OWNER 129 SCHOOL PL   MILFORD DE 19963 |
| ARROW APPRAISAL CORP | ATTN TROY A ENGLUND, PRESIDENT 4536 RACHEL BLVD   WEEKI WACHEE FL 34607 |
| ASHCROFT AND ASSOCIATES, P.C. | ATTN BRANDON CHAMBERLIN, PRESIDEN/OWNER 8421 SE STARK STREET   PORTLAND OR 97216 |
| ASHWORTH APPRAISAL SERVICES | ATTN JOHN D. ASHWORTH, SOLE PROPRIOTOR 14740 QUARTZ MOUNTAIN RD E   SUTTER CREEK CA 95685 |
| ASSOCIATED SERVICES | ATTN JOAN SHEFFER 600A MCCORMICK ST   SAN LEANDRO CA 94577 |
| ATLANTIC/OXFORD ENTERPRISES | ATTN BARBAR GRIFFIN 897 WEST PARK AVENUE   OCEAN TOWNSHIP NJ 07712 |
| ATMOS ENERGY/ MID-TEX DIVISION | A DIVISION OF ATMOS ENERGY CORPORATION ATTN BANKRUPTCY GROUP-RHONDA B BROWN PO |

| Claim Name | Address Information |
|---|---|
| ATMOS ENERGY/ MID-TEX DIVISION | BOX 650205   DALLAS TX 75265-0205 |
| AUTUMN APPRAISAL, LLC | ATTN THOMAS GALLAGHER PO BOX 16611   WEST HAVEN CT 06516 |
| AZULEA COAST APPRAISALS, INC. | ATTN ADAM CONNOLLY, OWNER 1901 KENT ST   WILMINGTON NC 28403 |
| B&B MAINTENANCE OF MD INC | ATTN JULIE A. BUCKLER 23184 COLTON POINT RD   BUSHWOOD MD 20618 |
| BAILEY, LOIS | PO BOX 3956   N MYRTLE BCH SC 295820956 |
| BALTIMORE APPRAISAL & REALTY CO INC | 5509 YORK RD   BALTIMORE MD 21212 |
| BARNES, MELISSA L. | 12321 OSPREY LANE   CULPEPER VA 22701 |
| BARRY HABIB | ATTN BARRY HABIB, CEO 1000 STERLING RIDGE   COLTS NECK NJ 07722 |
| BARVINEK APPRAISAL SERVICE | ATTN JAMES J. BARVINEK, OWNER PO BOX 11115   CEDAR RAPIDS IA 52410 |
| BAYWOOD VALUATION, LLC | ATTN FREDERICK COPE 59 KENNEBUNK RD   ALFRED ME 04002 |
| BEACON APPRAISAL SERVICE, INC | ATTN MARK D. SILVERBERG, PRESIDENT 396 W BROADWAY   S BOSTON MA 02127 |
| BEARDEN APPRAISAL SERVICE INC | ATTN JIM BEARDEN / OWNER PO BOX 676   ROGERS AR 72757 |
| BEE APPRAISAL SERVICE | 18214 104 AV NE   BOTHELL WA 98011 |
| BELLSOUTH TELECOM DBA AT&T S.E. | ATTN LINDA GOODIN AT&T ACCOUNTS RECEIVABLE 220 SOUTH ST RM 317   GASTONIA NC 28052 |
| BEN-ZVI & ASSOCIATES | HENRY BEN-ZVI 3231 OCEAN PARK BLVD., SUITE 212   SANTA MONICA CA 904053 |
| BENSON & ASSOCIATES | ATTN SUSAN BENSON, OWNER PO BOX 21515   LITTLE ROCK AR 72221 |
| BESSON APPRAISALS INC | ATTN LEIGH A. BESSON 25 MARY ANN DR   EXETER RI 02822 |
| BLITCH APPRAISAL CO INC | ATTN PIERCE G BLITCH III,OWNER/PRESIDENT 104 WHEELER EXECUTIVE CENTER   AUGUSTA GA 30909 |
| BOB FLEAK | 5532 S. BURROWS   SPRINGFIELD MO 65810 |
| BOEHLER REAL ESTATE APPRAISER | ATTN DARWIN BOEHLER 3729 FREEDOM CT   RAPID CITY SD 57701 |
| BORDNER, ANN M | 4512 PIAZZA CIRCLE   FORT WAYNE IN 46804 |
| BOSTON MOUNTAIN REAL ESTATE | ATTN CHRIS HAMAKER PO BOX 722   FAYETTEVILLE AR 72702-0722 |
| BOUNDS APPRAISAL SVCS INC | ATTN: SHAWN BOUNDS, OWNER 7603 NEW MARKET DR   BETHESDA MD 20817 |
| BOWEN, BOBBIE | 119 SHADY BEND   LUFKIN TX 75901 |
| BOWERMAN, RICH | HAMMOND BOWERMAN & ASSOC., INC. 12 WINDWARD WAY   BALTIMORE MD 21220 |
| BRANDYWINE VALLEY HEATING & AIR | CONDITIONING, INC ATTN CFO 917 OLD FERN HILL RD #300   WEST CHESTER PA 19380 |
| BRANHAM, CARLA U. | 112 MCMURRAY STREET   FREDERICK MD 21701 |
| BRENT JONES SERVICES INC | PO BOX 751178   LV NV 89136 |
| BRIDGEPORT APPRAISAL, LLC | P.O. BOX 7326   COVINGTON WA 98042 |
| BROWN APPRAISALS | 5325 BELFERN DR   BELLINGHAM WA 98226 |
| BROWN REAL ESTATE GROUP | ATTN KEITH BROWN, BROKER 19620 15TH AVE NE   SEATTLE WA 98155 |
| BUDISH AND COMPANY INC | PO BOX 101194   DENVER CO 80250 |
| BULSON, BETHANY R. | 5201 WRIGHT DR   HICKORY NC 286028297 |
| BUNCOMBE COUNTY | BUNCOMBE CO TAX OFC 60 COURT PLZ, RM 320   ASHEVILLE NC 28801 |
| CADENA APPRAISAL SERVICE | ATTN VALERIANO E. CADENA, JR., OWNER 123 W MARTIN ST   DEL RIO TX 78840 |
| CALLAHAN, MICHAEL | 545 BELVIEW AVE   WINCHESTER VA 22601 |
| CAMPBELL, DOUG | 1 VAN SISE COURT   SYOSSET NY 11791 |
| CANTELME, PHILIP | 4809 MILLSHIRE LANE   FAIR OAKS CA 95628 |
| CAPITAL APPRAISAL SERVICES INC | ATTN J.R. CABAI - PRESIDENT 11627 MARSHWOOD LANE   FORT MYERS FL 33908 |
| CAPRARO APPRAISAL CO INC | 1515 SMITH ST # K   N PROVIDENCE RI 02911 |
| CAROLINA TELEPHONE AND TELEGRAPH COMPANY | EMBARQ (NORTH CAROLINA) ATTN: S MARY HALL P.O. BOX 872967   KANSAS CITY MO 64187-2967 |
| CAROLINA TELEPHONE AND TELEGRAPH COMPANY | D/B/A EMBARQ (NORTH CAROLINA) ATTN MARY C HALL - BANKRUPTCY ANALYST PO BOX 7971   SHAWNEE MISSION KS 66207 |
| CARPENTER, THOMAS L., ESQ. | CARR ALLISON 14231 SEAWAY RD STE 2001 BLDG 2000   GULFPORT MS 39503 |
| CASTANEDA, HEIDE & VALENTIN | 13521 IRONTON DR.   TAMPA FL 33626 |
| CENTRAL MASS APPRAISALS INC. | ATTN GARY L. BOURQUE, PRESIDENT 2 WASHINGTON STREET   LEOMINSTER MA 01453 |
| CENTRAL MORTGAGE COMPANY | KATHY H. VAN HOOK 801 JOHN BARROW RD., SUITE 1   LITTLE ROCK AR 72205 |

| Claim Name | Address Information |
|---|---|
| CENTRAL TELEPHONE COMPANY OF TEXAS | CENTRAL TELEPHONE COMPANY OF TEXAS D/B/A EMBARQ ATTN MARY C HALL - BANKRUPTCY ANALYST PO BOX 872967   KANSAS CITY 64187-2967 |
| CENTRAL TELEPHONE COMPANY OF TEXAS | D/B/A EMBARQ ATTN MARY C HALL - BANKRUPTCY ANALYST PO BOX 7971   SHAWNEE MISSION KS 66207 |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA | CENTRAL TELEPHONE COMPANY OF VIRGINIA D/B/A EMBARQ ATTN MARY C HALL - BANKRUPTCY ANALYST PO BOX 872967   KANSAS CITY 64187-2967 |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA | D/B/A EMBARQ ATTN MARY C HALL - BANKRUPTCY ANALYST PO BOX 7971   SHAWNEE MISSION KS 66207 |
| CENTURY 21 HIGH COUNTY | ATTN: V. WICKERSHAM 28200 HIGHWAY 189   LAKE ARROWHEAD CA 92352 |
| CENTURYTEL OF MISSOURI, LLC | ATTN REX D RAINACH, ATTORNEY 3622 GOVERNMENT ST   BATON ROUGE LA 70806-5720 |
| CHARLES FUCHS APPRAISALS | ATTN CHARLES FUCHS 74 SOUTH DELREY ROAD   MONTAUK NY 11954 |
| CHARLES G. MURRAY A.S.A. | 226 MILL STREET P O BOX 201   BRISTOL PA 19007 |
| CHARTER FUNDING A DBA OF FIRST MAGNUS | FINANCIAL ATTN GAM R. FREE, PRESIDENT 3051 W. MAPLE LOOP DRIVE # 125   LEHI UT 84043 |
| CHEN, KANGYI | 1578 MARTEN AVE SW   ALBANY OR 97321 |
| CHESAPEAKE REAL ESTATE ANALYSTS, INC. | ATTN DAVID WHITTEN PRESIDENT P O BOX 678   NORTH BEACH MD 20714 |
| CHIPMAN ENGINEERS | ATTN E. PAUL CARSWELL PO BOX 1177   HUDSON NC 28638 |
| CISNEROS, MARILYN D. | 273 KINGS CANYON   BEAUMONT CA 92223 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. | ATTN STACEY GRAY BANKRUPTCY PROCESSING SOLUTIONS, INC. 800 E SONTERRA BLVD., SUITE 240   SAN ANTONIO TX 78258 |
| CITRUS APPRAISAL SERVICES | ATTN DONALD C. TRENARY, JR - PRESIDENT 7350 N DAMASCUS AVE   DUNNELLON FL 34433 |
| CITY OF FRASER | 33000 GARFIELD   FRASER MI 48026 |
| CITY OF FRASER | ATTN KAREN ROWSE-OBERLE BUTLER, BUTLER & ROWSE-OBERLE, PLLC 24525 HARPER, STE. 2   ST. CLAIR SHORES MI 48080 |
| CITY TREASURER-ELECTRICITY | 90 W BOARD STREET CITY HALL ROOM 111   COLUMBUS OH 43215 |
| CITYVIEW | 401 HENLEY ST STE 4   KNOXVILLE TN 379022846 |
| COACHELLA VALLEY APPRAISAL | ATTN DALE BERNER, OWNER PO BOX 1173   PALM SPRINGS CA 92234 |
| COCHRAN HELMS, INC. | ATTN EVERETT L. HELMS, JR., OWNER 226 EAST TREMONT AVE   CHARLOTTE NC 28203 |
| COCKINOS APPRAISAL SERVICE | ATTN JAMES M DEVERS, IV, PRESIDENT 618 CHESTNUT ROAD, SUITE 103   MYRTLE BEACH SC 29572 |
| COLLIER RESIDENTIAL APPR, INC. | ATTN PETRINA STORTER/OFF MNGR. 1044 CASTELLO DR. # 103   NAPLES FL 34103 |
| COLOMBO, BRIAN R | 2904 MORNINGSIDE AVENUE   PARKERSBURG WV 26101 |
| COLOMBO, BRIAN R | SANTER & SANTER 1136 1/2 MARKET STREET PO BOX 306   PARKERSBURG WV 26102 |
| COMMISSIONERS OF PUBLIC WORKS | ATTN H C LUCAS RAYMOND PO BOX B   CHARLESTON SC 29402 |
| COMMONWEALTH APPRAISALS & CONSULTING INC | ATTN THOMAS M. KIRCHNER JR. 42949 RIDGEWAY DR   ASHBURN VA 20148 |
| COMMUNITY MAGAZINE | ATTN JACK COHEN, MANAGER 1616 OCEAN PKWY   BKLYN NY 11223 |
| CONCEPT APPRAISAL SERVICES | CONNIE ESBENSON PO BOX 306   FORT LUPTON CO 80621 |
| CONDE, REISA S | 21 FISCHER AVENUE   KINGSTON NY 12401 |
| COOK APPRAISAL | ATTN RICHARD COOK 25111 PAMELA CT.   BROWNSTOWN MI 48134 |
| COSTON, BOB CHARLES | 620 GOLDVINCH ST SE   KNOXVILLE TN 37920 |
| COVAD COMMUNICATIONS | ATTN WENDY FINNEGAN C/O RMS BANKRUPTCY RECOVERY SERVICES PO BOX 5126   TIMONIUM MD 21094 |
| CRAVEN, LEO | 1035 S BRADFORD ST   DOVER DE 19904 |
| CREDEX AMERICAN INC | ATTN MARIO D CARUSO, ESQ 5500 MAIN ST   BUFFALO NY 14221 |
| CRESTEO BUTTE APPRAISAL SERVIC | ATTN DONALD PULLEY PO BOX 1595   CRESTED BUTTE CO 81224 |
| CRISLIP, PHILIP & ASSOCIATES | ATTN JOHN B. PHILIP 4515 POPLAR AVENUE, SUITE 322   MEMPHIS TN 38117 |
| CROSS, JOHN L. | JANET L CROSS JT TEN 114 CHIPWOOD LANE   GREENVILLE SC 29615 |
| D J GRAEFF & ASSOCIATES, LLC | ATTN DANIEL J. GRAEFF - PARTNER 5622 GINGER TREE LN   TOLEDO OH 43623 |
| D&B COURIER EXPRESS | PO BOX 766   BRYANTOWN MD 20617 |
| D&R APPRAISALS, LLC | PO BOX 733   ROCKY MOUNT MO 65072 |

| Claim Name | Address Information |
|---|---|
| D'AMBROSIO, DONNA M | 20 W CHESTNUT ST   FARMINGDALE NY 11735 |
| DAILY PRESS | C/O TRIBUNE COMP. ATTN CAROL LIOTTA 435 N. MICHIGAN AVE 3RD FL   CHICAGO IL 60611 |
| DALLAS APPRAISAL GROUP, INC. | 112 W CENTER, STE 700   FAYETTEVILLE AR 72701 |
| DARRELL ROBERTS RE APPRAISER | 5701 REXROTH AVE.   BAKERSFIELD CA 93306 |
| DAVID L DIAMOND & ASSOCIATES | PO BOX 2595   W COLUMBIA SC 29171 |
| DAVID OPOKA - REALTY EXPERTS | ATTN: DAVID OPOKA 4331 E. JUANITA AVENUE   GILBERT AZ 85234 |
| DAVIS APPRAISAL CO LLC, THE | ATTN RANDALL R DAVIS, OWNER 5580 STATE STREET, STE 8   SAGINAW MI 48603 |
| DEAN AUVE | PO BOX 8329   YAKIMA WA 98908 |
| DEGOLIER, DAN | 2710 HUNTINGTON STREET   BELLINHAM WA 98226 |
| DELTACOM | POB 740597   ATLANTA GA 30374-0597 |
| DESERT APPRAISALS LLC | ATTN JOSEPH BARTLEY 6295 MCLEOD DR # 18   LAS VEGAS NV 89120-4434 |
| DESROULEAUX, MONICA P | 12420 NW 15TH ST APT 2207   SUNRISE FL 333235237 |
| DEWITT, KRISTINE A. | 1521 BROOKE CT   AMELIA OH 451021148 |
| DISCOUNT COPIER SYSTEMS & SERVICE INC | ATTN ADELE CHAVERS PO BOX 851687   MOBILE AL 36685 |
| DON R SCHEIDT & CO | ATTN DEBORAH GREEN, V.P. 2927 UNION ST   LAFAYETTE IN 47904 |
| DOWNEY PUBLISHING | ATTN GAYLA LAVAERY ACCT REP. 2454 E. SOUTHLAKE BLVD.   SOUTHLAKE TX 76092-6609 |
| DREW & ROGERS, INC. | ATTN MARK POLITAN, ESQ. COLE, SCHOTZ, MEISEL, FORMAN & LEONARD 25 MAIN STREET, PO BOX 800 - COURT PLZ N   HACKENSACK NJ 07602-0800 |
| DUCHENE, RENEE | 11405 W. PINEHOLLOW DR   SURPRISE AZ 85374 |
| DUKE ENERGY/KENTUCKY | MARY TAYLOR PO BOX 960 - EF 367   CINCINNATI OH 45273-9598 |
| DUNAKEY & KLATT, P.C. | BRIAN G SOYER 531 COMMERCIAL ST STE 700   WATERLOO IA 50701 |
| EDWARDS APPRAISAL SERVICES, LLC | LINDA G EDWARDS 1101 E REDBUD DR   KNOXVILLE TN 37920 |
| EININGER, MITCHELL | 26 GREENWOODS RD   OLD TAPPAN NJ 07675 |
| ELLINGHUYSEN, PAUL | 12621 BOX DRIVE   HUDSON FL 34667 |
| EMBARQ MINNESOTA, INN. | EMBARQ MINNESOTA, INC. ATTN MARY C HALL - BANKRUPTCY ANALYST PO BOX 872967 KANSAS CITY 64187-2967 |
| EMBARQ MINNESOTA, INN. | ATTN MARY C HALL - BANKRUPTCY ANALYST PO BOX 7971   SHAWNEE MISSION KS 66207 |
| ENGINEERING INSPECTION SERVICS | ATTN MARVIN W. WARD, PRESIDENT 1616 BARRINGTON RD   COLUMBUS OH 43221 |
| ENGLEWOOD APPRAISAL SERVICES | ATTN MELISSA A. SHOLLY 11650 ENGLEWOOD DRIVE   LA PLATA MD 20646 |
| ENGSTROM AGENCY INC | PO BOX 1391   WATERTOWN SD 57201 |
| EOI DIRECT, LLC | ATTN JENNIFER ALLEN, ACCOUNTING 412 E. PARKCENTER BLVD SUITE 315   BOISE ID 83706 |
| EQUITY APPRAISERS INC | ATTN TIMM G DELEHANTY, OWNER 9121 NORTH MILITARY TRAIL SUITE 214   PALM BEACH GARDENS FL 33410 |
| ESCORCIA, JUSTIN | 829 HERBERT CT   UNIONDALE NY 11553 |
| EVERGLADES DIRECT INC. CT. NEIL | 720 INTERNATIONAL PARKWAY   SUNRISE FL 33325 |
| FAST APPRAISAL | ATTN FRANCISCO GUTIEREZ 809 PASEO DE LOS VIRREYES   CALEXICO CA 92231 |
| FEATHER PUBLISHING CO., INC. | ATTN SANDY CONDOR - OFFICE MANAGER PO BOX B   QUINCY CA 95971 |
| FIRST AMERICAN SLO | ATTN MIA HEMPSTEAD, COLLECTIONS 12395 FIRST AMERICAN WAY   POWAY CA 92064 |
| FIRST CHOICE APPRAISALS, INC. | ATTN TRINA L. HARINGS, OFFICE MANAGER PO BOX 2048   BEAVERTON OR 97075-2048 |
| FIRST SERVICE APPRAISAL, INC. | ATTN BONNIE J OLETZKE, OWNER PO BOX 714 1039 4 ST NE   WATERTOWN SD 57201 |
| FIRST SERVICE APPRAISAL, INC. | 302 1ST AVE NE   WATERTOWN SD 572013610 |
| FISHER AND SHAPRIO, LLC | ATTN:   RICHARD ARONOW 4201 LAKE COOK ROAD   NORTHBROOK IL 60062 |
| FLEMING, ART | 2565 RIO ALAYNE CT.   SPARKS NV 89436 |
| FLORES, CARLA | 817 OAKWOOD WAY   OAKLEY CA 94561 |
| FLORES, LEONARD L. | 1811 CHEROKEE DR UNIT # 2   SALINAS CA 93906 |
| FOCUS APPRAISALS INC. | ATTN ELISA D., OFFICE MANAGER 1121 E MAIN ST # 407   ST CHARLES IL 60174 |
| FORD, STEPHEN H. | 3 DOGWOOD DR   SHALIMAR FL 32579 |
| FOX, RICHARD D. & CAROLE J. | 20718 BENDING PINES LANE     ACCOUNT NO. 1534   SPRING TX 77379-2782 |

| Claim Name | Address Information |
| --- | --- |
| FRAGA, MICHAEL | 1754 CHERRYHILLS DR   DISCOVERY BAY CA 94514 |
| FREDERICK, PHYLLIS | 370 SUMMIT AVENUE   FLEETWOOD NY 10552 |
| FREEDOM APPRAISAL SERVICES | ATTN DARLENE LAMB 4397 OWENS RD   EVANS GA 308093175 |
| FREISINGER APPRAISAL SERVICES, LLC | ATTN ERIC FREISINGER, MANAGER 2127 SOUTH LINCOLN STREET   DENVER CO 80210 |
| FRIEDENBERG, RAE NADLER | 11626 BRIARWOOD CIR   BOYNTON BEACH FL 33437 |
| G&W APPRAISAL ASSOCIATES | ATTN RICHARD J WALSH 91 PROVIDENCE HIGHWAY   WESTWOOD MA 02090 |
| GARY LEES AVENUE PIZZA | 1575 BROADWAY   BUFFALO NY 14212 |
| GAULT, BRIAN K. | 278 PROSPECT STREET   MANCHESTER NH 03104 |
| GIERA, KAREN | 434 SO FELTUS ST   SOUTH AMBOY NJ 08879 |
| GIFFORD, REBECCA | 5461 MARDEL AVE   SAINT LOUIS MO 63109 |
| GILES, PATRICIA | 10958 S SANGAMON ST   CHICAGO IL 606433849 |
| GOLDSTEIN, EDWARD B | 120 CHERRY ST   KATONAH NY 10536 |
| GONZALEZ, REINA | 5503 SKYLOCK DR   RALEIGH NC 27610 |
| GOTH, NORMA | P.O. BOX 403   MADISON SD 57042 |
| GRANITE TITLE ASSOCIATES, INC. | 2330 WEST JOPPA ROAD, SUITE 107 ATTN: ROBERT S ABRAHAMS, VP   LUTHERVILLE MD 21093 |
| GRAY COMPANY INC | ATTN REBECCA M GRAY, PRESIDENT PO BOX 50354   MYRTLE BEACH SC 29579 |
| GREAT SOUTHWEST MORTGAGE | 1020 15TH STREET SUITE 16G   DENVER CO 80202 |
| GREATER MILWAUKEE ASSOC. OF REALTORS | 12300 W. CENTER ST.   WAUWATOSA WI 53222-4052 |
| GREATER VALLEY APPRAISAL | ATTN KRISTY NELSON PO BOX 530626   HENDERSON NV 89053 |
| GREENE, CHARLES C. | 6407 LEON ROAD   ANDOVER OH 44003 |
| GREENERY UNLIMITED | ATTN LYNN M SLATER, OFFICE MGR 2052 60TH PLACE EAST   BRADENTON FL 34203 |
| GREYSTONE VALUATION GROUP, INC | 273 COLUMBUS AVENUE ATTN WENDY MORIN   TUCKAHOE NY 10707 |
| GROUP9, INC. | ATTN THERESA MALLON, CFO/EVP 444 OXFORD VALLEY RD SUITE 300   LANGHORNE PA 19057 |
| GS & ASSOCIATES, LLC | 1601 W CENTRE AVE STE 102   PORTAGE MI 49024 |
| GULF APPRAISAL GROUP | 2405 BURKE ST   GULFPORT MS 395072206 |
| GULFSIDE APPRAISAL, INC | 15050 ELDERBERRY LN STE 4   FORT MYERS FL 339078504 |
| HALLMARK APPRAISAL INC | 540 NW 165 STREET   MIAMI FL 52167 |
| HAMILTON APPRAISAL SERV., INC | ATTN REBECCA A. DAVEY, OFFICE MGR. 802 GRAHAM RD.   CUYAHOGA FALLS OH 44221 |
| HARMONHOMES.COM | ATTN BETTY LAMBIOTTE P.O. BOX 9277   CANTON OH 44711 |
| HARMONY HOMES R.E. | 3125 MCHENRY AVE STE F   MODESTO CA 953501451 |
| HARMONY HOMES R.E. | ATTN: DON NUSSER 1125 NANTUCKET PLACE   MODESTO CA 95355 |
| HARRISON, DARRELL J. (VA) | 3229 BOW CREEK BLVD   VIRGINIA BEACH VA 23452 |
| HASKINS, LINDA | 7760 E 39TH ST   TUCSON AZ 85730 |
| HAUSER APPRAISAL SVCS LLC | ATTN BRAD RUDISHAUSER 12455 SW 115 AV   TIGARD OR 97223 |
| HAWTHORNE, PAUL JR. | DBA THE HAWTHORNE GROUP 8005 OAKCREST DRIVE   MC KINNEY TX 75070 |
| HEFNER, KENNETH R. | 30 MULHOLLAND CT   MISSION VIEJO CA 92692 |
| HERITAGE APPRAISAL SERVICE | ATTN BOB ANTONE 4828 FAYETTEVILLE RD   LUMBERTON NC 28358 |
| HERNANDEZ, MATTHEW AND MELANIE | 2158 COTTONWOOD AVENUE   SAN JACINTO CA 92582 |
| HERNANDO COUNTY UTILITIES DEPARTMENT | C/O HERNANDO COUNTY ATTORNEY'S OFFICE KENT L. WEISSINGER - SR. ASST CTY ATTY 20 NORTH MAIN STREET - SUITE 462   BROOKSVILLE FL 34601 |
| HIGGINS APPRAISAL SERVICES | ATTN MARK J HIGGINS 1340 BRIARWOOD DRIVE   NORTH DIGHTON MA 02764 |
| HILLE, RUTHANNE | 10003 N RIDGECREST DR   SPOKANE WA 99208 |
| HITCHENS APPRAISAL GROUP | B316 4100 CARMEL RD STE B   CHARLOTTE NC 282266151 |
| HOFFMAN APPRAISAL INC | 23000 SPRINGWOOD CIRCLE   MILLSBORO DE 19966 |
| HOLDEN APPRAISAL | 7735 WINDSOR DR   DUBLIN OH 43016 |
| HOMES ON THE HILL COMMUNITY DEVELOPMENT | CORPORATION ATTN STEPHEN TORSELL, EX. DIR. 12 S TERRACE AVE   COLUMBUS OH 43204 |
| HOPP & SHORE, LLC | ROBERT J. HOPP, ESQ. POST OFFICE BOX 8539   DENVER CO 80201 |
| HPC LLC | ATTN JOHN J. FORD 1569 EDMUND DR   BARNHART MO 63012 |

| Claim Name | Address Information |
|---|---|
| HUDSON VIEW APPRAISALS LLC | ATTN ADRIAN L. MULLER, PRESIDENT 690 N B'WAY # 200   WHITE PLAINS NY 10603 |
| HURLEY & ASSOCIATES, INC. | ATTN NANCY HURLEY 15220 64TH PL NE   KENMORE WA 98028 |
| HUTCHISON, ANTHONY | 405 OAKTREE CROSSING CT   BALLWIN MO 63021 |
| IDAHO DANCE THEATRE INC. | ATTN BECKY BRESHEARS 405 S 8TH STREET STE 363   BOISE ID 83702 |
| INDEPENDENT APPRAISAL SERVICE | ATTN MARGARET V. WESTBROOK, PRES. 639 GENTRY DRIVE   LANCASTER PA 17603 |
| INTERNATIONAL MAILING | ATTN GREG TEETSELL, ACCTS REC. 336 N. 12TH STREET   SACRAMENTO CA 95814 |
| JAMES A. CURRLIN APPRAISALS | 6 SILVERHILL COURT   CHICO CA 95926 |
| JAMES A. CURRLIN APPRAISALS | ATTN JAMES A. CURRLIN 6 SILVERHILL COURT   CHICO CA 95926 |
| JAMES L. RANDALL SRA | 33 WEST FRANKLIN ST, STE 201   HAGERSTOWN MD 21740 |
| JAN ROSEBERRY APPRAISALS | ATTN JANICE S. ROSEBERRY 214 W 21ST STREET   DOVER OH 44622 |
| JASON COX - EAST COAST PROPERTIES | 2012 ATHONY RD   BURLINGTON NC 272158941 |
| JERRY CALONGNE APPRAISER | PO BOX 10644   JEFFERSON LA 70181 |
| JERSEY CENTRAL POWER & LIGHT | A FIRSTENERGY COMPANY ATTN DEBRA KELLY 331 NEWMAN SPRINGS RD BLDG 3   RED BANK NJ 07701 |
| JIM BROSE APPRAISALS, LLC | ATTN JAMES R BROSE 10905 E 20TH AVE   SPOKANE VALLEY WA 99206 |
| JIM RICHEY APPRAISALS | ATTN JAMES N. RICHEY, OWNER 5205 ROLLING HILLS   TEXARKANA TX 75503 |
| JOHN D CLUNK, L.P.A. | LAW OFFICES OF JOHN D. CLUNK, L.P.A. 5601 HUDSON DR STE 400   HUDSON OH 44236 |
| JOHN HATCHER- KELLER WILLIAMS REALTY | ATTN JOHN HATCHER, OWNER 6 DEERING ST   PORTLAND ME 04101 |
| K&R APPRAISAL SERVICES | ATTN KEVIN J. GINGRAS, PRESIDENT 23 ANAAN AVE   WEST ROXBURY MA 02132 |
| KADISH, HERBERT S. & PHYLLIS R. | 2905 WHITEWAY   AUSTIN TX 78757-1616 |
| KALAMAZOO VALLEY APPRAISALS | ATTN MANUEL FREDERICKSEN 722 MONTROSE AVE   KALAMAZOO MI 49008 |
| KAPPELMAN, JOSHUA E. | 1089 HIGH VALLEY LN   SHILOH IL 62221 |
| KAZ APPRAISALS INC | PO BOX 364 ATTN KAREN A ZIRPOLI, PRESIDENT   GAINESVILLE VA 20156-0364 |
| KELLER WILLIAMS REALTY | ATTN: KAREN SOTHORON 2809 E. HARMONY ROAD SUITE 100   FORT COLLINS CO 80528 |
| KELLMAN APPRAISALS | ATTN ANDREW B. KELLMAN 7240 BAY BRIDGE ROAD   CORONA CA 92880 |
| KIM VEST APPRAISALS | ATTN SHARON KIM VEST PO BOX 945   JONESBOROUGH TN 37659 |
| KLINE, BRUCE A | 19032 DELIGHT STREET   SANTA CLARITA CA 91351 |
| KNOWLES, JAMES A | 5560 GAYLAND RD   BALTIMORE MD 21217 |
| KNUCKLES, DENEEN | 107C WOODBEND COURT   HIGH POINT NC 27265 |
| KNUDSEN, GARY | 4621 HIGHWAY 363    ACCOUNT NO. LOAN # 1828177   MALTA MT 59538 |
| KOBORSSY, GHASSAN C. | 262 PALM VALLEY BLVD #109   SAN JOSE CA 95123 |
| KOEHLINGER SECURITY TECHNOLOGY | ATTN KIM S KOEHLINGER, PRESIDENT 421 EAST WASHINGTON BLVD.   FORT WAYNE IN 46802-3219 |
| KOHLBERG, JEFFREY M. | 334 HERITAGE WOODS DRIVE   WEST CHICAGO IL 60185 |
| KOS, STANLEY E AND MAUREEN | 1 KEY BISCAYNE WAY   LEESBURG FL 34788 |
| KRIEGER, JENNIFER | 200 SERPENTINE LN   ISLANDIA NY 117491621 |
| LANE APPRAISAL SERVICES, INC. | 1516 CHAUNCEY LN   RICHMOND VA 232384806 |
| LARRY BRELAND | ATTN LARRY BRELAND, JR. - OWNER 104 GALERIA BLVD.   SLIDELL LA 70458 |
| LATITUDE 33 APPRAISALS INC | ATTN PATRICIA L HAMILTON, PRESIDENT 515 E CARE FREE # 629   PHOENIX AZ 85085 |
| LAUER, MICHELLE M | 14586 W CATALINA DR   GOODYEAR AZ 853958342 |
| LAVENAU, SUSAN E. | PO BOX 7422   RENO NV 895107422 |
| LAW FIRM OF HUTCHENS, SENTER AND BRITTON | ATTN JOSEPH J. VONNEGUT P.O. BOX 2505   FAYETTEVILLE NC 28302 |
| LAW GROUP PL | ATTN JOHN C BROCK JR FLORIDA DEFAULT LAW GROUP PL PO BOX 25018 MAIL STOP 4   TAMPA FL 33622-5018 |
| LAWRENCE APPRAISAL GROUP HAWAII, INC. | 308 KAMEHAMEHA AVE, STE PH-3   HILO HI 96720 |
| LEADER PUBLICATIONS | ATTN PAM LAPLANT PO BOX 159   FESTUS MO 63028 |
| LEE APPRAISAL GROUP, INC | ATTN MELANIE LEE, OWNER 14830 E OHIO AV   AURORA CO 80012 |
| LEGEND APPRAISALS, INC | 2631 CELEBRATE CT   HENDERSON NV 89074 |
| LEIGH B. PATTALOCHI COMPANY | 1670 N. KOLB ROAD # 246   TUCSON AZ 85715 |

| Claim Name | Address Information |
|---|---|
| LEITNER COMPANY, THE | ATTN RUSSELL LEITNER PO BOX 1800   FLAT ROCK NC 287311800 |
| LERCH, EARLY & BREWER, CHTD. | ATTN: ARNOLD D. SPEVACK, ESQUIRE 3 BETHESDA METRO CENTER, SUITE 460   BETHESDA MD 20814 |
| LERNER, SAMPSON & ROTHFUSS, LPA | 120 EAST FOURTH STREET 8TH FLOOR   CINCINNATI OH 45202 |
| LERNER, SAMPSON & ROTHFUSS, LPA | ATTN EDWARD J. BOLL, III P.O. BOX 1985   CINCINNATI OH 45264-1985 |
| LINCOLN & ASSOCIATES | ATTN PAUL A LINCOLN, OWNER PO BOX 525   MONUMENT CO 80132 |
| LISA USLABAR APPRAISALS | ATTN LISA USLABAR 8708 INDIAN BLVD S   COTTAGE GROVE MN 55016 |
| LODGE AT VENTANA CANYON, THE | GOLF & RACQUET CLUB ATTN TRACEY FOSSATTI, ACCTS RECEIVABLE 6200 N CLUBHOUSE LANE   TUCSON AZ 85750 |
| LONG APPRAISAL SERVICES, INC. | BRIAN W. LONG 1631 EMERALD CT.   ROBINS IA 52328 |
| LONGSHORE, BUCK & LONGSHORE, P.C. | ATTN W. L. LONGSHORE, III NORTH LONGSHORE BUILDING 2009 SECOND AVENUE BIRMINGHAM AL 35203 |
| LOOMIS, PRISCILLA | 39 LITTLE ROAD   MORRIS CT 06763 |
| LOVELL APPRAISAL SERVICE | ATTN JIMMIE C. LOVELL PO BOX 1389   CENTER TX 75935 |
| LSA REAL ESTATE APPRAISERS | ATTN LAUREN CE SEXTON PO BOX 21403   CHARLESTON SC 29413 |
| LUGO, CLARA | 262 S MEADE ST   DENVER CO 80219 |
| LUM & WINN APPRAISAL GROUP | ATTN NOLAN LUM 10116 FAIR OAKS BLVD   FAIR OAKS CA 95628 |
| LYNCH & ASSOCIATES | ATTN MICHAEL LYNCH 205 LEXINGTON AVE   NEW YORK NY 10016 |
| M.H. ALBERT & ASSOCIATES | 6169 UPPER YORK ROAD   NEW HOPE PA 18938 |
| MADSON, BROWN & ASSOCIATES | ATTN EDWARD A MADSON, PRESIDENT 3131 N COUNTRY CLUB RD STE 203   TUCSON AZ 85716 |
| MAGEE APPRAISAL SERVICE | ATTN: DIANA MAGEE PO BOX 556   FREDERICK MD 21705 |
| MAGEE APPRAISAL SERVICE LLC | ATTN: DIANA MAGEE PO BOX 556   FREDERICK MD 21705 |
| MAGNETIC SPRINGS WATER CO | ATTN SANDRA G. ALLISON, COLLECTIONS MGR PO BOX 182076   COLUMBUS OH 43218 |
| MAJOR APPRAISAL | PO BOX 2095   WAYNESBORO VA 22980 |
| MAJOR APPRAISAL | RONALD W. DENNEY, ATTORNEY P.O. DRAWER 1140   WAYNESBORO VA 22980 |
| MANZO APPRAISALS INC | ATTN PRESIDENT 22 RIDGE RD   LYNDHURST NJ 07071 |
| MARICOPA COUNTY TREASURER | MADELEINE C WANSLEE 201 EAST WASHINGTON ST., SUITE 800   PHOENIX AZ 85004-2327 |
| MARK GUY APPRAISALS INC. | ATTN MARK D. GUY (PRESIDENT) PO BOX 8646   ST. JOSEPH MO 64508 |
| MARTIN + WOOD APPRAISAL, THE | ATTN DENISE HAHN, OFFICE MANAGER 43 S ST CLAIR ST   TOLEDO OH 43604 |
| MARTIN APPRAISAL SVCS INC | ATTN EDWARD MARTIN, PRESIDENT 1810 28 ST W   BRADENTON FL 34205 |
| MARY MCKINNY APPRAISAL SERVICE | PO BOX 82   BETHANY MO 64424 |
| MARY THOMPSON APPRAISAL | ATTN MARY T. THOMPSON 5747 GARDEN WALK   FLOWERY BRANCH GA 30542 |
| MASON APPRAISAL SERVICES | 4314 EVANSTON BLVD   N. CHARLESTON SC 29406 |
| MATANZAS APPRAISAL GROUP, INC. | ATTN BEN MOODY, OWNER PO BOX 1064   BUNNELL FL 32110 |
| MCBRIDE APPRAISAL SERVICES | TAMMY L. MCBRIDE 901 COLUMBUS DR   CAPITOLA CA 95010 |
| MCCANN APPRAISAL SERVICES INC. | ATTN FRANK MCCANN, OWNER/PRESIDENT 231 S. WHITE HORSE PIKE   AUDUBON NJ 08106 |
| MCCOY, JOHN | 5525 HILLSIDE CIRCLE   EDINA MN 55439 |
| MCDONALD, MCKENZIE, RUBIN, | MILLER & LYBRAND, L.L.P ATTN KEVIN T. BROWN, PARTNER 1704 MAIN ST., 2ND FLOOR COLUMBIA SC 29201 |
| MCKAY, JANET | 199 CENTRAL AVE   PITTSBURGH PA 15238 |
| MCLEAN ASSOCIATES | 43 GILFORD EAST DRIVE   GILFORD NH 03249 |
| MEDIATOR SERVICES, LLC | LUCILLE ALFANO 508 JERSEY AVENUE   SPRING LAKE NJ 07762 |
| MEETZE APPRAISALS, INC. | ATTN MELODY MEETZE SHIRLEY, PRESIDENT PO BOX 2942   IRMO SC 29063 |
| MEHAS, GUSTAVO J. | 545 EAST MCKINLEY AVENUE UNIT B   SUNNYVALE CA 94086 |
| MENDEZ, ELIZABETH | 656 PEARSON STREET UNIT 707   DES PLAINES IL 60016 |
| MERRING, STEPHEN A. | 804 E MILL ST   HASTINGS MI 49058 |
| MESHOT, KAREN C. | 24631 MANDEVILLE DR   LAGUNA HILLS CA 92653 |
| METRO APPRAISAL GROUP, INC. | 5145 MAYFIELD RD.   LYNDHURST OH 44124 |
| MIDWEST APPRAISAL SERVICES, INC. | ATTN TERRY D BLAEDORN, OWNER 113 S MAIN ST   RIVER FALLS WI 54022 |

| Claim Name | Address Information |
|---|---|
| MILLENNIUM GROUP HOLDINGS, INC. | ATTN KEVIN MASSEY, OWNER 1277 KELLY JOHNSON BLVD, STE 200   COLORADO SPRINGS CO 80920 |
| MINTER, MICHAEL D. | 1321 LASKIN ROAD, # 100   VIRGINIA BEACH VA 23451 |
| MODERN APPRAISAL | ATTN CARON J. CLARKE PO BOX 661   SCAPPOOSE OR 97056 |
| MODULAR MAILING SYSTEMS | ATTN KATHY PAGE 4913 W. LAUREL ST.   TAMPA FL 33607-0000 |
| MONEY RECOVERY NATIONWIDE | ATTN CONSTANCE WADE PO BOX 13129   LANSING MI 48901-3129 |
| MONROE APPRAISALS | ATTN WILLIAM C. MONROE 809 E. DOROTHY   SULLIVAN IN 47882 |
| MOON BAY DEVELOPMENT CORP. | MICHAEL R. STRAUSS, ESQ., 1303 MAIN STREET, SUITE 4   PORT JEFFERSON NY 11777 |
| MORINE, WAYNE | 8121 PLEASANT RUN LN   WELLINGTON CO 80549 |
| MORRIS, AMY | MORRIS & ASSOCIATES APPRAISALS 8560 E 216TH ST   CICERO IN 46034 |
| MOSS CODILIS, L.L.P. | ATTN MICHAEL S. MARGOLF, VICE PRESIDENT 6560 GREENWOOD PLAZA BLVD., SUITE 100   ENGLEWOOD CO 80111 |
| MURPHY APPRAISAL SERVICES LLC | 19411 HELENBERG RD STE 204   COVINGTON LA 70433 |
| MURPHY, PATRICIA | 347 GALWAY CT   BLOOMINGDALE IL 60108-8808 |
| MUSSER, KATHLEEN / STAR APPRAISALS | 11212 GREEN WATCH WAY   NORTH POTOMAC MD 20878 |
| NATIONAL APPRAISAL SERVICES | 118 MAINE MALL ROAD   SOUTH PORTLAND ME 04106 |
| NATIONAL MAILING SYSTEM | ATTN TINA PHILLIPS, VP FINANCE 1749 OLD MEADOW ROAD   MCLEAN VA 22102-4314 |
| NATIONAL PROFESSIONAL APPRAISALS LLC | ATTN ERIC REEPS 21 WINTER LN   DIXIE HILLS NY 11746 |
| NELSON GOMES | 484 B WASHINGTON AVE   MONTEREY CA 93940 |
| NESTARICK APPRAISAL SERVICES | ATTN KELLY RYAN 100 MERCER DRIVE, 1ST FLOOR   LOCK HAVEN PA 17745 |
| NEUMANN, RONALD A. | 5431 SUGARLOAF CT   PLAINFIELD IL 60586 |
| NEWS & RECORD - CLASSIFIED | ATTN BARBARA DAWKINS, CREDIT COORDINATOR PO BOX 21285   GREENSBORO NC 27420 |
| NICHOLS, STANLEY ERNEST | 10325 LAKESHORE DR   APPLE VALLEY CA 92308 |
| NORTHSTATE APPRAISAL | ATTN CHRIS C. TALLEY, REAL ESTATE APPR. PO BOX 1484   SUSANVILLE CA 96130-1484 |
| NUXALL & ASSOC R.E. SERV., LLC | ATTN STAN NUTALL, JR., MANAGING MEMBER 101 N NORAIN ST # 100   KENNEWICK WA 99336 |
| OFOSU, ENOCH A. | 10106 DEERCLIFF DR   TAMPA FL 33647 |
| OGDEN DIRECTORIES | ATTN JANE TEMPEL, A/R PO BOX 1113   ALTOONA PA 16603-9902 |
| ORANGE & ROCKLAND | ATTN PHYLLIS J. DODGE, SUPPORT OPERATIONS 390 WEST ROUTE 59   SPRING VALLEY NY 10977-5300 |
| OWEN APPRAISAL SERVICE | ATTN ROBERT J OWEN, OWNER 5450 STEVBENVILLE PIKE   MCKEES ROCKS PA 15136 |
| PACIFIC WEST APPRAISAL SERVICE | ATTN AMANDA RASCOE 7400 CENTER AV # 112   HUNTINGTON BCH CA 92647 |
| PANDURI, GIUSEPPE | 698 ART ST   LONG BRANCH NJ 07740 |
| PANNUCCI, JAMES A. | 5604 WOODLYN ROAD   FREDERICK MD 21703 |
| PARADISE APPRAISALS | ATTN MICHAEL MANGANARO, OWNER/PRES. 5405 TAYLOR ROAD, # 4   NAPLES FL 34109 |
| PARTNERS APPRAISAL GROUP, INC. | ATTN SCOTT PEKARCHIK 2679 ROUTE 70 STE G   MANASQUAN NJ 08736 |
| PATES, HUGH D. | 10852 LAMENTIN COURT   SAN DIEGO CA 92124 |
| PAYNELESS APPRAISALS | ATTN DEBORAH E. PAYNE, CO-OWNER PO BOX 339   DUNNELLON FL 34430 |
| PEAK TO PEAK APPRAISALS LLC | ATTN LISA DESMARAIS, OWNER 400 KIOWA PLACE   BOULDER CO 80303 |
| PENNINGTON, KATHLEEN | 27 SLINGERLAND AVE   PEQUANNOCK NJ 07440 |
| PEPCO | ATTN BANKRUPTCY DESK 701 NINTH STREET, N.W.   WASHINGTON DC 20068-0001 |
| PERRY APPRAISALS | C/O MATTHEW W. TIFFANY, ESQUIRE 770 INDEPENDENCE CIRCLE, STE 200   VIRGINIA BEACH VA 23455 |
| PIERRE, JOHN | 79 KARAS TRAIL   PALM COAST FL 32164 |
| PINELAND APPRAISAL INC. | ATTN RYAN T. KEANE, PRESIDENT 6 MILLS BROOK LANE   SHAMONG NJ 08088 |
| PINPOINT APPRAISAL | ATTN ZACHARY FISCHER - OWNER 188 SOMERSET LN APT 10   AVON LAKE OH 44012-3235 |
| PITE DUNCAN, LLP | ATTN DAVID E. MCALLISTER 525 E. MAIN ST P.O. BOX 12289   EL CAJON CA 92022-2289 |
| PITNEY BOWES CREDIT CORPORATION | GRISSELLE BETANCOURT, BANKRUPTCY COORD RECOVERY DEPARTMENT 27 WATERVIEW DRIVE SHELTON CT 06484-4361 |
| PLYMALE, LINDA C. | 2309 TURTLE POINT DRIVE   RALEIGH NC 27604 |

| Claim Name | Address Information |
|---|---|
| POWELL APPRAISERS AND CONSULTANTS | ATTN WAYNE S. POWELL, PRESIDENT PO BOX 7551   HAMPTON VA 23666 |
| POWELL, AMANDA LEE | 1292 PALM COVE DR   CHARLESTON SC 29492 |
| PRATT APPRAISAL SERVICE | ATTN TONDA PRATT 4828 ST ANDREWS DR   STOCKTON CA 95219 |
| PRECISION PROPERTY APPRAISAL | PO BOX 5005 # 79 ATTN: JASON ZILKA   RANCHO SANTA FE CA 92067 |
| PROFESSIONAL APPRAISAL ASSOC. | ATTN THOMAS S. KACHELRIESS, PRES. 469 MORRIS AVE.   SUMMIT NJ 07902 |
| PROFESSIONAL SYSTEMS INSTALLATIONS, INC. | 4601 MAPLECREST RD.   FORT WAYNE IN 46835 |
| PROGRESSIVE APPRAISAL, INC. | ATTN MATTHEW PARRIS 5055 HWY N # 214   SAINT CHARLES MO 63304 |
| PROTECTION ONE | ATTN P.B. MASON, AGENT C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933   DALLAS TX 75374 |
| PUSEY & ASSOCIATES, INC | 1520 MARTIN ST   WINSTON SALEM NC 27103 |
| RACHAEL, MASIIVVA | 48 MARTHA ST   INDIAN ORCHARD MA 01151 |
| REAL ESTATE APPRAISAL SERVICE | 215 WYNDHURST DR   LYNCHBURG VA 24502 |
| REAL ESTATE RESOURCES, INC. | ATTN M SCOTT LAWRENCE, VICE PRESIDENT 19 W PIKE STREET   COVINGTON KY 41011 |
| REGIONAL APPRAISAL NW | ATTN A.D. LUKE, APPRAISER/OWNER 11636 NE 149 ST   KIRKLAND WA 98034 |
| REILLY, SANDRA G. | 7 1/2 FRIENDS AVE   MEDFORD NJ 08055 |
| REMAX PERFORMANCE | ATTN: NANCY DAVIS 30 STONECREST COURT   SHELBYVILLE KY 40065 |
| REMEDY | 11711 SOUTH EAST 8TH ST.   BELLEVUE WA 98005-0000 |
| RICCIO, GLENNON | 117 SELLA RIDGE DR   MOUNT HOLLY NC 28120 |
| RILEY, BRADLEY | 10540 N. WASHINGTON BLVD.   INDIANAPOLIS IN 46280 |
| RIVERSTONE APPRAISERS | ATTN CIRRI QUICK PO BOX 3766   WENATCHEE WA 98807 |
| ROBERT C. TAGGART & ASSOCIATES | ATTN VICKY GUZMAN, OFFICE MGR. 5869 SW 29TH STREET   TOPEKA KS 66614 |
| ROBISON, NORMAN L. | 475 S ARLINGTON AV   RENO NV 89501 |
| RODRIGUEZ, TIMOTHY | PO BOX 7385   OCEAN ISLE BEACH NC 28469 |
| ROLLAND, KAREN | 908 CLEVELAND   WYNNE AR 72396 |
| ROTHBERG LOGAN & WARSCO LLP | ATTN: SUSAN E TRENT PO BOX 116 |
| ROTHBERG LOGAN & WARSCO LLP | ATTN SUSAN E TRENT PO BOX 11647   FORT WAYNE IN 46859-1647 |
| ROUTH CRABTREE OLSEN, PS | ATTN MISTY CARLSON, PARALEGAL 3535 FACTORIA BLVD. # 200   BELLEVUE WA 98006 |
| RUBIO, GEORGE S. | 9 CONNOR CT   LADERA RANCH CA 92694 |
| RUSSELL APPRAISAL SERVICE | 100-A SEVEN OAKS LN   SUMMERVILLE SC 29485 |
| RUTKIS, ARNOLD | 2201 5TH TERRACE S   IRONDALE AL 35210 |
| SANDISON APPRAISAL | WALTER SANDISON RM MAI 7475 CALLAGHAN RD STE 300   SAN ANTONIO TX 78229 |
| SARTER, PAUL E | 50 GRANGE ST   FRANKLIN SQUARE NY 11010 |
| SASSER APPRAISALS INC | ATTN ROBERT SASSER, PRESIDENT PO BOX 442   PERKINS OK 74059 |
| SCHLANGE, JOANNE E | 455 N MESA ST   SUSANVILLE CA 96130 |
| SCOTT R. JOSSART | 2319 ELMWOOD AVE   BERWYN IL 604022421 |
| SEATTLE HOME APPRAISAL | 556 N 169TH ST   SHORELINE WA 98133 |
| SELECT TELECOM INC | 115 WALL ST   VALHALLA NY 10595 |
| SHEEHAN, ANDREW | 26 WILLIAM STREET   BETHPAGE NY 11714 |
| SHENANDOAH VALLEY APPRAISAL | ATTN KATHLEEN A WILSON PO BOX 1018   CHURCHVILLE VA 24421 |
| SHUMAKER WILLIAMS, P.C. | ATTN HARRY LEVY P.O. BOX 88   HARRISBURG PA 17108 |
| SIGNATURE APPRAISAL GROUP | 1418 LONG STREET   HIGH POINT NC 27262 |
| SINGH, BONITA N. | 28 GABLES DR   HICKSVILLE NY 11801 |
| SMITH, WILLIAM | 5 ASHLEY HALL DRIVE   BLUFFTON SC 29910 |
| SO CAL APPRAISAL SERVICES | KENNETH H. HACKWORTH, OWNER PO BOX 419   ETIWANDA CA 91739-0419 |
| SOUSSAN, LIORE | 10687 LAKE OAK WAY   BOCA RATON FL 33498 |
| SPECTRUM MORTGAGE SERVICES, INC. | 112 BUDDTOWN ROAD ATTN EUGENE J DAVIS   SOUTHAMPTON NJ 08088 |
| SPENCE, DEBORAL | A.C.E. APPRAISAL SERVICE 103 OAKDALE   FILLMORE CA 93015 |
| SPRING HOPE CITY | ATTN SANDRA MORRIS, TAX COLLECTOR 101 W MAIN ST PO BOX 87   SPRING HOPE NC 27882 |

## AMERICAN HOME MORTGAGE HOLDINGS, INC
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ST JOHNS COUNTY | DENNIS W HOLLINGSWORTH TAX COLLECTOR PO BOX 9001   SAINT AUGUSTINE FL 32085 |
| ST TAMMANY NEWS ACCT. DEPT. | ATTN GENIA BAUGHMAN PO BOX 820   BOGALUSA LA 70429-0820 |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE | ATTN RICHARD ROBISON MANAGER REV SERV 41 S CENTRAL AVENUE   CLAYTON MO 63105 |
| STANDARD APPRAISAL SERVICE | ATTN PHILIP KAHN FEIN SUCH KAHN AND SHEPARD PC 7 CENTURY DRIVE SUITE 201   PARSIPPANY NJ 07054 |
| STANFORD & FEUERBORN | 4550 W. 109TH ST ATTN MICHAEL FEVERBORN OWNER   OVERLAND PARK KS 66211 |
| STARR, VINCENT M. | 100 RIDGE ROAD   DELTA PA 17314 |
| STATE OF MARYLAND COMPTROLLER | ATTN: MARY T. CARR 301 WEST PRESTON STREET ROOM 410   BALTIMORE MD 21201 |
| STEEN RESIDENTIAL APPRAISALS | ATTN RICK STEEN, OWNER 8217 TWANA DR.   URBANDALE IA 50322 |
| STEWARD, JOHN | 65 FOGG RD   READFIELD ME 04355 |
| STRICKLY APPRAISALS | ATTN OFFICE MANAGER PO BOX 782   FLOSSMOOR IL 60422 |
| STRICKLY APPRAISALS | ATTN OFFICE MANAGER 941 GARDNER RD   FLOSSMOOR IL 60452 |
| STRUCTURAL ENGINEERS LLC | ATTN MARY NETUPSKY, GENERAL MANAGER 2963 W ELLIOT RD STE 3   CHANDLER AZ 852241633 |
| SUMMERLIN WEST COMMUNITY ASSOC | 1000 WEST CHARLESTON BLVD STE 170   LAS VEGAS NV 89135 |
| SUMMERS APPRAISAL | ATTN TIMOTHY SUMMERS/OWNER 9620-H HOMESTEAD COURT   LAUREL MD 20723 |
| SUNSHINE APPRAISAL SERVICES | JENNIFER E. LOUGHRY, SEC. 1200 RED HILL ROAD   ROWLESBURG WV 26425 |
| SUNSHINE CUSTOM CLEANING SERVICE | 6005 IRENE DR   HOFFMAN ESTATES IL 60192 |
| SUSAN C LITTLE & ASSOCIATES PA | ATTN SUSAN LITTLE, PRESIDENT SUITE 101 4501 INDIAN SCHOOL RD NE.   ALBUQUERQUE NM 87110 |
| SUTICH, CECILIA | 2 TERRACE LANE   SMITHTOWN NY 11787 |
| SWIFTEL COMMUNICATIONS | ATTN DOROTHY BEACH PO BOX 588   BROOKINGS SD 57006 |
| TANQUPAHOA PARISH | ATTN DY ANGIE PHELPS PO BOX 727   AMITE LA 70422 |
| TARGET PROPERTIES INC | ATTN ROBERT A. MAIER, PRESIDENT 816 LYNBROOK DR   CHARLOTTE NC 282114331 |
| TATULYAN, GALINA V | 9000 HAYMARKET   WHITE LAKE MI 48386 |
| TD SERVICE COMPANY | 1820 E FIRST ST, STE 210   SANTA ANA CA 92711 |
| THEO PROPERTIES, INC. | ATTN: DON THEO 140 WEST STREET SUITE ONE   WORCESTER MA 01609 |
| THOMAS P. HOFFMAN (VA) | 23000 SPRINGWOOD CIRCLE   MILLSBORO DE 19947 |
| THOMPSON, JOHN | 136 LAKESIDE DR   CORTE MADERA CA 94925 |
| TOOMBS, DWAYNE | 4093 NEW HIGHWAY 96 W   FRANKLIN TN 370644782 |
| TRACY CAUTHEN ENTERPRISES, INC | ATTN TRACY R CAUTHEN JR PO BOX 2720   LANCASTER SC 29721 |
| TRIO APPRAISAL COMPANY | ATTN DARLENE JARVIS, CO-OWNER P.O. BOX 2449   LANCASTER OH 43130 |
| TURLINGTON, DAVID | D.B.T. APPRAISALS, INC. 425 WAKE ROBIN DRIVE   COCKEYSVILLE MD 21030 |
| U.S. POSTAGE METER CENTER, INC. | PO BOX 800848   SANTA CLARITA CA 91380-0848 |
| UNIGLOBE AT BEST TRAVEL, INC | 111 HOWARD BLVD SUITE 210   MT. ARLINGTON NJ 07856 |
| UNITED APPRAISERS OF S FLORIDA | ATTN FRED HESSEN 1440 CORAL RIDGE DR # 433   CORAL SPRINGS FL 330715433 |
| UNITED TELEPHONE COMPANY OF INDIANA, INC | UNITED TELEPHONE COMPANY OF INDIANA, INC D/B/A EMBARQ ATTN MARY C HALL PO BOX 872967   KANSAS CITY 64187-2967 |
| UNITED TELEPHONE COMPANY OF INDIANA, INC | D/B/A EMBARQ ATTN MARY C HALL - BANKRUPTCY ANALYST PO BOX 7971   SHAWNEE MISSION KS 66207 |
| VALUE PLUS APPRAISAL, INC. | ATTN PATRICK MISHOE, PRESIDENT 4347 REVERE CIRLE   MARIETTA GA 30062 |
| VAN HOUTEN, JEFFREY A. | 498 FIRST ST   ESCALON CA 95320 |
| VANDERLAAN, ROBERT D | AFFILIATED APPRAISERS INC 1683 SPOTTSWOOD CIR   PALM HARBOR FL 34683 |
| VANDERPOOL APPRAISAL SERVICE | ATTN MARK K. VANDERPOOL 12521 N SHERMAN LAKE DR   AUGUSTA MI 49012 |
| VASQUEZ, NORA | 61-20 GRAND CENTRAL APT. B104   FOREST HILLS NY 11375-1239 |
| VAZQUEZ, ENRIQUE | 7521 N 59TH DR   GLENDALE AZ 85301-7802 |
| VINEYARDS DELI & NIBBLE & NUTS | 32418 NORTHWESTERN HWY   FARMINGTON HILL MI 48334 |
| WAGAR & ASSOCIATES INC | 3708 BLACKBERRY ATTN: MARTIN J WAGAR, PRESIDENT   KALAMAZOO MI 49008 |
| WALKER APPRAISAL SERVICES | ATTN CHRISTINE WALKER 5314 KENTFIELD DR   SAN JOSE CA 95124 |
| WALKER, MATTHEW A. | 4355 STATELY OAK RD   RICHMOND VA 23234 |

| Claim Name | Address Information |
|---|---|
| WARNER, MARGARET | ***NO ADDRESS PROVIDED*** |
| WATSON APPRAISAL SERVICES, INC | ATTN STEPHEN C WATSON, PRESIDENT 111 WINDEL DR STE 213   RALEIGH NC 276094477 |
| WELCHER, KENNETH | 135 CAMINO DEL SOL   SANTA CRUZ CA 95065 |
| WELLS & RAYMOND APPRAISAL SERA | ATTN SUSAN RAYMOND 409 S DAYTONA AV   FLAGIER BEACH FL 32136 |
| WETZEL, JEFFREY | 1815 STONE LEIGH CT   SUGAR LAND TX 77479 |
| WHITETAIL APPRAISALS | ATTN LISA HYDE 8025 US HWY 2 - PO BOX 162   IRON RIVER WI 54847 |
| WILLIAM R SKEEN | 725 RED FEATHER LN   WOOD LAND CO 80863 |
| WILSON, DEGRAW & MILLER LLP | ATTN DAVID J. WILSON JR. PARTNER 3911 UNIVERSITY PARKWAY   WINSTON-SALEM NC 27106 |
| WINGATE, SPICER & CO., LLC | JON R SPICER, OWNER 5109 MELROSE AVE   ROANOKE VA 24017 |
| WISHARD, NATHAN | 9105 CENTURY FARM RD   FELTON PA 17322 |
| WOODYARD, DEBORAH E | 11730 GLADE RIVER LN   TOMBALL TX 77377 |
| WORLDWIDE APPRAISAL SERVICES | FRED CATCHPOLE 5449 MARCIA CIR.   JACKSONVILLE FL 32210 |
| YATES, MARK | BOX 4801 ONE LAMPLIGHTER WAY   MT. HERMON MA 01354 |
| YORK, PHILLIP G. | 6931 WOODRIDGE DRIVE   AVON IN 46123 |
| ZANLERIGU, JEFFREY | 7518 N. WOLCOTT AVE   CHICAGO IL 60626 |
| ZAVALA, EFRAIM | 4418 TURF LN   FORT WAYNE IN 46804 |
| ZWEIG, JOSEPH S. | 2435 SPYGLASS CT   RIVERWOODS IL 60015 |
| ZYZXX | DBA BPOSD ATTN CHERYL SUMMERVILLE 25462 ALPINE CT   MURRIETA CA 92563 |

**Total Creditor Count 470**