IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :   Jointly Administered
       Debtors.                                                :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 12, 2008, I caused to be served true and correct copies of the following:

   a) A creditor specific Customized Exhibit to Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

   b) "Notice of Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 12, 2008, to which was attached the "Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 12, 2008 [Docket No. 6715],

enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Paul Belobritsky

Sworn to before me this
17th day of December, 2008

_____
Notary Public



ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 11-22-2011

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Response Deadline: January 6, 2009 at 4:00 p.m. (ET) |
| | ) Hearing Date: January 13, 2009 at 11:00 a.m. (ET) |
| AHM OB26 12/12/2008 (merge2.txnum2) 4000100031 EPIQ Use - 1 | ) |

ZODINS SUPERANNUATION FUND
ATTN MATTHEW ZSCHECH PER OPTION PARTNERS
136 LINDEN ST
SUTHERLAND 2232
NSW AUSTRALIA

## NOTICE OF DEBTORS' TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** ZODINS SUPERANNUATION FUND
ATTN MATTHEW ZSCHECH PER OPTION PARTNERS
136 LINDEN ST
SUTHERLAND 2232
NSW AUSTRALIA

**Basis For Objection:** Equity Claim - Claim based on Equity Interest

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim to be Expunged** | 7747 | $50,000.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before **January 6, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JANUARY 13, 2009 AT 11:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 12, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

**NOTICE OF DEBTORS' TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Notices mailed by December 12, 2008 and sent to the following:

ADVANTAGE APPRAISAL SERVICES
ATTN THOMAS R. RUDOFSKI, PRESIDENT
4786 JUNIPER DR.
COMMERCE, MI 48382

ANDERS APPRAISAL ASSOC., INC.
ATTN ALLEN KENT ANDERS, PRES/DIRECTOR
9414 OLD GEORGETOWN ROAD
BETHESDA, MD 20814

AVAYA INC.
C/O RMS BANKRUPTCY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

BORDIGNON, VICTORIA
C/O CHRISTIAN P. PORTER, ESQ.
841 BISHOP STREET, SUITE 2125
HONOLULU, HI 96813

BOTTOM, DARYL L.
15745 SNODGRASS
WAMEGO, KS 66547

BOYLE, BEVERLY
32 HEMLOCK DRIVE
PARLIN, NJ 08859

BRYAN, WILLIAM
PO BOX 11664
CLAYTON, MO 63105

BUTTERWORTH, SHANNON
14059 MANGO DRIVE #D
DEL MAR, CA 92014

CARDNER, JEANINE H.
2024 KENNY COURT
LEWISVILLE, TX 75067

CARRELLI, ANTHONY
114 SOPHIA MARIE CV.
SANFORD, FL 32771

CHAKRABORTY, RABIN K.
247 GOLF COURSE ROAD
AMSTERDAM, NY 12010

CHOCTAW COUNTY
P. O. BOX 907
ACKERMAN, MS 39735

CHOICE ONE REAL ESTATE
ATTN WENDY EISNAUGLE, BIC
117A E REED ST
ANDERSON, SC 296242343

CITY OF PROVIDENCE, KENTUCKY
C/O RICHARD E. PEYTON
FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT
PO BOX 695
MADISONVILLE, KY 42431-0695

CLAUSS, HELMUT
KLOSTERBUSCH 22
MUENSTER 48167
GERMANY

COMSYS SERVICES LLC
ATTN CHANDLER YELTON, DIRECTOR A/R
PO BOX 60260
CHARLOTTE, NC 28260

COUNTY OF BASTROP
MICHAEL REED
MCCREARY VESELKA BRAGG & ALLEN, P.C.
700 JEFFREY WAY, SUITE 100- PO BOX 1269
ROUND ROCK, TX 78680

CUNNINGHAM, JULIE A.
2615 CREST AVENUE
CHEVERLY, MD 20785

DELEVE, GENE A., TRUSTEE OF THE GENE A.
DELEVE REVOCABLE LIVING TRUST U/A
DATED 10/15/02
8024 MONROVIA
LENEXA, KS 66215

DELEVE, GENE A., TTEE OF THE GENE A
DELEVE REVOCABLE LIVING TRUST
8024 MONROVIA
LENEXA, KS 66215

DOMANTAY, JOHN
480 E MONTROSE AVE APT 101
WOOD DALE, IL 601912151

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by December 12, 2008 and sent to the following:

DUARTE, DEBORAH
504 MARTHA AVE
BELLPORT, NY 11713

ELMORE, BRIAN A.
66 CLARK STREET
DOWNSVILLE, NY 13755

FIELD, JEFF
54 GRANT AVENUE
ISLIP, NY 11751

FINZEL, ROBERT B.
9362 BRUNELLO CT
BAKERSFIELD, CA 93314

FISHMAN, BRIAN
1695 PORTAGE PASS
DEERFIELD, IL 60015

FRAMINGHAM TOWN
ATTN DENNIS E ONEIL, TREASURER COLLECTOR
150 CONCORD ST.
RM 109
FRAMINGHAM, MA 01702

GIACHETTI, JENNIFER
170 TYRCONNELL AVE
MASSAPEQUA PARK, NY 11762

GIBSON COUNTY
ATTN SALLY TAYLOR, DEPUTY TRUSTEE
PO BOX 259
TRENTON, TN 38382

GRIFFIN, SILJA H.
5542 33RD AVENUE NORTHEAST
SEATTLE, WA 98105

GRUNDY, GARY AND KAREN R
JTWROS
9552 NORWAY HILLS TRAIL
LAKEVILLE, MN 55044

GRUNDY, GARY L.
9552 NORWAY HILLS TRAIL
LAKEVILLE, MN 55044

GRUNDY, KAREN R.
9552 NORWAY HILLS TRAIL
LAKEVILLE, MN 55044

HARRIS, STEPHEN
9560 LITZSINGER
LADUE, MO 63124

HARTLINE, DONALD R AND LOIS P, TTEES
U/A DTD 03/21/01 FOR
DONALD HARTLINE REV TRUST
3221 GRAND AVE APT 7
DES MOINES, IA 50312-4129

HEIDBRINK, WILLIAM & CATHERINE
359 BLUFF VIEW CIRCLE
SAINT LOUIS, MO 63129

HERTLING, SHANNON
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY 11787

HINSHAW, ELIZABETH M (LIZ)
25 PACIFICA
NUMBER 6237
IRVINE, CA 92618

HOLDEN APPRAISAL
ATTN PATRICK A. HOLDEN
7735 WINDSOR DRIVE
DUBLIN, OH 43016-4465

HOLLEY, TORREY
3354 RODERDALE
RD NUMBER 638
HOUSTON, TX 77042

HORRACH, MARISOL
1198 ROYAL GLEN DRIVE #312B
GLEN ELLYN, IL 60137

HUSSER, CAROL
933 ARVLE CIRCLE
SYCAMORE, IL 60178

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Page 3 of 6

Notices mailed by December 12, 2008 and sent to the following:

HUSSER, CAROL C.
933 ARVLE CIRCLE
SYCAMORE, IL 60178

IMPERIAL COUNTY TAX COLLECTOR
940 WEST MAIN STREET RM # 106
EL CENTRO, CA 92243

INDIAN RIVER COUNTY TAX COLLECTOR
ATTN CHARLES W. SEMBLER, TAX COLLECTOR
PO BOX 1509
VERO BEACH, FL 32961-1509

INMAN, MICHAEL P.
1209 GREEN MOUNTAIN DRIVE
LITTLE ROCK, AR 72211-2421

KESSLER SIGN CO.
2669 NATIONAL RD.
PO BOX 785
ZANESVILLE, OH 43702-0785

KISIEL, FRED A. & JUDITH A.
1477 TURQUOISE DREIVE
CARLSBAD, CA 92011-1245

KISIEL, FREDERICK A., TTEE
1477 TURQUOISE DRIVE
CARLSBAD, CA 92011-1245

KRISTIN JACOBSON APPRAISAL COMPANY
ATTN KRISTIN JACOBSON, OWNER
15 W SECOND ST
MORGAN HILL, CA 95037

L.A. COUNTY TREASURER AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90051-0110

LAW OFC OF KEITH S. SHAW & ASSOCIATES, LLC
ATTN KEITH S. SHAW, ITS MANAGING MEMBER
1160 SILAS DEANE HIGHWAY
WETHERSFIELD, CT 06109

LAWRENCE APPRAISAL GROUP HAWAII, INC.
308 KAMEHAMEHA AVENUE, SUITE PH-3
HILO, HI 96720

LESELROD, MICHAEL
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY 11787

LEVINE, STEWART
10 BERKLEY PLACE
COLTS NECK, NJ 07722-2031

LICKO, CLIFFORD W.
IRA E*TRADE CUSTODIAN
17 AVENIDA FIORI
HENDERSON, NV 89011

LOUIS STAYER LIVING
4340 SEQUOYAH ROAD
OAKLAND, CA 94605

LUEPKE, KATHLEEN
5405 HEATHERBLUFF CT
SAINT LOUIS, MO 63128

MARIN COUNTY TAX COLLECTOR
P.O. BOX 4220
SAN RAFAEL, CA 94913

MARION TWP 145
ATTN GUDREY RUKOWSKY, SUPERVISOR
10925 SOUTH MERRILL ROAD
BRANT, MI 48614

MCCARTHY, JOHN
4610 PERSHING PLACE
SAINT LOUIS, MO 63108

MCCOLLOUGH KEYS, JUANITA A
3520 SARGEANT DR
CHARLOTTE, NC 28217

MERZBACK, WILLIAM R & LARRISA
3565 WONDER VIEW DR
LOS ANGELES, CA 90068-1537

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**

NOTICE OF DEBTORS' TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by December 12, 2008 and sent to the following:

MONTGOMERY COUNTY
CAROLYN RICE TREASURER
451 W THIRD ST
DAYTON, OH 45422

MONTGOMERY COUNTY
CAROLYN RICE, TREASURER
451 W. THIRD ST.
DAYTON, OH 45422

MONTGOMERY COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3503

MONTGOMERY COUNTY
JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
HOUSTON, TX 77253-3064

MOREEN, ANN T.
22996 ASHWOOD
LAKE FOREST, CA 92630

NATER, CARL J
5 DENISE ST
MASSAPEQUA, NY 11758

ORBACZ, JEFFREY
18 INDIAN SPRINGS ROAD
KINGSTON, NY 12401

PETITTI, ANGELO
8014 FERNHILL AVE
PARMA, OH 44129

PLACIDE, PARISA
66 GOLF ROAD
GOLF, IL 60029

POLLIS, LORI
18727 TAMMY DRIVE
MOKENA, IL 60448

POSNER, IRA
3080 NORTH 34TH STREET
HOLLYWOOD, FL 33021-2624

PRIORITY SIGN INC
C/O SHAWN G RICE ESQ
RICE & GOTZMER SC
605 NORTH 8TH STREET SUITE 350
SHEBOYGAN, WI 53081

PROMOTIONAL PRODUCTS PARTNERS, LLC
ATTN MICHAEL GOMBERG
405 WASHINGTON BLVD
MUNDELEIN, IL 60060

RAMKISSOON, ROBIN
5 FAIRFIELD CIRCLE
APT 6A
BRENTWOOD, NY 11717

REIMER LORBER/ARNOVITS CO LPA
ATTN DENNIS REIMER, PRESIDENT
2450 EDISON BLVD
TWINSBURG, OH 44087

REVAL, INC.
ATTN FINANCE MANAGER
100 BROADWAY
22ND FLOOR
NEW YORK, NY 10005

RIVERSIDE COUNTY
TREASURER TAX COLLECTOR
ATTN TAX ENFORCEMENT
PO BOX 12005
RIVERSIDE, CA 92502

ROSARIO, LUCRETIA (CREE)
9760 PARK TERRACE
DR 18
SANTEE, CA 92071

SAN DIEGO COUNTY TREASURER-TAX COLLECTOR
DAN MCALLISTER
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101

SAN MATEO COUNTY
LEE BUFFINGTON, TAX COLLECTOR
555 COUNTY CENTER - 1ST FLR
REDWOOD CITY, CA 94063

SCOTT R. JOSSART
2319 ELMWOOD AVE
BERWYN, IL 604022421

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by December 12, 2008 and sent to the following:

SCOTT, KATHRYN
240 33A OAK PARK DR
DOUGLASTON, NY 11362

SCOTTRADE
ATTN REORG DEPT
ANTHONY RAYNER
P.O. BOX 31759
ST. LOUIS, MO 63131

SEALS, WAYNE
13286 WINDHAM DR
WASHINGTON TWP, MI 48094

SHEPHERD, CHARLES MM
222 S CENTRAL AVE
STE 804
ST LOUIS, MO 63105

SINES APPRAISAL SERVICE
PATTY SINES
561 HUMBERSON ROAD
FRIENDSVILLE, MD 21531

SNYDER, TAMARA
731 CHICKIES DR
COLUMBIA, PA 17512

SOLOMON, MICHAEL R.
PO BOX 21210
WICKENBURG, AZ 85390

SOUTHERN MARYLAND ELECTRIC COOPERATIVE
P.O. BOX 1937
HUGHESVILLE, MD 20637-1937

ST. LOUIS COUNTY COLLECTOR OF REVENUE
ATTN RICHARD ROBISON MANAGER REV SERV
41 S CENTRAL AVENUE
CLAYTON, MO 63105

STATE OF MICHIGAN DEPARTMENT OF TREASURY
MICHAEL A COX, ATTORNEY GENERAL
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

SUMMERS, STEPHEN
C/O RANDALL A WOLFF, ATTORNEY AT LAW
3325 N ARLINGTON HTS. RD., #500
ARLINGTON HEIGHTS, IL 60004

TEITELBAUM, KAREN - TRUSTEE
4436 FOUR WINDS LANE
NORTHBROOK, IL 60062

THOMPSON, LYNDELL P.
5817 LEBANON RD.
CHARLOTTE, NC 28227

THOMSON, DOUGLAS MCDONALD SR.
2532 SNOWY EGRET WAY
ELK GROVE, CA 95757

TRAN-STAR EXECUTIVE TRANSPORTATION SERVICES, INC.
PO BOX 2574
NORTH BABYLON, NY 11703

TRAVIS COUNTY
C/O KARON Y. WRIGHT
PO BOX 1748
AUSTIN, TX 78767

TRUSTMARK NATIONAL BANK
ATTN SHEILA KING, INVESTOR ACCTG MANAGER
LOAN ADMINISTRATION
PO BOX 522
JACKSON, MS 39205

VELLINGA, CAPIE
5550 BLACKWOOD RD
BOZEMAN, MT 59718

VELSOR, MIRTHA
61-25 156 ST 2ND FL
FLUSHING, NY 11367

VOGELSANG, KIMBERLY
1539 FLETCHER ST
HOLLYWOOD, FL 330206510

WALKER, NINA D.
7020 GENTLE SHADE RD
#302
COLUMBIA, MD 21046

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by December 12, 2008 and sent to the following:

WALLACH, JOHN
100 S BRENTWOOD BLVD
STE 300
ST LOUIS, MO 63105

WELLS, EARL C
515 ORCHARD LANE
FINDLAY, OH 45840

WHATCOM COUNTY TREASURER
ATTN BANKRUPTCY DEPUTY
PO BOX 5268
BELLINGHAM, WA 98227

WILDHORN, STUART JAY
470 GOLDEN EAGLE DRIVE
BROOMFIELD, CO 80020

WIRICK, LORI A.
6309 MAYWOOD CIR
FORT WAYNE, IN 46819

WOLF, KRISTIN
622 SOUTH 8TH
PETERSBURG, IL 62675

WOOTAN, SHANNON
11815 SOPHOCLES DRIVE
RANCHO CORDOVA, CA 95742

YOUNG, HERBERT
7621 VELVET MIST ST
LAS VEGAS, NV 89131-3651

ZODINS SUPERANNUATION FUND
ATTN MATTHEW ZSCHECH PER OPTION PARTNERS
136 LINDEN ST
SUTHERLAND 2232
NSW AUSTRALIA

Total Parties: 114