IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :   Jointly Administered
        Debtors.                                                :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 12, 2008, I caused to be served true and correct copies of the following:

   a) A creditor specific Customized Exhibit to Debtors' Twenty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

   b) "Notice of Debtors' Twenty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 12, 2008, to which was attached the "Debtors' Twenty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 12, 2008 [Docket No. 6716],

enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."



Paul Belobritsky

Sworn to before me this
17th day of December, 2008

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 11-22-2011

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| | ) Response Deadline: January 6, 2009 at 4:00 p.m. (ET) |
| AHM OB27 12/12/2008 (merge2.txnum2) 4000196128 EPIQ Use - 1  ) | Hearing Date: January 13, 2009 at 11:00 a.m. (ET) |

A.SWIND, SCOTT
3828 BEAUMONT LOOP
SPRING HILL, FL  34609

## NOTICE OF DEBTORS' TWENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO:  A.SWIND, SCOTT
3828 BEAUMONT LOOP
SPRING HILL, FL  34609

Basis For Objection:  No Liability Claim: Debtors' books and records show no liability on account of this claim

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 10188 | $37,622.04 |

Claim is for amounts loaned to the claimant. Debtors' books and records indicate no amounts are due

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

    Responses to the Objection, if any, must be filed on or before **January 6, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON JANUARY 13, 2009 AT 11:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 12, 2008
       Wilmington, Delaware

                                                     YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                                     Nathan D. Grow (No. 5014)
                                                     The Brandywine Building
                                                     1000 West Street, 17th Floor
                                                     Wilmington, Delaware  19801
                                                     Telephone: (302) 571-6756
                                                     Facsimile: (302) 571-1253

                                                     Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by December 12, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

A.SWIND, SCOTT
3828 BEAUMONT LOOP
SPRING HILL, FL 34609

AARONS, DAWN M
294 E 45TH ST
BROOKLYN, NY 11203

ADAMS, SUSAN
47 TAMALPAIS ROAD
FAIRFAX, CA 94930

APPRAISAL AUTHORITY LLC
ATTN KEVIN BURKHANDT
47 DISTLER AVE
W CALDWELL, NJ 07006

APPRAISAL NETWORK
ATTN MICHAEL LEVITT
13 MADISON AVENUE
PEABODY, MA 01960

APPRAISAL RESEARCH REVIEW CO.
ATTN JEANNE KENWORTHY
12 RICHMOND HILL
LAGUNA NIGUEL, CA 92677

APPRAISAL SERVICES NORTHWEST
ATTN SHELLEY K CUNNINGHAM, OWNER
37305 W LAKE WLAKER DR SE
ENUMCLAW, WA 98022

APPRAISALS PLUS INC.
ATTN R. FITZGERALD
332 KING ST
RAYNHAM, MA 027671350

ARLINGTON APPRAISAL SERVICES
ATTN STEPHEN GRIFFITH OWNER
124 N WEST AVENUE
ARLINGTON, WA 98223

ARROYO, CRISTINA B.
1906 S. GREENVILLE
SANTA ANA, CA 92704

ATHENA APPRAISALS
ATTN DANETTE MILLER - OWNER/APPRAISER
115 N PLAINS RD
THE PLAINS, OH 45780

AULBAUGH & ASSOCIATES
ATTN JACK AULBAUGH, OWNER
4347 PHELAN BLVD #101 B
BEAUMONT, TX 77707

BAKER, ANGELA F
18789 CHAPLAINS CHAPEL RD
BRIDGEVILLE, DE 19933

BEED, DONNIE
6527 REEFTON AVE
CYPRESS, CA 90630

BENEVENTANO, LOIS
PO BOX 62
EAST MEADOW, NY 11554

BIANCA, ROSANN
957 THOMPSON DR
W. BAY SHORE, NY 11706

BOGGS, AMIE L
5440 NOAH ROAD
CUMMING, GA 30041

BOLGER, JOHN M.
2462 WATERBURY LANE
BUFFALO GROVE, IL 60089

BOLVES, HERB A.
570 N. HART BLVD.
ORLANDO, FL 32818

BORISHKEVICH, ALEKSANDR
37819 21ST COURT SOUTH
FEDERAL WAY, WA 98003

BOYD, MARSHA M
121 UNION AVE SE
RENTON, WA 98059

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by December 12, 2008 and sent to the following:

BROOKS, SHERYL
21420 INDEPENDENCE
SOUTHFIELD, MI 48076

BROWN, JANET S.
10841 E 58TH ST
MIRA LOMA, CA 91752

BRUMFIELD, SHARON D.
13033 BUMPY HOLLOW LN
HANOVER, VA 23069

BURNETT, BENNY L.
TODAY'S REALTY, INC.
2475 LIVINGSTON RD
JACKSON, MS 39213

BUSACCA, DARLENE
834 MOWAT CIRCLE
HAMILTON, NJ 08690

CALDWELL APPRAISAL
ATTN TROY CALDWELL
328 NE SUNDERLAND CT
LEES SUMMIT, MO 64064

CANTU, JOSE
11712 VAN BUREN STREET NE
BLAINE, MN 55434

CHERNEKOFF, GERALD
3207 HEATHER COURT
WILMINGTON, DE 19809

CITYSCAPE APPRAISAL, INC.
ATTN PRESIDENT
4600 N. CUMBERLAND AVENUE, SUITE 509
CHICAGO, IL 60656

CLARK, DAVID R.
2121 DYAN WAY
MAITLAND, FL 32751

CLASSIC MORTGAGE
1515 OAKLAND BLVD
SUITE 250
WALNUT CREEK, CA 94596

COLLINS APPRAISAL SERVICE
1036 W. ROBINWOOD DRIVE
STOCKTON, CA 95207

CRUZ, ROBERT C.
3375 NE SUNBURST AVENUE
HILLSBORO, OR 97124

CUNNINGHAM APPRAISAL
ATTN RICHARD A. CUNNINGHAM
6709 W 119TH ST
OVERLAND PARK, KS 66209

CUNNINGHAM JAMES S
3950 KINGS POINTE DRIVE
MANSFIELD, OH 44903

DEL ZOTTO, THOMAS A.
2014 SAILOR CLAIM WAY
GOLD RIVER, CA 95670

DOVE, JEANNE A
3927 LONGFELLOW ST
ALLENTOWN, PA 181043334

EGLINTON, GARY S (SCOTT)
2887 S GREENLEAF CIR
BOYNTON BEACH, FL 33426

EISELE, GARY
281 ELMORE AVE APT 2
EAST MEADOW, NY 11554

FAIR, SUSAN I.
136 GARDEN LN
MOUNT JOY, PA 17552

GANGE, JANICE L.
2673 TOY LANE
SAN JOSE, CA 95121



Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by December 12, 2008 and sent to the following:

GARRETT, KIM
2759 N JERUSALEM RD
EAST MEADOW, NY 11554

GILFEDDER, BRENDAN J
21 UPPER DRIVE, ROBIN PARK
HUNTINGTON, NY 11743

GOGARTY, JAIME A
255 BELMORE AVE
EAST ISLIP, NY 11730

GORSKI, WENDY A.
4224 OAKSBURY LN
ROLLING MEADOWS, IL 60008-2346

GOSS, JUDITH M.
185 STONEFOREST DRIVE
WOODSTOCK, GA 30189

GUERRA TAPIA, VICTOR HUGO
13634 ZIRCON WAY
VICTORVILLE, CA 92394

HALL, KIMBRA B
3500 SHARONWOOD RD APT 1A
LAUREL, MD 207245942

HARRIS, LISA L
917 CRIMSON WILLOW DR
HUNTERTOWN, IN 46748

HAYES, JAMES J
9260 BOWERS BROOK PL
BRISTOW, VA 20136

HERMAN JAGGERS
4709 CR 136
LEXINGTON, AL 35648

HERTLING, SHANNON
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY 11787

HOLMES, CORLIS ALFREDA
2000 ALICE AVENUE #202
OXON HILL, MD 20745

HUNT APPRAISAL SERVICES
ATTN THOMAS L. HUNT
1195 PAUMA VALLY ROAD
BANNING, CA 92220

HUSTON, JAMES R.
PO BOX 105
GLENVIEW, IL 60025

J.MEULENERS, DAVID
835 MERGANSER AVENUE
WINSTED, MN 55395

JAUREQUI, ISAAC & TRACI
23650 AIROSA PLACE
MORENO VALLEY, CA 92557

KENNEDY, MARK O.
202 WARREN STREET
MOUNT VERNON, WA 98273

LAMB, PEGGY A
400 JASINSKI ST
MANVILLE, NJ 08835

LANE, SARAH A
1496 E ANTELOPE RD
DOUGLAS, WY 82633

LEFTHAND APPRAISAL
4723 LUCCA DR
LONG MONT, CO 80503

MARAVILLA, ERICKA A
16801 MOUNT OLSEN CR
FOUNTAIN VALLEY, CA 92708

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by December 12, 2008 and sent to the following:

**NOTICE OF DEBTORS' TWENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

MARKET APPRAISAL INC
ATTN MARGO H.
7019 14 AV NW
SEATTLE, WA 98117

MARSHALL, RICHMOND KYLE
7995 HOLLY COURT
DENVER, NC 28037

MCCARTHY APPRAISAL SVCS INC
168 WHITTLE AV
BLOOMFIELD, NJ 07003

MCGLOTHAN, JERRY W
4E QUEEN VICTORIA WAY
CHESTER, MD 21619

MIKE SURLES & ASSOC., INC.
856 LOWCOUNTRY BLVD STE 100
MOUNT PLEASANT, SC 29464

MITCHELL, GENELLE L
5003 123 ST SE
EVERETT, WA 98208

MITCHELL, TINA R.
8 OLD ELM ROAD
JOLIET, IL 60433

MOORE & ASSOCIATES
ATTN LESLIE C. MOORE, OWNER
10347 LINN STATION ROAD
LOUISVILLE, KY 40223

MOORE, SANDRA
2718 CORVALIS AVE
FORT WAYNE, IN 46809

MORGAN, KANEEN
PO BOX 7719
FREEPORT, NY 115200760

MORRIS, KATHLEEN L
103 TANGELO UNIT 402
IRVINE, CA 92618

MOTT, PAMELA CHARLENE
9573 N.W. 52 CT.
SUNRISE, FL 33351

MOURE, PAUL T.
4352 GOLDENROD COURT
CHINO, CA 91710

MYER, KAREN L.
701 RANDI DR SE
LEESBURG, VA 20175

NELSON, LAURA
157 SHELTER ROCK RD #49
DANBURY, CT 06810

NIEVES, NILSA I
75 LUKENS AVE
BRENTWOOD, NY 11717

O'CONNELL, MICHAEL R
4848 WINTERWOOD DRIVE
RALEIGH, NC 27613

ORE CAL REAL ESTATE APPRAISAL
ATTN SUSAN PETTERSON
PO BOX 678
MERRILL, OR 97633

ORLANS ASSOCIATES PC
ATTN MARSHALL ISAACS, ATTORNEY
PO BOX 5041
TROY, MI 48007

PALMER HOUSE HILTON, THE
C/O DAVID J HARRIS
BURCH PORTER & JOHNSON PLLC
130 N COURT AVE
MEMPHIS, TN 38103

PARKINS, LARRY
773 ROLLING GREENDRIVE
WEST SACRAMENTO, CA 95605

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by December 12, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

PEELE, TIM ROGER
4736 CHURCHILL STREET
NORTH CHARLESTON, SC 29405

PENINSULA APPRAISALS
PO BOX 406
FISH CREEK, WI 54212

PENNINGTON, BEN
2301 ADAMS CREEK DRIVE
CINCINNATI, OH 45231

PERKINS, LARRY
773 ROLLING GREEN DRIVE
WEST SACRAMENTO, CA 95605

PERRY, MELVIN
7 TRADITIONS COURT
COLUMBIA, SC 29229

POLIZZI, ANTHONY L.
PERSONAL AND CONFIDENTIAL
340 MAIN STREET
SAUGERTIES, NY 12477

PORATH, AMY L.
2355 HOWARD DRIVE
SPARKS, NV 89434

PRESSLY APPRAISAL SERVICE
ATTN GORDON H. PRESSLY
5200 PARK RD # 122
CHARLOTTE, NC 28210

REMAX GOLD COUNTRY PROPERTIES
851 PLEASANT VALEY RD
DIANE HALL
DIAMOND SPRINGS, CA 95619

RENNER HANSBOROUGH & REESE, INC.
ATTN JILL D AULD
12610 THREE SISTERS RD
POTOMAC, MD 20854

REYNOLDS APPRAISAL SERVICES,
ATTN PENELOPE P REYNOLDS, PRESIDENT
29 W LOOCKERMAN ST
DOVE, DE 19904

RICHMOND, CHARLES
POB 751344
LAS VEGAS, NV 89136

ROMANO, DAVID M.
10 WOODLAND DRIVE
WEST WARWICK, RI 02893

RUSSO, MATTHEW
27 COLLINGWOOD DRIVE
DIX HILLS, NY 11746

SANCHEZ, SALVADOR JOE
915 NORTH L STREET
LOMPOC, CA 93436

SARA A FRASER APPRAISALS INC
ATTN SARA A. FRASER
2544 WASHINGTON STREET
EUGENE, OR 97405

SAUNDERS APPRAISALS
STANLEY SAUNDERS OWNER
PO BOX 480
MARIANNA, FL 32447

SCRICCA, DOMINIC J.
41 10 FAIRWAY DR
LITTLE RIVER, SC 29566-8036

SHINDELAIR, SHERI
2040 W. WARNER AVE. # 104
CHICAGO, IL 60618

SHULTZ APPRAISAL CO
ATTN JEFF SHULTZ
23 RAMSEY RD
ASHEVILLE, NC 28806

SMITH APPRAISAL GROUP, INC
ATTN W. STONE SMITH, PRESIDENT
2105 PARK AVE S-25
ORANGE PARK, FL 32073

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by December 12, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

SMITH, CAROL L
722 DORCHESTER ROAD
BALTIMORE, MD 21228

SMITH, CATHERINE
9 ALAN CT
FARMINGDALE, NY 117353101

SMITH, SCOTT W.
5252 WEST 125TH STREET
HAWTHORNE, CA 90250

SPOONER, MICHELLE L.
1743 CARMEL DRIVE #21
WALNUT CREEK, CA 94596

STITES, PAUL B.
1308 LIBERINI COURT
MODESTO, CA 95355

STONE, JONATHAN FALCON
1320 POTOMAC COURT
WILMINGTON, NC 28411

SWEARINGEN REALTY GROUP, LLC
ATTN: GRANVILLE JENKINS
5950 BERKSHIRE LANE #700
DALLAS, TX 75225

TATE APPRAISAL & CONSULTATION
ATTN KIM TATE, APPRAISER/OWNER
1115 WATERLILY RD
COINJOCK, NC 27923

THOMAS BROWN, APPRAISER
P.O. BOX 5354
TAKOMA PARK, MD 20912

THOMAS, ELLEN
2 JOHN F. KENNEDY DRIVE
NORTON, MA 02766

THOMPSON, STEVEN L.
3 HAWTHORNE RIDGE CIR
TRUMBULL, CT 066115710

THORNTON, SONYA L
2151 GUNSMITH TERRACE
WOODBRIDGE, VA 22191

TMC APPRAISAL SERVICES LLC
64 WOODBURY
MERIDIAN, ID 83646

TUCKER, CELESTINE
737 RANTOUL LANE
LAKE MARY, FL 32746

WASHINGTON, SHEILA
P.O.BOX 6363
GARDEN GROVE, CA 92648

WEBB, MOSES A.
6713 SWINDON PLACE
MANASSAS, VA 20112

WEYRAUCH, STEPHEN
10535 EAST BETONY DR
SCOTTDALE, AZ 85255

WILLIAMS, JUANICA D
1509 PLEASANT HOLLOW LN
OLD HICKORY, TN 37138

WRIGHT, HOWARD E
543 NORWAY AVE
CINCINNATI, OH 45229

ZILZ, DIANA K.
910 ALBERT AVENUE
SYCAMORE, IL 60178

Total Parties: 125