IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No.: 6966 |
| | : | |

## ORDER

Upon consideration of the Official Committee of Borrowers' Motion in Limine to Exclude Certain Witnesses' Lay Opinion Testimony [D. I. 6966] filed on February 9, 2009 (the "Motion"); the Court having reviewed the Motion and the objections thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on February 9, 2009 (the "Hearing"); and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (3) notice of the Motion and the Hearing was adequate under the circumstances;

IT IS HEREBY ORDERED THAT, for the reasons set forth at the Hearing, the Motion is DENIED as moot.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: February 11, 2009