**GREG H. BOWER**
**ADA COUNTY PROSECUTING ATTORNEY**

**JANICE D. NEWELL**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
(208) 287-7700
Idaho State Bar No. 3572

*(stamp)* FILED 2009 FEB 10 AM 9: 58 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | **Case No. 07-11047** |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | **WITHDRAWAL OF PROOF OF** |
| HOLDINGS, INC. | ) | **CLAIM** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

COMES NOW, the Ada County Treasurer, by and through the Ada County Prosecuting Attorney's Office, and hereby moves this Court to withdraw the Proof of Claim for real estate taxes for Parcel Number R9025670300, located at 5357 North Schumann Avenue, Meridian, Idaho, in the amount of $1,776.55 for the year 2007, filed with this Court in December 2007, in the above Chapter 11.  The Treasurer represents that all of the property taxes have been paid on this parcel number for year 2007.

DATED this 4th day of February 2009.

GREG H. BOWER
Ada County Prosecuting Attorney

By: _____
Janice D. Newell
Deputy Prosecuting Attorney

WITHDRAWAL OF PROOF OF  CLAIM-PAGE 1
g:\jdn\cases\bankruptcy\american home mortg 07-11047 - del\r9025670300withdrawpoc.doc

# CERTIFICATE OF SERVICE

5th ng

I HEREBY CERTIFY that on this 4th day of February 2009, I served a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM to the following person(s) by the following method:

| | |
|---|---|
| U.S. TRUSTEE | _____ Hand Delivery |
| DISTRICT OF DELAWARE | ___X___ U.S. Mail |
| 824 MARKET ST., 3RD FLR | _____ Certified Mail |
| WILMINGTON, DE 19801 | _____ Telecopy (FAX) |
| | |
| MATTHEW B. LUNN | _____ Hand Delivery |
| BRANDYWINE BLDG | ___X___ U.S. Mail |
| 1000 WEST ST., 17TH FLR | _____ Certified Mail |
| WILMINGTON, DE 19801 | _____ Telecopy (FAX) |
| | |
| JEFFREY M. LEVINE | _____ Hand Delivery |
| MILESTONE ADVISORS, LLC | ___X___ U.S. Mail |
| 1775 EYE ST., NW, STE 800 | _____ Certified Mail |
| WASHINGTON, DC 20006 | _____ Telecopy (FAX) |
| | |
| KAYE SCHOLER LLP | _____ Hand Delivery |
| 425 PARK AVENUE | ___X___ U.S. Mail |
| NEW YORK, NY 10022 | _____ Certified Mail |
| | _____ Telecopy (FAX) |
| | |
| LAURIE SELBER SILVERSTEIN | _____ Hand Delivery |
| POTTER ANDERSON & CORROON LLP | ___X___ U.S. Mail |
| HERCULES PLAZA, 6TH FLR, 1313 N. MARKET ST. | _____ Certified Mail |
| WILMINGTON, DE 19801 | _____ Telecopy (FAX) |
| | |
| CORRINE BALL & ERICA M. RYLAND | _____ Hand Delivery |
| JONES DAY | ___X___ U.S. Mail |
| 222 EAST 41ST STREET | _____ Certified Mail |
| NEW YORK, NY 10017 | _____ Telecopy (FAX) |
| | |
| JOSEPH MCMAHON, TRUSTEE | _____ Hand Delivery |
| 844 KING STREET, ROOM 2313 | ___X___ U.S. Mail |
| WILMINGTON, DE 19801 | _____ Certified Mail |
| | _____ Telecopy (FAX) |

ATTN: ALAN HORN
AMERICAN HOME MORTGAGE HOLDINGS INC
538 BROADHOLLOW ROAD
MELVILLE, NY  11747

| | |
|---|---|
| _____ | Hand Delivery |
| ___X___ | U.S. Mail |
| _____ | Certified Mail |
| _____ | Telecopy (FAX) |

*Angela C. Jenkins*

WITHDRAWAL OF PROOF OF  CLAIM-PAGE 3