**GREG H. BOWER**
**ADA COUNTY PROSECUTING ATTORNEY**

**JANICE D. NEWELL**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
(208) 287-7700
Idaho State Bar No. 3572



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Case No. 07-11047 |
| ) | |
| AMERICAN HOME MORTGAGE ) | **WITHDRAWAL OF PROOF OF** |
| HOLDINGS, INC. ) | **CLAIM** |
| ) | |
| Debtor. ) | |
| ) | |

COMES NOW, the Ada County Treasurer, by and through the Ada County Prosecuting Attorney's Office, and hereby moves this Court to withdraw the Proof of Claim for real estate taxes for Parcel Number R1317440160, located at 2116 West Preston Street, Eagle, ID, in the amount of $6,164 for the year 2007, filed with this Court in December 2007, in the above Chapter 11. The Treasurer represents that all of the property taxes have been paid on this parcel number for year 2007.

DATED this 4th day of February 2009.

                      GREG H. BOWER
                      Ada County Prosecuting Attorney

                      By: _____
                      Janice D. Newell
                      Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

5th AD

I HEREBY CERTIFY that on this 4th day of February 2009, I served a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM to the following person(s) by the following method:

| | |
|---|---|
| U.S. TRUSTEE<br>DISTRICT OF DELAWARE<br>824 MARKET ST., 3RD FLR<br>WILMINGTON, DE 19801 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |
| MATTHEW B. LUNN<br>BRANDYWINE BLDG<br>1000 WEST ST., 17TH FLR<br>WILMINGTON, DE 19801 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |
| JEFFREY M. LEVINE<br>MILESTONE ADVISORS, LLC<br>1775 EYE ST., NW, STE 800<br>WASHINGTON, DC 20006 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |
| KAYE SCHOLER LLP<br>425 PARK AVENUE<br>NEW YORK, NY 10022 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |
| LAURIE SELBER SILVERSTEIN<br>POTTER ANDERSON & CORROON LLP<br>HERCULES PLAZA, 6TH FLR, 1313 N. MARKET ST.<br>WILMINGTON, DE 19801 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |
| CORRINE BALL & ERICA M. RYLAND<br>JONES DAY<br>222 EAST 41ST STREET<br>NEW YORK, NY 10017 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |
| JOSEPH MCMAHON, TRUSTEE<br>844 KING STREET, ROOM 2313<br>WILMINGTON, DE 19801 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |

ATTN: ALAN HORN  
AMERICAN HOME MORTGAGE HOLDINGS INC  
538 BROADHOLLOW ROAD  
MELVILLE, NY 11747  

_____ Hand Delivery  
\_\_X\_\_ U.S. Mail  
_____ Certified Mail  
_____ Telecopy (FAX)  

*Angela C. Jenkins*

WITHDRAWAL OF PROOF OF CLAIM - 3  
g:\jdn\cases\bankruptcy\american home mortg 07-11047 - del\r1317440160withdrawpoc.doc