# LAW OFFICE OF
# NICHOLAS DIIORIO, ESQ.

175 Pinelawn Road, Suite 300
Melville, New York 11747
Telephone: (516) 663-0780 Ext 740
Direct Dial: (631) 773-5010 • Telecopier: (516) 740-9731
www.bankattorney.us  •E-mail: Nicholas@bankattorney.us

*Admitted to NY & NJ

February 4, 2009

United States Bankruptcy
824 Market Street
Third Floor
Wilmington, Delaware 19801

  RE: Claim Number 842
     Erik Frenzel
     405 Eastlake Avenue
     Massapequa Park, NY 11762
     Phone: (516) 398-2045

Dear Sir/Madam:

  I would like to change the debtor for claim number 842 from American Home Mortgage Holdings, Inc to debtor 07-11051 American Home Mortgage Corp.

     CSS

Sincerely,

Nicholas DiIorio, Esq.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Response Deadline: February 10, 2009 at 4:00 p.m. (ET) |
| | ) Hearing Date: February 17, 2009 at 10:30 a.m. (ET) |

AHM OB28 1/9/2009 (merge2.txnum2) 4000000835 EPIQ Use - 79

FRENZEL, ERIK
405 EASTLAKE AVE
MASSAPEQUA PARK, NY  11762


## NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO:  FRENZEL, ERIK
     405 EASTLAKE AVE
     MASSAPEQUA PARK, NY  11762

Basis For Objection:  Wrong Debtor Claim - Claim asserted against wrong debtor

| | Claim # | Claim Amount | New Case Number |
|---|---|---|---|
| Claim to be Reassigned | 842 | $1,250.00 | 07-11051 |

      The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors object to your claim because either (i) you failed to list a Debtor on your proof of claim form, or (ii) your claim was asserted against the wrong Debtor, pursuant to the Debtors' books and records. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

      Responses to the Objection, if any, must be filed on or before **February 10, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

      A HEARING ON THE OBJECTION WILL BE HELD ON **FEBRUARY 17, 2009 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2009
      Wilmington, Delaware

      YOUNG CONAWAY STARGATT & TAYLOR, LLP
      Nathan D. Grow (No. 5014)
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, Delaware  19801
      Telephone: (302) 571-6756
      Facsimile: (302) 571-1253

      Counsel to the Debtors and Debtors in Possession

February 4, 2009

United States Bankruptcy
824 Market Street
Third Floor
Wilmington, Delaware 19801

    Re: Claim Number 842
        Erik Frenzel
        405 Eastlake Avenue
        Massapequa Park, NY 11762
        Phone: (516) 398-2045

Dear Sir/Madam,

    I would like to submit as evidence or regular receipt of quarterly bonus/incentive the attached four Earnings Statements. These statements represent the four quarter endings preceding the 2nd quarter 2007 for which claim 842 was submitted.

Sincerely,

*[signature]*

Erik Frenzel

CO    FIL        CSS   NO.  DOC
R4F   023017 000940  R4FOO  0000124646   1

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

# Earnings Statement 

Period Beginning: 03/01/2007
Period Ending: 03/15/2007
Pay Date: 03/23/2007

00000004465
ERIK FRENZEL
405 EASTLAKE AVE
MASSAPEQUA PARK, NY 11762

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  NY: 0

Social Security Number: XXX-XX-1827

| Earnings    | rate    | hours  | this period | year to date |
|-------------|---------|--------|-------------|--------------|
| Regular     | 2406.25 | 75.00  |             | 14,252.41    |
| Regular     | 2406.25 |        | 2,406.25    |              |
| Incentives  |         |        | 1,250.00    | 1,250.00     |
| Sick        |         | 7.50   |             |              |
| Adjustment  |         |        |             | 185.09       |
| Qtrly Bonus |         |        |             | 1,000.00     |
| **Gross Pay** |       |        | **$3,656.25** | 16,687.50  |

| Deductions | Statutory            |           |          |
|------------|----------------------|-----------|----------|
|            | Federal Income Tax   | -654.53   | 2,844.61 |
|            | Social Security Tax  | -226.69   | 1,034.63 |
|            | Medicare Tax         | -53.02    | 241.97   |
|            | NY State Income Tax  | -198.97   | 895.27   |
|            | NY SUI/SDI Tax       | -1.30     | 7.43     |
|            | **Other**            |           |          |
|            | Checking             | -2,301.11 |          |
|            | Optional Life        | -1.25     | 7.50     |
|            | 401K                 | -219.38*  | 1,001.28 |
|            | Ltd Epr              |           | 10.70    |
|            | Short Term Dis       |           | 11.38    |
|            | T & E Reemburs       |           | -492.97  |
|            | **Net Pay**          | **$0.00** |          |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,436.87

© 2000 ADP, Inc

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000124646
Pay date: 03/23/2007

Deposited to the account of       account number    transit ABA      amount
ERIK FRENZEL                      4904658923        0212 7272        $2,301.11

Bank of America
BANK OF AMERICA, N.A.

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# Earnings Statement 

**AMERICAN HOME MORTGAGE**
**PAYROLL ACCOUNT**
**538 BROADHOLLOW RD**
**MELVILLE NY 11747**

Period Beginning:   12/16/2006
Period Ending:      12/31/2006
Pay Date:           01/10/2007

00000004017
**ERIK FRENZEL**
**405 EASTLAKE AVE**
**MASSAPEQUA PARK, NY 11762**

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:   1
    NY:        0

Social Security Number: XXX-XX-1827

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2406.25 | 52.50 | | 2,221.16 |
| Regular | 2406.25 | | 2,221.16 | |
| Holiday | | 7.50 | | |
| Qtrly Bonus | | | 1,000.00 | 1,000.00 |
| Sick '06 | | 15.00 | | |
| **Gross Pay** | | | **$3,221.16** | 3,221.16 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -746.84 | | 746.84 |
| Social Security Tax | -197.20 | | 197.20 |
| Medicare Tax | -46.12 | | 46.12 |
| NY State Income Tax | -219.57 | | 219.57 |
| **Other** | | | |
| Checking | -1,754.32 | | |
| Dental Pre-Tax | -15.51* | | 15.51 |
| Ins Pretax Epr | -25.00* | | 25.00 |
| Ltd Epr | -10.70 | | 10.70 |
| Optional Life | -1.25 | | 1.25 |
| Short Term Dis | -11.38 | | 11.38 |
| 401K | -193.27* | | 193.27 |
| **Net Pay** | | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,987.38

© 1991 ADP, Inc

---



**AMERICAN HOME MORTGAGE**
**PAYROLL ACCOUNT**
**538 BROADHOLLOW RD**
**MELVILLE NY 11747**

Advice number:   00000024167
Pay date:        01/10/2007

Deposited to the account of
**ERIK FRENZEL**

| account number | transit ABA | amount |
|---|---|---|
| 4904658923 | 0212 7272 | $1,754.32 |

VOID AFTER 180 DAYS

**Bank of America**
BANK OF AMERICA, N.A.

**NON-NEGOTIABLE**

```
CO    FICA    VCHR NO
R4F   023017 000940 R4FOO  0000514360  1
```

**Earnings Statement** — ADP

**AMERICAN HOME MORTGAGE**
**PAYROLL ACCOUNT**
**538 BROADHOLLOW RD**
**MELVILLE NY 11747**

Period Beginning: 12/01/2006
Period Ending:    12/15/2006
Pay Date:         12/22/2006

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   NY:      0

00000004221
**ERIK FRENZEL**
**405 EASTLAKE AVE**
**MASSAPEQUA PARK, NY 11762**

Social Security Number: XXX-XX-1827

| Earnings       | rate     | hours  | this period | year to date |
|----------------|----------|--------|-------------|--------------|
| Regular        | 2406.25  | 82.50  |             | 52,079.34    |
| Regular        | 2406.25  |        | 2,406.25    |              |
| Incentives     |          |        | 1,250.00    | 2,500.00     |
| Adjustment     |          |        |             | 2,423.06     |
| Bonus          |          |        |             | 2,750.00     |
| Marketportal Lo|          |        |             | -1.10        |
| **Gross Pay**  |          |        | **$3,656.25** | 59,751.30  |

| Deductions | Statutory            |           |          |
|------------|----------------------|-----------|----------|
|            | Federal Income Tax   | -659.76   | 8,677.39 |
|            | Social Security Tax  | -225.29   | 3,671.10 |
|            | Medicare Tax         | -52.69    | 858.56   |
|            | NY State Income Tax  | -197.43   | 2,836.18 |
|            | NY SUI/SDI Tax       |           | 31.20    |
|            | **Other**            |           |          |
|            | Checking             | -2,277.95 |          |
|            | Ins Pretax Epr       | -22.50*   | 540.00   |
|            | Optional Life        | -1.25     | 41.00    |
|            | 401K                 | -219.38*  | 3,585.11 |
|            | T&E Payback          |           | 295.56   |
| **Net Pay**|                      | **$0.00** |          |

**Time Card Detail**

| DATE      | IN      | OUT    | IN | OUT | TOTAL |
|-----------|---------|--------|----|-----|-------|
| Fri 12/01 | 9:10am  | 4:45pm |    |     | 7.50  |
| Mon 12/04 | 9:01am  | 4:30pm |    |     | 7.50  |
| Tue 12/05 | 8:48am  | 4:30pm |    |     | 7.50  |
| Wed 12/06 | 9:13am  | 4:45pm |    |     | 7.50  |
| Thu 12/07 | 9:06am  | 4:30pm |    |     | 7.50  |
| Fri 12/08 | 9:10am  | 4:45pm |    |     | 7.50  |
| Mon 12/11 | 9:21am  | 4:45pm |    |     | 7.50  |
| Tue 12/12 | 9:07am  | 4:30pm |    |     | 7.50  |
| Wed 12/13 | 9:04am  | 4:30pm |    |     | 7.50  |
| Thu 12/14 | 9:11am  | 4:45pm |    |     | 7.50  |
| Fri 12/15 | 9:08am  | 4:45pm |    |     | 7.50  |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,414.37

© 1991 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**AMERICAN HOME MORTGAGE**
**PAYROLL ACCOUNT**
**538 BROADHOLLOW RD**
**MELVILLE NY 11747**

Advice number: 00000514360
Pay date:      12/22/2006



Deposited to the account of
**ERIK FRENZEL**

| account number | transit ABA | amount     |
|----------------|-------------|------------|
| 4904658923     | 0212 7272   | $2,277.95  |

**Bank of America**
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

| CO. | FILE | DEPT | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| R4F | 023017 | 000940 | R4FOO | 0000384210 | 1 |

## Earnings Statement

ADP

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Ending: 09/15/2006
Pay Date: 09/25/2006

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   State: 0

00000004073
**ERIK FRENZEL**
**405 EASTLAKE AVE**
**MASSAPEQUA PARK, NY 11762**

Social Security Number: XXX-XX-1827

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2406.25 | 67.50 | | 37,641.84 |
| Regular | 2406.25 | | 2,406.25 | |
| Holiday | | 7.50 | | |
| Incentives | | | 1,250.00 | 1,250.00 |
| Sick | | 7.50 | | |
| Adjustment | | | | 2,423.06 |
| Bonus | | | | 2,750.00 |
| Marketportal Lo | | | | -1.10 |
| **Gross Pay** | | | **$3,656.25** | 44,063.80 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,414.37

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 09/01 | 9:22am | 4:45pm | | | 7.50 |
| Wed | 09/06 | 9:07am | 4:30pm | | | 7.50 |
| Thu | 09/07 | 8:59am | 4:30pm | | | 7.50 |
| Fri | 09/08 | 8:55am | 8:56am | | | 7.50 |
| Mon | 09/11 | 9:21am | 4:45pm | | | 7.50 |
| Tue | 09/12 | 9:08am | 4:45pm | | | 7.50 |
| Wed | 09/13 | 9:15am | 4:45pm | | | 7.50 |
| Thu | 09/14 | 9:10am | 4:45pm | | | 7.50 |
| Fri | 09/15 | 10:22am | 5:45pm | | | 7.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -659.76 | 6,221.28 |
| | Social Security Tax | -225.30 | 2,706.85 |
| | Medicare Tax | -52.69 | 633.05 |
| | NY State Income Tax | -197.43 | 2,054.00 |
| | NY SUI/SDI Tax | -1.30 | 26.00 |
| | **Other** | | |
| | Checking | -3,257.82 | |
| | Ins Pretax Epr | -22.50* | 405.00 |
| | Optional Life | -1.25 | 33.50 |
| | 401K | -219.38* | 2,643.83 |
| | T&E Payback | | 295.56 |
| | **Adjustment** | | |
| | T & E Reemburs | +981.18 | |
| | **Net Pay** | **$0.00** | |

© 1991 ADP, Inc.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000384210
Pay date: 09/25/2006

Deposited to the account of
ERIK FRENZEL



| account number | transit ABA | amount |
|---|---|---|
| 4904658923 | 0212 7272 | $3,257.82 |

**Bank of America**
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

# NON-NEGOTIABLE