## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

|  |  |  |
|---|---|---|
| AMERICAN HOME MORTGAGE | ) | Chapter 11 |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case no. 07-11047 (CSS) |
| Debtors. | ) | Jointly Administered |
|  | ) | Response |
|  | ) | Hearing Date: Feb. 17, 2009 |

BLANKE, KERRI
53 E. REDFORD CT.
ST. CHARLES, MO 63304

### RESPONSE TO OBJECTION

In response to the objection filed by American Home Mortgage Holdings, Inc. that claim was asserted against wrong debtor:

I filed a claim against American Home Mortgage in the manner it was instructed when I was released from American Home Mortgage as an employee.  I am unaware and unsure of the outcomes of reassigning of my case with a new case number of 07-11051 as listed as American Home Mortgage Corporation.

Please list this as my objection in this case for reassignment as it is not clear if there are repercussions to follow for my claim.

Dated:  February 10, 2009

Kerri Blanke
Claimant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

|  |  |  |
|---|---|---|
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case no. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Response |
| | | Hearing Date: Feb 17, 2009 |

BLANKE, KERRI
53 E. REDFORD CT.
ST. CHARLES, MO 63304

### AFFIDAVIT

Please accept affidavit as I am not represented by local counsel and I have no e-filing capabilities. I wish to respond to an objection filed by American Home Mortgage and need objection filed today.

Dated: February 10, 2009

Kerri Blanke
Claimant