February 6, 2009

To: Court for American Home Mortgage Corp. Bankruptcy

I received in the mail notification that my claims were filed against the wrong Debtor. I have filled out the debtor as 'American Home Mortgage Corp.' along with the new case number. I have made copies of the claims and the Proof of claims for these.

My checks and W-2's were in the name of American Home Mortgage Corp. so I assume this is correct. I have left numberous messages as the offices of Young Conway Stargatt & Taylor, LLP. I have never had a call back from them. I also searched the website of AHM for help, only to find NONE pertaining to this issue. I don't know if I have done this correctly and couldn't get any answers when I reached out for help.

Marsha Albrecht
837 N. Maple Avenue
Palatine, IL 60067
P: 847-991-8009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Response Deadline: February 10, 2009 at 4:00 p.m. (ET) |
| | ) Hearing Date: February 17, 2009 at 10:30 a.m. (ET) |
| AHM OB28 1/9/2009 (merge2.txnum2) 4000001438 EPIQ Use - 6 | ) |
| ALBRECHT, MARSHA | |
| 837 N. MAPLE AVE. | |
| PALATINE, IL 60067 | |

## NOTICE OF DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: ALBRECHT, MARSHA
837 N. MAPLE AVE.
PALATINE, IL 60067

**Basis For Objection:** Wrong Debtor Claim - Claim asserted against wrong debtor

| | Claim # | Claim Amount | New Case Number |
|---|---|---|---|
| Claim to be Reassigned | 1441 | $6,807.68 | 07-11051 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors object to your claim because either (i) you failed to list a Debtor on your proof of claim form, or (ii) your claim was asserted against the wrong Debtor, pursuant to the Debtors' books and records. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

Responses to the Objection, if any, must be filed on or before **February 10, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **FEBRUARY 17, 2009 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 9, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession