**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: American Home Mortgage Holdings, Inc., et al. Debtors. | Chapter 11 Case No. 07-11047 (CSS) Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held: AMERICAN HOME MORTGAGE CORP | Case No. of Debtor: 07-11051(CSS) |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)**

AHM (MERGE2.DBF,SCHED_NO) SCHEDULE #: 751003180*****
ALBRECHT, MARSHA
837 N. MAPLE
PALATINE IL 60067

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Your claim is scheduled by the Debtors as:
$7,261.54 PRIORITY
CONTINGENT

**Telephone number:**
**Email Address:**

**Account or other number by which creditor identifies debtor:**

**Check here if this claim:**
☐replaces ☐amends a previously filed claim, dated:____________

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other________________________ (explain)
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)

   Last Four Digits of your SS#: ___ ___ ___ ___
   Unpaid compensation for services performed
   from ____________ (date) to ____________ (date)

2. **Date debt was incurred:**

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $__________ (unsecured nonpriority) + __________ (secured) + __________ (unsecured priority) = __________ (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate ☐ Motor Vehicle
   ☐ Other ____________________
   Value of Collateral: $____________________
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $____________________

6. **Unsecured Nonpriority Claim:** $ ______________
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $______________
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: American Home Mortgage Holdings, Inc., et al. Debtors. | Chapter 11 Case No. 07-11047 (CSS) Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held: AMERICAN HOME MORTGAGE CORP | Case No. of Debtor: 07-11051(CSS) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)**

AHM {MERGE2.DBF,SCHED_NO} SCHEDULE #: 751003170*****
ALBRECHT, MARSHA
837 N. MAPLE
PALATINE IL 60067

**Telephone number:**
**Email Address:**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Your claim is scheduled by the Debtors as:
$4,807.69 PRIORITY
$849.16 UNSECURED
CONTINGENT

**Account or other number by which creditor identifies debtor:**

**Check here if this claim:**
☐replaces ☐amends a previously filed claim, dated:____________

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other________________________(explain)
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)

   Last Four Digits of your SS#: ___ ___ ___ ___
   Unpaid compensation for services performed
   from ____________ (date) to ____________ (date)

2. **Date debt was incurred:**

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ __________ (unsecured nonpriority) + __________ (secured) + __________ (unsecured priority) = __________ (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate ☐ Motor Vehicle
   ☐ Other ____________________
   Value of Collateral: $____________
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $____________

6. **Unsecured Nonpriority Claim:** $ __________
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $__________
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.

   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

In Re:
American Home Mortgage Holdings, Inc., et al.
Debtors.

Chapter 11
Case No. 07-11047 (CSS)
Jointly Administered

Name of Debtor Against Which Claim is Held: AMERICAN HOME MTG CORP.
Case No. of Debtor: 07-11051

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)**

MARSHA ALBRECHT
837 N. MAPLE AVE.
PALATINE, IL. 60067

Telephone number: 847-980-3786
Email Address: MARSHAA @

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:**

**Check here if this claim:** ☐ replaces ☐ amends a previously filed claim, dated:

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☒ Other VACATION / PERSONAL / SICK (explain)
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☒ Wages, salaries, and compensation (fill out below)

   Last Four Digits of your SS#: 1 6 5 4
   Unpaid compensation for services performed from 01/01/07 (date) to 8/3/07 (date) (see attached)

2. **Date debt was incurred:** 1/1/07 thru 8/3/07

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ ______ (unsecured nonpriority) + ______ (secured) + 6807.68 (unsecured priority) = 6807.68 (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate ☐ Motor Vehicle
   ☐ Other ______
   Value of Collateral: $______
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $______

6. **Unsecured Nonpriority Claim:** $______
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☒ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ 6807.68
   Specify the priority of the claim:
   - ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   - ☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   - ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   - ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   - ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   - ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.

   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 9/20/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Marsha Albrecht

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 040 |
|---|---|---|---|---|---|
| R4F | 025563 | 000864 | FHM | 0000321677 | 1 |

# Earnings Statement

ADP®

*AMERICAN HOME MORTGAGE*
*PAYROLL ACCOUNT*
*538 BROADHOLLOW RD*
*MELVILLE NY 11747*

Period Beginning: 07/16/2007
Period Ending: 07/31/2007
Pay Date: 08/07/2007

00000001623
**MARSHA ALBRECHT**
**837 N. MAPLE**
**PALATINE, IL 60067**

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
IL: 1

Social Security Number: XXX-XX-1654

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3687.50 | 86.67 | 3,687.50 | 53,562.54 |
| Qtrly Bonus | | | | 5,000.00 |
| Gross Pay | | | $3,687.50 | 58,562.54 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -527.85 | 8,742.24 |
| | Social Security Tax | -224.29 | 3,565.86 |
| | Medicare Tax | -52.45 | 833.95 |
| | IL State Income Tax | -106.03 | 1,687.89 |
| | **Other** | | |
| | Checking | -2,495.06 | |
| | Dental Pre-Tax | -15.51* | 232.65 |
| | Ins Pretax Epr | -48.50* | 727.50 |
| | Life-Spouse | -10.75 | 161.25 |
| | Optional Life | -21.50 | 322.50 |
| | Pretax Vision | -5.90* | 88.50 |
| | Short Term Dis | -26.47 | 397.05 |
| | 401K Loan | -153.19 | 2,297.85 |
| | Ltd Epr | | 230.16 |
| | T & E Reemburs | | -21,296.90 |
| | Net Pay | $0.00 | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,617.59

© 2000 ADP, Inc

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

**Advice number:** **00000321677**
Pay date: 08/07/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MARSHA ALBRECHT | [redacted] | 0710 0001 | $2,495.06 |

THIS IS NOT A CHECK

**BankofAmerica**
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

September 20, 2007

United States bankruptcy Court for the District of Delaware
American Home Mortgage Claims Processing Center
FDR Station, P. O. Box 5076
New York, N.Y. 10150-5076

Proof of Claim
Marsha Albrecht
$6807.68

Dear Court Appointee:

Attached is my breakdown of claim and supporting documents for funds perceived as due from American Home Mortgage at the time of the bankruptcy filing. Supporting documents attached include the breakdown and a copy of my final paystub.

$88,500/annual salary divided by 52 weeks equals $1701.92/week

| | | |
|---|---|---|
| | 3 weeks vacation | $5105.76 |
| | 1 week personal/sick | 1701.92 |
| Total Due to Marsha Albrecht | | $6807.68 |

If you have any questions, please do not hesitate to call me at 847-980-3786 or email me at marshaa@comcast.net.

Thank you,

Marsha Albrecht

Marsha Albrecht

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

In Re:
American Home Mortgage Holdings, Inc., et al.
Debtors.

Chapter 11
Case No. 07-11047 (CSS)
Jointly Administered

Name of Debtor Against Which Claim is Held: AMERICAN HOME MTG. CORP.

Case No. of Debtor: 07-11051

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)**

MARSHA ALBRECHT
837 N. MAPLE AVE.
PALATINE, IL 60067

**Telephone number:** 847-980-3786
**Email Address:** MARSHAA @ COMCAST. NET

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:**

**Check here if this claim:** ☐ replaces ☐ amends a previously filed claim, dated:

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☒ Other QUARTERLY INCENTIVE (explain)
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☒ Wages, salaries, and compensation (fill out below)

   Last Four Digits of your SS#: 1 6 5 4

   Unpaid compensation for services performed (see attached)

   from APR 07 (date) to JULY 07 (date)

2. **Date debt was incurred:** 1/1/07 thru 5/3/08

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ ______ (unsecured nonpriority) + ______ (secured) + 1250.00 (unsecured priority) = 1250.00 (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate ☐ Motor Vehicle
   ☐ Other ______
   Value of Collateral: $______
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $______

6. **Unsecured Nonpriority Claim:** $______
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☒ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ 1250.00
   Specify the priority of the claim:
   - ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   - ☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   - ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   - ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   - ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   - ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.

   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**Date** 9/20/07

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):** Marsha Albrecht

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



Date: May 19, 2005

Name: Marsha Albrecht

Re: Letter of Understanding

Dear Marsha:

I am pleased to confirm your internal transfer within American Home Mortgage, in the position of Acclimator. You will report to TPI, under the supervision of David Lopshire, V.P., National Acclimation Manager. Your compensation package will be as follows:

1. American Home Mortgage agrees to pay you an annual salary of $85,000.00. Pay dates are the 10th and the 25th of every month.

2. It is further understood that you will receive Management Based Objectives for each quarter of the calendar year. On a going forward basis, American Home Mortgage agrees to pay you a quarterly bonus of up to $1250.00 per quarter. MBO's will be set and discussed during the first part of each quarter.

agreed. – not paid for 4/1/07 thru 6/30/07

This letter constitutes a final and fully binding integrated agreement with respect to the at-will nature of the employment relationship between you and American Home Mortgage. During or at the end of the initial employment period of 90 days, you and your supervisor will discuss your performance. American Home Mortgage possess the right to extend this period or discharge an employee at any time during this period if your supervisor concludes you are not progressing or performing satisfactorily.

Please acknowledge your acceptance of this Letter of Understanding by signing and returning a copy of this letter to my attention.

Sincerely,

[signature] 5/19/05

David Lopshire
VP, National Acclimation Manager
Date

[signature] 5/19/05

Marsha Albrecht
Date

950 North Elmhurst Road, Mount Prospect, Illinois 60056
Phone: (888) 378-4663 / Fax: (847) 394-0792

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

In Re:
American Home Mortgage Holdings, Inc., et al.
Debtors.

Chapter 11
Case No. 07-11047 (CSS)
Jointly Administered

Name of Debtor Against Which Claim is Held: AMERICAN HOME MORTGAGE CORP.

Case No. of Debtor: 07-11051

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)**

MARSHA ALBRECHT
837 N. MAPLE AVE.
PALATINE, IL. 60067

**Telephone number:** 847-980-3786
**Email Address:** MARSHAA@COMCAST.NET

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:**

**Check here if this claim:** ☐ replaces ☐ amends a previously filed claim, dated:________

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other EXPENSE REPORT (explain)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☒ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: 1 6 5 4
Unpaid compensation for services performed
from 7/23/07 (date) to 7/27/07 (date) see attached backup

**2. Date debt was incurred:** 7/23/07 thru 7/27/07

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $________ (unsecured nonpriority) + ________ (secured) + 849.16 (unsecured priority) = 849.16 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other ________

Value of Collateral: $________
Amount of arrearage and other charges at time case filed included in secured claim, if any: $________

**6. Unsecured Nonpriority Claim:** $________
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 849.16
Specify the priority of the claim:
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
- ☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.

**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10 Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 9/20/07

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):** Marsha Albrecht

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.




# FAX COVER PAGE

**Fax this page and your receipts to:**
**1-866-246-9627 (United States)**

## Report Summary:

| | |
|---|---|
| **Expense Report:** | Cost Center 983-VIP Training |
| **Business Purpose:** | VIP Training- CC 983 |
| **Employee Name:** | Marsha Albrecht |
| **Employee ID:** | 25563 |
| **Report Total:** | $849.16 |
| **Company Name:** | American_Ho_2183_ 12282005 |
| **Company ID:** | 32901 |
| **Report ID:** | 8C44D2AFEADD490DBAA2 |

Charge CC# 983

v. 5.0.0
©2005-2007 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

# Expense Report

## Cost Center 983-VIP Training

| | | | |
|---|---|---|---|
| **Business Purpose:** | VIP Training- CC 983 | **Employee Name:** | Marsha Albrecht |
| **Report Date:** | 7/31/2007 | **Employee ID:** | 25563 |
| **Report ID:** | 8C44D2AFEADD490DBAA2 | **Company Name - (Not in use):** | |
| **Date Filed:** | N/A | | |
| **Approval Status:** | Not Filed | **Cost Center:** | 000983 - Training |
| **Payment Status:** | Not Paid | **Effective Date:** | 6-Dec-06 |
| **Report Header 1 - (Not in use):** | | **ADP Company Code for Export File:** | R4F |
| **Report Header 2 - (Not in use):** | | **Employee Info 3 - (Not in use):** | |
| **Report Header 3 - (Not in use):** | | **Employee Info 4 - (Not in use):** | |
| **Reimbursement Location:** | | **Reimbursement Currency:** | U.S. (Dollars) |

**Report Total:** $849.16
**Amount Due Employee:** $849.16

## Expenses

### Breakfast

| Date | | Description | Vendor | City | Pay Method | Cost |
|---|---|---|---|---|---|---|
| 7/23/2007 | | VIP Training | Chili's | Chicago O'Hare | Personal Credit Card | $13.55 |
| | | **Attendees:** Marsha Albrecht | | | | |

### Car Rental

| Date | | Description | Vendor | City | Pay Method | Cost |
|---|---|---|---|---|---|---|
| 7/31/2007 | | VIP Training in Columbia | Enterprise | Columbia | Personal Credit Card | $242.07 |

### Dinner

| Date | | Description | Vendor | City | Pay Method | Cost |
|---|---|---|---|---|---|---|
| 7/23/2007 | | VIP Training | Rocky Run | Columbia | Personal Credit Card | $23.77 |
| | | **Attendees:** Marsha Albrecht | | | | |
| 7/23/2007 | | VIP Training | Donna's Coffee Columbia | Columbia | Personal Credit Card | $23.36 |
| | | **Attendees:** Marsha Albrecht | | | | |
| 7/23/2007 | | VIP Training | Cheesecake Factory | Columbia | Personal Credit Card | $27.18 |
| | | **Attendees:** Marsha Albrecht | | | | |
| 7/23/2007 | | VIP Training | Nature's Table | Columbia | Personal Credit Card | $11.53 |
| | | **Attendees:** Marsha Albrecht | | | | |

### Hotel

| Date | | Description | Vendor | City | Pay Method | Cost |
|---|---|---|---|---|---|---|
| 7/23/2007 | | VIP Training | Hilton | Columbia | Personal Credit Card | $425.70 |

### Taxi/Bus/Other

| Date | | Description | Vendor | City | Pay Method | Cost |
|---|---|---|---|---|---|---|
| 7/23/2007 | | P'Hare to Home | American Taxi | Chicago O'Hare | Personal Credit Card | $41.00 |
| 7/23/2007 | | Home to Airport | American Taxi | Chicago O'Hare | Personal Credit Card | $41.00 |

## Expense Icons



## Totals

| | |
|---|---|
| **Report Total:** | $849.16 |
| **Personal Expenses:** | $0.00 |
| **Amount Rejected:** | $0.00 |
| **Amount Approved:** | $849.16 |
| **Company Paid:** | $0.00 |
| **Cash Advance:** | $0.00 |
| **Amount Due Company Card by Employee:** | $0.00 |
| **Amount Due Employee:** | $849.16 |
| **Amount Due Company:** | $0.00 |

©2005-2007 Concur Technologies, Inc., Redmond, WA, U.S.A. All rights reserved.

************************************
* Customer Copy *
************************************

Rocky Run (Columbia)
6480 Dobbin Center Way
Columbia, MD 21045
410-730-6581

Date: 07/24/07
Time: 7:40 PM
Server: 42. SHARON
Order: 709846
Description: Table 13

Card Type: AMERICAN EXPRESS
Card No: ***********1002
Expires: 0908
Appr Code: 527607

Purchases: $ 19.77

Tip: $ 4.00

Total: $ 23.77
ALBRECHT/MARSHA F

I agree to pay the above total amount according to the card issuer agreement.

IMPRINTED DATA ONLY ABOVE THIS LINE DO NOT CIRCLE EXPIRATION DATE

MARSHA ALBRECHT

EXPIRATION DATA CHECKED

| DATE 7/27/07 | SERVER/CASHIER |
|---|---|
| AUTHORIZATION NO. | REFERENCE NO. |

5848501

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 33.00 |
| | | |
| SALES SLIP | TAX | |
| | TIP / MISC. | 8 |
| | TOTAL | 41 |

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

TR TYPE AUTHSALE
MERCHNT# 000000149014
ORDER# 0231
REF# 02072376
PAYMENT M/C
CARD# XXXXXXXXXXXX3249
AUTH.# 764459

SUBTOTAL 11.53

SIGNATURE

I agree to pay the total amount according to the card issuer agreement.

1stcopy=Merchnt 2ndcopy=Customer
CAMRY CSHR
0402 19:07 JULY26'07 W/S#02

Nature's Table
Main Terminal
BWI Airport # 53

#0231 IN
1 DLY SPCL 7.49
1 PS SALD BOWL 3.49

SUBTOTAL 10.98
TAX TOTL .55
TOTAL 11.53
XXXXXXXXXXXX3249
M/C 11.53
Any questions or concerns
Call 1-800-426-5971 X 1001

CAMRY CSHR
0402 19:07 JULY26'07 W/S#02 P1

See Breakdown receipt

0629
Server: ASHLEY L (#288) Rec:397
07/25/07 19:44, Swiped T: 331 Term: 12

The Cheesecake Factory CU
10300 LIttle Patuxent Pk
Columbia, MD 21044
(410)997-9311
MERCHANT #: 67097870091

CARD TYPE ACCOUNT NUMBER
AMERICAN EXPRES XXXXXXXXXXXX1002
Name: MARSHA F ALBRECHT
00 TRANSACTION APPROVED
AUTHORIZATION #: 543839
Reference: 0725030000629
TRANS TYPE: Credit Card SALE

CHECK: 22.68
TIP: 4.50
TOTAL: 27.18

x Marsha Albrecht

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
Don't Worry Be Happy!
Thank You!
--PLEASE LEAVE SIGNED COPY FOR SERVER!--



HMS HOST
CHILI'S GOS 773-686-6180
CHICAGO AIRPORT
CHECK: 7218
TABLE: 182/1
SERVER: 5157 Federico
DATE: JUL23'07 9:59AM
CARD TYPE: MSTRCARD A1 5*
ACCT #: XXXXXXXXXXXX3249
EXP DATE: XX/XX
AUTH CODE: 858637
MARSHA ALBRECHT

TOTAL: 11.55

TIP: 2.00

TOTAL: 13.55

X
I AGREE TO PAY THE ABOVE AMOUNT IN ACCORDANCE WITH THE CARD ISSUER'S AGREEMENT.

3717 545287 71002

IMPRINTED DATA ONLY ABOVE THIS LINE — DO NOT CIRCLE EXPIRATION DATE

06

MARSHA ALBRECHT

DX 131 200 3302

EXPIRATION DATA CHECKED

| DATE 07/23 | SERVER/CASHIER |
|---|---|
| AUTHORIZATION NO. | REFERENCE NO. |

5159096

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | | 33 |
| | | |
| SALES SLIP | TAX | |
| | TIP / MISC. | 8 |
| | TOTAL | 41 |

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

DONNAS COFFEE COLUMBIA
5850 WATERLOO RD
COLUMBIA, MD 21045

TERMINAL ID: 003989357
MERCHANT #: 2190695015

AMEX
#xxxxxxxxxxxx1002
SVR: 120
SALE
BATCH: 000469
DATE: JUL 23, 07
INVOICE: 069659
TIME: 20:30
AUTH NO: 549235

PRE-TIP AMT $18.86
TIP 4.50
TOTAL 23.36

CUSTOMER COPY



Rental Receipt - Thank you for your business

AMERICAN HOME MORTGAGE NAT ACCT
MARSHA MS ALBRECHT

Contract Number: **894853**
Receipt Date: **Jul 26, 2007**

**Enterprise Location:** BWI AP (CONSOLIDATED FACILITY)
HANOVER, MD 21076-0279
US
Tel.: (410) 684-3295

**Driver:** MARSHA MS ALBRECHT

| Start Date: | End Date: | Make/Model | Start Miles | End Miles | Miles Driven |
|---|---|---|---|---|---|
| Jul 23, 2007 @ 2:23 pm | Jul 26, 2007 @ 6:00 pm | CHRY PTCR | 200 | 292 | 92 |
| **Total Miles** | | | | | **92** |

| Charge Description | Quantity | Per | Rate | Total |
|---|---|---|---|---|
| Rate | 3 | Hour | 11.26 | 33.78 |
| Rate | 3 | Day | 47.00 | 141.00 |
| FUEL | | | | 15.80 |
| *VLF | | | | 0.84 |
| | | | Subtotal: | USD 191.42 |

DUPLICATE

| Taxes and Surcharges | |
|---|---|
| BWI CONSOLIDATED FACILITY CHAR | 9.75 |
| MARYLAND SALES TAX | 23.34 |
| BWI CONCESSION RECOVERY FEE | 17.56 |
| Subtotal: | USD 242.07 |
| **Total Charges:** | **USD 242.07** |

| Payment Information | | |
|---|---|---|
| CREDIT CARD | AMX | 242.07 |
| | Subtotal: | USD 242.07 |
| **Total Payment Amount:** | | **USD 242.07** |

If you have any questions about this receipt please contact our support staff at (410) 684-3295 or Email us.

Rent a Car | Buy a Car | Manage Your Fleet | Careers | About Us | Contact Us
Reservation | Vehicles | Locations | Business Rentals | Print a Receipt | Help
Travel Agent | Site Map | Mobility Devices

International Car Rental Sites:
**Car Rental US** | Car Rental Canada | Car Rental UK
Car Rental Ireland | Car Rental Germany

Enterprise Rent-A-Car Privacy Policy | Terms of Use | © 2007 Enterprise Rent-A-Car Company. Patent Pending

53954716

**Hilton Garden Inn®**
**Columbia**

8241 Snowden River Parkway • Columbia, MD 21045
Phone (410) 750-3700 • Fax (410) 750-8809
Reservations
www.hiltongardeninn.com or 1 877 STAY HGI

Name & Address

ALBRECHT, MARSHA
950 N ELMHURST RD

MT PROSPECT, IL 600561144
US

Room 430/K1
Arrival Date 07/23/07 3:03PM
Departure Date 07/26/07

Adult/Child 1/0
Room Rate 129.00

RATE PLAN L-T1
HH# 860234748 DIAMOND
AL: AA #M15R046
BONUS AL: CAR:

CONFIRMATION NUMBER : 3279304671

07/26/07 PAGE 1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 07/23/07 | 362725 | GUEST ROOM | $129.00 |
| 07/23/07 | 362725 | STATE TAX | $6.45 |
| 07/23/07 | 362725 | CITY TAX | $6.45 |
| 07/24/07 | 362978 | GUEST ROOM | $129.00 |
| 07/24/07 | 362978 | STATE TAX | $6.45 |
| 07/24/07 | 362978 | CITY TAX | $6.45 |
| 07/25/07 | 363205 | GUEST ROOM | $129.00 |
| 07/25/07 | 363205 | STATE TAX | $6.45 |
| 07/25/07 | 363205 | CITY TAX | $6.45 |
| | | WILL BE SETTLED TO AX *1002 | $425.70 |
| | | EFFECTIVE BALANCE OF | $0.00 |

Hilton HHonors

EXPENSE REPORT SUMMARY

| | 07/23/07 | 7/24/2007 | 7/25/2007 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $141.90 | $141.90 | $141.90 | $425.70 |
| DAILY TOTAL | $141.90 | $141.90 | $141.90 | $425.70 |

*You have earned approximately 5805 HHonors points and approximately 387 miles with AMERICAN AIRLINES for this stay. For reservations and to check your point balance, visit hiltonfamily.com.*

*Thank you for staying with us, your business is greatly appreciated. If for any reason your expectations have not been met, please notify one of our staff members before departing.*

## Zip-Out Check-Out®

**Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.**

- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  - + pay at the time of purchase.
  - + charge purchases to your account, then stop by the Front Desk for an updated statement.
  - + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room. ***Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.***

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 104679 A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

T
H
A
N
K

Y



*************************************
* Customer Copy *
*************************************

Rocky Run (Columbia)
6480 Dobbin Center Way
Columbia, MD 21045
410-730-6581

Date: 07/24/07
Time: 7:40 PM
Server: SHARON
Ord: [illegible]
De[illegible]: Table 13

Card Type: AMERICAN EXPRESS
Card No: ***********1002
Expires: [illegible]08
Appr Code: [illegible]7607

Purchases: $ 19.77

Tip: $ 4.00

Total: $ 23.77
ALBRECHT/MARSHA F

I agree to pay the above total amount according to the card issuer agreement.

0629
Server: ASHLEY L (#288) Rec:397
07/25/07 19:44, Swiped T: 331 Term: 12

The Cheesecake Factory CU
10300 Little Patuxent Pk
Columbia, MD 21044
(410)997-9311
MERCHANT #: 6709767009l

CARD TYPE ACCOUNT NUMBER
AMERICAN EXPRES XXXXXXXXXXXX1002
Name: MARSHA F ALBRECHT
00 TRANSACTION APPROVED
AUTHORIZATION #: 543839
Reference: 0725030000629
TRANS TYPE: Credit Card SALE

CHECK: 22.68
TIP: 4.50
TOTAL: 27.18

x Marsha Albrecht

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
Don't Worry Be Happy!
Thank You!
--PLEASE LEAVE SIGNED COPY FOR SERVER!--

TR TYPE AUTHSALE
MERCHNT# [illegible]149014
ORDER# [illegible]
REF# [illegible]
PAYMENT [illegible]
CARD# [illegible]3249
AUTH.# 764459

SUBTOTAL 11.53

SIGNATURE

I agree to pay the total amount according to the card issuer agreement.

1stCOPY=Merchnt 2ndCOPY=Customer
CAMRY CSHR
0402 19:07 JULY26'07 W/S#02

DONNAS COFFEE COLUMBIA
5850 WAT[illegible]LOO RD
COLUMBIA, MD 21045

TERMINAL ID: 003[illegible]
MERCHANT #: 219[illegible]

AMEX
#xxxxxxxxxxxx10[illegible]
SVR: 120
SALE
BATCH: 000469 INVOICE
DATE: JUL 23, 07 TIME:
AUTH NO: 5[illegible]

PRE-TIP AMT $18.[illegible]
TIP 4.[illegible]
TOTAL 23.[illegible]

CUSTOMER COPY



Nature's Table
Main Terminal
BWI Airport # 53

#0231 IN
1 DLY SPCL 7.49
1 PS SALD BOWL 3.49

SUBTOTAL 10.98
TAX TOTL .55
TOTAL 11.53
XXXXXXXXXXXX3249
M/C 11.53
Any questions or concerns
Call 1-800-426-4371 X 1001

CAMRY CSHR
0402 19:07 JULY26'07 W/S#02 11