**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)

# SIGN - IN - SHEET

**COURTROOM LOCATION:** 6
**DATE:** 2/11/09 @ 9:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ana Alfonso (telephonic) | Kaye Scholer | Bank of America |
| Susan Johnston " | Covington & Burling | Wilmington Trust Company |
| David Berliner " | BDO Consultants | Financial Advisors as Unsecured Creditors |
| Mark Indelicato " " | Hahn + Hessen | Official Committee of Unsecured Creditors |
| Fred Neufeld " " | Milbank, Tweed, Hadley + McCloy | ABN AMRO Bank |
| Elizabeth Sloan | Bank Rome | Creditors Comm |
| Sean Beach | YCST | Debtors |
| John Dorsey | " | " |
| Patrick Jackson | " | " |
| Margaret Greeder | " | " |
| Eric M Davis | SASM + F LLP | Union Federal Wakefield |
| Cory Falgowski | Reed Smith | Freddie Mac |
| Edward Schnitzer | Hahn & Hessen | Creditors Committee |
| Mark Power | Hahn & Hessen | Creditors Committee |
| Gabriel MacConaill | Potter Anderson Sloman | Bank of America |
| Thomas Macauley | Zuckerman Spaeder | Barbowery Cown |
| Stephen Werbrod | Gilbert Oshinsky | " |
| W. Amato Winsted | " | " |

# SIGN - IN - SHEET

CASE NAME: American Home Mortgage
CASE NO: 07-11047 (CSS)
COURTROOM LOCATION: 6
DATE: 2/11/09 @ 9:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tara N. Moss | Pryor Cashman LLP | Law Debenture Trust Co. of NY |
| Kevin Mangan | Womble Carlyle | Triad |
| Robert Mallard | Dorsey & Whitney LLP | US Bank |
| James Green, Jr | Landis Rath & Cobb | JPMorgan Chase |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.