IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :    Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                                 :
                                                                    :    Jointly Administered
        Debtors.                                                    :
------------------------------------------------------------------------ x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 17, 2009 AT 11:00 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.    Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1
      [D.I. 3474, 3/28/08]

      Response Deadline:    April 24, 2008 at 4:00 p.m.

      Responses Filed:      See Exhibit A, attached

      Related Document:

            a)    Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to
                  Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                  Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

      Status: An Order has been entered that partially sustains the Objection. With respect to
            the remainder of the relief requested and the remaining responses set forth on
            Exhibit A, this matter will be adjourned to March 13, 2009 at 11:30 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.    Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim
      Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

      Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors and the
                             Committee to September 8, 2008 at 4:00 p.m.

      Objections Filed:

             a)    Debtors' Limited Objection to Motion of AT&T Requesting Allowance
                   and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §
                   503(b) [D.I. 5602, 9/8/08]

             b)    Limited Joinder of Official Committee of Unsecured Creditors to Debtors'
                   Limited Objection to Motion of AT&T Requesting Allowance and
                   Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)
                   [D.I. 5617, 9/9/08]

      Status: This matter will be adjourned to March 13, 2009 at 11:30 a.m.

3.    Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1
      [D.I. 3879, 4/28/08]

      Response Deadline:    May 20, 2008 at 4:00 p.m.

      Related Documents:

             a)    Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

      Responses Filed:    See Exhibit B, attached

      Status: An Order has been entered that partially sustains the Objection.  With respect to
             the remainder of the relief requested and the remaining responses set forth on
             Exhibit B, this matter will be adjourned to March 13, 2009 at 11:30 a.m.

4.    Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of
      the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I.
      3880, 4/28/08]

      Response Deadline:    May 20, 2008 at 4:00 p.m.

      Related Document:

             a)    Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

      Responses Filed:    See Exhibit C, attached

DB02:7792084.1                                                                            066585.1001

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to March 13, 2009 at 11:30 a.m.

5.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:    See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to March 13, 2009 at 11:30 a.m.

6.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to March 13, 2009 at 11:30 a.m.

7.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

Responses Filed:    See Exhibit F, attached

3

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned to March 13, 2009 at 11:30 a.m.

8.   Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

      a)   Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5169, 7/17/08]

Responses Filed:    See Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to March 13, 2009 at 11:30 a.m.

9.   Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5180, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

      a)   Order Sustaining Debtors' Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5461, 8/18/08]

Responses Filed:    See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned to March 13, 2009 at 11:30 a.m.

10.   Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

DB02:7792084.1                                                                              066585.1001

    a)      Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5463, 8/18/08]

    b)      Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

    c)      Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

Responses Filed:     See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned to March 13, 2009 at 11:30 a.m.

11.    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Document:

    a)      Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

Responses Filed:     Please see Exhibit J, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned to March 13, 2009 at 11:30 a.m.

12.    Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

    a)      Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

DB02:7792084.1    066585.1001

Responses Filed:  See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned to March 13, 2009 at 11:30 a.m.

13.    Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

a)    Notice of Submission of Claims [D.I. 6206, 10/10/08]

b)    Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

c)    Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

Responses Filed:    See Exhibit L, attached

Status: Orders have been entered that partially sustain the Objection.  The remainder of this matter will be adjourned to March 13, 2009 at 11:30 a.m.

14.    Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:    November 5, 2008 at 4:00 p.m.

Responses Filed:    See Exhibit M, attached

Related Document:

a)    Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned to March 13, 2009 at 11:30 a.m.

15.    Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6223, 10/13/08]

Objection Deadline:    November 5, 1008 at 4:00 p.m., extended to November 7, 2008

Objections/Responses Filed:

      a)      Response of American Home Mortgage Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., to Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6587, 11/18/08]

      b)      Debtors' Objection to Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6592, 11/19/08]

      c)      Reply of American Lien Fund, L.P. in Support of its Motion Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6671, 12/5/08]

Status: This matter will be adjourned by agreement to March 13, 2009 at 11:30 a.m.

16.      Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

      Objection Deadline:    November 5, 2008 at 4:00 p.m.

      Objections Filed:     None

      Status: This matter will be adjourned to March 13, 2009 at 11:30 a.m.

17.      Julia Trister's Motion for (i) Retroactive Annulment and (ii) Prospective Relief from the Automatic Stay or (iii) Alternative Relief [D.I. 6809, 1/6/09]

      Objection Deadline:    January 19, 2009 at 4:00 p.m., extended to February 12, 2009 for the Debtors

      Objections Filed:

      Status: This matter will be adjourned by agreement to March 13, 2009 at 11:30 a.m.

18.      Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

      Response Deadline:    December 3, 2008 at 4:00 p.m.

      Responses Filed:     See Exhibit N, attached

      Status: This matter will be adjourned to March 13, 2009 at 11:30 a.m.

      

19.  Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6620 11/21/08]

Responses Deadline:  December 15, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

Responses Filed:    See Exhibit O, attached

Status: This matter will be adjourned to March 13, 2009 at 11:30 a.m.

20.  Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6715, 12/12/08]

Response Deadline:    January 6, 2009 at 4:00 p.m.

Responses Filed:    See Exhibit P, attached

Status: This matter will be adjourned to March 13, 2009 at 11:30 a.m.

21.  Debtors' Twenty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6716, 12/12/08]

Response Deadline:    January 6, 2009 at 4:00 p.m.

Responses Filed:    See Exhibit Q, attached

Status: This matter will be adjourned to March 13, 2009 at 11:30 a.m.

22.  Objection to Claims of Calyon New York Branch as Administrative Agent Pursuant to Repurchase Agreement [D.I. 6824, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Responses Filed:    NOne

Status: This matter is scheduled for trial on March 11, 2009 at 10:00 a.m.

DB02:7792084.1    066585.1001

## UNCONTESTED MATTERS GOING FORWARD

23.   Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing the Stipulation by and Between the Debtors and the State of New Hampshire Banking Department [D.I. 6904, 1/20/09]

   Objection Deadline:   February 10, 2009 at 4:00 p.m.

   Objections Filed:    None

   Status: The Debtors intend to file a Certificate of No Objection in accordance with Local Rule.

24.   Joint Motion of American Home Mortgage Servicing, Inc., the Debtors and the Official Committee of Unsecured Creditors for Entry of Protective Order [D.I. 6916, 1/30/09]

   Objection Deadline:   February 10, 2009 at 4:00 p.m.

   Objections Filed:    None

   Status: The Debtors intend to file a Certificate of No Objection in accordance with Local Rule.

## CONTESTED MATTERS GOING FORWARD

25.   Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.'s Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5468, 8/18/08]

   Objection Deadline:   September 8, 2008 at 4:00 p.m., extended to November 14, 2008 at 4:00 p.m.

   Related Document:

        a)    Supplement to Motion of MERS' Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5559, 8/29/08]

   Objections Filed:

        b)    Debtors' Objection to Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (I) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses and the Supplemental Motion Thereto [D.I. 6580, 11/14/08]

9

Status: This matter will be going forward.

26.    Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Responses Filed:    See Exhibit R, attached

Status: This matter will be going forward except as otherwise noted on Exhibit R.

27.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Responses Filed:    See Exhibit S, attached

Status: This matter will be going forward except as otherwise noted on Exhibit S.

28.    Application of Official Committee of Borrowers for Authorization (I) to Retain Expert, (II) to Increase Existing Cap on Fees and Expenses of Legal Professionals and (III) to Apply Increased Cap Also to Expert Fees [D.I. 6864, 1/20/09]

Objection Deadline:

Related Document:

        a)    Order Modifying "Supplemental Order Concerning Order Granting Motion for an Order Appointing Official Committee of Borrowers" [D.I. 6905, 1/28/09]

DB02:7792084.1                                                    066585.1001

Objections Filed:

    a)    Joint Objection of the Debtors and the Official Committee of Unsecured Creditors [D.I. 6914, 1/30/09]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
       February 12, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Margaret B. Whiteman*
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

DB02:7792084.1                                             066585.1001

### Exhibit A, Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Judith Rigsby | 3753, 4/21/08 | Adjourned to 3/13/09 at 11:30 a.m. |

### Exhibit B, Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robert Sullivan | 4339, 6/2/08 | Adjourned to 3/13/09 at 11:30 a.m. |

### Exhibit C, Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Christine Conklin | 3988, 5/9/08 | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Matthew and Melanie Hernandez | 4090 | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Karen Gravely-Robinson |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Hardin County |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Deborah Mills |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Souderton Area School District/Upper Salford Township Tax Collector |  | Adjourned to 3/13/09 at 11:30 a.m. |

### Exhibit D, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to 3/13/09 at 11:30 a.m. |

DB02:7792084.1                                                    066585.1001

### Exhibit E, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Souderton Area School District |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Spring-Ford Area School District |  | Adjourned to 3/13/09 at 11:30 a.m. |

### Exhibit F, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Audrey Andrews | 4984, 7/7/08 | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned to 3/13/09 at 11:30 a.m. |

### Exhibit G, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Thomas Furey | 5056, 7/14/08 | Adjourned to 3/13/09 at 11:30 a.m. |

### Exhibit H, Twelfth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DialAmerica Marketing | 5316, 8/5/08 | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Kruse Way, LLC |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Meadows Lake Oswego |  | Adjourned to 3/13/09 at 11:30 a.m. |

DB02:7792084.1                    066585.1001

**Exhibit I, Thirteenth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | David Nerland | 5320 | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Countrywide | 5337, 8/8/08 | Adjourned to 3/13/09 at 11:30 a.m. |
|  | FGIC | 5351, 8/11/08 | Adjourned to 3/13/09 at 11:30 a.m. |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned to 3/13/09 at 11:30 a.m. |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to 3/13/09 at 11:30 a.m. |
|  | David Holan |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Nomura Credit & Capital |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Mitchell Eininger |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Thomas Adkins, Jr. |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Kevin Kerr |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Katherine Lalime |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | GE Money Bank |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Terri Crites |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Lonnie Watkins |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | William Farnan |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Jon Lucas |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Thomas Guinta |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Joseph Spinelli, Jr. |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Charles Doyle |  | Adjourned to 3/13/09 at 11:30 a.m. |
|  | Linda Larsen |  | Adjourned to 3/13/09 at 11:30 a.m. |

14

| | Claimant | | Status |
|---|---|---|---|
| | George T. Matthews | | Adjourned to 3/13/09 at 11:30 a.m. |
| | Calvin Kammeyer | | Adjourned to 3/13/09 at 11:30 a.m. |
| | Minda Boxer | | Adjourned to 3/13/09 at 11:30 a.m. |

### Exhibit J, Fifteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Joseph Dionisio | 5521, 8/21/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Ray Palen | 5522, 8/22/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Joshua Kappelman | 5546, 8/26/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Ronald Bergum | 5608, 9/8/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Tammy Pederson | 5794, 9/8/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Shervonne Powell | 5814, 9/11/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | I. Crain Houston | 5822, 9/11/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Beverly Creswell | 5815, 9/11/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | John Johnston | 5818, 9/11/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Michael Kalmonson | 5816, 9/11/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Grailing Carter | 5947, 9/17/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Office Max | | Adjourned to 3/13/09 at 11:30 a.m. |
| | Robin Balfour | | Adjourned to 3/13/09 at 11:30 a.m. |
| | Michael Wheeler | | Adjourned to 3/13/09 at 11:30 a.m. |
| | Keith Wesolowski | | Adjourned to 3/13/09 at 11:30 a.m. |
| | Mary Ann Anderson | | Adjourned to 3/13/09 at 11:30 a.m. |

DB02:7792084.1   066585.1001

| | Claimant | | Status |
|---|---|---|---|
| | Julie Miller | | Adjourned to 3/13/09 at 11:30 a.m. |
| | Thomas J. Perkins | | Adjourned to 3/13/09 at 11:30 a.m. |
| | Lisa M. Schreiber | | Adjourned to 3/13/09 at 11:30 a.m. |
| | Judie McGaha | | Adjourned to 3/13/09 at 11:30 a.m. |
| | Richard Hawkwell | | Adjourned to 3/13/09 at 11:30 a.m. |

## Exhibit K, Seventeenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Matthew Liang | 6122, 9/26/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Robert Sweeney | 6123, 9/26/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Grand Wailea Resort Hotel & Spa | 6135, 9/26/08 6137, 9/29/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | American Express Travel Related Services | | Adjourned to 3/13/09 at 11:30 a.m. |

## Exhibit L, Nineteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Eric Segall | 6230, 10/15/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Jeffrey Harmon | 6231, 10/15/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | DD Halpern | 6232, 10/15/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Paul Parotti | 6233, 10/15/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Baron O'Brien | 6235, 10/15/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Sally Hamilton | 6414, 10/22/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | American Express Travel Related Svc. Co. | | Adjourned to 3/13/09 at 11:30 a.m. |

### Exhibit M, Twenty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Robert Carleton, Michael Ostrowski and Victor Diamond | 6497, 11/5/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Connie Zinter | 5499, 11/5/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Trustees of Mall Road Trust | 6516, 11/6/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Residential Appraisal Service | 6532, 11/7/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Letort Mortgage Group Inc. | | Adjourned to 3/13/09 at 11:30 a.m. |
| | Southern Horizon Financial Group, LLC | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Tracy Lussier | | Adjourned to 2/17/09 at 11:00 a.m. |
| | Sun Life Assurance Company of Canada | | Adjourned to 3/13/09 at 11:30 a.m. |

### Exhibit N, Twenty-Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned to 3/13/09 at 11:30 a.m. |
| | Scott Jossart | | Adjourned to 3/13/09 at 11:30 a.m. |

### Exhibit O, Twenty-Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Riverside County Treasurer-Tax Collector | | Adjourned to 3/13/09 at 11:30 a.m. |

### Exhibit P, Twenty-Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Avaya Inc. | | Adjourned to 3/13/09 at 11:30 a.m. |

DB02:7792084.1    066585.1001

## Exhibit Q, Twenty-Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Orlans Associates | 6803, 1/6/09 | Adjourned to 3/13/09 at 11:30 a.m. |

## Exhibit R, Twenty-Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Theresa Riccio | 6854 | Going forward |
| 2 | Loraine Calvo | 6870 | Going forward |
| 3 | Sally M. Lane | 6896 | Going forward |
| 4 | Yakima County Treasurer | 6922 | Going forward |
| | Mark and Kelly Watson | 6968 | The Objection will be withdrawn |
| 5 | Washington Mutual Mortgage Securities | 6973 | Going forward |
| 6 | Jenniver Von Behren | 6976 | Going forward |
| 7 | Erik Frenzel | 6991 | Going forward |
| 8 | Erik Frenzel | 6992 | Going forward |
| 9 | Kerri Blanke | 6993 | Going forward |
| 10 | Marsha Albrecht | 6994 | Going forward |
| 11 | Crystal Modrell | | Going forward |
| 12 | Besson Appraisals | | Going forward |
| | Skillsoft Corporation | | Going forward |
| | Nathan and Lillian Frieder | | Going forward |
| | Arden Frieder | | The Objection will be withdrawn |
| | Westridge II and III | | The Objection will be withdrawn |
| | City of New York, Dept. of Finance | | Adjourned to 3/13/09 at 11:30 a.m. |

DB02:7792084.1

066585.1001

## Exhibit S, Twenty-Ninth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Mississippi Dept. Revenue | 6955 | Going forward |
|   | Indiana Dept. Revenue | 6968 | Adjourned to 3/13/09 at 11:30 a.m. |
|   | James Rucker | 6969 | Adjourned to 3/13/09 at 11:30 a.m. |
| 2 | Washington Mutual Mortgage Securities | 6974 | Going forward |
|   | Deutsche | | Adjourned to 3/13/09 at 11:30 a.m. |
|   | Credit Suisse | | Adjourned to 3/13/09 at 11:30 a.m. |
|   | Sharaine Hughes | | Adjourned to 3/13/09 at 11:30 a.m. |

DB02:7792084.1                                        066585.1001