## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

                              Debtors.

---------------------------------------------------------------- x

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: **Ref. Docket Nos. 6626, 6868, 6944, and 6965**

### NOTICE OF FILING OF AMENDED
### SUPPLEMENTAL PLAN DOCUMENT

     **PLEASE TAKE NOTICE** that, on November 25, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of November 25, 2008* [D.I. 6626] (as amended on February 5, 2009 and as may be further amended from time to time, the "Plan").

     **PLEASE TAKE FURTHER NOTICE** that on January 20, 2009, pursuant to the Plan, the Debtors filed the Supplemental Plan Documents (as defined in the Plan) with the United States Bankruptcy Court for the District of Delaware.  On February 5 and 9, 2009, the Debtors filed certain amended Plan Supplement Documents with the Bankruptcy Court, with blacklines to the previously filed versions.  Copies of these documents are available through the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") or from the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC ("Epiq") (www.epiqbankruptcysolutions.com), (646) 282-2500 (tel.), (646) 282-2501 (fax).

     **PLEASE TAKE FURTHER NOTICE** that on February 12, 2009, the Debtors filed the following amended Plan Supplement Document with the Bankruptcy Court, with a blackline to the previously filed version.  Copies of these documents are available through the Bankruptcy Court or from Epiq (contact information above):

       1.      a.  List of Designated Insurance Policies;

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

066585.1001

b. Blackline

Dated: Wilmington, Delaware
February 12, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Patrick A. Jackson

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

066585.1001

**Designated Insurance Policies**

| Type of Policy | Carrier | Policy # |
|---|---|---|
| Workers' Comp; Employers; Liability | Hartford Insurance Company | 10 WN MS9800 |
| Property/Liability | Great Northern Insurance Company | 3580-02-29 |
| Auto | Federal Insurance Company | 7352-33-38 |
| Excess General Liability | The Insurance Company of the State of Pennsylvania | 5686718 |
| Umbrella Excess | Arch Insurance Company | UXP0017307-00 |
| Umbrella Excess | Arch Insurance Company | UXP0017307-01 |
| Excess General Liability | Indemnity Insurance Company of North America | XLG G1766076-7 |
| Excess General Liability | Indemnity Insurance Company of North America | XLG G18816477 |
| Excess General Liability | Indemnity Insurance Company of North America | XLG G18876681 |
| Excess Liability | ACE American Insurance Company | Contract ID 386-2.0 |
| Primary D&O | National Union Fire Insurance Company of Pittsburgh, PA (AIG) | 492-50-26 |
| Primary D&O | National Union Fire Insurance Company of Pittsburgh, PA (AIG) | 494-00-39 |
| Primary D&O | National Union Fire Insurance Company of Pittsburgh, PA (AIG) | 673-84-28 |
| 1st Excess D&O | ACE American Insurance Company | DOX G23651439001 |
| 2nd Excess D&O | Lloyds Policy | 146/LDUSA0601849 |
| 3rd Excess D&O | Zurich American Insurance Co. | EOC968091100 |
| 4th Excess D&O | Illinois National Insurance | 673-86-10 |
| E&O | Fidelity and Deposit Company of Maryland | MPP 0003417-05 |
| E&O | Fidelity and Deposit Company of Maryland | MPP 0003417-06 |
| E&O | Fidelity and Deposit Company of Maryland | MPP 0003417-07 |
| E&O | Fidelity and Deposit Company of Maryland | MPP 0003417-08 |
| E&O | Fidelity and Deposit Company of Maryland | MPP 0004921 00 |

| Fidelity Bond | F&D Companies | FIB000614501 |
|---|---|---|
| Fidelity Bond | Fidelity & Deposit Company of Maryland | FIB0006145-03 |
| Excess Fidelity | National Union Fire Insurance Company of Pittsburgh, PA (AIG) | 007420412 |
| Excess Fidelity | Vigilant Insurance Company (Chubb) co-surety with Hartford & St. Paul | 82126599 |
| Excess Fidelity | St. Paul Mercury Insurance Company | 490PB1556 |
| Excess Fidelity | Hartford Fire Insurance Company | FI0242766 |
| Mortgage Insurance | Genworth Mortgage Insurance Corporation | All policies in which a Debtor has or may have an interest, including, but not limited to #B22222 64GG |
| Mortgage Insurance | United Guaranty Residential Insurance Corp. | All policies in which a Debtor has or may have an interest, including, but not limited to #31-0118-000 |
| Mortgage Insurance | PMI Mortgage Insurance Co. | All policies in which a Debtor has or may have an interest |
| Mortgage Insurance | Radian Guaranty Inc. | All policies in which a Debtor has or may have an interest, including, but not limited to #20218-003 and #20218-451 |
| Mortgage Insurance | Triad Guaranty Insurance Corp. | All policies in which a Debtor has or may have an interest, including, but not limited to #28-0069-0004, #43-0216-0020, and #43-0216-0026 |
| Mortgage Insurance | Mortgage Guaranty Insurance Corporation | All policies in which a Debtor has or may have an interest, including but not limited to #A 42-447-4-7269 |
| Mortgage Insurance | Republic Mortgage Insurance Company | All policies in which a Debtor has or may have an interest, including, but not limited to #36081 |
| Surety Bonds | SEE ATTACHED | |

## SURETY BONDS

| State | Insurer | Bond # | State | Insurer | Bond # |
|-------|---------|--------|-------|---------|--------|
| TN | Hartford | 10BSBEQ1810 | NC | Travelers | 104199505 |
| GA | Hartford | 10BSBEP1764 | ND | Travelers | 104199504 |
| NJ | Hartford | 10BSBEP1776 | NE | Travelers | 104199500 |
| WI | Hartford | 10BSBEP1800 | NY | Travelers | 104199503 |
| NC | Hartford | 10BSBEP1804 | OK | Travelers | 104199507 |
| WA | Hartford | 10BSBEP1814 | WI | Travelers | 104199515 |
| WI | Hartford | 10BSBEP1817 | WV | Travelers | 104199514 |
| CO | Hartford | 10BSBEQ7186 | NE | Travelers | 104415622 |
| GA | Hartford | 10BSBEP9281 | NE | Travelers | 104415624 |
| PR | Hartford | 10BSBEQ1129 | NE | Travelers | 104415625 |
| NH | Hartford | 10BSBEP2524 | MD | Travelers | 104814860 |
| WA | Hartford | 10BSBEQ3835 | NE | Travelers | 103513456 |
| CT | Travelers | 104549787 | CO | Travelers | 103502538 |
| CA | Travelers | 103512821 | NY | Travelers | 100846313 |
| IL | Travelers | 103314123 | CT | Travelers | 104199783 |
| NE | Travelers | 103218589 | CT | Travelers | 104814861 |
| WI | Travelers | 103218695 | IL | Travelers | 101080750 |
| CT | Travelers | 104199772 | ND | Travelers | 104814862 |
| CT | Travelers | 104378211 | OR | Travelers | 104424826 |
| OK | Travelers | 104163459 | CA | Travelers | 104195132 |
| PA | Travelers | 104777366 | NM | Travelers | 103734099 |
| CT | Travelers | 104199782 | MT | Travelers | 104199784 |
| WY | Travelers | 104199782 | CT | Travelers | 104434535 |
| WV | Travelers | 103391869 | AZ | Travelers | 103740956 |
| CT | Travelers | 104394181 | CT | Travelers | 104852581 |
| DC | Travelers | 104199488 | RI | Travelers | 104199770 |
| ME | Travelers | 104199495 | NM | Travelers | 103745347 |
| CT | Travelers | 100644700 | CT | Travelers | 104852585 |
| CT | Travelers | 103261603 | CT | Travelers | 104447278 |
| CT | Travelers | 103042538 | DE | Travelers | 104199487 |
| CT | Travelers | 103383228 | MD | Travelers | 104199768 |
| DC | Travelers | 104279575 | MI | Travelers | 104226533 |
| ME | Travelers | 100932748 | VT | Travelers | 104199512 |
| DC | Travelers | 103329573 | HI | Travelers | 104488099 |
| CT | Travelers | 104777370 | MD | Travelers | 103162886 |
| NY | Travelers | 104814854 | MI | Travelers | 103963055 |
| CT | Travelers | 104398944 | VT | Travelers | 104262751 |
| CT | Travelers | 104401653 | MD | Travelers | 103487678 |
| CT | Travelers | 104401650 | MI | Travelers | 103530101 |
| MI | Travelers | 104195130 | MI | Travelers | 104777368 |
| MO | Travelers | 104814858 | AR | Travelers | 104253231 |
| AR | Travelers | 104199483 | AR | Travelers | 104247682 |
| CA | Travelers | 104199484 | CT | Travelers | 104672840 |
| CO | Travelers | 104199485 | CT | Travelers | 104244776 |
| CT | Travelers | 104199486 | CT | Travelers | 104860132 |
| IL | Travelers | 104199492 | IL | Travelers | 104860131 |
| KS | Travelers | 104199494 | OR | Travelers | 104872113 |

| State | Insurer | Bond # | State | Insurer | Bond # |
|---|---|---|---|---|---|
| ME | Travelers | 104872114 | VT | Zurich | 7591721 |
| OK | Travelers | 104872117 | GA | Zurich | 7591723 |
| VT | Travelers | 104247735 | GA | Zurich | 7590846 |
| CT | Travelers | 104872120 | FL | Zurich | 7591098 |
| NH | Travelers | 104872119 | IL | Zurich | 7591186 |
| CT | Travelers | 104255028 | CA | Zurich | 7591193 |
| CT | Travelers | 104879927 | WV | Zurich | 7591218 |
| ND | Travelers | 104879930 | WA | Zurich | 7591256 |
| VT | Travelers | 104879925 | NY | Zurich | 7593468 |
| VT | Travelers | 104879926 | GA | Zurich | 7591267 |
| RI | Travelers | 104879931 | MI | Zurich | 7591265 |
| NM | Travelers | 104879932 | MI | Zurich | 7593464 |
| CT | Travelers | 104468621 | MI | Zurich | 7591262 |
| IL | Travelers | 104263979 | GA | Zurich | 7591503 |
| CT | Travelers | 104199774 | GA | Zurich | 7591494 |
| AR | Travelers | 104879933 | IL | Zurich | 7592909 |
| DE | Travelers | 104879934 | IL | Zurich | 7592910 |
| WV | Travelers | 104814856 | IL | Zurich | 7591528 |
| WV | Travelers | 104852586 | CT | Zurich | 7592785 |
| WY | Travelers | 104734377 | WA | Zurich | 7591586 |
| CT | Travelers | 104694477 | AZ | Zurich | 7591651 |
| CT | Travelers | 104473866 | OR | Zurich | 7591653 |
| CT | Travelers | 104707965 | RI | Zurich | 759165601 |
| WV | Travelers | 104295136 | KS | Zurich | 7591667 |
| CT | Travelers | 104707967 | ND | Zurich | 7591669 |
| LA | Travelers | 104707968 | NH | Zurich | 7591899 |
| CA | Travelers | 103178236 | CA | Hartford | 10BSBEQ0955 |
| CT | Travelers | 104707973 | IL | Hartford | 10BSBEP5940 |
| CT | Travelers | 104734376 | DC | Hartford | 10BSBEQ1977 |
| IL | Travelers | 104734378 | DC | Hartford | 10BSBEQ2491 |
| CA | Travelers | 104534456 | WA | Hartford | 10BSBEQ3835 |
| RI | Travelers | 104331047 | CT | Zurich | 7592415 |
| CT | Travelers | 104541529 | NE | Zurich | 7592410 |
| NJ | Travelers | 104540573 | WI | Zurich | 7592411 |
| WV | Travelers | 104540574 | CT | Zurich | 7592416 |
| AZ | Travelers | 104777369 | CT | Zurich | 7592420 |
| WA | Travelers | 104734373 | OK | Zurich | 7592368 |
| WA | Travelers | 104734375 | PA | Zurich | 7593143 |
| NE | Zurich | 7589470 | CT | Zurich | 7592572 |
| ID | Zurich | 7589598 | WY | Zurich | 7592559 |
| MD | Zurich | 7589861 | WV | Zurich | 7592557 |
| NJ | Zurich | 7590520 | CT | Zurich | 7591853 |
| IL | Zurich | 7590103 | CT | Zurich | 7591847 |
| KS | Zurich | 7590125 | CT | Zurich | 7591854 |
| DC | Zurich | 7591074 | CT | Zurich | 7591904 |
| DE | Zurich | 7591725 | CT | Zurich | 7591906 |
| ID | Zurich | 7591688 | DC | Zurich | 7592560 |
| NJ | Zurich | 7591695 | ME | Zurich | 7592556 |
| RI | Zurich | 7591717 | CT | Zurich | 7592628 |

| State | Insurer | Bond # |
|-------|-----------|-------------|
| CT | Zurich | 7592617 |
| NY | Zurich | 7593472 |
| CT | Zurich | 7592608 |
| CT | Zurich | 7592613 |
| CT | Zurich | 7592615 |
| MI | Zurich | 7592610 |
| MO | Zurich | 7593467 |
| ME | Zurich | 7593473 |
| NY | Hartford | 10BSBEQ5653 |
| NY | Hartford | 10BSBEQ5668 |
| ID | Travelers | 104199491 |
| MN | Travelers | 104199499 |
| OR | Travelers | 104199508 |
| VA | Travelers | 104199509 |
| WV | Travelers | 104199513 |
| NE | Travelers | 104415620 |
| CO | Travelers | 104419240 |
| AR | Travelers | 103513511 |
| NC | Travelers | 103509861 |
| AZ | Travelers | 104199766 |
| AZ | Travelers | 103740857 |
| AZ | Travelers | 103740919 |
| AZ | Travelers | 103740954 |
| ID | Travelers | 104852583 |
| ID | Travelers | 104852584 |
| DE | Travelers | 103727226 |
| DE | Travelers | 103727226 |
| IL | Travelers | 104245111 |
| VA | Travelers | 104247735 |
| ID | Travelers | 104662756 |
| ID | Travelers | 104662757 |
| ID | Travelers | 104662758 |
| ID | Travelers | 104662759 |
| ID | Travelers | 104662762 |
| ID | Travelers | 104662763 |
| ID | Travelers | 104662764 |
| ID | Travelers | 104698126 |
| ID | Travelers | 104698127 |
| ID | Travelers | 104698128 |
| ID | Travelers | 104698130 |
| ID | Travelers | 104698131 |
| ID | Travelers | 104698134 |
| ID | Travelers | 104698135 |
| ID | Travelers | 104698138 |
| ID | Travelers | 104698140 |
| ID | Travelers | 104698141 |
| ID | Travelers | 104698144 |
| MS | Travelers | 104699023 |
| RI | Travelers | 103513678 |

| State | Insurer | Bond # |
|-------|-----------|-------------|
| ID | Travelers | 104707964 |
| AZ | Travelers | 104293800 |
| ID | Travelers | 104707972 |
| ID | Travelers | 104734374 |
| ID | Travelers | 104734380 |
| CT | Zurich | 7590850 |
| CT | Zurich | 7591191 |
| CT | Zurich | 7591870 |
| VA | Zurich | 7592380 |
| ID | Zurich | 7592386 |
| CT | Zurich | 7592421 |
| CT | Zurich | 7592621 |
| CT | Zurich | 7592629 |
| CT | Zurich | 7592619 |
| CT | Zurich | 7592623 |
| CT | Zurich | 7592628 |
| ID | Zurich | 7592604 |

**Designated Insurance Policies**

| Type of Policy | Carrier | Policy # |
|---|---|---|
| Workers' Comp; Employers; Liability | Hartford Insurance Company | 10 WN MS9800 |
| Property/Liability | Great Northern Insurance Company | 3580-02-29 |
| Auto | Federal Insurance Company | 7352-33-38 |
| Excess General Liability | The Insurance Company of the State of Pennsylvania | 5686718 |
| Umbrella Excess | Arch Insurance Company | UXP0017307-00 |
| Umbrella Excess | Arch Insurance Company | UXP0017307-01 |
| Excess General Liability | Indemnity Insurance Company of North America | XLG G1766076-7 |
| Excess General Liability | Indemnity Insurance Company of North America | XLG G18816477 |
| Excess General Liability | Indemnity Insurance Company of North America | XLG G18876681 |
| Excess Liability | ACE American Insurance Company | Contract ID 386-2.0 |
| Primary D&O | National Union Fire Insurance Company of Pittsburgh, PA (AIG) | 492-50-26 |
| Primary D&O | National Union Fire Insurance Company of Pittsburgh, PA (AIG) | 494-00-39 |
| Primary D&O | National Union Fire Insurance Company of Pittsburgh, PA (AIG) | 673-84-28 |
| 1st Excess D&O | ACE American Insurance Company | DOX G23651439001 |
| 2nd Excess D&O | Lloyds Policy | 146/LDUSA0601849 |
| 3rd Excess D&O | Zurich American Insurance Co. | EOC968091100 |
| 4th Excess D&O | Illinois National Insurance | 673-86-10 |
| E&O | Fidelity and Deposit Company of Maryland | MPP 0003417-05 |
| E&O | Fidelity and Deposit Company of Maryland | MPP 0003417-06 |
| E&O | Fidelity and Deposit Company of Maryland | MPP 0003417-07 |
| E&O | Fidelity and Deposit Company of Maryland | MPP 0003417-08 |
| E&O | Fidelity and Deposit Company of Maryland | MPP 0004921 00 |

| Fidelity Bond | F&D Companies | FIB000614501 |
|---|---|---|
| Fidelity Bond | Fidelity & Deposit Company of Maryland | FIB0006145-03 |
| Excess Fidelity | National Union Fire Insurance Company of Pittsburgh, PA (AIG) | 007420412 |
| Excess Fidelity | Vigilant Insurance Company (Chubb) co-surety with Hartford & St. Paul | 82126599 |
| Excess Fidelity | St. Paul Mercury Insurance Company | 490PB1556 |
| Excess Fidelity | Hartford Fire Insurance Company | FI0242766 |
| Mortgage Insurance | Genworth Mortgage Insurance Corporation | All policies in which a Debtor has or may have an interest, including, but not limited to #B22222 64GG |
| Mortgage Insurance | United Guaranty Residential Insurance Corp. | All policies in which a Debtor has or may have an interest, including, but not limited to #31-0118-000 |
| Mortgage Insurance | PMI Mortgage Insurance Co. | All policies in which a Debtor has or may have an interest |
| Mortgage Insurance | Radian Guaranty Inc. | All policies in which a Debtor has or may have an interest, including, but not limited to #20218-003 and #20218-451 |
| Mortgage Insurance | Triad Guaranty Insurance ~~Company~~Corp. | All policies in which a Debtor has or may have an interest, including, but not limited to #28-0069-~~0004~~0004, #43-0216-0020, and #43-0216-0026 |
| Mortgage Insurance | Mortgage Guaranty Insurance Corporation | All policies in which a Debtor has or may have an interest, including but not limited to #A 42-447-4-7269 |
| Mortgage Insurance | Republic Mortgage Insurance Company | All policies in which a Debtor has or may have an interest, including, but not limited to #36081 |
| Surety Bonds | SEE ATTACHED | |

## SURETY BONDS

| State | Insurer | Bond # |
|---|---|---|
| TN | Hartford | 10BSBEQ1810 |
| GA | Hartford | 10BSBEP1764 |
| NJ | Hartford | 10BSBEP1776 |
| WI | Hartford | 10BSBEP1800 |
| NC | Hartford | 10BSBEP1804 |
| WA | Hartford | 10BSBEP1814 |
| WI | Hartford | 10BSBEP1817 |
| CO | Hartford | 10BSBEQ7186 |
| GA | Hartford | 10BSBEP9281 |
| PR | Hartford | 10BSBEQ1129 |
| NH | Hartford | 10BSBEP2524 |
| WA | Hartford | 10BSBEQ3835 |
| CT | Travelers | 104549787 |
| CA | Travelers | 103512821 |
| IL | Travelers | 103314123 |
| NE | Travelers | 103218589 |
| WI | Travelers | 103218695 |
| CT | Travelers | 104199772 |
| CT | Travelers | 104378211 |
| OK | Travelers | 104163459 |
| PA | Travelers | 104777366 |
| CT | Travelers | 104382977 |
| WY | Travelers | 104199782 |
| WV | Travelers | 103391869 |
| CT | Travelers | 104394181 |
| DC | Travelers | 104199488 |
| ME | Travelers | 104199495 |
| CT | Travelers | 100644700 |
| CT | Travelers | 103261603 |
| CT | Travelers | 103042538 |
| CT | Travelers | 103383228 |
| DC | Travelers | 104279575 |
| ME | Travelers | 100932748 |
| DC | Travelers | 103329573 |
| CT | Travelers | 104777370 |
| NY | Travelers | 104814854 |
| CT | Travelers | 104398944 |
| CT | Travelers | 104401653 |
| CT | Travelers | 104401650 |
| MI | Travelers | 104195130 |
| MO | Travelers | 104814858 |
| AR | Travelers | 104199483 |
| CA | Travelers | 104199484 |
| CO | Travelers | 104199485 |
| CT | Travelers | 104199486 |
| IL | Travelers | 104199492 |
| KS | Travelers | 104199494 |
| NC | Travelers | 104199505 |
| ND | Travelers | 104199504 |
| NE | Travelers | 104199500 |
| NY | Travelers | 104199503 |
| OK | Travelers | 104199507 |
| WI | Travelers | 104199515 |
| WV | Travelers | 104199514 |
| NE | Travelers | 104415622 |
| NE | Travelers | 104415624 |
| NE | Travelers | 104415625 |
| MD | Travelers | 104814860 |
| NE | Travelers | 103513456 |
| CO | Travelers | 103502538 |
| NY | Travelers | 100846313 |
| CT | Travelers | 104199783 |
| CT | Travelers | 104814861 |
| IL | Travelers | 101080750 |
| ND | Travelers | 104814862 |
| OR | Travelers | 104424826 |
| CA | Travelers | 104195132 |
| NM | Travelers | 103734099 |
| MT | Travelers | 104199784 |
| CT | Travelers | 104434535 |
| AZ | Travelers | 103740956 |
| CT | Travelers | 104852581 |
| RI | Travelers | 104199770 |
| NM | Travelers | 103745347 |
| CT | Travelers | 104852585 |
| CT | Travelers | 104447278 |
| DE | Travelers | 104199487 |
| MD | Travelers | 104199768 |
| MI | Travelers | 104226533 |
| VT | Travelers | 104199512 |
| HI | Travelers | 104488099 |
| MD | Travelers | 103162886 |
| MI | Travelers | 103963055 |
| VT | Travelers | 104262751 |
| MD | Travelers | 103487678 |
| MI | Travelers | 103530101 |
| MI | Travelers | 104777368 |
| AR | Travelers | 104253231 |
| AR | Travelers | 104247682 |
| CT | Travelers | 104672840 |
| CT | Travelers | 104244776 |
| CT | Travelers | 104860132 |
| IL | Travelers | 104860131 |
| OR | Travelers | 104872113 |
| ME | Travelers | 104872114 |
| OK | Travelers | 104872117 |

| State | Insurer | Bond # | State | Insurer | Bond # |
|---|---|---|---|---|---|
| VT | Travelers | 104247735 | GA | Zurich | 7590846 |
| CT | Travelers | 104872120 | FL | Zurich | 7591098 |
| NH | Travelers | 104872119 | IL | Zurich | 7591186 |
| CT | Travelers | 104255028 | CA | Zurich | 7591193 |
| CT | Travelers | 104879927 | WV | Zurich | 7591218 |
| ND | Travelers | 104879930 | WA | Zurich | 7591256 |
| VT | Travelers | 104879925 | NY | Zurich | 7593468 |
| VT | Travelers | 104879926 | GA | Zurich | 7591267 |
| RI | Travelers | 104879931 | MI | Zurich | 7591265 |
| NM | Travelers | 104879932 | MI | Zurich | 7593464 |
| CT | Travelers | 104468621 | MI | Zurich | 7591262 |
| IL | Travelers | 104263979 | GA | Zurich | 7591503 |
| CT | Travelers | 104199774 | GA | Zurich | 7591494 |
| AR | Travelers | 104879933 | IL | Zurich | 7592909 |
| DE | Travelers | 104879934 | IL | Zurich | 7592910 |
| WV | Travelers | 104814856 | IL | Zurich | 7591528 |
| WV | Travelers | 104852586 | CT | Zurich | 7592785 |
| WY | Travelers | 104734377 | WA | Zurich | 7591586 |
| CT | Travelers | 104694477 | AZ | Zurich | 7591651 |
| CT | Travelers | 104473866 | OR | Zurich | 7591653 |
| CT | Travelers | 104707965 | RI | Zurich | 759165601 |
| WV | Travelers | 104295136 | KS | Zurich | 7591667 |
| CT | Travelers | 104707967 | ND | Zurich | 7591669 |
| LA | Travelers | 104707968 | NH | Zurich | 7591899 |
| CA | Travelers | 103178236 | CA | Hartford | 10BSBEQ0955 |
| CT | Travelers | 104707973 | IL | Hartford | 10BSBEP5940 |
| CT | Travelers | 104734376 | DC | Hartford | 10BSBEQ1977 |
| IL | Travelers | 104734378 | DC | Hartford | 10BSBEQ2491 |
| CA | Travelers | 104534456 | WA | Hartford | 10BSBEQ3835 |
| RI | Travelers | 104331047 | CT | Zurich | 7592415 |
| CT | Travelers | 104541529 | NE | Zurich | 7592410 |
| NJ | Travelers | 104540573 | WI | Zurich | 7592411 |
| WV | Travelers | 104540574 | CT | Zurich | 7592416 |
| AZ | Travelers | 104777369 | CT | Zurich | 7592420 |
| WA | Travelers | 104734378 | OK | Zurich | 7592368 |
| WA | Travelers | 104734375 | PA | Zurich | 7593143 |
| NE | Zurich | 7589470 | CT | Zurich | 7592572 |
| ID | Zurich | 7589598 | WY | Zurich | 7592559 |
| MD | Zurich | 7589861 | WV | Zurich | 7592557 |
| NJ | Zurich | 7590520 | CT | Zurich | 7591853 |
| IL | Zurich | 7590103 | CT | Zurich | 7591847 |
| KS | Zurich | 7590125 | CT | Zurich | 7591854 |
| DC | Zurich | 7591074 | CT | Zurich | 7591904 |
| DE | Zurich | 7591725 | CT | Zurich | 7591906 |
| ID | Zurich | 7591688 | DC | Zurich | 7592560 |
| NJ | Zurich | 7591695 | ME | Zurich | 7592556 |
| RI | Zurich | 7591717 | CT | Zurich | 7592628 |
| VT | Zurich | 7591721 | CT | Zurich | 7592617 |
| GA | Zurich | 7591723 | NY | Zurich | 7593472 |

| State | Insurer | Bond # |
|-------|---------|--------|
| CT | Zurich | 7592608 |
| CT | Zurich | 7592613 |
| CT | Zurich | 7592615 |
| MI | Zurich | 7592610 |
| MO | Zurich | 7593467 |
| ME | Zurich | 7593473 |
| NY | Hartford | 10BSBEQ5653 |
| NY | Hartford | 10BSBEQ5668 |
| ID | Travelers | 104199491 |
| MN | Travelers | 104199499 |
| OR | Travelers | 104199508 |
| VA | Travelers | 104199509 |
| WV | Travelers | 104199513 |
| NE | Travelers | 104415620 |
| CO | Travelers | 104419240 |
| AR | Travelers | 103513511 |
| NC | Travelers | 103509861 |
| AZ | Travelers | 104199766 |
| AZ | Travelers | 103740857 |
| AZ | Travelers | 103740919 |
| AZ | Travelers | 103740954 |
| ID | Travelers | 104852583 |
| ID | Travelers | 104852584 |
| DE | Travelers | 103727226 |
| DE | Travelers | 103727226 |
| IL | Travelers | 104245111 |
| VA | Travelers | 104247735 |
| ID | Travelers | 104662756 |
| ID | Travelers | 104662757 |
| ID | Travelers | 104662758 |
| ID | Travelers | 104662759 |
| ID | Travelers | 104662762 |
| ID | Travelers | 104662763 |
| ID | Travelers | 104662764 |
| ID | Travelers | 104698126 |
| ID | Travelers | 104698127 |
| ID | Travelers | 104698128 |
| ID | Travelers | 104698130 |
| ID | Travelers | 104698131 |
| ID | Travelers | 104698134 |
| ID | Travelers | 104698135 |
| ID | Travelers | 104698138 |
| ID | Travelers | 104698140 |
| ID | Travelers | 104698141 |
| ID | Travelers | 104698144 |
| MS | Travelers | 104699023 |
| RI | Travelers | 103513678 |
| ID | Travelers | 104707964 |
| AZ | Travelers | 104293800 |
| ID | Travelers | 104707972 |
| ID | Travelers | 104734374 |
| ID | Travelers | 104734380 |
| CT | Zurich | 7590850 |
| CT | Zurich | 7591191 |
| CT | Zurich | 7591870 |
| VA | Zurich | 7592380 |
| ID | Zurich | 7592386 |
| CT | Zurich | 7592421 |
| CT | Zurich | 7592621 |
| CT | Zurich | 7592629 |
| CT | Zurich | 7592619 |
| CT | Zurich | 7592623 |
| CT | Zurich | 7592628 |
| ID | Zurich | 7592604 |

Document comparison done by Workshare DeltaView on Thursday, February 12, 2009 1:27:17 PM

| Input: | |
|---|---|
| Document 1 | interwovenSite://WSDMS/DB02/7791788/3 |
| Document 2 | interwovenSite://WSDMS/DB02/7791788/4 |
| Rendering set | standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 7 |
| Deletions | 5 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 12 |