

**GREG H. BOWER**
**ADA COUNTY PROSECUTING ATTORNEY**

**JANICE D. NEWELL**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
(208) 287-7700
Idaho State Bar No. 3572

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Case No. 07-11047 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | **WITHDRAWAL OF PROOF OF** |
| HOLDINGS, INC. | ) | **CLAIM** |
| | ) | |
| Debtor. | ) | |
| | ) | |

COMES NOW, the Ada County Treasurer, by and through the Ada County Prosecuting Attorney's Office, and hereby moves this Court to withdraw the Proof of Claim for real estate taxes for Parcel Number R1285650130, located at 1915 West Sugar Crest Street, Eagle, Idaho, in the amount of $4,624.66 for the year 2007, filed with this Court in December, 2007 in the above Chapter 11. The Treasurer represents that all of the property taxes have been paid on this parcel number for year 2007.

DATED this 4th day of February 2009.

GREG H. BOWER
Ada County Prosecuting Attorney

By: _____
Janice D. Newell
Deputy Prosecuting Attorney

WITHDRAWAL OF PROOF OF CLAIM - 1
g:\jdn\cases\bankruptcy\american home mortg 07-11047 - del\r1285650130withdrawpoc.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February 2009, I served a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM to the following person(s) by the following method:

| | |
|---|---|
| U.S. TRUSTEE<br>DISTRICT OF DELAWARE<br>824 MARKET ST., 3RD FLR<br>WILMINGTON, DE 19801 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |
| MATTHEW B. LUNN<br>BRANDYWINE BLDG<br>1000 WEST ST., 17TH FLR<br>WILMINGTON, DE 19801 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |
| JEFFREY M. LEVINE<br>MILESTONE ADVISORS, LLC<br>1775 EYE ST., NW, STE 800<br>WASHINGTON, DC 20006 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |
| KAYE SCHOLER LLP<br>425 PARK AVENUE<br>NEW YORK, NY 10022 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |
| LAURIE SELBER SILVERSTEIN<br>POTTER ANDERSON & CORROON LLP<br>HERCULES PLAZA, 6TH FLR, 1313 N. MARKET ST.<br>WILMINGTON, DE 19801 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |
| CORRINE BALL & ERICA M. RYLAND<br>JONES DAY<br>222 EAST 41ST STREET<br>NEW YORK, NY 10017 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |
| JOSEPH MCMAHON, TRUSTEE<br>844 KING STREET, ROOM 2313<br>WILMINGTON, DE 19801 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |

| | |
|---|---|
| ATTN: ALAN HORN | _____ Hand Delivery |
| AMERICAN HOME MORTGAGE HOLDINGS INC | __X___ U.S. Mail |
| 538 BROADHOLLOW ROAD | _____ Certified Mail |
| MELVILLE, NY  11747 | _____ Telecopy (FAX) |

*Angela C. Jenkins* (signature)

WITHDRAWAL OF PROOF OF CLAIM - 3
g:\jdn\cases\bankruptcy\american home mortg 07-11047 - del\r1285650130withdrawpoc.doc