February 3, 2009

UNITED STATES BANKRUPTCY COURT
 DISTRICT OF DELAWARE
824 MARKET ST 3^(RD) FLOOR
WILMINGTON, DELAWARE 19801

RE:    **RESPONSE TO: DEBTORS' TWENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE)**
       **OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY**
       **CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1 (hereinafter**
       referred to as the "Objection")
       DATED: 1/9/09
       AMERICAN HOME MORTGAGE HOLDINGS, INC., CHAPTER 11
       CASE NO.: 07-11047 (CSS)
       JOINTLY ADMINISTERED
       CLAIM NO.: 10132

To the Honorable Christopher S. Sontchi:

      Pursuant to the above-referenced "Objection", American Home Mortgage, Inc. claims we
filed a late and untimely Proof of Claim.

      Enclosed as Exhibit "A", is a copy of the original "Notice of Bar Date for Construction Loan
Borrowers for Filing of Proofs of Claim" that was included along with the "Proof of Claim" form in the
package we received.  The date clearly states in the first paragraph "By the Borrowers Bar Date
Order, the Court established **April 30, 2008 at 4:00 p.m. (Eastern Time),** as the claims bar date
(the "Borrowers Bar Date") for all borrowers under the Debtors' construction loans . . . ".  It again
states **"on or before 4:00 p.m., Eastern Time, on April 30, 2008"** at the end of the same
paragraph.  Once more on page 2, paragraph 1 it states **"on or before 4:00 p.m., Eastern Time,
on April 30, 2008"** and then again on page 2, in the paragraph titled "PROCEDURE FOR FILING
PROOFS OF CLAIM" it states **"no later than 4:00 p.m., Eastern Time, on April 30, 2008".**

      Also enclosed,  as Exhibit "B", is a copy of the front page of the "Proof of Claim" showing the
actual date Epiq Bankruptcy Filed/Received stamped our Proof of Claim in.  It is clearly within the
April 30, 2008 time frame.

      The Bar Date of January 11, 2008 at 4:00 p.m. (ET) (the "Bar Date") that American Home
Mortgage, Inc. claims in their "Objection" on page 3, paragraph 6 is clearly wrong.

      We respectfully request **our cause of action remain unchanged and American Home
Mortgage, Inc.'s "Objection" be denied**.

      Thank you.

                                        Sincerely,

                                        *Jerry J. Zylstra      Thresa Zylstra*

                                        Jerry J. Zylstra and Thresa M. Zylstra

jjz/tz
Enclosure – Exhibit A
By Certified Mail  7004 0750 0000 1247 4120
cc:    Counsel to the Debtors and Debtors in Possession (By Certified Mail):
       Young Conaway Stargatt & Taylor, LLP
       Nathan D. Grow (No. 5014)
       The Brandywine Building
       1000 West Street, 17^(th) Floor
       Wilmington, Delaware 19801

*Exhibit "A"*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x

In re:                                                          :     Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,      :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]
                                                                :     Jointly Administered

      Debtors.                                         :

----------------------------------------------------------------------- x

### NOTICE OF BAR DATE FOR CONSTRUCTION LOAN
### BORROWERS FOR FILING OF PROOFS OF CLAIM

**YOU HAVE BEEN IDENTIFIED AS A BORROWER UNDER A CONSTRUCTION LOAN. ACCORDINGLY, PLEASE READ THE FOLLOWING NOTICE:**

On February 14, 2008, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Borrowers Bar Date Order") establishing a claims bar date in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors").[2]  By the Borrowers Bar Date Order, the Court established **April 30, 2008 at 4:00 p.m. (Eastern Time)**, as the claims bar date (the "Borrowers Bar Date") for all borrowers under the Debtors' construction loans (collectively, the "Borrowers").  Except as described below, the Borrowers Bar Date Order requires all Borrowers that have or assert any Claims[3] against the Debtors to file proofs of claim with EPIQ Bankruptcy Solutions, LLC ("EPIQ"), the claims noticing and balloting agent in these cases, so that their proofs of claim are received by EPIQ on or before 4:00 p.m., Eastern Time, on April 30, 2008.

For your convenience, enclosed with this Notice is a proof of claim form.  **A copy of the proof of claim form is also available free of charge to you on EPIQ's dedicated web page related to these cases (http://chapter11.epiqsystems.com -- click on "American Home Mortgage").**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]    Other names used by the Debtors in the last six years include: AHM Acceptance, Inc.; AHM Equity Credit Lines, LLC; AHM Mortgage; AHM Servicing, Inc.; American Brokers Conduit; American Home Mortgage; American Home Mortgage V; American Home Mortgage Corp. of New York; American Home Mortgage Corp. of NY; American Home Mortgage Servicing; American Home Mtg Servicing; American Home Solutions; All Pro Mortgage, LLC; CNI; CNI National; CNI National Mortgage Co.; CNI National Mortgage Company; CNI National Mortgage Corporation; Columbia National, Inc.; Columbia National Incorporated; Columbia National Mortgage; Columbia National of South Carolina, Inc.; Coastline Mortgage, Inc.; ComNet Mortgage Services; ComNet Mortgage Services, a Division of American Home Mortgage; Elite Lending Partners, LLC; First Home Mortgage; First Home Mortgage Corp.; First Home Mortgage Corp. Illinois; First Home Mortgage Corp. (Illinois); First Home Mortgage of Georgia; First Home Mortgage of Pennsylvania; Frost Mortgage Banking Group; HSS Mortgage; Marina Mortgage; MortgageOps.com; MortgageSelect; MortgageSelect, Inc.; MortgageSelect.com, Inc.; New York American Home Mortgage Group; Paine Webber Mortgage Finance, Inc.; Peak Experience Mortgage; Private Mortgage Group; Silcon Mortgage; TDG Equities; US Lending Company, LLC; and Western United Mortgage of Colorado.

[3]    As used in this Notice, the term "Claim" shall mean, as to or against the Debtors and in accordance with 11 U.S.C. §§ 101(5): (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (b) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## WHO MUST FILE A PROOF OF CLAIM

Pursuant to the Borrowers Bar Date Order, all Borrowers holding Claims against the Debtors are required to file proofs of claim **on or before 4:00 p.m., Eastern Time, on April 30, 2008**.

**Please take notice that the Borrowers Bar Date is applicable only to Borrowers under the Debtors' construction loans. Any other entity asserting claims against any of the Debtors must file a proof of claim with respect to each such Debtor in accordance with the terms of the Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Docket No. 1708], entered by this Court on October 30, 2007.**

### _Borrowers Not Required to File Proofs of Claim by the Borrowers Bar Date_

The Borrowers Bar Date Order provides that the following Borrowers need not file proofs of claim by the Borrowers Bar Date:

(a) any Borrower that has already properly filed a Proof of Claim against one or more of the Debtors with either EPIQ or the Clerk of the Court for the United States Bankruptcy Court for the District of Delaware;

(b) any Borrower whose claim against the Debtors has been allowed by an order of the Court entered on or before the Borrowers Bar Date; or

(c) any Borrower whose claim has been paid by the Debtors.

### _Filing Proofs of Claim Against Multiple Debtors; Requirement to Identify Debtor_

Any Borrower asserting Claims against more than one Debtor must file a separate proof of claim with respect to each such Debtor on or before the Borrowers Bar Date. In addition, any Borrower filing a proof of claim must identify on its proof of claim form the particular Debtor against which its Claim is asserted.

## CONSEQUENCES OF FAILURE TO FILE PROOF OF CLAIM

Any Borrower that is required to file a proof of claim, but fails to do so by the Borrowers Bar Date described in this Notice, shall not be treated as a creditor for purposes of voting upon, or receiving distributions under, any chapter 11 plan or plans in these chapter 11 cases in respect of that claim.

## PROCEDURE FOR FILING PROOFS OF CLAIM

Original proofs of claim must be sent by mail to American Home Mortgage Claims Processing, P.O. Box 5076, FDR Station, New York, NY 10150-5076 or by overnight courier or hand delivery to EPIQ Bankruptcy Solutions, LLC, Attn: American Home Mortgage Claims Processing, 757 Third Avenue, 3rd Floor, New York, NY 10017, so as to be received **no later than 4:00 p.m., Eastern Time, on April 30, 2008.** _Any proof of claim submitted by facsimile or e-mail will not be accepted and will not be deemed filed until the proof of claim is submitted by one of the methods described in the foregoing sentence._ Proofs of claim will be deemed filed only when actually received by EPIQ. If you wish to receive acknowledgement of EPIQ's receipt of your proof of claim, you must also submit by the Borrowers Bar Date and concurrently with submitting your original proof of claim, (a) a copy of your original proof of claim and (b) a self-addressed, stamped return envelope.

Proofs of claim must include all documentation required by Bankruptcy Rules 3001(c) and 3001(d), including an original or a copy of any written document that forms the basis of the Claim or, for secured Claims, evidence that the alleged security interest has been perfected.

DB02:6590268.1

066585.1001

## ADDITIONAL INFORMATION

A copy of the Borrowers Bar Date Order is available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801. In addition, a copy of the Borrowers Bar Date Order may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website. **A copy of the Borrowers Bar Date Order is also available free of charge to you on EPIQ's dedicated web page related to these cases (http://chapter11.epiqsystems.com -- click on "American Home Mortgage").**

Questions concerning the contents of this Notice and requests for proofs of claim should be directed to EPIQ at (866) 493-7277 between the hours of 9:00 a.m. and 6:00 p.m. (Eastern Time), Monday through Friday. Please note that EPIQ's staff is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.

Dated: February 25, 2008
     Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Counsel to the Debtors and Debtors in Possession

3

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: American Home Mortgage Holdings, Inc., et al. Debtors. | Chapter 11 Case No. 07-11047 (CSS) Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

*Exhibit "B"*

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)**

```
AHM (MERGE2.DBF,SCHED_NO)  SCH #:     80215*****
JERRY J ZYLSTRA
247 GOLD PAN WAY
DAYTON, NV 89403
```

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: (775) 241-7474, cell (775) 230-0999
Email Address: tandjzylstra@sbcglobal.net

| Account or other number by which creditor identifies debtor: | Check here if this claim: ☐ replaces   ☐ amends a previously filed claim, dated:_____ |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other  TILA, RESPA, Common Law Fraud  (explain) (see attached)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: ____ ____ ____
Unpaid compensation for services performed
from _____ to _____
(date)              (date)

**2. Date debt was incurred:** 5/3/07

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 330,000 (estimated) + __0__ + __0__ = 330,000.00 (estimated)
(unsecured nonpriority)   (secured)   (unsecured priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim:** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

THIS SPACE IS FOR COURT USE ONLY

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

```
FILED / RECEIVED
MAR 24 2008
EPIQ BANKRUPTCY SOLUTIONS, LLC
```

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 03-19-08 | Jerry J Zylstra   JERRY J ZYLSTRA |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.