# EXHIBIT B

# PETITONS FILED
## #1490
## #2873
## #5789
## #6150

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| **American Home Mortgage** | : | **Jointly Administered** |
| **Holdings, Inc. et al.,** | : | **Under Case No. 07-11047 (CSS)** |
| | : | |
| | : | |
| **Debtors** | : | |
| | : | |

**MOTION FOR DISCLOSURE UNDER U.S.C. § 363, § 1106,
AND BANKRUPTCY RULE 2004, DIRECTING EXAMINATION OF,
AND PRODUCTION OF DOCUMENTS BY DEBTORS
AND COMPLAINT FOR INJUNCTION AND PROTECTION OF TAX ESCROW
ACCOUNTS AND REQUEST FOR APPOINTMENT OF
CONSUMER PRIVACY OMBUDSMAN PURSUANT TO U.S.C. § 332
AND TRUSTEE OR EXAMINER PURSUANT TO U.S.C. § 1104**

Mona Dobben, pro se, moves this Court for entry of an order pursuant to U.S.C. §323, and U.S.C. §1106 of title 11 of the United States Code, 11 U.S.C. § § 101, et seq. (the "Bankruptcy Code") and rule 2004 ("Rule 2004") of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing the examination of, an production of documents by, American Home Mortgage, et al ("Debtors"). Plaintiff moves this court for an appointment of Consumer Privacy Ombudsman pursuant to U.S.C. §332 and Trustee or Examiner pursuant to U.S.C. §1104. In support of the Motion, the Plaintiff states as follows:

1. The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: American Home Mortgage Holdings, Inc.("AHM Holdings") (6303); American Home Mortgage Investment Corp. ( "AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Investment"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc.( "AHM Servicing"), aMaryland corporation(7257); American Home Mortgage Corp. ("AHM Corp"), a New York corporation (1558); American Home Mortgage Ventures LLC ( "AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ( "Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ( "Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| American Home Mortgage Holdings, Inc. <u>et al.</u>, | Jointly Administered Under Case No. 07-11047 (CSS) |
| | RE: DOCKET # 2754 |
| Debtors | |

**JOINDER OF MONA DOBBEN TO THE**
**OBJECTION TO SALE OF LOANS**
**<u>FREE AND CLEAR OF LIENS OR LIABILITIES</u>**

Mona Dobben, pro se, hereby joins the Objection of Paula Rush to the Debtor's request to sell off loans assets free and clear of liens and liabilities, ( Docket # 2754) and in support thereof represents as follows:

1. Joinder hereby adopts and incorporates the arguments and assertions set forth in the Objection and reserves all rights to assert any rights or remedies associated with this petition.

2. Joinder hereby renews the request for demand to know the true owner or master servicer of her loan pursuant to TILA 1641(f)(2) and request protections afforded under 363(o).

3. Joinder objects that once again the Debtor's are proceeding to attempt to sell loans under a description that could fit my loan description, and therefore I renew my request for disclosure.

---

The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: American Home Mortgage Holdings, Inc.("AHM Holdings") (6303); American Home Mortgage Investment Corp. ( "AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Investment"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ( "AHM Servicing"), aMaryland corporation(7257); American Home Mortgage Corp. ("AHM Corp"), a New York corporation (1558); American Home Mortgage Ventures LLC ( "AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ( "Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ( "Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | **Re: D.I. 5675** |
| Debtors. ) | |
| ) | |

### JOINDER OF MONA DOBBEN IN SUPPORT OF MOTION FOR ORDER APPOINTING AN OFFICIAL COMMITTEE OF BORROWERS PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE

Mona Dobben, through counsel, joins and supports the pending Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code (the "Motion")[1] and states as follows:

1. Mona Dobben is a 68 year old senior citizen who resides in Sun City, Arizona. In April 2007, a broker with an allegedly revoked license sold her an American Home pay option ARM mortgage loan secured by a house located in Palmdale, CA.

2. After the interest rate on the pay option ARM jumped, American Home sought to foreclose on the Palmdale house, but allegedly without giving notice to Ms. Dobben at her residence in Sun City.

3. Ms. Dobben believes that her Palmdale house is currently part of American Homes' REO inventory. She is proceeding *pro se* and without the assistance of counsel in seeking to lift the automatic stay to allow her to commence an action against American Home in federal court in California.

---

[1] Undersigned counsel represents Ms. Dobben solely in connection with the Motion and not with respect to her underlying claims or any other matters.

1991405.1

#5789

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware corporation, ) | Case No. 07-11047 (CSS) |
| et. al., ) | Jointly Administered |
| ) | |
| Debtors, ) | |
| ) | |
| Mona Dobben ) | |
| Alex Yamamura ) | **Objection Deadline: TBD** |
| Movant, ) | **Hearing Date: TBD** |
| ) | |
| AMERICAN HOME MORTGAGE CORP., ) | |
| et., al., ) | |
| ) | |
| Respondent. | |

FILED 2008 AUG 28 PM 1:47 U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

## AMENDED

## EMERGENCY MOTION OF MONA DOBBEN FOR AN

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY

## UNDER SECTION 362 OF THE BANKRUPTCY CODE

Mona Dobben ("Movant"), party in interest herein, and her daughter Alex Yamamura, party in interest, hereby moves the Court for an emergency order terminating or annulling the automatic stay, imposed in this case by § 362(a) of Title 11, United States Code, to permit Movant to file a complaint against Debtors in The Central District of California. The complaint is over 300 pages long with over 450 pages of exhibits and includes multiple victims, including Alex Yamamura. Two additional similiar complaints are pending for additional victims of the same mortgage fraud group. The FBI has an open ongoing investigation. Due to the

1