## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et. al.,<br><br>Debtors, | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |
| MONA DOBBEN<br><br>MOVANT | **Objection Deadline: February 19, 2009**<br>**Hearing Date: TBD** |

## ORDER

Upon consideration of the *Motion of MONA DOBBEN for an order Deeming Proofs of Claim Timely Filed or, in the Alternative, Allowing the Filing of Late-Filed Claims* (the "Motion"); and appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and it appearing based on the evidence presented that the relief is warranted; and after consideration of any responses, objections, answers, and replies to the Motion; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Motion is Granted in all respects; and it is further

**ORDERED** that *Mona Dobben* Proofs of Claim #10607, #10608, #10609 shall be, and hereby are, deemed timely filed.

Dated:_____

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

13