**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN HOME MORTGAGE | § | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., | § | (Jointly Administered) |
| et al., | § | |
| | § | |
| Debtors. | § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 13, 2009, Calyon New York Branch, as Administrative Agent ("Calyon"), by and through its undersigned counsel, caused a copy of the **(i) Objections and Answers of Calyon New York Branch, as Administrative Agent, to Debtors' First Set of Interrogatories Directed to Calyon New York Branch, as Administrative Agent and (ii) Objection and Responses of Calyon New York Branch, as Administrative Agent, to Debtors' First Set of Requests for Production of Documents Direct to Calyon New York Branch, as Administrative Agent** to be served upon the following individual(s) in the manner indicated:

> *Via Electronic Mail*
> Curtis Crowther, Esq.
> John Dorsey, Esq.
> Sean Beech, Esq.
> Margaret Whiteman, Esq.
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> Wilmington, De 19801

Dated: February 16, 2009          **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

_/s/ Michael G. Busenkell_____
Michael G. Busenkell (No. 3933)
222 Delaware Ave., Ste. 1501
Wilmington, DE 19801
Telephone: 302-252-4324

-and-

- 2 -

        HUNTON & WILLIAMS LLP
        Benjamin C. Ackerly
        Jason W. Harbour (DE No. 4176)
        Riverfront Plaza, East Tower
        951 E. Byrd Street
        Richmond, Virginia 23219-4074
        Telephone: (804) 788-8200

        -and-

        Peter S. Partee
        Scott H. Bernstein
        200 Park Avenue, 53rd Floor
        New York, New York 100166-0136
        Telephone: (212) 309-1000

        *Counsel to Calyon New York Branch*

- 2 -