IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
              Debtors.                              :
------------------------------------------------------------------------ x Ref. No. 6916

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 6916

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Joint Motion of American Home Mortgage Servicing, Inc., the Debtors and the Official Committee of Unsecured Creditors for Entry of Protective Order (the "Motion") has been received. The Court's docket which was last updated January 16, 2009, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than January 10, 2009 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
February 16, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret B. Whiteman
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession