IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation,             :
et al.,                                             : Jointly Administered
                                                    :
                    Debtors.[1]                     : Hearing Date: March 13, 2009 at 11:30 a.m.
                                                    : Objection Deadline: March 6, 2009 at 4:00 p.m.
                                                    :
------------------------------------------------------------ x

## NOTICE OF MOTION AND DEADLINE FOR SUBMITTING BIDS

TO:   (I) THE U.S. TRUSTEE, (II) COUNSEL TO THE CREDITORS
      COMMITTEE, (III) COUNSEL TO DEBTORS' PREPETITION
      SECURED LENDERS, (IV) THOSE PARTIES WHO HAVE EXPRESSED
      A POTENTIAL INTEREST IN THE FF&E, AND (V) COUNSEL TO THE
      BUYER

The above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached **Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105 and 363: (A) Authorizing the Private Sale of Certain Furniture, Fixtures, and Equipment Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (B) Granting Related Relief**, (the "Motion"). The Motion seeks approval of the Debtors' sale of the right, title and interest in and to certain furniture, fixtures, and equipment and related assets (the "FF&E"), as more fully described in the Motion, on an "as is" basis, substantially on the terms and conditions of the Offer of Michael Strauss annexed thereto, **subject to higher or better offers.**

**Any party that wishes to submit a higher or better offer for the purchase of the FF&E, must submit their competing offer on or prior to MARCH 6, 2009 at**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**4:00 p.m. (ET) to: (i) Young Conaway Stargatt & Taylor LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, DE 19899-0391, Attention: Sean M. Beach, Esquire, Facsimile: (302) 576-3281, counsel to the Debtors. Any offer to purchase the FF&E must be accompanied by a deposit in immediately available funds of no less than 5% of the offer to purchase remitted to Young Conaway Stargatt & Taylor LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, DE 19899-0391, Attention: Sean M. Beach, Esquire, Facsimile: (302) 576-3281, counsel to the Debtors.**

Other responses, if any, to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 6, 2009** at 4:00 P.M. (ET) (the "Objection Deadline") and a copy of your response must be served upon the parties in the preceding paragraph by the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **MARCH 13, 2009 AT 11:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

Dated: Wilmington, Delaware
February 16, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kenneth J. Enos
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession.