## **EXHIBIT A**

The Offer

January 8, 2009

American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

To whom it may concern,

I agree to purchase the items on the attached schedule in the amount of $22,615. I acknowledge that this sale is subject to bankruptcy court approval and agree to return all items in the same condition they were purchased within ten days of being notified the sale is not approved at my cost. I also agree to pay a deposit in the full amount of the purchase price before items are removed from the premises. This deposit will be applied to the purchase when the sale is approved or refunded upon return of the items if the sale is not approved. Any additional items added to the schedule before court filing will be subject to these same terms. I also agree to pay sales tax on all items when the sale is approved.

Sincerely,

Michael Strauss

| Item | QTY | Price | TOTAL |
|------|-----|-------|-------|
| Cubes | 30 | 175 | 5250 |
| Chairs | 30 | 70 | 2100 |
| High Back Chairs | 10 | 100 | 1000 |
| Side Chairs | 20 | 35 | 700 |
| 6' wood desk | 2 | 225 | 450 |
| L Shaped wood desk | 4 | 300 | 1200 |
| U shaped executive desk | 1 | 1300 | 1300 |
| U shaped wood desk | 3 | 675 | 2025 |
| Round tablet( White) | 1 | 70 | 70 |
| Conference Table | 1 | 175 | 175 |
| Conference Chairs | 10 | 70 | 700 |
| Table with Chairs | 1 | 125 | 125 |
| 72' Dark wood desk | 1 | 650 | 650 |
| Office Chair | 1 | 300 | 300 |
| Side chair | 2 | 60 | 120 |
| Dark wood Wall Cabinet | 1 | 650 | 650 |
| 72' Dark wood credenza | 1 | 250 | 250 |
| Dark wood computer desk | 1 | 200 | 200 |
| 2 arm chairs | 2 | 75 | 150 |
| Dark wood end table | 1 | 125 | 125 |
| Coffe table | 1 | 125 | 125 |
| Loveseat | 1 | 200 | 200 |
| Round wood table and 3 chairs) | 1 | 375 | 375 |
| File Cabinets (4 drawer w storage unit) | 4 | 125 | 500 |
| Canon Imagerunner 550 Copier | 2 | 500 | 1000 |
| Richoh 5510L Fax | 2 | 150 | 300 |
| HP 2600 Color Printer/Color Printer | 1 | 175 | 175 |
| Network Printer- HP 4200 tn | 2 | 200 | 400 |
| Desktop Printers (HP 1160) | 10 | 40 | 400 |
| Server  Cabinet (no ups, or kvm) | 1 | 250 | 250 |
| Patch Panel and Racks | 1 | 200 | 200 |
| HPDL385 DL385 Server with 2  2.80GHz Processors, 2Gb RAM, 4x36.4 hd, No OS | 2 | 350 | 700 |
| IBM 335 Server with 2 2.8ghz processors, 2gb ram and 2 36.4 GB HD, No OS | 2 | 225 | 450 |
| Total | | | 22615 |