# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---:|---|---:|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. | | |
| **Case Number:** | 07-11047-CSS | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 17, 2009 11:00 AM   CRT#6, 5TH FL. | | |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI | | |
| **Courtroom Clerk:** | DANIELLE GADSON | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

### *Matter:*

Omnibus

**R / M #:**   0 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Hearing Matters

Judge signed orders.