IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
AMERICAN HOME MORTGAGE                                     :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                            :
a Delaware corporation, et al.,[1]                         :   Jointly Administered
                                                           :
         Debtors.                                          :   Ref. Docket No.: 6904
                                                           :
---------------------------------------------------------- x

**ORDER PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 9019 APPROVING AND AUTHORIZING THE STIPULATION
BY AND BETWEEN THE DEBTORS AND THE STATE OF NEW HAMPSHIRE
BANKING DEPARTMENT**

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors in possession in the above cases (collectively, the "Debtors"), seeking entry of an order pursuant to Bankruptcy Rule 9019 and section 105(a) of the Bankruptcy Code approving the Stipulation resolving the Appeal; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Motion is hereby granted; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED, that the Stipulation, attached hereto is approved pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary to effectuate the terms of the Stipulation including, but not limited to, authorizing or directing American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, Pa. to pay the Settlement Amount; and it is further

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes arising out of the interpretation or enforcement of this Order.

Dated:    Wilmington, Delaware
         February _17_, 2009

/s/ CSS

Christopher S. Sontchi
United States Bankruptcy Judge