# EXHIBIT A

## Stipulation of Settlement

EXHIBIT A

THE STATE OF NEW HAMPSHIRE

SUPREME COURT

Docket No. 2008-0352

APPEAL OF AMERICAN HOME MORTGAGE CORP. *ET AL.*

## STIPULATION OF SETTLEMENT

The parties to this appeal, Petitioners, American Home Mortgage Corp., American Home Mortgage Holdings, Inc., Michael J. Strauss, Stephen A. Hozie, and Alan B. Horn, and Respondent, State of N.H. Banking Department ("Department"), stipulate as follows:

1.    Upon execution of this Stipulation of Settlement ("Stipulation") by the parties ("Effective Date"), Petitioners shall promptly file a written motion with the N.H. Supreme Court, requesting a voluntary remand of this appeal to the Department for further proceedings, attaching a copy of this executed Stipulation.

2,    Petitioners American Home Mortgage Corp. and American Home Mortgage Holdings, Inc. (collectively "Corporate Petitioners") shall pay the following sums:

   a) $5,000 to the Department for two (2) violations of RSA 397-A:14-b in connection with the two (2) instances of failure to fund loans at closing;

   b) $2,500 to Kristen Jernigan for failure to fund her loan at closing; and

   c) $6,000 to Ashley Noseworthy and Frederick Bassett jointly for failure to fund their single loan at closing.

3.    The Corporate Petitioners shall make all payments required under paragraph 2 (a) within 60 days of the Effective Date.

4.    The Corporate Petitioners shall file satisfactory written proof of all payments made pursuant to above paragraphs 2 (b) (Kristen Jernigan) and 2 (c) (Ashley Noseworthy and Frederick Bassett) with the Department within 60 days of the Effective Date.

5.    Following the Department's receipt of payments pursuant to above paragraph 2 (a) (Banking Department) and written proof of payments made pursuant to above paragraphs 2 (b) (Kristen Jernigan) and 2 (c) (Ashley Noseworthy and Frederick Bassett), the Department shall:

    a) dismiss all findings made against the Individual Petitioners, Michael J. Strauss, Stephen A. Hozie and Alan B. Horn, in the March 5, 2008, Adjudicative Decision: Order to Pay Fine and for Revocation of License as Result of Violation of RSA 387-A:14-b ("Order") and in the August 2, 2007, Cease and Desist Order ("Cease and Desist");

    b) not use the Order or the Cease and Desist as a basis to object to Mr. Hozie's acting as an officer for American Home Mortgage Servicing, Inc.; and

    c) not use the Order or the Cease and Desist as the basis to deny any future applications made to the Department by Mr. Hozie, Mr. Strauss, or Mr. Horn for licensing in the mortgage banking business.

6.    The remainder of the Order, including but not limited to, the Cease and Desist, and the license revocation, and the fines assessed, as modified in paragraph 2 above, against the Corporate Petitioners, American Home Mortgage Corp. and American Home Mortgage Holdings, Inc., shall remain in full force and effect.

2

7.    This Stipulation shall be construed under New Hampshire law and is binding upon and inures to the benefit of the parties and their respective successors and assigns.

8.    The parties hereto do not intend to benefit any third parties and this Stipulation shall not be construed to confer any such benefit.

9.    This Stipulation may not be amended, modified, or discharged except by an instrument in writing signed by the parties hereto.

10.    This Stipulation does not constitute and shall not be construed as an admission by any party of liability or admission as to the relative legal merits of any of the legal positions advocated by the parties in this appeal.

11.    This Stipulation constitutes the entire Stipulation and understanding between the parties, and supercedes all prior Stipulations and understandings relating hereto.

12.    This Stipulation may be executed in any number of counterparts and all such counterparts shall be construed together and constitute a single form of this Stipulation.

[THE REMAINING PORTION OF THIS PAGE INTENTIONALLY LEFT BLANK]

EXECUTED on the 22nd day of December 2008.

FOR THE PETITIONERS

AMERICAN HOME MORTGAGE CORP.

Full Name: _Kevin Nystrom_
Title: _Chief Restructuring Officer_
Date: _December 22, 2008_

Notary/Justice of the Peace

AMERICAN HOME MORTGAGE HOLDINGS, INC.

Full Name: _Kevin Nystrom_
Title: _Chief Restructuring Officer_
Date: _December 22, 2008_

Notary/Justice of the Peace

Maria E. D'Elia
Notary Public, State of NY
No. 01PA6061950
Qualified in Queens County
Commission Expires
July 23, 2009

4

MICHAEL J. STRAUSS

Full Name: *Michael Strauss*
Title:
Date: 12/24/08

Notary/Justice of the Peace



STEPHEN A. HOZIE

Full Name:
Title:
Date:

Notary/Justice of the Peace

ALAN B. HORN

Full Name:
Title:
Date:

Notary/Justice of the Peace

5

MICHAEL J. STRAUSS

Full Name:
Title:
Date:


Notary/Justice of the Peace

STEPHEN A. HOZIE

Full Name:  Stephen A. Hozie
Title:  EVP & CFO
Date:  12/22/08

Notary/Justice of the Peace

[notary stamp:]
DEBRA CAMERON
Notary Public, State of Texas
My Commission Expires
April 16, 2011

ALAN B. HORN

Full Name:
Title:
Date:


Notary/Justice of the Peace

5

MICHAEL J. STRAUSS

_____
Full Name:
Title:
Date:

_____
Notary/Justice of the Peace

STEPHEN A. HOZIE

_____
Full Name:
Title:
Date:

_____
Notary/Justice of the Peace

ALAN B. HORN

*[signature]*

_____
Full Name: Alan G. Horn
Title:
Date: 12/24/08

*[signature]*

Notary/Justice of the Peace

JANEANN TOBIN
Notary Public, State of New York
No. 01TO5058409
Qualified in Westchester County
Commission Expires: April 8, 2010

5

FOR THE RESPONDENT

STATE OF N.H. BANKING DEPARTMENT

Full Name: Celia K. Leonard
Title: General Counsel
Date: Jan. 7, 2009

Notary/Justice of the Peace

REBECCA L. STONE
Notary Public - New Hampshire
My Commission Expires May 19, 2009

F:\9807709\American Home Stipulation (Final).doc

6