# EXHIBIT A

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BESSON APPRAISALS INC<br>ATTN LEIGH A. BESSON<br>25 MARY ANN DR<br>EXETER, RI 02822 | 2156 | 11/14/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | 10588 | 11/24/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) |
| FRIEDER, NATHAN & LILLIAN<br>52-54 65TH PLACE<br>MASPETH, NY 11378-1353 | 6149 | 12/21/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$656,970.68 (U)<br>$656,970.68 (T) | 10371 | 4/24/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$656,970.68 (U)<br>$656,970.68 (T) |
| FRIEDER, NATHAN & LILLIAN<br>52-54 65TH PLACE<br>MASPETH, NY 11378-1353 | 10277 | 4/25/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$656,970.68 (U)<br>$656,970.68 (T) | 10371 | 4/24/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$656,970.68 (U)<br>$656,970.68 (T) |
| GWEN DEUTSCH, PLAINTIFF V. AMERICAN HOME INV CORP DEFENDANT. 2:06-CV-2234<br>WARREN S. DANK, FRANK & ASSOCIATES, PC<br>500 BI-COUNTY BLVD., SUITE 112N<br>FARMINGDALE, NY 11735 | 6513 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,500,000.00 (U)<br>$2,500,000.00 (T) | 10133 | 3/24/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$355,000.00 (U)<br>$355,000.00 (T) |
| STATE OF NEW JERSEY<br>MICHAEL READING, AUTHORIZED AGENT<br>DIVISION OF TAXATION-COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | 9858 | 1/15/08 | 07-11049 | - (S)<br>$5,000.00 (A)<br>$5,000.00 (P)<br>- (U)<br>$5,000.00 (T) | 10234 | 4/11/08 | 07-11049 | Unspecified* |

| | Objectionable Claims | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| THOMSON NETG<br>GREG PORTO<br>SKILLSOFT CORPORATION<br>107 NORTHEASTERN BLVD.<br>NASHUA, NH 03062 | 7943 | 1/9/08 | 07-11051 | $323,024.49 (U)<br>$323,024.49 (T) | - (S)<br>- (A)<br>- (P) | 10390 | 5/8/08 | 07-11051 | $323,024.49 (U)<br>$323,024.49 (T) - (S)<br>- (A)<br>- (P) |
| WASHINGTON MUTUAL BANK, FA<br>C/O ROBERT TRODELLA<br>HELLER EHRMAN LLP<br>333 BUSH STREET<br>SAN FRANCISCO, CA 94104 | 6632 | 12/31/07 | 07-11051 | $659,558.69 (U)<br>$659,558.69 (T) | - (S)<br>- (A)<br>- (P) | 10543 | 9/18/08 | 07-11051 | $1,935,640.37 (U)<br>$1,935,640.37 (T) - (S)<br>- (A)<br>- (P) |
| WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 9131 | 1/11/08 | 07-11047 | $3,819,269.48 (U)<br>$3,819,269.48 (T) | - (S)<br>- (A)<br>- (P) | 10581 | 11/25/08 | 07-11047 | $3,819,269.48 (U)<br>$3,819,269.48 (T) - (S)<br>- (A)<br>- (P) |
| WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 9132 | 1/11/08 | 07-11048 | $3,819,269.48 (U)<br>$3,819,269.48 (T) | - (S)<br>- (A)<br>- (P) | 10580 | 11/25/08 | 07-11048 | $3,819,269.48 (U)<br>$3,819,269.48 (T) - (S)<br>- (A)<br>- (P) |
| WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 9133 | 1/11/08 | 07-11049 | $3,819,269.48 (U)<br>$3,819,269.48 (T) | - (S)<br>- (A)<br>- (P) | 10579 | 11/25/08 | 07-11049 | $3,819,269.48 (U)<br>$3,819,269.48 (T) - (S)<br>- (A)<br>- (P) |
| WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 9134 | 1/11/08 | 07-11050 | $3,819,269.48 (U)<br>$3,819,269.48 (T) | - (S)<br>- (A)<br>- (P) | 10578 | 11/25/08 | 07-11050 | $3,819,269.48 (U)<br>$3,819,269.48 (T) - (S)<br>- (A)<br>- (P) |
| WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 9135 | 1/11/08 | 07-11051 | $3,819,269.48 (U)<br>$3,819,269.48 (T) | - (S)<br>- (A)<br>- (P) | 10577 | 11/25/08 | 07-11051 | $3,819,269.48 (U)<br>$3,819,269.48 (T) - (S)<br>- (A)<br>- (P) |
| WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 9136 | 1/11/08 | 07-11052 | $3,819,269.48 (U)<br>$3,819,269.48 (T) | - (S)<br>- (A)<br>- (P) | 10576 | 11/25/08 | 07-11052 | $3,819,269.48 (U)<br>$3,819,269.48 (T) - (S)<br>- (A)<br>- (P) |
| WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 9137 | 1/11/08 | 07-11053 | $3,819,269.48 (U)<br>$3,819,269.48 (T) | - (S)<br>- (A)<br>- (P) | 10575 | 11/25/08 | 07-11053 | $3,819,269.48 (U)<br>$3,819,269.48 (T) - (S)<br>- (A)<br>- (P) |

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. C/O MICHAEL D. COYNE WASHINGTON MUTUAL BANK 623 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10022 | 9138 | 1/11/08 | 07-11054 | - (S)<br>- (A)<br>- (P)<br>$3,819,269.48 (U)<br>$3,819,269.48 (T) | 10574 | 11/25/08 | 07-11054 | - (S)<br>- (A)<br>- (P)<br>$3,819,269.48 (U)<br>$3,819,269.48 (T) |
| Totals: | 17 Claims | | | - (S)<br>- (A)<br>$5,000.00 (P)<br>$35,351,005.38 (U)<br>$35,356,005.38 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$319,479,179.82 (U)<br>$319,479,179.82 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.