# EXHIBIT B

## Exhibit B
### Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claims Case Number | | New Case Number Case Number |
|---|---|---|---|---|---|
| AA APPRAISALS<br>ATTN BILL BARNES, OWNER<br>PO BOX 1826<br>MULDROW, OK 74948 | 4448 | 12/4/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$8,000.00 (U)<br>$8,000.00 (T) | 07-11053 |
| ABBELL, JAMIE<br>75 W ST APT 2H<br>NEW YORK, NY 10006 | 984 | 9/18/07 | No Case | - (S)<br>- (A)<br>$859.38 (P)<br>- (U)<br>$859.36 (T) | 07-11051 |
| ALBRECHT, MARSHA<br>837 N. MAPLE AVE.<br>PALATINE, IL 60067 | 1441 | 10/5/07 | No Case | - (S)<br>- (A)<br>$6,807.68 (P)<br>- (U)<br>$6,807.68 (T) | 07-11051 |
| AT CONFERENCE, INC.<br>ATTN DAVID JANNETTI, PRESIDENT<br>PO BOX 2938<br>SOUTHAMPTON, NY 11969 | 1982 | 11/13/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$575,426.89 (U)<br>$575,426.89 (T) | 07-11051 |
| AYAN, ATILLA<br>83 OCEAN AVE<br>MASSAPEQUA PARK, NY 11762 | 361 | 9/6/07 | No Case | - (S)<br>- (A)<br>$311.00 (P)<br>- (U)<br>$311.00 (T) | 07-11051 |
| BADRI, FARHAD<br>PO BOX 63194<br>COLORADO SPRINGS, CO 80962 | 10274 | 4/25/08 | No Case | Unspecified* | 07-11051 |
| BAKER, LAYCE<br>6335 NACHEZ CT<br>CITRUS HTS, CA 956215219 | 9253 | 1/11/08 | No Case | - (S)<br>$2,678.00 (A)<br>$4,419.00 (P)<br>- (U)<br>$7,097.00 (T) | 07-11051 |

| | | | Objectionable Claims | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| BANGERT, PEGGY<br>315 CHASSELLE LN<br>CREVE COEUR, MO 63141 | 939 | 9/17/07 | No Case | - (S)<br>- (A)<br>$230.77 (P)<br>- (U)<br>$230.77 (T) | 07-11051 |
| BARNEY, IVAN L.<br>2818 MERION HILLS COURT<br>CHARLOTTE, NC 28269 | 1536 | 10/12/07 | No Case | - (S)<br>- (A)<br>$788.31 (P)<br>- (U)<br>$788.31 (T) | 07-11051 |
| BELCHER, LOREATHA<br>6073 CAPRICE DRIVE<br>JACKSONVILLE, FL 32244 | 10180 | 4/3/08 | No Case | $25,500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$25,500.00 (T) | 07-11051 |
| BENNING, MELANIE TINNES<br>333 2ND STREET NE APT 305-B<br>WASHINGTON, DC 20002 | 9857 | 1/30/08 | No Case | - (S)<br>- (A)<br>$250.00 (P)<br>- (U)<br>$250.00 (T) | 07-11051 |
| BIRD, VONNIE R.<br>9901 EAST EVANS AVENUE #25A<br>DENVER, CO 80247 | 10110 | 3/17/08 | No Case | Unspecified* | 07-11051 |
| BLANKE, KERRI<br>1043 RUE LA VILLE WALK<br>SAINT LOUIS, MO 63141 | 8356 | 1/10/08 | No Case | - (S)<br>- (A)<br>$1,480.00 (P)<br>- (U)<br>$1,480.00 (T) | 07-11051 |
| BLINN, ANDREW<br>4076 WOODSLY DR<br>BATAVIA, OH 45103 | 1297 | 9/28/07 | No Case | - (S)<br>- (A)<br>$9,196.00 (P)<br>- (U)<br>$9,196.00 (T) | 07-11050 |
| BOB WARNCKE APPRAISAL GROUP<br>240 HALF MILE RD.<br>RED BANK, NJ 07701 | 2007 | 11/13/07 | No Case | Unspecified* | 07-11053 |
| BRANCH, JOYCE<br>6709 GRACEFIELD DR<br>WAXHAW, NC 28173 | 244 | 9/4/07 | No Case | Unspecified* | 07-11051 |
| BROWN, DAVID AND LORETTA<br>11195 CHACOL CT<br>RANCHO CORDOVA, CA 95670 | 6644 | 12/31/07 | No Case | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | 07-11051 |

|  |  |  |  | Objectionable Claims | New Case Number |
| --- | --- | --- | --- | --- | --- |
| Name/Address of Claimant | Claim Number | Date Filed | Case Number |  | Case Number |
| BRUNSWICK COUNTY<br>ATTN MIKE CULPEPPER<br>DELINQUENT TAX SPECIALIST<br>PO BOX 29<br>BOLIVIA, NC 28422 | 4051 | 12/3/07 | No Case | $1,924.93 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,924.93 (T) | 07-11051 |
| BUTTS, LEE ANN<br>9901 RED TWIG PL<br>FORT WAYNE, IN 46804 | 1123 | 9/21/07 | No Case | - (S)<br>- (A)<br>$13,076.96 (P)<br>$13,076.96 (U)<br>$13,076.96 (T) | 07-11051 |
| BYRUM, DIANA L<br>PO BOX 874001<br>WASILLA, AK 99687 | 2965 | 11/21/07 | No Case | - (S)<br>- (A)<br>$1,661.54 (P)<br>- (U)<br>$1,661.54 (T) | 07-11051 |
| C&H PROPERTIES LLC<br>ATTN: CHRIS CANITY, PRINCIPAL<br>319A GUILBEAU RD<br>LAFAYETTE, LA 70506 | 10126 | 3/21/08 | No Case | - (S)<br>- (A)<br>$91,233.24 (P)<br>- (U)<br>$91,233.24 (T) | 07-11051 |
| CALVO, LORAINE (LORI)<br>43 COTTONWOOD LA<br>WESTBURY, NY 11590 | 7394 | 1/7/08 | No Case | - (S)<br>- (A)<br>$8,823.92 (P)<br>- (U)<br>$8,826.92 (T) | 07-11051 |
| CISNEROS, VERONICA<br>3610 CAMINITO EL RINCON #17<br>SAN DIEGO, CA 92130 | 1476 | 10/9/07 | No Case | - (S)<br>- (A)<br>$4,152.96 (P)<br>- (U)<br>$4,152.96 (T) | 07-11051 |
| CITY OF PROVIDENCE, KENTUCKY<br>C/O RICHARD E. PEYTON, ATTORNEY<br>FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT<br>PO BOX 665<br>MADISONVILLE, KY 42431-0665 | 3903 | 11/30/07 | No Case | Unspecified* | 07-11050 |
| COLANDRO, MARY<br>32 PEARSALL AVE APT 2B<br>GLEN COVE, NY 11542 | 579 | 9/17/07 | No Case | - (S)<br>- (A)<br>$2,000.00 (P)<br>- (U)<br>$2,000.00 (T) | 07-11051 |
| COLFAX COUNTY<br>ATTN LYDIA M. GARCIA, TREASURER<br>P O BOX 98<br>RATON, NM 87740 | 2840 | 11/20/07 | No Case | Unspecified* | 07-11050 |

| | | | | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| CORDOVA, VERNA J<br>3779 W NEVADA PLACE<br>DENVER, CO 80219 | 3249 | 11/26/07 | No Case | - (S)<br>- (A)<br>$1,116.65 (P)<br>- (U)<br>$1,116.65 (T) | 07-11051 |
| CORNELL, SHANNON N.<br>5038 ETNA RD<br>WHITEHALL, OH 43213 | 1499 | 10/10/07 | No Case | - (S)<br>- (A)<br>$730.77 (P)<br>- (U)<br>$730.77 (T) | 07-11051 |
| COUNTY APPRAISAL SERVICES<br>ATTN KIM BOOKER, APPRAISER<br>19831 CARLISLE ROAD<br>APPLE VALLEY, CA 92307 | 7674 | 1/8/08 | No Case | - (S)<br>- (A)<br>$625.00 (P)<br>$450.00 (U)<br>$450.00 (T) | 07-11053 |
| CRAFT, BOBBI<br>27 RANDLE CT<br>SAUGERTIES, NY 12477 | 557 | 9/11/07 | No Case | - (S)<br>- (A)<br>$1,653.85 (P)<br>- (U)<br>$1,653.85 (T) | 07-11051 |
| CRAWFORD, GARY<br>9 SHERWOOD CRESCENT<br>DIX HILLS, NY 11746 | 10055 | 3/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | 07-11051 |
| D&R APPRAISALS, LLC<br>ATTN PATRICK J. REMMER<br>P.O. BOX 733<br>ROCKY MOUNT, MO 65072 | 5826 | 12/18/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | 07-11053 |
| DALTHORP, RACHEL<br>8540 W MAGNOLIA ST<br>TOLLESON, AZ 85353 | 139 | 8/29/07 | No Case | - (S)<br>- (A)<br>$4,480.00 (P)<br>- (U)<br>$4,480.00 (T) | 07-11051 |
| DEFIANCE COUNTY<br>P.O. BOX 278<br>DEFIANCE, OH 43512 | 5971 | 12/20/07 | No Case | Unspecified* | 07-11050 |
| DENNIS, DENNIS J.<br>12 WILDFLOWER TRAIL<br>ROBBINSVILLE, NJ 08691 | 6463 | 12/26/07 | No Case | - (S)<br>- (A)<br>$7,978.62 (P)<br>- (U)<br>$7,978.62 (T) | 07-11051 |

| | | | Objectionable Claims | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| DENNIS, DENNIS J. 12 WILDFLOWER TRAIL ROBBINSVILLE, NJ 08691 | 6454 | 12/26/07 | No Case | - (S) - (A) $1,631.84 (P) - (U) $1,631.84 (T) | 07-11051 |
| DIETRICH, MICHELLE 824 SUGAR VALLEY CT SAINT PETERS, MO 63376 | 2419 | 11/16/07 | No Case | - (S) - (A) $6,666.67 (P) - (U) $6,666.57 (T) | 07-11051 |
| DIKE, CHAKRA-ILIANA 431 MARINE LN WEST BABYLON, NY 11704 | 652 | 9/17/07 | No Case | - (S) - (A) $5,482.75 (P) - (U) $5,482.75 (T) | 07-11051 |
| DOHERTY, EILEEN 75 RICA VISTA NOVATO, CA 94947 | 1363 | 10/1/07 | No Case | - (S) - (A) $10,781.23 (P) $10,781.23 (U) $10,781.23 (T) | 07-11051 |
| E.E.C.O. ELECTRIC CORP. 35650 COUNTY ROAD 48 PECONIC, NY 11958 | 7738 | 1/8/08 | No Case | $97,549.69 (S) - (A) - (P) - (U) $97,549.69 (T) | 07-11051 |
| EGIX INC POB 2306 INDIANAPOLIS, IN 46206-2306 | 6463 | 12/27/07 | No Case | - (S) - (A) - (P) $12,000.00 (U) $12,000.00 (T) | 07-11051 |
| ELISH, CHRISTINA 77 DUFF RD PENN HILLS, PA 15235 | 1126 | 9/21/07 | No Case | - (S) - (A) $4,000.00 (P) - (U) $4,000.00 (T) | 07-11051 |
| ENNIS, WARREN J (JOE) 14665 RIVER OAKS DRIVE COLORADO SPRINGS, CO 80921 | 3169 | 11/23/07 | No Case | - (S) - (A) $1,616.85 (P) - (U) $1,616.85 (T) | 07-11051 |
| EQUINY FINANCIAL GROUP, INC. ATTN ANNABELLE COOPER, VICE PRESIDENT 9240 SW 72ND ST SUITE 100 MIAMI, FL 33173 | 2989 | 11/23/07 | No Case | $1,595.27 (S) - (A) - (P) - (U) $1,595.27 (T) | 07-11051 |

|  | Objectionable Claims | | New Case Number |
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| --- | --- | --- | --- | --- | --- |
| FALLON, DAVID M<br>63 LAKEVIEW DRIVE<br>HAMBURG, NJ 07419 | 10296 | 4/29/08 | No Case | $591.78 (S)<br>- (A)<br>- (P)<br>- (U)<br>$591.78 (T) | 07-11051 |
| FERGUS, CAROL<br>2381 CHRISTMAS TREE DR<br>CARSON CITY, NV 89703 | 2480 | 11/16/07 | No Case | - (S)<br>- (A)<br>$2,672.00 (P)<br>$2,672.00 (U)<br>$2,672.00 (T) | 07-11051 |
| FISHMAN, BRIAN<br>1698 FARTAGE PASS<br>DEERFIELD, IL 60015 | 1305 | 9/28/07 | No Case | $10,835.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$10,835.09 (T) | 07-11051 |
| FLORIAN, JENNIE<br>108 HAMPTON AVE<br>MASTIC, NY 11950 | 354 | 9/8/07 | No Case | - (S)<br>- (A)<br>$1,207.00 (P)<br>- (U)<br>$1,207.00 (T) | 07-11051 |
| FORSYTH COUNTY<br>ATTN DARLENE PIERCE<br>PO BOX 82<br>WINSTON-SALEM, NC 27102 | 4449 | 12/4/07 | No Case | $2,161.05 (S)<br>- (A)<br>$252.62 (P)<br>$356.12 (U)<br>$2,769.79 (T) | 07-11051 |
| FRANKITO, THOMAS<br>9785 JOHNNY CAKE RIDGE RD.<br>MENTOR, OH 44060 | 1534 | 10/12/07 | No Case | - (S)<br>- (A)<br>$4,696.10 (P)<br>- (U)<br>$4,696.10 (T) | 07-11051 |
| FRENZEL, ERIK<br>405 EASTLAKE AVE<br>MASSAPEQUA PARK, NY 11762 | 842 | 9/17/07 | No Case | - (S)<br>- (A)<br>$1,250.00 (P)<br>- (U)<br>$1,250.00 (T) | 07-11051 |
| FRENZEL, ERIK<br>405 EASTLAKE AVE<br>MASSAPEQUA PARK, NY 11762 | 843 | 9/17/07 | No Case | - (S)<br>- (A)<br>$1,105.77 (P)<br>- (U)<br>$1,105.77 (T) | 07-11051 |

|  |  | Objectionable Claims | | | New Case Number |
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
|---|---|---|---|---|---|
| GALLAGHER, BRIDGEN<br>4224 40TH ST NW<br>WASHINGTON, DC 20016 | 1363 | 10/2/07 | No Case | -(S)<br>-(A)<br>$8,760.85 (P)<br>-(U)<br>$8,760.85 (T) | 07-11051 |
| GAMBOA, JESUS A.<br>6933 PIONEERTOWN<br>YUCCA VALLEY, CA 92284-5300 | 8185 | 1/10/08 | No Case | -(S)<br>-(A)<br>$1,353.28 (P)<br>-(U)<br>$1,353.28 (T) | 07-11051 |
| GATES, ROBERT BRIAN<br>915 LINGALE ARCH<br>CHESAPEAKE, VA 23322 | 10212 | 4/14/08 | No Case | Unspecified* | 07-11051 |
| GELOSO, LISA M.<br>301 OAKLAND AVE<br>MILLER PLACE, NY 11764 | 563 | 9/12/07 | No Case | -(S)<br>-(A)<br>$20,979.15 (P)<br>-(U)<br>$20,979.15 (T) | 07-11051 |
| GREEN, RICHARD J (RICK)<br>2524 WALTERBORO HWY<br>VARNVILLE, SC 29944 | 2459 | 11/16/07 | No Case | $438.00 (P)<br>-(A)<br>$438.00 (U)<br>$438.00 (T) | 07-11051 |
| GREEN, VIRGINIA<br>9 RIDGE LANE<br>HACKETTSTOWN, NJ 07840 | 6883 | 1/2/08 | No Case | -(S)<br>-(A)<br>$315.49 (P)<br>-(U)<br>$315.49 (T) | 07-11051 |
| GRZAN, LORETTA<br>57 EARL RD<br>MELVILLE, NY 11747 | 660 | 9/12/07 | No Case | -(S)<br>-(A)<br>$6,115.39 (P)<br>-(U)<br>$6,115.39 (T) | 07-11051 |
| GUYTON, JAMES<br>220 PINE RIDGE LANE<br>MONTGOMERY, IL 60538 | 10211 | 4/14/08 | No Case | Unspecified* | 07-11051 |
| HACKBARTH, SCOTT<br>7444 LIMERICK AVE<br>DUBLIN, CA 94568 | 1561 | 10/15/07 | No Case | -(S)<br>-(A)<br>$5,425.00 (P)<br>-(U)<br>$5,425.00 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims | | | New Case Number |
| --- | --- | --- | --- | --- |
| | Claim Number | Date Filed | Case Number | Case Number |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Amounts | New Case Number |
| --- | --- | --- | --- | --- | --- |
| HANCOCK, MICHAEL G.<br>109 ESKER RD<br>HAMPTON, NH 03842 | 463 | 9/10/07 | No Case | - (S)<br>- (A)<br>$375.00 (P)<br>- (U)<br>$375.00 (T) | 07-11051 |
| HERMAN, COREY L<br>73 GREEN FIELD ST<br>MANCHESTER, PA 17345 | 778 | 9/14/07 | No Case | - (S)<br>- (A)<br>$2,483.70 (P)<br>- (U)<br>$2,483.70 (T) | 07-11051 |
| HERMAN, COREY L<br>73 GREEN FIELD ST<br>MANCHESTER, PA 17345 | 779 | 9/14/07 | No Case | - (S)<br>- (A)<br>$2,483.70 (P)<br>- (U)<br>$2,483.70 (T) | 07-11051 |
| HIRSCH, JULIE A.<br>109 2ND ST S # 436<br>KIRKLAND, WA 98033 | 1205 | 9/25/07 | No Case | - (S)<br>- (A)<br>$3,630.80 (P)<br>- (U)<br>$3,630.80 (T) | 07-11051 |
| HOPKINS, CARA<br>23901 TORERO CIRCLE<br>MISSION VIEJO, CA 92691 | 1430 | 10/5/07 | No Case | $1,105.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,105.24 (T) | 07-11051 |
| HUBER, STEFANIE<br>206 WOOD HALLOW DRIVE<br>MARLTON, NJ 08053 | 2941 | 11/21/07 | No Case | - (S)<br>- (A)<br>$1,670.00 (P)<br>- (U)<br>$1,670.00 (T) | 07-11051 |
| HUMPHREY, RONDA<br>1604 HOWARD PL<br>BALDWIN, NY 11510 | 907 | 9/17/07 | No Case | - (S)<br>- (A)<br>$4,687.49 (P)<br>- (U)<br>$4,687.49 (T) | 07-11051 |
| HUSTON, DOUGLAS<br>2733 RIVER ROAD<br>VIRGINIA BEACH, VA 23454 | 2196 | 11/15/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,099.12 (U)<br>$18,049.12 (T) | 07-11051 |
| HUSTON, DOUGLAS<br>2733 RIVER ROAD<br>VIRGINIA BEACH, VA 23454 | 2197 | 11/15/07 | No Case | - (S)<br>- (A)<br>$96,200.00 (P)<br>$96,200.00 (U)<br>$96,200.00 (T) | 07-11051 |

| | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| IMORTGAGE<br>ATTN AVP, ACCOUNTING, IMS<br>2570 BOYCE PLAZA RD<br>PITTSBURGH, PA 15227 | 2160 | 11/14/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$34,005.00 (U)<br>$34,005.00 (T) | 07-11051 |
| INNOCENT, JEAN<br>215 WORTMAN AVE.<br>APT # 7H<br>BROOKLYN, NY 11207 | 6406 | 12/26/07 | No Case | - (S)<br>- (A)<br>$1,526.54 (P)<br>- (U)<br>$1,526.54 (T) | 07-11051 |
| JACKSON ENERGY AUTHORITY<br>ATTN TED WELCH, CREDIT ANALYST<br>PO BOX 2288<br>JACKSON, TN 38302 | 2740 | 11/19/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$5,924.29 (U)<br>$5,924.29 (T) | 07-11051 |
| JANABAJAL, JAY & JOYCE<br>10820 SABRE HILL DRIVE # 185<br>SAN DIEGO, CA 92128 | 10178 | 4/3/08 | No Case | Unspecified* | 07-11051 |
| JANCO, RICHARD W.<br>2987 RIDGEWOOD CT<br>OREGON, IL 61061 | 10271 | 4/25/08 | No Case | Unspecified* | 07-11051 |
| JANNOTTA, AMELIA<br>512 KENSINGTON LN<br>BETHPAGE, NY 11714 | 476 | 9/10/07 | No Case | Unspecified* | 07-11051 |
| JANSEN, MILDRED A.<br>169 STERLING ST<br>PORT JEFFERSON STATION, NY 11776 | 1062 | 9/20/07 | No Case | - (S)<br>- (A)<br>$1,802.25 (P)<br>$1,802.25 (U)<br>$1,802.25 (T) | 07-11051 |
| JEFFERSON PARTNERS, LLC -<br>382 STRATHMORE RD<br>ROSEMONT, PA 19010 | 8236 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$337,263.00 (U)<br>$337,263.00 (T) | 07-11051 |
| JORGENSON, REED G.<br>1216 SKYLINE DR<br>WATERTOWN, SD 57201 | 10307 | 4/29/08 | No Case | $1,963.11 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,963.11 (T) | 07-11051 |
| KATZ, STEVEN J (STEVE)<br>1228 WOODRUFF AVENUE<br>DEERFIELD, IL 60015 | 4051 | 11/30/07 | No Case | - (S)<br>$10,950.00 (A)<br>$10,950.00 (P)<br>$4,390.00 (U)<br>$15,340.00 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number (Objectionable Claims) | Amounts | Case Number (New Case Number) |
|---|---|---|---|---|---|
| KITSOS, DEBRA<br>PO BOX 322<br>MASSAPEQUA, NY 11758-0322 | 1069 | 9/20/07 | No Case | - (S)<br>- (A)<br>$3,004.62 (P)<br>- (U)<br>$3,004.62 (T) | 07-11051 |
| KLOTZ, LORI<br>7724 EDISTO DR<br>NEW HAVEN, IN 46774 | 3299 | 11/26/07 | No Case | - (S)<br>- (A)<br>$936.00 (P)<br>- (U)<br>$936.00 (T) | 07-11051 |
| KOBIELSKY, PATRICK<br>PO BOX 530456<br>HENDERSON, NV 89053 | 1220 | 9/25/07 | No Case | - (S)<br>- (A)<br>$13,672.42 (P)<br>- (U)<br>$13,672.42 (T) | 07-11051 |
| KOHL, RICHARD P.<br>32 AUDLEY CIR<br>PLAINVIEW, NY 11803 | 465 | 9/10/07 | No Case | - (S)<br>- (A)<br>$6,701.54 (P)<br>- (U)<br>$6,701.54 (T) | 07-11051 |
| KOUMANTAKIS, GEORGE G<br>8 SOUTH EAGLE CIRCLE<br>AURORA, CO 80012 | 10209 | 4/14/08 | No Case | $20,133.69 (S)<br>- (A)<br>- (P)<br>- (U)<br>$20,133.69 (T) | 07-11051 |
| KRIEGER, DENISE<br>291 WILLIAM FLOYD PKWY<br>SHIRLEY, NY 11967 | 1583 | 10/15/07 | No Case | $21.40 (S)<br>- (A)<br>$64.75 (P)<br>- (U)<br>$1,385.85 (T) | 07-11051 |
| KUSSMANN, CHERYL<br>200 ARLINGTON HTS # 620<br>ARLINGTON HEIGHTS, IL 60004 | 1901 | 11/5/07 | No Case | - (S)<br>$1,548.46 (A)<br>$1,548.46 (P)<br>$1,548.46 (U)<br>$1,548.46 (T) | 07-11051 |
| LANCASTER TOWN<br>ATTN CHARITY BLANCHETTE, TAX COLLECTOR<br>25 MAIN ST<br>LANCASTER, NH 03584 | 10008 | 2/28/08 | No Case | $1,260.64 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,260.64 (T) | 07-11051 |
| LANDMARK APPRAISAL GROUP<br>ATTN SCOTT SIEGMANN, OWNER/APPRAISER<br>13020 DELMAR<br>LEAWOOD, KS 66209 | 4754 | 12/7/07 | No Case | Unspecified* | 07-11053 |

| | | Objectionable Claims | | New Case Number |
|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Case Number |
| LANE, SALLY M<br>1730 FREY LANE<br>MISSOULA, MT 59808 | 2451 | 11/16/07 | No Case | 07-11051 |
| | | | -(S)<br>- (A)<br>$1,985.00 (P)<br>$1,985.00 (U)<br>$1,985.00 (T) | |
| LEACOCK, REBECCA<br>9176 N SWAN CIR<br>BRENTWOOD, MO 631441164 | 1424 | 10/4/07 | No Case | 07-11051 |
| | | | -(S)<br>- (A)<br>$1,875.00 (P)<br>- (U)<br>$1,875.00 (T) | |
| LEAF, DIETRA<br>36A MELMORE GARDENS<br>EAST ORANGE, NJ 07017 | 161 | 8/30/07 | No Case | 07-11051 |
| | | | -(S)<br>- (A)<br>$1,384.32 (P)<br>- (U)<br>$1,384.32 (T) | |
| LEHMANN, DAVID<br>1100 LAKE MICHIGAN DR NW<br>GRAND RAPIDS, MI 49504 | 1049 | 9/20/07 | No Case | 07-11051 |
| | | | -(S)<br>- (A)<br>$1,961.53 (P)<br>- (U)<br>$1,961.53 (T) | |
| LERETSIS, MARY-MARGARET<br>16245 CATENARY DRIVE<br>WOODBRIDGE, VA 22191 | 10177 | 4/3/08 | No Case | 07-11051 |
| | | | Unspecified* | |
| LIVINGSTON COUNTY<br>ATTN: DIANE H. HARDY<br>200 E GRAND RIVER AVE<br>HOWELL, MI 48843 | 10376 | 4/29/08 | No Case | 07-11051 |
| | | | $985.69 (S)<br>- (A)<br>- (P)<br>- (U)<br>$985.69 (T) | |
| LOBO, EDISSA<br>91-18 108 STREET<br>RICHMOND HILL, NY 11418 | 5611 | 12/18/07 | No Case | 07-11051 |
| | | | $40,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$40,000.00 (T) | |
| LOPEZ, KIM<br>1624 BACCAROT COURT<br>SANFORD, FL 32771 | 1507 | 10/11/07 | No Case | 07-11051 |
| | | | -(S)<br>- (A)<br>$923.04 (P)<br>$1,076.88 (U)<br>$1,999.92 (T) | |
| LUCIA, LAURIE<br>27 SILLERO<br>RANCHO SANTA MARGARITA, CA 92688 | 929 | 9/17/07 | No Case | 07-11051 |
| | | | -(S)<br>- (A)<br>$6,900.00 (P)<br>- (U)<br>$6,900.00 (T) | |

| | | Objectionable Claims | | New Case Number |
|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Case Number |
| LUNCEFORD, SOPHIA<br>10715 E. SAHUARO DR.<br>SCOTTSDALE, AZ 85259 | 7571 | 1/7/08 | No Case | -(S)<br>-(A)<br>$4,221.00 (P)<br>-(U)<br>$4,221.00 (T) | 07-11051 |
| LUTTRULL, KIMBERLY F.<br>9740 AVIARY DR<br>SAN DIEGO, CA 92131 | 233 | 9/4/07 | No Case | -(S)<br>-(A)<br>$3,922.80 (P)<br>-(U)<br>$3,922.80 (T) | 07-11051 |
| MAGDALENO, ELIZABETH<br>403 HONEYSUCKLE<br>WAGONER, OK 74467 | 7709 | 1/8/08 | No Case | -(S)<br>-(A)<br>$9,846.00 (P)<br>$9,846.00 (U)<br>$9,846.00 (T) | 07-11051 |
| MARTIN, MAYLA L<br>206 MADISON ST<br>WARWICK, RI 02886 | 4440 | 12/4/07 | No Case | -(S)<br>-(A)<br>-(P)<br>$14,868.68 (U)<br>$14,868.68 (T) | 07-11051 |
| MATEEN, SUZANNE B.<br>2 SPRING OAK DR<br>GREENSBORO, NC 27410 | 406 | 9/7/07 | No Case | -(S)<br>-(A)<br>$3,467.52 (P)<br>-(U)<br>$3,467.52 (T) | 07-11051 |
| MCDONALD, KEVIN A.<br>2804 12TH ST SW<br>ALTOONA, IA 50009 | 10105 | 3/17/08 | No Case | -(S)<br>-(A)<br>-(P)<br>$67,412.04 (U)<br>$67,412.04 (T) | 07-11051 |
| MCGILL, WAYNE T.<br>8300 FAWN MEADOW AVENUE<br>LAS VEGAS, NV 89149 | 10096 | 3/13/08 | No Case | -(S)<br>-(A)<br>-(P)<br>$77,000.00 (U)<br>$77,000.00 (T) | 07-11051 |
| MCNEIL, COREY<br>20 ORCHARD STREET UNIT 109<br>BROOKFIELD, CT 06804 | 1138 | 9/21/07 | No Case | -(S)<br>-(A)<br>$1,223.10 (P)<br>-(U)<br>$1,223.10 (T) | 07-11051 |
| MCNUTT, CATHERINE A.<br>5610 MORSE AVE<br>JACKSONVILLE, FL 32244 | 1361 | 10/2/07 | No Case | Unspecified* | 07-11051 |

| | | Objectionable Claims | | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| MENNITI, JOHN C<br>503 CHERRY AVENUE<br>OREGON CITY, OR 97045 | 10026 | 3/7/08 | No Case | Unspecified* | 07-11051 |
| MODRELL, CRYSTAL J.<br>724 PILOT HOUSE DR<br>NEWPORT NEWS, VA 236061941 | 532 | 9/10/07 | No Case | -(S)<br>-(A)<br>$736.00 (P)<br>-(U)<br>$736.00 (T) | 07-11051 |
| MODRELL, TERRI J.<br>724 PILOT HOUSE DR<br>NEWPORT NEWS, VA 23606 | 347 | 9/6/07 | No Case | -(S)<br>-(A)<br>$1,492.50 (P)<br>-(U)<br>$1,492.50 (T) | 07-11051 |
| MONTOYA, SUSANA<br>4850-10 DORSEY HALL DR<br>ELLICOTT CITY, MD 21042 | 1080 | 9/19/07 | No Case | -(S)<br>-(A)<br>$1,182.00 (P)<br>-(U)<br>$1,182.00 (T) | 07-11051 |
| MONTOYA, SUSANA<br>4850-10 DORSEY HALL DR<br>ELLICOTT CITY, MD 21042 | 1081 | 9/19/07 | No Case | -(S)<br>-(A)<br>$87.38 (P)<br>-(U)<br>$87.38 (T) | 07-11051 |
| MOPA, ROSA M.<br>8021 LAKEPOINTE COURT<br>PLANTATION, FL 33322 | 1411 | 10/3/07 | No Case | Unspecified* | 07-11051 |
| MORGAN, DANIELLE<br>1510 POTTER BLVD<br>BAY SHORE, NY 11706 | 381 | 9/7/07 | No Case | -(S)<br>-(A)<br>$843.76 (P)<br>-(U)<br>$843.76 (T) | 07-11051 |
| MOSER, JASON L<br>PO BOX 2033<br>MESA, AZ 852142033 | 10124 | 3/21/08 | No Case | Unspecified* | 07-11051 |
| MULLIGAN, KATHLEEN M.<br>12262 GLANCY LANE<br>SPRING HILL, FL 34609 | 1407 | 10/3/07 | No Case | -(S)<br>-(A)<br>$1,608.76 (P)<br>-(U)<br>$1,608.76 (T) | 07-11051 |
| MWANJAJA, REBECCA<br>4 E TORLINA CT<br>BALTIMORE, MD 21207 | 845 | 9/17/07 | No Case | -(S)<br>-(A)<br>$552.00 (P)<br>-(U)<br>$552.00 (T) | 07-11051 |

| | | | Objectionable Claims | | New Case Number | |
|---|---|---|---|---|---|---|

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | | Case Number |
|---|---|---|---|---|---|---|
| NARROW, VERONICA<br>1118 S. RESEDA ST<br>ANAHEIM, CA 92806 | 711 | 9/13/07 | No Case | -(S)<br>-(A)<br>$18,153.60 (P)<br>-(U)<br>$18,153.60 (T) | | 07-11051 |
| NATALE, CAROLINE<br>325 S 5TH ST<br>LINDENHURST, NY 11757 | 388 | 9/7/07 | No Case | -(S)<br>-(A)<br>$1,471.00 (P)<br>-(U)<br>$1,471.00 (T) | | 07-11051 |
| NG, JACQUELINE<br>956 N BAY AVE<br>MASSAPEQUA, NY 11758 | 1177 | 9/24/07 | No Case | -(S)<br>-(A)<br>$1,744.74 (P)<br>-(U)<br>$1,744.74 (T) | | 07-11051 |
| NICHOLS, KEVIN<br>7034 WEST LARIAT LANE<br>PEORIA, AZ 85383 | 10202 | 4/11/08 | No Case | Unspecified* | | 07-11051 |
| NOSAL, MARK<br>701 BRIDGEWATER DR<br>BENTON, AR 72015 | 5638 | 12/28/07 | No Case | -(S)<br>-(A)<br>$10,000.00 (P)<br>-(U)<br>$10,000.00 (T) | | 07-11051 |
| NUMA, JEAN (GILBERT)<br>4502 NW MACEDO BLVD<br>PORT SAINT LUCIE, FL 34983 | 2182 | 11/15/07 | No Case | -(S)<br>-(A)<br>$1,932.00 (P)<br>-(U)<br>$1,932.00 (T) | | 07-11051 |
| OETINGER, WILLIAM D.<br>3128 DAVISVILLE RD<br>HATBORO, PA 19040 | 950 | 9/17/07 | No Case | -(S)<br>-(A)<br>$3,600.00 (P)<br>-(U)<br>$3,600.00 (T) | | 07-11051 |
| OLD TAPPAN BOROUGH<br>BOROUGH OF OLD TAPPAN<br>ATTN ALLEN M. BELL, ESQ.<br>277 OLD TAPPAN RD.<br>OLD TAPPAN, NJ 07675 | 5503 | 12/28/07 | No Case | -(S)<br>-(A)<br>$40,779.74 (P)<br>-(U)<br>$40,779.74 (T) | | 07-11051 |
| OWINGS, LARA J<br>2924 GALWAY LANE<br>CHESAPEAKE BEACH, MD 20732 | 10134 | 3/24/08 | No Case | $60,000.00 (S)<br>-(A)<br>-(P)<br>-(U)<br>$60,000.00 (T) | | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Unspecified* | New Case Number — Case Number |
|---|---|---|---|---|---|
| PANSBY, NEIL M. 7085 CANE LANE VALLEY SPRINGS, CA 95252 | 10125 | 3/21/08 | No Case | Unspecified* | 07-11051 |
| PARK PLACE APPRAISAL GROUP INC ATTN REGINA C. ROWS 243 S PARK PLACE DR BARTLETT, IL 60103 | 4485 | 12/4/07 | No Case | - (S) - (A) $1,375.00 (P) $6.00 (U) $1,381.00 (T) | 07-11063 |
| PELLICCI, ROBERT J. AND JENNIFER JR. 49 BELL WAY MONTICELLO, NY 12701 | 254 | 9/4/07 | No Case | - (S) - (A) $350.00 (P) - (U) $350.00 (T) | 07-11051 |
| PIERCE, DALE QUEST MORTGAGE 8921 VETERANS MEMORIAL PARKWAY O'FALLON, MO 63366 | 9991 | 2/22/08 | No Case | - (S) - (A) $9,500.00 (P) - (U) $9,500.00 (T) | 07-11051 |
| PINEDA, RICARDO 744 W 173RD PLACE GARDENA, CA 90247 | 1345 | 10/1/07 | No Case | - (S) - (A) $10,902.35 (P) - (U) $10,902.35 (T) | 07-11051 |
| PIPIA, RICHARD J. 15 MERIDEN PLACE MELVILLE, NY 11747 | 1649 | 10/18/07 | No Case | - (S) - (A) $1,846.16 (P) - (U) $1,846.16 (T) | 07-11051 |
| PITNEY BOWES CREDIT CORPORATION EVA MILANOWSKY, BANKRUPTCY ADMIN RECOVERY DEPARTMENT 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | 1516 | 10/4/07 | No Case | - (S) $216.50 (A) - (P) - (U) $216.50 (T) | 07-11051 |
| PITNEY BOWES CREDIT CORPORATION EVA MILANOWSKY, BANKRUPTCY ADMIN RECOVERY DEPARTMENT 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | 1528 | 10/5/07 | No Case | - (S) $539.55 (A) - (P) - (U) $539.55 (T) | 07-11051 |
| PLAGEMAN, SOONER 912 S 10TH AVE SIOUX FALLS, SD 57104-5217 | 1579 | 10/15/07 | No Case | - (S) - (A) $1,398.98 (P) - (U) $1,398.98 (T) | 07-11051 |

## Objectionable Claims — New Case Number

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | Case Number |
|---|---|---|---|---|---|
| PLUMAS COUNTY<br>ATTN SUSAN T. BRYANT-GRANT<br>P.O. BOX 176<br>QUINCY, CA 95971 | 4831 | 12/7/07 | No Case | $8,764.50 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,764.50 (T) | 07-11051 |
| POLADIAN, ANGELINE<br>3 WHITWORTH ST<br>LADERA RANCH, CA 92694 | 1185 | 9/24/07 | No Case | - (S)<br>- (A)<br>$6,728.00 (P)<br>- (U)<br>$6,728.00 (T) | 07-11051 |
| POTTS, SAMANTHA N.<br>1158 CASELTON CT<br>BEAUMONT, CA 92223 | 930 | 9/17/07 | No Case | Unspecified* | 07-11051 |
| PRANGER, KEITH<br>4276 GREENRIDGE WAY<br>NEW HAVEN, IN 46774 | 890 | 9/17/07 | No Case | - (S)<br>- (A)<br>$1,399.44 (P)<br>- (U)<br>$1,399.44 (T) | 07-11051 |
| PROPERTY SHOP & APPRAISALS, THE<br>ATTN FREDA C. CRAFT<br>P.O BOX 1662<br>PASCAGOULA, MS 39568 | 3368 | 11/26/07 | No Case | - (S)<br>- (A)<br>$400.00 (P)<br>$400.00 (U)<br>$400.00 (T) | 07-11051 |
| RAMIREZ, MONIQUE<br>11872 E CEDARVILLE ST<br>NORWALK, CA 90650 | 981 | 9/18/07 | No Case | - (S)<br>- (A)<br>$880.00 (P)<br>$432.93 (U)<br>$1,312.93 (T) | 07-11051 |
| RICOH BUSINESS SYSTEMS INC<br>ATTN DAVE KAUTZ, A/R BILLING & COLLECT.<br>STE M 1225 GREENBRIAR AVE<br>ADDISON, IL 60101 | 6513 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$18,857.51 (U)<br>$18,857.51 (T) | 07-11051 |
| RUBIO-MATOS, ZOILA<br>16778 NW 13 STREET<br>PEMBROKE PINES, FL 33028 | 1778 | 10/26/07 | No Case | - (S)<br>- (A)<br>$3,049.36 (P)<br>- (U)<br>$3,049.36 (T) | 07-11051 |
| RUTKIN, DAVID<br>31 WAYNE RD<br>MONROE, CT 06468 | 1359 | 10/1/07 | No Case | - (S)<br>- (A)<br>$16,875.00 (P)<br>- (U)<br>$16,875.00 (T) | 07-11051 |

|  |  | Objectionable Claims |  | New Case Number |
| --- | --- | --- | --- | --- |
| Name/Address of Claimant | Claim Number | Date Filed | Case Number |  | Case Number |
| RYMAN, SCOTT 3438 RIDGEVIEW DR EL DORADO HLS, CA 957624410 | 9119 | 1/11/08 | No Case | - (S) - (A) - (P) $15,805.00 (U) $15,808.00 (T) | 07-11061 |
| SANDERS, VANESSA 1300 N SHAFFER ST # 23 ORANGE, CA 92867 | 1201 | 9/24/07 | No Case | - (S) - (A) $816.00 (P) - (U) $816.00 (T) | 07-11051 |
| SCOGGINS, BRENT 185 C MONTCLAIR DR MT PLEASANT, SC 29464 | 10336 | 4/30/08 | No Case | - (S) - (A) - (P) $37,780.00 (U) $37,780.00 (T) | 07-11051 |
| SCOTTOLINE, LOUIS J. 333 LANCASTER AVE APT 612 FRAZER, PA 19355 | 1311 | 9/28/07 | No Case | - (S) - (A) $859.90 (P) - (U) $859.90 (T) | 07-11061 |
| SEO, JEONG JA 6379-D SMITHY SQUARE GLEN BURNIE, MD 21060 | 10146 | 3/27/08 | No Case | - (S) - (A) - (P) $32,000.00 (U) $32,000.00 (T) | 07-11051 |
| SEUS, SHERYL 4508 GARDEN CLUB ST HIGH POINT, NC 27265 | 7479 | 1/7/08 | No Case | - (S) - (A) $473.00 (P) - (U) $473.00 (T) | 07-11051 |
| SHINKEWICZ, DEBRA PO BOX 171 CALVERTON, NY 11933-0171 | 1350 | 10/1/07 | No Case | - (S) - (A) $10,950.00 (P) $1,488.47 (U) $12,438.47 (T) | 07-11051 |
| SHOPPES AT FLIGHT DECK TED STAMBOLITIS, PRESIDENT 139 OLD CHAPIN ROAD, TOWER P.O. BOX 807 LEXINGTON, SC 29071 | 8569 | 1/3/08 | No Case | - (S) - (A) $2,425.00 (P) $95,575.00 (U) $98,000.00 (T) | 07-11051 |
| SHORE, JEFFREY 2265 BOTANICA CIRCLE WEST MELBOURNE, FL 32904 | 5462 | 12/14/07 | No Case | - (S) - (A) $4,767.95 (P) - (U) $4,767.95 (T) | 07-11051 |

| | | Objectionable Claims | | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| SHRIVER, PAULA J.<br>344 BROOKSIDE BLVD<br>PITTSBURGH, PA 15241 | 465 | 9/10/07 | No Case | - (S)<br>- (A)<br>$3,764.64 (P)<br>$3,764.64 (U)<br>$3,764.64 (T) | 07-11051 |
| SILL, STEPHANIE<br>24291 PHILEMON<br>DANA POINT, CA 92629 | 694 | 9/13/07 | No Case | - (S)<br>- (A)<br>$6,300.00 (P)<br>- (U)<br>$6,300.00 (T) | 07-11051 |
| SMITH, CAROLYN M.<br>101 GROVE ST<br>PLAINVILLE, MA 02762 | 2701 | 11/19/07 | No Case | - (S)<br>- (A)<br>$14,051.32 (P)<br>- (U)<br>$14,051.32 (T) | 07-11051 |
| SMITH, LAUREN<br>6545 YELLOWSTONE BLVD<br>APT 5D<br>FOREST HILLS, NY 11375 | 1412 | 10/3/07 | No Case | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | 07-11051 |
| SOMERMAN-JOHNSTON, MELISSA<br>32226 FALL RIVER RD<br>TRABUCO CANYON, CA 92679 | 759 | 8/14/07 | No Case | - (S)<br>- (A)<br>$10,297.80 (P)<br>- (U)<br>$10,297.80 (T) | 07-11051 |
| SPAGNA, MICHAEL<br>25 NASSAU AVE<br>FREEPORT, NY 11520 | 480 | 9/10/07 | No Case | - (S)<br>- (A)<br>$1,076.77 (P)<br>$1,076.77 (U)<br>$1,076.77 (T) | 07-11051 |
| SPRAGUE, SUSAN L<br>1717 NO. BAYSHORE DR # 3844<br>MIAMI, FL 33132 | 886 | 9/17/07 | No Case | - (S)<br>- (A)<br>$3,778.85 (P)<br>- (U)<br>$3,778.85 (T) | 07-11051 |
| STAFFORD, PAMELA<br>10320 BLUFF VALLEY COURT<br>LAS VEGAS, NV 89178 | 1775 | 10/25/07 | No Case | - (S)<br>- (A)<br>$1,295.60 (P)<br>- (U)<br>$1,295.60 (T) | 07-11051 |
| STAMPS, MARK E.<br>224 SIDNEY STREET<br>BECKLEY, WV 25801 | 10145 | 3/26/08 | No Case | Unspecified* | 07-11051 |

| | | Objectionable Claims | | New Case Number |
|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Case Number |
| STERLING, DANIEL P. 5523 COLONY RD GRAND BLANC, MI 48439 | 174 | 8/29/07 | No Case | (S) - (A) - (P) - $21,450.00 (U) $21,450.00 (T) | 07-11051 |
| SUMMERS, MATTHEW 208 TIMBERFIELD TRAIL CHINA GROVE, NC 28023 | 10050 | 3/10/08 | No Case | (S) - (A) - (P) - $38,000.00 (U) $38,000.00 (T) | 07-11051 |
| SUROWIEC, MICHAEL S 116 RALPH AVE S PLAINFIELD, NJ 070802814 | 5835 | 12/31/07 | No Case | (S) - (A) - $38,750.00 (P) - (U) $38,750.00 (T) | 07-11051 |
| TALX CORPORATION 11432 LACKLAND ST. LOUIS, MO 63146 | 8922 | 1/3/08 | No Case | (S) - (A) - (P) - $216,746.00 (U) $216,746.00 (T) | 07-11051 |
| TEITELBAU, JOEL 1723 CODY DRIVE SILVER SPRING, MD 20902 | 10217 | 4/16/08 | No Case | (S) - (A) - (P) - $24,000.00 (U) $24,000.00 (T) | 07-11051 |
| THOMAS, AMY R. 304 BARCROFT DR YORKTOWN, VA 23692 | 456 | 8/10/07 | No Case | (S) - (A) - $3,830.40 (P) - (U) $3,830.40 (T) | 07-11051 |
| THOMAS, ELLEN M. 2 JOHN F KENNEDY DR NORTON, MA 02766 | 2507 | 11/19/07 | No Case | (S) - (A) - $16,695.00 (P) - (U) $16,695.00 (T) | 07-11051 |
| THORNTON, PATRICIA M. 137-32 LAURELTON PARKWAY ROSEDALE, NY 11422 | 1391 | 10/1/07 | No Case | (S) - (A) - $2,015.62 (P) - (U) $2,015.62 (T) | 07-11051 |
| THRASHER, GARY A. 10492 EAST ONEIL ROAD HEREFORD, AZ 85615 | 10135 | 3/24/08 | No Case | Unspecified* | 07-11051 |

| | | | — Objectionable Claims — | | — New Case Number — |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| TURNER, KRISTEN<br>10356 BABY BUD<br>LAS VEGAS, NV 89183 | 1449 | 10/5/07 | No Case | -(S)<br>-(A)<br>$969.23 (P)<br>$969.23 (U)<br>$969.23 (T) | 07-11051 |
| VALENTINE, ANDREW<br>9 GLENN DR<br>WOODBURY, NY 11797 | 947 | 9/17/07 | No Case | -(S)<br>-(A)<br>$18,061.56 (P)<br>-(U)<br>$18,061.56 (T) | 07-11051 |
| VALENTINE, ANDREW<br>9 GLENN DR<br>WOODBURY, NY 11797 | 1415 | 10/4/07 | No Case | -(S)<br>-(A)<br>$10,950.00 (P)<br>$31,850.38 (U)<br>$42,800.38 (T) | 07-11051 |
| VALERIUS, LARRY D.<br>1769 OAKWOOD AVE<br>DEKALB, IL 60115 | 494 | 9/10/07 | No Case | -(S)<br>-(A)<br>$1,200.00 (P)<br>-(U)<br>$1,200.00 (T) | 07-11051 |
| VENADAS, ROSE B.<br>1204 MIRA VALLEY ST<br>CORONA, CA 92879 | 2510 | 11/19/07 | No Case | -(S)<br>-(A)<br>$769.20 (P)<br>-(U)<br>$769.20 (T) | 07-11051 |
| VISNAPUM, TIMOTHY J.<br># 6 LAKE VIEW COURT<br>FERGUSON, MO 63135 | 1374 | 10/2/07 | No Case | -(S)<br>-(A)<br>$1,399.23 (P)<br>-(U)<br>$1,399.23 (T) | 07-11051 |
| VISNAPUM, TIMOTHY J.<br># 6 LAKE VIEW COURT<br>FERGUSON, MO 63135 | 2958 | 11/21/07 | No Case | -(S)<br>-(A)<br>$1,399.23 (P)<br>-(U)<br>$1,399.23 (T) | 07-11051 |
| VON BEHREN, JENNIFER<br>304 E ALMOND AVE # 10<br>ORANGE, CA 92866 | 2954 | 11/21/07 | No Case | -(S)<br>-(A)<br>$691.20 (P)<br>-(U)<br>$691.20 (T) | 07-11051 |
| WAKE COUNTY TAX COLLECTOR<br>421 FAYETTEVILLE STREET MALL STE 200<br>RALEIGH, NC 27601-1450 | 10151 | 3/27/08 | No Case | $820.60 (S)<br>$2,037.76 (A)<br>$858.75 (U)<br>$3,717.11 (T) | 07-11051 |

|  | | Objectionable Claims | | | New Case Number |
| Name/Address of Claimant | Claims Number | Date Filed | Case Number | | Case Number |
| --- | --- | --- | --- | --- | --- |
| WALTERS, DANA<br>8535 PARADISE VALLEY RD # 3<br>SPRING VALLEY, CA 91977 | 1195 | 9/24/07 | No Case | -(S)<br>-(A)<br>$2,749.50 (P)<br>-(U)<br>$2,749.50 (T) | 07-11051 |
| WESSMAN, DANIEL<br>1646 GRACE DR<br>BIG LAKE, MN 55309 | 945 | 9/17/07 | No Case | -(S)<br>-(A)<br>$12,000.00 (P)<br>-(U)<br>$12,000.00 (T) | 07-11051 |
| WETZEL, DANIEL P.<br>776 YALE AVE<br>SAINT LOUIS, MO 63130 | 733 | 9/13/07 | No Case | -(S)<br>-(A)<br>$10,950.00 (P)<br>$22,679.86 (U)<br>$33,629.86 (T) | 07-11051 |
| WHEELER, PETER M<br>7335 BROOKVIEW, UNIT 303<br>ELKRIDGE, MD 21075 | 10063 | 3/12/08 | No Case | $4,000.00 (S)<br>-(A)<br>-(P)<br>-(U)<br>$4,000.00 (T) | 07-11051 |
| WELGUS, KATHLEEN<br>548 N 5TH AVE<br>DES PLAINES, IL 60016 | 722 | 9/13/07 | No Case | -(S)<br>-(A)<br>$1,650.00 (P)<br>$1,660.00 (U)<br>$1,660.00 (T) | 07-11051 |
| WELGUS, KATHLEEN<br>548 N 5TH AVE<br>DES PLAINES, IL 60016 | 935 | 9/17/07 | No Case | -(S)<br>-(A)<br>$508.75 (P)<br>$508.75 (U)<br>$508.75 (T) | 07-11051 |
| WILKINSON, FAITH<br>8775 CELESTE RD<br>SARALAND, AL 36571 | 8026 | 1/9/08 | No Case | -(S)<br>-(A)<br>$12,000.00 (P)<br>-(U)<br>$12,000.00 (T) | 07-11051 |
| WILKINSON, FAITH C<br>8775 CELESTE RD<br>SARALAND, AL 36571 | 8025 | 1/9/08 | No Case | $1,529.37 (S)<br>-(A)<br>-(P)<br>-(U)<br>$1,529.37 (T) | 07-11051 |

——— Objectionable Claims ———                                    New Case Number ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
|---|---|---|---|---|---|
| WILLIAMS, ROBIN<br>13695 DEER HILL PL<br>MORENO VALLEY, CA 92553 | 657 | 9/12/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$457.90 (U)<br>$11,437.90 (T) | 07-11051 |
| WILLIAMS, SHARON M.<br>3805 MARY AVENUE<br>BALTIMORE, MD 21206 | 962 | 9/18/07 | No Case | - (S)<br>- (A)<br>$991.32 (P)<br>- (U)<br>$991.32 (T) | 07-11051 |
| WYRICK, RICHARD<br>6220 RUSSWOOD DR<br>PLEASANT GDN, NC 273139536 | 10302 | 4/28/08 | No Case | Unspecified* | 07-11051 |
| **Totals:** | **191 Claims** | | | **$290,965.05 (S)**<br>**$756.05 (A)**<br>**$701,902.38 (P)**<br>**$2,056,095.86 (U)**<br>**$2,988,778.16 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.