# EXHIBIT C

## Exhibit C
### No Documentation Claims

| Name/Address of Claimant | Objectionable Claims ||||Total Amount Claimed |
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | |
| DESCHUTES COUNTY TAX COLLECTOR<br>DAVID LILLEY, CHIEF TAX DEPUTY<br>1300 NW WALL ST STE 200<br>BEND, OR 97701 | 9891 | 2/4/08 | 07-11051 | $242.80 (S)<br>- (A)<br>- (P)<br>- (U)<br>$242.80 (T) |
| DIPIETRO, ANTHONY<br>18 PLEASANT PLACE<br>TUCKAHOE, NY 10707 | 10175 | 4/3/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) |
| HEILPERN, PATRICIA D<br>1575 EAST PARKWAY AVENUE<br>SALT LAKE CITY, UT 84106 | 10051 | 3/14/08 | No Case | Unspecified* |
| RICCIO, THERESA M<br>39 ARBOR ROAD<br>SYOSSET, NY 11791 | 10348 | 4/30/08 | No Case | Unspecified* |
| WHITMAN TOWN<br>ATTN MARY BETH CARTER, TOWN COLLECTOR<br>BOX 459<br>WHITMAN, MA 02382 | 3911 | 11/30/07 | No Case | Unspecified* |
| YVONNE MUKASE<br>3509 LUPINE COURT<br>HYATTSVILLE, MD 20784 | 10292 | 4/28/08 | No Case | $413,750.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$413,750.00 (T) |
| Totals: | 6 Claims | | | $413,992.80 (S)<br>- (A)<br>- (P)<br>$1,000,000.00 (U)<br>$1,413,992.80 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.