# EXHIBIT D

Exhibit D

Late Filed Claims

| | | Objectionable Claims | | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
| 21 WATERWAY HOLDING, LLC<br>C/O SAROFIM REALTY ADVISORS<br>ATTN: KIM NELSON<br>8115 PRESTON ROAD, SUITE 400<br>DALLAS, TX 75225 | 10162 | 3/31/08 | 07-11051 | $139,415.64 (S)<br>- (A)<br>- (P)<br>- (U)<br>$139,415.64 (T) | Jan 11, 2008 |
| ABACOA TOWN CNTR 1 COMMERCIAL<br>ATTN: RICARDO REYES, ESQ.<br>1155 MAIN ST<br>JUPITER, FL 33458 | 10262 | 4/21/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$119,341.32 (U)<br>$119,341.32 (T) | Jan 11, 2008 |
| ALAMANCE COUNTY TAX COLLECTOR<br>CLYDE B ALBRIGHT ATTNY TAX DEPT<br>124 W ELM STREET<br>GRAHAM, NC 27253 | 10550 | 9/19/08 | 07-11047 | $6,947.00 (S)<br>- (A)<br>$43.44 (P)<br>- (U)<br>$43.44 (T) | Feb 4, 2008 |
| AMERICAN HOME MORTGAGE<br>CUANE A. GOETTEMOELLER, ASST PROSECUTOR<br>P.O. BOX 987<br>SIDNEY, OH 45365-0987 | 10515 | 9/15/08 | 07-11047 | - (S)<br>- (A)<br>$901.62 (P)<br>$901.62 (U)<br>$901.62 (T) | Feb 4, 2008 |
| ARAPAHOE COUNTY<br>ATTN: GEORGE ROSENBERG, ASST CNTY ATTY<br>5334 S. PRINCE ST.<br>LITTLETON, CO 80166 | 10392 | 5/9/08 | 07-11047 | - (S)<br>- (A)<br>$2,309.40 (P)<br>- (U)<br>$2,309.40 (T) | Feb 4, 2008 |
| ARAPAHOE COUNTY<br>TREASURER<br>5334 S. PRINCE ST.<br>LITTLETON, CO 80166 | 10561 | 10/14/08 | 07-11047 | $3,804.73 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,804.73 (T) | Feb 4, 2008 |
| ARAPAHOE COUNTY<br>5334 S PRINCE STREET<br>LITTLETON, CO 80166 | 10562 | 10/14/08 | 07-11047 | $2,329.04 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,329.04 (T) | Feb 4, 2008 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| AROTO, NUNCIO AND MICHELLE<br>853 N. 17TH ST.<br>SAN JOSE, CA 95112 | 10583 | 11/26/08 | 07-11047 | $25,110.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$25,110.00 (T) | Jan 11, 2008 |
| AURORA LOAN SERVICES LLC<br>10350 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 10409 | 5/28/08 | 07-11047 | $244,999.99 (S)<br>- (A)<br>- (P)<br>- (U)<br>$244,999.99 (T) | Jan 11, 2008 |
| AURORA LOAN SERVICES LLC<br>10350 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 10566 | 5/28/08 | 07-11047 | $244,999.99 (S)<br>- (A)<br>- (P)<br>- (U)<br>$244,999.99 (T) | Jan 11, 2008 |
| BENTON CO. TAX COLLETOR<br>215 E CENTRAL, ROOM 101<br>BENTONVILLE, AR 72712 | 10425 | 6/27/08 | 07-11051 | - (S)<br>- (A)<br>$1,711.38 (P)<br>- (U)<br>$1,711.38 (T) | Feb 4, 2008 |
| BITSEFF, TONIE L.<br>363 MARIN AVENUE<br>MILL VALLEY, CA 94941 | 10344 | 4/30/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$430,000.00 (U)<br>$430,000.00 (T) | Jan 11, 2008 |
| BOULDER COUNTY TREASURER<br>BOB HULLINGHORST<br>P.O. BOX 471<br>BOULDER, CO 80306 | 10446 | 8/11/08 | 07-11047 | $1,166.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,166.88 (T) | Feb 4, 2008 |
| CHATHAM COUNTY TAX COMMISSIONER<br>P.O. BOX 8321<br>SAVANNAH, GA 31412 | 10424 | 6/24/08 | 07-11051 | - (S)<br>- (A)<br>$187.83 (P)<br>- (U)<br>$187.83 (T) | Feb 4, 2008 |
| CITY OF KNOXVILLE<br>DOUGLAS GORDON, ATTORNEY AT LAW<br>PO BOX 2084<br>KNOXVILLE, TN 37901 | 10413 | 6/4/08 | 07-11047 | $452.73 (S)<br>- (A)<br>- (P)<br>- (U)<br>$452.73 (T) | Feb 4, 2008 |
| CITY OF MT PLEASANT<br>401 N MAIN<br>MOUNT PLEASANT, MI 48858 | 10429 | 7/8/08 | 07-11047 | $462.45 (S)<br>- (A)<br>- (P)<br>- (U)<br>$462.45 (T) | Feb 4, 2008 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| CLEVELAND COUNTY TREASURER<br>201 S JONES SUITE 100<br>NORMAN, OK 73069 | 10442 | 7/21/08 | 07-11047 | $1,204.97 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,204.97 (T) | Feb 4, 2008 |
| CLEVELAND COUNTY TREASURER<br>201 S JONES SUITE 100<br>NORMAN, OK 73069 | 10443 | 7/21/08 | 07-11047 | $104.33 (S)<br>- (A)<br>- (P)<br>- (U)<br>$104.33 (T) | Feb 4, 2008 |
| LUND, ROBERT W.<br>3 CHERRY DRIVE E<br>PLAINVIEW, NY 11803 | 10222 | 4/17/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$361,378.00 (U)<br>$361,378.00 (T) | Jan 11, 2008 |
| MCWATERS, ZACHARY J.<br>6390 RANCHO MISSION ROAD # 215<br>SAN DIEGO, CA 92108 | 10223 | 4/17/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$234,399.00 (U)<br>$234,399.00 (T) | Jan 11, 2008 |
| MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION<br>ATTN: BRENDA T. CARTER<br>PO BOX 22808<br>JACKSON, MS 39225-2808 | 10437 | 7/14/08 | 07-11051 | - (S)<br>- (A)<br>$588.87 (P)<br>$19.26 (U)<br>$608.13 (T) | Feb 4, 2008 |
| MJB APPRAISAL GROUP<br>7119 E SHEA BLVD # 109-154<br>SCOTTSDALE, AZ 85254 | 9916 | 2/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$11,000.00 (U)<br>$11,000.00 (T) | Jan 11, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | 10584 | 11/21/08 | 07-11047 | Unspecified* | Feb 4, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | 10585 | 11/21/08 | 07-11047 | Unspecified* | Feb 4, 2008 |
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | 10586 | 11/21/08 | 07-11047 | Unspecified* | Feb 4, 2008 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Bar Date |
|---|---|---|---|---|---|---|
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | 10587 | 11/21/08 | 07-11047 | $108.17<br>-<br>-<br>-<br>$108.17 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Feb 4, 2008 |
| PHOENIX SAVINGS BANK PACIFIC<br>3500 188TH ST SW STE 575<br>ATTN JEFFREY SMOOT, ATTORNEY<br>LYNNWOOD, WA 980374763 | 9856 | 1/30/08 | No Case | -<br>-<br>$12,313.41<br>$330,654.87<br>$342,968.28 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Jan 11, 2008 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 9993 | 2/25/08 | 07-11047 | -<br>-<br>-<br>$319,915.53<br>$319,915.53 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Jan 11, 2008 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN.<br>RECOVERY DEPT.<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 10033 | 3/3/08 | 07-11047 | -<br>-<br>-<br>$126,299.21<br>$126,299.21 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Jan 11, 2008 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 10264 | 4/21/08 | 07-11051 | -<br>-<br>-<br>$1,292,360.94<br>$1,292,360.94 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Jan 11, 2008 |
| SHELBY COUNTY TREASURER<br>ATTN: DUANE A. GOETTEMOELLER,<br>ASST. PROSECUTOR<br>P.O. BOX 987<br>SIDNEY, OH 45365-0987 | 10558 | 9/26/08 | 07-11047 | -<br>-<br>$901.62<br>$901.62<br>$901.62 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Feb 4, 2008 |
| ST. JOHNS COUNTY TAX COLLECTOR<br>DENNIS W. HOLLINGSWORTH<br>P.O. BOX 9001<br>SAINT AUGUSTINE, FL 32085-9001 | 10589 | 11/25/08 | 07-11051 | $176.47<br>-<br>-<br>-<br>$176.47 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Feb 4, 2008 |
| THOMAS, SAMUEL N.<br>3405 CLOUDNINE COURT<br>CHESAPEAKE, VA 23323 | 10248 | 4/21/08 | 07-11047 | $209,000.00<br>-<br>-<br>-<br>$209,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Jan 11, 2008 |
| UNIFIED TREASURY (WYANDOTTE)<br>710 N. 7TH ST<br>KANSAS CITY, KS 66101 | 10555 | 9/29/08 | No Case | -<br>-<br>$187.32<br>-<br>$187.32 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Feb 4, 2008 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| WESSEL, PAUL S.<br>811 TOWNER PLACE<br>LOUISVILLE, KY 40223 | 9593 | 1/14/08 | No Case | $23,804.67 (S)<br>- (A)<br>$63,390.01 (P)<br>$75,122.76 (U)<br>$162,317.41 (T) | Jan 11, 2008 |
| WINDHAM REVENUE DEPARTMENT<br>PO BOX 195<br>WILLIMANTIC, CT 06226 | 10494 | 9/3/08 | 07-11047 | $1,405.46 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,405.46 (T) | Feb 4, 2008 |
| ZYLSTRA, JERRY J<br>247 GOLD PAN WAY<br>DAYTON, NV 89403 | 10132 | 3/24/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$330,000.00 (U)<br>$330,000.00 (T) | Jan 11, 2008 |
| Totals: | 37 Claims | | | $905,492.52 (S)<br>- (A)<br>$82,534.90 (P)<br>$3,632,294.13 (U)<br>$4,611,571.28 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.