# EXHIBIT A

# Exhibit A

## No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7928 | 1/9/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | Claimant and Debtors have come to an agreement that no amounts are owed by this Debtor |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7930 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | Claimant and Debtors have come to an agreement that no amounts are owed by this Debtor |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7931 | 1/9/08 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | Claimant and Debtors have come to an agreement that no amounts are owed by this Debtor |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7932 | 1/9/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | Claimant and Debtors have come to an agreement that no amounts are owed by this Debtor |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7933 | 1/9/08 | 07-11054 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | Claimant and Debtors have come to an agreement that no amounts are owed by this Debtor |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7935 | 1/9/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$185,776,989.27 (U)<br>$185,776,989.27 (T) | Claimant and Debtors have come to an agreement that no amounts are owed by this Debtor |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMIN-BARBARA CAMPBELL, PRES.<br>GSR MORTGAGE LOAN TRUST 2007<br>1761 EAST ST. ANDREW PLACE<br>SANTA ANA, CA 92705 | 9225 | 1/11/08 | 07-11053 | Unspecified* | Debtors have determined claimant's claim is not valid against this debtor. Similar claims exist against other debtors |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| JONES, HERMAN B.<br>1325 SHORES BLVD.<br>ROCKWALL, TX 75087 | 8761 | 1/11/08 | 07-11050 | $423,000.00<br>$423,000.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claim is for amounts loaned by the Debtors to the claimant. Debtors books and records indicate that no amounts are owed to the claimant. |
| KOENIG, SARAH / SCHRIER, BENJAMIN/JOSHUA AND LISE<br>C/O STEPHEN H. FINKELSTEIN, ESQ.<br>276 FIFTH AVENUE, SUITE 604<br>NEW YORK, NY 10001-4509 | 10140 | 3/24/08 | 07-11051 | $436,625.00<br>$436,625.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Debtor and claimant have come to a mutually agreed upon settlement |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 1931 | 11/1/07 | 07-11049 | $36,000.00<br>$36,000.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Debtors' books, records and filed returns indicate no amounts are due |
| SEAHORN, SAMUEL<br>5039 MADELYN LANE<br>HOUSTON, TX 77021 | 10298 | 4/28/08 | No Case | $118,636.50<br>$118,636.50 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claim is duplicative of claim 10297 filed by the same claimant. |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 10574 | 11/25/08 | 07-11054 | $3,819,269.48<br>$3,819,269.48 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claim arises out of a contract with "American Home Mortgage." Claim does not assert any liability against the listed Debtor. |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 10575 | 11/25/08 | 07-11053 | $3,819,269.48<br>$3,819,269.48 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claim arises out of a contract with "American Home Mortgage." Claim does not assert any liability against the listed Debtor. |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 10576 | 11/25/08 | 07-11052 | $3,819,269.48<br>$3,819,269.48 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claim arises out of a contract with "American Home Mortgage." Claim does not assert any liability against the listed Debtor. |

―――― Objectionable Claims ――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | 14 Claims | | | - (S)<br>- (A)<br>$36,000.00 (P)<br>$1,127,098,005.56 (U)<br>$1,127,134,005.56 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The Item "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.