# EXHIBIT B

# Exhibit B

## Multiple Debtor Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AGENT FOR WELLS FARGO-ATTN SCOTT LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | 8058 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$272,368.38 (U)<br>$272,368.38 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (8059). |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AS AGENT FOR NATIONAL PENN BANK ATTN SCOTT K. LEVINE / PLATZER SWERGOLD 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | 8061 | 1/10/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$4,969.51 (U)<br>$4,969.51 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (8062). |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AS AGENT FOR NATIONAL PENN BANK ATTN SCOTT K LEVINE / PALTZER SWERGOLD 1065 AVENUE OF THE AMERICAS, 18TH FLOR NEW YORK, NY 10018 | 8063 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,969.51 (U)<br>$4,969.51 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (8062). |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. C/O PLATZER SWERGOLD KARLIN LEVINE ET AL ATTN SCOTT K LEVINE, ESQ 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | 8065 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,305,949.98 (U)<br>$1,305,949.98 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (8066). |
| THACHER PROFFITT & WOOD LLP JONATHAN D. FORSTOT TWO WORLD FINANCIAL CENTER NEW YORK, NY 10281 | 1865 | 11/1/07 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$883,420.73 (U)<br>$883,420.73 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (1868, filed against American Home Mortgage Investment Corp.). |
| THACHER PROFFITT & WOOD LLP JONATHAN D. FORSTOT TWO WORLD FINANCIAL CENTER NEW YORK, NY 10281 | 1866 | 11/1/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$883,420.73 (U)<br>$883,420.73 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (1868, filed against American Home Mortgage Investment Corp.). |
| THACHER PROFFITT & WOOD LLP JONATHAN D. FORSTOT TWO WORLD FINANCIAL CENTER NEW YORK, NY 10281 | 1867 | 11/1/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$883,420.73 (U)<br>$883,420.73 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records the claim listed as Objectionable was asserted against the wrong Debtor. The Debtors do not object at this time to the claimant's surviving claim (1868, filed against American Home Mortgage Investment Corp.). |

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 7 Claims | | - (S)<br>- (A)<br>- (P)<br>$4,238,519.57 (U)<br>$4,238,519.57 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.