# EXHIBIT C

DB02:7712994.3

066585.1001

# Exhibit C

## Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Modified Amount | | Comments |
|---|---|---|---|---|---|---|---|---|
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7927 | 1/9/08 | 07-11048 | $185,776,989.27<br>$185,776,989.27 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | $37,852,554.00<br>$37,852,554.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claimants and debtors are in agreement that the appropriate amount of claimant's claim is $37,852,554.00. |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>55 EAST 52ND STREET, 2ND FLOOR<br>NEW YORK, NY 10055 | 7929 | 1/9/08 | 07-11050 | $185,776,989.27<br>$185,776,989.27 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | $37,852,554.00<br>$37,852,554.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claimants and debtors are in agreement that the appropriate amount of claimant's claim is $37,852,554.00. |
| CHASE PAYMENTECH SOLUTIONS, LLC<br>C/O CLAY M TAYLOR<br>201 MAIN ST STE 2500<br>FORT WORTH, TX 76102 | 1099 | 9/17/07 | 07-11047 | $79,000.00<br>$621,000.00<br>$700,000.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | $29,411.90<br>$29,411.90 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claimant and the debtors have come to an agreement on the modified amount |
| FORSYTHE APPRAISALS LLC<br>ATTN PRESIDENT<br>222 LITTLE CANADA ROAD<br>SAINT PAUL, MN 55117 | 2178 | 11/14/07 | 07-11053 | $55,900.00<br>$55,900.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | $47,125.00<br>$47,125.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Modified to match debtors' books and records |
| KIRK, GLORIA VS. AMERICAN HOME MTG CORP.<br>2:06-CV02603 ATTN: W STEPHEN GARDNER,<br>MULLINS GARDNER PLC<br>P.O. BOX 41893<br>MEMPHIS, TN 38174 | 7020 | 1/4/08 | 07-11051 | $1,394,558.02<br>$1,394,558.02 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | $65,182.82<br>$65,182.82 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Claim is for damages resulting from the termination of an employment contract. Under section 502(b)(7) of the Bankruptcy Code, claimant is entitled to a claim for one year of compensation pursuant to the terms of her contract. |
| PEARSON & ASSOCIATES, INC.<br>ATTN MICHAEL PEARSON, PRESIDENT<br>350 W KENSINGTON # 110<br>MOUNT PROSPECT, IL 60056 | 53 | 8/23/07 | 07-11053 | $31,135.00<br>$31,135.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | $30,935.00<br>$30,935.00 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Modified to match debtors' books and records |
| STATE OF MISSOURI<br>DEPARTMENT OF REVENUE<br>ATTN YOLANDA PENDILTON<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 9849 | 1/29/08 | 07-11051 | $73,294.87<br>$109,648.09<br>$182,942.96 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | $55.05<br>$34.04<br>$89.09 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | Debtors' books, records and filed returns indicate no amounts are due |

―――― Objectionable Claims ――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | | 7 Claims | | $79,000.00 (S)<br>$73,294.87 (A)<br>$109,648.09 (P)<br>$373,656,571.56 (U)<br>$373,918,514.52 (T) | - (S)<br>$55.05 (A)<br>$34.04 (P)<br>$75,877,762.72 (U)<br>$75,877,851.81 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.