# EXHIBIT D

## Exhibit D

### Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Reclassified Amount | | Comments |
|---|---|---|---|---|---|---|---|---|
| RA 520 BROADHOLLOW ROAD LLC<br>C/O REXCORP REALTY LLC<br>625 REXCORP PLAZA<br>UNIONDALE, NY 11556 | 9238 | 1/11/08 | 07-11051 | $1,361,077.54 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | $133,200.00<br>-<br>-<br>$1,227,877.54<br>$1,361,077.54 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Modified to match Debtors' books for amount claimant holds as security deposit |
| Totals: | 1 Claim | | | $1,361,077.54<br>$1,361,077.54 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | $133,200.00<br>-<br>-<br>$1,227,877.54<br>$1,361,077.54 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.