# EXHIBIT E

**Exhibit E**

**Insufficient Documentation Claims**

| Name/Address of Claimant | Objectionable Claims ||||  |
|---|---|---|---|---|---|
|  | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| POWELL, STEVEN & DEL MENARD, KIMBERLY<br>LAW OFFICE OF RICHARDS S. MILLER, ESQ.<br>1500 S. MAIN STREET, SUITE 230<br>WALNUT CREEK, CA 94596 | 9257 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Claim has insufficient documentation for the debtors to determine the extent to which they are liable |
| VAN OEVEREN, BARBARA M.<br>PO BOX 305<br>FALL CITY, WA 98024 | 10365 | 4/30/08 | No Case | Unspecified* | Claim has insufficient documentation for the debtors to determine the extent to which they are liable |
| Totals: |  | 2 Claims |  | - (S)<br>- (A)<br>- (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) |  |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.