# EXHIBIT F

# Exhibit F

## Construction Loan Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| KOTHARY, MANISH<br>444 WASHINGTON BLVD<br>STE 6238<br>JERSEY CITY, NJ 07310 | 9051 | 1/11/08 | No Case | -<br>-<br>-<br>$2,866,841.00<br>$2,866,841.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | AHM issued a construction loan to the claimant. Claimant has (i) failed to allege facts sufficient to show that the Debtors breached the construction loan, (ii) failed to provide documentation sufficient to support the damages alleged, and/or (iii) failed to show that the Debtors' alleged breach was the proximate cause of the alleged damages. Moreover, to the extent that the Debtors are liable at all, the amount of their liability is offset by the amount owed to them by the claimant under the construction loan. |
| ZEA, ALISON A.<br>C/O RICK S MILLER, ESQ<br>FERRY JOSEPH & PEARCE, P.A.<br>PO BOX 1351<br>WILMINGTON, DE 19899 | 10327 | 4/30/08 | 07-11051 | -<br>-<br>-<br>$5,570,000.00<br>$5,570,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | AHM issued a construction loan to the claimant. Claimant has (i) failed to allege facts sufficient to show that the Debtors breached the construction loan, (ii) failed to provide documentation sufficient to support the damages alleged, and/or (iii) failed to show that the Debtors' alleged breach was the proximate cause of the alleged damages. Moreover, to the extent that the Debtors are liable at all, the amount of their liability is offset by the amount owed to them by the claimant under the construction loan. |
| ZEA, ALISON A.<br>C/O RICK S MILLER, ESQ<br>FERRY JOSEPH & PEARCE, P.A.<br>PO BOX 1351<br>WILMINGTON, DE 19899 | 10328 | 4/30/08 | 07-11051 | -<br>-<br>-<br>$192,312.00<br>$192,312.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | AHM issued a construction loan to the claimant. Claimant has (i) failed to allege facts sufficient to show that the Debtors breached the construction loan, (ii) failed to provide documentation sufficient to support the damages alleged, and/or (iii) failed to show that the Debtors' alleged breach was the proximate cause of the alleged damages. Moreover, to the extent that the Debtors are liable at all, the amount of their liability is offset by the amount owed to them by the claimant under the construction loan. |

**Totals:** 3 Claims

- (S)
- (A)
- (P)
- $8,629,153.00 (U)
- $8,629,153.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.