# EXHIBIT B

416453.1



## Gilbert Oshinsky LLP

1100 New York Ave, NW
Suite 700
Washington, DC 20005
O 202.772.2200
F 202.772.3333
gotofirm.com

James L. Patton, Esq.
Counsel, American Home Mortgage Holdings, Inc.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

January 30, 2009
Client Number:   1241
Invoice Number:   11304543
Tax Id: 52-2283869

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc. October 22, 2008 through October 31, 2008

Re:  The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc.

| Matter No. | Matter | Fees | Expenses | Total |
|---|---|---|---|---|
| 1241-0001 | Disclosure Statement/Plan of Reorganization | $8,829.00 | $0.00 | $8,829.00 |
| 1241-0003 | Retention | $5,685.00 | $0.00 | $5,685.00 |
| 1241-0005 | Non-Working Travel | $0.00 | $256.92 | $256.92 |
| | **TOTAL FEES** | | | **$14,514.00** |
| | **TOTAL EXPENSES** | | | **$256.92** |
| | **TOTAL FEES AND EXPENSES** | | | **$14,770.92** |
| | **TOTAL AMOUNT DUE** | | | **$14,770.92** |

James L. Patton, Esq.  
Counsel, American Home Mortgage Holdings, Inc.  
Young Conaway Stargatt & Taylor LLP  
1000 West Street, 17th Floor  
Wilmington, DE 19899  

Invoice Number: 11304543  
Invoice Date: January 30, 2009  

REMITTANCE COPY

TOTAL AMOUNT DUE ON RECEIPT

PLEASE RETURN WITH REMITTANCE TO:  
Financial Services  
Gilbert Oshinsky LLP  
1100 New York Avenue, NW  
Suite 700  
Washington, DC 20005  

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc. October 22, 2008 through October 31, 2008

| | |
|---|---:|
| TOTAL FEES | $14,514.00 |
| TOTAL EXPENSES | $256.92 |
| TOTAL FEES & EXPENSES | $14,770.92 |
| TOTAL AMOUNT DUE | $14,770.92 |

James L. Patton, Esq.  
Counsel, American Home Mortgage Holdings, Inc.  
Young Conaway Stargatt & Taylor LLP  
1000 West Street, 17th Floor  
Wilmington, DE 19899

Invoice Number: 11304543  
Invoice Date: January 30, 2009

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc. October 22, 2008 through October 31, 2008

## DISCLOSURE STATEMENT/PLAN OF REORGANIZATION

| DATE | NAME | TIME | SERVICES | AMOUNT |
|---|---|---|---|---|
| 10/24/08 | Weisbrod, S. | 0.70 | 0.70 Confer with T. Macauley re strategy (.3); correspond with L. Singer re same (.2); correspond with J. Patton re meeting with debtors (.2). | 367.50 |
| 10/28/08 | Winstead, H. | 0.70 | 0.70 Confer with P. Rush re disclosure statement strategy (.4); confer with D. LaMacchia re same (.3). | 252.00 |
| 10/28/08 | Weisbrod, S. | 5.80 | 5.80 Prepare for meeting with Debtors' counsel (2.0); meet with T. Macauley re same (.8); meet with Debtors' counsel (2.7); correspond with M. Faux re claims bar date (.1); correspond with K. Cahoon re litigation post bankruptcy (.2). | 3,045.00 |
| 10/29/08 | Winstead, H. | 1.40 | 1.40 Conference call with Committee re disclosure statement objections and litigation strategy (1.1); confer with S. Weisbrod re same (.3). | 504.00 |
| 10/29/08 | Weisbrod, S. | 2.80 | 2.80 Prepare for and participate in call with Committee (2.5); confer with H. Winstead re same (.3). | 1,470.00 |
| 10/30/08 | Winstead, H. | 0.90 | 0.90 Review P. Rush materials re improper lending practices. | 324.00 |
| 10/30/08 | Weisbrod, S. | 1.60 | 1.60 Telephone conference with M. Faux re bar date issue (.3); review plan issues (1.0); confer with A. Hopkins re research (.3). | 840.00 |
| 10/31/08 | Kahler, C. | 3.00 | 3.00 Research adversary proceeding and related securities lawsuit against American Home Mortgage (1.0); review and organize case-related materials (.5); review court docket for certain filings (1.5). | 480.00 |
| 10/31/08 | Winstead, H. | 2.40 | 2.40 Analyze insurance coverage available to pay borrowers (2.1); confer with S. Weisbrod re strategy (.3). | 864.00 |

The Official Committee of Borrowers
Page 2

| DATE | NAME | TIME | SERVICES | AMOUNT |
|---|---|---|---|---|
| 10/31/08 | Weisbrod, S. | 1.30 | | 682.50 |
| | | 1.30 | Confer with H. Winstead re strategy (.3); review financial information from Debtors (1.0). | |

**TOTAL CHARGEABLE HOURS** 20.60

**FEES** $8,829.00

**SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Weisbrod, S. | 12.20 | 525.00 | 6,405.00 |
| Winstead, H. | 5.40 | 360.00 | 1,944.00 |
| Kahler, C. | 3.00 | 160.00 | 480.00 |
| Totals | 20.60 | | $8,829.00 |

**TOTAL FEES AND EXPENSES** ............................................................... $8,829.00

The Official Committee of Borrowers
Page    3

## RETENTION

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|------|------|------|------|----------|--------|
| 10/22/08 | Winstead, H. | 7.00 | | | 2,520.00 |
| | | | 7.00 | Prepare for and attend status conference re appointment of Borrowers' Committee and retention issues. | |
| 10/22/08 | Weisbrod, S. | 5.50 | | | 2,887.50 |
| | | | 5.50 | Correspond with T. Macauley re scope of work and preparation for hearing (2.0); attend hearing (2.0); correspond with C. Litherland re scope of work (.2); correspond with T. Macauley re preparation for meeting with Committee (.3); telephone call with Borrowers' Committee (1.0). | |
| 10/23/08 | Weisbrod, S. | 0.30 | | | 157.50 |
| | | | 0.30 | Review draft order and comment on same. | |
| 10/30/08 | Winstead, H. | 0.30 | | | 120.00 |
| | | | 0.30 | Telephone conference with T. Macauley re retention application. | |

| | | |
|---|---|---|
| **TOTAL CHARGEABLE HOURS** | | 13.10 |
| **FEES** | | $5,685.00 |

**SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Weisbrod, S. | 5.80 | 525.00 | 3,045.00 |
| Winstead, H. | 7.30 | 361.64 | 2,640.00 |
| Totals | 13.10 | | $5,685.00 |

**TOTAL FEES AND EXPENSES** ............................................................... $5,685.00

The Official Committee of Borrowers
Page    4

## NON-WORKING TRAVEL

### EXPENSE DETAIL

| DATE | DESCRIPTION | NARRATIVE | AMOUNT |
|---|---|---|---|
| 10/07/08 | Travel - Meals | Travel - Meals – S. Weisbrod - Wilmington DE - To Attend Bankruptcy Hearing - 10.7-8.08 | $24.92 |
| 10/07/08 | Travel - Train fare | Travel - Train fare – S. Weisbrod - Wilmington DE - To Attend Bankruptcy Hearing - 10.7-8.08 | $222.00 |
| 10/07/08 | Travel - Taxi fare | Travel - Taxi fare – S. Weisbrod - Wilmington DE - To Attend Bankruptcy Hearing - 10.7-8.08 | $10.00 |

### EXPENSE SUMMARY

| | |
|---|---|
| Travel – Meals | 24.92 |
| Travel - Train fare | 222.00 |
| Travel - Taxi fare | 10.00 |
| Totals | $256.92 |

**TOTAL FEES AND EXPENSES** ............................................................. **$256.92**