## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>AMERICAN HOME MORTGAGE )<br>HOLDINGS, INC., a Delaware corporation, )<br>et al., )<br>)<br>Debtors. )<br>_____ ) | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered<br><br>**Hearing Date: (Negative Notice)**<br>**Objections Due: 3/9/09 @ 4:00 p.m.** |

### NOTICE OF APPLICATION

To: The Notice Parties Pursuant to the Administrative Order

Gilbert Oshinsky LLP served its Second Monthly Application for Allowance of Fees and Reimbursement of Expenses as Co-Counsel to the Official Committee of Borrowers for the Period November 1, 2008 Through November 30, 2008 (the "Application"), which seeks fee compensation in the amount of $44,991.50 and expenses in the amount of $555.90.

Responses to the Application, if any, must be filed with the United States Bankruptcy Court, 824 N. Market Street, Wilmington, DE 19801, and served on undersigned counsel so it is received no later than 4:00 p.m. on March 9, 2009.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS PURSUANT TO SECTIONS 105(A) AND 331 OF THE BANKRUPTCY CODE ENTERED ON SEPTEMBER 4, 2007 (DOCKET NO. 547), IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED FEES AND 100% OF REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT. ONLY IF AN OBJECTION IS

2127506.1

PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE A HEARING WILL BE HELD ON THE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

Dated: Wilmington, Delaware
       February 17, 2009

                                                Thomas G. Macauley (ID No. 3411)
                                                Virginia W. Guldi (ID No. 2792)
                                                Zuckerman Spaeder LLP
                                                919 Market Street, Suite 990
                                                P.O. Box 1028
                                                Wilmington, DE 19899
                                                (302) 427-0400

                                                Counsel to Borrowers Committee

2127506.1