# EXHIBIT B



**Gilbert Oshinsky** LLP

1100 New York Ave, NW
Suite 700
Washington, DC 20005
O 202.772.2200
F 202.772.3333
gotofirm.com

James L. Patton, Esq.
Counsel, American Home Mortgage Holdings, Inc.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

January 30, 2009
Client Number:  1241
Invoice Number:  11304546
Tax Id: 52-2283869

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc. November 1, 2008 through November 30, 2008

Re:  The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc.

| Matter No. | Matter | Fees | Expenses | Total |
|---|---|---|---|---|
| 1241-0001 | Disclosure Statement/Plan of Reorganization | $41,568.50 | $0.00 | $41,568.50 |
| 1241-0003 | Retention | $2,583.00 | $0.00 | $2,583.00 |
| 1241-0005 | Non-Working Travel (Billed @ 50%) | $840.00 | $555.90 | $1,395.90 |
| | **TOTAL FEES** | | | **$44,991.50** |
| | **TOTAL EXPENSES** | | | **$555.90** |
| | **TOTAL FEES AND EXPENSES** | | | **$45,547.40** |
| | **TOTAL AMOUNT DUE** | | | **$45,547.40** |

James L. Patton, Esq.
Counsel, American Home Mortgage Holdings, Inc.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

Invoice Number: 11304546
Invoice Date: January 30, 2009

## REMITTANCE COPY

### TOTAL AMOUNT DUE ON RECEIPT

**PLEASE RETURN WITH REMITTANCE TO:**
Financial Services
Gilbert Oshinsky LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc. November 1, 2008 through November 30, 2008

| | |
|---|---:|
| **TOTAL FEES** ............................................................................................. | $44,991.50 |
| **TOTAL EXPENSES** ................................................................................... | $555.90 |
| **TOTAL FEES & EXPENSES** ..................................................................... | $45,547.40 |
| **TOTAL AMOUNT DUE** ............................................................................... | $45,547.40 |

James L. Patton, Esq.
Counsel, American Home Mortgage Holdings, Inc.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

Invoice Number:  11304546
Invoice Date:    January 30, 2009

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc. November 1, 2008 through November 30, 2008

**DISCLOSURE STATEMENT/PLAN OF REORGANIZATION**

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|---|---|---|---|---|---|
| 11/02/08 | Weisbrod, S. | 1.30 | | | 682.50 |
| | | | 1.00 | Research consumer claims. | |
| | | | 0.20 | Correspond with R. Andrews re plan objections and possible need for experts. | |
| | | | 0.10 | Correspond with K. Kahoon re injunction issue. | |
| 11/03/08 | Winstead, H. | 2.30 | | | 828.00 |
| | | | 2.30 | Review insurance policies and loan information provided by Debtor. | |
| 11/03/08 | Weisbrod, S. | 0.40 | | | 210.00 |
| | | | 0.40 | Review correspondence re information requests to Debtors. | |
| 11/04/08 | Winstead, H. | 0.10 | | | 36.00 |
| | | | 0.10 | Correspond with T. Macauley re disclosure statement strategy. | |
| 11/06/08 | Hopkins, A. | 3.20 | | | 880.00 |
| | | | 3.20 | Review and summarize allegations in securities litigation against AHM potentially relevant to borrower claims and plan objections. | |
| 11/06/08 | Winstead, H. | 0.80 | | | 288.00 |
| | | | 0.80 | Confer with S. Weisbrod re plan strategy. | |
| 11/06/08 | Weisbrod, S. | 1.60 | | | 840.00 |
| | | | 0.20 | Correspond with L. Singer re strategy. | |
| | | | 0.80 | Confer with H. Winstead re plan strategy. | |
| | | | 0.60 | Confer with A. Hopkins re research. | |
| 11/07/08 | Winstead, H. | 1.20 | | | 432.00 |
| | | | 1.20 | Confer with L. Singer, T. Macauley and S. Weisbrod re disclosure statement objection (.5); review documents re same (.7). | |
| 11/07/08 | Weisbrod, S. | 0.80 | | | 420.00 |
| | | | 0.80 | Telephone conference with L. Singer, T. Macauley and H. Winstead re information requests (.5); draft letter to S. Beach re same (.3). | |
| 11/10/08 | Winstead, H. | 5.70 | | | 2,052.00 |
| | | | 1.00 | Participate in call with Borrowers' Committee. | |
| | | | 0.70 | Revise letter to S. Beach re outstanding information requests. | |
| | | | 3.60 | Review materials provided by P. Rush and S. Beach re insurance and claims against third parties. | |

The Official Committee of Borrowers
Page    2

| DATE | NAME | TIME | SERVICES | AMOUNT |
|---|---|---|---|---|
| | | 0.40 | Confer with S. Weisbrod and T. Macauley re disclosure statement strategy. | |
| 11/10/08 | Weisbrod, S. | 3.00 | | 1,575.00 |
| | | 0.50 | Telephone conference with L. Singer and T. Macauley re plan strategy. | |
| | | 1.50 | Participate in call with Committee. | |
| | | 1.00 | Draft letter to S. Beach re information request. | |
| 11/11/08 | Winstead, H. | 4.20 | | 1,512.00 |
| | | 0.80 | Revise letter to S. Beach re outstanding information requests. | |
| | | 3.40 | Review additional material provided by P. Rush re third-party claims and analyze disclosure statement objections. | |
| 11/11/08 | Weisbrod, S. | 2.70 | | 1,417.50 |
| | | 1.00 | Revise letter to S. Beach in light of comments received from T. Macauley and H. Winstead. | |
| | | 0.40 | Review confidentiality agreement. | |
| | | 0.80 | Research mortgage insurance issues. | |
| | | 0.50 | Correspond with C. Litherland re bar date issue and plan structure. | |
| 11/12/08 | Winstead, H. | 0.50 | | 180.00 |
| | | 0.50 | Confer with S. Weisbrod re upcoming meeting with Committee and strategy. | |
| 11/12/08 | Weisbrod, S. | 2.10 | | 1,102.50 |
| | | 0.60 | Review correspondence from K. Kahoon re injunction issue. | |
| | | 1.00 | Research structure of bankruptcy plans addressing tort claims other than asbestos claims. | |
| | | 0.50 | Confer with H. Winstead re strategy and upcoming meeting with Committee. | |
| 11/13/08 | Weisbrod, S. | 3.30 | | 1,732.50 |
| | | 0.30 | Telephone conference with K. Kahoon re litigation injunctions and post bankruptcy litigation of claims. | |
| | | 0.40 | Review mortgage insurance document. | |
| | | 0.30 | Correspond with T. Macauley re strategy. | |
| | | 2.00 | Prepare for meeting with Committee. | |
| | | 0.30 | Confer with H. Winstead. | |
| 11/14/08 | LeChevallier, G. | 6.40 | | 1,760.00 |
| | | 6.40 | Review hospital bankruptcy plans and disclosure statements and summarize structures used to address disputed claims by patients. | |
| 11/14/08 | Winstead, H. | 7.50 | | 2,700.00 |
| | | 7.50 | Confer with S. Weisbrod and T. Macauley in preparation for meeting with Unsecured Creditors' Committee (.5); prepare for and meet with S. Weisbrod, T. Macauley, M. Indelicato and D. Berliner re revisions to disclosure statement (6.0); confer with T. Macauley and S. Weisbrod re next steps (1.0). | |
| 11/14/08 | Weisbrod, S. | 5.10 | | 2,677.50 |
| | | 0.10 | Correspond with I. Rheingold re possible meeting. | |

The Official Committee of Borrowers
Page    3

| DATE | NAME | TIME | SERVICES | AMOUNT |
|---|---|---|---|---|
| | | 0.50 | Review correspondence from Debtor's counsel. | |
| | | 1.00 | Confer with H. Winstead and T. Macauley re next steps. | |
| | | 0.50 | Confer with T. Macauley and H. Winstead in preparation for meeting with Unsecured Creditors' Committee counsel. | |
| | | 2.50 | Confer with counsel for Unsecured Creditors' Committee. | |
| | | 0.50 | Confer with G. LeChevallier re plan structure research. | |
| 11/16/08 | Weisbrod, S. | 1.00 | | 525.00 |
| | | 1.00 | Revise draft of by-laws. | |
| 11/17/08 | LeChevallier, G. | 0.40 | | 110.00 |
| | | 0.40 | Confer with H. Winstead and S. Weisbrod re AHM documents. | |
| 11/17/08 | Winstead, H. | 2.50 | | 900.00 |
| | | 1.40 | Review insurance policies and other documents provided by Debtors. | |
| | | 0.40 | Confer with D. La Macchia re disclosure statement and plan objections. | |
| | | 0.40 | Revise letter to S. Beach re outstanding information requests. | |
| | | 0.30 | Confer with S. Weisbrod, G. LeChevallier, and A. Hopkins re insurance assets of estate and borrower claims. | |
| 11/17/08 | Weisbrod, S. | 1.40 | | 735.00 |
| | | 1.00 | Review Debtors' responses to information requests (.6); confer with team re same (.4). | |
| | | 0.10 | Correspond with E. Halperin and I. Rheingold. | |
| | | 0.30 | Continue to revise draft of by-laws. | |
| 11/18/08 | Hopkins, A. | 6.70 | | 1,842.50 |
| | | 4.40 | Review AHM policies and draft coverage summary. | |
| | | 0.50 | Meet with S. Weisbrod re AHM insurance coverage. | |
| | | 1.80 | Meet with G. LeChevallier re AHM insurance policies. | |
| 11/18/08 | Kahler, C. | 0.30 | | 48.00 |
| | | 0.30 | Confer with G. LeChevallier re preparing database for American Home Mortgage documents. | |
| 11/18/08 | LeChevallier, G. | 3.70 | | 1,017.50 |
| | | 3.70 | Review AHM documents and policies (1.9); confer with A. Hopkins re same (1.8). | |
| 11/18/08 | Winstead, H. | 2.10 | | 756.00 |
| | | 0.80 | Review and revise by-laws. | |
| | | 1.30 | Prepare for and participate in call with Borrowers' Committee. | |
| 11/18/08 | Weisbrod, S. | 2.40 | | 1,260.00 |
| | | 0.40 | Telephone conference with E. Halperin and I. Rheingold re strategy. | |
| | | 2.00 | Prepare for and participate in call with Committee (2.0); confer with A. Hopkins re insurance coverage issues (.5). | |
| 11/19/08 | Hopkins, A. | 9.70 | | 2,667.50 |
| | | 7.00 | Review and summarize AHM insurance coverage. | |

The Official Committee of Borrowers
Page    4

| DATE | NAME | TIME | SERVICES | AMOUNT |
|---|---|---|---|---|
| | | 2.20 | Continue to review AHM documents. | |
| | | 0.20 | Meet with G. LeChevallier re AHM insurance coverage. | |
| | | 0.20 | Meet with C. Kahler re AHM documents. | |
| | | 0.10 | Communicate with S. Weisbrod re AHM insurance coverage. | |
| 11/19/08 | Kahler, C. | 0.90 | | 144.00 |
| | | 0.40 | Review and prepare American Home Mortgage correspondence for inclusion in database. | |
| | | 0.50 | Review and organize documents attached to information requests (.5); confer with A. Hopkins re same (.2). | |
| 11/19/08 | Weisbrod, S. | 0.50 | | 262.50 |
| | | 0.50 | Telephone conference with L. Singer and T. Macauley re disclosure statement objection and plan objections. | |
| 11/20/08 | Hopkins, A. | 3.40 | | 935.00 |
| | | 3.40 | Review AHM training manual documents. | |
| 11/20/08 | Winstead, H. | 1.10 | | 396.00 |
| | | 0.40 | Review disclosure statement objection. | |
| | | 0.30 | Review analysis of insurance assets. | |
| | | 0.40 | Confer with D. DeMarco re Committee representation. | |
| 11/20/08 | Weisbrod, S. | 2.20 | | 1,155.00 |
| | | 0.80 | Review and comment on T. Macauley's draft disclosure statement objection. | |
| | | 1.40 | Review and comment on revised disclosure statement objection. | |
| 11/21/08 | Weisbrod, S. | 0.50 | | 262.50 |
| | | 0.40 | Telephone conference with T. Macauley re strategy. | |
| | | 0.10 | Telephone conference with S. Beach re negotiations concerning disclosure statement objections. | |
| 11/23/08 | Hopkins, A. | 2.20 | | 605.00 |
| | | 2.20 | Review AHM training documents. | |
| 11/23/08 | Winstead, H. | 0.30 | | 108.00 |
| | | 0.30 | Telephone conference with T. Macauley and S. Weisbrod re disclosure statement hearing. | |
| 11/23/08 | Weisbrod, S. | 1.40 | | 735.00 |
| | | 1.00 | Telephone conference with Debtors' counsel re possible revisions to disclosure statement. | |
| | | 0.40 | Telephone conference with T. Macauley and S. Weisbrod re disclosure statement issues. | |
| 11/24/08 | Winstead, H. | 3.80 | | 1,368.00 |
| | | 0.40 | Draft template for disclosure of insurance information. | |
| | | 0.30 | Confer with P. Rush re plan objections. | |
| | | 3.10 | Review revised plan and disclosure statement. | |
| 11/24/08 | Weisbrod, S. | 1.80 | | 945.00 |
| | | 0.60 | Correspond with T. Macauley re disclosure statement objections. | |
| | | 1.20 | Prepare for disclosure statement hearing. | |

The Official Committee of Borrowers
Page 5

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|---|---|---|---|---|---|
| 11/25/08 | Weisbrod, S. | 4.20 | | | 2,205.00 |
| | | | 1.50 | Attend disclosure statement hearing. | |
| | | | 1.00 | Confer with T. Macauley re plan objections and strategy. | |
| | | | 0.20 | Confer with H. Winstead re strategy. | |
| | | | 1.50 | Confer with T. Macauley P. Rush, R. Brady and S. Beach re resolution of Borrowers' Committee's disclosure statement objections. | |
| 11/26/08 | Hopkins, A. | 1.60 | | | 440.00 |
| | | | 0.30 | Confer with H. Winstead and G. LeChevallier re case progress. | |
| | | | 0.20 | Meet with G. LeChevallier re AHM documents. | |
| | | | 1.10 | Continue to review AHM documents. | |
| 11/26/08 | LeChevallier, G. | 0.30 | | | 82.50 |
| | | | 0.30 | Confer with H. Winstead and A. Hopkins re document review. | |
| 11/26/08 | Winstead, H. | 0.30 | | | 108.00 |
| | | | 0.30 | Confer with G. LeChevallier and A. Hopkins re insurance analysis. | |
| 11/26/08 | Weisbrod, S. | 0.50 | | | 262.50 |
| | | | 0.50 | Confer with H. Winstead, C. Litherland and T. Macauley re communications from P. Rush. | |
| 11/30/08 | Weisbrod, S. | 0.70 | | | 367.50 |
| | | | 0.70 | Correspond with T. Macauley re points to discuss with Borrowers' Committee. | |

**TOTAL CHARGEABLE HOURS**                                                                                           108.10
**FEES**                                                                                                             $41,620.50

**SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Weisbrod, S. | 36.90 | 525.00 | 19,372.50 |
| Winstead, H. | 32.40 | 360.00 | 11,664.00 |
| Hopkins, A. | 26.80 | 275.00 | 7,370.00 |
| LeChevallier, G. | 10.80 | 275.00 | 2,970.00 |
| Kahler, C. | 1.20 | 160.00 | 192.00 |
| Totals | 108.10 | | $41,568.50 |

**TOTAL FEES AND EXPENSES** ..................................................................  $41,568.50

The Official Committee of Borrowers
Page    6

**RETENTION**

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|---|---|---|---|---|---|
| 11/07/08 | Weisbrod, S. | 0.10 | | | 52.50 |
| | | | 0.10 | Correspond with B. Orr, C. Litherland and A. Matteis re affidavit in support of motion for retention. | |
| 11/11/08 | Winstead, H. | 1.20 | | | 432.00 |
| | | | 1.20 | Draft verification for employment retention. | |
| 11/17/08 | Weisbrod, S. | 1.20 | | | 630.00 |
| | | | 1.20 | Revise declaration in support of retention; correspond with H. Winstead re same. | |
| 11/18/08 | Winstead, H. | 0.50 | | | 180.00 |
| | | | 0.50 | Revise retention application declaration. | |
| 11/18/08 | Weisbrod, S. | 0.20 | | | 105.00 |
| | | | 0.20 | Confer with T. Macauley re retention application. | |
| 11/20/08 | Weisbrod, S. | 0.50 | | | 262.50 |
| | | | 0.50 | Revise retention application. | |
| 11/21/08 | Winstead, H. | 1.10 | | | 396.00 |
| | | | 0.50 | Analyze potential conflicts in representing Borrowers' Committee and confer with P. Holland re same. | |
| | | | 0.60 | Revise verified statement in support of retention. | |
| 11/21/08 | Weisbrod, S. | 1.00 | | | 525.00 |
| | | | 0.50 | Review and revise draft declaration in support of retention. | |
| | | | 0.50 | Correspond with H. Winstead re draft declaration in support of retention. | |

**TOTAL CHARGEABLE HOURS**                                                                                              5.80
**FEES**                                                                                                                              $2,583.00

**SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Weisbrod, S. | 3.00 | 525.00 | 1,575.00 |
| Winstead, H. | 2.80 | 360.00 | 1,008.00 |
| Totals | 5.80 | | $2,583.00 |

**TOTAL FEES AND EXPENSES** ..............................................................    $2,583.00

The Official Committee of Borrowers
Page   7

**NON-WORKING TRAVEL**

| DATE | NAME | TIME | SERVICES | AMOUNT |
|---|---|---|---|---|
| 11/14/08 | Winstead, H. | 3.50 | | 1,260.00 |
| | | 3.50 | Travel to New York, NY for meeting re disclosure statement. | |
| 11/24/08 | Weisbrod, S. | 0.80 | | 420.00 |
| | | 0.80 | Travel to Wilmington, DE. | |

| | |
|---|---|
| **TOTAL CHARGEABLE HOURS** | 4.30 |
| **FEES (Billed @ 50%)** | $840.00 |

**SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Weisbrod, S. | 0.80 | 262.50 | 210.00 |
| Winstead, H. | 3.50 | 180.00 | 630.00 |
| Totals | 4.30 | | $840.00 |

**EXPENSE DETAIL**

| DATE | DESCRIPTION | NARRATIVE | AMOUNT |
|---|---|---|---|
| 11/20/08 | Travel - Meals | Travel - Meals - Wilmington DE - American Home Hrg Bankruptcy Ct. - 10.21-22.08 | $13.95 |
| 11/20/08 | Travel - Meals | Travel - Meals - Wilmington DE - Attend Bankruptcy Hearing - 9.23.08 | $10.50 |
| 11/20/08 | Travel - Train fare | Travel - Train fare - Wilmington DE - Attend Bankruptcy Hearing - 9.23.08 | $208.00 |
| 11/20/08 | Travel - Train fare | Travel - Train fare - Wilmington DE - American Home Hrg Bankruptcy Ct. - 10.21-22.08 | $160.00 |
| 11/20/08 | Travel - Lodging | Travel - Lodging - Wilmington DE - American Home Hrg Bankruptcy Ct. - 10.21-22.08 | $126.45 |
| 11/20/08 | Travel - Taxi fare | Travel - Taxi fare - Wilmington DE - American Home Hrg Bankruptcy Ct. - 10.21-22.08 | $7.00 |
| 11/20/08 | Travel - Taxi fare | Travel - Taxi fare - Wilmington DE - Attend US Trustee Bankruptcy Hearing - 9.23.08 | $30.00 |

The Official Committee of Borrowers
Page    8

**EXPENSE SUMMARY**

| | |
|---|---:|
| Travel – Meals | 24.45 |
| Travel - Train fare | 368.00 |
| Travel - Lodging | 126.45 |
| Travel - Taxi fare | 37.00 |
| Totals | $555.90 |

**TOTAL FEES AND EXPENSES** ............................................................. **$1,395.90**