## CERTIFICATE OF SERVICE

I certify that on the 17th day of February 2009, a copy of the foregoing was served by regular first class mail, postage prepaid, on:

Mr. Allen Horn
General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Mr. Jeffrey M. Levine,
Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006

Betty Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

Robert S. Brady, Esquire
Sean M. Beach, Esquire
James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

_/s/ Thomas G. Macauley_
Thomas G. Macauley (ID No. 3411)

2127378.1