# EXHIBIT B

416453.1



# Gilbert Oshinsky LLP

1100 New York Ave, NW
Suite 700
Washington, DC 20005
O 202.772.2200
F 202.772.3333
gotofirm.com

James L. Patton, Esq.
Counsel, American Home Mortgage Holdings, Inc.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

January 30, 2009
Client Number:  1241
Invoice Number:  11304548
Tax Id: 52-2283869

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc. December 1, 2008 through December 31, 2008

Re:  The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc.

| Matter No. | Matter | Fees | Expenses | Total |
|---|---|---|---|---|
| 1241-0001 | Disclosure Statement/Plan of Reorganization | $32,111.50 | $340.67 | $32,452.17 |
| 1241-0003 | Retention | $52.50 | $0.00 | $52.50 |
| 1241-0005 | Non-Working Travel | $0.00 | $1,343.21 | $1,343.21 |

|  |  |
|---|---|
| TOTAL FEES | $32,164.00 |
| TOTAL EXPENSES | $1,683.88 |
| TOTAL FEES AND EXPENSES | $33,847.88 |
| TOTAL AMOUNT DUE | $33,847.88 |

James L. Patton, Esq.
Counsel, American Home Mortgage Holdings, Inc.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

Invoice Number:   11304548
Invoice Date:    January 30, 2009

**REMITTANCE COPY**

**TOTAL AMOUNT DUE ON RECEIPT**

**PLEASE RETURN WITH REMITTANCE TO:**
**Financial Services**
**Gilbert Oshinsky LLP**
**1100 New York Avenue, NW**
**Suite 700**
**Washington, DC 20005**

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re
American Home Mortgage Holdings, Inc. December 1, 2008 through December 31, 2008

| | |
|---|---|
| TOTAL FEES .......................................................................................... | $32,164.00 |
| TOTAL EXPENSES ................................................................................ | $1,683.88 |
| TOTAL FEES & EXPENSES .................................................................. | $33,847.88 |
| TOTAL AMOUNT DUE ........................................................................... | $33,847.88 |

James L. Patton, Esq.
Counsel, American Home Mortgage Holdings, Inc.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

Invoice Number:   11304548
Invoice Date:    January 30, 2009

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re
American Home Mortgage Holdings, Inc. December 1, 2008 through December 31, 2008

## DISCLOSURE STATEMENT/PLAN OF REORGANIZATION

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|------|------|------|------|----------|--------|
| 12/01/08 | Winstead, H. | 5.10 | | | 1,836.00 |
| | | | 0.20 | Review draft correspondence to P. Rush re disclosure statement. | |
| | | | 4.90 | Draft revisions to plan. | |
| 12/01/08 | Weisbrod, S. | 0.40 | | | 210.00 |
| | | | 0.40 | Correspond with T. Macauley re strategy. | |
| 12/02/08 | Winstead, H. | 0.40 | | | 144.00 |
| | | | 0.40 | Conference call with Borrowers' Committee (.2); confer with S. Weisbrod re strategy (.2). | |
| 12/02/08 | Weisbrod, S. | 3.20 | | | 1,680.00 |
| | | | 0.20 | Confer with H. Winstead re strategy. | |
| | | | 2.50 | Prepare for and participate in call with Committee. | |
| | | | 0.50 | Confer with A. Hopkins re review of documents provided by Debtors. | |
| 12/03/08 | Weisbrod, S. | 1.00 | | | 525.00 |
| | | | 1.00 | Confer with T. Macauley re SEC subpoenas; review same. | |
| 12/04/08 | Winstead, H. | 5.20 | | | 1,872.00 |
| | | | 4.70 | Continue to draft and revise plan provisions. | |
| | | | 0.50 | Confer with S. Weisbrod, G. LeChevallier and A. Hopkins re discovery issues. | |
| 12/04/08 | Weisbrod, S. | 0.70 | | | 367.50 |
| | | | 0.20 | Correspond with T. Macauley re strategy. | |
| | | | 0.50 | Confer with H. Winstead, G. LeChavellier and A. Hopkins re assignments. | |
| 12/10/08 | Kahler, C. | 0.10 | | | 16.00 |
| | | | 0.10 | Update database with recent pleadings. | |
| 12/10/08 | LeChevallier, G. | 2.40 | | | 660.00 |
| | | | 2.40 | Draft discovery outline. | |
| 12/10/08 | Winstead, H. | 3.70 | | | 1,332.00 |
| | | | 1.00 | Confer with S. Weisbrod, G. LeChevallier and A. Hopkins re AHM discovery strategy. | |

The Official Committee of Borrowers
Page    2

| DATE | NAME | TIME | SERVICES | AMOUNT |
|------|------|------|----------|--------|
| | | 2.70 | Draft term sheet for revisions to AHM plan. | |
| 12/10/08 | Weisbrod, S. | 1.40 | | 735.00 |
| | | 1.00 | Confer with team re discovery strategy and resesarch assignments. | |
| | | 0.40 | Telephone conference with T. Macauley re strategy. | |
| 12/12/08 | LeChevallier, G. | 4.10 | | 1,127.50 |
| | | 1.10 | Prepare discovery outline. | |
| | | 0.50 | Confer with H. Winstead re discovery outline. | |
| | | 2.50 | Draft discovery requests. | |
| 12/12/08 | Winstead, H. | 0.30 | | 108.00 |
| | | 0.30 | Confer with G. LeChevallier re discovery strategy. | |
| 12/15/08 | LeChevallier, G. | 3.30 | | 907.50 |
| | | 1.60 | Review and revise discovery outline. | |
| | | 1.70 | Review and revise discovery request. | |
| 12/15/08 | Winstead, H. | 1.00 | | 360.00 |
| | | 1.00 | Continue to draft term sheet for plan revisions (1.0); confer with S. Weisbrod re same (.3). | |
| 12/15/08 | Weisbrod, S. | 0.30 | | 157.50 |
| | | 0.30 | Confer with H. Winstead re term sheet. | |
| 12/16/08 | Hopkins, A. | 1.90 | | 522.50 |
| | | 1.30 | Research TILA issue. | |
| | | 0.60 | Revise narrative re borrowers' claims. | |
| 12/16/08 | LeChevallier, G. | 0.80 | | 220.00 |
| | | 0.80 | Draft discovery requests. | |
| 12/16/08 | Weisbrod, S. | 0.80 | | 420.00 |
| | | 0.20 | Correspond with T. Macauley re upcoming meeting with Debtors. | |
| | | 0.60 | Correspond with P. Jackson re information supplied by Debtors and confidentiality agreement; review draft of same. | |
| 12/17/08 | Hopkins, A. | 4.00 | | 1,100.00 |
| | | 3.60 | Continue research re TILA issue. | |
| | | 0.40 | Confer with G. LeChevallier re research progress. | |
| 12/17/08 | LeChevallier, G. | 6.00 | | 1,650.00 |
| | | 6.00 | Research TILA and RESPA violations (5.1); confer with H. Winstead and A. Hopkins re research assignments related to same (.5); confer with A. Hopkins re research status (.4). | |
| 12/17/08 | Winstead, H. | 4.90 | | 1,764.00 |
| | | 1.70 | Analyze TILA claim and discovery issues. | |
| | | 0.70 | Confer with G. LeChevallier and A. Hopkins re TILA claims and discovery issues. | |
| | | 2.50 | Continue to draft and revise plan term sheet. | |
| 12/17/08 | Weisbrod, S. | 3.00 | | 1,575.00 |
| | | 3.00 | Review and revise draft term sheet. | |

The Official Committee of Borrowers
Page    3

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|------|------|------|------|----------|--------|
| 12/18/08 | Hopkins, A. | 3.90 | | | **1,072.50** |
| | | | 2.60 | Continue research re TILA and RESPA issues. | |
| | | | 1.30 | Revise draft of memorandum re TILA and RESPA issues. | |
| 12/18/08 | LeChevallier, G. | 1.40 | | | **385.00** |
| | | | 1.40 | Research TILA and RESPA violations and summarize same. | |
| 12/18/08 | Winstead, H. | 4.70 | | | **1,692.00** |
| | | | 1.30 | Conference call with Borrowers' Committee. | |
| | | | 1.80 | Revise plan term sheet per S. Weisbrod comments. | |
| | | | 0.50 | Confer with S. Weisbrod, G. LeChevallier and A. Hopkins re discovery strategy. | |
| | | | 1.10 | Review cases re TILA cause of action. | |
| 12/18/08 | Weisbrod, S. | 5.80 | | | **3,045.00** |
| | | | 0.50 | Confer with H. Winstead, G. LeChevalier, and A. Hopkins re discovery, borrower claims, TILA issues, and RESPA issues. | |
| | | | 4.00 | Review draft term sheet for plan negotiations. | |
| | | | 1.30 | Telephone conference with Borrowers' Committee. | |
| 12/19/08 | LeChevallier, G. | 1.10 | | | **302.50** |
| | | | 1.10 | Review and revise memorandum re TILA and RESPA violations. | |
| 12/19/08 | Winstead, H. | 5.00 | | | **1,800.00** |
| | | | 0.90 | Telephone call with Creditors' Committee re plan term sheet. | |
| | | | 1.20 | Revise plan term sheet per S. Weisbrod and T. Macauley comments. | |
| | | | 0.80 | Review P. Rush materials re HELOC loans and indemnity. | |
| | | | 0.70 | Review research re TILA cause of action. | |
| | | | 1.40 | Analyze discovery issues. | |
| 12/19/08 | Weisbrod, S. | 3.80 | | | **1,995.00** |
| | | | 2.00 | Revise draft term sheet. | |
| | | | 1.60 | Prepare for and telephone call with counsel for Debtors and Unsecured Creditors Committee re plan negotiations. | |
| | | | 0.20 | Review memorandum re TILA issues. | |
| 12/22/08 | LeChevallier, G. | 3.50 | | | **962.50** |
| | | | 2.00 | Revise discovery requests. | |
| | | | 1.50 | Review claimants' medical information. | |
| 12/30/08 | Winstead, H. | 1.00 | | | **360.00** |
| | | | 1.00 | Analyze discovery strategy. | |
| 12/31/08 | Weisbrod, S. | 2.30 | | | **1,207.50** |
| | | | 0.50 | Review D&O insurance policy. | |
| | | | 1.80 | Draft deposition notice. | |

**TOTAL CHARGEABLE HOURS**                                                                 **86.50**

**FEES**                                                                                              **$32,111.50**

The Official Committee of Borrowers
Page    4

## SUMMARY

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Weisbrod, S. | 22.70 | 525.00 | 11,917.50 |
| Winstead, H. | 31.30 | 360.00 | 11,268.00 |
| Hopkins, A. | 9.80 | 275.00 | 2,695.00 |
| LeChevallier, G. | 22.60 | 275.00 | 6,215.00 |
| Kahler, C. | 0.10 | 160.00 | 16.00 |
| Totals | 86.50 | | $32,111.50 |

## EXPENSE DETAIL

| DATE | DESCRIPTION | NARRATIVE | AMOUNT |
|---|---|---|---|
| 12/31/08 | Westlaw | Westlaw | $340.67 |

## EXPENSE SUMMARY

| | |
|---|---|
| Westlaw | 340.67 |
| Totals | $340.67 |

## TOTAL FEES AND EXPENSES ................................................................    $32,452.17

The Official Committee of Borrowers
Page     5

## RETENTION

| DATE | NAME | TIME | SERVICES | AMOUNT |
|------|------|------|----------|--------|
| 12/07/08 | Weisbrod, S. | 0.10 | | 52.50 |
| | | 0.10 | Correspond with T. Macauley re retention. | |

| | | |
|---|---|---|
| **TOTAL CHARGEABLE HOURS** | | **0.10** |
| **FEES** | | **$52.50** |

## SUMMARY

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Weisbrod, S. | 0.10 | 525.00 | 52.50 |
| Totals | 0.10 | | $52.50 |

**TOTAL FEES AND EXPENSES** ............................................................    **$52.50**

The Official Committee of Borrowers
Page      6

## NON-WORKING TRAVEL

### EXPENSES

| DATE | DESCRIPTION | NARRATIVE | AMOUNT |
|------|-------------|-----------|--------|
| 12/08/08 | Travel - Train fare | Travel - Train fare - Attend AHM Hearing - Wilmington DE - 10.28.08 | $229.00 |
| 12/08/08 | Travel - Taxi fare | Travel - Taxi fare - Attend AHM Hearing - Wilmington DE - 10.28.08 | $22.00 |
| 12/18/08 | Travel - Meals | Travel - Meals - New York NY - Attend AHM Meeting - 11.13-14.08 | $75.23 |
| 12/18/08 | Travel - Train fare | Travel - Train fare - New York NY - Attend AHM Meeting - 11.13-14.08 | $221.00 |
| 12/18/08 | Travel - Lodging | Travel - Lodging - New York NY - Attend AHM Meeting - 11.13-14.08 | $444.53 |
| 12/18/08 | Travel - Taxi fare | Travel - Taxi fare - New York NY - Attend AHM Meeting - 11.13-14.08 | $44.75 |
| 12/30/08 | Travel - Meals | Travel - Meals - Wilmington DE - Attend Disclosure Statement Hearing - 11.24-25.08 | $12.80 |
| 12/30/08 | Travel - Train fare | Travel - Train fare - Wilmington DE - Attend Disclosure Statement Hearing - 11.24-25.08 | $59.00 |
| 12/30/08 | Travel - Lodging | Travel - Lodging - Wilmington DE - Attend Disclosure Statement Hearing - 11.24-25.08 | $218.90 |
| 12/30/08 | Travel - Taxi fare | Travel - Taxi fare - Wilmington DE - Attend Disclosure Statement Hearing - 11.24-25.08 | $16.00 |

### EXPENSE SUMMARY

| | |
|---|---|
| Travel – Meals | 88.03 |
| Travel - Train fare | 509.00 |
| Travel - Lodging | 663.43 |
| Travel - Taxi fare | 82.75 |
| Totals | $1,343.21 |

**TOTAL FEES AND EXPENSES** ................................................................   **$1,343.21**