# EXHIBIT B

416453.1



# Gilbert Oshinsky LLP

1100 New York Ave, NW
Suite 700
Washington, DC 20005
O 202.772.2200
F 202.772.3333
gotofirm.com

James L. Patton, Esq.
Counsel, American Home Mortgage Holdings, Inc.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

February 16, 2009
Client Number: 1241
Invoice Number: 11304577
Tax Id: 52-2283869

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc. January 1, 2009 through January 31, 2009

Re: The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc.

| Matter No. | Matter | Fees | Expenses | Total |
|---|---|---|---|---|
| 1241-0001 | Disclosure Statement/Plan of Reorganization | $115,072.50 | $2,149.41 | $117,221.91 |
| 1241-0004 | Fee Application | $2,461.50 | $0.00 | $2,461.50 |
| 1241-0005 | Non-Working Travel (Billed @ 50%) | $300.00 | $0.00 | $300.00 |
| | | **TOTAL FEES** | | $117,834.00 |
| | | **TOTAL EXPENSES** | | $2,149.41 |
| | **TOTAL FEES AND EXPENSES** | | | $118,983.41 |
| | | **TOTAL AMOUNT DUE** | | $119,983.41 |

James L. Patton, Esq.
Counsel, American Home Mortgage Holdings, Inc.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

Invoice Number: 11304577
Invoice Date:    February 16, 2009

## REMITTANCE COPY

### TOTAL AMOUNT DUE ON RECEIPT

**PLEASE RETURN WITH REMITTANCE TO:**
**Financial Services**
**Gilbert Oshinsky LLP**
**1100 New York Avenue, NW**
**Suite 700**
**Washington, DC 20005**

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc. January 1, 2009 through January 31, 2009

| | |
|---|---:|
| **TOTAL FEES** ............................................................................................. | $118,134.00 |
| **TOTAL EXPENSES** ................................................................................... | <u>$2,149.41</u> |
| **TOTAL FEES & EXPENSES** ..................................................................... | <u>$119,983.41</u> |
| **TOTAL AMOUNT DUE** .............................................................................. | <u>$119,983.41</u> |

James L. Patton, Esq.
Counsel, American Home Mortgage Holdings, Inc.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

Invoice Number: 11304577
Invoice Date:  February 16, 2009

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc. January 1, 2009 through January 31, 2009

### DISCLOSURE STATEMENT/PLAN OF REORGANIZATION

| DATE | NAME | TIME | SERVICES | AMOUNT |
|---|---|---|---|---|
| 01/02/09 | Weisbrod, S. | 1.50 | | 787.50 |
| | | 1.50 | Revise draft 30(b)(6) deposition notice. | |
| 01/05/09 | Winstead, H. | 0.80 | | 320.00 |
| | | 0.80 | Revise 30(b)(6) deposition notice per comments of S. Weisbrod and T. Macauley. | |
| 01/05/09 | Weisbrod, S. | 0.30 | | 157.50 |
| | | 0.30 | Telephone conference with T. Macauley and H. Winstead re discovery. | |
| 01/06/09 | Winstead, H. | 1.00 | | 400.00 |
| | | 1.00 | Telephone call with S. Weisbrod, T. Macauley, S. Beach, P. Jackson and M. Indelicato re plan revisions. | |
| 01/07/09 | Winstead, H. | 3.10 | | 1,240.00 |
| | | 2.70 | Review materials and prepare for Borrowers' Committee meeting. | |
| | | 0.40 | Confer with S. Weisbrod re Borrowers' Committee meeting. | |
| 01/07/09 | Weisbrod, S. | 1.50 | | 787.50 |
| | | 1.00 | Research and draft plan objections. | |
| | | 0.50 | Prepare for meeting with Borrowers' Committee. | |
| 01/08/09 | Kahler, C. | 1.50 | | 240.00 |
| | | 1.50 | Prepare documents for Borrowers' Committee meeting. | |
| 01/08/09 | Winstead, H. | 7.20 | | 2,880.00 |
| | | 6.50 | Attend Borrowers' Committee meeting. | |
| | | 0.70 | Prepare for Borrowers' Committee meeting. | |
| 01/08/09 | Weisbrod, S. | 8.30 | | 4,357.50 |
| | | 1.10 | Telephone conference with counsel for Debtors and Unsecured Creditors Committee re plan negotiations. | |
| | | 0.70 | Prepare for meeting with Borrowers' Committee. | |
| | | 6.50 | Meet with Borrowers' Committee. | |
| 01/09/09 | Winstead, H. | 2.20 | | 880.00 |
| | | 1.50 | Draft interrogatories, document requests and requests for production to Debtors. | |
| | | 0.70 | Review and revise settlement proposal. | |

The Official Committee of Borrowers
Page   2

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|------|------|------|------|----------|--------|
| 01/09/09 | Weisbrod, S. | 1.90 | | | 997.50 |
| | | | 0.80 | Draft revised deposition notice. | |
| | | | 1.00 | Draft correspondence to Debtors re possible alternative plan structure. | |
| | | | 0.10 | Correspond with R. Jackson re discovery. | |
| 01/10/09 | Weisbrod, S. | 2.10 | | | 1,102.50 |
| | | | 2.00 | Draft plan objections. | |
| | | | 0.10 | Correspond with L. Singer re discovery. | |
| 01/11/09 | Weisbrod, S. | 1.50 | | | 787.50 |
| | | | 1.50 | Review plan objections and begin drafting same. | |
| 01/12/09 | Winstead, H. | 1.40 | | | 560.00 |
| | | | 1.40 | Revise interrogatories, document requests and requests for production per S. Weisbrod and T. Macauley comments. | |
| 01/12/09 | Weisbrod, S. | 4.90 | | | 2,572.50 |
| | | | 0.20 | Correspond with counsel for various Borrowers. | |
| | | | 0.10 | Correspond with P. Jackson re discovery. | |
| | | | 1.00 | Telephone conference with potential expert re possible retention. | |
| | | | 1.40 | Draft correspondence to Debtors and Unsecured Creditors Committee in light of comments received from co-Counsel and Borrowers. | |
| | | | 1.20 | Revise deposition notice and correspond with counsel for Debtors re same. | |
| | | | 1.00 | Correspond with Borrowers' Committee re negotiations with Debtors and Unsecured Creditors' Committee. | |
| 01/13/09 | Winstead, H. | 6.10 | | | 2,440.00 |
| | | | 0.80 | Confer with F. Dandridge, M. Becker and S. Weisbrod re deposition preparation. | |
| | | | 0.70 | Review F. Dandridge loan documents. | |
| | | | 0.40 | Confer with D. LaMacchia re bar date issues. | |
| | | | 0.30 | Analyze SEC document production issues. | |
| | | | 3.20 | Research cases re adjustable rate mortgages for inclusion in plan objections. | |
| | | | 0.30 | Confer with S. Weisbrod and P. Jackson re discovery issues. | |
| | | | 0.40 | Confer with S. Weisbrod and T. Macauley re same. | |
| 01/13/09 | Weisbrod, S. | 5.00 | | | 2,625.00 |
| | | | 0.20 | Execute confidentiality agreement and correspond with L. Singer re same. | |
| | | | 0.30 | Correspond with T. Macauley re strategy and discovery. | |
| | | | 0.20 | Telephone conference with P. Jackson re discovery. | |
| | | | 0.30 | Correspond with L. Singer re SEC production index and review same. | |
| | | | 4.00 | Prepare for deposition of B. Fernandes. | |
| 01/14/09 | Winstead, H. | 5.50 | | | 2,200.00 |
| | | | 4.30 | Research conflicts of interest between creditors and plan trustees. | |

The Official Committee of Borrowers
Page   3

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|---|---|---|---|---|---|
| | | | 1.20 | Confer with D. LaMacchia and review loan documents. | |
| 01/14/09 | Weisbrod, S. | 8.20 | | | 4,305.00 |
| | | | 0.20 | Correspond with P. Jackson re discovery. | |
| | | | 4.50 | Prepare for deposition of B. Fernandes. | |
| | | | 0.10 | Correspond with E. Halperin re expert issue. | |
| | | | 2.20 | Various communications with M. Saunders re potential retention as expert and review materials provided by her. | |
| | | | 1.20 | Telephone conference with counsel for Debtors and Unsecured Creditors Committee. | |
| 01/15/09 | Winstead, H. | 10.00 | | | 4,000.00 |
| | | | 3.00 | Prepare documents and questions for depositions of B. Fernandes. | |
| | | | 2.00 | Confer with S. Weisbrod and T. Macauley re strategy for deposition. | |
| | | | 5.00 | Attend deposition of B. Fernandes. | |
| 01/15/09 | Weisbrod, S. | 10.00 | | | 5,250.00 |
| | | | 3.00 | Finalize outline for Fernandes deposition. | |
| | | | 2.00 | Confer with H. Winstead and T. Macauley re strategy. | |
| | | | 5.00 | Depose B. Fernandes. | |
| 01/16/09 | Hopkins, A. | 4.60 | | | 1,357.00 |
| | | | 4.40 | Research bankruptcy code provisions relating to notice and claims liquidation. | |
| | | | 0.20 | Communicate with H. Winstead re bankruptcy code research. | |
| 01/16/09 | Winstead, H. | 7.50 | | | 3,000.00 |
| | | | 0.70 | Participate in call with Borrowers' Committee re settlement strategy. | |
| | | | 5.80 | Research and draft objection re early payment default and breach of warranty claims. | |
| | | | 1.00 | Confer with S. Weisbrod and A. Hopkins re plan objections. | |
| 01/16/09 | Weisbrod, S. | 2.40 | | | 1,260.00 |
| | | | 1.00 | Confer with H. Winstead and A. Hopkins re assignments and status of case. | |
| | | | 0.10 | Telephone conference with M. Becker re Dandridge testimony. | |
| | | | 0.50 | Confer with L. Singer and T. Macauley re review of SEC documents. | |
| | | | 0.50 | Telephone conference with M. Saunders re expert issue. | |
| | | | 0.30 | Review rough draft transcript of Fernandes deposition. | |
| 01/17/09 | Weisbrod, S. | 2.50 | | | 1,312.50 |
| | | | 1.80 | Research issues relating to repo transactions. | |
| | | | 0.50 | Identify materials to provide to M. Saunders for her expert report. | |
| | | | 0.10 | Correspond with M. Indelicato re settlement issue. | |
| | | | 0.10 | Correspond with P. Jackson re discovery issue. | |
| 01/19/09 | Winstead, H. | 3.60 | | | 1,440.00 |
| | | | 0.40 | Confer with T. Macauley and S. Weisbrod re plan objection. | |
| | | | 3.20 | Continue to draft and revise plan objection. | |

The Official Committee of Borrowers
Page    4

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|---|---|---|---|---|---|
| 01/19/09 | Weisbrod, S. | 9.40 | | | 4,935.00 |
| | | | 8.50 | Draft and revise plan objections. | |
| | | | 0.10 | Correspond with M. Saunders re potential expert testimony. | |
| | | | 0.80 | Various communications with T. Macauley and H. Winstead re discovery and plan objections. | |
| 01/20/09 | Hopkins, A. | 0.50 | | | 147.50 |
| | | | 0.50 | Continue research in support of plan objections. | |
| 01/20/09 | Winstead, H. | 2.60 | | | 1,040.00 |
| | | | 2.60 | Continue to draft and revise plan objection. | |
| 01/20/09 | Weisbrod, S. | 0.10 | | | 52.50 |
| | | | 0.10 | Correspond with M. Saunders re expert testimony. | |
| 01/21/09 | Hopkins, A. | 11.50 | | | 3,392.50 |
| | | | 11.50 | Continue preparing plan objection. | |
| 01/21/09 | Kahler, C. | 2.50 | | | 400.00 |
| | | | 2.50 | Prepare documents to be sent to expert witness. | |
| 01/21/09 | LeChevallier, G. | 10.90 | | | 3,488.00 |
| | | | 10.90 | Research in support of plan objection. | |
| 01/21/09 | Winstead, H. | 7.50 | | | 3,000.00 |
| | | | 7.50 | Continue to draft and revise plan objection. | |
| 01/21/09 | Weisbrod, S. | 12.00 | | | 6,300.00 |
| | | | 0.50 | Telephone conference with T. Macauley, H. Winstead, G. LeChevallier and A. Hopkins re plan objections. | |
| | | | 0.10 | Correspond with M. Indelicato re settlement negotiations. | |
| | | | 0.50 | Confer with H. Winstead re discovery and revisions to plan. | |
| | | | 0.50 | Confer with A. Hopkins re research on notice argument. | |
| | | | 0.20 | Correspond with T. Macauley re discovery. | |
| | | | 0.20 | Correspond with S. Beach re discovery. | |
| | | | 9.00 | Draft plan objections. | |
| | | | 1.00 | Research repo issues; confer with G. LeChevallier and A. Hopkins re same. | |
| 01/22/09 | Hopkins, A. | 3.00 | | | 885.00 |
| | | | 3.00 | Finish preparing plan objections. | |
| 01/22/09 | Kahler, C. | 5.40 | | | 864.00 |
| | | | 2.50 | Review court docket and prepare parties list. | |
| | | | 2.90 | Prepare exhibits in support of filing. | |
| 01/22/09 | LeChevallier, G. | 1.80 | | | 576.00 |
| | | | 1.80 | Review and revise plan objection. | |
| 01/22/09 | Winstead, H. | 5.50 | | | 2,200.00 |
| | | | 0.40 | Communications with R. Andrews and M. Becker re coordinating witnesses and depositions. | |
| | | | 3.50 | Continue to revise plan objections. | |

The Official Committee of Borrowers
Page    5

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|---|---|---|---|---|---|
| | | | 0.40 | Confer with M. Saunders re expert report. | |
| | | | 1.20 | Coordinate document production. | |
| 01/22/09 | Weisbrod, S. | 5.00 | | | 2,625.00 |
| | | | 3.50 | Finalize plan objections. | |
| | | | 1.00 | Telephone conference with M. Saunders re expert report. | |
| | | | 0.50 | Confer with H. Winstead re potential testimony by Borrowers, discovery, and other issues. | |
| 01/23/09 | Hopkins, A. | 2.60 | | | 767.00 |
| | | | 0.20 | Confer with C. Kahler re research needed. | |
| | | | 2.30 | Research re guidance issued by federal bank regulators. | |
| | | | 0.10 | Confer with S. Weisbrod re new research assignment. | |
| 01/23/09 | Kahler, C. | 4.80 | | | 768.00 |
| | | | 1.00 | Research Guidances and Proposals re sub-prime loans. | |
| | | | 1.20 | Research Massachusetts Attorney General's work re sub-prime lenders. | |
| | | | 2.60 | Prepare additional documents to be sent to M. Saunders and opposing counsel. | |
| 01/23/09 | LeChevallier, G. | 3.80 | | | 1,216.00 |
| | | | 3.80 | Review Fernandes transcript and research re Daubert motion. | |
| 01/23/09 | Winstead, H. | 2.60 | | | 1,040.00 |
| | | | 0.60 | Review and analyze Debtors' interrogatory responses and document production. | |
| | | | 0.40 | Communicate with R. Andrews and M. Becker re scheduling depositions. | |
| | | | 1.10 | Coordinate production of additional documents. | |
| | | | 0.50 | Meet with S. Weisbrod, A. Hopkins, G. LeChevallier, S. Casey and C. Kahler re confirmation hearing strategy. | |
| 01/23/09 | Weisbrod, S. | 2.70 | | | 1,417.50 |
| | | | 0.30 | Confer with A. Hopkins re research on notice, repo and other issues. | |
| | | | 0.50 | Meet with team re confirmation strategy. | |
| | | | 0.20 | Correspond with M. Becker re Dandridge issues. | |
| | | | 1.50 | Communications with M. Saunders re expert report. | |
| | | | 0.20 | Telephone conference with R. Andrews and H. Winstead re Graves issues. | |
| 01/23/09 | Casey, S. | 1.80 | | | 450.00 |
| | | | 1.80 | Research comments filed in Federal Reserve System Docket No. OP-1246 re Interagency Guidance on Nontraditional Mortgage Products. | |
| 01/24/09 | LeChevallier, G. | 14.60 | | | 4,672.00 |
| | | | 9.30 | Research and draft motion re exclude Fernandes testimony. | |
| | | | 5.30 | Review and revise motion to exclude. | |

The Official Committee of Borrowers
Page    6

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|---|---|---|---|---|---|
| 01/24/09 | Weisbrod, S. | 4.50 | | | 2,362.50 |
| | | | 0.10 | Correspond with R. Andrews re Graves issues. | |
| | | | 2.50 | Telephone conference and correspond with M. Saunders re expert report and testimony. | |
| | | | 0.30 | Draft correspondence to JP Morgan and Morgan Stanley re their objections to early payment default and breach of warranty protocol. | |
| | | | 0.10 | Correspond with L. Herzog re deposition exhibits. | |
| | | | 0.20 | Confer with H. Winstead re servicing claims. | |
| | | | 0.30 | Correspond with T. Macauley plan objections. | |
| | | | 0.20 | Confer with H. Winstead re strategy. | |
| | | | 0.50 | Review Debtors' discovery responses. | |
| | | | 0.30 | Draft correspondence to Debtors' counsel re discovery issues. | |
| 01/25/09 | Kahler, C. | 1.50 | | | 240.00 |
| | | | 1.50 | Confer with S. Casey re M. Saunders expert report. | |
| 01/25/09 | Winstead, H. | 3.50 | | | 1,400.00 |
| | | | 0.50 | Confer with S. Weisbrod and G. Graves re deposition. | |
| | | | 3.00 | Review documents and prepare for G. Graves deposition. | |
| 01/25/09 | Weisbrod, S. | 8.70 | | | 4,567.50 |
| | | | 0.20 | Confer with C. Kahler re document production. | |
| | | | 0.80 | Telephone conference with M. Saunders re expert testimony and report. | |
| | | | 0.60 | Review and revise draft motion to exclude Fernandes testimony. | |
| | | | 0.30 | Confer with G. LeChevallier re motion to exclude Fernandes testimony. | |
| | | | 0.80 | Revise draft motion to exclude Fernandes testimony. | |
| | | | 0.30 | Telephone conference with T. Macauley re potential motions in limine. | |
| | | | 0.50 | Confer with H. Winstead re confirmation hearing strategy and upcoming deposition. | |
| | | | 0.20 | Telephone conference with R. Andrews re Graves issues. | |
| | | | 4.00 | Draft new plan language for resolved plan objections. | |
| | | | 1.00 | Review M. Saunders draft report. | |
| 01/25/09 | Casey, S. | 1.50 | | | 375.00 |
| | | | 1.50 | Confer with C. Kahler re citations for materials provided by M. Saunders. | |
| 01/26/09 | Kahler, C. | 4.50 | | | 720.00 |
| | | | 1.00 | Prepare index for documents produced. | |
| | | | 0.50 | Prepare index of documents received. | |
| | | | 1.00 | Research American Home Mortgage's 10 K from 2005 and 2006. | |
| | | | 0.70 | Review and organize F. Dandridge documents. | |
| | | | 1.30 | Review report written by expert witness and materials cited therein. | |
| 01/26/09 | LeChevallier, G. | 4.10 | | | 1,312.00 |
| | | | 4.10 | Continue to review and revise motion to exclude Fernandes. | |

The Official Committee of Borrowers
Page   7

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|------|------|------|------|----------|--------|
| 01/26/09 | Winstead, H. | 2.40 | | | 960.00 |
| | | | 0.80 | Coordinate production of additional documents. | |
| | | | 0.80 | Revise outline for direct examination of G. Graves. | |
| | | | 0.80 | Confer with M. Becker and F. Dandridge re deposition testimony. | |
| 01/26/09 | Weisbrod, S. | 2.30 | | | 1,207.50 |
| | | | 0.50 | Telephone conference with M. Saunders re expert testimony and report. | |
| | | | 0.30 | Telephone conference with T. Macauley re strategy. | |
| | | | 1.30 | Correspond with M. Becker and F. Dandridge re testimony. | |
| | | | 0.20 | Confer with co-Counsel re plan revisions. | |
| 01/26/09 | Casey, S. | 0.20 | | | 50.00 |
| | | | 0.20 | Research AHM 10-K filings. | |
| 01/27/09 | Hopkins, A. | 1.20 | | | 354.00 |
| | | | 0.20 | Confer with S. Weisbrod re research for plan objections. | |
| | | | 0.20 | Confer with C. Kahler re same. | |
| | | | 0.80 | Research M. Saunders congressional testimony. | |
| 01/27/09 | Kahler, C. | 1.50 | | | 240.00 |
| | | | 1.30 | Research testimony of M. Saunders. | |
| | | | 0.20 | Confer with A. Hopkins re research assignment. | |
| 01/27/09 | LeChevallier, G. | 6.20 | | | 1,984.00 |
| | | | 6.20 | Continue to review and revise motion to exclude Fernandes. | |
| 01/27/09 | Winstead, H. | 3.10 | | | 1,240.00 |
| | | | 2.70 | Review documents and materials for M. Saunders deposition. | |
| | | | 0.40 | Review motion to exclude expert testimony re stipulated asset allocation and EPD/Breach claims protocol. | |
| 01/27/09 | Weisbrod, S. | 3.10 | | | 1,627.50 |
| | | | 2.00 | Telephone conference with M. Saunders re expert issues and review same. | |
| | | | 0.30 | Telephone conference with M. Becker re Dandridge issues. | |
| | | | 0.20 | Review deposition notices. | |
| | | | 0.50 | Review class action pleadings filed on behalf of Borrowers in California. | |
| | | | 0.10 | Correspond with counsel for Unsecured Creditors' Committee and Debtors re discovery issues. | |
| 01/28/09 | Hopkins, A. | 1.70 | | | 501.50 |
| | | | 0.20 | Confer with S. Weisbrod re M. Saunders expert report. | |
| | | | 1.50 | Research federal rules re expert witnesses. | |
| 01/28/09 | Kahler, C. | 1.10 | | | 176.00 |
| | | | 0.70 | Review and compare M. Saunders report to list of citations. | |
| | | | 0.40 | Communicate with team re documents produced. | |
| 01/28/09 | Weisbrod, S. | 1.70 | | | 892.50 |
| | | | 0.50 | Confer with T. Macauley re hearing strategy and expert issue. | |

The Official Committee of Borrowers
Page    8

| DATE | NAME | TIME | SERVICES | AMOUNT |
|---|---|---|---|---|
| | | 0.20 | Confer with A. Hopkins re Saunders documents. | |
| | | 0.10 | Correspond with J. Dorsey re discovery. | |
| | | 0.30 | Correspond with A. Hopkins and C. Kahler re discovery. | |
| | | 0.60 | Correspond with M. Saunders re expert issues. | |
| 01/28/09 | Casey, S. | 2.00 | | 500.00 |
| | | 2.00 | Draft index of materials cited in M. Saunders expert report. | |
| 01/29/09 | Hopkins, A. | 0.50 | | 147.50 |
| | | 0.50 | Confer with S. Casey and C. Kahler re document production. | |
| 01/29/09 | Kahler, C. | 11.30 | | 1,808.00 |
| | | 8.50 | Research documents cited in M. Saunders expert report. | |
| | | 0.50 | Confer with S. Casey with A. Hopkins re documents cited by M. Saunders. | |
| | | 0.30 | Organize exhibits to Fernandes deposition. | |
| | | 0.50 | Meet with A. Hopkins re researching materials cited by M. Saunders. | |
| | | 0.50 | Telephone call with M. Saunders with A. Hopkins materials cited in expert report. | |
| | | 0.50 | Review and revise index of cites. | |
| | | 0.50 | Prepare Dandridge documents for S. Weisbrod review. | |
| 01/29/09 | Weisbrod, S. | 1.90 | | 997.50 |
| | | 0.20 | Confer with C. Kahler re expert documents. | |
| | | 0.10 | Confer with H. DiCarlo re Saunders issues. | |
| | | 0.60 | Confer with A. Hopkins re background research on experts. | |
| | | 1.00 | Prepare for Dandridge deposition. | |
| 01/29/09 | Casey, S. | 5.70 | | 1,425.00 |
| | | 5.70 | Review M. Saunders expert report and research cited materials. | |
| 01/30/09 | Hopkins, A. | 1.30 | | 383.50 |
| | | 1.10 | Continue preparing Saunders documents for production. | |
| | | 0.20 | Confer with H. Winstead re document production. | |
| 01/30/09 | Kahler, C. | 3.80 | | 608.00 |
| | | 3.10 | Prepare documents for production. | |
| | | 0.70 | Organize Fernandes deposition exhibits. | |
| 01/30/09 | Winstead, H. | 1.90 | | 760.00 |
| | | 1.00 | Review proposed revisions to plan. | |
| | | 0.90 | Coordinate production of documents cited in Saunders expert report. | |
| 01/30/09 | Weisbrod, S. | 0.50 | | 262.50 |
| | | 0.20 | Identify additional documents to provide to M. Saunders. | |
| | | 0.30 | Draft additional interrogatories to Debtors. | |
| 01/30/09 | Casey, S. | 1.90 | | 475.00 |
| | | 1.90 | Research Wall Street Journal article and sources cited therein. | |

**TOTAL CHARGEABLE HOURS**                                                                                   298.80

The Official Committee of Borrowers
Page    9

**FEES** $115,072.50

**SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Weisbrod, S. | 102.00 | 525.00 | 53,550.00 |
| Winstead, H. | 77.50 | 400.00 | 31,000.00 |
| Casey, S. | 13.10 | 250.00 | 3,275.00 |
| Hopkins, A. | 26.90 | 295.00 | 7,935.50 |
| LeChevallier, G. | 41.40 | 320.00 | 13,248.00 |
| Kahler, C. | 37.90 | 160.00 | 6,064.00 |
| Totals | 298.80 | | $115,072.50 |

**EXPENSES**

| DATE | DESCRIPTION | NARRATIVE | AMOUNT |
|---|---|---|---|
| 01/23/09 | Conference Call | Telephone - Conference Call - 11.18.08 | $15.01 |
| 01/23/09 | Conference Call | Telephone - Conference Call - 10.10.08 | $26.37 |
| 01/31/09 | Westlaw | Westlaw | $1,448.02 |
| 01/31/09 | Lexis | Lexis | $660.01 |

**EXPENSE SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Westlaw | 1,448.02 |
| Conference Call | 41.38 |
| Lexis | 660.01 |
| Totals | $2,149.41 |
| **TOTAL FEES AND EXPENSES** ............................................................. | **$117,221.91** |

The Official Committee of Borrowers
Page   10

**FEE APPLICATION**

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|---|---|---|---|---|---|
| 01/13/09 | Holland, P. | 1.60 | | | 384.00 |
| | | | 1.60 | Review and revise time through December to comport with bankruptcy court guidelines. | |
| 01/16/09 | Holland, P. | 0.70 | | | 168.00 |
| | | | 0.70 | Continue to review and revise time through December (.5); communicate with S. Weisbrod re same (.2). | |
| 01/26/09 | Holland, P. | 0.30 | | | 72.00 |
| | | | 0.30 | Confer with C. Litherland and S. Weisbrod re preparation of fee statements and related issues. | |
| 01/26/09 | Weisbrod, S. | 0.30 | | | 157.50 |
| | | | 0.30 | Confer with C. Litherland and P. Holland re fees issues. | |
| 01/29/09 | Holland, P. | 1.30 | | | 312.00 |
| | | | 1.30 | Begin preparation of October fee statement. | |
| 01/30/09 | Holland, P. | 4.00 | | | 960.00 |
| | | | 0.50 | Review travel-related expenses. | |
| | | | 0.70 | Review and revise October fee statement pleadings. | |
| | | | 1.40 | Prepare fee statement for November. | |
| | | | 1.40 | Prepare fee statement for December. | |
| 01/31/09 | Holland, P. | 1.70 | | | 408.00 |
| | | | 0.70 | Finalize October - December invoices. | |
| | | | 1.00 | Review and revise October, November and December fee statements and related pleadings. | |

**TOTAL CHARGEABLE HOURS** 9.90

**FEES** $2,461.50

SUMMARY

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Holland, P. | 9.60 | 240.00 | 2,304.00 |
| Weisbrod, S. | 0.30 | 525.00 | 157.50 |
| Totals | 9.90 | | $2,461.50 |

**TOTAL FEES AND EXPENSES** ......................................................... $2,461.50

The Official Committee of Borrowers
Page 11

**NON-WORKING TRAVEL**

| DATE | NAME | TIME | SERVICES | AMOUNT |
|---|---|---|---|---|
| 01/15/09 | Winstead, H. | 1.50 | | 600.00 |
| | | 1.50 | Travel to Washington, DC. | |

**TOTAL CHARGEABLE HOURS**  1.50

**FEES (Billed @ 50%)**  $300.00

**SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Winstead, H. | 1.50 | 200.00 | 300.00 |
| Totals | 1.50 | | $300.00 |

**TOTAL FEES AND EXPENSES** ..................................................  $300.00