# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047(CSS)
**COURTROOM LOCATION:** 6
**DATE:** 2/17/09 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Indelicato (telephonic) | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Robert J. Moore (telephonic) | Milbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Fred Neufeld (telephonic) | | |
| Ana M. Alfonso (telephonic) | Kaye Scholer | Bank of America |
| James McCauley | Zuckerman Spaeder | Farmers Conn. |
| Stephen Weisbrod | Gilbert Oshinsky | " |
| Carl N. Kunz III | Morris James | |
| Victoria Counihan | Greenberg Traurig | Lillian Frieler & Nathan Frieler |
| Nathan Grow | Young Conaway | AH Mortgage Servicing Acquisition |
| Daniel Morgan | The Hogan Firm | Debtors |
| Sean Beach | Young Conaway Stargatt & Taylor | Mark & Kelly Matza Debtors |
| David Carickhoff | Blank Rome | Creditors Committee |
| Puneet Agrawal (telephonic) | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**