UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                    Case No. 07-11051-CSS

AMERICAN HOME MORTGAGE CORP.                              Chapter 11

        Debtor(s).                                    Honorable Christopher Sontchi

_____/

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Administrative Expense Claim No. n/a, in the amount of $74,630.60 (seventy-four thousand six hundred thirty and 60 / 100 dollars), dated on or about October 29, 2008, is hereby withdrawn.

                          MICHAEL A. COX
                          Attorney General

                          */s/ Julius O Curling*
                          Julius O Curling (P58248)
                          Assistant Attorney General
                          Cadillac Place, Ste. 10-200
                          3030 W. Grand Blvd.
                          Detroit, MI 48202
                          Telephone: (313) 456-0140
                          E-mail: CurlingJ@michigan.gov

Dated: January 29, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:

AMERICAN HOME MORTGAGE CORP.,

    Debtor(s).

Case No. 07-11051-CSS

Chapter 11

Honorable Christopher Sontchi

## PROOF OF SERVICE

The undersigned certifies that on January 29, 2009, a copy of the Withdrawal of Administrative Expense Proof of Claim and Amended Unsecured Proof of Claim, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Pauline K Morgan
1000 West St.
PO Box 391
Wilmington DE  19899

                                            */s/ Starkema T Jackson*
                                            Starkema T Jackson
                                            Legal Secretary
                                            Julius O. Curling (P58248)
                                            Cadillac Place, Ste. 10-200
                                            3030 W. Grand Blvd.
                                            Detroit, MI  48202
                                            Telephone:  (313) 456-0140
                                            E-mail:  CurlingJ@michigan.gov

Dated:  January 29, 2009