IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) ) ) | Case No. 07-11047 (CSS) Jointly Administered |
| | ) | **Hearing Date: 3/13/09 @ 11:30 a.m.** |
| Debtors. | ) | **Objections Due: 3/06/09 @ 4:00 p.m.** |
| | ) | |

### NOTICE OF APPLICATION FOR ORDER UNDER 11 U.S.C. § 1103(A) AUTHORIZING THE EMPLOYMENT AND RETENTION OF MARGOT SAUNDERS AS TESTIFYING EXPERT FOR THE OFFICIAL COMMITTEE OF BORROWERS *NUNC PRO TUNC* TO JANUARY 20, 2009

On February 20, 2009, the Official Committee of Borrowers in the above-captioned cases (the "Borrowers Committee'), filed the Application for Order Under 11 U.S.C. § 1103(a) Authorizing the Employment and Retention of Margot Saunders as Testifying Expert for the Official Committee of Borrowers *nunc pro tunc* to January 20, 2009 (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

If you wish to respond to the Application, you must file your response with Bankruptcy Court, www.deb.uscourts.gov, and serve it on the undersigned counsel for the movants so that it is actually received no later than March 6, 2009, at 4:00 p.m. (Eastern Time).

HEARING ON THE APPLICATION will be on March 13, 2009, at 11:30 a.m. Eastern Time at the Bankruptcy Court before the Honorable Christopher S. Sontchi.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

2118979.1

Dated: Wilmington, Delaware
February 20, 2009

        ZUCKERMAN SPAEDER LLP

        _____
        Thomas G. Macauley (ID No. 3411)
        919 Market Street, Suite 990
        P.O. Box 1028
        Wilmington, Delaware 19899
        Telephone: (302) 427-0400
        Facsimile: (302) 427-8242

        - and -

        GILBERT OSHINSKY LLP
        Stephen A. Weisbrod
        W. Hunter Winstead
        1100 New York Avenue, N.W., Suite 700
        Washington, DC 20005
        Telephone: (202) 772-196
        Facsimile: (202) 772-3962

        Attorneys for the Official Committee of Borrowers

2118979.1