## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**American Home Mortgage Holdings, Inc.,**<br>**a Delaware Corporation,** *et al.*[1]<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 07-11047 (CSS)**<br><br>**Jointly Administered** |

### VERIFIED STATEMENT OF
### ALSTON & BIRD LLP PURSUANT TO BANKRUPTCY RULE 2019

Alston & Bird LLP ("Alston & Bird"), in connection with the above-captioned Chapter

11 cases, makes the following statement pursuant to Rule 2019 of the Federal Rules of

Bankruptcy Procedure

    1.      Alston & Bird is a limited liability partnership with offices in Atlanta, Georgia;

New York, New York; Washington, D.C.; Charlotte, North Carolina; Dallas, Texas; Los

Angeles, California; Silicon Valley, California; and Raleigh, North Carolina.

    2.      Alston & Bird represents the following entities in the above-captioned case and

these entities have the following claims:

        a.    Bank of America, National Association holds claims against the Debtor
for possible amounts due regarding its role as trustee of certain trusts
comprised of pools of residential mortgage loans. Although the specific
obligations vary from one trust to another, the Debtor generally carried
contractual obligations related to the loans conveyed to these trusts,
including but not limited to (i) standard representations and warranties
typically made as part of a sale of loans on a non-recourse basis and (ii)
certain expense reimbursement and indemnification obligations owed to

---

[1] The Debtors are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp. (3914); American Home Mortgage Acceptance, Inc. (1979); American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp. (1558); American Home Mortgage Ventures LLC (1407); Homegate Settlement Services, Inc. (7491); and Great Oak Abstract Corp. (8580). The address for Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

various deal parties including but not limited to the trustees. Alston & Bird and Bank of America, National Association are currently unaware of the amount of the trusts' claim and is conducting its due diligence and will supplement its 2019 statement as required.

b.  Wilmington Trust Company holds claims against the Debtor for possible amounts due regarding its role as trustee of certain trusts comprised of pools of residential mortgage loans. Although the specific obligations vary from one trust to another, the Debtor generally carried contractual obligations related to the loans conveyed to these trusts, including but not limited to (i) standard representations and warranties typically made as part of a sale of loans on a non-recourse basis and (ii) certain expense reimbursement and indemnification obligations owed to various deal parties including but not limited to the trustees. Alston & Bird and Wilmington Trust Company are currently unaware of the amount of the trusts' claims and is conducting its due diligence and will supplement its 2019 statement as required.

3.     The mailing addresses for each respective party are listed on Exhibit A, which is attached hereto.

4.     These parties in interest retained Alston & Bird to represent their interests and enforce their rights in this bankruptcy case. Alston & Bird has disclosed its concurrent representation to each client and each client has authorized Alston & Bird's concurrent representation.

5.     Alston & Bird has considered and evaluated all potential conflicts of interest in accordance with applicable Rules of Professional Conduct. Alston & Bird has determined that the concurrent representations are permissible and has obtained the proper consents from each of these clients.

6.     Alston & Bird agrees to supplement this disclosure to the extent required and will seek additional consents if necessary.

7.     Upon information and belief, Alston & Bird holds no claim against or interest in the Debtors.

8.     This statement is filed strictly to comply with the requirements of Federal Bankruptcy Rule 2019, and nothing contained herein is with prejudice to any right, remedy, or claim of the represented creditors.  All such rights, remedies, and claims are expressly preserved.


Dated: February 20, 2009


ALSTON & BIRD LLP

/s/ J. William Boone
J. William Boone
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7282
Facsimile (404) 253-8494

***Counsel for Bank of America, National Association & Wilmington Trust Company***


## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.


Dated: February 20, 2009                    /s/ J. William Boone
                                            J. William Boone

## EXHIBIT A

Bank of America, National Association
c/o LaSalle Global Trust Services,
Mail Code IL4-135-15-11,
135 South LaSalle Street,
Chicago, Illinois, 60603,
Attn: Vanessa L. Danner


Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, Delaware 19801
Attn: Dorri Costello