## Certificate of Service

I hereby certify on this 20th Day of February, 2009, I caused a copy of the foregoing *Verified Statement of Alston & Bird LLP Pursuant to Bankruptcy Rule 2019* to be served upon the following parties in the manner indicated:

**VIA HAND DELIVERY**
James L. Patton, Jr.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Young, Conway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

**VIA HAND DELIVERY**
Office of the United States Trustee
844 Kings Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**VIA HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Mark S. Indelicato
Mark T. Power
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL**
Scott D. Talmadge, Esq.
Margo B. Schonholtz, Esq.
425 Park Avenue
New York, NY 10022

/s/ Duane D. Werb
Duane D. Werb (1042)