## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hearing Date: 3/13/09 @ 11:30 a.m. |
| | ) | Objections Due: 3/06/09 @ 4:00 p.m. |

### NOTICE OF FILING RE D.I. 7036

**To:   All parties on 2002 Service List**

On February 20, 2009, the Official Committee of Borrowers in the above-captioned cases (the "Movant") filed the Application for Order under 11 U.S.C. § 1103(a) Authorizing the Employment and Retention of Margot Saunders as Testifying Expert for the Official Committee of Individual Borrowers, *nunc pro tunc* to January 20, 2009 (the "Application") (D.I. 7036) with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Application is available from the website of the Bankruptcy Court, www.deb.uscourts.gov.

If you wish to respond to the Application, you must file your response with the Bankruptcy Court, www.deb.uscourts.gov., and serve it on the undersigned counsel for the Movants so that it is actually received no later than March 6, 2009 at 4:00 p.m. (Eastern Time).

HEARING ON THE APPLICATION will be on March 13, 2009, at 11:30 a.m. Eastern Time at the Bankruptcy Court before the Honorable Christopher S. Sontchi.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

2118986.1

Dated: February 20, 2009

ZUCKERMAN SPAEDER LLP

_____
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

- and -

GILBERT OSHINSKY LLP
Stephen A. Weisbrod
1100 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 772-1962
Facsimile: (202) 772-3962

Attorneys for the Official Committee of Borrowers

2

2118986.1