IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 07-11047(CSS) |
| American Home Mortgage | ) | |
| Holdings, Inc. | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | RE: Docket No. 7042 |

### ORDER DIRECTING APPOINTMENT OF FEE EXAMINER

The Court having entered, on February 23, 2009, the Findings of Fact, Conclusions of Law and Order Confirming the Amended Chapter 11 Plan of Liquidation of the Debtors dated February 18, 2009 [D.I. 7042] (the "Confirmation Order"); and it further appearing that ¶47 of the Confirmation Order governs the allowance and payment of Professional Claims (as defined in the Confirmation Order); and the Court having determined that the size and complexity of these cases will result in the filing of numerous and lengthy Professional Claims; and it further appearing that the appointment of a fee examiner pursuant to Rule 9017 of the Federal Rules of Bankruptcy Procedure, Rule 706 of the Federal Rules of Evidence and Rule 2016-2(j) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware is in the best interests of the debtors' estates, their creditors and all parties in interest; and it further appearing that (a) the Court has subject-matter jurisdiction over this matter pursuant to 11 U.S.C. § 1334 and (b)

this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that sufficient cause exists to appoint a fee examiner;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The debtors, the Official Committee of Unsecured Creditors and the Plan Trustee (if applicable) shall confer regarding the appointment of a fee examiner and the establishment of related procedures concerning the fee examiner's review of the Professional Claims.

2. The debtors shall submit under certification of counsel by no later than March 27, 2009, a proposed order regarding the appointment of a fee examiner and the establishment of related procedures concerning the fee examiner's review of the Professional Claims. The certification shall indicate whether the proposed order has the consent of the Official Committee of Unsecured Creditors and the Plan Trustee (if applicable); and, if not, the scope and basis of any dispute.

Christopher S. Sontchi, Judge
United States Bankruptcy Court

Dated: February 24, 2009