**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Objection Deadline: March 16, 2009<br>Hearing Date: TBD |

**NINTH MONTHLY APPLICATION OF**
**PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS**
**TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION**
**FOR THE PERIOD DECEMBER 1, 2008 THROUGH JANUARY 31, 2009**

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective February 12, 2008 by Order Entered March 27, 2008 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2008 through January 31, 2009[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $47,115.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $128.72 |

This is a:    __X__ monthly    ___ interim

The total time expended for fee application preparation is approximately 12.30 hours and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

the corresponding compensation requested is approximately $3,994.50.[3]

## SUMMARY OF FEE APPLICATIONS

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved | Approved Reduction |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/10/2008 [4624] | 02/14/2008- 03/31/2008 | $66,589.50 | $0.00 | 07/09/08 [5025] | $66,589.50 | $0.00 | $0.00 |
| 2 | 06/10/2008 [4625] | 04/01/2008- 04/30/2008 | $29,661.50 | $0.00 | 07/09/08 [5026] | $29,661.50 | $0.00 | $0.00 |
| 3 | 07/02/2008 [4973] | 05/01/2008- 05/31/2008 | $13,985.00 | $0.00 | 07/31/08 [5284] | $13,985.00 | $0.00 | $0.00 |
| 4 | 08/21/2008 [5514] | 06/01/2008- 07/31/2008 | $21,969.00 | $0.00 | 09/16/08 [5940] | $21,969.00 | $0.00 | $0.00 |
| **Third Interim Fee Period** | | | | | | | | |
| 5 | 10/14/2008 [6227] | 08/01/2008- 08/31/2008 | $48,781.50 | $0.00 | 11/07/08 [6533] | $48,781.50 | $0.00 | 0.00 |
| 6 | 10/22/2008 [6412] | 09/01/2008- 09/30/2008 | $43,652.00 | $159.20 | 11/13/08 [6577] | $43,652.00 | $159.20 | 0.00 |
| 7 | 11/26/2008 [6639] | 10/01/2008- 10/31/2008 | $18,465.00 | $0.00 | 12/18/08 [6756] | $18,465.00 | $0.00 | 0.00 |
| **Fourth Interim Fee Period** | | | | | | | | |
| 8 | 12/18/2008 [6759] | 11/01/2008- 11/30/2008 | $8,855.00 | $0.00 | 01/12/09 [6833] | | | |
| 9 | 02/18/2009 [TBD] | 12/01/2009- 01/31/2009 | $47,115.50 | $128.72 | | | | |
| **Total** | | | **$299,074.00** | **$ 287.92** | | **$243,103.50** | **$ 159.20** | **$  0.00** |

This is the ninth fee application filed by PricewaterhouseCoopers LLP.

## SUMMARY BY PROJECT CATEGORY

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 113.20 | $43,121.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *113.20* | *$43,121.00* |
| | | |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 12.30 | $3,994.50 |
| *Total Hours and Compensation for Fee/Employment Applications* | *12.30* | *$3,994.50* |
| | | |
| **Grand Total Hours and Compensation** | **125.50** | **$47,115.50** |

---

[3] This fee application was completed in February 2009 and the corresponding hours and fees will be billed to the Debtors within that monthly fee invoice.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

Chapter 11

In re:

Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[4]

Jointly Administered

Debtors.

**Objection Deadline: March 16, 2009**
**Hearing Date:  TBD**

---

### SUPPLEMENT TO THE NINTH MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD DECEMBER 1, 2008 THROUGH JANUARY 31, 2009

PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), herby submits this Ninth

Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services

Rendered and Reimbursements of Expenses as Tax Advisors for the Debtors and Debtors in

Possession for the period December 1, 2008 through January 31, 2009 (the "Application"),

pursuant to sections 327, 328, 329, 330 and 331 of title 11 of the United States Code, 11 U.S.C.

§§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice

and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

---

[4]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Rules"), the Administrative Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the

Bankruptcy Code (the "Administrative Order"), and the Guidelines for Reviewing Applications

for Compensation and Reimbursement of Expenses promulgated by the Executive Office of the

United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Application, PricewaterhouseCoopers, as tax advisors for the Debtors, seeks interim

allowance and payment of compensation for tax advising services performed and expenses incurred

during the period commencing December 1, 2008 through January 31, 2009 (the "Compensation

Period"). In support hereof, PricewaterhouseCoopers respectfully represents the following:

## BACKGROUND

1.    On August 6, 2007 (the "Petition Date") each of the Debtors filed with this Court

a voluntary petition for relief under the Bankruptcy Code. Each Debtor is continuing to operate

its business and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.

2.    The Debtors' cases have been consolidated for procedural purposes only and are

being jointly administered pursuant to an order of this Court.

3.    On August 14, 2007, the United States Trustee for the District of Delaware

appointed an Official Committee of Unsecured Creditors (the "Committee"). No trustee or

examiner has been appointed.

4.    On April 30, 2008, the Debtors filed the *Application of the Debtors for an Order*

*Pursuant to Sections 327(a) and 327(b) of the Bankruptcy Code Authorizing the Employment*

*and Retention of PricewaterhouseCoopers LLP as Tax Advisors to the Debtors, Nunc Pro Tunc*

*to April 1, 2008* (the "Employment Application"). PricewaterhouseCoopers was requested by

4

the Debtors based upon the wealth of experience in providing accounting, tax and advisory

services in various restructurings and reorganizations and historically provided tax advisory

services to the Debtors.

5.      On March 27, 2008, this Court approved the retention of PricewaterhouseCoopers

as tax advisors to the Debtors by entering the *Order Pursuant to Sections 327(a) and 328(b) of*

*the Bankruptcy Code Authorizing Debtors' Employment and Retention of*

*PricewaterhouseCoopers LLP as Debtors' Tax Advisors, Nunc Pro Tunc to April 1, 2008* (the

"Retention Order")

## RELIEF REQUESTED

6.      On September 3, 2007, this Court entered the Administrative Order.  Pursuant to

the procedures set forth in the Administrative Order, professionals may request monthly

compensation and reimbursement, and the Notice Parties (as defined in the Administrative

Order) may object to such requests.  If an objection to a professional's request is not filed and

served within twenty (20) days, the professional may file a certificate of no objection with the

Court, after which the Debtors shall be authorized to pay such professional an amount equal to

80% of the fees and 100% of the expenses requested in the Monthly Fee Application.

7.      Furthermore, the Administrative Order provides that professionals are to file and

service upon notice parties an interim request (an "Interim Fee Application") for interim Court

approval and allowance of the monthly fee applications during the interim fee period covered by

the Interim Fee Application.

8.      PricewaterhouseCoopers is filing the attached fee statement (the "Statement") for

compensation for professional services rendered and reimbursement of disbursements made in

these cases during the Compensation Period. The Statement contains detailed time logs

5

describing the actual and necessary services provided by PricewaterhouseCoopers during the

covered period, as well as other detailed information required to be included in fee applications.

The Statement is comprised of several exhibits which are attached hereto as **Exhibit A**:

- Exhibit A-1, provides a summary of the fees and expenses by project category;

- Exhibit A-2, provides the name and position of each professional, cumulative hours worked during the Compensation Period, hourly billing rates for the hourly compensation, and the corresponding fees requested; and

- Exhibit A-3, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity.

- Exhibit A-4, provides the details of the expenses for each professional.

## DESCRIPTION OF SERVICES RENDERED

9.      PricewaterhouseCoopers professionals categorized their time devoted to this

matter on behalf of the Debtors' estates to various project categories.  These professional

services are described below:

| Project Category and Task Code | Hours | Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 113.20 | $43,121.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *113.20* | *$43,121.00* |
| | | |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 12.30 | $3,994.50 |
| *Total Hours and Compensation for Fee/Employment Applications* | *12.30* | *$3,994.50* |
| **Grand Total Hours and Compensation** | **125.50** | **$47,115.50** |

### Tax Advisory Services

**Tax Consulting Services - 113.20 hours - $43,121.00**

10.      During the Compensation Period, PricewaterhouseCoopers professionals

performed the following: Prepared for the meeting with the NJ auditors regarding the Sales &

Use tax audit.  Held internal meetings to discuss approach and organize information relative to

the audit.  Held meeting with the auditor in New Jersey to present and review our support for the

audit. Prepared follow up audit schedules based on meeting with the auditor. Held meetings with the Ohio auditor relating to the Sales & Use tax audit. Prepared revised schedules for the State and presented new audit assessment figure to AHM and held meeting with the New York State Conciliation to review the additional IDR's and discussed status with AHM.

### Bankruptcy Requirements and Obligations

**Monthly, Interim and Final Fee Applications - 12.30 hours - $3,994.50**

11.    PricewaterhouseCoopers bankruptcy professionals finalized the eighth fee application submission (November 2008), prepared the necessary certificate of no objections for the fee statements, monitored PACER regarding status of interim fee hearing status, and monitored the internal billings for the interim cash submissions.

## ALLOWANCE FOR COMPENSATION

12.    At this time, PricewaterhouseCoopers is seeking compensation equal to eighty percent (80%) of the $47,115.50 in fees for professional services rendered by PricewaterhouseCoopers during the Compensation Period as tax advisors to the Debtors in these chapter 11 cases, for a total of $37,692.40

13.    PricewaterhouseCoopers charged and now requests those fees that are reasonable and customary and charged by most tax advisors in this marketplace for similar Chapter 11 cases. The billing rates set forth in the various summaries of professionals and paraprofessionals rendering services during the covered period represent customary rates that are routinely billed to PricewaterhouseCoopers' many clients. The compensation requested in this Application does not exceed the reasonable value of the services rendered.

14.    This Application covers the period from December 1, 2008 through and including January 31, 2009. Although every effort was made to include all fees and expenses form the

7

covered period in this application, some fees and/or expenses from the covered period might not be included in this fee application due to delays in processing time and receipt of invoices for expenses and/or for preparation for the instant application subsequent to the covered period. Accordingly, PricewaterhouseCoopers reserves the right to make further applications for allowance of fees and expenses not included herein. This Application is also made without prejudice to the PricewaterhouseCoopers' right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Administrative Order.

15.    No agreement or understanding prohibited by section 504 of the Bankruptcy Code exists between PricewaterhouseCoopers and any other person for sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases, not shall PricewaterhouseCoopers share or agree to share the compensation paid or allowed for the Debtors' estates for such services with any other person in contravention of section 504 of the Bankruptcy Code. No agreement or understanding prohibited by 18 U.S.C. § 155 had been made by PricewaterhouseCoopers.

## CERTIFICATE OF COMPLIANCE AND WAIVER

16.    To The best of their knowledge, PricewaterhouseCoopers believes that the instant application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.

WHEREFORE PricewaterhouseCoopers respectfully requests approval and payment of (a) interim compensation for professional services rendered as tax advisors for the Debtors in the

8

sum of $47,115.50 incurred during the Compensation Period, less a twenty percent (20%) holdback in the amount of $9,423.10, total fee award in the amount of $37,692.40; (b) reimbursement of actual and necessary expenses incurred in the sum of $128.72; and (c) such other and further relief as is just and proper.

Dated: February 20th, 2009
New York, New York

Thomas Geppel, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017
Telephone: (646) 471-3000

*Tax Advisors to the Debtors*

9

## VERIFICATION OF FEE APPLICATION

STATE OF NEW YORK   )
                            ) ss:
COUNTY OF NEW YORK  )

      Thomas Geppel hereby respectfully certifies and verifies as follows:

      1.    I am a Partner in the applicant firm, PricewaterhouseCoopers LLP.

      2.    I have personally supervised many of the tax services and other hourly services rendered by PricewaterhouseCoopers LLP, as tax advisors to the Debtors and am familiar with all other work performed on behalf of the Partners and professionals in the firm.

      3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                 THOMAS GEPPEL, Partner
                                 PricewaterhouseCoopers LLP
                                 300 Madison Avenue
                                 New York, NY 10017

SWORN TO AND SUBSCRIBED before me this 20ᵗʰ day of February 2009.

_____
Notary Public

My Commission Expires: 06-23-2011

               JUANA CRUZ
        Notary Public, State of New York
           No. 01CR5080926
         Qualified in Nassau County
     Commission Expires June 23, 20___

**American Home Mortgage Holdings, et al (Case 07-11047)**  **Exhibit A-1**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary by Project Category**
**For the Period December 1, 2008 through January 31, 2009**

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 113.20 | $43,121.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *113.20* | *$43,121.00* |
| | | |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 12.30 | $3,994.50 |
| *Total Hours and Compensation for Fee/Employment Applications* | *12.30* | *$3,994.50* |
| **Grand Total Hours for and Compensation** | **125.50** | **$47,115.50** |

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**          **Exhibit A-2**
PricewaterhouseCoopers LLP - Tax Advisor
**Summary of Professionals**
**For the Period December 1, 2008 through January 31, 2009**

| Professional | Rate | Hours | Total Fees |
|---|---|---|---|
| *Partner* | | | |
| Jack Rothstein | $700 | 2.50 | $1,750.00 |
| Thomas Geppel | $700 | 9.00 | $6,300.00 |
| *Senior Managing Director* | | | |
| John A Verde | $585 | 1.00 | $585.00 |
| *Director* | | | |
| David Ratnarajah | $485 | 2.00 | $970.00 |
| Gregory Fetter | $485 | 15.30 | $7,420.50 |
| Iris M Kitamura | $485 | 16.30 | $7,905.50 |
| *Manager* | | | |
| Jennifer L. Deibel | $380 | 4.70 | $1,786.00 |
| *Manager (Bankruptcy)* | | | |
| Andrea Clark Smith | $400 | 3.00 | $1,200.00 |
| *Senior Associate* | | | |
| Christos Vorillas | $285 | 46.90 | $13,366.50 |
| *Senior Associate (Bankruptcy)* | | | |
| Shonda M Finseth | $290 | 8.80 | $2,552.00 |
| *Associate* | | | |
| Marcel Briones | $205 | 16.00 | $3,280.00 |
| **Grand Total Hours and Compensation** | | **125.50** | **$47,115.50** |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period December 1, 2008 through January 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 12/1/2008 | Iris M Kitamura | Director | Follow up with auditor regarding fixed asset information for the NJ audit. | $485.00 | 0.20 | $97.00 |
| 12/1/2008 | Jennifer L. Deibel | Manager | Ohio sales and use tax call with Rebecca Daum (ODOT Bankruptcy Division) and correspondence with G. Fetter (PwC). | $380.00 | 1.00 | $380.00 |
| 12/2/2008 | Christos Vorillas | Senior Associate | Discussions with I. Kitamura and G. Fetter (PwC) regarding the NJ audit. | $285.00 | 0.60 | $171.00 |
| 12/2/2008 | Gregory Fetter | Director | Discussion with C. Vorillas (PwC) regarding the NJ audit. | $485.00 | 0.50 | $242.50 |
| 12/2/2008 | Thomas Geppel | Partner | Review employment tax work completed and NJ audit. | $700.00 | 2.00 | $1,400.00 |
| 12/3/2008 | Christos Vorillas | Senior Associate | Discussions with I. Kitamura (PwC) concerning the status of the NJ audit and correspondences with the client. | $285.00 | 0.20 | $57.00 |
| 12/3/2008 | Iris M Kitamura | Director | Review the status of the NJ audit and discuss with C. Vorillas (PwC). | $485.00 | 0.50 | $242.50 |
| 12/3/2008 | Jennifer L. Deibel | Manager | Conference call with the auditor to discuss the NJ audit. | $380.00 | 1.00 | $380.00 |
| 12/4/2008 | Christos Vorillas | Senior Associate | Updated the NJ spreadsheet for settlement purposes to disclaim the print advertisement and compute tax if certain vendors were disclaimed. | $285.00 | 0.90 | $256.50 |
| 12/4/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Imported the November 2008 WIP hours into the consolidator and reviewed the WIP quantity. | $290.00 | 0.20 | $58.00 |
| 12/5/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Continued to review the November 2008 time descriptions. | $290.00 | 1.60 | $464.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period December 1, 2008 through January 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 12/5/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Prepared the November 2008 narrative and researched Pacer for application filing dates. | $290.00 | 0.90 | $261.00 |
| 12/5/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Reviewed the November 2008 time descriptions. | $290.00 | 0.70 | $203.00 |
| 12/8/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review November 2008 consolidator and draft narrative. | $400.00 | 1.00 | $400.00 |
| 12/8/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with S. Finseth (PwC) regarding November 2008 draft fee statement. | $400.00 | 0.30 | $120.00 |
| 12/8/2008 | Gregory Fetter | Director | Meeting with S. Lyons and C. Vorillas (PwC) regarding the NJ and OH audits. | $485.00 | 0.50 | $242.50 |
| 12/8/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Meeting with Andrea Clark Smith (PwC) to discuss review comments. | $290.00 | 0.50 | $145.00 |
| 12/8/2008 | Thomas Geppel | Partner | Review employment tax work and status of the NJ and OH audits. | $700.00 | 2.00 | $1,400.00 |
| 12/10/2008 | Christos Vorillas | Senior Associate | Received conciliation result from NYS and sent to the client and G. Fetter (PwC) for review. | $285.00 | 0.20 | $57.00 |
| 12/11/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review November monthly fee statement. | $400.00 | 0.20 | $80.00 |
| 12/11/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Discussion with S. Finseth (PwC) regarding November 2008 fee statement. | $400.00 | 0.10 | $40.00 |
| 12/11/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Prepare the November 2008 monthly fee application exhibits. | $290.00 | 0.80 | $232.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period December 1, 2008 through January 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 12/11/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Updated the November 2008 consolidator and exhibits based upon review comments from Andrea Clark Smith (PwC). | $290.00 | 0.40 | $116.00 |
| 12/11/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Research Pacer for the objection deadline. | $290.00 | 0.10 | $29.00 |
| 12/11/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Consultation with Andrea Clark Smith (PwC) regarding the review comments. | $290.00 | 0.10 | $29.00 |
| 12/15/2008 | Gregory Fetter | Director | Reviewed the monthly billing reports for submission to the Court. | $485.00 | 0.50 | $242.50 |
| 12/15/2008 | Thomas Geppel | Partner | Reviewed the employment tax work completed and status of the audits. | $700.00 | 2.00 | $1,400.00 |
| 12/16/2008 | Christos Vorillas | Senior Associate | Discussed the Ohio case settlement with the client. | $285.00 | 0.20 | $57.00 |
| 12/16/2008 | Iris M Kitamura | Director | Meeting with C. Vorillas (PwC) to discuss the Ohio case settlement. | $485.00 | 0.10 | $48.50 |
| 12/18/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the final draft of the November 2008 fee statement. | $400.00 | 0.20 | $80.00 |
| 12/18/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review final November fee statement and distribute to Counsel for filing. | $400.00 | 0.10 | $40.00 |
| 12/18/2008 | Christos Vorillas | Senior Associate | Meeting with I. Kitamura (PwC) regarding the NJ audit schedule. | $285.00 | 0.50 | $142.50 |
| 12/18/2008 | Gregory Fetter | Director | Review the status of the OH and NJ audit and discuss with T. Geppel (PwC). | $485.00 | 2.00 | $970.00 |
| 12/18/2008 | Iris M Kitamura | Director | Meeting with C. Vorillas (PwC) regarding the NJ audit schedule. | $485.00 | 0.20 | $97.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period December 1, 2008 through January 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 12/18/2008 | Jennifer L. Deibel | Manager | Meeting with the auditor and revise spreadsheets for their review. | $380.00 | 2.00 | $760.00 |
| 12/18/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Reviewed the November 2008 Fee Invoice and prepared allocations. | $290.00 | 0.30 | $87.00 |
| 12/18/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Prepare the November 2008 fee invoice. | $290.00 | 0.30 | $87.00 |
| 12/18/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Reviewed Pacer to determine if the Third quarterly hearing has been scheduled. | $290.00 | 0.20 | $58.00 |
| 12/18/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Assembled narrative and exhibits to send to Tom Geppel (PwC) for signature. | $290.00 | 0.20 | $58.00 |
| 12/18/2008 | Thomas Geppel | Partner | Review the status of the OH and NJ audit and discuss with G. Fetter (PwC). | $700.00 | 1.00 | $700.00 |
| 12/19/2008 | Andrea Clark Smith | Manager (Bankruptcy) | Review the monthly fee application. | $400.00 | 0.10 | $40.00 |
| 12/19/2008 | Christos Vorillas | Senior Associate | Discussion with J. Deibel (PwC) regarding progress on the Ohio audit. | $285.00 | 0.50 | $142.50 |
| 12/19/2008 | Jennifer L. Deibel | Manager | Discussion with C. Vorillas (PwC) regarding progress on the Ohio audit. | $380.00 | 0.50 | $190.00 |
| 12/19/2008 | Shonda M Finseth | Senior Associate (Bankruptcy) | Search Pacer for American Home Disclosure Statement and post to the WCO. | $290.00 | 0.20 | $58.00 |
| 1/5/2009 | Christos Vorillas | Senior Associate | Discussion with AHM and G. Fetter (PwC) regarding the NJ, Ohio, and NYS audits and drafted a summary for G. Fetter's review. | $285.00 | 1.50 | $427.50 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
Detail of Professional Services by Date
For the Period December 1, 2008 through January 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 1/5/2009 | Gregory Fetter | Director | Discussion with AHM and C. Vorillas (PwC) regarding the NJ, Ohio, and NYS audits. | $485.00 | 1.00 | $485.00 |
| 1/5/2009 | Iris M Kitamura | Director | Meeting with the NJ Division of Taxation to discuss audit and possible settlement. | $485.00 | 0.20 | $97.00 |
| 1/6/2009 | Christos Vorillas | Senior Associate | Meeting with G. Fetter (PwC) regarding the NJ auditors. | $285.00 | 0.30 | $85.50 |
| 1/6/2009 | Iris M Kitamura | Director | Discuss with the NJ Division of Taxation auditor regarding proposed meeting. | $485.00 | 0.10 | $48.50 |
| 1/6/2009 | Jack Rothstein | Partner | Review Amlene mortgage and NJ assessment. | $700.00 | 0.50 | $350.00 |
| 1/7/2009 | Christos Vorillas | Senior Associate | Researched and discussed with D. Ratnaraj (PwC) regarding the NY sales tax consequences related to burning loan information on discs and invoicing the company. | $285.00 | 2.00 | $570.00 |
| 1/7/2009 | David Ratnarajah | Director | Discuss mortgage information with G. Fetter and C. Vorillas (PwC). Also, researched the NY law regarding the taxability of loan documents forwarded to the customer via CDs. | $485.00 | 2.00 | $970.00 |
| 1/7/2009 | Gregory Fetter | Director | Review the sales and use tax issues regarding CD's and discuss with D. Ratnarajah (PwC). | $485.00 | 0.50 | $242.50 |
| 1/7/2009 | Jennifer L. Deibel | Manager | Correspondence with the auditors regarding the audit. | $380.00 | 0.20 | $76.00 |
| 1/8/2009 | Christos Vorillas | Senior Associate | Reviewed interest and penalties. | $285.00 | 0.30 | $85.50 |
| 1/9/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Review the draft December 2008 fee consolidator. | $400.00 | 0.50 | $200.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period December 1, 2008 through January 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|-----------|
| 1/12/2009 | Iris M Kitamura | Director | Review the status of the NJ Audit, schedule of liabilities, and discuss with the NJ Division of Taxation. | $485.00 | 1.00 | $485.00 |
| 1/13/2009 | Christos Vorillas | Senior Associate | Meeting with Marcel Briones to review process for analyzing invoices. | $285.00 | 3.00 | $855.00 |
| 1/13/2009 | Christos Vorillas | Senior Associate | Meeting with G. Fetter and I. Kitamura (PwC) to discuss NJ auditors meeting on Friday and changed schedules for NJ audit. | $285.00 | 2.70 | $769.50 |
| 1/13/2009 | Gregory Fetter | Director | Prepare for the NJ auditor meeting. | $485.00 | 1.00 | $485.00 |
| 1/13/2009 | Marcel Briones | Associate | Meeting with C. Vorillas (PwC) to review process for analyzing invoices. | $205.00 | 3.00 | $615.00 |
| 1/13/2009 | Marcel Briones | Associate | Analyze invoices for the NJ audit meeting. | $205.00 | 2.50 | $512.50 |
| 1/14/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Review the status of the interim fee hearing and 20% invoices for the 5th interim period. | $400.00 | 0.50 | $200.00 |
| 1/14/2009 | Christos Vorillas | Senior Associate | Preparation for the NJ meeting with the auditors by creating binders and detailed the invoices for the vendors that are and are not taxable. | $285.00 | 3.50 | $997.50 |
| 1/14/2009 | Christos Vorillas | Senior Associate | Review returns with G. Fetter (PwC). | $285.00 | 2.50 | $712.50 |
| 1/14/2009 | Gregory Fetter | Director | Review returns with C. Vorillas (PwC). | $485.00 | 2.50 | $1,212.50 |
| 1/14/2009 | Iris M Kitamura | Director | Review return schedules with C. Vorillas (PwC) and review invoices. | $485.00 | 2.00 | $970.00 |
| 1/14/2009 | Marcel Briones | Associate | Analyzed invoices for the NJ audit meeting and performed additional research. | $205.00 | 3.50 | $717.50 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period December 1, 2008 through January 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 1/14/2009 | Marcel Briones | Associate | Continued to analyze invoices for the NJ audit meeting and assembled binder. | $205.00 | 3.00 | $615.00 |
| 1/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Review Pacer for fee application and CNO filing dates. | $290.00 | 0.60 | $174.00 |
| 1/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Review Pacer for approval of the fifth interim fee application and update the WCO. | $290.00 | 0.50 | $145.00 |
| 1/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Reviewed the review comments posted by Andrea Clark Smith (PwC) regarding the 20% fee invoice. Made the modifications, reposted the invoice to the WCO, and submitted to the CAA group for processing. | $290.00 | 0.50 | $145.00 |
| 1/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Meeting with Andrea Clark Smith (PwC) to discuss AHM billing and GFS allocations. | $290.00 | 0.20 | $58.00 |
| 1/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Prepare the fifth interim fee application 20% invoice. | $290.00 | 0.20 | $58.00 |
| 1/15/2009 | Christos Vorillas | Senior Associate | Finalize the binder and spreadsheet to calculate the tax liability. | $285.00 | 3.80 | $1,083.00 |
| 1/15/2009 | Christos Vorillas | Senior Associate | Continue to finalize the binder and spreadsheet to calculate the tax liability. | $285.00 | 3.00 | $855.00 |
| 1/15/2009 | Iris M Kitamura | Director | Review invoices for the meeting with the auditor and research sales and use tax taxability of purchases. | $485.00 | 3.50 | $1,697.50 |
| 1/15/2009 | Marcel Briones | Associate | Complete binders for NJ audit meeting. | $205.00 | 4.00 | $820.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Detail of Professional Services by Date**
**For the Period December 1, 2008 through January 31, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 1/16/2009 | Christos Vorillas | Senior Associate | Traveled to NJ to discuss possible settlements with the NJ auditor and discussed a methodology that was tentatively accepted by the NJ auditor. Detailed reconciliation with the NJ auditor over the invoices we had and expenses incurred. | $285.00 | 8.00 | $2,280.00 |
| 1/16/2009 | Christos Vorillas | Senior Associate | Travel time to meet with the NJ auditor. | $285.00 | 2.50 | $712.50 |
| 1/16/2009 | Gregory Fetter | Director | Prepared for the meeting with the NJ sales and use tax auditor. | $485.00 | 3.50 | $1,697.50 |
| 1/16/2009 | Iris M Kitamura | Director | Meeting with auditor regarding the sales and use tax. | $485.00 | 3.50 | $1,697.50 |
| 1/16/2009 | Iris M Kitamura | Director | Continued to meet with the auditor regarding the sales and use tax. | $485.00 | 3.50 | $1,697.50 |
| 1/16/2009 | Jack Rothstein | Partner | Reviewed the American Mortgage, NJ audit. | $700.00 | 2.00 | $1,400.00 |
| 1/16/2009 | Thomas Geppel | Partner | Reviewed the employment tax work and status of the audits. | $700.00 | 2.00 | $1,400.00 |
| 1/19/2009 | Christos Vorillas | Senior Associate | Implemented the NJ Auditor's methodology to remaining years under the audit to determine the total tax liability amount. | $285.00 | 4.50 | $1,282.50 |
| 1/19/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Review the draft 20% fee invoice and make modifications. | $290.00 | 0.30 | $87.00 |
| 1/20/2009 | Christos Vorillas | Senior Associate | Sent e-mail to the client regarding the 2007 fixed assets and expenses and discussed the audit status with G. Fetter (PwC). | $285.00 | 0.50 | $142.50 |
| 1/20/2009 | Gregory Fetter | Director | Review of the NJ audit. | $485.00 | 1.00 | $485.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period December 1, 2008 through January 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 1/21/2009 | Christos Vorillas | Senior Associate | Meeting with Kevin Kane (NYS Conciliator) and Lambert Achi (State Auditor) regarding the NJ audit. | $285.00 | 0.50 | $142.50 |
| 1/21/2009 | Christos Vorillas | Senior Associate | Reviewed the new IDR from the state auditor and send correspondences to the client concerning the NJ audit. Also reviewed an order and notice from a motion made to the bankruptcy court from G. Fetter (PwC) for voting rights. | $285.00 | 0.50 | $142.50 |
| 1/22/2009 | Christos Vorillas | Senior Associate | Organized the 2007 expenses and fixed assets to determine the tax liability. | $285.00 | 2.30 | $655.50 |
| 1/23/2009 | Christos Vorillas | Senior Associate | Discussions with G. Fetter (PwC) concerning the 2007 charges and tax liability. | $285.00 | 0.10 | $28.50 |
| 1/23/2009 | Gregory Fetter | Director | Review of revised NJ audit numbers. | $485.00 | 2.30 | $1,115.50 |
| 1/23/2009 | John A Verde | Senior Managing Director | Meeting with the NYS Conciliation to review the additional IDR's. | $585.00 | 1.00 | $585.00 |
| 1/28/2009 | Christos Vorillas | Senior Associate | Review revised spreadsheet for NJ audit and discuss with I. Kitamura (PwC). | $285.00 | 1.50 | $427.50 |
| 1/28/2009 | Christos Vorillas | Senior Associate | Research on position with NYS conciliator and e-mailed Susan for new IDR information requested by the NYS auditor. | $285.00 | 0.80 | $228.00 |
| 1/28/2009 | Iris M Kitamura | Director | Review revised spreadsheet for NJ audit and discuss with C. Vorillas and J. Rothstein (PwC). | $485.00 | 1.50 | $727.50 |
| **Grand Total Hours and Compensation** | | | | | **125.50** | **$47,115.50** |

Exhibit A-4

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Detail of Expenditures by Professional**
**For the Period December 1, 2008 through January 31, 2009**

| Expense Date | Personnel | Transaction Type | Description | Total Expenses |
|---|---|---|---|---|
| 12/31/2008 | Iris M Kitamura | Public/ground transportation | Transporation charges to attend meeting to discuss audit. | $20.00 |
| 1/14/2009 | Catherine M Rusyniak | Sundry - Other | Courier expense to transport tax documents. | $7.52 |
| 1/6/2009 | Christos Vorillas | Public/ground transportation | Toll charges to attend meeting with the NJ audit to discuss methodology, reconciliation, invoices, and expenses. | $17.70 |
| 1/6/2009 | Christos Vorillas | Mileage Allowance | Mileage charges to attend meeting with the NJ audit to discuss methodology, reconciliation, invoices, and expenses. | $66.00 |
| 1/16/2009 | Iris M Kitamura | Public/ground transportation | Transporation charges to attend meeting to discuss audit. | $17.50 |
| **Total Expenditures** | | | | **$128.72** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are incurred and reflected as payable in PwC's accounting system.  Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.