IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, <u>et al.</u>, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

------------------------------------------------------------------ x

**FOURTH MONTHLY APPLICATION OF
TRAXI, LLC AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
<u>FOR THE INTERIM PERIOD JANUARY 1, 2009 THROUGH JANUARY 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | TRAXI, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Order dated October 2, 2008, nunc pro tunc to September 10, 2008 |
| Period for which compensation and reimbursement is sought: | January 1, 2009 through January 31, 2009 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $32,728.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $122.70 |

This is an:  __X__ interim  ____ final application

This application includes 2.0 hours and $1,050.00 in fees incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Requested Period Covered | Requested Fees ($) | Approved Expenses($) | Fees | Expenses |
|---|---|---|---|---|---|
| 11-24-08 /6622 | 10-1-08 to 10-31-08 | $95,650.00 | $9,982.00 | $76,520.00 | $9,982.00 |
| 12-9-08 /6720 | 11-1-08 to 11-30-08 | $34,747.00 | $607.00 | $27,797.60 | $607.00 |
| 1-20-09/6865 | 12-1-08 to 12-31-08 | $24,400.00 | $3,181.80 | Pending | Pending |
| | | | | | |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | | | | |
| Thomas A. Korf | Managing Director | $525 | 42.3 | $22,208.00 |
| Peter Hoberman | Director | $400 | 26.3 | $10,520.00 |
| | | | | |
| | | | | |
| Grand Total: | | | 68.6 | $32,728.00 |
| Blended Rate: | | $477.08 | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| | | |
| Due Diligence (35) | 2.4 | $1,223.00 |
| Litigation and Support Services (47) | 61.7 | $29,205.00 |
| Miscellaneous and Other Bankruptcy Issues (62) | 0.8 | $358.00 |
| Preparation and Meeting with Debtor and Counsel (114) | 1.7 | $893.00 |
| Preparation of Monthly Bills/Fee Applications (39) | 2.0 | $1,050.00 |
| | | |
| TOTALS | 68.6 | $32,728.00 |

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
| | |
| Office (Duplication) | $122.70 |
| | |
| **TOTAL** | **$122.70** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :   Jointly Administered
            Debtors.                                              :
----------------------------------------------------------------- x

**FOURTH MONTHLY APPLICATION OF
TRAXI, LLC AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the Financial Advisory firm of Traxi, LLC (hereinafter "Traxi") hereby

moves this Court for reasonable compensation for financial advisory services rendered to American

Home Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned

cases (the "Debtors"), in the amount of $32,728.00 together with reimbursement for actual and

necessary expenses incurred in the amount of $122.70 for the interim period January 1, 2009

through January 31, 2009 (the "Interim Fee Period"). In support of its Application, Traxi

respectfully represents as follows:

1.      Traxi was employed to represent the Debtors as special litigation financial

advisor in connection with this chapter 11 case effective nunc pro tunc as of September 10, 2008,

pursuant to an Order entered by this Court on October 2, 2008. The Order authorized Traxi to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

2.      All services for which compensation is requested by Traxi were performed

for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3.      Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $32,728.00 due for fees.  Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $122.70 for reimbursement of expenses.

4.      The services rendered by Traxi during the Interim Fee Period are grouped into the categories set forth in Exhibit A.  The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.      Traxi has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $122.70.  This disbursement sum is broken down into categories of charges, including, among other things, travel to Delaware for meetings with counsel in connection with the litigation involving American Home Mortgage Servicing, Inc. ("AMHSI").  A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

6.      Pursuant to Local Rule 2016-2, Traxi represents that its rate for duplication is $.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7.      Professionals of Traxi have expended a total of 68.6 hours in connection with this matter during the Interim Fee Period.

2

8.    The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A.  These are Traxi's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by Traxi for the Interim Fee Period as counsel for the Debtors in these cases is $32,728.00.

9.    Traxi believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

10.    In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c)  the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11.    This Application covers the Interim Fee Period January 1, 2009 through January 31, 2009.

WHEREFORE, Traxi requests that allowance be made to it in the sum of $32,728.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $122.70 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
      February 17th , 2009

                TRAXI, LLC

                *Thomas A. Korf*

                Thomas A. Korf
                Tower 45, 6th Floor
                120 West 45th Street
                New York, New York 10036
                Telephone: (212) 810 - 2739
                Facsimile: (212) 465 - 1919

                Special Litigation Financial Advisor for Debtors and
                Debtors in Possession

VERIFICATION

STATE OF DELAWARE   )
                           )   SS:
NEW CASTLE COUNTY   )

       Thomas A. Korf, after being duly sworn according to law, deposes and says:

       1.    I am a Managing Director in the applicant firm, Traxi, LLC.

       2.    I have personally performed many of the financial advisory services rendered by Traxi, LLC, as special litigation financial advisor to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

       3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                    *Thomas A. Korf*
                                 THOMAS A. KORF

SWORN TO AND SUBSCRIBED before me this 17th day of February, 2009.

                               *Sherri Weinstein*
                       Notary Public
                       My Commission Expires: 10/21/11

SHERRI WEINSTEIN
Notary Public, State of New York
No. 01WE6090906
Qualified New York County
Commission Expires October 21, 2011

# EXHIBIT A

**American Home Mortgage Post**
**Summary of Fees**
1/1/2009 through 1/31/2009



| Professional | Level | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| *Corporate Restructuring* | | | | |
| Thomas Korf | Managing Director | $525 | 42.3 | $22,208 |
| Peter Hoberman | Director | $400 | 26.3 | $10,520 |
| Sub-Total | | | 68.6 | $32,728 |
| Total | | | 68.6 | $32,728 |

| | |
|---|---|
| Gross Professional Fees | $32,728 |
| Less:    0%    Holdback | $0 |
| NET PROFESSIONAL FEES | $32,728 |

**American Home Mortgage Post**

**Summary by Activity**



| | ACTIVITY | TIME SPENT | FEES |
|---|---|---|---|
| 35 | Due Diligence | 2.4 | $1,223 |
| 47 | Litigation support services | 61.7 | $29,205 |
| 62 | Miscellaneous and Other Bankruptcy Issues | 0.8 | $358 |
| 114 | Preparation and Meeting with Debtor and counsel | 1.7 | $893 |
| 39 | Preparation of monthly interim billing and/or fee application | 2.0 | $1,050 |
| | | 68.6 | $32,728 |

Note:  Travel time is billed at half of Applicant's normal hourly billing rates.

# American Home Mortgage Post

**Time Descriptions for Professional:** Thomas Korf



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 1/6/2009 | 3.0 | 47 | 36218 | Review the bank reconciliation summary for October prepared by staff - review the loan level variances, corporate advances detail; excluded investors analysis |
| 1/7/2009 | 0.2 | 114 | 36222 | Call with Counsel re:status of our work, proposed AHMSI credit bid for AHM assets and work schedule going forward |
| 1/7/2009 | 1.8 | 47 | 36219 | Summarize notes from meetings with A&M and AHMSi personnel out in Dallas during December |
| 1/7/2009 | 1.2 | 47 | 36220 | Prepare an alternative presentation for bank reconciliations; send to Burke of A&M for review and discussion with AHMSI personnel |
| 1/7/2009 | 2.3 | 47 | 36221 | Review the bank reconciliation summary for November prepared by staff - review the loan level variances, corporate advances detail; excluded investors analysis |
| 1/8/2009 | 5.0 | 47 | 36224 | Reconciling the October, November and December bank rec items that may be potential offsets to the AHMSI claims |
| 1/8/2009 | 1.0 | 114 | 36223 | Meeting with company personnel and Kroll to update them on status of litigation work and discuss the various claims (pre and post closing) |
| 1/9/2009 | 7.0 | 47 | 36225 | Investigating negative items on bank recs of 100+ investors for the months of October, November and December 2007 - cross checking the items that cleared in subsequent months in preparation for providing a list to AHMSI |
| 1/12/2009 | 0.8 | 35 | 36229 | Email to Burke of A&M re: the Loan level variances and bank reconciliations items to be reviewed by AHMSI |
| 1/12/2009 | 0.7 | 47 | 36228 | Review the file of staff regarding the summary of unexplained items on the face of the bank reconciliations |
| 1/12/2009 | 1.9 | 47 | 36227 | Prepare a summary of the loan level variances for the months October, November and December 2007 |
| 1/12/2009 | 4.6 | 47 | 36226 | Review the Loan level variances for those investors with a negative amount on the face of the bank reconciliaiton; identify items for AHMSI review |
| 1/13/2009 | 0.3 | 35 | 36230 | Call with Burke of A&M re: the loan level variances and bank reconciliations items to be reviewed by AHMSI |
| 1/14/2009 | 4.5 | 47 | 36231 | Review the Loan level variances for those investors with a positive amounts on the face of the bank reconciliaiton; identify items for AHMSI review |
| 1/15/2009 | 0.3 | 114 | 36232 | Call with S. Zeig re: status of our work to date |
| 1/15/2009 | 4.2 | 47 | 36233 | Finalizing a list of new loan level variances to be sent to AHMSI for investigation, including cross reconciling the October, November and Decenmber LLV detail to eliminate duplicates and create one master list by investor |
| 1/15/2009 | 0.5 | 35 | 36234 | Email the new LLV to Burke of A&M - discussion of files and timing |
| 1/19/2009 | 2.0 | 39 | 36235 | Preparation of the third interim monthly billing to court; docket search for CNO; emails with counsel re: same |
| 1/27/2009 | 0.5 | 35 | 36236 | Calls with Burke of A&M re: meeting in Dallas to discuss LLV |
| 1/27/2009 | 0.3 | 62 | 36238 | Booking travel to Dallas for meeting with AHMSI investor reporting |

**American Home Mortgage Post**

**Time Descriptions for Professional:**  Thomas Korf



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|------|-----------|----------|--------|-------------|
| 1/27/2009 | 0.2 | 114 | 36237 | Calls/Emails with Femandez of Kroll re: status of AHMSI review of our requested information |
|  | 42.3 |  |  |  |

**American Home Mortgage Post**

**Time Descriptions for Professional:**  Peter Hoberman



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|------|-----------|----------|--------|-------------|
| 1/5/2009 | 6.2 | 47 | 36567 | Review and compiling of potential outstanding items on bank reconciliation summary for October and associated loan level variances for AHMSI to review |
| 1/6/2009 | 6.8 | 47 | 36568 | Review and compiling of potential outstanding items on bank reconciliation summary for October & November and associated loan level variances for AHMSI to review |
| 1/7/2009 | 6.1 | 47 | 36569 | Review and compiling of potential outstanding items on bank reconciliation summary for November and associated loan level variances for AHMSI to review |
| 1/8/2009 | 0.5 | 47 | 36570 | Summarize notes from meetings with A&M and AHMSI personnel out in Dallas during December |
| 1/12/2009 | 4.0 | 47 | 36571 | Review and compiling of potential outstanding items on bank reconciliation summary for December and associated loan level variances for AHMSI to review |
| 1/13/2009 | 1.9 | 47 | 36572 | Review and compiling of potential outstanding items on bank reconciliation summary for December and associated loan level variances for AHMSI to review |
| 1/27/2009 | 0.3 | 35 | 36573 | Call with Gary Burke re:  AHMSI response to potential offsetting items |
| 1/30/2009 | 0.5 | 62 | 36574 | Travel arrangements and preparation for meeting with AHMSI |
|  | 26.3 |  |  |  |

**American Home Mortgage Post**

**Time Descriptions for Professional:**   Peter Hoberman



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|------|-----------|----------|--------|-------------|
|      | 68.6      |          |        |             |

# EXHIBIT B

# American Home Mortgage Post

## Summary of Expenses

1/1/2009 through 1/31/2009

| Professional Name | Airfare | Mileage | Parking/ Tolls | Rental Cars | Transportation | Lodging | Tele- phone | Meals | Courier/ Federal Express | Postage/ Supplies | Faxes | Duplication | Computer Supplies | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Expense | | | | | | | | | | | | $123 | | | $123 |
| *Total* | | | | | | | | | | | | $123 | | | $123 |

Note: All airfare and trainfare (included in transportation) are coach class.

# American Home Mortgage Post

**Expense Descriptions for Professiona**  Office Expense



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|----------|------|--------|-------------|--------|
| Reports/Duplication | 1/31/2009 | 21121 | 1227 black and white pages printed/reproduced at $0.10 per page. | $122.70 |
| | | | | $122.70 |
| | | | | $122.70 |