# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
## DETAIL OF SERVICES RENDERED BY PROJECT CODE
## FOR THE PERIOD DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 12/1/2008 | 104 | 1.5 | Conference Call |
| Young, Richard | 12/1/2008 | 104 | 1.0 | Distribution of files |
| Nelligan, John | 12/1/2008 | 106 | 0.5 | Review NDA from prospective buyer |
| Nelligan, John | 12/2/2008 | 106 | 4.0 | Outreach calls to potential new buyers |
| Nelligan, John | 12/2/2008 | 106 | 1.0 | Call with Prospective buyer |
| Young, Richard | 12/2/2008 | 104 | 0.5 | Contact bidders and distribuet NDA's |
| Young, Richard | 12/3/2008 | 104 | 6.0 | Updated liquidity analysis for Board meeting |
| Nelligan, John | 12/3/2008 | 106 | 2.0 | Outreach calls to potential new buyers |
| Nelligan, John | 12/3/2008 | 106 | 1.0 | Internal update call |
| Conway, Darryl | 12/3/2008 | 104 | 1.5 | Send out NDAs; negotiate language |
| Conway, Darryl | 12/3/2008 | 103 | 1.5 | Preparation of AHBank Liquidiation analysis update |
| Conway, Darryl | 12/3/2008 | 103 | 4.0 | Preparation of the October Financial Analysis Update |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 12/4/2008 | 103 | 1.5 | Make company revisions to the October financial analysis package update |
| Young, Richard | 12/4/2008 | 104 | 1.0 | Negotiate NDA and distribution of files |
| Nelligan, John | 12/4/2008 | 106 | 2.0 | Outreach calls to potential new buyers |
| Nelligan, John | 12/4/2008 | 106 | 1.0 | Review NDA from prospective buyer; call to discuss |
| Conway, Darryl | 12/5/2008 | 104 | 1.5 | Send out NDAs; negotiate language |
| Nelligan, John | 12/5/2008 | 106 | 3.0 | Answer questions of potential buyers |
| Conway, Darryl | 12/8/2008 | 104 | 1.5 | Send out NDAs; negotiate language |
| Nelligan, John | 12/8/2008 | 106 | 1.0 | AH Bank and Parent Board call |
| Nelligan, John | 12/8/2008 | 106 | 0.5 | Call with Kroll for update |
| Nelligan, John | 12/8/2008 | 106 | 2.0 | Preparation for Board Call |
| Young, Richard | 12/9/2008 | 104 | 1.0 | Review and planning for C bankruptcy data request |
| Conway, Darryl | 12/9/2008 | 104 | 2.5 | Collect documentation on bank sale for lawyers |
| Nelligan, John | 12/9/2008 | 106 | 0.5 | Internal update call |
| Nelligan, John | 12/10/2008 | 106 | 0.5 | Preparation of bank liquidation analysis |
| Nelligan, John | 12/10/2008 | 106 | 0.5 | Call with bank management |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 12/10/2008 | 104 | 3.0 | Collect documentation on bank sale for lawyers |
| Young, Richard | 12/10/2008 | 104 | 0.5 | Review and send out updated analysis; respond to data requests |
| Young, Richard | 12/11/2008 | 104 | 0.5 | Distribution of files |
| Nelligan, John | 12/11/2008 | 106 | 0.5 | Preparation of bank liquidation analysis |
| Conway, Darryl | 12/11/2008 | 104 | 1.0 | Send out NDAs; negotiate language |
| Conway, Darryl | 12/12/2008 | 104 | 2.5 | Collect documentation on bank sale for lawyers |
| Nelligan, John | 12/12/2008 | 106 | 3.0 | Responding ot discovery request relating to AH Bank |
| Conway, Darryl | 12/15/2008 | 103 | 4.5 | Preparation of November Financial analysis update |
| Nelligan, John | 12/15/2008 | 106 | 1.0 | Call with counsel regarding discovery requests |
| Nelligan, John | 12/15/2008 | 106 | 1.0 | Internal update call |
| Nelligan, John | 12/15/2008 | 106 | 4.0 | Responding ot discovery request relating to AH Bank |
| Young, Richard | 12/15/2008 | 104 | 1.0 | Collection of discovery documents for Citi |
| Nelligan, John | 12/15/2008 | 106 | 2.0 | Review liquidation analysis |
| Nelligan, John | 12/16/2008 | 106 | 1.0 | Review documents and correspondence regarding discovery requests |
| Learned, Autumn | 12/16/2008 | 106 | 1.5 | AHM Loan Sale - 5 pools, managing contact list |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 12/16/2008 | 106 | 1.0 | Respond to due diligence questions from prospective buyers |
| Nelligan, John | 12/16/2008 | 106 | 1.0 | Call with prospective buyer |
| Young, Richard | 12/16/2008 | 104 | 0.5 | Distribution of files |
| Nelligan, John | 12/17/2008 | 106 | 0.5 | Internal update call |
| Learned, Autumn | 12/17/2008 | 106 | 4.0 | AHM Loan Sale - 5 pools, initial email sent out, managing confidentiality agreements and data room |
| Young, Richard | 12/17/2008 | 104 | 1.0 | Distribution of files |
| Learned, Autumn | 12/18/2008 | 106 | 3.0 | AHM Loan Sale - 5 pools, managing confidentiality agreements and data room |
| Nelligan, John | 12/18/2008 | 106 | 0.5 | Call with Kroll |
| Young, Richard | 12/18/2008 | 104 | 1.0 | Conference call with potential bidder; distribution of files |
| Learned, Autumn | 12/19/2008 | 106 | 1.5 | AHM Loan Sale - 5 pools, managing confidentiality agreements and data room |
| Nelligan, John | 12/19/2008 | 106 | 0.5 | Call with bank management |
| Nelligan, John | 12/19/2008 | 106 | 1.0 | Correspondence with potential buyer |
| Nelligan, John | 12/22/2008 | 106 | 2.0 | Correspondence with potential buyer |
| Learned, Autumn | 12/22/2008 | 106 | 3.0 | AHM Loan Sale - 5 pools, responding to loan portfolio questions and managing confidentiality agreements and data room |
| Young, Richard | 12/22/2008 | 104 | 4.0 | Collection of discovery documents for Citi |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 12/23/2008 | 104 | 4.0 | Update of financial analysis |
| Learned, Autumn | 12/23/2008 | 106 | 2.0 | AHM Loan Sale - 5 pools, responding to loan portfolio questions and managing confidentiality agreements and data room |
| Nelligan, John | 12/23/2008 | 106 | 0.5 | Call with Kroll for update |
| Young, Richard | 12/24/2008 | 104 | 4.0 | Review and send out updated analysis, data file request, update contact lists |
| Nelligan, John | 12/24/2008 | 106 | 1.0 | Call with prospective buyers |
| Nelligan, John | 12/24/2008 | 106 | 0.5 | Call with Kroll for update |
| Learned, Autumn | 12/24/2008 | 106 | 1.0 | AHM Loan Sale - 5 pools, responding to loan portfolio questions and managing confidentiality agreements and data room |
| Young, Richard | 12/26/2008 | 104 | 0.5 | Set up calls for prospective stalking horse bidder |
| Nelligan, John | 12/26/2008 | 106 | 0.5 | Correspondence with potential buyer |
| Learned, Autumn | 12/26/2008 | 106 | 1.0 | AHM Loan Sale - 5 pools, posting items to data room |
| Young, Richard | 12/29/2008 | 104 | 0.5 | Discussions with bidder |
| Learned, Autumn | 12/29/2008 | 106 | 1.5 | AHM Loan Sale - 5 pools, responding to loan portfolio questions and managing confidentiality agreements and data room |
| Young, Richard | 12/30/2008 | 104 | 1.0 | Conference call with potiential bidder, distribution of files |
| Conway, Darryl | 12/30/2008 | 103 | 1.5 | Conference call with New Oak |
| Learned, Autumn | 12/30/2008 | 106 | 1.5 | AHM Loan Sale - 5 pools, responding to loan portfolio questions and managing confidentiality agreements and data room |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 12/31/2008 | 104 | 1.0 | Updated and distrbuted contact log |
| **Total Hours:** | | | 118.0 | |

**Exhibit B**
**Milestone Advisors LLC**
**Detail Expenses by Professional**
**December 1, 2008 – December 31, 2008**

| Expense Category | Employee / Vendor | Date | Amount | Description |
|---|---|---|---|---|
| Postage / Express | Fedex | 12/2/2008 | 17.24 | NetCap Financial |
| Postage / Express | Fedex | 12/2/2008 | 17.24 | Ganter Development |
| Meals | Darryl Conway | 12/3/2008 | 20.00 | McCormick and Schmicks |
| Taxi; Car rental | Darryl Conway | 12/3/2008 | 14.00 | Office - Home |
| Postage / Express | Fedex | 12/4/2008 | 18.56 | ECC Capital Corporation |
| Meals | Darryl Conway | 12/17/2008 | 22.00 | |
| Taxi; Car rental | Darryl Conway | 12/17/2008 | 12.00 | Office - Home |
| Meals | Darryl Conway | 12/18/2008 | 24.00 | Café Asia |
| Taxi; Car rental | Darryl Conway | 12/18/2008 | 14.00 | Office - Home |
| Teleconference | Premiere Teleconference | 12/20/2008 | 9.94 | |
| Postage / Express | Fedex | 12/23/2008 | 12.01 | Young Conaway |
| Postage / Express | Fedex | 12/30/2008 | 11.96 | Young Conaway |
| Teleconference | Premiere Teleconfernce | 12/30/2008 | 2.93 | |
| | | | 195.88 | |