# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
### DETAIL OF SERVICES RENDERED BY PROJECT CODE
### FOR THE PERIOD JANUARY 1, 2009 THROUGH JANUARY 31, 2009

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 1/5/2009 | 104 | 0.5 | Correspondence with company |
| Nelligan, John | 1/5/2009 | 106 | 0.5 | Process call with prospective buyer |
| Nelligan, John | 1/5/2009 | 106 | 1.0 | Internal organizational call |
| Learned, Autumn | 1/5/2009 | 106 | 2.0 | AHM Loan Sale - 5 pools, responding to loan portfolio questions, managing data room |
| Nelligan, John | 1/6/2009 | 106 | 1.5 | Call with buyer regarding regulatory strategy |
| Nelligan, John | 1/6/2009 | 106 | 0.5 | Update call with Kroll |
| Young, Richard | 1/6/2009 | 104 | 1.0 | Call with bidder, distribution of documents |
| Learned, Autumn | 1/6/2009 | 106 | 2.0 | AHM Loan Sale - 5 pools, responding to loan portfolio questions, managing data room |
| Nelligan, John | 1/7/2009 | 106 | 0.5 | Internal call |
| Learned, Autumn | 1/7/2009 | 106 | 1.5 | AHM Loan Sale - 5 pools, responding to loan portfolio questions, managing data room |
| Conway, Darryl | 1/7/2009 | 103 | 1.5 | Conference call with potential buyer |
| Nelligan, John | 1/7/2009 | 106 | 2.5 | Several calls wint interested buyers |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 1/7/2009 | 104 | 1.0 | Call with bidder, distribution of documents |
| Nelligan, John | 1/8/2009 | 106 | 1.0 | Correspondence with buyer |
| Learned, Autumn | 1/8/2009 | 106 | 1.5 | AHM Loan Sale - 5 pools, responding to loan portfolio questions, managing data room |
| Nelligan, John | 1/8/2009 | 106 | 1.5 | Conference call; with buyer and Bank mannagement re:due diligence |
| Young, Richard | 1/8/2009 | 104 | 0.5 | Distribute information to potential bidder |
| Nelligan, John | 1/9/2009 | 106 | 0.5 | Calls with interested parties |
| Nelligan, John | 1/9/2009 | 106 | 0.5 | Calls with AH Bank management team |
| Nelligan, John | 1/9/2009 | 106 | 1.5 | Reviewed letter of intent / acquistion proposal from a potential buyer |
| Learned, Autumn | 1/9/2009 | 106 | 5.0 | AHM Loan Sale - 5 pools, initial bids due, bid matrix created, answering questions |
| Learned, Autumn | 1/12/2009 | 106 | 3.0 | AHM Loan Sale - 5 pools, bids still arriving, matrix updated, fielding questions about process |
| Nelligan, John | 1/12/2009 | 106 | 2.0 | Prepare for conference call |
| Nelligan, John | 1/12/2009 | 106 | 0.5 | Correspondence with buyers |
| Nelligan, John | 1/12/2009 | 106 | 2.0 | Internal call with Kroll, counsel to discuss letter of intent |
| Young, Richard | 1/13/2009 | 104 | 1.0 | Call with potential bidder and distribution of documents |
| Nelligan, John | 1/13/2009 | 106 | 0.5 | Internal call |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 1/13/2009 | 106 | 1.0 | Call with buyer to discuss letter of intent |
| Nelligan, John | 1/13/2009 | 106 | 2.0 | Prepare for buyer discussion |
| Learned, Autumn | 1/14/2009 | 106 | 1.0 | AHM Loan Sale - 5 pools, bids still arriving, matrix updated, fielding questions about process |
| Nelligan, John | 1/14/2009 | 106 | 1.5 | Call with OTS and prosepective buyer |
| Nelligan, John | 1/14/2009 | 106 | 1.0 | Internal update call |
| Nelligan, John | 1/14/2009 | 106 | 1.0 | Preparation for call with OTS |
| Nelligan, John | 1/14/2009 | 106 | 0.5 | Call with Kroll |
| Learned, Autumn | 1/15/2009 | 106 | 1.0 | AHM Loan Sale - 5 pools, bids still arriving, matrix updated |
| Conway, Darryl | 1/15/2009 | 104 | 1.5 | Sendo ut NDAs; negotiate language |
| Nelligan, John | 1/15/2009 | 106 | 0.5 | Call with AH Bank management team |
| Nelligan, John | 1/15/2009 | 106 | 0.5 | Call with Kroll |
| Nelligan, John | 1/15/2009 | 106 | 1.0 | Review December financials |
| Conway, Darryl | 1/16/2009 | 103 | 3.5 | Preparation of updated financial analysis presentation |
| Young, Richard | 1/16/2009 | 104 | 2.0 | Review of updated financials and correspondence with potential bidder |
| Conway, Darryl | 1/16/2009 | 103 | 1.5 | Discussions with potential buyer |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 1/16/2009 | 106 | 1.0 | Various calls with prospective buyer |
| Nelligan, John | 1/16/2009 | 106 | 0.5 | Respond to data request from prospective buyer |
| Nelligan, John | 1/19/2009 | 106 | 0.5 | Call with Kroll |
| Nelligan, John | 1/19/2009 | 106 | 0.5 | Internal status call |
| Learned, Autumn | 1/20/2009 | 106 | 0.5 | AHM Loan Sale - 5 pools, fielding questions about process |
| Nelligan, John | 1/20/2009 | 106 | 1.0 | Conference call with buyer to discuss status |
| Young, Richard | 1/20/2009 | 104 | 0.5 | Distribution of financial documents |
| Conway, Darryl | 1/20/2009 | 103 | 1.5 | Conference call with potential buyer |
| Nelligan, John | 1/20/2009 | 106 | 1.0 | Calls with interested parties |
| Learned, Autumn | 1/21/2009 | 106 | 1.5 | AHM Loan Sale - 5 pools, copying and mailing credit document CDs to potential stalking horse bidders |
| Young, Richard | 1/21/2009 | 104 | 0.5 | Set up call with a potential bidder |
| Nelligan, John | 1/21/2009 | 106 | 1.0 | Call with prospective buyer |
| Nelligan, John | 1/21/2009 | 106 | 1.0 | Calls with counsel |
| Nelligan, John | 1/21/2009 | 106 | 0.5 | Internal call |
| Nelligan, John | 1/22/2009 | 106 | 1.0 | Conference call with buyer |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 1/22/2009 | 104 | 1.0 | bidder |
| Learned, Autumn | 1/22/2009 | 106 | 1.5 | AHM Loan Sale - 5 pools, copying and mailing credit document CDs to potential stalking horse bidders |
| Nelligan, John | 1/22/2009 | 106 | 0.5 | Call with Kroll |
| Nelligan, John | 1/22/2009 | 106 | 0.5 | Call with AH Bank management team |
| Nelligan, John | 1/23/2009 | 106 | 0.5 | Call with Kroll |
| Conway, Darryl | 1/23/2009 | 104 | 3.5 | Preparation of updated financial presentation |
| Young, Richard | 1/23/2009 | 104 | 2.0 | Review and update of financial update package |
| Nelligan, John | 1/23/2009 | 106 | 1.5 | Review of prosepective buyer letter of intent |
| Nelligan, John | 1/23/2009 | 106 | 0.5 | Internal update call |
| Learned, Autumn | 1/26/2009 | 106 | 1.0 | AHM Loan Sale - 5 pools, answering questions about loan portfolio and process |
| Nelligan, John | 1/26/2009 | 106 | 0.5 | Coordinate with OTS meeting with prospective buyer |
| Nelligan, John | 1/26/2009 | 106 | 1.0 | Conference call with buyer to discuss status |
| Nelligan, John | 1/27/2009 | 106 | 2.0 | Conference call with buyer to discuss status |
| Nelligan, John | 1/27/2009 | 106 | 1.0 | Correspondence with buyer regarding follow up items |
| Nelligan, John | 1/28/2009 | 106 | 1.0 | Update call with bank management |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 1/28/2009 | 106 | 1.0 | Update call with Kroll |
| Nelligan, John | 1/29/2009 | 106 | 1.0 | Call with OTS |
| Conway, Darryl | 1/29/2009 | 104 | 1.0 | Grant access to the data room; |
| Nelligan, John | 1/29/2009 | 106 | 1.0 | Organizational call with prospective buyer |
| Nelligan, John | 1/29/2009 | 106 | 1.5 | Various calls with prosepctive buyers |
| Nelligan, John | 1/29/2009 | 106 | 1.0 | Correspondence with OTS |
| Nelligan, John | 1/30/2009 | 106 | 1.0 | Coordinate follow up meeting with OTS |
| Nelligan, John | 1/30/2009 | 106 | 0.5 | Call with AH Bank management team |
| Nelligan, John | 1/30/2009 | 106 | 0.5 | Call with Kroll |
| Nelligan, John | 1/30/2009 | 106 | 2.0 | Call with OTS and prospective buyer |
| Learned, Autumn | 1/30/2009 | 106 | 0.5 | AHM Loan Sale - 5 pools, answering questions about loan portfolio and process |
| Conway, Darryl | 1/30/2009 | 104 | 1.5 | Grant access to the data room, work with buyer to gain access to the data room |
| Conway, Darryl | 1/31/2009 | 104 | 1.5 | grant data room access, work with buyer and Intralinks to get access |
| **Total Hours:** | | | 101.0 | |

## Exhibit B
## Milestone Advisors LLC
## Detail Expenses by Professional
## January 1, 2009 - January 31, 2009

| Expense Category | Employee / Vendor | Date | Amount | Description |
|---|---|---|---|---|
| Teleconference | Premiere Teleconfernce | 1/7/2009 | 9.06 | |
| Teleconference | Premiere Teleconfernce | 1/7/2009 | 10.26 | |
| Teleconference | Premiere Teleconfernce | 1/12/2009 | 19.06 | |
| Teleconference | Premiere Teleconfernce | 1/20/2009 | 4.88 | |
| Postage / Express | Fedex | 1/21/2009 | 17.00 | West Coast Realty |
| Postage / Express | Fedex | 1/21/2009 | 27.15 | Citadel Servicing Corporation |
| Postage / Express | Fedex | 1/22/2009 | 24.82 | Williams Merchant Group |
| Postage / Express | Fedex | 1/22/2009 | 17.00 | Citadel Servicing Corporation |
| Postage / Express | Fedex | 1/22/2009 | 15.50 | Williams Merchant Group |
| Teleconference | Premiere Teleconfernce | 1/22/2009 | 9.72 | |
| | | | 154.45 | |