DAN McALLISTER
TREASURER-TAX COLLECTOR
ATTENTION: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, California 92101
(619) 531-5261 facsimile (619) 685-2589

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In Re:

**American Home Mortgage Holdings, Inc.**

538 Broadhollow Road

Melville, NY 11747

Case No **07-11047** CSS

CHAPTER 11

**REQUEST FOR SPECIAL NOTICE BY SECURED CREDITOR COUNTY OF SAN DIEGO, CALIFORNIA**

Debtors and Debtors-in-Possession

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The San Diego County Treasurer-Tax Collector of California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters, **plan of re-organization, disclosure statement** and all other documents and papers pertaining to the above captioned case, including all notices required under the Bankruptcy code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of interest to the following address:

DAN McALLISTER
TREASURER-TAX COLLECTOR
ATTENTION: BANKRUPTCY DESK
1600 Pacific Highway, Room 162
San Diego, California 92101
(619) 531-5261 facsimile (619) 685-2589

Dated: February 18, 2009

Ray Fredericks [SR TTC Specialist]