IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC. et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Hearing Date: 4/6/2009 @ 2:00 p.m.**<br>**Objection Deadline: 3/30/2009 @ 4:00 p.m.** |

## NOTICE OF MOTION OF CITIFINANCIAL SERVICES, INC. FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

**TO: ALL PARTIES ON THE ATTACHED SERVICE LIST**

CitiFinancial Services, Inc. has filed a Motion for Relief from Stay which seeks the following relief: relief from the automatic stay to continue currently pending litigation in the Superior Court for the State of California for the County of Orange relating to real property located at 1420 Scholarship, Unit 26, Irvine, California 92603.

A HEARING ON THE MOTION WILL BE HELD ON **APRIL 6, 2009 AT 2:00 P.M.** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, U.S. BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

You are required to file a response (and supporting documentation required by Local Rule 4001-1(d)) to the attached motion at least five business days before the above hearing date (*i.e.*, by **March 30, 2009 at 4:00 p.m. EST**).

WLM 516290.3

At the same time, you must also serve a copy of the response upon movant's attorney:

> Stuart M. Brown, Esq.
> EDWARDS ANGELL PALMER & DODGE LLP
> 919 North Market Street, Suite 1500
> Wilmington, DE 19801
> Telephone: 302.777.7770
> Facsimile: 307.777.7263

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: February 26, 2009
Wilmington, Delaware

Respectfully Submitted,

EDWARDS ANGELL PALMER & DODGE LLP

_/s/ Stuart M. Brown_
Stuart M. Brown (I.D. #4050)
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302.777.7770
Facsimile: 307.777.7263
E-mail: sbrown@eapdlaw.com

**Counsel for CitiFinancial Services, Inc.**