# PROPOSED FORM OF ORDER

WLM 516290.3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. et al., | ) Case No. 07-11047 (CSS) ) ) Jointly Administered ) |
| Debtors. | ) **Related Docket No.** \_\_\_\_ ) |

## ORDER GRANTING MOTION OF CITIFINANCIAL SERVICES, INC. FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

Upon the motion of CitiFinancial Services, Inc. ("**CitiFinancial**") for relief from the automatic stay (the "**Motion**") to pursue the State Court Litigation[1] currently pending in the California Court, and having considered the Motion and all papers related thereto, and this Court possessing jurisdiction to consider the Motion, and venue being proper, and notice of the Motion having been sufficient, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted in this Order; and after due deliberation and sufficient cause appearing for entry of this Order, it is hereby,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that CitiFinancial is hereby granted relief from the automatic stay to take any and all action(s) necessary and/or appropriate to continue the pending State Court Litigation as to the Debtor in the California Court; and it is further

ORDERED, that the ten-day stay as contemplated by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived, and this Order shall become effective immediately upon its entry; and it is further

---

[1] Capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

WLM 516290.3

2

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated:_____, 2009

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE