

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE
### PROOF OF CLAIM

In the matter of:
American Home Mortgage Corp.

Docket No: 07-11051 CSS
In Chapter 11 Proceedings

Debtor

1. This proof is made for the claimant named below by the undersigned individual who is duly authorized to make this claim on behalf of the claimant, which is:

   **State of New Jersey**
   **Division of Taxation**
   **Compliance Activity**
   **PO BOX 245**
   **Trenton, New Jersey 08646**

2. The debtor was, after the time of the filing of the petition initiating this case, and still indebted (or liable) to this claimant by reason of failure to pay New Jersey State taxes due, as shown in the itemized schedule attached hereto.

3. This claim, in the amount of $5,000.00 does not include penalties accrued under applicable law, and no part of the foregoing amount has been paid, and the entries amount is due and payable.

4. This claim is not subject to any set-off or counterclaim, and no note has been received for said debt, and no security other than that provided by statue is held therefor.

5. This is filed as a(n) ADMINISTRATIVE PROOF OF CLAIM.

Date: 2-17-09    Signed: _____
MICHAEL READING
Authorized Agent
For the New Jersey Division of Taxation

United States Bankruptcy Court
Clerk's Office
824 Market Street, 3rd Floor
Wilmington, DE  19801

ID No: 133-461-558/000
RF

RESPOND TO:
Anne Milgram
Attorney General of New Jersey
Richard J. Hughes Complex
P O Box 106
Trenton, New Jersey 08625-0106

Enclosure: Schedule of Liabilities



# State of New Jersey
## DEPARTMENT OF THE TREASURY
## DIVISION OF TAXATION
## PO BOX 245
## TRENTON, NEW JERSEY 08695-0245

IN THE MATTER OF:
    **DEBTOR:**    **American Home Mortgage Corp.**
    **TAX IDENTIFICATION NO:  133-461-558/000**

### POST-PETITION TAXPAYER SCHEDULE

| TAX TYPE | RETURN DATE | ITEM TYPE | TAX LIABILITY | PENALTY | INTEREST | AMOUNT CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| CBT | 01/2007-12/2007 | DELINQUENT | 5,000.00 | 0.00 | 0.00 | 0.00 | 5,000.00 |
|  |  | **TOTAL** |  |  |  |  | **5,000.00** |

Deficient: Underpayment
Delinquent: No Return – Estimated Tax Liability
CBT: Corporation Business Tax

**IN REPLY REFER TO:**
RICHARD FLATCH
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON, NJ 08695-0245