IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 : Jointly Administered
                                                                 :
    Debtors.                                                     : **Objection Deadline: March 12, 2009 at 4:00 p.m. (ET)**
                                                                 : **Hearing Date: March 13, 2009 at 11:30 a.m. (ET)**
                                                                 :
---------------------------------------------------------------- x

## ORDER

Upon consideration of Debtors' Motion for Protective Order and the hearing on the Motion held on March 13, 2009, and after due deliberation and for the reasons stated on the record at the Hearing, IT IS ORDERED that:

1. Debtors' Motion for Protective Order is GRANTED.

2. A Protective Order is hereby entered terminating the deposition of Damian Voulo and the 30(b)(6) deposition of the Debtors.

Dated: Wilmington, Delaware
       March ____, 2009

                                                     _____
                                                     Christopher S. Sontchi
                                                     United States Bankruptcy Judge