IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :    Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :    Jointly Administered
       Debtors.                                                          :
                                                                         :    Ref. No. 6911
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO STATEMENT RE: DOCKET NO. 6911

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Sixteenth Monthly Statement of Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2008 through December 31, 2008 (the "Statement"). The Court's docket which was last updated February 27, 2009, reflects that no objections to the Statement have been filed. Objections to the Statement were to be filed and served no later than February 27, 2009 at 4:00 p.m.

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of requested interim fees ($170,546.00) and 100% of requested interim expenses ($12,757.96) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       March 2, 2009

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Matthew B. Lunn
> James L. Patton, Jr. (No. 2202)
> Joel A. Waite (No. 2925)
> Pauline K. Morgan (No. 3650)
> Sean M. Beach (No. 4070)
> Matthew B. Lunn (No. 4119)
> Kenneth Enos (No. 4544)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 571-6600
> Facsimile: (302) 571-1253
>
> Counsel for Debtors and
> Debtors in Possession