IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:         :   Chapter 11

       :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,        :

       :   Jointly Administered

    Debtors.        :

---------------------------------------------------------------------- x   Ref. No. 6939

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 6939

The undersigned hereby certifies that, as of the date hereof, no answer, objection

or other responsive pleading has been received to the Seventeenth Monthly Application of

Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession

for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period

December 1, 2008 through December 31, 2008 (the "Application"). The Court's docket which

was last updated March 3, 2009, reflects that no objections to the Application have been filed.

Objections to the Application were to be filed and served no later than February 24, 2009 at 4:00

p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($205,456.40) of requested fees ($256,820.50) and 100% of requested expenses ($15,216.68) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       March 3, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Pauline K. Morgan*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession