IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE | : Bankruptcy Case No. 07-11047-CSS |
| HOLDINGS, INC., a Delaware | : |
| Corporation, et al., | : |
| | : |
| Debtors. | : Jointly Administered |
| | : |
| WELLS FARGO BANK, N.A., | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 08-307-JJF |
| | : |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., a Delaware | : |
| Corporation, et al., | : |
| | : |
| Appellees. | : |

**FINAL ORDER**

At Wilmington, this __3__ day of March 2009, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that April 14, 2008 Order of the Bankruptcy Court is **AFFIRMED**.

_____
UNITED STATES DISTRICT JUDGE