**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047(CSS)

# SIGN - IN - SHEET

**COURTROOM LOCATION:** 6
**DATE:** 3/6/09 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward Schnitzer | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Steven Wilamowski | Bingham McCutchen | DB Structured Products |
| Ana M. Alfonso | Kaye Scholer | Bank of America |
| William P. Bowden | Ashby & Geddes | DB Structured |
| Patrick Jackson | Young Conaway Stargatt & Taylor | American Home Mortgage |
| Laurie Selber Silverstein | Potter Anderson & Corroon | Bank of America |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**