IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       : Jointly Administered
       Debtors.                                                        :
                                                                       : Ref. Docket No. 7002
---------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING MOTION OF
PAULA RUSH FOR ORDER TO AMEND PROOF OF CLAIMS**

On or about January 11, 2008, Ms. Rush timely filed claim number 8743 (the "Rush Claim") in the aggregate amount of $1,790,000.00 against AHM Corp.

On or about February 11, 2009, Ms. Paula Rush filed the Motion of Paula Rush for Order to Amend Proof of Claims [Docket No. 7002] (the "Motion"). By the Motion, Ms. Rush essentially seeks an order permitting the filing of additional proofs of claim against all Debtor entities (but for AHM Corp., which is the subject of the Rush Claim), without prejudice to the Debtors' rights to object to, or otherwise defend against, such claims.

The Debtors have considered the Motion and discussed the relief requested therein with Ms. Rush. Following these good-faith negotiations, the parties have agreed to permit the filing of additional proofs of claims (the "Additional Rush Claims") against (i) AHM Holdings, (ii) AHM Servicing, and (iii) Homegate.

---

[1] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

The Debtors hereby reserve their rights, as well as the rights of any and all parties in interest, to contest the asserted merits of the Rush Claim, the Additional Rush Claims and their rights to all defenses and counterclaims against Ms. Rush. Furthermore, any and all rights pursuant to section 502(b) of the Bankruptcy Code to object to such claims on any and all grounds, including, without limitation, objections as to the amount, classification and status of the claims are hereby reserved.

WHEREFORE, the Debtors respectfully request that the Court enter the agreed-upon order annexed hereto as Exhibit A, granting the relief requested in the Motion to the extent set forth herein, and such other and further relief as is just and proper.

Dated: Wilmington, Delaware  
March 6, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Margaret Whiteman Greecher*  
Sean M. Beach (No. 4070)  
Margaret Whiteman Greecher (No. 4652)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  

*Counsel for Debtors and Debtors in Possession*

## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[2]                                     :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   Ref. Docket No. 7002
---------------------------------------------------------------------- x

## ORDER REGARDING THE MOTION OF PAULA RUSH FOR ORDER TO AMEND PROOF OF CLAIMS

Upon consideration of the Motion of Paula Rush for Order to Amend Proof of Claims [Docket No. 7002] (the "Motion"); and upon the agreement of the parties set forth in the certification of counsel regarding the Motion; and after due deliberation, it is hereby

ORDERED that the Motion is granted to the extent set forth herein; and it is further

ORDERED that Ms. Rush is granted leave to file claims (the "Additional Rush Claims") against (i) AHM Holdings, (ii) AHM Servicing, and (iii) Homegate; provided, however, that this Order shall not affect the allowability, amount or priority of the Additional Rush Claims; and it is further

ORDERED that the Additional Rush Claims must be filed with the Debtors' claims agent within ten (10) business days of entry of this Order at the appropriate address: (i) if

---

[2] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

by first-class mail: American Home Mortgage Claims Processing, P.O. Box 5076, FDR Station, New York, NY 10150-5076 or (ii) if by hand delivery or overnight mail: Epiq Bankruptcy Solutions, LLC, Attn: American Home Mortgage Claims Processing, 757 Third Avenue, 3rd Floor, New York, NY 10017; and it is further

ORDERED that, if Ms. Rush fails to file the Additional Rush Claims within ten (10) business days of entry of this Order, Ms. Rush shall be forever barred from asserting any claims against the Debtors (other than the Rush Claim); and it is further

ORDERED that, other than the Additional Rush Claims, no claims shall be filed against any of the Debtors on behalf of Ms. Rush; and it is further

ORDERED that nothing herein shall amend, modify or otherwise affect the Rush Claim; and it is further

ORDERED that the Debtors' and any and all parties-in-interest's rights to contest the asserted merits of the Rush Claim, the Additional Rush Claims and their rights to all defenses and counterclaims against Ms. Rush are hereby reserved. Furthermore, any and all rights pursuant to section 502(b) of the Bankruptcy Code to object to such claims on any and all grounds, including, without limitation, objections as to the amount, classification and status of the claims, are hereby reserved; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: March ___, 2009
       Wilmington, Delaware

                                                _____
                                                Christopher S. Sontchi
                                                United States Bankruptcy Judge