IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              : Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    : Jointly Administered
       Debtors.                                                     :
                                                                    : Re: Docket No. 7003
                                                                    :
------------------------------------------------------------------- x

### RESERVATION OF RIGHTS OF THE DEBTORS TO THE MOTION OF MONA DOBBEN FOR ORDER DEEMING PROOFS OF CLAIMS #10607, #10608, #10609 TIMELY FILED OR, IN THE ALTERNATIVE, ALLOWING PROOFS OF LATE FILED CLAIMS

The above-captioned debtors and debtors in possession (the "Debtors"), hereby file this reservation of rights (the "Reservation of Rights") to the *Motion of Mona Dobben for Order Deeming Proofs of Claims #10607, #10608, #10609 Timely Filed or, in the Alternative, Allowing Proofs of Late Filed Claims* [Docket No. 7003] (the "Motion"). On or about December 26, 2008, Ms. Dobben filed three (3) proofs of claim asserting claims against American Home Mortgage Holdings, Inc. (Claim No. 10607), American Home Mortgage Servicing, Inc. (Claim No. 10608) and American Home Mortgage Corporation (Claim No. 10609) (collectively, the "Claims"). By the Motion, Ms. Dobben seeks the entry of an order deeming the Claims to be timely filed, without prejudice to the Debtors' right to object to the validity of the Claims.

The Debtors do not oppose the Motion or object to the relief requested. However, the Debtors do not agree with many of the allegations and statements contained in the Motion.

Accordingly, the Debtors' decision to not oppose the Motion shall not be construed to be an admission by the Debtors of any statement or allegation made in the Motion.

The Debtors hereby reserve their rights, as well as the rights of any and all parties in interest, to contest the asserted merits of the Claims and their rights to all defenses and counterclaims against Ms. Dobben. Furthermore, any and all rights pursuant to section 502(b) of the Bankruptcy Code to object to such claims on any and all grounds, including, without limitation, objections as to the amount, classification and status of the claims should be reserved. As the proposed form of order that Ms. Dobben submitted along with the Motion does not reserve these rights, the Debtors propose that the Court instead enter the order attached hereto as Exhibit A sustaining the Motion.

Dated: Wilmington, Delaware
March 6, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                :  Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                    :
                                                                      :  Jointly Administered
          Debtors.                                                    :
                                                                      :  Ref. Docket No. 7003
--------------------------------------------------------------------- x

**ORDER REGARDING THE ORDER DEEMING PROOFS OF CLAIMS
#10607, #10608, #10609 TIMELY FILED OR, IN THE ALTERNATIVE,
ALLOWING PROOFS OF LATE FILED CLAIMS**

Upon consideration of the *Motion of Mona Dobben for Order Deeming Proofs of Claims #10607, #10608, #10609 Timely Filed or, in the Alternative, Allowing Proofs of Late Filed Claims* [Docket No. 7003] (the "<u>Motion</u>"); and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and it appearing that the relief requested in the Motion is warranted; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is granted to the extent set forth herein; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Ms. Dobben's three (3) proofs of claim (Claim Nos. 10607, 10608 and 10609) (collectively, the "Claims") shall be and hereby are, deemed timely filed; and it is further

ORDERED that the Debtors' and any and all parties-in-interest's rights to contest the asserted merits of the Claims and their rights to all defenses and counterclaims against Ms. Dobben are hereby reserved. Furthermore, any and all rights pursuant to section 502(b) of the Bankruptcy Code to object to such claims on any and all grounds, including, without limitation, objections as to the amount, classification and status of the claims, are hereby reserved; and it is further

ORDERED that, other than the Claims, no claims shall be filed against any of the Debtors on behalf of Ms. Dobben; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: March ___, 2009
       Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge