## CERTIFICATE OF SERVICE

I, *David W. Carickhoff*, hereby certify that on March 6, 2009, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

**RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) THE MOTION OF MONA DOBBEN FOR ORDER DEEMING PROOFS OF CLAIMS #10607, #10608, #10609 TIMELY FILED OR, IN THE ALTERNATIVE, ALLOWING PROOFS OF LATE FILED CLAIMS, AND (II) AMENDED EMERGENCY MOTION OF MONA DOBBEN FOR AN ORDER FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

                */s/David W. Carickhoff*
                David W. Carickhoff (No. 3715)

128189/01600/21765979v1

SERVICE LIST
VIA OVERNIGHT MAIL, FACSIMILE or E-MAIL

VIA OVERNIGHT MAIL
**Mona Dobben, Pro Se Movant**
9208 107th Drive
Sun City, AZ  85351

VIA OVERNIGHT MAIL
**Alex Yamamura**
12429 N. 68th Street
Scottsdale, AZ  85254

James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Pauline K. Morgan, Esquire
**Young Conaway Stargatt & Taylor, LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Counsel for the Debtors*
jpatton@ycst.com
rbrady@ycst.com
pmorgan@ycst.com

Joseph McMahon, Esquire
**Office of the United States Trustee**
844 King Street, Room 2313
Wilmington, DE  19801
Joseph.mcmahon@usdoj.gov

Thomas G. Macauley, Esquire
**Zuckerman Spaeder LLP**
919 Market Street, Suite 990
Wilmington, DE  19899
Facsimile:  302-427-8242
*Counsel for the Official Committee of Borrowers*

Stephen A. Weisbrod, Esquire
W. Hunter Winstead, Esquire
**Gilbert Oshinsky LLP**
1100 New York Avenue, N.W., Suite 700
Washington, DC  20005
Facsimile:  202-772-3962
*Counsel for the Official Committee of Borrowers*

2

Laurie Selber Silverstein, Esquire
Gabriel R. MacConaill, Esquire
**Potter Anderson & Corroon LLP**
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801
lsilverstein@potteranderson.com
gmacconaill@potteranderson.com
*Counsel for Bank of America, N.A.*

128189/01600/21765979v1