IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[2]                               :
                                                                 :   Jointly Administered
            Debtors.                                             :
                                                                 :   Ref. Docket No. 6915
---------------------------------------------------------------- x

## ORDER REGARDING THE MOTION OF DELENA LAMACCHIA FOR ORDER DEEMING PROOFS OF CLAIM TIMELY FILED OR, IN THE ALTERNATIVE, ALLOWING PROOFS OF LATE FILED CLAIMS [DOCKET NO. 6915]

Upon consideration of the Motion of Delena LaMacchia for Order Deeming Proofs of Claim Timely Filed or, in the Alternative, Allowing Proofs of Late Filed Claims [Docket No. 6915] (the "Motion"); and upon the agreement of the parties set forth in the certification of counsel regarding the Motion; and after due deliberation, it is hereby

ORDERED that the Motion is granted to the extent set forth herein; and it is further

ORDERED that Ms. LaMacchia is granted leave to file claims (the "LaMacchia Claims") against (i) AHM Holdings, (ii) AHM Servicing, (iii) AHM Acceptance; and (iv) AHM Corp.; provided, however, that this Order shall not affect the allowability, amount or priority of the LaMacchia Claims; and it is further

---

[2] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED that Ms. LaMacchia must file the LaMacchia Claims with the Debtors' claims agent within ten (10) business days of entry of this Order at the appropriate address: (i) if by first-class mail: American Home Mortgage Claims Processing, P.O. Box 5076, FDR Station, New York, NY 10150-5076 or (ii) if by hand delivery or overnight mail: Epiq Bankruptcy Solutions, LLC, Attn: American Home Mortgage Claims Processing, 757 Third Avenue, 3rd Floor, New York, NY 10017; and it is further

ORDERED that, if Ms. LaMacchia fails to file the LaMacchia Claims within ten (10) business days of entry of this Order, Ms. LaMacchia shall be forever barred from asserting any claims against the Debtors; and it is further

ORDERED that, other than the LaMacchia Claims, no claims shall be filed against any of the Debtors on behalf of Ms. LaMacchia; and it is further

ORDERED that the Debtors' and any and all parties-in-interest's rights to contest the asserted merits of the LaMacchia Claims and their rights to all defenses and counterclaims against Ms. LaMacchia are hereby reserved. Furthermore, any and all rights pursuant to section 502(b) of the Bankruptcy Code to object to such claims on any and all grounds, including, without limitation, objections as to the amount, classification and status of the claims, are hereby reserved; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 9, 2009
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge