IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[2] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. Docket No. 7002 |

---

## ORDER REGARDING THE MOTION OF PAULA RUSH
## FOR ORDER TO AMEND PROOF OF CLAIMS

Upon consideration of the Motion of Paula Rush for Order to Amend Proof of

Claims [Docket No. 7002] (the "Motion"); and upon the agreement of the parties set forth in the

certification of counsel regarding the Motion; and after due deliberation, it is hereby

ORDERED that the Motion is granted to the extent set forth herein; and it is

further

ORDERED that Ms. Rush is granted leave to file claims (the "Additional Rush

Claims") against (i) AHM Holdings, (ii) AHM Servicing, and (iii) Homegate; provided,

however, that this Order shall not affect the allowability, amount or priority of the Additional

Rush Claims; and it is further

ORDERED that the Additional Rush Claims must be filed with the Debtors'

claims agent within ten (10) business days of entry of this Order at the appropriate address: (i) if

---

[2] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

by first-class mail: American Home Mortgage Claims Processing, P.O. Box 5076, FDR Station, New York, NY 10150-5076 or (ii) if by hand delivery or overnight mail: Epiq Bankruptcy Solutions, LLC, Attn: American Home Mortgage Claims Processing, 757 Third Avenue, 3rd Floor, New York, NY 10017; and it is further

ORDERED that, if Ms. Rush fails to file the Additional Rush Claims within ten (10) business days of entry of this Order, Ms. Rush shall be forever barred from asserting any claims against the Debtors (other than the Rush Claim); and it is further

ORDERED that, other than the Additional Rush Claims, no claims shall be filed against any of the Debtors on behalf of Ms. Rush; and it is further

ORDERED that nothing herein shall amend, modify or otherwise affect the Rush Claim; and it is further

ORDERED that the Debtors' and any and all parties-in-interest's rights to contest the asserted merits of the Rush Claim, the Additional Rush Claims and their rights to all defenses and counterclaims against Ms. Rush are hereby reserved. Furthermore, any and all rights pursuant to section 502(b) of the Bankruptcy Code to object to such claims on any and all grounds, including, without limitation, objections as to the amount, classification and status of the claims, are hereby reserved; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 9 , 2009
      Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge