# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road            **Chapter:** 11
Melville, NY 11747
 **EIN:** 13–4066303

*Case No.*: 07–11047–CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

　A transcript of the proceeding held on 1/13/2009 was filed on 3/9/2009 . The following deadlines apply:

　The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 3/30/2009 .

　If a request for redaction is filed, the redacted transcript is due 4/9/2009 .

　If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 6/8/2009 unless extended by court order.

　To review the transcript for redaction purposes, you may purchase a copy from the transcriber (name, address/contact information) or you may view the document at the clerk?s office public terminal.

                                                Clerk of Court

Date: 3/9/09

(ntc)