IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------------------ x | | Ref. No. 7010 |

**CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 7010**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105 and 36: (A) Authorizing the Private Sale of Certain Furniture, Fixtures, and Equipment Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (B) Granting Related Relief (the "Motion") has been received.  The Court's docket which was last updated March 10, 2009, reflects that no objections to the Motion have been filed.  Objections to the Motion were to be filed and served no later than March 6, 2009 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       March 10, 2009

                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                /s/ Margaret B. Whiteman
                                James L. Patton, Jr. (No. 2202)
                                Pauline K. Morgan (No. 3650)
                                Sean M. Beach (No. 4070)
                                Margaret B. Whiteman
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                Wilmington, Delaware 19801
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253

                                Counsel for Debtors and
                                Debtors in Possession