IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]             :
                                                :   Jointly Administered
                                                :
          Debtors.                              :
--------------------------------------------------------------------- x
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 13, 2009 AT 11:30 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.    Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3474, 3/28/08]

   Response Deadline:    April 24, 2008 at 4:00 p.m.

   Responses Filed:    See Exhibit A, attached

   Related Document:

   a)    Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

   Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.    Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim
      Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

      Objection Deadline:   May 5, 2008 at 4:00 p.m., extended for the Debtors and the
                            Committee to September 8, 2008 at 4:00 p.m.

      Objections Filed:

            a)    Debtors' Limited Objection to Motion of AT&T Requesting Allowance
                  and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §
                  503(b) [D.I. 5602, 9/8/08]

            b)    Limited Joinder of Official Committee of Unsecured Creditors to Debtors'
                  Limited Objection to Motion of AT&T Requesting Allowance and
                  Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)
                  [D.I. 5617, 9/9/08]

      Status: This matter will be adjourned by agreement to April 6, 2009 at 2:00 p.m.

3.    Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1
      [D.I. 3879, 4/28/08]

      Response Deadline:    May 20, 2008 at 4:00 p.m.

      Related Documents:

            a)    Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

      Responses Filed:      See Exhibit B, attached

      Status: An Order has been entered that partially sustains the Objection.  With respect to
            the remainder of the relief requested and the remaining responses set forth on
            Exhibit B, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

4.    Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of
      the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I.
      3880, 4/28/08]

      Response Deadline:    May 20, 2008 at 4:00 p.m.

      Related Document:

            a)    Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

      Responses Filed:      See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

5.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:    See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

6.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

7.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

Responses Filed:    See Exhibit F, attached

3

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

8.  Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5169, 7/17/08]

Responses Filed:    See Exhibit G, attached

Status:  An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

9.  Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5180, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5461, 8/18/08]

Responses Filed:    See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

10.  Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

DB02:7876726.1

066585.1001

a)  Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

b)  Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

c)  Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

Responses Filed:    See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

11.  Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Document:

a)  Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

Responses Filed:    Please see Exhibit J, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

12.  Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.'s Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5468, 8/18/08]

Objection Deadline:    September 8, 2008 at 4:00 p.m., extended to November 14, 2008 at 4:00 p.m.

Related Document:

a)  Supplement to Motion of MERS' Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or

Modifying the Automatic Stay; and (II) Compelling Payment of
Administrative Expenses [D.I. 5559, 8/29/08]

Objections Filed:

b)  Debtors' Objection to Motion of Mortgage Electronic Registration
Systems, Inc. and MERSCORP, Inc. for Entry of an Order (I) Compelling
Assumption or Rejection of Debtors' Executory Contract, or Modifying
the Automatic Stay; and (II) Compelling Payment of Administrative
Expenses and the Supplemental Motion Thereto [D.I. 6580, 11/14/08]

Status: This matter has been resolved in principle.

13.  Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section
502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

a)  Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims
Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules
3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

Responses Filed:  See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit K, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

14.  Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

a)  Notice of Submission of Claims [D.I. 6206, 10/10/08]

b)  Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to
Claims [D.I. 6462, 10/27/08]

c)  Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus
Objection to Claims [D.I. 6496, 11/4/08]

Responses Filed:      See Exhibit L, attached

6

Status: Orders have been entered that partially sustain the Objection. The remainder of this matter will be adjourned to April 6, 2009 at 2:00 p.m.

15.    Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:    November 5, 2008 at 4:00 p.m.

Responses Filed:       See Exhibit M, attached

Related Document:

   a)     Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

16.    Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6223, 10/13/08]

Objection Deadline:    November 5, 1008 at 4:00 p.m., extended to November 7, 2008

Objections/Responses Filed:

   a)     Response of American Home Mortgage Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., to Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6587, 11/18/08]

   b)     Debtors' Objection to Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6592, 11/19/08]

   c)     Reply of American Lien Fund, L.P. in Support of its Motion Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6671, 12/5/08]

Status: This matter has been resolved pending documentation. This matter will be adjourned by agreement to April 6, 2009 at 2:00 p.m.

17. Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

   Objection Deadline: November 5, 2008 at 4:00 p.m.

   Objections Filed: None

   Status: This matter will be adjourned to April 6, 2009 at 2:00 p.m.

18. Julia Trister's Motion for (i) Retroactive Annulment and (ii) Prospective Relief from the Automatic Stay or (iii) Alternative Relief [D.I. 6809, 1/6/09]

   Objection Deadline: January 19, 2009 at 4:00 p.m., extended for the Debtors

   Objections Filed: None as of the filing of this Agenda

   Status: This matter will be adjourned by agreement to April 6, 2009 at 2:00 p.m.

19. Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

   Response Deadline: December 3, 2008 at 4:00 p.m.

   Responses Filed: See Exhibit N, attached

   Status: This matter will be adjourned to April 6, 2009 at 2:00 p.m.

20. Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6620 11/21/08]

   Responses Deadline: December 15, 2008 at 4:00 p.m.

   Related Document:

   a)    Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

   Responses Filed: See Exhibit O, attached

   Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit O, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

DB02:7876726.1                                                      066585.1001

21.     Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
        Rule 3007-1 [D.I. 6715, 12/12/08]

        Response Deadline:    January 6, 2009 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Twenty-Sixth Omnibus (Non-Substantive)
                        Objection to Claims [D.I. 6840, 1/13/09]

        Responses Filed:      See Exhibit P, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit P, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

22.     Debtors' Twenty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
        Rule 3007-1 [D.I. 6716, 12/12/08]

        Response Deadline:    January 6, 2009 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Twenty-Seventh Omnibus (Non-Substantive)
                        Objection to Claims [D.I. 6839, 1/13/09]

                b)      Second Order Sustaining Debtors' Twenty-Seventh Omnibus (Non-
                        Substantive) Objection to Claims [D.I. 6907, 1/29/09]

        Responses Filed:      See Exhibit Q, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit Q, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

23.     Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
        Rule 3007-1 [D.I. 6825, 1/9/09]

        Response Deadline:    February 10, 2009 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive)
                        Objection to Claims [D.I. 7022, 2/17/09]

DB02:7876726.1                                        066585.1001

Responses Filed:    See Exhibit R, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit R, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

24.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

   a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit S, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit S, this matter will be adjourned to April 6, 2009 at 2:00 p.m.

25.    Motion of Delena LaMacchia for Order Deeming Proofs of Claims Timely Filed or, in the Alternative, Allowing Proofs of Late Filed Claims [D.I. 6915, 2/2/09]

Objection Deadline:    March 6, 2009 at 4:00 p.m.

Related Documents:

   a)    Certification of Counsel [D.I. 7079, 3/6/09]

   b)    Order Regarding the Motion of Delena LaMacchia for Order Deeming Proofs of Claim Timely Filed or, in the Alternative, Allowing Proofs of Late Filed Claims [D.I. 7085, 3/9/09]

Objections Filed:

   a)    Informal Response of the Debtors

Status: An Order has been entered resolving the matter. No hearing is required.

26.    Motion of Paula Rush for Order to Amend Proof of Claims [D.I. 7002, 2/13/09]

Objection Deadline:    March 6, 2009 at 4:00 p.m.

Related Documents:

a)     Certification of Counsel [D.I. 7078, 3/6/09]

b)     Order Regarding the Motion of Paula Rush for Order to Amend Proof of Claims [D.I. 7086, 3/9/09]

Objections Filed:

a)     Informal Response of the Debtors

Status: An Order has been entered resolving the matter. No hearing is required.

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

27.     Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105 and 36: (A) Authorizing the Private Sale of Certain Furniture, Fixtures, and Equipment Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (B) Granting Related Relief [D.I. 7010, 2/16/09]

Objection Deadline:    March 6, 2009 at 4:00 p.m.

Related Document:

a)     Certificate of No Objection [D.I. 7088, 3/10/09]

Objections Filed:     None

Status: A Certificate of No Objection has been filed. No hearing is required.

## UNCONTESTED MATTER GOING FORWARD

28.     Motion of Mona Dobben for Order Deeming Proofs of Claims #10607, #10608, #10609 Timely Filed or, in the Alternative, Allowing Proofs of Late Filed Claims [D.I. 7003, 2/13/09]

Objection Deadline:    March 6, 2009

Objections Filed:

a)     Reservation of Rights of the Debtors [D.I. 7081, 3/6/09]

b)     Response of the Official Committee of Unsecured Creditors [D.I. 7082, 3/6/09]

Status: The Debtors and the Committee consent to the relief requested by the Motion subject to reservation of rights that will be inserted into a revised form or order or presented on the record at the hearing. This matter will be going forward.

        

**CONTESTED MATTERS GOING FORWARD**

29. Emergency Motion of Mona Dobben for an Order for Relief from the Automatic Stay Under Section 362, of the Bankruptcy Code [D.I. 5376, 8/13/08]

    Objection Deadline:    March 6, 2009

    Related Document:

        a)    Amended Emergency Motion of Mona Dobben for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 5789, 8/28/08]

    Objections Filed:

        a)    Limited Objection of the Debtors to the Amended Emergency Motion of Mona Dobben for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 7080, 3/6/09]

        b)    Response of the Official Committee of Unsecured Creditors [D.I. 7082, 3/6/09]

    Status: This matter will be going forward.

30. Application for Order Under 11 U.S.C. Section 1103(a) Authorizing the Employment and Retention of Margot Saunders as Testifying Expert for the Official Committee of Borrowers Nunc Pro Tunc to January 20, 2009 [D.I. 7036, 2/20/09]

    Objection Deadline: March 6, 2009 at 4:00 p.m.

    Objections Filed:

        a)    Informal Response of the Debtors

        b)    Informal Response of the Official Committee of Unsecured Creditors

    Status: The parties anticipate submitting a revised form or order at the hearing resolving the informal concerns of the Debtors and the Official Committee of Unsecured Creditors. This matter will be going forward.

DB02:7876726.1                                                                                                       066585.1001

31.    Debtors' Motion for Protective Order [D.I. 7063, 2/27/09]

   Objection Deadline:    March 12, 2009 at 4:00 p.m.

   Objections Filed:    None as of the filing of this Agenda.

   Status: The Debtors anticipate that Calyon will file an objection prior to the deadline.
       This matter will be going forward.

Dated: Wilmington, Delaware        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
       March 11, 2009

                        */s/ Margaret B. Whiteman*
                        Pauline K. Morgan (No. 3650)
                        Sean M. Beach (No. 4070)
                        Margaret B. Whiteman (No. 4652)
                        Nathan D. Grow (No. 5014)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253

                        *Counsel for Debtors and Debtors in Possession*

### Exhibit A, Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Judith Rigsby | 3753, 4/21/08 | Adjourned to 4/6/09 at 2:00 p.m. |

### Exhibit B, Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robert Sullivan | 4339, 6/2/08 | Adjourned to 4/6/09 at 2:00 p.m. |

### Exhibit C, Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Christine Conklin | 3988, 5/9/08 | Adjourned to 4/6/09 at 2:00 p.m. |
|  | Matthew and Melanie Hernandez | 4090 | Adjourned to 4/6/09 at 2:00 p.m. |
|  | Karen Gravely-Robinson |  | Adjourned to 4/6/09 at 2:00 p.m. |
|  | Hardin County |  | Adjourned to 4/6/09 at 2:00 p.m. |
|  | Deborah Mills |  | Adjourned to 4/6/09 at 2:00 p.m. |
|  | Souderton Area School District/Upper Salford Township Tax Collector |  | Adjourned to 4/6/09 at 2:00 p.m. |

### Exhibit D, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to 4/6/09 at 2:00 p.m. |

14

### Exhibit E, Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Norman Loftis | 4360, 6/4/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Souderton Area School District | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Spring-Ford Area School District | | Adjourned to 4/6/09 at 2:00 p.m. |

### Exhibit F, Tenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Audrey Andrews | 4984, 7/7/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Samuel A. Case | 5054, 7/9/08 | Adjourned to 4/6/09 at 2:00 p.m. |

### Exhibit G, Eleventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Kathleen Heck | 5016, 7/9/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Thomas Furey | 5056, 7/14/08 | Adjourned to 4/6/09 at 2:00 p.m. |

### Exhibit H, Twelfth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | DialAmerica Marketing | 5316, 8/5/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Kruse Way, LLC | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Meadows Lake Oswego | | Adjourned to 4/6/09 at 2:00 p.m. |

DB02:7876726.1                                                                     066585.1001

**Exhibit I, Thirteenth Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | David Nerland | 5320 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Countrywide | 5337, 8/8/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | FGIC | 5351, 8/11/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Deutsche Bank | 5356, 8/11/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | David Holan | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Nomura Credit & Capital | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Mitchell Eininger | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Thomas Adkins, Jr. | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Kevin Kerr | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Katherine Lalime | | Adjourned to 4/6/09 at 2:00 p.m. |
| | GE Money Bank | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Terri Crites | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Lonnie Watkins | | Adjourned to 4/6/09 at 2:00 p.m. |
| | William Farnan | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Jon Lucas | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Thomas Guinta | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Joseph Spinelli, Jr. | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Charles Doyle | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Linda Larsen | | Adjourned to 4/6/09 at 2:00 p.m. |

16

| | | |
|---|---|---|
| | George T. Matthews | Adjourned to 4/6/09 at 2:00 p.m. |
| | Calvin Kammeyer | Adjourned to 4/6/09 at 2:00 p.m. |
| | Minda Boxer | Adjourned to 4/6/09 at 2:00 p.m. |

## Exhibit J, Fifteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Joseph Dionisio | 5521, 8/21/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Ray Palen | 5522, 8/22/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Joshua Kappelman | 5546, 8/26/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Ronald Bergum | 5608, 9/8/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Tammy Pederson | 5794, 9/8/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Shervonne Powell | 5814, 9/11/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | I. Crain Houston | 5822, 9/11/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Beverly Creswell | 5815, 9/11/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | John Johnston | 5818, 9/11/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Michael Kalmonson | 5816, 9/11/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Grailing Carter | 5947, 9/17/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Office Max | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Robin Balfour | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Michael Wheeler | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Keith Wesolowski | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Mary Ann Anderson | | Adjourned to 4/6/09 at 2:00 p.m. |

DB02:7876726.1                                                                                    066585.1001

| | | |
|---|---|---|
| Julie Miller | | Adjourned to 4/6/09 at 2:00 p.m. |
| Thomas J. Perkins | | Adjourned to 4/6/09 at 2:00 p.m. |
| Lisa M. Schreiber | | Adjourned to 4/6/09 at 2:00 p.m. |
| Judie McGaha | | Adjourned to 4/6/09 at 2:00 p.m. |
| Richard Hawkwell | | Adjourned to 4/6/09 at 2:00 p.m. |

### Exhibit K, Seventeenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Matthew Liang | 6122, 9/26/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Robert Sweeney | 6123, 9/26/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Grand Wailea Resort Hotel & Spa | 6135, 9/26/08 6137, 9/29/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | American Express Travel Related Services | | Adjourned to 4/6/09 at 2:00 p.m. |

### Exhibit L, Nineteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Eric Segall | 6230, 10/15/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Jeffrey Harmon | 6231, 10/15/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | DD Halpern | 6232, 10/15/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Paul Parotti | 6233, 10/15/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Baron O'Brien | 6235, 10/15/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Sally Hamilton | 6414, 10/22/08 | Adjourned to 4/6/09 at 2:00 p.m. |
| | American Express Travel Related Svc. Co. | | Adjourned to 4/6/09 at 2:00 p.m. |

18

### Exhibit M, Twenty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robert Carleton, Michael Ostrowski and Victor Diamond | 6497, 11/5/08 | Adjourned to 4/6/09 at 2:00 p.m. |
|  | Connie Zinter | 5499, 11/5/08 | Adjourned to 4/6/09 at 2:00 p.m. |
|  | Trustees of Mall Road Trust | 6516, 11/6/08 | Adjourned to 4/6/09 at 2:00 p.m. |
|  | Residential Appraisal Service | 6532, 11/7/08 | Adjourned to 4/6/09 at 2:00 p.m. |
|  | Letort Mortgage Group Inc. |  | Adjourned to 4/6/09 at 2:00 p.m. |
|  | Southern Horizon Financial Group, LLC |  | Adjourned to 4/6/09 at 2:00 p.m. |
|  | Tracy Lussier |  | Adjourned to 4/6/09 at 2:00 p.m. |
|  | Sun Life Assurance Company of Canada |  | Adjourned to 4/6/09 at 2:00 p.m. |

### Exhibit N, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned to 4/6/09 at 2:00 p.m. |
|  | Scott Jossart |  | Adjourned to 4/6/09 at 2:00 p.m. |

### Exhibit O, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector |  | Adjourned to 4/6/09 at 2:00 p.m. |

### Exhibit P, Twenty-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Avaya Inc. |  | Adjourned to 4/6/09 at 2:00 p.m. |

DB02:7876726.1

066585.1001

## Exhibit Q, Twenty-Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Orlans Associates | 6803, 1/6/09 | Adjourned to 4/6/09 at 2:00 p.m. |

## Exhibit R, Twenty-Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | City of New York, Dept. of Finance | | Adjourned to 4/6/09 at 2:00 p.m. |

## Exhibit S, Twenty-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned to 4/6/09 at 2:00 p.m. |
| | James Rucker | 6969, 2/10/09 | Adjourned to 4/6/09 at 2:00 p.m. |
| | Deutsche | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Credit Suisse | | Adjourned to 4/6/09 at 2:00 p.m. |
| | Sharaine Hughes | | Adjourned to 4/6/09 at 2:00 p.m. |

DB02:7876726.1                                                                                                   066585.1001