IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 : Jointly Administered
    Debtors.                                                     :
                                                                 : **Ref. Docket Nos. 5181, 5320,**
                                                                 : **5463, 5920, 6179 and 6461**
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING FIFTH ORDER
SUSTAINING DEBTORS' THIRTEENTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On July 18, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 5181] (the "Objection").[2] In the Objection, the Debtors requested the expungement of a proof of claim [POC No. 372] ("Claim 372") filed by David Nerland on the basis that it is duplicative of and superseded by a later proof of claim [POC No. 9331] ("Claim 9331") filed by Mr. Nerland. Claim 372 was alleged in the amount of $228,686.41, priority unsecured, against Debtor American Home Mortgage Holdings, Inc. (Case No. 07-11047). Claim 9331 was alleged in the amount of $10,950, unsecured priority, and $216,578.69, general unsecured, against

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] The Court has already entered a first order [Docket No. 5463], second order [Docket No. 5920], third order [Docket No. 6179], and fourth order [Docket No. 6461] sustaining the Objection.

Debtor American Home Mortgage Corp. (Case No. 07-11051). On August 6, 2008, Mr. Nerland filed a response to the Objection [Docket No. 5320] and the Objection was adjourned with respect to his claims.

The Debtors have engaged in discussions with Mr. Nerland and agreed that he is entitled to a claim in the amounts alleged in Claim 9331. However, as Mr. Nerland is concerned that someone[3] may object to Claim 9331 on the basis that it was filed after the applicable bar date, the Debtors have agreed to instead seek the expungement of Claim 9331 and allow Claim 372 in the amount of $216,578.69, general unsecured, and $10,950, unsecured priority, against American Home Mortgage Corp. (Case No. 07-11051).

Therefore, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, expunging Claim 9331 and allowing Claim 372 in the amount of $216,578.69, general unsecured, and $10,950, unsecured priority, against American Home Mortgage Corp. (Case No. 07-11051).

Dated: March 11, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

---

[3]   The Debtors offered to stipulate that they would not object to Claim 9331 on the basis that it was filed after the bar date. However, Mr. Nerland insisted on the treatment provided for herein.

## **EXHIBIT A**

DB02:7923617.1

066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   **Ref. Docket Nos. 5181, 5320,**
                                                                       :   **5463, 5920, 6179 and 6461**
---------------------------------------------------------------------- x

**FIFTH ORDER SUSTAINING DEBTORS' THIRTEENTH
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the thirteenth omnibus (substantive) objection [Docket No. 5181] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto filed by David Nerland [Docket No. 5320]; and the Objection having been adjourned with respect to, *inter alia*, Mr. Nerland's original proof of claim [POC No. 372] ("Claim 372") and his later-filed proof of claim [POC No. 9331] ("Claim 9331"); and the Court having previously entered four orders sustaining the Objection in part [Docket Nos. 5463, 5920, 6179 and 6461]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and with the consent of the Debtors and Mr. Nerland; it is hereby

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 9331 is hereby disallowed and expunged in its entirety; and it is further

ORDERED that Claim 372 is hereby allowed in the amount of $216,578.69, general unsecured, and $10,950, unsecured priority, against American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      March __, 2009

                                              CHRISTOPHER S. SONTCHI
                                              UNITED STATES BANKRUPTCY JUDGE