IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                                                  :     Chapter 11
                                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                 :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                             :
                                                                                         :     Jointly Administered
        Debtors.                                                                     :
------------------------------------------------------------------- x

**SEVENTEENTH MONTHLY APPLICATION OF ALLEN & OVERY, LLP AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD JANUARY 1, 2009 THROUGH JANUARY 31, 2009**

| | |
|---|---|
| Name of Applicant: | Allen & Overy, LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of September 7, 2007 |
| Period for which compensation and reimbursement is sought: | January 1, 2009 through January 31, 2009 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $22,342.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $1,721.92 |
| This is an:   __X__ interim   ___ final application | |

**This application includes 5.10 hours ($2,242.50) incurred in connection with the preparation of Fee Applications.**

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Nov. 30, 2007 / #2241 | Sept. 7 – Sept. 30, 2007 | $172,200.50 | $188.27 | $172,200.50 | $188.27 |
| Nov. 30, 2007 / #2242 | Oct. 1 – Oct. 31, 2007 | $311,858.00 | $131,377.49 | $311,858.00 | $131,377.49 |
| Jan. 7, 2008 / #2500 | Nov. 1- Nov. 30, 2007 | $325,630.50 | $274,672.83 | $325,630.50 | $274,672.83 |
| Feb. 1, 2008 / #2854 | Dec. 1- Dec. 31, 2007 | $209,588.50 | $105,192.08 | $209,588.50 | $105,192.08 |
| Feb. 28, 2008 / #3120 | Jan. 1 – Jan. 31, 2008 | $242,791.50 | $25,388.41 | $242,791.50 | $25,388.41 |
| April 1, 2008 / 3506 | Feb. 1 – Feb. 29, 2008 | $142,796.50 | $19,252.37 | $142,796.50 | $19,252.37 |
| April 24, 2008 / 3843 | Mar. 1 – Mar. 31, 2008 | $262,794.25 | $409,560.47 | $262,794.25 | 409,560.47 |
| June 2, 2008 / 4335 | Apr. 1 – Apr. 30, 2008 | $232,347.00 | $259,015.20 | $232,347.00 | $259,015.20 |
| June 27, 2008 / 4924 | May 1 – May 31, 2008 | $196,602.00 | $350,447.45 | $196,602.00 | $350,447.45 |
| July 25, 2008 / 5244 | June 1- June 30, 2008 | $234,515.00 | $559,205.26 | $234,515.00 | $559,205.26 |
| Aug. 29, 2008/ 5558 | July 1- July 31, 2008 | $252,699.50 | $384,060.38 | $252,699.50 | $384,060.38 |
| October 1, 2008/ 6173 | August 1- August 31, 2008 | $269,441.50 | $274,454.38 | $215,553.20 | $274,454.38 |
| October 29, 2008/6472 | September 1- September 30, 2008 | $197,127.00 | $177,060.75 | $157,701.60 | $177,060.75 |
| December 3, 2008/6662 | October 1-October 31, 2008 | $116,070.00 | $51,723.11 | $92,856.00 | $51,723.11 |
| Dec. 22, 2008/6767 | Nov. 1-Nov. 30, 2008 | $51,532.50 | $36,016.18 | $41,226.00 | $36,016.18 |
| Jan. 30, 2009/6919 | Dec. 1-Dec. 31, 2008 | $23,954.00 | $61,209.45 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Pamela Rogers Chepiga | Partner since 2005. Joined firm as counsel in 2003. Member of NY Bar since 1974. | $850.00 | 1.20 | $1,020.00 |
| Robert Knuts | Partner since 2006. Joined the firm as a partner in 2006. Member of NY Bar since 1982. | $760.00 | .90 | $684.00 |
| Nicholas Mitchell | Joined firm as an associate in 2007. Member of NY Bar since 2008. | $385.00 | 38.40 | $14,784.00 |
| Christopher Redlich | Litigation Support Manager | $245.00 | 13.30 | $3,258.50 |
| Jodi Pittell | Paralegal | $245.00 | 7.00 | $1,715.00 |
| Jessica Prahl | Paralegal | $245.00 | .50 | $122.50 |
| Ben Crum | Paralegal | $210.00 | 3.00 | $630.00 |
| Latasha Cardona | Paralegal | $160.00 | .80 | $128.00 |
| **Grand Total:** | | | **65.10** | **$22,342.00** |
| **Blended Rate:** | | | | **$343.20** |
| **Blended Rate (including Contract attorneys):** | | | | **$343.20** |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration  (B110) | 24.60 | $5,854.00 |
| Fee/Employment Applications (B160) | 5.10 | $2,242.50 |
| Board of Directors Matters (B260) | .60 | $456.00 |
| Other Case Assessment, Development and Admin (L190) | .60 | $510.00 |
| Document Production (L320) | 33.90 | $13,051.50 |
| Document/File Management (L140) | .30 | $228.00 |
| **TOTALS** | **65.10** | **$22,342.00** |

## INTERIM EXPENSE SUMMARY[2]

| Expenses Category | Total Expenses ($) |
|---|---|
| Computerized Research | $32.32 |
| Electronic Discovery | $1,550.00 |
| Long Distance Telephone | $11.40 |
| Reproduction Charges | $128.20 |
| **TOTAL** | $1,721.92 |

---

[2] Some expense categories reflect expenses incurred prior to January which have not previously been submitted to the Court.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------  x
In re:                                               :    Chapter 11
                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,               :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                      :
                                                     :    Jointly Administered
        Debtors.                                     :
------------------------------------------------------------------------  x
```

## SEVENTEENTH MONTHLY APPLICATION OF
## ALLEN & OVERY, LLP AS SPECIAL REGULATORY COUNSEL FOR THE
## DEBTORS AND FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
## EXPENSES INCURRED FOR THE INTERIM PERIOD
## JANUARY 1, 2009 THROUGH JANUARY 31, 2009

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Allen & Overy, LLP (hereinafter "A&O") hereby moves this

Court for reasonable compensation for professional legal services rendered as special regulatory

counsel to American Home Mortgage Holdings, Inc., *et al.*, the debtors in the above-captioned cases

(the "Debtors"), in the amount of $22,342.00 together with reimbursement for actual and necessary

expenses incurred in the amount of $1,721.92 for the interim period January 1, 2009 through

January 31, 2009 (the "Interim Fee Period").   In support of its Application, A&O respectfully

represents as follows:

1.    A&O was employed pursuant to an engagement letter to represent the

Debtors as special regulatory counsel in connection with regulatory inquiries.  This representation

was effective as of September 7, 2007, pursuant to an Order entered by this Court on October 31,

2007.  The Order authorized A&O to be compensated on an hourly basis and to be reimbursed for

actual and necessary out-of-pocket expenses.

2.    All services for which compensation is requested by A&O were performed

for or on behalf of the Debtors.

**SUMMARY OF SERVICES RENDERED**

3.      Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $22,342.00 due for fees.  Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $1,721.92 for reimbursement of expenses.

4.      The services rendered by A&O during the Interim Fee Period are grouped into the categories set forth in Exhibit A.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

**DISBURSEMENTS**

5.      A&O has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $1,721.92.  This disbursement sum is broken down into categories of charges, including, among other things, electronic discovery fees, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.

6.      In an effort to minimize cost to the Debtors in responding to document requests, A&O has made extensive use of outside contract attorneys in conducting document review throughout this engagement.  These contract attorneys are paid a flat fee of $60 per hour.  This application does not reflect any hours of document review performed by contract attorneys.

7.      A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

8.      Costs incurred for overtime and computer assisted research are not included

2

in A&O's normal hourly billing rates and, therefore, are itemized and included in A&O's disbursements. Pursuant to Local Rule 2016-2, A&O represents that the rate charged here for printing and duplication is $.10 per page, the rate charged here for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

9.      Attorneys and paraprofessionals of A&O have expended a total of 65.10 hours in connection with this matter during the Interim Fee Period.

10.      The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are A&O's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by A&O for the Interim Fee Period as counsel for the Debtors in these cases is $22,342.00.

11.      A&O believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

12.      As set forth in Exhibit A, all time recorded as non-working travel has been billed at 50% of normal hourly rates.

13.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14.      This Application covers the Interim Fee Period January 1, 2009 through January 31, 2009.

WHEREFORE, A&O requests that allowance be made to it in the sum of $22,342.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $1,721.92 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       March 9, 2009

                ALLEN & OVERY, LLP

                Pamela Rogers Chepiga
                1221 Avenue of the Americas
                New York, New York 10020
                Telephone: (212) 610-6300
                Facsimile: (212) 610-6399

                Special Regulatory Counsel for Debtors

## VERIFICATION

STATE OF NEW YORK    )
                                )   SS:
NEW YORK COUNTY    )

Pamela Rogers Chepiga, Esquire, after being duly sworn according to law, deposes and says:

1.    I am a Partner in the applicant firm, Allen & Overy, LLP, and have been admitted to the bar of New York state since 1974.

2.    I have personally performed many of the legal services rendered by Allen & Overy, LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Pamela Rogers Chepiga

SWORN TO AND SUBSCRIBED before me this _9th_ day of March, 2009

_____
Notary Public
My Commission Expires:_____

LANIER SUPERSTEIN
NOTARY PUBLIC, State of New York
No. 02SA6017616
Qualified in Westchester County
Commission Expires April 18, 2011

# EXHIBIT A

MATTER :        87601-00001 AHM REGULATORY MATTERS
CURRENCY :      USD

INVOICE :       5718002
DATE :          February 27, 2009

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Case Administration | | | | |
| 01/08/09  Christopher Redlich | 0.50 | 122.50 | B110 | Discussion regarding new request for copies of productions |
| 01/08/09  Christopher Redlich | 0.80 | 196.00 | B110 | Discussion with. N. Mitchell re Action items |
| 01/09/09  Christopher Redlich | 1.00 | 245.00 | B110 | Created CD copies for N. Mitchell |
| 01/09/09  Jodi Pittell | 2.00 | 490.00 | B110 | Retrieval from productions of clawback documents reproduced to SEC on September 9th. |
| 01/12/09  Christopher Redlich | 2.60 | 637.00 | B110 | Created hard drive of Pino docs in response to SEC request of former employee. |
| 01/12/09  Christopher Redlich | 1.60 | 392.00 | B110 | Made copies of productions for N. Mitchell |
| 01/13/09  Christopher Redlich | 1.60 | 392.00 | B110 | Made copies of productions for N. Mitchell |
| 01/20/09  Christopher Redlich | 1.50 | 367.50 | B110 | Data discussion with N. Mitchell |
| 01/23/09  Jodi Pittell | 4.00 | 980.00 | B110 | Prepare spreadsheet containing descriptions of contents of boxes to be sent to counsel. |
| 01/23/09  Jessica Prahl | 0.50 | 122.50 | B110 | Assisted in preparing inventory of case material at request of SEC, per N. Mitchell. |
| 01/23/09  Christopher Redlich | 2.70 | 661.50 | B110 | Pulled together lists of electronic production data for N. Mitchell |
| 01/27/09  Jodi Pittell | 1.00 | 245.00 | B110 | Work on chart of hard copy production documents. |
| 01/28/09  Ben Crum | 3.00 | 630.00 | B110 | Updating AHM SEC and Individual Counsel correspondence binders. |
| 01/28/09  Christopher Redlich | 1.00 | 245.00 | B110 | Data discussion with client re: SEC request. |
| 01/28/09  Latasha Cardona | 0.80 | 128.00 | B110 | Update AHM Correspondence binder. |
| *******  TOTAL CODE B110: | 24.60 | 5,854.00 | | |
| | | | | |
| Fee/Employment Applications | | | | |
| 01/24/09  Nicholas Mitchell | 1.10 | 423.50 | B160 | Attention to draft December 2008 fee application. |
| 01/28/09  Nicholas Mitchell | 0.80 | 308.00 | B160 | Attention to AHM fee application. |
| 01/29/09  Nicholas Mitchell | 1.10 | 423.50 | B160 | Finalizing exhibits to AHM fee application. |
| 01/30/09  Pamela Chepiga | 0.40 | 340.00 | B160 | Review/edit December fee application. |
| 01/30/09  Pamela Chepiga | 0.20 | 170.00 | B160 | Conference with N. Mitchell re: finalizing/signing/notarizing December fee application. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 01/30/09  Nicholas Mitchell | 1.50 | 577.50 | B160 | Finalizing AHM fee application, including conference with P. Chepiga. |
| ******  TOTAL CODE B160: | 5.10 | 2,242.50 | | |

**Board of Directors Matters**

| | | | | |
|---|---|---|---|---|
| 01/22/09  Robert Knuts | 0.60 | 456.00 | B260 | Telephone conference with certain directors concerning status of SEC investigation and related issues |
| ******  TOTAL CODE B260: | 0.60 | 456.00 | | |

**Document / File Management**

| | | | | |
|---|---|---|---|---|
| 01/26/09  Robert Knuts | 0.30 | 228.00 | L140 | Finish drafting letter to SEC staff concerning status of hard copy and electronic information currently maintained at company and A&O; communication with N. Mitchell concerning same |
| ******  TOTAL CODE L140: | 0.30 | 228.00 | | |

**Other Case Assessment, Development & Admin**

| | | | | |
|---|---|---|---|---|
| 01/28/09  Pamela Chepiga | 0.20 | 170.00 | L190 | Update conference with R. Knuts re: productions. |
| 01/28/09  Pamela Chepiga | 0.20 | 170.00 | L190 | Review SEC's limited objection to plan. |
| 01/28/09  Pamela Chepiga | 0.20 | 170.00 | L190 | Attention to R. Knuts' email correspondence re: document storage. |
| ******  TOTAL CODE L190: | 0.60 | 510.00 | | |

**Document Production**

| | | | | |
|---|---|---|---|---|
| 01/05/09  Nicholas Mitchell | 0.40 | 154.00 | L320 | Follow up with AHM employees related to SEC requests for documents. |
| 01/08/09  Nicholas Mitchell | 0.70 | 269.50 | L320 | Correspondence with Young Conaway and AHM employees re: retention of counsel for subpoenaed former employees. |
| 01/09/09  Nicholas Mitchell | 2.60 | 1,001.00 | L320 | Attention to SEC request for testimony and documents, including correspondence with C. Colagiacomo, and YCST. |
| 01/12/09  Nicholas Mitchell | 1.80 | 693.00 | L320 | Attention to outstanding SEC document requests and correspondence with AHM employees re: same. |
| 01/12/09  Nicholas Mitchell | 1.00 | 385.00 | L320 | Discussion with counsel to subpoenaed former employee; attention to records request re: same. |
| 01/13/09  Nicholas Mitchell | 3.70 | 1,424.50 | L320 | Follow up with AHM employees related to |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | outstanding SEC document requests; internal discussion regarding same. |
| 01/14/09  Nicholas Mitchell | 1.50 | 577.50 | L320 | Attention to SEC request for information. |
| 01/14/09  Nicholas Mitchell | 0.60 | 231.00 | L320 | Correspondence with counsel to subpoenaed former AHM employee. |
| 01/14/09  Nicholas Mitchell | 1.00 | 385.00 | L320 | Attention to SEC request for information from company employees. |
| 01/14/09  Nicholas Mitchell | 0.80 | 308.00 | L320 | Drafting memo related to AHM's data storage and retention for SEC. |
| 01/16/09  Nicholas Mitchell | 1.20 | 462.00 | L320 | Correspondence with L. Singer of Zuckerman Spaeder (representing Borrower's Committee); discussion with YCST re: Borrower's Committee document requests and internal discussion of same. |
| 01/16/09  Nicholas Mitchell | 1.20 | 462.00 | L320 | Follow up with AHM employees re: outstanding SEC information requests; internal discussion of same. |
| 01/20/09  Nicholas Mitchell | 3.80 | 1,463.00 | L320 | Correspondence with company employees re: outstanding SEC requests; analysis of records of electronic data; internal discussion of same. |
| 01/20/09  Nicholas Mitchell | 1.10 | 423.50 | L320 | Correspondence with counsel to Borrower's Committee regarding document request and P. Jackson of Young Conaway re: same. |
| 01/22/09  Nicholas Mitchell | 1.10 | 423.50 | L320 | Attention to request from Borrowers' Committee; correspondence with P. Jackson of Young Conaway re: same. |
| 01/23/09  Nicholas Mitchell | 2.80 | 1,078.00 | L320 | Attention to index of hard copy documents; internal discussion re: same. |
| 01/23/09  Nicholas Mitchell | 1.20 | 462.00 | L320 | Review of documents in connection with SEC information request; internal discussion of same. |
| 01/24/09  Nicholas Mitchell | 1.50 | 577.50 | L320 | Analyzed and worked on log of hard copy documents maintained at A & O. |
| 01/26/09  Nicholas Mitchell | 2.80 | 1,078.00 | L320 | Performed work on index of document production letters to send to the AHM Borrower's Committee; discussion with B. Knuts. |
| 01/27/09  Nicholas Mitchell | 0.40 | 154.00 | L320 | Attention to SEC request for information. |
| 01/27/09  Nicholas Mitchell | 1.80 | 693.00 | L320 | Review of documents in connection with SEC investigation; correspondence with J. Burzenski (AHM) re: same. |
| 01/28/09  Nicholas Mitchell | 0.50 | 192.50 | L320 | Conference call with J. Burzenski and C. Redlich related to outstanding SEC information requests. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 01/30/09  Nicholas Mitchell | 0.40 | 154.00 | L320 | Call with J. Burzenski (AHM IT) re: SEC document request. |
| *******   TOTAL CODE L320: | 33.90 | 13,051.50 | | |

MATTER :        87601-00001 AHM REGULATORY MATTERS
CURRENCY :      USD

INVOICE :       5718002
DATE :          February 27, 2009

| Summary by Activity Code | Hours | Amount |
|---|---|---|
| (B110)  Case Administration | 24.60 | 5,854.00 |
| (B160)  Fee/Employment Applications | 5.10 | 2,242.50 |
| (B260)  Board of Directors Matters | 0.60 | 456.00 |
| (L140)  Document / File Management | 0.30 | 228.00 |
| (L190)  Other Case Assessment, Development & Admin | 0.60 | 510.00 |
| (L320)  Document Production | 33.90 | 13,051.50 |
| GRAND TOTAL | 65.10 | 22,342.00 |

# EXHIBIT B

**Summary of Expenses Incurred**
**(January 1, 2009 – January 31, 2009)[1]**

| Date Incurred | Expense | Amount |
|---|---|---|
| 08/29/08 | E-Discovery | $1,550.00 |
| 01/08/09 | Telephone Charges | $1.12 |
| 01/08/09 | Telephone Charges | $0.27 |
| 01/08/09 | Telephone Charges | $0.13 |
| 01/09/09 | Document Reproduction | $4.50 |
| 01/09/09 | Document Reproduction | $3.50 |
| 01/09/09 | Document Reproduction | $1.30 |
| 01/09/09 | Document Reproduction | $1.20 |
| 01/09/09 | Document Reproduction | $1.10 |
| 01/09/09 | Document Reproduction | $1.00 |
| 01/12/09 | Document Reproduction | $0.30 |
| 01/12/09 | Computerized Research | $16.72 |
| 01/12/09 | Computerized Research | $15.60 |
| 01/12/09 | Telephone Charges | $1.01 |
| 01/12/09 | Telephone Charges | $1.01 |
| 01/12/09 | Telephone Charges | $0.45 |
| 01/12/09 | Telephone Charges | $0.45 |
| 01/12/09 | Telephone Charges | $0.36 |
| 01/12/09 | Telephone Charges | $0.36 |
| 01/12/09 | Telephone Charges | $0.34 |
| 01/12/09 | Telephone Charges | $0.34 |
| 01/12/09 | Telephone Charges | $0.13 |
| 01/12/09 | Telephone Charges | $0.13 |
| 01/12/09 | Telephone Charges | $0.13 |
| 01/12/09 | Telephone Charges | $0.13 |
| 01/14/09 | Document Reproduction | $1.30 |
| 01/14/09 | Document Reproduction | $1.30 |
| 01/14/09 | Document Reproduction | $1.30 |
| 01/14/09 | Document Reproduction | $1.20 |
| 01/14/09 | Document Reproduction | $1.20 |
| 01/14/09 | Document Reproduction | $1.10 |
| 01/14/09 | Document Reproduction | $1.00 |
| 01/14/09 | Document Reproduction | $1.00 |
| 01/15/09 | Document Reproduction | $0.40 |
| 01/15/09 | Document Reproduction | $0.20 |
| 01/15/09 | Document Reproduction | $5.30 |
| 01/16/09 | Telephone Charges | $0.64 |
| 01/18/09 | Document Reproduction | $4.30 |
| 01/19/09 | Document Reproduction | $6.10 |
| 01/20/09 | Document Reproduction | $6.00 |
| 01/20/09 | Document Reproduction | $1.40 |
| 01/20/09 | Telephone Charges | $1.57 |
| 01/20/09 | Telephone Charges | $0.09 |
| 01/23/09 | Document Reproduction | $20.00 |

---

[1]  Expenses for dates prior to January 1, 2009 have not been previously submitted to the Court, and reflect that the invoices for such expenses were only finalized in January.

| 01/24/09 | Document Reproduction | $1.70 |
|---|---|---|
| 01/26/09 | Document Reproduction | $4.90 |
| 01/26/09 | Document Reproduction | $4.60 |
| 01/26/09 | Document Reproduction | $2.80 |
| 01/26/09 | Document Reproduction | $2.70 |
| 01/26/09 | Document Reproduction | $2.30 |
| 01/26/09 | Document Reproduction | $2.30 |
| 01/28/09 | Document Reproduction | $0.20 |
| 01/28/09 | Document Reproduction | $4.00 |
| 01/28/09 | Document Reproduction | $3.00 |
| 01/28/09 | Document Reproduction | $2.40 |
| 01/28/09 | Document Reproduction | $2.00 |
| 01/28/09 | Document Reproduction | $2.00 |
| 01/28/09 | Document Reproduction | $2.00 |
| 01/28/09 | Document Reproduction | $2.00 |
| 01/28/09 | Document Reproduction | $2.00 |
| 01/28/09 | Document Reproduction | $1.90 |
| 01/28/09 | Document Reproduction | $1.90 |
| 01/28/09 | Document Reproduction | $1.90 |
| 01/28/09 | Document Reproduction | $1.50 |
| 01/28/09 | Document Reproduction | $1.00 |
| 01/28/09 | Document Reproduction | $1.00 |
| 01/28/09 | Document Reproduction | $1.00 |
| 01/28/09 | Telephone Charges | $1.34 |
| 01/28/09 | Telephone Charges | $1.18 |
| 01/29/09 | Document Reproduction | $1.40 |
| 01/30/09 | Document Reproduction | $2.20 |
| 01/30/09 | Document Reproduction | $1.90 |
| 01/30/09 | Document Reproduction | $1.40 |
| 01/30/09 | Document Reproduction | $1.40 |
| 01/30/09 | Document Reproduction | $1.40 |
| 01/30/09 | Document Reproduction | $1.40 |
| 01/30/09 | Telephone Charges | $0.13 |
| 01/30/09 | Telephone Charges | $0.09 |
|  |  |  |
|  | **TOTAL** | **$1,721.92** |