# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047(CSS)
**COURTROOM LOCATION:** 6
**DATE:** 3/13/09 @ 11:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ana M. Alfonso (telephonic) | Kaye Scholer | |
| Edward Schnitzer | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Robert J. Moore | Milbank, Tweed, Hadley & McCloy | |
| Fred Neufeld | | ABN AMRO Bank |
| Gabriel McDonald | Potter Anderson & Corroon | Bank of America |
| Curtis J. Crowther | Young Conaway Stargatt & Taylor | Deloitte |
| Margaret W. Greecher | " | " |
| Jason Harbour | Hunter & Williams | Goldman New York Branch |
| Mike Busenkell | WCSR | " |
| Barb Sloan | Blank Rome | Cadwall Comm. |
| Thomas Moseley | Zuckerman Spaeder | Borrower Comm. |