**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., et al, | ) | Case No. 07-11047 |
| | ) | |
| Debtor. | ) | Honorable Christopher S. Sontchi |
| | ) | Jointly Administered |

**NOTICE OF MOTION FOR RELIEF FROM STAY**

**TO:**  American Home Mortgage Holdings, Inc.  Office of the U. S. Trustee
538 Broadhollow Road  844 King Street, RM 2207
Melville, NY 11747  Lockbox #35
  Wilmington, DE 19899-0035

Sean Matthew Beach, Esquire  Bonnie Glantz Fatell, Esquire
YOUNG CONAWAY STARGATT & TAYLOR  BLANK ROME LLP
1000 West Street, 17th Floor  1201 Market Street, Suite 800
P.O. Box 391  Wilmington, DE 19801
Wilmington, DE 19899

All other parties shall be served by ECF by the Court.

PLEASE TAKE NOTICE that Bayview Loan Servicing, LLC (Movant) Motion for Relief from Stay is scheduled to be heard before the Honorable Christopher S. Sontchi, on

**Monday, April 6, 2009 at 2:00 pm.**

Any objection to the attached Motion must be filed with the court on or before

March 30, 2009, with a copy forwarded to moving counsel: Adam R. Elgart, Esquire, John G. Mulford, Esquire, Mattleman, Weinroth & Miller, 200 Continental Drive, Ste 215, Newark, DE 19713.

MATTLEMAN, WEINROTH & MILLER, P.C.

Dated: *03/13/09*     BY:  _/s/ *Adam R. Elgart*_
  Adam R. Elgart, Esquire, I.D. No. 3372
  John G. Mulford, Esquire, I.D. No. 0168
  200 Continental Drive, Suite 215
  Newark, DE 19713
  (302) 731-8349
  Attorney for Movant

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., et al. | ) | Case No. 07-11047 |
| | ) | |
| Debtor. | ) | Honorable Christopher S. Sontchi |
| | ) | Jointly Administered |

**MOTION FOR RELIEF FROM STAY**

Bayview Loan Servicing, LLC ("Bayview ") (Movant), by and through its undersigned attorneys, Mattleman, Weinroth & Miller, P.C., and pursuant to 11 U.S.C. §362(d) and Federal Rules of Bankruptcy Procedure 4001 and 9014, hereby moves this Court for an order modifying the automatic stay to allow Movant to name the Debtor, American Home Mortgage Holdings, Inc., et al, as a defendant in a complaint to establish property boundaries. In support of this Motion, Movant respectfully represents as follows:

**PARTIES**

1. The Debtor in this matter include a number of entities which filed voluntary petitions for relief under Chapter 11 of Title 11 of the U.S. B.C. on August 6, 2007.

2. Bayview is a holder of a perfected secured claim against certain pieces, parcels or tract of land and/or property described as: **20.91 acres located on Meansville Road, Union, South Carolina** (hereinafter "Mortgaged Property").

**JURISDICTION AND VENUE**

3. This court has jurisdiction of this motion pursuant to 28 U.S.C. §1334(b).

4. This motion is a contested matter under Rule 9014 of the Federal Rules of Bankruptcy Procedure and is a core matter properly heard by this court pursuant to 28 U.S.C. §157(b)(2)(G).

5. Venue of this motion is proper in this court pursuant to 28 U.S.C. §1409(a).

**BACKGROUND**

6.     On May 18, 1998, Khalif Ali and Irene Ali ("the Borrowers"), executed and delivered a first mortgage for the principal sum of $32,500.00 in favor of Holmes Enterprises, Inc., . A copy of the Note and Mortgage is attached hereto collectively as Exhibit "A". .

7.     The first mortgage was acquired by, transferred and/or assigned to Bayview Loan Servicing, LLC, by way of an Assignment of Mortgage recorded in the Office of the Clerk of Court for Union County on June 7, 2004, Book 221, Page 969. A copy of the Assignment of Mortgage is attached hereto as Exhibit "B".

8.     Bayview discovered a title issue, and subsequent to filing a boundary cause of action, Movant learned that American Home Mortgage Holdings, Inc., which is listed as a lienholder for one of the adjacent lots, had filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware.

9.     Debtor is listed as the owner of a property located adjacent to the Mortgaged Property and subject of the title action. Attached hereto as Exhibit "C" is a copy of a Title Summary which shows a mortgage to American Home Mortgage dated June 29, 2006, was recorded July 12, 2006, Mortgage Book 226, Page 796.

**RELIEF REQUESTED**

10.     Bayview  requests relief from the automatic stay to allow Movant to continue its boundary cause of action.

**WHEREFORE** Bayview Loan Servicing, LLC respectfully requests this Court enter an order modifying the automatic stay to allow Movant to name the Debtor, American Home Mortgage Holdings, Inc., et al, as a defendant in a complaint to establish property boundaries and to take legal action for enforcement of its rights; and any and all other relief granted by said action, as to the Mortgaged Property.

MATTLEMAN, WEINROTH & MILLER, P.C.

Dated: *3/13/09*

_/s/ Adam R. Elgart_
Adam R. Elgart, Esquire, I.D. No. 3372
John G. Mulford, Esquire, I.D. No. 0168
200 Continental Drive
Suite 215
Newark, DE 19713
(302) 731-8349
Attorney for the Movant