UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc. et al. | ) | Case No. 07-11047 |
| | ) | |
| Debtor. | ) | Honorable Christopher S. Sontchi |
| | ) | Jointly Administered |
| | ) | |
| | ) | Motion # |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, this       day of                  , 2009, upon consideration of Bayview Loan Servicing, LLC, (Movant) Motion for Relief from Stay, due notice having been served, and no opposition or objection being filed, and this Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

**IT IS HEREBY ORDERED THAT**:

1. *To the extent that the automatic stay may apply*, the automatic stay of 11 U.S. C. §362(a) is hereby terminated to allow Bayview Loan Servicing, LLC, its successors and/or assigns, to pursue its state court remedies which may cause Movant to name the Debtor, American Home Mortgage Holdings, Inc., et al, as a defendant in a complaint to establish property boundaries for the following tract of land and/or property described as:

**20.91 acres located on Meansville Road, Union, South Carolina**

2. Nothing in this order (i) shall constitute a determination that the Debtor holds any interest in the Property, or (ii) shall estop the Debtor from asserting or denying that they hold any interest in the Property.

BY THE COURT:

_____
Honorable Christopher S. Sontchi
UNITED STATES BANKRUPTCY JUDGE