# EXHIBIT "B"

MORTGAGE BOOK 221 PAGE 969

PREPARED BY: Lisa W. Holmes

183648       ASSIGNMENT OF MORTGAGE

FILE FOR RECORD
2004 JUN -7 P 2:52
JUNE H. MILLER
CLERK OF COURT
UNION, SC

Mortgage Reference:

Dated: Oct 20, 2000 effective May 18, 1998
Recorded: 1-04-2002 in the Clerk of Court of Union
Book No.: 214
Page No.: 428
Original Mortgagor: Khalif Ali & Irene Ali
Original Mortgagee: Holmes Enterprises, Inc.
County: Union / State: South Carolina
Mortgage Amount: $32,500.00
Legal Description Attached.

Holmes Enterprises, Inc., a South Carolina corporation, having a usual place of business at 22361 Highway 76 East, Laurens, South Carolina 29360, holder of the above-referenced Mortgage, hereby assigns said Mortgage to Wachovia Bank, NA as Trustee, Successor by merger to First Union National Bank located at 401 South Tryon St, Charlotte, NC 28288.

IN WITNESS WHEREOF, Holmes Enterprises, Inc. has caused this instrument to be executed by its authorized officer, and its seal affixed on Jan 4, 2002.

WITNESSES:                                  Holmes Enterprises, Inc.

_Sharon Knox_                        By _____ (SEAL)
First Witness: Sharon Knox              Name: Phillip R. Holmes
                                        Title:    President
_Patricia Trammell_
2nd Witness or Notary Public
Patricia Trammell

STATE OF South Carolina    )
                           )                PROBATE
COUNTY OF Laurens          )

PERSONALLY appeared before me the undersigned witness who, on oath, says that (s)he saw the within named Holmes Enterprises, Inc., by Phillip R. Holmes, its President, sign, seal and as the act and deed of the corporation, deliver the within instrument, and that (s)he with the other subscribing witness, witnessed the execution thereof.

SWORN to before me on Jan. 4, 2002.

_Patricia Trammell_ (SEAL)                  _Sharon Knox_
Patricia Trammell                           First Witness: Sharon Knox
Notary Public for Laurens County
State of South Carolina                     _____
                                            WITNESS Kevin Muscarella
My Comm. Expires: December 07, 2009

[WHEN RECORDED RETURN TO]
ASSN    BAYVIEW FINANCIAL TRADING
4425 PONCE DE LEON BLVD, 5 FLR
CORAL GABLES, FL 33146
BAYVIEW LOAN NO: 183648

_Bay Saturday Funding_

FILED IN THE OFFICE OF CLERK OF COURT
THIS 7 DAY OF June A.D. 2004
AT 2:52 PM AND RECORDED IN
BOOK NO. 221 PAGE 969
_Mrs. June H. Miller_
MRS. JUNE H. MILLER, C.C.C.P. & G.S.
UNION COUNTY, S.C.

00215102670

MORTGAGE BOOK ___ PAGE ___

Wachovia Bank, National Association
as Trustee,
Successor by Merger to
First Union National Bank

401 South Tryon Street
Charlotte, North Carolina 28288

Loan No. 183648

## Legal Description
Exhibit "A"

<u>Ali</u>: All those certain pieces, parcels or tract of land, lying, being and situate on Meansville Road, in the County of Union, State of South Carolina, and being more fully shown and delineated as 20.91 acres, more or less, on a plat entitled "Survey for Holmes Enterprises, Inc." prepared by Foard H. Tarbert, Jr., RLS #11072, dated September 17, 1997, reference unto which plat will show all courses, distances and boundaries, said plat being incorporated herein and made a part hereof.

This conveyance is subject to those portions of the property which extends into Meansville Road (State Road S 44-19), over which the public has a right-of-way.

This is a portion of the property conveyed to Holmes Enterprises, Inc. by deeds recorded in Deed Book 213 at Page 622 and Deed Book 213 at Page 623 in the Office of the Clerk of Court for Union County.

TITLE SUMMARY

FTA                    for: _____*Fleming & Whitt, P.A.*_____
                                                       your file # _____
File #:   *090660*  update of 068791,083189,086727

    Address: **Meansville Road**
             **Union, SC**

    Property: **20.91 Acres**

    County: **Union**
    Period Examined: December 12, 1937    to: December 1, 2006
                                          to: April 23, 2008
                                          to: *October 6, 2008*
                                          to: January 22, 2009
    Present Owner: Khalif Ali and Irene Ali And/OR First National Acceptanc
                   Company of North America, Inc.
                   **SUBJECT TO:**
                   **Please note and review that Holmes Enterprises, Inc.
                   Quit Claimed the 20.91 acres tract to First National
                   Acceptance Company of North America, Inc at deed 223/117
                   r-5/7/2001. Holmes also deeded the 20.91 acres tract to
                   Khalif and Irene Ali at deed 224/247 r-1/4/2002. Please
                   note deed states effective 8/18/1998.
                   **No deed out or Quit Claim deed found of record from
                   First National Acceptance Company of North America, Inc.
                   to the Ali's found of record.**
                   Also note Assignment of Seller's Interest in Real
                   Estate Documents r-6/10/1999 @219/782. No Loan Purchase
                   Agreement found of record.
    Derivation
    **Quit Claim Deed of any/all interest**
        Grantor: First National Acceptance Company of North America, Inc
        Grantee: Khalif Ali and Irene Ali
        Book:    236         Page:    90
        Dated:   September 6, 2008    Recorded:   June 12, 2008
        Consid.: $10.00

        Grantor: Holmes Emterprises, Inc.
        Book:    224         Page:    247
        Dated:   October 20, 2000     Recorded:   January 4, 2002
        Consid.: $35,000.00

     **Quit Claim Deed**
        Grantor: Holmes Enterprises, Inc.
        Grantee: First National Acceptance Company of North America, Inc.
        Book:    223         Page:    117
        Dated:   April 30, 1999       Recorded:   May 7, 2001
        Consid.: $10.00

    ****Please see file 068772 for back deeds in chain****

*NEW* Per your request you wanted a copy of deed book 213/622. This is
    not a plat. See attached deed.

    Mortgages of Record
        Mortgagor: Khalif Ali and Irene Ali
        Mortgagee: Holmes Enterprises, Inc.
        Book:    214         Page:    428
        Dated:       May 18, 1998     Recorded:   January 4, 2002
        Original Amount: $32,500.00

        Assignments: 221/969 to:Bayview Financial Trading r:6/7/2004


    Judgments: 20074401197 r-08/31/07 Foreclosure/Not our interest/
               Deficiency judgement 11/29/07

    Lis Pendens: none
    Mech. Liens: none
    State Tax Liens: **none**
    Fed. Tax Liens: **none**
    U.C.C. Liens: none
    Restrictions: none in time period
    Easements: as per reported plat(s)
               211/421 r:9/23/1994 Utilities
    Plats: A332/4 r:6/9/1995      Subd.Plat: A329/9 r:4/21/1995
           **Tax Map**                       5/4 r:9/5/1946

**NEW**  Property Taxes  2008   Receipt Number: 000211-08-3
   TMS NO.: *064-00-00-164 000*
   $ Tax Amount: $21.80        Date Paid: December 20, 2008
   Ttl. w/Penalty: _____ Prior Years Due: none
   Taxed in Name of: **Khalif & Irene Ali**
   Dstrct:                     Assessment:       @:   %
   Rollback Assess:
   2007 taxes: $21.78 paid 1/12/2008
   2006 taxes: $23.62 paid 3/15/2007
   2005 taxes: $33.41 paid 2/3/2006
   2004 taxes: $30.08 paid 12/28/2004

**NEW** Property Taxes  2008   Receipt Number: 000212-08-3
   TMS NO.: *064-00-00-218 000*
   $ Tax Amount: *$24.06*      Date Paid: _____12/20/08_____
   Ttl. w/Penalty: _____ Prior Years Due: none
   Taxed in Name of: **Khalif & Irene Ali**
   2007 taxes: $24.06 paid 1/12/2008
   2006 taxes: $26.11 paid 3/15/2007
   2005 taxes: $16.16 paid 2/3/2006
   2004 taxes: $14.54 paid 12/28/2004

**NEW**  City Taxes   2008 $5.94 paid 12/18/2008 per Union Tax Office
                      2007 $5.94 paid 12/29/2007
                      2006 $6.53 paid 3/16/2007
   Purchaser: **none checked**

*This Title Summary represents a search of the public records that are housed in the Register of Deeds Office & the Clerk of Court Office. This report is not an opinion of title.* Search typed on: ___February 5, 2009___

F. THOMAS ABSTRACT, Inc.

Leianne Hudgins/Frank Thomas