# EXHIBIT "C"

TITLE SUMMARY

for: _Fleming & Whitt PA_

FTA    your file # _871.061022_
File #:    087383

Address: 125 Tiffany Drive
         Union, SC

Property: Lot 5
          Plat of P C Partnership

County: Union
Period Examined: October 20, 1968    to: October 20, 2008

Present Owner: Aleta Hobbs

       Probate records: none found

Derivation
   Grantor: Claire B. Bass
   Book:    231        Page:    968
   Dated:   January 12, 2006    Recorded:   February 24, 2006
   Consid.: $49,900.00
   NOTE: _See FTA file #086730 for chain of title_

Mortgages of Record
   Mortgagor: Jerry Dowd (Previous owner in chain)
   Mortgagee: Instant Cash Inc
   Book:    223        Page:    692
   Dated:   March 3, 2005    Recorded:    March 14, 2005
   Original Amount: $334,000.00
   NOTE: _No satisfaction found of record_
   Assignments: none


#2 Mortgagor: Aleta L. Hobbs
#2 Mortgagee: MERS as nominee for American HomeMortgage
   Book:    226        Page:    796
   Dated:   June 29, 2006    Recorded:    July 12, 2006
   Original Amount: $59,500.00
   Assignments: 231/286 to American Home Mortgage Servicing Inc
            r-10/10/08
            231/296 to American Home Mortgage Servicing Inc
            r-10/10/08


Judgments: 08-1360 Foreclosure vs Hobbs r-10/13/08
         _Property was sold at 11/3/08 Sale to Plaintiff. No deed has_
         _been issued at this time, nor has Report of Sale,_
         _Disbursements been filed._
         _Note that 1st mortgage from Dowd was not included in action._

Lis Pendens: 08-LP-44-64 r-6/3/08

Mech. Liens: none

State Tax Liens: none

Fed. Tax Liens: none

U.C.C. Liens: none

Restrictions: none during this period

Easements: as on reported plats

Plats: A-253/11, A-210/12    Subd.Plat:

```
Property Taxes  2008      Receipt Number: 008467-08-3
    TMS NO.: 064-00-00-229
    $ Tax Amount: $791.10        Date Paid: not yet due
    Ttl. w/Penalty: _____    Prior Years Due: none
    Taxed in Name of: Hobbs, Aleta
    Dstrct: 1                    Assessment: 2630  @:   %
    2007 taxes: $791.10 PD-11/26/07
    2006 taxes: $780.32 PD-12/6/06

    2008 City of Union taxes: $195.41 not yet due
    2007 taxes: $195.41 PD-12/3/07
    2006 taxes: $195.41 PD-11/30/06
```

Purchaser: **none checked**

*This Title Summary represents a search of the public records that are housed in the Register of Deeds Office & the Clerk of Court Office. This report is not an opinion of title.* Search typed on: November 13, 2008

F. THOMAS ABSTRACT, Inc.

_____
Joseph M. Boltz