**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | **Re: D.I. 7036** |
| | ) | |

**ORDER GRANTING APPLICATION FOR ORDER UNDER 11 U.S.C.
§ 1103(A) AUTHORIZING THE EMPLOYMENT AND RETENTION OF
MARGOT SAUNDERS AS TESTIFYING EXPERT FOR THE OFFICIAL
COMMITTEE OF BORROWERS *NUNC PRO TUNC* TO JANUARY 20, 2009**

Upon consideration of the Application of the Official Committee of Borrowers in the

above-captioned cases (the "Borrowers Committee'), for an order under 11 U.S.C. § 1103(a)

authorizing the employment and retention of Margot Saunders as testifying expert for the

Borrowers Committee (the "Application") *nunc pro tunc* to January 20, 2009; and upon the

Declaration of Margot Saunders, sworn to on February 20, 2009 (the "Saunders Declaration"),

that the proposed testifying expert represents or holds no interest adverse to the Debtors or their

estates; and the Court having jurisdiction to consider the Application and the relief requested

therein in accordance with 28 U.S.C. §§ 157 and 1334; and due notice of the Application having

been provided and that no further notice of the Application need be provided; and the Court

having determined that the relief sought in the Application is in the best interests of the estates

and parties in interest; and upon the record; and after due deliberation and sufficient cause

appearing therefor, it is hereby

ORDERED that the Application is granted and approved; and it is further

2118974.2

ORDERED that pursuant to section 1103(a) of the Bankruptcy Code the Borrowers Committee is authorized to employ and retain Margot Saunders, *nunc pro tunc* to January 20, 2009, in accordance with the hourly rates set forth in the Saunders Declaration; and it is further

ORDERED that Ms. Saunders shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, local rules and orders of the court (including the Order dated January 28, 2009, which authorized the Borrowers Committee to seek to retain Ms. Saunders and capped her fees, without prejudice), guidelines established by the Office of the United States Trustee, and such other procedures as may be fixed by order of this Court; and it is further

ORDERED that this Court shall retain jurisdiction with respect to any matters, claims rights, or disputes arising from or relating to the implementation of this Order.

Dated: March _13_, 2009

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge