## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

    Debtors.

----------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Ref. Docket Nos. 5181, 5320, 5463, 5920, 6179 and 6461**

## FIFTH ORDER SUSTAINING DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirteenth omnibus (substantive) objection [Docket No. 5181] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto filed by David Nerland [Docket No. 5320]; and the Objection having been adjourned with respect to, *inter alia*, Mr. Nerland's original proof of claim [POC No. 372] ("Claim 372") and his later-filed proof of claim [POC No. 9331] ("Claim 9331"); and the Court having previously entered four orders sustaining the Objection in part [Docket Nos. 5463, 5920, 6179 and 6461]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and with the consent of the Debtors and Mr. Nerland; it is hereby

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 9331 is hereby disallowed and expunged in its entirety; and it is further

ORDERED that Claim 372 is hereby allowed in the amount of $216,578.69, general unsecured, and $10,950, unsecured priority, against American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
     March _13_ 2009

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE