IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :  Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :  Jointly Administered
       Debtors.                                                          :
                                                                         :  **Ref. Docket Nos. 5447 and 6217**
------------------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL SECOND ORDER
SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On August 15, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 5447]. One of the claims included in the Objection was proof of claim number 931 ("Claim 931") filed by Robin Balfour, in which Ms. Balfour asserts she is entitled to a claim of $10,950, unsecured priority, and $32,591.62, general unsecured, on account of certain amounts owed to her in connection with her former employment with Debtor American Home Mortgage Corp. (Case No. 07-11051). Through the Objection, the Debtors requested that the Court expunge Claim 931 in its entirety. On October 10, 2008, the Court sustained the Objection in part and adjourned the Objection with respect to, *inter alia*, Claim 931 [Docket No. 6217]. After further review of their books and records and discussion with Ms. Balfour, the Debtors

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

DB02:7935852.1                                                                          066585.1001

have determined that the appropriate amount of Claim 931 is $10,950, unsecured priority, and $9,050.00, general unsecured.

The Debtors hereby file this certification of counsel to submit a form of order (the "Proposed Order") attached hereto as Exhibit A resolving the Objection with respect to Claim 931. Furthermore, the Debtors certify that Ms. Balfour has agreed to the reduction of Claim 931 to $10,950, unsecured priority, and $9,050.00, general unsecured. Therefore, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: March 13, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ James L. Patton, Jr._
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
         Debtors.                                                :
                                                                 :   Ref. Docket Nos. 5447 and 6217
---------------------------------------------------------------- x

## SECOND ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the fifteenth omnibus (substantive) objection (the "Objection") [Docket No. 5447] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 6217] on October 10, 2008; and the Objection having been adjourned with respect to proof of claim number 931 ("Claim 931") filed by Robin Balfour; and the Debtors and Ms. Balfour having agreed that the appropriate amount of Claim 931 is $10,950, unsecured priority, and $9,050.00, general unsecured; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 931 is an allowed claim in the amount of $10,950, unsecured priority, and $9,050.00, general unsecured; and it is further

ORDERED that this Order resolves the Objection with respect to Claim 931; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      March __, 2009

                                          _____
                                          CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE