IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
         Debtors.                                                :
                                                                 :  **Ref. Docket Nos. 6008, 6463**
                                                                 :  **and 6575**
---------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL SUBMITTING THIRD ORDER SUSTAINING THE DEBTORS' EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On September 22, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 6008] (the "Objection"). On October 24, 2008, the Court entered an order sustaining the Objection [Docket No. 6463] (the "First Order"), and on November 12, 2008, the Court entered a second order further sustaining the Objection [Docket No. 6575]. Pursuant to the First Order, a proof of claim [POC No. 10410] ("Claim 10410") filed by Nadine Constant was expunged because it was filed after the applicable bar date, January 11, 2008. However, the Debtors subsequently discovered that Ms. Constant is entitled to an unsecured priority claim in the amount of $1,961.54, as alleged in Claim 10410, and that Ms. Constant was not timely

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

served with a notice of the bar date for filing her claim because she changed addresses. Counsel to the Debtors has discussed Claim 10410 with Ms. Constant and she is in agreement with the allowance of her claim as alleged.

Therefore, the Debtors request that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, ruling that Claim 10410 is not expunged, but rather allowed in the amount of $1,961.54, priority unsecured.

Dated: March 13, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   **Ref. Docket Nos. 6008, 6463**
                                                                       :   **and 6575**
---------------------------------------------------------------------- x

## THIRD ORDER SUSTAINING DEBTORS' EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the eighteenth omnibus (non-substantive) objection (the "Objection") [Docket No. 6008] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having already entered a first order (the "First Order") and second order sustaining the Objection [Docket Nos. 6463 and 6575]; and the Debtors and Nadine Constant having come to an agreement as to the treatment of her proof of claim [POC No. 10410] ("Claim 10410"); and sufficient cause appearing therefor; it is hereby

ORDERED that, notwithstanding anything in the First Order, Claim 10410 is not expunged; and it is further

ORDERED that Claim 10410 is hereby allowed as a priority unsecured claim in the amount of $1,961.54.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      March __, 2009

                                                                   CHRISTOPHER S. SONTCHI
                                                                   UNITED STATES BANKRUPTCY JUDGE