IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          :    Jointly Administered
       Debtors.                                           :
                                                          :    Ref. No. 7005
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 7005

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to Sixteenth Monthly Application of Quinn

Emanuel Urquhart Oliver & Hedges LLP as Special Investigatory Litigation and Conflicts

Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and

Reimbursement of Expenses Incurred for the Interim Period November 1, 2008 through

November 30, 2008 (the "Application").  The Court's docket which was last updated March 16,

2009, reflects that no objections to the Application have been filed.  Objections to the

Application were to be filed and served no later than March 5, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($10,248.80) of requested fees ($12,811.00) and 100% of requested expenses ($4,296.32) on an interim basis without further Court order.

Dated: Wilmington, Delaware
         March 16, 2009

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP


                          /s/ Patrick A. Jackson
                          James L. Patton, Jr. (No. 2202)
                          Joel A. Waite (No. 2925)
                          Pauline K. Morgan (No. 3650)
                          Sean M. Beach (No. 4070)
                          Kenneth Enos (No. 4544)
                          Patrick A. Jackson (No. 4976)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          Wilmington, Delaware 19801
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253

                          Counsel for Debtors and
                          Debtors in Possession