IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re:

American Home Mortgage
Holdings, Inc., Delaware Corp., et al
Debtors

AHM 0831  3/6/2009 (merged) 4000009983
EPIQ use = 473

ZIMMERMAN, THEODORE & REBECCA
66 ST CHARLES AVE
WEST CALDWELL, N.J. 07006

Chapter 11
Case No 07-11047 (CSS)
JOINTLY ADMINISTED

Response Deadline: March 30, 2009 at 4:00PM (ET)
Hearing Date: April 6, 2009 @ 2:00PM (ET)

RE: CLAIM No 7363

1. In response to claim 7363, amount claimed $45,053.45. The plaintiffs Theodore & Rebecca Zimmerman claim that they bought on the basis that these stock shares were fully backed by real estate property.

2. The Debtors even claimed these stocks were backed by prime property real estate not sub prime properties, clearly making the Debtors claim out & out fraud!

Dated: March 11, 2009
West Caldwell, N.J.

_Theodore Zimmerman_
THEODORE ZIMMERMAN

_Rebecca Zimmerman_
REBECCA ZIMMERMAN

Tele No (973) 575-1509