**AMERICAN HOME MORTGAGE**
**Time Summary**
**February 1, 2009 to February 28, 2009**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 53.6 | 590.00 | 31,624.00 |
| MICHELE MICHAELIS | DIRECTOR | 85.9 | 375.00 | 32,212.50 |
| SUSANNE CLEARY | SENIOR | 166.7 | 235.00 | 39,174.50 |
| MATTHEW J STEWART | SENIOR | 96.4 | 215.00 | 20,726.00 |
| JERRY D'AMATO III | SENIOR | 90.8 | 200.00 | 18,160.00 |
| NAUSHON E VANDERHOOP | SENIOR | 1.7 | 185.00 | 314.50 |
| JARED FELDESMAN | STAFF | 4.8 | 190.00 | 912.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 8.6 | 150.00 | 1,290.00 |
| | **TOTAL:** | **508.5** | | 144,413.50 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

**A.      ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/3/2009 | M.M. | Reviewed issues related to claims. | 1.2 |
| 2/6/2009 | M.M. | Reviewed and discussed additional information related to claims process. | 0.9 |
| 2/9/2009 | M.S. | Discussions with M. Michaelis regarding UCC claims, EPD / breach and confirmation. | 1.2 |
| 2/9/2009 | M.S. | Reviewed UCC claims, EPD and breach claims against the Estate. | 1.3 |
| 2/9/2009 | M.S. | Reviewed claims updated provided on 1/9/09 with claims amounts. | 2.2 |
| 2/10/2009 | M.S. | Reviewed unsecured, priority and admin claims estimates provided by the Debtors. | 2.1 |
| | | **TOTAL:** | **8.9** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 2.1 | 375.00 | 787.50 |
| M. STEWART (M.S.) | 6.8 | 215.00 | 1,462.00 |
| **TOTAL:** | **8.9** | | **2,249.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

**B.     PREFERENCES ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/2/2009 | M.S. | Analyzed 90 day payments by all Debtors' Entities. | 2.6 |
| 2/2/2009 | M.S. | Preparation for and meetings with M. Michaelis regarding cash flow and preferences. | 0.8 |
| 2/3/2009 | M.S. | Analyzed 90 day payments by all Debtors Entities and preparation of schedules. | 3.7 |
| 2/3/2009 | M.S. | Work session with staff regarding 90 day payments by type of entity. | 0.4 |
| 2/4/2009 | M.M. | Discussed information needed with regard to 90 day payments and cash management system before and after depositions. | 1.4 |
| 2/4/2009 | M.M. | Reviewed preference summary prior to meeting with borrowers. | 0.8 |
| 2/4/2009 | M.S. | Discussions with M. Michaelis regarding preferences. | 0.4 |
| 2/4/2009 | M.S. | Analyzed 90 day payments by all Debtors Entities. | 1.2 |
| 2/6/2009 | M.M. | Discussed preference related work performed. | 1.2 |
| 2/6/2009 | M.S. | Correspondence with J. Williams regarding preference question. | 0.2 |
| 2/6/2009 | M.S. | Reviewed 90 day payments file and created analysis by Debtors. | 2.6 |
| 2/6/2009 | M.S. | Preparation and meetings with M. Michaelis regarding preferences and other case issues. | 1.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

**B.    PREFERENCES ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/7/2009 | M.M. | Reviewed additional preference summaries prepared by Debtors and BDO. | 0.8 |
| | | **TOTAL:** | **17.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 4.2 | 375.00 | 1,575.00 |
| M. STEWART (M.S.) | 13.3 | 215.00 | 2,859.50 |
| **TOTAL:** | **17.5** | | **4,434.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

### C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/1/2009 | S.C. | Performed searches and reviewed documents in Deloitte and Touche (D&T) Concordance database relating to D&T permanent file workpapers. | 2.1 |
| 2/2/2009 | D.B. | Met with M. Michaelis re: status of document review for UCC investigation and e-mail from J. McCahey. | 0.3 |
| 2/2/2009 | J.D. | Prepared and wrote memo based on review of D&T audit workpapers of AHM. | 2.3 |
| 2/2/2009 | J.D. | Discussion with team regarding findings within the D&T workpapers. | 0.6 |
| 2/2/2009 | J.D. | Reviewed Journal Entry Analysis Routines within the D&T workpapers on Concordance. | 3.8 |
| 2/2/2009 | J.D. | Reviewed leadsheet workpapers from the D&T portion of Concordance files. | 2.2 |
| 2/2/2009 | J.F. | Reviewed various documents in Concordance for UCC investigation. | 1.8 |
| 2/2/2009 | M.M. | Reviewed and discussed issues related to causes of action review of audit workpapers. | 0.7 |
| 2/2/2009 | M.S. | Reviewed initial memo regarding D&T work papers provided by staff. | 0.4 |
| 2/2/2009 | M.S. | Discussions with staff regarding D&T work papers and preparation of report to counsel. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/2/2009 | M.S. | Discussions with staff regarding D&T work papers and document review. | 0.5 |
| 2/2/2009 | S.C. | Performed searches and reviewed documents in D&T Concordance database relating to D&T permanent file workpapers. | 3.0 |
| 2/2/2009 | S.C. | Discussions with J. D'Amato regarding report for D&T workpaper findings and D&T report. | 0.3 |
| 2/2/2009 | S.C. | Prepared report of D&T Concordance database reviewed and findings to date. | 2.8 |
| 2/2/2009 | S.C. | Performed searches and reviewed documents in D&T Concordance database relating to D&T Q1 2007; reviewed workpapers. | 3.2 |
| 2/2/2009 | S.C. | Updated report of D&T Concordance database review and findings for documents examined today. | 0.5 |
| 2/3/2009 | J.D. | Document review for AHM on Concordance for UCC investigation. | 1.2 |
| 2/3/2009 | J.D. | Discussion with S. Cleary regarding documents relevant to Class Action. | 0.7 |
| 2/3/2009 | J.D. | Discussion with M. Stewart regarding relevant documents to Class Action and further searches. | 0.7 |
| 2/3/2009 | J.D. | Reviewed emails and excel schedules on Concordance Database regarding the delinquency rate of loans. | 3.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

### C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/3/2009 | J.D. | Reviewed documents within the Concordance Database for UCC investigation. | 3.6 |
| 2/3/2009 | J.F. | Reviewed various documents in Concordance for UCC investigation. | 2.4 |
| 2/3/2009 | M.S. | Discussions with staff regarding D&T work paper report. | 0.4 |
| 2/3/2009 | S.C. | Performed searches and reviewed documents in D&T Concordance database relating to D&T journal entry testing. | 1.1 |
| 2/3/2009 | S.C. | Performed searches and reviewed documents in D&T Concordance database relating to D&T 2006 workpapers. | 2.4 |
| 2/3/2009 | S.C. | Updated report of D&T Concordance database review and findings for documents reviewed today. | 3.3 |
| 2/3/2009 | S.C. | Discussions with J. D'Amato and M. Stewart regarding report for D&T workpaper findings and D&T report. | 0.7 |
| 2/3/2009 | S.C. | Classified documents reviewed in D&T Concordance database for UCC investigation. | 1.6 |
| 2/4/2009 | D.B. | Met with M. Michaelis to prepare her for deposition. | 0.3 |
| 2/4/2009 | J.D. | Analyzed materiality schedules, walkthroughs, and leadsheets provided by D&T. | 2.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/4/2009 | J.D. | Reviewed and updated AHM memo based on findings from D&T workpapers. | 0.2 |
| 2/4/2009 | J.D. | Reviewed audit schedules provided by D&T within the Concordance database. | 3.2 |
| 2/4/2009 | J.D. | Meeting with S. Cleary, M. Stewart, and M. Michaelis regarding D&T workpaper findings. | 0.7 |
| 2/4/2009 | J.D. | Meeting with S. Cleary regarding findings and workpaper analysis of D&T documents. | 0.4 |
| 2/4/2009 | J.D. | Prepared documents for management review and conference call with Counsel for UCC investigation. | 1.4 |
| 2/4/2009 | J.F. | Reviewed various documents in Concordance for UCC investigation. | 0.6 |
| 2/4/2009 | M.M. | Met with staff and reviewed documents regarding causes of action summary with regard to D&T workpaper review for discussion with Counsel. | 1.6 |
| 2/4/2009 | M.S. | Work session with staff and M. Michaelis regarding document review for UCC investigation. | 0.8 |
| 2/4/2009 | S.C. | Performed searches and reviewed documents in D&T Concordance database relating to D&T permanent file workpapers. | 3.4 |
| 2/4/2009 | S.C. | Performed searches and reviewed email sent by American Home Mortgage (AHM) Financial Accounting Senior Accountant for UCC investigation. | 1.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/4/2009 | S.C. | Discussions with J. D'Amato regarding edits to report for D&T workpaper findings. | 0.7 |
| 2/4/2009 | S.C. | Meeting with M. Michaelis, M. Stewart and J. D'Amato regarding status of D&T Concordance database document reviewed and work to be performed. | 0.4 |
| 2/4/2009 | S.C. | Updated report of D&T Concordance database review and findings for documents reviewed today. | 1.5 |
| 2/5/2009 | D.B. | Reviewed rough draft of deposition of M. Michaelis by Borrower's Committee. | 1.7 |
| 2/5/2009 | D.B. | Met with M. Michaelis and M. Stewart re: status of review of D&T workpapers, issues and items to discuss with counsel. | 0.3 |
| 2/5/2009 | J.D. | Reviewed internal email communication on AHM database in Concordance for UCC investigation. | 3.7 |
| 2/5/2009 | J.D. | Reviewed adjusting journal entries received from D&T. | 1.7 |
| 2/5/2009 | M.M. | Discussed causes of action key points and additional information request. | 0.6 |
| 2/5/2009 | M.M. | Reviewed D&T workpapers for UCC investigation. | 1.9 |
| 2/5/2009 | M.S. | Met with staff and M. Michaelis regarding document review and D&T work papers. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## C.     LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/5/2009 | S.C. | Performed searches and reviewed documents in D&T Concordance database relating to D&T Confirmations and Leadsheets. | 1.6 |
| 2/5/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to D&T emails. | 1.5 |
| 2/5/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to B. Johnson emails. | 3.8 |
| 2/6/2009 | J.D. | Reviewed adjusting journal entries received from D&T for UCC investigation. | 1.4 |
| 2/6/2009 | J.D. | Reviewed internal email communication on AHM Database in Concordance. | 3.9 |
| 2/6/2009 | J.D. | Reviewed public filings and excel schedules within the AHM Database for UCC investigation. | 3.1 |
| 2/6/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to B. Johnson emails. | 2.6 |
| 2/6/2009 | S.C. | Discussions with J. D'Amato regarding AHM Concordance database findings for UCC investigation. | 0.2 |
| 2/6/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to M. Strauss emails. | 3.7 |
| 2/6/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to Internal Audit department emails for UCC investigation. | 2.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

<u>**C.    LITIGATION CONSULTING**</u>

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|-------------|------|
| 2/8/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to M. Strauss emails. | 1.9 |
| 2/9/2009 | J.D. | Reviewed emails and excel schedules on Concordance Database regarding the delinquency rate of loans for UCC investigation. | 3.7 |
| 2/9/2009 | J.D. | Reviewed documents within the Concordance Database for AHM for UCC investigation. | 3.4 |
| 2/9/2009 | J.D. | Reviewed internal email communication on AHM database in Concordance for UCC investigation. | 2.1 |
| 2/9/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to M. Strauss emails. | 3.7 |
| 2/9/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to R. Bernstein emails. | 1.6 |
| 2/9/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to S. Hozie emails. | 2.8 |
| 2/10/2009 | J.D. | Document review of AHM internal/external emails on Concordance for UCC investigation. | 2.7 |
| 2/10/2009 | J.D. | Reviewed Board Minutes schedules, financial drafts, and schedules within the AHM Database for UCC investigation. | 3.6 |
| 2/10/2009 | J.D. | Reviewed email attachments within the AHM Concordance Database for UCC investigation. | 2.5 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/10/2009 | M.S. | Discussion with staff regarding SEC request list. | 0.2 |
| 2/10/2009 | M.S. | Reviewed SEC document production list. | 0.4 |
| 2/10/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to S. Hozie emails. | 2.4 |
| 2/10/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to M. Strauss emails. | 3.5 |
| 2/10/2009 | S.C. | Performed searches and reviewed email of AHM Executive Vice President and General Counsel. | 1.2 |
| 2/10/2009 | S.C. | Performed searches and reviewed email of AHM Chief Administrative Officer. | 1.5 |
| 2/11/2009 | J.D. | Document review of AHM internal/external emails on Concordance for UCC investigation. | 3.9 |
| 2/11/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to M. Strauss emails. | 2.6 |
| 2/11/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to information disclosed to public. | 2.1 |
| 2/11/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to M. Feder emails. | 3.5 |
| 2/12/2009 | J.D. | Conference call and meeting with M. Michaelis, S. Cleary and M. Stewart to discuss D&T workpapers. | 0.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/12/2009 | M.M. | Discussed D&T files with Skadden Arps (counsel for D&T). | 0.8 |
| 2/12/2009 | M.S. | Met with staff and M. Michaelis regarding document review for UCC investigation. | 0.5 |
| 2/12/2009 | M.S. | Discussions with staff regarding D&T work papers and preparation for call with counsel. | 0.3 |
| 2/12/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to M. Strauss emails. | 3.4 |
| 2/12/2009 | S.C. | Conference with M. Michaelis, M. Stewart, J. D'Amato and D. Carney (Skadden) regarding D&T Concordance database document organization. | 0.4 |
| 2/12/2009 | S.C. | Discussions with M. Michaelis, M. Stewart and J. D'Amato regarding status of case and work to be performed. | 0.4 |
| 2/12/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to R. Bernstein emails. | 2.7 |
| 2/12/2009 | S.C. | Compared AHM Concordance database and BDO document request to determine documents received. | 1.0 |
| 2/13/2009 | S.C. | Compared AHM Concordance database and BDO document request to determine documents received. | 2.8 |
| 2/13/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to documents initially withheld due to privilege concerns sent to the DOJ. | 1.7 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

**C.    LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/13/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to M. Strauss emails. | 3.4 |
| 2/13/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to employee listings. | 1.2 |
| 2/15/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to M. Strauss emails. | 1.7 |
| 2/16/2009 | S.C. | Performed searches and reviewed documents in American Home Mortgage ("AHM") Concordance database relating to M. Strauss emails. | 3.3 |
| 2/16/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to Internal Audit Report work papers addressing accounting estimates and reserves. | 2.8 |
| 2/16/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to files maintained by R. Bernstein. | 0.9 |
| 2/16/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to files maintained by M. Strauss. | 2.6 |
| 2/17/2009 | J.D. | Reviewed document received from Counsel relating to the layout of D&T workpapers within the Concordance Database. | 0.2 |
| 2/17/2009 | J.D. | Document review of AHM internal/external emails on Concordance for UCC investigation. | 3.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/17/2009 | M.M. | Discussion with M. Stewart of information for Skadden re: causes of action. | 0.3 |
| 2/17/2009 | S.C. | Determined which documents BDO requested were received and reviewed for UCC investigation. | 1.9 |
| 2/17/2009 | S.C. | Reviewed Deloitte & Touche ("D&T") workpaper index sent by Skadden. | 0.7 |
| 2/17/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to M. Strauss emails. | 2.3 |
| 2/17/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to REIT loss analysis. | 1.4 |
| 2/17/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to PCAOB review of 2006 financial audit. | 1.1 |
| 2/17/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to July 2007 sale of AHM. | 1.6 |
| 2/18/2009 | J.D. | Document review of AHM internal/external emails on Concordance for UCC investigation. | 2.1 |
| 2/18/2009 | M.S. | Discussions with staff regarding document index. | 0.3 |
| 2/18/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to miscellaneous documents. | 1.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

C.    **LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/18/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to AHM Property Profitability reports. | 0.9 |
| 2/18/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to AHM Internal Audit workpapers addressing Accounting Estimates & Reserves. | 1.6 |
| 2/19/2009 | D.B. | Met with M. Michaelis re: status of document review for UCC investigation. | 0.4 |
| 2/19/2009 | J.D. | Prepared for and discussion with M. Michaelis, M. Stewart and S. Cleary regarding D&T workpaper index received. | 1.1 |
| 2/19/2009 | J.D. | Document review of AHM internal/external emails on Concordance for UCC investigation. | 2.1 |
| 2/19/2009 | M.M. | Discussed and reviewed Cause of Action information status and coordinated for meeting during upcoming week to address results with counsel. | 0.9 |
| 2/19/2009 | M.S. | Discussions with M. Michaelis regarding causes of action investigation. | 0.6 |
| 2/19/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to loan schedules. | 1.0 |
| 2/19/2009 | S.C. | Preparation and discussions with M. Michaelis, M. Stewart and J. D'Amato regarding D&T Concordance database and workpaper index file sent by Skadden. | 1.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/19/2009 | S.C. | Compared D&T Concordance database and workpaper index file sent by Skadden and prepared analysis of comparison. | 2.5 |
| 2/20/2009 | S.C. | Updated Potential Causes of Action and Litigation report for reserve analysis additional documents found. | 3.2 |
| 2/20/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to M. Strauss emails. | 3.1 |
| 2/23/2009 | J.D. | Reviewed Concordance Database for further information on delinquencies and reserves. | 2.3 |
| 2/23/2009 | M.M. | Reviewed and discussed current results from Cause of Action search and go forward data to be compiled and reviewed. | 1.6 |
| 2/23/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to M. Strauss emails. | 3.9 |
| 2/23/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to files maintained by M. Strauss. | 3.4 |
| 2/23/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to files maintained by S. Hozie. | 0.5 |
| 2/24/2009 | D.B. | Met with M. Michaelis and S. Cleary re: status of document review of Deloitte workpapers, summary of results and next steps. | 0.5 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/24/2009 | M.M. | Reviewed and compiled cause of action files previously reviewed to revisit for purposes of attorney update memo. | 0.9 |
| 2/24/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database relating to M. Strauss emails. | 1.7 |
| 2/24/2009 | S.C. | Preparation and discussions with D. Berliner and M. Michaelis regarding status of engagement and work to be performed. | 0.8 |
| 2/24/2009 | S.C. | Performed searches and reviewed documents in D&T Concordance database relating to AHM Reserve calculations. | 3.3 |
| 2/24/2009 | S.C. | Performed searches and reviewed documents in D&T Concordance database for key word "allowance". | 2.4 |
| 2/25/2009 | M.M. | Meeting with M. Stewart re: status update for Melville building and cause of action. | 0.6 |
| 2/25/2009 | S.C. | Updated schedule of AHM Concordance documents reviewed to date for UCC investigation. | 0.4 |
| 2/25/2009 | S.C. | Prepared Analysis of D&T audit work performed on AHM Allowance for Loans Losses. | 3.7 |
| 2/25/2009 | S.C. | Performed searches and reviewed documents in AHM Concordance database for Reserve calculations. | 0.4 |
| 2/25/2009 | S.C. | Updated Potential Causes of Action and Litigation report for reserve analysis additional documents found. | 3.6 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### February 1, 2009 to February 28, 2009

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/25/2009 | S.C. | Discussions with M. Stewart regarding D&T audit work performed on AHM Allowance for Loan Losses. | 0.2 |
| 2/26/2009 | D.B. | Met with M. Michaelis re: status of document review for UCC investigation, timing of report for counsel and scheduling meeting to review results. | 0.3 |
| 2/26/2009 | J.D. | Discussion with S. Cleary and M. Stewart regarding D&T workpaper findings. | 1.1 |
| 2/26/2009 | J.D. | Reviewed and updated AHM memo to be discussed with Counsel for UCC investigation. | 1.3 |
| 2/26/2009 | J.D. | Reviewed and analyzed documents within the Concordance Database for UCC investigation. | 2.8 |
| 2/26/2009 | M.M. | Reviewed cause of action memo updates and discussed data to be prepared with M. Stewart. | 1.9 |
| 2/26/2009 | M.S. | Met with staff regarding status of investigation and report. | 0.9 |
| 2/26/2009 | M.S. | Revised document review status schedule for UCC investigation. | 0.3 |
| 2/26/2009 | M.S. | Report preparation for updated investigation status to be provided to counsel. | 1.7 |
| 2/26/2009 | M.S. | Reviewed investigation write-ups prepared by staff for UCC investigation. | 2.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

### C.   LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/26/2009 | S.C. | Updated Potential Causes of Action and Litigation report for reserve analysis additional documents found. | 2.6 |
| 2/26/2009 | S.C. | Updated AHM SEC Document Index schedule for UCC investigation. | 1.2 |
| 2/26/2009 | S.C. | Prepared for and discussed with M. Stewart and J. D'Amato regarding status of engagement and work to be performed for UCC investigation. | 1.7 |
| 2/26/2009 | S.C. | Performed searches in AHM Concordance database for 2005 Reserve calculations. | 2.7 |
| 2/26/2009 | S.C. | Updated schedule of AHM Concordance documents reviewed to date for UCC investigation. | 0.9 |
| 2/27/2009 | J.D. | Discussion with S. Cleary and M. Stewart regarding D&T workpaper findings and updates to memo for UCC investigation. | 0.7 |
| 2/27/2009 | J.D. | Reviewed and updated AHM memo to be discussed with Counsel for UCC investigation. | 0.6 |
| 2/27/2009 | J.D. | Reviewed and analyzed documents within the Concordance Database for UCC investigation. | 3.3 |
| 2/27/2009 | M.M. | Discussed causes of action memo with staff and reviewed prior reports. | 0.8 |
| 2/27/2009 | M.M. | Reviewed email streams from former management of AHM for Cause of Action. | 1.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

**C.    LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/27/2009 | M.S. | Met with staff regarding status of UCC investigation and report. | 0.7 |
| 2/27/2009 | M.S. | Reviewed tagged documents of interest in the Concordance Database for UCC investigation. | 1.2 |
| 2/27/2009 | M.S. | Reviewed reserves section of report prepared by staff for UCC investigation. | 0.8 |
| 2/27/2009 | M.S. | Reviewed delinquency section of report prepared by staff for UCC investigation. | 1.2 |
| 2/27/2009 | M.S. | Report preparation for updated investigation status to be provided to counsel. | 3.2 |
| 2/27/2009 | M.S. | Discussions with staff regarding status of investigation. | 0.8 |
| 2/27/2009 | S.C. | Updated Potential Causes of Action and Litigation report for reserve analysis additional documents found. | 3.7 |
| 2/27/2009 | S.C. | Preparation for and discussions with M. Stewart and J. D'Amato regarding status of engagement and work to be performed for UCC investigation. | 1.2 |
| 2/27/2009 | S.C. | Edited Potential Cause of Action and Litigation report. | 1.6 |
| 2/27/2009 | S.C. | Performed searches in AHM Concordance database for 2005 and March 2006 Reserve analysis. | 1.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/28/2009 | J.D. | Reviewed and updated AHM memo based on findings from D&T workpapers. | 1.4 |
| 2/28/2009 | M.S. | Report preparation for updated investigation status to be provided to counsel. | 3.4 |
| 2/28/2009 | M.S. | Reviewed investigation status report and forwarded it to M. Michaelis. | 0.7 |
| | | **TOTAL:** | **297.6** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.8 | 590.00 | 2,242.00 |
| M. MICHAELIS (M.M.) | 14.5 | 375.00 | 5,437.50 |
| S. CLEARY (S.C.) | 165.8 | 235.00 | 38,963.00 |
| M. STEWART (M.S.) | 22.9 | 215.00 | 4,923.50 |
| J. D'AMATO III (J.D.) | 85.8 | 200.00 | 17,160.00 |
| J. FELDESMAN (J.F.) | 4.8 | 190.00 | 912.00 |
| **TOTAL:** | **297.6** | | **69,638.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## D.    ASSET SALE/AUCTION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/6/2009 | D.B. | Reviewed revised schedule of loan disposition plan reflecting Stalking Horse bids. | 0.2 |
| 2/6/2009 | M.M. | Discussed asset sales with Zolfo Cooper and effect on current cash flow. | 0.3 |
| 2/6/2009 | M.S. | Reviewed updated disposition of assets plan. | 0.4 |
| 2/11/2009 | M.S. | Reviewed updated asset disposition plan. | 0.4 |
| 2/12/2009 | M.S. | Reviewed updated disposition plan and prepared updated analysis. | 0.4 |
| 2/20/2009 | M.M. | Reviewed asset sale information and summary of fixed assets versus bid from Strauss. | 0.2 |
| 2/23/2009 | M.M. | Reviewed prior reports for Building sale proceeds and timing of collections versus current projections and amounts. | 0.4 |
| 2/23/2009 | M.M. | Reviewed prior reports for information on Bank and loan sales. | 0.7 |
| 2/24/2009 | M.M. | Reviewed information related to the Melville building to aid in preparation of proposal to note holder. | 0.4 |
| 2/24/2009 | M.M. | Reviewed and discussed building sale and other open issues to be discussed with Zolfo and communicated same to Zolfo. | 0.4 |
| 2/27/2009 | M.S. | Prepared Melville statistics and potential offers. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

### D.    ASSET SALE/AUCTION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/28/2009 | M.S. | Reviewed Melville building usage and potential offers. | 0.4 |
| | | **TOTAL:** | **4.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.2 | 590.00 | 118.00 |
| M. MICHAELIS (M.M.) | 2.4 | 375.00 | 900.00 |
| M. STEWART (M.S.) | 2.2 | 215.00 | 473.00 |
| **TOTAL:** | **4.8** | | **1,491.00** |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### February 1, 2009 to February 28, 2009

## E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/2/2009 | M.S. | Correspondence with the Debtors regarding questions and comments. | 0.2 |
| 2/4/2009 | D.B. | Conference call with Zolfo Cooper re: case status update. | 0.5 |
| 2/4/2009 | M.M. | Discussed status of Bank sale and current 90 day payment analysis with B. Fernandez. | 0.2 |
| 2/4/2009 | M.M. | Discussion with Debtors re: current status of asset sales, cash flows, claims and general weekly update. | 0.8 |
| 2/4/2009 | M.S. | Correspondence with Debtors regarding preferences. | 0.2 |
| 2/4/2009 | M.S. | Weekly call with Zolfo regarding case status and issues. | 0.4 |
| 2/4/2009 | M.S. | Prepared for the weekly call with Zolfo. | 0.2 |
| 2/5/2009 | M.S. | Correspondence with Debtors regarding cash flow. | 0.2 |
| 2/6/2009 | M.M. | Call with Debtors and Counsel re: sale of remaining loan pools. | 1.0 |
| 2/6/2009 | M.S. | Call with Debtors regarding disposition of assets. | 1.0 |
| 2/6/2009 | M.S. | Correspondence with Debtors regarding 90 day preference payments. | 0.3 |
| 2/9/2009 | D.B. | Met with Debtors' counsel and Hahn & Hessen to prepare for Confirmation hearing. | 0.4 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2009 to February 28, 2009

### E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/9/2009 | M.M. | Meeting at Debtors' Counsel office and reviewed additional filings in Confirmation Hearing. | 1.4 |
| 2/10/2009 | D.B. | Met with Debtors, Debtors' professionals and Hahn & Hessen to prepare for Day 2 of confirmation hearing. | 1.7 |
| 2/11/2009 | M.M. | Discussion with Zolfo re: hearing decision. | 0.2 |
| 2/17/2009 | D.B. | Conference call with Zolfo Cooper re: case status and issues. | 0.5 |
| 2/17/2009 | M.M. | Conference call with Debtors re: current status update for case. | 0.6 |
| 2/17/2009 | M.S. | Weekly professional call to discuss status of the case. | 0.7 |
| 2/17/2009 | M.S. | Prepared for weekly Debtors' call. | 0.3 |
| 2/18/2009 | M.S. | Reviewed notes from yesterday's Debtors' professional call. | 0.4 |
| 2/25/2009 | D.B. | Conference call Zolfo Cooper re: case status and issues and reviewed office lease requirements. | 0.9 |
| 2/25/2009 | M.M. | Participated in conference call with Zolfo re: current status of loan sales, Bank liquidation/sale, administrative claims and other issues. | 0.9 |
| 2/25/2009 | M.M. | Prepared for call with Zolfo. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

**E.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/25/2009 | M.M. | Prepared summary of information received on call with Debtors. | 0.6 |
| 2/25/2009 | M.S. | Prepared for conference call with Debtors. | 0.4 |
| 2/25/2009 | M.S. | Conference call with Zolfo regarding case status and weekly issues. | 0.9 |
| | | **TOTAL:** | **15.1** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.0 | 590.00 | 2,360.00 |
| M. MICHAELIS (M.M.) | 5.9 | 375.00 | 2,212.50 |
| M. STEWART (M.S.) | 5.2 | 215.00 | 1,118.00 |
| **TOTAL:** | **15.1** | | **5,690.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

**F.    REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/2/2009 | D.B. | Reviewed memo to file from M. Michaelis re: meetings with counsel re: WARN Act negotiations and Borrower's Committee objection to Plan. | 0.7 |
| 2/4/2009 | D.B. | Met with M. Michaelis re: results of deposition and planning BDO report for UCC conference call. | 0.5 |
| 2/4/2009 | M.M. | Discussed and prepared inclusions for report for Committee. | 0.9 |
| 2/4/2009 | M.S. | Report preparation for 2/5/09 Committee report. | 0.8 |
| 2/5/2009 | D.B. | Reviewed draft BDO report to UCC, prepared comments and discussed with M. Stewart. | 1.4 |
| 2/5/2009 | M.M. | Reviewed and edited weekly Committee report. | 0.8 |
| 2/5/2009 | M.S. | Correspondence with M. Michaelis regarding Committee report. | 0.2 |
| 2/5/2009 | M.S. | Report preparation for 2/5/09 Committee report. | 3.8 |
| 2/11/2009 | M.M. | Reviewed and edited report to UCC re: financial update. | 0.4 |
| 2/11/2009 | M.S. | Prepared budget to actual results and cash position for the 2/12/09 Committee Report. | 1.8 |
| 2/12/2009 | D.B. | Reviewed initial draft of BDO report to UCC re: financial update and prepared comments for M. Michaelis and discussed with M. Michaelis. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## F.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/12/2009 | M.M. | Reviewed and edited financial update report for Committee. | 0.8 |
| 2/12/2009 | M.S. | Discussions with M. Michaelis regarding the Committee report and bids. | 0.6 |
| 2/17/2009 | D.B. | Prepared memo to files re: summary of call with Zolfo Cooper. | 0.3 |
| 2/18/2009 | D.B. | Reviewed BDO draft report to UCC re: financial updated for 2/19/2009 UCC call and prepare comments for staff. | 0.7 |
| 2/18/2009 | M.M. | Reviewed and edited of report to committee. | 1.2 |
| 2/18/2009 | M.S. | Report preparation for the 2/19/09 Committee call. | 1.8 |
| 2/18/2009 | M.S. | Discussions with M. Michaelis regarding Committee report (2/19/09). | 0.4 |
| 2/19/2009 | M.M. | Reviewed and edited of report to Committee. | 1.1 |
| | | **TOTAL:** | **18.9** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## F.    REPORT PREPARATION

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.3 | 590.00 | 2,537.00 |
| M. MICHAELIS (M.M.) | 5.2 | 375.00 | 1,950.00 |
| M. STEWART (M.S.) | 9.4 | 215.00 | 2,021.00 |
| **TOTAL:** | **18.9** | | **6,508.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## G.    MEETINGS OF CREDITORS / TRUSTEE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/5/2009 | D.B. | Prepared for and presented BDO Report to UCC during UCC conference call. | 0.8 |
| 2/5/2009 | M.M. | Participated on weekly conference call with Committee. | 0.9 |
| 2/5/2009 | M.S. | Weekly Committee conference call. | 0.6 |
| 2/6/2009 | M.S. | Reviewed Unsecured Creditors brief in support of the Plan. | 0.6 |
| 2/19/2009 | D.B. | Prepared for and presented BDO Report to UCC during UCC conference call. | 0.8 |
| 2/19/2009 | M.M. | Conference call with Committee re: current results. | 0.4 |
| 2/19/2009 | M.M. | Prepared for conference call with Committee. | 0.2 |
| 2/19/2009 | M.S. | Prepared for and conference call with Committee regarding current budget to actual and Confirmation issues. | 0.8 |
| | | **TOTAL:** | **5.1** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

### G.    MEETINGS OF CREDITORS / TRUSTEE

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.6 | 590.00 | 944.00 |
| M. MICHAELIS (M.M.) | 1.5 | 375.00 | 562.50 |
| M. STEWART (M.S.) | 2.0 | 215.00 | 430.00 |
| **TOTAL:** | **5.1** | | **1,936.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/2/2009 | D.B. | Reviewed select sections of deposition of B. Fernandez by Borrower's Committee and discussed issues with M. Michaelis. | 1.8 |
| 2/2/2009 | D.B. | Met with M. Michaelis re: case status, preparation for deposition by Borrower's Committee and report to UCC. | 0.6 |
| 2/2/2009 | D.B. | Reviewed objection by SEC to Plan of Liquidation. | 0.3 |
| 2/2/2009 | M.M. | Met with D. Berliner re: update as to Confirmation Hearing, meeting with WARN claimant counsel and meeting with Debtors re: Borrowers Committee and other objections. | 1.4 |
| 2/2/2009 | M.M. | Reviewed Borrowers Committee objection in advance of meeting with counsel. | 1.2 |
| 2/2/2009 | M.M. | Reviewed and discussed additional information on revised cash flow. | 0.8 |
| 2/2/2009 | M.S. | Met with D. Berliner regarding WARN Settlement and updated him on case issues. | 0.4 |
| 2/2/2009 | M.S. | Reviewed cash flow forecast provided by the Debtors on 1/30/09. | 0.4 |
| 2/3/2009 | D.B. | Reviewed selected sections of deposition of B. Fernandez by Borrower's Committee and Borrower's Committee objection to Plan to prepare for meeting at Hahn & Hessen. | 1.5 |
| 2/3/2009 | D.B. | Met with M. Michaelis re: preparing for testimony at confirmation hearing. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/3/2009 | M.M. | Discussions with D. Berliner re: Deposition and Confirmation Hearing. | 1.1 |
| 2/3/2009 | M.M. | Revisited asset allocation model and liquidation analysis and support for deposition. | 2.1 |
| 2/3/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding allocation model and providing it to the Borrower's Committee. | 0.3 |
| 2/3/2009 | M.S. | Reviewed correspondence regarding JPM. | 0.2 |
| 2/3/2009 | M.S. | Preparation for and discussions with M. Michaelis regarding asset allocation model, preferences and liquidation analysis. | 1.4 |
| 2/4/2009 | M.S. | Reviewed cash flow forecast provided by Debtors as of 1/30/09 and preparation of variance and budget to actual report. | 1.4 |
| 2/4/2009 | M.S. | Discussions with M. Michaelis regarding her deposition. | 0.8 |
| 2/5/2009 | M.M. | Reviewed prior reports as to bank account reconciliations. | 0.6 |
| 2/5/2009 | M.S. | Met with D. Berliner and M. Michaelis regarding report, deposition, and confirmation hearing. | 0.7 |
| 2/5/2009 | M.S. | Reviewed cash flow forecast provided by Debtors as of 1/30/09. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/6/2009 | D.B. | Reviewed black line amended Chapter 11 Plan of Liquidation dated 2/05/2009. | 1.1 |
| 2/6/2009 | D.B. | Reviewed brief of official Committee of Unsecured Creditor's in support of confirmation of Chapter 11 Plan. | 0.8 |
| 2/6/2009 | D.B. | Reviewed Debtor's memorandum of Law in support of Confirmation of Amended Chapter 11 Plan of Liquidation dated 2/5/2009. | 2.5 |
| 2/6/2009 | D.B. | Prepared for Confirmation hearing and discussed with M. Michaelis. | 0.5 |
| 2/6/2009 | M.M. | Prepared notes related to changes in Liquidation Plan. | 0.9 |
| 2/6/2009 | M.M. | Reviewed previously prepared intercompany allocation analysis. | 1.4 |
| 2/6/2009 | M.S. | Reviewed Amended Liquidation Plan filed the by the Debtors. | 0.8 |
| 2/7/2009 | M.M. | Reviewed current cash update. | 0.2 |
| 2/7/2009 | M.M. | Prepared summary binder of documents in support of testimony. | 0.6 |
| 2/7/2009 | M.M. | Reviewed prior motions related to cash management issues and BDO notes on discussions with Debtors. | 1.1 |
| 2/7/2009 | M.M. | Reviewed additional wording to Liquidation Plan related to Borrowers Committee. | 0.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/7/2009 | M.S. | Prepared electronic files for M. Michaelis in advance of the Confirmation hearing. | 1.3 |
| 2/7/2009 | M.S. | Reviewed files in preparation for Confirmation hearing. | 0.4 |
| 2/7/2009 | M.S. | Correspondence with M. Michaelis regarding Confirmation hearing. | 0.2 |
| 2/9/2009 | D.B. | Reviewed Borrower's Committee motion for leave to file reply to briefs filed in support of confirmation by Debtors & UCC and Borrower's Committee motion in Limine to exclude certain witnesses' lay opinion testimony. | 1.1 |
| 2/9/2009 | M.S. | Reviewed borrowers' Committee objection to the Debtors and Creditors witnesses. | 0.6 |
| 2/9/2009 | M.S. | Reviewed M. Michaelis deposition. | 0.4 |
| 2/9/2009 | M.S. | Correspondence with M. Michaelis and D. Berliner regarding borrower's filing. | 0.2 |
| 2/9/2009 | M.S. | Reviewed docket and related filing regarding Confirmation, objections and briefs. | 1.8 |
| 2/10/2009 | M.S. | Reviewed cash flow forecast and prepared updated analysis. | 1.2 |
| 2/10/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding cash flow and confirmation. | 0.5 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/11/2009 | M.S. | Discussions with M. Michaelis regarding confirmation hearing and ruling. | 0.4 |
| 2/11/2009 | M.S. | Reviewed docket filings re: Confirmation hearing. | 0.6 |
| 2/11/2009 | M.S. | Reviewed cash flow forecast provided on 2/6/09. | 0.8 |
| 2/11/2009 | M.S. | Discussions with M. Michaelis regarding cash flow and loans. | 0.6 |
| 2/12/2009 | M.M. | Reviewed future cash flow results. | 0.4 |
| 2/13/2009 | M.S. | Reviewed docket and related filings. | 0.4 |
| 2/13/2009 | M.S. | Reviewed cash flow forecast provided 2/13/09. | 0.9 |
| 2/16/2009 | D.B. | Reviewed revised cash flow budget dated 2/6/2009. | 0.6 |
| 2/16/2009 | D.B. | Reviewed docket report for period 2/1/2009 through 2/16/2009. | 0.4 |
| 2/16/2009 | D.B. | Reviewed Debtors' motion for private sale of certain FF&E, notices of amended agenda of items for 2/17/2009 hearing and response to Debtors' objection to claims of Calyon. | 0.6 |
| 2/16/2009 | M.S. | Reviewed cash flow forecast provided 2/13/09. | 0.6 |
| 2/17/2009 | D.B. | Reviewed monthly operating reports for November 2008. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/17/2009 | M.M. | Prepared notes regarding status update. | 0.2 |
| 2/17/2009 | M.M. | Reviewed WARN proposal and detail. | 0.3 |
| 2/17/2009 | M.S. | Discussion with M. Michaelis regarding status of case and bank. | 0.3 |
| 2/18/2009 | M.S. | Reviewed professional fee applications filed thru 2/17/09. | 0.8 |
| 2/19/2009 | J.D. | Updated and analyzed Monthly Operating Reports from AHM Subsidiaries for the month of November 2008. | 2.2 |
| 2/19/2009 | M.S. | Reviewed professional fee filing through 2/18/08 in relation to Borrowers Committee and Traxi. | 0.8 |
| 2/19/2009 | M.S. | Updated 18 month professional fee and expense detail schedule. | 1.4 |
| 2/20/2009 | M.M. | Reviewed and revised cash budget and actual results. | 0.4 |
| 2/20/2009 | M.S. | Reviewed cash flow forecast provided 2/20/09. | 0.6 |
| 2/20/2009 | M.S. | Reviewed docket and related filings. | 0.2 |
| 2/24/2009 | M.M. | Reviewed WL Ross and WARN related information and updated files re: same. | 0.5 |
| 2/24/2009 | M.S. | Reviewed email correspondence. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/24/2009 | M.S. | Correspondence and review of Professional fee (CNO filing). | 0.2 |
| 2/25/2009 | D.B. | Reviewed Court Order Directing Appointment of Fee Examiner and discussed work to be done with M. Stewart re: professional fees. | 0.2 |
| 2/25/2009 | M.M. | Reviewed information related to Margins communicated to Counsel. | 0.1 |
| 2/25/2009 | M.S. | Discussions with M. Michaelis regarding case status and ongoing issues. | 0.7 |
| 2/25/2009 | M.S. | Prepared margin call analysis for counsel. | 0.8 |
| 2/25/2009 | M.S. | Reviewed docket filings re: Confirmation hearing transcript and professional fees. | 0.3 |
| 2/25/2009 | M.S. | Discussions with M. Michaelis and D. Berliner regarding professional fees, Melville and investigation. | 0.8 |
| 2/25/2009 | M.S. | Reviewed Melville and renting statistics provided by the Debtors. | 0.3 |
| 2/25/2009 | M.S. | Reviewed professional fee filing through 2-25-08 for all Debtors, Creditor and Borrowers' advisors. | 3.8 |
| 2/26/2009 | D.B. | Reviewed analysis of professional fees through 1/31/2009. | 0.3 |
| 2/26/2009 | D.B. | Reviewed docket report for period 2/17/2009 through 2/25/2009. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/26/2009 | M.M. | Discussed professional fees and Melville building rent proposal with M. Stewart. | 0.8 |
| 2/26/2009 | M.M. | Reviewed professional fees and Milestone professional fee summary. | 0.4 |
| 2/26/2009 | M.M. | Revisited updated cash flow weekly expense projections. | 0.4 |
| 2/26/2009 | M.S. | Reviewed and analyzed professional fee filing through 2/25/08 for all Debtors, Creditor and Borrowers' advisors. | 3.3 |
| 2/26/2009 | M.S. | Discussion with D. Berliner and M. Michaelis regarding professional fee application and schedule. | 0.4 |
| 2/27/2009 | M.M. | Reviewed updated budget. | 0.4 |
| 2/27/2009 | M.S. | Correspondence with D. Berliner regarding case updates. | 0.2 |
| | | **TOTAL:** | **65.1** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

**H.      BUSINESS ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 13.6 | 590.00 | 8,024.00 |
| M. MICHAELIS (M.M.) | 16.2 | 375.00 | 6,075.00 |
| M. STEWART (M.S.) | 33.1 | 215.00 | 7,116.50 |
| J. D'AMATO III (J.D.) | 2.2 | 200.00 | 440.00 |
| **TOTAL:** | **65.1** | | **21,655.50** |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### February 1, 2009 to February 28, 2009

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/2/2009 | M.M. | Discussed deposition timing and issues with counsel and Debtors. | 0.3 |
| 2/3/2009 | D.B. | Reviewed e-mail from M. Morris Esq. re: strategy for mediation with JPMorgan. | 0.2 |
| 2/3/2009 | D.B. | Prepared for and attended meeting at Hahn & Hessen re: planning for confirmation hearing. | 2.3 |
| 2/3/2009 | M.M. | Meeting at Hahn & Hessen to discuss testimony in Confirmation Hearing and Deposition. | 2.4 |
| 2/3/2009 | M.S. | Discussions with counsel and M. Michaelis regarding margin call and schedules. | 0.4 |
| 2/4/2009 | M.M. | Attended deposition at offices of H&H. | 2.8 |
| 2/4/2009 | M.M. | Reviewed Draft of Deposition testimony. | 0.7 |
| 2/5/2009 | D.B. | Reviewed memos to counsel re: BDO review of D&T workpaper and discussed with M. Michaelis. | 0.5 |
| 2/5/2009 | J.D. | Prepared for meeting with Counsel and team regarding audit workpapers provided by D&T. | 1.9 |
| 2/5/2009 | J.D. | Conference call with Counsel and wrap up meeting with the team. | 0.9 |
| 2/5/2009 | M.M. | Conference call with Counsel re: D&T workpaper review. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/5/2009 | M.M. | Completed review of draft deposition and corrected "typos" and "misstatements". | 1.4 |
| 2/5/2009 | S.C. | Conference with M. Michaelis, M. Stewart, J. D'Amato and J. McCahey (Hahn & Hessen LLP) regarding status of D&T Concordance database document reviewed and work to be performed. | 0.9 |
| 2/9/2009 | D.B. | Met with Hahn & Hessen re: prepared for Confirmation hearing. | 1.0 |
| 2/9/2009 | D.B. | Attended Confirmation Hearing, opening arguments and testimony of B. Fernandez. | 5.5 |
| 2/9/2009 | D.B. | Attended Confirmation hearing and testimony of D. Pasternak. | 2.3 |
| 2/9/2009 | M.M. | Attended confirmation hearing general. | 1.8 |
| 2/9/2009 | M.M. | Attended confirmation hearing re: testimony of B. Fernandez. | 5.3 |
| 2/9/2009 | M.M. | Attended confirmation hearing re: testimony of D. Pasternak. | 1.5 |
| 2/9/2009 | M.M. | Prepared for testimony in confirmation hearing with Counsel. | 1.7 |
| 2/10/2009 | D.B. | Met with Hahn & Hessen to prepare for Day 2 of Confirmation Hearing. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/10/2009 | D.B. | Attended AHM confirmation hearing and testimony of M. Michaelis and G. Graves. | 2.7 |
| 2/10/2009 | D.B. | Attended AHM confirmation hearing and testimony of M. Saunders. | 3.3 |
| 2/10/2009 | M.M. | Prepared to testify at Confirmation Hearing including discussion with counsel and review of documents. | 1.4 |
| 2/10/2009 | M.M. | Testimony at Confirmation hearing. | 2.1 |
| 2/10/2009 | M.M. | Presence at Confirmation hearing and Borrowers Committee witness' examination. | 5.4 |
| 2/10/2009 | M.M. | Discussed further testimony to presented on 2/11 hearing. | 0.7 |
| 2/11/2009 | D.B. | Attended 3rd day of AHM confirmation hearing by phone. | 3.0 |
| 2/11/2009 | D.B. | Reviewed e-mails from counsel to UCC re: results of confirmation hearing and summary of judge's decision. | 0.4 |
| 2/11/2009 | M.M. | Participated via court call in Confirmation Hearing. | 4.6 |
| 2/11/2009 | M.S. | Attended (via phone) the Confirmation Hearing and Judges ruling on Confirmation. | 0.7 |
| 2/12/2009 | M.M. | Discussed D&T files with J. MaCahey. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/12/2009 | M.S. | Conference call with attorney regarding D&T Work papers. | 0.4 |
| 2/18/2009 | D.B. | E-mails with Hahn & Hessen re: BDO summary of call with Zolfo Cooper re: case status. | 0.6 |
| 2/18/2009 | M.M. | Reviewed information received and discussed with J. McCahey receipt of information from Skadden re: causes of action review. | 0.4 |
| 2/19/2009 | D.B. | Telephone call with M. Indelicato to prepare for UCC conference call. | 0.2 |
| 2/19/2009 | M.M. | Discussed with D. Berliner and Counsel status of WARN issues, Trustee issues and WL Ross. | 0.3 |
| 2/23/2009 | M.M. | Reviewed and corresponded with counsel and staff regarding margin call data. | 0.3 |
| 2/24/2009 | D.B. | Reviewed e-mail from J. Zawadzki re: Debtors FF&E motion. | 0.1 |
| 2/24/2009 | D.B. | Telephone call with M. Indelicato re: case issues and open issues. | 0.1 |
| 2/25/2009 | D.B. | E-mails with counsel re: summary of conversation with Zolfo Cooper and planning for UCC call. | 0.5 |
| | | **TOTAL:** | **62.1** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

**I.     TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 23.0 | 590.00 | 13,570.00 |
| M. MICHAELIS (M.M.) | 33.9 | 375.00 | 12,712.50 |
| S. CLEARY (S.C.) | 0.9 | 235.00 | 211.50 |
| M. STEWART (M.S.) | 1.5 | 215.00 | 322.50 |
| J. D'AMATO III (J.D.) | 2.8 | 200.00 | 560.00 |
| **TOTAL:** | **62.1** | | **27,376.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## J.     FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/5/2009 | M.M. | Accumulated, organized and prepared data for monthly application. | 3.6 |
| 2/6/2009 | M.M. | Prepared data for monthly application. | 1.5 |
| 2/6/2009 | N.V. | Reviewed and edited January 2009 time detail; updated project categories. | 1.1 |
| 2/6/2009 | N.V. | Reviewed and prepared summary of expenses processed in January 2009. | 0.2 |
| 2/6/2009 | N.V. | Reviewed and updated January 2009 monthly application. | 0.1 |
| 2/13/2009 | D.B. | Reviewed and approved 16th monthly application of BDO for compensation for services rendered as financial advisor to UCC for January 2009 and Berliner declaration. | 1.6 |
| 2/13/2009 | M.M. | Prepared data for monthly application. | 1.2 |
| 2/16/2009 | M.M. | Prepared data for monthly application. | 2.3 |
| 2/16/2009 | N.V. | Reviewed updated January 2009 monthly application. | 0.3 |
| | | **TOTAL:** | **11.9** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## J.      FEE APPLICATIONS / MONTHLY STATEMENTS

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 1.6 | 590.00 | 944.00 |
| N. VANDERHOOP (N.V.) | 1.7 | 185.00 | 314.50 |
| M. MUFTUOGLU (M.M.) | 8.6 | 150.00 | 1,290.00 |
| **TOTAL:** | **11.9** | | **2,548.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2009 to February 28, 2009**

## K.    TRAVEL TIME

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/10/2009 | D.B. | Travel time from Wilmington, DE to Metropark Station in NJ. | 1.5 |
| | | **TOTAL:** | **1.5** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.5 | 295.00 | 442.50 |
| **TOTAL:** | **1.5** | | **442.50** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
February 1, 2009 through February 28, 2009

1.    PHOTOCOPYING
     a.    Internal
     b.    External

2.    TELECOMMUNICATIONS
     a.    Toll Charges
     b.    Facsimile

3.    COURIER, FRIEGHT AND POSTAL SERVICES
     *For overnight and hand delivery to Counsel
     and Committee members*

4.    COURT REPORTER AND TRANSCRIPTS

5.    TECHNOLOGY SERVICES – *Concordance Database*     $1,500.00
     *Monthly Hosting Fee*

6.    OUT-OF-TOWN TRAVEL
     a.    Transportation     823.00
     b.    Lodging     3.00
     c.    Meals     10.50

7.    OUTSIDE SERVICES

8.    LOCAL MEALS

9.    LOCAL TRANSPORTATION, TOLLS, MILEAGE
     AND PARKING – for cabs to/from meetings, car service
     *for employees working after 8:00 p.m. and local mileage*
     *using personal auto*

10.   MISCELLANEOUS – Internet Connection

     **TOTAL**     **$2,336.50**

*Details available upon request to BDO.