IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
      Debtors.                                                   :
                                                                 :   **Ref. Docket Nos. 6008, 6463**
---------------------------------------------------------------- x   **and 6575**

### THIRD ORDER SUSTAINING DEBTORS' EIGHTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the eighteenth omnibus (non-substantive) objection (the "Objection") [Docket No. 6008] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having already entered a first order (the "First Order") and second order sustaining the Objection [Docket Nos. 6463 and 6575]; and the Debtors and Nadine Constant having come to an agreement as to the treatment of her proof of claim [POC No. 10410] ("Claim 10410"); and sufficient cause appearing therefor; it is hereby

ORDERED that, notwithstanding anything in the First Order, Claim 10410 is not expunged; and it is further

ORDERED that Claim 10410 is hereby allowed as a priority unsecured claim in the amount of $1,961.54.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
March 17, 2009

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE