**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Objections Due By:  April 6, 2009 @ 4:00 p.m.** |
|  | : | **Hearing Date:  May 8, 2009 @ 11:30 a.m.** |

-------------------------------------------------------------

**NOTICE OF SIXTH INTERIM FEE APPLICATION OF BDO SEIDMAN, LLP,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *ET AL.***,**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD OF NOVEMBER 1, 2008 THROUGH JANUARY 31, 2009**

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On March 17, 2009, the Sixth Interim Fee Application of BDO Seidman, LLP,

Financial Advisor to the Official Committee of Unsecured Creditors of American Home

Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the

Period of November 1, 2008 through January 31, 2009 (*"Fee Application"*) was filed with the

United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington,

Delaware  19801 (the *"Bankruptcy Court"*).  By the Interim Application, BDO Seidman, LLP

seeks the allowance and payment of compensation in the amount of $346,684.75 and

reimbursement of expenses in the amount of $4,709.58 incurred in representation of the Official

Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings,

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage
Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.;
American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement
Services, Inc; and Great Oak Abstract Corp.

Inc., *et al.* (the *"Debtors"*) during the period of November 1, 2008 through January 31, 2009 (the

*"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy

Court in accordance with the local rules and served upon the undersigned counsel on or before

**April 6, 2009 at 4:00 p.m. (EST)**.  Copies of the Fee Application are available upon written

request to the undersigned.

A hearing on the Interim Application is scheduled for **May 8, 2009 at 11:30 a.m.** before

the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th

Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated:  March 17, 2009

                                                  BLANK ROME LLP


                                                  */s/ David W. Carickhoff*
                                                  Bonnie Glantz Fatell (No. 3809)
                                                  David W. Carickhoff (No. 3715)
                                                  1201 Market Street, Suite 800
                                                  Wilmington, Delaware 19801
                                                  Telephone:     (302) 425-6400
                                                  Facsimile:     (302) 425-6464

                                                          And

                                                  Mark S. Indelicato
                                                  Mark T. Power
                                                  Hahn & Hessen LLP
                                                  488 Madison Avenue
                                                  New York, NY  10022
                                                  Telephone:  (212) 478-7200
                                                  Facsimile:  (212) 478-7400

                                                  *Co-Counsel to the Official Committee of Unsecured*
                                                  *Creditors of American Home Mortgage, Inc., et al.*

128189.01600/21768529v.1