**Exhibit A**

**AMERICAN HOME MORTGAGE**
**Time Summary**
**November 1, 2008 to January 31, 2009**

| **Professional** | **Category** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 109.9 | 590.00 | $64,841.00 |
| MICHELE MICHAELIS | DIRECTOR | 241.1 | 375.00 | 90,412.50 |
| SAM LAU | MANAGER | 44.1 | 295.00 | 13,009.50 |
| MICHAEL TORELLO | SENIOR | 2.5 | 260.00 | 650.00 |
| SUSANNE CLEARY | SENIOR | 146.6 | 235.00 | 34,451.00 |
| MATTHEW J STEWART | SENIOR | 343.1 | 215.00 | 73,766.50 |
| JERRY D'AMATO III | SENIOR | 245.1 | 200.00 | 49,020.00 |
| NAUSHON E VANDERHOOP | SENIOR | 8.4 | 185.00 | 1,554.00 |
| JARED FELDESMAN | STAFF | 53.1 | 190.00 | 10,089.00 |
| KEVIN REINLE | STAFF | 32.1 | 190.00 | 6,099.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 14.2 | 150.00 | 2,130.00 |
| | **SUBTOTAL:** | **1,240.2** | | **346,022.50** |
| MICHELE MICHAELIS | DIRECTOR | 2.5 | 187.50 | 468.75 |
| MATTHEW J STEWART | SENIOR | 1.8 | 107.50 | 193.50 |
| | **SUBTOTAL:** | **4.3** | | **662.25** |
| | **TOTAL:** | **1,244.5** | | **$346,684.75** |

**Exhibit B**

|    |                          | HOURS | AMOUNT |
|----|--------------------------|-------|--------|
| A. | ACCOUNTS PAYABLE         | 32.0  | $10,113.50 |

Reviewed claims summary reports and data received from Kroll. Prepared analysis of claims and summary based on updated information received. Researched and reviewed various omnibus objections to claims filed with the Court; updated schedules regarding same.

| B. | INSIDER PREFERENCES | 8.3 | 1,928.50 |

Preparation of schedules of potential preference payments to insiders and related parties.

| C. | LITIGATION CONSULTING | 710.8 | 170,592.50 |

Special investigative work related to potential litigation issues regarding UCC investigation. Reviewed documents and created index for documents received from counsel regarding the Committee's investigation. Analyzed statements and identified trends. Reviewed and analyzed various documents for potential causes of action. Prepared and reviewed report for counsel. Reviewed WARN Act litigation and settlement offers; analyzed various scenarios.

| D. | ASSET SALE/AUCTION | 8.6 | 2,889.00 |

Reviewed sales process and relevant documents including, but not limited to, various documents related to sale of loans and sale of assets. Reviewed loan bids and sales data.

| E. | MEETINGS - DEBTOR | 65.2 | 23,658.00 |

Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information related to Plan issues, AH Bank and other current issues.

| F. | REPORT PREPARATION | 102.8 | 35,435.00 |

Preparation and review of reports to the Creditors' Committee, regarding the Company's current and projected cash flow results, asset sales, and other financial updates.

| G. | MEETINGS OF CREDITORS | 32.0 | 13,801.00 |

Meetings, discussions and correspondence with Creditors; Committee and professionals related to; case issues; financial update; claims; status of asset sales; intercompany transactions; Plan of Liquidation; expense allocation methodology; WARN Act; and other open issues.

**Exhibit B**

| | | **HOURS** | **AMOUNT** |
|---|---|---|---|
| H. | BUSINESS ANALYSIS | 216.3 | 66,641.50 |
| | Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, Monthly Operating Reports and other financial results. Reviewed and analyzed recent news articles and various documents, motions, applications, orders and objections filed with the Court. Reviewed and updated analysis regarding professional fee information. Reviewed Amended Plan of Liquidation and Disclosure Statement. Reviewed and/or analyzed asset recovery, intercompany allocation methodology and substantive consolidation issues. Reviewed updated liquidation analysis and allocation model in Amended Disclosure Statement. Reviewed employee headcount and payroll related data. Findings were conveyed to Counsel and the Committee. | | |
| I. | COUNSEL DISCUSSIONS & COURT HEARINGS | 38.4 | 15,391.50 |
| | Throughout the engagement we consulted with Counsel and Committee members regarding all pertinent matters related to ongoing work related to the Debtors' mortgage loans, asset sales/auctions; Committee report preparation and meetings; business analyses; information requests and various other open case issues. | | |
| J. | FEE APPLICATIONS / MONTHLY STATEMENTS | 25.8 | 5,572.00 |
| | Preparation and review of monthly data for submission to the Debtor and other interested parties. Preparation and review of October 2008, November 2008, December 2008 monthly applications and Fifth Interim Application. | | |
| | **SUBTOTAL:** | **1,240.2** | **346,022.50** |
| K. | TRAVEL TIME | 4.3 | 662.25 |
| | Professional time expended on travel, billed at one half the hourly rate of each professional. | | |
| | **SUBTOTAL:** | **4.3** | **662.25** |
| | **TOTAL:** | **1,244.5** | **$346,684.75** |

**Exhibit C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
November 1, 2008 through January 31, 2009

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS  $21.51
   a. Toll Charges
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES – *Concordance Database Fees*   4,500.00

6. OUT-OF-TOWN TRAVEL
   a. Transportation   106.01
   b. Lodging
   c. Meals   5.00

7. OUTSIDE SERVICES

8. LOCAL MEALS   77.06

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS *(FedEx Printing)*

**TOTAL**   **$4,709.58**

1

**Exhibit C**

**American Home Mortgage**
Sixth Interim Expense Details
11/1/08 - 01/31/09 (by Accounting Date)

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 11/19/08 | 11/24/08 | Michaelis,Michele | Phone | $ 21.51 | Internet connection for AHM work while in AZ. |
| 11/30/08 | 11/30/08 | | Technology Services | 1,500.00 | Concordance Database hosting fees |
| | | | **Subtotal** | **1,521.51** | **November 2008** |
| 11/05/08 | 12/08/08 | Stewart,Matthew J | Local Meals | 10.00 | American Home dinner (working overtime) |
| 11/13/08 | 12/08/08 | Stewart,Matthew J | Local Meals | 10.00 | American Home dinner (working overtime) |
| 11/18/08 | 12/08/08 | Stewart,Matthew J | Local Meals | 10.00 | American Home dinner (working overtime) |
| 11/17/08 | 12/08/08 | Stewart,Matthew J | Local Meals | 10.00 | American Home dinner (working overtime) |
| 11/20/08 | 12/08/08 | Stewart,Matthew J | Local Meals | 10.00 | American Home dinner (working overtime) |
| 11/19/08 | 12/08/08 | Stewart,Matthew J | Local Meals | 8.23 | American Home dinner (working overtime) |
| 12/01/08 | 12/08/08 | Stewart,Matthew J | Local Meals | 8.01 | American Home dinner (working overtime) |
| 12/04/08 | 12/08/08 | Stewart,Matthew J | Local Meals | 10.82 | American Home dinner (working overtime) |
| 12/31/08 | 12/31/08 | | Technology Services | 1,500.00 | Concordance Database hosting fees |
| | | | **Subtotal** | **1,577.06** | **December 2008** |
| 01/14/09 | 01/15/09 | Michaelis,Michele | Travel | 12.00 | Cab to Penn Station |
| 01/14/09 | 01/15/09 | Michaelis,Michele | Travel | 14.00 | LIRR trip to Melville - R/T |
| 01/14/09 | 01/15/09 | Michaelis,Michele | Travel | 11.00 | Cab from Penn Station to home |
| 01/14/08 | 01/15/09 | Stewart,Matthew J | Travel | 51.01 | Trip to and from Melville NY |
| 01/14/08 | 01/15/09 | Stewart,Matthew J | Meals - Travel | 5.00 | Travel meal |
| 01/14/08 | 01/15/09 | Stewart,Matthew J | Travel | 18.00 | GW and Throggs neck bridge tolls |
| 01/31/09 | 01/31/09 | | Technology Services | 1,500.00 | Concordance Database hosting fees |
| | | | **Subtotal** | **1,611.01** | **January 2009** |

**TOTAL     $ 4,709.58**

2