IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,

Debtors.

Chapter 11
Case No. 07-11047 (CSS)
Jointly Administered

**STIPULATION**

---------------------------------------------------------------x

**IT IS HEREBY STIPULATED** by and between counsel for Bank of America N.A. as successor by merger to Lasalle Bank National Association, as Trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2004-PNC1 (the "Trust") and counsel for the Debtors as follows:

WHEREAS, the Trust holds the first mortgage (the "Mortgage") on the real estate known by the street address 538 Broad Hollow Road, Melville, New York (the "Debtors' Headquarters"), that is occupied by one or more of the Debtors; and

WHEREAS, AHM SPV II, LLC ("AHM SPV") is the mortgagor under the Mortgage; and

WHEREAS, AHM SPV is the landlord to one or more of the Debtors pursuant to the terms of a written lease (the "Lease"); and

WHEREAS, an Amended Chapter 11 Plan of Liquidation (the "Plan") has been approved by the Court and an Order confirming the Plan has been entered by the Court; and

WHEREAS, the Trust has expressed concern as to the bar date for filing a claim for rejection damages by virtue of any rejection of the Lease;

NOW, THEREFORE, the parties agree as follows:

1. The Effective Date (as defined in the Plan) has not yet occurred.

2. Debtors will notify the Trust's counsel in writing by both letter and e-mail when the Plan becomes effective within one business day of the Effective Date of the Plan. The Trust and/or any other party who may have right to file such a claim will have 30 days from the date of such notification to file a claim with respect to the rejection of the Lease.

3. This Stipulation shall be filed on the Court's electronic docket.

Dated: March 17, 2009

ARONAUER, RE & YUDELL, LLP

By: /s/ Kenneth S. Yudell
    Kenneth S. Yudell
    A member of the Firm
Attorneys for the Trust
444 Madison Avenue
New York, NY 10022
(212) 755-6000

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

By: /s/
    Patrick Jackson  (No. 4976)
Attorneys for Debtors
The Brandywine Building
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

2