3/13/09

TO:   The Honorable Christopher S. Sontchi
      US Bankruptcy Court for The District of Columbia of Delaware

In addition to my first letter of objection sent on 6/24/2008 to have my claim #3613 in the amount of $6914.80 expunged, please accept this as my second letter of objection for subordination and or expunging.

To cut to the chase let me say that I never used the words Equity Fraud in regards to American Home Mortgage or what happened here. If this is the label or semantics American Home Mortgage would choose to serve it's entity's agenda, that is of course their right. I would simply state that in real life and the world we live in, what has occurred here is just plain wrong. We all have hearts to tell us about the purity and intent of our actions. I leave people to be accountable and judge their own. My opinion is that this has nothing to do with whether or not this is equity fraud. It is just a tactic to avoid responsibility under some legal loop hole and it degrade us all collectively to operate with such business tactics.

It is my hope that the Judicial system will act on, balance, and support right action in this matter. Of course I am aware that an entity is not a person and I guess this means we are judging things on paper put forth by the diabolical heads who operate behind these entity's. Paper has no heart and no individuals seem to be responsible here for the accounting or anything else which is and has been put forth on that paper. A corporation, an entity , in my humble opinion can not commit equity fraud. People do that.

I was actually thinking and hoping the other day after reviewing the plan of liquidation that was first set forth, that I would be able to recover and use the money received to pay some of my own bills and obligations. Being the owner of a small business, I have really had to cut back in my own life over the past year. That means subordinating my expendable income that I live and operate with.

I wonder if the CEO or any of the executives who run this corporate entity have subordinated or cut back any portion of their own income/salary/ or bonus's to date. A joint effort here might help resolve perhaps several debts. Further, how much is it costing this time in the attempt to have my and other claims expunged? Attorney's are getting paid aren't they?

ME? I am still here, shocked after receiving my second dividend, that was actually reversed, followed by the rest of my money disappearing in a flash of time. Amazing! Now here we are well over a year later going around and around, like rats on a wheel, loop to loop.

I will say in closing that if I operated a company, corporate or other, that had participated in and played a role in what happened here to anyone in just 3 short months, instead of figuring out legal maneuvers to expunge them out of my life, I would feel an obligation and responsibility to include them in my plan of resolution and payback.

Of course we all know paybacks can be Hell. Maybe this one will be mine. And once again, it would be for someone else's wrong doing.

I OBJECT vehemently under the Laws the govern our Universe.

I rest in my case or casket whatever it will be.

Cheryl Williams
Citizen of Life

*Cheryl Williams    3/13/09*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Response Deadline: March 30, 2009 at 4:00 p.m. (ET) |
| | ) Hearing Date: April 6, 2009 at 2:00 p.m. (ET) |
| | ) |
| AHM OB31 3/6/2009 (merge2.txnum2) 4000096967 EPIQ Use - 465 | ) |

WILLIAMS, CHERYL
9518 130TH AVE NE
KIRKLAND, WA 98033

### NOTICE OF DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: WILLIAMS, CHERYL
9518 130TH AVE NE
KIRKLAND, WA 98033

Basis For Objection:   Equity Fraud Claim

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 3613 | $6,914.80 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors hereby object to your claim listed above in the "Claim to be Expunged" row because this claim alleges fraud, misstatements or other securities violations arising out of the purchase or sale of securities. Pursuant to section 510 of title 11 of the United States Code (the "Bankruptcy Code") and the provisions of the Debtors' confirmed plan of liquidation [Docket No. 7029] (the "Plan"), your claim is subordinated in right of payment to other claims against the Debtors. Through the Objection, the Debtors seek an order from the Court finding that your claim is a Subordinated Claim (as that term is defined in the Plan) and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan.

Responses to the Objection, if any, must be filed on or before **March 30, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON APRIL 6, 2009 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 6, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

TO: US BANKRUPTCY COURT

June 23, 2008

I am in receipt of the enclosed Notice of Debtors Tenth Omnibus objection to claims pursuant to section 502(b) of the bankruptcy code, bankruptcy rules 3003 an3007 and local rule 3007-1. Please accept this letter as written notice of my objection to expunge claim number 3613. The business practices of American Home Mortgage were unscrupulous. All of course USING the name of America. We must all pretend that somehow they did not know the condition of their company just a few short months prior to the bankruptcy attracting money as they were offering shareholders a 12% dividend. I only held the stock a short time and received one quarterly dividend. The next one was reversed and then I lost all of my money.

What a SCAM! This and other such practices is helping to bring about the downfall of our great nation. It is deplorable to say the least, and now they can just file to have my claim expunged. I have a RIGHT to object! Wow, I am thrilled to death! That is a nice procedure you have to follow before you do whatever you wish. I deal with insurance companies all the time and am well versed in my "right to object" which I have experienced first hand does not usually mean JACK.

Why bother wasting my time filing a claim in the first place if the law says my claim can be expunged? Yes, I took the time, after losing nearly $7,000.00 in just a few short months, to send it in. While I sit here in my total loss, the company goes on, and people continue to get paid, as well as the attorney's will who fight to expunge my claim. It seems this is pretty much out of my control..

Please simply know that all of this is not without my objection, and the price paid in the future will be far greater for the deceptiveness that has been USED to solicit money from the unknowing public. The shame is on you forever while the loss is on me, in the now. All of us in the future will pay. Simply sign me off or write me off as one of the "little fall guys" for your scheming and plundering crap. I'm paying for the misdeeds of others. I have done a lot of it in my life, starting with my family of origin. I can attest to the fact that pirates are in-deed still alive and well. They are wearing nice new clothes, driving nice new cars and living in nice big houses.

I live in a small rental home and run a small business out of that home. I provide a service to others who suffer in pain they have most often experienced from the inappropriate actions of others. $7,000.00 is a large loss for me to incur. Perhaps only a months mortgage payment for some of the owners of American Home Mortgage and the attorneys who put this "OMNIBUS" together.

Humanity is ALL ONE BUS, the Karma created here, becomes ours collectively. I don't know how much longer America will go on, if we continue to tolerate and accept this type of behavior from top corporations and government. There are RULES, beyond those of man, in case you have forgotten the principals this nation was founded upon. Violation of those rules violates humanity. Pure and simple.

Expunging my debt does not mean that it does not exist. If we allow this, what are we saying at the highest levels? Lying and deception are OK? Do it again. It is fine. No big deal. Is it OK for me to lie on my mortgage application? NO, punishable by law. Is it OK for me to lie in court? NO, punishable by law. Unless you have the proper credentials, money or a legal entity to hide behind.

I have experienced first hand that entities are not the best energies to support or to hide behind. Legal or otherwise. American Home Mortgage wants to expunge my debt and I have not even received so much as an apology for how this whole thing came down. No accounting ability equals no accountability. Entities revel and thrive on this type of behavior.

Now, what to do with this letter? That is if you even read this far. Throw it in a pile, delegate some message to your secretary and hurry up, your cell phone is ringing. It is your buddy! You don't want to miss lunch or be late for golf. COCKTAILS are at 5:00.

*[signature]* 6/24/08

C.C.: YOUNG CONAWAY STARGATT + TAYLOR, LLP