IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. | Ref. No. 7048 |

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 7048

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Ninth Monthly Application of PricewaterhouseCoopers LLP as Tax Advisors for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period December 1, 2008 through December 31, 2008 (the "Application"). The Court's docket which was last updated March 18, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than March 16, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($37,692.40) of requested fees ($47,115.50) and 100% of requested expenses ($128.72) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       March 18, 2009

                           YOUNG CONAWAY STARGATT & TAYLOR, LLP

                           */s/ Ryan M. Bartley*
                           James L. Patton, Jr. (No. 2202)
                           Joel A. Waite (No. 2925)
                           Pauline K. Morgan (No. 3650)
                           Sean M. Beach (No. 4070)
                           Ryan M. Bartley (No. 4985)
                           The Brandywine Building
                           1000 West Street, 17th Floor
                           Wilmington, Delaware 19801
                           Telephone: (302) 571-6600
                           Facsimile: (302) 571-1253

                           Counsel for Debtors and
                           Debtors in Possession