IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :
                                                             : Jointly Administered
                    Debtors.                                 :
                                                             : Obj. Deadline: April 2, 2009 @ 4:00pm (ET)
                                                             :
------------------------------------------------------------ x Doc. Ref. Nos: 192 & 643

## NOTICE OF FILING OF SEVENTEENTH SUPPLEMENTAL LIST OF ORDINARY COURSE PROFESSIONALS

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) ORDINARY COURSE PROFESSIONALS LISTED ON EXHIBIT A; (IV) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (V) THE DEBTORS' POSTPETITION LENDER; (VI) THE SECURITIES AND EXCHANGE COMMISSION; (VII) AND ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1 (b)

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 643] (the "Order").

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order, the above-captioned debtors and debtors in possession (the "Debtors") hereby file the supplemental list of ordinary course professionals (the "Supplemental List") which is attached

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc. ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

hereto as <u>Exhibit A</u>. The Affidavit of Richard W. Riley is attached hereto as <u>Exhibit B</u>.

PLEASE TAKE NOTICE that, objections to the Supplemental List, if any, must be filed on or before April 2, 2009 at 4:00 p.m. (ET) (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order, any objections, if any, must be served by the Objection Deadline upon: (i) counsel for the Debtors, (ii) Ordinary Course Professionals identified on <u>Exhibit A</u>, (iii) the Office of the United States Trustee; (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (vi) counsel to the Debtors' postpetition lender; (vii) the Securities and Exchange Commission; and (viii) all other parties entitled to notice under Del. Bankr. LR 2002-1(b).

PLEASE TAKE NOTICE THAT, if no objections are filed on or before the objection deadline, the Debtors shall be authorized to employ and compensate professionals on the Supplemental List after complying with the other procedures contained in the Order.

Dated: March 18, 2009
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Matthew B. Lunn (No. 4119)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

# EXHIBIT A

## Supplemental List

| Firm | Address | Service | Cap |
|---|---|---|---|
| Aoki Sakamoto Grant LLP | One Convention Place, Suite 1525<br>701 Pike Street<br>Seattle, WA 98101-3933 | Serve as local counsel in Watson v. American Home Mortgage pending in the US District Court for the Western District of Washington | $35,000/month |

066585.1001

DB02:7177260.6

# EXHIBIT B

## Affidavit

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                                    :   Jointly Administered
                          Debtors.                  :
                                                    :   Doc. Ref. Nos: 192 & 643
---------------------------------------------------------------- x

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF WASHINGTON    )
                       )  ss:
COUNTY OF KING         )

RUSSELL M. AOKI, being duly sworn, deposes and says:

1. I am a lawyer of Aoki Sakamoto Grant, LLP (the "Firm"), which maintains offices at One Convention Place, 701 Pike St., Suite1525, Seattle, WA 98101.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Debtors have requested, and the Firm has agreed to provide such legal services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6214345.1                                                            066585.1001

4. The Firm's current customary rates, subject to change from time to time, are: Partners at $300.00 per hour and Associates at $225.00 per hour. In the normal course of its business, the Firm revises its billing rates on _____N/A_____ [INSERT DATE, IF APPLICABLE] of each year and requests that, effective ___N/A____ [INSERT DATE, IF APPLICABLE] of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

**[DISCLOSE CONNECTIONS BELOW, DO NOT LEAVE SECTION BLANK, USE SEPARATE PAPER IF NECESSARY]**
No connections identified.

6. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the

compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

8. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. Prior to the filing of the above-captioned cases, the Firm **WAS NOT** employed by the Debtors.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

11. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2009

_____
RUSSELL M. AOKI

Sworn to and subscribed before me
this 17th day of March, 2009

_____
Notary Public