Peter Lytwyn
960 Berger Rd.
Easton, PA   18042

March 14, 2009

United States Bankruptcy Court
For the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE   19801

Re:   Case No. 07-11047, Claim #7789

The Honorable Christopher S. Sontchi,

    Enclosed is a copy of the unpaid school tax bill for 2006-07 and a copy of our personal check for that payment.  The money for the school taxes was escrowed by American Home Mortgage.  We never received reimbursement for the escrowed amount.

    Enclosed is a copy of the stock purchase order with Charles Schwab for Two Hundred (200) shares of American Home Mortgage (AMH) stock on 11-21-06.

    We respectfully resubmit the attached information for your review.  We hope that you will determine that our claim is valid per the submitted documentation.  We also hope that you will rule in our favor in this matter.

Respectfully submitted,

Peter Lytwyn

Cc:   Young Conaway Stargatt & Taylor, LLP
      Counsel to the Debtors and Debtors in Possession

```
WILLIAMS TOWNSHIP TAX OFFICE                              Date: 03/31/2007
Jacqueline Warner  - Collector              Phone: (484) 541-1056
655 Cider Press Rd                          Hours: Wednesdays Noon-3pm
Easton, PA  18042
```

** REMINDER NOTICE ** Unpaid 2006-07 Wilson Area School Real Estate Tax    70
   The 2006-07 Real Estate Tax Records indicate that payment has not yet been
received for your Real Estate Tax Bill Number     1897.  You can save
additional costs and penalties by paying this tax promptly.  Please contact
me if this tax has been paid.  All unpaid 2006-07 Real Estate Taxes will be sent
to Portnoff Law Associates after April 15, 2007 for collection.

```
        LYTWYN P PETER & CAROL W              Map: N7              349107
        960 BERGER RD                         Block: 5
                                              Lot: 1A
        EASTON PA                18042        Deed: 773-000592   Asmt: 78100

   Amount Due:       3840.18    Property Location: 960 BERGER RD
```

---

P. PETER LYTWYN                                                             913
960 BURGER RD.
EASTON, PA 18042                                    Date 4/1/07         55-7141/2212
                                                                              12

Pay to the
Order of  Jacqueline Warner Tax Collector       $ 3,840.18

Three Thousand Eight hundred forty dollars 18/100         Dollars

**Summit**
Federal Savings Bank
Clinton, New Jersey 08809

For  1897 School Tax                              P. Peter L.

⑆221271414⑆   120C      ⑈ 0913

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE American Home Mortgage Claims Processing Center FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re: American Home Mortgage Holdings, Inc., et al. Debtors. Name of Debtor Against Which Claim is Held | Chapter 11 Case No. 07-11047 (CSS) Jointly Administered Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor**: (and name and address where notices should be sent if different from Creditor)

P. Peter Lytwyn
960 Berger Rd
Easton PA 18042

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 610-559-9443
Email Address:

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces  ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☒ Taxes
   ☒ Other  STOCK_____ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: 7 7 3 0
   Unpaid compensation for services performed
   from 11/21/06 to Present

2. Date debt was incurred: 11/21/06 + 4/11/07

3. If court judgment, date obtained: NO

4. **Total Amount of Claim at Time Case Filed**: $_____ + 7,034.89 + 3840.18 = 10,875.07
   (unsecured nonpriority) (secured) (unsecured priority) (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☒ Real Estate  ☐ Motor Vehicle
   ☒ Other  Stock_____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim**: $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits**: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents**: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 1/5/08 | [signature] |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# charles SCHWAB

Trade Confirmation

101 Montgomery Street  San Francisco  California 94104    800 435 4000    www.schwab.com

Retain for Your Records

**Account Number: 2852-2683**
Page 2 of 2

## Security Description

| | | | |
|---|---|---|---|
| AMERN HOME MORTGAGE INVT REIT<br>Dividends reinvested | **Action** **BOUGHT**<br>Symbol: AHM<br>Security No./Cusip: 02660R-10-7<br>Branch Code: BKZZ | Trade Date: 11/21/06<br>Settlement Date: 11/27/06<br>Type: Cash | |

| Quantity | Price | Principal | Fees & Charges | | Total Amount |
|---|---|---|---|---|---|
| 200 | $35.1097 | $7,021.94 | Commission: | $12.95 | $7,034.89 |

**For all of the above:**
Unless you have already instructed us differently, we will: hold this security in your account.
Executed Over The Counter
Unsolicited trade
Capacity code A

©2006 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Please see reverse for terms, conditions and capacity code definitions.
E TRR <6 00004421 000000006325 0002 20061121

SIPC

*charles* SCHWAB

11/13/07

211 MAIN STREET
1ST FLOOR, MAIL STOP 215FRMT03
SAN FRANCISCO, CA 94105

IMPORTANT INFORMATION
SECURITY DESCRIPTION: AMERICAN HOME MORTGAGE

CUSIP#:       02660R107
ACCOUNT#:                    683R
QUANTITY:        7015.4596

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 180
P PETER LYTWYN
CHARLES SCHWAB & CO INC CUST
SIMPLE IRA DTD
960 BERGER RD
EASTON PA         18042

Dear Client,

We have been requested to forward you the enclosed material. If you wish to file a claim please be advised you are required to submit the enclosed Proof of Claim on or before 4:00 p.m., ET on January 11, 2008. Please return the completed and signed Proof of Claim as directed in the material. If you have any questions pertaining to this notice, please contact your financial institution.

FOR INFORMATION CALL:        SCHWAB AT (800) 435-4000

JOB NUMBER: E36983 164        CONTROL#: 807922585584

*charles* SCHWAB

211 MAIN STREET
1ST FLOOR, MAIL STOP 215FRMT03
SAN FRANCISCO, CA 94105

000026350


96

**DO NOT MAIL**

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 180
P PETER LYTWYN
CHARLES SCHWAB & CO INC CUST
SIMPLE IRA DTD
960 BERGER RD
EASTON PA         18042

REMANI