IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re:                               :    Chapter 11
                                      :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                    :
                                      :    Jointly Administered

     Debtors.                                 :
--------------------------------------------------------------- x

## FIFTH MONTHLY APPLICATION OF
### TRAXI, LLC AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE
### DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| | |
|---|---|
| Name of Applicant: | TRAXI, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Order dated October 2, 2008, nunc pro tunc to September 10, 2008 |
| Period for which compensation and reimbursement is sought: | February 1, 2009 through February 28, 2009 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $33,575.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $4,970.00 |

This is an: __X__ interim ___ final application

This application includes 2.0 hours and $1,050.00 in fees incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees ($) | Expenses($) | Fees | Expenses |
| 11-24-08 /6622 | 10-1-08 to 10-31-08 | $95,650.00 | $9,982.00 | $76,520.00 | $9,982.00 |
| 12-9-08 /6720 | 11-1-08 to 11-30-08 | $34,747.00 | $607.00 | $27,797.60 | $607.00 |
| 1-20-09/6865 | 12-1-08 to 12-31-08 | $24,400.00 | $3,181.80 | $19,520.00 | $3,181.80 |
| 2-24-09/7049 | 1-1-09 to 1-31-09 | $32,728.00 | $122.70 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | | | | |
| Thomas A. Korf | Managing Director | $525 | 51.0 | $26,775.00 |
| Peter Hoberman | Director | $400 | 17.0 | $6,800.00 |
| | | | | |
| | | | | |
| Grand Total: | | | 68.0 | $33,575.00 |
| Blended Rate: | | $493.75 | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| | | |
| Disclosure Issues/Statements | 3.0 | $1,575.00 |
| Due Diligence (35) | 26.0 | $12,088.00 |
| Litigation and Support Services (47) | 21.2 | $11,005.00 |
| Meetings - Internal | 3.0 | $1,388.00 |
| Miscellaneous and Other Bankruptcy Issues (62) | 0.5 | $263.00 |
| Preparation and Meeting with Debtor and Counsel (114) | 12.3 | $6,208.00 |
| Preparation of Monthly Bills/Fee Applications (39) | 2.0 | $1,050.00 |
| | | |
| TOTALS | 68.0 | $33,575.00 |

3

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
| | |
| Office (Duplication) | $28.00 |
| Airfare | $3,908.00 |
| Taxi, Transportation | $350.00 |
| Lodging | $627.00 |
| Meals | $20.00 |
| Postage | $21.00 |
| Mileage | $16.00 |
| | |
| **TOTAL** | **$4,970.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                             :   Jointly Administered
       Debtors.                                              :
------------------------------------------------------------ x
```

**FIFTH MONTHLY APPLICATION OF**
**TRAXI, LLC AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE**
**DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE INTERIM PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the Financial Advisory firm of Traxi, LLC (hereinafter "Traxi") hereby

moves this Court for reasonable compensation for financial advisory services rendered to American

Home Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned

cases (the "Debtors"), in the amount of $33,575.00 together with reimbursement for actual and

necessary expenses incurred in the amount of $4,970.00 for the interim period February 1, 2009

through February 28, 2009 (the "Interim Fee Period"). In support of its Application, Traxi

respectfully represents as follows:

1.      Traxi was employed to represent the Debtors as special litigation financial

advisor in connection with this chapter 11 case effective nunc pro tunc as of September 10, 2008,

pursuant to an Order entered by this Court on October 2, 2008. The Order authorized Traxi to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

2.      All services for which compensation is requested by Traxi were performed

for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3.      Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $33,575.00 due for fees.  Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $4,970.00 for reimbursement of expenses.

4.      The services rendered by Traxi during the Interim Fee Period are grouped into the categories set forth in Exhibit A.  The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.      Traxi has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $4,970.00.  This disbursement sum is broken down into categories of charges, including, among other things, travel to Delaware for meetings with counsel in connection with the litigation involving American Home Mortgage Servicing, Inc. ("AMHSI").  A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

6.      Pursuant to Local Rule 2016-2, Traxi represents that its rate for duplication is $.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7.      Professionals of Traxi have expended a total of 68.0 hours in connection with this matter during the Interim Fee Period.

8.     The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A.  These are Traxi's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by Traxi for the Interim Fee Period as counsel for the Debtors in these cases is $33,575.00.

9.     Traxi believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

10.     In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11.     This Application covers the Interim Fee Period February 1, 2009 through February 28, 2009.

3

WHEREFORE, Traxi requests that allowance be made to it in the sum of $33,575.00

as compensation for necessary professional services rendered to the Debtors for the Interim Fee

Period, and the sum of $4,970.00 for reimbursement of actual necessary costs and expenses incurred

during that period, and further requests such other and further relief as this Court may deem just and

proper.

Dated: Wilmington, Delaware
        March 16th , 2009

                            TRAXI, LLC


                            _____
                            Thomas A. Korf
                            Tower 45, 6th Floor
                            120 West 45th Street
                            New York, New York 10036
                            Telephone: (212) 810 - 2739
                            Facsimile: (212) 465 - 1919

                            Special Litigation Financial Advisor for Debtors and
                            Debtors in Possession

4

<u>VERIFICATION</u>

STATE OF DELAWARE   )
                           )    SS:
NEW CASTLE COUNTY  )

        Thomas A. Korf, after being duly sworn according to law, deposes and says:

1.     I am a Managing Director in the applicant firm, Traxi, LLC.

2.     I have personally performed many of the financial advisory services rendered by Traxi, LLC, as special litigation financial advisor to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
THOMAS A. KORF

SWORN TO AND SUBSCRIBED before me this 16th day of March, 2009.

_____
Notary Public
My Commission Expires: _10/21/11_

**SHERRI WEINSTEIN**
Notary Public, State of New York
No. 01WE6090906
Qualified New York County
Commission Expires October 21, 2011

# EXHIBIT A

**American Home Mortgage Post**

**Summary of Fees**

2/1/2009 through 2/28/2009



| Professional | Level | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| *Corporate Restructuring* | | | | |
| Thomas Korf | Managing Director | $525 | 51.0 | $26,775 |
| Peter Hoberman | Director | $400 | 17.0 | $6,800 |
| **Sub-Total** | | | **68.0** | **$33,575** |
| **Total** | | | **68.0** | **$33,575** |

| | |
|---|---|
| Gross Professional Fees | $33,575 |
| Less:    0%    Holdback | $0 |
| NET PROFESSIONAL FEES | $33,575 |

**American Home Mortgage Post**

Summary by Activity



| | ACTIVITY | TIME SPENT | FEES |
|---|---|---|---|
| 33 | Disclosure Issues/Statements | 3.0 | $1,575 |
| 35 | Due Diligence | 26.0 | $12,088 |
| 47 | Litigation support services | 21.2 | $11,005 |
| 15 | Meetings - Internal | 3.0 | $1,388 |
| 62 | Miscellaneous and Other Bankruptcy Issues | 0.5 | $263 |
| 114 | Preparation and Meeting with Debtor and counsel | 12.3 | $6,208 |
| 39 | Preparation of monthly interim billing and/or fee application | 2.0 | $1,050 |
| | | 68.0 | $33,575 |

Note: Travel time is billed at half of Applicant's normal hourly billing rates.

**American Home Mortgage Post**

**Time Descriptions for Professional:** Thomas Korf



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 2/2/2009 | 2.0 | 114 | 36804 | Prepare for meeting with AHMSI and Alvarez re: bank reconciliation items |
| 2/2/2009 | 1.5 | 15 | 36805 | Discussions with staff re: work required and deliverables from A&M |
| 2/2/2009 | 4.5 | 35 | 36803 | Meeting with Gary Burke of A&M and Teresa Chase and Mimi Smith of AHMSI re: loan level variances and other bank reconciliation items |
| 2/3/2009 | 8.0 | 35 | 36806 | Meeting with Gary Burke of A&M and Teresa Chase and Mimi Smith of AHMSI re: loan level variances and other bank reconciliation items |
| 2/4/2009 | 0.5 | 114 | 36807 | Calls with Zieg re: update on status of claims investigation; call with Company re: scheduling a meeting with Dokos |
| 2/5/2009 | 0.5 | 62 | 36808 | File maintenance - electronic and hard copies, resulting from meeting in Dallas |
| 2/6/2009 | 5.0 | 47 | 36809 | Reviewing notes from meetings in Dallas - compiling a master list of potential offsetting items across all 200+ custodial accounts |
| 2/9/2009 | 4.0 | 47 | 36810 | Reviewing notes from meetings in Dallas - compiling a master list of potential offsetting items across all 200+ custodial accounts |
| 2/10/2009 | 4.0 | 47 | 36811 | Reviewing notes from meetings in Dallas - compiling a master list of potential offsetting items across all 200+ custodial accounts |
| 2/11/2009 | 2.3 | 114 | 36813 | Meeting with Catherine Cassagnau-Lundie re: potential claims offsets and the sweeps into/out of the corporate accounts |
| 2/11/2009 | 1.5 | 114 | 36814 | Meeting with Andrew Dokos re: investor 23 custodial account activity as well as the pre-payment penalty claims |
| 2/11/2009 | 0.8 | 114 | 36815 | Prepare for update meeting with Kroll |
| 2/11/2009 | 0.7 | 47 | 36816 | Review the Investor 23 custodial account activity in preparation for meeting with Dokos |
| 2/11/2009 | 0.7 | 114 | 36812 | Conference call with BF and SM of Kroll re: status of AHMSI claim investigation and future work |
| 2/12/2009 | 2.0 | 39 | 36817 | Preparation of the fourth interim monthly billing to court; docket search for CNO; emails with counsel re: same |
| 2/13/2009 | 0.5 | 35 | 36818 | Call with Gary Burke re: status of the bak rec face items and LLV investigations |
| 2/13/2009 | 0.5 | 47 | 36819 | Prepare for call with Burke - review items on outstanding list |
| 2/18/2009 | 0.3 | 47 | 36821 | Review notes in preparation for meeting with Kroll |
| 2/18/2009 | 2.7 | 47 | 36820 | Assembling samples of PPP, LPMI, PIF, Guaranty fees and Liquidation proceeds to present to A&M for tracking through the cash management system |
| 2/19/2009 | 1.0 | 114 | 36822 | Call with BF and SM of Kroll re: status of claims investigtations |
| 2/19/2009 | 0.8 | 114 | 36823 | Meeting with Company personnel re: claims status and the review of certain miscellaenous cash receipts |
| 2/19/2009 | 0.7 | 114 | 36824 | Meeting with Scott Martinez of Kroll - subjects for discussion in update call with BF |
| 2/19/2009 | 0.7 | 47 | 36825 | Prepare sample bank reconciliation items files for Kroll |
| 2/19/2009 | 0.8 | 47 | 36826 | Discussion notes for call with BF of Kroll - outstanding issues |

Subject Period:    2/1/2009 through 2/28/2009

**American Home Mortgage Post**

**Time Descriptions for Professional:**  Thomas Korf



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|------|-----------|----------|--------|-------------|
| 2/20/2009 | 1.0 | 47 | 36827 | Finalize listing of sample cash receipts to be invesitaged by A&M - send same to Burke |
| 2/25/2009 | 2.0 | 33 | 36828 | Reviewing the debtor's Disclosure statement for the various settlements reached with numerous parties as it relates to the AHMSI claim |
| 2/26/2009 | 1.0 | 33 | 36829 | Reviewing the debtor's Disclosure statement for the various settlements reached with numerous parties as it relates to the AHMSI claim |
| 2/27/2009 | 0.5 | 35 | 36830 | Call with Gary Burke re: update on the status of the AHMSI investigations into the numerous items from the bank reconciliations |
| 2/27/2009 | 0.5 | 47 | 36831 | Prepare for call with Burke - review items on outstanding list |
|  | 51.0 |  |  |  |

**American Home Mortgage Post**

**Time Descriptions for Professional:** Peter Hoberman



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|------|-----------|----------|--------|-------------|
| 2/2/2009 | 4.5 | 35 | 36761 | Meeting with Gary Burke of A&M and Teresa Chase and Mimi Smith of AHMSI re: loan level variances and other bank reconciliation items |
| 2/2/2009 | 2.0 | 114 | 36762 | Prepare for meeting with AHMSI and Alvarez re: bank reconciliation items |
| 2/2/2009 | 1.5 | 15 | 36763 | Discussions with staff re: work required and deliverables from A&M |
| 2/3/2009 | 8.0 | 35 | 36764 | Meeting with Gary Burke of A&M and Teresa Chase and Mimi Smith of AHMSI re: loan level variances and other bank reconciliation items |
| 2/10/2009 | 1.0 | 47 | 36765 | Reviewing notes and discussion with T Korf regarding meeting in Dallas with AHMSI |
|  | 17.0 |  |  |  |

**American Home Mortgage Post**

**Time Descriptions for Professional:** Peter Hoberman



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|------|-----------|----------|--------|-------------|
| | 68.0 | | | |

# EXHIBIT B

# American Home Mortgage Post

## Summary of Expenses

2/1/2009 through 2/28/2009

TRAXI

| Professional Name | Airfare | Mileage | Parking/Tolls | Rental Cars | Transportation | Lodging | Tele-phone | Meals | Courier/Federal Express | Postage/Supplies | Faxes | Duplication | Computer Supplies | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Expense | | | | | | | | | | | | $28 | | | $28 |
| Peter Hoberman | $1,805 | | | | $158 | $377 | | $10 | | | | | | | $2,349 |
| Thomas Korf | $2,103 | $17 | | | $193 | $250 | | $10 | | | | | | $21 | $2,593 |
| Total | $3,908 | $17 | | | $351 | $627 | | $20 | | | | $28 | | $21 | $4,970 |

Note: All airfare and trainfare (included in transportation) are coach class.

# American Home Mortgage Post

**Expense Descriptions for Professiona** Peter Hoberman



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Airfare | 2/2/2009 | 21557 | Airfare to Dallas for meeting with AHMSI | $1,805.20 |
| | | | | $1,805.20 |
| Lodging | 2/2/2009 | 21558 | Hotel with staff meals in Dallas for meeting with AHMSi | $376.75 |
| | | | | $376.75 |
| Meals | 2/3/2009 | 21563 | Lunch with AHMSI in Dallas | $9.92 |
| | | | | $9.92 |
| Transportation | 2/2/2009 | 21560 | Car service to airport | $39.00 |
| Transportation | 2/2/2009 | 21559 | Taxi to meting in dallas | $42.00 |
| Transportation | 2/3/2009 | 21564 | Taxi to airport from AHMSI office | $28.00 |
| Transportation | 2/3/2009 | 21561 | Car service from airport | $48.50 |
| | | | | $157.50 |
| | | | | $2,349.37 |

# American Home Mortgage Post

**Expense Descriptions for Professiona**   Thomas Korf



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|----------|------|--------|-------------|--------|
| Airfare | 2/2/2009 | 21530 | Airline to Dallas | $2,103.20 |
| | | | | $2,103.20 |
| Lodging | 2/3/2009 | 21532 | Hotel in Dallas - 1 night | $249.77 |
| | | | | $249.77 |
| Meals | 2/3/2009 | 21533 | Lunch - working meal | $10.00 |
| | | | | $10.00 |
| Mileage | 2/11/2009 | 21535 | To/From Client | $8.25 |
| Mileage | 2/19/2009 | 21571 | TO/From client offices | $8.25 |
| | | | | $16.50 |
| Other | 2/13/2009 | 21536 | Postage for mailing to NYO | $20.85 |
| | | | | $20.85 |
| Transportation | 2/2/2009 | 21529 | Car service to airport | $90.00 |
| Transportation | 2/2/2009 | 21531 | Cab to hotel from Office | $13.00 |
| Transportation | 2/3/2009 | 21534 | Car service from airport | $90.00 |
| | | | | $193.00 |
| | | | | $2,593.32 |

# American Home Mortgage Post

**Expense Descriptions for Professiona**  Office Expense



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Reports/Duplication | 2/28/2009 | 21816 | 276 black and white pages printed/reproduced at $0.10 per page. | $27.60 |
| | | | | $27.60 |
| | | | | $27.60 |

# American Home Mortgage Post

**Expense Descriptions for Professiona**  Office Expense



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|----------|------|--------|-------------|--------|
| | | | | $4,970.29 |