## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) ) ) | Case No. 07-11047 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) ) | **Related Docket No. 7101** |

## NOTICE OF APPEAL

TO:  Pauline Morgan, Esq.
    Sean M. Beach, Esq.
    Patrick A. Jackson, Esq.
    YOUNG CONAWAY STARGATT & TAYLOR, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801

*Counsel to the Debtors and Debtors in Possession*

PLEASE TAKE NOTICE that, pursuant to Rule 8001 of the Federal Rules of Bankruptcy Procedure, DB Structured Products, Inc., by and through its undersigned counsel, hereby appeals under 28 U.S.C. § 158(a) to the United States District Court for the District of Delaware from this Court's *Findings of Fact, Conclusions of Law and Order on Remand* [Docket No. 7101] (the "Order"). A copy of the Order is attached hereto as "Exhibit A".

The names of all parties to this action and their respective attorneys are as set forth above.

{00282059;v1}

Dated: March 20, 2009

ASHBY & GEDDES, P.A.

*/s/ William P. Bowden*

William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
Gregory A. Taylor (I.D. #4008)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899
(302) 654-1888

- and -

**BINGHAM McCUTCHEN LLP**
Steven Wilamowsky
399 Park Avenue
New York, NY 10022
(212) 705-7000

**BINGHAM McCUTCHEN LLP**
Andrew J. Gallo
150 Federal Street
Boston, MA 02110
(617) 951-8000

*Counsel to DB Structured Products, Inc.*

{00282059;v1}