## CERTIFICATE OF SERVICE

I, William P. Bowden, hereby certify that, on March 20, 2009, I caused one copy of the foregoing to be served upon the parties listed below in the manner indicated.

## HAND DELIVERY

Pauline K. Morgan, Esq.
Sean M. Beach, Esq.
Patrick A. Jackson
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
*(Official Committee of Unsecured Creditors)*

## U.S. MAIL

Mark S. Indelicato, Esq
HAHN & HESSEN LLP
488 Madison Avenue
14th and 15th Floors
New York, NY 10022
*(Official Committee of Unsecured Creditors)*

William P. Bowden (#2553)

{00282059;v1}