## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                    : Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                        :
                                                          : Jointly Administered
                                                          :
        Debtors.                                          :
                                                          : Ref. Docket Nos. 6716, 6803, 6839 and 6907
---------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL SUBMITTING THIRD ORDER REGARDING DEBTORS' TWENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On December 12, 2008, the above-captioned debtors and debtors in possession

(the "Debtors") filed their twenty-seventh omnibus (substantive) objection to claims [Docket No.

6716] (the "Objection"), in which they objected to, *inter alia*, two proofs of claim filed by Orlans

Associates PC ("Orlans"). Proof of claim number 6980 ("Claim 6980") was filed by Orlans

against Debtor American Home Mortgage Investment Corp. in the amount of $204,630.15,

secured. Proof of claim 10405 ("Claim 10405") was filed against American Home Mortgage

Investment Corp., as an amendment to Claim 6980, in the amount of $353,088.36, secured.

Orlans filed a response to the Objection with respect to Claim 6980 and Claim 10405 [Docket

No. 6803]. On January 13, 2009, the Court entered an order [Docket No. 6839] sustaining the

Objection in part and adjourning the Objection with respect to Claim 6980 and Claim 10405.[2]

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]      The Court entered a second order sustaining the Objection on January 29, 2009 [Docket No. 6907].

The Debtors and Orlans have engaged in discussions and agreed that Orlans is entitled to an allowed, non-priority, general unsecured claim in the amount of $353,088.36 against American Home Mortgage Investment Corp. (Case No. 07-11048).  Therefore, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, allowing Claim 10405 in the amount of $353,088.36, non-priority unsecured and expunging and disallowing Claim 6980 in its entirety.

Dated: March 23, 2009
      Wilmington, Delaware

                **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                James L. Patton, Jr. (No. 2202)
                Pauline K. Morgan (No. 3650)
                Edward J. Kosmowski (No. 3849)
                Margaret B. Whiteman (No. 4652)
                Nathan D. Grow (No. 5014)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware  19801
                Telephone: (302) 571-6756
                Facsimile: (302) 571-1253

                Counsel to the Debtors and Debtors in Possession

# **EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              :    Jointly Administered
                                                              :
          Debtors.                                            :    Ref. Docket Nos. 6716, 6803, 6839 and 6907
------------------------------------------------------------- x
```

## THIRD ORDER REGARDING DEBTORS' TWENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the twenty-seventh omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"); and Orlans Associates PC ("Orlans") having filed a response to the Objection [Docket No. 6803]; and the Court having entered an order [Docket No. 6839][2] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, proof of claim number 6980 ("Claim 6980"), filed by Orlans against Debtor American Home Mortgage Investment Corp. in the amount of $204,630.15, secured, and proof of claim 10405 ("Claim 10405"), filed against American Home Mortgage Investment Corp., as an amendment to Claim 6980, in the amount of $353,088.36, secured; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    The Court entered a second order sustaining the Objection on January 29, 2009 [Docket No. 6907].

ORDERED that Claim 10405 shall be allowed in the amount of $353,088.36,

non-priority unsecured against American Home Mortgage Investment Corp. (Case No. 07-

11048); and it is further

ORDERED that Claim 6980 is hereby expunged and disallowed in its entirety;

and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims, or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
      March ___, 2009

                                         _____
                                         CHRISTOPHER S. SONTCHI
                                         UNITED STATES BANKRUPTCY JUDGE