IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DECK, PAUL | ) | Case No. 07-11047 (CSS) |
| BW-0041, SCID | ) | |
| 1000 FOLLIES RD. | ) | |
| DALLAS, PENNA. 18612-9515 | ) | |
| Creditor, | ) | Jointly Administered |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS INC. Delaware Corp., et al. | ) | |
| Debtors, | ) | |

**RESPONSE TO OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007-1**

TO THE HONORABLE CHRISTOPHER S. SONTCHI-JUDGE OF THIS SAID COURT:

COMES NOW, PAUL M. DECK (CLAIM NO. 2533, CLAIM AMOUNT $2400.00) who OPPOSES "DEBTORS" THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1" and offers the following facts to support why DEBTORS SHOULD NOT BE GRANTED RELIEF.

1). On 12-15-06, Creditor PAUL M. DECK purchased shares from AMERICAN HOME MORTGAGE INVESTMENT CORP. in the amount of twenty-four hundred dollars ($2400.00)

2). At the time of this transcation AMERICAN HOME MORTGAGE INVESTMENT CORP. failed to disclose the fact that they were practicing FRAUDULENT, UNSCRUPULOUS BUSINESS PRACTICES.

3). CREDITOR, PAUL M, DECK filed his first "RESPONSE TO OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1" in June of 2008.

4). COUNSEL for the "DEBTORS" in their "...THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS...." would now have this HONORABLE COURT dismiss the

-the claims of any CREDITORS filing under "EQUITY FRAUD CLAIMS." (PARAGRAPH 20, 21 and 22). After trying to wear the claimants out in the 'war of attrition', now Counsel for the DEBTORS would ask this HONORABLE COURT to believe that these claims are less important then other claims by stating that "...Equity Fraud Claims fall into the category of Subordinated Claims (as the term is defined in Plan)..."

5). In September, 2008 CREDITOR, PAUL M. DECK filed his "OBJECTION AND REJECTION OF DISCLOSURE STATEMENT IN IT'S ENTIRETY AND ORDER MANDATING DEBTORS TO FURNISH APPLICANT WITH COPY OF DISCLOSURE DOCUMENT" with this HONORABLE COURT.

6). As far as your humble applicant is aware, this COURT NEVER ruled on his petition.

7). Counsel for the DEBTORS is essentially asking this HONORABLE COURT to REWARD the DEBTORS for their FRAUDULENT, DECEPTIVE, BAD BEHAVIOR.

    WHEREFORE, I, PAUL M. DECK (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) asks this HONORABLE COURT to DISMISS the "DEBTOR'S THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE. BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1. INSTEAD CREDITOR ASKS THAT THIS HONORABLE COURT, DRAFT AN ORDER MANDATING THE PLAINTIFF TO PAY BACK THE FULL AMOUNT OF HIS CLAIM THE HE WAS DEFRAUDED OUT OF.
    FOR THIS YOUR HUMBLE APPLICANT EVER PRAYS.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
    I further declare under penalty of perjury of the laws of the United States of America that I have on this  15th  day of March, 2009, served a true and correct copy of this "RESPONSE TO OBJECTION..." upon the attorneys for AMERICAN HOME MORTGAGE INVESTMENT CORP. address listed below, service by U.S. First Class Mail.
        YOUNG, CONAWAY, STARGATE and TAYLOR, LLP
        The Brandywine Building
        1000 West St. 17th Floor
        Wilmington, DE. 19801

DATED: March 15, 2009

Respectfully submitted,

Paul M. Deck