From:                                        )    Chapter 11
Ghassan Tarakji                              )    Case No. 07-11047 (CSS)
1600 Holloway Ave.                           )
School of Engineering                        )    Jointly Administered
San Francisco, CA 94132-1722                 )
                                             )

To:
US Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

In Re:
American Home Mortgage
Holdings, Inc, Delaware Corporation, et.al.
Claim No. 6234 – Claim Amount: $4,414.95


I object to the Debtors objection to my claim and their request to the court to compose an order finding my claim to be subordinated in right of payment to other claims against the debtor. The Debtors have tried to mislead the court and misrepresent my claim as an ordinary claim regarding the purchase or sale of securities. This is not the case. American Home Mortgage's management has made a premeditated and deliberate endeavor to misrepresent their fiscal health and to deceive me to purchase their shares.

Because the conduct of AHM's management was so illegal, immoral, and outrageous, I would like to ask the court to affirm my right to seek compensation for my injury, and reject the Debtors request to expunge my claim


Copy to:
Young Coaway Stargait & Taylor, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone:    302-571-6756
Fax:          302-571-1253