IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
In re: : Chapter 11
 :
 : Case No. 07-11047 (CSS)
 :
AMERICAN HOME MORTGAGE HOLDINGS :
 : Re: Claim 4592
 :
 Debtors. :
------------------------------------- x

### RESPONSE TO DEBTOR'S 10TH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Claimant, HERMAN, ALEXIS & CO., INC, herby submits its Response ("Response") objecting to any and all claim Expungements and responds as follows:

1. Claimant is a Securities and Exchange regulated firm actively pursuing participation in the 2008 Troubled Asset Relief Program (TARP) and has reason to believe that adequate compensation is or will be available for all current and future claims.

2. A **Transfer of Claim** form was filed with the Court transferring Claim to Herman, Alexis & Co., a U.S. Securities and Exchange Commission registered firm.

3. Claimant became the successive assignee of a Senior Note with the additional prevailing guidelines' regarding dispute settlement between members of governing body FINRA.

Dated: March 12, 2009            Herman, Alexis & Co., Inc.
       Los Angeles, CA 90047     Member FINRA & SIPC

                                 By: /s/ Mark H. Rhynes
                                     1522 West Manchester Ave.
                                     Los Angeles, CA 90047
                                     (323) 971-6063