RESPONCSE TO OBJECTION

March 14, 2009

FILED 2009 MAR 20 AM 8: US BANKRUPTCY COURT DISTRICT OF DELAWARE

IN RE: Bankruption Proceedings against American Home Mortgage Holdings, Inc., a Delaware corporation, et al., Debtors. Chapter 11, Case No. 07-11047 (CSS), HEARING April 6, 2009.

FROM. CLAIMANT, E. M. Henderson, Trustee of E. M. Henderson Living Trust, mailing address P. O. Box 770344, Winter Garden, FL 34777-0344. Claim No. 10269 in amount $63,299.04

TO. UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

SUBJECT: DEBTORS" THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTION RULES 3003 AND 3007, AND LOCAL RULE 3007-1.

1. Debtors, through their Counsel's letter (enclosed), have indicated to me that they will seek to have my claim disallowed and expunged. Their statement in this regard is contradictory and confusing and seemingly casts a cloud on their intentions.

2. My plea to the Court is that my claim be upheld. I am age 93, a veteran of 27 years in the military including all of WWII. Loss of this claim will be a calamity for me.

Respectfully submitted,

E M Henderson

E. M. Henderson, Trustee

Copy mailed to:
Young Conaway Stargatt & Taylor, LLP
Counsel to Debtors
March 16, 2009

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Response Deadline: March 30, 2009 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: April 6, 2009 at 2:00 p.m. (ET)** |
| AHM OB30 3/6/2009 (merge2.txnum2) 4000209263 EPIQ Use - 92 | ) | |

HENDERSON, E.M. - TRUSTEE OF
E.M. HENDERSON LIVING TRUST
P.O. BOX 770344
WINTER GARDEN, FL 34777-0344

**NOTICE OF DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

**TO:** HENDERSON, E.M. - TRUSTEE OF
E.M. HENDERSON LIVING TRUST
P.O. BOX 770344
WINTER GARDEN, FL 34777-0344

**Basis For Objection:** Equity Claim - Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim to be Expunged** | 10269 | $63,299.04 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the "Claim to be Expunged" row.

Responses to the Objection, if any, must be filed on or before **March 30, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 6, 2009 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 6, 2009
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession