**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,

Debtors.

---------------------------------------------------------------- x

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: **Re:  Docket No. 7063 & 7093**
:
:

**CERTIFICATION OF COUNSEL REGARDING PROPOSED
ORDER DENYING THE DEBTORS' MOTION FOR PROTECTIVE ORDER**

The undersigned certifies as follows:

1.      On February 27, 2009, American Home Mortgage Holdings, Inc., *et al.* (the "<u>Debtors</u>") filed the *Debtors' Motion for Protective Order* [D.I. 7063] (the "<u>Motion</u>").

2.      On March 12, 2009, Calyon New York Branch ("<u>Caylon</u>") filed the *Objection of Calyon New York Branch to the Debtors' Motion for Protective Order* [D.I. 7093] (the "<u>Objection</u>").

3.      Attached here to as Exhibit "A" is the proposed form of *Order Denying the Debtors' Motion for Protective Order* (the "<u>Order</u>").  The proposed Order reflects the Court's ruling on the Motion at the March 13, 2009 hearing.

4.      Counsel for the Debtors has reviewed the proposed Order and has no objection to the entry of the proposed Order.

5.    The undersigned respectfully submits that the Court consider and enter the proposed Order at the Court's earliest convenience.

Dated: March 23, 2009
       Wilmington, Delaware

WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC

Michael G. Busenkell (DE No. 3933)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252.4324
Facsimile: (302) 252.4330

-and-

Benjamin C. Ackerly
Jason W. Harbour (DE No. 4176)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

-and-

Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10016-0136
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

*Counsel to Calyon New York Branch*

2