# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | x : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : : : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : : : | Re: Docket No. 6824 |

## DEBTORS' NOTICE OF SERVICE OF SUBPOENAS IN CONTESTED MATTER

TO:   Counsel for Calyon New York Branch

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 45(b)(1), made applicable to this contested matter by Fed. R. Bankr. P. 9016, notice is hereby given that Debtors have initiated service of the three (3) subpoenas attached hereto.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John T. Dorsey (No. 2988)
Curtis J. Crowther (No. 3238)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors-in-Possession

Dated: March 23, 3009

DB02:7972090.1                                                                                                  066585.1001

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the
# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE: AMERICAN HOME MORTGAGE  
HOLDINGS, INC., a Delaware corporation, et al.,

SUBPOENA IN A CIVIL CASE

To: Compass Analytics, LLC  
ATTN: General Counsel/Legal Dept.  
4040 Civic Center Drive, Suite 450  
San Rafael, CA 94903

CASE NUMBER: 07-11047 (CSS)  
District of Delaware

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. A T1opic List/Scope is attached hereto pursuant to Fed. R. Civ. P. 30(b)(6))

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  | ) |

XX YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See Schedule "A" attached hereto

Curtis J. Crowther, Esquire          1000 West Street, 17th Floor          April 10, 2009 at 2:00 p.m.  
Young Conaway Stargatt & Taylor, LLP    Wilmington, DE 19899-0391

YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date |
|---|---|
| Counsel for Debtors | March 23, 2009 |

Issuing Officer's Name, Address, and Phone Number  
Curtis J. Crowther, Esq., Young Conaway Stargatt & Taylor, LLP, 1000 West Street, Wilmington, DE 19899-0391, (302) 571-6600

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

## SCHEDULE "A"
### (Compass Analytics)

All documents in your possession, custody and/or control as follows:

1.  Pertaining to or otherwise relating to Calyon Bank Group, Calyon and/or Calyon New York Branch for the period from January 1, 2007 through the present involving any valuation or request for valuation of mortgage loans and/or mortgage loan portfolios involving Calyon Conduit, Calyon Repo (or Repurchase) Agreement and/or American Home Mortgage (or AHM).

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|
| SERVED | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____       _____
          DATE                                                                                            SIGNATURE OF SERVER

                                                                                                         _____
                                                                                                          ADDRESS OF SERVER

### Rule 45, Federal Rules of Civil Procedure, Parts C& D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

 (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

 (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

 (2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

 (3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

  (i) fails to allow reasonable time for compliance;

  (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

  (iv) subjects a person to undue burden.

 (B) If a subpoena

  (i) requires disclosure of a trade secret or other confidential research, development, of commercial information, or

  (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

  (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

 (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

 (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim

2

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the
# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,

SUBPOENA IN A CIVIL CASE

CASE NUMBER: 07-11047 (CSS)
District of Delaware

To: Capstone Advisory Group, LLC
ATTN: General Counsel/Legal Dept.
1065 Avenue of the Americas
New York, NY 10018

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. A Topic List/Scope is attached hereto pursuant to Fed. R. Civ. P. 30(b)(6))

| PLACE OF DEPOSITION | DATE AND TIME ) |
|---|---|

XX  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):  See Schedule "A" attached hereto

| Curtis J. Crowther, Esquire<br>Young Conaway Stargatt & Taylor, LLP | 1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391 | April 10, 2009 at 2:00 p.m. |
|---|---|---|

YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant)<br><br>Counsel for Debtors | Date<br>March 23, 2009 |
|---|---|

Issuing Officer's Name, Address, and Phone Number
  Curtis J. Crowther, Esq., Young Conaway Stargatt & Taylor, LLP, 1000 West Street, Wilmington, DE 19899-0391, (302) 571-6600

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

DB02:6617444.1                                                                                                      066530.1001

## SCHEDULE "A"
### (Capstone Advisory Group, LLC)

All documents in your possession, custody and/or control as follows:

1. Pertaining to or otherwise relating to Calyon Bank Group, Calyon and/or Calyon New York Branch for the period from January 1, 2007 through the present involving any valuation or request for valuation of mortgage loans and/or mortgage loan portfolios involving Calyon Conduit, Calyon Repo (or Repurchase) Agreement and/or American Home Mortgage (or AHM).

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|
| SERVED | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____      _____
                    DATE                                SIGNATURE OF SERVER

                                        _____
                                        ADDRESS OF SERVER

### Rule 45, Federal Rules of Civil Procedure, Parts C& D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, of commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim

2

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the
# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,

SUBPOENA IN A CIVIL CASE

CASE NUMBER: 07-11047 (CSS)
District of Delaware

To: J. P. Morgan Securities, Inc.
    ATTN: General Counsel/Legal Dept.
    270 Park Avenue
    New York, NY 10017-2014

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. A Topic List/Scope is attached hereto pursuant to Fed. R. Civ. P. 30(b)(6))

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

XX YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):  See Schedule "A" attached hereto

| Curtis J. Crowther, Esquire | 1000 West Street, 17th Floor | April 10, 2009 at 2:00 p.m. |
| Young Conaway Stargatt & Taylor, LLP | Wilmington, DE 19899-0391 | |

YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date |
|---|---|
| Counsel for Debtors | March 23, 2009 |

Issuing Officer's Name, Address, and Phone Number
   Curtis J. Crowther, Esq., Young Conaway Stargatt & Taylor, LLP, 1000 West Street, Wilmington, DE 19899-0391, (302) 571-6600

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

## SCHEDULE "A"
## (JP Morgan Securities, Inc.)

All documents in your possession, custody and/or control as follows:

1. Pertaining to or otherwise relating to Calyon Bank Group, Calyon and/or Calyon New York Branch for the period from January 1, 2007 through the present involving any valuation or request for valuation of mortgage loans and/or mortgage loan portfolios involving Calyon Conduit, Calyon Repo (or Repurchase) Agreement and/or American Home Mortgage (or AHM).

2. Pertaining to or otherwise relating to Calyon Bank Group, Calyon and/or Calyon New York Branch for the period from January 1, 2007 through the present involving any advice or request for advice regarding the disposition, sale or otherwise maximizing value or recovery on mortgage loans and/or mortgage loan portfolios.

3. Pertaining to or otherwise relating to Calyon Bank Group, Calyon and/or Calyon New York Branch and any strategy regarding the pricing, value, bid guidelines or value relating to loans offered for sale by Broadhollow and/or American Home Mortgage (AHM) any7 at time between August and October 2007.

## PROOF OF SERVICE

| DATE SERVED | PLACE |
|---|---|
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____        _____
           DATE                            SIGNATURE OF SERVER

                                           _____
                                           ADDRESS OF SERVER

### Rule 45, Federal Rules of Civil Procedure, Parts C& D

**(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, of commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) DUTIES IN RESPONDING TO SUBPOENA.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim

2