Erik Fleischner
HQUS EUCOM, CMR 480
Box 2230
APO AE 09128
01149-7031-819620

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Young Conaway Stargatt & Taylor, LLP
ATTN: Nathan Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Mar 15, 2009

Subject: Claim No. 6761 Case No. 07-11047 (CSS) American Home Mortgage (AHM) Holdings

To all,

I have not withdrawn my objection with respect to the proof of claim filed by myself (Erik Fleischner POC No. 6762). I object to the approval of the Disclosure Statement and request that the court not grant the relief requested and that my claim not be Expunged. Furthermore I object to the Debtors seeking an order from the court finding that my claim is a Subordinate Claim (as that term is defined in the Plan) and is therefore subordinate in right of payment to other claims against the Debtors as provided for in the Plan.

To say that the Debtors object to the Equity Interest claims because they were filed by a shareholder based solely on ownership of stock of the Debtors and not on account of damages or a claim against the Debtors is an insult. That money was earmarked for my daughter's college fund which is now gone. To say that there was no damage is not a realistic expectation or the truth. What I am claiming is that I gave AHM my daughter's College fund money which is now gone and I am asking that my claim not be Subordinated.

I am requesting that my case go forward as a non Subordinated Claim against AHM for the sum of $11,942.

Sincerely,

Jon Erik Fleischner