Case # 08-11407-BLS

In response to the lawyers response to my original letter. He/she mentioned I had not read the "Disclosure Statement." That was true at the time because I had not received it, as I stated. I have since read it and stand by my statements and feelings.

At the bottom of page 16 in the Omnibus Response to Objections to Debtors'- etc., it says "no response is necessary" to my original letter. I am not sure why? Is it because I cannot afford a lawyer and am unable to play the game verbally with the rest of the crowd? I hope that is not the case, sad if it is. I do hope the sentence at the bottom of page 14 that ends with "payment of all claims of senior priority" includes me. I am about as senior as you can get and I have lost thousands in this scheme.

Thank You,
Benjamin Lee Jones, III
713-494-2739  blj.1037@yahoo...
New mailing: 6985 Hwy. 155
Linden, TX 75563