IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x   Chapter 11
In re:                                                       :
                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al.,              :   Jointly Administered
                                                             :
         Debtors.                                            :   Re: Docket No. 7063 & 7093
                                                             :
------------------------------------------------------------ x

**ORDER DENYING THE DEBTORS'
MOTION FOR PROTECTIVE ORDER**

Upon the *Debtors' Motion for Protective Order* [D.I. 7063] (the "Motion") filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and the *Objection of Calyon New York Branch to the Debtors' Motion for Protective Order* [D.I. 7093] filed Calyon New York Branch, as Administrative Agent Pursuant to Repurchase Agreement ("Calyon"); and upon the arguments at the hearing held on March 13, 2009 (the "Hearing"), and for the reasons set forth by the Court at the Hearing which are incorporated herein,

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED.

2. The Debtors shall produce Mr. Voulo at a time and place that is mutually agreeable to the Debtors and Calyon to continue his deposition, including by answering the questions in dispute.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: March **24**, 2009

                                                         UNITED STATES BANKRUPTCY JUDGE