# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 3/25/2009 |
| Case: 07−11047−CSS | Form ID: ntcBK | Total: 20 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr　　　　Quantum
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust　　　　United States Trustee　　　　USTPREGION03.WL.ECF@USDOJ.GOV
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　　American Home Mortgage Holdings, Inc.　　　　538 Broadhollow Road　　　　Melville, NY 11747
aty　　　　Donald J. Bowman, Jr.　　　　Young, Conaway, Stargatt &Taylor　　　　1000 West Street　　　　17th Floor　　　　Wilmington, DE 19801
aty　　　　Edward J. Kosmowski　　　　Young, Conaway, Stargatt &Taylor　　　　1000 West Street, 17th Floor　　　　PO Box 391　　　　Wilmington, DE 19899
aty　　　　Edwin J. Harron　　　　Young, Conaway, Stargatt &Taylor　　　　The Brandywine Building　　　　1000 West Street, 17th Floor　　　　PO Box 391　　　　Wilmington, DE 19899−0391
aty　　　　Erin Edwards　　　　Young, Conaway, Stargatt &Taylor　　　　The Brandywine Building　　　　17th Floor　　　　1000 West Street　　　　Wilmington, DE 19801
aty　　　　Joel A. Waite　　　　Young, Conaway, Stargatt &Taylor　　　　The Brandywine Bldg.　　　　1000 West Street, 17th Floor　　　　PO Box 391　　　　Wilmington, DE 19899−0391
aty　　　　Kara Hammond Coyle　　　　Young Conaway Stargatt &Taylor LLP　　　　1000 West St., 17th Floor　　　　Brandywine Building　　　　Wilmington, DE 19801
aty　　　　Kenneth J. Enos　　　　Young, Conaway, Stargatt &Taylor　　　　1000 West Street　　　　17th Floor　　　　Wilmington, DE 19801
aty　　　　Margaret Whiteman Greecher　　　　Young, Conaway, Stargatt &Taylor　　　　1000 West Street　　　　17th Floor　　　　Wilmington, DE 19801
aty　　　　Matthew Barry Lunn　　　　Young, Conaway, Stargatt &Taylor　　　　The Brandywine Building, 17th Floor　　　　1000 West Street　　　　PO Box 391　　　　Wilmington, DE 19899
aty　　　　Nathan D. Grow　　　　Young Conaway Stargatt &Taylor, LLP　　　　The Brandywine Bldg.　　　　17th Floor　　　　Wilmington, DE 19801−0391
aty　　　　Patrick A. Jackson　　　　Young Conaway Stargatt &Taylor, LLP　　　　The Brandywine Bldg 17th Fl,1000 West St　　　　Wilmington, DE 19801
aty　　　　Pauline K. Morgan　　　　Young, Conaway, Stargatt &Taylor　　　　1000 West Street, 17th Floor　　　　PO Box 391　　　　Wilmington, DE 19899−0391
aty　　　　Quinn Emanuel　　　　Quinn Emanuel Urquhart Oliver &Hedges
aty　　　　Robert S. Brady　　　　Young, Conaway, Stargatt &Taylor　　　　The Brandywine Bldg.　　　　1000 West Street, 17th Floor　　　　PO Box 391　　　　Wilmington, DE 19899−0391
aty　　　　Sean Matthew Beach　　　　Young, Conaway, Stargatt &Taylor　　　　The Brandywine Building, 17th Floor　　　　1000 West Street　　　　PO Box 391　　　　Wilmington, DE 19899
aty　　　　Sharon M Zieg　　　　Young, Conaway, Stargatt &Taylor　　　　The Brandywine Bldg., 17th Floor　　　　1000 West Street　　　　PO Box 391　　　　Wilmington, DE 19899
aty　　　　Travis N. Turner　　　　Young Conaway Stargatt &Taylor, LLP　　　　The Brandywine Bldg., 17th Fl.　　　　1000 West Street　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 18