IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
         Debtors.                                                :
                                                                 :   Ref. Docket Nos. 6716, 6803, 6839 and 6907
---------------------------------------------------------------- x

**THIRD ORDER REGARDING DEBTORS' TWENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the twenty-seventh omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"); and Orlans Associates PC ("Orlans") having filed a response to the Objection [Docket No. 6803]; and the Court having entered an order [Docket No. 6839][2] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, proof of claim number 6980 ("Claim 6980"), filed by Orlans against Debtor American Home Mortgage Investment Corp. in the amount of $204,630.15, secured, and proof of claim 10405 ("Claim 10405"), filed against American Home Mortgage Investment Corp., as an amendment to Claim 6980, in the amount of $353,088.36, secured; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] The Court entered a second order sustaining the Objection on January 29, 2009 [Docket No. 6907].

ORDERED that Claim 10405 shall be allowed in the amount of $353,088.36, non-priority unsecured against American Home Mortgage Investment Corp. (Case No. 07-11048); and it is further

ORDERED that Claim 6980 is hereby expunged and disallowed in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       March 25, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE