IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                :  Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                       :
                                                                      :  Jointly Administered
         Debtors.                                                     :
                                                                      :  Ref. No 7065
--------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO STATEMENT RE: DOCKET NO. 7065**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Seventeenth Monthly Statement of Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2009 through January 31, 2009 (the "Statement"). The Court's docket which was last updated March 26, 2009, reflects that no objections to the Statement have been filed. Objections to the Statement were to be filed and served no later than March 23, 2009 at 4:00 p.m.

DB02:6333618.13                                                                                066585.1001

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of requested interim fees ($305,275.00) and 100% of requested interim expenses ($17,017.41) on an interim basis without further Court order.

Dated: Wilmington, Delaware
      March 26, 2009

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                          /s/ Matthew B. Lunn
                          James L. Patton, Jr. (No. 2202)
                          Joel A. Waite (No. 2925)
                          Pauline K. Morgan (No. 3650)
                          Sean M. Beach (No. 4070)
                          Matthew B. Lunn (No. 4119)
                          Kenneth Enos (No. 4544)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          Wilmington, Delaware 19801
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253

                          Counsel for Debtors and
                          Debtors in Possession