UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re::

AMERICAN HOME MORTGAGE CORP.,

Debtor(s).

Case No. 07-11051-CSS

Chapter 11

Honorable Christopher Sontchi

/

## ADMINISTRATIVE EXPENSE PROOF OF CLAIM

1. The undersigned, whose address is Cadillac Place, Ste 10-200, 3030 W. Grand Blvd., Detroit, MI 48202, is an attorney for the State of Michigan, Department of Treasury, and is duly authorized by said department to make this proof of claim on its behalf.

2. The debtor herein, subsequent to the time of the filing of the petition initiating this case, has become indebted to this claimant, in the sum of **$2,199.23**. The amount claimed is net of all payments, if any, made up to the date of the attached Sworn Summary of Claims. Interest and penalties continue to accrue pursuant to MCL 205.23(2).

3. The consideration for this debt is as follows: Withholding Tax liability(ies) due and owing to the State of Michigan, as more fully appears in the Sworn Summary of Claims attached hereto and made a part hereof.

4. This is a request for payment of administrative expenses entitled to priority under 11 USC 507(a)(1).

MICHAEL A. COX
Attorney General

*/s/ Julius O Curling*
Julius O Curling (P58248)
Assistant Attorney General
Cadillace Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: CurlingJ@michigan.gov

Dated: March 12, 2009

**Please send payments to:**
**Department of Treasury/Revenue/AG**
**P.O. Box 30456**
**Lansing, MI 48909-7955**

**Payable to: State of MI-CD**

| | | | | | | | Page 1 of 1 |
|---|---|---|---|---|---|---|---|
| Michigan Department of Treasury | | | 32175696 | **Case Number:** 07-11051 CSS | | | 3207222 |
| 4265 (11-04) | | | | | | | |
| **Sworn Summary** | | | | **Taxpayer Identification:** 1558 | | | **Attorney General:** ATTORNEY DETROIT |
| Issued under federal code, Title XI | | | | | | | |
| **Type of Claim:** Administrative | | | | | | | |

AMERICAN HOME MORTGAGE CORP
JOINTLY ADMIN-AMERICAN HOME MORTGAGE HOLDINGS, INC.
538 BROADHOLLOW ROAD
MELVILLE, NY. 11747

**Other Identification:** F1772

| Assessment Number | Debt Code | Assessment Date | Account ID | Tax Period | *If Est | Tax Deficiency | Penalty | Interest |
|---|---|---|---|---|---|---|---|---|
| Q179593 | WTH | 10/01/08 | F1772 | 1/1/2008 - 3/31/2008 | | $0.00 | $57.93 | $13.34 |
| Q469830 | WTH | 10/13/08 | F1772 | 4/1/2008 - 6/30/2008 | | $561.81 | $154.72 | $25.33 |
| Q762942 | WTH | 02/06/09 | F1772 | 10/1/2008 - 12/31/2008 | * | $637.50 | $31.88 | $1.88 |
| Q722094 | WTH | 01/21/09 | F1772 | 7/1/2008 - 9/30/2008 | * | $637.50 | $63.76 | $13.58 |
| | | | | | | $1,836.81 | $308.29 | $54.13 |
| | | | | | TOTAL CLAIM | | $2,199.23 | |

**Debt Codes:**
WTH - WITHHOLDING TAX

* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

SANDRA BRAUN _____ being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

Date: 02/06/09

Signature: *(signed)*