UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:

AMERICAN HOME MORTGAGE CORP.,

    Debtor(s).

_____/

Case No. 07-11051-CSS

Chapter 11

Honorable Christopher Sontchi

## PROOF OF SERVICE

The undersigned certifies that on March 12, 2009, a copy of the Administrative Expense Proof of Claim, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Pauline K Morgan
1000 West St. 17th Floor
PO Box 391
Wilmington DE  19899

,
,

                                  */s/ Starkema T Jackson*
                                  Starkema T Jackson
                                  Legal Secretary
                                  Julius O. Curling (P58248)
                                  Cadillac Place, Ste. 10-200
                                  3030 W. Grand Blvd.
                                  Detroit, MI  48202
                                  Telephone:  (313) 456-0140
                                  E-mail:  CurlingJ@michigan.gov

Dated: March 12, 2009