United States Bankruptcy Court
for the District of Delaware
824 Market St.  3rd floor
Wilmington, Delaware    19801



IN RE:
American Home Mortage Holdings, Inc.
a Delaware corporation, et al.
Chapter 11
Case No. 07-11047 (CSS)
Jointly Administrated
Claim # 8801

Attention:  The Honorable Christopher S. Sontchi

In response to the letter dated March 6, 2009.  I did
not file a false claim.  I purchased 100 sharesof Apex
Mortage Capitol 9/12/02 - American Home Mortage purchased
Apex Capitol and all shares. I now have 25 shares of AHM.
They have changed the symbol to AHMIQ.  Cost per share is
54.4136¢ with a loss of $1,359.99.

On 3/18/05 I purchased 200 shares of American Home Mortage -
9.25% PFD-Ser-B-PFD.  Symbol was AHM+B.  Now it is AHMNQ.  At a
cost of $26.4966 per share.  I have a loss of $5.299.30.

The remaining debt is for the dividend not paid in July-2nd
quarter of 2007 before bankruptcy was filed in August or
September of 2007.

I have already send in trade confirmations to represent my
claim # 8801.

I will further send in copies of statements from Charles Schwab-
Oliver Holt-IRA Rollover - Feb. 1-28 2009 Showing American Home
Mortage statements of purchased loss.

I object to Debtors' Thirty-first Omnibus (Substantive) objection
to claims pursuant to Section 502(b) of the Bankruptcy Code,
Bankruptcy Rules 3003 and 3007, and local Rule 3007-1 (The "objection").

Sincerely

OLIVER HOLT

Mr. Oliver Holt
213 N. Bowen St.
Jackson, MI  49202

CC: YOUNG, CONAWAY STARGATE & TAYLOR, LLP
    Att: Nathan D. Grow (No.5014)
    The Brandywine Building
    1000 West Street   17th floor
    Wilmington, Delaware   19801

**charles SCHWAB**

Rollover IRA of
OLIVER HOLT
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Statement Period
**February 1-28, 2009**

*Accrued Interest represents the interest that would be received if the fixed income investment was sold prior to the coupon payment.*
*Estimated Annual Income and yield calculations are for informational purposes only and are not a projection or guarantee of future dividends.*

## Investment Detail - Equities

Accounting Method
Equities: First In First Out [FIFO]

| Equities | Quantity Units Purchased | Market Price Cost Per Share | Market Value Cost Basis | % of Account Assets Acquired | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| AMERN HOME MTG 9.25% PFD SER B PFD SYMBOL: AHMNQ | 200.0000 200.0000 | 0.0001 26.4966 | 0.02 5,299.32 | <1% 03/18/05 | (5,299.30) (5,299.30) | 0.00% | 0.00 |

*charles*SCHWAB

Rollover IRA of
OLIVER HOLT
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Statement Period
**February 1-28, 2009**

## Investment Detail - Other Assets

Accounting Method
Other Assets: First In First Out [FIFO]

| Other Assets | Quantity Units Purchased | Market Price Cost Per Share | Market Value Cost Basis | % of Account Assets | Acquired | Unrealized Gain or (Loss) |
|---|---|---|---|---|---|---|
| AMERN HOME MORTGAGE INVT REIT SYMBOL: AHMIQ | 25.0000 25.0000 | 0.0140 54.4136 | 0.35 1,360.34 | <1% | 09/12/02 | (1,359.99) (1,359.99) |