RECEIVED / FILED
MAR 26 2009
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Sir

Early 2007 We, Carol & Harold Puckett most of our life saving's to purchase 1,000 shares of American Home Mortgage. Being we are on a fixed income and need extra income, dividend's in this case. The 1,000 shares cost us a Total of 21,480.00. the Broker was Banc of America Investment Services. At that time, there was no sign's of real financial problems in the company filing's. If we can answer any other question's. Our phone number is (609) 465-3025

Thank You
Harold & Carol Puckett