## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                :
                                      :   Chapter 11
American Home Mortgage                :
Holding, Inc. Delaware                :   Case No.07-11047 (CSS)
Corporation, et al.                   :
                                      :   Jointly Administered
    Debtors.                          :
                                      :
Grabfelder,Robert G.Sr.:
1000 Follies Rd.                      :
Dallas, Pa. 18612                     :

---

### RESPONSE TO NOTICE OF DEBTORS" THIRTHIETH (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 and 3007 , AND LOCAL RULE 3007-1

**RE: CLAIM # 2771**

Claimant, Robert G. Grabfelder, Sr. avers that the following is true and correct:

1) On February 28, 2007, claimant purchased 18.508 shares of American Home Mortgage stock. (See Exhibit A).

2) On April 27, 2007 Claimant acquired additional shares of American Home Mortgage stock. (See Exhibit A)

3) Claimant therefore is a legitimate shareholder in American Home Mortgage, thereby making his claim #2771, valid and a legal basis for a claim. Claimant further emphasizes that Exhibit A should be sufficient to support his claim and give him standing in this instant case.

4) Claimant also states that Exhibit A disputes factually the debtors objection to claim # 2117.

Wherefore claimant prays this Honorable Court recognize his standing and dismiss the Debtors Objection to his claim and award whatever damages this court deems appropriate.

Respectfully Submitted,

*Robert H. Grabfelder Sr.*
Robert G. Grabfelder, Sr.
1000 Follies Rd. Apt. AM8772
Dallas, Pa. 18612

Dated: 3-15-09

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** : | |
| : | **Chapter 11** |
| **American Home Mortgage** : | |
| **Holding, Inc. Delaware** : | **Case No.07-11047 (CSS)** |
| **Corporation, et al.** : | |
| : | **Jointly Administered** |
| **Debtors.** : | |
| : | |
| **Grabfelder,Robert G.Sr.**: | |
| **1000 Follies Rd.** : | |
| **Dallas, Pa. 18612** : | |

---

**PROOF OF SERVICE**

I, Robert G. Grabfelder Sr., hereby certify that I have this day served the foregoing document on the persons and in the manner indicated below.

SERVICE BY FIRST CLASS, PRE-PAID POSTAGE TO THE FOLLOWING:

Honorable Christopher S. Sontchi
United States Bankruptcy Court for
the District of Delaware
824 Market St. 5th Floor, Courtroom # 6
Wilmington, De. 19801


YoungConawayStargatt & Taylor, LLP
Nathan D. Grow
The Brandywine Bldg.
1000 West Street, 17 th Floor
Wilmington, Delaware, 19801


Respectfully Submitted,

*Robert G. Grabfelder, Sr.*
Robert G. Grabfelder, Sr.
1000 Follies Rd. Apt. AM8772
Dallas, Pa. 18612

Dated: 3-15-05

# EXHIBIT A

**INVESTMENT STATEMENT**

AMERICAN STOCK TRANSFER
& TRUST COMPANY
PO BOX 922
WALL STREET STATION
NEW YORK, NY 10269-0560

INTERNET WEBSITE:
www.amstock.com
OR
TELEPHONE NUMBER:
888-777-0319

**AMERICAN HOME MORTGAGE INVESTMENT CORP**

ROBERT G GRABFELDER SR &
ROBERT G GRABFELDER JR JTWROS
1000 FOLLIESROAD
APT. AM8772
DALLAS PA 18612

### CURRENT DIVIDEND INFORMATION

| | |
|---|---|
| ACCOUNT NUMBER | 0000010862 |
| RECORD DATE | 04/09/2007 |
| PAYABLE DATE | 04/27/2007 |
| DIVIDEND RATE | 1.120000 |
| GROSS DIVIDEND AMOUNT | 20.73 |
| TAX WITHHELD | .00 |
| NET DIVIDEND AMOUNT | 20.73 |

| | RECORD DATE CERTIFICATE(S) | RECORD DATE BOOK SHARES | RECORD DATE PLAN SHARES |
|---|---|---|---|
| SHARES | .000 | .000 | 18.508 |
| DOLLARS | .00 | .00 | 20.73 |

### YEAR-TO-DATE TRANSACTIONS

| TRANSACTION DATE | TYPE | TRANSACTION AMOUNT | SERVICE CHARGE | PRICE PER SHARE | TRANSACTION SHARES | SHARES HELD BY US IN PLAN ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD → | | |
| 02/28/2007 | 62 | 510.00 | 4.35 | 27.3200 | 18.508 | 18.508 |
| 04/27/2007 | 60 | 20.73 | .49 | 23.6630 | 0.855 | 19.363 |

**TRANSACTION TYPE**
51 Prior share balance
60 Shares purchased with dividend
61 Shares purchased with dividend discount
62 Shares purchased with optional cash
63 Shares purchased with optional cash discount
64 Shares received - STOCK DIVIDEND
65 Shares received - STOCK SPLIT
66 Shares DEPOSITED for safekeeping
67 Shares DEPOSITED by NAIC or Temper of the Times
68 Shares TRANSFERRED IN
69 Shares CREDIT adjustment
70 PARTIAL WITHDRAWAL - certificate issued for whole shares
71 PARTIAL WITHDRAWAL - whole shares sold
72 PARTIAL WITHDRAWAL - certificate issued for whole shares; fraction sold
73 PARTIAL WITHDRAWAL - shares sold; shareholder remains in plan
80 PLAN TERMINATION - certificate issued for whole shares; fraction sold
81 PLAN TERMINATION - all shares sold
88 Shares TRANSFERRED OUT
89 Shares DEBIT adjustment

76

**\*\* SERVICE CHARGE**
Includes service fees
and/or broker commissions
(if applicable)

**Many of the plan transactions outlined below (including purchases and sales, if applicable) can be performed using our website, www.amstock.com.**

### SHARE SUMMARY

| HELD BY YOU IN CERTIFICATE FORM | HELD BY US (BOOK) | HELD BY US (PLAN) | TOTAL SHARES HELD | VALUE OF THE TOTAL SHARES BASED ON LAST PURCHASE PRICE |
|---|---|---|---|---|
| .000 | .000 | 19.363 | 19.363 | 458.18 |

### YEAR-TO-DATE SUMMARY

| GROSS DIVIDENDS | TAXES WITHHELD | EARNED INCOME | COMMISSION PAID BY COMPANY |
|---|---|---|---|
| 20.73 | .00 | .00 | .00 |

| CASH CONTRIBUTIONS | | | |
|---|---|---|---|
| 510.00 | $25 MIN | $10,000 MAX | |