2333 Canonridge Cir.
Oakville, ON, L6M4T9
Tel 905-469-4199

## Krouglow, Alexander and Laura

March 23, 2008

**United States Bankruptcy Court for the District of Delaware.**
824 Market St., 3rd Floor,
Wilmington, DE, 19801
Tel. 800-667-6856

Case: No. 07-11047 (CSS)
Claim No. 6910
Claim Amount: $7,346.58

RESPONSE: "Notice of Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1."

To whom it may concern.

Further to the letter from March 6, 2009 regarding the above "Objection" filed by the Debtor – American Home Mortgage Holdings Inc. (the "Debtors") please find the following.

My wife, Laura Krouglow and I, Alexander Krouglow find absolutely unacceptable and object an attempt of the Debtors to seek the previously filed Claim against the Debtors in amount of $ 7,346.58 to be Expunged on the basis of alleged fraud, misstatements or other security violations arising out of the purchase or sale of securities.

Our **Claim does not contain** any allegations of fraud, misstatements or other securities violations by the Debtors, and we find Debtors' attempt to build a case for expunging our Claim upon the allegations our **Claim does not contain totally unacceptable and unethical.**

The lack of information available to us about the current financial state of Debtors mentioned in our Claim, was the main reason why we didn't stay away from purchasing the Debtors' securities prior to their sudden filing for Bankruptcy Protection.

However, **in No Way** the lack of information **suggests or alleges fraud, misstatement or any securities violations.**

To make this kind of allegations, anyone **should have an access to, or possess** the most recent information about the financial state of the company (Debtors) – **the information we simply didn't have.**

Therefore, we strongly believe, that Debtors attempt to expunge our Claim is totally baseless, and insist that our **Claim against the Debtors for Damages** would stay as it is.

Alexander and Laura Krouglow