IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :   Jointly Administered
                       Debtors.                                   :
                                                                  :   Ref. Docket No. 1172 & 1173
------------------------------------------------------------------x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019(a) FOR AN ORDER APPROVING AND AUTHORIZING STIPULATION WITH DB STRUCTURED PRODUCTS, INC. RESOLVING APPEAL FROM THE SERVICING SALE ORDER**

Upon consideration of the motion (the "Motion to Shorten")[1] of the above captioned debtors and debtors in possession (the "Debtors") for entry of an order providing that the applicable notice period for the Settlement Motion be shortened pursuant to Local Rule 9006-1(e) and section 105 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the hearing to consider the relief requested in the Settlement Motion will be held on March 31, 2009, at 2:00 p.m. (ET), and any response to the relief requested in the Settlement Motion may be raised at the hearing; and it is further

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: Wilmington, Delaware
       March 30, 2009

*/s/ Christopher S. Sontchi*
Christopher S. Sontchi
United States Bankruptcy Judge