IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
      Debtors.                                                           :
------------------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 31, 2009 AT 2:00 P.M. (ET)**

1. Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing Stipulation with DBSP Structured Products, Inc. Resolving Appeal from the Servicing Sale Order [D.I. 7172, 3/30/09]

   Response Deadline:   March 31, 2009 at 2:00 p.m.

   Related Document:

   a)   Order Shortening the Time for Notice of the Hearing [D.I. 7175, 3/30/09]

   Responses Filed:   None as of the filing of this Agenda

   Status: This matter will be going forward.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:7998817.1                                                                                          066585.1001

2

Dated: Wilmington, Delaware
March 30, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Patrick A. Jackson*
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman (No. 4652)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*