IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
                    Debtors.                                             :
------------------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF CERTAIN OMNIBUS HEARING DATES

The undersigned hereby certifies that he has obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: Wilmington, Delaware            YOUNG CONAWAY STARGATT & TAYLOR, LLP
       March 30, 2009

                                       /s/ Sean M. Beach
                                       James L. Patton, Jr. (No. 2202)
                                       Robert S. Brady (No. 2847)
                                       Joel A. Waite (No. 2925)
                                       Pauline K. Morgan (No. 3650)
                                       Sean M. Beach (No. 4070)
                                       Matthew B. Lunn (No. 4119)
                                       Kara Hammond Coyle (No. 4410)
                                       Kenneth J. Enos (No. 4544)
                                       The Brandywine Building
                                       1000 West Street, 17th Floor
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 571-6600
                                       Facsimile: (302) 571-1253

                                       Counsel for Debtors and
                                       Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
                                    Debtors.                             :
------------------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

April 21, 2009 at 2:00 p.m.   Bid Procedures
May 15, 2009[1] at 1:00 p.m.   Interim Fee Requests

Dated: March ____, 2009
       Wilmington, Delaware

                                    _____
                                    CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE

---

[1] May 15, 2009 at 1:00 p.m. replaces March 8, 2009 at 11:30 a.m.

DB02:6987501.4                                                                               066585.1001