United States Bankruptcy Court for the District of Columbia    23 March 2009
824 Market St., 3d Floor
Wilmington, Delaware, 19801

2009 MAR 30  AM 10: 59

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Young Conaway Stargatt & Taylor, LLP
 Nathan Grow (No 5041)
The Brandywine Bldg.
1000 West St., 17th Floor
Wilmington, Delaware 19801

Dear Sir or Madam,

I am responding to the Debtors (American Home Mortgage Holdings, Inc.) filing an "Objection" to my claim (see attached). The objection, as I understand, if filed because the Debtors do not believe they committed fraud, misstatements or other securities violations arising out of the purchase or sale of securities.

The debtors did in fact deceive and present misstatements. They continue to do so. Please visit the still active website of the Debtors www.americanhomemortgage.com

It reads:

### About Us

We have built a strong reputation as an outstanding mortgage company, serving the lending needs of real estate professionals, builders and individual homebuyers.

We're a full service mortgage company with an experienced staff offering expertise in every area of mortgage lending...from purchase to refinance to construction lending. We have access to a full range of mortgage sources and all of our lending specialists are dedicated to finding the right loan-with the best rates, terms and costs-to meet your unique needs. But that's just the beginning of our service. Throughout the lending process, we provide regular loan updates and progress reports so you always know the status of your loan. We also offer a special Mortgage Manager service if you are considering refinancing your mortgage.

And, now it's our pleasure to offer all of our exceptional mortgage services online. Through us you not only have access to the best loans available in the marketplace, but you can also review loan alternatives, and even apply for your loan,at your convenience, online - 24 hours a day.

Thank you for visiting our website. We look forward to putting our mortgage service to work for you!

Also refer to another active American Home Mortgage Company website:
tp://www.tucsonloanapproval.com/company.asp. It reads:

**Begin quote**: "About American Home Mortgage

American Home Mortgage's mission is to provide you with high quality mortgage and real estate programs that are tailored to fit your unique situation at some of the most competitive rates in the nation.

After receiving your information, American Home Mortgage will be able to get a complete look at your financial situation to determine how to use your new mortgage as a financial tool. Or, American Home Mortgage will learn more about the home you are selling or what kind of home you are looking to buy.

American Home Mortgage's real estate and mortgage service professionals are accessible to clients around the clock, and strive to obtain the best mortgage and real estate options, no matter what the situation.

American Home Mortgage is dedicated to helping you. To get started, browse the current home listings or fill out the online mortgage application.

Feel free to contact one of American Home Mortgage's mortgage or real estate professionals by calling . American Home Mortgage is more than happy to answer any questions that will assist you and your family in finding the best home and loan options available." **End quote**.

Ladies and gentlemen, are you telling me that the debtor is not making misstatements? Please! The catastrophic suddenness of the Debtors' stock in August 2007 is another indication—in terms of a reasonable persons' judgement--that fraud and deceit were being practiced by the Debtors' to that time.

I object to the Debtors filing--their filing under the Debtors' 31 Omnibus (Substantive) Objection to Claims pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and Local Rue 3007.

*Daniel Seland*

DANIEL SELAND
CMR 420, BOX 1993
APO AE  09063

E-mail: selandca@yahoo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Response Deadline: March 30, 2009 at 4:00 p.m. (ET) |
| ) | Hearing Date: April 6, 2009 at 2:00 p.m. (ET) |
| ) | |

AHM OB31 3/6/2009 (merge2.txnum2) 4000098405 EPIQ Use - 360

SELAND, DANIEL
CMR 420, BOX 1993
APO, AE  09063

## NOTICE OF DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: SELAND, DANIEL
CMR 420, BOX 1993
APO, AE  09063

Basis For Objection:   Equity Fraud Claim

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 5652 | $25,275.98 |

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors hereby object to your claim listed above in the "Claim to be Expunged" row because this claim alleges fraud, misstatements or other securities violations arising out of the purchase or sale of securities. Pursuant to section 510 of title 11 of the United States Code (the "Bankruptcy Code") and the provisions of the Debtors' confirmed plan of liquidation [Docket No. 7029] (the "Plan"), your claim is subordinated in right of payment to other claims against the Debtors. Through the Objection, the Debtors seek an order from the Court finding that your claim is a Subordinated Claim (as that term is defined in the Plan) and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan.

    Responses to the Objection, if any, must be filed on or before **March 30, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON APRIL 6, 2009 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 6, 2009
       Wilmington, Delaware

                                              YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                              Nathan D. Grow (No. 5014)
                                              The Brandywine Building
                                              1000 West Street, 17th Floor
                                              Wilmington, Delaware  19801
                                              Telephone: (302) 571-6756
                                              Facsimile: (302) 571-1253

                                              Counsel to the Debtors and Debtors in Possession