IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, <u>et</u> <u>al.</u>, ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| CORPORATE EXPRESS OFFICE PRODUCTS, INC. ) | |

**RESPONSE OF CORPORATE EXPRESS OFFICE PRODUCTS, INC. TO DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS**

Corporate Express Office Products, Inc. ("Corporate Express"), through its counsel, responds to the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims, as follows:

1. On August 21, 2007, Corporate Express filed its claim, designated Claim No. 38, in the amount of $101,190.38 (the "Claim"), a copy which is attached as Exhibit A.

2. Debtors have objected to the Claim on the basis that Corporate Express failed to provide documentation sufficient to support the Claim, the Debtors are unable to determine the basis for the claim and the Debtors' books and records show no liability to Corporate Express.

3. A summary of the invoices supporting the Claim was filed with the Claim. Attached hereto as Exhibit B are copies of all of the invoices comprising the Claim. These provide sufficient documentation for the Claim, reflect that Corporate Express provided furniture and other office products to the Debtors, and refute the Debtors' books and records which show no liability to Corporate Express..

WHEREFORE, Corporate Express Office Products requests this Court enter its order allowing the Claim in full, and for such other and further relief as is just.

Dated: March 30, 2009                                    FAEGRE & BENSON LLP

*s/Darrell M. Daley*
Darrell M. Daley, #16823
1900 15th Street
Boulder, CO 80302
Telephone: (303) 447-7700
Facsimile: (303) 447-7800
Email:    ddaley@faegre.com
Attorneys for Corporate Express Office
Products, Inc.

## CERTIFICATE OF SERVICE

      I certify that on the 30th day of March, 2009, a true and correct copy of the foregoing **RESPONSE OF CORPORATE EXPRESS OFFICE PRODUCTS, INC. TO DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS** was electronically filed with the clerk of court using the CM/ECF electronic filing system, and via facsimile and e-mail, to the following:

James L. Patton, Jr.
Pauline K. Morgan
Edward J. Kosmowski
Margaret B. Whiteman-Greecher
Nathan D. Grow
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Facsimile: 302-571-1253
E-mail:    jpatton@ycst.com
              pmorgan@ycst.com
              ekosmowski@ycst.com
              mgreecher@ycst.com
              ngrow@ycst.com

*Attorneys for the Debtors and Debtors in Possession*

                                                        *s/Darrell M. Daley*

fb.us.3814305.01