# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>**American Home Mortgage** | Case Number<br>**07-11048** | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor *(The person or other entity to whom the debtor owes money or property)*:<br>**Corporate Express Office Products, Inc.** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Address Where Notices Should be Sent:<br>**Corporate Express Office Products, Inc.**<br>**Attn: Legal Department**<br>**One Environmental Way**<br>**Broomfield, CO 80021**<br><br>Telephone Number: 303-664-3904 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR<br>14931163<br>15012985 | Check here if this claim:<br>☐ Replaces<br>☐ Amends<br>A previously filed claim, dated: _____ | |

**1. BASIS FOR CLAIM**
- ☒ **Goods Sold**
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your social security number: ___ - ___ - ___
  Unpaid compensation for services performed
  from _____ to _____
       (date)                (date)

**2. DATE DEBT WAS INCURRED:**
Varies

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED: $101,190.38**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. SECURED CLAIM.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges **at time case filed** included in secured claim, if any:
$_____

**6. UNSECURED PRIORITY CLAIM.**
☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, which ever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. CREDITS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. DATE-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| DATE: 8/15/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*[signature]*<br><br>**John Dabe - Regional Credit Manager** | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



**Corporate Express®**
A Buhrmann Company

Billing Inquiries
(866) 485-6701

Page 1 of 1
**STATEMENT OF OPEN INVOICES**
**As Of 08/14/2007**

| | |
|---|---|
| Customer Number | 14931163 |
| Payment Terms | NET PMT IN 30 DAYS |

**REMIT TO**
CORPORATE EXPRESS INC
PO Box 71217
Chicago, IL 60694-1217

AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747-3676

Account Aging As Of 08/14/2007

| | | |
|---|---:|---:|
| Current | | $ 963.26 |
| Past Due | | |
| 1-30 Days | 1,069.79 | |
| 31-60 Days | 17,506.01 | |
| 61-90 Days | 0.00 | |
| 91-120 Days | 0.00 | |
| 121+ Days | 275.85 | |
| Total Past Due | | $ 18,851.65 |
| Total Due | | $ 19,814.91 |

| Invoice Date | Invoice Number | Order Number | Order Ref Number | MELVILLE | Invoice Amount | Payments / Credits | Open Balance |
|---|---|---|---|---|---:|---:|---:|
| 01/23/2007 | 76340917 | 153984726-001 | | 538 | 95.59 | 0.00 | 95.59 |
| 02/15/2007 | 76955700 | 154472598-001 | | 538 | 41.28 | 0.00 | 41.28 |
| 02/16/2007 | 76992272 | 155500395-001 | | 538 | 30.40 | 0.00 | 30.40 |
| 02/20/2007 | 77042797 | 156040467-001 | 166954189 | 538 | 108.58 | 0.00 | 108.58 |
| 06/08/2007 | 79454786 | 162448208-001 | | 538 | 286.77 | 0.00 | 286.77 |
| 06/12/2007 | 79512322 | 161452005-001 | | AMC | 17,219.24 | 0.00 | 17,219.24 |
| 07/03/2007 | 79981183 | 163988025-001 | 179311934 | 270 | 896.03 | 0.00 | 896.03 |
| 07/03/2007 | 79982485 | 163866822-001 | 179149924 | 538 | 173.76 | 0.00 | 173.76 |
| 07/19/2007 | 80308742 | 164881512-001 | 180736938 | 538 | 184.40 | 0.00 | 184.40 |
| 07/23/2007 | 80368653 | 165030471-001 | 180974427 | 270 | 247.67 | 0.00 | 247.67 |
| 07/26/2007 | 80460065 | 165232836-001 | 181296071 | 270 | 500.15 | 0.00 | 500.15 |
| 07/30/2007 | 80524553 | 165232836-002 | 181296071 | 270 | 54.94 | 0.00 | 54.94 |
| 08/01/2007 | 80575820 | 165030471-003 | 180974427 | 270 | -23.90 | 0.00 | -23.90 |

**TOTAL ACCOUNT BALANCE**     $ 19,814.91    $ 0.00    $ 19,814.91


**Corporate Express**
A Buhrmann Company

Billing Inquiries
(800) 406-4405

Page 1 of 1
**STATEMENT OF OPEN INVOICES**
**As Of 08/15/2007**

| | |
|---|---|
| Customer Number | 15012985 |
| Payment Terms | NET PMT IN 30 DAYS |

**REMIT TO**
CORPORATE EXPRESS INC
PO BOX 95708
CHICAGO, IL 60694-5708

AMERICAN HOME MORTGAGE
950 N ELMHURST RD
ELMHURST, IL 60056-1144

Account Aging As Of 08/15/2007

| | | |
|---|---:|---:|
| Current | | $ 40,772.24 |
| Past Due | | |
| 1-30 Days | 2,328.79 | |
| 31-60 Days | 38,274.44 | |
| 61-90 Days | 0.00 | |
| 91-120 Days | 0.00 | |
| 121+ Days | 0.00 | |
| Total Past Due | | $ 40,603.23 |
| Total Due | | $ 81,375.47 |

| Invoice Date | Invoice Number | Order Number | Order Ref Number | SHIP TO | Invoice Amount | Payments / Credits | Open Balance |
|---|---|---|---|---|---:|---:|---:|
| 05/31/2007 | 79282510 | | | | 38,274.44 | 0.00 | 38,274.44 |
| 06/30/2007 | 79940981 | | | | 2,328.79 | 0.00 | 2,328.79 |
| 07/31/2007 | 80562618 | | | | 38,364.83 | 0.00 | 38,364.83 |
| 08/14/2007 | 80873637 | 163382239-002 | | IL950 | 2,407.41 | 0.00 | 2,407.41 |

**TOTAL ACCOUNT BALANCE**         $     81,375.47  $         0.00  $    81,375.47