# Exhibit A

Claim Search                                                                                                   Page 1 of 1

- Epiq Systems
- Contact Us
- Forms

# Epiq Systems, Inc.

| Client Home | Filed Claims & Schedules | Key Documents | Docket | | Change Client |

American Home Mortgage Corp.

Filed Claims and Schedules

Claim # [ ]   Name Starts With [Institutional]   Debtor [ ]
Schedule # [ ]   Total Claim Value [Equals] [ ]   Scope [Claims and Schedules]
Claim Date Range [ ] to [ ]
Order By [Creditor Name]   Results Per Page [10]   Search | Clear

Page 1 of 1                                                                                    Page [ ]

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 8620 | | INSTITUTIONAL INVESTOR GROUP<br>C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068<br><br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | 1/11/2008 | $0.00<br>Claim Unsecured Amount: $0.00<br>Remarks: THE CLAIMED AMOUNT IS UNDETERMINED | Image |

Claims 1-1 of 1

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and our user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2009 Epiq Systems, Inc. All Rights Reserved.

# Epiq Systems, Inc.

| Client Home | Filed Claims & Schedules | Key Documents | Docket | Change Client |

American Home Mortgage Corp.

Filed Claims and Schedules

| Claim # | | Name Starts With | lead plaintiffs | | Debtor | |
| Schedule # | | Total Claim Value | Equals | | Scope | Claims and Schedules |
| | | Claim Date Range | | to | | |
| Order By | Creditor Name | | | Results Per Page | 10 | Search | Clear |

Page 1 of 1

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 10551 | | LEAD PLAINTIFFS ON BEHALF OF THE CLASS, IN SECURITIES FRAUD CLASS ACTION C/O MICHAEL S ETKIN AND IRA M LEVEE 65 LIVINGSTON AVE - LOWENSTEIN SANDLER ROSELAND, NJ 07068  Debtor: AMERICAN HOME MORGAGE INVESTMENT CORP | 9/22/2008 | Claim Unsecured Amount: $0.00 $0.00  Remarks: THE CLAIMED AMOUNT IS UNDETERMINED | |

Claims 1-1 of 1

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use, and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2009 Epiq Systems, Inc. All Rights Reserved