UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>AMERICAN MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of: Robert A. McCall, Peabody & Arnold LLP, Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02210-2261, to represent Champion & Associates, P.C. in these jointly administered cases.

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ Francis J. Trzuskowski
FRANCIS J. TRZUSKOWSKI, ESQUIRE [#189]
Fox Run Business Park
2500 Wrangle Hill Road, Suite 210
Bear, DE 19701
302-327-1100

Dated: March 30, 2009

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Massachusetts and New

Hampshire and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Robert A. McCall
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
Telephone: (617) 951-2100
Facsimile: (617) 951-2125

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2009, a copy of Motion and Order for *Pro Hac Vice* was served via electronic filing upon counsel as follows:

James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19899

Stephen A. Weisbrod, Esquire
W. Hunter Winstead, Esquire
Gilbert Oshinsky LLP
1100 New York Avenue, N.W., Suite 700
Washington, DC 20005

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Jeffrey Zawadzki, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022

/s/ Francis J. Trzuskowski

FRANCIS J. TRZUSKOWSKI, ESQUIRE
[I.D. # 189]

Dated: March 30, 2009