**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:

| | |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | CHAPTER 11 |
| Debtor. | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| _____/ | |

**OAKLAND COUNTY TREASURER OF OAKLAND COUNTY, MICHIGAN'S RESPONSE TO DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTYC RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

**NOW COMES** Creditor, Oakland County Treasurer of Oakland County, Michigan, **by** KILPATRICK & ASSOCIATES, P.C., and for its Response to the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 states as follows:

1. On August 6, 2007, the Debtors each filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. The Treasurer is the tax collecting governmental unit for Oakland County, Michigan. As such, it is the Treasurer's duty to collect property taxes for the county and various cities within the County, which accrue on both real and personal property located within Oakland County, Michigan.

3. At the time of the Debtors' filing, the Debtors were indebted to the Treasurer in the amount of Forty Five Thousand Four Hundred Seventy Three and 15/100 Dollars ($45,473.15) as the result of the Debtors' failure to pay real property taxes for 2006 and 2007 on personal and real property located at various locations in Oakland County, Michigan as evidenced by the Proof of Claim filed herein.

4.On or about March 6, 2009, the Debtors filed the Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [docket 7084] ("Objection to Claims").

5.The Debtors claim in the Objection to Claims that Debtor has verified that the taxes AHM is responsible for have been paid and that the other taxes are not the responsibility of the Debtor.

6.The Treasurer denies that all taxes owed by the Debtors have been paid.

7.As of March 19, 2009, the following taxes are due and owing by the Debtor:

| Parcel ID | Address | Type | Year(s) | Amount |
|---|---|---|---|---|
| 76-99-67-449-165 | 29777 Telegraph, Southfield | personal | 2007, 2008 | $ 617.60 |
| 10-30-426-011 | 4522 Boxwood Ct., Rochester | real | 2007 | 66.61 |
| 64-14-18-482-011 | 921 Stanley Ave, Pontiac | real | 2007, 2008 | 4,560.05 |
| 12-19-22-477-010 | 499 Dunston, Bloomfield Hills | real | 2007, 2008 | 15,318.68 |
| 64-14-17-326-001 | 169 W. Columbia Ave., Pontiac | real | 2006, 2008 | 2,628.36 |
| 18-28-226-002 | 5518 Perrytown, W. Bloomfiel | real | 2008 | 6,431.02 |
| 18-30-277-008 | 5680 Branford, W. Bloomfield | real | 2008 | 4,491.53 |
| 99-93-000-267 | 4821 Highland, Waterford | personal | 2008 | 222.27 |
| 18-30-228-019 | 5515 Essex Ct., W. Bloomfield | real | 2008 | 7.59 |

Copies of the tax statements are attached hereto as Exhibit A.

8.The Treasurer holds a fully secured first priority lien on the property described above which lien attaches on December 1 of the year the taxes are due pursuant to state law. MCL § 211.40.

9.The Treasurer agrees that the Debtors have paid some of the taxes included on the Proof of Claim but seeks an allowed secured claim for the taxes due in tax years 2006 and 2007

in the amount of $4,929.16 and an allowed administrative expense priority claim for the taxes due in tax year 2008 in the amount of $29,414.55.

10.     To the extent that the responsibility for payment of the taxes owed on some of the properties described above have been transferred to other entities, the Debtors and the other entities have failed to inform the Treasurer of such transfer.

WHEREFORE, Creditor, Oakland County Treasurer of Oakland County, Michigan prays that this Court deny the Objection to its claim; allow it a secured claim in the amount of $4,929.16 and an administrative expense priority claim in the amount of $29,414.55; and for such other and further relief as is just and necessary.

Respectfully submitted;

**KILPATRICK & ASSOCIATES, P.C.**

By:     /s/ LEONORA K. BAUGHMAN
LEONORA K. BAUGHMAN, ESQ. (P33534)
Attorneys for Creditor Oakland County Treasurer
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
Date: March 30, 2009            (248) 377-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:

| | |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | CHAPTER 11 |
| Debtor. | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| _____/ | |

**PROOF OF SERVICE OF OAKLAND COUNTY TREASURER OF OAKLAND COUNTY, MICHIGAN'S RESPONSE TO DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTYC RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

**JACQUELYN LAWS** certifies that on the 30TH day of March, 2009 she did serve a copy of the OAKLAND COUNTY TREASURER OF OAKLAND COUNTY, MICHIGAN'S RESPONSE TO DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTYC RULES 3003 AND 3007, AND LOCAL RULE 3007-1 and PROOF OF SERVICE in the above-captioned matter, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Edward J. Kosmowski:  bankruptcy@ycst.com

United States Trustee:

Office of the U.S. Trustee: via ECF e-mail

> /s/ JACQUELYN LAWS
> **JACQUELYN LAWS**, an employee of
> KILPATRICK & ASSOCIATES, P.C.
> 903 N. Opdyke Road, Suite C
> Auburn Hills, MI 48326
> ecf@kaalaw.com
> (248) 377-0700