

**PATRICK M DOHANY**
**OAKLAND COUNTY TREASURER**
1200 NORTH TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341

Parcel Identification No: 76  99-67-449-165
Taxpayer: AMERICAN HOME MORTGAGE
Property Address: 29777 TELEGRAPH RD # 2631 SOUTHFIELD MI 48034-
Property Description: PERSONAL PROPERTY

**Statement**
Statement No: 23482
Page: 1 of 1
Date: March 18, 2009

## Tax Payments:

| Year | Tax | Interest & Fees | Total | Sale No. | Status |
|---|---|---|---|---|---|
| 2004 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2005 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2006 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2007 | $283.73 | $48.23 | $331.96 | | Delinquent - Immediate Payment Required |
| 2008 | >>>>>>>>>>>>>>>>>>>> Due Amounts Unknown! | | | | Delinquent - subject to settlement; negative amts indicate paymts received |

Total                                                                   $331.96

**Statement Total**                                   $331.96   If paid in March

DR        AMERICAN HOME MORTGAGE

          29777 TELEGRAPH RD # 2631
          SOUTHFIELD MI 48034-                (248) 858-0611



**PATRICK M DOHANY**
**OAKLAND COUNTY TREASURER**
1200 NORTH TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341

Parcel Identification No: N   10-30-426-011

Taxpayer: AMERICAN HOME MORTGAGE SERVICING INC

Property Address: 4522 BOXWOOD CT ROCHESTER MI 48306-4717

Property Description:
T4N, R11E, SEC 30 WOODS OF COUNTRY CREEK LOT 58 10-26-95 FR 400-004

Statement
Statement No: 23483
Page: 1 of 1
Date: March 18, 2009

## Tax Payments:

| Year | Tax | Interest & Fees | Total | Sale No. | Status |
|---|---|---|---|---|---|
| 2004 | $0.00 | $0.00 | $0.00 | | Paid |
| 2005 | $0.00 | $0.00 | $0.00 | | Paid |
| 2006 | $0.00 | $0.00 | $0.00 | | Paid |
| 2007 | $56.82 | $9.79 | $66.61 | | Delinquent - partial payment allowed |
| 2008 | >>>>>>>>>>>>>>>>>>>>>> Due Amounts Unknown! | | | | Delinquent - subject to settlement; negative amts indicate paymts received |

Total                                $66.61

**Statement Total**                  $66.61   If paid in March

DR    AMERICAN HOME MORTGAGE SERVICING IN

4600 REGENT BLVD STE 200
IRVING TX 75063-1730                    (248) 858-0611



**PATRICK M DOHANY**
**OAKLAND COUNTY TREASURER**
1200 NORTH TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341

Parcel Identification No: 64  14-18-482-011
Taxpayer: MICHIGAN SEVEN LLC
Property Address: 921 STANLEY AVE PONTIAC MI 48340-2563
Property Description:
T3N, R10E, SEC 18 ASSESSOR'S PLAT NO 144 LOTS 333 TO 339 INCL

**Statement**
Statement No: 23484
Page: 1 of 1
Date: March 18, 2009

**Tax Payments:**

| Year | Tax | Interest & Fees | Total | Sale No. | Status |
|---|---|---|---|---|---|
| 1993 | $0.00 | $0.00 | $0.00 | | Paid |
| 1994 | $0.00 | $0.00 | $0.00 | | Paid |
| 1995 | $0.00 | $0.00 | $0.00 | | Paid |
| 1997 | $0.00 | $0.00 | $0.00 | | Paid |
| 1998 | $0.00 | $0.00 | $0.00 | | Paid |
| 1999 | $0.00 | $0.00 | $0.00 | | Paid |
| 2000 | $0.00 | $0.00 | $0.00 | | Paid |
| 2001 | $0.00 | $0.00 | $0.00 | | Paid |
| 2004 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2005 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2006 | $0.00 | $0.00 | $0.00 | | Paid |
| 2007 | $1,699.36 | $303.89 | $2,003.25 | | Delinquent - partial payment allowed |
| 2008 | >>>>>>>>>>>>>>>>>>>>>> Due Amounts Unknown! | | | | Delinquent - subject to settlement; negative amts indicate paymts received |

Total                                   $2,003.25

**Statement Total**                     $2,003.25  If paid in March

DR    MICHIGAN SEVEN LLC

1111 BELLEVILLE ST STE 107
COLUMBIA SC 29201-                  (248) 858-0611



**PATRICK M DOHANY**
**OAKLAND COUNTY TREASURER**
1200 NORTH TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341

Parcel Identification No: 12  19-22-477-010

Taxpayer: AMERICAN HOME MORTGAGE SERVICING

Property Address: 499 DUNSTON RD BLOOMFIELD HILLS MI 48304-3420

Property Description:
T2N, R10E, SEC 22 CRESTWOOD LOT 8

Statement
Statement No: 23485
Page: 1 of 1
Date: March 18, 2009

### Tax Payments:

| Year | Tax | Interest & Fees | Total | Sale No. | Status |
|---|---|---|---|---|---|
| 1993 | $0.00 | $0.00 | $0.00 | 1996-03037 | Paid |
| 1994 | $0.00 | $0.00 | $0.00 | | Paid |
| 1995 | $0.00 | $0.00 | $0.00 | | Paid |
| 1996 | $0.00 | $0.00 | $0.00 | | Paid |
| 1997 | $0.00 | $0.00 | $0.00 | | Paid |
| 1998 | $0.00 | $0.00 | $0.00 | 2001-02467 | Paid |
| 1999 | $0.00 | $0.00 | $0.00 | | Paid |
| 2000 | $0.00 | $0.00 | $0.00 | | Paid |
| 2001 | $0.00 | $0.00 | $0.00 | | Paid |
| 2004 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2005 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2006 | $0.00 | $0.00 | $0.00 | | Paid |
| 2007 | $1,890.94 | $336.46 | $2,227.40 | | Delinquent - partial payment allowed |
| 2008 | >>>>>>>>>>>>>>>>>>>> Due Amounts Unknown! | | | | Delinquent - subject to settlement; negative amts indicate paymts received |

Total                                                              $2,227.40

**Statement Total**                          $2,227.40  If paid in March

DR    AMERICAN HOME MORTGAGE SERVICING

4600 REGENT BLVD STE 200
IRVING TX 75063-1730                    (248) 858-0611



**PATRICK M DOHANY**
**OAKLAND COUNTY TREASURER**
1200 NORTH TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341

Parcel Identification No: 64  14-17-326-001
Taxpayer: GO INVEST WISLEY LLC
Property Address: 169 W COLUMBIA AVE PONTIAC MI 48340-1811
Property Description:
T3N, R10E, SEC 17 BUENA VISTA HEIGHTS SUBDIVISION LOT 657

**Statement**
Statement No: 23486
Page: 1 of 1
Date: March 18, 2009

## Tax Payments:

| Year | Tax (Due) | Interest & Fees (Due) | Total (Due) | Sale No. | Status |
|---|---|---|---|---|---|
| 1992 | $0.00 | $0.00 | $0.00 | | Paid |
| 1993 | $0.00 | $0.00 | $0.00 | | Paid |
| 2000 | $0.00 | $0.00 | $0.00 | | Paid |
| 2001 | $0.00 | $0.00 | $0.00 | | Paid |
| 2004 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2005 | $0.00 | $0.00 | $0.00 | | Paid |
| 2006 | $69.70 | $230.24 | $299.94 | | Delinquent - partial payment allowed |
| 2007 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2008 | >>>>>>>>>>>>>>>>>>>>>>> Due Amounts Unknown! | | | | Delinquent - subject to settlement; negative amts indicate paymts received |

Total                          $299.94

**Statement Total**             $299.94   If paid in March

DR   GO INVEST WISLEY LLC

2637 N WASHINGTON BLVD STE 131
NORTH OGDEN UT 84414-          (248) 858-0611



**PATRICK M. DOHANY**
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

AMERICAN HOME MORTGAGE
29777 TELEGRAPH RD, #2631
SOUTHFIELD MI 48034

**REVISED STATEMENT**
03/19/09

PROPERTY ADDRESS
29777 TELEGRAPH RD #2631

**CITY OF SOUTHFIELD**     Parcel:     **76-99-67-449-165**

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR 2008 WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---|---|
| UNPAID TAX | 195.38 | 62.37 |
| ADMINISTRATION FEE | 1.95 | 0.62 |
| SPECIAL ASSESSMENTS | 0.00 | 0.00 |
| UNPAID TAX BILL | 197.33 | 62.99 |
| INTEREST | 5.86 | 0.00 |
| PENALTY | 5.86 |  |
| SUBTOTAL BY SEASON | 209.05 | 62.99 |
| TOTAL DELINQUENT ROLL (both seasons) |  | 272.04 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) |  | 10.88 |
| 1% COUNTY INTEREST PER MONTH |  | 2.72 |
| **TOTAL DUE   (THROUGH MARCH)** |  | **285.64** * |

Return statement with payment to: OAKLAND COUNTY TREASURER
* If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION



PATRICK M. DOHANY
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

MICHIGAN SEVEN LLC
1111 BELLEVILLE ST STE 107
COLUMBIA SC 29201

# REVISED STATEMENT
03/19/09

PROPERTY ADDRESS
921 STANLEY AVE

## CITY OF PONTIAC

Parcel: **64-14-18-482-011**

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR 2008 WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---|---|
| UNPAID TAX | 1,211.88 | 42.69 |
| ADMINISTRATION FEE | 12.11 | 0.42 |
| SPECIAL ASSESSMENTS | 0.00 | 1,083.12 |
| UNPAID TAX BILL | 1,223.99 | 1,126.23 |
| INTEREST | 48.47 | 0.00 |
| PENALTY | 36.36 |  |
| SUBTOTAL BY SEASON | 1,308.82 | 1,126.23 |
| TOTAL DELINQUENT ROLL (both seasons) |  | 2,435.05 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) |  | 97.40 |
| 1% COUNTY INTEREST PER MONTH |  | 24.35 |
| **TOTAL DUE (THROUGH MARCH)** |  | **2,556.80** * |

Return statement with payment to:  OAKLAND COUNTY TREASURER
* If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION
T3N, R10E, SEC 18 ASSESSOR'S PLAT NO 144 LOTS 333 TO 339 INCL



PATRICK M. DOHANY
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

AMERICAN HOME MORTGAGE SERVICIN
4600 REGENT BLVD STE 200
IRVING TX 75063-1730

**REVISED STATEMENT**
03/19/09

PROPERTY ADDRESS
499 DUNSTON RD

**CITY OF BLOOMFIELD HILLS**     Parcel:     12-19-22-477-010

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR 2008 WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---:|---:|
| UNPAID TAX | 10,313.16 | 1,525.63 |
| ADMINISTRATION FEE | 0.00 | 0.00 |
| SPECIAL ASSESSMENTS | 0.00 | 165.00 |
| UNPAID TAX BILL | 10,313.16 | 1,690.63 |
| INTEREST | 154.70 | 0.00 |
| PENALTY | 309.39 |  |
| SUBTOTAL BY SEASON | 10,777.25 | 1,690.63 |
| TOTAL DELINQUENT ROLL (both seasons) |  | 12,467.88 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) |  | 498.72 |
| 1% COUNTY INTEREST PER MONTH |  | 124.68 |
| **TOTAL DUE   (THROUGH MARCH)** |  | **13,091.28** * |

    Return statement with payment to:  OAKLAND COUNTY TREASURER
    * If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION
T2N, R10E, SEC 22 CRESTWOOD LOT 8



**PATRICK M. DOHANY**
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

GO INVEST WISLEY LLC
2637 N WASHINGTON BLVD STE 131
NORTH OGDEN UT 84414

# REVISED STATEMENT
03/19/09

PROPERTY ADDRESS
169 W COLUMBIA

**CITY OF PONTIAC**     Parcel:     **64-14-17-326-001**

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR  2008  WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|                                   | SUMMER*  | WINTER   |
|-----------------------------------|---------:|---------:|
| UNPAID TAX                        | 1,732.19 |    39.28 |
| ADMINISTRATION FEE                |    17.32 |     0.39 |
| SPECIAL ASSESSMENTS               |     0.00 |   307.11 |
| UNPAID TAX BILL                   | 1,749.51 |   346.78 |
| INTEREST                          |    69.28 |     0.00 |
| PENALTY                           |    51.97 |          |
| SUBTOTAL BY SEASON                | 1,870.76 |   346.78 |
| TOTAL DELINQUENT ROLL (both seasons) | | 2,217.54 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) | |    88.70 |
| 1% COUNTY INTEREST PER MONTH      |          |    22.18 |
| **TOTAL DUE**  (THROUGH MARCH)    |          | 2,328.42 * |

Return statement with payment to:  OAKLAND COUNTY TREASURER
* If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION
T3N, R10E, SEC 17 BUENA VISTA HEIGHTS SUBDIVISION LOT 657



PATRICK M. DOHANY
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

REAL ESTATE MORTGAGE NETWORK
35 PINELAWN RD
MELVILLE NY 11747

## REVISED STATEMENT
03/19/09

PROPERTY ADDRESS
5518 PERRYTOWN

**WEST BLOOMFIELD TOWNSHIP**          Parcel:     X -18-28-226-002

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR <u>2008</u> WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---|---|
| UNPAID TAX | 4,265.28 | 1,103.78 |
| ADMINISTRATION FEE | 42.65 | 11.04 |
| SPECIAL ASSESSMENTS | 0.00 | 275.50 |
| UNPAID TAX BILL | 4,307.93 | 1,390.32 |
| INTEREST | 298.57 | 0.00 |
| PENALTY | 127.96 | |
| SUBTOTAL BY SEASON | 4,734.46 | 1,390.32 |
| TOTAL DELINQUENT ROLL (both seasons) | | 6,124.78 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) | | 244.99 |
| 1% COUNTY INTEREST PER MONTH | | 61.25 |
| **TOTAL DUE**   (THROUGH MARCH) | | 6,431.02 * |

> Return statement with payment to:  OAKLAND COUNTY TREASURER
> * If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION
T2N, R9E, SEC 28 POTOMAC VILLAGE NO 1 LOT 1

# OAKLAND COUNTY MICHIGAN

**PATRICK M. DOHANY**
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

AMERICAN HOME MORTGAGE
TAX/FORECLOSURE DEPT
4600 REGENT BLVD STE 200
IRVING TX 75063-1730

## REVISED STATEMENT
03/19/09

PROPERTY ADDRESS
5680 BRANFORD DR

## WEST BLOOMFIELD TOWNSHIP

Parcel: X -18-30-277-008

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR 2008 WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---|---|
| UNPAID TAX | 0.00 | 4,235.29 |
| ADMINISTRATION FEE | 0.00 | 42.35 |
| SPECIAL ASSESSMENTS | 0.00 | 0.00 |
| UNPAID TAX BILL | 0.00 | 4,277.64 |
| INTEREST | 0.00 | 0.00 |
| PENALTY | 0.00 |  |
| SUBTOTAL BY SEASON | 0.00 | 4,277.64 |
| TOTAL DELINQUENT ROLL (both seasons) |  | 4,277.64 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) |  | 171.11 |
| 1% COUNTY INTEREST PER MONTH |  | 42.78 |
| **TOTAL DUE   (THROUGH MARCH)** |  | **4,491.53 *** |

Return statement with payment to: OAKLAND COUNTY TREASURER
* If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION
T2N, R9E, SEC 30 WYNDHAM POINTE SUB NO 4 LOT 137 3-7-01 FR 251-002



PATRICK M. DOHANY
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

AMERICAN HOME MORTGAGE CORP
4821 HIGHLAND
WATERFORD MI 48328-0000

**REVISED STATEMENT**
03/19/09

PROPERTY ADDRESS
4821 HIGHLAND

**TOWNSHIP OF WATERFORD**  Parcel:  W -99-93-000-267

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR 2008 WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---|---|
| UNPAID TAX | 136.45 | 59.62 |
| ADMINISTRATION FEE | 1.36 | 0.60 |
| SPECIAL ASSESSMENTS | 0.00 | 0.00 |
| UNPAID TAX BILL | 137.81 | 60.22 |
| INTEREST | 9.56 | 0.00 |
| PENALTY | 4.09 |  |
| SUBTOTAL BY SEASON | 151.46 | 60.22 |
| TOTAL DELINQUENT ROLL (both seasons) |  | 211.68 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) |  | 8.47 |
| 1% COUNTY INTEREST PER MONTH |  | 2.12 |
| **TOTAL DUE   (THROUGH MARCH)** |  | **222.27** * |

Return statement with payment to: OAKLAND COUNTY TREASURER
* If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION



PATRICK M. DOHANY
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

AMERICAN HOME MORTGAGE SERV
4600 REGENT BLVD STE 200
IRVING TX 75063-1730

**REVISED STATEMENT**
03/19/09

PROPERTY ADDRESS
5515 ESSEX CT

**WEST BLOOMFIELD TOWNSHIP**   Parcel:   X -18-30-228-019

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR 2008 WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---|---|
| UNPAID TAX | 0.00 | 6.11 |
| ADMINISTRATION FEE | 0.00 | 0.06 |
| SPECIAL ASSESSMENTS | 0.00 | 0.35 |
| UNPAID TAX BILL | 0.00 | 6.52 |
| INTEREST | 0.00 | 0.00 |
| PENALTY | 0.00 |  |
| SUBTOTAL BY SEASON | 0.00 | 6.52 |
| TOTAL DELINQUENT ROLL (both seasons) |  | 6.52 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) |  | 1.00 |
| 1% COUNTY INTEREST PER MONTH |  | 0.07 |
| **TOTAL DUE   (THROUGH MARCH)** |  | **7.59** * |

Return statement with payment to: OAKLAND COUNTY TREASURER
* If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION
T2N, R9E, SEC 30 WYNDHAM POINTE SUB NO 4 LOT 175 3-7-01 FR 226-002