IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware Corporation, et al.,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO.:   07-11047 CSS<br><br>Jointly Administered<br><br>Objection Deadline: March 30, 2009 at 4:00 p.m. (ET)<br>Hearing Date: April 6, 2009 at 2:00 p.m. (ET) |

**RESPONSE OF THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1 (Docket #7084)**

The New York State Department of Taxation and Finance ("DTF"), by and through New York State Attorney General Andrew M. Cuomo, responds to the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") as follows:

1. The Objection challenges the following claims filed by DTF:

| **Claim No.** | **Case No.** | **Date Filed** | **Amount** |
|---|---|---|---|
| 8780 | 07-11054 | 1/2/08 | $1,289.95 |
| 8790 | 07-11050 | 1/2/08 | $1,289.95 |
| 8791 | 07-11053 | 1/2/08 | $6,289.95 |
| 10042 | 07-11051 | 1/2/08 | $1,289.95 |
| 10043 | 07-11047 | 1/2/08 | $1,039.95 |

Each of the claims is objected to on the grounds that the "Debtors' books and records indicate that no taxes are due per filed tax returns."

2.     DTF has withdrawn, or is in the process of withdrawing, Claim No. 8780 and Claim No. 8790. DTF therefore consents to the disallowance of those claims. With respect to the remaining claims, DTF's position is set forth in this Response.

3.     Claim No. 8791 asserts corporate tax liabilities against Homegate Settlement Services, Inc. (Case No. 07-11053) for the tax year ending December 31, 2006, and a withholding tax assessment for the period ending June 30, 2007. DTF has determined that the corporate tax assessments should be withdrawn from the claim. However, the withholding tax assessment is based upon a pre-petition penalty of $5,000.00 imposed against the Debtor as a result of its failure to enroll as a mandatory participant in DTF's electronic funds transfer system for the collection of withholding taxes. This penalty is asserted as a general unsecured liability in Claim No. 8791 and remains outstanding.

4.     Claim No. 10042, filed against American Mortgage Corp. (Case No. 07-11051), and Claim No. 10043, filed against American Home Mortgage Holdings, Inc. (Case No. 07-11047), set forth corporation tax liabilities for the tax year ending December 31, 2006. The assessments referenced in those claims have since been canceled. However, amended claims have been filed with respect to both Claims Nos. 10042 and 10043. DTF does not oppose the relief requested in the Objection as to these specific claims, so long as the disallowance of Claims Nos. 10042 and 10043 does not, by implication or otherwise, affect the amendments to these claims.

5. Based on the foregoing:

   a) DTF consents that Claims Nos. 8780, 8790, 10042 and 10043 be disallowed and expunged, provided that the amendments to Claims Nos. 10042 and 10043 survive; and

   b) DTF opposes the Objection as to Claim No. 8791 to the extent of the general unsecured liability in the amount of $5,000.00.

Dated: March 26, 2009
    Albany, New York

        Respectfully submitted,
        Andrew M. Cuomo
        Attorney General of the State of New York


        By:/s/ Norman P. Fivel
        Norman P. Fivel
        Assistant Attorney General
        Civil Recoveries Bureau
        The Capitol
        Albany, New York   12224-0341
        Telephone: (518) 474-6842
        Facsimile: (518) 408-2057
        Email: Norman.Fivel@oag.state.ny.us


TO: Young, Conaway, Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE   19801

    Office of the United States Trustee
    844 King Street, Suite 2313
    Lockbox 35
    Wilmington, DE   19801

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | CASE NO.:   07-11047 CSS |
| Debtors. | |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2009, a true copy of this Response by the New York State Department of Taxation and Finance to Debtors' Thirty-First Omnibus (Substantive) Objection to Claims pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 was served by regular, first class mail on all parties listed below:

Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE   19801

Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE   19801

Dated:  March 26, 2009
       Albany, New York

                                          /s/ Norman P. Fivel
                                          Norman P. Fivel