

**PATRICK M DOHANY**
**OAKLAND COUNTY TREASURER**
1200 NORTH TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341

Parcel Identification No: 76  99-67-449-165
Taxpayer: AMERICAN HOME MORTGAGE
Property Address: 29777 TELEGRAPH RD # 2631 SOUTHFIELD MI 48034-
Property Description: PERSONAL PROPERTY

**Statement**
Statement No:  23482
Page:  1 of  1
Date:  March 18, 2009

### Tax Payments:

| Year | Tax | Interest & Fees | Total | Sale No. | Status |
|---|---|---|---|---|---|
| 2004 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2005 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2006 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2007 | $283.73 | $48.23 | $331.96 | | Delinquent - Immediate Payment Required |
| 2008 | >>>>>>>>>>>>>>>>>>>> Due Amounts Unknown! | | | | Delinquent - subject to settlement; negative amts indicate paymts received |

Total                                                                $331.96

**Statement Total**                            $331.96  If paid in March

DR          AMERICAN HOME MORTGAGE

            29777 TELEGRAPH RD # 2631
            SOUTHFIELD MI 48034-                    (248) 858-0611



**PATRICK M DOHANY**
**OAKLAND COUNTY TREASURER**
1200 NORTH TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341

Parcel Identification No: N  10-30-426-011

Taxpayer: AMERICAN HOME MORTGAGE SERVICING INC

Property Address: 4522 BOXWOOD CT ROCHESTER MI 48306-4717

Property Description:
T4N, R11E, SEC 30 WOODS OF COUNTRY CREEK LOT 58 10-26-95 FR 400-004

Statement
Statement No: 23483
Page: 1 of 1
Date: March 18, 2009

### Tax Payments:

| Year | Tax | Interest & Fees | Total | Sale No. | Status |
|---|---|---|---|---|---|
| 2004 | $0.00 | $0.00 | $0.00 | | Paid |
| 2005 | $0.00 | $0.00 | $0.00 | | Paid |
| 2006 | $0.00 | $0.00 | $0.00 | | Paid |
| 2007 | $56.82 | $9.79 | $66.61 | | Delinquent - partial payment allowed |
| 2008 | >>>>>>>>>>>>>>>>>>>>>> Due Amounts Unknown! | | | | Delinquent - subject to settlement; negative amts indicate paymts received |

Total                                                $66.61

**Statement Total**                     $66.61  If paid in March

DR    AMERICAN HOME MORTGAGE SERVICING IN

4600 REGENT BLVD STE 200
IRVING TX 75063-1730                 (248) 858-0611



**PATRICK M DOHANY**
**OAKLAND COUNTY TREASURER**
1200 NORTH TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341

Parcel Identification No: 64   14-18-482-011
Taxpayer:  MICHIGAN SEVEN LLC
Property Address: 921 STANLEY AVE PONTIAC MI 48340-2563
Property Description:
T3N, R10E, SEC 18 ASSESSOR'S PLAT NO 144 LOTS 333 TO 339 INCL

Statement
Statement No: 23484
Page:   1 of   1
Date:  March 18, 2009

## Tax Payments:

| Year | Tax | Interest & Fees | Total | Sale No. | Status |
|---|---|---|---|---|---|
| 1993 | $0.00 | $0.00 | $0.00 | | Paid |
| 1994 | $0.00 | $0.00 | $0.00 | | Paid |
| 1995 | $0.00 | $0.00 | $0.00 | | Paid |
| 1997 | $0.00 | $0.00 | $0.00 | | Paid |
| 1998 | $0.00 | $0.00 | $0.00 | | Paid |
| 1999 | $0.00 | $0.00 | $0.00 | | Paid |
| 2000 | $0.00 | $0.00 | $0.00 | | Paid |
| 2001 | $0.00 | $0.00 | $0.00 | | Paid |
| 2004 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2005 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2006 | $0.00 | $0.00 | $0.00 | | Paid |
| 2007 | $1,699.36 | $303.89 | $2,003.25 | | Delinquent - partial payment allowed |
| 2008 | >>>>>>>>>>>>>>>>>>>>>> Due Amounts Unknown! | | | | Delinquent - subject to settlement; negative amts indicate paymts received |

Total                                $2,003.25

**Statement Total**           $2,003.25  If paid in March

DR    MICHIGAN SEVEN LLC

1111 BELLEVILLE ST STE 107
COLUMBIA SC 29201-                    (248) 858-0611



**PATRICK M DOHANY**
**OAKLAND COUNTY TREASURER**
1200 NORTH TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341

Parcel Identification No: 12  19-22-477-010

Taxpayer: AMERICAN HOME MORTGAGE SERVICING

Property Address: 499 DUNSTON RD BLOOMFIELD HILLS MI 48304-3420

Property Description:
T2N, R10E, SEC 22 CRESTWOOD LOT 8

**Statement**
Statement No:  23485
Page:  1 of  1
Date:  March 18, 2009

## Tax Payments:

| Year | Tax | Interest & Fees | Total | Sale No. | Status |
|---|---|---|---|---|---|
| 1993 | $0.00 | $0.00 | $0.00 | 1996-03037 | Paid |
| 1994 | $0.00 | $0.00 | $0.00 | | Paid |
| 1995 | $0.00 | $0.00 | $0.00 | | Paid |
| 1996 | $0.00 | $0.00 | $0.00 | | Paid |
| 1997 | $0.00 | $0.00 | $0.00 | | Paid |
| 1998 | $0.00 | $0.00 | $0.00 | 2001-02467 | Paid |
| 1999 | $0.00 | $0.00 | $0.00 | | Paid |
| 2000 | $0.00 | $0.00 | $0.00 | | Paid |
| 2001 | $0.00 | $0.00 | $0.00 | | Paid |
| 2004 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2005 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2006 | $0.00 | $0.00 | $0.00 | | Paid |
| 2007 | $1,890.94 | $336.46 | $2,227.40 | | Delinquent - partial payment allowed |
| 2008 | >>>>>>>>>>>>>>>>>>>> Due Amounts Unknown! | | | | Delinquent - subject to settlement; negative amts indicate paymts received |

Total  $2,227.40

**Statement Total**  $2,227.40  If paid in March

DR  AMERICAN HOME MORTGAGE SERVICING

4600 REGENT BLVD STE 200
IRVING TX 75063-1730        (248) 858-0611



**PATRICK M DOHANY**
**OAKLAND COUNTY TREASURER**
1200 NORTH TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341

Parcel Identification No: 64   14-17-326-001
Taxpayer: GO INVEST WISLEY LLC
Property Address: 169 W COLUMBIA AVE PONTIAC MI 48340-1811
Property Description:
T3N, R10E, SEC 17 BUENA VISTA HEIGHTS SUBDIVISION LOT 657

**Statement**
Statement No:   23486
Page:   1 of   1
Date:   March 18, 2009

### Tax Payments:

| Year | Tax | Interest & Fees | Total | Sale No. | Status |
|---|---|---|---|---|---|
| 1992 | $0.00 | $0.00 | $0.00 | | Paid |
| 1993 | $0.00 | $0.00 | $0.00 | | Paid |
| 2000 | $0.00 | $0.00 | $0.00 | | Paid |
| 2001 | $0.00 | $0.00 | $0.00 | | Paid |
| 2004 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2005 | $0.00 | $0.00 | $0.00 | | Paid |
| 2006 | $69.70 | $230.24 | $299.94 | | Delinquent - partial payment allowed |
| 2007 | $0.00 | $0.00 | $0.00 | | Not Returned Delinquent |
| 2008 | >>>>>>>>>>>>>>>>>>>>>> Due Amounts Unknown! | | | | Delinquent - subject to settlement; negative amts indicate paymts received |

Total                                         $299.94

**Statement Total**                  $299.94   If paid in March

DR       GO INVEST WISLEY LLC

         2637 N WASHINGTON BLVD STE 131
         NORTH OGDEN UT 84414-            (248) 858-0611



PATRICK M. DOHANY
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

AMERICAN HOME MORTGAGE
29777 TELEGRAPH RD, #2631
SOUTHFIELD MI 48034

# REVISED STATEMENT
03/19/09

PROPERTY ADDRESS
29777 TELEGRAPH RD #2631

**CITY OF SOUTHFIELD**            Parcel:    **76-99-67-449-165**

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR 2008 WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---|---|
| UNPAID TAX | 195.38 | 62.37 |
| ADMINISTRATION FEE | 1.95 | 0.62 |
| SPECIAL ASSESSMENTS | 0.00 | 0.00 |
| UNPAID TAX BILL | 197.33 | 62.99 |
| INTEREST | 5.86 | 0.00 |
| PENALTY | 5.86 |  |
| SUBTOTAL BY SEASON | 209.05 | 62.99 |
| TOTAL DELINQUENT ROLL (both seasons) | | 272.04 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) | | 10.88 |
| 1% COUNTY INTEREST PER MONTH | | 2.72 |
| **TOTAL DUE   (THROUGH MARCH)** | | **285.64** * |

Return statement with payment to:  OAKLAND COUNTY TREASURER
* If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION



PATRICK M. DOHANY
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

MICHIGAN SEVEN LLC
1111 BELLEVILLE ST STE 107
COLUMBIA SC 29201

**REVISED STATEMENT**
03/19/09

PROPERTY ADDRESS
921 STANLEY AVE

## CITY OF PONTIAC

Parcel:  64-14-18-482-011

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR 2008 WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---:|---:|
| UNPAID TAX | 1,211.88 | 42.69 |
| ADMINISTRATION FEE | 12.11 | 0.42 |
| SPECIAL ASSESSMENTS | 0.00 | 1,083.12 |
| UNPAID TAX BILL | 1,223.99 | 1,126.23 |
| INTEREST | 48.47 | 0.00 |
| PENALTY | 36.36 |  |
| SUBTOTAL BY SEASON | 1,308.82 | 1,126.23 |
| TOTAL DELINQUENT ROLL (both seasons) |  | 2,435.05 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) |  | 97.40 |
| 1% COUNTY INTEREST PER MONTH |  | 24.35 |
| **TOTAL DUE  (THROUGH MARCH)** |  | **2,556.80** * |

Return statement with payment to:  OAKLAND COUNTY TREASURER
* If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION
T3N, R10E, SEC 18 ASSESSOR'S PLAT NO 144 LOTS 333 TO 339 INCL



**PATRICK M. DOHANY**
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

AMERICAN HOME MORTGAGE SERVICIN
4600 REGENT BLVD STE 200
IRVING TX 75063-1730

**REVISED STATEMENT**
03/19/09

PROPERTY ADDRESS
499 DUNSTON RD

**CITY OF BLOOMFIELD HILLS**   Parcel:   **12-19-22-477-010**

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR <u>2008</u> WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---:|---:|
| UNPAID TAX | 10,313.16 | 1,525.63 |
| ADMINISTRATION FEE | 0.00 | 0.00 |
| SPECIAL ASSESSMENTS | 0.00 | 165.00 |
| UNPAID TAX BILL | 10,313.16 | 1,690.63 |
| INTEREST | 154.70 | 0.00 |
| PENALTY | 309.39 |  |
| SUBTOTAL BY SEASON | 10,777.25 | 1,690.63 |
| TOTAL DELINQUENT ROLL (both seasons) |  | 12,467.88 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) |  | 498.72 |
| 1% COUNTY INTEREST PER MONTH |  | 124.68 |
| **TOTAL DUE** (THROUGH MARCH) |  | **13,091.28** * |

> Return statement with payment to: OAKLAND COUNTY TREASURER
> * If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION
T2N, R10E, SEC 22 CRESTWOOD LOT 8



PATRICK M. DOHANY
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

GO INVEST WISLEY LLC
2637 N WASHINGTON BLVD STE 131
NORTH OGDEN UT 84414

## REVISED STATEMENT
03/19/09

PROPERTY ADDRESS
169 W COLUMBIA

## CITY OF PONTIAC

Parcel: 64-14-17-326-001

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR 2008 WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---|---|
| UNPAID TAX | 1,732.19 | 39.28 |
| ADMINISTRATION FEE | 17.32 | 0.39 |
| SPECIAL ASSESSMENTS | 0.00 | 307.11 |
| UNPAID TAX BILL | 1,749.51 | 346.78 |
| INTEREST | 69.28 | 0.00 |
| PENALTY | 51.97 |  |
| SUBTOTAL BY SEASON | 1,870.76 | 346.78 |
| TOTAL DELINQUENT ROLL (both seasons) | | 2,217.54 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) | | 88.70 |
| 1% COUNTY INTEREST PER MONTH | | 22.18 |
| **TOTAL DUE  (THROUGH MARCH)** | | **2,328.42 *** |

Return statement with payment to:  OAKLAND COUNTY TREASURER
* If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION
T3N, R10E, SEC 17 BUENA VISTA HEIGHTS SUBDIVISION LOT 657



**PATRICK M. DOHANY**
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

REAL ESTATE MORTGAGE NETWORK
35 PINELAWN RD
MELVILLE NY 11747

## REVISED STATEMENT
03/19/09

PROPERTY ADDRESS
5518 PERRYTOWN

**WEST BLOOMFIELD TOWNSHIP**　　Parcel:　　X -18-28-226-002

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR 2008 WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---:|---:|
| UNPAID TAX | 4,265.28 | 1,103.78 |
| ADMINISTRATION FEE | 42.65 | 11.04 |
| SPECIAL ASSESSMENTS | 0.00 | 275.50 |
| UNPAID TAX BILL | 4,307.93 | 1,390.32 |
| INTEREST | 298.57 | 0.00 |
| PENALTY | 127.96 |  |
| SUBTOTAL BY SEASON | 4,734.46 | 1,390.32 |
| TOTAL DELINQUENT ROLL (both seasons) |  | 6,124.78 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) |  | 244.99 |
| 1% COUNTY INTEREST PER MONTH |  | 61.25 |
| **TOTAL DUE** (THROUGH MARCH) |  | 6,431.02 * |

> Return statement with payment to: OAKLAND COUNTY TREASURER
> * If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION
T2N, R9E, SEC 28 POTOMAC VILLAGE NO 1 LOT 1



**PATRICK M. DOHANY**
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

AMERICAN HOME MORTGAGE
TAX/FORECLOSURE DEPT
4600 REGENT BLVD STE 200
IRVING TX 75063-1730

## REVISED STATEMENT
03/19/09

PROPERTY ADDRESS
5680 BRANFORD DR

## WEST BLOOMFIELD TOWNSHIP

Parcel: X -18-30-277-008

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR 2008 WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---|---|
| UNPAID TAX | 0.00 | 4,235.29 |
| ADMINISTRATION FEE | 0.00 | 42.35 |
| SPECIAL ASSESSMENTS | 0.00 | 0.00 |
| UNPAID TAX BILL | 0.00 | 4,277.64 |
| INTEREST | 0.00 | 0.00 |
| PENALTY | 0.00 |  |
| SUBTOTAL BY SEASON | 0.00 | 4,277.64 |
| TOTAL DELINQUENT ROLL (both seasons) |  | 4,277.64 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) |  | 171.11 |
| 1% COUNTY INTEREST PER MONTH |  | 42.78 |
| **TOTAL DUE** (THROUGH MARCH) |  | 4,491.53 * |

Return statement with payment to: OAKLAND COUNTY TREASURER
* If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION
T2N, R9E, SEC 30 WYNDHAM POINTE SUB NO 4 LOT 137 3-7-01 FR 251-002



PATRICK M. DOHANY
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

AMERICAN HOME MORTGAGE CORP
4821 HIGHLAND
WATERFORD MI 48328-0000

**REVISED STATEMENT**
03/19/09

PROPERTY ADDRESS
4821 HIGHLAND

## TOWNSHIP OF WATERFORD

Parcel:  W -99-93-000-267

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR 2008 WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|  | SUMMER* | WINTER |
|---|---|---|
| UNPAID TAX | 136.45 | 59.62 |
| ADMINISTRATION FEE | 1.36 | 0.60 |
| SPECIAL ASSESSMENTS | 0.00 | 0.00 |
| UNPAID TAX BILL | 137.81 | 60.22 |
| INTEREST | 9.56 | 0.00 |
| PENALTY | 4.09 |  |
| SUBTOTAL BY SEASON | 151.46 | 60.22 |
| TOTAL DELINQUENT ROLL (both seasons) |  | 211.68 |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum) |  | 8.47 |
| 1% COUNTY INTEREST PER MONTH |  | 2.12 |
| **TOTAL DUE   (THROUGH MARCH)** |  | **222.27** * |

Return statement with payment to:  OAKLAND COUNTY TREASURER
* If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION



PATRICK M. DOHANY
OAKLAND COUNTY TREASURER
1200 N. TELEGRAPH ROAD, PONTIAC, MICHIGAN 48341-0479

AMERICAN HOME MORTGAGE SERV
4600 REGENT BLVD STE 200
IRVING TX 75063-1730

**REVISED STATEMENT**
03/19/09

PROPERTY ADDRESS
5515 ESSEX CT

**WEST BLOOMFIELD TOWNSHIP**      Parcel:   X -18-30-228-019

THE FOLLOWING IS A STATEMENT OF DELINQUENT TAXES FOR THE YEAR 2008 WHICH ARE NOW PAYABLE TO THE OAKLAND COUNTY TREASURER. YOUR COUNTY PROPERTY TAX ADMINISTRATION FEE (4%; $1.00 minimum) AND DELINQUENT INTEREST (1% per month) HAVE BEEN CALCULATED BELOW.

|                                               | SUMMER* | WINTER |
|-----------------------------------------------|---------|--------|
| UNPAID TAX                                    | 0.00    | 6.11   |
| ADMINISTRATION FEE                            | 0.00    | 0.06   |
| SPECIAL ASSESSMENTS                           | 0.00    | 0.35   |
| UNPAID TAX BILL                               | 0.00    | 6.52   |
| INTEREST                                      | 0.00    | 0.00   |
| PENALTY                                       | 0.00    |        |
| SUBTOTAL BY SEASON                            | 0.00    | 6.52   |
| TOTAL DELINQUENT ROLL (both seasons)          |         | 6.52   |
| 4% COUNTY ADMINISTRATION FEE ($1.00 minimum)  |         | 1.00   |
| 1% COUNTY INTEREST PER MONTH                  |         | 0.07   |
| **TOTAL DUE (THROUGH MARCH)**                 |         | 7.59 * |

Return statement with payment to:  OAKLAND COUNTY TREASURER
* If applicable, contact VILLAGE treasurer for additional taxes due.

LEGAL DESCRIPTION
T2N, R9E, SEC 30 WYNDHAM POINTE SUB NO 4 LOT 175 3-7-01 FR 226-002