## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**IN THE MATTER OF:**

| | |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | CHAPTER 11 |
| Debtor. | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| _____/ | |

### PROOF OF SERVICE OF OAKLAND COUNTY TREASURER OF OAKLAND COUNTY, MICHIGAN'S RESPONSE TO DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTYC RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**JACQUELYN LAWS** certifies that on the 30TH day of March, 2009 she did serve a copy of the OAKLAND COUNTY TREASURER OF OAKLAND COUNTY, MICHIGAN'S RESPONSE TO DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTYC RULES 3003 AND 3007, AND LOCAL RULE 3007-1 and PROOF OF SERVICE in the above-captioned matter, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Edward J. Kosmowski:  bankruptcy@ycst.com

United States Trustee:

Office of the U.S. Trustee: via ECF e-mail

/s/ JACQUELYN LAWS
**JACQUELYN LAWS**, an employee of
KILPATRICK & ASSOCIATES, P.C.
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700