IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, *et al.*,[1]

                        Debtors.
---------------------------------------------------------------X

Chapter 11

Case No. 07-11047 (CSS)
Jointly Administered

**Re: Docket Nos. 7058, 7184**

### JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' LIMITED OBJECTION TO MOTION OF CITIFINANCIAL SERVICES, INC. FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by their undersigned co-counsel, hereby joins the Debtors' Limited Objection [Docket No. 7184] (the "Objection") to the Motion of CitiFinancial Services, Inc. for relief from Stay under Section 362 of the Bankruptcy Code [Docket No. 7058] (the "Motion") and in support thereof represents as follows:

### JOINDER

1. The Committee hereby adopts and incorporates the arguments and assertions set forth in the Objection and reserves all rights to be heard before this court with regard to the Motion.

2. As set forth in the Objection, the relief from the automatic stay should be denied because the Debtors no longer have any interest in the property at issue and thus, litigation, if any, should be pursued against the owner of the loan, the AHMIT 2007-1

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

703159.002-1529406.1

- 2 -

securitization trust.

3.  For these reasons, and for the reasons set forth in the Objection, the Committee objects to the relief sought in the Motion.

WHEREFORE, the Committee respectfully requests that the Court sustain the Objection and grant any further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
March 30, 2009

                               BLANK ROME LLP

                               By: */s/ Bonnie Glantz Fatell*
                                   Bonnie Glantz Fatell (No. 3809)
                                   David Carickhoff (No. 3175)
                                   1201 Market Street, Suite 800
                                   Wilmington, Delaware 19801
                                   (302) 425-6400 - Telephone
                                   (302) 425-6464 - Facsimile

                                      - and -

                                   HAHN & HESSEN LLP
                                   488 Madison Avenue
                                   New York, New York 10022
                                   (212) 478-7200 - Telephone
                                   (212) 478-7400 - Facsimile
                                   Attn:   Mark S. Indelicato
                                                  Edward L. Schnitzer

                                   Co-Counsel to the Official Committee
                                   of Unsecured Creditors of American Home
                                   Mortgage Holdings, Inc., *et al*.

703159.002-1529406.1