# CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, hereby certify that on March 30, 2009, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

**Joinder Of The Official Committee Of Unsecured Creditors To The Debtors' Limited Objection To Motion Of CitiFinancial Services, Inc. For Relief From Stay Under Section 362 Of The Bankruptcy Code**

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)

128189/01600/21772402v1

2

## SERVICE LIST –VIA FACSIMILE or E-MAIL

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE  19801
Facsimile:  307-777-7263
*Counsel for CitiFinancial Services, Inc.*

James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Pauline K. Morgan, Esquire
**Young Conaway Stargatt & Taylor, LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Counsel for the Debtors*
jpatton@ycst.com
rbrady@ycst.com
pmorgan@ycst.com

Joseph McMahon, Esquire
**Office of the United States Trustee**
844 King Street, Room 2313
Wilmington, DE  19801
Joseph.mcmahon@usdoj.gov

2