CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2009, a copy of the foregoing Objection of BP Kingstowne Office Building K LLC to Debtors' Thirtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(B) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 was served upon the electronic service list and by first-class mail, postage prepaid, upon:

> James L. Patton, Jr.
> Pauline K. Morgan
> Margaret B. Whiteman-Greecher
> Nathan D. Grow
> Young Conaway Stargatt & Taylor, LLP
> 100 West Street, 17th floor
> Wilmington, DE 19801
> Facsimile: 302-571-1253

*[signature]*

DC:50613507.1