IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: AMERICAN HOME MORTGAGE　*
HOLDINGS, INC., Delaware corporation, et al.　*
　　　　　　　　　　　　　　　　　　　　*　　CASE NO. 07-11047
Debtors.　　　　　　　　　　　　　　　　*

### RESPONSE TO DEBTOR'S THIRTY-FIRST OMINIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND LOCAL RULE 3007-1

Comes now, Faith Camille Wilkinson, a pro-se creditor ("Wilkinson")of the above debtor and responds to the Debtor's objection to claim number 8026. In support of this response Wilkinson states as follows:

1.　　I am a creditor of the above-referenced debtor holding a priority claim.

2.　　My claim is an unsecured priority claim for twelve thousand dollars and no cents ($12,000.00). My claim is for unpaid wages, salaries or commissions earned within 180 days before filing of the bankruptcy petition, was filed timely and is prima facie evidence of the debt owed to me.

3.　　The debtor objected to the claim stating as the only basis that no amounts are due per the debtors books and records as per contract, employee needs to be employed on payment date to receive bonus. I was employed at the time the bonus was payable. Additionally, I am aware of at least one other employee who was also due the bonus and received the same prior to the filing of this bankruptcy.

4.　　I am a resident of Alabama and as such need time to retain counsel in Delaware to represent me in this matter.

Wherefore, I request that this court deny the debtors objection to claim or in the alternative, continue the hearing presently set for April 6, 2009 to allow me time to acquire Delaware counsel.

Respectfully submitted,

*Faith Camille Wilkinson*
FAITH CAMILLE WILKINSON, PRO SE
Creditor
8773 Celeste Road
Saraland, AL 36571

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Responses** have been forwarded via electronic filing and/or by United States Mail, properly addressed and first class postage prepaid, this 30 day of March, 2009, to:

Young, Conaway, Stargatt & Taylor, LLP
Nathan D. Grow (No. 5014)
The Brandywise Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: AMERICAN HOME MORTGAGE       *
HOLDINGS, INC., Delaware corporation, et al.  *
                                                               *       CASE NO. 07-11047
Debtors.                                              *

STATE OF ALABAMA
COUNTY OF MOBILE

### AFFIDAVIT OF CREDITOR FAITH CAMILLE WILKINSON

Before me, the undersigned authority in and for said State and County, personally appeared Faith Camille Wilkinson, who on oath, deposes and says as follows:

My name is Faith Camille Wilkinson and I am over the age of nineteen years and a resident of Alabama. I am not represented by counsel at this time and I am working to acquire counsel; however, I am not able to file the response to claim on ECF or to overnight it in time to meet the deadline set forth on the notice and as such request that the copy service handle the same.

Further affiant saith not.

_____
Faith Camille Wilkinson

Sworn to and subscribed before me
this 30 day of March, 2009.

_____
NOTARY PUBLIC
My Commission Expires: NOTARY PUBLIC, ALABAMA STATE AT LARGE, ALABAMA MY COMMISSION EXPIRES APRIL 11, 2010