IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                                         :
                                                               :  **Chapter 11**
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :
a Delaware corporation, et al.,                                :  Case No. 07-11047 (CSS)
                                                               :
        Debtors.                                               :  **Jointly Administered**
                                                               :
                                                               :  Objection dated: 3/06/09
                                                               :
---------------------------------------------------------------X

Response to:

**NOTICE OF DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

From: Cooper, Katherine E.
      2928 Mountain Lake Road
      Hedgesville, WV 25427

   We hereby re-affirm our claim as originally submitted and request that the Court does not subordinate or dismiss said claim, as per claim number 9284.

*Katherine E. Cooper*
Katherine E. Cooper

March 23, 2009

cc: YOUNG CONAWAY STARGATE & TAYLOR, LLP