IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                            :
                                                  :   Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS, INC.,            :
a Delaware corporation, et al.,                   :   Case No. 07-11047 (CSS)
                                                  :
    Debtors.                                      :   Jointly Administered
                                                  :
                                                  :   Objection dated: 3/06/09
                                                  :
---------------------------------------------------------------X

Response to:

**NOTICE OF DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

From: Cooper, David F. & Vicki S.
      2928 Mountain Lake Road
      Hedgesville, WV 25427

We hereby re-affirm our claim as originally submitted and request that the Court does not subordinate or dismiss said claim, as per claim number 9358.

*[signature]*
David F. Cooper

*[signature]*
Vicki S. Cooper

March 23, 2009

cc: YOUNG CONAWAY STARGATE & TAYLOR, LLP