IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,

  Debtors.

------------------------------------------------------------X

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Objection dated: 3/06/09

Response to:

**NOTICE OF DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

From: Cooper, David F. & Vicki S.
   2928 Mountain Lake Road
   Hedgesville, WV 25427

  We hereby re-affirm our claim as originally submitted and request that the Court does not subordinate or dismiss said claim, as per claim number 9358.

*David F. Cooper*
David F. Cooper

*Vicki S. Cooper*
Vicki S. Cooper

March 23, 2009

cc: YOUNG CONAWAY STARGATE & TAYLOR, LLP