In Re: Case No. 07-11047, Claim No. 9682

**FILED**

Richard Barrett-Snyder
43 Henry Street
Merrick, New York  11566
November 25, 2008

2009 MAR 30  AM 10: 40

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

March 24, 2009

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware  19801

This letter is a response to the enclosed objection to claim number 9682.

Please find enclosed a copy of my final termination letter from American Home Mortgage dated July 26, 2007, signed by James Fischer, SVP, Software Development, which documents the debtor's obligation and legal basis for the claim.

In the final termination letter, American Home Mortgage agrees to "provide you with the equivalent of two (2) weeks of wages which will be paid to you over the appropriate number of pay periods as salary continuation.  The value of any earned but unused vacation benefits will be paid to you, in accordance with New York state law and American Home Mortgage Policy".

The amount of this promise (two weeks wages plus 1.4 weeks of earned but unused vacation benefits), based on a bi-monthly rate of $5,208.33, documented in the enclosed Earnings Statement, is $8,173.06.  However, American Home Mortgage made good on $1,442.30 of that amount (also documented in the enclosed Earnings Statement), which, when subtracted from the total promised, comes to the amount of the claim: $6,730.76.

Respectfully,

*[signature]*

Richard Barrett-Snyder

Encl:
Objection to Claims
Final termination letter
Earnings Statement

CC: Young, Conaway Stargatt & Taylor, LLP

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Response Deadline: March 30, 2009 at 4:00 p.m. (ET) |
| | ) Hearing Date: April 6, 2009 at 2:00 p.m. (ET) |
| AHM OB30 3/6/2009 (merge2.bcnum2) 4000017176 EPIQ Use - 9 | ) |

BARRETT-SNYDER, RICHARD
43 HENRY ST
MERRICK, NY 11566

## NOTICE OF DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

| | | | |
|---|---|---|---|
| TO: BARRETT-SNYDER, RICHARD | **Basis For Objection:** | No Documentation Claim | |
| 43 HENRY ST | | **Claim Number** | **Claim Amount** |
| MERRICK, NY 11566 | **Claim to be Expunged** | 9682 | $6,730.76 |

      The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors hereby object to the claim listed above in the "Claim to be Expunged" row because this claim was filed without any supporting documentation or facts sufficient to support a legal basis for a claim. The Objection seeks to alter your rights by disallowing the above-listed claim.

      Responses to the Objection, if any, must be filed on or before **March 30, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

      A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 6, 2009 AT 2:00 P.M.** (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 6, 2009
      Wilmington, Delaware

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                        Nathan D. Grow (No. 5014)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6756
                                        Facsimile: (302) 571-1253

                                        Counsel to the Debtors and Debtors in Possession



July 26, 2007

Richard Barrett-Snyder
43 Henry St
Merrick, NY 11566

Dear Richard:

A review of business conditions and the need for support in our Information Technology Department has been conducted by senior management. At their direction, we have decided to make adjustments to our staffing levels. Effective today, July 26, 2007, your position at American Home Mortgage is being eliminated. The following information is important to your separation from the company.

### TRANSITION PAY

American Home Mortgage will provide you with the equivalent of two (2) weeks of wages, which will be paid to you over the appropriate number of pay periods as salary continuation. The value of any earned but unused vacation benefits will be paid to you, in accordance with New York state law and American Home Mortgage Policy.

### BENEFIT PLANS

Your health plan benefits will end on July 31, 2007 and **your regular monthly employee contributions** will be deducted from any money you receive. You will be entitled to elect to continue your health coverage under *COBRA* effective August 1, 2007. To assist you during the initial transition period, American Home Mortgage will pay the employer cost to continue current coverage under COBRA for the period through August 31, 2007. **Please note you must elect to continue your coverage under COBRA in order to be eligible for the company subsidy**. Our *COBRA* Administrator, ADP COBRA Services, will provide you with COBRA continuation information within fourteen (14) days of the coverage end date as stated above. Note that COBRA information packages are mailed directly from ADP COBRA Services following electronic notification of the coverage end date.

Life, accident and disability and any other voluntary insurance coverage will end on your last day of active employment.

If you are participating in the Flexible Spending Account program, any balance remaining in your Flexible Spending Account(s) may be reimbursed to you for eligible expenses incurred prior to your last day of employment. You may file a claim for reimbursement of eligible expenses through March 15, 2008 for 2007 expenses. Our Flexible Spending Account administrator is *ADP Benefits Services – Flex Direct*.

### 401K PLAN

If you are participating in the American Home Mortgage 401(k) plan, you may elect to rollover your 401K account balance to an IRA or another employer's qualified retirement plan or you may elect to take a cash distribution account. If your account balance is greater than $5,000, you may elect to keep your account invested in the AHM 401(k) plan. You may request a Termination Kit at any time after September 1, 2007, which includes a Distribution at Termination form and/or a Direct Rollover Out of the Plan form by calling Charles Schwab and Co. at 1-800-724-7526 or through the web at www.schwabplan.com.

Should you have any questions about your **COBRA** benefits, please contact Collette Karey, Senior Benefits Administrator, in the Human Resources Department at 847-590-2973 or by e-mail collette.karey@americanhm.com **for all other Benefit inquiries** please contact our Benefits Department at 888-474-2461.

Sincerely,

James Fischer
SVP, Software Development

Cc: employee file
    Collette Karey
    Payroll

**ADP**

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 07/16/2007 |
| Period Ending: | 07/31/2007 |
| Pay Date: | 08/07/2007 |

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

CO. FILE DEPT. CLOCK NUMBER 040
R4F 112981 000972 HOME 0051982170 1

RICHARD BARRETT-SNYDER
43 HENRY ST
MERRICK NY 11566

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 10
  NY: 3

Social Security Number: XXX-XX-4015

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5208.33 | 67.50 | 4,326.92 | 45,993.56 |
| Transition | | | 1,442.30 | 1,442.30 |
| Adjustment | | | | 4,326.92 |
| Sign On Bonus | | | | 5,000.00 |
| **Gross Pay** | | | **$5,769.22** | 56,762.78 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -625.78 | 5,027.38 |
| Social Security Tax | -336.40 | 3,359.30 |
| Medicare Tax | -78.67 | 785.64 |
| NY State Income Tax | -339.15 | 2,924.22 |
| NY SUI/SDI Tax | -1.30 | 13.00 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental Pre-Tax | -64.30* | 385.80 |
| Ins Pretax Epr | -277.78* | 1,666.68 |
| Pretax Vision | -1.33* | 7.98 |
| Life-Dependent | | 4.00 |
| Life-Spouse | | 5.65 |
| Med Flex | | 520.00 |
| Optional Life | | 78.75 |
| Short Term Dis | | 119.00 |
| 401K | | 5,416.64 |

**Net Pay** $4,044.51

* Excluded from federal taxable wages
Your federal taxable wages this period are
$5,425.81




©1998, 2006, ADP, Inc. All Rights Reserved.
► TEAR HERE
© 2000 ADP, Inc.