UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>AMERICAN MORTGAGE HOLDINGS, INC., et al.,<br><br>            Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

Please enter the appearance of Robert A. McCall of the firm of Peabody & Arnold LLP, as counsel for Champion & Associates, P.C. ("Champion).

Champion is a creditor and, pursuant to Bankruptcy Rule 9010, hereby requests that all notices given or required to be given in this case be given to and served upon the undersigned, and that the undersigned be added to the official address matrix maintained in this proceeding by the Clerk of the Court.

>Robert A. McCall
>PEABODY & ARNOLD LLP
>Federal Reserve Plaza
>600 Atlantic Avenue
>Boston, MA  02210-2261
>Tel:  (617) 951-2100
>Fax:  (617) 951-2125
>rmccall@peabodyarnold.com

Please take further notice that pursuant to Bankruptcy Rule 2002, the foregoing request includes not only the notices and appearance referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telecopier, telegraph, telex or otherwise, which affects the above-captioned debtor or the property of such debtor.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the rights of Champion (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to challenge the jurisdiction of this Court over any matter concerning Champion, or (5) or to assert any other rights, claims, actions, setoffs, or recoupments to which Champion is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Champion expressly reserves.

    CHAMPION & ASSOCIATES, P.C.
By its attorney,

/s/ Robert A. McCall
Robert A. McCall (pro hac vice pending)
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
(617) 951-2100 (telephone)
(617) 951-2125 (fax)
rmccall@peabodyarnold.com

Dated: March 31, 2009

699097_1