## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | CASE NO.:   07-11047 CSS |
| Debtors. | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Norman P. Fivel to represent the New York State Department of Taxation and Finance in this action.

Dated: March 30, 2009
      Albany, New York

    Respectfully submitted,
    Andrew M. Cuomo
    Attorney General of the State of New York

By:/s/ Norman P. Fivel
    Norman P. Fivel
    Assistant Attorney General
    Civil Recoveries Bureau
    The Capitol
    Albany, New York   12224-0341
    Telephone: (518) 474-6842
    Facsimile: (518) 408-2057
    Email: Norman.Fivel@oag.state.ny.us
    NYS Bar No. 016990

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | CHAPTER 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, <u>et al.</u>, | CASE NO.: 07-11047 CSS |
| Debtors. | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the Northern District of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk for District Court.

Dated: March 30, 2009
      Albany, New York

Respectfully submitted,
Andrew M. Cuomo
Attorney General of the State of New York

By: /s/ Norman P. Fivel
Norman P. Fivel
Assistant Attorney General
Civil Recoveries Bureau
The Capitol
Albany, New York   12224-0341
Telephone: (518) 474-6842
Facsimile: (518) 408-2057
Email: Norman.Fivel@oag.state.ny.us
NYS Bar No. 016990

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted

Date:_____

_____
United States Bankruptcy Judge

"Printed on Recycled Paper"