## Exhibit A

### The Stipulation

DB02:7998692.1

066585.1001

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
AMERICAN HOME MORTGAGE                                     :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]         :
                                                           :   Jointly Administered
                    Debtors.                               :
---------------------------------------------------------- x

### STIPULATION BETWEEN THE DEBTORS, BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, AND DB STRUCTURED PRODUCTS, INC. RESOLVING APPEAL FROM THE SERVICING SALE ORDER

This stipulation (the "Stipulation") is entered into by and among the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Bank of America, N.A., as Administrative Agent (the "Administrative Agent"), and DB Structured Products, Inc. ("DBSP" and, collectively with the Debtors and the Administrative Agent, the "Parties"), by and through their undersigned counsel.

### RECITALS

WHEREAS, AHM Corp., AHM SV, and DBSP are parties to that certain Master Mortgage Loan Purchase and Servicing Agreement dated as of May 1, 2006 (the "MLPSA"), pursuant to which DBSP purchased loans from time to time from AHM Corp. on a servicing-

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

retained basis, and AHM SV serviced such loans;

WHEREAS, on August 6, 2007 (the "Petition Date"), each of the Debtors filed a voluntary petition under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS, as of the Petition Date, DBSP owned a portfolio of loans purchased from AHM Corp. and serviced by AHM SV pursuant to the MLPSA (the "DBSP Portfolio");

WHEREAS, on October 30, 2007, the Bankruptcy Court entered the *Order Pursuant to Sections 105, 363, 364, 365, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (B) Granting Certain Related Relief* [D.I. 1711] (the "Sale Order"), which, among other things, authorized AHM SV to transfer its rights and obligations with respect to the servicing of the DBSP Portfolio to American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.) (the "Buyer") pursuant to the terms of that certain Asset Purchase Agreement dated as of September 25, 2007, by and among AHM Investment, AHM Acceptance, AHM Corp., AHM SV, and the Buyer (as subsequently amended, the "APA");

WHEREAS, DBSP timely appealed the Sale Order to the United States District Court for the District of Delaware (the "District Court"), whereupon the APA was amended to provide, among other things, that the purchase price paid by the Buyer for the transfer of the rights and obligations under the MLPSA with respect to the servicing for the DBSP Portfolio

would be escrowed pending resolution of DBSP's appeal (such amount, in addition to any interest and earnings allocable thereto, the "Dispute Escrow Amount");

WHEREAS, pursuant to the *Order Approving and Authorizing the Stipulation of Settlement Among (i) the Debtors, (ii) Bank of America, N.A., as Administrative Agent, and (iii) the Official Committee of Unsecured Creditors and Granting Related Relief* [D.I. 5308] the Debtors' litigation, settlement or other resolution of DBSP's appeal from the Sale Order (or any subsequent appeal) is subject to the Administrative Agent's consent;

WHEREAS, by Order dated October 16, 2008, the District Court remanded DBSP's appeal of the Sale Order to the Bankruptcy Court for consideration of the issues raised on appeal, and on March 13, 2009, the Bankruptcy Court issued its *Findings of Fact, Conclusions of Law, and Order on Remand* [D.I. 7101] (the "Order on Remand") whereby it ratified the Sale Order in its entirety, effective as of its original date of entry;

WHEREAS, on March 20, 2009, DBSP timely filed a notice of appeal of the Order on Remand to the District Court [D.I. 7128] (the "Notice of Appeal");

WHEREAS, the Parties desire to avoid continued litigation concerning the transfer of the rights and obligations under the MLPSA with respect to the servicing for the DBSP Portfolio and, to that end, have engaged in good-faith settlement negotiations to attempt to reconcile their positions;

WHEREAS, as a result of such negotiations, the Parties have reached an agreement which each believes represents a fair and reasonable compromise in light of the costs, uncertainties, and risks attendant to continued litigation, subject to the terms and conditions set forth herein;

Case 07-11047-CSS    Doc 7211-1    Filed 03/31/09    Page 5 of 7

## STIPULATION

NOW, THEREFORE, in consideration of the foregoing and other valuable consideration, the receipt of which is hereby acknowledged, the Parties hereby stipulate, consent and agree as follows:

A.   **Effectiveness.** Immediately after this Stipulation has been executed by each of the Parties, the Debtors shall seek Bankruptcy Court approval of this Stipulation pursuant to Federal Rule of Bankruptcy Procedure 9019 and a waiver of the 10-day stay provided in Federal Rule of Bankruptcy Procedure 6004(h). This Stipulation shall become effective immediately upon entry of an order by the Bankruptcy Court approving this Stipulation (the "Approval Order") and shall remain binding upon and enforceable against each of the Administrative Agent and DBSP notwithstanding any vacatur, reversal, or modification of the Approval Order on appeal or reconsideration.

B.   **Withdrawal of Notice of Appeal.** As soon as possible after entry of the Approval Order, but in no event later than March 31, 2009, DBSP shall withdraw its Notice of Appeal unconditionally and with prejudice. DBSP acknowledges that (i) the withdrawal of its Notice of Appeal shall be unaffected by any vacatur, reversal, or modification of the Approval Order on appeal or reconsideration and (ii) upon such withdrawal, the Sale Order shall constitute a final, non-appealable order authorizing the Debtors to transfer of the rights and obligations under the MLPSA with respect to the servicing for the DBSP Portfolio in accordance with the APA.

C.   **The Consent Payment.** As soon as practicable after the release of the Dispute Escrow Amount to the Administrative Agent pursuant to the APA, the Administrative Agent shall cause the first $900,000 of the Dispute Escrow Amount (the "Consent Payment") to

be transferred to DBSP in accordance with wire instructions to be provided by DBSP. For the avoidance of doubt, the release of the Dispute Escrow Amount to the Administrative Agent shall be an express condition precedent to payment of the Consent Payment, provided, however, that the Debtors and the Administrative Agent shall use commercially reasonable efforts to procure the release of the Dispute Escrow Amount in accordance with the APA as soon as practicable after entry of the Approval Order.

        D.    <u>No Evidence.</u> The Parties acknowledge that nothing contained herein shall constitute or be introduced, treated, deemed, or otherwise interpreted or construed as evidence in any judicial or arbitration proceedings except to enforce or defend the terms herein.

        E.    <u>Binding Effect.</u> The terms and provisions of this Stipulation shall be binding upon and inure to the benefit of each of the Parties and their respective successors and assigns.

        F.    <u>Execution and Counter-Parts and By Telecopy.</u> This Stipulation may be executed by the Parties in separate counterparts, each of which shall be deemed an original, but all of which, when taken together, shall constitute one and the same instrument. This Stipulation may be executed by exchange of facsimile or electronic signatures (in PDF or comparable format), which shall be deemed original signatures.

Dated: March 31, 2009  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____  
Sean M. Beach (No. 4070)  
Patrick A. Jackson (No. 4976)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

*Attorneys for the Debtors and Debtors in Possession*

Dated: March 31, 2009  
Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

/s/ Laurie Selber Silverstein

Laurie Selber Silverstein (No. 2396)  
P.O. Box 951  
1313 N. Market Street, 6th Floor  
Wilmington, Delaware 19899  
Telephone: (302) 984-6000

-and-

**KAYE SCHOLER LLP**  
Margot B. Schonholtz  
Ana M. Alfonso  
425 Park Avenue  
New York, New York 10022  
Telephone: (212) 836-8000  
Facsimile: (212) 836-8689

*Attorneys for the Bank of America, N.A., in its capacity as Administrative Agent*

Dated: March 30, 2009  
Wilmington, Delaware

ASHBY & GEDDES, P.A.

/s/ Amanda M. Winfree

William P. Bowden (No. 2553)  
Amanda M. Winfree (No. 4615)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, Delaware 19899  
Telephone: (302) 654-1888

-and-

BINGHAM McCUTCHEN LLP  
Steven Wilamowsky  
399 Park Avenue  
New York, New York 10022  
Telephone: (212) 705-7000

*Attorneys for DB Structured Products, Inc.*