**SIGN - IN - SHEET**

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047(CSS)
**COURTROOM LOCATION:** 6
**DATE:** 3/31/09 @ 02:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ana Alfonso | Kaye Scholer | Bank of America |
| Edward Schnitzer | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Steven Wiliamowsky | Bingham McCutchen | DB Structured Products |
| Amanda M. W. Rice | Ashby + Geddes, PA | DB Structured Products |
| Monica Loftin Townsend | Greenberg Traurig, LLP | American Home Mortgage Servicing |
| Victoria Guilfoyle | ~~Creditors Committee~~ Blank Rome | Creditors Committee |
| Pamela Jackson | Young Conaway Stargatt & Taylor | Debtors |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | Bank of America |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**