IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., ET AL., ) | Objection deadline extended by Debtors |
| ) | to March 31, 2009. |
| ) | |
| ) | Case No. 07-11047 (CSS) |
| Debtors. ) | |
| ) | |
| ) | |

**UNITED STATES OF AMERICA'S RESPONSE TO THE DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

The United States of America, a creditor in this bankruptcy case, responds to Debtors' Thirtieth Omnibus Objection to claim 1368 filed by the Internal Revenue Service as follows:

1. Debtors object to claims 1368 on the grounds that the claim has been amended and superseded.

2. Claim 1368 was amended by claim 9787. Amended claim 9787 asserts a priority claim in the amount of $140.18 and an unsecured claim in the amount of $356.38.

3. Thus, the United States does not object to relief sought in Debtors' Thirtieth Omnibus Objection.

//

//

//

//

//

4121544.11

Dated: March 31, 2009.

          */s/ Yonatan Gelblum*
          YONATAN GELBLUM
          Trial Attorney, Tax Division
          U.S. Department of Justice
          Ben Franklin Station, P.O. Box 227
          Washington, D.C. 20044
          Telephone: (202) 305-3136
          yonatan.gelblum@usdoj.gov
          Counsel for United States of America

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: )<br>)<br>AMERICAN HOME MORTGAGE )<br>HOLDINGS, INC., ET AL., )<br>)<br>)<br>Debtors. )<br>)<br>) | Chapter 11<br><br>Case No. 07-11047 (CSS) |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on the 31st day of March 2009, I electronically caused the foregoing UNITED STATES OF AMERICA'S RESPONSE TO THE DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1 to be filed with the Court under the CM/ECF system and to be served this same day by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follow:

    James L. Patton, Jr.
    Pauline K. Morgan
    Edward J. Kosmowski
    Nathan D. Grow
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801

    Office of the United States Trustee
    844 King Street
    Room 2207
    Wilmington, DE 19801

                                                    */s/ Yonatan Gelblum*
                                                    Yonatan Gelblum

4121544.11