IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :  Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                :
                                                                  :  Jointly Administered
        Debtors.                                                  :
                                                                  :  Ref. Docket Nos. 6826, 7009 and 7023
----------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING SECOND ORDER REGARDING DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On January 9, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed their twenty-ninth omnibus (substantive) objection to claims [Docket No. 6826] (the "Objection"), in which they objected to, *inter alia*, a proof of claim [POC No. 9225] ("Claim 9225") filed by Deutsche Bank National Trust Company ("Deutsche Bank") against Debtor Homegate Settlement Services, Inc. Deutsche Bank did not file a response to the Objection. However, in the amended agenda for the hearing on the Objection [Docket No. 7009], the Debtors mistakenly listed Claim 9225 as adjourned. At the request of the Court, the Objection was adjourned with respect to Claim 9225 until the Debtors could confirm that Deutsche Bank was in agreement with the relief requested in the Objection. On February 17, 2009, the Court entered an order [Docket No. 7023] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 9225. The Debtors subsequently contacted counsel

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

to Deutsche Bank who confirmed that Deutsche Bank does not object to the expungement of Claim 9225 as requested in the Objection.

As the Debtors and Deutsche Bank agree that Claim 9225 should be expunged in its entirety, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, granting such relief.

Dated: March 31, 2009
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ [signature]

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :   Ref. Docket Nos. 6826 and 7023
---------------------------------------------------------------------- x

### SECOND ORDER REGARDING DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the twenty-ninth omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered an order [Docket No. 7023] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, the proof of claim [POC No. 9225] ("Claim 9225") filed by Deutsche Bank National Trust Company ("Deutsche Bank") against Debtor Homegate Settlement Services, Inc.; and the Debtors and Deutsche Bank having agreed that Claim 9225 should be expunged; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 9225 should be expunged in its entirety; and it is further

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2009

                                                                                       CHRISTOPHER S. SONTCHI
                                                                                      UNITED STATES BANKRUPTCY JUDGE