IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
        Debtors.                                                         :
------------------------------------------------------------------------ x

**NINETEENTH MONTHLY APPLICATION OF
MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | February 1, 2009 through February 28, 2009 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $100,000.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $1,920.93 |

This is an:  __X__ interim  ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/7/07 - #2316 | 8/6/2007- 8/31/07 | $167,741.94 | $67,661.78 | $167,741.94 | $67,661.78 |
| 12/13/07- #2378 | 9/1/2007- 9/30/07 | $200,000.00 | $47,954.43 | $200,000.00 | $47,954.43 |
| 1/2/08- #2563 | 10/1/2007-10/31/07 | $200,000.00 | $25,943.49 | $200,000.00 | $25,943.49 |
| 3/14/08- #3310 | 11/1/2007-11/30/07 | $800,000.00 | $20,228.88 | $800,000.00 | $20,228.88 |
| 4/15/08- #3701 | 12/1/2007-12/31/07 | $200,000.00 | $5,856.15 | $200,000.00 | $5,856.15 |
| 4/17/08- #3719 | 1/1/2008- 1/31/08 | $200,000.00 | $2,827.00 | $200,000.00 | $2,827.00 |
| 6/12/08- #4554 | 2/1/2008- 2/29/08 | $200,000.00 | $911.16 | $200,000.00 | $911.16 |
| 6/13/08- #4622 | 3/1/2008 – 3/31/08 | $200,000.00 | $1,397.45 | $200,000.00 | $1,397.45 |
| 6/23/08- #4764 | 4/1/2008 – 4/30/08 | $200,000.00 | $4,424.39 | $200,000.00 | $4,424.39 |
| 8/27/08- #5548 | 5/1/2008 – 5/31/08 | $200,000.00 | $9,811.81 | $200,000.00 | $9,811.81 |
| 8/27/08- #5549 | 6/1/2008 – 6/30/08 | $200,000.00 | $55.70 | $200,000.00 | $55.70 |
| 10/10/08- #6225 | 7/1/2008 – 7/31/08 | $200,000.00 | $414.21 | $200,000.00 | $414.21 |
| 10/10/08- #6266 | 8/1/2008 – 8/31/08 | $200,000.00 | $861.36 | $200,000.00 | $861.36 |
| 10/22/08-#6420 | 9/1/2008 – 9/30/08 | $200,000.00 | $0.00 | $200,000.00 | $0.00 |
| 11/18/08-#6585 | 10/1/2008–10/31/08 | $100,000.00 | $24.70 | $100,000.00 | $24.70 |
| 12/23/08-#6771 | 11/1/2008–11/30/08 | $100,000.00 | $360.93 | $80,000.00 | $360.93 |
| 2/24/09-#7050 | 12/1/2008–12/31/08 | $100,000.00 | $195.88 | | |
| 2/24/09-#7051 | 1/1/2008–1/31/08 | $100,000.00 | $154.45 | | |

## AMERICAN HOME MORTGAGE

### MILESTONE ADVISORS LLC
### SUMMARY OF HOURS WORKED BY PROFESSIONAL
### FOR THE PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| John Nelligan | Managing Director | 45.5 |
| Gene Weil | Managing Director | 12.0 |
| Richard Young | Associate | 0.5 |
| Darryl Conway | Analyst | 13.5 |
| Autumn Learned | Analyst | 1.5 |
| **Total** | | **73.0** |

### AMERICAN HOME MORTGAGE

### MILESTONE ADVISORS LLC
### SUMMARY OF HOURS WORKED BY PROJECY CODE
### FOR THE PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Project Code | Description of Activity | Hours |
|---|---|---|
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 14.0 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 55.0 |
| 110 | Non-working travel time | 4.0 |
|  |  | **73.0** |

# AMERICAN HOME MORTGAGE

## MILESTONE ADVISORS LLC
## INTERIM EXPENSE SUMMARY
## FOR THE PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Expense Category | Amount |
|---|---|
| Airfare | 664.80 |
| Lodging | 855.34 |
| Car rental, parking and taxi | 373.00 |
| Teleconference | 6.30 |
| Postage / Express | 21.49 |
| Total | $1,920.93 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :  Jointly Administered
         Debtors.                                                      :
---------------------------------------------------------------------- x

### NINETEENTH MONTHLY APPLICATION OF MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

Pursuant to 11 U.S.C. §§ 328, 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for professional services rendered as financial advisor and investment banker to American Home Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $100,000.00 together with reimbursement for actual and necessary expenses incurred in the amount of $1,920.93 for the interim period February 1, 2009 through February 28, 2009 (the "Interim Fee Period"). In support of its Application, Milestone respectfully represents as follows:

#### RELIEF REQUESTED

1. Milestone was employed under an engagement letter to represent the Debtors as financial advisor and investment banker in connection with this chapter 11 case effective as of August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order, Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable expenses incurred in connection with the engagement.

2. In a subsequent agreement with counsel representing the Creditors Committee, Milestone agreed to reduce its Monthly Fee to $100,000.00, effective as of October 1, 2008.

3. For the Interim Fee Period, Milestone seeks (i) allowance of compensation for professional services rendered to the Debtors in the aggregate amount of $100,000.00 for the Monthly Fee for February 2009 together with reimbursement for actual and necessary expenses incurred in the amount of $1,920.93. The total compensation sought in this fee application is $101,920.93.

4. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors. Milestone respectfully submits that the requested compensation is appropriate and should be approved and Milestone further submits that the services that Milestone has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest.

## TIME RECORDS

5. Milestone does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Milestone has agreed to and will maintain records of the time expended by its professionals in the rendition of professional services to the Debtors for the duration of these chapter 11 cases. The Court approved the Retention Order which expressly permits Milestone to maintain time records by day, by person, for this Interim Fee Period, and in half hour increments for all time expended thereafter.

## SUMMARY OF SERVICES RENDERED

6. A detailed description of services rendered by Milestone by professional during

the Interim Fee Period, summarized by Project code, and the number of hours expended in performing such services are set forth in Exhibit A. During this Interim Fee Period, on behalf of the Debtors, Milestone provided financial advisory and investment banking services to the Debtor and continued to work on sale of American Home Bank ("AHM Bank"); responding to due diligence requests from prospective acquirers.

7. Marketing efforts continued on the sale of AHM Bank. Various meetings and conference calls were held with representatives of the bank, as well as with the Office of Thrift Supervision to discuss the potential sale of the bank. Milestone responded and fulfilled all requests for additional information and due diligence requests. Additional loan portfolio and financial information was posted and maintained on the data room for access by the prospective buyers. The Stock Purchase Agreement was reviewed and updated prior to distribution.

8. Representatives from Milestone coordinated the marketing efforts for the sale of five non-performing loan pools. Requested due diligence information was copied on CD's and distributed to potential stalking horse bidders.

## DISBURSEMENTS

Milestone incurred out-of-pocket disbursements during this Interim Fee Period in the amount of $1,920.93. These disbursements pertain to teleconference and express courier expenses. A detailed list of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

## VALUATION OF SERVICES

9. Investment bankers and analysts of Milestone have expended a total of 73.0 hours in connection with this matter during the Interim Fee Period. The amount of hours spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A.

10. Milestone believes that the time entries included in Exhibit A attached hereto are in compliance with the requirements of Local Rule 2016-2.

11. In accordance with the factors enumerated in 11 U.S.C. §328 and §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12. This Application covers the Interim Fee Period February 1, 2009 through February 28, 2009.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $100,000.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, together with reimbursement for actual and necessary expenses incurred in the amount of $1,920.93 and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
March 25, 2009

MILESTONE ADVISORS LLC

_____
Eugene S. Weil
1775 Eye Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 367-3000
Facsimile: (202) 367-3001

Financial Advisor and Investment Banker for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE    )
                     )    SS:
NEW CASTLE COUNTY    )

Eugene S. Weil, after being duly sworn according to law, deposes and says:

1. I am a Managing Director and President in the applicant firm, Milestone Advisors LLC and have been employed by the applicant firm since 2001.

2. I have personally performed many of the professional services rendered by Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this 25 day of March 2009.

_____
Notary Public
My Commission Expires:_____

PERI S. DONNER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
### DETAIL OF SERVICES RENDERED BY PROJECT CODE
### FOR THE PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Weil, Gene | 2/2/2009 | 106 | 2.0 | Meeting with representatives of the bancorp re: sale of AHM Bank |
| Nelligan, John | 2/2/2009 | 106 | 1.5 | Call with buyer's advisor |
| Nelligan, John | 2/2/2009 | 106 | 1.0 | Coordinated OTS meetings |
| Conway, Darryl | 2/2/2009 | 104 | 1.5 | Grant access to the data room |
| Nelligan, John | 2/2/2009 | 106 | 2.5 | Reviewed proposed offer |
| Nelligan, John | 2/2/2009 | 106 | 3.0 | Negotiated offer letter |
| Nelligan, John | 2/3/2009 | 106 | 1.5 | Responded to due dilligence requests |
| Conway, Darryl | 2/4/2009 | 104 | 1.5 | Schedule conference call with NewOak Capital, answer diligence questions |
| Nelligan, John | 2/4/2009 | 106 | 0.5 | Various calls with buyers |
| Nelligan, John | 2/4/2009 | 106 | 1.5 | Responded to due dilligence requests |
| Nelligan, John | 2/5/2009 | 106 | 0.5 | Internal call |
| Young, Richard | 2/5/2009 | 104 | 0.5 | Correspond with potential bidder |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 2/5/2009 | 104 | 1.5 | Conference call with NewOak Capital |
| Nelligan, John | 2/6/2009 | 106 | 0.5 | Preparing for OTS meeting |
| Nelligan, John | 2/9/2009 | 106 | 1.5 | Responded to due dilligence request |
| Nelligan, John | 2/10/2009 | 106 | 0.5 | Call with buyers |
| Nelligan, John | 2/10/2009 | 106 | 0.5 | Internal update call |
| Nelligan, John | 2/10/2009 | 106 | 2.0 | Calls with interested bank acquirors |
| Nelligan, John | 2/11/2009 | 106 | 0.5 | Update call with Kroll |
| Learned, Autumn | 2/11/2009 | 106 | 1.5 | AHM Loan Sale - 5 pools, copying and mailing credit document CDs to potential stalking horse bidders |
| Nelligan, John | 2/11/2009 | 106 | 0.5 | Call with buyer's advisor |
| Weil, Gene | 2/12/2009 | 106 | 6.0 | Meeting with Chicago OTS and representatives of the bancorp; and second meeting with representatives of Starboard Funds |
| Nelligan, John | 2/12/2009 | 106 | 1.0 | Responded to due dilligence requests |
| Nelligan, John | 2/12/2009 | 106 | 6.0 | OTS meetings |
| Weil, Gene | 2/12/2009 | 110 | 4.0 | Travel to and from Chicago |
| Nelligan, John | 2/13/2009 | 106 | 1.0 | Internal call |
| Nelligan, John | 2/13/2009 | 106 | 1.0 | Calls with interested bank acquirors |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 2/16/2009 | 106 | 0.5 | Follow up due dilligence items |
| Nelligan, John | 2/17/2009 | 106 | 1.0 | Call with buyer's advisor |
| Nelligan, John | 2/17/2009 | 106 | 1.0 | Internal call |
| Nelligan, John | 2/18/2009 | 106 | 1.0 | Update call with counsel |
| Nelligan, John | 2/18/2009 | 106 | 1.5 | Responded to due diligence requests |
| Conway, Darryl | 2/18/2009 | 104 | 4.5 | Respond to diligence questions for Starboard Specialty Funds, grant data room access, work with bank management to get updated loan portfolio information, financials |
| Nelligan, John | 2/19/2009 | 106 | 1.0 | Internal call |
| Nelligan, John | 2/19/2009 | 106 | 1.0 | Correspondence with prospective buyers |
| Nelligan, John | 2/19/2009 | 106 | 0.5 | Follow up with due dilligence items |
| Conway, Darryl | 2/19/2009 | 104 | 2.5 | Receive updated financial information, distribute to buyers, post to data room necessary docs |
| Nelligan, John | 2/20/2009 | 106 | 1.5 | Call with buyer's advisor |
| Nelligan, John | 2/23/2009 | 106 | 1.0 | Call with buyer's advisor |
| Nelligan, John | 2/23/2009 | 106 | 1.0 | Update call with Kroll |
| Conway, Darryl | 2/23/2009 | 104 | 2.0 | Update data room |
| Nelligan, John | 2/24/2009 | 106 | 1.0 | Internal call |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
| --- | --- | --- | --- | --- |
| Nelligan, John | 2/24/2009 | 106 | 1.0 | Responded to due dilligence requests |
| Nelligan, John | 2/24/2009 | 106 | 0.5 | Call with buyer's advisor |
| Nelligan, John | 2/24/2009 | 106 | 0.5 | Call with counsel |
| Nelligan, John | 2/25/2009 | 106 | 0.5 | Call with American Home counsel |
| Nelligan, John | 2/26/2009 | 106 | 2.5 | Reviewed draft SPA for distribution |
| Nelligan, John | 2/26/2009 | 106 | 1.0 | Call with American Home counsel |
| Nelligan, John | 2/27/2009 | 106 | 0.5 | Call with prospective buyer |
| **Total Hours:** | | | 73.0 | |

# Exhibit B
## Milestone Advisors LLC
## Detail Expenses by Professional
## February 1, 2009 - February 28, 2009

| Expense Category | Employee / Vendor | Date | Amount | Description |
|---|---|---|---|---|
| Airfare | US Airways | 1/30/2009 | 283.20 | DCA to LGA - bancorp meeting |
| Airfare | United Airlines | 2/12/2009 | 381.60 | ORD to DCA - OTS meeting |
| Lodging | Regency Hotel | 1/27/2009 | 463.13 | Meeting with bancorp reps |
| Lodging | Hyatt Hotel | 2/13/2009 | 392.21 | Meeting with Chicago OTS |
| Parking and tolls | Parking and tolls | 1/27/2009 | 40.00 | Washington airport parking |
| Postage / Express | Fedex | 2/11/2009 | 21.49 | JC III and Associates |
| Taxi; Car rental | Boston Coach | 2/12/2009 | 333.00 | ORD to meetings and return |
| Teleconference | Premiere Teleconfernce | 2/5/2009 | 6.30 | Conference Call |
| | | | 1,920.93 | |