IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related Docket No. 7128** |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL WITH PREJUDICE

Please take notice that DB Structured Products, Inc., by and through its undersigned counsel, hereby withdraws with prejudice its *Notice of Appeal*, which was filed March 20, 2009 [Docket No. 7128].

Dated: March 31, 2009

ASHBY & GEDDES, P.A.

*/s/ Amanda Winfree*

William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
Gregory A. Taylor (I.D. #4008)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899
(302) 654-1888

- and -

BINGHAM McCUTCHEN LLP
Steven Wilamowsky
399 Park Avenue
New York, NY 10022
(212) 705-7000

BINGHAM McCUTCHEN LLP
Andrew J. Gallo
150 Federal Street
Boston, MA 02110
(617) 951-8000

*Counsel to DB Structured Products, Inc.*

{00285484;v1}