IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------X
In re:                                              Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,              Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,[1]                Jointly Administered

              Debtors.                              Re: Docket Nos. 7097, 7197
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Bonnie Glantz Fatell, hereby certify that on March 31, 2009, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' LIMITED OBJECTION TO MOTION OF BAYVIEW LOAN SERVICING, LLC FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

/s/ *Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
David Carickhoff
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 - Telephone
(302) 425-6464 - Facsimile
- and -
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200 - Telephone
(212) 478-7400 - Facsimile
Attn:  Mark S. Indelicato
       Edward L. Schnitzer
Co-Counsel to the Official Committee
of Unsecured Creditors of American Home
Mortgage Holdings, Inc., *et al.*

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/40180031v.1

## SERVICE LIST - VIA FACSIMILE or E-MAIL

James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Pauline K. Morgan, Esquire
**Young Conaway Stargatt & Taylor, LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for the Debtors*
jpatton@ycst.com
rbrady@ycst.com
pmorgan@ycst.com

Joseph McMahon, Esquire
**Office of the United States Trustee**
844 King Street, Room 2313
Wilmington, DE 19801
Joseph.mcmahon@usdoj.gov

Adam R. Elgart, Esquire
John G. Mulford, Esquire
Mattleman, Weinroth & Miller
200 Continental Drive, Suite 215
Newark, DE 19713
*Attorneys for Bayview Loan Servicing, LLC*