066585.1001

# EXHIBIT A

F:\98077\089\AHM - WBSK 17th Fee Application.DOC

DB02:6292330.5

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:     JANUARY    2009

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Carlo Colagiacomo

Page: 1
02/18/2009
Account No:    98077M

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-089 Post Petition Representation | 12,149.50 | 2,527.36 | $14,676.86 |

*MKider* (signature)

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   JANUARY   2009

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
02/18/2009
Account No:   98077-089M
Statement No:   23

Attn: Carlo Colagiacomo

Post Petition Representation

| Date / Initials | Description | Hours |
|---|---|---|
| 01/06/2009 DMS | review and revise settlement agreement for properties in New Jersey bankruptcy case (.8); send draft agreement to counsel for RFC (.2); send draft agreement to R. Hardman at AHMSI (.1); | 1.10 |
| 01/07/2009 DMS | telephone conference with H. Ryder, counsel for RFC re: Norwood and Ryan properties (.4); review stipulation for properties (.2); send document to R. Hardman (.2); | 0.80 |
| NWH | review email from bankruptcy counsel re: Trister litigation and motion to lift stay (.2); analyze motion to lift stay and complaint (.4); research re: TILA and consumer protection claim (1.2); | 1.80 |
| 01/08/2009 NWH | research re: Trister litigation; | 1.10 |
| 01/12/2009 HJR | draft letter to MD regulator re: license surrender (0.3); | 0.30 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
02/18/2009
Account No:    98077-089M
Statement No:            23

Post Petition Representation

| | | Hours |
|---|---|---:|
| **01/14/2009** | | |
| DMS | telephone conference with C. Colagiacomo re: litigation matters (.3); telephone conference with M. Whiteman re: TILA issues and relief from stay (.5); | 0.80 |
| **01/16/2009** | | |
| HJR | review/draft email to counsel re: CA name change inquiry (.1); | 0.10 |
| **01/21/2009** | | |
| DMS | telephone conference with M. Greecher and S. Beach re: Borrowers Committee objection (.2); send documents for approval of settlement to D. Bowman and M. Neiburg (.2); telephone conference with D. Bowman (.2); review prior orders and filings for release of insurance funds (.4); | 1.00 |
| **01/22/2009** | | |
| BEA | receipt of Consumer Credit Committee objection and preliminary review (.3); | 0.30 |
| VTL | preparation of WBSK's 15th Fee Application (.6); | 0.60 |
| DMS | telephone conference with S. Beach re: claim by Borrowers Committee (.2); telephone conference with D. Bowman re: approval of New Hampshire settlement (.3); | 0.50 |
| **01/23/2009** | | |
| DMS | telephone conference with S. Beach (.4); review objections by Borrowers Committee (1.8); | 2.20 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
02/18/2009
Account No: 98077-089M
Statement No: 23

Post Petition Representation

| | | Hours |
|---|---|---|
| BEA | analysis of opposition by borrower committee to Plan of Distribution (.7); | 0.70 |
| VTL | continued preparation of WBSK's 15th Fee Application (.5); electronic correspondence to M. Greecher re: WBSK's 15th Fee Application (.1); | 0.60 |

01/26/2009
| HMS | review MD foreign qualification and property tax requirements (.2); | 0.20 |

01/27/2009
| VTL | electronic correspondence with M. Greecher re: WBSK's 15th fee application (.1); | 0.10 |
| DMS | telephone conference with M. Greecher re: Borrowers Committee issues (.2); legal research re: TILA assignee liability issues (.5); review and revise fee petition (.3); telephone conference with M. Greecher and J. Dorsey (.9); | 1.90 |
| BEA | conference call re: objections by borrowers committee to confirmation of liquidation plan (.4); subsequent call with M. Geeben re: Graves lawsuit and need to prepare for deposition (.9); analysis of complaint and motion to dismiss by IndyMac (1.0); analysis of consumer protection statute and limitation issues under TILA (.7); prepare notes (.4); | 3.40 |
| HMS | review MD Dept. of Taxation requirements re: Property Tax Filing; | 0.60 |

01/28/2009
| BEA | prepare punch list for deposition of Graves | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 4
02/18/2009
Account No: 98077-089M
Statement No: 23

Post Petition Representation

| | | | Hours |
|---|---|---|---|
| | | (1.1); | 1.10 |
| | DMS | prepare for conference call with Creditors Committee re: settlement (.5); participate in call with D. Bowman and Creditors Committee re: settlement (.6); review loan file for G. Graves (1.5); | 2.60 |
| 01/29/2009 | | | |
| | RJA | conference with D. Souders re: pay option loan disclosure (.2); | 0.20 |
| | DMS | telephone conference with M. Greecher and J. Dorsey re: Graves loan (.9); review loan file (1.1); legal research on potential causes of action (.3); send memo to E. Drummond at AIG re: New Hampshire settlement (.2); review Dandridge loan file (.9); | 3.40 |
| | BEA | draft deposition outline/questions and analysis of loan documents for issues to explore during deposition (2.4); telephone conference with J. Dorsey, M. Geenban and K. Kelly re: issues raised by Graves loan documents (.9); emails of documents with documents showing questionable signature (.3); | 3.60 |
| 01/30/2009 | | | |
| | VTL | preparation of WBSK's 16th fee application (.9); electronic correspondence to M. Greecher re: WBSK's 16th fee application (.1); | 1.00 |
| | DMS | send memo to C. Colagiacomo re: status of New Hampshire case (.2); prepare fee petition (.2); review loan file for | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 5
02/18/2009
Account No:     98077-089M
Statement No:             23

|  | Hours |  |
|---|---|---|
| Florence Dandridge (1.1); send memo to M. Greecher, J. Sorsey, K. Keller re: issues with loan to prepare for deposition of F. Dandridge (.5); | 2.00 |  |
| For Current Services Rendered | 32.00 | 12,149.50 |

| | |
|---|---|
| Photocopy Expenses | 7.00 |
| Express Mail/Federal Express Charges | 17.76 |
| Lexis/Westlaw Research | 2,502.60 |
| Total Expenses Posted Through 01/31/2009 | 2,527.36 |
| Total Current Work | 14,676.86 |
| Balance Due | $14,676.86 |

Your trust account #1 balance is

| | |
|---|---|
| Opening Balance | $250.00 |
| Closing Balance | $250.00 |

**PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.**

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JANUARY    2009

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
02/17/2009
Account No:    98077M

Attn: Carlo Colagiacomo

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-092 Cauthorne | | | | |
| 760.20 | 0.00 | 0.00 | -760.20 | $0.00 |
| 98077-093 Beall v. ABC | | | | |
| 3,812.50 | 3,680.50 | 0.00 | -2,994.00 | $4,499.00 |
| 4,572.70 | 3,680.50 | 0.00 | -3,754.20 | $4,499.00 |

*[signature]*

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JANUARY    2009

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Page: 1
02/17/2009
Account No:    98077-092M
Statement No:            13

Attn: Carlo Colagiacomo

Cauthorne

| | |
|---|---:|
| Previous Balance | $760.20 |
| 01/30/2009  Payment - Thank you. | -33.60 |
| 01/30/2009  Payment - Thank you. | -726.60 |
| Total Payments | -760.20 |
| Balance Due | $0.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   JANUARY   2009

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
02/17/2009
Account No:  98077-093M
Statement No:        5

Attn: Carlo Colagiacomo

Beall v. ABC

| | Previous Balance | $3,812.50 |
|---|---|---|

| Date | | Description | Hours |
|---|---|---|---|
| 01/02/2009 | MEH | draft motion to dismiss amended complaint (2.9); | 2.90 |
| 01/05/2009 | DMS | review and revise motion to dismiss (.8); send memo to C. Colagiacomo (.1); | 0.90 |
| | MEH | draft motion to dismiss amended complaint (2.0); revise same (2.0); | 4.00 |
| 01/06/2009 | MEH | confer with plaintiff's counsel re: hearing on motion to dismiss (.1); draft notice of hearing re: same (.1); courtesy copy of motion to court (.1); | 0.30 |
| 01/09/2009 | MEH | draft initial disclosures (.1); | 0.10 |
| ./12/2009 | MEH | draft initial disclosures (.2); | 0.20 |

## WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
02/17/2009
Account No: 98077-093M
Statement No: 5

Beall v. ABC

|  |  |  | Hours |  |
|---|---|---|---:|---:|
| 01/13/2009 | DMS | telephone conference with C. Colagiacomo (.2); finalize and file initial disclosures (.3); | 0.50 | |
| 01/15/2009 | MEH | draft motion requesting extension of time for filing reply brief (.2); | 0.20 | |
| '21/2009 | DMS | review plaintiff's opposition to American Home's motion to dismiss (.3); legal research (.2); | 0.50 | |
| 01/26/2009 | MEH | draft reply brief (2.9); research continuing violation theory (1.3); revise brief (.5); | 4.70 | |
|  | SBV | revise reply in support of motion to dismiss; | 0.90 | |
|  | HOB | electronically file reply brief with Court; | 0.50 | |
|  |  | For Current Services Rendered | 15.70 | 3,680.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---:|---:|---:|
| David M. Souders | 1.90 | $420.00 | $798.00 |
| Hazel Berkoh | 0.50 | 150.00 | 75.00 |
| Sandra B. Vipond | 0.90 | 295.00 | 265.50 |
| Michelle E. Holmes | 12.40 | 205.00 | 2,542.00 |

Total Current Work                                                                  3,680.50

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Beall v. ABC

Page: 3
02/17/2009
Account No:   98077-093M
Statement No:   5

| Date | Description | Amount |
|---|---|---|
| 01/30/2009 | Payment - Thank you. | -1,091.50 |
| 01/30/2009 | Payment - Thank you. | -1,902.50 |
| | Total Payments | -2,994.00 |
| | Balance Due | $4,499.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.