UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | x  Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : Case No. 07-11047 (CSS)<br>: Jointly Administered |
| Debtors. | **Sales Procedures Motion:**<br>Obj. Deadline: April 14, 2009 at 4:00 p.m. (ET)<br>Hearing Date: April 21, 2009 at 2:00 p.m. (ET) |
| | **Sale Motion:**<br>x  Obj. Deadline: May 8, 2009 at 4:00 p.m. (ET)<br>Hearing Date: May 15, 2009 at 1:00 p.m. (ET) |

## NOTICE OF MOTION

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (III) COUNSEL TO BANK OF AMERICA, N.A. AS ADMINISTRATIVE AGENT FOR THE LENDERS; (IV) COUNSEL TO THE BANCORP, INC.; (V) ALL PARTIES KNOWN TO HAVE EXPRESSED A BONA FIDE INTEREST IN ACQUIRING THE SHARES; (VI) ALL PARTIES WHO ARE KNOWN TO POSSESS OR ASSERT A SECURED CLAIM ON THE SHARES; (VII) THE INTERNAL REVENUE SERVICE; (VIII) THE U.S. SECURITIES AND EXCHANGE COMMISSION; (IX) THE OFFICE OF THRIFT SUPERVISION; (X) THE FEDERAL DEPOSIT INSURANCE CORPORATION; AND (XI) ALL PARTIES ENTITLED TO NOTICE UNDER LOCAL RULE 2002-1(b).

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"),[1] filed the attached Motion of the Debtors for Orders: (a)(i) Approving Sale Procedures with Respect to the Sale of the Debtors' Shares of American Home Bank Stock, (ii) Approving a Break-Up Fee For The Bancorp, Inc., (iii) Scheduling a Hearing to Consider the Sale of the Shares, (iv) Approving the form and Manner of Notice Thereof, and (v) Granting Related Relief; (the "Sale Procedures Motion"); and (b)(i) Authorizing the Sale of the Debtors' Shares of American Home Bank Stock Free and Clear of Liens, Claims, Encumbrances,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

and Other Interests, (ii) Authorizing and Approving Proposed Stock Purchase Agreement, and (iii) Granting Related Relief (the "Sale Motion").

PLEASE TAKE FURTHER NOTICE that objections to the Sale Procedures Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801 on or before 4:00 p.m. (ET) on April 14, 2009. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

A HEARING[2] ON THE SALE PROCEDURES MOTION WILL BE HELD ON APRIL 21, 2009 AT 4:00 P.M. BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE PROCEDURES MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 1, 2009  
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sean M. Beach  
James L. Patton, Jr. (No. 2202)  
Pauline K. Morgan (No. 3650)  
Sean M. Beach (No. 4070)  
Patrick A. Jackson (No. 4976)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
(302) 571-6600  

Counsel for the Debtors and Debtors-in-Possession

---

[2] The proposed hearing date with respect to the Sale Motion is May 15, 2009 at 1:00 p.m. (ET) and the proposed objection deadline is May 8, 2009 at 4:00 p.m. (ET).