IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :   Jointly Administered
        Debtors.                                                :
---------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 6, 2009 AT 2:00 P.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.      Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1
        [D.I. 3474, 3/28/08]

        Response Deadline:    April 24, 2008 at 4:00 p.m.

        Responses Filed:      See Exhibit A, attached

        Related Document:

        a)      Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to
                Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

        Status: An Order has been entered that partially sustains the Objection. With respect to
        the remainder of the relief requested and the remaining responses set forth on
        Exhibit A, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.  Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m., extended for the Debtors and the Committee to September 8, 2008 at 4:00 p.m.

Objections Filed:

a)  Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5602, 9/8/08]

b)  Limited Joinder of Official Committee of Unsecured Creditors to Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5617, 9/9/08]

Status: This matter will be adjourned to May 15, 2009 at 1:00 p.m.

3.  Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

Response Deadline:   May 20, 2008 at 4:00 p.m.

Related Documents:

a)  Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

4.  Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3880, 4/28/08]

Response Deadline:   May 20, 2008 at 4:00 p.m.

Related Document:

a)  Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

Responses Filed:    See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

5.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:    See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

6.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

7.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

Responses Filed:    See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

8. Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:   July 10, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5169, 7/17/08]

Responses Filed:   See Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

9. Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:   August 11, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

    b)    Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

    c)    Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

Responses Filed:   See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

DB02:7987944.1 066585.1001

10.     Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Document:

a)     Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

Responses Filed:    Please see Exhibit J, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

11.     Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.'s Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5468, 8/18/08]

Objection Deadline:    September 8, 2008 at 4:00 p.m., extended to November 14, 2008 at 4:00 p.m.

Related Document:

a)     Supplement to Motion of MERS' Motion for Entry of an Order (1) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses [D.I. 5559, 8/29/08]

Objections Filed:

b)     Debtors' Objection to Motion of Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. for Entry of an Order (I) Compelling Assumption or Rejection of Debtors' Executory Contract, or Modifying the Automatic Stay; and (II) Compelling Payment of Administrative Expenses and the Supplemental Motion Thereto [D.I. 6580, 11/14/08]

Status: This matter has been resolved in principle.

12.     Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

Responses Filed:  See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

13.    Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

    a)    Notice of Submission of Claims [D.I. 6206, 10/10/08]

    b)    Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

    c)    Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

Responses Filed:    See Exhibit L, attached

Status: Orders have been entered that partially sustain the Objection.  The remainder of this matter will be adjourned to May 15, 2009 at 1:00 p.m.

14.    Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:    November 5, 2008 at 4:00 p.m.

Responses Filed:    See Exhibit M, attached

Related Document:

    a)    Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

DB02:7987944.1                                                                 066585.1001

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

15.    Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6223, 10/13/08]

Objection Deadline:   November 5, 1008 at 4:00 p.m., extended to November 7, 2008

Objections/Responses Filed:

    a)    Response of American Home Mortgage Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., to Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6587, 11/18/08]

    b)    Debtors' Objection to Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6592, 11/19/08]

    c)    Reply of American Lien Fund, L.P. in Support of its Motion Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6671, 12/5/08]

Status: This matter has been resolved pending documentation. This matter will be adjourned to May 15, 2009 at 1:00 p.m.

16.    Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:   November 5, 2008 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned by agreement to May 15, 2009 at 1:00 p.m.

17.    Julia Trister's Motion for (i) Retroactive Annulment and (ii) Prospective Relief from the Automatic Stay or (iii) Alternative Relief  [D.I. 6809, 1/6/09]

Objection Deadline:   January 19, 2009 at 4:00 p.m., extended for the Debtors

Objections Filed:    None as of the filing of this Agenda

Status: This matter will be adjourned by agreement to May 15, 2009 at 1:00 p.m.

18.    Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:   December 3, 2008 at 4:00 p.m.

Responses Filed:     See Exhibit N, attached

Status: This matter will be adjourned to May 15, 2009 at 1:00 p.m.

19.   Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
      1 [D.I. 6620 11/21/08]

      Responses Deadline:   December 15, 2008 at 4:00 p.m.

      Related Document:

           a)    Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection
                 to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                 Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

      Responses Filed:     See Exhibit O, attached

      Status: An Order has been entered that partially sustains the Objection.  With respect to
           the remainder of the relief requested and the remaining responses set forth on
           Exhibit O, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

20.   Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to
      Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
      Rule 3007-1 [D.I. 6715, 12/12/08]

      Response Deadline:   January 6, 2009 at 4:00 p.m.

      Related Document:

           a)    Order Sustaining Debtors' Twenty-Sixth Omnibus (Non-Substantive)
                 Objection to Claims [D.I. 6840, 1/13/09]

      Responses Filed:     See Exhibit P, attached

      Status: An Order has been entered that partially sustains the Objection.  With respect to
           the remainder of the relief requested and the remaining responses set forth on
           Exhibit P, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

21.   Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to
      Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
      Rule 3007-1 [D.I. 6825, 1/9/09]

      Response Deadline:   February 10, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:    See Exhibit Q, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit R, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

22.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit R, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit S, this matter will be adjourned to May 15, 2009 at 1:00 p.m.

## CONTESTED MATTERS GOING FORWARD

23.    Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5180, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5461, 8/18/08]

Responses Filed:    See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be going adjourned in part and going forward in part as indicated.

    

24.     Emergency Motion of Mona Dobben for an Order for Relief from the Automatic Stay
        Under Section 362, of the Bankruptcy Code [D.I. 5376, 8/13/08]

        Objection Deadline:    March 6, 2009

        Related Document:

              a)      Amended Emergency Motion of Mona Dobben for an Order for Relief
                      from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I.
                      5789, 8/28/08]

        Objections Filed:

              a)      Limited Objection of the Debtors to the Amended Emergency Motion of
                      Mona Dobben for an Order for Relief from the Automatic Stay Under
                      Section 362 of the Bankruptcy Code [D.I. 7080, 3/6/09]

              b)      Response of the Official Committee of Unsecured Creditors [D.I. 7082,
                      3/6/09]

        Status: This matter will be going forward.

25.     Motion of Mona Dobben for Order Deeming Proofs of Claims #10607, #10608, #10609
        Timely Filed or, in the Alternative, Allowing Proofs of Late Filed Claims [D.I. 7003,
        2/13/09]

        Objection Deadline:    March 6, 2009

        Objections Filed:

              a)      Reservation of Rights of the Debtors [D.I. 7081, 3/6/09]

              b)      Response of the Official Committee of Unsecured Creditors [D.I. 7082,
                      3/6/09]

        Status: The Debtors and the Committee consent to the relief requested by the Motion
                subject to reservation of rights that will be inserted into a revised form or order or
                presented on the record at the hearing.  This matter will be going forward.

DB02:7987944.1                                                                 066585.1001

26.     Motion of Citifinancial Services, Inc. for Relief from Stay Under Section 362, of the
        Bankruptcy Code [D.I. 7058, 2/26/09]

        Objection Deadline:    March 30, 2009 at 4:00 p.m.

        Objections Filed:

                a)      Limited Objection of the Debtors [D.I. 7184, 3/30/09]

                b)      Joinder of the Official Committee of Unsecured Creditors to Debtors'
                        Limited Objection [D.I. 7198, 3/30/09]

        Status: This matter will be going forward.

27.     Debtors' Thirtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 7083, 3/6/09]

        Response Deadline:    March 30, 2009 at 4:00 p.m.

        Responses Filed:      See Exhibit S, attached.

        Status: This matter will be going forward.

28.     Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 7084, 3/6/09]

        Response Deadline:    March 30, 2009 at 4:00 p.m.

        Responses Filed:      See Exhibit T, attached.

        Status: This matter will be going forward.

DB02:7987944.1                                                                    066585.1001

29.    Bayview Loan Servicing, LLC's Motion for Relief from Stay [D.I. 7097, 3/13/09]

Objection Deadline:    March 30, 2009 at 4:00 p.m.

Objections Filed:

    a)    Limited Objection of the Debtors [D.I. 7197, 3/30/09]

    b)    Joinder of the Official Committee of Unsecured Creditors to the Debtors'
        Limited Objection [D.I. 7201, 3/30/09]

Status: This matter will be going forward.


Dated:  Wilmington, Delaware              YOUNG CONAWAY STARGATT & TAYLOR, LLP
       April 2, 2009

                                     Pauline K. Morgan (No. 3650)
                                     Sean M. Beach (No. 4070)
                                     Margaret B. Whiteman (No. 4652)
                                     Nathan D. Grow (No. 5014)
                                     The Brandywine Building
                                     1000 West Street, 17th Floor
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 571-6600
                                     Facsimile: (302) 571-1253

                                     *Counsel for Debtors and Debtors in Possession*

066585.1001

### Exhibit A, Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Judith Rigsby | 3753, 4/21/08 | Adjourned to May 15, 2009 at 1:00 p.m. |

### Exhibit B, Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robert Sullivan | 4339, 6/2/08 | Adjourned to May 15, 2009 at 1:00 p.m. |

### Exhibit C, Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Christine Conklin | 3988, 5/9/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Matthew and Melanie Hernandez | 4090 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Karen Gravely-Robinson |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Hardin County |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Deborah Mills |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Souderton Area School District/Upper Salford Township Tax Collector |  | Adjourned to May 15, 2009 at 1:00 p.m. |

### Exhibit D, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to May 15, 2009 at 1:00 p.m. |

DB02:7987944.1                                   066585.1001

## Exhibit E, Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Norman Loftis | 4360, 6/4/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Souderton Area School District | | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Spring-Ford Area School District | | Adjourned to May 15, 2009 at 1:00 p.m. |

## Exhibit F, Tenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Audrey Andrews | 4984, 7/7/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Samuel A. Case | 5054, 7/9/08 | Adjourned to May 15, 2009 at 1:00 p.m. |

## Exhibit G, Eleventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Kathleen Heck | 5016, 7/9/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Thomas Furey | 5056, 7/14/08 | Adjourned to May 15, 2009 at 1:00 p.m. |

## Exhibit H, Twelfth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | DialAmerica Marketing | 5316, 8/5/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Kruse Way, LLC | | Going forward |
| | Meadows Lake Oswego | | Going forward |

DB02:7987944.1    066585.1001

**Exhibit I, Thirteenth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | FGIC | 5351, 8/11/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | David Holan |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Nomura Credit & Capital |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Mitchell Eininger |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Thomas Adkins, Jr. |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Kevin Kerr |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Katherine Lalime |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | GE Money Bank |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Terri Crites |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Lonnie Watkins |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | William Farnan |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Jon Lucas |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Thomas Guinta |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Joseph Spinelli, Jr. |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Charles Doyle |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Linda Larsen |  | Adjourned to May 15, 2009 at 1:00 p.m. |

DB02:7987944.1                                                    066585.1001

| | | | |
|---|---|---|---|
| | George T. Matthews | | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Calvin Kammeyer | | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Minda Boxer | | Adjourned to May 15, 2009 at 1:00 p.m. |

### Exhibit J, Fifteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Joseph Dionisio | 5521, 8/21/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Ray Palen | 5522, 8/22/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Joshua Kappelman | 5546, 8/26/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Ronald Bergum | 5608, 9/8/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Tammy Pederson | 5794, 9/8/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Shervonne Powell | 5814, 9/11/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | I. Crain Houston | 5822, 9/11/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Beverly Creswell | 5815, 9/11/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | John Johnston | 5818, 9/11/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Michael Kalmonson | 5816, 9/11/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Grailing Carter | 5947, 9/17/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Office Max | | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Michael Wheeler | | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Keith Wesolowski | | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Mary Ann Anderson | | Adjourned to May 15, 2009 at 1:00 p.m. |

DB02:7987944.1                                    066585.1001

|  | | | |
|---|---|---|---|
|  | Julie Miller | | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Thomas J. Perkins | | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Lisa M. Schreiber | | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Judie McGaha | | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Richard Hawkwell | | Adjourned to May 15, 2009 at 1:00 p.m. |

### Exhibit K, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Matthew Liang | 6122, 9/26/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Robert Sweeney | 6123, 9/26/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | American Express Travel Related Services | | Adjourned to May 15, 2009 at 1:00 p.m. |

### Exhibit L, Nineteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Eric Segall | 6230, 10/15/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Jeffrey Harmon | 6231, 10/15/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Paul Parotti | 6233, 10/15/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Baron O'Brien | 6235, 10/15/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Sally Hamilton | 6414, 10/22/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | American Express Travel Related Svc. Co. | | Adjourned to May 15, 2009 at 1:00 p.m. |

DB02:7987944.1                                                                 066585.1001

## Exhibit M, Twenty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Robert Carleton, Michael Ostrowski and Victor Diamond | 6497, 11/5/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Connie Zinter | 5499, 11/5/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Trustees of Mall Road Trust | 6516, 11/6/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Residential Appraisal Service | 6532, 11/7/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Letort Mortgage Group Inc. | | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Southern Horizon Financial Group, LLC | | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Tracy Lussier | | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Sun Life Assurance Company of Canada | | Adjourned to May 15, 2009 at 1:00 p.m. |

## Exhibit N, Twenty-Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned to May 15, 2009 at 1:00 p.m. |
| | Scott Jossart | | Adjourned to May 15, 2009 at 1:00 p.m. |

## Exhibit O, Twenty-Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Riverside County Treasurer-Tax Collector | | Adjourned to May 15, 2009 at 1:00 p.m. |

## Exhibit P, Twenty-Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Avaya Inc. | | Adjourned to May 15, 2009 at 1:00 p.m. |

DB02:7987944.1

066585.1001

### Exhibit Q, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | City of New York, Dept. of Finance |  | Adjourned to May 15, 2009 at 1:00 p.m. |

### Exhibit R, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | James Rucker | 6969, 2/10/09 | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Credit Suisse |  | Adjourned to May 15, 2009 at 1:00 p.m. |
|  | Sharaine Hughes |  | Adjourned to May 15, 2009 at 1:00 p.m. |

### Exhibit S, Thirtieth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | E.M. Henderson | 7142, 3/23/09 | Going forward |
| 2 | Robert Grabfelder | 7167, 3/27/09 | The Objection is withdrawn |
| 3 | BP Kingstowne Office Building K LLC | 7200, 3/30/09 | The Objection is withdrawn |
| 4 | Richard Barrett-Snyder | 7206, 3/31/09 | Adjourned to May 15, 2009 at 1:00 p.m. |
| 5 | Dallas County |  | Going forward |
| 6 | Property Shop Realty and Appraisal |  | Going forward |

DB02:7987944.1

066585.1001

**Exhibit T, Thirty-First Omnibus Objection**

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Theodore and Rebecca Zimmerman | 7109, 3/16/09 | Going forward |
| 2 | Cheryl Williams | 7117, 3/17/09 | Going forward |
| 3 | Peter Lytwyn | 7123, 3/18/09 | Going forward |
| 4 | Paul Deck | 7138, 3/19/09 | Going forward |
| 5 | Ghassan Tarakji | 7139, 3/20/09 | Going forward |
| 6 | Ghassan Tarakji | 7140, 3/20/09 | Going forward |
| 7 | Erik. Fleischner | 7145, 3/23/09 | Going forward |
| 8 | Michael Surowiec | 7152, 3/25/09 | Adjourned to May 15, 2009 at 1:00 p.m. |
| 9 | Oliver Holt | 7165, 3/26/09 | Going forward |
| 10 | Carol Prickett | 7166, 3/26/09 | Going forward |
| 11 | Alexander and Laura Krouglow | 7171, 3/26/09 | Going forward |
| 12 | Norman Loftis | 7176, 3/30/09 | Adjourned to May 15, 2009 at 1:00 p.m. |
| 13 | Daniel Seland | 7186, 3/30/09 | Going forward |
| 14 | Corporate Express | 7187, 3/30/09 | Going forward |
| 15 | Plaintiffs in In re: American Home Mortgage Securities Litigation | 7188, 3/30/09 | Going forward |
| 16 | Champion & Associates | 7190, 3/30/09 | Adjourned to May 15, 2009 at 1:00 p.m. |
| 17 | Oakland County Treasurer | 7191 and 7195, 3/30/09 | Adjourned to May 15, 2009 at 1:00 p.m. |
| 18 | Donald Imwold | 7192, 3/30/09 | Going forward |
| 19 | New York State Dept. of Taxation | 7193, 3/30/09 | Going forward |
| 20 | Adele Elder-Hill | 7194, 3/30/09 | Adjourned to May 15, 2009 at 1:00 p.m. |
| 21 | Mary O'Connell | 7199, 3/30/09 | Adjourned to May 15, 2009 at 1:00 p.m. |
| 22 | Faith Camille Wilkinson | 7202, 3/31/09 | Adjourned to May 15, 2009 at 1:00 p.m. |
| 23 | Katherine Cooper | 7203, 3/31/09 | Going forward |
| 24 | David Cooper | 7204, 3/31/09 | Going forward |
| 25 | Vicki Cooper | 7205, 3/31/09 | Going forward |
| 26 | Randall Barwick | 7207, 3/31/09 | Adjourned to May 15, 2009 at 1:00 p.m. |
| 27 | Patrick Kobielsky | | Going forward |
| 28 | Liberty Property | | Going forward |
| 29 | Inland Wester, Bradentown Breachway LLC | | Going forward |
| 30 | Lee County | | Going forward |

066585.1001

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 31 | 2250 Lively LLC | | Going forward |
| 32 | ILOG | | Adjourned to May 15, 2009 at 1:00 p.m. |
| 33 | William Eidson | | Adjourned to May 15, 2009 at 1:00 p.m. |
| 34 | Douglas Huston | | Adjourned to May 15, 2009 at 1:00 p.m. |
| 35 | David Michaud | | Adjourned to May 15, 2009 at 1:00 p.m. |
| 36 | Virginia Housing Authority | | Adjourned to May 15, 2009 at 1:00 p.m. |
| 37 | Voyager Indemnity Insurance Co. | | Adjourned to May 15, 2009 at 1:00 p.m. |
| 38 | Jerold Palmer | | Adjourned to May 15, 2009 at 1:00 p.m. |
| 39 | Brett Lotsoff | | Adjourned to May 15, 2009 at 1:00 p.m. |
| 40 | Joseph Bartoletta | | Adjourned to May 15, 2009 at 1:00 p.m. |

DB02:7987944.1

066585.1001