## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objection Deadline: April 22, 2009** |

**FIRST MONTHLY APPLICATION OF BIFFERATO LLC[2] AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 26, 2008 THROUGH OCTOBER 31, 2008**

Authorized to provide
professional services to:                Special Conflicts Counsel to The Official Committee of
                                         Unsecured Creditors

Period for which compensation
and reimbursement is sought:             September 26, 2008 through October 31, 2008

Amount of Compensation
sought as actual, reasonable
and necessary:                           $ 4,684.50

Less 20% Holdback per procedures
for interim compensation and
reimbursement of expenses                $936.90

TOTAL OF FEES                            $3,747.60

---

[1] The Debtors' in these cases, along with the last four digits of each Debtors' federal tax identification numbers are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland Corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland Corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland Corporation (7267); American Home Mortgage Corp. ("AHM Corporation"), a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware Limited Liability Company (1407); Homegate Settlement Services, Inc., a New York Corporation (7491); and Great Oak Abstract Corporation, a New York Corporation (8580). The address for all of the Debtors' is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Bifferato Gentilotti LLC changed its name to Bifferato LLC effective March 13, 2009.

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary:                          $ 1,419.80

This is a(n):                       1st Monthly Fee Application

**PRIOR APPLICATION HISTORY**

| Date Filed | Period Covered | Requested | | Approved | | Certificate of No Objection / Signed Order |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | |
| Not Applicable | | | | | | |

## ATTACHMENT TO FEE APPLICATION

| Name of Professional Person | Position | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Ian Connor Bifferato | Managing Director | 6.50 | $ 425.00 | $ 2,762.50 |
| Garvan F. McDaniel | Associate | 2.90 | $ 310.00 | $ 899.00 |
| Jennifer Randolph | Paralegal | 6.20 | $ 165.00 | $ 1,023.00 |
| | **TOTAL** | 15.60 | ********* | $ 4,684.50 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.*, | Case No. 07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: TBD** |
| | **Objection Deadline: April 22, 2009** |

**FIRST MONTHLY APPLICATION OF BIFFERATO LLC AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 26, 2008 THROUGH OCTOBER 31, 2008**

Bifferato LLC ("Applicant"), as special conflicts counsel to The Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of American Home Mortgage Holdings, Inc., a Delaware Corporation, et. al. (the "Debtor"), submits its first monthly application for allowance of compensation and reimbursement of expenses for the period of September 26, 2008 through October 31, 2008 (the "Application"), and respectfully represents and alleges as follows:

## JURISDICTION

This Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

1. On August 6, 2007 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The cases are administered jointly pursuant to an Order of the Court.

2. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3. On September 3, 2007, the Court entered an *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* ("Interim Compensation Order") [Docket No. 547].

## RELIEF REQUESTED

4. This Application is made for an allowance of compensation for professional services rendered for and on behalf of the Committee for the period of September 26, 2008 through October 31, 2008 (the "Fee Period"). In addition, Applicant seeks reimbursement of actual and necessary costs and expenses incurred during the Fee Period.

5. Specifically, Applicant seeks an allowance of $4,684.50, less a twenty percent (20%) holdback in the amount of $936.90, for a total fee request of $3,747.60 for services rendered for the Fee Period. A detailed description of services rendered during the Fee Period is annexed hereto as **Exhibit "A"**. Applicant also seeks reimbursement of actual and necessary costs and expenses incurred during the Fee Period in the sum of $1,419.80. A schedule of disbursements incurred is annexed hereto as **Exhibit "B"**.

6. Applicant is retained as special conflicts counsel to The Official Committee of Unsecured Creditors.

7. Applicant has rendered professional services as special conflicts counsel to the Committee as requested and necessary and appropriate in furtherance of Committee's duties and functions in these chapter 11 cases.

8. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and

extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

## DISBURSEMENTS

9. Applicant incurred reasonable and necessary out-of-pocket expenses in the sum of $1,419.80 in connection with rendering legal services to the Committee during the Fee Period. A description of the expenses is set forth in **Exhibit "B"** annexed hereto. Such disbursements include postage, messenger service, photocopying, travel expenses, Federal Express and telecopy expenses. Applicant has sought to utilize the most cost efficient method of communication consistent with the necessary time constraints. Applicant's regular charge for photocopy expenses is $0.10 per page. Westlaw and Lexis charges represent computerized legal research facility charges for computer assisted research. Use of Westlaw and Lexis greatly enhances legal research and access to case law from all jurisdictions, and is cost efficient, saving substantial attorney research time. Other disbursements are itemized in the annexed schedule. These disbursements were necessary to effectively render legal services in this case.

10. Annexed hereto as **Exhibit "C"** and made part hereof is a Certification of Kevin G. Collins, Esq. submitted pursuant to Section 504 of the Bankruptcy Code.

11. During the course of this case, Applicant has incurred and paid its actual and necessary disbursements and expenses.

12. This is the Applicant's first monthly application pursuant to this Court's Order Interim Compensation Order. Applicant has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case, and there is no agreement or understanding between Applicant and any other person, other than members of the Applicant, for the sharing of compensation to be received for services rendered in this case.

WHEREFORE, Applicant respectfully requests that it be granted a first monthly allowance in the amount of $4,684.50 less a twenty percent (20%) holdback in the amount of $936.90, for a total fee request in the amount of $3,747.60 for professional services rendered to and on behalf of the Committee during the Fee Period, plus reimbursement of its actual, reasonable, and necessary expenses incurred in connection with services rendered during the Fee Period in the sum of $1,419.80, and that it be granted such other and further relief as the Court may deem just and proper.

Dated: April 2, 2009
       Wilmington, Delaware

Ian Connor Bifferato (#3273)
Kevin G. Collins (#5149)
BIFFERATO LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
302-225-7600
302-254-5383 (fax)