# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Management / Analysis | | |
| Fee Applications and Invoices- Bifferato LLC | | |
| Fee Applications and Invoices- Others | | |
| Employment and Retention Applications - Others | | |
| Pleading Review | 3.60 | $1,322.00 |
| Pleading Preparation | 3.80 | $931.50 |
| Electronic Filing/Service of Pleading | 1.30 | $214.50 |
| Committee Communication and Meetings | 4.60 | $1,369.00 |
| Other Communications | 0.30 | $49.50 |
| Mediation Preparation and Communications | | |
| Mediation Attendance | | |
| In-House Correspondence | 0.40 | $118.00 |
| Hearing Preparation | | |
| Hearing Attendance | 1.60 | $680.00 |
| Deposition Preparation | | |
| Deposition Attendance | | |
| Deposition Travel | | |
| **TOTAL** | **15.60** | **$4,684.50** |

P.O. BOX 2165
WILMINGTON, DE 19899-2165
Phone (302) 225-7600 Fax (302) 254-5383
Federal Tax ID # 51-0378558

**PLEASE NOTE: Our firm name, telephone and facsimile numbers have changed.
Our tax identification number remains the same.**

Michael Morris, Esq.
Hennigan Bennett & Dorman
865 South Figueroa Street
Suite 2900
Los Angeles CA 90017

Page: 1
04/02/2009
Account No: 2008826-000B
Statement No: 238538

American Home Mortgage Holding

Fees

|  |  |  | Hours |
|---|---|---|---|
| 09/26/2008 | | | |
| | ICB | Review and finalize Response. | 0.20 |
| 09/29/2008 | | | |
| | JMR | Attention to retrieval and further preparation of 2002 Service List for filing. | 0.30 |
| | JMR | Attention to set-up of M. Morris for telephonic appearance on Thursday, 10/2. | 0.20 |
| | JMR | Attention to final preparation of Response for signature and filing. | 0.70 |
| | JMR | Attention to electronic filing and service of the Response. | 0.90 |
| | JMR | Ecorrespondence to M. Morris forwarding confirmation of filing response. Ecorrespondence same to A. Landis at M. Morris request. | 0.20 |
| | ICB | E-correspondence with M. Morris regarding background of JP Morgan Lift Stay Motion and Response. | 0.30 |
| | ICB | Review, finalize and execute Committee Response in connection with review of JP Morgan Lift Stay Motion, for filing and service. | 0.90 |
| 09/30/2008 | | | |
| | JMR | Retrieve and review Order Granting Omnibus Dates. | 0.20 |
| | GFM | Teleconference with co-counsel regarding response, review and forward to ICB for final execution. | 0.40 |
| | ICB | E-correspondence with M. Morris regarding status of Joint Prosecution Agreement and 10/2/08 Hearing. | 0.20 |
| | ICB | Teleconference with M. Morris regarding background of avoidance action and factual investigation necessary and joint planning with Debtors' counsel. | 0.70 |
| | JMR | Review docket and ecorrespondence to M. Morris regarding Application to Employ/Retain. | 0.20 |
| 10/01/2008 | | | |
| | JMR | Revise Stipulation for Joint Prosecution of Claims Against JP Morgan Chase Bank for ICB's signature. | 0.20 |
| | JMR | Forward Stipulation to Debtor's counsel. | 0.10 |
| | ICB | E-correspondence (multiple) with M. Morris regarding Joint Prosecution Agreement. | 0.30 |
| | ICB | Pleadings Review, finalize and execute, Joint Prosecution Agreement regarding J.P. Morgan Avoidance proceedings. | 0.30 |

Michael Morris, Esq.

Page: 2
04/02/2009
Account No: 2008826-000B
Statement No: 238538

American Home Mortgage Holding

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/02/2008 | | | | |
| | ICB | Teleconference with M. Morris in advance of 10/2/08 Omnibus Hearing and telephone to Debtors' counsel regarding the same and expected issues to be presented at hearing. | 0.40 | |
| | ICB | Pleadings Review - Amended Agenda, forwarded by Debtors' counsel for 10/2/08 hearing. | 0.40 | |
| | ICB | Hearing - attend and participate in omnibus hearing. | 1.60 | |
| 10/06/2008 | | | | |
| | GFM | Draft retention application and declaration. | 2.10 | |
| 10/13/2008 | | | | |
| | JMR | Attention to retrieval of Notice of Deposition (JP Morgan), forward to M. Morris, and apply to calendars. | 0.30 | |
| 10/16/2008 | | | | |
| | JMR | Retrieve Administrative Order Establishing Procedures for Interim Compensation for review in preparation of BG's Employment Application. | 0.60 | |
| | JMR | Attention to final revisions to BG's Employment Application with Notice, Attachments, and proposed order. | 0.80 | |
| 10/22/2008 | | | | |
| | JMR | Attention to retrieval of docket report and Agenda for Hearing scheduled on 10/22 for ICB's review. Ecorrespondence to M. Morris regarding hearing attendance. | 0.20 | |
| | JMR | In house conference with ICB regarding hearing on 10/22. | 0.20 | |
| | ICB | In house conference with JMR regarding hearing on 10/22. | 0.20 | |
| | ICB | Review Agenda for Hearing scheduled on 10/22. | 0.20 | |
| | ICB | Pleadings Review - revise and finalize BG retention application for review and execution by Committee Chair, filing and service. | 0.80 | |
| 10/28/2008 | | | | |
| | GFM | E-correspondence with co-counsel. | 0.20 | |
| | GFM | E-correspondence with J. Morse. | 0.20 | |
| 10/29/2008 | | | | |
| | JMR | Attention to final preparation of Notice of Particular Matters for electronic filing and service. | 0.40 | |
| | JMR | Attention to electronic filing and service of Notice of Particular Matters. | 0.60 | |
| | JMR | Ecorrespondence to co-counsel providing electronic confirmation of filing the Notice of Particular Matters. | 0.10 | |
| | | For Current Services Rendered | 15.60 | 4,684.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ian Connor Bifferato, Esq. | 6.50 | $425.00 | $2,762.50 |
| Garvan F. McDaniel | 2.90 | 310.00 | 899.00 |
| Jennifer M. Randolph | 6.20 | 165.00 | 1,023.00 |

Case 07-11047-CSS    Doc 7225-2    Filed 04/02/09    Page 5 of 6

Michael Morris, Esq.

Page: 3
04/02/2009
Account No: 2008826-000B
Statement No: 238538

American Home Mortgage Holding

### Expenses

| Date | Description | Amount |
|---|---|---:|
| 09/29/2008 | Photocopies | 5.60 |
| 09/30/2008 | Print Charges | 26.60 |
| 10/22/2008 | Print Charges | 30.20 |
| 10/28/2008 | Photocopies | 0.80 |
| 10/29/2008 | Case expense costs - courier to trustee office - cert of counsel | 15.00 |
| | Total Expenses | 78.20 |

### Advances

| Date | Description | Amount |
|---|---|---:|
| 09/30/2008 | Cost advanced on behalf of client - PARCELS Invoice #130698 - copy and postage of documents for service. | 1,331.60 |
| 09/30/2008 | Cost advanced on behalf of client - PARCELS Invoice #130773 - courier service charges to YCST and Landis. | 10.00 |
| | Total Advances | 1,341.60 |

Total Current Work — 6,104.30

Balance Due — $6,104.30

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 4,684.50 | 78.20 | 1,341.60 | 0.00 | 0.00 |

**All invoices are due upon receipt. Please remit payment at this time.**

| | |
|---|---:|
| Statements Printed: | 1 |
| Hours: | 15.60 |
| Fees: | 4,684.50 |
| Expenses: | 78.20 |
| Advances: | 1,341.60 |