March 24th, 2009

United States Bankruptcy Court
District of Delware
824 Market Street
Wilmington, DE 19801

RE: American Home Mortgage Holdings, Inc.
Case #07-11047 – 07-11054

To Whom It May Concern:

My claim number in relation to the above referenced bankruptcy is #8439 and I would like to notify the court that I have moved. Below is my **OLD** address:

Dale A. Simmons
17 De Soto Road
Amity Harbor, NY 11701

My **NEW** Address is:

Dale A. Simmons
16 Wendy Lane
Massapequa Park, NY 11762

Please revise your records to reflect this change so that I can continue to receive notifications in relation to my claim and the referenced bankruptcy. I can be reached at (516) 317-3378 with any questions regarding this letter or my claim.

Sincerely,

Dale A. Simmons