IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x   Chapter 11
In re:                                                             :
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, et al.,                    :   Jointly Administered
                                                                   :
                                         Debtors.                  :   Doc. Ref. Nos. 148, 539, 551, 2187, 2773
------------------------------------------------------------------ x

**FOURTH SUPPLEMENTAL AFFIDAVIT OF PAULINE K. MORGAN IN SUPPORT
OF THE APPLICATION FOR ORDER PURSUANT TO SECTION 327
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014
APPROVING THE RETENTION AND EMPLOYMENT OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP AS ATTORNEYS
FOR THE DEBTORS, _NUNC PRO TUNC_ TO THE PETITION DATE**

STATE OF DELAWARE       )
                        )
COUNTY OF NEW CASTLE    )

PAULINE K. MORGAN, being duly sworn, deposes and says:

1. I am a partner in the firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), The Brandywine Building, 17th Floor, 1000 West Street, Wilmington, Delaware 19801, and have been duly admitted to practice in the State of Delaware, the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit. This supplemental affidavit (the "Fourth Supplemental Affidavit") is submitted in support of the Debtors' Application for Order Pursuant to section 327 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors, _Nunc Pro Tunc_ to the Petition Date [Docket No. 148] (the "Application"). An Order approving the Application was entered by the Court on September 4, 2007 [Docket No. 551].

2.      Young Conaway filed an initial affidavit of Pauline K. Morgan in support of the Application on August 13, 2007, and filed first, second and third supplemental affidavits of Pauline K. Morgan in support of the Application (collectively, the "Affidavits") on August 31, 2007, November 28, 2007 and January 24, 2008, respectively [Docket Nos. 539, 2187 and 2773].

3.      As stated in the Affidavits, Young Conaway conducted a series of searches in the Firm's conflicts databases to identify relationships with creditors and other parties-in-interest (or potential parties-in-interest) in these Chapter 11 cases. The Affidavits summarize the results of these searches. The purpose of this Fourth Supplemental Affidavit is to update and clarify the representations disclosed in the Affidavits; as demonstrated below, Young Conaway remains disinterested within the meaning of 11 U.S.C. § 101(14), and neither holds nor represents any interest adverse to the Debtors or their estates other than as described below.

4.      Option One is an affiliate of American Home Mortgage Servicing, Inc., which is a successor in interest of AH Mortgage Acquisition Co., Inc., the acquirer of the Debtors' loan servicing business pursuant to an Asset Purchase Agreement approved by the Court on October 30, 2007 [Docket No. 1711]. Young Conaway represents and has in the past represented Option One in connection with litigation matters completely unrelated to the Debtors' Chapter 11 cases.

5.      Except as specifically disclosed in this Fourth Supplemental Affidavit and the previously filed Affidavits, to the best of my knowledge, neither I, the Firm, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their potential creditors, or any other parties in interest, or their representative attorneys and accountants, and the United States Trustee or any person employed in the office of the United States Trustee. To the extent that Young Conaway becomes aware of any additional

relationships and/or connections that may be relevant to Young Conaway's representation of the Debtors, an additional supplemental affidavit will be filed.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

/s/ Pauline K. Morgan
Pauline K. Morgan

Sworn to before me this 3 day of April, 2009.

_____
Notary Public
My Commission Expires:_____

DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 21, 2012

3