## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:     :    Chapter 11

       :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)

a Delaware corporation, et al.,[1]     :

       :    Jointly Administered

Debtors.        :

       :    **Ref. Dkt. No. 7084**

       :

       :

------------------------------------------------------------------ x

## NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS' THIRTY-FIRST (SUBSTANTIVE) OBJECTION TO CLAIMS

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), have entered into a stipulation (the "Stipulation"), attached hereto as Exhibit A, regarding the withdrawal of certain claims and the withdrawal of the Debtors' objection to such claims. Pursuant to the Stipulation, the Debtors, by and through their undersigned counsel, hereby partially withdraw the *Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 7084] without prejudice and solely with respect to the following proofs of claim:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

| Claimant | Claim No. | Exhibit and Basis |
|---|---|---|
| Westchester Fire Insurance Company, et al | 8730 | Exhibit I – Insufficient documentation |
| Ace American Insurance Company | 8731 | Exhibit I – Insufficient documentation |

Dated: April 6, 2009
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman-Greecher (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

## EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Honorable Christopher S. Sontchi |
| AMERICAN HOME MORTGAGE | : | Chapter 11 |
| HOLDINGS, INC. *et al.* | : | |
| | : | Case No. 07-11047 |
| | : | Case No. 07-11048 |
| | : | Case No. 07-11049 |
| Debtors. | : | Case No. 07-11050 |
| | : | Case No. 07-11051 |
| | : | Case No. 07-11052 |
| | : | Case No. 07-11053 |
| | : | Case No. 07-11054 |
| | : | |
| | : | Jointly Administered |

**STIPULATION REGARDING PROOF OF CLAIM NOS. 8730 AND 8731, AND
DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION THERETO**

American Home Mortgage Holdings, Inc. and its affiliated debtors ("Debtors")

and ACE American Insurance Company and Westchester Surplus Lines Insurance

Company and possibly other members of the ACE group of companies (hereinafter

"ACE"), hereby stipulate and agree that based upon the treatment of the insurance

policies in the confirmed Amended Chapter 11 Plan of Liquidation filed by the Debtors,

Proofs of Claims Nos. 8730 and 8731 are hereby resolved and withdrawn and the

Debtors' Thirty-First Omnibus Objection is resolved and withdrawn solely with respect

to Proofs of Claims Nos. 8730 and 8731.

This the ___ day of March 2009.

Respectfully submitted,

YOUNG CONAWAY STARGATT &
TAYLOR LLP

_____
Nathan D. Grow (DE No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: 302-571-6756
Facsimile: 302-571-1253

Counsel to the Debtors and Debtors in
Possession

WHITE AND WILLIAMS LLP

_____
Marc S. Casarino, Esquire (DE No.
3613)
824 N. Market Street, Suite 902
Wilmington, DE 19801
Telephone: 302-467-4520
Facsimile: 302-467-4550
Email:
casarinom@whiteandwilliams.com

and

Jennifer L. Hoagland, Esquire
(Member of Pennsylvania Bar)
Bazelon Less & Feldman, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102-1907
Telephone: 215-568-1155
Facsimile: 215-568-9319
Email: jhoagland@bazless.com

Counsel to ACE American Insurance
Company and Westchester Fire
Insurance

2

[INSERT AFFIDAVIT/CERTIFICATE
OF SERVICE]

## SERVICE LIST

Attn:  James L. Patton
Attn: Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
**Counsel for the Debtors**

Attn: Kevin Nystrom
Kroll Zolfo Cooper LLC
900 Third Avenue
New York, NY  10022

Attn: Mark S. Indelicato
Attn: Mark T. Power
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Attn: Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801
**Counsel for Official Committee of
Unsecured Creditors**

Attn:  Joseph J. McMahon
United States Trustee for the
District of Delaware
844 King Street
Suite 2207
Lockbox #35
Wilmington, DE  19801

3