# SIGN - IN - SHEET

**CASE NAME:** American Home Morgage
**CASE NO:** 07-11047(CSS)
**COURTROOM LOCATION:** 6
**DATE:** 4/6/09 @ 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert J. Moore & Fred Neufeld (telephonic) | Millbank, Tweed, Hadley & McCloy | ABN AMRO Bank |
| Edward Schnitzer | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Gabriel Mac-Conaill | Potter Anderson & Corroon | Bank of America |
| Nathan Grow | Young Conaway | Debtors |
| Maggie Greecher | Young Conaway | Debtors |
| Tori Gulfoyle | Blank Rome | Creditors Committee |
| Craig Martin | Edwards Angell Palmer & Dodge LLP | Citi Financial Services Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**