# EXHIBIT B



**Gilbert Oshinsky LLP**

1100 New York Ave, NW
Suite 700
Washington, DC 20005
O 202.772.2200
F 202.772.3333
gotofirm.com

James L. Patton, Esq.
Counsel, American Home Mortgage Holdings, Inc.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

March 31, 2009
Client Number:  1241
Invoice Number:  11304781
Tax Id: 52-2283869

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc., February 1, 2009 through February 28, 2009

Re:  The Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc.

| Matter No. | Matter | Fees | Expenses | Total |
|---|---|---|---|---|
| 1241-0001 | Disclosure Statement/Plan of Reorganization | $145,049.00 | $7,200.68 | $152,249.68 |
| 1241-0004 | Fee Application | $7,003.00 | $0.00 | $7,003.00 |
| 1241-0005 | Non-Working Travel (Billed @ 50%) | $1,196.25 | $4,407.03 | $5,603.28 |

|  |  |
|---|---|
| **TOTAL FEES** | **$153,248.25** |
| **TOTAL EXPENSES** | **$11,607.71** |
| **TOTAL FEES AND EXPENSES** | **$164,855.96** |
| **TOTAL AMOUNT DUE** | **$164,855.96** |

The Official Committee of Borrowers
James L. Patton, Esq.
Counsel, American Home Mortgage Holdings, Inc.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

Invoice Number:  11304781
Invoice Date:     March 31, 2009

**REMITTANCE COPY**

**TOTAL AMOUNT DUE ON RECEIPT**

**PLEASE RETURN WITH REMITTANCE TO:**
**Financial Services**
**Gilbert Oshinsky LLP**
**1100 New York Avenue, NW**
**Suite 700**
**Washington, DC 20005**

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re American Home
Mortgage Holdings, Inc., February 1, 2009 through February 28, 2009

**TOTAL FEES** ........................................................................................................ $153,248.25

**TOTAL EXPENSES** ............................................................................................ $11,607.71

**TOTAL FEES & EXPENSES** ............................................................................. $164,855.96

**TOTAL AMOUNT DUE** ...................................................................................... $164,855.96

James L. Patton, Esq.                                    Invoice Number:  11304781
Counsel, American Home Mortgage Holdings, Inc.           Invoice Date:  March 31, 2009
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19899


FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers In Re American Home
Mortgage Holdings, Inc., February 1, 2009 through February 28, 2009


## DISCLOSURE STATEMENT/PLAN OF REORGANIZATION

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|------|------|------|------|----------|--------|
| 02/01/09 | Weisbrod, S. | 7.70 | | | 4,042.50 |
| | | | 4.50 | Review materials relied upon by M. Saunders. | |
| | | | 0.80 | Confer with H. Winstead re Dandridge and Graves issues and trial strategy. | |
| | | | 0.10 | Correspond with counsel for J.P. Morgan re discovery. | |
| | | | 0.40 | Confer with T. Macauley re plan revisions. | |
| | | | 0.20 | Correspond with P. Jackson re documents. | |
| | | | 1.00 | Confer with G. LeChevallier re research assignments, motion and document review. | |
| | | | 0.70 | Telephone conference with M. Saunders re expert opinion. | |
| 02/02/09 | Hopkins, A. | 1.40 | | | 413.00 |
| | | | 1.40 | Review Saunders documents for deposition. | |
| 02/02/09 | Kahler, C. | 5.20 | | | 832.00 |
| | | | 3.50 | Organize documents for M. Saunders' deposition. | |
| | | | 1.70 | Revise players' list. | |
| 02/02/09 | LeChevallier, G. | 3.80 | | | 1,216.00 |
| | | | 3.80 | Review Debtors' document production. | |
| 02/02/09 | Winstead, H. | 6.10 | | | 2,440.00 |
| | | | 0.50 | Review documents for trial preparation. | |
| | | | 1.60 | Review Graves loan documents in preparation for deposition. | |
| | | | 2.00 | Meet with G. Graves and R. Andrews re deposition preparation. | |
| | | | 1.40 | Attend deposition of G. Graves. | |
| | | | 0.30 | Confer with S. Weisbrod and M. Saunders re deposition issues. | |
| | | | 0.30 | Confer with S. Weisbrod and T. Macauley re trial preparation. | |
| 02/02/09 | Weisbrod, S. | 7.50 | | | 3,937.50 |
| | | | 0.40 | Confer with C. Kahler re document review and organization. | |
| | | | 1.00 | Prepare proposal re revisions to plan. | |
| | | | 0.30 | Correspond with M. Becker re hearing strategy. | |
| | | | 0.30 | Telephone conference with T. Macauley re plan issues and hearing preparation. | |
| | | | 0.50 | Review documents provided by Debtors. | |
| | | | 3.00 | Attend Saunders deposition. | |

The Official Committee of Borrowers
Page    2

| DATE | NAME | TIME | SERVICES | AMOUNT |
|------|------|------|----------|--------|
| | | 2.00 | Conferences with M. Saunders re deposition preparation. | |
| 02/02/09 | Casey, S. | 3.10 | | 775.00 |
| | | 3.10 | Prepare documents for confirmation hearing. | |
| 02/03/09 | Hopkins, A. | 1.00 | | 295.00 |
| | | 1.00 | Meet with team re status and strategy. | |
| 02/03/09 | Kahler, C. | 4.20 | | 672.00 |
| | | 0.30 | Organize M. Saunders' materials. | |
| | | 1.60 | Meet with S. Casey re case-related documents. | |
| | | 0.50 | Review docket and prepare list of parties who objected to the plan. | |
| | | 1.80 | Revise and update players' list. | |
| 02/03/09 | Winstead, H. | 5.30 | | 2,120.00 |
| | | 3.20 | Review Debtor document production. | |
| | | 2.10 | Review Dandridge and Graves deposition transcripts and exhibits. | |
| 02/03/09 | Hough, K. | 2.20 | | 352.00 |
| | | 2.20 | Prepare database and upload images from Debtors' production. | |
| 02/03/09 | Weisbrod, S. | 7.60 | | 3,990.00 |
| | | 0.40 | Correspond with S. Casey re document review. | |
| | | 0.10 | Telephone conference with M. Indelicato re same. | |
| | | 0.40 | Correspond with P. Jackson and M. Indelicato re discovery and negotiation. | |
| | | 1.00 | Confer with team re assignments and strategy. | |
| | | 0.80 | Confer with G. LeChevallier re document review and motion to exclude Fernandes. | |
| | | 2.50 | Draft plan revisions. | |
| | | 0.40 | Confer with T. Macauley re expert issue. | |
| | | 0.20 | Confer with M. Becker re trial strategy. | |
| | | 0.50 | Confer with T. Macauley re plan negotiations. | |
| | | 1.00 | Telephone conference with M. Saunders re expert opinion. | |
| | | 0.30 | Confer with H. Winstead re trial strategy. | |
| 02/03/09 | Casey, S. | 3.60 | | 900.00 |
| | | 3.60 | Continue preparation of documents for confirmation hearing. | |
| 02/04/09 | Hopkins, A. | 1.80 | | 531.00 |
| | | 1.70 | Continue research re notice requirements in bankruptcy and class action contexts. | |
| | | 0.10 | Confer with S. Weisbrod re new research assignment for plan confirmation hearing. | |
| 02/04/09 | Kahler, C. | 2.50 | | 400.00 |
| | | 1.00 | Review Debtors' production for proof of claims. | |
| | | 1.50 | Prepare documents for use in Pasternak deposition. | |
| 02/04/09 | Winstead, H. | 2.80 | | 1,120.00 |
| | | 1.80 | Revise draft direct examination of G. Graves. | |
| | | 1.00 | Review M. Saunders deposition transcript. | |

The Official Committee of Borrowers
Page    3

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|------|------|------|------|----------|--------|
| 02/04/09 | Welsbrod, S. | 4.80 | | | **2,520.00** |
| | | | 0.10 | Confer with R. Allen re letter to Chubb. | |
| | | | 0.70 | Review motion to compel and confer with T. Macauley re same. | |
| | | | 1.00 | Prepare for confirmation hearing. | |
| | | | 3.00 | Research expert issues including motion to exclude Femandes and opposition to potential motion to exclude Saunders. | |
| 02/04/09 | Casey, S. | 3.40 | | | **850.00** |
| | | | 3.40 | Continue to prepare documents for confirmation hearing. | |
| 02/05/09 | Hopkins, A. | 2.30 | | | **678.50** |
| | | | 2.30 | Continue research re notice issue. | |
| 02/05/09 | Kahler, C. | 8.30 | | | **1,328.00** |
| | | | 2.50 | Research notice published by Debtors. | |
| | | | 3.30 | Continue preparing documents for Pasternak deposition; prepare index of same. | |
| | | | 2.50 | Organize and prepare documents for use in confirmation hearing. | |
| 02/05/09 | LeChevallier, G. | 5.80 | | | **1,856.00** |
| | | | 5.80 | Research lay opinion witnesses and specialized testimony. | |
| 02/05/09 | Winstead, H. | 6.20 | | | **2,480.00** |
| | | | 0.70 | Draft second set of interrogatories to Debtors. | |
| | | | 0.50 | Confer with M. Saunders re retention issues. | |
| | | | 1.10 | Review plan blackline and analyze proposed revisions to plan. | |
| | | | 0.30 | Review Fernandes declaration. | |
| | | | 0.80 | Analyze voting results. | |
| | | | 2.80 | Review documents and prepare plan confirmation hearing exhibits. | |
| 02/05/09 | Welsbrod, S. | 7.60 | | | **3,990.00** |
| | | | 0.30 | Confer with G. LeChevallier re motion to exclude certain lay witness testimony. | |
| | | | 0.20 | Correspond with P. Jackson re discovery. | |
| | | | 0.20 | Correspond with M. Becker re Dandridge. | |
| | | | 2.50 | Prepare for Pasternak deposition. | |
| | | | 1.80 | Review motion to exclude M. Saunders. | |
| | | | 0.30 | Confer with H. Winstead re strategy. | |
| | | | 0.20 | Correspond with J. Dorsey re discovery issues. | |
| | | | 1.50 | Review documents related to ECD breach of protocol. | |
| | | | 0.30 | Telephone conference with T. Macauley re strategy. | |
| | | | 0.30 | Correspond with P. Rush re Borrowers' Committee issues. | |
| 02/05/09 | Casey, S. | 6.40 | | | **1,600.00** |
| | | | 6.40 | Continue to prepare documents for confirmation hearing. | |
| 02/06/09 | Hopkins, A. | 4.40 | | | **1,298.00** |
| | | | 0.80 | Meet with team re confirmation hearing. | |
| | | | 3.60 | Research notice issue for supplemental plan objection. | |

The Official Committee of Borrowers
Page    4

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|------|------|------|------|----------|--------|
| 02/06/09 | Kahler, C. | 6.40 | | | **1,024.00** |
| | | | 5.10 | Prepare documents for confirmation hearing. | |
| | | | 1.30 | Review and organize M. Saunders materials. | |
| 02/06/09 | LeChevallier, G. | 10.80 | | | **3,456.00** |
| | | | 6.80 | Revise motion to exclude Debtors' witnesses. | |
| | | | 4.00 | Research Pasternak. | |
| 02/06/09 | Winstead, H. | 6.20 | | | **2,480.00** |
| | | | 0.20 | Correspond with Debtors re production of documents relied upon by M. Saunders. | |
| | | | 2.10 | Review Debtors' document production. | |
| | | | 0.30 | Correspond with E. Schnitzer re Graves' document request. | |
| | | | 2.30 | Confer with G. Graves and R. Andrews re direct examination. | |
| | | | 1.30 | Review pleadings and analyze responses re plan confirmation issues and motion in limine to exclude M. Saunders. | |
| 02/06/09 | Hough, K. | 2.00 | | | **320.00** |
| | | | 2.00 | Upload replacement images for AHM001 and AHM004 to Debtors production database. | |
| 02/06/09 | Weisbrod, S. | 9.20 | | | **4,830.00** |
| | | | 0.10 | Correspond with M. Becker re Dandrige issues. | |
| | | | 0.40 | Review Graves' documents. | |
| | | | 0.50 | Confer with team re assignments. | |
| | | | 1.00 | Confer with G. LeChevallier and A. Hopkins re motion in limine research. | |
| | | | 0.50 | Confer with S. Casey re document issues. | |
| | | | 0.40 | Confer with T. Macauley re SEC production and related motion practice. | |
| | | | 0.30 | Confer with H. Winstead and R. Andrews re Graves issue. | |
| | | | 1.00 | Review additional documents provided by Debtors. | |
| | | | 5.00 | Prepare for and attend Pasternak deposition. | |
| 02/06/09 | Casey, S. | 7.50 | | | **1,875.00** |
| | | | 7.50 | Prepare for confirmation hearing. | |
| 02/07/09 | Hopkins, A. | 2.30 | | | **678.50** |
| | | | 2.30 | Research notice issue and admissibility of lawyers as expert witnesses. | |
| 02/07/09 | Kahler, C. | 3.00 | | | **480.00** |
| | | | 3.00 | Prepare index of all documents and update players' list. | |
| 02/07/09 | LeChevallier, G. | 13.80 | | | **4,416.00** |
| | | | 3.80 | Revise motion to exclude Debtors' witnesses. | |
| | | | 5.00 | Research opposition to Debtors' motion to exclude. | |
| | | | 5.00 | Draft opposition to Debtors' motion to exclude. | |
| 02/07/09 | Winstead, H. | 12.30 | | | **4,920.00** |
| | | | 1.40 | Research attorney testifying as an expert witness. | |
| | | | 6.10 | Review Debtors' document production. | |

The Official Committee of Borrowers
Page    5

| DATE | NAME | TIME | SERVICES | AMOUNT |
|------|------|------|----------|--------|
| | | 4.80 | Draft and revise reply brief re plan confirmation. | |
| 02/07/09 | Weisbrod, S. | 13.60 | | 7,140.00 |
| | | 0.40 | Telephone conference with T. Macauley re strategy. | |
| | | 1.00 | Review documents. | |
| | | 2.50 | Draft opposition to motion to exclude Saunders testimony. | |
| | | 2.00 | Telephone conference with M. Saunders re expert testimony. | |
| | | 4.50 | Draft portions of reply brief in support of plan objections; revise portions drafted by H. Winstead and confer and correspond with H. Winstead and T. Macauley re same. | |
| | | 3.20 | Revise motion to exclude lay testimony and communicate with G. LeChevallier re same. | |
| 02/07/09 | Casey, S. | 11.50 | | 2,875.00 |
| | | 11.50 | Prepare for confirmation hearing. | |
| 02/08/09 | Hopkins, A. | 14.30 | | 4,218.50 |
| | | 14.30 | Continue to research and draft motion in limine and reply motion in objection to the plan in preparation for plan confirmation hearing. | |
| 02/08/09 | Kahler, C. | 12.00 | | 1,920.00 |
| | | 12.00 | Prepare for confirmation hearing. | |
| 02/08/09 | LeChevallier, G. | 14.40 | | 4,608.00 |
| | | 2.00 | Research opposition to Detors' motion to exlude. | |
| | | 2.40 | Review and revise motion to exclude Debtors' witnesses. | |
| | | 4.00 | Review and revise opposition to Debtors' motion to exclude. | |
| | | 6.00 | Review Debtors' production. | |
| 02/08/09 | Winstead, H. | 10.90 | | 4,360.00 |
| | | 1.60 | Review and revise motion in limine to exclude Fernandes and Pasternak testimony. | |
| | | 1.70 | Review and revise reply to motion to exclude testimony of M. Saunders. | |
| | | 3.50 | Continue to review Debtors' document production. | |
| | | 0.80 | Confer with G. Graves re direct examination. | |
| | | 3.30 | Continue to draft and revise reply brief re plan confirmation. | |
| 02/08/09 | Weisbrod, S. | 15.50 | | 8,137.50 |
| | | 0.40 | Telephone conference with T. Macauley re strategy. | |
| | | 0.80 | Review loan file. | |
| | | 1.80 | Telephone conference with M. Saunders re expert testimony. | |
| | | 6.50 | Finalize opposition to motion to exclude Saunders testimony and confer with A. Hopkins and G. LeChevallier re same. | |
| | | 3.00 | Continue to draft reply brief in support of plan objections and revise same. | |
| | | 3.00 | Prepare for confirmation hearing. | |
| 02/08/09 | Casey, S. | 11.30 | | 2,825.00 |
| | | 11.30 | Prepare for confirmation hearing. | |

The Official Committee of Borrowers
Page   6

| DATE | NAME | TIME | SERVICES | AMOUNT |
|------|------|------|----------|--------|

**02/09/09 Hopkins, A.**  0.80                                **236.00**
     0.80  Prepare materials for plan confirmation hearing.

**02/09/09 Kahler, C.**  9.50                                **1,520.00**
     9.50  Prepare for and attend confirmation hearing.

**02/09/09 LeChevallier, G.**  1.80                          **576.00**
     0.60  Research SEC filings.
     1.20  Research notice and opportunity to respond.

**02/09/09 Winstead, H.**  12.00                             **4,800.00**
     1.00  Confer with M. Saunders, T. Macauley and S. Weisbrod re strategy.
     8.00  Attend confirmation hearing.
     3.00  Review pleadings and prepare exhibits for confirmation hearing.

**02/09/09 Weisbrod, S.**  12.50                             **6,562.50**
     1.00  Confer with M. Saunders, T. Macauley and H. Winstead re case.
     8.00  Attend confirmation hearing.
     3.50  Meet with T. Macauley and H. Winstead in preparationfor confirmation hearing.

**02/09/09 Casey, S.**  6.20                                 **1,550.00**
     6.20  Prepare for confirmation hearing.

**02/10/09 Hopkins, A.**  2.30                               **678.50**
     2.30  Research stay of confirmation pending appeal.

**02/10/09 Kahler, C.**  8.30                                **1,328.00**
     8.30  Prepare for and attend confirmation hearing

**02/10/09 Winstead, H.**  8.50                              **3,400.00**
     5.50  Attend plan confirmation hearing.
     1.50  Confer with G. Graves re direct examination.
     1.50  Review G. Graves loan documents and prepare for direct examination of G. Graves.

**02/10/09 Weisbrod, S.**  11.20                             **5,880.00**
     0.60  Confer with T. Macauley and H. Winstead re strategy.
     1.50  Draft closing argument.
     5.50  Attend plan confirmation hearing.
     0.40  Comment on draft outline for direct examination of G. Graves.
     2.00  Confer with M. Saunders re testimony.
     0.20  Communicate with team re status of trial.
     1.00  Prepare for confirmation hearing.

**02/10/09 Casey, S.**  4.70                                 **1,175.00**
     4.70  Assist at confirmation hearing.

**02/11/09 Kahler, C.**  7.00                                **1,120.00**
     7.00  Prepare for and assist at confirmation hearing.

The Official Committee of Borrowers
Page    7

| DATE | NAME | TIME | | SERVICES | AMOUNT |
|------|------|------|------|----------|--------|
| 02/11/09 | Winstead, H. | 7.40 | | | 2,960.00 |
| | | | 6.40 | Attend plan confirmation hearing. | |
| | | | 1.00 | Confer with S. Weisbrod and T. Macauley re argument strategy. | |
| 02/11/09 | Weisbrod, S. | 8.80 | | | 4,620.00 |
| | | | 6.40 | Attend plan confirmation hearing. | |
| | | | 1.20 | Revise closing argument. | |
| | | | 0.40 | Research federal rules of evidence issues. | |
| | | | 0.50 | Telephone conferences with M. Saunders, E. Halperin and M. Becker re outcome of confirmation. | |
| | | | 0.30 | Communiate with team re outcome of confirmation. | |
| 02/11/09 | Casey, S. | 2.00 | | | 500.00 |
| | | | 2.00 | Assist with projects at confirmation hearing. | |
| 02/12/09 | Hopkins, A. | 0.30 | | | 88.50 |
| | | | 0.30 | Communicate with S. Weisbrod re confirmation hearing. | |
| 02/12/09 | Weisbrod, S. | 1.70 | | | 892.50 |
| | | | 0.20 | Correspond with H. Winstead re strategy. | |
| | | | 0.30 | Confer with C. Litherland re possible appeal. | |
| | | | 0.30 | Research appellate issues. | |
| | | | 0.20 | Telephone conference with S. Beach re procedural issues. | |
| | | | 0.30 | Correspond with A. Hopkins re same. | |
| | | | 0.40 | Telephone conference with T. Macauley re confirmation order, plan revisions and appellate issues. | |
| 02/13/09 | Hopkins, A. | 1.10 | | | 324.50 |
| | | | 0.20 | Confer with S. Weisbrod re obtaining a stay pending appeal. | |
| | | | 0.90 | Continue to research stay pending appeal of bankruptcy plan confirmation. | |
| 02/13/09 | Weisbrod, S. | 1.40 | | | 735.00 |
| | | | 0.10 | Correspond with P. Jackson re plan amendments. | |
| | | | 0.30 | Confer with A. Hopkins and H. Winstead re appeal strategy. | |
| | | | 1.00 | Correspond with Borrowers' Committee re recent developments and next steps. | |
| 02/16/09 | Weisbrod, S. | 0.50 | | | 262.50 |
| | | | 0.50 | Review redline of plan and confirmation order and correspond with P. Jackson re same. | |
| 02/17/09 | Hopkins, A. | 1.00 | | | 295.00 |
| | | | 1.00 | Continue research re obtaining stay pending appeal. | |
| 02/17/09 | Winstead, H. | 0.40 | | | 160.00 |
| | | | 0.40 | Confer with D. LaMacchia re late filed proof of claim. | |
| 02/17/09 | Weisbrod, S. | 4.00 | | | 2,100.00 |
| | | | 1.20 | Confer with T. Macauley re plan and appeal strategy. | |
| | | | 1.30 | Attend hearing. | |

The Official Committee of Borrowers
Page    8

| DATE | NAME | TIME | SERVICES | AMOUNT |
|------|------|------|----------|--------|
| | | 1.50 | Confer with R. Jackson, S. Beach and T. Macauley re plan confirmation order. | |
| 02/18/09 | Winstead, H. | 0.70 | | 280.00 |
| | | 0.70 | Telephone call with S. Weisbrod, T. Macauley and Borrowers' Committee re confirmation hearing (partial attendance). | |
| 02/19/09 | Winstead, H. | 0.80 | | 320.00 |
| | | 0.80 | Draft Saunders declaration in support of retention. | |
| 02/19/09 | Weisbrod, S. | 1.00 | | 525.00 |
| | | 0.50 | Review revised order confirming plan and confer with T. Macauley re same. | |
| | | 0.50 | Revise materials re application to employ M. Saunders. | |
| 02/20/09 | Winstead, H. | 0.30 | | 120.00 |
| | | 0.30 | Revise Saunders declaration per S. Weisbrod comments. | |
| 02/20/09 | Weisbrod, S. | 1.00 | | 525.00 |
| | | 1.00 | Review materials re M. Saunders application; confer with M Saunders re same. | |
| 02/23/09 | Weisbrod, S. | 0.20 | | 105.00 |
| | | 0.20 | Correspond with T. Macauley re confirmation order. | |
| 02/24/09 | Weisbrod, S. | 0.10 | | 52.50 |
| | | 0.10 | Correspond with P. Jackson re effective date of plan. | |
| 02/25/09 | Weisbrod, S. | 0.20 | | 105.00 |
| | | 0.20 | Telephone conference with T. Macauley re fee examiner and effective date. | |
| 02/27/09 | Weisbrod, S. | 0.10 | | 52.50 |
| | | 0.10 | Review Saunders bill. | |

**TOTAL CHARGEABLE HOURS**                                      409.80

**FEES**                                                     $145,049.00

**SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Weisbrod, S. | 116.20 | 525.00 | 61,005.00 |
| Winstead, H. | 79.90 | 400.00 | 31,960.00 |
| Casey, S. | 59.70 | 250.00 | 14,925.00 |
| Hough, K. | 4.20 | 160.00 | 672.00 |
| Hopkins, A. | 33.00 | 295.00 | 9,735.00 |
| LeChevallier, G. | 50.40 | 320.00 | 16,128.00 |
| Kahler, C. | 66.40 | 160.00 | 10,624.00 |
| Totals | 409.80 | | $145,049.00 |

The Official Committee of Borrowers
Page    9

**EXPENSES**

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>NARRATIVE</u> | <u>AMOUNT</u> |
|---|---|---|---|
| 02/24/09 | Offsite Duplicating | Offsite Duplicating - Blowback to Paper | $1,330.97 |
| 02/24/09 | Depositions/Transcripts | Depositions/Transcripts - Deposition of M. Saunders and G. Graves | $1,325.90 |
| 02/27/09 | Courier Service | Courier Service - Delivery of 19 boxes to Wilmington DE - 2.8.09 | $516.06 |
| 02/27/09 | Overnight Delivery | Overnight Delivery - FedEx - GO to Margat Saunders - 2.3.09 | $67.62 |
| 02/27/09 | Overnight Delivery | Overnight Delivery - FedEx - GO to Margot Saunders - 1.21.09 | $83.15 |
| 02/27/09 | Conference Call | Telephone - Conference Call - 1.18.09 | $0.60 |
| 02/27/09 | Conference Call | Telephone - Conference Call | $31.72 |
| 02/27/09 | Conference Call | Telephone - Conference Call - 1.25.09 | $89.76 |
| 02/27/09 | Conference Call | Telephone - Conference Call - 1.28.09 | $17.14 |
| 02/28/09 | Westlaw | Westlaw | $1,336.52 |
| 02/28/09 | Lexis | Lexis | $2,258.49 |
| 02/28/09 | PACER | PACER | $142.75 |

**EXPENSE SUMMARY**

| <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|---|---|
| Offsite Duplicating | 1,330.97 |
| Courier Service | 516.06 |
| Overnight Delivery | 150.77 |
| Westlaw | 1,336.52 |
| Depositions/Transcripts | 1,325.90 |
| Conference Call | 139.22 |
| Lexis | 2,258.49 |
| PACER | 142.75 |
| Totals | $7,200.68 |

**TOTAL FEES AND EXPENSES** ................................................................    **$152,249.68**

The Official Committee of Borrowers
Page    10

**FEE APPLICATION**

| DATE | NAME | TIME | SERVICES | AMOUNT |
|------|------|------|----------|--------|
| 02/13/09 | Holland, P. | 4.70 | | 1,128.00 |
| | | 0.10 | Confer with H. Winstead re preparing and filing fee statements 2/16/09. | |
| | | 1.60 | Draft interim fee application. | |
| | | 0.20 | Communications with S. Weisbrod, C. Litherland and H. Winstead re same. | |
| | | 1.50 | Review and revise January time to comport with bankruptcy court guidelines. | |
| | | 1.30 | Draft January fee statement. | |
| 02/13/09 | Weisbrod, S. | 2.20 | | 1,155.00 |
| | | 2.20 | Review and comment on draft fee applications. | |
| 02/14/09 | Holland, P. | 1.10 | | 264.00 |
| | | 0.80 | Review and revise fee statements per S. Weisbrod comments. | |
| | | 0.30 | Communications with S. Weisbrod re same. | |
| 02/14/09 | Weisbrod, S. | 1.50 | | 787.50 |
| | | 1.20 | Continue to review and revise fee applications. | |
| | | 0.30 | Correspond with P. Holland re same. | |
| 02/15/09 | Weisbrod, S. | 0.50 | | 262.50 |
| | | 0.50 | Correspond with M. Green-Edwards and P. Holland re revisions to fee applications. | |
| 02/16/09 | Winstead, H. | 0.70 | | 280.00 |
| | | 0.70 | Review and revise fee applications. | |
| 02/16/09 | Holland, P. | 3.40 | | 816.00 |
| | | 0.30 | Conferences with S. Weisbrod re revisions to fee statements. | |
| | | 0.90 | Review and finalize January invoice. | |
| | | 2.20 | Review and revise fee statements for October, November, December and January. | |
| 02/16/09 | Weisbrod, S. | 3.40 | | 1,785.00 |
| | | 0.30 | Confer with H. Winstead re upcoming hearing on fee cap. | |
| | | 2.80 | Conferences with M. Green-Edwards, P. Holland and C. Litherland re drafts of fee applications and supporting materials (.6); finalize same (2.2). | |
| | | 0.30 | Confer with T. Macauley re hearing on fee cap and fee applications to be filed. | |
| 02/17/09 | Weisbrod, S. | 1.00 | | 525.00 |
| | | 0.80 | Prepare for hearing on fee cap and confer with T. Macauley re same. | |
| | | 0.20 | Correspond with C. Litherland re hearing. | |

**TOTAL CHARGEABLE HOURS**                                                                    18.50

**FEES**                                                                                   $7,003.00

The Official Committee of Borrowers
Page    11

**SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Holland, P. | 9.20 | 240.00 | 2,208.00 |
| Weisbrod, S. | 8.60 | 525.00 | 4,515.00 |
| Winstead, H. | 0.70 | 400.00 | 280.00 |
| Totals | 18.50 | | $7,003.00 |

**TOTAL FEES AND EXPENSES** ................................................................. **$7,003.00**

The Official Committee of Borrowers
Page    12

**NON-WORKING TRAVEL**

| DATE | NAME | TIME | SERVICES | AMOUNT |
|------|------|------|----------|--------|
| 02/06/09 | Weisbrod, S. | 0.50 | | 262.50 |
| | | 0.50 | Travel to Wilmington, DE. | |
| 02/09/09 | Kahler, C. | 2.50 | | 400.00 |
| | | 2.50 | Travel to Wilmington, DE for Confirmation Hearing. | |
| 02/11/09 | Kahler, C. | 0.50 | | 80.00 |
| | | 0.50 | Travel to Washington, DC. | |
| 02/11/09 | Winstead, H. | 1.50 | | 600.00 |
| | | 1.50 | Travel to Washington, DC. | |
| 02/17/09 | Weisbrod, S. | 2.00 | | 1,050.00 |
| | | 2.00 | Travel to Wilmington, DE. | |

| | | |
|---|---|---|
| **TOTAL CHARGEABLE HOURS** | | **7.00** |
| **FEES** | | **$1,196.25** |

**SUMMARY**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Weisbrod, S. | 2.50 | 262.50 | 656.25 |
| Winstead, H. | 1.50 | 200.00 | 300.00 |
| Kahler, C. | 3.00 | 80.00 | 240.00 |
| Totals | 7.00 | | $1,196.25 |

**EXPENSES**

| DATE | DESCRIPTION | NARRATIVE | AMOUNT |
|------|-------------|-----------|--------|
| 02/26/09 | Travel - Train fare | Travel - Train fare - Caitlin Kahler - Wilmington DE - Attend confirmation hearing Official Committee of Borrowers - 2.9-11.09 | $258.00 |
| 02/09/09 | Travel - Meals | Travel - Meals - Stephen Weisbrod - Wilmington DE - To Attend Deposition - 1.14-15.09 | $24.50 |
| 02/09/09 | Travel - Train fare | Travel - Train fare - Stephen Weisbrod - Wilmington DE - To Attend Deposition - 1.14-15.09 | $156.00 |
| 02/09/09 | Travel - Lodging | Travel - Lodging - Stephen Weisbrod - Wilmington DE - To Attend Deposition - 1.14-15.09 | $218.90 |
| 02/09/09 | Travel - Taxi fare | Travel - Taxi fare - Stephen Weisbrod - Wilmington DE - To Attend Deposition - 1.14-15.09 | $39.00 |

The Official Committee of Borrowers
Page    13

| DATE | DESCRIPTION | NARRATIVE | AMOUNT |
|------|-------------|-----------|--------|
| 02/26/09 | Travel - Meals | Travel - Meals - Stephen Weisbrod - New York NY - Attend Dandridge depo and meeting - 1.29-30.09 | $65.43 |
| 02/26/09 | Travel - Meals | Travel - Meals - Caitlin Kahler - Wilmington DE - Attend confirmation hearing - 2.9-11.09 | $42.90 |
| 02/26/09 | Travel - Meals | Travel - Meals - Stephen Weisbrod - Wilmington DE - Attend Pasternak Depo and Meeting - 2.5-6.09 | $16.50 |
| 02/26/09 | Travel - Meals | Travel - Meals - Hunter Winstead - Wilmington DE - Attend confirmation hearing - 2.9-11.09 | $105.30 |
| 02/26/09 | Travel - Meals | Travel - Meals - Stephen Weisbrod - Wilmington DE - Attend confirmation hearing for Official Committee of Borrowers - 2.9-11.09 | $123.00 |
| 02/26/09 | Travel - Train fare | Travel - Train fare - Stephen Weisbrod - New York NY - Attend Dandridge depo and meeting - 1.29-30.09 | $376.00 |
| 02/26/09 | Travel - Train fare | Travel - Train fare - Stephen Weisbrod - Wilmington DE - Attend Pasternak Depo and Meeting - 2.5-6.09 | $228.00 |
| 02/26/09 | Travel - Train fare | Travel - Train fare - Stephen Weisbrod - Wilmington DE - Attend confirmation hearing for Official Committee of Borrowers - 2.9-11.09 | $243.00 |
| 02/26/09 | Travel - Train fare | Travel - Train fare - Hunter Winstead - Wilmington DE - Attend confirmation hearing - 2.9-11.09 | $258.00 |
| 02/26/09 | Travel - Lodging | Travel - Lodging for C. Kahler - Hunter Winstead - Wilmington DE - Attend confirmation hearing - 2.9-11.09 | $273.90 |
| 02/26/09 | Travel - Lodging | Travel - Lodging - Stephen Weisbrod - New York NY - Attend Dandridge depo and meeting - 1.29-30.09 | $319.82 |
| 02/26/09 | Travel - Lodging | Travel - Lodging - Hunter Winstead - Wilmington DE - Attend confirmation hearing - 2.9-11.09 | $525.90 |
| 02/26/09 | Travel - Lodging | Travel - Lodging 2.9-10.09 - Caitlin Kahler - Wilmington DE - Attend confimation hearing - 2.9-11.09 | $251.90 |
| 02/26/09 | Travel - Lodging | Travel - Lodging - Stephen Weisbrod - Wilmington DE - Attend confirmation hearing for Official Committee of Borrowers - 2.9-11.09 | $492.80 |
| 02/26/09 | Travel - Lodging | Travel - Lodging - Stephen Weisbrod - Wilmington DE - Attend Pasternak Depo and Meeting - 2.5-6.09 | $218.90 |
| 02/26/09 | Travel - Taxi fare | Travel - Taxi fare - Stephen Weisbrod - Wilmington DE - Attend confirmation hearing for Official Committee of Borrowers - 2.9-11.09 | $8.00 |
| 02/26/09 | Travel - Taxi fare | Travel - Taxi fare - Stephen Weisbrod - Wilmington DE - Attend Pasternak Depo and Meeting - 2.5-6.09 | $16.00 |

The Official Committee of Borrowers
Page    14

| DATE | DESCRIPTION | NARRATIVE | AMOUNT |
|------|-------------|-----------|--------|
| 02/26/09 | Travel - Taxi fare | Travel - Taxi fare - Stephen Weisbrod - New York NY - Attend Dandridge depo and meeting – 1.29-30.09 | $22.00 |
| 02/26/09 | Travel - Taxi fare | Travel - Taxi fare - Caitlin Kahler - Wilmington DE - Attend confirmation hearing - 2.9-11.09 | $75.00 |
| 02/27/09 | Travel - Taxi fare | Travel - Taxi fare - Caitlin Kahler - 10196 Oakton Street to Union Station - 2.9.09 | $48.28 |

**EXPENSE SUMMARY**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Travel – Meals | 377.63 |
| Travel - Train fare | 1,519.00 |
| Travel - Lodging | 2,302.12 |
| Travel - Taxi fare | 208.28 |
| Totals | $4,407.03 |

**TOTAL FEES AND EXPENSES** ...............................................................  **$5,603.28**