IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | |
| Debtors. ) | |

**SUPPLEMENTAL DECLARATION OF STEPHEN A. WEISBROD IN SUPPORT OF APPLICATION FOR ORDER UNDER 11 U.S.C. § 1103 AUTHORIZING THE EMPLOYMENT AND RETENTION OF GILBERT OSHINSKY LLP AND ZUCKERMAN SPAEDER LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF BORROWERS *NUNC PRO TUNC* TO OCTOBER 22, 2008**

I, Stephen A. Weisbrod, hereby state as follows:

1. I am an attorney at law admitted and in good standing to practice in the District of Columbia, Illinois, and New York. I am a partner in the law firm of Gilbert Oshinsky LLP ("GO" or the "Firm") and am duly authorized to make this Declaration on behalf of the Firm. The Firm is located at 1100 New York Avenue, NW, Suite 700, Washington, DC 20005.

2. I make this Supplemental Declaration in support of the Application of the Official Borrowers Committee (the "Borrowers' Committee") for an Order authorizing the employment and retention of Gilbert Oshinsky LLP ("GO") and Zuckerman Spaeder LLP ("Zuckerman") as co-counsel, *nunc pro tunc* to October 22, 2008 (the "Application"). The facts set forth in this Declaration are personally known to me and, if called as a witness, I would testify to them. Unless otherwise defined, all capitalized terms used herein shall have the meanings ascribed to them in the Application.

3. In my Declaration in support of the Application of the Official Borrowers

Committee (the "Borrowers' Committee") for an Order authorizing the employment and retention of Gilbert Oshinsky LLP ("GO") and Zuckerman Spaeder LLP ("Zuckerman") as co-counsel, *nunc pro tunc* to October 22, 2008 dated November 21, 2008, I stated:

> GO represents Wells Fargo Funding, Inc. and Wells Fargo Bank, N.A. (collectively, "Wells Fargo") in connection with unrelated disputes involving a mortgage originator in Virginia, as well as related insurance issues. GO has fully disclosed its representation of Wells Fargo to the Borrowers' Committee, and the Borrowers' Committee has elected to retain GO with full knowledge of the nature of GO's representation of Wells Fargo, as well as Wells Fargo's status as a creditor in this case and as a servicer of mortgages originated by the Debtors. GO also has obtained a waiver of potential conflicts from Wells Fargo and related entities with respect to its representation of the Borrowers' Committee in these cases. GO will not represent the Borrowers' Committee in any actions against Wells Fargo. In the event that the Borrowers' Committee wishes to assert a cause of action against Wells Fargo, Zuckerman would represent the Borrowers' Committee without GO in connection with that matter, subject to the Supplemental Order and any other Orders of the Court.

4. Since November 21, 2008, GO has been retained by Wells Fargo as counsel in other matters. GO represents Wells Fargo in connection with other matters arising from disputes between Wells Fargo and mortgage originators that allegedly sold fraudulent loans, as well as claims by Wells Fargo against title insurance companies. These other matters do not involve the Debtors and are not related to any matters on which GO represents the Borrowers Committee.

5. I hereby verify under penalty of perjury that the foregoing is true and correct.

/s/ Stephen A. Weisbrod

Dated: April 6, 2009

_____
Stephen A. Weisbrod

2