**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN HOME MORTGAGE | : | Case No 07-11047 |
| HOLDINGS, INC, DELEWARE CORPORATION, ET AL: | | |
| | : | March 29th, 2009 |
| Debtors | : | |

FILED 2009 APR -2 AM 10: 44 US BANKRUPTCY COURT DISTRICT OF DELAWARE

Rutkin, David
31 Wayne Rd
Monroe, CT 06468

**Response of Creditor David Rutkin (AHM Employee) to Debtors 31st Omnibus Objection seeking to Modify Priority Claim**

1. The creditor hereby objects to debtor's request dated March 6, 2009 to Modify the claim of David Rutkin (AHM Employee) from a Priority amount of $16,875.00 to a Modified Priority Amount of $6230.77.
2. While this creditor acknowledges, agrees and does not dispute the amount of the vacation pay due and owing per the debtor's records as cited in its motion and in various filings with this court, the balance of the Priority Amount represents 4 weeks of wages due and owing under the employment agreement with the debtor. The document supporting this additional amount due was filed with the original claim on about October 1, 2007 and known as claim # 1359.
3. The Creditor, David Rutkin requests that the court not grant such modification and allow the full Priority Amount Claim of $16,875.00.

A copy of the foregoing Response was mailed postage prepaid to the above court and a copy sent to debtor's counsel per debtor's request on March 29th, 2009

Respectfully Submitted,

*David Rutkin*
David Rutkin
31 Wayne Rd
Monroe, CT 06468