

**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

04/01/2009

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
Marine Midland Plaza
824 Market Street
Wilmington, DE 19801

Re:   Claim withdrawal for Great Oak Abstract Corporation
      Docket #:  07-11054

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 2ND Amended Administrative proof of claim in the amount of $3,056.87 with a statement date of 01/20/2009 . There is no surviving period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative