UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
AMERICAN HOME MORTGAGE                                     :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                            :
a Delaware corporation, et al.,                            :   Jointly Administered
                                                           :
        Debtors.                                           :   **Related Docket No. 7058**
---------------------------------------------------------- x

### CERTIFICATION OF COUNSEL REGARDING MOTION OF CITIFINANCIAL SERVICES, INC. FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

Upon the Motion for Relief from Automatic Stay Against Real Property (the "Motion") pursuant to section 362 of the United States Bankruptcy Code (the "Bankruptcy Code"), to continue pending litigation in the Superior Court for the State of California for the County of Orange (the "California Court") relating to real property located at 1420 Scholarship, Unit 26, Irvine, California 92603 (the "Property") (D.I. No. 7058) filed by CitiFinancial Services, Inc. ("CitiFinancial"), the limited objection to the Motion filed by American Home Mortgage Holdings, Inc., et al., the above-captioned debtors and debtors in possession (the "Debtors") (D.I. No. 7184), and the Joinder Of The Official Committee Of Unsecured Creditors To The Debtors Limited Objection To Motion Of CitiFinancial Services, Inc. For Relief From Stay Under Section 362 Of The Bankruptcy Code (the "Joinder") (D.I. No. 7198); the Debtors and CitiFinancial, have stipulated and agreed to the proposed form of order attached to this Certification of Counsel as Exhibit A (the "Order"), which grants CitiFinancial relief from the automatic stay as to the Property.

WLM 516977.1

WHEREFORE the undersigned, on behalf of the CitiFinancial, and based on agreement with Debtors, respectfully requests entry of the Order at the Court's earliest convenience.

Dated: April 8, 2009
       Wilmington, Delaware

                EDWARDS ANGELL PALMER & DODGE LLP

                */s/ Stuart M. Brown*
                Stuart M. Brown (I.D. #4050)
                919 North Market Street, Suite 1500
                Wilmington, DE 19801
                Telephone: 302.777.7770
                Facsimile: 307.777.7263
                E-mail: sbrown@eapdlaw.com

                ***Counsel for CitiFinancial Services, Inc.***

WLM 516977.1