

**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

04/01/2009

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
Marine Midland Plaza
824 Market Street
Wilmington, DE 19801

Re:  Claim withdrawal for AHM SV, Inc.
     Docket #: 07-11050

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original pre-petition proof of claim in the amount of $1,289.95 with a statement date of 12/26/2007 . There is no surviving period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

*J. Smith*

Tax Compliance Representative

cc: David Demeter