UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : | Case No. 07-11047 (CSS) |
|  | : | Jointly Administered |
| Debtors. | : |  |

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on April 8, 2009 service of the foregoing **Reply of American Home Mortgage Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., to Objection and Omnibus Purchaser's Cure Claim of Wells Fargo Bank, N.A. as Master Servicer, Securities Administrator, Trust Administrator and/or Indenture Trustee for that Period Between the Initial Closing and the Final Closing** was made on the parties on the attached Service List in the manner indicated therein.

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

566612.1 4/8/09

# AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,
## Service List

**Via Hand Delivery:**
Todd C. Schiltz, Esquire
Barry M. Klayman, Esquire
Wolf Block LLP
1101 N. Market Street, Suite 1001
Wilmington, DE 19801

James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801


**Via First Class U.S. Mail:**
Franklin H. Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

Mark Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022