# Exhibit B

## (Relevant Portions of a U.S. Bank Servicing Agreement)

WELLS FARGO BANK, N.A.,
as RMBS Master Servicer,

AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-4A,
as Issuer

U.S. BANK NATIONAL ASSOCIATION,
as Indenture Trustee

AMERICAN HOME MORTGAGE ACCEPTANCE, INC.
as Seller

and

AMERICAN HOME MORTGAGE ACCEPTANCE, INC.
as RMBS Servicer

RMBS SERVICING AGREEMENT

Dated as of October 7, 2005

Mortgage Loans

American Home Mortgage Investment Trust 2005-4A

(3)    the RMBS Servicer shall remain subject to termination as RMBS Servicer under this RMBS Servicing Agreement pursuant to the terms hereof.

Section 5.05    Delegation of Duties.

In the ordinary course of business, the RMBS Servicer at any time may delegate any of its duties hereunder to any Person, including any of its Affiliates, who agrees to conduct such duties in accordance with standards comparable to those with which the RMBS Servicer complies pursuant to Section 3.01. Such delegation shall not relieve the RMBS Servicer of its liabilities and responsibilities with respect to such duties and shall not constitute a resignation within the meaning of Section 5.04.

Section 5.06    Indemnification.

(a)    The RMBS Servicer agrees to indemnify each of the RMBS Master Servicer, the Issuer and the Indenture Trustee for and to hold each of the RMBS Master Servicer, the Issuer and the Indenture Trustee harmless against, any claim, tax, penalty, loss, liability or expense of any kind whatsoever, incurred without negligence or willful misconduct on its part, arising out of, or in connection with, the failure by the RMBS Servicer to perform its duties in compliance with this RMBS Servicing Agreement or incurred by reason of the RMBS Servicer's willful misfeasance, bad faith, gross negligence or reckless disregard of the performance of its duties hereunder.  In addition to the indemnification set forth in the previous sentence, the RMBS Servicer shall indemnify and hold each of the RMBS Master Servicer, the Issuer and the Indenture Trustee harmless from and against any and all claims, losses, damages, penalties, fines, forfeitures, legal fees and related costs, judgments, and any other costs, fees and expenses resulting from or related to any act or omission to act of any prior servicer, owner or originator of a Mortgage Loan or Mortgaged Property (or any other Person) prior to the transfer of servicing to the RMBS Master Servicer in accordance with Section 6.02 hereunder, provided that:

(i)    with respect to any such claim, the RMBS Master Servicer, the Issuer or the Indenture Trustee, as applicable, shall have given the RMBS Servicer written notice thereof promptly after the RMBS Master Servicer, the Issuer or the Indenture Trustee, as applicable, shall have actual knowledge thereof, it being understood that failure to give such notice shall not relieve the RMBS Servicer of its indemnification obligations hereunder;

(ii)    while maintaining control over its own defense, the RMBS Master Servicer, the Issuer or the Indenture Trustee, as applicable, shall cooperate and consult fully with the RMBS Servicer in preparing such defense; and

(iii)    notwithstanding anything in this RMBS Servicing Agreement to the contrary, the RMBS Servicer shall not be liable for settlement of any claim by the RMBS Master Servicer, the Issuer or the Indenture Trustee, as applicable, entered into without the prior consent of the RMBS Servicer, which consent shall not be unreasonably withheld.

(b)     The RMBS Servicer agrees to indemnify the Owner Trustee and the Indenture Trustee for, and to hold the Owner Trustee and the Indenture Trustee, harmless against, any claim, tax, penalty, loss, liability or expense of any kind whatsoever, in connection with their respective duties under any of the Basic Documents, except to the extent that such claim, tax, penalty, loss liability or expense is (i) caused by the Owner Trustee's or the Indenture Trustee's, as the case may be, own willful misconduct, gross negligence or bad faith or grossly negligent failure to act or (ii) incurred as a result of the inaccuracy of any representation or warranty contained in Section 6.03 of the Trust Agreement expressly made by the Owner Trustee or the Indenture Trustee, as the case may be.

(c)     No termination of this RMBS Servicing Agreement or the resignation or removal of the RMBS Servicer shall affect the obligations created by this Section 5.06 of the RMBS Servicer to indemnify the RMBS Master Servicer, the Issuer and the Indenture Trustee under the conditions and to the extent set forth herein. This section shall survive the termination of this RMBS Servicing Agreement and the resignation or removal of the RMBS Servicer and the Indenture Trustee. Any amounts to be paid by the RMBS Servicer pursuant to this Subsection may not be paid from the Trust Estate.

Section 5.07     Duties of the RMBS Servicer With Respect to the Indenture.

(a)     The RMBS Servicer shall take all appropriate action that is the duty of the Issuer to take with respect to the following matters under the Indenture (references are to sections of the Indenture):

(i)     causing the preparation of the Notes (for execution by the Owner Trustee) upon their initial issuance and causing the preparation of an Issuer Request (for execution by the Owner Trustee) for delivery to the Indenture Trustee regarding the authentication of the Notes (Section 2.02);

(ii)     causing the preparation of an Issuer Request and Officer's Certificate (and executing the same on behalf of the Issuer) and the obtaining of an Opinion of Counsel and Independent Certificates, if necessary, for the release of the Collateral (Section 8.05);

(iii)     causing the preparation of Issuer Requests (and executing the same on behalf of the Issuer) and the obtaining of Opinions of Counsel with respect to the execution of supplemental indentures;

(iv)     causing the preparation and obtaining or filing of the instruments, opinions and certificates and other documents required for the release of collateral (Sections 8.05 and 10.01);

(v)     the delivery of notice to the Indenture Trustee of each Event of Default under the Indenture and under the Trust Agreement (Sections 3.24 and 5.01);

(vi)     the annual delivery of Opinions of Counsel, in accordance with Section 3.07 of the Indenture, as to the Trust Estate, and the annual delivery and execution of the Officers' Certificate (Section 3.10);

35