# EXHIBIT A

F:\98077\089\AHM - WBSK 18th Fee Application.DOC

DB02:6292330.5

066585.1001

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW  
FIFTH FLOOR  
WASHINGTON, DC 20036-1609  
TEL 202 628 2000  
FAX 202 628 2011  
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY    2009

American Home Mortgage  
538 Broadhollow Road  
Melville NY 11747

Page: 1  
03/23/2009  
Account No:    98077M

Attn: Carlo Colagiacomo

|  | Fees | Expenses | Balance |
|---|---|---|---|
| **98077-046 SEC v. NJ Affordable Homes** | 586.50 | 0.00 | $586.50 |
| **98077-079 Rush v. American Home** | 1,530.00 | 0.00 | $1,530.00 |
| **98077-089 Post Petition Representation** | 931.00 | 29.66 | $960.66 |
|  | 3,047.50 | 29.66 | $3,077.16 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY    2009

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
03/23/2009
Account No:   98077-046M
Statement No:          37

Attn: Carlo Colagiacomo

SEC v. NJ Affordable Homes

|  |  | Hours |  |
|---|---|---|---|
| 02/03/2009 | | | |
| NWH | review status of adversary action involving Amherst property, other defendants' status in case, how many parties remain (1.2) telephone call to client re: same (.1); research re: how to proceed (.3); | 1.60 | |
| 02/06/2009 | | | |
| NWH | draft email to R. Hardman re: issues with property, who owns loan, how to proceed in action; | 0.40 | |
| 02/10/2009 | | | |
| NWH | telephone calls to/from R. Hardman re: Amherst property, strategy in proceeding in adversary action; | 0.30 | |
| | For Current Services Rendered | 2.30 | 586.50 |
| | Total Current Work | | 586.50 |
| | Balance Due | | $586.50 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
03/23/2009
Account No: 98077-046M
Statement No: 37

SEC v. NJ Affordable Homes

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   FEBRUARY   2009

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
03/23/2009
Account No:  98077-079M
Statement No:       18

Attn: Carlo Colagiacomo

Rush v. American Home

| Date / Atty | Description | Hours | |
|---|---|---|---|
| **02/13/2009** | | | |
| DMS | telephone conference with M. Greecher re: Rush issues (.5); | 0.50 | |
| **02/17/2009** | | | |
| NWH | review docket re: status; strategy on how to proceed; | 0.40 | |
| **02/18/2009** | | | |
| NWH | review motion to dismiss; analyze merits of case; | 1.00 | |
| **02/19/2009** | | | |
| NWH | review docket and filings in preparation for telephone conference with bankruptcy counsel re: approach to litigation (1.2); telephone conference with bankruptcy counsel and D. Souders re: same (.6); | 1.80 | |
| DMS | telephone conference with M. Greecher and E. Schnitzer re: P. Rush matter (.6); review Rush complaint and district court filings (.6); | 1.20 | |
| | For Current Services Rendered | 4.90 | 1,530.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
03/23/2009
Account No:   98077-079M
Statement No:              18

Rush v. American Home

Total Current Work                                                            1,530.00

Balance Due                                                                  $1,530.00

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY    2009

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
03/23/2009
Account No:    98077-089M
Statement No:    22

Attn: Carlo Colagiacomo

Post Petition Representation

|  |  | Hours |
|---|---|---|
| 02/03/2009 | | |
| HJR | review licensing and renewal filing requirements (0.5); telephone call to/telephone call from RI regulator re: consent order (0.3); | 0.80 |
| 02/17/2009 | | |
| HJR | draft letter to HUD re: name change (0.6); telephone call to J. Kalas re: same (0.1); | 0.70 |
| 02/19/2009 | | |
| HJR | review/draft email to C. Colagiacomo re: WI, NJ, MI licensing matters (0.4); | 0.40 |
| 02/24/2009 | | |
| HJR | telephone call from HUD re: name change (0.2); draft email to HUD regulator re: same (0.2); | 0.40 |
| 02/25/2009 | | |
| HJR | telephone calls to MI regulator re: annual report (0.2); prepare same (0.2); draft email to C. Colagiacomo re: same (0.1); | 0.50 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
03/23/2009
Account No: 98077-089M
Statement No: 22

Post Petition Representation

|  |  |  | Hours |  |
|---|---|---|---|---|
| 02/26/2009 | HJR | prepare MI annual report (.2); telephone call to/telephone call from C. Colagiacomo re: same (.2); draft email to C. Colagiacomo re: same (.2); | 0.60 |  |
| 02/27/2009 | HJR | prepare MI and GA annual reports (0.3); finalized and submitted same (0.1); | 0.40 |  |
|  |  | For Current Services Rendered | 3.80 | 931.00 |

| Photocopy Expenses | 0.60 |
|---|---|
| Express Mail/Federal Express Charges | 29.06 |
| Total Expenses Posted Through 02/28/2009 | 29.66 |
| Total Current Work | 960.66 |
| Balance Due | $960.66 |

Your trust account #1 balance is

| Opening Balance | $250.00 |
|---|---|
| Closing Balance | $250.00 |

# Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
Tel 202 628 2000
Fax 202 628 2011
Federal Tax ID: 52-1779483

American Home Mortgage

Page: 3
03/23/2009
Account No: 98077-089M
Statement No: 22

Post Petition Representation

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   FEBRUARY   2009

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
03/20/2009
Account No:   98077M

Attn: Carlo Colagiacomo

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-093 Beall v. ABC | | | | |
| 4,499.00 | 1,943.50 | 15.54 | -664.80 | $5,793.24 |

*(signature)*

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON
THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW  
FIFTH FLOOR  
WASHINGTON, DC 20036-1609  
TEL 202 628 2000  
FAX 202 628 2011  
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY    2009

American Home Mortgage  
538 Broadhollow Road  
Melville NY 11747

Page: 1  
03/20/2009  
Account No:   98077-093M  
Statement No:          6

Attn: Carlo Colagiacomo

Beall v. ABC

Previous Balance                                                                                    $4,499.00

|  |  | Hours |  |
|---|---|---:|---:|
| 02/05/2009 | | | |
| MEH | prepare for hearing on motion to dismiss (.7); | 0.70 | |
| DMS | legal research to prepare for oral argument on motion to dismiss (1.3); | 1.30 | |
| 02/06/2009 | | | |
| DMS | prepare for oral argument on motion to dismiss (.9); participate in oral argument on motion to dismiss (1.3); send memo to C. Colagiacomo (.2); | 2.40 | |
| MEH | participate in hearing on motion to dismiss (1.2); | 1.20 | |
|  | For Current Services Rendered | 5.60 | 1,943.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---:|---:|---:|
| David M. Souders | 3.70 | $420.00 | $1,554.00 |
| Michelle E. Holmes | 1.90 | 205.00 | 389.50 |

# Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
tel 202 628 2000
fax 202 628 2011
federal tax id: 52-1779483

American Home Mortgage

Beall v. ABC

|  |  |
|---|---|
| Page: | 2 |
|  | 03/20/2009 |
| Account No: | 98077-093M |
| Statement No: | 6 |

|  |  |  |
|---|---|---|
| Parking/Mileage Expenses |  | 15.54 |
| Total Expenses Posted Through 02/28/2009 |  | 15.54 |
| Total Current Work |  | 1,959.04 |
| 03/02/2009 | Payment - Thank you. | -154.80 |
| /02/2009 | Payment - Thank you. | -510.00 |
|  | Total Payments | -664.80 |
|  | Balance Due | $5,793.24 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.