IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :   Ref. Docket Nos. 7084 and 7234
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING SECOND ORDER
REGARDING THE DEBTORS' THIRTY-FIRST OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On March 6, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 7084] (the "Objection").[2] In the Objection, the Debtors objected to, *inter alia*, certain claims [POC Nos. 8357, 8358, 8359, 8360 and 8363] (the "Travelers Claims") filed by Travelers Casualty and Surety Company of America ("Travelers").

After the Objection was filed, counsel to Travelers communicated to the Debtors that Travelers believed that the Travelers Claims were inappropriately classified in the Objection as Equity Fraud Claims. The Debtors agreed that the Travelers Claims are not Equity Fraud Claims, however, the Travelers Claims were inadvertently left on the order entered by the Court

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

on April 6, 2009 with respect to the Objection [Docket No. 7234] (the "First Order"). The Debtors and Travelers propose that the Court enter a second order (the "Second Order"), substantially in the form attached hereto as Exhibit A, providing that (i) the Objection is withdrawn, without prejudice, solely with respect to Travelers Claims, (ii) notwithstanding anything in the First Order, the Travelers Claims are not expunged, and (iii) the Debtors retain the right to object to the Travelers Claims on any grounds in a future objection.

Therefore, the Debtors respectfully request that the Court enter the Second Order at its earliest convenience.

Dated: Wilmington, Delaware
April 10, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman-Greecher (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
        Debtors.                                                         :
                                                                         : **Ref. Docket Nos. 7084 and 7234**
------------------------------------------------------------------------ x

### SECOND ORDER REGARDING THE DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-first omnibus (substantive) objection [Docket No. 7084] (the "Objection")[2] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered an order sustaining the objection in part and adjourning in part [Docket No. 7234] (the "First Order"); and certain claims filed by Travelers Casualty and Surety Company of America [POC Nos. 8357, 8358, 8359, 8360 and 8363] (the "Travelers Claims") having been expunged in the First Order as Equity Fraud Claims; and the Debtors having determined that the Travelers Claims are not Equity Fraud Claims and should not have been included in the First Order; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]   All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is withdrawn, without prejudice, solely with respect to the Travelers Claims; and it is further

ORDERED that, notwithstanding anything in the First Order, the Travelers Claims are not disallowed or expunged; and it is further

ORDERED that the Debtors retain the right to object to the Travelers Claims on any grounds; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      April ___, 2009

                                    CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE