IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------ x
In re                                : Chapter 11
                                     :
CONSTAR INTERNATIONAL, INC., et al.,[1]  : Case No. 08-13432 (PJW)
                                     :
            Debtors.                 : (Jointly Administered)
                                     :
                                     : Objection Deadline: April 21, 2009 at 4:00 p.m. (ET)
                                     : Hearing Date: April 28, 2009 at 2:00 p.m. (ET)
------------------------------------ x

## NOTICE OF APPLICATION

**TO:**  (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE DEBTORS; (III) COUNSEL TO THE DEBTORS' SECURED LENDERS; (IV) COUNSEL TO THE INDENTURE TRUSTEE FOR EACH OF THE SENIOR SUBORDINATED NOTES AND THE SENIOR SECURED FLOATING RATE NOTES; AND (V) THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002 IN ACCORDANCE WITH LOCAL RULE 2001-1.

The Official Committee of Unsecured Creditors of Constar International, Inc., et al. (the "Committee") appointed in the cases of the above-captioned debtors and debtors-in-possession (the "Debtors") has filed the attached **Joint Application of the Official Committee of Unsecured Creditors of Constar International Inc., et al. and the Debtors to Retain and Employ Heidrick & Struggles International, Inc. as an Executive Recruiter and Consultant, Nunc Pro Tunc to March 3, 2009** (the "Application").

Responses, if any, to the Application must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **April 21, 2009 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must serve a copy of your response upon the undersigned counsel.

A HEARING ON THE APPLICATION WILL BE HELD ON **APRIL 28, 2009 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE PETER J. WALSH IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM 2, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Constar International Inc. (XX-XXX9304); BFF, Inc. (XX-XXX12294); DT, Inc. (XX-XXX7693); Constar, Inc. (XX-XXX0950);Constar Foreign Holdings, Inc. (XX-XXX8591); and Constar International U.K. Limited. The address of Constar International Inc., BFF, Inc., DT, Inc., Constar, Inc. and Constar Foreign Holdings, Inc. is One Crown Way, Philadelphia, Pennsylvania 19154. The address of Constar International U.K. Limited is Moor Lane Trading Estate, Sherburn in Elmet, Nr Leeds, North Yorkshire LS25 6ES, UK.

IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

Dated: April 10, 2009

GOODWIN PROCTER LLP
Allan S. Brilliant
Craig P. Druehl
Katherine R. Trotter
Georgia C. Pickett
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

– and –

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Edmon L. Morton
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Jaime N. Luton (No. 4936)
The Brandywine Building - 17th Floor
1000 West Street
Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Official Committee of Unsecured Creditors*