**<u>EXHIBIT B</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| | : Case No. 08-13432 (PJW) |
| CONSTAR INTERNATIONAL INC., <u>et al.</u>, | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF THEODORE DYSART IN SUPPORT OF
JOINT APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF CONSTAR INTERNATIONAL INC., <u>ET AL.</u> AND
THE DEBTORS TO RETAIN AND EMPLOY HEIDRICK & STRUGGLES
INTERNATIONAL, INC. AS AN EXECUTIVE RECRUITER AND CONSULTANT,
<u>NUNC PRO TUNC TO MARCH 3, 2009</u>**

STATE OF NEW YORK    )
                         ) SS.:
COUNTY OF NEW YORK  )

THEODORE DYSART, being duly sworn, declares and says:

1.    I submit this declaration on behalf of Heidrick & Struggles International, Inc. ("<u>HSII</u>"), pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), in support of the Joint Application (the "<u>Application</u>")[1] of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Constar International Inc. ("<u>Constar</u>"), and certain affiliated entities (collectively, the "<u>Debtors</u>") and the Debtors to retain and employ HSII, <u>nunc pro tunc</u> to March 3, 2009, to assist the Committee, in consultation with the Debtors, with the identification and selection of Non-Executive Directors for Constar pursuant to Article IV.K.2 of the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of

---

[1]    Capitalized terms not defined herein are defined in the Application.

the United States Bankruptcy Code, filed on February 3, 2009 [Docket No. 161] (the "Second Amended Plan").  Unless otherwise stated, I have personal knowledge of the facts stated herein.[2]

2.    I am an employee and executive recruiter employed by HSII, which company maintains offices at 233 South Wacker Drive, Suite 4200, Chicago, IL 60606 and with other offices located in the United States and 37 countries around the world.

3.    On January 14, 2009, pursuant to section 1102 of the Bankruptcy Code, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee. On January 15, 2009, the U.S. Trustee filed the Notice of Appointment of Committee of Unsecured Creditors [Docket No. 85].  The following creditors currently serve as members on the Committee: (1) Peritus Asset Management, LLC (Chair); (2) U.S. Bank, National Association, in its capacity as indenture trustee; (3) AEGON USA Investment Management, LLC; (4) R&D Tool and Engineering Co.; and (5) ROI Printing Companies.

## HSII'S CONNECTIONS IN THESE CASES

4.    In connection with the Committee's and the Debtors' proposed retention and the preparation of this Declaration, HSII developed a list of names, including the list of parties identified in the Committee's application to retain Goodwin Proctor LLP as counsel to the Committee.  This list includes:  (a) the Debtors and their affiliates; (b) the members of the Committee; (c) the Debtors' officers and directors; (d) significant affiliations of directors of the Debtors; (e) the secured lenders of the Debtors; (f) the 30 largest unsecured creditors of the Debtors; (g) the 5% equity holders of the Debtors; (h) certain bondholders of the Debtors; (i) the Honorable Peter J Walsh, U.S. Bankruptcy Judge for the District of Delaware; (j) professionals of the Debtors and of the Committee members; (k) Roberta DeAngelis, Acting United States

---

[2]    Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather, within the personal knowledge of other employees at HSII, and are based on information provided by them.

Trustee, and any person working in the Office of the United States Trustee; (l) certain parties to IPO with the Debtors; (m) parties to leases with the Debtors; (n) parties to litigation of the Debtors; (o) taxing authorities of the Debtors; (p) parties to IT Agreements with the Debtors; (q) top 100 suppliers and vendors of the Debtors; (r) utility providers for the Debtors; and (t) shareholders of the Debtors.  A copy of the list of the parties searched by HSII is annexed hereto as <u>Schedule 1</u> (collectively, the "<u>Searched Parties</u>").

5.      HSII consulted its proprietary Search Palace database (the "<u>Search Palace</u>") maintained by HSII, which is designed to include every search engagement, client and candidate for which HSII has performed services now or in the past, to include actual search placements, candidate sourcing and references.

6.      HSII maintains and systematically updates Search Palace in the regular course of business of the company, and it is the regular practice of the company to make and maintain these records.  Accordingly, Search Palace is designed to be updated for every new engagement undertaken by HSII.  The scope of the system is a function of the completeness and accuracy of the information submitted by the employee/recruiter opening a new engagement or having contact with a particular client or candidate.

7.      HSII compared the names included in Schedule 1 to the names in Search Palace to identify any matches and determine the relationship between the company's and/or individual's name and HSII and then prepared a list of such matches.  To the extent it was determined that HSII  has a relationship with any of the Searched Parties or other parties believed to be related to the Searched Parties, the identities of such parties are set forth in column D of Schedule 1.

8.      The parties set forth in column D of Schedule 1 include (i) those parties that HSII currently has an open engagement with (or parties believed to be related to the Searched Parties

that HSII currently has an open engagement with) (the "Current Clients") in matters wholly unrelated to the Debtors' chapter 11 cases; (ii) those parties that HSII has in the past had engagements with (or parties believed to be related to the Searched Parties that HSII has in the past had engagements with) in matters wholly unrelated to the Debtors' chapter 11 cases; and (iii) current or former candidates for specific search assignments in which HSII has been engaged.

9.      To the best of my knowledge, except as described herein, neither I, nor HSII, nor any recruiter employed thereby, has any connection with the Debtors or their creditors, the Acting United States Trustee, any person employed in the office of the United States Trustee for the District of Delaware, or with the Honorable Peter J. Walsh, U.S. Bankruptcy Judge for the District of Delaware, or any other Searched Parties.

### Connections with Parties Representing 1% or More of HSII's Revenues for 2006, 2007 and 2008

10.     HSII has reviewed the information relating to the Searched Parties to determine whether any such party, together with its known related entities, were clients of HSII and as a result made payments to HSII for services rendered in 2006, 2007 or 2008 that in the aggregate for each such party exceeded 1% of HSII's total revenues for the applicable calendar year.

11.     HSII's revenues for services rendered on behalf of the parties in interest identified in column D of Schedule 1 aggregate, with respect to each such party in interest, less than 1% of HSII's annual revenues in each of calendar years 2006, 2007 and 2008.

### Connections with Members of the Committee

12.     HSII was engaged in 2006 by AEGON USA Investment Management, LLC to complete one search assignment. The search assignment was later cancelled by the client as a result of an internal leadership change.

13.    HSII is presently engaged to perform search work on behalf of AEGON USA, Inc., an affiliate of AEGON USA Investment Management, LLC.

### Other Connections and General Disclosures

14.    In connection with preparing this Declaration and the Application, HSII reviewed its entire Search Palace database in search of potential connections.  Despite this extensive search, HSII may have been engaged by in the past and/or may currently be engaged by or in the future be engaged by entities (other than parties in the attached schedules or described herein) not currently known to HSII in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases.  To the extent that HSII discovers any such information or need to update the information disclosed herein, HSII will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

15.    Based on the foregoing procedures, as far as I have been able to ascertain:

a)    I am not, nor is HSII, a creditor, equity security holder, or insider of the Debtors as specified in section 101(14)(A) of the Bankruptcy Code.

b)    To the best of my knowledge and information, no member of HSII has been, within two years from the date of the filing of the Debtors' petitions, a director, officer or employee of the Debtors as specified in section 101(14)(B) of the Bankruptcy Code.

c)    HSII does not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, as specified in section 101(14)(C) of the Bankruptcy Code, or for any other reason.

d)      To the best of my knowledge and information, HSII neither holds nor represents any interest adverse to the Committee, the Debtors, their creditors or other parties in interest or their respective attorneys in these chapter 11 cases. Based upon information available to me, I believe that HSII is a "disinterested person" within the meaning of the Bankruptcy Code.

16.    None of HSII's representations of creditors or other parties in interest who are involved in these chapter 11 cases comprises a material component of HSII's business, nor is HSII currently engaged by such parties on any issues relating to these chapter 11 cases. For the reasons stated herein, HSII represents no interests adverse to the Debtors, their individual creditors or the Committee and, therefore, is capable of fulfilling its duties to the Committee and the Debtors.

## PROPOSED COMPENSATION

17.    HSII proposes to render services for the Committee and the Debtors on a flat fee basis, plus reasonable expenses incurred. More specifically, as set forth in the Application, HSII will charge the Debtors a fee of $362,500 to identify and vet the requisite number of potential director candidates to fill five board seats. There will be no additional charge if the Committee decides, in consultation with the Debtors, to fill six board seats from this same pool of potential director candidates. Should the Committee, in consultation with the Debtors, recruit more than six directors, HSII will charge the Debtors a fee for such additional directors as mutually agreed by the Committee, the Debtors, and HSII but such fee shall in no event be more than $72,500 for such additional director recruited.

18.     It is anticipated that I will lead this engagement with assistance from other HSII employees as I deem necessary.   Other HSII employees will provide additional supporting services on behalf of and as directed by the Committee.   HSII will maintain detailed, contemporaneous records any necessary expenses incurred in connection with the rendering of the search services described above.

19.     HSII intends to apply for compensation for professional services rendered and for reimbursement of expenses incurred in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, orders of this Court, and the United States Trustee guidelines.

20.     Neither HSII, nor any employee of HSII has received a promise as to payment or compensation in connection with the Debtors' chapter 11 cases.   HSII does not have any agreement with any other entity to share with any such entity any compensation received by HSII.

Pursuant to 28 U.S.C. § 1746,  I declare under penalty of perjury that the foregoing is true and correct.

Date: 04/09/09

Theodore Dysart

## SCHEDULE 1

**Searched Parties and HSII Relationships Identified**

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Debtors and Affiliates | Constar International Inc. | Yes | Current Client in this Matter if Application is Approved |
| Debtors and Affiliates | Constar Foreign Holdings. Inc. | No | N/A |
| Debtors and Affiliates | Constar Plastics of Italy | No | N/A |
| Debtors and Affiliates | DT, Inc. | No | N/A |
| Debtors and Affiliates | BFF, Inc. | No | N/A |
| Debtors and Affiliates | Constar International Holland (Plastics) B.V. | No | N/A |
| Debtors and Affiliates | Constar Plastics, LLC | No | N/A |
| Debtors and Affiliates | Constar Ambalaj Sanayi ve Ticaret A.S. | No | N/A |
| Debtors and Affiliates | Constar, Inc. | No | N/A |
| Members of the Committee | AEGON USA Investment Management, LLC | Yes | Past (2006) - Cancelled due to Leadership Change  Currently Doing Work for Affiliate, AEGON USA, Inc. in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Members of the Committee | ROI Printing Companies | No | N/A |
| Members of the Committee | Peritus Asset Management, LLC | No | N/A |
| Members of the Committee | US Bank (Trustee) | No | N/A |
| Members of the Committee | R&D Leverage | No | N/A |
| Officers and Directors | Christopher P. Phelan | No | N/A |
| Officers and Directors | Donald P. Duebel | No | N/A |
| Officers and Directors | Michael J. Hofman | No | N/A |
| Officers and Directors | Daniel M. Ingram | No | N/A |
| Officers and Directors | James C.T. Bolton | No | N/A |
| Officers and Directors | Tim Kaiser | No | N/A |
| Officers and Directors | David J. Waksman | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Officers and Directors | Jerry A. Hatfield | No | N/A |
| Officers and Directors | Walter S. Sobon | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Secured Lenders | Citibank, N.A. | Yes | Past (2006) in Matter Unrelated to the Debtors' Chapter 11 Cases |

Schedule 1 - HSII Relationships

1

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Secured Lenders | Citicorp USA, Inc. | No | N/A |
| Secured Lenders | The Bank of New York (Trustee) | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Secured Lenders | Citibank, N.A., London Branch (Trustee) | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Secured Lenders | CitiGroup Global Markets Inc. | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Secured Lenders | The Bank of New York, London Branch (Trustee) | No | N/A |
| Secured Lenders | Citicorp North America | No | N/A |
| Secured Lenders | Credit Suisse First Boston | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Secured Lenders | Wells Fargo Foothill, LLC | No | N/A |
| Top 30 Unsecured Creditors | Eastman Chemical Products, Inc. | No | N/A |
| Top 30 Unsecured Creditors | Advantage Iq, Inc. | No | N/A |
| Top 30 Unsecured Creditors | Sempra Plastics Corp. | No | N/A |
| Top 30 Unsecured Creditors | Pechiney Plastic Packaging | No | N/A |
| Top 30 Unsecured Creditors | Sonoco Flexible Pkg Canada Co. | No | N/A |
| Top 30 Unsecured Creditors | Independence Administrators | No | N/A |
| Top 30 Unsecured Creditors | Electra Form Inc. | No | N/A |
| Top 30 Unsecured Creditors | Ntm, Inc. | No | N/A |
| Top 30 Unsecured Creditors | Hilb, Rogal & Hobbs | No | N/A |
| Top 30 Unsecured Creditors | Mitsubishi Gas Chemical Co. | No | N/A |
| Top 30 Unsecured Creditors | M&G Polymers USA LLC | No | N/A |

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Top 30 Unsecured Creditors | Pepsico World Trading Co, Inc. | No | N/A |
| Top 30 Unsecured Creditors | Pepsico, Inc. | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 30 Unsecured Creditors | Amcor Pet Packaging | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 30 Unsecured Creditors | Crown Cork & Seal Co. | Yes | Past (2004) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 30 Unsecured Creditors | Obrist Americas Inc. | No | N/A |
| Top 30 Unsecured Creditors | Basell USA Inc. | No | N/A |
| Top 30 Unsecured Creditors | ProLogis | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 30 Unsecured Creditors | American Express Company | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 30 Unsecured Creditors | SIPA Corporation North America | No | N/A |
| Top 30 Unsecured Creditors | Commercial Traffic Co. (USA) | No | N/A |
| Top 30 Unsecured Creditors | Starpet Inc. | No | N/A |
| Top 30 Unsecured Creditors | Amerihealth Administrators Inc. | No | N/A |
| Top 30 Unsecured Creditors | Cit Commercial Services | Yes | Have Completed Work for Affiliate, CIT Group Inc. in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 30 Unsecured Creditors | Sidel Inc. | No | N/A |
| Top 30 Unsecured Creditors | Progress Energy Florida | No | N/A |
| Top 30 Unsecured Creditors | Husky IMS | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 30 Unsecured Creditors | New Horizons Plastic Recycling | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Top 30 Unsecured Creditors | Alcan Packaging | No | N/A |
| Top 30 Unsecured Creditors | Pure Tech Plastics | No | N/A |
| 5% Equity Holders | Crown Holdings, Inc | No | N/A |
| 5% Equity Holders | EagleRock Capital Management | No | N/A |
| 5% Equity Holders | Renaissance Technologies | No | N/A |
| 5% Equity Holders | Troob Capital Management | No | N/A |
| 5% Equity Holders | Wells Capital Management | No | N/A |
| Bondholders | AEGON USA INVESTMENT Management, LLC | Yes | Past (2006) - Cancelled due to Leadership Change  Currently Doing Work for Affiliate, AEGON USA, Inc. in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Bondholders | Banc One Investment Advisors | No | N/A |
| Bondholders | Bank of New York (Trustee) | No | N/A |
| Bondholders | Black Diamond | No | N/A |
| Bondholders | Credit Suisse Asset Management | Yes | Past (2006) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Bondholders | DLJ Investment Management Corp. | No | N/A |
| Bondholders | Fidelity Management & Research | Yes | Past (1993) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Bondholders | ING Investment LLC | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Bondholders | Jeffries & Company, Inc. | No | N/A |
| Bondholders | JP Morgan Asset Management JPN | No | N/A |
| Bondholders | JP Morgan High Yield | No | N/A |
| Bondholders | JP Morgan Investment Management | No | N/A |
| Bondholders | Life Investors Insurance Co. of America | No | N/A |
| Bondholders | Northeast Investors Trust Co. | No | N/A |
| Bondholders | Pacificor, LLC | No | N/A |
| Bondholders | Peritus Asset Management, LLC | No | N/A |
| Bondholders | Principal Management Corp. | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Bondholders | Security Management Co., Inc. | No | N/A |
| Bondholders | Smith Barney Consulting Group | No | N/A |
| Bondholders | Solus LP | No | N/A |
| Bondholders | Solus Management | No | N/A |
| Bondholders | Transamerica Life Insurance Company | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Bondholders | Transamerica Occidental Life Ins. | No | N/A |
| Bondholders | US Bank (Trustee) | No | N/A |
| U.S. Bankruptcy Judge (District of Delaware) | Honorable Peter J. Walsh | No | N/A |
| Professionals of the Debtors | Aon Ltd | Yes | Past (2006) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Professionals of the Debtors | Aon Risk Services Venezuela | Yes | Past (2005) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Professionals of the Debtors | Aon Gil Y Carvajal Portugal | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Professionals of the Debtors | Aon Consulting Ltd. | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Professionals of the Debtors | Aon Jauch & Hubener Consulting | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Professionals of the Debtors | Aon (Schweiz) AG | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Professionals of the Debtors | Bayard P.A. | No | N/A |
| Professionals of the Debtors | Dechert LLP | No | N/A |
| Professionals of the Debtors | Epiq Systems | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Professionals of the Debtors | Epiq Systems Ltd | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Professionals of the Debtors | Grant Thornton LLP | No | N/A |
| Professionals of the Debtors | Greenhill & Co., LLC | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Professionals of the Debtors | Parente Randolph | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Professionals of the Debtors | PriceWaterhouse Coopers LLP | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Professionals of the Debtors | Towers Perrin | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Professionals of the Debtors | Wilmer, Cutler, Pickering, Hale & Dorr | No | N/A |
| Professionals of the Debtors | Woodcock Washburn | No | N/A |
| Professionals of the Committee and its Members | King & Spalding | No | N/A |
| Professionals of the Committee and its Members | Goodwin Procter | Yes | Past (2004) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Professionals of the Committee and its Members | Young, Conaway, Stargatt & Taylor | No | N/A |
| Professionals of the Committee and its Members | CRT Investment Banking LLC | Yes | Past (2006) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Office of the United States Trustee for the District of Delaware | William K. Harrington, Assistant US Trustee | No | N/A |
| Office of the United States Trustee for the District of Delaware | Mark Kenney, Trial Attorney Assigned to the Chapter 11 Cases | No | N/A |
| Office of the United States Trustee for the District of Delaware | Bonnie Anemone, Paralegal Specialist | No | N/A |
| Office of the United States Trustee for the District of Delaware | David Buchbinder, Trial Attorney | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Office of the United States Trustee for the District of Delaware | Diane Giordano, Bankruptcy Analyst | No | N/A |
| Office of the United States Trustee for the District of Delaware | Christine Green, Paralegal Specialist | No | N/A |
| Office of the United States Trustee for the District of Delaware | Jeffrey Heck, Bankruptcy Analyst | No | N/A |
| Office of the United States Trustee for the District of Delaware | Jane Leamy, Trial Attorney | No | N/A |
| Office of the United States Trustee for the District of Delaware | Joseph McMahon, Trial Attorney | No | N/A |
| Office of the United States Trustee for the District of Delaware | James R. O'Malley, Bankruptcy Analyst | No | N/A |
| Office of the United States Trustee for the District of Delaware | Lauren O'Neal, OA Assistant | No | N/A |
| Office of the United States Trustee for the District of Delaware | Michael Panacio, Bankruptcy Analyst | No | N/A |
| Office of the United States Trustee for the District of Delaware | Richard Schepacarter, Trial Attorney | No | N/A |
| Office of the United States Trustee for the District of Delaware | Ramona Vinson, OA Assistant | No | N/A |
| Office of the United States Trustee for the District of Delaware | Michael West, Bankruptcy Analyst | No | N/A |

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Office of the United States Trustee for the District of Delaware | Shakima L. Williams, Paralegal Specialist | No | N/A |
| Office of the United States Trustee for the District of Delaware | Dion Wynn, Paralegal Specialist | No | N/A |
| Parties to IPO | Cleary Gottlieb Steen and Hamilton | Yes | Past (2006) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Parties to IPO | Crown, Cork & Seal Company (USA), Inc. | Yes | Past (2004) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Parties to IPO | Crown, Cork & Seal Company, Inc | Yes | Past (2004) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Parties to IPO | Crown, Cork & Seal Holdings, Inc | No | N/A |
| Parties to IPO | Crown, Cork & Seal Technologies Corp | No | N/A |
| Parties to IPO | Crown Cork Netherlands Holding B.V. | No | N/A |
| Parties to IPO | Crown UK Holding Ltd | No | N/A |
| Parties to IPO | Deutsche Bank Securities, Inc. | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Parties to IPO | Equiserve Trust Company, N.A. | No | N/A |
| Parties to IPO | JP Morgan Securities Inc. | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Parties to IPO | Salomon Smith Barney, Inc. | No | N/A |
| Parties to IPO | Wells Fargo Bank Minnesota, N.A. | No | N/A |
| Leases | B&N Enterprises | No | N/A |
| Leases | Blackhawk Center, LLC | No | N/A |
| Leases | Carolina Canners | No | N/A |
| Leases | CK & Joe M. Sewell | No | N/A |
| Leases | Crown Cork & Seal | Yes | Past (2004) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Leases | First Industrial Realty Trust | No | N/A |
| Leases | G&C Diversified, LLC | No | N/A |

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Leases | Hurricane Associates LLC | No | N/A |
| Leases | KC Southern Railway | No | N/A |
| Leases | Nazario Paragano | No | N/A |
| Leases | Patriot Aslip I, LLC | No | N/A |
| Leases | Prime Investments | No | N/A |
| Leases | ProLogis Management Inc. | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Leases | Realty Associates Fund VIII | No | N/A |
| Leases | Realty Associates Fund VIII, LP – c/o Holt Lundsford | No | N/A |
| Leases | Robert T. Godley Family, LLC | No | N/A |
| Leases | WNI-Tennessee | No | N/A |
| Parties to Litigation | Alan W. Rutherford | No | N/A |
| Parties to Litigation | Angus F. Smith | No | N/A |
| Parties to Litigation | Carl Campbell | No | N/A |
| Parties to Litigation | Charles F. Casey | No | N/A |
| Parties to Litigation | Citgroup | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Parties to Litigation | Constar International Inc. | Yes | Current Client in this Matter if Application is Approved |
| Parties to Litigation | Constar Inc. | No | N/A |
| Parties to Litigation | Crown Cork & Seal Company Inc. | Yes | Past (2004) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Parties to Litigation | Deutsche Bank Securities, Inc. | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Parties to Litigation | Frank J. Mechura | No | N/A |
| Parties to Litigation | Iceland Spring North America, Inc. | No | N/A |
| Parties to Litigation | J.P. Morgan Securities, Inc. | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Parties to Litigation | James C. Cook | No | N/A |
| Parties to Litigation | John W. Conway | No | N/A |
| Parties to Litigation | Lazard Freres & Co., LLC | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Parties to Litigation | Marshall Packaging Company, LLC | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Parties to Litigation | Michael J. Hoffman | No | N/A |
| Parties to Litigation | Niagara Bottling, LLC | No | N/A |
| Parties to Litigation | Niagara Drinking Waters, Inc. | No | N/A |
| Parties to Litigation | Omni Specialty Packaging, a/k/a Omni Specialty Packaging, LLC | No | N/A |
| Parties to Litigation | Parkside Capital LLC | No | N/A |
| Parties to Litigation | Salomon Smith Barney, Inc. | No | N/A |
| Parties to Litigation | Walter Frejek | No | N/A |
| Parties to Litigation | William G. Little | No | N/A |
| Taxing Authorities | Chesterfield County, SC | No | N/A |
| Taxing Authorities | City of Atlanta, GA | Yes | Past (2003) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Taxing Authorities | City of Collierville, TN | No | N/A |
| Taxing Authorities | City of Havre de Grace, MD | No | N/A |
| Taxing Authorities | Dallas County, TX | No | N/A |
| Taxing Authorities | Florida | No | N/A |
| Taxing Authorities | Fulton County, GA | No | N/A |
| Taxing Authorities | Georgia | Yes | Past (2005) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Taxing Authorities | Harris County, TX | No | N/A |
| Taxing Authorities | Hartford County, MD | No | N/A |
| Taxing Authorities | Jackson County, MS | No | N/A |
| Taxing Authorities | Kansas | No | N/A |
| Taxing Authorities | Maryland | No | N/A |
| Taxing Authorities | Mecklenberg County, NC | No | N/A |
| Taxing Authorities | Mississippi | No | N/A |
| Taxing Authorities | North Carolina | No | N/A |
| Taxing Authorities | Orange County, FL | No | N/A |
| Taxing Authorities | Salt Lake City, UT | No | N/A |
| Taxing Authorities | Shelby County, TN | No | N/A |
| Taxing Authorities | South Carolina | No | N/A |
| Taxing Authorities | Tennessee | No | N/A |
| Taxing Authorities | Texas | No | N/A |
| Taxing Authorities | Utah | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Taxing Authorities | Wyandotte County, KS | No | N/A |
| Parties to IT Agreements | 7i | No | N/A |
| Parties to IT Agreements | Crown Cork & Seal Company | Yes | Past (2004) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Parties to IT Agreements | OneNeck | No | N/A |
| Parties to IT Agreements | Open Source, Inc. | No | N/A |
| Parties to IT Agreements | UltiPro | No | N/A |
| Parties to IT Agreements | Unitime | No | N/A |
| Top 100 Suppliers/ Vendors | Acloche | No | N/A |
| Top 100 Suppliers/ Vendors | Advanced Manufacturing | No | N/A |
| Top 100 Suppliers/ Vendors | Advantage IQ | No | N/A |
| Top 100 Suppliers/ Vendors | Allied Staffing LLC | No | N/A |
| Top 100 Suppliers/ Vendors | Alcan Packaging | No | N/A |
| Top 100 Suppliers/ Vendors | Allow Polymers Inc. | No | N/A |
| Top 100 Suppliers/ Vendors | Amcor PET Packaging | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | American Express | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | AmeriHealth Administrators | No | N/A |
| Top 100 Suppliers/ Vendors | Atlas Process Systems | No | N/A |
| Top 100 Suppliers/ Vendors | Base Plastics | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Top 100 Suppliers/ Vendors | Basell USA Inc. | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | Beacon Staffing Alternatives | No | N/A |
| Top 100 Suppliers/ Vendors | BFC Industrial Services | No | N/A |
| Top 100 Suppliers/ Vendors | Chase Staffing Services | No | N/A |
| Top 100 Suppliers/ Vendors | CIT Commercial Services | Yes | Past (2006) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | City of Havre de Grace | No | N/A |
| Top 100 Suppliers/ Vendors | ColorMatrix Corp. | No | N/A |
| Top 100 Suppliers/ Vendors | Commercial Traffic Co. USA | No | N/A |
| Top 100 Suppliers/ Vendors | Conagra Foods | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | Cott Beverages | No | N/A |
| Top 100 Suppliers/ Vendors | Crown Cork 7 Seal Co.(ArPymt) | No | N/A |
| Top 100 Suppliers/ Vendors | Crown Cork & Seal Col (Pa) Inc. | No | N/A |
| Top 100 Suppliers/ Vendors | Crown cork & Seal Tech Corp. | No | N/A |
| Top 100 Suppliers/ Vendors | CVS Caremark | No | N/A |
| Top 100 Suppliers/ Vendors | David Childs Tax Assessor Coll. | No | N/A |
| Top 100 Suppliers/ Vendors | DCT-Blackhawk Center LLC | No | N/A |
| Top 100 Suppliers/ Vendors | Diversapack LLC | No | N/A |

Schedule 1 - HSII Relationships

12

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Top 100 Suppliers/ Vendors | Eastern Life Truck Corp. | No | N/A |
| Top 100 Suppliers/ Vendors | Eastman Chemical Products, Inc. | No | N/A |
| Top 100 Suppliers/ Vendors | Electra Form Inc. | No | N/A |
| Top 100 Suppliers/ Vendors | Emerald Performance Materials | No | N/A |
| Top 100 Suppliers/ Vendors | First Industrial LP Houston | No | N/A |
| Top 100 Suppliers/ Vendors | First Industrial Realty Trust | Yes | Past (2006) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | G&C Diversified LLC | No | N/A |
| Top 100 Suppliers/ Vendors | GE Capital | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | Grant Thornton LLP | No | N/A |
| Top 100 Suppliers/ Vendors | HB Fuller Company | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | Hilb Rogal & Hobbs | No | N/A |
| Top 100 Suppliers/ Vendors | Hinds County | No | N/A |
| Top 100 Suppliers/ Vendors | Hurricane Associates LLC | No | N/A |
| Top 100 Suppliers/ Vendors | Husky IMS | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | Independence Administrators | No | N/A |
| Top 100 Suppliers/ Vendors | International Paper | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | Joe M. Sewell | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Top 100 Suppliers/ Vendors | Kapstone Kraft Paper | No | N/A |
| Top 100 Suppliers/ Vendors | KHS Corpoplast North America | No | N/A |
| Top 100 Suppliers/ Vendors | M&G Polymers USA | No | N/A |
| Top 100 Suppliers/ Vendors | MetLife | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | Milacron Marketing Co. | No | N/A |
| Top 100 Suppliers/ Vendors | Mitsubishi Gas Chemical Co. | No | N/A |
| Top 100 Suppliers/ Vendors | Morgan Lewis & Bockius, LLP | Yes | Past (2005) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | MSC Industrial Co., Inc | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | National Starch & Chemical Co. | Yes | Past (1998) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | Nazario Paragano | No | N/A |
| Top 100 Suppliers/ Vendors | New Horizons Plastic Recycling | No | N/A |
| Top 100 Suppliers/ Vendors | NTM Inc | No | N/A |
| Top 100 Suppliers/ Vendors | Obrist Americas Inc | No | N/A |
| Top 100 Suppliers/ Vendors | OneNeck IT Services Corporation | No | N/A |
| Top 100 Suppliers/ Vendors | Operational Solutions Inc | No | N/A |
| Top 100 Suppliers/ Vendors | Ouellette Machinery | No | N/A |
| Top 100 Suppliers/ Vendors | Pechiney Plastic Packagin | No | N/A |

Schedule 1 - HSII Relationships

14

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Top 100 Suppliers/ Vendors | PepsiCo, Inc | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | PepsiCo World Trading Co, Inc | No | N/A |
| Top 100 Suppliers/ Vendors | PET Terra Systems, Inc | No | N/A |
| Top 100 Suppliers/ Vendors | Phoenix Technologies Intl | Yes | Past (2006) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | Piedmont Chemical Industries | No | N/A |
| Top 100 Suppliers/ Vendors | Pinnacle Films, Inc | No | N/A |
| Top 100 Suppliers/ Vendors | Precision Container Tech, LLC | No | N/A |
| Top 100 Suppliers/ Vendors | PriceWaterhouseCoopers LLP | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | Prime Graphics Inc | No | N/A |
| Top 100 Suppliers/ Vendors | Prime Investments Inc | No | N/A |
| Top 100 Suppliers/ Vendors | Printpack Inc | No | N/A |
| Top 100 Suppliers/ Vendors | Progress Energy Florida Inc | No | N/A |
| Top 100 Suppliers/ Vendors | ProLogis | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | Pure Tech Plastics | No | N/A |
| Top 100 Suppliers/ Vendors | R&D Tool & Engineering | No | N/A |
| Top 100 Suppliers/ Vendors | Ram Air | No | N/A |
| Top 100 Suppliers/ Vendors | RCD Timber Products | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Top 100 Suppliers/ Vendors | Robert T Godley Family LLC | No | N/A |
| Top 100 Suppliers/ Vendors | ROI Technologies | No | N/A |
| Top 100 Suppliers/ Vendors | Samuel Strapping Systems Corp | No | N/A |
| Top 100 Suppliers/ Vendors | Sempra Plastics Corp | No | N/A |
| Top 100 Suppliers/ Vendors | Sidel Inc | No | N/A |
| Top 100 Suppliers/ Vendors | SIPA Corporation North America | No | N/A |
| Top 100 Suppliers/ Vendors | Sonoco Flexible Pkg Canada Co | No | N/A |
| Top 100 Suppliers/ Vendors | Sooner Logistics LLC | No | N/A |
| Top 100 Suppliers/ Vendors | Southern States Packaging | No | N/A |
| Top 100 Suppliers/ Vendors | StaffingMaster LLC | No | N/A |
| Top 100 Suppliers/ Vendors | StarPet, Inc | No | N/A |
| Top 100 Suppliers/ Vendors | SurTec, Inc | No | N/A |
| Top 100 Suppliers/ Vendors | Temp Staff, Inc | No | N/A |
| Top 100 Suppliers/ Vendors | The CIT Group/EF | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Top 100 Suppliers/ Vendors | The Realty Association Fund VIII LP | No | N/A |
| Top 100 Suppliers/ Vendors | Unified Government Treasury | No | N/A |
| Top 100 Suppliers/ Vendors | USTT, Inc | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Top 100 Suppliers/ Vendors | Wentworth Mould & Die Co, Ltd | No | N/A |
| Top 100 Suppliers/ Vendors | XL Engineering LLC | No | N/A |
| Top 100 Suppliers/ Vendors | Zurich US | Yes | Past (2005) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | Advance Disposal Service | No | N/A |
| Utility Providers | AEP of OH (Ohio Power) | No | N/A |
| Utility Providers | Allied Waste | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | Allied Waste Services | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | Allied Waste Services #742 | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | All-Points Waste Service Inc | No | N/A |
| Utility Providers | Atmos Energy Marketing Company | No | N/A |
| Utility Providers | AT&T | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | Atlanta Gas Light Company | No | N/A |
| Utility Providers | Atmos Energy of MS (MS Valley Gas) | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | Baltimore Gas & Electric | No | N/A |
| Utility Providers | BlueStar | No | N/A |
| Utility Providers | BP Canada Energy Marketing | No | N/A |
| Utility Providers | CenterPoint Energy of TX | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | City of Atlanta, Dept of Watershed Mgmt | No | N/A |
| Utility Providers | City of Charlotte | No | N/A |
| Utility Providers | City of Havre de Grace | No | N/A |
| Utility Providers | City of West Chicago | No | N/A |
| Utility Providers | City Services (Jackson MS) | No | N/A |
| Utility Providers | Collierville Water Department | No | N/A |
| Utility Providers | Commerce Energy | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Utility Providers | Cornerstone Energy | No | N/A |
| Utility Providers | Dpmt of Watershed Mgmt (Atlanta) | No | N/A |
| Utility Providers | Direct Energy | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | Duke Energy of NC | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | Entergy (MS) | No | N/A |
| Utility Providers | Exelon (ComEd) | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | Gas-South, LLC | No | N/A |
| Utility Providers | Georgia Power | No | N/A |
| Utility Providers | HESCO | No | N/A |
| Utility Providers | Hess Corporation | Yes | Past (2009) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | Infinite Energy | No | N/A |
| Utility Providers | Integrys Energy Services | No | N/A |
| Utility Providers | Kansas City Bd of Public Utilities | No | N/A |
| Utility Providers | Kansas Gas Service | No | N/A |
| Utility Providers | Progress Energy (FL Power) | No | N/A |
| Utility Providers | Memphis Light, Gas & Power (TVA) | No | N/A |
| Utility Providers | National Gas & Oil | No | N/A |
| Utility Providers | Nicor Gas | Yes | Past (2003) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | Oncor (TXU Elec Delivery Co) | No | N/A |
| Utility Providers | Oneok Energy Marketing & Trading Co | No | N/A |
| Utility Providers | Orlando Utilities Commission | No | N/A |
| Utility Providers | Piedmont Natural Gas Co of NC | No | N/A |
| Utility Providers | Producers Gas Sales | No | N/A |
| Utility Providers | Progress Energy (CP&L) of SC | No | N/A |
| Utility Providers | Reliant Energy Services | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Utility Providers | Reliant Energy Solutions | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | SCE&G | No | N/A |
| Utility Providers | Suez Energy Resources NA, Inc | No | N/A |
| Utility Providers | TECO (Peoples Gas) | No | N/A |
| Utility Providers | Town of Cheraw Water Works | No | N/A |
| Utility Providers | TXU Energy Services | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | UGI Energy Services, Inc (GASMARK) | Yes | Past (2009) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | United Waste Service | No | N/A |
| Utility Providers | Verizon | Yes | Past (2008) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | Verizon Wireless | Yes | Past (2001) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | Village of Hebron, Water & Sewer Dept | No | N/A |
| Utility Providers | Washington Gas Energy Services, Inc | No | N/A |
| Utility Providers | Waste Management | Yes | Past (2005) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Utility Providers | Waste Management of Ohio | No | N/A |
| Utility Providers | Waste Services of Florida, Inc | No | N/A |
| Shareholders | Andrew T. Archer | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Albert Arnkhof | No | N/A |
| Shareholders | Ian Atkinson | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Robert E. Axtell Jr. | No | N/A |
| Shareholders | Billy J. Baker | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Wanda J. Bennett | No | N/A |
| Shareholders | Timothy M. Boan | No | N/A |
| Shareholders | Ardith Diane Boan | No | N/A |
| Shareholders | James C.T. Bolton | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Shareholders | Jimmy E. Bouie | No | N/A |
| Shareholders | Breakage Control Account | No | N/A |
| Shareholders | Danny E. Breeze | No | N/A |
| Shareholders | William R. Butler Jr | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Darren M. Byrd | No | N/A |
| Shareholders | Marie E. Casey | No | N/A |
| Shareholders | CEDO & Co. | No | N/A |
| Shareholders | Charles F. Casey | No | N/A |
| Shareholders | John Coble | No | N/A |
| Shareholders | Constar International Inc. Treasury | No | N/A |
| Shareholders | Crown Cork & Seal Company Inc. | Yes | Past (2004) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Matthew Dauzvardis | No | N/A |
| Shareholders | Sidney B. Deiter | No | N/A |
| Shareholders | John Dintaman | No | N/A |
| Shareholders | Robyn M. Graves | No | N/A |
| Shareholders | Frank Gregory | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Jerry Gunderson | No | N/A |
| Shareholders | Seref Gurer | No | N/A |
| Shareholders | Jerry Hatfield | No | N/A |
| Shareholders | Kimberly A. Haun | No | N/A |
| Shareholders | Klaus Herchenroder | No | N/A |
| Shareholders | Michael Hoffman | No | N/A |
| Shareholders | Daniel Ingram | No | N/A |
| Shareholders | Francis Jackson | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Glenda Jackson | No | N/A |
| Shareholders | Gregory L. Kleefisch | No | N/A |
| Shareholders | Thomas A. Kley | No | N/A |
| Shareholders | Francine C. Lewis | No | N/A |
| Shareholders | James A. Lewis | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Shareholders | William Little | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Darren Lockett | No | N/A |
| Shareholders | Mae & Co. | No | N/A |
| Shareholders | Michael McDaniel | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Frank J. Mechura | No | N/A |
| Shareholders | Daniel Mullock | No | N/A |
| Shareholders | Barry D. Nagy | No | N/A |
| Shareholders | John P. Neafsey | No | N/A |
| Shareholders | Mark Newcott | No | N/A |
| Shareholders | Susan W. O'Connor | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Roger W. Owens | No | N/A |
| Shareholders | Jude L. Parks | No | N/A |
| Shareholders | Christopher Phelan | No | N/A |
| Shareholders | Raymond Pisowicz | No | N/A |
| Shareholders | John Prentzas | No | N/A |
| Shareholders | Shannon M. Ruby | No | N/A |
| Shareholders | Laura M. Sante | No | N/A |
| Shareholders | Artie Setty | No | N/A |
| Shareholders | Robert M. Sides | No | N/A |
| Shareholders | Angus F. Smith | No | N/A |
| Shareholders | Walter S. Sobon | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | John Sprague | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Richard Straszeskyi | No | N/A |
| Shareholders | A. Alexander Taylor | No | N/A |
| Shareholders | Dereck A. Taylor | No | N/A |
| Shareholders | Randall P. Tibbals | No | N/A |
| Shareholders | Jui-Chang Tsai | No | N/A |
| Shareholders | Michael S. Vandermeer | No | N/A |
| Shareholders | Garland A. Vaughn | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Shareholders | David Waksman | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Gregg A. Ward | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Ellis West | No | N/A |
| Shareholders | Wanda F. Wilson | No | N/A |
| Shareholders | Daniel R. Wittman | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Marshall Wolf | No | N/A |
| Shareholders | Steven Young | Yes | Contacted by HSII in Context of Past Search Unrelated to the Debtors' Chapter 11 Cases |
| Shareholders | Eduardo I. Zarza | No | N/A |
| Significant Affiliations of Directors | AI-Group/Wheaton's North American | No | N/A |
| Significant Affiliations of Directors | Pharmaceuticals Packaging | No | N/A |
| Significant Affiliations of Directors | Chiquita Brands | Yes | Past (2000) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Significant Affiliations of Directors | Continental Can Company | Yes | Past (1998) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Significant Affiliations of Directors | Crown Cork & Seal Company, Inc. | Yes | Past (2004) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Significant Affiliations of Directors | Dechert LLP | No | N/A |
| Significant Affiliations of Directors | Ferris State University | No | N/A |
| Significant Affiliations of Directors | Harvard College | No | N/A |
| Significant Affiliations of Directors | Madison University | No | N/A |
| Significant Affiliations of Directors | New York University | Yes | Past (2002) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Significant Affiliations of Directors | Pace University | No | N/A |

Schedule 1 - HSII Relationships

| Group Affiliation | Company/Individual | Relationship: Yes/No | If Yes: Current/Past |
|---|---|---|---|
| Significant Affiliations of Directors | Price Waterhouse | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Significant Affiliations of Directors | Procter & Gamble Company | Yes | Past (2007) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Significant Affiliations of Directors | Rexam | Yes | Current Client in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Significant Affiliations of Directors | Rider University | No | N/A |
| Significant Affiliations of Directors | Sheffield University | No | N/A |
| Significant Affiliations of Directors | Tatum CFO Partners, LLP | No | N/A |
| Significant Affiliations of Directors | The Ingram Group | No | N/A |
| Significant Affiliations of Directors | The John Hopkins University | Yes | Past (2001) in Matter Unrelated to the Debtors' Chapter 11 Cases |
| Significant Affiliations of Directors | United States Air Force | No | N/A |
| Significant Affiliations of Directors | University of Delaware | No | N/A |
| Significant Affiliations of Directors | University of Toledo | No | N/A |
| Significant Affiliations of Directors | US Plastic Lumber | No | N/A |
| Significant Affiliations of Directors | VMR International, Inc. | No | N/A |
| Significant Affiliations of Directors | WAI | No | N/A |
| Significant Affiliations of Directors | Wheaton Industries | No | N/A |

Schedule 1 - HSII Relationships