**EXHIBIT C**

# HEIDRICK & STRUGGLES

233 S. Wacker Drive, Suite 7000
Chicago, IL 60606
telephone +1 (312) 496-1000
facsimile +1 (312) 496-1046
www.heidrick.com

Theodore L. Dysart
Partner-in-Charge, Chicago Office
+1 (312) 496-1860

As of March 3, 2009

Official Committee of Unsecured Creditors of Constar International, Inc.
c/o Jason Pratt, Peritus Asset Management (Committee Chair)
90 Grove Street, Suite 201
Ridgefield, CT 06897

Michael J. Hoffman
President and Chief Executive Officer
Constar International, Inc.
One Crown Way
Philadelphia, PA 19154

Gentlemen:

Paul Benson and I are delighted that the Official Committee of Unsecured Creditors of Constar International, Inc. et al. (the "Committee") and Constar International Inc. and certain of its affiliates (the "Debtors") have jointly retained Heidrick & Struggles to assist the Committee, in consultation with the Debtors, with the identification and selection of Non-Executive Directors for Constar International Inc. pursuant to Article IV.K.2 of the Second Amended Plan filed in the Debtors' chapter 11 cases (the "Plan"). It will be our responsibility to manage this process and to assist the Committee, in consultation with the Debtors, in making an informed decision about the best-qualified candidates available.

We will be retained by the Committee and the Debtors jointly; however, in view of the conversion of the Debtors' Senior Subordinated Notes into equity pursuant to the Plan, we will take our direction from the Committee which we understand will make its final decision, in consultation with the Debtors and other holders of the Senior Subordinated Notes, pursuant to Article IV.K.2 of the Plan. Our commitment to is to assist the Committee with making its final decision, in consultation with the Debtors and other holders of Senior Subordinated Notes, from all candidates that may be considered, regardless of whether we ultimately introduce a specific candidate. For example, if a prospect comes into the search process via an introduction by someone on the Committee or an executive of the Debtors, we would plan to make that candidate an integral part of our full due diligence for both the Committee and the Debtors. If that candidate becomes a finalist on the search, we will work with the Committee, in consultation with the Debtors, to complete final

HEIDRICK & STRUGGLES

referencing without regard to the fact that this candidate may not be "an H&S candidate." In summary, our role is to help the Committee, in consultation with the Debtors, make the best possible decision.

**Fees & Expenses**

Our usual fee to recruit a board member is $100,000. Based on our negotiations and efficiencies of working on these assignments simultaneously, we will charge the Debtors a flat fee of $362,500 to identify and vet the requisite number of potential director candidates to fill five board seats. There will be no additional charge if the Committee decides to fill six board seats from this same pool of potential director candidates. Should the Committee recruit more than six directors from this project, we will charge the Debtors a fee for such additional directors as mutually agreed by the Committee, the Debtors, and Heidrick but such fee shall in no event be more than USD $72,500 for each additional director recruited. It is understood and agreed that the Debtors' CEO and a representative from one of the investors of the Debtors shall not be counted in the five or six board seats referred to above in this paragraph.

Heidrick & Struggles shall be entitled to reimbursement by the Debtors of its reasonable out-of-pocket and incidental expenses, as documented for travel, meals, lodging, postage, telephone, document reproduction, telecopying, computer charges and database access fees, and other similar expenses, incurred during the term, and in furtherance, of its engagement hereunder. Heidrick & Struggles agrees to provide reasonable documentation relating to such expenses to the extent requested by the Debtors or as required by the United States Bankruptcy Court of the District of Delaware (the "Bankruptcy Court").

**Terms of Payment**

The fee and expenses set forth herein are for professional services rendered. Payment of our fee, expenses is not contingent upon the hiring of one of our candidates. Our fee will be invoiced in three increments of USD $120,833 each, the first on the effective date of the engagement, the second 30 days following the effective date, and the third 60 days following the effective date. This agreement is subject to the entry of an order of the Bankruptcy Court approving the retention of Heidrick & Struggles pursuant to the terms hereof. Subject to being so retained, Heidrick & Struggles agrees that all of its fees and expenses shall be subject to approval by the Bankruptcy Court and that it shall file interim and final applications for allowance of the fees and expenses payable to it under the terms of this agreement pursuant to the applicable Federal Rules of Bankruptcy Procedure, and the local rules and order(s) of the Bankruptcy Court.

Heidrick & Struggles will make every effort to complete the search in six weeks. Should this not occur, we will continue the search without additional fee, up to six months from the start of the search, charging only direct expenses. In the unlikely event that the search is not successfully concluded at the end of six months, we may suggest a re-evaluation of the assignment to determine whether any further work is practical and will seek appropriate Bankruptcy Court approval of any changes to our fee amount or structure as a result of such a re-evaluation.

HEIDRICK & STRUGGLES

This Agreement shall commence as of March 3, 2009 and shall continue until the earliest to occur of: (1) the completion of the identification and selection of at least five directors as contemplated herein and (2) termination by the Committee of Heidrick & Struggles' services hereunder upon five (5) days' prior written notice to Heidrick & Struggles. If this engagement is terminated pursuant to clause (2) above within the first 30 days after the commencement, we will charge one-third of our fee, plus direct expenses. If this project is terminated pursuant to clause (2) above thereafter, we will charge only such fee (A) as may be mutually agreed by the Committee, the Debtors and Heidrick & Struggles and approved by the Bankruptcy Court, or (B) as the Bankruptcy Court determines after notice and a hearing is reasonable under the circumstances but in no event greater than the amount of fees owed hereunder, plus direct reasonable expenses as approved by the Bankruptcy Court.

**Off-Limits**

In view of the global expansion of many of our clients and our firm, and the multi-faceted relationships that result, it is appropriate to restate our long-standing policy not to recruit certain executive level employees from a "client" for a specified period of time. We will not recruit senior executives who also serve on the Board of Directors of Constar International Inc., in the United States, for a period of one year following the date we execute this agreement, unless an exception applies. Exceptions to this policy include instances where this agreement is canceled, a client ceases to exist, does not pay our fee and/or expenses, authorizes an exception, violates this agreement, and client executives on the Board of Directors who, with the client's knowledge, are seeking other employment opportunities, or who, prior to the date this agreement is processed by us, were being recruited.

Upon successful completion of this assignment, Heidrick & Struggles will have permission to refer to the Debtors' name, logo and the successful placements' name and title in Heidrick & Struggles marketing literature. Examples of these referrals are on the Heidrick & Struggles website.

HEIDRICK & STRUGGLES

**Governing Law; Amendment; Headings**

This agreement shall be governed by and construed in accordance with the laws of the State of New York applicable to agreements made and to be fully performed therein, without regard to conflicts of law principles. This agreement may not be modified or amended except in writing duly executed by the parties hereto, subject to any necessary Bankruptcy Court approval. The section headings in this agreement have been inserted as a matter of convenience of reference and are not part of this agreement.

**Notices**

Notice given pursuant to any provisions of this agreement shall be in writing and shall be mailed or delivered (a) if to the Committee, at Goodwin Procter LLP, as counsel to the Committee, 620 Eighth Avenue, New York, NY 10018-1405, Attn: Allan Brilliant, (b) if to the Debtors, at One Crown Way, Philadelphia, PA 19154, Attn: Michael J. Hoffman, and (c) if to Heidrick & Struggles, at 233 South Wacker Drive, Suite 7000, Chicago, IL 60606, Attn: Theodore L. Dysart.

**Counterparts**

For the convenience of the parties, this agreement may be executed in any number of counterparts, each of which shall be, and shall be deemed to be, an original instrument, but all of which taken together shall constitute one and the same agreement.

**Assignment Team**

As discussed, Paul Benson, Jonathan Graham and I will be partnering on this project. Our contact numbers are as follows:

| | |
|---|---|
| **Theodore L. Dysart** | Office (312) 496-1860 |
| Managing Partner of the Americas Global | Mobile (312) 638-9243 |
| Board of Directors Practice | Home (708) 434-1195 |
| | tdysart@heidrick.com |
| | |
| **Paul Benson** | Office (011) 971-4-509-6609 |
| Partner | Mobile (646) 236-6379 |
| | pbenson@heidrick.com |
| | |
| **Jonathan Graham** | Office (216) 241-0190 |
| Partner-in-Charge, Cleveland | Mobile (216) 337-8798 |
| | jgraham@heidrick.com |
| | |
| **Rebecca Thornton** | Office (212) 551-0926 |
| Senior Associate | rthornton@heidrick.com |
| | |
| **Jackie Cahill** | Office (312) 496-1751 |
| Executive Assistant | jcahill@heidrick.com |

HEIDRICK & STRUGGLES

**Acknowledgement**

Please indicate your acceptance of the terms and conditions set forth by signing and returning the enclosed copy of this agreement as soon as possible. We look forward to working with the Committee and the Debtors on this engagement. If the Committee or the Debtors have any questions about this agreement, please do not hesitate to contact me directly.

Sincerely,

Theodore L. Dysart
Partner-in-Charge
Chicago Office

cc: Paul Benson
Jonathan Graham

03/19/2006 15:45 FAX ☒002

PLEASE ACKNOWLEDGE YOUR RECEIPT AND ACCEPTANCE OF THIS AGREEMENT BY SIGNING AND RETURNING THE ENCLOSED COPY

Accepted and agreed as of the first date written above:

THE COMMITTEE

By: *[signature]*
Name: Jason L. Pratt
Title: Chairman, Creditors Committee

THE DEBTORS

By: _____
Name: _____
Title: _____

HEIDRICK & STRUGGLES

PLEASE ACKNOWLEDGE YOUR RECEIPT AND ACCEPTANCE OF THIS AGREEMENT BY SIGNING AND RETURNING THE ENCLOSED COPY

Accepted and agreed as of the first date written above:

THE COMMITTEE

By: _____
Name: _____
Title: _____

THE DEBTORS

By: _____
Name: _____Michael__W. Hoffman_____
Title: _____CEO & President_____