# EXHIBIT A

**BIFFERATO LLC**
P.O. BOX 2165
WILMINGTON, DE 19899-2165
Phone (302) 225-7600 Fax (302) 254-5383
Federal Tax ID # 51-0378558

**PLEASE NOTE: Our firm name, telephone and facsimile numbers have changed.
Our tax identification number remains the same.**

Michael Morris, Esq.
Hennigan Bennett & Dorman
865 South Figueroa Street
Suite 2900
Los Angeles CA 90017

Page: 1
04/13/2009
Account No: 2008826-000B
Statement No: 238698

American Home Mortgage Holding

Previous Balance $6,104.30

### Fees

| Date | TK | Description | Hours | |
|---|---|---|---|---|
| 11/04/2008 | | | | |
| | JMR | Attention to preparation and revision of BG's Employment Application for signature and filing. | 0.90 | |
| 11/05/2008 | | | | |
| | JMR | Retrieve and forward Notice of Deposition and Notice of Withdrawal to ICB/GFM for review. | 0.20 | |
| | JMR | Attention to multiple changes to BG Employment Application for approval by Committee. | 0.80 | |
| | JMR | Ecorrespondence (multiple) with Hahn & Hessen regarding BG Employment Application. | 0.30 | |
| | GFM | Review and finalize retention application. | 0.40 | |
| | JMR | Multiple ecorrespondence to and from Hahn & Hessen regarding the BG Employment Application for signature by Committee. | 0.40 | |
| 11/25/2008 | | | | |
| | JMR | Scan and forward ICB signature page to McGuire for filing of Stipulation. | 0.20 | |
| | | For Current Services Rendered | 3.20 | 586.00 |

#### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Garvan F. McDaniel | 0.40 | $310.00 | $124.00 |
| Jennifer M. Randolph | 2.80 | 165.00 | 462.00 |

### Advances

| Date | Description | Amount |
|---|---|---|
| 11/30/2008 | Cost advanced on behalf of client - Pacer charge for electronic research and document retrieval from Court electronic case system. | 8.16 |
| | Total Advances | 8.16 |

Total Current Work 594.16

Michael Morris, Esq.

Account No:   2008826-000B
Statement No:   238698

American Home Mortgage Holding

Balance Due $6,698.46

| Fees | Expenses | Billing History Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 5,270.50 | 78.20 | 1,349.76 | 0.00 | 0.00 |

**All invoices are due upon receipt.  Please remit payment at this time.**

Final Statement Run Totals 04/13/2009

| | |
|---|---|
| Statements Printed: | 1 |
| Hours: | 3.20 |
| Fees: | 586.00 |
| Advances: | 8.16 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Management / Analysis | | |
| Fee Applications and Invoices- Bifferato LLC | | |
| Fee Applications and Invoices- Others | | |
| Employment and Retention Applications - Others | 2.50 | $470.50 |
| Pleading Review | | |
| Pleading Preparation | | |
| Electronic Filing/Service of Pleading | | |
| Committee Communication and Meetings | 0.30 | $49.50 |
| Other Communications | | |
| Mediation Preparation and Communications | | |
| Mediation Attendance | | |
| In-House Correspondence | 0.40 | $66.00 |
| Hearing Preparation | | |
| Hearing Attendance | | |
| Deposition Preparation | | |
| Deposition Attendance | | |
| Deposition Travel | | |
| **TOTAL** | **3.20** | **$586.00** |