UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x   Chapter 11
In re:                                                            :
                                                                  :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                            :
HOLDINGS, INC., a Delaware corporation, et al.,                   :   Jointly Administered
                                                                  :
       Debtors.                                                   :   Ref. Docket Nos. 7259 & _____
------------------------------------------------------------------x

**ORDER SHORTENING THE TIME FOR NOTICE FOR MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) APPROVING PAYMENT OF EXPENSE REIMBURSEMENTS; (III) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN MORTGAGE LOANS AND REO PROPERTIES; (IV) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (V) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF MORTGAGE LOANS AND REO PROPERTIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING SALE AGREEMENTS THERETO; AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[1] of the above captioned debtors and debtors-in-possession (the "Debtors") for entry of an order providing that the applicable notice period for the Sale Motion be shortened pursuant to Local Rule 9006-1(e) and section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Sale Motion shall be heard on April 21, 2009 at 2:00 p.m. (ET); and it is further

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Sale Motion.

ORDERED, that objections to the relief requested in the Sale Motion shall be filed and served no later than 12:00 p.m. (ET) on April 20, 2009; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
April 13, 2009

Christopher S. Sontchi
United States Bankruptcy Judge