## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                      :    Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                          :
                                                            :    Jointly Administered
                                                            :
     Debtors.                                               :    Ref. Docket Nos. 5447, 5608, 6217
------------------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL THIRD ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On August 15, 2008, the above-captioned debtors and debtors in possession (the

"Debtors") filed their Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section

502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the

"Objection") [Docket No. 5447].  One of the claims included in the Objection was proof of claim

number 9624 ("Claim 9624") filed by Ronald Bergum ("Mr. Bergum") through his counsel

McDonald Hopkins LLC.  Through the Objection, the Debtors requested that the Court reduce

Claim 9624 from the alleged amount of $10,950 priority and $3,182,183.96 general unsecured to

$10,950 priority and $1,591,136.07 general unsecured.  On September 8, 2008, Mr. Bergum filed

a response to the Objection [Docket No. 5608].  On October 10, 2008, the Court sustained the

Objection in part and adjourned the Objection with respect to, *inter alia*, Claim 9624 [Docket

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

No. 6217].[2] After further review of their books and records and discussion with counsel to Mr.

Bergum, the Debtors have determined that the appropriate amount of Claim 9624 is $10,950

priority and $2,065,332.94 general unsecured.

The Debtors hereby file this certification of counsel to submit a form of order (the

"Proposed Order") attached hereto as Exhibit A resolving the Objection with respect to Claim

9624.  Furthermore, the Debtors certify that counsel to Mr. Bergum has reviewed the Proposed

Order and has agreed to the reduction of Claim 9624 to $10,950 priority and $2,065,332.94

general unsecured.  Therefore, the Debtors respectfully request that the Court enter the Proposed

Order at its earliest convenience.

Dated:  April 14, 2009
       Wilmington, Delaware

                       **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                       James L. Patton, Jr. (No. 2202)
                       Pauline K. Morgan (No. 3650)
                       Margaret B. Whiteman (No. 4652)
                       Nathan D. Grow (No. 5014)
                       The Brandywine Building
                       1000 West Street, 17th Floor
                       Wilmington, Delaware  19801
                       Telephone: (302) 571-6756
                       Facsimile: (302) 571-1253

                       Counsel to the Debtors and Debtors in Possession

---

[2]     A second order sustaining the Objection was entered by the Court on March 17, 2009 [Docket No. 7112].

## EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                    :    Chapter 11

                                                          :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                        :
                                                          :    Jointly Administered

                                                          :

    Debtors.                                              :    Ref. Docket Nos. 5447, 5608, 6217

---------------------------------------------------------------- x

### THIRD ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the fifteenth omnibus (substantive) objection (the "Objection") [Docket No. 5447] of the above-captioned debtors and debtors in possession (the "Debtors"); and Ronald Bergum ("Mr. Bergum") having filed a response to the Objection [Docket No. 5608]; and the Court having sustained the Objection in part [Docket No. 6217] on October 10, 2008[2]; and the Objection having been adjourned with respect to proof of claim number 9624 ("Claim 9624") filed by Mr. Bergum; and the Debtors and Mr. Bergum having agreed that the appropriate amount of Claim 9624 is $10,950 priority and $2,065,332.94 general unsecured; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] A second order sustaining the Objection was entered by the Court on March 17, 2009 [Docket No. 7112].

ORDERED that Claim 9624 is an allowed claim of Mr. Bergum against American Home Mortgage Holdings, Inc. in the amount of $10,950 priority and $2,065,332.94 general unsecured; and it is further

ORDERED that this Order resolves the Objection with respect to Claim 9624; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      April ___, 2009

_____
Christopher S. Sontchi
United States Bankruptcy Judge