IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
   Debtors.                                                      :
                                                                 :   Ref. Docket Nos. 7084 and 7234
---------------------------------------------------------------- x

**SECOND ORDER REGARDING THE DEBTORS' THIRTY-FIRST
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the thirty-first omnibus (substantive) objection [Docket No. 7084] (the "Objection")[2] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered an order sustaining the objection in part and adjourning in part [Docket No. 7234] (the "First Order"); and certain claims filed by Travelers Casualty and Surety Company of America [POC Nos. 8357, 8358, 8359, 8360 and 8363] (the "Travelers Claims") having been expunged in the First Order as Equity Fraud Claims; and the Debtors having determined that the Travelers Claims are not Equity Fraud Claims and should not have been included in the First Order; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is withdrawn, without prejudice, solely with respect to the Travelers Claims; and it is further

ORDERED that, notwithstanding anything in the First Order, the Travelers Claims are not disallowed or expunged; and it is further

ORDERED that the Debtors retain the right to object to the Travelers Claims on any grounds; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
April 13, 2009

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE