## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                              :        Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,        :        Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                   :
                                                                    :        Jointly  Administered
                                      Debtors.             ::
------------------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
NEW CASTLE COUNTY      )

      Troy Bollman, being duly sworn according to law, deposes and says that he is
employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors
and Debtors-in-Possession in the above-captioned case, and that on April 9, 2009, he caused a
copy of the following to be served as indicated upon the parties identified on the attached service
list:

      Eighteenth Monthly Application of the Weiner Brodsky Sidman Kider PC as Ordinary
      Course Professional for the Debtors and Debtors-In-Possession for Allowance of
      Compensation and Reimbursement of Expenses Incurred for the Interim Period February
      1, 2009 through February 28, 2009 [Docket No. 7255]

                                                           _____
                                                    Troy Bollman

SWORN TO AND SUBSCRIBED before me this 13th day of April, 2009.

                                                    Notary Public

ERICA A. BROYLES
MY COMMISSION
EXPIRES
SEPT. 6, 2009
NOTARY PUBLIC
STATE OF DELAWARE

**SERVICE LIST**
**4/9/2009**

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)
*Hand Delivery*

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Official Committee of Unsecured Creditors
*Hand Delivery*

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
*First Class Mail*

Jeffery Levine
Milestone Advisors LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006
*First Class Mail*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

Margot B. Schonholtz, Esq.
Myron Kirschbaum, Esq.
Scott D. Talmadge, Esq.
Ana Alfonso, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
*First Class Mail*

Laurie S. Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)
*Hand Delivery*

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Bank of America)
*First Class Mail*