UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
AMERICAN HOME MORTGAGE                                     :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                            :
a Delaware corporation, et al.,                            :   Jointly Administered
                                                           :
        Debtors.                                           :   Ref. Docket No. 7058
---------------------------------------------------------- x

**ORDER REGARDING MOTION OF CITIFINANCIAL SERVICES, INC. FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

Upon consideration of the motion of CitiFinancial Services, Inc. ("CitiFinancial") for relief from the automatic stay (the "Motion")[1] to pursue the State Court Litigation currently pending in the California Court, and having considered the Motion, and venue being proper, and notice of the Motion having been sufficient, and after due deliberation and sufficient cause appearing for entry of this Order, it is hereby,

ORDERED, that the Motion is granted to the extent set forth herein; and it is further

ORDERED that the parties have determined that the property at issue in the California Litigation is not property of the estate; and it is further

ORDERED, that, to the extent that the Debtors are a necessary party to quiet title, CitiFinancial is hereby granted relief from the automatic stay for the sole purpose of the including the Debtors as a nominal defendant in the California Litigation; and it is further

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED, that, nothing in this Order shall affect the rights of any parties with respect to the California Litigation, including, but not limited to, any and all defenses and counterclaims; and it is further

ORDERED, that the ten-day stay as contemplated by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived, and this Order shall become effective immediately upon its entry; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: April 13, 2009
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge