IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,                  :   Jointly Administered
                                                                 :
                Debtors.                                         :
----------------------------------------------------------------

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING AMENDED STIPULATED DISCOVERY SCHEDULING ORDER

The undersigned certifies as follows:

1. Attached hereto as Exhibit "1" is the proposed form of *Order Approving Amended Stipulated Discovery Scheduling Order* ("Order") being submitted by Caylon New York Branch, as Administrative Agent, ("Caylon"). The proposed Order reflects the amendments to the Stipulated Discovery Scheduling Order between the Debtors and Calyon filed with this Court on February 3, 2009 (the "Stipulation") (D.I. 6927). The Debtors have no objection to the entry of the proposed Order. Exhibit "2" attached hereto is a redline marked to show changes from the original Stipulation.

2. The undersigned respectfully submits that, consistent with the disclosures and agreements made between the Debtors and Calyon and the lack of any objection to the entry of the proposed Order, the Court may consider and enter the proposed Order at the Court's earliest

convenience, without further notice or hearing.

Dated: April 14, 2009

> WOMBLE CARLYLE SANDRIDGE
> & RICE, PLLC
>
> /s/ Michael G. Busenkell
>
> Michael G. Busenkell (DE No. 3933)
> 222 Delaware Avenue, Suite 1501
> Wilmington, DE 19801
> Telephone: 302.252.4324
> Facsimile: 302.252.4330
>
> -and-
>
> Benjamin C. Ackerly
> Jason W. Harbour (DE No. 4176)
> HUNTON & WILLIAMS LLP
> Riverfront Plaza, East Tower
> 951 E. Byrd Street
> Richmond, Virginia 23219-4074
> Telephone: (804) 788-8200
> Facsimile: (804) 788-8218
>
> -and-
>
> Peter S. Partee
> Scott H. Bernstein
> 200 Park Avenue, 53rd Floor
> New York, New York 10016-0136
> Telephone: (212) 309-1000
> Facsimile: (212) 309-1100
>
> *Counsel to Calyon New York Branch*

WCSR 4109138v1