## CERTIFICATE OF SERVICE

  I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made in the manner indicated on April 14, 2009 on:

**Via Hand Delivery**

James Patton, Esq.
Pauline Morgan
Sean M. Beach, Esq.
Curtis Crowther, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
***By Hand***


  Under penalty of perjury, I declare that the forgoing is true and correct.

April 14, 2009          _/s/ Heidi E. Sasso_____

WCSR 4089223v1