IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------------- x
In re:                                          :    Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :    Jointly Administered
        Debtors.                                :
----------------------------------------------------------------------- x
```

**TWENTIETH MONTHLY APPLICATION OF
MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**


| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | March 1, 2009 through March 31, 2009 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $100,000.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $36.58 |

This is an:  __X__ interim  ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/7/07 - #2316 | 8/6/2007- 8/31/07 | $167,741.94 | $67,661.78 | $167,741.94 | $67,661.78 |
| 12/13/07- #2378 | 9/1/2007- 9/30/07 | $200,000.00 | $47,954.43 | $200,000.00 | $47,954.43 |
| 1/2/08- #2563 | 10/1/2007-10/31/07 | $200,000.00 | $25,943.49 | $200,000.00 | $25,943.49 |
| 3/14/08- #3310 | 11/1/2007-11/30/07 | $800,000.00 | $20,228.88 | $800,000.00 | $20,228.88 |
| 4/15/08- #3701 | 12/1/2007-12/31/07 | $200,000.00 | $5,856.15 | $200,000.00 | $5,856.15 |
| 4/17/08- #3719 | 1/1/2008- 1/31/08 | $200,000.00 | $2,827.00 | $200,000.00 | $2,827.00 |
| 6/12/08- #4554 | 2/1/2008- 2/29/08 | $200,000.00 | $911.16 | $200,000.00 | $911.16 |
| 6/13/08- #4622 | 3/1/2008 – 3/31/08 | $200,000.00 | $1,397.45 | $200,000.00 | $1,397.45 |
| 6/23/08- #4764 | 4/1/2008 – 4/30/08 | $200,000.00 | $4,424.39 | $200,000.00 | $4,424.39 |
| 8/27/08- #5548 | 5/1/2008 – 5/31/08 | $200,000.00 | $9,811.81 | $200,000.00 | $9,811.81 |
| 8/27/08- #5549 | 6/1/2008 – 6/30/08 | $200,000.00 | $55.70 | $200,000.00 | $55.70 |
| 10/10/08- #6225 | 7/1/2008 – 7/31/08 | $200,000.00 | $414.21 | $200,000.00 | $414.21 |
| 10/10/08- #6266 | 8/1/2008 – 8/31/08 | $200,000.00 | $861.36 | $200,000.00 | $861.36 |
| 10/22/08-#6420 | 9/1/2008 – 9/30/08 | $200,000.00 | $0.00 | $200,000.00 | $0.00 |
| 11/18/08-#6585 | 10/1/2008–10/31/08 | $100,000.00 | $24.70 | $100,000.00 | $24.70 |
| 12/23/08-#6771 | 11/1/2008–11/30/08 | $100,000.00 | $360.93 | $80,000.00 | $360.93 |
| 2/24/09-#7050 | 12/1/2008–12/31/08 | $100,000.00 | $195.88 | $80,000.00 | $195.88 |
| 2/24/09-#7051 | 1/1/2009–1/31/09 | $100,000.00 | $154.45 | 80,000.00 | $154.45 |
| | 2/1/2009 –2/29/09 | $100,000.00 | $1,920.93 | | |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| John Nelligan | Managing Director | 87.5 |
| Darryl Conway | Analyst | 77.5 |
| Autumn Learned | Analyst | 32.5 |
| **Total** | | **197.5** |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROJECY CODE**
**FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Project Code | Description of Activity | Hours |
|:---:|:---|:---:|
| 103 | Preparation of offering materials and due diligence set up for sale of bank | 17.5 |
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 6.5 |
| 105 | Negotiation, documentation, court approval process and closing of sale of bank | 53.5 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 120.0 |
| | | **197.5** |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**INTERIM EXPENSE SUMMARY**
**FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Expense Category | Amount |
|---|---|
| Meals | 13.00 |
| Car rental, parking and taxi | 14.00 |
| Postage / Express | 9.58 |
| Total | $36.58 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :    Jointly Administered
          Debtors.                                                  :
------------------------------------------------------------------------- x
```

**TWENTIETH MONTHLY APPLICATION OF**
**MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER**
**FOR THE**
**DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE INTERIM PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

Pursuant to 11 U.S.C. §§ 328, 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors

LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for

professional services rendered as financial advisor and investment banker to American Home

Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases

(the "Debtors"), in the amount of $100,000.00 together with reimbursement for actual and

necessary expenses incurred in the amount of $36.58 for the interim period March 1, 2009 through

March 31, 2009 (the "Interim Fee Period"). In support of its Application, Milestone respectfully

represents as follows:

**RELIEF REQUESTED**

1. Milestone was employed under an engagement letter to represent the Debtors as

financial advisor and investment banker in connection with this chapter 11 case effective as of

August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to

Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order,

Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable expenses incurred in connection with the engagement.

2. In a subsequent agreement with counsel representing the Creditors Committee, Milestone agreed to reduce its Monthly Fee to $100,000.00, effective as of October 1, 2008.

3. For the Interim Fee Period, Milestone seeks (i) allowance of compensation for professional services rendered to the Debtors in the aggregate amount of $100,000.00 for the Monthly Fee for March 2009 together with reimbursement for actual and necessary expenses incurred in the amount of $36.58. The total compensation sought in this fee application is $36.58.

4. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors. Milestone respectfully submits that the requested compensation is appropriate and should be approved and Milestone further submits that the services that Milestone has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest.

## TIME RECORDS

5. Milestone does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Milestone has agreed to and will maintain records of the time expended by its professionals in the rendition of professional services to the Debtors for the duration of these chapter 11 cases. The Court approved the Retention Order which expressly permits Milestone to maintain time records by day, by person, for this Interim Fee Period, and in half hour increments for all time expended thereafter.

## SUMMARY OF SERVICES RENDERED

6. A detailed description of services rendered by Milestone by professional during the Interim Fee Period, summarized by Project code, and the number of hours expended in

performing such services are set forth in Exhibit A.  During this Interim Fee Period, on behalf of the

Debtors, Milestone provided financial advisory and investment banking services to the Debtor and

continued to work on sale of American Home Bank ("AHM Bank"); responding to due diligence

requests from prospective acquirers.

7. Discussions and conference calls were held in the discussions of a potential

purchaser for AHM Bank.  Various calls were held with counsel, the buyers' advisor,

representatives from the bancorp as well as attorneys representing the Debtor.  Milestone assisted

with the negotiation of the term sheet, and gathering required information needed for the disclosure

schedule.  The stock purchase agreement was reviewed and terms were modified according to

discussions with the buyer, the Debtor and attorneys working on the deal.  Due diligence requests

were responded to and maintenance of requested information and access to the data room was

maintained.

8. Representatives from Milestone coordinated the marketing efforts for the sale of

the construction loan sale, processing non disclosure agreements, responding to due diligence

requests, and posting information to the data room.

## DISBURSEMENTS

Milestone incurred out-of-pocket disbursements during this Interim Fee Period in the amount of

$36.58.  These disbursements pertain to teleconference and express courier expenses.  A detailed

list of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as

Exhibit B.

## VALUATION OF SERVICES

9. Investment bankers and analysts of Milestone have expended a total of 197.5

hours in connection with this matter during the Interim Fee Period.  The amount of hours spent by

each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth

in the detail attached hereto as Exhibit A.

10.    Milestone believes that the time entries included in Exhibit A attached hereto are in compliance with the requirements of Local Rule 2016-2.

11.    In accordance with the factors enumerated in 11 U.S.C. §328 and §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12.    This Application covers the Interim Fee Period March 1, 2009 through March 31, 2009.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $100,000.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, together with reimbursement for actual and necessary expenses incurred in the amount of $36.58 and further requests such other and further relief as this Court may deem just and proper.

Dated:  Wilmington, Delaware
        April 6, 2009

MILESTONE ADVISORS LLC

Eugene S. Weil
1775 Eye Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 367-3000
Facsimile: (202) 367-3001

Financial Advisor and Investment Banker for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE   )
                          )     SS:
NEW CASTLE COUNTY   )

        Eugene S. Weil, after being duly sworn according to law, deposes and says:

        1.     I am a Managing Director and President in the applicant firm, Milestone Advisors LLC and have been employed by the applicant firm since 2001.

        2.     I have personally performed many of the professional services rendered by Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

        3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this 6 day of April 2009.

_____
Notary Public
My Commission Expires:_____

NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

PERI S. DONNER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
## DETAIL OF SERVICES RENDERED BY PROJECT CODE
## FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 3/2/2009 | 106 | 1.0 | Internal call |
| Nelligan, John | 3/2/2009 | 106 | 1.0 | Call with BDO Siedman, Kroll; transaction update call |
| Nelligan, John | 3/2/2009 | 106 | 0.5 | Various calls with buyer's advisor |
| Nelligan, John | 3/3/2009 | 106 | 1.0 | Various calls with buyer's advisor |
| Nelligan, John | 3/4/2009 | 106 | 0.5 | Call with Kroll |
| Nelligan, John | 3/4/2009 | 106 | 0.5 | Internal call |
| Nelligan, John | 3/4/2009 | 106 | 2.0 | Various calls with buyer's advisor |
| Nelligan, John | 3/5/2009 | 106 | 3.0 | Various calls with buyer's advisor |
| Nelligan, John | 3/6/2009 | 106 | 0.5 | Internal call |
| Nelligan, John | 3/6/2009 | 106 | 2.0 | Various calls with buyer's advisor |
| Nelligan, John | 3/9/2009 | 106 | 1.0 | Various calls with buyer's advisor |
| Nelligan, John | 3/9/2009 | 106 | 0.5 | Call with American Home counsel |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Learned, Autumn | 3/10/2009 | 106 | 5.0 | AHM Construction Loan Sale - Initial Email Distributed, data room set up, questions answered, NDAs processed. |
| Nelligan, John | 3/10/2009 | 106 | 0.5 | Internal update call |
| Nelligan, John | 3/10/2009 | 106 | 1.0 | Various calls with buyer's advisor |
| Conway, Darryl | 3/10/2009 | 104 | 1.5 | Respond to diligence questions of the Bancorp |
| Nelligan, John | 3/11/2009 | 106 | 1.5 | Various calls with buyer's advisor |
| Learned, Autumn | 3/11/2009 | 106 | 3.0 | AHM Construction Loan Sale - Data room set up, questions answered, NDAs processed. |
| Conway, Darryl | 3/11/2009 | 104 | 1.5 | Respond to diligence questions of the Bancorp |
| Nelligan, John | 3/12/2009 | 106 | 2.5 | Reviewed term sheet |
| Conway, Darryl | 3/12/2009 | 103 | 3.5 | Start gathering information for the disclosure schedule |
| Nelligan, John | 3/12/2009 | 106 | 1.5 | Various calls with buyer's advisor |
| Learned, Autumn | 3/12/2009 | 106 | 3.0 | AHM Construction Loan Sale - Data room set up, questions answered, NDAs processed. |
| Nelligan, John | 3/13/2009 | 106 | 3.0 | Negotiated term sheet |
| Conway, Darryl | 3/14/2009 | 103 | 2.0 | Gather information for the disclosure schedule |
| Conway, Darryl | 3/15/2009 | 104 | 1.5 | Respond to M2's diligence requests |
| Nelligan, John | 3/16/2009 | 106 | 2.0 | Various calls with buyer's advisor |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 3/16/2009 | 106 | 0.5 | Call with Kroll |
| Conway, Darryl | 3/16/2009 | 103 | 3.5 | Add parties to the data room, update the data room |
| Nelligan, John | 3/17/2009 | 106 | 2.0 | Reviewed disclosure schedules |
| Conway, Darryl | 3/17/2009 | 103 | 3.5 | Add parties to the data room, update the data room |
| Nelligan, John | 3/18/2009 | 106 | 2.0 | Reviewed draft Sales Order Procedures |
| Conway, Darryl | 3/18/2009 | 103 | 3.5 | Add parties to the data room, update the data room |
| Nelligan, John | 3/18/2009 | 106 | 3.0 | Reviewed marked up SPA |
| Nelligan, John | 3/18/2009 | 106 | 1.5 | Various calls with buyer's advisor |
| Nelligan, John | 3/18/2009 | 106 | 0.5 | Call with counsel |
| Learned, Autumn | 3/18/2009 | 106 | 2.0 | AHM Construction Loan Sale - Questions answered, NDAs processed. |
| Nelligan, John | 3/19/2009 | 106 | 0.5 | Call with buyer's advisor |
| Nelligan, John | 3/19/2009 | 106 | 0.5 | Call with counsel |
| Nelligan, John | 3/19/2009 | 106 | 0.5 | Call with Kroll |
| Conway, Darryl | 3/19/2009 | 105 | 4.5 | Add parties to the data room, update the data room |
| Conway, Darryl | 3/19/2009 | 103 | 1.5 | Add parties to the data room |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 3/19/2009 | 104 | 2.0 | Respond to diligence questions from M2 |
| Nelligan, John | 3/19/2009 | 106 | 0.5 | Call with prospective buyer |
| Learned, Autumn | 3/19/2009 | 106 | 3.0 | AHM Construction Loan Sale - Group email sent out about bids; questions answered, NDAs processed. |
| Nelligan, John | 3/20/2009 | 106 | 1.0 | Various calls with buyer's advisor |
| Nelligan, John | 3/20/2009 | 106 | 0.5 | Internal call |
| Conway, Darryl | 3/20/2009 | 105 | 4.0 | Update disclosure schedules |
| Conway, Darryl | 3/20/2009 | 105 | 4.0 | Respond to M2's diligence questions |
| Nelligan, John | 3/23/2009 | 106 | 1.0 | Calls with counsel |
| Nelligan, John | 3/23/2009 | 106 | 0.5 | Internal update call |
| Nelligan, John | 3/23/2009 | 106 | 1.0 | Reviewed SPA |
| Nelligan, John | 3/23/2009 | 106 | 1.0 | Various calls with buyer's advisor |
| Conway, Darryl | 3/23/2009 | 105 | 4.5 | Update disclosure schedules, gather information |
| Nelligan, John | 3/23/2009 | 106 | 0.5 | Call with Kroll |
| Learned, Autumn | 3/23/2009 | 106 | 2.0 | AHM Construction Loan Sale - Questions answered, files posted to data room |
| Conway, Darryl | 3/23/2009 | 105 | 2.5 | Post updated documents to the data room for the Bancorp |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Learned, Autumn | 3/24/2009 | 106 | 1.5 | AHM Construction Loan Sale - Questions answered, files posted to data room |
| Conway, Darryl | 3/24/2009 | 105 | 4.5 | Update disclosure schedules |
| Nelligan, John | 3/24/2009 | 106 | 3.5 | Reviewed buyer's comments to SPA |
| Nelligan, John | 3/24/2009 | 106 | 1.0 | Various calls with buyer's advisor |
| Nelligan, John | 3/24/2009 | 106 | 1.0 | Calls with counsel |
| Conway, Darryl | 3/25/2009 | 105 | 5.5 | Update disclosure schedules |
| Conway, Darryl | 3/25/2009 | 105 | 1.5 | Update data rooms with new documents |
| Nelligan, John | 3/25/2009 | 106 | 0.5 | Internal call with counsel |
| Nelligan, John | 3/25/2009 | 106 | 3.0 | Joint call with buyer counsel and American Home counsel, negotiating SPA |
| Nelligan, John | 3/25/2009 | 106 | 0.5 | Internal call with counsel |
| Learned, Autumn | 3/25/2009 | 106 | 1.5 | AHM Construction Loan Sale - Questions answered, files posted to data room |
| Nelligan, John | 3/26/2009 | 106 | 0.5 | Conference call with Kroll and YCST |
| Learned, Autumn | 3/26/2009 | 106 | 2.0 | AHM Construction Loan Sale - Certain bids received, questions answered, files posted to data room |
| Nelligan, John | 3/26/2009 | 106 | 2.5 | Reviewed SPA |
| Nelligan, John | 3/26/2009 | 106 | 2.0 | All hands call with American Home counsel, buyer's counsel, and buyer's advisor |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 3/26/2009 | 106 | 2.0 | Reviewed disclosure schedules |
| Nelligan, John | 3/26/2009 | 106 | 2.0 | Various calls with buyer's advisor |
| Conway, Darryl | 3/26/2009 | 105 | 7.5 | Update disclosure schedules |
| Conway, Darryl | 3/26/2009 | 105 | 2.0 | Update data rooms with new documents |
| Nelligan, John | 3/26/2009 | 106 | 1.0 | Various calls with counsel |
| Nelligan, John | 3/27/2009 | 106 | 2.5 | SPA review amendment |
| Nelligan, John | 3/27/2009 | 106 | 0.5 | Reviewed Sales Procedure order |
| Nelligan, John | 3/27/2009 | 106 | 1.0 | Internal call |
| Conway, Darryl | 3/27/2009 | 105 | 2.0 | Update data room with finalized information |
| Nelligan, John | 3/27/2009 | 106 | 1.0 | All hands call with American Home counsel, buyer's counsel, and buyer's advisor |
| Nelligan, John | 3/27/2009 | 106 | 1.0 | Reviewed disclosure schedules |
| Nelligan, John | 3/27/2009 | 106 | 1.5 | Various internal calls with counsel |
| Learned, Autumn | 3/27/2009 | 106 | 5.0 | AHM Construction Loan Sale - Bid deadline, calls made, questions answered |
| Nelligan, John | 3/27/2009 | 106 | 3.0 | Various calls with buyer's advisor |
| Conway, Darryl | 3/27/2009 | 105 | 4.5 | Finalize disclosure schedules |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 3/28/2009 | 106 | 0.5 | Correspondence with buyer |
| Nelligan, John | 3/29/2009 | 106 | 1.0 | Reviewed presentation materials for upcoming board meeting |
| Nelligan, John | 3/29/2009 | 106 | 1.5 | Reviewed disclosure schedules |
| Nelligan, John | 3/29/2009 | 106 | 0.5 | Internal discussion |
| Nelligan, John | 3/30/2009 | 106 | 1.0 | Call with YCST |
| Nelligan, John | 3/30/2009 | 106 | 2.5 | Reviewed SPA |
| Conway, Darryl | 3/30/2009 | 105 | 3.5 | Answer Bancorp questions concerning disclosure schedules |
| Learned, Autumn | 3/30/2009 | 106 | 3.0 | AHM Construction Loan Sale - Bids received, called all parties with NDAs to check in with them |
| Nelligan, John | 3/30/2009 | 106 | 1.0 | Calls with buyer's advisor |
| Conway, Darryl | 3/31/2009 | 105 | 3.0 | Answer Bancorp's follow up questions concerning disclosure schedules |
| Nelligan, John | 3/31/2009 | 106 | 1.0 | Prepared for board meeting |
| Nelligan, John | 3/31/2009 | 106 | 1.0 | Internal call |
| Nelligan, John | 3/31/2009 | 106 | 1.0 | Calls with buyer's advisor |
| Nelligan, John | 3/31/2009 | 106 | 1.0 | Calls with Kroll |
| Nelligan, John | 3/31/2009 | 106 | 2.0 | Board meeting |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Learned, Autumn | 3/31/2009 | 106 | 1.5 | AHM Construction Loan Sale - Bids received, calls made to bidding parties |
| Nelligan, John | 3/31/2009 | 106 | 1.0 | Reviewed disclosure materials |
| **Total Hours:** | | | 197.5 | |

**Exhibit B**
**Milestone Advisors LLC**
**Detail Expenses by Professional**
**March 1, 2009 - March 31, 2009**

| Expense Category | Employee / Vendor | Date | Amount | Description |
|---|---|---|---|---|
| Postage / Express | Fedex | 2/24/2009 | 9.58 | Young Conaway |
| Taxi; Car rental | Darryl Conway | 3/16/2009 | 14.00 | Office to home - working late |
| Meals | Darryl Conway | 3/16/2009 | 13.00 | Dinner - working on bank sale |
| | | | 36.58 | |