IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re:                                                          :  Chapter 11
                                                                :
                                                                :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,                 :  Jointly Administered
                                                                :
                                        Debtors.[1]             :  **EPD/Breach Claims Bar Date: June 15, 2009**
--------------------------------------------------------------- x

## NOTICE OF (I) SERVICE OF EPD/BREACH CLAIMS QUESTIONNAIRE AND (II) EPD/BREACH CLAIMS BAR DATE

**PLEASE TAKE NOTICE THAT**, by order dated February 23, 2009 [Docket No. 7042] (the "Confirmation Order"), the United States Bankruptcy Court for the District of Delaware confirmed the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* [Docket No. 7029] (the "Plan") proposed by the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to the terms of the Plan, in order to receive a distribution on account of an EPD Claim,[2] a Breach of Warranty Claim, or a Securitization EPD Representation Claim (collectively, "EPD/Breach Claims"), holders of such claims are required to complete and return to the Debtors the EPD/Breach Claims Questionnaire attached hereto.

**PLEASE TAKE FURTHER NOTICE THAT** completed EPD/Breach Claims Questionnaires must be returned to the Debtors at American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Damian Pasternak) so as to be received **on or before June 15, 2009 (the "EPD/Breach Claims Bar Date")**. Failure to complete and return the EPD/Breach Claims Questionnaire by the EPD/Breach Claims Bar Date will preclude any distribution under the Plan on account of your EPD/Breach Claims. Inquiries concerning the EPD/Breach Claims Questionnaire, the EPD/Breach Claims Protocol, or the status of particular EPD/Breach Claims should be directed to Damian Pasternak at Damian.Pasternak@americanhm.com.

**PLEASE TAKE FURTHER NOTICE** that this Notice is subject to all of the terms and conditions of the Plan and the Confirmation Order, and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Plan and the Confirmation Order may be obtained by parties in interest free of charge on Epiq Bankruptcy Solutions, LLC's dedicated webpage related to these cases (http://chapter11.epiqsystems.com – click on "American Home Mortgage"). Copies of the Plan and the Confirmation Order are also available for inspection during regular business hours at the office of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan.

clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Plan and the Confirmation Order may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: Wilmington, Delaware
April 15, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP
      /s/ Patrick A. Jackson
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

In re American Home Mortgage Holdings, Inc., *et al.*, Case No. 07-11047 (CSS) (Jointly Administered)
EPD/Breach Claims Questionnaire

---

NOTE: The purpose of this form is to gather information necessary to determine the amount of any EPD Claims[1] and Breach of Warranty Claims[2] for allowance purposes in accordance with the EPD/Breach Claims Protocol set forth in Article 7 of the Amended Chapter 11 Plan of Liquidation of the Debtors filed November 25, 2008 [Docket No. 6626] (as the same may be subsequently amended, the "Plan").

CLAIMANT MUST PROVIDE A SEPARATE FORM FOR EACH LEGAL ENTITY FILING A CLAIM.

PART I – Background Information. Please correct any information from the cover letter that is incomplete or incorrect.

**Claimant** _____

**Address** _____
_____
_____

**Contact** _____

**Contact's Phone** _____

**Contact's Email** _____

**Filed Claim Number** _____

Is there any related/affiliated legal entity filing a claim?         ☐ Yes       ☐ No
    If so, provide the name, affiliation, nature of relationship to the Claimant, and whether any portion of this claim is duplicative.

_____
_____
_____

Types of claim asserted: (check all that apply)

☐ EPD Claim (other than a Securitization EPD Representation Claim)
☐ Securitization EPD Representation Claim
☐ Breach of Warranty Claim
☐ Other (describe below):

_____
_____
_____

---

[1] An "EPD Claim" is any claim (i) arising from any provision or provisions in a loan purchase agreement that obligated a Debtor entity to repurchase a loan if the borrower defaulted on a payment due within either a specified period of time or a specified number of payments after the loan was sold (an "early payment default" or "EPD") or (ii) asserted by or on behalf of a securitization trust, arising from breach of any representation in a loan purchase agreement that obligated a Debtor to repurchase a loan if the loan was in payment default at or prior to the time it was sold to the trust (for such time periods as are specified in the relevant securitization documents). The latter claims are referred to more specifically as "Securitization EPD Representation Claims." The EPD repurchase obligations are typically set forth as stand-alone provisions or among the representations and warranties in loan purchase agreements. Any EPD repurchase obligations contained in a loan purchase agreement in any form are treated as EPD Claims.
[2] A "Breach of Warranty Claim" is a claim (other than an EPD Claim) for breach of a representation or warranty arising under any provision or provisions of a loan purchase agreement with respect to a given loan.

DB02:7739857.2                                                                                                      066585.1001

In re American Home Mortgage Holdings, Inc., *et al.*, Case No. 07-11047 (CSS) (Jointly Administered)
EPD/Breach Claims Questionnaire

---

PART II – **Information and Documentation Required for all EPD/Breach Claims**

For each loan purchase transaction(s) which resulted in an asserted claim provide in (live) electronic spreadsheet or data base format the following information.

This information will be used to estimate damages with respect to asserted **breaches** of representations and warranties on loans purchased from the any Debtor entity (hereinafter, individually or collectively, as the context may require, "AHM"), including contingent, unliquidated claims for **breaches** that have yet to be asserted by you.

- Date(s) of the loan purchase transaction(s) giving rise to the claim(s)[3] _____
- Number of loans in each sale transaction _____
- Provide all documents related to the sale and respective closing date.

| Document Name | Closing Date |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

For each loan included in this population of loans purchased, provide the following:

- AHM Loan Number **[Note: Providing the AHM Loan Number is essential for an accurate estimation of your Claim.]**

- Borrower name

- The unpaid principal balance ("UPB") (i) of each pool of loans purchased from the Debtors as of the date of such purchase and/or (ii) of each pool of loans originated by the Debtors but purchased from a non-Debtor party, as of the date you obtained rights to enforce the Debtors' sale representation and warranties with respect to such pool of loans.

- If the loan was foreclosed or sold, or if real-estate owned ("REO") was sold, the date of such sale/foreclosure and the amount of any sale/foreclosure proceeds received.

- If you were not the original purchaser from AHM, identify the entity that sold the loan to you and certify under penalty of perjury that you have the right to assert EPD/Breach Claims for this loan.

- If you no longer own the loan, provide the date of the sale, the identity of the purchaser and certify under penalty of perjury that you retained the right to assert EPD/Breach Claims for this loan.

- The AHM entity you assert is liable on your claim **[Note: If you assert that more than one AHM entity is liable for such claim, provide all documents or evidence that you believe supports this assertion.]**

- Copy of master loan purchase agreement (or similar document) pursuant to which the loan was sold by AHM.

---

[3] If you assert claims arising from more than one sale transaction, provide the requested information with respect to each such transaction.

In re American Home Mortgage Holdings, Inc., *et al.*, Case No. 07-11047 (CSS) (Jointly Administered)
EPD/Breach Claims Questionnaire

---

**PART III** – Information for Loans on Which You Assert an EPD Claim

**Estimation of EPD Claims entails different considerations than estimating Breach of Warranty Claims. Thus, you must provide a somewhat different set of data for EPD Claims.**

**All data is to be provided in electronic ("live") spreadsheet or data base format.**

For each loan for which you assert an **EPD Claim**:

- All data set forth in Part II hereof

- The date of the borrower default on account of which such claim is asserted.

- Identification of loan purchase agreement pursuant to which the loan was sold by AHM with a copy of the relevant provisions establishing the right to payment from AHM.

- The borrower payment history from the time of sale of the loan through July 31, 2008.

- If a Securitization EPD Representation Claim is asserted on account of such loan, the borrower payment history for the relevant time period prior to the sale of the loan, as specified in the securitization documents.

- The UPB as of July 31, 2008, or <u>if</u> (i) you sold the loan or related REO prior to July 31, 2008, or if (ii) the loan was foreclosed prior to July 31, 2008, and did not result in REO, <u>then</u> as of the date of such sale/foreclosure

- The status of the loan as of July 31, 2008, or <u>if</u> (i) you sold the loan or related REO prior to July 31, 2008, or if (ii) the loan was foreclosed prior to July 31, 2008, and did not result in REO, <u>then</u> as of the date of such sale/foreclosure:

    ☐ Current
    ☐ 31-60 days delinquent
    ☐ 61-90 days delinquent
    ☐ 91 days or more delinquent

Case 07-11047-CSS  Doc 7276  Filed 04/15/09  Page 6 of 6

In re American Home Mortgage Holdings, Inc., *et al.*, Case No. 07-11047 (CSS) (Jointly Administered)
EPD/Breach Claims Questionnaire

## VERIFICATION

STATE/COMMONWEALTH OF _____

COUNTY OF _____

_____, being duly sworn, deposes and says:

I am the _____ of _____, the claimant submitting the attached claim
               *(Position)*                        *(Claimant/Entity)*
("Claimant"), and have held that position since _____. I have read the foregoing EPD/Breach
                                            *(Start Date at Position)*
Claims Questionnaire and know the contents thereof, and believe the information contained on such form, and related exhibits or

appendices, submitted by Claimant to be true based upon the records and documents of Claimant.

Dated: _____, 2009

_____
     *(Signature)*

Sworn to before me this

_____ day of _____, 2009

Notary Public

My Commission Expires _____

Seal _____