James David
4242 E. Creosote Dr.
Cave Creek, AZ  85331
631-553-3809
davidjim1@hotmail.com

April 8, 2009

United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE  19801
(302) 252-2900

**Subject:  Change of Address**

Dear United States Bankruptcy Court,

Please note the following address change for my claim against American Home Mortgage.  (The last notice I received provided a new claim number of 788 for case number 07-11051.  The claim amount is $3,503.08.)

**New Address:**
**James David**
**4242 E. Creosote Dr.**
**Cave Creek, AZ  85331**

**631-553-3809**
**480-718-9692**

Old Address:
303 Bridge Rd.
Hauppauge, NY  11788

If you have any questions, please contact me at 631-553-3809.

Sincerely,

James David