# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                             : Chapter 11
                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                 :
                                                   : Jointly Administered
    Debtors.                                       :
                                                   : **Ref. Dkt. No. 5447**
                                                   :
                                                   :
                                                   :
                                                   :
------------------------------------------------------------------ x

## NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby partially withdraw the *Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 5447] (the "Objection") without prejudice and solely with respect to the following proof of claim:

| Claimant | Claim No. | Exhibit and Basis |
|---|---|---|
| Keith Wesolowski | 6963 | Exhibit G—Modified Amount Reclassified Claim |
| Julie Miller | 8805 | Exhibit G—Modified Amount Reclassified Claim |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

| Claimant | Claim No. | Exhibit and Basis |
|---|---|---|
| Mary Ann Anderson | 1574 | Exhibit H—Modified Amount, Reclassified, Wrong Debtor Claims |
| Richard Harkwell | 2213 | Exhibit H—Modified Amount, Reclassified, Wrong Debtor Claims |
| Thomas J. Perkins | 1285 | Exhibit H—Modified Amount, Reclassified, Wrong Debtor Claims |
| Lisa M. Schreiber | 775 | Exhibit H—Modified Amount, Reclassified, Wrong Debtor Claims |

Dated: April 15, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ _____

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman-Greecher (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession