DB02:8053486.1

066585.1001

# EXHIBIT VII

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :  Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :  Jointly Administered
         Debtors.                                                        :
                                                                         :  Ref. Docket No. _____
------------------------------------------------------------------------ x

**ORDER SUSTAINING DEBTORS' THIRTY-SECOND OMNIBUS
(NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the thirty-second omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, D, and E; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]   All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

DB02:8053486.1                                                                                    066585.1001

notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibits A</u>, <u>B</u>, <u>D</u>, and <u>E</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit C</u> are hereby reassigned to the New Case Numbers listed in <u>Exhibit C</u>; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      May ____, 2009

                                      CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# Exhibit A

## Duplicative Claims

| Name/Address of Claimant | Objectionable Claims ||||| Surviving Claims |||||
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| BOSTIC, JAMES<br>PATRICK J. MCLAUGHLIN, WUKELA LAW FIRM<br>403 SECOND LOOP ROAD, PO BOX 13057<br>FLORENCE, SC 29504 | 2753 | 11/19/07 | 07-11051 | Unspecified* | | 10252 | 4/21/08 | 07-11051 | Unspecified* | |
| | | | | | | | | | $15,200.18 | (U) |
| | | | | | | | | | $15,200.18 | (T) |
| CITY OF PROVIDENCE, KENTUCKY<br>C/O RICHARD E. PEYTON, ATTORNEY<br>FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT<br>PO BOX 695<br>MADISONVILLE, KY 42431-0695 | 3903 | 11/30/07 | 07-11050 | Unspecified* | | 3039 | 11/23/07 | No Case | Unspecified* | |
| COLLINS, KENNETH R. (KEN)<br>26 WYOMING DRIVE<br>HUNTINGTON STATION, NY 11746 | 5896 | 12/20/07 | 07-11051 | - | (S) | 3771 | 11/29/07 | 07-11051 | - | (S) |
| | | | | - | (A) | | | | - | (A) |
| | | | | $6,337.69 | (P) | | | | $6,337.69 | (P) |
| | | | | - | (U) | | | | - | (U) |
| | | | | $6,337.69 | (T) | | | | $6,337.69 | (T) |
| GRZAN, LORETTA<br>57 EARL RD<br>MELVILLE, NY 11747 | 660 | 9/12/07 | 07-11051 | - | (S) | 661 | 9/12/07 | 07-11051 | - | (S) |
| | | | | - | (A) | | | | - | (A) |
| | | | | $6,115.39 | (P) | | | | $6,115.00 | (P) |
| | | | | - | (U) | | | | - | (U) |
| | | | | $6,115.39 | (T) | | | | $6,115.00 | (T) |
| MACCORMACK, JOSEPH & MARY<br>4800 CHRISTIE JANE LANE<br>FAIRFAX, VA 22030 | 10656 | 2/5/09 | 07-11047 | $760,000.00 | (S) | 10655 | 2/5/09 | 07-11047 | $760,000.00 | (S) |
| | | | | - | (A) | | | | - | (A) |
| | | | | - | (P) | | | | - | (P) |
| | | | | $1,520,000.00 | (U) | | | | $1,520,000.00 | (U) |
| | | | | $2,280,000.00 | (T) | | | | $2,280,000.00 | (T) |
| Totals: | 5 Claims | | | $760,000.00 | (S) | | | | $760,000.00 | (S) |
| | | | | - | (A) | | | | - | (A) |
| | | | | $12,453.08 | (P) | | | | $12,452.69 | (P) |
| | | | | $1,520,000.00 | (U) | | | | $1,535,200.18 | (U) |
| | | | | $2,292,453.08 | (T) | | | | $2,307,652.87 | (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ALLEN COUNTY, INDIANA<br>ATTN ROBERT W LEE<br>TREASURER OF ALLEN COUNTY<br>CITY - COUNTY BUILDING ROOM 100<br>FORT WAYNE, IN 46802-1888 | 2719 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$25,319.15 (P)<br>- (U)<br>$25,319.15 (T) | 10565 | 10/17/08 | 07-11051 | - (S)<br>- (A)<br>$11,269.66 (P)<br>- (U)<br>$11,269.66 (T) |
| CISNEROS, VERONICA<br>3510 CAMINITO EL RINCON # 17<br>SAN DIEGO, CA 92130 | 1478 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>$4,152.96 (P)<br>- (U)<br>$4,152.96 (T) | 3875 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$6,810.44 (P)<br>$351.11 (U)<br>$7,161.55 (T) |
| CLERMONT COUNTY<br>MR J ROBERT TRUE, TREASURER<br>101 E MAIN ST<br>BATAVIA, OH 45103 | 1397 | 10/1/07 | 07-11047 | $1,726.14 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,726.14 (T) | 5340 | 12/10/07 | No Case | $0.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$0.00 (T) |
| FERGUS, CAROL<br>2381 CHRISTMAS TREE DR<br>CARSON CITY, NV 89703 | 870 | 9/17/07 | No Case | - (S)<br>- (A)<br>$6,166.66 (P)<br>$6,166.66 (U)<br>$6,166.66 (T) | 2480 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$2,672.00 (P)<br>$2,672.00 (U)<br>$2,672.00 (T) |
| HUMPHREY, RONDA<br>1604 HOWARD PL<br>BALDWIN, NY 11510 | 907 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$4,687.49 (P)<br>- (U)<br>$4,687.49 (T) | 7158 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$4,615.39 (P)<br>- (U)<br>$4,615.39 (T) |
| NEVADA DEPARTMENT OF TAXATION<br>ATTN BANKRUPTCY SECTION<br>555 E WASHINGTON AVE #1300<br>LAS VEGAS, NV 89101 | 1848 | 10/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$25,486.52 (U)<br>$25,486.52 (T) | 10370 | 4/23/08 | 07-11051 | - (S)<br>- (A)<br>$24,276.23 (P)<br>$1,665.79 (U)<br>$25,942.02 (T) |
| PERRY, CATHRYN<br>8720 WINDSOR MILL RD<br>WINDSOR MILL, MD 21244 | 763 | 9/14/07 | No Case | - (S)<br>- (A)<br>$4,437.68 (P)<br>- (U)<br>$4,437.68 (T) | 2271 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$3,754.81 (P)<br>- (U)<br>$3,754.81 (T) |

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| POLADIAN, ANGELINE<br>3 WHITWORTH ST<br>LADERA RANCH, CA 92694 | 1185 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$6,728.00 (P)<br>- (U)<br>$6,728.00 (T) | 10670 | 2/10/09 | 07-11047 | - (S)<br>- (A)<br>$6,728.00 (P)<br>- (U)<br>$6,728.00 (T) |
| SAPARILAS, ELISABETH<br>8213 HOBHOUSE CIRCLE<br>RALEIGH, NC 27615 | 1958 | 11/8/07 | 07-11047 | - (S)<br>- (A)<br>$5,000.00 (P)<br>- (U)<br>$5,000.00 (T) | 3454 | 11/26/07 | 07-11047 | - (S)<br>- (A)<br>$5,000.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) |
| SHRIVER, PAULA J.<br>344 BROOKSIDE BLVD<br>PITTSBURGH, PA 15241 | 466 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$3,764.64 (P)<br>$3,764.64 (U)<br>$3,764.64 (T) | 3975 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$1,968.27 (P)<br>- (U)<br>$1,968.27 (T) |
| STRADA, TORY<br>602 WEST COMSTOCK AVENUE<br>GLENDORA, CA 91741 | 1802 | 10/30/07 | 07-11051 | - (S)<br>- (A)<br>$4,833.33 (P)<br>- (U)<br>$4,833.33 (T) | 5700 | 12/18/07 | 07-11051 | Unspecified* |
| SUTTER COUNTY TAX COLLECTOR<br>ATTN JIM STEVENS<br>TREASURER TAX COLLECTOR<br>PO BOX 546<br>YUBA CITY, CA 95992 | 10210 | 4/14/08 | 07-11047 | $32,146.81 (S)<br>$32,146.81 (A)<br>$32,146.81 (P)<br>- (U)<br>$32,146.81 (T) | 10236 | 4/14/08 | 07-11047 | $32,146.81 (S)<br>$32,146.81 (A)<br>- (P)<br>- (U)<br>$32,146.81 (T) |
| TRAPANOTTO, TIMOTHY<br>17 CRESTWOOD DR<br>FORT SALONGA, NY 11768 | 1008 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$5,048.00 (P)<br>- (U)<br>$5,048.00 (T) | 7909 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$4,417.07 (P)<br>- (U)<br>$4,417.07 (T) |
| Totals: | 13 Claims | | | $33,872.95 (S)<br>- (A)<br>$102,284.72 (P)<br>$35,417.82 (U)<br>$129,497.38 (T) | | | | $32,146.81 (S)<br>$32,146.81 (A)<br>$71,511.87 (P)<br>$9,688.90 (U)<br>$105,675.58 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## Exhibit C
## Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| HAYES, SUSAN L. 15561 HAMMETT CT MORENO VALLEY, CA 92555 | 564 | 9/11/07 | 07-11052 | - (S)<br>- (A)<br>$9,680.74 (P)<br>$9,680.74 (U)<br>$9,680.74 (T) | 07-11051 |
| PRASSE, ERIC H. 6125 KEHN LANE FREDERICKSBURG, VA 22408 | 10321 | 4/29/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$11,110.42 (U)<br>$11,110.42 (T) | 07-11051 |
| TAYLOR, PEARL & WILLIAM 14781 PEACOCK HILL RD SE OLALLA, WA 98359 | 315 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$939.67 (U)<br>$939.67 (T) | 07-11051 |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>$9,680.74 (P)<br>$21,730.83 (U)<br>$21,730.83 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D
## No Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| EQUINY FINANCIAL GROUP, INC<br>ATTN ANNABELLE COOPER, VICE PRESIDENT<br>9240 SW 72ND ST<br>SUITE 100<br>MIAMI, FL 33173 | 2989 | 11/23/07 | No Case | $1,596.27 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,596.27 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information |
| GUYTON, JAMES<br>220 PINE RIDGE LANE<br>MONTGOMERY, IL 60538 | 10211 | 4/14/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| HAMM, NICHOLE L.<br>10 APPLERIDGE DRIVE<br>BIDDEFORD, ME 04005 | 10240 | 4/21/08 | No Case | $31,049.18 (S)<br>- (A)<br>- (P)<br>- (U)<br>$31,049.18 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| HIGGINS, CHARLES L.<br>65 EAST H STREET<br>ENCINITAS, CA 92024 | 10061 | 3/11/08 | No Case | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| JANABAJAL, JAY & JOYCE<br>10820 SABRE HILL DRIVE # 185<br>SAN DIEGO, CA 92128 | 10178 | 4/3/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| JANCO, RICHARD W.<br>2987 RIDGEWOOD CT<br>OREGON, IL 61061 | 10271 | 4/25/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| KALERT, BYRAN R & KATHLEEN<br>67 PASADENA DRIVE<br>FAIRVIEW HEIGHTS, IL 62208 | 10157 | 3/28/08 | No Case | $115.00 (S)<br>- (A)<br>- (P)<br>$685.00 (U)<br>$800.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| MENNITI, JOHN C<br>505 CHERRY AVENUE<br>OREGON CITY, OR 97045 | 10028 | 3/7/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| MONTES, JORGE L<br>14362 SW 172 LANE<br>MIAMI, FL 33177 | 10093 | 3/13/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$45,049.45 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |

─────── Objectionable Claims ───────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| NICHOLS, KEVIN<br>7034 WEST LARIAT LANE<br>PEORIA, AZ 85383 | 10202 | 4/11/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| OWINGS, LARA J<br>2924 GALWAY LANE<br>CHESAPEAKE BEACH, MD 20732 | 10134 | 3/24/08 | 07-11051 | $60,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$60,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| PANSBY, NEIL M.<br>7085 CANE LANE<br>VALLEY SPRINGS, CA 95252 | 10125 | 3/21/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| SCOGGINS, BRENT<br>1865C MONTCLAIR DR<br>MT PLEASANT, SC 29464 | 10336 | 4/30/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$37,780.00 (U)<br>$37,780.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| SEO, JEONG JA<br>6379-D SMITHY SQUARE<br>GLEN BURNIE, MD 21060 | 10148 | 3/27/08 | 07-11051 | - (S)<br>- (A)<br>$32,000.00 (P)<br>- (U)<br>$32,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| TEITELBAU, JOEL<br>1319 EUCLID ST., NW #2<br>WASHINGTON, DC 20009 | 10217 | 4/16/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$24,000.00 (U)<br>$24,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| WHEELER, PETER M<br>7335 BROOKVIEW, UNIT 303<br>ELKRIDGE, MD 21075 | 10063 | 3/12/08 | 07-11051 | $4,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| Totals: | 16 Claims | | | $96,760.45 (S)<br>- (A)<br>- (P)<br>$144,465.00 (U)<br>$236,274.90 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

## Exhibit E

## Satisfied Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BOSTON WATER AND SEWER COMMISSION<br>JORGE A. PORRAS, ESQ., ASST GEN. COUNSEL<br>980 HARRISON AVENUE<br>BOSTON, MA 02119 | 1885 | 11/5/07 | No Case | $279.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$279.20 (T) | Per Debtors' books and records, amounts due have been paid through the normal course of business. |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | 1080 | 9/12/07 | 07-11047 | $5,268.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,268.48 (T) | Per Debtors' books and records, the claimed taxes have been paid in the ordinary course. |
| JORGENSON, REED C.<br>1216 SKYLINE DR<br>WATERTOWN, SD 57201 | 10307 | 4/29/08 | 07-11051 | $1,963.11 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,963.11 (T) | Claimant was refunded $2,926.50 on 6/13/08 and $51.06 on 4/17/08. |
| LOBO, EDISSA<br>91-18 108 STREET<br>RICHMOND HILL, NY 11418 | 5611 | 12/18/07 | 07-11051 | $40,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$40,000.00 (T) | Per Debtors' books and records, amount due paid on 6/2/2008. |
| MURPHY, GREGG<br>1316 BUCKINGHAM CR<br>FRANKLIN, TN 37064 | 1063 | 9/20/07 | No Case | - (S)<br>- (A)<br>$8,497.16 (P)<br>- (U)<br>$8,497.16 (T) | Employee was paid out July 2007 overrides in their 8/7/07 paycheck. |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN CHRISS W. STREET<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | 10604 | 12/23/08 | 07-11051 | - (S)<br>$124,228.14 (A)<br>- (P)<br>- (U)<br>$124,228.14 (T) | The Debtors have either paid claimed real estate taxes, or payment is currently being processed in the normal course of business. |
| STERLING, DANIEL P.<br>5523 COLONY RD<br>GRAND BLANC, MI 48439 | 174 | 8/28/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$21,450.00 (U)<br>$21,450.00 (T) | Per Debtors' books and records, amount due paid on 11/09/2007. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | 7 Claims | | | $47,510.79 (S)<br>$124,228.14 (A)<br>$8,497.16 (P)<br>$21,450.00 (U)<br>$201,686.09 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.