## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                                          :        Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,       :        Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                               :
                                                                :        Jointly  Administered
                                        Debtors.        ::
------------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
NEW CASTLE COUNTY      )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on April 15, 2009, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Notice of Service of EPD/Breach Claims Questionnaire [D.I. 7276]

                             _____
                             Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 16 day of April 2009

                             _____
                             Notary Public

KASSANDRA ANN RIDDLE
MY COMMISSION
EXPIRES
JULY 10, 2010
NOTARY PUBLIC
STATE OF DELAWARE

**SERVICE LIST**
**4/15/2009**

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
(UBS Securities)
*First Class Mail*

Justin Balser
Aurora Loan Services LLC
10350 Park Meadows Drive
Littleton, CO 80124
*First Class Mail*

Bank of New York
Attn: Martin Feig
101 Barclay Street, 8 West
New York, NY 10286
(Bank)
*First Class Mail*

William Brown, Esq.
Phillips Lytle LLP
3400 HSBC Center
Buffalo, NY 14203
*First Class Mail*

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Wells Fargo)
*First Class Mail*

Lee S Attanasio, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Morgan Stanley
*First Class Mail*

Bank of America, N.A.
Attn: Adam Glassner
214 North Tyron Street, 21st Fl.
Charlotte, NC 28255
*First Class Mail*

Bear Stearns
ATTN: Gerald Russello
320 Park Ave.
New York, NY 10022
*First Class Mail*

Barbara Campbell
Deutsche Bank National Trust Co.
1761 East Street, Andrew Place,
Santa Ana, CA 92705
(Creditor Committee Member)
*First Class Mail*

Amelia Charamba
Nixon Peabody
100 Summer St.
Boston, MA 02110
*First Class Mail*

**SERVICE LIST**
**4/15/2009**

Citigroup Global Markets
Attn: Susan Mills
390 Greenwich Street, 6th Fl
New York, NY 10013
*First Class Mail*

Ronald L. Cohen, Esq.
Arlene Alves, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
Citibank
*First Class Mail*

Katherine A. Constantine, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(U.S. Bank National Association)
*First Class Mail*

Countrywide Home Loans, Inc.
ATTN: Kathleen Conte
4500 Park Granada
Calabasas, CA 91302
*First Class Mail*

Countrywide Home Loans, Inc.
ATTN: David Sobul, Esq.
4500 Park Granada
Calabasas, CA 91302
*First Class Mail*

Deutsche Bank
Attn: Peter Principaio
60 Wall Street, 28th Fl.
New York, NY 10005
(Bank)
*First Class Mail*

GMAC ResCAp
Attn: Richard Ballot
465 South Street, Suite 202
Morristown, NJ 07960
*First Class Mail*

Greenwich Capital Financial Products
Attn: Legal
600 Steamboat Road
Greenwich, CT 06830
*First Class Mail*

Arnold Gulkowitz, Esq.
Brian Goldberg
Dickstein Shapiro
1177 Avenue of the Americas
New York, NY 10036
(Greenwich Capital Markets, Inc.)
*First Class Mail*

Patrick Healy
Wilmington Trust Co.
1100 North Market Street
Rodney Square North
Wilmington, DE 19801
*Hand Delivery*

**SERVICE LIST**
**4/15/2009**

Frederick D. Holden, Jr
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
(Indymac)
*First Class Mail*

Susan Power Johnston, Esq.
Amanda Weiss, Esq.
Covington & Burling LLP
The New York Times Build., 620 Eighth Avenue
New York, NY 10018
(Wilmington Trust)
*First Class Mail*

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102
*First Class Mail*

Lisa G. Laukitis, Esq.
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
Citicorp Center
New York, NY 10022
(Citigroup Global)
*First Class Mail*

Madison Martin, Esq.
Stites & Harbison PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
(Suntrust Bank)
*First Class Mail*

HSBC Bank USA
ATTN: Thomas Nolan
8 East 40th Street, 3rd Fl
New York, NY 10016
*First Class Mail*

JPMorgan Mortgage Acquisition Corp.
Attn: Brian Simons
270 Park Avenue, 6th Fl.
New York, NY 10017
*First Class Mail*

Shelley A. Kinsella, Esq.
Cooche & Taylor
824 North Market Street, 1000
Wilmington, DE 19801
(Wilmington Trust)
*Hand Delivery*

Rita Lopez
c/o Global Securities and Trust Services
LaSalle Bank National Association, as Trustee
135 South LaSalle Street, Suite 1511
Chicago, IL 60603
*First Class Mail*

James McGinley
Wilmington Trust Company
520 Madison Avenue, 33rd Fl.
New York, NY 10022
(Creditor Commttee Member)
*First Class Mail*

**SERVICE LIST**
**4/15/2009**

Morgan Stanley
Attn: Danielsa Levarda, Esq
1633 Broadway
New York, NY 10019
*First Class Mail*

Nomura Credit & Capital, Inc.
Attn: Mark Brown
2 World Financial Center, Building B, 21st Floor
New York, NY 10281
*First Class Mail*

Kathleen O'Connell, Esq.
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA 30308
(Suntrust Bank)
*First Class Mail*

Andrew Petrie, Esq.
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202
(CitiMortgage)
*First Class Mail*

Robert J. Rosenberg, Esq.
Noreen A. Kelly-Najah, Esq.
George Royle, Esq.
Michael J. Riela, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(Lehman Bros., Aurora Loan Services)
*First Class Mail*

Vadim Rubinstein, Esq.
Loeb & Loeb
345 Park Avenue
New York, NY 10154
(Merrill Lynch)
*First Class Mail*

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE 19801
(Wells Fargo)
*Hand Delivery*

Margot B. Schonholtz, Esq.
Myron Kirschbaum, Esq.
Scott D. Talmadge, Esq.
Ana Alfonso, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
*First Class Mail*

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
(Wells Fargo)
*First Class Mail*

U.S. Bank National Asso.
Attn: Pamela Wieder
60 Livingston Avenue
St. Paul, MN 55107
*First Class Mail*

**SERVICE LIST**
**4/15/2009**

UBS Real Estate Securities, Inc.
ATTN: Christopher Schmit
1285 Avenue of the Americas
New York, NY 10019
*First Class Mail*

Wells Fargo Bank
ATTN: William Fay
9062 Old Annapolis Road
Columbia, MD 21045
*First Class Mail*

Steve Wichmann
Impack Funding Corporation
19500 Jamboree Road
Irvine, CA 92612
(Creditor Committee Member)
*First Class Mail*

Richard Wyron, Jr
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
(Nomura Credit)
*First Class Mail*

Washington Mutual Mortgage Securities
Attn: Michael Coyne
623 Fifth Avenue, 17th Fl.
New York, NY 10022
*First Class Mail*

Wells Fargo Funding
ATTN: Amy Thoreson-Long
2801 Wells Fargo Way
MAC X9902-01T
Minneapolis, MN 55048
*First Class Mail*

Steven Wilamowsky, Esq
Bingham McCutchen
399 Park Avenue
New York, NY 10022-4689
(DB Structured)
*First Class Mail*

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101
(Washington Mutual)
*First Class Mail*