IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                  :    Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                      :
                                                                        :    Jointly Administered
        Debtors.                                                        :
---------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 21, 2009 AT 2:00 P.M. (ET)**

**UNCONTESTED MATTERS GOING FORWARD**

1.   Motion of the Debtors for Orders: (a)(i) Approving Sale Procedures with Respect to the Sale of the Debtors' Shares of American Home Bank Stock, (ii) Approving a Break-Up Fee for The Bancorp, Inc., (iii) Scheduling a Hearing to Consider the Sale of the Shares, (iv) Approving the Form and Manner of Notice Thereof, and (v) Granting Related Relief; and (b)(i) Authorizing the Sale of the Debtors' Shares of American Home Bank Stock Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (ii) Authorizing and Approving Proposed Stock Purchase Agreement, and (iii) Granting Related Relief [D.I. 7220, 4/1/09]

     Objection Deadline:   April 14, 2009 at 4:00 p.m.

     Objections Filed:     None

     Status: This matter will be going forward.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.     Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Approving Payment of Expense Reimbursements; (III) Scheduling a Hearing to Consider Sale of Certain Mortgage Loans and REO Properties; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Mortgage Loans and REO Properties Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Sale Agreements Thereto; (III) Granting Related Relief [D.I. 7258, 4/10/09]

Objection Deadline:   April 20, 2009 at 12:00 p.m.

Related Document:

    a)     Order Shortening the Time for Notice [D.I. 7265, 4/14/09]

Objections Filed:     None as of the filing of this Agenda.

Status: This matter will be going forward.

Dated: Wilmington, Delaware
April 17, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Pauline K. Morgan*

Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*