IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., et al. | ) | Case No. 07-11047 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | OBJECTION DEADLINE: May 1, 2009 |
| | | HEARING DATE: May 8, 2009 |

NOTICE OF FIRST INTERIM APPLICATION OF GILBERT OSHINSKY LLP
FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES
AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF BORROWERS
FOR THE PERIOD OCTOBER 22, 2008 THROUGH FEBRUARY 28, 2009

TO:   The Notice Parties Pursuant to the Administrative Order

Gilbert Oshinsky, LLP ("GO") has filed its First Interim Application as Co-Counsel to the Official Committee of Borrowers of American Home Mortgage Holdings, Inc., et al. (the "Borrowers' Committee"), for Allowance of Fees and Reimbursement Expenses for the Period October 22, 2008 through February 28, 2009 (the "Application"), seeking allowance and payment of compensation in the amount of $362,739.75 and reimbursement of expenses in the amount of $16,253.82, for a total of $378,993.57, incurred in its representation of the Committee.

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before May 1, 2009.

This Application is submitted pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 3, 2007 (the "Administrative Order").

A hearing on this Application is scheduled for May 8, 2009 at 11:30 a.m. before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

DATE: April 17, 2009

ZUCKERMAN SPAEDER LLP

*/s/ Virginia W. Guldi*

Thomas G. Macauley (ID No. 3411)
Virginia W. Guldi (ID No. 2792)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400

Counsel to Borrowers Committee

2