UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x   Chapter 11
In re:                                                         :
                                                               :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                         :
HOLDINGS, INC., a Delaware corporation, et al.,[1]             :   Jointly Administered
                                                               :
                    Debtors.                                   :
                                                               :   Re: D.I. 5675
---------------------------------------------------------------x

### ORDER GRANTING MOTION FOR AN ORDER APPOINTING
### OFFICIAL COMMITTEE OF BORROWERS
### PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE

Upon the motion (the "Motion") of certain individuals (the "Movants"),[2] pursuant to section 1102(a)(2) of the Bankruptcy Code for the appointment of an Official Committee of Borrowers in these chapter 11 cases; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant 28 U.S.C. §157(b)(2); and (c) notice of the Motion was due and proper under the circumstances; and having considered the written objections of the Debtors and the Official Committee of Unsecured Creditors, the statement of the Office of the United States Trustee (the "OUST"), the argument of counsel and the record of these chapter 11 cases; and finding that the appointment of an Official Borrowers Committee is necessary to assure adequate representation of borrowers in these chapter 11 cases; after due deliberation and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc., a Delaware corporation; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability company; Homegate Settlement Services, Inc., a New York Corporation; and Great Oak Abstract Corp., a New York corporation.

[2] The Movants are Mr. Tilton Jack, Ms. Grace Mullins, Mr. and Mrs. Christopher Bilek, Mr. Sam Acquisto, Ms. Delena Lamacchia, and Ms. Paula Rush, who were subsequently joined by Mrs. Grace Graves, Ms. Florence Dandridge, Ms. Penny Montague, Ms. Mona Dobben, and Mr. and Mrs. John Culpepper.

894090.1                                    1                                      1976516.1

ORDERED that, for the reasons stated on the record at the hearing on October 8, 2008, the Motion is GRANTED; and it is further

ORDERED that the OUST is hereby directed to appoint an Official Borrowers Committee; and it is further

ORDERED that the Court will convene a status conference regarding the appointment of the Borrowers Committee (including, but not limited to, any limitations on retention of professionals) and scheduling of a hearing to consider the Debtors' Disclosure Statement at the omnibus hearing scheduled for October 22, 2008, at 10:00 a.m.; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: October 10, 2008

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge