# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | **Hearing Date: 5/08/09 @ 11:30 a.m.** |
| Debtors. ) | **Objections Due: 5/01/09 @ 4:00 p.m.** |
| ) | |

## NOTICE OF FILING OF FEE
## APPLICATION [RE: D.I. NO. 7286]

**To: All parties identified on the 2002 service list**

PLEASE TAKE NOTICE that the counsel to Borrowers Committee (the "Borrowers Committee") has filed the following application seeking interim approval of professional fees and reimbursement of expenses (the "Application"):

- *First Interim Application of Gilbert Oshinsky LLP for Allowance of Fees and Reimbursement of Expenses as Co-Counsel for the Official Committee of Borrowers for the Period October 22, 2008 through February 28, 2009* (D.I. No. 7286), which seeks fee compensation in the amount of $362,739.75 and expenses in the amount of $16,253.82.

Responses to the Application, if any, must be filed with the Bankruptcy Court at www.deb.uscourts.gov and served so it is actually received on or before May 1, 2009 at 4:00 p.m. by Stephen A. Weisbrod, Esquire, Gilbert Oshinsky LLP, 1100 New York Avenue, N.W., Washington, DC 20005-3987, and Thomas G. Macauley, Esquire, Zuckerman Spaeder LLP, 919 Market Street, Suite 990, P.O. Box 1028, Wilmington, DE 19899 (Courier 19801).

2184373.1

Dated: Wilmington, Delaware
April 17, 2009

                                                ZUCKERMAN SPAEDER LLP

                                                */s/ Virginia W. Guldi*
                                                Thomas G. Macauley (ID No. 3411)
                                                Virginia W. Guldi (ID No. 2792)
                                                919 Market Street, Suite 990
                                                P.O. Box 1028
                                                Wilmington, DE 19899
                                                (302) 427-0400

                                                Counsel to Borrowers Committee

2184373.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 17th day of April 2009, a copy of the foregoing pleading was mailed first class, postage prepaid, to the parties listed on the attached 2002 service list.

_____
Virginia W. Guldi (ID No. 2792)