# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | **Hearing Date: 5/08/09 @ 11:30 a.m.** |
| Debtors. ) | **Objections Due: 5/01/09 @ 4:00 p.m.** |
| _____ ) | |

## NOTICE OF FILING OF FEE
## APPLICATION [RE: D.I. NO. 7287]

**To: All parties identified on the 2002 service list**

PLEASE TAKE NOTICE that the counsel to Borrowers Committee (the "Borrowers Committee") has filed the following application seeking interim approval of professional fees and reimbursement of expenses (the "Application"):

- *First Interim Fee Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses for the Period October 22, 2008 through March 31, 2009* (D.I. No. 7287), which seeks fee compensation in the amount of $177,434.50 and expenses in the amount of $9,235.38.

Responses to the Application, if any, must be filed with the Bankruptcy Court at www.deb.uscourts.gov and served so it is actually received on or before May 1, 2009 at 4:00 p.m. by Thomas G. Macauley, Esquire, Zuckerman Spaeder LLP, 919 Market Street, Suite 990, P.O. Box 1028, Wilmington, DE 19899 (Courier 19801).

2184384.1

Dated: Wilmington, Delaware
April 17, 2009

                    ZUCKERMAN SPAEDER LLP

                    */s/ Virginia W. Guldi*
                    Thomas G. Macauley (ID No. 3411)
                    Virginia W. Guldi (ID No. 2792)
                    919 Market Street, Suite 990
                    P.O. Box 1028
                    Wilmington, DE  19899
                    (302) 427-0400

                    Counsel to Borrowers Committee

2184384.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 17th day of April 2009, a copy of the foregoing pleading was mailed first class, postage prepaid, to the parties listed on the attached 2002 service list.

_____
Virginia W. Guldi (ID No. 2792)