**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF BRETT S. LOTSOFF

I, Brett S. Lotsoff, having been properly deposed and sworn under oath, do hereby swear and affirm the following to be true:

1.      From January 2004 through August 3, 2007 (the "Termination Date"), I was employed as Vice President / Senior Loan Officer at the Northbrook, Illinois office (Branch 426) (the "Northbrook, Illinois Office") of American Home Mortgage Corp. ("AHMC").

2.      During the course of my employment with AHMC, I was consistently ranked among the very top producing loan officers at AHMC, both at the Northbrook, Illinois Office and nationally among AHMC's various branches.

3.      Prior to August 6, 2007 (the "Petition Date"), I earned a performance-based bonus of $45,000.00 (the "Bonus").

4.      Pursuant to AHMC's policies and procedures, during the week of July 23, 2007, Jerrold Palmer ("Palmer"), Senior Vice President / Branch Manager at the Northbrook, Illinois Office, entered instructions into AHMC's internal web-based system (the "AHMC System"), directing AHMC to pay the Bonus.

5.      Michael Axelrood ("Axelrood"), Regional Vice President of AHMC and Palmer's immediate supervisor, subsequently approved the Bonus, consistent with and pursuant to AHMC's policies and procedures.

6.      Pursuant to AHMC's policies and procedures, no further approvals were required to effectuate my entitlement to the Bonus.

7.      Prior to the Termination Date, Palmer received notice of Axelrood's approval of the Bonus via the AHMC System.

8.      On November 20, 2007, I timely filed Proof of Claim No. 2861 for unpaid wages, salaries, and compensation for $45,000.00 (the "Claim"), of which $10,950.00 is an unsecured priority claim (the "Priority Claim") pursuant to 11 U.S.C. § 507(a)(4).

9.      As of the Termination Date, I have been unable to access the AHMC System to obtain documentation supporting the Claim.


FURTHER AFFIANT SAYETH NOT.


_____
BRETT S. LOTSOFF

Subscribed and sworn to before me
this 17 day of April, 2009.


_____
NOTARY PUBLIC


OFFICIAL SEAL
BETH D LEWIS
Notary Public - State of Illinois
My Commission Expires Oct 20, 2010


CHICAGO/#1926826.1