IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

IN RE:

AMERICAN HOME MORTGAGE
HOLDINGS, INC.

CASE NO. 07-11047
CHAPTER 11
JUDGE CHRISTOPHER S. SONTCHI

## REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by America's Servicing Company, to serve as its authorized agent to, inter alia, receive and review all notices that may affect its interests in this matter. Accordingly, you are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/ Whitney Groff
_____
Whitney Groff, Esq. Georgia Bar No. 738079
1544 Old Alabama Road
Roswell, Georgia 30076-2102
770-643-7200/866-761-0279 Fax

*Authorized Agent for America's Servicing Company*

File Number ASC-09-18268 /
Request for Service of Notice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

IN RE:

AMERICAN HOME MORTGAGE
HOLDINGS, INC.

CASE NO. 07-11047
CHAPTER 11
JUDGE CHRISTOPHER S. SONTCHI

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the ___17th__ day of April, 2009.

<u>Debtor's Attorney</u>

Donald J. Bowman, Jr., Esq.
1000 West Street
17th Floor
Wilmington, DE  19801

<u>Chapter 11 Trustee</u>

NEED TRUSTEE

Respectfully submitted,
McCALLA RAYMER, LLC

/s/ Whitney Groff
_____
Whitney Groff, Esq. Georgia Bar No. 738079
1544 Old Alabama Road
Roswell, Georgia  30076-2102
770-643-7200/866-761-0279 Fax

File Number ASC-09-18268 /
Request for Service of Notice