IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x    Chapter 11
In re:                                                           :
                                                                 :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,                  :    Jointly Administered
                                                                 :
        Debtors.                                                 :    Re: Docket No. 7271
----------------------------------------------------------------

**ORDER APPROVING AMENDED STIPULATED
DISCOVERY SCHEDULING ORDER**

Upon consideration of the Amended Stipulated Discovery Scheduling Order between the Debtors and Caylon New York Branch, as Administrative Agent (the "Stipulation")[1], attached hereto as Exhibit A, and this matter being submitted on consent;

IT IS HEREBY ORDERED that the Stipulation is hereby approved.

DATED: __4/20__, 2009

_____
THE HONORABLE CHRISTOPHER S. SONTCHI

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

WCSR 4109148v1