**EXHIBIT "A"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x   Chapter 11
In re:                                                     :
                                                           :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC., a Delaware corporation, et al.,            :   Jointly Administered
                                                           :
            Debtors.                                       :   Re: Docket No. 6824

## AMENDED STIPULATED DISCOVERY SCHEDULING ORDER

Debtors and Debtors-in-Possession ("Debtors"), and Calyon New York Branch, as Administrative Agent Pursuant to Repurchase Agreement ("Calyon") hereby stipulate and agree to the following fact and expert discovery schedule in connection with this contested matter under Fed. R. Bankr. P. 9014:

1.  All written fact discovery, which will be limited to Requests for Production of Documents and Interrogatories, shall be served on or before February 3, 2009, provided, however, that Interrogatories shall be limited to ten (10) interrogatories.

2.  Calyon shall file its answer/response to the Debtors' Objection to Claims of Calyon New York Branch, as Administrative Agent Pursuant to Repurchase Agreement (the "Claims Objection") on or before February 6, 2009 at 4:00 p.m.

3.  The Debtors and Calyon (collectively, the "Parties") shall agree on undisputed facts in a Stipulation of Facts (the "Stipulation of Facts") by no later than May 5, 2009, at 4:00 p.m. The Stipulation of Facts shall include, among other things, facts regarding the mortgage loans as of August 1, 2007, September 30, 2007, January 30, 2008, and August 15,

2008. The Parties further agree to supplement the Stipulation of Facts, to the extent feasible, prior to the May 19, 2009 trial date.

4. All written responses to any Requests for Production of Documents and Interrogatories shall be served on or before February 13, 2009.

5. All documents responsive to any Requests for Production of Documents shall be served on or before February 23, 2009, provided, however, that (i) neither the Debtors nor Calyon shall be required to produce documents (a) previously produced in discovery in Adversary Proceeding No. 07-51704, *Calyon New York Branch v. American Home Mortgage Corp., et al.* (the "Adversary Proceeding") (the Parties agree that any such document production shall be deemed to have been produced in connection with this contested matter) or (b) related or pertaining solely to agreed upon facts set forth in the Stipulation of Facts or Exhibits thereto and not otherwise calculated to lead to admissible evidence regarding any other fact or issue in this contested matter; and (ii) neither of the Parties will provide a privilege log.

6. The Parties will seek to schedule all depositions of any fact witnesses, including any corporate designees pursuant to Fed. R. Civ. P. 30(b)(6), between February 18, 2009 and April 22, 2009. The parties will try to remain flexible regarding this scheduling while maintaining the May 19, 2009 trial date and will attempt to schedule any depositions for a mutually agreeable time, date and location. Formal deposition notices will not be required, but the Parties will identify in writing the persons they seek to depose by no later than February 18, 2009; provided, however, that any Party can supplement the list of deposition witnesses to include any witness identified as a trial witness in the Pretrial Order pursuant to Paragraph 14

below, and the responding Party shall make such witness available for deposition at least 2 business days prior to the May 19, 2009 trial date.

7. If a Rule 30(b)(6) deposition is requested by any Party, that Party will provide a list or description of the deposition topics in writing by no later than February 16, 2009. Responses, identifying the particular Rule 30(b)(6) witnesses for such topics, will be provided in writing by the counter-Party by no later than February 19, 2009.

8. Calyon and the Debtors shall serve the disclosures required by Fed. R. Civ. P. 26(a)(2) on or before March 6, 2009.

9. If either Party intends to call any rebuttal expert, it will give written notice of that fact to the other Party by no later than February 20, 2009.

10. Either Party shall serve any rebuttal expert report on or before February 24, 2009.

11. The Parties will seek to schedule all depositions of any expert witnesses between February 26, 2009 and April 28, 2009. The parties will try to remain flexible regarding this scheduling while maintaining the May 19, 2009 trial date and will attempt to schedule any expert depositions for a mutually agreeable time, date and location. Formal deposition notices and/or subpoenas for expert witnesses will not be required.

12. Each Party agrees to produce to the other Party all documents considered by any expert with respect to the expert's report no less than five (5) days prior to such expert's deposition. The Parties agree that the actual drafts of any expert's reports do not need to be preserved or provided to the other Party.

13. The Parties will seek to have the Court resolve any objection regarding discovery at least 2 business days prior to any deposition for which that objection is relevant.

14. A Joint Pretrial Order identifying all witnesses and exhibits shall be filed on or before <u>May 12, 2009</u>.

15. An evidentiary hearing regarding the Claims Objection is scheduled to commence on <u>May 19, 2009</u> at 10:30 a.m.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

4

16. Each Party reserves the right to request that the Court order contemporaneous post-trial briefing to be filed within ten (10) days after the conclusion of the trial.

| | |
|---|---|
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/Michael G. Busenkell<br>Michael G. Busenkell (DE No. 3933)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone: 302.252.4324<br>Facsimile: 302.252.4330 | /s/ Curtis J. Crowther<br>John T. Dorsey (No. 2988)<br>Curtis J. Crowther (No. 3238)<br>Erin Edwards (No. 4392)<br>Margaret B. Whiteman (No. 4652)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |
| -and- | |
| Benjamin C. Ackerly<br>Jason W. Harbour (DE No. 4176)<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 E. Byrd Street<br>Richmond, Virginia 23219-4074<br>Telephone: (804) 788-8200<br>Facsimile: (804) 788-8218 | Counsel for Debtors and Debtors-in-Possession |
| -and- | |
| Peter S. Partee<br>Scott H. Bernstein<br>200 Park Avenue, 53rd Floor<br>New York, New York 10016-0136<br>Telephone: (212) 309-1000<br>Facsimile: (212) 309-1100 | |
| *Counsel to Calyon New York Branch* | |