# **EXHIBIT E**

Execution Copy

## ADDENDUM I

## EXPENSE REIMBURSEMENT

This Addendum is attached to and incorporated in the Hazard PLUS Insurance Administration Agreement, dated April 1, 2005, ("Agreement") between AMERICAN SECURITY INSURANCE COMPANY and STANDARD GUARANTY INSURANCE COMPANY (collectively "Company"); and AMERICAN HOME MORTGAGE SERVICING, INC. ("Servicer"), and shall be effective as of April 1, 2005.

A.   It is acknowledged that Servicer will incur expenses in the performance of obligations necessary to the proper administration and maintenance of the Hazard PLUS Program. Such expenses, collectively referred to as "Qualified Expenses", include costs and expenses incurred by Servicer in the performance of its duties under Article II and all other costs and expenses (both direct and indirect) incurred by Servicer and allocable to its performance under the Agreement.

B.   On a monthly basis, Servicer shall submit a statement with such detail and content as requested by Company showing the amount of Qualified Expenses for the preceding month. In consideration of Servicer's services under this Agreement, Company shall reimburse Servicer's Qualified Expenses in an amount equal to sixteen and six-tenth cents ($0.166) per Mortgage Loan per month. In no event shall the monthly reimbursement for Servicer's Qualified Expenses exceed twelve percent (12%) of that month's Net Written Premium. If, for the month in question, the Net Written Premium is negative, Company may offset such negative amount against subsequent month's Net Written Premium until liquidated. Invoices under this Addendum are due and payable within thirty (30) days of receipt.

C.   The parties acknowledge that the rate at which Qualified Expenses shall be reimbursed is a good faith estimate since sufficient substantiating evidence of the basis thereof is not readily available. When and if available, Servicer shall maintain adequate records reflecting its calculations of all Qualified Expenses, upon which Company may rely. Company retains the right to audit or cause an audit of Servicer's records with respect to all Qualified Expenses during regular officer hours of Servicer upon reasonable advance notice. Such right of audit shall continue for one (1) year following the termination of this Agreement.

D.   Upon the giving of notice of termination of the Agreement, no further expense reimbursements shall be payable to Servicer.

E.   It is the intent of the Parties that the arrangement contemplated by this Addendum comply with applicable federal, state and local laws including, but not limited to the Real Estate Settlement Procedures Act and state and local laws applicable to insurance activities ("Applicable Law"). Accordingly, either Party may terminate this Addendum immediately if (i) the Party reasonably believes (based upon a legal opinion from outside counsel) that the arrangement does not comply with Applicable Law, or (ii) any

C:\Documents and Settings\megreen\Local Settings\Temporary Internet Files\OLK6\AmHomeHpAdmAgrt5(EC).doc

Execution Copy

consumer or government agency brings a lawsuit or takes regulatory action, or threatens to bring a lawsuit or take regulatory action, against either Party based upon the allegations that the arrangement does not comply with Applicable law.

IN WITNESS WHEREOF, the parties have executed this Addendum, in duplicate, on the effective date stated above.

ATTEST:                              AMERICAN SECURITY INSURANCE COMPANY
                                     STANDARD GUARANTY INSURANCE COMPANY

Title: _Vice President_              By: _____
                                     Title: _Vice President_

ATTEST:                              AMERICAN HOME MORTGAGE SERVICING, INC.

Title: _S/P_                         By: _____
                                     Title: _EVP._

14

Execution Copy

## AMENDMENT I
## ADDITIONAL PARTY – VIIC

This Amendment to the Hazard Plus Insurance Administration Agreement ("Agreement"), dated April 1, 2005, between AMERICAN SECURITY INSURANCE COMPANY and STANDARD GUARANTY INSURANCE COMPANY (collectively "Company"), and AMERICAN HOME MORTGAGE SERVICING, INC. ("Lender"), is effective as of November 1, 2006.

### RECITALS:

WHEREAS, Company and Lender desire to add Voyager Indemnity Insurance Company as an additional party to the Agreement; and

WHEREAS, Company and Lender further desire to document the addition of Voyager Indemnity Insurance Company as an additional party to the Agreement;

NOW, THEREFORE, for and in consideration of the premises and other good and valuable consideration, the parties hereby mutually agree as follows:

1. The first paragraph of the Agreement, which identifies the contacting parties, is hereby amended to add Voyager Indemnity Insurance Company as an additional contracting party within the defined term "Company."

All other terms and conditions of the Agreement remain unchanged.

IN WITNESS WHEREOF, the parties have caused this Amendment to be executed as of the date indicated above.

Attest:                                    AMERICAN SECURITY INSURANCE COMPANY
                                           STANDARD GUARANTY INSURANCE COMPANY
                                           VOYAGER INDEMNITY INSURANCE COMPANY


_____                    By: _____
Title: Exec Assl.                          Title: Sr. Vice President


Attest:                                    AMERICAN HOME MORTGAGE SERVICING, INC.


_____                    By: _____
Title: Vice President                      Title: Executive Vice President


1