## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on April 20, 2009, I caused one copy of the foregoing to be served upon the parties below in the manner indicated.

**HAND DELIVERY**
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward J. Kosmowski, Esq.
Margaret B. Whiteman-Greecher, Esq.
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
The Brandywine Building
Wilmington, DE 19801

Gregory A. Taylor (#4008)

{00289789;v1}