# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 CSS

**COURTROOM LOCATION:** 6
**DATE:** 4/21/09 @ 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ana M. Alfonso (telephonic) | Kaye Scholer | Bank of America |
| Robert J. Moore & Fred Neufeld | Milbank, Tweed, Hadley & McCloy | ABN AMRO Bank |
| Mark Power | Hahn & Hessen | Official Committee of Unsecured Creditors |
| LARRY KOTLER | DUANE MORRIS | THE BANCORP, INC. |
| Sean Bach | YCST | AHM |
| Margaret Whiteman Greecher | YCST | AHM |
| Gabe MacConaill | Potter Anderson & Corroon | Bank of America |
| Amy Whiteman (telephonic) | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 04/21/2009
**Calendar Time:** 02:00 PM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

#6

1st Revision 04/20/2009 04:32 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2779520 | Ana M. Alfonso ✓ 212-836-7896 | Kaye Scholer LLP | Creditor, Bank of America / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2747997 | Robert J. Moore 213-892-4501 | Milbank, Tweed, Hadley & McCloy, N.Y. | Creditor, ABN AMRO Bank N.Y. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2747977 | Fred Neufeld ✓ 213-892-4344 | Milbank, Tweed, Hadley & McCloy, N.Y. | Creditor, ABN AMRO Bank N.Y. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2782175 | Mark Power 212-478-7350 ✓ | Hahn & Hessen | Creditor, Official Committee of Unsecured Creditors / LIVE |

Amy Whiteman ✓