## EXHIBIT B TO SALE PROCEDURES ORDER

## Notice of Auction

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case Nos. 07-11047 (CSS) <br> ) <br> ) Jointly Administered <br> ) <br> ) Bid Deadline: May 11, 2009 at 5:00 p.m. (ET) <br> ) Auction Date: May 13, 2009 at 10:00 a.m. (ET) <br> ) Hearing Date: May 15, 2009 at 11:30 a.m. (ET) <br> ) Objection Deadline: May 8, 2009 at 4:00 p.m. (ET) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | |
| Debtors. | |

### NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that on April ___, 2009 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"),[1] filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") a motion (the "Motion") of the Debtors for Orders: (a)(i) Approving Sale Procedures; (ii) Approving Payment of Expense Reimbursements; (iii) Scheduling a Hearing to Consider Sale of Certain Mortgage Loans and REO Properties; (iv) Approving Form and Manner of Notice Thereof; and (v) Granting Related Relief; and (b)(i) Authorizing the Sale of Mortgage Loans and REO Properties Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (ii) Authorizing and Approving Sale Agreements Thereto; and (iii) Granting Related Relief.

**PLEASE TAKE FURTHER NOTICE** that on April ___, 2009, the Bankruptcy Court entered an order (the "Order") granting the Motion and (i) approving the sale procedures (the "Sale Procedures")[2] with respect to the proposed sales (the "Sales") of each asset pool pursuant to an auction (the "Auction"), (ii) approving payment of the Expense Reimbursements; (iii) scheduling a hearing (the "Sale Hearing") for the Sales and setting objection and bidding deadlines with respect to the Sales; (iv) approving the form of this Notice of Auction, and (v) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that all Qualified Bids (as defined in the Sale Procedures) must be submitted in writing so that they are **actually** received no later than 5:00 PM (ET) on **May 11, 2009** (the "Bid Deadline").

**PLEASE TAKE FURTHER NOTICE** that, with respect to any Asset Pool, in the event that two or more Qualified Bids are submitted by the Bid Deadline, the Auction for shall take place on **May 13, 2009, at 10:00 a.m.** (prevailing Eastern Time) at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391,

---

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] All terms not otherwise defined herein are to be given the meanings ascribed to them in the Sale Procedures.

Wilmington, Delaware 19899-0391. Only parties who have submitted a Qualified Bid will be eligible to participate at the Auction.

**PLEASE TAKE FURTHER NOTICE** that the Court scheduled the Sale Hearing before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 on **May 15, 2009 at 11:30 a.m. (prevailing Eastern Time)**, or at such other time thereafter as counsel may be heard. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Sales, or the relief requested in the Motion must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Bankruptcy Rules; (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **May 8, 2009 at 4:00 p.m. (prevailing Eastern Time)**, and (d) be served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon: (i) the Debtors, American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Damian Voulo); (ii) advisors to the Debtors, Kroll Zolfo Cooper, 1166 Avenue of the Americas, New York, New York 10036 (Attn: Bret Fernandes and Scott Martinez), and Milestone Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn.: Darryl Conway); (iii) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Sean M. Beach and Andy Kostoulas); and (iv) counsel to the Official Committee of Unsecured Creditors, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn.: Mark S. Indelicato and Mark Power).

**PLEASE TAKE FURTHER NOTICE** that this Notice of Auction is subject to all of the terms and conditions of the Motion, the Order and the Sale Procedures and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Motion, the Sale Agreements (as defined in the Sale Procedures), the Sale Procedures and the Order may be obtained by written request to counsel to the Debtors, c/o Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Attention: Debbie Laskin. In addition, copies of the aforementioned pleadings may be found on the website of the Debtors' notice and claims agent, Epiq Bankruptcy Solutions LLC, at http://www.epiqbankruptcysolutions.com, the Bankruptcy Court's website, www.deb.uscourts.gov, and are on file with the Clerk of the Bankruptcy Court, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

Dated: Wilmington, Delaware
      April ____, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Counsel for Debtors and Debtors in Possession