# EXHIBIT A

P.O. BOX 2165
WILMINGTON, DE  19899-2165
Phone (302) 225-7600 Fax (302) 254-5383
Federal Tax ID # 51-0378558

**PLEASE NOTE: Our firm name, telephone and
facsimile numbers have changed.
Our tax identification number remains the same.**

| | |
|---|---|
| Michael Morris, Esq. | Page: 1 |
| Hennigan Bennett & Dorman | 04/22/2009 |
| 865 South Figueroa Street | Account No:  2008826-000B |
| Suite 2900 | Statement No:  238847 |
| Los Angeles  CA  90017 | |

American Home Mortgage Holding

| Previous Balance | $6,698.46 |
|---|---|

Fees

| | | Hours |
|---|---|---|
| **12/02/2008** | | |
| JMR | Retrieve Order Approving Stipulation Settling Motion of JP Morgan for Relief from Stay and forward to ICB to discuss with Judge regarding mediation. | 0.20 |
| JMR | Ecorrespondence to J. McGinley inquiring about a signature for BG's Retention Application. | 0.20 |
| **12/03/2008** | | |
| GFM | E-correspondence with co-counsel, opposing counsel and Judge Gross regarding mediation. | 0.60 |
| **12/04/2008** | | |
| GFM | Prepare for and attend teleconference with counsel regarding mediation. | 0.40 |
| GFM | Teleconference with mediator regarding schedule and background. | 0.40 |
| GFM | Coordinate conference all with mediator, participate in conference call. | 0.60 |
| **12/09/2008** | | |
| GFM | Review draft complaint. | 0.60 |
| **12/10/2008** | | |
| GFM | Review email from co-counsel. | 0.20 |
| **12/12/2008** | | |
| JMR | Ecorrespondence with S. Sass office regarding signature on BG's Retention Applicaiton. | 0.10 |
| **12/18/2008** | | |
| JMR | Ecorrespondence (multiple) to Hahn & Hessen regarding signatures on BG's Retention Application. | 0.30 |
| GFM | E-correspondence with M. Morris and E. Edward regarding stipulation for joint prosecution. | 0.10 |
| GFM | E-correspondence with co-counsel regarding fee application and retention issues. | 0.40 |

Michael Morris, Esq.

American Home Mortgage Holding

| | | | Hours | |
|---|---|---|---|---|
| **12/19/2008** | | | | |
| | JMR | Attention to final preparation of Hennigan's First Monthly Application for signature and filing. | 0.90 | |
| | JMR | Attention to electronic filing and service of Hennigan's First Monthly Application. | 0.90 | |
| | JMR | Ecorrespondence to co-counsel providing confirmation of filing Hennigan's First Monthly Application. | 0.10 | |
| | JMR | Ecorrespondence to E. Edwards providing ICB's signature to the Stipulation For Joint Prosecution of Claims. | 0.20 | |
| | ICB | Review Stipulation For Joint Prosecution of Claims and execute for filing. | 0.20 | |
| **12/23/2008** | | | | |
| | JMR | Attention to final revisions of BG Retention Application. | 0.50 | |
| | ICB | Review and execute finalized copies of the Application for Order Authorizing Employment of BG as Special Conflicts Counsel to the Committee. | 0.40 | |
| | JMR | Attention to electronic filing and service BG's Retention Application. | 0.70 | |
| **12/29/2008** | | | | |
| | ICB | E-correspondence - with counsel and mediator regarding timing of mediation. | 0.30 | |
| | ICB | Telephone from and email with D. Laskin regarding renoticed hearing date from 1/28/09 to 1/29/09. | 0.10 | |
| | GFM | Review emails on mediation. | 0.10 | |
| **12/31/2008** | | | | |
| | GFM | Review further emails on mediation. | 0.30 | |
| | | For Current Services Rendered | 8.80 | 2,248.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ian Connor Bifferato, Esq. | 1.00 | $425.00 | $425.00 |
| Garvan F. McDaniel | 3.70 | 310.00 | 1,147.00 |
| Jennifer M. Randolph | 4.10 | 165.00 | 676.50 |

Expenses

| | | |
|---|---|---|
| 12/19/2008 | Photocopies | 9.40 |
| 12/23/2008 | Postage Expense | 18.50 |
| 12/23/2008 | Photocopies | 70.00 |
| | Total Expenses | 97.90 |

Advances

| | | |
|---|---|---|
| 12/19/2008 | Cost advanced on behalf of client - PARCELS Invoice #147007 - copy and postage of documents for service. | 2,002.75 |
| 12/31/2008 | Cost advanced on behalf of client - PACER charge for electronic research and document retrieval from Court electronic case system. | 12.96 |
| | Total Advances | 2,015.71 |

Michael Morris, Esq.

American Home Mortgage Holding

Page: 3
04/22/2009
Account No:    2008826-000B
Statement No:    238847

Total Current Work                                                                    4,362.11

Balance Due                                                                    $11,060.57

| Fees | Expenses | Billing History Advances | Finance Charge | Payments |
|------|----------|--------------------------|----------------|----------|
| 7,519.00 | 176.10 | 3,365.47 | 0.00 | 0.00 |

**All invoices are due upon receipt.  Please remit payment at this time.**

| | |
|---|---:|
| Statements Printed: | 1 |
| Hours: | 8.80 |
| Fees: | 2,248.50 |
| Expenses: | 97.90 |
| Advances: | 2,015.71 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Management / Analysis | 0.20 | $33.00 |
| Fee Applications and Invoices- Bifferato LLC | 1.90 | $313.50 |
| Fee Applications and Invoices- Others | | |
| Employment and Retention Applications - Others | 1.10 | $181.50 |
| Pleading Review | 1.20 | $441.00 |
| Pleading Preparation | | |
| Electronic Filing/Service of Pleading | 0.70 | $115.50 |
| Committee Communication and Meetings | 1.60 | $478.50 |
| Other Communications | | |
| Mediation Preparation and Communications | 2.10 | $685.50 |
| Mediation Attendance | | |
| In-House Correspondence | | |
| Hearing Preparation | | |
| Hearing Attendance | | |
| Deposition Preparation | | |
| Deposition Attendance | | |
| Deposition Travel | | |
| **TOTAL** | **8.80** | **$2,248.50** |