# EXHIBIT B

## EXPENSE SUMMARY

| Expense Category | Service Provider | Amount |
|---|---|---|
| Courier Service/Pleading & Document Service | Parcels | $2,002.75 |
| Courier Service | Bifferato LLC | |
| Electronic Docket | Pacer Service Center | $12.96 |
| Filing Fee | District Court (for BK Court Pro Hac) | |
| Photocopy Expense | Bifferato LLC | $79.40 |
| Postage Expense | Bifferato LLC | $18.50 |
| Print Charges | Bifferato LLC | |
| Courier Service/Pleading & Document Service | LexisNexis | |
| **TOTAL** | ***** | **$2,113.61** |