IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :   Ref. Docket Nos. 7084 and 7234
---------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING FOURTH ORDER
REGARDING THE DEBTORS' THIRTY-FIRST OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On March 6, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 7084] (the "Objection").[2] On or about October 22, 2007, Zeichner Ellman & Krause LLP ("Zeichner Ellman") filed a proof of claim [POC No. 1728] ("Claim 1728") in the amount of $386,164.04, secured. In the Objection, the Debtors objected to, *inter alia*, Claim 1728 on the basis that Zeichner Ellman had failed to provide adequate documentation to support the claim. Zeichner Ellman responded to the Objection by providing the Debtors with adequate documentation that shows that Zeichner Ellman is entitled to a general unsecured claim in the amount of $386,164.04 against American Home Mortgage Corp. (Case No. 07-11051).

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]   All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

On April 6, 2009, the Court entered a first order [Docket No. 7234] (the "First Order") sustaining the Objection in part and disallowing and expunging Claim 1728. The Debtors and Zeichner Ellman agree that Claim 1728 should not be expunged, but rather allowed in the amount of $386,164.04, general unsecured, against American Home Mortgage Corp. (Case No. 07-11051).

The Debtors therefore respectfully request that the Court enter an order, in the form attached hereto as Exhibit A, (i) stating that, notwithstanding the First Order, Claim 1728 is not disallowed or expunged, and (ii) allowing Claim 1728 as a general unsecured claim in the amount of $386,164.04 against American Home Mortgage Corp. (Case No. 07-11051).

Dated: Wilmington, Delaware
April 23, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman-Greecher (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
         Debtors.                                                :
                                                                 :  Ref. Docket Nos. 7084 and 7234
---------------------------------------------------------------- x

**FOURTH ORDER REGARDING THE DEBTORS' THIRTY-FIRST
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the thirty-first omnibus (substantive) objection [Docket No. 7084] (the "Objection")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), in which the Debtors objected to, *inter alia*, a proof of claim [POC No. 1728] ("Claim 1728") filed by Zeichner Ellman & Krause LLP ("Zeichner Ellman"); and the Court having entered a first order (the "First Order") sustaining the Objection in part and disallowing and expunging Claim 1728 [Docket No. 7234]; and the Debtors and Zeichner Ellman having agreed that Claim 1728 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that, notwithstanding anything in the First Order, Claim 1728 is not disallowed or expunged; and it is further

ORDERED that the Objection is partially withdrawn solely with respect to Claim 1728; and it is further

ORDERED that Claim 1728 is hereby allowed as a general unsecured claim in the amount of $386,164.04 against American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      April ___, 2009

                                    CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE