IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x   Chapter 11
In re:

                                                    Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS,
INC., a Delaware corporation, *et al.*,             Jointly Administered

              Debtors                            **Objection deadline:  May 25, 2009**
-----------------------------------------------------------------x  **Hearing Date:  To Be Determined**

**FINAL APPLICATION OF ADORNO & YOSS LLP
AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND
DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND
<u>REIMBURSEMENT OF EXPENSES INCURRED</u>**

| | |
|---|---|
| Name of Applicant: | Adorno & Yoss LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | *Nunc pro tunc* as of August 6, 2007 |
| Period for which compensation and reimbursement sought: | August 6, 2007 through April 11, 2008 |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $   939,962.00 |
| Amount of Final Expense Reimbursement sought as actual, reasonable and necessary: | $1,029,391.46 (previously filed interim expenses totaling $1,020,743.90, plus additional expenses of $8,647.56) |

This is a:  ___ monthly   ____ interim   _X_ final application

The total amount in fees requested in this final application are based upon the services described in the nine (9) interim applications previously filed by Adorno & Yoss LLP ("A&Y").  The total amount in costs requested in this final application are based upon the services described in the nine (9) interim applications previously filed by A&Y, plus additional costs in the amount of $8,647.56 which consists of filing fees, service of process fees and publication charges which were not requested in the previously filed interim applications – all costs are expenses from outside vendors, and are not internal costs of A&Y.  A detailed cost summary for these expenses is attached hereto as **Exhibit "A"**.  This presentation is consistent with that as made under the interim fee and cost applications given the extremely large volume of actual invoices related to the fixed fee foreclosure practice involved.

A brief summary of the fees and costs requested in the interim applications are listed below. As detailed in the previously filed interim applications, the fees are a combination of flat fee billing (see Exhibit "A" to the interim applications for fixed fee rates) and hourly billing on matters that were being contested by defendants in foreclosure (billed at the rates and amounts for professionals described in Exhibit "B" to the interim applications), and costs (costs are described by type and amount in Exhibit "C" to the interim applications), all pursuant to the terms of engagement over the history of the business relationship with the Debtor. A summary of foreclosure fixed rate billing for was attached as Exhibit "D" to the interim applications. A detailed cost summary was attached as Exhibit "E" to the interim applications. Invoices for fixed fee services not covered by the analysis (title claims, bankruptcy matters, answer/monitors and miscellaneous "closed out" fixed fee cases) as well as invoices for contested matters (billed hourly) were attached as exhibit "F" to the interim applications. No objections were raised to any of the interim applications, as certified by A&Y in each of its Certificates of No Objection to Application.

This application includes no fee component in connection with the preparation of this Final Fee Application and does not include any new fees. A&Y requests a final order approving all fees and expenses requested in the previous interim applications, plus the additional expenses in the amount of $8,647.56 which was not previously requested.

## INTERIM APPLICATIONS FOR COMPENSATION AND EXPENSES

| Interim Application – Dates of Service | Fees | Expenses |
|---|---|---|
| First Interim Application | | |
| August 6, 2007 through August 31, 2007 | $73,192.50 | $72,330.74 |
| Second Interim Application | | |
| September 1, 2007 through September 30, 2007 | $116,475.00 | $78,577.79 |
| Third Interim Application | | |
| October 1, 2007 through October 31, 2007 | $122,307.50 | $87.978.54 |
| Fourth Interim Application | | |
| November 1, 2007 through November 30, 2007 | $89,473.00 | $107,380.34 |
| Fifth Interim Application | | |
| December 1, 2007 through December 31, 2007 | $105,061.50 | $125,461.65 |

| | | |
|---|---:|---:|
| Sixth Interim Application | | |
| January 1, 2008 through January 31, 2008 | $162,278.00 | $185,545.51 |
| Seventh Interim Application | | |
| February 1, 2008 through February 29, 2008 | $81,919.50 | $135,885.84 |
| Eighth Interim Application | | |
| March 1, 2008 through March 31, 2008 | $83,702.00 | $130,823.61 |
| Ninth Interim Application | | |
| April 1, 2008 through April 11, 2008 | $105,553.00 | $96,759.94 |
| **TOTALS** | **$939,962.00** | **$1,020,743.90** |

## **CONCLUSION**

WHEREFORE, A&Y respectfully requests entry of an Order:

1. Allowing, on a final basis, all prior interim fee and expense awards.
2. Allowing, on a final basis, an additional expense award in the amount of $8,647.56.
3. Allowing A&Y final compensation for the time period August 6, 2007 through April 11, 2008 in the sum of $939,962.00;
4. Allowing A&Y final reimbursement of expenses for the time period August 6, 2007 through April 11, 2008 in the sum of $1,029,391.46;
5. Directing the Debtor to pay any and all remaining balances owed to A&Y for its requested fees and/or expenses.

Dated: April 23, 2009          Respectfully submitted,

/s/ David L. Finger_____
David L. Finger (DE Bar ID #2556)
Finger, Slanina & Liebesman, LLC
One Commerce Center
1201 N. Orange St., 7th floor
Wilmington, DE 19801-1186
(302) 573-2525
dfinger@delawgroup.com
Attorney for Adorno & Yoss, LLP

{M1786501_2}                                    3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail or electronic mail on this 23rd day of April, 2009, on: **Donald J. Bowman, Jr.**, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, Wilmington, DE 19801; **Bonnie Glantz Fatell**, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801; **Mark S. Indelicato,** Hahn Hessen LLP, 488 Madison Avenue, New York, NY 10022; **M. Jacob Renick**, NachmanHaysBrownstein, Inc., 645 Fifth Avenue, New York, NY 10022; **Joseph M. McMahon,** Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207 - Lockbox #35, Wilmington, DE 19801; **Steven D. Sass**, United Parcel Service, RMS- Agent for UPS, 307 International Circle, Suite 270, Hunt Valley, MD 21030.

Dated: April 23, 2009

    /s/ David L. Finger_____
David L. Finger (DE Bar ID #2556)
Finger, Slanina & Liebesman, LLC
One Commerce Center
1201 N. Orange St., 7th floor
Wilmington, DE  19801-1186
(302) 573-2525
dfinger@delawgroup.com