VERIFICATION OF FEE APPLICATION

STATE OF FLORIDA )
)SS:
COUNTY OF MIAMI-DADE )

GREGG S. AHRENS, after being duly sworn according to law, deposes and says:

1. I am a member in the applicant firm (the "Firm") and have been admitted to the bar of the state of Florida since November, 1982.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the time period subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Gregg S. Ahrens, Esquire
Adorno & Yoss, LLP
Suite 400
2525 Ponce de Leon Boulevard
Miami, Florida 33134
Telephone: (305) 460-1000
Facsimile: (305) 460-1421
E-mail gxa@adorno.com

SWORN TO AND SUBSCRIBED
Before me this 23rd day of April, 2009.

Notary Public Virginia Herrera

VIRGINIA HERRERA
MY COMMISSION # DD 556697
EXPIRES: May 25, 2010
Bonded Thru Budget Notary Services

{M1674390_1}