# EXHIBIT A
## FORECLOSURE COSTS

| DISB ID | DATE COSTS INCURRED | CLIENT | MATTER | LOAN # | MATTER DESCRIPTION | BASE AMT | NARRATIVE |
|---|---|---|---|---|---|---|---|
| 4419136 | 10/22/2007 | 212971 | 0688 | 1001403217 | TEMPLE, Richard | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 677011; DATE: 10/22/2007 - SERVED RICHARD TEMPLE |
| 4419135 | 10/22/2007 | 212971 | 0688 | 1001403217 | TEMPLE, Richard | $45.00 | VENDOR: ProVest, Inc; INVOICE#: 677011; DATE: 10/22/2007 - SERVED RICHARD TEMPLE, UNKNOWN SPOUSE OF RICHARD TEMPLE, IF MARRIED |
| 4308489 | 10/24/2007 | 212971 | 0705 | 1001566732 | Stephen Delpopolo | $47.00 | VENDOR: ProVest, Inc.; INVOICE#: 658211; DATE: 10/24/2007 - Served- Capri Lighthouse Condo., Assoc. Inc. |
| 4308491 | 10/24/2007 | 212971 | 0705 | 1001566732 | Stephen Delpopolo | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 658211; DATE: 10/24/2007 - Served- Jane Doe |
| 4308490 | 10/24/2007 | 212971 | 0705 | 1001566732 | Stephen Delpopolo | $47.00 | VENDOR: ProVest, Inc.; INVOICE#: 658211; DATE: 10/24/2007 - Served- Jane Doe |
| 4308487 | 10/24/2007 | 212971 | 0705 | 1001566732 | Stephen Delpopolo | $160.00 | VENDOR: ProVest, Inc.; INVOICE#: 658211; DATE: 10/24/2007 - Served- Stephen Delpopolo |
| 4308488 | 10/24/2007 | 212971 | 0705 | 1001566732 | Stephen Delpopolo | $160.00 | VENDOR: ProVest, Inc.; INVOICE#: 658211; DATE: 10/24/2007 - Served- unknown spouse of Stephen Delpopolo, if married |
| 4420653 | 4/5/2008 | 212971 | 0710 | 1000898070 | GLINIECKI, Eric | $212.63 | PAYEE: Daily Business Review; REQUEST#: 376931; DATE: 4/5/2008. - Pub Notice of Action - Invc. # 0098431404 - Gliniecki (run dates 3/24/08 thur 3/31/08) |
| 4308330 | 10/24/2007 | 212971 | 0739 | 1001423476 | Sor M. Llanos | $90.00 | VENDOR: ProVest, Inc.; INVOICE#: 651478; DATE: 10/24/2007 - Served- Brickell Investors Group Corp., a Florida Corporation |
| 4308334 | 10/24/2007 | 212971 | 0739 | 1001423476 | Sor M. Llanos | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 651478; DATE: 10/24/2007 - Served- Jade Residences at Brickell Bay Condo., Assoc., Inc. a Florida Corporation |
| 4308336 | 10/24/2007 | 212971 | 0739 | 1001423476 | Sor M. Llanos | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 651478; DATE: 10/24/2007 - Served- Jane Doe |
| 4308335 | 10/24/2007 | 212971 | 0739 | 1001423476 | Sor M. Llanos | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 651478; DATE: 10/24/2007 - Served- John Doe |
| 4308331 | 10/24/2007 | 212971 | 0739 | 1001423476 | Sor M. Llanos | $135.00 | VENDOR: ProVest, Inc.; INVOICE#: 651478; DATE: 10/24/2007 - Served- Sor M. Llanos |
| 4308332 | 10/24/2007 | 212971 | 0739 | 1001423476 | Sor M. Llanos | $135.00 | VENDOR: ProVest, Inc.; INVOICE#: 651478; DATE: 10/24/2007 - Served- unknown spouse of Sor M. Llanos, if married |
| 4309035 | 10/25/2007 | 212971 | 0751 | 1000889215 | Oscar O. Vergara | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 674645; DATE: 10/25/2007 - Served- Jane Doe |
| 4309034 | 10/25/2007 | 212971 | 0751 | 1000889215 | Oscar O. Vergara | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 674645; DATE: 10/25/2007 - Served- John Doe |
| 4309029 | 10/25/2007 | 212971 | 0751 | 1000889215 | Oscar O. Vergara | $90.00 | VENDOR: ProVest, Inc.; INVOICE#: 674645; DATE: 10/25/2007 - Served- Oscar O. Vergara |
| 4309031 | 10/25/2007 | 212971 | 0751 | 1000889215 | Oscar O. Vergara | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 674645; DATE: 10/25/2007 - Served- Rita Vergara, his wife |
| 4309032 | 10/25/2007 | 212971 | 0751 | 1000889215 | Oscar O. Vergara | $160.00 | VENDOR: ProVest, Inc.; INVOICE#: 674645; DATE: 10/25/2007 - Served- Wachovia Bank National Association |
| 4477609 | 12/3/2007 | 212971 | 0754 | 1001414139 | Edwarda Snook | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 663430; DATE: 12/3/2007 - SERVED EDWARDA SNOOK |
| 4477612 | 12/3/2007 | 212971 | 0754 | 1001414139 | Edwarda Snook | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 663430; DATE: 12/3/2007 - SERVED JANE DOE |

# EXHIBIT A
## FORECLOSURE COSTS

| DISB ID | DATE COSTS INCURRED | CLIENT | MATTER | LOAN # | MATTER DESCRIPTION | BASE AMT | NARRATIVE |
|---|---|---|---|---|---|---|---|
| 4477611 | 12/3/2007 | 212971 | 0754 | 1001414139 | Edwarda Snook | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 663430; DATE: 12/3/2007 - SERVED JOHN DOE |
| 4477610 | 12/3/2007 | 212971 | 0754 | 1001414139 | Edwarda Snook | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 663430; DATE: 12/3/2007 - SERVED UNKNOWN SPOUSE OF EDWARDA SNOOK, IF MARRIED |
| 4291419 | 12/29/2007 | 212971 | 0789 | 10011119575 | Jaggatlall Periiall | $147.00 | PAYEE: The Daily Commercial; REQUEST#: 357573; DATE: 12/29/2007. Pub-notice of Sale - Invoice # 369662 - AHM v Jaggatlall Periiall 212971.0789 |
| 4308617 | 10/25/2007 | 212971 | 0806 | 1000871872 | Paul Atkinson | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 672171; DATE: 10/25/2007 - Served-Jane Doe |
| 4308615 | 10/25/2007 | 212971 | 0806 | 1000871872 | Paul Atkinson | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 672171; DATE: 10/25/2007 - Served-John Doe |
| 4308613 | 10/25/2007 | 212971 | 0806 | 1000871872 | Paul Atkinson | $160.00 | VENDOR: ProVest, Inc.; INVOICE#: 672171; DATE: 10/25/2007 - Served-Paul Atkinson |
| 4308614 | 10/25/2007 | 212971 | 0806 | 1000871872 | Paul Atkinson | $160.00 | VENDOR: ProVest, Inc.; INVOICE#: 672171; DATE: 10/25/2007 - Served-unknown spouse of Paul Atkinson, if married |
| 4419152 | 11/6/2007 | 212971 | 0868 | 1001646170 | Vickie Pieper | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 706502; DATE: 11/6/2007 - SERVED JANE DOE |
| 4419148 | 11/6/2007 | 212971 | 0868 | 1001646170 | Vickie Pieper | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 706502; DATE: 11/6/2007 - SERVED JOHN DOE |
| 4419146 | 11/6/2007 | 212971 | 0868 | 1001646170 | Vickie Pieper | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 706502; DATE: 11/6/2007 - SERVED MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING AS NOMINEE FOR THE MORTGAGE OUTLET |
| 4477616 | 12/3/2007 | 212971 | 0921 | 1000961143 | Renee L. Martino | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 672110; DATE: 12/3/2007 - SERVED JANE DOE |
| 4477615 | 12/3/2007 | 212971 | 0921 | 1000961143 | Renee L. Martino | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 672110; DATE: 12/3/2007 - SERVED JOHN DOE |
| 4477613 | 12/3/2007 | 212971 | 0921 | 1000961143 | Renee L. Martino | $250.00 | VENDOR: ProVest, Inc.; INVOICE#: 672110; DATE: 12/3/2007 - SERVED RENEE L. MARTINO, A/K/A RENNEE L. MARTINO |
| 4477614 | 12/3/2007 | 212971 | 0921 | 1000961143 | Renee L. Martino | $250.00 | VENDOR: ProVest, Inc.; INVOICE#: 672110; DATE: 12/3/2007 - SERVED UNKNOWN SPOUSE OF RENNEE L. MARTINO A/K/A RENNEE L. MARTINO, IF MARRIED |
| 4426831 | 4/2/2008 | 212971 | 0943 | 1001245396 | Viviana Rodriguez | $55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 220228; DATE: 4/2/2008 - Served: Therma Seal Roof Systems, Inc. |
| 4419157 | 10/15/2007 | 212971 | 0949 | 1001381242 | Francisco Hernandez | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 671284; DATE: 10/15/2007 - SERVED FRANCISCO HERNANDEZ |
| 4419160 | 10/15/2007 | 212971 | 0949 | 1001381242 | Francisco Hernandez | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 671284; DATE: 10/15/2007 - SERVED JANE DOE |
| 4419159 | 10/15/2007 | 212971 | 0949 | 1001381242 | Francisco Hernandez | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 671284; DATE: 10/15/2007 - SERVED JOHN DOE |
| 4419158 | 10/15/2007 | 212971 | 0949 | 1001381242 | Francisco Hernandez | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 671284; DATE: 10/15/2007 - SERVED MARIBEL HERNANDEZ, HIS WIFE |
| 4477647 | 12/24/2007 | 212971 | 0963 | 1001344728 | Christopher K. Phillips | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 689855; DATE: 12/24/2007 - SERVED CAISSE CENTRALE DESJARDINS US BRANCH |
| 4477642 | 12/24/2007 | 212971 | 0963 | 1001344728 | Christopher K. Phillips | $385.00 | VENDOR: ProVest, Inc.; INVOICE#: 689855; DATE: 12/24/2007 - SERVED CHRISTOPHER K. PHILLIPS |

# EXHIBIT A
## FORECLOSURE COSTS

| DISB ID | DATE COSTS INCURRED | CLIENT | MATTER | LOAN # | MATTER DESCRIPTION | BASE AMT | NARRATIVE |
|---|---|---|---|---|---|---|---|
| 4477645 | 12/24/2007 | 212971 | 0963 | 1001344728 | Christopher K. Phillips | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 689855; DATE: 12/24/2007 - SERVED GENERAL MORTGAGE ASSOCIATES, INC., A FLORIDA CORPORATION |
| 4477649 | 12/24/2007 | 212971 | 0963 | 1001344728 | Christopher K. Phillips | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 689855; DATE: 12/24/2007 - SERVED JANE DOE |
| 4477648 | 12/24/2007 | 212971 | 0963 | 1001344728 | Christopher K. Phillips | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 689855; DATE: 12/24/2007 - SERVED JOHN DOE |
| 4477646 | 12/24/2007 | 212971 | 0963 | 1001344728 | Christopher K. Phillips | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 689855; DATE: 12/24/2007 - SERVED KENCO COMMUNITIES AT MIRASOL, INC., A FLORIDA CORPORATION |
| 4477644 | 12/24/2007 | 212971 | 0963 | 1001344728 | Christopher K. Phillips | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 689855; DATE: 12/24/2007 - SERVED MARK FEINSTEIN |
| 4477643 | 12/24/2007 | 212971 | 0963 | 1001344728 | Christopher K. Phillips | $295.00 | VENDOR: ProVest, Inc.; INVOICE#: 689855; DATE: 12/24/2007 - SERVED UNKNOWN SPOUSE OF CHRISTOPHER K. PHILLIPS, IF MARRIED |
| 4420656 | 4/5/2008 | 212971 | 0963 | 1001344728 | Christopher K. Phillips | $411.53 | PAYEE: Daily Business Review; REQUEST#: 376934; DATE: 4/5/2008. - Pub Notice of Sale - Invc. # 0098492004 - AHM v Phillips (run dates 3/25/08 thru 4/1/08) |
| 4420236 | 10/22/2007 | 212971 | 0970 | 1001262147 | Rosina Zimmer | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 674703; DATE: 10/22/2007 - SERVED JANE DOE |
| 4420235 | 10/22/2007 | 212971 | 0970 | 1001262147 | Rosina Zimmer | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 674703; DATE: 10/22/2007 - SERVED JOHN DOE |
| 4420232 | 10/22/2007 | 212971 | 0970 | 1001262147 | Rosina Zimmer | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 674703; DATE: 10/22/2007 - SERVED ROSINA ZIMMER |
| 4420233 | 10/22/2007 | 212971 | 0970 | 1001262147 | Rosina Zimmer | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 674703; DATE: 10/22/2007 - SERVED ZIMMER, UNKNOWN SPOUSE OF ROSINA ZIMMER, IF MARRIED |
| 4426832 | 4/2/2008 | 212971 | 1022 | 1001101936 | Maida Martinez | $220.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 221997; DATE: 4/2/2008 - Served: Martinez, unknown spouse of Maida Martinez |
| 4426833 | 4/2/2008 | 212971 | 1022 | 1001101936 | Maida Martinez | $220.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 222512; DATE: 4/2/2008 - Served: Maida Martinez |
| 4309967 | 12/11/2007 | 212971 | 1049 | 1001673636 | Emmanuel Joseph | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693375; DATE: 12/11/2007 - Served- Broward County, Florida |
| 4309958 | 12/11/2007 | 212971 | 1049 | 1001673636 | Emmanuel Joseph | $295.00 | VENDOR: ProVest, Inc.; INVOICE#: 693375; DATE: 12/11/2007 - Served- Emmanuel Joseph |
| 4309974 | 12/11/2007 | 212971 | 1049 | 1001673636 | Emmanuel Joseph | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693375; DATE: 12/11/2007 - Served- Jane Doe |
| 4309972 | 12/11/2007 | 212971 | 1049 | 1001673636 | Emmanuel Joseph | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693375; DATE: 12/11/2007 - Served- John Doe |
| 4309963 | 12/11/2007 | 212971 | 1049 | 1001673636 | Emmanuel Joseph | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693375; DATE: 12/11/2007 - Served- Plantation General Hospital Limited Partnership DBA Plantation General Hospital |
| 4309964 | 12/11/2007 | 212971 | 1049 | 1001673636 | Emmanuel Joseph | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693375; DATE: 12/11/2007 - Served- Sears, Roebuck & Company |

# EXHIBIT A
## FORECLOSURE COSTS

| DISB ID | DATE COSTS INCURRED | CLIENT | MATTER | LOAN # | MATTER DESCRIPTION | BASE AMT | NARRATIVE |
|---|---|---|---|---|---|---|---|
| 4309971 | 12/11/2007 | 212971 | 1049 | 1001673636 | Emmanuel Joseph | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693375; DATE: 12/11/2007 - Served- Shoma Homes at Nautica Single Family Neighborhood Assoc. Inc. |
| 4309965 | 12/11/2007 | 212971 | 1049 | 1001673636 | Emmanuel Joseph | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693375; DATE: 12/11/2007 - Served- State of Florida Department of Revenue |
| 4309960 | 12/11/2007 | 212971 | 1049 | 1001673636 | Emmanuel Joseph | $205.00 | VENDOR: ProVest, Inc.; INVOICE#: 693375; DATE: 12/11/2007 - Served- unknown spouse of Emmanuel Joseph, if married |
| 4426836 | 4/2/2008 | 212971 | 1067 | 1001034841 | COOK, Nathan | $55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218640; DATE: 4/2/2008 - Served: Jane Doe AKA Juan Francisco Escobar |
| 4289031 | 12/21/2007 | 212971 | 1119 | 1001339246 | Bernard McCluskie | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 725741; DATE: 12/21/2007 - Served- Jane Doe |
| 4289030 | 12/21/2007 | 212971 | 1119 | 1001339246 | Bernard McCluskie | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 725741; DATE: 12/21/2007 - Served- John Doe |
| 4310458 | 12/13/2007 | 212971 | 1143 | 1001407249 | BARR, Jenifer | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 718984; DATE: 12/13/2007 - Served- Howard Barr |
| 4310586 | 12/13/2007 | 212971 | 1143 | 1001407249 | BARR, Jenifer | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 718984; DATE: 12/13/2007 - Served- Jane Doe |
| 4310205 | 12/13/2007 | 212971 | 1143 | 1001407249 | BARR, Jenifer | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 718984; DATE: 12/13/2007 - Served- Jenifer Barr |
| 4310460 | 12/13/2007 | 212971 | 1143 | 1001407249 | BARR, Jenifer | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 718984; DATE: 12/13/2007 - Served- John Doe |
| 4310582 | 12/13/2007 | 212971 | 1143 | 1001407249 | BARR, Jenifer | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 718984; DATE: 12/13/2007 - Served- Smith Dairy East Master Maint. Assoc., Inc. |
| 4310459 | 12/13/2007 | 212971 | 1143 | 1001407249 | BARR, Jenifer | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 718984; DATE: 12/13/2007 - Served- Smith Dairy Master Maint. Assoc., Inc. |
| 4311086 | 12/3/2007 | 212971 | 1205 | 1001402017 | Dean Marks | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 712579; DATE: 12/3/2007 - Served- Boca Chase Property Owner's Assoc., Inc. |
| 4311078 | 12/3/2007 | 212971 | 1205 | 1001402017 | Dean Marks | $135.00 | VENDOR: ProVest, Inc.; INVOICE#: 712579; DATE: 12/3/2007 - Served- Dean C. Marks AKA Dean Marks |
| 4311090 | 12/3/2007 | 212971 | 1205 | 1001402017 | Dean Marks | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 712579; DATE: 12/3/2007 - Served- Jane Doe |
| 4311089 | 12/3/2007 | 212971 | 1205 | 1001402017 | Dean Marks | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 712579; DATE: 12/3/2007 - Served- John Doe |
| 4311081 | 12/3/2007 | 212971 | 1205 | 1001402017 | Dean Marks | $135.00 | VENDOR: ProVest, Inc.; INVOICE#: 712579; DATE: 12/3/2007 - Served- unknown spouse of Dean C. Marks AKA Dean Marks |
| 4426843 | 4/2/2008 | 212971 | 1207 | 1001125063 | Elizabeth Eramo | $205.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218441; DATE: 4/2/2008 - Served: Elizabeth Eramo |
| 4309329 | 12/4/2007 | 212971 | 1209 | 1001152443 | FOISY, Jason R. | $45.00 | VENDOR: PSINet, Inc.; INVOICE#: 683373; DATE: 12/4/2007 - Served- Jason R. Foisy |
| 4309324 | 12/4/2007 | 212971 | 1209 | 1001152443 | FOISY, Jason R. | $295.00 | VENDOR: PSINet, Inc.; INVOICE#: 683373; DATE: 12/4/2007 - Served- Jason R. Foisy |
| 4309328 | 12/4/2007 | 212971 | 1209 | 1001152443 | FOISY, Jason R. | $45.00 | VENDOR: PSINet, Inc.; INVOICE#: 683373; DATE: 12/4/2007 - Served- John Doe |
| 4309326 | 12/4/2007 | 212971 | 1209 | 1001152443 | FOISY, Jason R. | $160.00 | VENDOR: PSINet, Inc.; INVOICE#: 683373; DATE: 12/4/2007 - Served- National City Bank |

# EXHIBIT A
## FORECLOSURE COSTS

| DISB ID | DATE COSTS INCURRED | CLIENT | MATTER | LOAN # | MATTER DESCRIPTION | BASE AMT | NARRATIVE |
|---|---|---|---|---|---|---|---|
| 4309325 | 12/4/2007 | 212971 | 1209 | 1001152443 | FOISY, Jason R. | $295.00 | VENDOR: PSINet, Inc.; INVOICE#: 683373; DATE: 12/4/2007 - Served- unknown spouse of Jason R. Foisy, if married |
| 4420076 | 4/3/2008 | 212971 | 1215 | 1001181195 | Robin Delaurie | $28.00 | PAYEE: Commonwealth of Massachusetts; REQUEST#: 376539; DATE: 4/3/2008. - Death Certificate |
| 4310634 | 12/10/2007 | 212971 | 1228 | 1001318694 | TURULL, Luis | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 718843; DATE: 12/10/2007 - Served- Jane Doe |
| 4310633 | 12/10/2007 | 212971 | 1228 | 1001318694 | TURULL, Luis | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 718843; DATE: 12/10/2007 - Served- John Doe |
| 4310622 | 12/10/2007 | 212971 | 1228 | 1001318694 | TURULL, Luis | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 718843; DATE: 12/10/2007 - Served- Luis E. Turull |
| 4310630 | 12/10/2007 | 212971 | 1228 | 1001318694 | TURULL, Luis | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 718843; DATE: 12/10/2007 - Served- New Haven at Abacoa Homeowners Assoc., Inc. a Florida Corporation |
| 4310624 | 12/10/2007 | 212971 | 1228 | 1001318694 | TURULL, Luis | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 718843; DATE: 12/10/2007 - Served- Saba R. Curren |
| 4310623 | 12/10/2007 | 212971 | 1228 | 1001318694 | TURULL, Luis | $45.00 | VENDOR: ProVest, Inc.; INVOICE#: 718843; DATE: 12/10/2007 - Served- unknown spouse of Luis E. Turull, if married |
| 4426856 | 4/4/2008 | 212971 | 1237 | 1001305396 | Leon D Arcila | $55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 221056; DATE: 4/4/2008 - Served: Commondore Plaza Condominium Association, Inc. |
| 4419301 | 4/2/2008 | 212971 | 1460 | 1001321582 | KLINE, JOSEPH | $294.40 | PAYEE: Sarasota Herald-Tribune; REQUEST#: 376196; DATE: 4/2/2008. - Pub Notice of Sale - Invc. # SC52GOBJQ - kLINE (run dates 3/14/08 to 3/21/08) |
| | | | | | GRAND TOTAL | $ 8,647.56 | |