## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **AMERICAN HOME MORTGAGE** | : Case No. 07-11047 (CSS) |
| **HOLDINGS, INC., a Delaware** | : |
| **Corporation, et al.,**[1] | : Jointly Administered |
| | : |
| | : Objection Deadline: May 14, 2009 at 4:00 p.m. |
| **Debtors.** | Hearing Date: Only if objections are filed |

### SECOND MONTHLY APPLICATION OF HENNIGAN, BENNETT & DORMAN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH FEBRUARY 28, 2009

| | |
|---|---|
| Name of Applicant: | Hennigan, Bennett & Dorman LLP. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | May 2, 2008, *nunc pro tunc* to March 3, 2008 |
| Period for which compensation and reimbursement are sought: | November 1, 2008 through February 28, 2009 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $50,438.40 (80% of $63,048.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $2,325.37 |

This is a(n): _X_ monthly ___ interim ___ final application.

This Application includes 7.00 hours expended (at a value of $3,535.00) in connection with the preparation of Fee Applications.

This is the second monthly application.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

Previous Applications:

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Order Entered |
| 12/19/2008 Docket No. 6760 | 03/03/2008 10/31/2008 | $125,973.00 | $6,691.47 | $124,834.50 | $6,691.47 | 1/13/2009 Docket No. 6838 |

2

734492.01

**ATTACHMENT B**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeanne E. Irving | Joined firm as a Partner in 1995.  Member of California Bar since 1978. | $680.00 | 10.10 | $6,868.00 |
| Michael Morris | Originally joined firm as Of Counsel in 2000.  Rejoined firm as Of Counsel in 2007. Member of California Bar since 1979. | $760.00 | 65.20 | $49,552.00 |
| Joshua D. Morse | Joined firm as an Associate in 2000.  Member of California Bar since 2000. | $505.00 | 13.10 | $6,565.00 |
| Kevin Floyd | Joined firm as Paralegal in 1999.  Paralegal 7 years. | $210.00 | 0.30 | $63.00 |
| **Grand Total:** | | | **88.70** | **$63,048.00** |
| **Total Attorney Hours/Compensation** | | | **88.40** | **$62,985.00** |
| **Blended Rate:** | | **$710.80/hr** | | |

3

## COMPENSATION BY PROJECT CATEGORY

| Fee Category | Nov. '08-Feb. '09 Hours | Nov. '08-Feb. '09 Fees |
|---|---|---|
| Case Administration (010) | 0.60 | $240.00 |
| Communications with Creditors (020) | 0.00 | $0.00 |
| General Business Operations (030) | 0.00 | $0.00 |
| Fee/Employment Applications (040) | 7.20 | $3,687.00 |
| Fee/Employment Objections (050) | 0.60 | $303.00 |
| Financing (060) | 0.00 | $0.00 |
| Claims Administration and Objections (070) | 0.00 | $0.00 |
| Asset Analysis and Recovery (080) | 0.00 | $0.00 |
| Asset Disposition (090) | 0.00 | $0.00 |
| Plan/Disclosure Statement (100) | 0.00 | $0.00 |
| Employee Benefits/Plans (110) | 0.00 | $0.00 |
| Litigation (120) | 80.20 | $58,818.00 |
| **Totals:** | **88.70** | **$63,048.00** |

## EXPENSE SUMMARY

| Expense Category | Nov. '08-Feb. '09 Costs |
|---|---|
| Computerized Legal Research | $61.86 |
| Couriers (Federal Express) | $0.00 |
| Binders | $3.05 |
| Graphics & Production | $0.00 |
| In House Reproduction | $0.00 |
| Meals | $0.00 |
| Outside Background Research (PACER) | $9.12 |
| Parking | $0.00 |
| Postage | $0.00 |
| Scanning | $2.20 |
| Telecopy | $0.00 |
| Telephone | $0.00 |
| Travel & Transportation | $2,249.14 |
| **Total:** | **$2,325.37** |

734492.01

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC., a Delaware** | : | |
| **Corporation, et al.,**[1] | : | **Jointly Administered** |
| | : | |
| | : | **Objection Deadline: May 14, 2009 at 4:00 p.m.** |
| **Debtors.** | | **Hearing Date: Only if objections are filed** |

## SECOND MONTHLY APPLICATION OF HENNIGAN, BENNETT & DORMAN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH FEBRUARY 28, 2009

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code, dated September 3, 2007 [Docket No. 547] (the "Administrative Order"), Hennigan, Bennett & Dorman LLP ("HBD") hereby files this Second Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for the Period From November 1, 2008 through and including February 28, 2009 (the "Application"). By this Application, HBD seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $50,438.40 (80% of $63,048.00) as compensation for necessary professional services rendered and $2,325.37 for reimbursement of actual and necessary costs and expenses

---

[1]    The Debtors are the following entities:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

for a total of $52,763.77 for the period November 1, 2008 through and including

February 28, 2009 (the "Compensation Period"). In support of this Application, HBD

respectfully represents as follows:

## Background

1.    On August 6, 2007 (the "Petition Date"), American Home Mortgage Holdings,

Inc., et al. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for

reorganization under Chapter 11 of the Bankruptcy Code. The Debtors have continued in the

management and operation of their businesses as debtors and debtors-in possession pursuant to

sections 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed in the

Debtors' cases.

2.    On August 14, 2007, the United States Trustee for the District of Delaware

appointed the Official Committee of Unsecured Creditors (the "Committee"), which was initially

comprised of the following seven (7) members: Wilmington Trust Company; United Parcel

Service, c/o The Receivable Management Services Corporation, Its Agent; The Bank of New

York Trust Company, N.A.; Deutsche Bank National Trust Co.; as Trustee; Nomura Credit &

Capital, Inc.; Impac Funding Corporation; and Waldners Business Environments, Inc.

3.    The Committee's retention of HBD as their special conflicts counsel was

approved effective as of March 3, 2008, by this Court's Order entered on May 2, 2008 (the

"Retention Order"). The Retention Order authorized HBD to be compensated on an hourly basis

and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

4.    All services for which compensation is requested by HBD were performed for or

on behalf of the Committee.

2

734492.01

5.      HBD has received no payment and no promises for payment from any source for

services rendered or to be rendered in any capacity whatsoever in connection with the matters

covered by this Application.  Further, there is no agreement or understanding between HBD and

any other person other than the partners of HBD for the sharing of compensation to be received

for services rendered in these cases.

### Fee Statements

6.      The fee statement for the Compensation Period is attached hereto as Exhibit A.

This statement contains daily time logs describing the time spent by each attorney,

paraprofessional and litigation support specialist during the Compensation Period.  To the best of

HBD's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy

Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee,

Del. Bankr. L.R. 2016-2, and the Administrative Order.

### Actual and Necessary Expenses

7.      HBD has incurred out-of-pocket disbursements during the Compensation Period

in the amount of $2,325.37.  This disbursement sum is broken down into categories of charges,

including, among other things, telecopier toll and other charges, mail and express mail charges,

special or hand delivery charges, document processing, photocopying and scanning charges,

charges for mailing supplies (including, without limitation, envelopes and labels) provided by

HBD to outside copying services for use in mass mailings, parking and travel and transportation

expenses.  A summary of the expenses incurred for the Compensation Period may be found in

Exhibit B attached hereto.  Following the summary is an itemization of expenses within each

expense category, as required by Del. Bankr. LR 2016-2(e)(ii).

3

734492.01

8.    Pursuant to Del. Bankr. LR 2016-2(e)(iii), HBD represents that its rate for duplication is $.10 per page, its effective rate for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research. The effective telecopier rate charged to the Committee by HBD is the same rate customarily charged by the firm to its non-bankruptcy clients.

## Summary of Services Rendered

9.    The HBD attorneys who have rendered professional services in these cases during the Compensation Period are Michael Morris, Jeanne E. Irving, and Joshua D. Morse. Paraprofessional support services were provided by Kevin Floyd.

10.    HBD, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications, motions, responsive papers and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various litigation matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

## Summary of Services by Project

11.    The services rendered by HBD during the Compensation Period can be grouped into the categories reflected on Exhibit A attached hereto. The attorneys and/or paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

734492.01

**Valuation of Services**

12.    Attorneys and/or paraprofessionals of HBD have expended a total of 88.70 hours in connection with these matters during the Compensation Period.

13.    The nature of the work performed by these individuals is fully set forth in Exhibit A attached hereto.  These are HBD's normal hourly rates for work of this character.  The reasonable value of the services rendered by HBD during the Compensation Period is $63,048.00.

14.    HBD believes that the time and fee entries included in Exhibit A attached hereto are in compliance with the requirements of Del. Bankr. LR 2016-2.

15.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

734492.01

**WHEREFORE**, HBD respectfully requests that allowance be made to it in the sum of $50,438.40 (80% of $63,048.00) as compensation for necessary professional services rendered, and the sum of $2,325.37 for reimbursement of actual and necessary costs and expenses, for a total of $52,763.77, and that such sums be authorized for payment pursuant to the Administrative Order, and for such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
April 24, 2009

BIFFERATO LLC

Ian Connor Bifferato (No. 3273)
Thomas F. Driscoll III (No. 4703)
Kevin G. Collins (No. 5149)
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 225-7600

-and-

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
Michael A. Morris
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200

*Special Conflicts Counsel to the
Official Committee of Unsecured Creditors*

734492.01