# EXHIBIT A

734492.01

PAGE 2                           In Reference To:                              DATE: 4/21/2009
                              American Home Mortgage
                         Our File Number:  AMERICA.AHM


PROFESSIONAL SERVICES RENDERED

| Description | Amount |
|---|---:|
| 0010 - Case Administration | 240.00 |
| 0040 - Fee/Employment Application | 3,687.00 |
| 0050 - Fee/Employment Objections | 303.00 |
| 0120 - Litigation | 58,818.00 |

TOTAL:                                                                           $63,048.00

PAGE 3                          In Reference To:                          DATE: 4/21/2009
                             American Home Mortgage
                         Our File Number:  AMERICA.AHM

TIMEKEEPER SUMMARY

0010 - Case Administration

| **Name** | **Hours** | **Amount** |
|---|---|---|
| Joshua D. Morse | 0.20 | $101.00 |
| Kevin Floyd | 0.30 | $63.00 |
| Michael Morris | 0.10 | $76.00 |
| TOTALS: 0010 - Case Administration | 0.60 | $240.00 |

PAGE 4	In Reference To:	DATE: 4/21/2009
American Home Mortgage
Our File Number: AMERICA.AHM

0010 - Case Administration

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 12/18/2008 | Kevin Floyd | Research regarding case pleadings for Mr. Morse. | 0.30 | $63.00 |
| 12/18/2008 | Michael Morris | Correspondence to Mr. Power regarding retention of local counsel. | 0.10 | $76.00 |
| 12/18/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. Power regarding retention of Delaware local counsel. | 0.20 | $101.00 |
| TOTALS: 0010 - Case Administration | | | 0.60 | $240.00 |

0040 - Fee/Employment Application

| Name | Hours | Amount |
|---|---|---|
| Joshua D. Morse | 7.00 | $3,535.00 |
| Michael Morris | 0.20 | $152.00 |
| TOTALS: 0040 - Fee/Employment Application | 7.20 | $3,687.00 |

PAGE 6          In Reference To:          DATE: 4/21/2009
American Home Mortgage
Our File Number: AMERICA.AHM

0040 - Fee/Employment Application

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 11/5/2008 | Michael Morris | Correspondence with Messrs. Randolf and Power regarding retention motion. | 0.20 | $152.00 |
| 12/4/2008 | Joshua D. Morse | Telephone conference with Mr. Morris regarding interim fee application. | 0.10 | $50.50 |
| 12/4/2008 | Joshua D. Morse | Review fee applications filed by committee counsel. | 0.30 | $151.50 |
| 12/8/2008 | Joshua D. Morse | Review pre-bill for first interim fee application. | 1.30 | $656.50 |
| 12/8/2008 | Joshua D. Morse | Draft first interim fee application. | 1.40 | $707.00 |
| 12/11/2008 | Joshua D. Morse | Review revised invoice for first interim fee application. | 0.50 | $252.50 |
| 12/18/2008 | Joshua D. Morse | Review and revise first interim fee application. | 1.70 | $858.50 |
| 12/18/2008 | Joshua D. Morse | Confirm service requirements of first interim fee application. | 0.50 | $252.50 |
| 12/18/2008 | Joshua D. Morse | Draft e-mail correspondence to Mr. McDaniel transmitting first interim fee application for filing and service. | 0.20 | $101.00 |
| 1/12/2009 | Joshua D. Morse | Review and respond to e-mail correspondences from Ms. Randolph regarding order approving interim fees. | 0.40 | $202.00 |
| 1/12/2009 | Joshua D. Morse | Review order approving interim fees. | 0.20 | $101.00 |
| 1/23/2009 | Joshua D. Morse | Trade e-mails with Ms. Laskin regarding satisfaction of interim fees and expenses. | 0.30 | $151.50 |
| 1/26/2009 | Joshua D. Morse | Review and respond to e-mail correspondence from Mr. Martinez regarding wire instructions. | 0.10 | $50.50 |

TOTALS: 0040 - Fee/Employment Application          7.20      $3,687.00

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 4/21/2009

0050 - Fee/Employment Objections

| Name | Hours | Amount |
|---|---|---|
| Joshua D. Morse | 0.60 | $303.00 |
| TOTALS: 0050 - Fee/Employment Objections | 0.60 | $303.00 |

## 0050 - Fee/Employment Objections

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 12/30/2008 | Joshua D. Morse | Trade e-mails with Ms. Anemone regarding informal objection to fee application. | 0.20 | $101.00 |
| 12/31/2008 | Joshua D. Morse | Analysis of informal objection to fee application by counsel to U.S. Trustee. | 0.40 | $202.00 |
| TOTALS: 0050 - Fee/Employment Objections | | | 0.60 | $303.00 |

PAGE 9                     In Reference To:                           DATE: 4/21/2009
                         American Home Mortgage
                      Our File Number: AMERICA.AHM

0120 - Litigation

| Name | Hours | Amount |
|---|---|---|
| Jeanne E. Irving | 10.10 | $6,868.00 |
| Joshua D. Morse | 5.20 | $2,626.00 |
| Michael Morris | 64.90 | $49,324.00 |
| TOTALS: 0120 - Litigation | 80.20 | $58,818.00 |

0120 - Litigation

| Date | Name | Description | Hours | Fees |
| --- | --- | --- | --- | --- |
| 11/1/2008 | Michael Morris | Review changes to stipulation from Mr. Beach. | 0.50 | $380.00 |
| 11/1/2008 | Michael Morris | Correspondence to Mr. Beach regarding changes to stipulation. | 0.20 | $152.00 |
| 11/1/2008 | Michael Morris | Revise stipulation from Mr. Beach. | 0.50 | $380.00 |
| 11/1/2008 | Michael Morris | Correspondence to Mr. Landis with revised version of the stipulation. | 0.20 | $152.00 |
| 11/1/2008 | Michael Morris | Review correspondence with Mr. Beach and Mr. Landis and response. | 0.30 | $228.00 |
| 11/3/2008 | Michael Morris | Correspondence with Mr. Power regarding status with JPM. | 0.10 | $76.00 |
| 11/3/2008 | Michael Morris | Prepare summary of stipulation for committee approval. | 0.50 | $380.00 |
| 11/3/2008 | Michael Morris | Telephone conference with Messrs. Landis and Beach regarding resolution of relief from stay issue. | 0.40 | $304.00 |
| 11/3/2008 | Michael Morris | Correspondence to Mr. Power regarding call with Mr. Landis. | 0.10 | $76.00 |
| 11/3/2008 | Michael Morris | Review correspondence to committee. | 0.10 | $76.00 |
| 11/3/2008 | Michael Morris | Review correspondence from Mr. Landis to Mr. Beach regarding discovery. | 0.10 | $76.00 |
| 11/4/2008 | Michael Morris | Review correspondence from Mr. Beach regarding subpoenas. | 0.10 | $76.00 |
| 11/7/2008 | Michael Morris | Review revised stipulation from Mr. Beach. | 0.40 | $304.00 |
| 11/7/2008 | Michael Morris | Correspondence to Mr. Beach regarding revised stipulation. | 0.20 | $152.00 |
| 11/11/2008 | Michael Morris | Review revisions to stipulation from Mr. McGuire. | 0.50 | $380.00 |
| 11/11/2008 | Michael Morris | Correspondence to Mr. McGuire regarding stipulation changes and agreement regarding termination of claim. | 0.40 | $304.00 |
| 11/11/2008 | Michael Morris | Further correspondence with Messrs. Beach and Landis regarding issues in stipulation. | 0.30 | $228.00 |
| 11/13/2008 | Michael Morris | Review revisions to stipulation from Mr. Landis. | 0.50 | $380.00 |
| 11/13/2008 | Michael Morris | Telephone conference with Mr. Beach regarding stipulation. | 0.30 | $228.00 |
| 11/18/2008 | Michael Morris | Telephone conference with Messrs. Beach and Landis regarding stipulation and open issues. | 1.00 | $760.00 |

PAGE 11

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 4/21/2009

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 11/20/2008 | Jeanne E. Irving | Review and respond to electronic correspondence from Mr. Morris regarding complaint, and review reply regarding same. | 0.10 | $68.00 |
| 11/20/2008 | Michael Morris | Review changes to stipulation from Mr. McGuire. | 0.50 | $380.00 |
| 11/20/2008 | Michael Morris | Correspondence to Mr. McGuire regarding stipulation. | 0.10 | $76.00 |
| 11/20/2008 | Michael Morris | Correspondence to Mr. Power regarding status. | 0.20 | $152.00 |
| 11/20/2008 | Michael Morris | Correspondence with Mr. Beach regarding stipulation. | 0.10 | $76.00 |
| 11/21/2008 | Michael Morris | Correspondence regarding revised stipulation. | 0.20 | $152.00 |
| 11/24/2008 | Michael Morris | Correspondence with Mr. Beach and review of revisions to stipulation. | 0.50 | $380.00 |
| 11/24/2008 | Michael Morris | Correspondence with Mr. McGuire regarding committee approval. | 0.10 | $76.00 |
| 11/24/2008 | Michael Morris | Correspondence with Mr. Beach regarding changes to stipulation. | 0.10 | $76.00 |
| 11/24/2008 | Michael Morris | Telephone conference with Mr. Landis regarding settlement. | 0.30 | $228.00 |
| 11/24/2008 | Michael Morris | Research regarding perfection and equitable lien. | 0.60 | $456.00 |
| 11/25/2008 | Jeanne E. Irving | Review and revise complaint. | 4.40 | $2,992.00 |
| 11/25/2008 | Jeanne E. Irving | Legal research regarding causes of action. | 0.70 | $476.00 |
| 11/25/2008 | Michael Morris | Review final stipulation changes. | 0.20 | $152.00 |
| 11/25/2008 | Michael Morris | Correspondence with Messrs. Beach and McGuire regarding execution and presentation of stipulation. | 0.20 | $152.00 |
| 11/25/2008 | Michael Morris | Correspondence to Mr. Bifferato regarding execution of stipulation. | 0.20 | $152.00 |
| 11/26/2008 | Michael Morris | Correspondence to Mr. Beach regarding complaint and information for JPM. | 0.20 | $152.00 |
| 11/26/2008 | Michael Morris | Review changes to complaint from Mr. Irving. | 0.40 | $304.00 |
| 11/26/2008 | Michael Morris | Correspondence with Mr. Beach regarding call. | 0.10 | $76.00 |
| 12/1/2008 | Michael Morris | Correspondence with Mr. McGuire regarding mediator selection. | 0.10 | $76.00 |
| 12/1/2008 | Michael Morris | Correspondence regarding mediator and review complaint for information needed. | 0.50 | $380.00 |

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 4/21/2009

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 12/2/2008 | Michael Morris | Telephone conference with parties (Messrs. McGuire and Beach) regarding selection of mediator and timing. | 0.60 | $456.00 |
| 12/2/2008 | Michael Morris | Correspondence with Mr. McDaniel regarding mediator and review correspondence to Judge Gross. | 0.20 | $152.00 |
| 12/3/2008 | Michael Morris | Telephone conference with Mr. Beach regarding status of information for complaint. | 0.50 | $380.00 |
| 12/3/2008 | Michael Morris | Correspondence with Mr. McDaniel regarding call with Judge Gross. | 0.20 | $152.00 |
| 12/4/2008 | Michael Morris | Telephone conference with parties (Messrs. McGuire and Beach and others) regarding calendar of mediation and prepare for call with court. | 0.40 | $304.00 |
| 12/4/2008 | Michael Morris | Telephone conference with Judge Gross and parties regarding timing of mediation. | 0.40 | $304.00 |
| 12/5/2008 | Michael Morris | Review information from debtor regarding foreclosed properties and proceeds there from. | 0.50 | $380.00 |
| 12/5/2008 | Michael Morris | Telephone conference with Messrs. Dorsey and Beach and Ms. Edwards regarding information and revisions to complaint. | 0.60 | $456.00 |
| 12/5/2008 | Michael Morris | Review and analyze information from debtors. | 0.70 | $532.00 |
| 12/8/2008 | Michael Morris | Review and analyze information from debtors regarding potential settlement structure. | 0.50 | $380.00 |
| 12/8/2008 | Michael Morris | Correspondence to Mr. Randolf regarding joint prosecution stipulation. | 0.10 | $76.00 |
| 12/8/2008 | Michael Morris | Correspondence with debtors' counsel regarding conference call. | 0.10 | $76.00 |
| 12/9/2008 | Michael Morris | Correspondence with Mr. Beach regarding stipulation and complaint. | 0.20 | $152.00 |
| 12/9/2008 | Michael Morris | Review and revise draft complaint for transmittal to JPMorgan. | 0.50 | $380.00 |
| 12/9/2008 | Michael Morris | Correspondence to Mr. Beach regarding complaint. | 0.10 | $76.00 |
| 12/10/2008 | Michael Morris | Review revised joint prosecution stipulation from Ms. Edwards. | 0.30 | $228.00 |
| 12/10/2008 | Michael Morris | Review transmittal to JPMorgan regarding information required by complaint. | 0.20 | $152.00 |
| 12/10/2008 | Michael Morris | Correspondence to Mr. Power regarding information from debtor regarding amounts at issue. | 0.20 | $152.00 |

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 4/21/2009

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 12/10/2008 | Michael Morris | Analyze schedules produced by debtor regarding foreclosures and post-petition payments. | 0.70 | $532.00 |
| 12/11/2008 | Michael Morris | Correspondence regarding documents from JPMorgan. | 0.20 | $152.00 |
| 12/15/2008 | Michael Morris | Memorandum to committee regarding settlement approach and transmittal to Mr. Power. | 0.80 | $608.00 |
| 12/17/2008 | Michael Morris | Correspondence regarding call with Servicing. | 0.10 | $76.00 |
| 12/18/2008 | Michael Morris | Correspondence with Mr. Randolf regarding retention of local counsel. | 0.20 | $152.00 |
| 12/22/2008 | Michael Morris | Research issues regarding avoidance of JPMorgan security interest. | 1.20 | $912.00 |
| 12/22/2008 | Michael Morris | Draft mediation statement for JPMorgan dispute. | 2.50 | $1,900.00 |
| 12/23/2008 | Michael Morris | Correspondence with Ms. Edwards regarding draft mediation statement. | 0.10 | $76.00 |
| 12/23/2008 | Michael Morris | Revise mediation statement. | 1.10 | $836.00 |
| 12/23/2008 | Michael Morris | Correspondence and transmit draft mediation statement to debtor. | 1.10 | $836.00 |
| 12/29/2008 | Michael Morris | Correspondence regarding dates for mediation. | 0.20 | $152.00 |
| 12/29/2008 | Michael Morris | Revise mediation statement. | 0.80 | $608.00 |
| 12/30/2008 | Michael Morris | Telephone conference with Ms. Edwards regarding mediation statement and timing. | 0.30 | $228.00 |
| 12/30/2008 | Michael Morris | Revise mediation statement. | 0.80 | $608.00 |
| 12/31/2008 | Michael Morris | Revise mediation statement and transmit to Ms. Edwards. | 1.20 | $912.00 |
| 12/31/2008 | Michael Morris | Review correspondence regarding scheduling mediation. | 0.20 | $152.00 |
| 1/5/2009 | Michael Morris | Correspondence with Messrs. McGuire and Edwards regarding mediation. | 0.10 | $76.00 |
| 1/5/2009 | Michael Morris | Correspondence with Mr. Bifferato regarding mediation statements. | 0.10 | $76.00 |
| 1/12/2009 | Michael Morris | Correspondence regarding interim fee order. | 0.20 | $152.00 |
| 1/12/2009 | Michael Morris | Revise mediation statement and review prior correspondence with JPM and cited cases. | 2.00 | $1,520.00 |
| 1/13/2009 | Michael Morris | Correspondence from Mr. Edwards regarding information from servicing. | 0.20 | $152.00 |
| 1/14/2009 | Michael Morris | Additional research regarding lien avoidance issues and equitable lien for mediation. | 1.70 | $1,292.00 |
| 1/14/2009 | Michael Morris | Revise mediation statement. | 0.80 | $608.00 |

PAGE 14        In Reference To:        DATE: 4/21/2009
American Home Mortgage
Our File Number: AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 1/15/2009 | Michael Morris | Revise mediation statement with updated case materials. | 1.20 | $912.00 |
| 1/15/2009 | Michael Morris | Correspondence to Messrs. Dorsey and Edwards with revised joint statement. | 0.30 | $228.00 |
| 1/16/2009 | Michael Morris | Telephone conference with Mr. Edwards regarding mediation statement. | 0.30 | $228.00 |
| 1/16/2009 | Michael Morris | Review suggested changes to statement from Young Conaway. | 0.60 | $456.00 |
| 1/19/2009 | Michael Morris | Review final changes to mediation statement. | 0.50 | $380.00 |
| 1/19/2009 | Michael Morris | Correspondence with Messrs. Edwards and Bifferato regarding completion and filing of statement. | 0.30 | $228.00 |
| 1/20/2009 | Michael Morris | Review and analyze mediation statement from JPM. | 1.50 | $1,140.00 |
| 1/20/2009 | Michael Morris | Correspondence from Mr. Power regarding recommendations. | 0.20 | $152.00 |
| 1/26/2009 | Michael Morris | Correspondence to committee regarding settlement alternatives and draft to Mr. Power. | 0.80 | $608.00 |
| 1/27/2009 | Michael Morris | Correspondence with Mr. Edwards regarding conference call. | 0.10 | $76.00 |
| 1/27/2009 | Michael Morris | Review schedules from servicing and analyze impact on previous numbers. | 0.80 | $608.00 |
| 1/28/2009 | Michael Morris | Review cases cited by JPM in mediation statement and related materials. | 0.80 | $608.00 |
| 1/30/2009 | Michael Morris | Prepare outline of potential settlement structures. | 0.50 | $380.00 |
| 2/2/2009 | Michael Morris | Review mediation statement from JPM in preparation for mediation. | 0.50 | $380.00 |
| 2/2/2009 | Michael Morris | Telephone conference with Mr. Power regarding mediation, potential issues and settlement ranges. | 0.40 | $304.00 |
| 2/2/2009 | Michael Morris | Telephone conference with Mr. McDaniel regarding mediation. | 0.20 | $152.00 |
| 2/2/2009 | Michael Morris | Correspondence from Mr. Edwards with updated information regarding REO assets. | 0.40 | $304.00 |
| 2/2/2009 | Michael Morris | Review mediation materials and travel to Delaware to attend mediation and attend to preparation for same en route (non-working travel time billed at 1/2). | 4.80 | $3,648.00 |
| 2/3/2009 | Michael Morris | Prepare for mediation. | 0.50 | $380.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 4/21/2009

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 2/3/2009 | Michael Morris | Meet with debtors' counsel in preparation for mediation. | 0.40 | $304.00 |
| 2/3/2009 | Michael Morris | Attend mediation with Judge Gross regarding issues with JPM. | 5.00 | $3,800.00 |
| 2/3/2009 | Michael Morris | Return from Delaware following mediation and correspondence to Mr. Power regarding results of mediation (Non-working travel time billed at 1/2). | 4.20 | $3,192.00 |
| 2/4/2009 | Michael Morris | Draft memorandum to Mr. Morse and Ms. Irving regarding status of JPM litigation and plan going forward. | 1.20 | $912.00 |
| 2/5/2009 | Joshua D. Morse | Telephone conference with Mr. Morris regarding litigation against JPMorgan. | 0.40 | $202.00 |
| 2/10/2009 | Jeanne E. Irving | Review and analyze materials provided by Mr. Morris regarding JP Morgan litigation. | 1.40 | $952.00 |
| 2/10/2009 | Jeanne E. Irving | Draft various electronic correspondences to Mr. Morris and Mr. Morse regarding conference call. | 0.10 | $68.00 |
| 2/10/2009 | Joshua D. Morse | Review memorandum from Mr. Morris regarding litigation against JPMorgan. | 0.50 | $252.50 |
| 2/10/2009 | Joshua D. Morse | Review draft complaint against JPMorgan. | 0.40 | $202.00 |
| 2/10/2009 | Joshua D. Morse | Trade e-mails with Mr. Morris regarding conference call to discuss litigation against JPMorgan. | 0.20 | $101.00 |
| 2/11/2009 | Michael Morris | Correspondence with Mr. McDaniel regarding plan confirmation. | 0.10 | $76.00 |
| 2/12/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morse regarding conference regarding preparation of complaint and discovery. | 0.10 | $68.00 |
| 2/12/2009 | Michael Morris | Correspondence with Mr. Beach regarding further information from Servicing. | 0.30 | $228.00 |
| 2/12/2009 | Michael Morris | Correspondence regarding conference call regarding JPM litigation. | 0.20 | $152.00 |
| 2/17/2009 | Jeanne E. Irving | Review and analyze memorandum from Mr. Morris regarding status of case. | 0.50 | $340.00 |
| 2/17/2009 | Jeanne E. Irving | Conference with Messrs. Morris and Morse regarding litigation strategy. | 1.00 | $680.00 |
| 2/17/2009 | Joshua D. Morse | Prepare for conference call regarding JPMorgan litigation. | 0.40 | $202.00 |
| 2/17/2009 | Joshua D. Morse | Attend conference call regarding JPMorgan litigation. | 1.00 | $505.00 |

| PAGE 16 | | In Reference To:<br>American Home Mortgage<br>Our File Number: AMERICA.AHM | | DATE: 4/21/2009 |
|---|---|---|---|---|

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 2/18/2009 | Joshua D. Morse | Review e-mail correspondence from Mr. Morris regarding conference call with Young Conaway. | 0.10 | $50.50 |
| 2/19/2009 | Jeanne E. Irving | Telephone conference with Messrs. Morse, Morris, Beach and Niberg regarding collecting documents relevant to dispute with JP Morgan. | 0.60 | $408.00 |
| 2/19/2009 | Michael Morris | Telephone conference with debtor personnel regarding JPM litigation and documents from Servicing. | 0.70 | $532.00 |
| 2/19/2009 | Joshua D. Morse | Attend conference call with Yong Conaway regarding litigation against JPMorgan. | 0.50 | $252.50 |
| 2/19/2009 | Joshua D. Morse | Telephone conference with Mr. Morris and Ms. Irving regarding litigation against JPMorgan. | 0.40 | $202.00 |
| 2/20/2009 | Michael Morris | Correspondence with Mr. Beach regarding Servicing agreement. | 0.10 | $76.00 |
| 2/20/2009 | Michael Morris | Correspondence from Mr. McGuire regarding extension of time and reply to Mr. Beach. | 0.20 | $152.00 |
| 2/20/2009 | Michael Morris | Correspondence with Mr. Morse regarding documents from Servicing. | 0.10 | $76.00 |
| 2/20/2009 | Joshua D. Morse | Draft e-mail correspondence to Mr. Morris regarding rule 2004 examination of servicing. | 0.10 | $50.50 |
| 2/23/2009 | Michael Morris | Correspondence regarding Servicing documents. | 0.20 | $152.00 |
| 2/25/2009 | Michael Morris | Draft correspondence to Servicing. | 0.60 | $456.00 |
| 2/26/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding REO files. | 0.10 | $68.00 |
| 2/26/2009 | Jeanne E. Irving | Review and revise letter to Servicing regarding REO files. | 1.10 | $748.00 |
| 2/26/2009 | Michael Morris | Prepare correspondence regarding Servicing documents and transmit to Mr. Morse and Ms. Irving. | 0.50 | $380.00 |
| 2/26/2009 | Michael Morris | Review changes to letter from Mr. Morse. | 0.20 | $152.00 |
| 2/26/2009 | Michael Morris | Correspondence with Mr. Beach regarding documents. | 0.10 | $76.00 |
| 2/26/2009 | Michael Morris | Review documents posted by debtor regarding REO loans. | 0.70 | $532.00 |
| 2/26/2009 | Michael Morris | Review correspondence from JPM regarding fees and expenses of collateral preservation. | 0.20 | $152.00 |
| 2/26/2009 | Joshua D. Morse | Review and revise letter to servicing. | 0.60 | $303.00 |
| 2/26/2009 | Joshua D. Morse | Review e-mail correspondence from YCST regarding loan files. | 0.20 | $101.00 |

PAGE 17

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 4/21/2009

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 2/26/2009 | Joshua D. Morse | Review loan file documents. | 0.40 | $202.00 |
| 2/27/2009 | Michael Morris | Correspondence to Mr. Beach regarding documents and status of litigation. | 0.20 | $152.00 |
| 2/27/2009 | Michael Morris | Correspondence from Mr. Schiffer regarding Topol comments. | 0.20 | $152.00 |
| 2/27/2009 | Michael Morris | Correspondence to Messrs. Bennett and Morse regarding response to Topol and status. | 0.30 | $228.00 |
| 2/27/2009 | Michael Morris | Correspondence to Mr. Bennett regarding tax counsel. | 0.10 | $76.00 |
| 2/27/2009 | Michael Morris | Correspondence to Mr. Wiltenburg regarding insurance illustrations status. | 0.20 | $152.00 |

TOTALS: 0120 - Litigation                                              80.20        $58,818.00