# EXHIBIT B

734492.01

PAGE 18                                In Reference To:                              DATE: 4/21/2009
                                    American Home Mortgage
                                Our File Number:  AMERICA.AHM

COSTS ADVANCED

| Description | Amount |
|---|---:|
| Outside Background Research | 9.12 |
| Binders | 3.05 |
| Computerized Legal Research | 61.86 |
| Scanning | 2.20 |
| Travel & Transportation | 2,249.14 |

TOTAL COSTS ADVANCED:                                                               $2,325.37

PAGE 19                           In Reference To:                           DATE: 4/21/2009
                              American Home Mortgage
                           Our File Number:  AMERICA.AHM

COSTS BY ACTIVITY

PAGE 20                                         In Reference To:                                         DATE: 4/21/2009
                                               American Home Mortgage
                                         Our File Number:  AMERICA.AHM

ACTIVITY: BAC

| Date | Description | Amount |
|---|---|---|
| 12/08/08 | Outside Background Research For services rendered from 10/01/08 to 12/31/08 for Legal Research - Pacer. | $9.12 |

TOTAL: BAC

$9.12

ACTIVITY: BIN

| Date | Description | Amount |
|---|---|---|
| 11/25/08 | Binder expense (1 inch @ 3.05 per binder). | $3.05 |

TOTAL: BIN

$3.05

ACTIVITY: HLEG

| Date | Description | Amount |
|---|---|---|
| 11/25/08 | Computerized Legal Research SHEPARDS SERVICE - LEGAL CITATION SERVICES on 11/25/2008 | $1.42 |
| 11/25/08 | Computerized Legal Research LEXIS LEGAL SERVICES - DOCUMENT PRINTING on 1 1/25/2008 | $3.16 |
| 11/25/08 | Computerized Legal Research LEXIS LEGAL SERVICES - SINGLE DOCUMENT RETRIE VAL on 11/25/2008 | $3.92 |
| 12/02/08 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 12/02/2008 | $12.07 |
| 12/22/08 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 2/22/2008 | $1.15 |
| 12/22/08 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 12/22/2008 | $7.94 |
| 12/22/08 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 12/ 22/2008 | $8.53 |
| 12/22/08 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 12/22/2008 | $23.67 |

TOTAL: HLEG

$61.86

ACTIVITY: SCA

PAGE 21                          In Reference To:                              DATE: 4/21/2009
                              American Home Mortgage
                           Our File Number: AMERICA.AHM

| Date | Description | Amount |
|---|---|---|
| 11/07/08 | Scanning Expense (3 pages @ $0.10 per page). | $0.30 |
| 11/07/08 | Scanning Expense (3 pages @ $0.10 per page). | $0.30 |
| 12/04/08 | Scanning Expense (16 pages @ $0.10 per page). | $1.60 |

TOTAL: SCA

$2.20

ACTIVITY: TRA

| Date | Description | Amount |
|---|---|---|
| 01/26/09 | Travel & Transportation - Travel Agent Fee for Mr. Morris (02/02/09 - 02/03/09). | $35.00 |
| 01/26/09 | Travel & Transportation - Airfare Expense for Mr. Morris (Round-trip from Florida to Philadelphia; Reduced from actual fare to full-fare coach; 02/02/09 - 02/03/09). | $1,678.30 |
| 02/03/09 | Travel & Transportation - Car Service Expense for Mr. Morris (One-way from Philadelphia airport to Wilmington, Delaware; 02/02/09). | $148.50 |
| 02/04/09 | Travel & Transportation - Car Service Expense for Mr. Morris (One-way from Wilmington, Delaware to Philadelphia airport; 02/03/09). | $148.50 |
| 02/04/09 | Travel & Transportation - Lodging expense for Mr. Morris while in Wilmington, Delaware for mediation (02/02/09 - 02/03/09). | $238.84 |

TOTAL: TRA

$2,249.14

TOTAL ALL ACTIVITIES:                                                                      $2,325.37