IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
|                                                      |   |                          |
| In re:                                               | : | Chapter 11               |
|                                                      | : |                          |
| AMERICAN HOME MORTGAGE HOLDINGS, INC.,               | : | Case No. 07-11047 (CSS)  |
| a Delaware corporation, et al.,                      | : |                          |
|                                                      | : | Jointly Administered     |
|                      Debtors.                        | : |                          |
----------------------------------------------------------------- x

## SIXTH MONTHLY APPLICATION OF
## TRAXI, LLC AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE
## DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
## FOR THE INTERIM PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009

| | |
|---|---|
| Name of Applicant: | TRAXI, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Order dated October 2, 2008, nunc pro tunc to September 10, 2008 |
| Period for which compensation and reimbursement is sought: | March 1, 2009 through March 31, 2009 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $35,583.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $156.00 |

This is an:  __X__ interim   ___ final application

This application includes 2.2 hours and $1,155.00 in fees incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees ($) | Expenses($) | Fees | Expenses |
| 11-24-08 /6622 | 10-1-08 to 10-31-08 | $95,650.00 | $9,982.00 | $76,520.00 | $9,982.00 |
| 12-9-08 /6720 | 11-1-08 to 11-30-08 | $34,747.00 | $607.00 | $27,797.60 | $607.00 |
| 1-20-09/6865 | 12-1-08 to 12-31-08 | $24,400.00 | $3,181.80 | $19,520.00 | $3,181.80 |
| 2-24-09/7049 | 1-1-09 to 1-31-09 | $32,728.00 | $122.70 | $26,182.40 | $122.70 |
| 3-19-09/7127 | 2-1-09 to 2-28-09 | $33,575.00 | $4,970.00 | $26,860.00 | $4,970.00 |
| | | | | | |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | | | | |
| Thomas A. Korf | Managing Director | $525 | 64.5 | $33,863.00 |
| Peter Hoberman | Director | $400 | 4.3 | $1,720.00 |
| | | | | |
| | | | | |
| Grand Total: | | | 68.8 | $35,583.00 |
| Blended Rate: | | $517.19 | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| | | |
| Due Diligence (35) | 5.0 | $2,213.00 |
| Litigation and Support Services (47) | 54.6 | $28,603.00 |
| Miscellaneous and Other Bankruptcy Issues (62) | 1.8 | $945.00 |
| Preparation and Meeting with Debtor and Counsel (114) | 1.7 | $893.00 |
| Preparation for and Attendance at Committee Meetings | 0.5 | $200.00 |
| Preparation of Monthly Bills/Fee Applications (39) | 2.0 | $1,155.00 |
| Preparation/Review Reports | 3.0 | $1,575.00 |
| | | |
| TOTALS | 68.8 | $35,583.00 |

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
|  |  |
| Office (Duplication) | $107.00 |
| Supplies | $49.00 |
|  |  |
| **TOTAL** | **$156.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re: : Chapter 11
:
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al., :
: Jointly Administered
    Debtors. :

---------------------------------------------------------------- x

## SIXTH MONTHLY APPLICATION OF TRAXI, LLC AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Financial Advisory firm of Traxi, LLC (hereinafter "Traxi") hereby moves this Court for reasonable compensation for financial advisory services rendered to American Home Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $35,583.00 together with reimbursement for actual and necessary expenses incurred in the amount of $156.00 for the interim period March 1, 2009 through March 31, 2009 (the "Interim Fee Period"). In support of its Application, Traxi respectfully represents as follows:

    1.    Traxi was employed to represent the Debtors as special litigation financial advisor in connection with this chapter 11 case effective nunc pro tunc as of September 10, 2008, pursuant to an Order entered by this Court on October 2, 2008. The Order authorized Traxi to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

    2.    All services for which compensation is requested by Traxi were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3.    Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $35,583.00 due for fees.  Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $156.00 for reimbursement of expenses.

4.    The services rendered by Traxi during the Interim Fee Period are grouped into the categories set forth in Exhibit A.  The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.    Traxi has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $156.00.  This disbursement sum is broken down into categories of charges, including, among other things, travel to Delaware for meetings with counsel in connection with the litigation involving American Home Mortgage Servicing, Inc. ("AMHSI").  A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

6.    Pursuant to Local Rule 2016-2, Traxi represents that its rate for duplication is $.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7.    Professionals of Traxi have expended a total of 68.8 hours in connection with this matter during the Interim Fee Period.

8.     The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are Traxi's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Traxi for the Interim Fee Period as counsel for the Debtors in these cases is $35,583.00.

9.     Traxi believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

10.     In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11.     This Application covers the Interim Fee Period March 1, 2009 through March 31, 2009.

3

WHEREFORE, Traxi requests that allowance be made to it in the sum of $35,583.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $156.00 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
April 20th, 2009

TRAXI, LLC

_Thomas A. Korf_

Thomas A. Korf
Tower 45, 6th Floor
120 West 45th Street
New York, New York 10036
Telephone: (212) 810 - 2739
Facsimile: (212) 465 - 1919

Special Litigation Financial Advisor for Debtors and
Debtors in Possession

4

<u>VERIFICATION</u>

STATE OF DELAWARE   )
                      )    SS:
NEW CASTLE COUNTY  )

Thomas A. Korf, after being duly sworn according to law, deposes and says:

1.    I am a Managing Director in the applicant firm, Traxi, LLC.

2.    I have personally performed many of the financial advisory services rendered by Traxi, LLC, as special litigation financial advisor to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
THOMAS A. KORF

SWORN TO AND SUBSCRIBED before me this 20th day of April, 2009.

_____
Notary Public
My Commission Expires: 10/21/11

SHERRI WEINSTEIN
Notary Public, State of New York
No. 01WE6090906
Qualified New York County
Commission Expires October 21, 2011

# EXHIBIT A

**American Home Mortgage Post**
**Summary of Fees**
3/1/2009 through 3/31/2009



| Professional | Level | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| *Corporate Restructuring* | | | | |
| Thomas Korf | Managing Director | $525 | 64.5 | $33,863 |
| Peter Hoberman | Director | $400 | 4.3 | $1,720 |
| **Sub-Total** | | | 68.8 | $35,583 |
| **Total** | | | 68.8 | $35,583 |

| | |
|---|---|
| Gross Professional Fees | $35,583 |
| Less:      0%    Holdback | $0 |
| **NET PROFESSIONAL FEES** | $35,583 |

**American Home Mortgage Post**

**Summary by Activity**



| ACTIVITY | TIME SPENT | FEES |
|---|---|---|
| 35  Due Diligence | 5.0 | $2,213 |
| 47  Litigation support services | 54.6 | $28,603 |
| 62  Miscellaneous and Other Bankruptcy Issues | 1.8 | $945 |
| 114  Preparation and Meeting with Debtor and counsel | 1.7 | $893 |
| 28  Preparation for and attendance at Creditor Committee Meeting | 0.5 | $200 |
| 39  Preparation of monthly interim billing and/or fee application | 2.2 | $1,155 |
| 67  Preparation/review of reports, including: U.S. Trustee Reports and Flash Reports | 3.0 | $1,575 |
| | 68.8 | $35,583 |

Note: Travel time is billed at half of Applicant's normal hourly billing rates.

# American Home Mortgage Post

**Time Descriptions for Professional:** Thomas Korf



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|------|-----------|----------|--------|-------------|
| 3/2/2009 | 0.5 | 47 | 37279 | Review notes and email to counsel re: update on status of AHMSI review |
| 3/6/2009 | 0.7 | 62 | 37280 | File maintenance - electronic and hard copies |
| 3/6/2009 | 0.3 | 114 | 37281 | Emails with counsel on status of investigations |
| 3/10/2009 | 0.5 | 35 | 37282 | Emails with Burke re: call later this week on binders |
| 3/10/2009 | 0.5 | 62 | 37283 | Inserting additional materials received by separate cover into the binders |
| 3/10/2009 | 0.4 | 114 | 37284 | Emails to counsel re: status of the litigation discovery and invesitgations |
| 3/10/2009 | 0.6 | 39 | 37285 | Summary of Traxi fees incurred to date |
| 3/11/2009 | 0.4 | 114 | 37286 | Call with Counsel re: updating the committee on the status of the AHMSI claims invesitgations |
| 3/11/2009 | 1.6 | 39 | 37287 | Preparation of the fourth interim monthly billing to court; docket search for CNO; emails with counsel re: same |
| 3/12/2009 | 2.0 | 47 | 37288 | Review the cash receipts tracing documents binder received from AHMSI/A&M |
| 3/16/2009 | 5.0 | 47 | 37289 | Review the cash receipts tracing documents binder received from AHMSI/A&M |
| 3/17/2009 | 0.4 | 47 | 37290 | Review the cash receipts tracing documents binder received from AHMSI/A&M |
| 3/17/2009 | 1.0 | 67 | 37291 | Memorandum of questions for A&M on the AHMSI cash receipts transaction tracing binder |
| 3/17/2009 | 0.6 | 62 | 37292 | Copy of cash receipts binder to counsel; emails re: same |
| 3/17/2009 | 3.0 | 47 | 37293 | Reviewing the Traxi Bank Recon Request Exception Items binders from A&M on AHMSI claim - recording memo notes on same with follow-up qluestions for A&M/AHMSI |
| 3/18/2009 | 6.0 | 47 | 37294 | Reviewing the Traxi Bank Recon Request Exception Items binders from A&M on AHMSI claim - recording memo notes on same with follow-up qluestions for A&M/AHMSI |
| 3/19/2009 | 8.0 | 47 | 37295 | Reviewing the Traxi Bank Recon Request Exception Items binders from A&M on AHMSI claim - recording memo notes on same with follow-up qluestions for A&M/AHMSI |
| 3/20/2009 | 7.5 | 47 | 37296 | Reviewing the Traxi Bank Recon Request Exception Items binders from A&M on AHMSI claim - recording memo notes on same with follow-up qluestions for A&M/AHMSI |
| 3/20/2009 | 0.5 | 35 | 37297 | Call with Gary Burke of A&M re: exception items binder questions |
| 3/23/2009 | 0.3 | 114 | 37298 | Call with Counsel re: status of reviewing the several binders received from Burke of A&M and AHMSI |
| 3/23/2009 | 1.2 | 47 | 37299 | Reviewing the Traxi Bank Recon Request Exception Items binders from A&M on AHMSI claim - recording memo notes on same with follow-up qluestions for A&M/AHMSI |
| 3/23/2009 | 0.5 | 47 | 37300 | Review notes prior to call with S. Zeig on status of binder review |
| 3/25/2009 | 2.0 | 47 | 37301 | Reviewing the Traxi Bank Recon Request Exception Items binders from A&M on AHMSI claim - recording memo notes on same with follow-up qluestions for A&M/AHMSI |

**American Home Mortgage Post**

**Time Descriptions for Professional:**  Thomas Korf



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|------|-----------|----------|--------|-------------|
| 3/26/2009 | 7.0 | 47 | 37302 | Reviewing the Traxi Bank Recon Request Exception Items binders from A&M on AHMSI claim - recording memo notes on same with follow-up qiuestions for A&M/AHMSI |
| 3/27/2009 | 0.7 | 35 | 37304 | Call with G. Burke of A&M re: bank reconciliation items in binders - questions |
| 3/27/2009 | 0.3 | 114 | 37305 | Call with Kroll re: Exhibit G relevant period |
| 3/27/2009 | 5.0 | 47 | 37303 | Reviewing the Traxi Bank Recon Request Exception Items binders from A&M on AHMSI claim - recording memo notes on same with follow-up qiuestions for A&M/AHMSI |
| 3/30/2009 | 2.0 | 67 | 37307 | Review the memo on binder #2 and summarize the results and findings |
| 3/30/2009 | 2.0 | 47 | 37306 | Reviewing the Traxi Bank Recon Request Exception Items binders from A&M on AHMSI claim - recording memo notes on same with follow-up qiuestions for A&M/AHMSI |
| 3/31/2009 | 3.1 | 47 | 37308 | Reviewing the loan level variances binder with the invesitgation and supporting documentation results received from AHMSI and A&M - recording memo notes on the same |
| 3/31/2009 | 0.9 | 47 | 37309 | Review the original claim binders from AHMSI and A&M for the investor remittances presented as support |
| | 64.5 | | | |

**American Home Mortgage Post**

**Time Descriptions for Professional:** Peter Hoberman



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|------|------------|----------|--------|-------------|
| 3/11/2009 | 0.5 | 47 | 37639 | Prepared for call with counsel re: Traxi work status and future steps. |
| 3/11/2009 | 0.5 | 28 | 37640 | Participated in call with counsel and T Korf re: Traxi work status for UCC meeting |
| 3/26/2009 | 1.5 | 35 | 37645 | Review and tagging of selected files regarding loan level variance items found within oringial binders provided by A&M. |
| 3/27/2009 | 1.8 | 35 | 37646 | Review and tagging of selected files regarding loan level variance items found within oringial binders provided by A&M. |
|  | 4.3 |  |  |  |

## American Home Mortgage Post

**Time Descriptions for Professional:**  Peter Hoberman



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|------|-----------|----------|--------|-------------|
|      | 68.8      |          |        |             |

# EXHIBIT B

# American Home Mortgage Post

## Summary of Expenses

3/1/2009 through 3/31/2009

| Professional Name | Airfare | Mileage | Parking/ Tolls | Rental Cars | Transportation | Lodging | Tele-phone | Meals | Courier/ Federal Express | Postage/ Supplies | Faxes | Duplication | Computer Supplies | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Expense | | | | | | | | | | | | $107 | | | $107 |
| Thomas Korf | | | | | | | | | | | | | | $49 | $49 |
| | | | | | | | | | | | | | | | |
| *Total* | | | | | | | | | | | | $107 | | $49 | $156 |

Note: All airfare and trainfare (included in transportation) are coach class.

## American Home Mortgage Post

**Expense Descriptions for Professiona** Thomas Korf



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|----------|------|--------|-------------|--------|
| Other | 3/9/2009 | 22070 | Supplies | $49.49 |
| | | | | $49.49 |
| | | | | $49.49 |

# American Home Mortgage Post

**Expense Descriptions for Professiona**   Office Expense



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Reports/Duplication | 3/31/2009 | 22312 | 1067 black and white pages printed/reproduced at $0.10 per page. | $106.70 |

| $106.70 |
|---|

| $106.70 |
|---|

# American Home Mortgage Post

**Expense Descriptions for Professiona** Office Expense



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | | $156.19 |