IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------X
In re:                                                                                  Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,     Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,[1]                                  Jointly Administered

                              Debtors.                       Re: Docket Nos. 7307, 7319
------------------------------------------------------------------X

## JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' LIMITED OBJECTION TO THE EMERGENCY MOTION OF DR. DAVID AND ELISABETH JACKSON FOR AN ORDER FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

The Official Committee of Unsecured Creditors (the "*Committee*") of the above-captioned debtors and debtors-in-possession (the "*Debtors*"), by their undersigned co-counsel, hereby joins the Debtors' Limited Objection [Docket No. 7319] (the "*Objection*") to the Emergency Motion of Dr. David and Elisabeth Jackson for an Order for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code [Docket No. 7307] (the "*Motion*") and in support thereof represents as follows:

### JOINDER

1. The Committee hereby adopts and incorporates the arguments and assertions set forth in the Objection and reserves all rights to be heard before this Court with regard to the Motion.

2. As set forth in the Objection, the Committee does not oppose the relief requested to the extent the relief is narrowed to be consistent with the Plan and Confirmation

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

- 2 -

Order.

      3.      To the extent the requested relief seeks to adjudicate claims in New York, such relief from the stay would be prejudicial to the Debtors' estates and therefore should be denied.  As explained in the Objection, further relief from the stay is not warranted because (a) the Jacksons have failed to establish any prejudice they will suffer from having their claims adjudicated by this Court through the claim that they have filed, and (b) the Jacksons are unlikely to succeed on the merits of any of their claims in the litigation they have commenced.

      4.      For these reasons, and for the reasons set forth in the Objection, the Committee objects to the relief sought in the Motion.

*[Remainder of this page was intentionally left blank]*

**WHEREFORE**, the Committee respectfully requests that the Court sustain the Objection and grant any further relief as the Court may deem just and proper.

Dated:  April 24, 2009

          **BLANK ROME LLP**

          By:*/s/ David W. Carickhoff*
              Bonnie Glantz Fatell (No. 3809)
              David W. Carickhoff (No. 3715)
              1201 Market Street, Suite 800
              Wilmington, Delaware  19801
              (302) 425-6400 - Telephone
              (302) 425-6464 - Facsimile

              - and -

          **HAHN & HESSEN LLP**
          488 Madison Avenue
          New York, New York 10022
          (212) 478-7200 - Telephone
          (212) 478-7400 - Facsimile
          Attn:   Mark S. Indelicato
                    Edward L. Schnitzer

          Co-Counsel to the Official Committee
          of Unsecured Creditors of American Home
          Mortgage Holdings, Inc., *et al*.