# CERTIFICATE OF SERVICE

I, *David W. Carickhoff*, hereby certify that on April 24, 2009, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

**Joinder Of The Official Committee Of Unsecured Creditors To The Debtors' Limited Objection To Emergency Motion of Dr. David and Elisabeth Jackson for an Order for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code**

*/s/David W. Carickhoff*
David W. Carickhoff (No. 3715)

128189/01600/21772402v1

SERVICE LIST –VIA FACSIMILE or E-MAIL

Jeff Barnes, Esquire
6655 West Sahara Avenue, Suite B200
Las Vegas, NV  89146
Email:  infor@InternationalMedArb.com
*Counsel for Dr. David Jackson and Elisabeth Judith Jackson*

James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Pauline K. Morgan, Esquire
**Young Conaway Stargatt & Taylor, LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Counsel for the Debtors*
jpatton@ycst.com
rbrady@ycst.com
pmorgan@ycst.com

Seam M. Beach, Esquire
Margaret Whiteman Greecher, Esquire
Nathan D. Grow, Esquire
**Young Conaway Stargatt & Taylor, LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Facsimile:  302-571-1253
*Counsel for the Debtors*

Joseph McMahon, Esquire
**Office of the United States Trustee**
844 King Street, Room 2313
Wilmington, DE  19801
Joseph.mcmahon@usdoj.gov