IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   : Jointly Administered
       Debtors.                                                    :
                                                                   : Ref. Docket No. ___
                                                                   :
------------------------------------------------------------------ x

**ORDER (A) ENFORCING THE SECOND ORDER PURSUANT TO 11 U.S.C. § 105, 363 AND 554 AUTHORIZING THE (I) ABANDONMENT AND DESTRUCTION OF CERTAIN DUPLICATE MORTGAGE LOAN FILES OR (II) RETURN OF MORTGAGE LOAN FILES TO THE OWNER OF SUCH LOANS UPON PAYMENT OF REASONABLE COSTS AND EXPENSES; (B) COMPELLING DEUTSCHE BANK NATIONAL TRUST COMPANY TO PAY CERTAIN RETURN COSTS AND RETRIEVE REQUESTED LOAN FILES; (C) AWARDING DAMAGES TO THE DEBTORS; (D) GRANTING RELATED RELIEF**

Upon consideration of the Motion to Enforce Prior Order or, in the Alternative, to Authorize the Debtors' to Destroy Certain Hard Copy Loan Files (the "Motion");[2] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; and the Court being satisfied that enforcing the terms of the Second Disposition Order is in the best interests of the Debtors, their estates and creditors; and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED, that any objections to the Motion not otherwise withdrawn or resolved are overruled; and it is further

ORDERED, that DBNTC shall fully comply with the terms of the Second Disposition Order, including, without limitation, paying the applicable Return Costs of $356,447.00 and retrieving the DBNTC Requested Loan Files within ten (10) days of entry of this Order; and it is further

ORDERED, that DBNTC shall pay the Debtors' costs relating to the maintenance of the DBNTC Requested Loan Files from July 15, 2008 to the date in which DBNTC retrieves the DBNTC Requested Loan Files from the Debtors; and it is further

ORDERED, that DBNTC shall pay the Debtors' reasonable fees and expenses arising from the filing and prosecution of this Motion; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2009
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge