IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Donna L. Culver, Esquire of Morris, Nichols, Arsht & Tunnell LLP hereby withdraws her appearance on behalf of Travelers Casualty and Surety Company of America in the above-captioned case.

Dated:  April 28, 2009
    Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Donna L. Culver (#2983)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Counsel for Travelers Casualty and Surety Company of America*