## CERTIFICATE OF SERVICE

    I, Donna L. Culver, Esquire, hereby certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Withdrawal Of Appearance** was caused to made on April 28, 2009, in the by hand delivery upon the party identified below:

> Pauline K. Morgan, Esq.
> Sean M. Beach, Esq.
> Margaret Whiteman Greecher, Esq.
> Nathan D. Grow, Esq.
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

Date:  April 28, 2009
       Wilmington, Delaware

                                                                           */s/ Donna L. Culver*
                                                                            Donna L. Culver (#2983)

2866479.1