IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,

Debtors.

---

x  Chapter 11
:
:  Case No. 07-11047 (CSS)
:
:  Jointly Administered
:
:
x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 24th day of April, 2009 a true and correct copy of *JPMorgan Securities, Inc.'s Objections To Subpoena Served By Debtors* was caused to be served upon the following in the manner indicated:

*Via Electronic mail*

Curtis Crowther, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
ccrowther@ycst.com

*Via Electronic mail*

Jason W. Harbour, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
jharbour@hunton.com

Dated: April 30, 2009

**LANDIS RATH & COBB LLP**

_____
Daniel B. Rath (No. 3022)
Matthew B. McGuire (No. 4366)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Attorneys for JPMorgan Securities, Inc.*