April 21, 2009

FILED
2009 APR 30 AM 8:56
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court for the District of Delaware
824 Market Street – 3rd Floor
Wilmington, Delaware 19801

Re: American Home Mortgage Holdings, Inc.
Priority Claim # 4052
Case # 07-11051

Dear Sir,

I received the Notice of Modified Claim from the Bankruptcy Court regarding my outstanding Claim for three weeks vacation pay due from American Home Mortgage Corp., classified as a Priority Claim. The Claim amount is $6,041.25, which represents three weeks vacation pay that was earned but not used prior to American Home Mortgage Corp's bankruptcy filing.

Attached please find copies of payroll record documents obtained from the American Home Mortgage Corp. Personnel Department Time System indicating 112.5 hours (15 days) of unused vacation time. The first page of the attached document indicates that one work day at the title of Vice President constitutes 7.5 hours. A work week is comprised of 37.5 hours. 15 vacation days X 7.5 hours per day = 112.5 hours. The second page of the attached document indicates the 112.5 vacation hours that were earned, but not used. Based upon my annual salary of $104,713.92, I earned $2,013.73 per week [$104,713.92 /52 weeks = $2,013.73]. In breaking that down to an hourly rate, this constitutes $53.70 per hour [$2.013.73/ 37.5 hours per week = $53.70 per hour]. In order to calculate the total vacation pay due, I have taken the hourly rate, multiplied by the number of vacation hours indicated on the American Home Mortgage Payroll Summary [$53.70 per hour X 112.5 hours = $6,041.25]. As summarized by the calculations indicated above, the total vacation pay due for 15 vacation days [112.5 hours] earned in 2007 was $6,041.25.

I trust that this documentation satisfies your requirements for Proof of Claim. Please note that all of the attached documentation was previously provided to the American Home Mortgage Claims Processing Group in November 2007 in response to an amended Proof of Claim sent from their office. I had filed the original Claim in the amount of $6.041.25 in October 2007 and was served with modified Claim papers in November 2007. In response to the modified Claim, I had sent the proof of vacation time from the American Home Mortgage Corp. Personnel Department Time System and had thought that the matter was resolved at that time. I received a "File Received" copy of the Proof of Claims form for my records and bankruptcy documents that I received in May 2008 indicated that I have a surviving Claim of $6,041.25.

I have attached the prior documentation sent to the AHM Claims Processing Center, as well as the bankruptcy document dated May 1, 2008 indicating my surviving Claim of $6.041.25. All of the documentation serves as proof that I have provided all documentation requested in a timely manner and have maintained adequate records to support my Claim.

I would greatly appreciate it if I could be informed that my Claim for the full amount of $6,041.25 has been reinstated by the Courts. I have included a self addressed stamped envelope. Please provide me with notification that my Claim has been reinstated for the full amount.

Thank you.

Eileen M. Lavan
165 Crowell Street
Hempstead, NY 11550

Cc: Young Conaway Stargatt & Taylor, LLP

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Response Deadline: May 8, 2009 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: May 15, 2009 at 1:00 p.m. (ET)** |
| AHM OB33 4/15/2009 (merge2.txnum2) 4000017667 EPIQ Use - 49 | ) | |

LAVAN, EILEEN M
165 CROWELL ST.
HEMPSTEAD, NY 11550

**NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

**TO:** LAVAN, EILEEN M
165 CROWELL ST.
HEMPSTEAD, NY 11550

**Basis For Objection:** Modified Amount Claim: Debtors' books and records show a modified amount of liability

| | Claim Number | Date Filed | Case Number | Claim Amount | Modified Amount |
|---|---|---|---|---|---|
| **Claim to be Reduced** | 4052 | November 30, 2007 | 07-11051 | Priority - $6,041.25 | Priority - $4,027.46 |

Modified to match debtors' books and records for vacation pay.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be reduced or fixed to the amount indicated above in the "Modified Amount" column. The Objection seeks to alter your rights by modifying or fixing the amount of your claim as indicated above in the "Modified Amount" column.

Responses to the Objection, if any, must be filed on or before **May 8, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A hearing on the Objection (the "Hearing") will be held on **May 15, 2009 at 1:00 p.m. (ET)** before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801. You may appear telephonically at the Hearing by following the procedures that immediately follow this notice.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 15, 2009
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

Page 1

Log Off
Change Password

Time Keeper
QuickFind
Pay Period Close
Reconcile Timecar
Shift Start
Shift Close
IS Summary
Accrual
Vacation Carryove
Office Closed
Overtime
Comfort
Pay Codes
Scheduler
Group Edit Results
Reports
Transaction Assistan
My Information
Inbox
Actions

People Editor

Person | Job Assignment

Save | Actions | History

Person Summary
Licenses
General Information
Leave Management
User Information
Contacts
Additional Information
Person's Dates
Process Profiles

## Leave Management

Accrual Profiles: VP AVP 7.5 Hour

Full-Time Equivalency

Percentage

Value: 100 %

100% = full time

Ratio

Employee Hours:

Full-Time Hours:

Page 2

Log Off
Change Password

Timekeeper
Quickfind
Pay Period Close
Reconcile Timecard
Shift Start
Shift Close
15 Summary
Accrual
Vacation Carryover
Office Closed
Overtime
Comfort
Pay Codes
Scheduler
Group Edit Results
Reports
Transaction Assistant
My Information
Index

Timecard

Name & ID:
Time Period:

Save | Actions | Punch | Amount | Accruals | Comment | Approvals | Reports

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Shift | Daily |
|---|---|---|---|---|---|---|---|---|---|---|
| Mon 7/30 | | | 9:12AM | | 4:45PM | | | | 7.5 | 7.5 |
| Tue 7/31 | | | 9:07AM | | 4:30PM | | | | 7.5 | 7.5 |
| Wed 8/01 | | | 9:05AM | | 4:30PM | | | | 7.5 | 7.5 |
| Thu 8/02 | | | 9:02AM | | 4:30PM | | | | 7.5 | 7.5 |
| Fri 8/03 | | | 9:00AM | | 4:30PM | | | | 7.5 | 7.5 |
| Sat 8/04 | | | | | | | | | | |
| Sun 8/05 | | | | | | | | | | |
| Mon 8/06 | | | | | | | | | | |
| Tue 8/07 | | | | | | | | | | |
| Wed 8/08 | | | | | | | | | | |

Totals & Schedule | Accruals | Audits | Sign-offs & Approvals

| Accrual Code | Balance as of Selected Date | Units | Furthest Projected Taking Date | Projected Takings | Projected Credits | Projected Balance | Balance without Projected Credits |
|---|---|---|---|---|---|---|---|
| Carry Ove | 0.0 | Hour | 11/13/2007 | 0.0 | 0.0 | 0.0 | 0.0 |
| Sick Pers | 52.5 | Hour | 11/13/2007 | 0.0 | 0.0 | 52.5 | 52.5 |
| Vacation | 112.5 | Hour | 11/13/2007 | 0.0 | 0.0 | 112.5 | 112.5 |

15 DAYS VACATION PAY DUE FOR 2007 (112.50 HRS BASED ON 37.50 HR WEEK

ANNUAL SALARY

$104,713.92 ÷ 52 WEEKS = $2,013.73 PER WEEK

$2,013.73 ÷ 37.50 HRS/PER WK = $53.70 PER HOUR

$53.70 X 112.50 HRS = $6,041.25

TOTAL VACATION PAY DUE FOR 15 DAYS = $6,041.25

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

In Re:
American Home Mortgage Holdings, Inc., et al.
Debtors.

Chapter 11
Case No. 07-11047 (CSS)
Jointly Administered

Name of Debtor Against Which Claim is Held: AMERICAN HOME MORTGAGE CORP

Case No. of Debtor: 07-11051

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.**

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

EILEEN M. LAVAN
165 CROWELL STREET
HEMPSTEAD, NY 11550

Telephone number:
Email Address: eml1225@aol.com

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: ______

1. Basis for Claim
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other ______ (explain)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☑ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: 8 1 8 0
Unpaid compensation for services performed from 1/1/07 (date) to 8/3/07 (date)

2. Date debt was incurred: 1/1/07 - 8/3/07

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ ______ (unsecured nonpriority) + ______ (secured) + 6,041.25 (unsecured priority) = 6,041.25 (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other ______
Value of Collateral: $______
Amount of arrearage and other charges at time case filed included in secured claim, if any: $______

6. Unsecured Nonpriority Claim: $______
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
☑ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 6,041.25
VACATION PAY SEE ATTACHED
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
☑ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.

DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY
FILED / RECEIVED
OCT 22 2007
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 10/16/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
[signature] EILEEN M. LAVAN

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# 15 DAYS VACATION PAY DUE FOR 2007

15 DAYS = 112.50 HOURS BASED ON A 37.50 HR WEEK

ANNUAL SALARY

104,713.92 ÷ 52 WEEKS = $2,013.73 PER WEEK

2,013.73 ÷ 37.50 HRS/PER WK = $53.70 PER HOUR

$53.70 X 112.50 HRS = $6,041.25

TOTAL VACATION PAY DUE FOR 15 DAYS
= $6,041.25