DEPARTMENT OF TAXATION,
STATE OF HAWAII
P. O. Box 259
Honolulu, HI 96809
Attn: Bankruptcy Unit
Telephone: (808) 587-1672

FILED 2009 APR 30 PM 1:52 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re | CASE NO. 07-11047 (CSS) (Chapter 11) (Jointly Administered) |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Response Deadline: |
| | Date: May 8, 2009 |
| Debtors. | Time: 4:00 p.m. EST |
| | Hearing: |
| | Date: May 15, 2009 |
| | Time: 10:00 p.m. |
| | Judge: Honorable Christopher S. Sontchi |

331199.1

**DECLARATION OF DEBRA SAKAI REGARDING
DEPARTMENT OF TAXATION, STATE OF HAWAII'S
RESPONSE TO DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE
BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND
LOCAL RULE 3007-1; EXHIBITS A - D**

DEBRA SAKAI, pursuant to 28 U.S.C. 1746

declares:

1. I am a Delinquent Tax Collection Assistant II, Collection Division, for the First Taxation District (Oahu), Department of Taxation, State of Hawaii (also known as "Hawaii State Tax Collector"). As such, I am authorized and empowered to compute and collect all general excise, income, and other tax liabilities due the State of Hawaii, to file tax liens upon property and rights to property belonging to any person liable to pay tax, to monitor payment of American Home Mortgage Holdings, Inc., et al.'s (the "Debtors") outstanding tax liabilities, to file proofs of claim for outstanding tax liabilities of the Debtors, and to enforce such claims, liens, and other rights of the State of Hawaii in respect thereof.

2. As part of my duties, I have been assigned to monitor the above-captioned bankruptcy case to determine whether the Debtors' obligations regarding tax liabilities are being satisfied.

3. I have reviewed the records of the Department of Taxation, State of Hawaii (hereinafter

"Hawaii"), relating to and am competent to testify as to the matters stated herein upon my personal knowledge.

4. Hawaii is informed and believes that the Debtors filed a petition seeking relief under Title 11, United States Code, on or around August 6, 2007.

5. <u>Response to Objection to Claim No. 10019</u>. The Debtors filed an objection to Claim No. 10019, for which Hawaii filed a proof of claim on March 3, 2008. The amount of the proof of claim, $23,041.25, was due to nonpayment of the Hawaii franchise tax for 2007. A true and accurate copy of the proof of claim is attached hereto as Exhibit A.

6. The Debtors claim that they made a tax installment payment of $1,500.00, as indicated on their 2006 State of Hawaii franchise tax return, line 73. A true and accurate copy of the first page of the Debtors' 2007 State of Hawaii franchise tax return is attached hereto as Exhibit B.

7. However, Hawaii has no record of any installment payment from the Debtors for 2007 franchise taxes. The Debtors would need to produce proof of payment, in the form of a cancelled check, back and front, to allow Hawaii to trace the installment payment, if indeed one was made. See copy of Debtors' franchise tax ledger, a true and accurate copy of which is attached hereto as Exhibit C.

8. The Debtors also object to Hawaii's classification of its claim. Hawaii believes that its claim is an administrative claim because the franchise tax is not due until the twentieth day of the fourth month following the close of the taxpayer's year. In the case of the 2007 taxes, the taxes were due on April 20, 2008, because the installment payments that the Debtors were making were merely estimated tax payments. Once the Debtors close their 2007 tax year and reconcile the amount of franchises taxes due, any underpayment would be due on the twentieth day of the fourth month following the close of the (calendar or

fiscal) year.  See Hawaii Revised Statutes section 241-5 (2001), a true and correct copy of which is attached hereto as Exhibit D.

9.   The Debtors have not provided any documentation to support adjustment of Hawaii's claims. "A claim filed pursuant to § 501 enjoys prima facie validity."  In the Matter of Missionary Baptist Found. of Amer., 712 F.2d 206, 212 (5th Cir. 1983); Fed. Bankr. R. 3001(f)(1).  Unless the Debtors can provide proof that the amount in Hawaii's proof of claim is erroneous, Hawaii's claim is valid and should be allowed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii,  APR 27 2009            .

_____
DEBRA SAKAI

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>    Debtors. | CASE NO. 07-11047 (CSS)<br>(Chapter 11)<br>(Jointly Administered)<br><br><u>Response Deadline</u>:<br><br>Date: May 8, 2009<br>Time: 4:00 p.m. EST<br><br><u>Hearing</u>:<br>Date: May 15, 2009<br>Time: 1:00 p.m.<br>Judge: Honorable Christopher S. Sontchi |

## CERTIFICATE OF SERVICE

I hereby certify that on ___APR 27 2009___, copies of **DECLARATION OF DEBRA SAKAI REGARDING DEPARTMENT OF TAXATION, STATE OF HAWAII'S RESPONSE TO DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1; EXHIBITS A - D** was duly served by depositing same in the United States mail, postage prepaid, addressed as follows:

**NATHAN D. GROW, ESQ.**
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Attorney for Debtors and Debtors-in-Possession


DATED:  Honolulu, Hawaii,    APR 27 2009                .


                                   _____
                                         DEBRA SAKAI

# Request for Payment of State of Hawaii Taxes

COPY

(Bankruptcy Code Cases – Administrative Expenses)

Department of Taxation, State of Hawaii

To: United States Bankruptcy Court for the District of DELAWARE

In the Matter of:
AMERICAN HOME MORTGAGE CORP.

538 BROADHOLLOW ROAD
MELVILLE NY 11747

Case Number
07-11051
Type of Bankruptcy Case
Chapter 11

Taxpayer Identifying Number
ID#W05428724
Social Security Number
- -
Federal Employer Identification Number
13-3461558

---

1. The Undersigned, whose business address is **P.O. Box 259, Honolulu, HI 96809**, is the agent of the Department of Taxation, State of Hawaii, and is authorized to make this request for payment on behalf of the State of Hawaii.
2. This request is made for payment of taxes and any interest or penalty due under the tax laws of the State of Hawaii.
3. The ground of liability is taxes due under the tax laws of the State of Hawaii.

Administrative Claims:

| Tax Account Number | Tax Type | Tax Period | Tax Due | Accrued Penalty | Accrued Interest | Fees | Balance Due |
|---|---|---|---|---|---|---|---|
| 31-00055 | Franchise | 2007 | 17,281.00 | 4,320.25 | 1,440.00 | 0.00 | 23,041.25 |
| | | TOTALS | 17,281.00 | 4,320.25 | 1,440.00 | 0.00 | 23,041.25 |



FILED / RECEIVED
MAR -3 2008
EPIQ BANKRUPTCY SOLUTIONS, LLC

POST-PETITION FRANCHISE TAX FOR YEAR ENDING 12/31/07

Amount due as of February 27, 2008................................................................ $ 23,041.25

Interest accrues at 2/3 of 1% per calendar month under H.R.S. §231-39. Contact the Bankruptcy Unit at (808) 587-1672 for balance due if paid after 03/31/08 or for any further information or questions. Late payment penalties will be charged under H.R.S. §231-39.

| Signature LYNNE M. KANETA, Tax Collector (DS) | February 27, 2008 Date |
|---|---|

EXHIBIT "A"

FORM D-4 (Rev. 2004)

**EXTENSION ATTACHED**

STATE OF HAWAII - DEPARTMENT OF TAXATION

6D1304 3.000

FORM **F-1** (REV. 2006) 2007

# FRANCHISE TAX RETURN
BANKS, OTHER FINANCIAL CORPORATIONS, AND SMALL BUSINESS INVESTMENT COMPANIES
AS OF JANUARY 1, 2007

(Based on Income for calendar year 2006 or fiscal year commencing on _____, 2006)

THIS SPACE FOR OFFICE USE ONLY. DO NOT STAPLE HERE.

**31 00055**

Name  AMERICAN HOME MORTGAGE CORP

DBA ____

Federal Employer I.D. No.  **13-3461558**

Address  538 BROADHOLLOW ROAD
City & State  MELVILLE, NY       ZIP Code  11747

IF APPLICABLE, CHECK BOX:   ☐ First year return;   ☐ Second year return;   ☐ Final return.

A COPY OF ALL PAGES OF YOUR FEDERAL RETURN MUST ACCOMPANY THIS RETURN.
If this is a consolidated return, attach copy of Hawaii Forms N-304 and N-303 for each subsidiary.
CAUTION: Mortgage loan companies, brokers, and solicitors licensed under chapter 454, HRS, see instructions.

**GROSS INCOME**

| Line | Description | Value | Col | Amount |
|---|---|---|---|---|
| 1 | Gross Receipts 1,011,195,880. Less: Returns and allowances _____ | | 1 | 1,011,195,880. |
| 2 | Less: Cost of goods sold and/or operations (Attach schedule) | | 2 | |
| 3 | Gross Profit (line 1 minus line 2) | | 3 | 1,011,195,880. |
| 4 | Dividends (Schedule C) | | 4 | 1,600,000. |
| 5 | Interest on government obligations  (Gross Amount of Interest / Less: Amortizable Bond Premium) | | 5 | |
| 6 | Other interest  587,334,752. | | 6 | 587,334,752. |
| 7 | (a) Rents _____ Plus 7(b) Royalties _____, Sum ▶ | | 7(c) | |
| 8 | (a) Net capital gains (from federal Schedule D) (See Instructions) | | 8(a) | |
| | (b) Ordinary gain or loss (from federal Schedule 4797) | | 8(b) | |
| 9 | Other income (Attach schedule)   SEE STATEMENT 1 | | 9 | 5,453,943. |
| 10 | TOTAL INCOME - Add lines 3 through 9 | | 10 | 1,605,584,575. |

**DEDUCTIONS**

| Line | Description | | Col | Amount |
|---|---|---|---|---|
| 11 | Compensation of officers (Schedule E) | | 11 | 21,576,756. |
| 12 | Salaries and wages (not deducted elsewhere) | | 12 | 445,754,465. |
| 13 | Repairs (Do not include cost of improvements or capital expenditures) | | 13 | |
| 14 | (a) Bad debts (Schedule F) 9,072,811. Plus 14(b) Rents 45,454,882. Sum ▶ | | 14(c) | 54,527,693. |
| 15 | (a) Taxes (Schedule B) 53,010,741. Plus 15(b) Interest 542,024,421. Sum ▶ | | 15(c) | 595,035,162. |
| 16 | Contributions or gifts paid (Attach schedule)   SEE STATEMENT 1 | | 16 | 507,746. |
| 17 | Amortization (Attach schedule)   SEE STATEMENT 1 | | 17 | 118,223. |
| 18 | Depletion | | 18 | |
| 19 | Depreciation (from federal Form 4562) | | 19 | 14,498,837. |
| 20 | Advertising | | 20 | 21,212,971. |
| 21 | Amounts contributed under: (a) Pension, profit-sharing, stock bonus, annuity plans (Attach schedule) | | 21(a) | |
| | (b) Other employee benefit plans (Attach schedule) | | 21(b) | 42,746,264. |
| 22 | Other deductions (Attach schedule)   SEE STATEMENT 1 | | 22 | 121,824,533. |
| 23 | TOTAL DEDUCTIONS - Add lines 11 through 22 | | 23 | 1,317,802,650. |
| 24 | Net Income before Hawaii adjustments (line 10 minus line 23). Enter here and on page 2, line 24a | | 24 | 287,781,925. |

**CERTIFIED OCT 12 2007**

**TAX**

| Line | Description | | | Col | Amount |
|---|---|---|---|---|---|
| 69 | TOTAL TAX from page 3, line 68 | | | 69 | |
| 70 | Total Nonrefundable Credits. Enter the result from page 4, Schedule H, line 6 | | | 70 | 38,621. |
| 71 | Line 69 minus line 70. Enter the result but not less than zero | | | 71 | 38,621. |
| 72 | Payment with extension (Attach Form N-755) | 72 | 21,340 | | |
| 73 | Tax installment payments (See Instruction XIV) | 73 | 1,500 | | |
| 74 | Capital Goods Excise Tax Credit (Attach Form N-312) | 74 | | | |
| 75 | Add lines 72, 73 and 74 and enter result | | | 75 | 22,840. |
| 76 | TAX DUE (Line 71 minus line 75. If line 75 is greater than line 71, skip line 77 and go to line 78) | | | 76 | 15,781. |
| 77 | Enter amount paid with this return | | | 77 | 15,781. |
| 78 | OVERPAYMENT (If line 75 is larger than line 71) enter AMOUNT OVERPAID | | | 78 | |
| 79 | Enter amount of line 78 you want Credited to 2008 estimated tax ▶ 79(a) $ _____   Refunded ▶ 79(b) _____ | | | | |

**Please Sign Here**

I declare, under the penalties set forth in section 231-36, HRS, that this return (including any accompanying schedules or statements) has been examined by me and, to the best of my knowledge and belief, is a true, correct and complete return, made in good faith, for the taxable year stated, pursuant to the Hawaii Income Taxation of Banks and Other Financial Corporations, Chapter 241, HRS.

▶ Signature of officer _____  Date  10/10/07   ▶ Title  SVP + CFO

**Paid Preparer's Information**

Preparer's Signature, and Print Preparer's Name ▶ _____   Date _____   Check if self-employed ☐   Preparer's identification number _____

Firm's name (or yours if self-employed), address, and Zip code ▶ _____   Federal E.I. No. ▶ _____   Phone No. ▶ _____

EXHIBIT **B**

EHA3SQ   611C   10/05/2007      COPY       13-3461558       FORM F-1



```
TYPE FILENAME IN CELL C1    |07AMEHOM    |            |            $17,281.00  = CURRENT BALANCE    |
```

## STATEMENT OF FRANCHISE TAX DUE

| STATE OF HAWAII<br>DEPARTMENT OF TAXATION<br>FORM N-626 | AMERICAN HOME MORTGAGE CORP<br>538 BROADHOLLOW RD<br>MELVILLE, NY 11747 | | | |
|---|---|---|---|---|
| NOTE: TO LEMY 12/14/07 -<br>PYMT OF $1,500.00 INDICATED<br>ON RTN - NOT REC'D. | PART | FEIN# 13-3461558<br>ACCOUNT#<br>31 00055 | YEAR<br>2007 | DUE DATE |
| NOTE: TO DEB/ICS - 02/28/08 | Ref. & Date | Debit | Credit | Balance |
| | APR 04/07 | | $21,340.00 | ($21,340.00) | PMT W/ EXT
| | NOV 26/07 | $38,621.00 | | $17,281.00 | FILED RETURN

S/L  OCTOBER 12, 2007

EXHIBIT "C"

**§241-5 Returns; payment of tax.** Returns made on the basis of the calendar year shall be made and filed, and the tax imposed by this chapter shall be paid, on or before April 20 following the close of the calendar year. Returns made on the basis of a fiscal year shall be made and filed, and in such case the tax imposed by this chapter shall be paid, on or before the twentieth day of the fourth month following the close of the fiscal year.

A taxpayer may elect to pay the tax in four equal installments, in which case the first installment shall be paid on the date prescribed for the payment of the tax, the second installment shall be paid on the twentieth day of the second month, the third installment on the twentieth day of the fifth month, and the fourth installment on the twentieth day of the eighth month after such date. Notwithstanding the preceding, if the total tax liability under this chapter for the taxable year exceeds $100,000, the taxes so levied shall be payable in twelve equal installments, in which case the first installment shall be paid on or before the tenth day of the first month following the close of the taxable year, and the remaining installments shall be paid on or before the tenth day of each calendar month after such date. If any installment is not paid on or before the date fixed for its payment, the department, at its election, may cause the balance of the tax unpaid to become payable upon not less than ten days' notice and demand, and this amount shall be paid upon the date so fixed in the notice and demand from the department. The department shall prescribe the forms in which returns shall be made.

The provisions of chapter 235 regarding the limitation period for assessment and refunds shall run from the filing of the return for the taxable year, or the due date prescribed for the filing of the return, whichever is later. [L Sp 1957, c 1, pt of §10(a); Supp, §127-5; HRS §241-5; am L 1992, c 38, §3]

Previous                       Vol04_Ch0201-0257                       Next

EXHIBIT "D"