IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2009 MAY -4  AM 10: 57

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC,
a Delaware corporation, et al.,

                  Debtors.
-----------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)
Jointly Administered

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT, as a matter of right pursuant to Bankruptcy Rule 3006, Mr. Tilton O. Jack withdraws his previously filed proof of claim against American Home Mortgage.

Dated: Brooklyn, New York
       April 29, 2009

SOUTH BROOKLYN LEGAL SERVICES

_____
Jennifer Sinton, Esq., Of Counsel
John C. Gray, Esq.
105 Court Street, 3rd Floor
Brooklyn, NY 11201
(718) 237-5500

*Attorneys for Tilton Jack*

TO:

United States Bankruptcy Court
District of Delaware
824 North Market St., 3rd Floor
Wilmington, Delaware 19801

Epiq Bankruptcy Solutions, LLC
Attn: American Home Mortgage Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

David M. Souders, Esq.
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, 5th Floor
Washington, DC 20036