# EXHIBIT VI

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :  Jointly Administered
           Debtors.                                                    :
                                                                       :  Ref. Docket No. _____
---------------------------------------------------------------------- x

## ORDER SUSTAINING DEBTORS' THIRTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-fourth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, D, and E; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibits A</u>, <u>B</u>, <u>D</u>, <u>E</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit C</u> are hereby reassigned to the New Case Numbers listed in <u>Exhibit C</u>; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      June ___, 2009

                                               CHRISTOPHER S. SONTCHI
                                               UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## Exhibit A

### Duplicative Claims

| Name/Address of Claimant | Objectionable Claims ||||| Surviving Claims |||||
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| HARRIS COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10491 | 9/2/08 | 07-11047 | - (S)<br>$1,630.70 (A)<br>- (P)<br>- (U)<br>$1,630.70 (T) | | 10489 | 9/3/08 | 07-11047 | - (S)<br>$1,630.70 (A)<br>- (P)<br>- (U)<br>$1,630.70 (T) |
| HARRIS COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10492 | 9/2/08 | 07-11047 | $4,044.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,044.85 (T) | | 10488 | 9/3/08 | 07-11047 | $4,044.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,044.85 (T) |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10637 | 12/5/08 | 07-11047 | - (S)<br>$1,556.57 (A)<br>- (P)<br>- (U)<br>$1,556.57 (T) | | 10590 | 12/5/08 | 07-11047 | - (S)<br>$1,556.57 (A)<br>- (P)<br>- (U)<br>$1,556.57 (T) |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10674 | 2/12/09 | 07-11047 | - (S)<br>$4,812.29 (A)<br>- (P)<br>- (U)<br>$4,812.29 (T) | | 10660 | 2/9/09 | 07-11047 | - (S)<br>$4,812.29 (A)<br>- (P)<br>- (U)<br>$4,812.29 (T) |
| HOMIC, KATHLEEN KIMBERLY<br>801 ELDERSVILLE RD<br>BURGETTSTOWN, PA 15021 | 9282 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$2,975.68 (P)<br>- (U)<br>$2,975.68 (T) | | 825 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$2,975.68 (P)<br>- (U)<br>$2,975.68 (T) |
| Totals: | 5 Claims | | | $4,044.85 (S)<br>$7,999.56 (A)<br>$2,975.68 (P)<br>- (U)<br>$15,020.09 (T) | | | | | $4,044.85 (S)<br>$7,999.56 (A)<br>$2,975.68 (P)<br>- (U)<br>$15,020.09 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 10460 | 8/18/08 | 07-11047 | - (S)<br>$1,193.61 (A)<br>- (P)<br>- (U)<br>$1,193.61 (T) | 10657 | 1/21/09 | 07-11047 | - (S)<br>$2,443.18 (A)<br>- (P)<br>- (U)<br>$2,443.18 (T) |
| GILMER COUNTY TAX COMMISIONER<br>ATTN REBECCA A MARSHALL<br>PO BOX 361<br>ELLIJAY, GA 30540 | 3530 | 11/26/07 | 07-11047 | - (S)<br>- (A)<br>$312.36 (P)<br>- (U)<br>$312.36 (T) | 10680 | 3/6/09 | 07-11047 | - (S)<br>- (A)<br>$534.36 (P)<br>- (U)<br>$534.36 (T) |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 33 | 8/21/07 | 07-11047 | $4,823.06 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,823.06 (T) | 10029 | 2/27/08 | 07-11047 | $4,044.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,044.85 (T) |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10029 | 2/27/08 | 07-11047 | $4,044.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,044.85 (T) | 10488 | 9/3/08 | 07-11047 | $4,044.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,044.85 (T) |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10489 | 9/3/08 | 07-11047 | $1,630.70 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,630.70 (T) | 10590 | 12/5/08 | 07-11047 | $1,556.57 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,556.57 (T) |
| HERMAN, COREY L.<br>73 GREEN FIELD ST<br>MANCHESTER, PA 17345 | 778 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$2,483.70 (P)<br>- (U)<br>$2,483.70 (T) | 779 | 9/14/07 | No Case | - (S)<br>- (A)<br>$2,483.70 (P)<br>- (U)<br>$2,483.70 (T) |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>ATTN TONI PRICE-MAYS RTS3<br>CHICAGO, IL 60601 | 9834 | 1/22/08 | 07-11051 | - (S)<br>$115.50 (A)<br>- (P)<br>- (U)<br>$115.50 (T) | 10259 | 4/21/08 | 07-11051 | - (S)<br>$146.69 (A)<br>- (P)<br>- (U)<br>$146.69 (T) |

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| INTERTHINX, INC./SYSDOME, INC./ APPINTELLIGENCE INC C/O INSURANCE SERVICES OFFICE, INC. 545 WASHINGTON BLVD JERSEY CITY, NJ 07310-1686 | 2259 | 11/15/07 | 07-11047 | - (S)<br>$432.80 (A)<br>- (P)<br>- (U)<br>$432.80 (T) | 2886 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$41,833.51 (U)<br>$41,833.51 (T) |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 9842 | 1/25/08 | 07-11051 | - (S)<br>- (A)<br>$855,967.24 (P)<br>$250.00 (U)<br>$856,217.24 (T) | 10693 | 3/23/09 | 07-11051 | - (S)<br>- (A)<br>$860,238.85 (P)<br>$3,193.35 (U)<br>$863,432.20 (T) |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10046 | 3/7/08 | 07-11047 | - (S)<br>- (A)<br>$4,297,874.00 (P)<br>- (U)<br>$4,297,874.00 (T) | 10696 | 2/26/09 | 07-11047 | - (S)<br>- (A)<br>$4,297,874.00 (P)<br>$2,090.48 (U)<br>$4,299,964.48 (T) |
| NUECES COUNTY DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP 1949 S IH 35 (78741) PO BOX 17428 AUSTIN, TX 78760-7428 | 10457 | 8/15/08 | 07-11047 | - (S)<br>$655.33 (A)<br>- (P)<br>- (U)<br>$655.33 (T) | 10649 | 1/26/09 | 07-11047 | - (S)<br>$1,321.16 (A)<br>- (P)<br>- (U)<br>$1,321.16 (T) |
| ORANGE COUNTY TREASURER-TAX COLLECTOR ATTN RATNA D BUTANI, DEPUTY P.O. BOX 1438 SANTA ANA, CA 92702 | 8413 | 1/10/08 | 07-11051 | $120,139.34 (S)<br>- (A)<br>$3,087.67 (P)<br>- (U)<br>$123,227.01 (T) | 10596 | 12/18/08 | 07-11051 | $13,682.34 (S)<br>- (A)<br>$1,557.91 (P)<br>- (U)<br>$15,240.25 (T) |
| ORANGE COUNTY TREASURER-TAX COLLECTOR ATTN BANKRUPTCY UNIT P.O. BOX 1438 SANTA ANA, CA 92703 | 10596 | 12/18/08 | 07-11051 | $13,682.34 (S)<br>- (A)<br>$1,557.91 (P)<br>- (U)<br>$15,240.25 (T) | 10601 | 12/19/08 | 07-11051 | $11,428.29 (S)<br>- (A)<br>$1,557.91 (P)<br>- (U)<br>$12,986.20 (T) |
| PUMA, CHRISTIAN 50 CHEEMAUN TRAIL RIDGE, NY 11961 | 1166 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$2,500.00 (P)<br>- (U)<br>$2,500.00 (T) | 3732 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>$2,708.33 (P)<br>- (U)<br>$2,708.33 (T) |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 10416 | 6/10/08 | 07-11048 | - (S)<br>$3,336.44 (A)<br>- (P)<br>- (U)<br>$3,336.44 (T) | 10653 | 1/29/09 | 07-11048 | - (S)<br>$3,554.62 (A)<br>- (P)<br>- (U)<br>$3,554.62 (T) |
| TENNESSEE DEPARTMENT OF REVENUE ATTN WILBUR E HOOKS C/O ATTORNEY GENERAL PO BOX 20207 NASHVILLE, TN 37202-0207 | 7023 | 1/4/08 | 07-11048 | - (S)<br>- (A)<br>$9,570.05 (P)<br>$377.40 (U)<br>$9,947.45 (T) | 10599 | 12/19/08 | 07-11048 | - (S)<br>- (A)<br>$734.51 (P)<br>$377.40 (U)<br>$1,111.91 (T) |

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 7024 | 1/4/08 | 07-11048 | - (S)<br>$5,957.91 (A)<br>- (P)<br>- (U)<br>$5,957.91 (T) | 10600 | 12/19/08 | 07-11048 | - (S)<br>$6,628.75 (A)<br>- (P)<br>- (U)<br>$6,628.75 (T) |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 7025 | 1/4/08 | 07-11049 | - (S)<br>- (A)<br>$296.48 (P)<br>- (U)<br>$296.48 (T) | 10597 | 12/19/08 | 07-11049 | Unspecified* |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 7026 | 1/4/08 | 07-11049 | - (S)<br>$199.92 (A)<br>- (P)<br>- (U)<br>$199.92 (T) | 10598 | 12/19/08 | 07-11049 | Unspecified* |
| Totals: | 19 Claims | | | $142,689.59 (S)<br>$13,522.21 (A)<br>$5,173,649.41 (P)<br>$627.40 (U)<br>$5,330,488.61 (T) | | | | $33,200.33 (S)<br>$15,650.97 (A)<br>$5,164,981.24 (P)<br>$50,203.07 (U)<br>$5,264,035.61 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

DB02:8167877.1

066585.1001

## Exhibit C
### Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY, KANSAS<br>ATTN ROGER L TARBUTTON - LEGAL DEPT<br>111 SOUTH CHERRY STREET, SUITE 3200<br>OLATHE, KS 66061 | 2874 | 11/20/07 | 07-11047 | - (S)<br>- (A)<br>$2,506.27 (P)<br>- (U)<br>$2,506.27 (T) | 07-11051 |
| CUMBERLAND CO TAX COLLECTOR<br>PO BOX 449<br>FAYETTEVILLE, NC 28302-0449 | 6006 | 12/7/07 | 07-11047 | - (S)<br>- (A)<br>$87.32 (P)<br>- (U)<br>$87.32 (T) | 07-11051 |
| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046-0372 | 9868 | 2/1/08 | No Case | - (S)<br>- (A)<br>$392.66 (P)<br>- (U)<br>$392.66 (T) | 07-11051 |
| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | 9653 | 1/15/08 | 07-11047 | - (S)<br>$1,288.90 (A)<br>- (P)<br>- (U)<br>$1,288.90 (T) | 07-11051 |
| MANATEE COUNTY<br>KEN BURTON JR CFC TAX COLLECTOR<br>PO BOX 25300<br>BRADENTON, FL 34206-5300 | 29 | 8/21/07 | 07-11047 | $3,865.96 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,865.96 (T) | 07-11051 |
| RICHLAND COUNTY TREASURY<br>ATTN DAVID A ADAMS-RICHLAND, TREASURER<br>POST OFFICE BOX 11947,<br>COLUMBIA, SC 29211 | 9677 | 1/16/08 | 07-11047 | - (S)<br>- (A)<br>$834.86 (P)<br>- (U)<br>$834.86 (T) | 07-11051 |
| ROANOKE COUNTY TREASURER<br>F KEVIN HUTCHINS<br>PO BOX 21009<br>ROANOKE, VA 24018 | 167 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>$948.07 (P)<br>- (U)<br>$948.07 (T) | 07-11051 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Claim Amount | New Case Number |
|---|---|---|---|---|---|
| RUTHERFORD COUNTY TRUSTEE<br>ATTN TEB BATEY<br>PO BOX 1316<br>MURFREESBORO, TN 37133-1316 | 1850 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>$266.00 (P)<br>- (U)<br>$266.00 (T) | 07-11051 |
| STATE BOARD OF EQUALIZATION<br>ATTN AMY E EVERSON, AUTHORIZED REP<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | 9591 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>$2,603.00 (P)<br>- (U)<br>$2,603.00 (T) | 07-11051 |
| WOOD COUNTY SHERIFF<br>PO BOX 1985<br>PARKERSBURG, WV 26102 | 166 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>$115.08 (P)<br>- (U)<br>$115.08 (T) | 07-11051 |
| **Totals:** | **10 Claims** | | | $3,865.96 (S)<br>$1,288.90 (A)<br>$7,753.26 (P)<br>- (U)<br>$12,908.12 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

DB02:8167877.1

066585.1001

## Exhibit D
## No Documentation Claims

| Name/Address of Claimant | Objectionable Claims ||||
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BOSWELL, LORI A.<br>2051 FAWN LN<br>BATAVIA, OH 45103 | 1286 | 9/27/07 | No Case | Unspecified* |
| CARLTON, BONNIE<br>11918 FOX GLEN RD<br>CHARLOTTE, NC 28269 | 9340 | 1/14/08 | 07-11051 | Unspecified* |
| CRITCHFIELD, STEPHEN<br>10 WHITE TAIL LANE<br>BEDMINSTER, NJ 07921 | 5638 | 12/18/07 | 07-11051 | Unspecified* |
| GUYTON, JAMES<br>220 PINE RIDGE LANE<br>MONTGOMERY, IL 60538 | 10211 | 4/14/08 | 07-11051 | Unspecified* |
| KOHL, KRISTEN M.<br>32 AUDLEY CIRCLE<br>PLAINVIEW, NY 11803 | 9854 | 1/30/08 | No Case | - (S)<br>- (A)<br>$730.77 (P)<br>- (U)<br>$730.77 (T) |
| LAROSA, VICTOR<br>12910 E SUMMIT DR<br>SCOTTSDALE, AZ 85259 | 9808 | 1/28/08 | 07-11050 | - (S)<br>- (A)<br>$1,031.00 (P)<br>- (U)<br>$1,031.00 (T) |
| O'CALLAGHAN, DENISE<br>PO BOX 408<br>4 HIGHLAND AVE<br>PEAPACK, NJ 07977 | 1037 | 9/19/07 | 07-11051 | Unspecified* |
| TAKACS, JENNIFER<br>11 JOHNSON AVE<br>EAST MORICHES, NY 11940 | 8694 | 1/11/08 | 07-11051 | Unspecified* |
| VAN EYKEN, DIANNE<br>684 COUNTY LINE RD<br>AMITYVILLE, NY 11701 | 6258 | 12/24/07 | 07-11051 | Unspecified* |
| VASQUEZ, ARACELI<br>11205 W ATLANTIC<br>BLVD K305<br>CORAL SPRINGS, FL 33071 | 2817 | 11/20/07 | 07-11051 | Unspecified* |

─────── Objectionable Claims ───────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| Totals: | 10 Claims | | | - (S) |
| | | | | - (A) |
| | | | | $1,761.77 (P) |
| | | | | - (U) |
| | | | | $1,761.77 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

DB02:8167877.1

066585.1001

## Exhibit E

### Satisfied Claims

#### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| FRANCIS, DARLA M<br>1308 RICHARD RD<br>NORTH HUNTINGDON, PA 15642 | 2800 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,952.05 (P)<br>- (U)<br>$2,952.05 (T) | Per Debtors' books and records, unused vacation was paid on 9/10/07. |
| SCOTTO, ANTHONY<br>59 34 50TH AVE<br>WOODSIDE, NY 11377 | 7016 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$3,417.76 (P)<br>- (U)<br>$3,417.76 (T) | Employee was paid regular pay, transition pay and remaining vacation on 8/7/07 |
| **Totals:** | 2 Claims | | | - (S)<br>- (A)<br>$6,369.81 (P)<br>- (U)<br>$6,369.81 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.