# EXHIBIT X

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                                           :    Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :    Jointly Administered
                                                                 :
Debtors.                                                         :    **Ref. Docket No. _____**

------------------------------------------------------------------ x

## ORDER SUSTAINING DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-fifth omnibus (substantive) objection (the

"Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which

the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying,

reassigning and/or otherwise modifying the Disputed Claims[2] identified in Exhibits A, B, C, D,

E, F, G, and H hereto; and it appearing that the Court has jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given

under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit A</u> and <u>G</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit B</u> are hereby modified by reducing or fixing the amounts of such claims to the dollar values listed under the column titled "Modified Amount" in <u>Exhibit B</u>; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit C</u> are hereby reclassified to the priority levels indicated in the column titled "Reclassified Amount" in <u>Exhibit C</u>; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit D</u> are hereby (i) modified by reducing or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in <u>Exhibit D</u>, and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in <u>Exhibit D</u>; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit E</u> are hereby (i) modified by reducing or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in <u>Exhibit E</u>, and (ii) reclassified to the priority levels indicated in the column titled "Modified Amount" in <u>Exhibit E</u>; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit F</u> are hereby (i)

modified by reducing or fixing the amounts to the dollar values listed under the column titled

"Modified Amount" in Exhibit F, (ii) reclassified to the priority levels indicated in the column

titled "Modified Amount" in Exhibit F, and (iii) reassigned to the new case numbers listed in the

column titled "New Case Number" in Exhibit F; and it is further

ORDERED that, pursuant to section 510 of the Bankruptcy Code and the terms of

the Plan, the Equity Fraud Claims identified on the attached Exhibit H are Subordinated Claims

(as that term is defined in the Plan) and are therefore subordinated in right of payment to other

claims against the Debtors as provided for in the Plan; and it is further

ORDERED that Claim 10696 is hereby disallowed and expunged in full; and it is

further

ORDERED the amount of Claim 10693 is hereby reduced to $303,220.98

unsecured priority and $3,193.35 general unsecured; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement

this Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is

further

ORDERED that the Debtors reserve the right to object to any of the Disputed

Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims, or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
        June ___, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Exhibit A**

**No Liability Claims**

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 32 | 8/21/07 | 07-11047 | $1,628.31 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,628.31 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10513 | 9/12/08 | 07-11047 | $1,619.21 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,619.21 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10514 | 9/12/08 | 07-11047 | - (S)<br>$62.16 (A)<br>- (P)<br>- (U)<br>$62.16 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10592 | 12/11/08 | 07-11047 | - (S)<br>$64.13 (A)<br>- (P)<br>- (U)<br>$64.13 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10593 | 12/9/08 | 07-11047 | - (S)<br>$64.13 (A)<br>- (P)<br>- (U)<br>$64.13 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10659 | 2/9/09 | 07-11047 | - (S)<br>$128.26 (A)<br>- (P)<br>- (U)<br>$128.26 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10673 | 2/12/09 | 07-11047 | - (S)<br>$128.26 (A)<br>- (P)<br>- (U)<br>$128.26 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 1794 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$4,419.00 (U)<br>$7,097.00 (T) | Claim is duplicative of claim 9264. The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time. Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>6335 NACHEZ CT<br>CITRUS HTS, CA 956215219 | 9253 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$4,419.00 (U)<br>$7,097.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 10314 | 4/29/08 | 07-11051 | - (S)<br>- (A)<br>$2,678.00 (P)<br>- (U)<br>$2,678.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 10661 | 2/10/09 | 07-11047 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$4,419.00 (U)<br>$7,097.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>6335 NACHEZ CT<br>CITRUS HEIGHTS, CA 95621-5219 | 10662 | 2/10/09 | 07-11047 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$4,419.00 (U)<br>$7,097.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 10663 | 2/10/09 | 07-11047 | - (S)<br>- (A)<br>$2,678.00 (P)<br>- (U)<br>$2,678.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 10664 | 2/10/09 | 07-11051 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$4,419.00 (U)<br>$7,097.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 10665 | 2/10/09 | 07-11047 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$4,419.00 (U)<br>$7,097.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 10666 | 2/10/09 | 07-11051 | - (S)<br>- (A)<br>$2,678.00 (P)<br>- (U)<br>$2,678.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BAKER, LAYCE PATRICIA<br>7519 CEDAR DRIVE<br>CITRUS HEIGHTS, CA 95610 | 10667 | 2/10/09 | 07-11047 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$2,678.00 (U)<br>$2,678.00 (T) | Claim is duplicative of claim 9264. The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time. Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BEXAR COUNTY<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 10657 | 1/21/09 | 07-11047 | - (S)<br>$2,443.18 (A)<br>- (P)<br>- (U)<br>$2,443.18 (T) | Claim for property tax. The Debtors had no interest in the property in question for the tax years claimed. |
| COPPELL ISD<br>ELIZABETH WELLER<br>LINEBARGER BOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | 10449 | 8/11/08 | 07-11050 | - (S)<br>$36,825.62 (A)<br>- (P)<br>- (U)<br>$36,825.62 (T) | Claim for property taxes. The Debtors had no interest in the property for the claimed tax years. |
| COPPELL ISD – ELIZABETH WELLER,<br>MICHAEL W. DEEDS, & LAURIE A. SPINDLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 10677 | 2/27/09 | 07-11050 | - (S)<br>$83,399.23 (A)<br>- (P)<br>- (U)<br>$83,399.23 (T) | Claim for property taxes. The Debtors had no interest in the property for the claimed tax years. |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER BOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | 10448 | 8/11/08 | 07-11050 | - (S)<br>$16,397.21 (A)<br>- (P)<br>- (U)<br>$16,397.21 (T) | Claim for property taxes. The Debtors had no interest in the property for the claimed tax years. |
| DALLAS COUNTY – ELIZABETH WELLER<br>MICHAEL W. DEEDS, & LAURIE A. SPINDLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | 10676 | 2/27/09 | 07-11050 | - (S)<br>$67,535.48 (A)<br>- (P)<br>- (U)<br>$67,535.48 (T) | Claim for property taxes. The Debtors had no interest in the property for the claimed tax years. |
| HARDIN COUNTY<br>ATTN RYAH A. ZERBY, ASST PROSECUTOR<br>1 COURTHOUSE SQ.<br>STE 230<br>KENTON, OH 43326 | 5205 | 12/10/07 | No Case | Unspecified* | Claim states that no amounts are owing. |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10590 | 12/5/08 | 07-11047 | - (S)<br>$1,556.57 (A)<br>- (P)<br>- (U)<br>$1,556.57 (T) | Claim for property tax. The Debtors had no interest in the property in question for the tax years claimed. One of the bills is for Summit Mortgage which is unrelated to the Debtors. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| INTERTHINX, INC. / SYSDOME, INC./ APPINTELLIGENCE INC / ISO, INC LAW DEPT ATTN KENNETH E. THOMPSON, SECRETARY 545 WASHINGTON BLVD JERSEY CITY, NJ 07310 | 2886 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$41,833.51 (U)<br>$41,833.51 (T) | Claimed amount is also included in claim 2259. Claim is duplicative. |
| MCINTOSH COUNTY ATTN WANDA G NELSON, TAX COMMISSIONER MCINTOSH CO TAX OFC PO BOX 571 DARIEN, GA 31305 | 2723 | 11/19/07 | No Case | - (S)<br>$6,304.94 (A)<br>- (P)<br>- (U)<br>$6,304.94 (T) | Claim for property taxes that are the responsibility of the borrower. Taxes were not escrowed. The Debtors no longer have an interest in the property as it was sold to Bank of America. |
| MILLER, JAMES D. 6309 GLENWOOD RD. OMAHA, NE 68132 | 3253 | 11/26/07 | 07-11047 | Unspecified* | Claimant filed duplicative claims, similar to 9264 which has already been Accepted at $2678.08 to match the Debtor's books and records for vacation pay owed. |
| NEVADA DEPARTMENT OF TAXATION ATTN BANKRUPTCY SECTION 555 E WASHINGTON AVE #1300 LAS VEGAS, NV 89101 | 10370 | 4/23/08 | 07-11051 | - (S)<br>- (A)<br>$24,276.23 (P)<br>$1,665.79 (U)<br>$25,942.02 (T) | Debtors' books and records indicate no taxes are due per filed tax returns |
| NUECES COUNTY - ATTN:DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II, 2700 VIA FORTUNA DR. SUITE 400, PO BOX 17428 AUSTIN, TX 78760-7428 | 10649 | 1/26/09 | 07-11047 | - (S)<br>$1,321.16 (A)<br>- (P)<br>- (U)<br>$1,321.16 (T) | Claim for property taxes. The Debtors had no interest in the property for the claimed tax years. |
| OHIO DEPARTMENT OF TAXATION ATTORNEY GENERAL, COLLECTION ENFORCEMENT 150 E. GAY STREET, 21ST FLOOR COLUMBUS, OH 43215 | 1527 | 10/5/07 | 07-11050 | - (S)<br>$3,309.02 (A)<br>- (P)<br>- (U)<br>$3,309.02 (T) | Debtors' books and records indicate no taxes are due per filed tax returns |
| R.I. DIVISION OF TAXATION ATTN DAVID M SULLIVAN TAX ADMINISTRATOR ONE CAPITOL HILL PROVIDENCE, RI 02908 | 583 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$2,750.00 (P)<br>- (U)<br>$2,750.00 (T) | Debtors' books and records indicate no taxes are due per filed tax returns |
| ROCKPORT TOWN ATTN ROBERT JOSEPHSON, TREASURER P.O. BOX150 ROCKPORT, MA 01966 | 5171 | 12/10/07 | No Case | - (S)<br>$7,331.04 (A)<br>- (P)<br>- (U)<br>$7,331.04 (T) | Claim related to loan that the Debtors cannot find in their records. Upon information and belief, the lender is Granite Savings Loan Center which is not affiliated with any Debtor. |
| SAN DIEGO COUNTY TREASURER DAN MCALLISTER - TAX COLLECTOR 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO, CA 92101 | 10679 | 2/20/09 | 07-11047 | - (S)<br>$235,289.85 (A)<br>- (P)<br>- (U)<br>$235,289.85 (T) | Claim for property taxes for the years 2006-09. The Debtors were not responsible for taxes for 2006 or 2007 because the borrower chose not to pay taxes through escrow and was responsible for the taxes directly. The Debtors had no interest in the propert |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 10419 | 6/17/08 | 07-11049 | - (S)<br>$1,748.54 (A)<br>- (P)<br>- (U)<br>$1,748.54 (T) | Debtors' books and records indicate no taxes are due per filed tax returns |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY PO BOX 245<br>MICHAEL READING AUTHORIZED AGENT<br>TRENTON, NJ 08646 | 9831 | 1/16/08 | 07-11051 | - (S)<br>- (A)<br>$1,494,298.91 (P)<br>- (U)<br>$1,494,298.91 (T) | Debtors and claimant agree that the appropriate amount of the claim is $149,826.31. |
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER BOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | 10450 | 8/11/08 | 07-11051 | - (S)<br>$1,263.92 (A)<br>- (P)<br>- (U)<br>$1,263.92 (T) | Claim for property taxes. Debtors had no interest in the properties for the claimed tax years. |
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 10690 | 3/19/09 | 07-11051 | - (S)<br>$2,478.52 (A)<br>- (P)<br>- (U)<br>$2,478.52 (T) | Claim for property taxes. Debtors had no interest in the properties for the claimed tax years. |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 10600 | 12/19/08 | 07-11048 | - (S)<br>$6,628.75 (A)<br>- (P)<br>- (U)<br>$6,628.75 (T) | Debtors' books and records indicate no taxes are due per filed tax returns |
| TOWN OF POMFRET<br>PAMELA S. LEWERENZ, CCMC TAX COLLECTOR<br>PO BOX 286<br>POMFRET CENTER, CT 06259 | 10602 | 12/22/08 | 07-11047 | Unspecified* | Taxes have been paid as evidenced by the supporting documentation provided by claimant. |
| TOWN OF POMFRET<br>TAX COLLECTOR<br>PO BOX 286<br>POMFRET CENTER, CT 06259 | 10694 | 3/23/09 | 07-11047 | Unspecified* | Taxes have been paid as evidenced by the supporting documentation provided by claimant. |

————— Objectionable Claims —————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 40 Claims | | $3,247.52 (S) | |
| | | | | $457,334.97 (A) | |
| | | | | $1,565,050.14 (P) | |
| | | | | $72,691.30 (U) | |
| | | | | $2,095,645.93 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B

## Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| GOMEZ, ROLAND<br>12422 S HAROLD<br>PALOS HEIGHTS, IL 60463 | 5332 | 12/12/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$47,921.00 (U)<br>$58,871.00 (T) | - (S)<br>- (A)<br>$7,049.71 (P)<br>$26,690.00 (U)<br>$33,739.71 (T) | Modified to match Debtors' books and records for commission and override bonus on funded loans only. Claimant not entitled to annual bonus, because, per the claimant's employment contract, claimant had to be employed on scheduled payment date in order to receive payment. |
| HOPKINS, CARA B<br>23601 TORERO<br>CIRCLE<br>MISSION VIEJO, CA 92691 | 3074 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$2,948.08 (P)<br>- (U)<br>$2,948.08 (T) | - (S)<br>- (A)<br>$1,023.08 (P)<br>- (U)<br>$1,023.08 (T) | Modified to match Debtors' books and records for vacation pay. |
| JOHNSON, ALISA<br>7921 WOODCREEK LN<br>FORT WAYNE, IN 46815 | 7216 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$1,184.83 (P)<br>- (U)<br>$1,184.83 (T) | - (S)<br>- (A)<br>$807.84 (P)<br>- (U)<br>$807.84 (T) | Modified to match Debtors' books and records for vacation pay. Claimant is not entitled to sick / personal pay per company policy. |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | 10601 | 12/19/08 | 07-11051 | $11,428.29 (S)<br>- (A)<br>$1,557.91 (P)<br>- (U)<br>$12,986.20 (T) | $5,594.89 (S)<br>- (A)<br>$1,557.91 (P)<br>- (U)<br>$7,152.80 (T) | Modified secured to match Debtors' books and records for outstanding real estate taxes. The others have been paid and verified on the county tax collector's website. |
| RASMUSSEN, JAN<br>58 CARSON<br>IRVINE, CA 92620 | 1805 | 10/30/07 | 07-11051 | - (S)<br>- (A)<br>$2,398.94 (P)<br>- (U)<br>$2,398.94 (T) | - (S)<br>- (A)<br>$2,390.28 (P)<br>- (U)<br>$2,390.28 (T) | Modified to match Debtors' books and records for vacation and sick/personal pay. |
| ST. TAMMANY COUNTY, LOUISIANA<br>ST. TAMMANY PARISH<br>TAX COLLECTOR<br>P O BOX 608<br>COVINGTON, LA 70434-0608 | 10215 | 4/14/08 | 07-11051 | - (S)<br>- (A)<br>$2,536.03 (P)<br>- (U)<br>$2,536.03 (T) | - (S)<br>- (A)<br>$2,415.41 (P)<br>- (U)<br>$2,415.41 (T) | Modified to match Debtors' books and records. |
| STATE OF NEW JERSEY<br>MICHAEL READING, AUTHORIZED AGENT<br>DIVISION OF TAXATION-COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | 9657 | 1/15/08 | 07-11050 | - (S)<br>- (A)<br>$5,287.22 (P)<br>- (U)<br>$5,287.22 (T) | - (S)<br>- (A)<br>$80.00 (P)<br>- (U)<br>$80.00 (T) | Modified to match Debtors' books and records per filed tax returns. |

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| TULSA COUNTY TREASURER<br>J. DENNIS SEMLER<br>500 S DENVER<br>TULSA, OK 74103 | 9829 | 1/28/08 | 07-11051 | - (S)<br>- (A)<br>$1,423.03 (P)<br>- (U)<br>$1,423.03 (T) | - (S)<br>- (A)<br>$1,420.00 (P)<br>- (U)<br>$1,420.00 (T) | Modified to match Debtors' books and records and to remove amounts for post-petition interest. |
| **Totals:** | **8 Claims** | | | $11,428.29 (S)<br>- (A)<br>$28,286.04 (P)<br>$47,921.00 (U)<br>$87,635.33 (T) | $5,594.89 (S)<br>- (A)<br>$16,744.23 (P)<br>$26,690.00 (U)<br>$49,029.12 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C
## Reclassified Claims

| Name/Address of Claimant | | Objectionable Claims | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
| DENNIS, DENNIS J. 12 WILDFLOWER TRAIL ROBBINSVILLE, NJ 08691 | 6453 | 12/26/07 | 07-11051 | - (S) - (A) $7,978.62 (P) - (U) $7,978.62 (T) | - (S) - (A) - (P) $7,978.62 (U) $7,978.62 (T) | No basis for priority exists under section 507 of the Bankruptcy Code. |
| HENN, MELANIE A 1082 HUMMINGBIRD CT COLORADO SPRINGS, CO 80921 | 6909 | 1/3/08 | 07-11051 | - (S) - (A) $1,125.00 (P) $1,125.00 (U) $1,125.00 (T) | - (S) - (A) $1,125.00 (P) - (U) $1,125.00 (T) | Claimed commission is entitled to priority. Claimant checked off priority on proof of claim but wrote the amount in the blank for unsecured claims. |
| OHIO DEPARTMENT OF TAXATION STATE OF OHIO 30 EAST BROAD STREET COLUMBUS, OH 43215 | 10652 | 1/27/09 | 07-11051 | - (S) - (A) $102,783.91 (P) - (U) $102,783.91 (T) | - (S) - (A) $90,581.41 (P) $12,202.50 (U) $102,783.91 (T) | Claimed penalties reclassed to unsecured. |
| RICHMOND, DEBORAH 5063 HAVENSIDE DR HILLIARD, OH 43026 | 3084 | 11/23/07 | 07-11051 | $1,887.20 (S) - (A) $1,887.20 (P) - (U) $1,887.20 (T) | - (S) - (A) $1,887.20 (P) - (U) $1,887.20 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| SHORE, JEFFREY 2265 BOTANICA CIRCLE WEST MELBOURNE, FL 32904 | 5482 | 12/14/07 | 07-11051 | - (S) - (A) $4,767.95 (P) - (U) $4,767.95 (T) | - (S) - (A) - (P) $4,767.95 (U) $4,767.95 (T) | No basis for priority exists under section 507 of the Bankruptcy Code. |
| **Totals:** | **5 Claims** | | | **$1,887.20 (S) - (A) $118,542.68 (P) $1,125.00 (U) $118,542.68 (T)** | **- (S) - (A) $93,593.61 (P) $24,949.07 (U) $118,542.68 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

## Exhibit D
### Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| FULTON COUNTY TAX COMMISSIONER 141 PRYOR ST SUITE 1113 ATLANTA, GA 30303 | 5337 | 12/10/07 | 07-11047 | - (S) - (A) $7,791.29 (P) - (U) $7,791.29 (T) | 07-11051 | - (S) $4,793.90 (A) $4,793.90 (P) - (U) $4,793.90 (T) | (S) Verified on the Fulton County Tax Collector website that the claimed real estate taxes have been paid as well as one of the personal property taxes (P000024353). Amount modified to match the outstanding tax bills for the remaining four personal property parcels. |
| HERMAN, COREY L. 73 GREEN FIELD ST MANCHESTER, PA 17345 | 779 | 9/14/07 | No Case | - (S) - (A) $2,483.70 (P) - (U) $2,483.70 (T) | 07-11051 | - (S) - (A) $1,315.39 (P) - (U) $1,315.39 (T) | (S) Modified to match the Debtors' books and records for vacation pay. Claimant is not entitled to sick / personal pay per company policy |
| LONG ISLAND LIGHTING COMPANY DBA LIPA ELISA M PUGLIESE, ESQ 175 E OLD COUNTRY RD HICKSVILLE, NY 11801 | 4436 | 12/4/07 | 07-11047 | - (S) $25,951.65 (A) - (P) - (U) $25,951.65 (T) | 07-11051 | Unspecified* | Modified to match Debtors' books and records as two of the bills have previously been paid. |
| NETWORK TELEPHONE CORPORATION DBA CAVALIER TELEPHONE C/O R LEE GRANT JR 2134 W LABURNUM AVE RICHMOND, VA 23227 | 10495 | 9/5/08 | 07-11047 | - (S) $4,655.52 (A) - (P) - (U) $4,655.52 (T) | 07-11051 | Unspecified* | Modified to match debtors' books and records for post petition services |
| **Totals:** | **4 Claims** | | | - (S) $30,607.17 (A) $10,274.99 (P) - (U) $40,882.16 (T) | | - (S) $6,109.29 (A) $6,109.29 (P) - (U) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Modified Amount Reclassified Claims

| Name/Address of Claimant | | Objectionable Claims | | | | |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
| CDR OF SOUTHWEST FLORIDA LLC<br>ATTN CAROL J. D. - MGR. /MEMBER<br>950 TAMIAMI TRL UNIT 101<br>PT CHARLOTTE, FL 339533102 | 2822 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$23,283.50 (P)<br>$5,733.37 (U)<br>$29,016.87 (T) | - (S)<br>- (A)<br>- (P)<br>$28,910.47 (U)<br>$28,910.47 (T) | - (S) The Debtors paid $106.40 on<br>- (A) 1/10/08. No basis for priority exists<br>- (P) under section 507 of the Bankruptcy<br>(U) Code. |
| WA STATE DEPT. OF LABOR & INDUSTRIES<br>ATTN PAULA ROMINES, REVENUE AGENT<br>BANKRUPTCY UNIT<br>PO BOX 4170<br>OLYMPIA, WA 98504-4170 | 5333 | 12/5/07 | 07-11047 | - (S)<br>- (A)<br>$14,446.94 (P)<br>$607.29 (U)<br>$15,054.23 (T) | - (S) Modified to match Debtors' books and<br>- (A) records.<br>- (P)<br>$4,104.23 (U)<br>$4,104.23 (T) | |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$37,730.44 (P)<br>$6,340.66 (U)<br>$44,071.10 (T) | - (S)<br>- (A)<br>- (P)<br>$33,014.70 (U)<br>$33,014.70 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

# Exhibit F

## Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | | |
| EMC CORPORATION<br>ATTN PHYLLIS A HAYES, RMS, AGENT<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 10127 | 3/21/08 | 07-11047 | - (S)<br>- (A)<br>$233,195.90 (P)<br>$29,645.89 (U)<br>$262,841.79 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$262,841.00 (U)<br>$262,841.00 (T) | Modified to match Debtors' books and records. |
| HARRIS COUNTY, ET AL.<br>JOHN P DILLIMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10660 | 2/9/09 | 07-11047 | - (S)<br>$4,812.29 (A)<br>- (P)<br>- (U)<br>$4,812.29 (T) | 07-11051 | - (S)<br>- (A)<br>$1,266.20 (P)<br>- (U)<br>$1,266.20 (T) | Claim for property tax. The Debtors had no interest in the property in question during 2008 or 2009. Debtors agree that they are liable for 2007 taxes, but are not liable for accrued post-petition interest. |
| LEE COUNTY TAX COLLECTOR<br>CATHERINE M. CURTIS<br>C/O LEGAL DEPARTMENT<br>PO BOX 850<br>FORT MYERS, FL 33902-0280 | 10582 | 11/25/08 | 07-11047 | - (S)<br>$5,618.28 (A)<br>- (P)<br>- (U)<br>$5,618.28 (T) | 07-11051 | - (S)<br>- (A)<br>$1,180.36 (P)<br>- (U)<br>$1,180.36 (T) | Claim for property tax. The Debtors had no interest in the property in question during 2008. Debtors agree that they are liable for 2007 taxes, but are not liable for accrued post-petition interest. |
| MEADOR, SANDRA<br>1560 SPRINGFIELD DR<br>VINTON, VA 24179 | 5248 | 12/11/07 | No Case | - (S)<br>- (A)<br>$8,684.11 (P)<br>- (U)<br>$8,684.11 (T) | 07-11051 | - (S)<br>- (A)<br>$391.22 (U)<br>$391.22 (T) | Claimant is entitled to reimbursement of expenses as an unsecured claim. Loan must fund in order to receive commission. Per contract, claimant had to be employed on scheduled payment date to receive claimed bonus. |

—— Objectionable Claim ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| Totals: | | 4 Claims | | - (S) | | - (S) | |
| | | | | $10,430.57 (A) | | - (A) | |
| | | | | $241,880.01 (P) | | $2,446.56 (P) | |
| | | | | $29,645.89 (U) | | $263,232.22 (U) | |
| | | | | $281,956.47 (T) | | $265,678.78 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

# Exhibit G
## Insufficient Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HART, WILLIAM H.<br>6927 WORCESTER DR<br>SPRING, TX 77379 | 114 | 8/28/07 | 07-11051 | - (S)<br>- (A)<br>$6,372.00 (P)<br>- (U)<br>$6,372.00 (T) | Unable to determine basis for claim. Debtors cannot locate a bonus history for the claimant. |
| LUKE, JENNIFER<br>190-18 CROCHERON AVE<br>FLUSHING, NY 11358 | 8640 | 1/11/08 | 07-11051 | Unspecified* | Insufficient documentation to assess validity of claim. |
| REMAX<br>ATTN: DENNIS FOX<br>3400 CALLOWAY DR. # 800<br>BAKERSFIELD, CA 93312 | 9900 | 2/4/08 | No Case | - (S)<br>- (A)<br>$1,278.95 (P)<br>- (U)<br>$1,278.95 (T) | Insufficient documentation to assess validity of claim. |
| SUTTER COUNTY TAX COLLECTOR<br>ATTN JIM STEVENS<br>TREASURER TAX COLLECTOR<br>PO BOX 546<br>YUBA CITY, CA 95992 | 10236 | 4/14/08 | 07-11047 | $32,146.81 (S)<br>$32,146.81 (A)<br>- (P)<br>- (U)<br>$32,146.81 (T) | Insufficient documentation to assess validity of claim. |
| SWEARINGEN REALTY GROUP, LLC<br>ATTN GRANVILLE JENKINS<br>5950 BERKSHIRE LANE, # 700<br>DALLAS, TX 75225 | 7653 | 1/8/08 | 07-11047 | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$50,000.00 (T) | Insufficient documentation to assess validity of claim.<br>Debtors unable to locate a contract or prior payments. |
| TOMLINSON, SEAN<br>11914 WASHINGTON ST<br>PEMBROKE PNES, FL 330255750 | 5362 | 12/13/07 | 07-11051 | Unspecified* | Insufficient documentation to assess validity of claim. |

———— Objectionable Claims ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 6 Claims | | $32,146.81 (S) | |
| | | | | $32,146.81 (A) | |
| | | | | $57,650.95 (P) | |
| | | | | - (U) | |
| | | | | $89,797.76 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT H

## Exhibit H

### Equity Fraud Claims

| Name/Address of Claimant | Objectionable Claims | | | |
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| IMWOLD, DONALD J.<br>1109 LONGBROOK ROAD<br>LUTHERVILLE, MD 21093 | 7833 | 4/6/09 | 07-11048 | Unspecified* |
| POLENZANI BENEFITS & INSURANCE SERVICES, INC. PROFIT SHARING TRUST DTD 1/01/00<br>POLENZANI, THOMAS A. & ELIZABETH, TTEES<br>2580 DEODAR CIRCLE<br>PASADENA, CA 91107 | 4302 | 4/6/09 | No Case | Unspecified* |
| REINARD, KENNETH<br>PO BOX 2907<br>COOKEVILLE, TN 38502 | 6868 | 1/3/08 | 07-11047 | - (S)<br>- (A)<br>$25,372.99 (P)<br>$25,372.99 (U)<br>$25,372.99 (T) |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>$25,372.99 (P)<br>$25,372.99 (U)<br>$25,372.99 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.