IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.*,[1] | Case No. 07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 7262** |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 7262)

I hereby certify that as of May 7, 2009 no objection or response to the Second Monthly Application of Bifferato LLC[2] as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of November 1, 2008 through November 31, 2008 (the "Application") (Docket No. 7262), filed by Bifferato LLC on April 13, 2009, has been docketed with the Court or served on counsel. The Notice attached to the aforesaid Application stated that objections or responses to the Application, if any, were to be made in writing and filed with the Court and served upon counsel so as to be received on or before May 4, 2009 at 4:00 p.m.

The Application was filed and served in accordance with the Administrative Order Under 11 U.S.C. § 331, Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, signed on June 10, 2008 [Docket No. 163]. The Debtors are authorized to pay Bifferato

---

[1] The Debtors' in these cases, along with the last four digits of each Debtors' federal tax identification numbers are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland Corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland Corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland Corporation (7267); American Home Mortgage Corp. ("AHM Corporation"), a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware Limited Liability Company (1407); Homegate Settlement Services, Inc., a New York Corporation (7491); and Great Oak Abstract Corporation, a New York Corporation (8580). The address for all of the Debtors' is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Effective March 13, 2009, Bifferato Gentilotti LLC changed its name to Bifferato LLC.

LLC 80% of the requested fees and 100% of the requested expenses as in the Application without further order of the Court.

Dated: May 7, 2009
       Wilmington, Delaware

_____
Ian Connor Bifferato (#3273)
Kevin G. Collins (#5149)
Thomas F. Driscoll III (#4703)
BIFFERATO LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 225-7600
Facsimile: (302) 254-5383