## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Certificate of No Objection* will be caused to be served this 7th day of May, 2009, by First Class Mail upon the attached service list.

SEE ATTACHED SERVICE LIST

_____
Ian Connor Bifferato (#3273)
Kevin G. Collins (#5149)
Thomas F. Driscoll III (#4703)
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Alan Horn, Esq., General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Jeffrey M. Levine, Esq.
Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006

Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Victoria Counihan, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Joseph McMahon, Esq.
The Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801