# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : : : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Related Dkt. No. 7349** |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on the 8th day of May, 2009, a copy of the foregoing *Limited Objection of American Home Bank, a Division of First National Bank of Chester County, to Debtors' Motion for an Order (I) Authorizing the Sale of Debtors' Shares in American Home Bank Stock Free and Clear of Liens, Claims, Encumbrances and Other Interests, (II) Authorizing and Approving Proposed Stock Purchase Agreement, and (III) Granting Related Relief* was served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in this case and upon the following parties in the manner indicated:

*First Class Mail*
Carlo Colagiacomo, Esquire
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

*Email (cgrear@ycst.com)*
*(sbeach@ycst.com)*
Craig Grear, Esquire
Sean M. Beach, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Local Counsel to the Debtors)*

*Email (bfernandes@zolfocooper.com)*
Bret Fernandes
Zolfo Cooper
1166 Avenue of the Americas
New York, NY 10036

*Email (Louis.bevilacqua@cwt.com)*
*(Jeffrey.weissman@cwt.com)*
Louis Bevilacqua, Esquire
Jeffrey Weissman, Esquire
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
*(Counsel to the Debtors)*

00000550.

*First Class Mail*
Gene Weil
John J. Nelligan
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

*Email (fatell@blankrome.com)*
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*(Local Counsel to the Official Committee of Unsecured Creditors)*

*Email (mindelicato@hahnhessen.com)*
      *(mpower@hahnhessen.com)*
      *(dgrubman@hahnhessen.com)*
Mark Indelicato, Esquire
Mark Power, Esquire
Don Grubman, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
*(Counsel to the Official Committee of Unsecured Creditors)*

*Email (joseph.mcmahon@usdoj.gov)*
Joseph J. McMahon, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

**MESSANA ROSNER & STERN LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (DE #3995)
1000 N. West Street, Suite 1200
Wilmington, DE 19801