| Area Drilldown | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4030 Huston | 370,609,927 | 64,491,191 | 69,130,681 | 63,573,902 | 68,716,823 | 52,037,267 | 52,660,063 | 54,450,629 | 51,953,971 | 55,067,834 | 60,072,593 | 68,148,173 | 62,158,746 |
| Array | 60,947,403 | 7,130,755 | 11,548,519 | 12,744,091 | 11,820,161 | 7,861,129 | 9,842,748 | 13,796,500 | 14,810,422 | 12,758,867 | 15,531,023 | 15,149,390 | 14,543,092 |
| Grand Total | 431,557,330 | 71,621,946 | 80,679,200 | 76,317,993 | 80,536,984 | 59,898,396 | 62,502,811 | 68,247,129 | 66,764,393 | 67,826,701 | 75,603,616 | 83,297,563 | 76,701,838 |

| LO Branch Drilldown | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Array Hampton Roads VA 2310 | 24,424,970 | 3,430,250 | 5,052,324 | 5,743,305 | 4,913,060 | 2,547,629 | 2,738,402 | 6,112,738 | 3,656,605 | 5,408,748 | 7,022,701 | 5,587,762 | 3,836,727 |
| Array Paden Team VA 2306 | 2,362,843 | 302,815 | 815,000 | 364,300 | 426,050 | 226,773 | 227,905 | 229,500 | 405,000 | 224,627 | 209,000 | 864,585 | 995,671 |
| Array Richmond VA 2312 | 4,645,155 | 1,219,201 | 961,895 | 560,959 | 734,400 | 722,400 | 446,300 | 632,900 | 991,174 | 216,000 | 1,102,750 | 1,484,250 | 926,700 |
| Array Roanoke VA 2303 | 1,889,937 | 112,824 | 61,925 | 272,000 | 449,571 | 243,677 | 749,940 | 344,058 | 512,459 | 519,475 | 1,374,192 | 1,191,012 | 846,734 |
| Array Will Carder VA 2307 | 6,220,122 | 1,298,665 | 1,031,728 | 659,127 | 819,660 | 1,877,950 | 532,992 | 621,204 | 691,174 | 418,640 | 1,252,191 | 1,632,931 | 411,460 |
| Grand Total | 39,543,027 | 6,363,755 | 7,922,872 | 7,599,691 | 7,342,741 | 5,618,429 | 4,695,539 | 7,940,400 | 6,256,412 | 6,787,490 | 10,960,834 | 10,760,540 | 7,017,292 |

| LO Branch Drilldown | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Array Hampton Roads VA 2310 | 24,424,970 | 3,430,250 | 5,052,324 | 5,743,305 | 4,913,060 | 2,547,629 | 2,738,402 | 6,112,738 | 3,656,605 | 5,408,748 | 7,022,701 | 5,587,762 | 3,836,727 |
| Array Paden Team VA 2306 | 2,362,843 | 302,815 | 815,000 | 364,300 | 426,050 | 226,773 | 227,905 | 229,500 | 405,000 | 224,627 | 209,000 | 864,585 | 995,671 |
| Array Richmond VA 2312 | 4,645,155 | 1,219,201 | 961,895 | 560,959 | 734,400 | 722,400 | 446,300 | 632,900 | 991,174 | 216,000 | 1,102,750 | 1,484,250 | 926,700 |
| Array Roanoke VA 2303 | 1,889,937 | 112,824 | 61,925 | 272,000 | 449,571 | 243,677 | 749,940 | 344,058 | 512,459 | 519,475 | 1,374,192 | 1,191,012 | 846,734 |
| Array Will Carder VA 2307 | 6,220,122 | 1,298,665 | 1,031,728 | 659,127 | 819,660 | 1,877,950 | 532,992 | 621,204 | 691,174 | 418,640 | 1,252,191 | 1,632,931 | 411,460 |
| Grand Total | 39,543,027 | 6,363,755 | 7,922,872 | 7,599,691 | 7,342,741 | 5,618,429 | 4,695,539 | 7,940,400 | 6,256,412 | 6,787,490 | 10,960,834 | 10,760,540 | 7,017,292 |

| LO Branch Drilldown | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Durham Lyckan NC 2047 | 7,777,170 | 1,821,075 | 1,162,310 | 1,567,474 | 1,118,339 | 750,665 | 1,357,307 | 2,072,760 | 1,032,160 | 606,854 | 1,432,986 | 2,158,671 | 813,855 |

|  | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fayetteville Breezewd NC 2048 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,975,704 | 747,141 | 740,980 | 1,324,827 | 1,447,850 |
| Raleigh National NC 2050 | 21,145,969 | 3,249,094 | 2,289,393 | 3,096,450 | 5,761,436 | 3,523,020 | 3,226,576 | 2,806,366 | 3,195,975 | 2,735,750 | 4,350,925 | 5,116,245 | 3,459,958 |
| Grand Total | 28,923,139 | 5,070,169 | 3,451,703 | 4,663,924 | 6,879,775 | 4,273,685 | 4,583,883 | 4,879,126 | 6,203,839 | 4,089,745 | 6,524,891 | 8,599,743 | 5,721,663 |

| Employee Name | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrew Jordan | 7,559,843 | 416,127 | 991,644 | 1,447,576 | 1,460,758 | 1,702,219 | 1,541,519 | 1,590,223 | 1,152,051 | 1,650,640 | 1,863,897 | 1,675,339 | 2,427,291 |
| Audrey E. Clement | 3,837,367 | 442,118 | 1,032,921 | 1,170,828 | 577,000 | 471,500 | 143,000 | 812,257 | 920,077 | 0 | 241,071 | 201,235 | 829,400 |
| Bob Crist | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 538,441 | 1,038,617 | 940,270 |
| Ilonka Avila | 6,489,964 | 812,373 | 1,514,910 | 1,405,950 | 810,229 | 1,071,502 | 875,000 | 1,087,488 | 371,317 | 416,998 | 0 | 0 | 0 |
| Jennifer Blanks | 382,299 | 0 | 0 | 164,000 | 218,299 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| John Holda | 3,438,169 | 248,382 | 521,695 | 137,500 | 1,090,947 | 216,448 | 1,223,197 | 634,000 | 192,200 | 460,896 | 826,951 | 786,800 | 756,500 |
| Maryann Bradley | 155,268 | 0 | 0 | 0 | 0 | 155,268 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Michael Mapes | 1,677,296 | 123,068 | 726,840 | 827,388 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sharon Haywood | 3,620,938 | 86,275 | 816,340 | 1,547,114 | 696,658 | 140,000 | 334,551 | 479,005 | 524,070 | 481,476 | 1,165,176 | 460,800 | 1,373,519 |
| Sue Carden | 1,484,938 | 310,000 | 330,825 | 844,113 | 0 | 0 | 0 | 321,670 | 333,000 | 640,121 | 601,608 | 343,000 | 258,450 |
| Todd Bradley | 4,051,601 | 609,500 | 707,524 | 616,295 | 1,232,250 | 225,767 | 660,265 | 620,687 | 568,298 | 877,850 | 198,500 | 732,989 | 111,650 |

| | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | 32,697,683 | 3,047,843 | 6,642,699 | 8,160,764 | 6,086,141 | 3,982,704 | 4,777,532 | 5,545,330 | 4,061,013 | 4,527,981 | 5,435,644 | 5,238,780 | 6,697,080 |

| Employee Name | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bill Wood | 296,000 | 0 | 296,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bob Hausmann | 4,982,231 | 457,525 | 786,309 | 2,231,221 | 704,266 | 251,910 | 551,000 | 347,592 | 570,000 | 1,950,320 | 720,550 | 1,331,750 | 795,250 |
| Bonnie Tenhoeve | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Daniel Rushing | 274,783 | 274,783 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Erik Fink | 278,100 | 0 | 0 | 278,100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jay Gould | 2,570,013 | 835,051 | 376,000 | 269,250 | 326,200 | 630,512 | 133,000 | 125,000 | 725,348 | 763,750 | 324,000 | 667,100 | 1,010,098 |
| Jenny Cannon | 2,313,137 | 652,673 | 344,500 | 246,189 | 506,725 | 130,050 | 433,000 | 1,169,400 | 652,810 | 1,419,404 | 354,000 | 471,814 | 771,700 |
| Mike Posta | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 674,100 |
| Grand Total | 10,714,264 | 2,220,032 | 1,802,809 | 3,024,760 | 1,537,191 | 1,012,472 | 1,117,000 | 1,641,992 | 1,948,158 | 4,133,474 | 1,398,550 | 2,470,664 | 3,251,148 |

| Employee Name | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dana Lucas | 15,655,297 | 2,334,846 | 4,718,357 | 2,188,532 | 2,867,840 | 3,545,722 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Denise Good-Julian | 1,986,954 | 376,000 | 0 | 160,050 | 1,196,146 | 254,758 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Norman Latva | 125,149 | 0 | 125,149 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Trina Hay | 2,671,203 | 234,990 | 714,415 | 606,067 | 1,015,145 | 100,586 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Grand Total | 20,438,603 | 2,945,836 | 5,557,921 | 2,954,649 | 5,079,131 | 3,901,066 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Employee Name | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALEXANDER SCHULZ | 1,310,320 | 98,000 | 0 | 782,550 | 0 | 274,770 | 155,000 | 674,636 | 131,265 | 0 | 130,935 | 943,762 | 128,000 |
| Cathy Fowler | 4,507,035 | 1,203,337 | 2,033,246 | 1,270,452 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cecily Hooks | 2,283,551 | 206,374 | 464,134 | 297,607 | 364,451 | 625,980 | 325,005 | 675,622 | 806,676 | 555,332 | 970,811 | 471,933 | 0 |
| Dana Lucas | 1,398,879 | 0 | 0 | 125,875 | 84,118 | 415,821 | 773,065 | 1,367,832 | 2,630,218 | 1,824,791 | 3,405,867 | 2,601,103 | 3,213,619 |
| Dario Romo | 1,094,464 | 72,794 | 217,750 | 0 | 109,600 | 99,000 | 595,320 | 0 | 0 | 0 | 0 | 0 | 0 |
| Denise Good-Julian | 1,176,423 | 0 | 0 | 0 | 265,055 | 0 | 911,368 | 379,729 | 444,081 | 339,255 | 834,415 | 645,473 | 759,717 |
| Eugene Fitzpatrick | 1,355,585 | 809,750 | 121,985 | 0 | 143,000 | 145,000 | 135,850 | 35,000 | 1,035,468 | 0 | 0 | 270,600 | 275,000 |
| JENNIFER SIMMERSON | 889,161 | 133,666 | 364,350 | 215,490 | 0 | 0 | 175,655 | 0 | 615,234 | 95,402 | 353,290 | 517,602 | 276,050 |
| Joseph Keever | 14,601,236 | 2,214,166 | 2,554,922 | 2,031,202 | 3,545,649 | 2,448,770 | 1,806,527 | 504,979 | 707,143 | 148,000 | 469,618 | 195,387 | 145,713 |
| Joseph Klakulak | 6,797,409 | 942,004 | 1,320,900 | 1,460,512 | 1,414,741 | 1,659,252 | 0 | 2,406,508 | 1,215,015 | 1,204,285 | 1,236,585 | 1,362,409 | 1,428,520 |
| Kelly Yanez | 4,183,204 | 791,104 | 343,347 | 1,127,950 | 1,188,485 | 197,333 | 534,985 | 96,000 | 537,649 | 438,948 | 811,474 | 0 | 0 |
| Leslie Idle | 1,351,693 | 0 | 0 | 0 | 100,000 | 570,451 | 681,242 | 655,722 | 363,610 | 345,071 | 1,392,625 | 684,514 | 860,424 |
| Matthew Schoolfield | 4,191,013 | 916,000 | 371,500 | 238,300 | 1,518,303 | 394,400 | 752,510 | 396,247 | 581,927 | 1,327,356 | 867,050 | 925,158 | 2,092,695 |
| Michelle Hines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Penny Suggs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 258,777 | 88,609 | 224,529 | 150,604 |

| Employee Name | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ralph Smith | 24,920,041 | 5,008,421 | 4,905,414 | 3,049,979 | 2,974,992 | 3,134,970 | 5,846,265 | 3,584,976 | 3,080,790 | 3,025,161 | 2,459,458 | 2,245,259 | 2,506,876 |
| RICKY DEESE | 3,921,885 | 824,587 | 922,556 | 525,800 | 127,687 | 749,115 | 772,140 | 0 | 1,611,644 | 573,966 | 913,232 | 681,642 | 826,553 |
| Scott Wallace | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 985,603 | 304,662 | 883,661 | 916,139 | 1,117,384 | 1,403,654 |
| SUZANNE DEVINE | 31,330,020 | 6,984,235 | 5,934,688 | 4,660,735 | 5,371,584 | 3,748,881 | 4,629,897 | 3,180,031 | 6,802,499 | 6,638,386 | 6,452,882 | 10,660,196 | 9,587,442 |
| Ted Pappas | 157,250 | 0 | 0 | 0 | 0 | 0 | 157,250 | 642,892 | 717,564 | 839,741 | 868,419 | 502,354 | 1,201,055 |
| Trina Hay | 298,500 | 0 | 0 | 0 | 0 | 93,500 | 205,000 | 161,595 | 0 | 1,433,900 | 429,100 | 587,992 | 384,093 |
| Grand Total | 105,767,669 | 20,204,438 | 19,554,792 | 15,786,452 | 17,207,665 | 14,557,243 | 18,457,079 | 15,747,372 | 21,585,445 | 19,932,032 | 22,600,508 | 24,637,297 | 25,240,015 |

| Employee Name | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deb Martin | 7,200,254 | 1,938,933 | 2,880,316 | 490,521 | 553,194 | 1,068,790 | 268,500 | 0 | 0 | 0 | 0 | 0 | 0 |
| Eric Storm | 5,684,423 | 1,648,778 | 755,744 | 645,594 | 1,613,930 | 444,462 | 575,915 | 467,210 | 824,000 | 0 | 0 | 0 | 0 |
| Sam Opoku | 228,000 | 0 | 0 | 0 | 0 | 228,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Grand Total | 13,112,677 | 3,587,711 | 3,636,060 | 1,136,115 | 2,167,124 | 1,741,252 | 844,415 | 467,210 | 824,000 | 0 | 0 | 0 | 0 |

| Employee Name | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brian Morris | 3,973,737 | 1,242,165 | 767,157 | 681,630 | 0 | 993,235 | 289,550 | 175,000 | 179,445 | 290,550 | 385,000 | 0 | 460,500 |
| Chris Shelton | 1,341,005 | 192,555 | 259,050 | 225,000 | 266,700 | 232,700 | 165,000 | 0 | 0 | 258,400 | 0 | 290,350 | 0 |
| Connie Piner | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 189,623 |
| Dan Piner | 447,340 | 0 | 0 | 336,000 | 111,340 | 0 | 0 | 0 | 0 | 241,490 | 0 | 0 | 0 |

| Employee Name | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debbie Sheets | 4,511,510 | 969,088 | 427,195 | 460,074 | 975,116 | 1,041,507 | 638,530 | 668,324 | 311,000 | 511,720 | 599,742 | 1,261,102 | 1,615,367 |
| Jackie Wampler | 14,326,597 | 1,990,969 | 2,439,179 | 2,805,350 | 2,287,524 | 1,854,878 | 2,948,697 | 2,340,168 | 2,911,734 | 2,541,629 | 3,533,445 | 3,610,357 | 2,442,877 |
| Jason Haley | 12,288,106 | 2,947,303 | 1,259,539 | 1,664,600 | 3,011,748 | 1,473,741 | 1,931,175 | 2,460,977 | 725,710 | 2,340,163 | 3,024,471 | 2,124,123 | 419,732 |
| Jody Fleming | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 310,500 | 0 | 0 |
| John Gates | 2,057,601 | 0 | 0 | 622,550 | 236,000 | 393,090 | 805,961 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kristine Broadwell | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 229,950 |
| Kyle Williams | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loraine Cooke | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,000 | 0 |
| Michael Lassiter | 4,957,391 | 783,791 | 1,035,000 | 336,200 | 1,011,400 | 582,200 | 1,208,800 | 0 | 513,436 | 465,840 | 1,448,243 | 1,877,163 | 153,100 |
| Philip Jawny | 22,646,922 | 3,481,256 | 4,776,121 | 3,218,795 | 4,357,385 | 3,531,315 | 3,282,050 | 3,421,749 | 3,472,419 | 2,328,401 | 2,404,704 | 2,329,299 | 5,298,836 |
| Scott Tilghman | 3,173,079 | 674,450 | 304,000 | 145,432 | 116,303 | 1,643,144 | 289,750 | 810,000 | 0 | 461,500 | 134,000 | 463,500 | 450,500 |
| Zac Cooke | 1,270,070 | 0 | 0 | 159,920 | 490,700 | 108,500 | 510,950 | 0 | 270,000 | 293,190 | 297,250 | 144,000 | 734,172 |
| Grand Total | 70,993,358 | 12,281,577 | 11,267,241 | 10,655,551 | 12,864,216 | 11,854,310 | 12,070,463 | 9,876,217 | 8,383,744 | 9,732,883 | 12,137,355 | 12,115,894 | 11,994,657 |

| Employee Name | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Darcy J. Coles | 409,200 | 0 | 299,200 | 110,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Marvin Giddens | 1,513,044 | 128,800 | 166,400 | 295,213 | 0 | 429,951 | 492,680 | 518,876 | 803,378 | 63,995 | 720,769 | 0 | 0 |
| Matt DesRoches | 3,081,050 | 159,300 | 324,900 | 742,800 | 1,434,050 | 0 | 420,000 | 1,484,333 | 585,000 | 576,200 | 0 | 0 | 922,127 |

| Employee Name | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Noelle Blythe | 2,074,500 | 345,000 | 296,000 | 0 | 451,900 | 921,600 | 60,000 | 428,313 | 0 | 802,695 | 364,000 | 0 | 0 |
| Pattie Edgerton | 17,307,743 | 5,182,641 | 3,087,437 | 3,903,406 | 1,958,979 | 1,440,280 | 1,735,000 | 2,684,210 | 1,762,841 | 2,661,472 | 1,631,085 | 1,968,373 | 1,046,310 |
| Thomas Fiorillo | 7,086,500 | 650,000 | 0 | 2,641,500 | 3,795,000 | 0 | 0 | 3,803,000 | 0 | 1,019,550 | 595,000 | 0 | 0 |
| **Grand Total** | **31,472,037** | **6,465,741** | **4,173,937** | **7,692,919** | **7,639,929** | **2,791,831** | **2,707,680** | **8,918,732** | **3,151,219** | **5,123,912** | **3,310,854** | **1,968,373** | **1,968,437** |

| Employee Name | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bill Hagna | 7,450,377 | 216,000 | 1,641,900 | 1,120,022 | 0 | 1,338,550 | 3,133,905 | 1,217,350 | 1,138,000 | 907,000 | 997,800 | 2,670,000 | 922,200 |
| Daniel Rushing | 2,561,893 | 0 | 422,177 | 469,600 | 642,200 | 598,400 | 429,516 | 0 | 253,600 | 515,322 | 782,000 | 0 | 423,439 |
| David Michaud | 11,630,621 | 1,375,283 | 2,750,279 | 2,266,441 | 2,218,420 | 1,442,518 | 1,577,680 | 1,977,990 | 1,497,004 | 2,456,802 | 2,681,941 | 1,753,010 | 1,980,660 |
| Deborah Bruno | 6,540,565 | 1,316,000 | 783,600 | 2,150,845 | 887,081 | 1,078,039 | 325,000 | 977,350 | 514,897 | 510,000 | 855,000 | 979,000 | 775,533 |
| Douglas Huston | 525,500 | 0 | 0 | 500,100 | 0 | 25,400 | 0 | 824,800 | 698,140 | 543,582 | 892,700 | 3,194,394 | 1,345,295 |
| Guy Rogers | 5,076,853 | 351,610 | 1,746,031 | 432,705 | 1,008,000 | 330,000 | 1,208,507 | 957,035 | 813,000 | 726,000 | 0 | 1,747,326 | 815,920 |
| Janine Steckler | 1,138,549 | 0 | 0 | 141,000 | 320,000 | 677,549 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kathy Brinn | 1,417,474 | 0 | 616,601 | 435,123 | 0 | 0 | 365,750 | 0 | 414,900 | 0 | 254,000 | 779,582 | 317,200 |
| Kyle Gray | 813,105 | 162,055 | 651,050 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 201,435 | 0 | 0 |
| Lisa Carter | 275,702 | 0 | 0 | 0 | 0 | 275,702 | 0 | 0 | 171,612 | 231,880 | 0 | 0 | 0 |
| Mark Johnson | 1,468,850 | 518,000 | 625,000 | 0 | 325,850 | 0 | 0 | 208,000 | 206,400 | 0 | 333,900 | 0 | 0 |
| Mary Mick | 5,005,773 | 1,711,052 | 875,683 | 262,500 | 1,379,538 | 579,000 | 198,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Grand Total** | **43,905,262** | **5,650,000** | **10,112,321** | **7,778,336** | **6,781,089** | **6,345,158** | **7,238,358** | **6,162,525** | **5,707,553** | **5,890,586** | **6,998,776** | **11,123,312** | **6,580,247** |

| Employee Name | YTD | Last Month $ | Last Month-1 $ | Last Month-2 $ | Last Month-3 $ | Last Month-4 $ | Last Month-5 $ | Last Month-6 $ | Last Month-7 $ | Last Month-8 $ | Last Month-9 $ | Last Month-10 $ | Last Month-11 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Christine Serio | 353,399 | 353,399 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| J. Mansisidor | 2,051,000 | 897,000 | 442,000 | 0 | 344,000 | 368,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jennifer Blanks | 1,519,917 | 405,475 | 0 | 238,017 | 243,300 | 447,529 | 185,596 | 394,125 | 89,000 | 640,221 | 566,352 | 244,645 | 630,499 |
| Julie Davis | 1,419,650 | 757,170 | 218,998 | 271,440 | 172,042 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Karla R. Maki | 2,819,909 | 0 | 604,700 | 0 | 1,054,960 | 482,192 | 678,057 | 818,000 | 0 | 997,000 | 0 | 572,500 | 0 |
| Kimberly Loftin | 944,858 | 0 | 360,000 | 584,858 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maryann Bradley | 953,202 | 0 | 0 | 253,117 | 420,260 | 279,825 | 0 | 0 | 0 | 0 | 335,000 | 0 | 0 |
| Randal Walker | 1,844,800 | 604,800 | 1,000,000 | 0 | 240,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Grand Total | 11,906,735 | 3,017,844 | 2,625,698 | 1,347,432 | 2,474,562 | 1,577,546 | 863,653 | 1,212,125 | 89,000 | 1,637,221 | 901,352 | 817,145 | 630,499 |