**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x

In re:

AMERICAN HOME MORTGAGE HOLDINGS,                Chapter 11
INC., et al.,

                                                Case No. 07-11047 (CSS)

                    Debtors.

---------------------------------------------------------x

**<u>CERTIFICATE OF SERVICE</u>**

       I, James E. Huggett, Esquire, hereby certify that on May 8, 2009, I served a copy

of the attached *RESPONSE OF DOUGLAS HUSTON TO DEBTORS' THIRTY-FIRST*

*AND TWENTY-EIGHTH OMNIBUS OBJECTIONS TO CLAIMS PURSUANT TO*

*SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND*

*3007, AND LOCAL RULE 3007-1* on the parties listed on the attached service list via first

class mail.


                                               __/s/James E. Huggett_____
                                           James E. Huggett, Esquire (#3956)

James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward J. Kosmowski, Esq.
Kara Hammond Coyle, Esq.
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Mark Idelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen, LLP
488 Madison Ave, 14th and 15th Floors
New York, NY  10022

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801