UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------ | | |
| In re: | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware corporation, et al. | ) | |
| | ) | Case No. 07-11047 (CSS) |
| Debtors, | ) | Jointly Administered |
| ------------------------------------------------------------------) | | |

**OBJECTION OF MANISH KOTHARY TO DEBTORS' NOTICE OF AUCTION AND SALE HEARING FILED APRIL 22, 2009**

MANISH KOTHARY ("Kothary") objects to the Debtors' Notice of Auction and Sale Hearing filed April 22, 2009 to the extent that the Debtors' seek to the sell the loans that the Debtors made to Kothary or any real estate related to the Kothary loan and in support of his objection states as follows:

1. On June 25, 2007 Kothary entered into a Construction Loan Agreement whereby the Debtor agreed to advance the funds necessary for Kothary to construct a single family dwelling at property located at 129 Stoney Hill Road, Sag Harbor, New York, up to the agreed amount of $1,639,582..45.

2. In connection therewith Kothary executed a Mortgage with a Construction Loan Rider which was subsequently recorded as a mortgage lien against said property with the Suffolk County Clerk's Office in Riverhead, New York.

3. Pursuant to the Construction Loan Agreement, the Debtors were to advance construction draws as work progressed according to a draw schedule provided by the Debtors to Kothary.

4. At closing Kothary was required to pay substantial closing fees including $28,097.34 which were paid directly to the Debtors for Appraisal, Credit Report, Processing, Construction Administration, Inspections, Applications, Per diem Interest, and Escrows.

5. In December, 2007, in connection with a draw request pursuant to the Construction Loan Agreement, Kothary was advised that as a result of the bankruptcy filing by Debtors, the Debtors would not be advancing any additional loan draws as required by the Construction Loan Agreement.

6. On January 11, 2008, Movant filed a Proof of Claim with the Clerk of this Court alleging a total unsecured non-priority claim of $2,866,841.00 (Claim No. 9051). In support of that Claim Movant filed hundreds of documents in support of his losses as a result of the breach of the Construction Loan Agreement by the Debtors. Another claim had previously been filed by Movant in the amount of $772,300.00 (Claim No. 8999). As to both claims, Kothary asserts recoupment rights with respect to notes that the Debtor holds and the real estate against which the Debtor holds liens.

7. Kothary frequently contacted the Debtors regarding the status of his claim. Prior to leaving the country for several months, Kothary spoke with a representative of Debtor, Karen Gowins, who advised Kothary that it would be at least another nine months before objections to his claims were filed.

8. While Kothary was out of the country and contrary to the representations by Ms. Gowins, objections were filed to Kothary's claims. Because Kothary was out of the country when the claim objections were filed, Kothary did not receive notice of the objections and did not respond to them. Accordingly, orders were entered disallowing the claims.

9.  On May 8, 2009, Kothary filed a motion to have his claims reinstated pursuant to the dictates of *In re Inacom Corp.,* 2004 WL 2283599, (D.Del.2004); and *Manus Corp. v. NRG Energy, Inc. (In re O'Brien Envtl. Energy, Inc.),* 188 F.3d 116, 126-28 (3d Cir.1999).

WHEREFORE, Kothary requests that until Kothary's motion can be heard to have his claims reinstated and he has had an opportunity to exercise his recoupment rights, the Kothary related notes or real estate should not be sold.  Alternatively, if the Kothary related loans or real estate are sold, the Debtors should be required to segregate the proceeds from such sale and Kothary's claims should be paid out of the sale proceeds on a priority basis.  Kothary demands such other relief as this Court finds just and proper.

|  |  | ARCHER & GREINER, P.C. |
|  | By: | */S/ Charles J. Brown, III* |
| Dated:  May 8, 2009 |  | Charles J. Brown, III (No. 3368)<br>300 Delaware Avenue, Suite 1370<br>Wilmington, DE  19801<br>Phone: 302.777.4350 / Fax: 302.777.4352<br>cbrown@archerlaw.com<br><br>*Counsel to Manish Kothary* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused true and correct copies of the foregoing document to be served upon all parties requesting notice via CM/ECF and via regular mail upon the following:

Sean Beach, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE  19899-0391


Dated:  May 8, 2009                              */s/ Charles J. Brown, III*
                                                                                 Charles J. Brown, III (#3368)


4031304v1