
**Mason-McDuffie**
Mortgage Corporation

May 5, 2009

United States Bankruptcy Court       Young, Conaway Stargatt & Taylor, LLP
For the District of Delaware         Nathan D. Grow (No. 5014)
824 Market Street, 5th Floor         The Brandywine Building
Courtroom No. 6                      1000 West Street, 17th Floor
Wilmington, DE 19801                 Wilmington, DE 19801

To Whom It May Concern:

Mason McDuffie Mortgage Corporation had three (3) loans in compliance with our agreement with American Home Mortgage (AHM), waiting to be purchased. The reason they were not purchased, was because AHM declared bankruptcy and refused to buy the loans. We were forced by AHM's bankruptcy to re-sell the three (3) loans to other investors, causing us to lose $55,656.70. Attached are the commitments from AHM and the other investors commitments we ultimately had to sell the loans to, because AHM did not buy them.
We do not believe our claim should be expunged, as our loss was directly related to the actions of AHM.


Sincerely,

Marilyn Richardson, COO

2010 Crow Canyon Place, Suite 400
San Ramon, CA 94583
Office 925-242-4475   Toll Free 877-275-6662
Fax 866-743-0260

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Response Deadline: May 8, 2009 at 4:00 p.m. (ET) |
| | ) Hearing Date: May 15, 2009 at 1:00 p.m. (ET) |

AHM OB33 4/15/2009 (merge2.txnum2) 4000034741 EPIQ Use - 61

MASON MCDUFFIE MORTGAGE CORPORATION
ATTN MARILYN RICHARDSON, COO
2010 CROW CANYON PL STE 400
SAN RAMON, CA 945831344

## NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: MASON MCDUFFIE MORTGAGE CORPORATION
ATTN MARILYN RICHARDSON, COO
2010 CROW CANYON PL STE 400
SAN RAMON, CA 945831344

**Basis For Objection:** Insufficient Documentation Claim: Claimant failed to provide documentation sufficient to support claim

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| Claim to be Expunged | 4746 | $55,656.70 |

Claimant states that the Debtors are obligated to purchase loans but has not provided sufficient documentation to prove that the Debtors have such an obligation.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors hereby object to your claim listed above in the "Claim to be Expunged" row because this claim was filed without sufficient supporting documentation or facts to support a legal basis for a claim. Based on your claim and any documentation filed with your claim, the Debtors submit that they have no liability for any amounts alleged. The Objection seeks to alter your rights by disallowing the above-listed claim.

Responses to the Objection, if any, must be filed on or before **May 8, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A hearing on the Objection (the "Hearing") will be held on **May 15, 2009 at 1:00 p.m. (ET)** before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801. You may appear telephonically at the Hearing by following the procedures that immediately follow this notice.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 15, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| American Home Mortgage Holdings, Inc., et al. Debtors. | Case No. 07-11047 (CSS) Jointly Administered |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

AHM (MERGE2.DBF,SCHED_NO) SCH #: 15793*****
MASON MCDUFFIE MORTGAGE CORPORATION
2010 CROW CANYON PL STE 400
SAN RAMON CA 945831344

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number:**
**Email Address:**

**Account or other number by which creditor identifies debtor:**
Correspondent ID# 3576C

**Check here if this claim:** ☐ replaces   ☐ amends a previously filed claim, dated:_____

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other_____(explain)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ____ ____ ____ ____
Unpaid compensation for services performed
from _____ to _____
   (date)      (date)

**2. Date debt was incurred:**
7/2/07, 7/13/07, 7/19/07

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 55,656.70 + _____ + _____ = $55,656.70
   (unsecured nonpriority)   (secured)   (unsecured priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim:** $ 55,656.70
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

THIS SPACE IS FOR COURT USE ONLY

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 12/3/07 | [signature] MARILYN RICHARDSON, COO |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**American Home Mortgage Claim**                                  **December 3, 2007**

American Home Mortgage Claims Processing
P.O. Box 5076
FDR Station
New York, NY 10150-5076

We funded the following 3 (three) loans, which were shipped to American Home Mortgage (AHM) for purchase. We were awaiting purchase when AHM filed bankruptcy, which caused us to incur the following losses on the sale of the 3 (three) loans referenced below:

1. Raydel Gomez $413,954.00 AHM loan# 1827599 price of 102.625, ultimately sold to Citibank at 96.754 after many restructures. Price differential 5.871 = actual loss of **$24,303.23**.
2. Mi Sin $413,000 AHM loan# 1777103 price of 102.469, ultimately sold to Indymac at 99.75 after many restructures. Price differential 2.719 = actual loss of **$11,229.47**.
3. Agnes Puzon $468,000.00 AHM loan# 1827425 price of 101.975, ultimately sold to Countrywide at 97.675 after many restructures. Price differential 4.3 = actual loss of **$20,124.00**

The above is the total actual losses are **$55,656.70**, prior to borrower incentives and costs to reworking the loans to fit new investor guidelines.

Mason McDuffie Mortgage Corporation
2010 Crow Canyon Place Suite 400
San Ramon, California 94583



CLOSE
PRINT

# Lock Confirmation

**1827599 | Raydel Gomez**                                                                    As of: 07/19/07 6:12 PM

**Program:** 2461
 Power 5 MTA SIFA Two Year Prepayment Penalty
**Interest Rate:** 9.25%
**Payment Rate:** 2.750%
**Price:** 102.625
**Lock-in Date:** 06/26/07
**Lock-in Expiration Date:** 08/10/07
**Delivery Option:** Best Efforts

**Property Address**

14644 Mulberry Street
Hesperia, California 92345

## Correspondent Information

**Correspondent ID:** 35960
Mason-Mcduffie Mortgage Corporation
2000 Crow Canyon Pl
San Ramon, California 94583
**Fax:** (866) 374-8251

## Secondary Contact Information

**Toll Free:** (866) 363-7961
**Email:** Correspondent Lending or
CorrespondentLending@americanhm.com
**E-Fax:** (866) 756-2175
**Account Executive:** Niederhaus, Mary
(916) 443-6106

## Loan Information

**Property Type:** 1 Family
**# of Units:** 1
**Occupancy:** Primary Home
**Loan Purpose:** Rate & Term Refi
**Base Loan Amount:** $413,954.00
**Total Loan Amount:** $413,954.00
**Sales Price:** N/A
**Property Value:** $460,000.00
**Credit Score:** 620
**LTV:** 89.99%
**CLTV:** 89.99%
**Debt to Income Ratio:** N/A
**Project Type:** Not Applicable
**4506 Declined?** no
**New Construction?** no
**Extended Rate Cap?** no

## Borrower(s) Information

Raydel Gomez

## Program/Lock Information

**Amortization Term:** 360 Months
**Doc Type:** SIFA
**Waive Escrows:** yes
**Interest Rate:** 9.25%
**Rate Lock Period:** 30 Days
**Final Margin:** 04.000
**Self Employed:** no
**Financed Discount:** N/A

**Rate Sheet Date:** 06/26/07
**Rate Sheet Time:** 09:34
**Base Rate Sheet Price:** 103.375
**Final Rate Sheet Price:** 102.625
**Prepay Penalty:** 2 yr ppp
**Foreign National:** no
**Resident Alien:** no
**First Time Home Buyer:** no
**Summary Income:** $0.00
**Summary Assets:** $0.00

### Itemized Adjustments

| Description | Rate | Price | Margin | Pay Rate |
|---|---|---|---|---|
| SIFA , FICO 620-679 | 1.250 | | | |
| SIFA , FICO 620-679 | | | 1.250 | |
| SIFA , FICO 620-679 | | | | 1.250 |
| FICO 600-659 | | -0.250 | | |
| Lock Term 8-30 | | 0.125 | | |
| SIFA | | -0.375 | | |
| TAX ESCROW WAIVER | | -0.250 | | |
| **Total Adjustments** | **1.250** | **-0.750** | **1.250** | **1.250** |

The acceptance of a lock-in does not indicate eligibility for a specific program or product. It is possible to obtain a lock confirmation for a loan product in instances where the loan exceeds the product guidelines. Final underwriting approval and/or changes to loan terms will determine eligibility/pricing of your lock.

Please note that once your loan has been received, we will review to make sure it does not exceed the high cost guidelines in your state.

If you have any questions as to whether or not this loan is eligible, please consult the 2461 Product Guidelines or your AHM Account Executive or our Correspondent Lending Secondary Department.

**Rate Lock Department: (866) 363-7961**

| | | | |
|---|---|---|---|
| **Borrower Name:** | Raydel Gomez | **Total Client Price:** | 96.754000 |

**Loan Details**

| | | | |
|---|---|---|---|
| CitiMortgage Loan Number: | 002004796403 | | |
| Correspondent Loan Number: | 2700157 | Loan Status: | Purchase Advice |
| Mandatory Commitment Number: | -- | Loan Status Date: | 10/30/07 |
| Lock Date: | 10/4/07 | Loan Amount: | $413,954.00 |
| Lock Expiration Date: | 11/5/07 | Note Rate: | 7.250 |
| Delivery Option: | 15 Day Best Efforts | Adjusted Price: | 96.754000 |
| Closed Package Received Date: | 10/24/07 | LTV: | 89.99 |
| Rate Expiration Date: | 11/5/07 | Tier: | Conforming |
| Purchase Date: | 10/30/07 | Product: | 30 Year Fixed |
| AU Recommendation: | DUEAE3 | Source ID: | 31855 |
| Casefile ID: | 901049724 | Source Location: | 00001 |
| Representative FICO: | 633 | LP Key: | -- |
| History Summary | | Document Summary | |

\* Calls are randomly monitored and recorded to ensure quality service.

Equal housing lender
State Licensing, Rate Disclosures, Site Disclaimers
Citi.com

Privacy
Terms, conditions, caveats and small print

...../Correspondent/PipelineDetail.do?name=LightLoan    12/3/2007



CLOSE

PRINT

# Lock Confirmation

1777103 | MI SIN                                                  As of: 07/02/07  2:40 PM

**Program: 2462**
  Power 5 MTA SIFA Three Year Prepayment Penalty
**Interest Rate:** 7.625%
**Payment Rate:** 1.500%
**Price:** 102.469
**Lock-in Date:** 06/06/07
**Lock-in Expiration Date:** 07/23/07
**Delivery Option:** Best Efforts

**Property Address**

3031 GEORGIA STREET
Oakland , California 94602

### Correspondent Information

**Correspondent ID:** 35960
Mason-Mcduffie Mortgage Corporation
2000 Crow Canyon Pl
San Ramon, California 94583
**Fax:** (866) 374-8251

### Secondary Contact Information

**Toll Free:** (866) 363-7961
**Email:** CorrespondentLending or
CorrespondentLending@americanhm.com
**E-Fax:** (866) 756-2175
**Account Executive:** Niederhaus, Mary
(916) 443-6106

### Borrower(s) Information

MI SIN

### Program/Lock Information

**Amortization Term:** 360 Months
**Doc Type:** SIFA
**Waive Escrows:** yes
**Interest Rate:** 7.625%
**Rate Lock Period:** 45 Days
**Final Margin:** 02.750
**Self Employed:** no
**Financed Discount:** N/A

### Loan Information

**Property Type:** 1 Family
**# of Units:** 1
**Occupancy:** Primary Home
**Loan Purpose:** Rate & Term Refi
**Base Loan Amount:** $413,000.00
**Total Loan Amount:** $413,000.00
**Sales Price:** N/A
**Property Value:** $520,000.00
**Credit Score:** 625
**LTV:** 79.43%
**CLTV:** 79.43%
**Debt to Income Ratio:** 42.856%
**Project Type:** Not Applicable
**4506 Declined?** no
**New Construction?** no
**Extended Rate Cap?** no

**Rate Sheet Date:** 06/06/07
**Rate Sheet Time:** 09:35
**Base Rate Sheet Price:** 103.250
**Final Rate Sheet Price:** 102.469
**Prepay Penalty:** 3 yr ppp
**Foreign National:** no
**Resident Alien:** no
**First Time Home Buyer:** no
**Summary Income:** $0.00
**Summary Assets:** $0.00

### Itemized Adjustments

| Description | Rate | Price | Margin | Pay Rate |
|---|---|---|---|---|
| FICO 600-659 |  | -0.250 |  |  |
| Lock Term 31-45 |  | 0.094 |  |  |
| SIFA |  | -0.375 |  |  |
| TAX ESCROW WAIVER |  | -0.250 |  |  |
| **Total Adjustments** | **0.000** | **-0.781** | **0.000** | **0.000** |

The acceptance of a lock-in does not indicate eligibility for a specific program or product. It is possible to obtain a lock confirmation for a loan product in instances where the loan exceeds the product guidelines. Final underwriting approval and/or changes to loan terms will

https://www.ahmcd.com/scripts/cgiip.exe/lock_confirmation.html?print=yes&HitID=6                7/2/2007

determine eligibility/pricing of your lock.
Please note that once your loan has been received, we will review to make sure it does not exceed the high cost guidelines in your state.

If you have any questions as to whether or not this loan is eligible, please consult the 2462 Product Guidelines or your AHM Account Executive or our Correspondent Lending Secondary Department.

Rate Lock Department: (866) 363-7961



# Loan Summary Report

**View Credit Report**

**View Normal Mode**

| Loan Details | | | | | |
|---|---|---|---|---|---|
| My Loan# | 2700131 | Indymac Loan# | 126589291 | Decision Date | 08/02/2007 8:24:41 AM |
| # of Borrowers | 1 | Primary Borrower's Name | | MI SUK SIN | |
| Program Type | Alt-A/Jumbo | | | | |
| Title Vested in a Legal Entity? | | No | | | |

| Property Information | |
|---|---|
| Property Address | 3031 GEORGIA STREET Oakland CA 94602 |
| Property Type/PUD Type | Single Family Residence - detached |
| Condo Class/Dev. Name | |

| Loan Purpose and Transaction Information | | | |
|---|---|---|---|
| Loan Type | Permanent | Construction Period | Not Applicable |
| Product Type | No Cash Out | 1st Mortgage Original Loan Amt | $0.00 |
| Occupancy | Primary Residence | 1st Mortgage Current Balance | $0.00 |
| Sales Price | $0.00 | Existing Lien Amount | $406466.00 |
| Appraised Value | $520000 | Subordinate Financing | $0 |
| Date Property Acquired | 01/1900 | Amount of second lien to be distributed as cash to borrower | $0 |
| Original Purchase Price | $0.00 | LTV/CLTV | 79.42% / 79.42% |
| Financing Concessions | $0 | Concurrent New 1st Mortgage | |
| Sales Concessions | $0.00 | Indymac Loan#-New 1st Mortgage | 0 |
| Net Sales Price | $0.00 | Payoff of qualified subject property mortgages | $406466.00 |
| Existing first mortgage | | Payoff of non - qualified subject property mortgages | $0.00 |
| Origination date of existing first mortgage | | Payoff of other debts and liens through loan proceeds | $0.00 |
| Interest rate of existing first mortgage | | Estimated Prepaid Items | $1296.00 |
| | | Estimated Closing Costs | $3957.00 |
| | | Cash From Borrower | $0.00 |
| | | Cash To Borrower | $1281.00 |

| Mortgage Insurance Information | | | |
|---|---|---|---|
| Mortgage Insurance | Not Required | Insurer | -- |
| Certificate Status | -- | % Coverage | -- |

| Rate Lock Information | | | |
|---|---|---|---|
| Delivery Type | Servicing Released | Approval Type | PDU II |
| Ratelock Type | Best Efforts | Ratelock Period | 30 days |
| RateLock Date | 07/31/2007 7:45:00 PM | RateLock Expiration Date | 08/30/2007 11:59:00 PM |
| MERS MIN Number | 100417950000015959 | | |

| Mortgage Information | | | |
|---|---|---|---|
| Documentation Type | Stated Income | Note Rate/ Qualifying Rate Payment | $2,610.44/ $2,610.44 |
| Loan Amount/HELOC Line Amount | $413000.00 | First Mortgage Payment | |
| HELOC Initial Draw Amount | $0.00 | Secondary Mortgage Payment | $0.00 |

| Lien Position | First | Impound taxes and insurance? | No |
|---|---|---|---|
| Loan Product | FlexPay® 5/1 LIBOR | Hazard Insurance | $68.00 |
| Amortization Term | 30 years | Taxes | $222.09 |
| NonPrime Credit Level | N/A | Mortgage Insurance | $0.00 |
| (Requested) Note Rate | (6.500%) 6.5% | HOA Fees | $0.00 |
| Qualifying Interest Rate | 6.5% | Lease/Ground Rent | $0.00 |
| (Requested) Price | (0.000) 99.75 | Other | $0.00 |
| (Requested) Prepayment Penalty Period/ Type | (3 Years) / 3 Years Hard | Note Rate/Qualifying Rate Total Pmt | $2,900.53/ $2,900.53 |
| (Requested) ARM Margin | (Standard) 2.75% | Payment Options (Does not include taxes, insurance, or other payments) | |
| ARM Index and Value | 1 Year WSJ 5.2 % LIBOR | Minimum Payment | $1,305.22 |
| 1st Interest Change Cap/Period | 5 %   60 months | Interest Only Payment | $2,237.08 |
| Subsequent Interest Change Cap/Period | 2 %   12 months | Fully Amortizing Payment | $2,610.44 |
| 1st/Subsequent Payment Change Period | 60   0 months | Payment Discount % | 50% |
| Life Cap (% over the start rate)/Floor | 5 %   2.75 % | Minimum Payment % | 50% |
| Recast Period/Lookback | 120 months   15 days | Payment Option Period | 120 months |
| | | BuyDown Information | |
| | | Temporary Subsidy Buydown | No |
| | | Buydown Term (months) | |
| | | Contributor | |

| Qualifying Ratios | Housing Expense/Income | Total Obligations/Income |
|---|---|---|
| | 33.727% | 41.681% |

| Credit Information | |
|---|---|
| Decision Credit Score | 625 |
| HELOC or Closed End 2nd 1st Time Home Buyer (Mtg Hist < 12 Mos. Last 3 Yrs) | Yes |

| Borrower(s) Summary | |
|---|---|
| Total Income | $8600 |
| Positive Cash Flow (Subject Property) | $0.00 |
| Total Qualifying Income | $8,600.00 |
| Total Current Monthly Housing Expense | $0 |
| Total Proposed Housing Expenses | $2,900.53 |
| Total Housing Expenses | $2,900.53 |
| Total All Other Payment | $684 |
| Negative Cash Flow (Subject Property) | $0.00 |
| Total All Monthly Payments | $3,584.53 |
| Total Liquid Assets | $8187.13 |
| Total Reserves | 2 months |
| Debt Service Reserves | 2 months |

| My Contact Information | | | | |
|---|---|---|---|---|
| Contact type | Name | eMail | Phone | Fax |
| Main Contact | Cheryl Fung | cfung@mmcdcorp.com | 9252424480 | 8666435721 |
| For Underwriting Conditions | Terri Sims | tsims@mmcdcorp.com | 9252424411 | 8663801918 |
| For Prior to Purchase Conditions | Marilyn Richardson | mrichardson@mmcdcorp.com | 9252424418 | 8663748251 |
| For Purchase Advice/Wire Confirmation | Marilyn Richardson | mrichardson@mmcdcorp.com | 9252424418 | 8663748251 |

| | |
|---|---|
| For Post Closing | Marilyn Richardson | mrichardson@mmcdcorp.com | 9252424418 | 8663748251 |
| For Pricing | Bill Godfrey | bgodfrey@mmcdcorp.com | 9252424407 | 8668494440 |

| Borrower Information | |
|---|---|
| Name | Mi SIN |
| SSN | 522556684 |
| Present Address | 3031 GEORGIA STREET Oakland CA 94602 |
| Own/Rent | Own the residence |
| Number Of Years Own/Rent | 15.0 |
| Previous Address | |
| Age | 38 years |
| Marital Status | Married |
| Number Of Dependents | 2 |
| Declared Bankrupt in past 7 years | Yes |
| Property Foreclosed in past 7 years | No |
| Delinquent on Federal debt, loan etc. | No |
| U.S. Citizen | Yes |
| Permanent Resident Alien | No |
| Intend to occupy property | Yes |
| Ownership Interest in property last 3 years | Yes |

| Employment and Income Information | |
|---|---|
| Self Employed | No |
| Current Job Years | 5.0 |
| Previous Job Years | 0.0 |
| Self Employment Income | $0.00 |
| Base Employment Income | $8600.00 |
| Overtime | $0.00 |
| Bonuses | $0.00 |
| Commissions | $0.00 |
| Dividends/Interest | $0.00 |
| Gross Rental Income-Subject Property Only (not used for calculation of Total Income): | $0.00 |
| Net Rental Income Other Properties (used for calculation of Total Income) | $0.00 |
| Alimony/Child Support | $0.00 |
| Automobile/Expense Account Income | $0.00 |
| Foster Care | $0.00 |
| Mortgage Differential Income | $0.00 |
| Note Receivable Income/Installment | $0.00 |
| Pension/Retirement Income | $0.00 |
| Social Security/Disability Income | $0.00 |
| Trust Income | $0.00 |
| Unemployment/Welfare Income | $0.00 |
| VA Benefits(non-educational) | $0.00 |
| Military Base Pay | $0.00 |
| Military Clothes Allowance | $0.00 |
| Military Combat Pay | $0.00 |
| Military Flight Pay | $0.00 |
| Military Hazard Pay | $0.00 |
| Military Overseas Pay | $0.00 |
| Military Pro Pay | $0.00 |
| Military Quarters Allowance | $0.00 |
| Military Rations Allowance | $0.00 |
| Military Variable Housing Allowance | $0.00 |
| Other Type of Income | $0.00 |
| Total Income | $8,600.00 |

| Housing Expenses and Liabilites | |
|---|---|
| Current Monthly Housing Expense * | $0.00 |
| Proposed Total Payment (Subject Property) ** | $2,900.53 |
| Total Housing Expense | $2,900.53 |
| All Other Payments *** | $684.00 |

| | |
|---|---|
| Total All Monthly Payments | $3,584.53 |

\* Not shown for Primary Residence, occupying borrower(s)
\*\* Not shown if Occupancy is Investment Property
\*\*\* Negative 'Net Rental Income Other Properties' is added to Liabilities

| Asset Information | |
|---|---|
| Checking Account | $8187.13 |
| Savings Account | $0.00 |
| Gift Funds not yet deposited | $0.00 |
| Total Gift Funds * | $0.00 |
| Net Proceeds from Sale Of Home | $0.00 |
| Retirement Accounts (IRA/401K) ** | $0.00 |
| Stocks | $0.00 |
| Bonds | $0.00 |
| Life Insurance Net Cash Value | $0.00 |
| Other Liquid Assets | $0.00 |
| Bridge Loan | $0.00 |
| Certificate of Deposit | $0.00 |
| Money Market Fund | $0.00 |
| Mutual Fund | $0.00 |
| Secured Borrowed Funds | $0.00 |
| Trust Funds | $0.00 |
| Total Liquid Assets | $8,187.13 |

\* Only 'Gift Funds Not Yet Deposited' are used in calculation of Total Assets. 'Total Gift Funds' are not used in calculation of Total Assets.
\*\* 70% of Retirement Accounts (IRA/401K) amount is included in Total Liquid Assets.

**DocRequirements**
**(Expand sections to view and print.)**

**Documentation Requirements for selected scenario.**

**Approval Information**

    **1. This loan is eligible for the Alt-A / Jumbo program.**

    **2. The negative amortization cap for this loan is 115.000 %.**

**Underwriting Documentation Requirements**

    ☐ 1. Seller's written evaluation supporting conclusion that the stated income is reasonable.

    ☐ 2. Copy of hazard/flood/earthquake insurance, as applicable. (Place on left side of file)

    ☐ 3. If applicable, provide your firm's original licensing exemption representation and warranty letter previously faxed to us.

    ☐ 4. Completed 1008 Transmittal Summary. (rev. 01/04).

    ☐ 5. Completed typed 1003 Application (rev. 01/04).

    ☐ 6. Completed initial 1003 Application signed by all borrowers (rev. 01/04).

    ☐ 7. Direct verification of a 12-month payment history is required for the

       borrowers' mortgage(s) that do not appear on the credit report.

☐ 8. Mi SUK SIN : Provide a verbal verification of employment (as defined by the Lending Guide) covering the last 2 years, without reference to income.

☐ 9. Mi SUK SIN : To verify checking account assets of $ 8187.13 , provide the 2 most recent account statements or a written verification of deposit.

☐ 10. A full appraisal prepared using the appraisal form applicable to the subject property type (Form 1004/70, 1073/465, 1025/72, 2090)

☐ 11. If an appraisal has been specified for this loan, it must report upon and analyze the following as of the effective date of the appraisal:
1) The current purchase contract (if applicable);
2) All sales of the subject property that occurred within the last 3 years;
3) All listings or offerings of the subject property that occurred within the last year; and
4) All sales of the comparable properties that occurred within the last year
5) For construction loans, the appraiser's "Cost Approach to Value" will be evaluated upon receipt of the appraisal and may impact loan amount."

☐ 12. A copy of the preliminary title report, commitment, abstract or binder is required. A Lender's ALTA policy will be required at closing.

☐ 13. Initial Truth-in-Lending Disclosure given within 3 days of initial application.

**Approval Conditions**

show section
**Underwriting Advice**

show section
**Funding Advice**

show section
**Purchasing Advice**

show section
(Expand sections to view and print.)



CLOSE

PRINT

# Lock Confirmation

**1827425 | Agnes Puzon**                                          As of: 07/13/07 12:21 PM

**Program: 1358**
 40 Year SIFA 1 Month MTA N/O/O
**Interest Rate:** 1.4%
**Payment Rate:** N/A
**Price:** 101.975
**Lock-in Date:** 06/26/07
**Lock-in Expiration Date:** 08/27/07
**Delivery Option:** Best Efforts

**Property Address**

312 American Farms Avenue
Lathrop, California 95330

## Correspondent Information

**Correspondent ID:** 35960
Mason-Mcduffie Mortgage Corporation
2000 Crow Canyon Pl
San Ramon, California 94583
**Fax:** (866) 374-8251

## Secondary Contact Information

**Toll Free:** (866) 363-7961
**Email:** Correspondent Lending or
CorrespondentLending@americanhm.com
**E-Fax:** (866) 756-2175
**Account Executive:** Niederhaus, Mary
(916) 443-6106

## Borrower(s) Information

Agnes Puzon

## Program/Lock Information

**Amortization Term:** 480 Months
**Doc Type:** SIFA
**Waive Escrows:** yes
**Interest Rate:** 1.4%
**Rate Lock Period:** 60 Days
**Final Margin:** 03.950
**Self Employed:** no
**Financed Discount:** N/A

## Loan Information

**Property Type:** 1 Family
**# of Units:** 1
**Occupancy:** Investment Prop
**Loan Purpose:** Rate & Term Refi
**Base Loan Amount:** $468,000.00
**Total Loan Amount:** $468,000.00
**Sales Price:** N/A
**Property Value:** $585,000.00
**Credit Score:** 681
**LTV:** 80.00%
**CLTV:** 80.00%
**Debt to Income Ratio:** 43.931%
**Project Type:** Not Applicable
**4506 Declined?** no
**New Construction?** no
**Extended Rate Cap?** no

**Rate Sheet Date:** 06/26/07
**Rate Sheet Time:** 09:34
**Base Rate Sheet Price:** 100.100
**Final Rate Sheet Price:** 101.975
**Prepay Penalty:** 1 yr ppp
**Foreign National:** no
**Resident Alien:** no
**First Time Home Buyer:** no
**Summary Income:** $0.00
**Summary Assets:** $0.00

## Itemized Adjustments

| Description | Rate | Price | Margin |
|---|---|---|---|
| FICO 680-699 | | | 0.050 |
| Investment Property | 0.400 | | |
| Investment Property | | | 0.400 |
| MARGIN 1 | | | 1.000 |
| 1 yr. Pre-Payment Penalty | | 0.125 | |
| 1 yr. Pre-Payment Penalty , MARGIN 1 | | 1.750 | |
| Product 1358 | | | 0.100 |
| **Total Adjustments** | **0.400** | **1.875** | **1.550** |

The acceptance of a lock-in does not indicate eligibility for a specific program or product. It is possible to obtain a lock confirmation for a loan product in instances where the loan exceeds the product guidelines. Final underwriting approval and/or changes to loan terms will determine eligibility/pricing of your lock.

Please note that once your loan has been received, we will review to make sure it does not exceed the high cost guidelines in your state.

If you have any questions as to whether or not this loan is eligible, please consult the 1358 Product Guidelines or your AHM Account Executive or our Correspondent Lending Secondary Department.

**Rate Lock Department: (866) 363-7961**

Commitment Confirmation Letter    Case 07-11047-CSS    Doc 7358    Filed 05/07/09    Page 17 of 18    Page 1 of 3

Print this page



8501 Fallbrook Ave, West Hills, CA 91304
(800)520-3375

To: STEVE
Re: Revised Best Effort Commitment Confirmation

From: CLD Commitment Desk
Date: 8/28/2007 11:04:21 AM

This letter shall serve as notification from Countrywide Home Loans, Inc. ( 'CHL' ) to Mason McDuffie Mortgage Corp ( 'Seller' ) that the terms of the Revised Best Effort Commitment referenced below have changed. The following summarizes the revised terms of the Commitment and the reason(s) for the revision.

| | | | | |
|---|---|---|---|---|
| Commitment was: | X Recommitted | | Extended | |
| Pricing Method | Total Pricing | | | |
| Loan Amount | $468,000.00 | | | |
| Overtolerance Amount | $0.00 | | | |
| Maximum Delivery Amount | $518,000.00 | | | |
| Borrower Name | Agnes Puzon | | | |
| Property Address | 312 American Farms Avenue Lathrop, CA 95330 | | | |
| Base Price | 100.520 | | | |
| Price Adj | -3.625 | | | |
| Base SRP | 0.780 | | | |
| SRP Adj | 0.000 | | | |
| Price | 97.675 | | | |
| Overtolerance Price | 0.000 | | | |
| Upfront Fee | $0.00 | | | |
| File Due Date | 09/19/2007 | | | |
| Amortization Term | 480 | | | |
| Loan Type | Exp Criteria ARM 5/6 Interest Only - 6m LIB | | | |
| Prepay Option | Nonprepay | | | |
| Gov't Type Deliverable | FHA: | VA: | Both: X | N/A: |
| Countrywide Guidelines | X | | | |
| FNMA Guidelines | | | | |
| FHLMC Guidelines | | | | |
| Note Rate | 8.500 % | | | |
| ARM Margin | 2.250 % | | | |
| ARM Index | | | | |
| ARM Initial Cap | | | | |
| ARM Periodic Cap | | | | |
| ARM Life Cap | | | | |
| OTC Construction Term | | | | |
| Roll Down | | | | |
| OTC ARM Margin | | | | |
| Commitment Number | 3843540 | | | |
| Loan Number | 172695716 | | | |
| Seller Loan Number | | | | |
| Occupancy Type | Non-Owner Occupied | | | |
| Document Type | No Ratio Test | | | |
| LTV | 80 | | | |
| Property Type | Single-Family Dwelling | | | |
| Number of Stories | | | | |
| Number of Units | 1 | | | |
| Structure Type | Detached | | | |
| CLTV | 80 | | | |
| Credit Score | 681 | | | |
| No Credit Score | | | | |

https://cld.countrywide.com/cld/Confirmations/ConfirmResult.asp?CommitNum=3843540...    8/28/2007

| | |
|---|---|
| Maturity Term | 480 |
| ARM Index | |
| First Payment Date | |
| Target Funding Date | 10/01/2007 |
| Govt Type | |
| Finance Type | Refi No Cashout |
| Texas (a)(6) | |
| Cash Out Amt | |
| Home Style Loan | |
| MI Cert In File | |
| LPMI Loan | |
| FNMA/FHLMC MI Type | |
| MI % Of Coverage | |
| IRS Form 4506 | |
| Escrow Impound Insurance (Haz'd) | |
| Escrow Impound Taxes (Any) | |
| Req Haz Ins Master Policy | |
| FHLMC LP Purch Elig | |
| FHLMC LP Risk Class | |
| FNMA DU Recommendation | |
| CLUES Decision | Accept |
| Affordable Housing | Not Applicable |
| Servicing Type | None |
| Total DTI | |
| Condotel | |
| Residence Status | U.S. Citizen |
| Commitment Expiration Date | 09/19/2007 |

## Price Adjustments

| Price Adjustment Name | Price Adj Points |
|---|---|
| EC - Non-Owner LTV/CLTV >70% to 80% | -2.000 |
| EC ARM - Document Type, Credit Score & LTV | -1.250 |
| EC - 40 Year Term - ARM | -0.375 |
| **Total Price Adjustments** | **-3.625** |

## SRP Adjustments

| SRP Adjustment Name | SRP Adj Points |
|---|---|
| **Total SRP Adjustments** | **0.000** |

The rate, loan price and servicing released premium listed above are in effect through the expiration of the Commitment. Price and servicing released premium indicated above are based upon the information present at the time of recommitment. CHL reserves the right to make adjustments to the price or servicing released premium consistent with the pricing guide or SRP tables contained in the Correspondent Lending Division Seller's Guide upon review and verification of the information submitted in the loan package. Correspondent must be properly licensed and comply with Federal and/or State prepayment regulations.

Countrywide Home Loans, Inc.                                Revision Date: 8/28/2007 11:03:56 AM

By: Platinum Lender Access (UserId : 10929-121)

The information provided is intended for use by mortgage professionals and financial institutions regarding secondary transactions only. Rates and programs subject to change without notice.

Copyright © 2007, Countrywide® Home Loans, Inc. All Rights Reserved.