# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., et al.,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Hearing Date: June 5, 2009 at 10:00 a.m. (ET) |
| | ) Objection Deadline: May 29, 2009 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO:   (I) THE US TRUSTEE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL BANK OF AMERICA, N.A. AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (IV) THE DEBTORS' POSTPETITION LENDER; AND (V) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. LR 2002-1(B)

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (the "Debtors") have filed the **DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 AND 11 U.S.C. § 105(a) FOR AN ORDER APPROVING AND AUTHORIZING STIPULATION BETWEEN THE DEBTORS AND ZURICH AMERICAN INSURANCE COMPANY AND ITS SUBSIDIARIES AND AFFILIATES..**

PLEASE TAKE FURTHER NOTICE that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on May 29, 2009**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THIS MATTER WILL BE HELD ON **JUNE 5, 2009 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

       IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware     YOUNG CONAWAY STARGATT & TAYLOR, LLP
      May 11, 2009

                                      /s/ Nathan Grow
                            James L. Patton, Jr. (No. 2202)
                            Pauline K. Morgan (No. 3650)
                            Sean M. Beach (No. 4070)
                            Margaret B. Whiteman-Greecher (No. 4652)
                            Nathan Grow (No. 5014)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253

                            Counsel for Debtors and Debtors-in-Possession