# EXHIBIT A

## Proposed Form of Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., et al.,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| ) | **Ref. Docket No. ___** |

### ORDER APPROVING AND AUTHORIZING STIPULATION BETWEEN THE DEBTORS AND ZURICH AMERICAN INSURANCE COMPANY AND ITS SUBSIDIARIES AND AFFILIATES

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") for entry of an order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), approving a stipulation (the "Stipulation") by and among the Debtors and Zurich American Insurance Company and its subsidiaries and affiliates, including but not limited to Fidelity & Deposit Company of Maryland, Colonial American Casualty and Surety Company and American Guarantee and Liability Insurance Company ("Zurich"), a copy of which is attached hereto as Exhibit A; and it appearing that the Stipulation and the relief requested in the Motion is in the best interests of the Debtors, their creditors and their estates; and it appearing

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the relief requested in the Motion is hereby granted; and it is further

ORDERED, that the Stipulation attached hereto as <u>Exhibit A</u> is approved pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Date:  Wilmington, Delaware
       June ____, 2009

_____
Christopher S. Sontchi
United States Bankruptcy Judge

# EXHIBIT A

## Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re                                    :  Chapter 11

AMERICAN HOME MORTGAGE                   :  Case No. 07-11047 (CSS)
HOLDINGS, INC., et al.,[1]
                                         :  (Jointly Administered)

Debtors.
---------------------------------------------------------------X

## STIPULATION BY AND AMONG THE DEBTORS, ZURICH AMERICAN INSURANCE COMPANY AND ITS SUBSIDIARIES AND AFFILIATES

On this ___ day of April, 2009, this stipulation (the "Stipulation") is entered into by and among the above-captioned debtors and debtors in possession (the "Debtors"), Zurich American Insurance Company and its subsidiaries and affiliates, including but not limited to Fidelity & Deposit Company of Maryland, Colonial American Casualty and Surety Company and American Guarantee and Liability Insurance Company (together, hereinafter, "Zurich" and, collectively with the Debtors, the "Parties"), by their respective counsel.

### RECITALS

1.  WHEREAS, on August 6, 2007, the Debtors commenced a case under Chapter 11 of the United States Code with this Court. Each of the Debtors continues to operate its business and manage its property as a debtor in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. The Debtors' cases are being jointly administered pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedure;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc.(6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2. WHEREAS, Zurich has asserted claims against the Debtors, which claims include amounts due or arising under certain surety bonds issued by Zurich to one or more Debtors (the "Surety Bonds");

3. WHEREAS, the Parties desire to avoid costly litigation concerning the amount due or arising under the Surety Bonds and other claims;

4. WHEREAS, the Parties have reached an agreement concerning the individual and total amounts due or arising under the Surety Bonds and all other claims between the Parties. Such agreement is the product of unrestricted and informed negotiations, and the Parties acknowledge that such agreement represents a fair and reasonable compromise in light of the costs, uncertainties, contingencies, and risks attendant to litigation, subject to the terms and conditions set forth herein;

## STIPULATION

5. NOW, THEREFORE, the Parties hereby stipulate, consent and agree that:

6. Zurich is hereby granted, in full settlement of the total value of all of their outstanding claims against American Home Mortgage Holdings, Inc. ("AHMH"), an allowed claim in the amount of $500,000, general unsecured, against AHMH.

7. Zurich is hereby granted, in full settlement of the total value of all of their outstanding claims against American Home Mortgage Acceptance, Inc. ("AHMA"), an allowed claim in the amount of $43,468, general unsecured, against AHMA.

8. Zurich is hereby granted, in full settlement of the total value of all of their outstanding claims against American Home Mortgage Corp. ("AHMC"), an allowed claim in the amount of $370,946, general unsecured, against AHMC.

9. Zurich is hereby granted, in full settlement of the total value of all of their outstanding claims against American Home Mortgage Servicing, Inc. (collectively "AHMS"), an allowed claim in the amount of $22,483, general unsecured, against AHMS.

10. Zurich is hereby granted, in full settlement of the total value of all of their outstanding claims against American Home Mortgage Ventures LLC ("AHMV"), an allowed claim in the amount of $63,103, general unsecured, against AHMV.

11. Upon judicial approval of this Stipulation, Zurich, on behalf of themselves and any parent, affiliates, subsidiaries, successors, assigns, officers, directors, employees, attorneys, and agents forever waive and release any and all claims and/or causes of action of any nature against Debtors, irrespective of whether such claims are extant, vested, unvested, contingent, direct, indirect, derivative, matured, accrued, or otherwise outstanding, except for (i) those claims set forth in this Stipulation and (ii) any and all claims or obligations related to any insurance policy issued by Zurich to, or for the benefit of, any of the Debtors.

12. Upon judicial approval of this Stipulation, the Debtors, on behalf of themselves and any parent, affiliates, subsidiaries, successors, assigns, officers, directors, employees, attorneys, and agents forever waive and release any and all claims and/or causes of action of any nature against Zurich, irrespective of whether such claims are extant, vested, unvested, contingent, direct, indirect, derivative, matured, accrued, or otherwise outstanding, except for any and all claims or obligations related to any insurance policy issued by Zurich to, or for the benefit of, any of the Debtors.

13. This Stipulation may be executed in counterparts (including by means of facsimile transmission or email), each of which when executed shall be deemed to be an original, and such counterparts together shall constitute and be one and the same instrument.

STIPULATED AND AGREED:

Dated: April 17, 2009
       Wilmington, Delaware

_____
Nathan Grow (No. 5014)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6600

*Counsel to the Debtors*

Dated: April 17, 2009
       Wilmington, Delaware

_____
Robert L. Lawrence, Vice President
Fidelity & Deposit Company of Maryland
3910 Keswick Road, 5th Floor
Baltimore, MD 21211
(410) 261-7870
(877) 812-5754

*Zurich American Insurance Company and its subsidiaries and affiliates.*