**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **American Home Mortgage Holdings, Inc. et al.,** | ) | **Case No. 07-11047 (CSS)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

**Obj. Deadline: May 29, 2009 @ 4:00 p.m.**
**Hearing Date: June 5, 2009 @ 10:00 a.m.**

**COVER SHEET FOR OF FIRST AND FINAL APPLICATION OF MARGOT SAUNDERS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS TESTIFYING EXPERT ON BEHALF OF THE OFFICIAL COMMITTEE OF BORROWERS FOR THE PERIOD JANUARY 20, 2009 THROUGH FEBRUARY 28, 2009**

| | |
|---|---|
| Name of Applicant: | Margot Saunders |
| Authorized to Provide Professional Services to: | The Official Committee of Borrowers |
| Date of Retention: | January 20, 2009 |
| Period for which Compensation and Reimbursement is sought: | January 20, 2009 through February 28, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | $22,725.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,378.15 |

This is a _____ monthly ____ interim __X__final application

## SUMMARY OF ATTORNEY FEES

| Name of Professional | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Margot Saunders | Of Counsel to the National Consumer Law Center | $300<br>$150* | 61.0<br>19.5 | $18,300.00<br>$2,925.00 |
| Diane Thompson | Of Counsel to the National Consumer Law Center | $300 | 2.0 | $600.00 |
| Stuart Rossman | Litigation Director at the National Consumer Law Center | $300 | 1.5 | $450.00 |
| Carolyn Carter | Deputy Director at the National Consumer Law Center | $300 | 1.5 | $450.00 |
| **Total** | | | **85.5** | **$22,725.00** |

***travel rate**

## EXPENSE BREAKDOWN

| Expense Category | Total |
|---|---|
| Parking | $17.70 |
| Overnight Delivery | $44.56 |
| Travel – Airfare | $1092.44 |
| Travel – Lodging | $946.45 |
| Travel – Meals | $80.00 |
| Travel – Taxi Fare | $79.00 |
| Travel – Train Fare | $118.00 |
| **Total** | **$2,378.15** |

**SUMMARY OF FEES AND EXPENSES REQUESTED**

| | **Total Hours** | **Total Fees** | **Total Expenses** | **Total Request** |
|---|---|---|---|---|
| January | 38.8 | $11,640.00 | $44.56 | $11,684.56 |
| February | 46.7 | $11,085.00 | $2,333.59 | $13,358.59 |
| | **85.5** | **$22,725.00** | **$2,378.15** | **$25,043.15** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **American Home Mortgage Holdings, Inc. et al.,** | ) | **Case No. 07-11047 (CSS)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | | **Obj. Deadline: May 29, 2009 @ 4:00 p.m.** |
| | | **Hearing Date: June 5, 2009 @ 1:00 p.m.** |

**FIRST AND FINAL APPLICATION OF MARGOT SAUNDERS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS TESTIFYING EXPERT ON BEHALF OF THE OFFICIAL COMMITTEE OF BORROWERS FOR THE PERIOD JANUARY 20, 2009 THROUGH FEBRUARY 28, 2009**

Pursuant to 11 U.S.C. §§ 330 and 331 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and this Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code, entered September 3, 2007 (the "Administrative Order"), Margot Saunders ("Saunders" or "Applicant"), as Testifying Expert for the Official Committee of Borrowers of American Home Mortgage Holdings, Inc., et al. (the "Borrowers' Committee"), submits her First and Final Application for Allowance of Fees and Reimbursement of Expenses (the "Application") seeking allowance and payment of fees in the amount of $22,725.00 and reimbursement of expenses in the amount of $2,378.15, for the period January 20, 2009 through February 28, 2009 (the "Application Period"), and in support thereof, states as follows:

1. On August 6, 2007 (the "Petition Date"), American Home Mortgage Holdings, Inc., et al., and certain of it affiliates (the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court. The Debtors have been operating their

businesses and managing their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On October 10, 2008, an order was entered approving the appointment of an Official Committee of Borrowers (the "Borrowers' Committee"). On October 21, 2008, the United States Trustee appointed Mr. Sam Acquisito, Mr. Christopher Bilek, Ms. Florence Dandridge, Ms. Grace Graves, Mrs. Delena Lamacchia, Ms. Penny Montague and Ms. Paula Rush as members of the Borrowers' Committee.

3. On March 13, 2009, an order was entered approving retention of Saunders as testifying expert for the Borrowers' Committee, as of January 20, 2009, *nunc pro tunc*. A copy of the order is attached hereto as Exhibit A.

4. Pursuant to the procedures set forth in the Administrative Order, professionals may request monthly compensation and reimbursement, and interested parties may file objections or responses thereto. If there is no objection or response filed by any parties within twenty (20) days of the date of filing and service of the Application, and if the Court does not schedule a hearing on the Application, then the Debtor is authorized and directed to pay the professional 80% of fees and 100% of expenses requested for the Application Period.

**Jurisdiction**

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**Compensation Paid and Its Source**

6. All services for which Saunders requests compensation were performed for or on behalf of the Borrowers' Committee.

**Fee Summary**

7. Saunders devoted 85.5 hours of professional time to provide legal services to the Borrowers' Committee during the Application Period. This includes time expoended by her colleagues as follows: (a) 2.0 hours spent by Diane Thompson, in connection with the preparation and review of Saunders' written expert report; (b) 1.5 hours spent by Stuart Rossman assisting Saunders in her preparation for her expert witness deposition; and (c) 1.5 hours spent by Carolyn Carter doing research and analysis for the expert witness report. The time record entries consist of a daily breakdown of the total time spent by each person on each day, in each task area, and of the disbursements during the Application Period. The time records are attached hereto as Exhibit B. A summary of the fees and expenses is included in the Cover Sheet filed herewith.

8. During the Application Period, Saunders performed the services for which she had been retained by the Borrowers' Committee. Following is a summary of the work performed by Saunders in each substantive area:

(a) Testimony: The services provided in this category for the Application Period involved preparing an expert report, and testifying regarding that report on behalf of the Borrowers' Committee at deposition and trial.

(b) Non-Working Travel: During the Application Period, Saunders traveled to Washington, DC to attend a deposition and to Wilmington, DE for a hearing. All non-working travel time is reflected in this category and billed at 50% pursuant to Local Rule 2016-2(d). Total Hours: 19.5; Total Fees $2,925.00.

**Actual and Necessary Expenses**

9. A breakdown of the actual and necessary expenses incurred by Saunders for the Application Period is attached as Exhibit C. The invoices may not contain all expenses incurred during the Application Period and Saunders reserves the right to request reimbursement of additional expenses for such amounts for the Application Period in future monthly applications.

**Relief Requested by Saunders**

10. Saunders spent a total of 85.5 hours in the above project categories and incurred total professional fees during the Application Period in the amount of $22,725.00. Saunders is requesting 100% of her fees in connection with rendering professional services to the Borrowers' Committee as described above. The blended hourly rate for these services is $265.79. In addition, Saunders requests reimbursement for costs incurred during the administration of this case in the amount of $2,378.15.

11. All of the professional services and expenses for which Saunders requests compensation and reimbursement have been strictly related to her representation of the Borrowers' Committee and provided substantial benefit to the estate. Saunders accordingly submits that it is proper to compensate her for the actual time spent and to reimburse her for the actual expenses incurred in connection with this case. Payment of compensation or reimbursement of expenses requested hereunder should be made to her employer, the National Consumer Law Center.

12. Except for the Debtor's promise to pay compensation and reimbursement as allowed by the Court, Saunders has received no payment and no promise for payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with this case.

13. Pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, Saunders has not shared and has not agreed to share (a) any compensation she has received or may receive with another party or person other than with her employer, the National Consumer Law Center, or (b) any compensation another person or party has received or may receive in connection with this case.

14. Saunders has not filed a prior interim application or request for payment in this case.

WHEREFORE, for all the foregoing reasons, Saunders respectfully requests that the Court allow and direct payment to the National Consumer Law Center as compensation for her services in the amount of $22,725.00 and reimbursement of expenses in the amount of $2,378.15, that such amounts be authorized for payment, and for such other and further relief as this Court may deem just and proper.

Dated: May 11, 2009

ZUCKERMAN SPAEDER LLP

/s/ Virginia W. Guldi
Thomas G. Macauley (ID No. 3411)
Virginia W. Guldi (ID No. 2792)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

- and -

GILBERT OSHINSKY LLP
Stephen A. Weisrod
1100 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 772-1962
Facsimile: (202) 772-3962

Attorneys for the Official Committee of Borrowers

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **American Home Mortgage Holdings, Inc., et al.** | ) | **Case No. 07-11047 (CSS)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

I, Margot Saunders, am an attorney at law and Of Counsel to the National Consumer Law Center (the "NCLC") after serving as Managing Attorney of the NCLC for fourteen years. I am duly authorized to make this Statement, both individually and on behalf of NCLC.

I am familiar with the work performed on behalf of the Official Committee of Borrowers In Re American Home Mortgage Holdings, Inc., *et. al.*, as set forth in the attached invoice.

I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

I hereby verify under penalty of perjury that the foregoing is true and correct.

Dated: May 11, 2009

Margot Saunders
Margot Saunders



2184379 1