IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc. et al., | ) | Case No. 07-11047 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Obj. Deadline: May 29, 2009 @ 4:00 p.m.
Hearing Date: June 5, 2009 @ 10:00 a.m.

## NOTICE OF FIRST AND FINAL APPLICATION OF MARGOT SAUNDERS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS TESTIFYING EXPERT ON BEHALF OF THE OFFICIAL COMMITTEE OF BORROWERS FOR THE PERIOD JANUARY 20, 2009 THROUGH FEBRUARY 28, 2009

TO:  The Notice Parties Pursuant to the Administrative Order

Margot Saunders ("Saunders") has filed her First and Final Application as Testifying Expert on behalf of the Official Committee of Borrowers of American Home Mortgage Holdings, Inc., *et al.* (the "Borrowers' Committee"), for Allowance of Fees and Reimbursement Expenses for the Period January 20, 2009 through February 28, 2009 (the "Application"), seeking allowance and payment of compensation in the amount of $22,725.00 and reimbursement of expenses in the amount of $2,378.15, incurred in connection with her testimony on behalf of the Committee.

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before May 29, 2009.

This Application is submitted pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals pursuant

2184379.2

2

to Sections 331 and 105(a) of the Bankruptcy Code entered on September 3, 2007 (the "Administrative Order").

A hearing on this Application is scheduled for June 5, 2009 at 10:00 a.m. before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

Dated: May 11, 2009

ZUCKERMAN SPAEDER LLP

/s/ Virginia W. Guldi
Thomas G. Macauley (ID No. 3411)
Virginia W. Guldi (ID No. 2792)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

Attorneys for the Official Committee of Borrowers

2184379.2