# NATIONAL CONSUMER LAW CENTER®

7 Winthrop Square, 4th Floor
Boston, MA 02110-1245
www.consumerlaw.org

Invoice submitted to:
Stephen A. Weisbrod
Gilbert Oshinsky LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005

May 08, 2009

In Reference To: Margot Saunders Professional Services in
American Home Bankruptcy

Professional Services

| Date | Name | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/20/2009 | Margot Saunders | Research and/or analysis | 0.50<br>$300.00/hr | $150.00 |
| 1/21/2009 | Margot Saunders | Research and/or analysis | 1.00<br>$300.00/hr | $300.00 |
| 1/22/2009 | Margot Saunders | Research and/or analysis | 2.50<br>$300.00/hr | $750.00 |
|  | Margot Saunders | Talking to Lawyer | 0.50<br>$300.00/hr | $150.00 |
| 1/23/2009 | Stuart Rossman | Preparing for deposition email and t/c's Margot Saunders re preparation for deposition | 1.00<br>$300.00/hr | $300.00 |
|  | Margot Saunders | Writing report | 6.00<br>$300.00/hr | $1,800.00 |
| 1/24/2009 | Margot Saunders | Writing report | 10.00<br>$300.00/hr | $3,000.00 |
| 1/25/2009 | Margot Saunders | Writing report | 6.50<br>$300.00/hr | $1,950.00 |
|  | Carolyn Carter | Research and/or analysis | 1.50<br>$300.00/hr | $450.00 |

(617) 542-8010

| Date | Name | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/26/2009 | Margot Saunders | Writing report | 1.00 $300.00/hr | $300.00 |
|  | Stuart Rossman | Preparing for deposition email Saunders re preparation of expert report | 0.50 $300.00/hr | $150.00 |
| 1/27/2009 | Margot Saunders | Writing report | 4.50 $300.00/hr | $1,350.00 |
| 1/29/2009 | Margot Saunders | Reading materials | 1.25 $300.00/hr | $375.00 |
|  | Diane Thompson | Research and/or analysis | 1.80 $300.00/hr | $540.00 |
| 1/30/2009 | Margot Saunders | Talking to Lawyer | 0.25 $300.00/hr | $75.00 |
| 2/1/2009 | Margot Saunders | Talking to Lawyer | 0.50 $300.00/hr | $150.00 |
|  | Margot Saunders | Other traveling | 3.00 $150.00/hr | $450.00 |
| 2/2/2009 | Margot Saunders | Deposition | 2.00 $300.00/hr | $600.00 |
|  | Margot Saunders | Preparing for deposition | 2.50 $300.00/hr | $750.00 |
|  | Margot Saunders | Other traveling | 3.00 $150.00/hr | $450.00 |
| 2/5/2009 | Margot Saunders | Reading materials | 1.00 $300.00/hr | $300.00 |
|  | Margot Saunders | Talking to Lawyer | 0.75 $300.00/hr | $225.00 |
| 2/6/2009 | Margot Saunders | Talking to Lawyer | 0.75 $300.00/hr | $225.00 |
|  | Margot Saunders | Reading materials | 1.75 $300.00/hr | $525.00 |

| Date | Name | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/7/2009 | Margot Saunders | Talking to Lawyer | 2.00<br>$300.00/hr | $600.00 |
|  | Margot Saunders | Reading materials | 1.50<br>$300.00/hr | $450.00 |
| 2/8/2009 | Diane Thompson | Reading materials | 0.20<br>$300.00/hr | $60.00 |
|  | Margot Saunders | Talking to Lawyer | 3.00<br>$300.00/hr | $900.00 |
|  | Margot Saunders | Reading materials | 1.50<br>$300.00/hr | $450.00 |
| 2/9/2009 | Margot Saunders | Reading materials | 4.00<br>$300.00/hr | $1,200.00 |
|  | Margot Saunders | Other<br>traveling | 5.00<br>$150.00/hr | $750.00 |
| 2/10/2009 | Margot Saunders | Other<br>waiting | 4.00<br>$150.00/hr | $600.00 |
|  | Margot Saunders | CHANGE TO "IN TRIAL" | 3.50<br>$300.00/hr | $1,050.00 |
|  | Margot Saunders | Reading materials | 1.50<br>$300.00/hr | $450.00 |
| 2/11/2009 | Margot Saunders | CHANGE TO "IN TRIAL" | 0.25<br>$300.00/hr | $75.00 |
|  | Margot Saunders | Other<br>waiting | 0.50<br>$150.00/hr | $75.00 |
|  | Margot Saunders | Reading materials | 0.50<br>$300.00/hr | $150.00 |
|  | Margot Saunders | Other<br>traveling | 4.00<br>$150.00/hr | $600.00 |

**For professional services rendered**      85.50     $22,725.00

Additional Charges :

| Date | Name | Description | Qty/Price | Amount |
|---|---|---|---|---|
| 1/26/2009 | Margot Saunders | Fed Ex Charges | 1<br>$44.56 | $44.56 |
| 2/13/2009 | Margot Saunders | Travel Expenses Related to American Home Bankruptcy List of Expenses is attached | 1<br>$2,333.59 | $2,333.59 |

**Total additional charges**              $2,378.15

**Total amount of this bill**              $25,103.15

Balance due                                $25,103.15

Please make the check payable to National Consumer Law Center and send to attention of Margaret Kohler at the Boston address.