## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | **Hearing Date:  June 5, 2009 @ 10:00 a.m.** |
| Debtors. | ) | **Objections Due: May 29, 2009 @ 4:00 p.m.** |
| | ) | |

## NOTICE OF FILING OF FEE
## APPLICATION [RE: D.I. NO. 7371]

**To:  All parties identified on the 2002 service list**

PLEASE TAKE NOTICE that the counsel to Borrowers Committee (the "Borrowers Committee") has filed the following application seeking interim approval of professional fees and reimbursement of expenses (the "Application"):

- *First and Final application of Margot Saunders for Allowance of Fees and Reimbursement of Expenses as Testifying Expert on Behalf of the Official Committee of Borrowers for the Period January 20, 2009 Through February 28, 2009* (D.I. No. 7371), which seeks fee compensation in the amount of $22,725.00 and expenses in the amount of $2,378.15.

Responses to the Application, if any, must be filed with the Bankruptcy Court at www.deb.uscourts.gov and served so it is actually received on or before May 29, 2009 at 4:00 p.m. by Stephen A. Weisbrod, Esquire, Gilbert Oshinsky LLP, 1100 New York Avenue, N.W., Washington, DC 20005-3987, and Thomas G. Macauley, Esquire, Zuckerman Spaeder LLP, 919 Market Street, Suite 990, P.O. Box 1028, Wilmington, DE 19899 (Courier 19801).

Dated: Wilmington, Delaware
       May 11, 2009

ZUCKERMAN SPAEDER LLP


/s/ Virginia W. Guldi
Thomas G. Macauley (ID No. 3411)
Virginia W. Guldi (ID No. 2792)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE  19899
(302) 427-0400

Counsel to Borrowers Committee

2230174.1