IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                :   Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                    :
                                                                      :   Jointly Administered
        Debtors.                                                      :
                                                                      :   Ref. Docket Nos. 6009, 6414, 6462
--------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING THIRD ORDER
REGARDING THE DEBTORS' NINETEENTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On September 22, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 6009] (the "Objection"),[2] in which the Debtors objected to, *inter alia*, claim number 754 ("Claim 754") and claim number 6297 ("Claim 6297") filed by Sally J. Hamilton. The Debtors requested in the Objection that Claim 754 be disallowed and expunged in entirety and that Claim 6297 be reduced from the amount alleged ($59,199.78 priority unsecured) to $6,610.00 priority unsecured and $9,969.02 general unsecured. On October 9, 2008, Ms. Hamilton filed a response to the Objection [Docket No. 6414]. On October 24, 2008,

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]     All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

the Court entered a first order [Docket No. 6462] (the "First Order") sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 754 and Claim 6297.[3]

Upon further review of their books and records and discussion with counsel to Ms. Hamilton, the Debtors and Ms. Hamilton have agreed that (i) Claim 754 should be expunged as the Debtors requested in the Objection, and (ii) Claim 6297 should be allowed in the amount of $7,500.00 unsecured priority and $9,969.02 general unsecured against American Home Mortgage Corp. (Case No. 07-11051).

The Debtors therefore respectfully request that the Court enter an order, in the form attached hereto as Exhibit A, expunging Claim 754 and allowing Claim 6297 in the amount of $7.500.00 priority unsecured and $9,969.02 general unsecured against American Home Mortgage Corp. (Case No. 07-11051).

Dated: Wilmington, Delaware
       May 11, 2009

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ Nathan Grow
                        James L. Patton, Jr. (No. 2202)
                        Pauline K. Morgan (No. 3650)
                        Margaret B. Whiteman-Greecher (No. 4652)
                        Nathan D. Grow (No. 5014)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone:  (302) 571-6600
                        Facsimile:   (302) 571-1253

---

[3] The Court has also entered an agreed order sustaining and modifying the Objection with respect to a claim filed by Royal Bank of Scotland PLC [Docket No. 6496] and a second order sustaining the Objection in part [Docket No. 6704].

## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
   Debtors.                                                              :
                                                                         : **Ref. Docket Nos. 6009, 6414, 6462**
                                                                         :
------------------------------------------------------------------------ x

### THIRD ORDER SUSTAINING DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the nineteenth omnibus (substantive) objection [Docket No. 6009] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"); and upon consideration of the response to the Objection filed by Sally J. Hamilton [Docket No. 6414]; and the Court having entered an order [Docket No. 6462] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 754 ("Claim 754") and claim number 6297 ("Claim 6297") filed by Sally J. Hamilton; and the Debtors and Ms. Hamilton having come to an agreement that Claim 754 should be disallowed and expunged in full and Claim 6297 should be allowed in the amount of $7,500.00 priority unsecured and $9,969.02 general unsecured against American Home Mortgage Corp. (Case No. 07-11051); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

§§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 754 is hereby disallowed and expunged in its entirety; and it is further

ORDERED that Claim 6297 is hereby allowed in the amount of $7.500.00 priority unsecured and $9,969.02 general unsecured against American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that the Objection is hereby resolved with respect to Claim 754 and Claim 6297; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      May __, 2009

                                      CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE