IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x   Chapter 11
In re:                                                        :
                                                              :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,               :   Jointly Administered
                                                              :
                        Debtors.                              :   Re: Docket No. 6824
------------------------------------------------------------- 

## CERTIFICATION OF COUNSEL REGARDING JOINT PRETRIAL ORDER REGARDING OBJECTION HEARING

The undersigned certifies as follows:

1. Attached hereto as Exhibit "A" is the proposed form of *Pretrial Order Regarding Objection Hearing* ("Order") being submitted by Caylon New York Branch, as Administrative Agent, ("Caylon"). The proposed Order reflects the agreement between the Debtors and Calyon regarding the Order and the Stipulation of Facts which are attached to the Order as Exhibit "1." The Debtors have no objection to the entry of the proposed Order.

2. The undersigned respectfully submits that, consistent with the disclosures and agreements made between the Debtors and Calyon and the lack of any objection to the entry of the proposed Order, the Court may consider and enter the proposed Order at the Court's earliest convenience, without further notice or hearing.

Dated: May 12, 2009

                                              WOMBLE CARLYLE SANDRIDGE
                                              & RICE, PLLC

                                              __/s/ Michael G. Busenkell_____
                                              Michael G. Busenkell (DE No. 3933)
                                              222 Delaware Avenue, Suite 1501
                                              Wilmington, DE 19801
                                              Telephone: 302.252.4324
                                              Facsimile: 302.252.4330

                                              -and-

Benjamin C. Ackerly
Jason W. Harbour (DE No. 4176)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

-and-

Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10016-0136
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

*Counsel to Calyon New York Branch*