IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtor. | ) ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey Barnes, Esquire to represent Mona Dobben and Elizabeth Jackson, interested parties in the above-captioned bankruptcy proceeding.

DATED: May 12, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:       loizides@loizides.com

Barnes Pro Hac Vice Motion.DOCX

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Jeffrey Barnes (FL Bar No. 24674 )
LAW OFFICE OF JEFFREY BARNES
1515 N. Federal Highway, Suite 300
Boca Raton, FL 33432
Telephone:   (561) 864-1067
Facsimile:   (702) 804-8137
Email:       wjbarnes@cox.net

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

DATED: _____, 2009

The Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge