IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :    Jointly Administered
                                                                 :
        Debtors.                                                 :
----------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 15, 2009 AT 1:00 P.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.      Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1
        [D.I. 3474, 3/28/08]

        Response Deadline:     April 24, 2008 at 4:00 p.m.

        Responses Filed:       See Exhibit A, attached

        Related Document:

               a)      Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to
                       Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                       Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

        Status: An Order has been entered that partially sustains the Objection. With respect to
        the remainder of the relief requested and the remaining responses set forth on
        Exhibit A, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.    Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

    Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors and the Committee to September 8, 2008 at 4:00 p.m.

    Objections Filed:

        a)    Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5602, 9/8/08]

        b)    Limited Joinder of Official Committee of Unsecured Creditors to Debtors' Limited Objection to Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 5617, 9/9/08]

    Status: This matter will be adjourned by agreement to June 5, 2009 at 10:00 a.m.

3.    Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

    Response Deadline:    May 20, 2008 at 4:00 p.m.

    Related Documents:

        a)    Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

    Responses Filed:    See Exhibit B, attached

    Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

4.    Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3880, 4/28/08]

    Response Deadline:    May 20, 2008 at 4:00 p.m.

    Related Document:

        a)    Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

    Responses Filed:    See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

5.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:    See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

6.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

7.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

Responses Filed:    See Exhibit F, attached

3

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

8.    Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

      a)    Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5169, 7/17/08]

Responses Filed:    See Exhibit G, attached

Status:  An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

9.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

      a)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

      b)    Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

      c)    Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

Responses Filed:    See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

DB02:8117901.1                                                      066585.1001

10.     Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

     Response Deadline:    October 15, 2008 at 4:00 p.m.

     Related Document:

         a)       Notice of Submission of Claims [D.I. 6206, 10/10/08]

         b)       Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

         c)       Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

     Responses Filed:      See Exhibit L, attached

     Status: Orders have been entered that partially sustain the Objection. The remainder of this matter will be adjourned to June 5, 2009 at 10:00 a.m.

11.     Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

     Response Deadline:    November 5, 2008 at 4:00 p.m.

     Responses Filed:      See Exhibit M, attached

     Related Document:

         a)       Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

     Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

5

12.    Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6223, 10/13/08]

Objection Deadline:    November 5, 1008 at 4:00 p.m., extended to November 7, 2008

Objections/Responses Filed:

a)    Response of American Home Mortgage Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., to Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6587, 11/18/08]

b)    Debtors' Objection to Motion of American Lien Fund, L.P. Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6592, 11/19/08]

c)    Reply of American Lien Fund, L.P. in Support of its Motion Pursuant to 11 U.S.C. § 362(d) to Annul Automatic Stay as to Tax Sale and to Lift Stay as to Counterclaim [D.I. 6671, 12/5/08]

Status: This matter has been resolved pending documentation. This matter will be adjourned by agreement to June 5, 2009 at 10:00 a.m.

13.    Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:    November 5, 2008 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned by agreement to June 5, 2009 at 10:00 a.m.

14.    Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Responses Filed:    See Exhibit N, attached

Status: This matter will be adjourned to June 5, 2009 at 10:00 a.m.

15.    Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6620 11/21/08]

Responses Deadline:  December 15, 2008 at 4:00 p.m.

Related Document:

       a)    Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

Responses Filed:    See Exhibit O, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit O, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

16.    Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6715, 12/12/08]

Response Deadline:   January 6, 2009 at 4:00 p.m.

Related Document:

       a)    Order Sustaining Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims [D.I. 6840, 1/13/09]

Responses Filed:    See Exhibit P, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit P, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

17.    Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:   February 10, 2009 at 4:00 p.m.

Related Document:

       a)    Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:    See Exhibit Q, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit R, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

18.     Debtors' Thirtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7083, 3/6/09]

Response Deadline:     March 30, 2009 at 4:00 p.m.

Responses Filed:     See Exhibit S, attached.

Status: This matter will be adjourned to June 5, 2009 at 10:00 a.m.

19.     Interim Fee Requests

Objections Filed:

a)     Joint Objection of the Official Committee of Unsecured Creditors and the Debtors to the Applications of the Official Committee of Borrowers for Payment of Fees and Expenses of Their Legal Professionals in Excess of the Court Determined Cap [D.I. 7345, 5/5/09]

Status: This matter will be adjourned to June 5, 2009 at 10:00 a.m.

## UNCONTESTED MATTERS GOING FORWARD

20.     Sale Hearing regarding - Motion of the Debtors for Orders: (a)(i) Approving Sale Procedures with Respect to the Sale of the Debtors' Shares of American Home Bank Stock, (ii) Approving a Break-Up Fee for The Bancorp, Inc., (iii) Scheduling a Hearing to Consider the Sale of the Shares, (iv) Approving the Form and Manner of Notice Thereof, and (v) Granting Related Relief; and (b)(i) Authorizing the Sale of the Debtors' Shares of American Home Bank Stock Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (ii) Authorizing and Approving Proposed Stock Purchase Agreement, and (iii) Granting Related Relief [D.I. 7220, 4/1/09]

Objection Deadline:     May 8, 2009 at 4:00 p.m.

Related Documents:

a)     Order Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code and Rules 2002, 6004, 9007 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving Procedures for the Sale of All Shares of American Home Bank Stock Owned by American Home Mortgage Holdings, Inc.; (B) Approving Break-Up Fee for the Bancorp, Inc.; (C) Scheduling a Hearing to Consider the Sale of the Shares; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief [D.I. 7306, 4/21/09]

      b)      Notice of Auction and Sale Hearing [D.I. 7314, 4/23/09]

Objections Filed:

      c)      Limited Objection of American Home Bank [D.I. 7349, 5/7/09]

Status: The Objection is resolved in principal, subject to documentation. The Debtors intend to present a revised form of order at the hearing. Accordingly, this matter will be going forward.

21.      Sale Hearing regarding - Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Approving Payment of Expense Reimbursements; (III) Scheduling a Hearing to Consider Sale of Certain Mortgage Loans and REO Properties; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Mortgage Loans and REO Properties Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Sale Agreements Thereto; (III) Granting Related Relief [D.I. 7258, 4/10/09]

      Objection Deadline:   May 8, 2009 at 4:00 p.m.

      Related Documents:

      a)      Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Approving Sale Procedures; (II) Approving Expense Reimbursements; (III) Scheduling a Hearing to Consider Sale of Certain Mortgage Loans and REO Properties; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief [D.I. 7305, 4/21/09]

      b)      Notice of Auction and Sale Hearing [D.I. 7315, 4/23/09]

Objections Filed:

      c)      Objection of Manish Kothary [D.I. 7356, 5/8/09]

      d)      Reservation of Rights of James D. Rucker [D.I. 7357, 5/9/09]

Status: The Debtors have advised the parties with respect to items (c) and (d) that their loans are not subject to the current sale. As a result, this matter is going forward on an uncontested basis.

DB02:8117901.1                    066585.1001

22.     Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
        Rule 3007-1 [D.I. 7279, 4/15/09]

        Response Deadline:    May 8, 2009 at 4:00 p.m.

        Responses Filed:      None

        Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

23.     Emergency Motion of Mona Dobben for an Order for Relief from the Automatic Stay
        Under Section 362, of the Bankruptcy Code [D.I. 5376, 8/13/08]

        Objection Deadline:    March 6, 2009

        Related Document:

                a)      Amended Emergency Motion of Mona Dobben for an Order for Relief
                        from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I.
                        5789, 8/28/08]

        Objections Filed:

                b)      Limited Objection of the Debtors to the Amended Emergency Motion of
                        Mona Dobben for an Order for Relief from the Automatic Stay Under
                        Section 362 of the Bankruptcy Code [D.I. 7080, 3/6/09]

                c)      Response of the Official Committee of Unsecured Creditors [D.I. 7082,
                        3/6/09]

        Status: This matter will be going forward.

24.     Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section
        502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 5447, 8/15/08]

        Response Deadline:    September 8, 2008 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive)
                        Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code,
                        Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217,
                        10/10/08]

        Responses Filed:      Please see Exhibit J, attached

Status:  An Order has been entered that partially sustains the Objection.  This matter will be going forward with respect to the claim of Shervonne Powell.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

25.    Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

Responses Filed:  See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection.  This matter will be going forward with respect to the claim of Matthew Liang.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

26.    Julia Trister's Corrected Motion for (i) Retroactive Annulment and (ii) Prospective Relief from the Automatic Stay or (iii) Alternative Relief  [D.I. 6812, 1/7/09]

Objection Deadline:    January 19, 2009 at 4:00 p.m., extended for the Debtors

Objections Filed:

a)    Debtors' Limited Objection to Corrected Motion for (i) Retroactive Annulment and (ii) Prospective Relief from the Automatic Stay or (iii) Alternative Relief  [D.I. 7378, 5/13/09]

Status: This matter will be going forward.

27.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

DB02:8117901.1    066585.1001

Responses Filed:     See Exhibit R, attached

Status: An Order has been entered that partially sustains the Objection. This matter will
be going forward as an evidentiary hearing with respect to the response of James
Rucker. With respect to the remainder of the relief requested and the remaining
responses set forth on Exhibit S, this matter will be adjourned to June 5, 2009 at
10:00 a.m.

28.    Letter and Motion for Late Filed Claim by Dr. David and Elisabeth Jackson [D.I. 6917,
1/26/09]

Objection Deadline:   N/A

Responses Filed:

      a)     Reservation of Rights of the Debtors [D.I. 7318, 4/24/09]

Status: This matter will be going forward.

29.    Motion of Mona Dobben for Order Deeming Proofs of Claims #10607, #10608, #10609
Timely Filed or, in the Alternative, Allowing Proofs of Late Filed Claims [D.I. 7003,
2/13/09]

Objection Deadline:   March 6, 2009

Objections Filed:

      a)     Reservation of Rights of the Debtors [D.I. 7081, 3/6/09]

      b)     Response of the Official Committee of Unsecured Creditors [D.I. 7082,
            3/6/09]

Status: The Debtors and the Committee consent to the relief requested by the Motion
subject to reservation of rights that will be inserted into a revised form or order or
presented on the record at the hearing. This matter will be going forward.

30.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 7084, 3/6/09]

Response Deadline:   March 30, 2009 at 4:00 p.m.

Related Documents:

      a)     Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection
            to Claims [D.I. 7234, 4/6/09]

                                                

b)   Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

c)   Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

d)   Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

Responses Filed:    See Exhibit T, attached.

Status: Orders have been entered that partially sustain the Objection. This matter will be going forward as an evidentiary hearing with respect to the response of Michael Surowiec. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit T, this matter will be adjourned to June 5, 2009 at 10:00 a.m.

31.   Bayview Loan Servicing, LLC's Motion for Relief from Stay [D.I. 7097, 3/13/09]

Objection Deadline:   March 30, 2009 at 4:00 p.m.

Objections Filed:

a)   Limited Objection of the Debtors [D.I. 7197, 3/30/09]

b)   Joinder of the Official Committee of Unsecured Creditors to the Debtors' Limited Objection [D.I. 7201, 3/30/09]

Status: This matter will be going forward.

32.   Motion of James D. Rucker for Relief to Exercise Recoupment Rights [D.I. 7270, 4/14/09]

Objection Deadline:   May 1, 2009 at 4:00 p.m.

Objections Filed:

Status: The Debtors' objection to Mr. Rucker's claim in the Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 is going forward. The resolution of the Debtors' objection may make Mr. Rucker's motion moot. Mr. Rucker wishes to go forward with a status conference on his motion, but has agreed to extend the objection deadline for the Debtors indefinitely.

33.    Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

    Response Deadline:   May 8, 2009 at 4:00 p.m.

    Responses Filed:    See Exhibit U, attached

    Status: This matter will be going forward.

34.    Emergency Motion of Dr. David and Elisabeth Jackson for an Order for Relief from the Automatic Stay [D.I. 7307, 4/13/09, docketed on 4/22/09]

    Objection Deadline:   April 16, 2009

    Objections/Responses Filed:

        a)    Limited Objection of the Debtors [D.I. 7319, 4/24/09]

        b)    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Limited Objection [D.I. 7321, 4/24/09]

        c)    Reply to Debtors' Limited Objection [D.I. 7377, 5/12/09]

    Status: This matter will be going forward.

DB02:8117901.1

066585.1001

35.     Debtors' Motion to Enforce the Court's Second Order Pursuant to 11 U.S.C. § 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 3010] or, in the Alternative, to Authorize Debtors to Destroy Certain Loan Files Requested by Deutsche Bank National Trust Company [D.I. 7326, 4/27/09]

        Objection Deadline:    May 8, 2009 at 4:00 p.m.

        Objections Filed:    None

        Status: The parties anticipate presenting a consensual form of order at the hearing.  In the event that a resolution cannot be reached, this matter will be going forward.

Dated: Wilmington, Delaware                         **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
        May 13, 2009

                                                    Pauline K. Morgan (No. 3650)
                                                    Sean M. Beach (No. 4070)
                                                    Margaret B. Whiteman (No. 4652)
                                                    Nathan D. Grow (No. 5014)
                                                    The Brandywine Building
                                                    1000 West Street, 17th Floor
                                                    Wilmington, Delaware 19801
                                                    Telephone: (302) 571-6600
                                                    Facsimile: (302) 571-1253

                                                    *Counsel for Debtors and Debtors in Possession*

DB02:8117901.1                                                                                    066585.1001

### Exhibit A, Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Judith Rigsby | 3753, 4/21/08 | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit B, Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robert Sullivan | 4339, 6/2/08 | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit C, Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Christine Conklin | 3988, 5/9/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
|  | Karen Gravely-Robinson |  | Adjourned to June 5, 2009 at 10:00 a.m. |
|  | Hardin County |  | Adjourned to June 5, 2009 at 10:00 a.m. |
|  | Deborah Mills |  | Adjourned to June 5, 2009 at 10:00 a.m. |
|  | Souderton Area School District/Upper Salford Township Tax Collector |  | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit D, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit E, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
|  | Souderton Area School District |  | Adjourned to June 5, 2009 at 10:00 a.m. |
|  | Spring-Ford Area School District |  | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit F, Tenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Audrey Andrews | 4984, 7/7/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Samuel A. Case | 5054, 7/9/08 | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit G, Eleventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Kathleen Heck | 5016, 7/9/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Thomas Furey | 5056, 7/14/08 | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit H, Twelfth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | DialAmerica Marketing | 5316, 8/5/08 | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit I, Thirteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Countrywide | 5337, 8/8/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | FGIC | 5351, 8/11/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Deutsche Bank | 5356, 8/11/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | David Holan | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Nomura Credit & Capital | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Mitchell Eininger | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Thomas Adkins, Jr. | | Adjourned to June 5, 2009 at 10:00 a.m. |

DB02:8117901.1

066585.1001

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Kevin Kerr | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Katherine Lalime | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | GE Money Bank | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Terri Crites | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Lonnie Watkins | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | William Farnan | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Jon Lucas | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Thomas Guinta | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Joseph Spinelli, Jr. | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Charles Doyle | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Linda Larsen | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | George T. Matthews | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Calvin Kammeyer | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Minda Boxer | | Adjourned to June 5, 2009 at 10:00 a.m. |

DB02:8117901.1    066585.1001

**Exhibit J, Fifteenth Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Joseph Dionisio | 5521, 8/21/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Ray Palen | 5522, 8/22/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Joshua Kappelman | 5546, 8/26/08 | Resolved |
| | Tammy Pederson | 5794, 9/8/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| 1 | Shervonne Powell | 5814, 9/11/08 | Going forward |
| | I. Crain Houston | 5822, 9/11/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Beverly Creswell | 5815, 9/11/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | John Johnston | 5818, 9/11/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Michael Kalmonson | 5816, 9/11/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Grailing Carter | 5947, 9/17/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Office Max | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Michael Wheeler | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Keith Wesolowski | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Mary Ann Anderson | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Julie Miller | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Thomas J. Perkins | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Lisa M. Schreiber | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Judie McGaha | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Richard Hawkwell | | Adjourned to June 5, 2009 at 10:00 a.m. |

DB02:8117901.1    066585.1001

### Exhibit K, Seventeenth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
|   | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
| 1 | Matthew Liang | 6122, 9/26/08 | Going forward |
|   | Robert Sweeney | 6123, 9/26/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
|   | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
|   | American Express Travel Related Services | | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit L, Nineteenth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
|   | Eric Segall | 6230, 10/15/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
|   | Jeffrey Harmon | 6231, 10/15/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
|   | Paul Parotti | 6233, 10/15/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
|   | Baron O'Brien | 6235, 10/15/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
|   | American Express Travel Related Svc. Co. | | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit M, Twenty-First Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
|   | Robert Carleton, Michael Ostrowski and Victor Diamond | 6497, 11/5/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
|   | Connie Zinter | 5499, 11/5/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
|   | Trustees of Mall Road Trust | 6516, 11/6/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
|   | Residential Appraisal Service | 6532, 11/7/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
|   | Letort Mortgage Group Inc. | | Adjourned to June 5, 2009 at 10:00 a.m. |
|   | Southern Horizon Financial Group, LLC | | Adjourned to June 5, 2009 at 10:00 a.m. |
|   | Tracy Lussier | | Adjourned to June 5, 2009 at 10:00 a.m. |

DB02:8117901.1                                        066585.1001

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Sun Life Assurance Company of Canada |  | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit N, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned to June 5, 2009 at 10:00 a.m. |
|  | Scott Jossart |  | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit O, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector |  | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit P, Twenty-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Avaya Inc. |  | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit Q, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | City of New York, Dept. of Finance |  | Adjourned to June 5, 2009 at 10:00 a.m. |
|  | Imperial County Tax Collector |  | Adjourned to June 5, 2009 at 10:00 a.m. |
|  | LA County Treasurer and Tax Collector |  | Adjourned to June 5, 2009 at 10:00 a.m. |
|  | DB Structured Products, Inc. |  | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit R, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned to June 5, 2009 at 10:00 a.m. |

DB02:8117901.1　　　　　　　　　　　　　　　　　　　　　　　066585.1001

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | James Rucker | 6969, 2/10/09 | Going forward |
| | Credit Suisse | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Sharaine Hughes | | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit S, Thirtieth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Richard Barrett-Snyder | 7206, 3/31/09 | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit T, Thirty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Peter Lytwyn | 7123, 3/18/09 | Adjourned to June 5, 2009 at 10:00 a.m. |
| 1 | Michael Surowiec | 7152, 3/25/09 | Going forward |
| | Norman Loftis | 7176, 3/30/09 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Champion & Associates | 7190, 3/30/09 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Oakland County Treasurer | 7191 and 7195, 3/30/09 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Adele Elder-Hill | 7194, 3/30/09 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Faith Camille Wilkinson | 7202, 3/31/09 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Randall Barwick | 7207, 3/31/09 | Adjourned to June 5, 2009 at 10:00 a.m. |
| | ILOG | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | William Eidson | | Resolved |
| | Douglas Huston | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | David Michaud | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Virginia Housing Authority | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Voyager Indemnity Insurance Co. | | Adjourned to June 5, 2009 at 10:00 a.m. |
| | Jerold Palmer | | Adjourned to June 5, 2009 at 10:00 a.m. |

DB02:8117901.1

066585.1001

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Brett Lotsoff |  | Adjourned to June 5, 2009 at 10:00 a.m. |
|  | Joseph Bartoletta |  | Adjourned to June 5, 2009 at 10:00 a.m. |
|  | Promotional Products Partners |  | Adjourned to June 5, 2009 at 10:00 a.m. |

### Exhibit U, Thirty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Eileen M. Lavan | 7340 | The Objection has been withdrawn |
|  | State of Hawaii | 7341 | Adjourned to June 5, 2009 at 10:00 a.m. |
|  | Mason McDuffie Mortgage | 7358 | The Objection has been withdrawn |
|  | Loraine Calvo | 7759 | The Objection has been withdrawn |
| 1 | Caren Goodman |  | Going forward |
| 2 | Jess Meatte |  | Going forward |
| 3 | Wayne McGill |  | Going forward |
|  | W2007 Seattle Office Bellefried |  | The Objection has been withdrawn |

DB02:8117901.1

066585.1001