Cys to: ① USAA Brokerage SVCS
San Antonio TX

② American Home Mtg Inc
Melville, N.Y.

③ Office of United States Trustee,
Wilmington, Delaware.

Germain F. Doyle
& Carol A. Doyle
5819 Linda Dr
Marcy, N.Y. 13403

05/08/09

To whom it may concern:

Reference the attached Notice of Auction and Sale Hearing.

I object to this auction and sale of any equity I own in American Home Mortgage Holdings Inc. You shall not take my property and sell it at any auction. I will retain my property and will not allow it to be taken from me in this despicable manner.

If you proceed without my permission, I will file charges against you in the appropriate court.

Ownership of property is sacred
(over)

in this country and there is no law that will allow you to take my property to benefit the sleaze balls who ran american home into the ground, while they made tons of money for themselves, by looking the other way and ignoring practices they knew were wrong.

These debtors do not speak for me, their right to do so ended when they drove the company into Failure.

A copy of this letter has been sent to U.S.A.A. with instructions not to release any of my American Home mortgage equity unless written permission is received from me.

Sincerely yours,
Carol A. Doyle Ferman C A Doyle

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :  Chapter 11
                                                           :
AMERICAN HOME MORTGAGE                                     :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,            :
                                                           :  Jointly Administered
            Debtors.                                       :
---------------------------------------------------------- x

## NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that on April 1, 2009, the above-captioned debtors and debtors in possession (the "Debtors"),[1] filed the Motion of the Debtors for Orders: (a)(i) Approving Sale Procedures with Respect to the Sale of the Shares of American Home Bank Stock, Including Auction Protections for The Bancorp, Inc., (ii) Scheduling a Hearing to Consider the Sale of Such Shares, (iii) Approving the Form and Manner of Notice Thereof, and (iv) Granting Related Relief; and (b)(i) Authorizing the Sale of the Shares of American Home Bank Stock Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (ii) Authorizing and Approving Proposed Stock Purchase Agreement, and (iii) Granting Related Relief (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the sale procedures (the "Sale Procedures") have been approved by the Bankruptcy Court pursuant to an order entered on April 22, 2009 [D.I. 7306] (the "Sale Procedures Order"). Pursuant to the Sale Procedures Order, the Debtors are authorized to conduct an auction for the sale (the "Sale") subject to approval of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") of all of the shares of common stock (the "Shares") of American Home Bank, a federal savings association organized under the laws of the United States of America (the "Bank") owned by its sole shareholder American Home Mortgage Holdings, Inc. ("AHM Holdings"), pursuant to terms substantially in the form of that certain Stock Purchase Agreement dated as of April 1, 2009 (the "SPA") by and among The Bancorp, Inc. (the "Purchaser"), AHM Holdings and the Bank, a copy of which is on file with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and is available to interested parties by contacting Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Craig Grear, Esq.), counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Sale Procedures Order, an auction (the "Auction") with respect to the Sale shall take place on **May 12, 2009, 10:00 a.m. (prevailing Eastern Time)** at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801. Only parties that have submitted a Qualified Bid (as defined in the Sale Procedures attached to the Sale Procedures Order) by no later than **May 8, 2009 at 4:00 p.m. (prevailing Eastern Time)** (the "Bid Deadline") may participate in the Auction. Any party that wishes to take part in this process and submit a bid for the Shares must submit their competing bid prior to Bid Deadline and in accordance with the Sale Procedures.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.