**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
         Debtors.                                                        :
                                                                         :   Ref. Docket Nos. 7084 and 7234
------------------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL SUBMITTING FIFTH ORDER
REGARDING THE DEBTORS' THIRTY-FIRST OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On March 6, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 7084] (the "Objection").[2] On or about January 10, 2009, William Eidson filed a proof of claim [POC No. 8518] ("Claim 8518") in the amount of $1,083.34 general unsecured and $9,388.92 priority unsecured. In the Objection, the Debtors objected to, *inter alia*, Claim 8518, arguing that Mr. Eidson is not entitled to any claim against the Debtors.

On April 6, 2009, the Court entered a first order [Docket No. 7234] (the "First Order") sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

Claim 8518.[3]  Upon further review of their books and records and discussion with counsel to Mr. Eidson, the Debtors have determined that Claim 8518 should not be expunged, but rather allowed in the amount of $750.00 unsecured priority pursuant to 11 U.S.C. § 507(a)(4)(A) against American Home Mortgage Corp. (Case No. 07-11051).  Mr. Eidson has agreed to this modified treatment of Claim 8518.

The Debtors therefore respectfully request that the Court enter an order, in the form attached hereto as <u>Exhibit A</u>, allowing Claim 8518 as a priority unsecured claim in pursuant to 11 U.S.C. § 507(a)(4)(A) the amount of $750.00 against American Home Mortgage Corp. (Case No. 07-11051).

Dated: Wilmington, Delaware
         May 13, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Nathan Grow
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman-Greecher (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

---

[3] The Court has also entered second, third and fourth orders sustaining the Objection [Docket Nos. 7267, 7281 and 7327].

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:                                                                  :   Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                      :
                                                                        :   Jointly Administered
          Debtors.                                                      :
                                                                        :   **Ref. Docket Nos. 7084 and 7234**
----------------------------------------------------------------------- x

**FIFTH ORDER REGARDING THE DEBTORS' THIRTY-FIRST
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the thirty-first omnibus (substantive) objection [Docket No. 7084] (the "Objection")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), in which the Debtors objected to, *inter alia*, a proof of claim [POC No. 8518] ("Claim 8518") filed by William Eidson; and the Court having entered a first order (the "First Order") sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 8518; and the Debtors and Mr. Eidson having agreed that Claim 8518 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that Claim 8518 is hereby allowed as an unsecured priority claim pursuant to 11 U.S.C. § 507(a)(4)(A) in the amount of $750.00 against American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that the Objection is hereby resolved with respect to Claim 8518; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      May ___, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE