**EXHIBIT "2"**

## THE DEBTOR'S LIST OF EXHIBITS

This list excludes exhibits to be used for rebuttal or impeachment and demonstratives

| Exhibit Number | Bates Number | Identification of Document |
|---|---|---|
| 1 | Calyon-Claim-023195-023206 | Compass Analytics File Date Close 07/30/07 Price date 08/20/07 (Summary and supporting documents) |
| 2 | Calyon-Claim-022299 | Compass Comparison 7/30/07 and 08/20/07 |
| 3 | Calyon-Claim-022244-022256 | Compass Comparison File Date Close 12/31/07 Price Date 12/31/07 (Summary and supporting documents) |
| 4 | Calyon-Claim-002219-02233 | Compass Analytics File Date Close 07/27/07 Price date 07/27/07 (Summary and supporting documents) |
| 5 | Calyon-Claim-045582-045586 | Calyon Credit Agricole CIB Memorandum dated 08/17/07 from John Van Essche re: American Home Mortgage – Update |
| 6 | Calyon-Claim-045575-045581 | Calyon Credit Agricole CIB Memorandum dated 09/05/07 from John Van Essche re: American Home Mortgage – Update |
| 7 | Calyon-Claim-049526-049529 | Calyon Credit Agricole CIB Memorandum dated 11/09/07 from John Van Essche re: American Home Mortgage – Update |
| 8 | Calyon-Claim-054107-054113 | Calyon Credit Agricole CIB Memorandum dated 01/30/08 from John Van Essche re: American Home Mortgage – Update |
| 9 | Calyon-Claim-068167-068175 | Calyon Credit Agricole CIB Memorandum dated 04/30/08 from John Van Essche re: American Home Mortgage – Update |
| 10 | Calyon-Claim-072507-072512 | Calyon Credit Agricole CIB Memorandum dated 08/05/08 from John Van Essche re: American Home Mortgage – Update |
| 11 | Calyon-Claim-002183-002189 | Calyon Credit Agricole CIB Memorandum dated 10/31/08 from John Van Essche re: American Home Mortgage – Update |
| 12 | Calyon-Claim-002190-002196 | Calyon Credit Agricole CIB Memorandum dated 02/03/08 (2009) from John Van Essche re: American Home Mortgage – Update |
| 13 | Calyon-Claim-002197002201 | Exposure and Breakeven Realization for 03/31/08, 04/30/08, 06/30/08, 08/01/08 and 12/31/08 |
| 14 | Calyon-Claim-054172-054196 | Email dated 02/14/08 from John Van Essche to Jean Flecheux, Bernard Unger, Jean-Pierre Jacquier with cc: to Alan Sidrane and Sam Pilcer re: American Home-Calyon Repo attaching Repo- |

| Exhibit Number | Bates Number | Identification of Document |
|---|---|---|
|  |  | Compass Valuation 071231 spreadsheet |
| 15 | Calyon-Claim-065217 | Email dated 05/06/08 from John Van Essche to William Fitzgerald re: AHM deficiency claim |
| 16 | Calyon-Claim-071034-071035 | Email dated 07/16/08 from John Van Essche to Nick Bruce re: American Home Mortgage |
| 17 | Calyon-Claim-073595-073597 | Email dated 08/14/08 from John Van Essche to Julian Harris with cc: Bernard Unger, Alan Sidrane and Sam Pilcer re: AHM |
| 18 | Calyon-Claim-068189 | Email dated 05/15/08 from John Van Essche to Dominique Gallen, Leslie Wertheim and Alan Sidrane with cc: Sam Pilcer re: American Home Mortgage |
| 19 | Calyon-Claim-068190, 068375-068376 | Email dated 05/15/08 from John Van Essche to Tammy Fancher re: Unencrypted version, attaching draft correspondence to William Humphries and Gerald Levine re: Notice of Appeal of Shared National Credit classification American Home Mortgage – Calyon Repurchase Facility |
| 20 | Calyon-Claim-068374-76 | Email dated 05/27/08 from John Van Essche to Dominique Gallen with cc: Leslie Wertheim, Alan Sidrane and Mary Florin-Mcbride re: AHM-SNC Appeal |
| 21 | Calyon-Claim-088057-58 | Calyon letter dated 05/28/08 from Dominque Gallen to William Humphries and Gerald Levine re: Notice of Appeal of Shared National Credit classification American Home Mortgage – Calyon Repurchase Facility |
| 22 | Calyon-Claim-071075-071078 | Letter dated 07/24/08 from Federal Reserve Bank of New York to Dominique Gallen responding to May 28, 2008 letter appealing the Doubtful rating assigned to one facility and extended to AHM SPV I LLC |
| 23 | Calyon-Claim-068382-068385 | Shared National Credit Account Officer Classification and Special Mention Certification for Disagreeing with Disposition – Calyon NY, dated 5/23/08 |
| 24 | Calyon-Claim-071073-071078 | Email dated 07/25/08 from John Van Essche to Bernard Unger re: Fed document AHM attaching response letter dated 07/24/08 from Federal Reserve Bank of New York |
| 25 |  | Calyon's Responses to Debtors' Interrogatories |
| 26 | Calyon-Claim-091269-70 | Pricing Summary by Lien and Program: 8/1/07 |
| 27 | Calyon-Claim-091207-08 | Pricing Summary by Lien and Program: 9/28/07 |