**EXHIBIT "3"**

## **EXHIBIT 3**

| | |
|---|---|
| Calyon Exhibit 1 | AHM First Day Declaration |
| Calyon Exhibit 2 | AHM First Day Transcript |
| Calyon Exhibit 3 | Repo Loan Tape, dated 7/27/07 |
| Calyon Exhibit 4 | Repo Loan Tape, dated 12/31/07 |
| Calyon Exhibit 5 | Repo Loan Tape, dated 7/31/08 |
| Calyon Exhibit 6 | Branthover Expert Report |
| Calyon Exhibit 7 | Branthover Resume |
| Calyon Exhibit 8 | Loan Pricing Report as of 1/31/08 |
| Calyon Exhibit 9 | Loan Pricing Report as of 8/15/08 |
| Calyon Exhibit 10 | Loan Pricing Report - Loans that Failed to Price |
| Calyon Exhibit 11 | Proposed Settlement Options presentation by AHM, dated October 4, 2007 |
| Calyon Exhibit 12 | Settlement Proposal letter from Calyon, dated October 17, 2007 |
| Calyon Exhibit 13 | Notice of Change of Servicer to Custodian, dated August 1, 2007 (Exhibit E to Complaint) |
| Calyon Exhibit 14 | Notice of Replacement of Interim Servicer, dated August 27, 2007 (Exhibit I to the Complaint) |
| Calyon Exhibit 15 | Transcript of Deposition of Brett Fernandes, February 24, 2009 |
| Calyon Exhibit 16 | Transcript of Deposition of Simon Sakamoto, February 25, 2009 |
| Calyon Exhibit 17 | Transcript of Deposition of Damian Voulo, February 25, 2009 |
| Calyon Exhibit 18 | Transcript of Deposition of Damian Voulo, April 21, 2009 |
| Calyon Exhibit 19 | Transcript of Deposition of Ronnie Clayton, April 28, 2009 |
| Calyon Exhibit 20 | Debtors' Objections and Designations in Response to Calyon's Notice of 30(b)(6) Depositions of Debtors |
| Calyon Exhibit 21 | Letter to Counsel to Debtors dated February 18, 2009 re: Witnesses for Depositions |