IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
   Debtors.                                                      :
                                                                 :   Ref. Docket Nos. 6009, 6414, 6462
                                                                 :
---------------------------------------------------------------- x

### THIRD ORDER SUSTAINING DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the nineteenth omnibus (substantive) objection [Docket No. 6009] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"); and upon consideration of the response to the Objection filed by Sally J. Hamilton [Docket No. 6414]; and the Court having entered an order [Docket No. 6462] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 754 ("Claim 754") and claim number 6297 ("Claim 6297") filed by Sally J. Hamilton; and the Debtors and Ms. Hamilton having come to an agreement that Claim 754 should be disallowed and expunged in full and Claim 6297 should be allowed in the amount of $7.500.00 priority unsecured and $9,969.02 general unsecured against American Home Mortgage Corp. (Case No. 07-11051); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

§§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 754 is hereby disallowed and expunged in its entirety; and it is further

ORDERED that Claim 6297 is hereby allowed in the amount of $7.500.00 priority unsecured and $9,969.02 general unsecured against American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that the Objection is hereby resolved with respect to Claim 754 and Claim 6297; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       May 15, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE