IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMERICAN HOME MORTGAGE, HOLDINGS, INC., a Delaware Corporation, *et al.*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br><br> Jointly Administered <br><br> **Docket Ref. No. 6812** |

**CONSENT ORDER REGARDING MOTION OF JULIA TRISTER FOR
(I) RETROACTIVE ANNULMENT AND (II) PROSPECTIVE RELIEF
FROM THE AUTOMATIC STAY OR (III) ALTERNATIVE RELIEF**

Upon consideration of the Motion of Julia Trister for (i) Retroactive Annulment and (ii) Prospective Relief from the Automatic Stay or (iii) Alternative Relief [D.I. 6812] (the "Motion") and all pleadings related thereto; the parties having reached a resolution regarding the Motion, and related matters, as set forth below; and the Court having determined that the resolution is in the best interests of the Debtors, their estates and creditors; it is hereby ORDERED

1. The Motion is granted to the extent set forth herein.

2. Ms. Trister is granted leave to file proof(s) of claim (the "Trister Claims") against American Home Mortgage Corp. and AHM SV, Inc.; provided, however, that this Order shall not affect the validity or amount of the Trister Claims, and the Debtors' rights to dispute such claims are fully reserved.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV f/k/a American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

3. Ms. Trister must file the Trister Claims with the Debtors' claims agent within twenty (20) days of entry of this Order (the "Claim Deadline") at the appropriate address: (i) if by first-class mail: American Home Mortgage Claims Processing, P.O. Box 5076, FDR Station, New York, NY 10150-5076 or (ii) if by hand delivery or overnight mail: Epiq Bankruptcy Solutions, LLC, Attn: American Home Mortgage Claims Processing, 757 Third Avenue, 3rd Floor, New York, NY 10017. Failure to file the Trister Claims as set forth herein by the Claim Deadline will result in Ms. Trister not being treated as a creditor for the purposes of receiving distributions under the Plan in respect of any claims against the Debtors.

4. The automatic stay is modified to allow Ms. Trister to prosecute the State Court Action,[2] as may be subsequently amended, asserting any and all equitable and/or legal theories for relief (i) against the Debtors, in a nominal capacity only, and (ii) against any and all third parties, including, without limitation, (a) to obtain rescission or reformation of Ms. Trister's mortgage, (b) to seek to enjoin any foreclosure action that might be consolidated with the State Court Action, (c) to seek the cancellation of Ms. Trister's promissory note and/or the release of any security interest encumbering Ms. Trister's real property, and (d) to obtain related relief, including monetary damages against third parties.

5. Any findings of fact issued in connection with, related to, or judgment against the Debtors under the State Court Action shall not affect the Debtors' rights to contest the asserted merits of the Trister Claims in the Bankruptcy Court and their rights to all defenses against the Trister Claims are hereby reserved. Any and all rights pursuant to section 502(b) of the Bankruptcy Code to object to the Trister Claims on any and all grounds, including, without

---

[2] Unless it is plainly apparent from the context that another meaning is intended, capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

limitation, objections as to the amount, classification and status of the claims, are hereby reserved.

      6. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: May _15_, 2009
      Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge