## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : **Ref. Docket Nos. 5569, 6122 and 6178** |

------------------------------------------------------------------------ x

### THIRD ORDER REGARDING DEBTORS' SEVENTEENTH
### OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT
### TO SECTION 502(b) OF THE BANKRUPTCY CODE,
### BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the seventeenth omnibus (substantive) objection [Docket No. 5569] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto filed by Matthew Liang [Docket No. 6122]; and the Court having previously entered an order [Docket No. 6178] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, the proof of claim filed by Matthew Liang [POC No. 10111] ("Claim 10111"); and Mr. Liang having failed to submit sufficient documentation to support Claim 10111; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; it is hereby

ORDERED that Claim 10111 is hereby disallowed and expunged in full; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
        May 15, 2009

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE