# EXHIBIT A

## Exhibit A
### Duplicative Claims

| Name/Address of Claimant | Objectionable Claims ||||| Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BOSTIC, JAMES<br>PATRICK J. MCLAUGHLIN, WUKELA LAW FIRM<br>403 SECOND LOOP ROAD, PO BOX 13057<br>FLORENCE, SC 29504 | 2753 | 11/19/07 | 07-11051 | Unspecified* | | 10252 | 4/21/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$15,200.18 (U)<br>$15,200.18 (T) |
| CITY OF PROVIDENCE, KENTUCKY<br>C/O RICHARD E. PEYTON, ATTORNEY<br>FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT<br>PO BOX 695<br>MADISONVILLE, KY 42431-0695 | 3903 | 11/30/07 | 07-11050 | Unspecified* | | 3039 | 11/23/07 | No Case | Unspecified* |
| COLLINS, KENNETH R. (KEN)<br>26 WYOMING DRIVE<br>HUNTINGTON STATION, NY 11746 | 5896 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>$6,337.69 (P)<br>- (U)<br>$6,337.69 (T) | | 3771 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>$6,337.69 (P)<br>- (U)<br>$6,337.69 (T) |
| GRZAN, LORETTA<br>57 EARL RD<br>MELVILLE, NY 11747 | 660 | 9/12/07 | 07-11051 | - (S)<br>- (A)<br>$6,115.39 (P)<br>- (U)<br>$6,115.39 (T) | | 661 | 9/12/07 | 07-11051 | - (S)<br>- (A)<br>$6,115.00 (P)<br>- (U)<br>$6,115.00 (T) |
| MACCORMACK, JOSEPH & MARY<br>4800 CHRISTIE JANE LANE<br>FAIRFAX, VA 22030 | 10656 | 2/5/09 | 07-11047 | $760,000.00 (S)<br>- (A)<br>- (P)<br>$1,520,000.00 (U)<br>$2,280,000.00 (T) | | 10655 | 2/5/09 | 07-11047 | $760,000.00 (S)<br>- (A)<br>- (P)<br>$1,520,000.00 (U)<br>$2,280,000.00 (T) |
| Totals: | 5 Claims |||  $760,000.00 (S)<br>- (A)<br>$12,453.08 (P)<br>$1,520,000.00 (U)<br>$2,292,453.08 (T) | | | | | $760,000.00 (S)<br>- (A)<br>$12,452.69 (P)<br>$1,535,200.18 (U)<br>$2,307,652.87 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.