# EXHIBIT B

Exhibit B

Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ALLEN COUNTY, INDIANA<br>ATTN ROBERT W LEE<br>TREASURER OF ALLEN COUNTY<br>CITY - COUNTY BUILDING ROOM 100<br>FORT WAYNE, IN 46802-1888 | 2719 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$25,319.15 (P)<br>- (U)<br>$25,319.15 (T) | 10565 | 10/17/08 | 07-11051 | - (S)<br>- (A)<br>$11,269.66 (P)<br>- (U)<br>$11,269.66 (T) |
| CISNEROS, VERONICA<br>3510 CAMINITO EL RINCON # 17<br>SAN DIEGO, CA 92130 | 1478 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>$4,152.96 (P)<br>- (U)<br>$4,152.96 (T) | 3875 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$6,810.44 (P)<br>$351.11 (U)<br>$7,161.55 (T) |
| CLERMONT COUNTY<br>MR J ROBERT TRUE, TREASURER<br>101 E MAIN ST<br>BATAVIA, OH 45103 | 1397 | 10/1/07 | 07-11047 | $1,726.14 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,726.14 (T) | 5340 | 12/10/07 | No Case | $0.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$0.00 (T) |
| FERGUS, CAROL<br>2381 CHRISTMAS TREE DR<br>CARSON CITY, NV 89703 | 870 | 9/17/07 | No Case | - (S)<br>- (A)<br>$6,166.66 (P)<br>$6,166.66 (U)<br>$6,166.66 (T) | 2480 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$2,672.00 (P)<br>$2,672.00 (U)<br>$2,672.00 (T) |
| HUMPHREY, RONDA<br>1604 HOWARD PL<br>BALDWIN, NY 11510 | 907 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$4,687.49 (P)<br>- (U)<br>$4,687.49 (T) | 7158 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$4,615.39 (P)<br>- (U)<br>$4,615.39 (T) |
| NEVADA DEPARTMENT OF TAXATION<br>ATTN BANKRUPTCY SECTION<br>555 E WASHINGTON AVE #1300<br>LAS VEGAS, NV 89101 | 1848 | 10/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$25,486.52 (U)<br>$25,486.52 (T) | 10370 | 4/23/08 | 07-11051 | - (S)<br>- (A)<br>$24,276.23 (P)<br>$1,665.79 (U)<br>$25,942.02 (T) |
| PERRY, CATHRYN<br>8720 WINDSOR MILL RD<br>WINDSOR MILL, MD 21244 | 763 | 9/14/07 | No Case | - (S)<br>- (A)<br>$4,437.68 (P)<br>- (U)<br>$4,437.68 (T) | 2271 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$3,754.81 (P)<br>- (U)<br>$3,754.81 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| POLADIAN, ANGELINE<br>3 WHITWORTH ST<br>LADERA RANCH, CA 92694 | 1185 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$6,728.00 (P)<br>- (U)<br>$6,728.00 (T) | 10670 | 2/10/09 | 07-11047 | - (S)<br>- (A)<br>$6,728.00 (P)<br>- (U)<br>$6,728.00 (T) |
| SAPARILAS, ELISABETH<br>8213 HOBHOUSE CIRCLE<br>RALEIGH, NC 27615 | 1958 | 11/8/07 | 07-11047 | - (S)<br>- (A)<br>$5,000.00 (P)<br>- (U)<br>$5,000.00 (T) | 3454 | 11/26/07 | 07-11047 | - (S)<br>- (A)<br>$5,000.00 (P)<br>- (U)<br>$5,000.00 (T) |
| SHRIVER, PAULA J.<br>344 BROOKSIDE BLVD<br>PITTSBURGH, PA 15241 | 466 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$3,764.64 (P)<br>$3,764.64 (U)<br>$3,764.64 (T) | 3975 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$1,968.27 (P)<br>- (U)<br>$1,968.27 (T) |
| STRADA, TORY<br>602 WEST COMSTOCK AVENUE<br>GLENDORA, CA 91741 | 1802 | 10/30/07 | 07-11051 | - (S)<br>- (A)<br>$4,833.33 (P)<br>- (U)<br>$4,833.33 (T) | 5700 | 12/18/07 | 07-11051 | Unspecified* |
| SUTTER COUNTY TAX COLLECTOR<br>ATTN JIM STEVENS<br>TREASURER TAX COLLECTOR<br>PO BOX 546<br>YUBA CITY, CA 95992 | 10210 | 4/14/08 | 07-11047 | $32,146.81 (S)<br>- (A)<br>$32,146.81 (P)<br>- (U)<br>$32,146.81 (T) | 10236 | 4/14/08 | 07-11047 | $32,146.81 (S)<br>$32,146.81 (A)<br>- (P)<br>- (U)<br>$32,146.81 (T) |
| TRAPANOTTO, TIMOTHY<br>17 CRESTWOOD DR<br>FORT SALONGA, NY 11768 | 1008 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$5,048.00 (P)<br>- (U)<br>$5,048.00 (T) | 7909 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$4,417.07 (P)<br>- (U)<br>$4,417.07 (T) |
| Totals: | 13 Claims | | | $33,872.95 (S)<br>- (A)<br>$102,284.72 (P)<br>$35,417.82 (U)<br>$129,497.38 (T) | | | | $32,146.81 (S)<br>$32,146.81 (A)<br>$71,511.87 (P)<br>$9,688.90 (U)<br>$105,675.58 (T) |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed