# EXHIBIT C

## Exhibit C
### Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims ||||| New Case Number |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | Case Number |
| HAYES, SUSAN L.<br>15561 HAMMETT CT<br>MORENO VALLEY, CA 92555 | 564 | 9/11/07 | 07-11052 | | - (S)<br>- (A)<br>$9,680.74 (P)<br>$9,680.74 (U)<br>$9,680.74 (T) | 07-11051 |
| PRASSE, ERIC H.<br>6125 KEHN LANE<br>FREDERICKSBURG, VA 22408 | 10321 | 4/29/08 | No Case | | - (S)<br>- (A)<br>- (P)<br>$11,110.42 (U)<br>$11,110.42 (T) | 07-11051 |
| TAYLOR, PEARL & WILLIAM<br>14781 PEACOCK HILL RD SE<br>OLALLA, WA 98359 | 315 | 9/4/07 | 07-11047 | | - (S)<br>- (A)<br>- (P)<br>$939.67 (U)<br>$939.67 (T) | 07-11051 |
| Totals: | 3 Claims | | | | - (S)<br>- (A)<br>$9,680.74 (P)<br>$21,730.83 (U)<br>$21,730.83 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.