# EXHIBIT D

## Exhibit D

## No Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| EQUINY FINANCIAL GROUP, INC<br>ATTN ANNABELLE COOPER, VICE PRESIDENT<br>9240 SW 72ND ST<br>SUITE 100<br>MIAMI, FL 33173 | 2989 | 11/23/07 | No Case | $1,596.27 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,596.27 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information |
| GUYTON, JAMES<br>220 PINE RIDGE LANE<br>MONTGOMERY, IL 60538 | 10211 | 4/14/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| HAMM, NICHOLE L.<br>10 APPLERIDGE DRIVE<br>BIDDEFORD, ME 04005 | 10240 | 4/21/08 | No Case | $31,049.18 (S)<br>- (A)<br>- (P)<br>- (U)<br>$31,049.18 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| HIGGINS, CHARLES L.<br>65 EAST H STREET<br>ENCINITAS, CA 92024 | 10061 | 3/11/08 | No Case | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| JANABAJAL, JAY & JOYCE<br>10B20 SABRE HILL DRIVE # 185<br>SAN DIEGO, CA 92128 | 10178 | 4/3/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| JANCO, RICHARD W.<br>2987 RIDGEWOOD CT<br>OREGON, IL 61061 | 10271 | 4/25/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| KALERT, BYRAN R & KATHLEEN<br>67 PASADENA DRIVE<br>FAIRVIEW HEIGHTS, IL 62208 | 10157 | 3/28/08 | No Case | $115.00 (S)<br>- (A)<br>- (P)<br>$685.00 (U)<br>$800.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| MENNITI, JOHN C<br>505 CHERRY AVENUE<br>OREGON CITY, OR 97045 | 10028 | 3/7/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| MONTES, JORGE L<br>14362 SW 172 LANE<br>MIAMI, FL 33177 | 10093 | 3/13/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$45,049.45 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| NICHOLS, KEVIN<br>7034 WEST LARIAT LANE<br>PEORIA, AZ 85383 | 10202 | 4/11/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| OWINGS, LARA J<br>2924 GALWAY LANE<br>CHESAPEAKE BEACH, MD 20732 | 10134 | 3/24/08 | 07-11051 | $60,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$60,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| PANSBY, NEIL M.<br>7085 CANE LANE<br>VALLEY SPRINGS, CA 95252 | 10125 | 3/21/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| SCOGGINS, BRENT<br>1865C MONTCLAIR DR<br>MT PLEASANT, SC 29464 | 10336 | 4/30/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$37,780.00 (U)<br>$37,780.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| SEO, JEONG JA<br>6379-D SMITHY SQUARE<br>GLEN BURNIE, MD 21060 | 10148 | 3/27/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$32,000.00 (U)<br>$32,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| TEITELBAU, JOEL<br>1319 EUCLID ST., NW #2<br>WASHINGTON, DC 20009 | 10217 | 4/16/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$24,000.00 (U)<br>$24,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| WHEELER, PETER M<br>7335 BROOKVIEW, UNIT 303<br>ELKRIDGE, MD 21075 | 10063 | 3/12/08 | 07-11051 | $4,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| Totals: | 16 Claims | | | $96,760.45 (S)<br>- (A)<br>- (P)<br>$144,465.00 (U)<br>$236,274.90 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.