# EXHIBIT E

# Exhibit E

## Satisfied Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BOSTON WATER AND SEWER COMMISSION<br>JORGE A. PORRAS, ESQ., ASST GEN. COUNSEL<br>980 HARRISON AVENUE<br>BOSTON, MA 02119 | 1885 | 11/5/07 | No Case | $279.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$279.20 (T) | Per Debtors' books and records, amounts due have been paid through the normal course of business. |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | 1080 | 9/12/07 | 07-11047 | $5,268.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,268.48 (T) | Per Debtors' books and records, the claimed taxes have been paid in the ordinary course. |
| JORGENSON, REED C.<br>1216 SKYLINE DR<br>WATERTOWN, SD 57201 | 10307 | 4/29/08 | 07-11051 | $1,963.11 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,963.11 (T) | Claimant was refunded $2,926.50 on 6/13/08 and $51.06 on 4/17/08. |
| LOBO, EDISSA<br>91-18 108 STREET<br>RICHMOND HILL, NY 11418 | 5611 | 12/18/07 | 07-11051 | $40,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$40,000.00 (T) | Per Debtors' books and records, amount due paid on 6/2/2008. |
| MURPHY, GREGG<br>1316 BUCKINGHAM CR<br>FRANKLIN, TN 37064 | 1063 | 9/20/07 | No Case | - (S)<br>- (A)<br>$8,497.16 (P)<br>- (U)<br>$8,497.16 (T) | Employee was paid out July 2007 overrides in their 8/7/07 paycheck. |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN CHRISS W. STREET<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | 10604 | 12/23/08 | 07-11051 | - (S)<br>$124,228.14 (A)<br>- (P)<br>- (U)<br>$124,228.14 (T) | The Debtors have either paid claimed real estate taxes, or payment is currently being processed in the normal course of business. |
| STERLING, DANIEL P.<br>5523 COLONY RD<br>GRAND BLANC, MI 48439 | 174 | 8/28/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$21,450.00 (U)<br>$21,450.00 (T) | Per Debtors' books and records, amount due paid on 11/09/2007. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | | 7 Claims | | $47,510.79 (S)<br>$124,228.14 (A)<br>$8,497.16 (P)<br>$21,450.00 (U)<br>$201,686.09 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.