## EXHIBIT 2

## SALE NOTICE

**EXHIBIT A**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :  Chapter 11
                                                               :
AMERICAN HOME MORTGAGE                                         :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et                     :
al.,                                                           :  Jointly Administered
                                                               :
         Debtors.                                              :
---------------------------------------------------------------x

### NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that on _____, 2009, the above-captioned debtors and debtors in possession (the "Debtors"),[1] filed the Motion of the Debtors for Orders: (a)(i) Approving Sale Procedures with Respect to the Sale of the Shares of American Home Bank Stock, Including Auction Protections for The Bancorp, Inc., (ii) Scheduling a Hearing to Consider the Sale of Such Shares, (iii) Approving the form and Manner of Notice Thereof, and (iv) Granting Related Relief; and (b)(i) Authorizing the Sale of the Shares of American Home Bank Stock Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (ii) Authorizing and Approving Proposed Stock Purchase Agreement, and (iii) Granting Related Relief (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the sale procedures (the "Sale Procedures") have been approved by the Bankruptcy Court pursuant to an order dated [_____] [D.I. •] (the "Sale Procedures Order"). Pursuant to the Sale Procedures Order, the Debtors are authorized to conduct an auction for the sale (the "Sale") subject to approval of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") of all of the shares of common stock (the "Shares") of American Home Bank, a federal savings association organized under the laws of the United States of America (the "Bank") owned by its sole shareholder American Home Mortgage Holdings, Inc. ("AHM Holdings"), pursuant to terms substantially in the form of that certain Stock Purchase Agreement dated as of April 1, 2009 (the "SPA") by and among The Bancorp, Inc. (the "Purchaser"), AHM Holdings and the Bank, a copy of which is on file with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and is available to interested parties by contacting Young Conaway Stargatt & Taylor,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Craig Grear, Esq.), counsel to the Debtors.

   **PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Sale Procedures Order, an auction (the "Auction") with respect to the Sale shall take place on _____, 2009, at _____.m. (**prevailing Eastern Time**) at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801. Only parties that have submitted a Qualified Bid (as defined in the Sale Procedures attached to the Sale Procedures Order) by no later than _____, 2009 at 4:00 p.m. (**prevailing Eastern Time**) (the "Bid Deadline") may participate in the Auction. Any party that wishes to take part in this process and submit a bid for the Shares must submit their competing bid prior to Bid Deadline and in accordance with the Sale Procedures.

   **PLEASE TAKE FURTHER NOTICE** that the Court also scheduled a hearing to consider approval of the sale of the Shares to the Successful Bidder (as defined in the Sale Procedures), before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801-3024 on _____, 2009 at _____ (**prevailing Eastern Time**), or at such other time thereafter as counsel may be heard (the "Sale Hearing"). The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

   **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Sale, or the relief requested in the Motion must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Bankruptcy Rules; (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **4:00 p.m. (prevailing Eastern Time) on** _____, **2009**, or such later date and time as the Debtors may agree and (d) be served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Carlo Colagiacomo, Esq.); (ii) Zolfo Cooper, 1166 Avenue of the Americas, New York, New York 10036 (Attn: Kevin Nystrom and Bret Fernandes); (iii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801 (Attn.: Craig Grear and Sean M. Beach) and Cadwalader, Wickersham & Taft, LLP, One World Financial Center, New York, New York 10281 (Attn.: Lou Bevilacqua and Jeffrey Weissmann, counsel to the Debtors; (iv) Milestone Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn.: Gene Weil and John J. Nelligan); (v) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn: Mark Indelicato, Mark Power and Don Grubman), counsel to the Committee; and (vi) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware (Attn: Joseph McMahon, Esq.).

   **PLEASE TAKE FURTHER NOTICE** that this Notice of Auction and Sale Hearing is subject to the full terms and conditions of the Sale Motion, the Sale Procedures Order and the Sale Procedures, which shall control in the event of any conflict and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Sale Motion, the SPA, the Sale Procedures and/or the Sale Procedures Order may be obtained by written request to counsel to the Debtors, c/o Young Conaway Stargatt & Taylor, LLP, 1000

West Street, 17th Floor, Wilmington, Delaware 19801, Attention: Debbie Laskin. In addition, copies of the aforementioned pleadings may be found on the Bankruptcy Court's website, www.deb.uscourts.gov, and are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801.

Dated:   Wilmington, Delaware           YOUNG CONAWAY STARGATT & TAYLOR, LLP
         _____, 2009

                                        _____
                                        James L. Patton, Jr. (No. 2202)
                                        Robert S. Brady (No. 2847)
                                        Sean M. Beach (No. 4070)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253

                                        Counsel for Debtors and Debtors in Possession