Execution Version

## EXHIBIT B

Tangible Net Book Value shall be adjusted as follows:

1. Decreased by $2,296,000 as an additional loan loss reserve;

2. Decreased by $750,000 to account for a 60% discount with respect to the FHLB stock;

3. Decreased by $900,000 as an adjustment with respect to the Metavante contract;

4. Decreased by $97,541 to account for a 60% discount to the Book Value of CRA Investments;

5. Decreased by $768,053 to account for a 60% discount to the Book Value of Umbrella Service Corporation; and

6. Decreased by the full amount of the Deferred Tax Asset, less $250,000.