Execution Version

## EXHIBIT D

## CERTIFICATE OF NON-FOREIGN STATUS

Reference is hereby made to the Stock Purchase Agreement dated April 1, 2009 by and among The Bancorp, Inc. ( "Transferee"), American Home Mortgage Holdings, Inc. ( "Transferor"), and American Home Bank (the "Agreement"). Section 1445 of the Internal Revenue Code, as amended (the "Code") provides that a transferee of a U.S. real property interest must withhold tax if the transferor is a foreign person. For U.S. tax purposes (including section 1445 of the Code), the owner of a disregarded entity (which has legal title to a U.S. real property interest under local law) will be the transferor of the property and not the disregarded entity. To inform the Transferee that withholding of tax is not required upon the disposition of a U.S. real property interest by the Transferor, the undersigned hereby certifies the following on behalf of Transferor:

1. Transferor is not a foreign corporation, foreign partnership, foreign trust, or foreign estate (as those terms are defined in the Code and the income tax regulations);

2. Transferor is not a disregarded entity as defined in Treasury regulation §1.1445-2(b)(2)(iii);

3. Transferor's U.S. employer identification number is _____; and

4. Transferor's office address is _____.

Transferor understands that this certification may be disclosed to the Internal Revenue Service by Transferee and that any false statement contained herein could be punished by fine, imprisonment, or both.

Under penalties of perjury, I declare that I have examined this certification and to the best of my knowledge and belief it is true, correct and complete, and I further declare that I have authority to sign this document on behalf of Transferor.

Dated as of _____, 2009.

TRANSFEROR:

American Home Mortgage Holdings, Inc.,
a Delaware corporation

By:_____
Name:_____
Title:_____

USActive 15825580.1