# EXHIBIT A

Stock Purchase Agreement