## EXHIBIT B

Escrow Account

Bank: _____

Account Name: _____

ABA: _____

Account Number: _____

Attn.: _____