# EXHIBIT A

## Exhibit A

### No Liability Claims

| Name/Address of Claimant | | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|---|
| | | | | **Objectionable Claims** | | |
| ABTAHI, ESMAIL<br>5050 VALLEY CREST DR. #67<br>CONCORD, CA 94521 | | 10160 | 3/31/08 | No Case | $99.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$99.00 (T) | Both of the borrower's loans were sold to investors. His first loan was sold to Bear Stearns in April 2006 and his HELOC was sold to GMAC in March of 2005. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | 8156 | 1/10/08 | 07-11047 | - (S)<br>$8,685.78 (A)<br>- (P)<br>- (U)<br>$8,685.78 (T) | Claim for wages from 8/16 - 8/31/07. Employee was terminated on 8/3/07. Paycheck was issued in error for the 8/16-8/31/07 pay period and then reversed. |
| BIRD, VONNIE R.<br>9901 EAST EVANS AVENUE #25A<br>DENVER, CO 80247 | | 10110 | 3/17/08 | 07-11051 | Unspecified* | Claimant responded to the Debtors' request for additional information stating they do not have a claim against the Debtors. |
| COLLIGAN, MICHAEL<br>7601 AMAZON DR # 3<br>HUNTINGTON BEACH, CA 92647 | | 818 | 9/14/07 | No Case | - (S)<br>- (A)<br>$4,326.92 (P)<br>- (U)<br>$4,326.92 (T) | Claim for payment for unused vacation time. Claimant was a full time commissioned employee and was therefore entitled to time away from the office but not vacation pay, pursuant to the Debtors vacation policy |
| HUBER, STEFANIE<br>208 WOOD HALLOW DRIVE<br>MARLTON, NJ 08053 | | 2941 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$1,670.00 (P)<br>- (U)<br>$1,670.00 (T) | Credit Card Deposit totaling $1670.00 from 7/11/07 was charged back on 8/30/07. Debtor no longer holds the funds. |
| INJIJIAN, GARREN & AMY<br>C/O PAMELA SIMMONS<br>LAW OFFICEOF SIMMONS & PURDY<br>2425 PORTER STREET. SUITE 10<br>SOQUEL, CA 95073 | | 1562 | 10/15/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$93,600.00 (U)<br>$93,600.00 (T) | The Debtors deny alleged violations of the Truth In lending Act. The borrower received and signed at closing the Right to Cancel with a valid rescission date. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| KEITH, KARI & LONNIE<br>C/O PAMELA SIMMONS<br>LAW OFFICE OF SIMMONS & PURDY<br>2425 PORTER STREET. SUITE 10<br>SOQUEL, CA 95073 | | 1563 | 10/15/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$59,031.00 (U)<br>$59,031.00 (T) | The Debtors deny alleged violations of the Truth In lending Act. The borrower received and signed at closing the Right to Cancel with a valid rescission date. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| LERETSIS, MARY-MARGARET<br>16245 CATENARY DRIVE<br>WOODBRIDGE, VA 22191 | | 10177 | 4/3/08 | 07-11051 | Unspecified* | Claimant responded to the Debtors' request for additional information stating they do not have a claim against the Debtors. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| LILLEY, MAXIE/JACQUELINE<br>1706 BIRDSONG<br>LUFKIN, TX 75901 | 1637 | 10/16/07 | 07-11055 | $14,529.17 (S)<br>- (A)<br>- (P)<br>- (U)<br>$14,529.17 (T) | Claim for release of loan funds. The loan was never funded. The Debtors are not holding any funds for this loan. |
| MAGDALENO, ELIZABETH<br>403 HONEYSUCKLE<br>WAGONER, OK 74467 | 7709 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$9,846.00 (P)<br>$9,846.00 (U)<br>$9,846.00 (T) | Claimant did not have a written relocation agreement or agreement to reimburse relocation fees with Debtor. |
| MOSER, JASON L<br>PO BOX 2033<br>MESA, AZ 852142033 | 10124 | 3/21/08 | 07-11051 | Unspecified* | Claimant responded to the Debtors' request for additional information stating they do not have a claim against the Debtors. |
| NICOTERA, PATRICIA<br>3800 BARRINGTON LANE<br>MYRTLE BEACH, SC 29588 | 10206 | 4/14/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Basis of claim unclear. Loan was sold to another investor. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| O'CALLAGHAN, DENISE<br>PO BOX 408<br>4 HIGHLAND AVE<br>PEAPACK, NJ 07977 | 1189 | 9/24/07 | 07-11047 | - (S)<br>- (A)<br>$3,900.00 (P)<br>- (U)<br>$3,900.00 (T) | No amounts are due per Debtors' books and records. Per contract, employee needs to be employed on payment date to receive bonus |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 1930 | 11/1/07 | 07-11050 | - (S)<br>- (A)<br>$7,326.00 (P)<br>- (U)<br>$7,326.00 (T) | Debtors' books and records indicate no taxes are due per filed tax returns |
| PINEDA, JOSE L<br>119 RACQUET CLUB DRIVE<br>COMPTON, CA 90220 | 10306 | 4/28/08 | 07-11049 | Unspecified* | Basis of claim unclear. Loan was sold to another investor. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| RICO, SARAH C<br>4717 ALIMDOR<br>WOODLAND HILLS, CA 91364 | 7563 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$3,170.78 (P)<br>- (U)<br>$3,170.78 (T) | Per the Debtors' books and records, claimant is not entitled to any vacation or sick/personal pay other than what is contained in claim number 7566 filed by the same claimant in the amount of $1,550.77. |
| ROGNLIE, SUSAN<br>6847 FARRALONE AVENUE<br>LOS ANGELES, CA 91303 | 10203 | 4/11/08 | 07-11050 | $60,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$60,000.00 (T) | Basis of claim unclear. Loan was sold to another investor. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |

## —————  Objectionable Claims  —————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| STAMPS, MARK E.<br>224 SIDNEY STREET<br>BECKLEY, WV 25801 | 10145 | 3/26/08 | 07-11051 | Unspecified* | Claimant responded to the Debtors' request for additional information stating they do not have a claim against the Debtors. |
| WADSWORTH, BRAD<br>4760 SCOTNEY CT.<br>SUWANEE, GA 30024 | 7058 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$7,541.66 (P)<br>- (U)<br>$7,541.66 (T) | Claimant was an at-will employee and is not entitled to any pay claimed after termination date. |

**Totals:**          19 Claims

$74,628.17 (S)
$8,685.78 (A)
$37,781.36 (P)
$182,477.00 (U)
$293,726.31 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B

### Multiple Debtor Claims

‒‒ ‒‒‒ Objectionable Claims ‒ ‒‒‒ ‒ ‒‒‒

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| LANDSAFE<br>ATTN: DAVID ZULAUF<br>8511 FALLBROOK AVENUE - MS: WH-51Z<br>WEST HILLS, CA  91304 | 9444 | 1/14/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$5,280.27 (U)<br>$5,280.27 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9442) was asserted against the correct Debtor. |
| LANDSAFE<br>ATTN: DAVID ZULAUF<br>8511 FALLBROOK AVENUE - MS: WH-51Z<br>WEST HILLS, CA  91304 | 9445 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,280.27 (U)<br>$5,280.27 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9442) was asserted against the correct Debtor. |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>- (P)<br>$10,560.54 (U)<br>$10,560.54 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Exhibit C**

**Modified Amount Claims**

| | | | | Objectionable Claims | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
| ALSTOCK, MELANIE H.<br>4628 BROKEN LUTE WAY<br>ELLICOTT CITY, MD 21042 | 871 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$4,893.94 (P)<br>- (U)<br>$4,893.94 (T) | - (S)<br>- (A)<br>$4,676.92 (P)<br>- (U)<br>$4,676.92 (T) | Modified to match debtors' books and records for vacation pay. |
| ALBRECHT, MARSHA<br>837 N. MAPLE AVE.<br>PALATINE, IL 60067 | 1441 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>$6,807.68 (P)<br>- (U)<br>$6,807.68 (T) | - (S)<br>- (A)<br>$5,446.40 (P)<br>- (U)<br>$5,446.40 (T) | Modified to match debtors' books and records for vacation pay. |
| ALOIS, PETER D.<br>25 SAMUEL ST<br>NESCONSET, NY 11767 | 252 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$5,000.00 (P)<br>- (U)<br>$5,000.00 (T) | - (S)<br>- (A)<br>$4,615.39 (P)<br>- (U)<br>$4,615.39 (T) | Modified to match debtors' books and records for vacation pay. |
| CARROLL, GREGG<br>11 N DURKEE LN<br>EAST PATCHOGUE, NY 11772 | 7017 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$4,281.77 (P)<br>- (U)<br>$4,281.77 (T) | - (S)<br>- (A)<br>$2,531.77 (P)<br>- (U)<br>$2,531.77 (T) | Modified to match debtors' books and records for vacation pay. |
| CHRISTOFORATOS, DIONISIOS E<br>68 DANA AVE<br>MASTIC, NY 11950 | 7013 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$3,221.54 (P)<br>- (U)<br>$3,221.54 (T) | - (S)<br>- (A)<br>$2,308.00 (P)<br>- (U)<br>$2,308.00 (T) | Modified to match debtors' books and records for vacation pay. |
| CISNEROS, VERONICA<br>3510 CAMINITO EL RINCON<br>17<br>SAN DIEGO, CA 92130 | 3875 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$6,810.44 (P)<br>$351.11 (U)<br>$7,161.55 (T) | - (S)<br>- (A)<br>$6,134.62 (P)<br>- (U)<br>$6,134.62 (T) | Modified to match debtors' books and records for vacation pay. |
| FERGUS, CAROL<br>2381 CHRISTMAS TREE DR<br>CARSON CITY, NV 89703 | 2489 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$2,672.00 (P)<br>$2,672.00 (U)<br>$2,672.00 (T) | - (S)<br>- (A)<br>$2,846.16 (P)<br>- (U)<br>$2,846.16 (T) | Modified to match debtors' books and records for vacation pay. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HACKBARTH, SCOTT<br>7444 LIMERICK AVE<br>DUBLIN, CA 94568 | 1561 | 5/11/07 | 07-11051 | - (S)<br>- (A)<br>$6,426.00 (P)<br>- (U)<br>$6,426.00 (T) | - (S)<br>- (A)<br>$2,988.00 (P)<br>- (U)<br>$2,988.00 (T) | Modified to match Debtors' books and records for commission amount owed. |
| HENRY, LESLIE DANYELL<br>2153 UTOPIA AVE<br>NASHVILLE, TN 37211 | 1039 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$3,805.24 (P)<br>- (U)<br>$3,805.24 (T) | - (S)<br>- (A)<br>$646.15 (P)<br>- (U)<br>$646.15 (T) | Modified to match debtors' books and records for vacation pay. Claimant is not entitled to payment of sick / personal time per policy. Claimant not entitled to severance pay. |
| KOURIL, LUANN<br>11 BEAVER LN W<br>WESTHAMPTON, NY 119771202 | 1065 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>$4,846.15 (P)<br>- (U)<br>$4,846.15 (T) | - (S)<br>- (A)<br>$1,292.31 (P)<br>- (U)<br>$1,292.31 (T) | Modified to match debtors' books and records for vacation pay. Claimant was not entitled to severance pay. |
| LANDSAFE<br>ATTN: DAVID ZULAUF<br>8511 FALLBROOK AVENUE - MS: WH-51Z<br>WEST HILLS, CA 91304 | 9442 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$5,280.27 (P)<br>- (U)<br>$5,280.27 (T) | - (S)<br>- (A)<br>$4,245.27 (P)<br>- (U)<br>$4,245.27 (T) | Received updated invoices from claimant. Amount due to claimant is $4,245.27. |
| LORENZI, GAIL<br>1770 CHURCH RD.<br>AURORA, IL 60504 | 3146 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$3,601.00 (P)<br>- (U)<br>$3,601.00 (T) | - (S)<br>- (A)<br>$2,215.38 (P)<br>- (U)<br>$2,215.38 (T) | Modified to match debtors' books and records for vacation pay. |
| LUCIA, LAURIE<br>27 SILLERO<br>RANCHO SANTA MARGARITA, CA 92688 | 929 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$6,900.00 (P)<br>- (U)<br>$6,900.00 (T) | - (S)<br>- (A)<br>$3,900.00 (P)<br>- (U)<br>$3,900.00 (T) | Modified to match debtors' books and records for vacation pay. |
| LUNCEFORD, SOPHIA<br>10715 E. SAHUARO DR.<br>SCOTTSDALE, AZ 85259 | 7571 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$4,221.00 (P)<br>- (U)<br>$4,221.00 (T) | - (S)<br>- (A)<br>$3,750.00 (P)<br>- (U)<br>$3,750.00 (T) | Modified to match debtors' books and records for vacation pay. |
| LUTTRULL, KIMBERLY F.<br>9740 AVIARY DR<br>SAN DIEGO, CA 92131 | 233 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$3,922.80 (P)<br>- (U)<br>$3,922.80 (T) | - (S)<br>- (A)<br>$2,092.31 (P)<br>- (U)<br>$2,092.31 (T) | Modified to match debtors' books and records for vacation pay. Claimant is not entitled to payment of sick / personal time per policy. |
| MAPES, CAROLINE<br>5711 CAVALIER CT<br>BENSALEM, PA 19020 | 2245 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$3,588.00 (P)<br>- (U)<br>$3,588.00 (T) | - (S)<br>- (A)<br>$1,569.61 (P)<br>- (U)<br>$1,569.61 (T) | Modified to match debtors' books and records for vacation pay. |

--- Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MARYLAND DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT ATTN MARK PETRAUSKAS - ADMINITRATION 100 COMMUNITY PLACE, STE 2.300 CROWNSVILLE, MD 21032 | 8567 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$198,715.00 (U)<br>$198,715.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,215.00 (U)<br>$1,215.00 (T) | The Debtors agree that $1,215.00 is owed for claimed tax service fees. Claimant also alleges that the Debtors breached a loan by failing to obtain mortgage insurance, however, a copy of the mortgage insurance certificate has been provided to the claimant |
| MORMILE, THOMAS 9 MARKWOOD LN EAST NORTHPORT, NY 11731 | 2062 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$3,218.75 (P)<br>- (U)<br>$3,218.75 (T) | - (S)<br>- (A)<br>$2,267.99 (P)<br>- (U)<br>$2,267.99 (T) | Modified to match debtors' books and records for remaining balance of transition pay. Claimant had already received partial payment of the transition pay and full payment of outstanding vacation pay. |
| ONEILL, CARLY 98 S ZORANNE DR FARMINGDALE, NY 11735 | 8034 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$3,069.22 (P)<br>- (U)<br>$3,069.22 (T) | - (S)<br>- (A)<br>$1,636.88 (P)<br>- (U)<br>$1,636.88 (T) | Modified to match debtors' books and records for remaining balance of transition pay. Claimant had already received partial payment of the transition pay and full payment of outstanding vacation pay. |
| OWEN, DUSTIN R. 9857 BUBBLING BROOK CT OVIEDO, FL 32765 | 1283 | 9/27/07 | 07-11051 | - (S)<br>- (A)<br>$8,827.21 (P)<br>- (U)<br>$8,827.21 (T) | - (S)<br>- (A)<br>$3,506.45 (P)<br>- (U)<br>$3,506.45 (T) | Modified to match Debtors' books and records for vacation time. Insufficient documentation to support the remainder of the claim. |
| RUBIO MATOS, ZOILA 16778 NW 13 ST PEMBROKE PINES, FL 33028 | 2029 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$3,607.54 (P)<br>- (U)<br>$3,607.54 (T) | - (S)<br>- (A)<br>$1,803.76 (P)<br>- (U)<br>$1,803.76 (T) | Modified to match debtors' books and records for remaining balance of transition pay. Claimant had already received partial payment of the transition pay. |
| SPRAGUE, SUSAN 1717 N BAYSHORE DR 3846 MIAMI, FL 33132 | 2425 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$6,044.16 (P)<br>- (U)<br>$6,044.16 (T) | - (S)<br>- (A)<br>$3,022.08 (P)<br>- (U)<br>$3,022.08 (T) | Employee was paid out for vacation in 8/07/07 paycheck. Modified to match Debtors' books and records for remaining 12 days transition pay. |
| TURCO, TAEDRA 377 COLUMBUS ST PALM BCH GDNS, FL 334101541 | 7625 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$3,147.93 (P)<br>- (U)<br>$3,147.93 (T) | - (S)<br>- (A)<br>$2,115.38 (P)<br>- (U)<br>$2115.38 (T) | Modified to match debtors' books and records for vacation pay. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| **Totals:** | **23 Claims** | | | | | |
| | | | | - (S) | - (S) | |
| | | | | - (A) | - (A) | |
| | | | | $98,912.37 (P) | $61,365.56 (P) | |
| | | | | $207,018.38 (U) | $5,460.27 (U) | |
| | | | | $303,258.75 (T) | $66,825.83 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Reclassified Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| BROWN, DAVID AND LORETTA<br>11195 CHACOL CT<br>RANCHO CORDOVA, CA 95670 | 6644 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | - (S) No basis for priority exists under<br>- (A) section 507 of the Bankruptcy Code |
| FORBES, JEREMY R. AND DANEA N.<br>1010 CUYAHOGA DRIVE<br>BARTLETT, IL 60103 | 8716 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$2,370.00 (P)<br>- (U)<br>$2,370.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,370.00 (U)<br>$2,370.00 (T) | - (S) No basis for priority exists under<br>- (A) section 507 of the Bankruptcy Code |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$2,770.00 (P)<br>- (U)<br>$2,770.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,770.00 (U)<br>$2,770.00 (T) | |

*handwritten:* 10195 4/8/09 No Case   $6,958.89 (S)   $6,958.89(U) No basis for secured status exists under section 506 of the Bankruptcy Code

Carla Goodman 177 Washington St Golden, CO 80403

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim Case Number | New Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| ELISH, CHRISTINA<br>77 DUFF RD<br>PENN HILLS, PA 15235 | 1126 | 9/21/07 | No Case | 07-11051 | - (S)<br>- (A)<br>$4,000.00 (P)<br>- (U)<br>$4,000.00 (T) | - (S)<br>- (A)<br>$1,353.85 (P)<br>- (U)<br>$1,353.85 (T) | Modified to match debtors' books and records for vacation pay. Claimant is not entitled to payment of sick / personal time per policy. Per contract, employee needs to be employed on payment date to receive bonus |
| EXUM, RAMONA<br>936-59A JEWEL AVENUE<br>KEW GARDEN HILLS, NY 11367 | 1338 | 10/1/07 | 07-11047 | 07-11051 | - (S)<br>- (A)<br>$3,375.00 (P)<br>- (U)<br>$3,375.00 (T) | - (S)<br>- (A)<br>$2,769.23 (P)<br>- (U)<br>$2,769.23 (T) | Modified to match debtors' books and records for vacation pay. Claimant is not entitled to payment of sick / personal time per policy. |
| KEITH, DEBRA J.<br>40104 SAGEWOOD DR<br>PALM DESERT, CA 92260 | 764 | 9/14/07 | 07-11047 | 07-11051 | - (S)<br>- (A)<br>$6,078.75 (P)<br>$996.96 (U)<br>$7,075.71 (T) | - (S)<br>- (A)<br>$6,078.75 (P)<br>- (U)<br>$6,078.75 (T) | Modified to match debtors' books and records for vacation pay. Claimant is not entitled to sick / personal pay per company policy |
| MARTINO, EVE M<br>2374 MERMAID AVE<br>WANTAGH, NY 11793 | 7234 | 1/7/08 | 07-11047 | 07-11051 | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | - (S)<br>- (A)<br>$2,596.15 (P)<br>- (U)<br>$2,596.15 (T) | Modified to match debtors' books and records for vacation pay. Bonus was pending approval and employee needs to be employed on payment date to receive bonus. |
| MYER, MARTI<br>3484 HWY G-50<br>SAINT CHARLES, IA 50240 | 1485 | 10/9/07 | 07-11047 | 07-11051 | - (S)<br>- (A)<br>$4,944.00 (P)<br>- (U)<br>$4,944.00 (T) | - (S)<br>- (A)<br>$494.00 (P)<br>- (U)<br>$494.00 (T) | Modified to match debtors' books and records for vacation pay. |
| NELSON, LORENE M.<br>4900 E CHAPMAN # 40<br>ORANGE, CA 92869 | 824 | 9/17/07 | 07-11047 | 07-11051 | - (S)<br>- (A)<br>$6,750.00 (P)<br>- (U)<br>$6,750.00 (T) | - (S)<br>- (A)<br>$5,000.00 (P)<br>- (U)<br>$5,000.00 (T) | Modified to match debtors' books and records for vacation pay. Claimant is not entitled to sick / personal pay per company policy |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| NIJJAR, KAMALJIT (KAMAL) 42 BODEN AVE VALLEY STREAM, NY 11580 | 3607 | 11/27/07 | 07-11053 | - (S) <br> - (A) <br> $3,437.50 (P) <br> - (U) <br> $3,437.50 (T) | 07-11051 | - (S) <br> - (A) <br> $3,490.39 (P) <br> - (U) <br> $3,490.39 (T) | Modified to match debtors' books and records for vacation pay. |
| SZYPULA, KRISTIE 119 SUTTON DR PLAINVIEW, NY 11803 | 1490 | 10/10/07 | No Case | - (S) <br> - (A) <br> $3,653.00 (P) <br> $3,653.00 (U) <br> $3,653.00 (T) | 07-11051 | - (S) <br> - (A) <br> $5,115.38 (P) <br> - (U) <br> $5,115.38 (T) | Modified to match debtors' books and records for vacation pay. |
| **Totals:** | **8 Claims** | | | - (S) <br> - (A) <br> $35,238.25 (P) <br> $4,649.96 (U) <br> $36,235.21 (T) | | - (S) <br> - (A) <br> $26,897.76 (P) <br> - (U) <br> $26,897.76 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

Exhibit F

Modified Amount Reclassified Claims

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BRUNSWICK COUNTY<br>ATTN MIKE CULPEPPER<br>DELINQUENT TAX SPECIALIST<br>PO BOX 29<br>BOLIVIA, NC 28422 | 4081 | 12/3/07 | 07-11051 | $1,924.93 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,924.93 (T) | - (S)<br>- (A)<br>$40.44 (P)<br>- (U)<br>$40.44 (T) | - Debtor has verified on the Brunswick<br>County Tax Collector website that the<br>claimed 2007 real estate taxes have<br>been paid. The claimed personal<br>property taxes are still outstanding.<br>Total due to claimant is $40.44. |
| CITY OF ALEXANDRIA, VIRGINIA<br>ATTN MICHELE M. HARLOW<br>REVENUE DIVISION<br>PO BOX 178<br>ALEXANDRIA, VA. 22313 | 1591 | 8/13/07 | 07-11051 | $7,736.02 (S)<br>- (A)<br>- (P)<br>- (U)<br>$7,736.02 (T) | - (S)<br>- (A)<br>$6,049.29 (P)<br>- (U)<br>$6,049.29 (T) | - Debtor has verified on the City of<br>Alexandria website that the claimed<br>2007 real estate taxes have been<br>paid. The claimed personal property<br>taxes are still outstanding. Total due<br>to claimant is $6049.29. |
| FAIRFAX COUNTY<br>ATTN NANCY F LOFTUS, ASST COUNTY ATTNY<br>OFFICE OF THE COUNTY ATTORNEY<br>1200 GOVERNMENT CENTER PWY, STE 549<br>FAIRFAX, VA 22035 | 6046 | 12/21/07 | 07-11051 | - (S)<br>$21,675.30 (A)<br>- (P)<br>- (U)<br>$21,675.30 (T) | - (S)<br>$20,085.20 (A)<br>- (P)<br>- (U)<br>$20,085.20 (T) | - Modified to match Debtors' books and<br>records. Debtors are not liable for<br>post-petition interest and penalties. |
| FORSYTH COUNTY<br>ATTN DARLENE PIERCE<br>PO BOX 82<br>WINSTON-SALEM, NC 27102 | 4449 | 12/4/07 | 07-11051 | $2,181.05 (S)<br>- (A)<br>$252.62 (P)<br>$356.12 (U)<br>$2,789.79 (T) | - (S)<br>- (A)<br>$608.74 (P)<br>- (U)<br>$608.74 (T) | - Debtor has verified on the Forsyth<br>County Tax Collector website that the<br>claimed 2007 real estate taxes have<br>been paid. The claimed personal<br>property taxes are still outstanding.<br>Total due to claimant is $608.74. |
| MILLER, JULIE<br>12212 ORVILLINA DRIVE<br>SANTA ANA, CA 92705 | 8805 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$46,666.00 (U)<br>$57,616.00 (T) | - (S)<br>- (A)<br>- (P)<br>$55,177.16 (U)<br>$55,177.16 (T) | - Per Debtors' books and records, the<br>claim should be adjusted to the<br>modified amount. No basis for priority<br>claim exists under section 507(a)(4) of<br>the Bankruptcy Code because<br>claimed amounts were not earned<br>within 180 days of the Debtors'<br>bankruptcy fili |
| WESOLOWSKI, KEITH M<br>405 W 7TH STREET<br>#510<br>CHARLOTTE, NC 282020 | 6963 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$125,332.79 (U)<br>$136,282.79 (T) | - (S)<br>- (A)<br>- (P)<br>$136,713.34 (U)<br>$136,713.34 (T) | - Per Debtors' books and records, the<br>claim should be adjusted to the<br>modified amount. No basis for priority<br>claim exists under section 507(a)(4) of<br>the Bankruptcy Code because<br>claimed amounts were not earned<br>within 180 days of the Debtors'<br>bankruptcy fili |

─── Objectionable Claims ───

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | 6 Claims | | | $11,842.00 (S) | - (S) | |
| | | | | $21,675.30 (A) | - (A) | |
| | | | | $22,152.62 (P) | $26,783.67 (P) | |
| | | | | $172,354.91 (U) | $191,890.50 (U) | |
| | | | | $228,024.83 (T) | $218,674.17 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "Unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

## Exhibit G

## Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | Case Number | Total Amount Claimed | | | |
| ANDERSON, MARY ANN 1450 SANDPEBBLE # 103 WHEELING, IL 60090 | 1574 | 10/15/07 | No Case | - (S) - (A) $4,312.50 (P) - (U) $4,312.50 (T) | 07-11051 | - (S) - (A) - (P) $1,951.00 (U) $1,951.00 (T) | Per Debtors' books and records, the claim should be adjusted to the modified amount. |
| PERKINS, THOMAS J. 1009 OLD COUNTRY RD ELMSFORD, NY 10523 | 1285 | 9/27/07 | No Case | - (S) - (A) $3,076.92 (P) - (U) $3,076.92 (T) | 07-11051 | - (S) - (A) - (P) $2,461.54 (U) $2,461.54 (T) | Per Debtors' books and records, the claim should be adjusted to the modified amount. |
| PLACER COUNTY TAX COLLECTOR ATTN ANN M DONDRO, DEPUTY TREASURER 2976 RICHARDSON DR AUBURN, CA 95603 | 2889 | 11/16/07 | 07-11047 | $19,263.88 (S) - (A) - (P) - (U) $19,263.88 (T) | 07-11051 | - (S) - (A) $1,879.16 (P) - (U) $1,879.16 (T) | Debtor has verified on the Placer County Tax Collector website that the claimed 2007 real estate taxes have been paid. The claimed personal property taxes are still outstanding. Total due to claimant is $1,879.16. |
| SCHREIBER, LISA M. 38821 FOXGLOVE CT LOVETTSVILLE, VA 20180 | 775 | 9/14/07 | No Case | - (S) - (A) $711,702.84 (P) - (U) $711,702.84 (T) | 07-11051 | - (S) - (A) - (P) $696,998.53 (U) $696,998.53 (T) | Per Debtors' books and records, the claim should be adjusted to the modified amount. No basis for priority claim exists under section 507(a)(4) of the Bankruptcy Code because claimed amounts were not earned within 180 days of the Debtors' bankruptcy fili |
| SPERRY, NATASHA 5649 WHITE FIR WAY # 1 SACRAMENTO, CA 95841 | 1696 | 10/22/07 | 07-11049 | - (S) - (A) $6,999.60 (P) $1,696.15 (U) $8,695.75 (T) | 07-11051 | - (S) - (A) - (P) $1,696.15 (U) $1,696.15 (T) | Modified to match debtors' books and records for vacation pay. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| Totals: | | 5 Claims | | $19,263.88 (S) | | - (S) | |
| | | | | - (A) | | - (A) | |
| | | | | $726,091.86 (P) | | $3,575.31 (P) | |
| | | | | $1,696.15 (U) | | $701,411.07 (U) | |
| | | | | $747,051.89 (T) | | $704,986.38 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT H

Exhibit H

Insufficient Documentation Claims

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BADRI, FARHAD<br>PO BOX 63194<br>COLORADO SPRINGS, CO 80962 | 10274 | 4/25/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| BELCHER, LOREATHA<br>6073 CAPRICE DRIVE<br>JACKSONVILLE, FL 32244 | 10180 | 4/3/08 | 07-11051 | $25,500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$25,500.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| BENNER, DORIS M.<br>205 E JOPPA RD #806<br>TOWSON, MD 21286 | 6132 | 12/21/07 | No Case | $60.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$60.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| BOGGS, FRANCES<br>3775 LONGS PEAK COURT<br>LAS VEGAS, NV 89103 | 10319 | 4/29/08 | 07-11049 | $31,234.43 (S)<br>- (A)<br>- (P)<br>- (U)<br>$31,234.43 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| CHAMPLIN, RICHARD D.<br>906 HENDRICKSON SCHOOL ROAD<br>SHELL KNOB, MO 65747 | 10283 | 4/28/08 | 07-11050 | $4,441.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,441.88 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| COLLINS, SHAN<br>6 S INDIANA<br>BELLEVILLE, IL 62221 | 1395 | 9/28/07 | 07-11047 | - (S)<br>- (A)<br>$5,600.00 (P)<br>- (U)<br>$5,600.00 (T) | Insufficient documentation to assess validity of claim. |
| CRAIG, MELISSA N<br>1522 CARRIAGE DRIVE<br>EATON, CO 80615 | 10126 | 3/21/08 | 07-11047 | $27,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$27,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CRAWFORD, GARY<br>9 SHERWOOD CRESCENT<br>DIX HILLS, NY 11746 | 10055 | 3/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| DIETRICH, MICHELLE<br>824 SUGAR VALLEY CT<br>SAINT PETERS, MO 63376 | 2419 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$6,666.67 (P)<br>- (U)<br>$6,666.67 (T) | Insufficient documentation to assess validity of claim. |
| DIKE, CHAKIRA-ILIANA<br>431 MARINE LN<br>WEST BABYLON, NY 11704 | 852 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$5,482.75 (P)<br>- (U)<br>$5,482.75 (T) | Claimant did not provide loan detail (i.e. loan #) or commission/funding statements for Debtor to validate if the loans funded. |
| FULLER, JOHN ANDRE<br>2112 FOUNTAIN SPRINGS DRIVE<br>HENDERSON, NV 89074 | 10313 | 4/29/08 | 07-11047 | $102,500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$102,500.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| GALLAGHER, BRIDEEN<br>4224 40TH ST NW<br>WASHINGTON, DC 20016 | 1383 | 10/2/07 | 07-11051 | - (S)<br>- (A)<br>$8,760.65 (P)<br>- (U)<br>$8,760.65 (T) | Claimant did not provide loan detail (i.e. loan #) or commission/funding statements for Debtor to validate if the loans funded. |
| GOODMAN, CAREN<br>177 WASHINGTON STREET<br>GOLDEN, CO 80403 | 10195 | 4/8/08 | No Case | $6,958.89 (S)<br>- (A)<br>- (P)<br>- (U)<br>$6,958.89 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| GRAMSE, JEFFREY H.<br>57 DEVEREAUX CIR<br>S PORTLAND, ME 041061812 | 8654 | 1/11/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$18,868.20 (U)<br>$18,868.20 (T) | Unable to determine basis for claim. Claimant hasn't responded to request for additional information. |
| IBARRA, GLORIA T.<br>18915 108TH LANE SOUTHEAST<br>RENTON, WA 98055 | 10165 | 3/31/08 | 07-11050 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| KOUMANTAKIS, GEORGE G<br>8 SOUTH EAGLE CIRCLE<br>AURORA, CO 80012 | 10209 | 4/14/08 | 07-11051 | $20,133.69 (S)<br>- (A)<br>- (P)<br>- (U)<br>$20,133.69 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| LORBEER, VIRGINIA L.<br>14084 EAST HAMPDEN PLACE<br>AURORA, CO 80014 | 10149 | 3/27/08 | 07-11050 | $333,488.61 (S)<br>- (A)<br>- (P)<br>- (U)<br>$333,488.61 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| MCDONALD, KEVIN A.<br>2604 12TH ST SW<br>ALTOONA, IA 50009 | 10105 | 3/17/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$67,412.04 (U)<br>$67,412.04 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| MCGILL, WAYNE T.<br>8300 FAWN MEADOW AVENUE<br>LAS VEGAS, NV 89149 | 10096 | 3/13/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$77,000.00 (U)<br>$77,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| MCROBERTS, MICHAEL A<br>159 DEL MONTE LANE<br>MORGAN HILL, CA 95037 | 10120 | 3/19/08 | No Case | $6,685.02 (S)<br>- (A)<br>- (P)<br>- (U)<br>$6,685.02 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| MEATTE, JESS<br>131 KEYSTONE DRIVE<br>FENTON, MO 63026 | 7315 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$7,000.00 (P)<br>- (U)<br>$7,000.00 (T) | Insufficient documentation to assess validity of claim. |
| MILLER, SUSAN K<br>12956 BRYCE CANYON DR #B<br>MARYLAND HEIGHTS, MO 63043 | 10341 | 4/3/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| MORRIS, SUSAN L<br>20 SKYLINE DRIVE<br>WEST HAVEN, CT 06516 | 10049 | 3/10/08 | No Case | $33,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$33,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| OETINGER, WILLIAM D.<br>3120 DAVISVILLE RD<br>HATBORO, PA 19040 | 950 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$3,600.00 (P)<br>- (U)<br>$3,600.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. |
| PIERCE, DALE<br>QUEST MORTGAGE<br>8921 VETERANS MEMORIAL PARKWAY<br>O'FALLON, MO 63366 | 9991 | 2/22/08 | 07-11051 | - (S)<br>- (A)<br>$9,500.00 (P)<br>- (U)<br>$9,500.00 (T) | Basis of claim unclear. No name or address listed for claimant, no supporting documentation. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| RIZON, MARY<br>5411 PASO DEL RIO COURT<br>CONCORD, CA 94521 | 10113 | 3/17/08 | No Case | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to request for additional information. |
| RYMAN, SCOTT<br>3436 RIDGEVIEW DR<br>EL DORADO HLS, CA 957624410 | 9119 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$15,808.00 (U)<br>$15,808.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| SAMSON, LINDA<br>9231 NORTH 47TH DRIVE<br>GLENDALE, AZ 85302 | 10104 | 3/17/08 | 07-11050 | $3,041.89 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,041.89 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALI TEE THOMAS ESQ. FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | 1666 | 10/22/07 | 07-11049 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| SUMMERS, MATTHEW<br>208 TIMBERFIELD TRAIL<br>CHINA GROVE, NC 28023 | 10050 | 3/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$38,000.00 (U)<br>$38,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| THRASHER, GARY A.<br>10492 EAST ONEIL ROAD<br>HEREFORD, AZ 85615 | 10135 | 3/24/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| TRAN, MINH H.<br>18514 NORTHEAST 102ND COURT<br>REDMOND, WA 98052 | 10294 | 4/28/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$532,000.00 (U)<br>$532,090.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| UNTI, RENEE<br>3670 LA COSTA AVENUE<br>CASTRO VALLEY, CA 94546 | 10244 | 4/21/08 | 07-11050 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |
| VINCENT, ROBERT ALAN<br>4326 SOLANO WAY<br>UNION CITY, CA 94587 | 10289 | 4/28/08 | 07-11050 | $340,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$340,000.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |

—— Objectionable Claims —— ——————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WYRICK, RICHARD 6220 RUSSWOOD DR PLEASANT GDN, NC 273139536 | 10302 | 4/28/08 | 07-11051 | Unspecified* | Unable to determine basis for claim. Claimant hasn't responded to requests for additional information. The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid. |

**Totals:**                    **35 Claims**

                        $934,044.41 (S)
                                - (A)
                        $46,610.07 (P)
                        $974,088.24 (U)
                        $1,954,742.72 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT I

Exhibit I

Equity Fraud Claims

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| KADISH, HERBERT S. & PHYLLIS R.<br>2905 WHITEWAY<br>AUSTIN, TX 78757-1616 | 4401 | 12/3/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$5,218.01 (U)<br>$5,218.01 (T) |
| STRECKER, ROGER W.<br>200 FRYE RD<br>PINEHURST, NC 28374 | 10642 | 1/13/09 | 07-11047 | - (S)<br>- (A)<br>$5,908.91 (P)<br>- (U)<br>$5,908.91 (T) |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$5,908.91 (P)<br>$5,218.01 (U)<br>$11,126.92 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.