# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 5/15/09 @ 1:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| LARRY KOTLER | DUANE MORRIS LLP | THE BANCORP, INC. |
| Ken Dorsney | Messana Rosner's Stern | American Home Bank |
| David Carickhoff | Blank Rome | Creditors' |
| Mark Power | Hahn & Hessen | Committee |
| Gabriel McConaill | Potter Anderson Sloanson | Bank of America |
| Sean Beach | YCST | Debtors |
| Nathan Grow | | |
| Curtis Crowther | | |
| Margaret W. Gleecher | | |
| Charlie Brown | Archer & Griener | Rucker |
| Jeff Barnes | | Jackson/Dobken |
| John Pintarelli (tele) | | Am Home Bank |
| Fred Neufeld (tele) | | ABN AMRO Bank |
| Paula Rush (tele) | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**