# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : : : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Melissa A. Hager, Esquire of Morrison & Foerster LLP, to represent American Home Bank in this action.

Dated: May 14, 2009

MESSANA ROSNER & STERN LLP

/s/ Frederick B. Rosner
Frederick B. Rosner (DE #3995)
Kenneth L. Dorsney (DE #3726)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 777-1111

Local Counsel for American Home Bank

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and Connecticut, and the United States District Courts for the Southern, Western and Northern Districts of New York and the District Court of Connecticut, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective

00000591.

Docket No. 7384
Date 5/15/09

January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Melissa A. Hager
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 336-4324

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: May 15, 2009

_____
United States Bankruptcy Judge