# McIntosh County Tax Commissioner's Office

**Wanda G. Nelson**
Tax Commissioner

310 Northway
Post Office Box 571
Darien, Georgia  31305

912-437-6627
Fax 912-437-3566



May 11, 2009

United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

RE:  Case No. 07-11047 (CSS)
     American Home Mortgage Holdings, Inc.

Greetings:

In reference to the above case, we filed our bankruptcy claim on November 13, 2007.  American Home Mortgage paid this bill on November 16, 2007.  Therefore please remove our bankruptcy claim.

I am enclosing documentation to support this information.  Also enclosed is a copy of American Home Mortgage's check in payment of this claim.

Thank you.

Respectfully,

*Wanda G. Nelson*
Wanda G. Nelson
Tax Commissioner
McIntosh County

enc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Response Deadline: May 29, 2009 at 4:00 p.m. (ET) |
| | ) Hearing Date: June 5, 2009 at 10:00 a.m. (ET) |
| AHM OB35 4/15/2009 (merge2.txnum2) 4000086018 EPIQ Use - 41 | ) |

MCINTOSH COUNTY
ATTN WANDA G NELSON, TAX COMMISSIONER
MCINTOSH CO TAX OFC
PO BOX 571
DARIEN, GA 31305

## NOTICE OF DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: MCINTOSH COUNTY
ATTN WANDA G NELSON, TAX COMMISSIONER
MCINTOSH CO TAX OFC
PO BOX 571
DARIEN, GA 31305

Basis For Objection: No Liability Claim: Debtors' books and records show no liability on account of this claim

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 2723 | $6,304.94 |

Claim for property taxes that are the responsibility of the borrower. Taxes were not escrowed. The Debtors no longer have an interest in the property as it was sold to Bank of America.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **May 29, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JUNE 5, 2009 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 6, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>American Home Mortgage Claims Processing Center<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re:<br>American Home Mortgage Holdings, Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor :** (and name and address where notices should be sent if different from Creditor)

AHM (MERGE2.DBF,SCHED_NO) SCH #: 67069*****
MCINTOSH COUNTY
MCINTOSH CO TAX OFC
P.O BOX 571
DARIEN GA 31305

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:
Email Address:

**Account or other number by which creditor identifies debtor:** 5840R

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☒ Taxes
   ☐ Other _____ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ___ ___ ___ ___
   Unpaid compensation for services performed
   from _____ to _____
   (date)        (date)

2. **Date debt was incurred:** 2007

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ _____ (unsecured nonpriority) + _____ (secured) + 6,304.94 (unsecured priority) = $6,304.94 (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim:** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☒ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ 6304.94
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**
NOV 19 2007
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 11-13-07 | Tax Commissioner  Wanda G Nelson /s/ Wanda G Nelson |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**American Home Mortgage**
PO Box 631730 Irving, TX 75063-1730

JPMorgan Chase Bank, N.A.
6040 Tarbell Road
Syracuse, NY 13206

50-973/213

Check No. 0003391330

CHECK/AUDIT NO. 0003391330

DATE 11/12/07

PAY EXACTLY ********************6,304 DOLLARS AND 94 CENTS   $6,304.94

TO THE ORDER OF
MCINTOSH COUNTY
MCINTOSH CO TAX OFC
P.O BOX 571
DARIEN GA 31305

VOID IF NOT PRESENTED FOR PAYMENT WITHIN 180 DAYS FROM DATE

BY _____ Authorized Signature

SECURE FEATURES INCLUDE INVISIBLE FIBERS • MICROPRINTING • VOID FEATURE PANTOGRAPH • ENDORSEMENT BACKER • BROWNSTAIN CHEMICAL REACTANT

⑈0003391330⑈ ⑆021309379⑆   6018874 74⑈