## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Certificate of No Objection* will be caused to be served this 18th day of May, 2009, by First Class Mail upon the attached service list.

*[signature]*

Ian Connor Bifferato (#3273)
Kevin G. Collins (#5149)
Thomas F. Driscoll III (#4703)
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

| | |
|---|---|
| Alan Horn, Esq., General Counsel<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 | James L. Patton, Jr., Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391 |
| Jeffrey M. Levine, Esq.<br>Milestone Advisors, LLC<br>1775 Eye Street, NW<br>Suite 800<br>Washington, DC 20006 | Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Margot B. Schonholtz, Esq.<br>Scott D. Talmadge, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | Corinne Ball, Esq.<br>Erica M. Ryland, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| Victoria Counihan, Esq.<br>Greenberg Traurig, LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | Joseph McMahon, Esq.<br>The Office of the United States Trustee<br>844 King Street, Room 2313<br>Wilmington, DE 19801 |