## AMERICAN HOME MORTGAGE
### Time Summary
### April 1, 2009 to April 30, 2009

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 39.9 | 590.00 | 23,541.00 |
| MICHELE MICHAELIS | DIRECTOR | 62.5 | 375.00 | 23,437.50 |
| ANTHONY LA MALFA | SENIOR MANAGER | 5.1 | 400.00 | 2,040.00 |
| CHRIS AWONG | SENIOR | 109.0 | 260.00 | 28,340.00 |
| SUSANNE CLEARY | SENIOR | 71.4 | 235.00 | 16,779.00 |
| SAM BROWN | SENIOR | 4.5 | 225.00 | 1,012.50 |
| MATTHEW J STEWART | SENIOR | 140.2 | 215.00 | 30,143.00 |
| JERRY D'AMATO III | SENIOR | 42.8 | 200.00 | 8,560.00 |
| NAUSHON E VANDERHOOP | SENIOR | 3.7 | 185.00 | 684.50 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 7.5 | 150.00 | 1,125.00 |
| | **TOTAL:** | **486.6** | | 135,662.50 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2009 | M.S. | Discussion with D. Berliner regarding claims, servers and causes of action. | 0.3 |
| 4/3/2009 | D.B. | Reviewed Debtors' objection to cure claims asserted by DB, Wells Fargo, Citibank and Bank of NY. | 0.8 |
| 4/7/2009 | M.M. | Reviewed claims data. | 0.8 |
| 4/8/2009 | M.S. | Prepared for conference call relating to WL Ross claims. | 0.6 |
| 4/8/2009 | M.S. | Reviewed and analyzed WL Ross proposal and Debtors analysis of global settlement. | 0.8 |
| 4/9/2009 | M.M. | Discussed WL Ross Counterproposal with M. Stewart. | 0.6 |
| 4/9/2009 | M.S. | Reviewed and prepared analysis of WL Ross settlement offer and Debtors analysis. | 1.2 |
| 4/15/2009 | M.S. | Reviewed claims summary and detail forwarded by the Debtor on 4/15/09. | 1.1 |
| 4/20/2009 | D.B. | Reviewed updated claims summary schedules. | 0.5 |
| 4/20/2009 | M.S. | Reviewed claims schedules provided by Debtors for priority, admin and total unsecured. | 0.8 |
| 4/22/2009 | M.M. | Revisited open issues summary including WARN, ROSS and claims. | 0.7 |
| 4/27/2009 | M.M. | Discussed WARN and other claims and budget for post May. | 0.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## A.    ACCOUNTS PAYABLE

| Date | Name | Description | | Time |
|------|------|-------------|---|------|
| | | | **TOTAL:** | **9.1** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.3 | 590.00 | 767.00 |
| M. MICHAELIS (M.M.) | 3.0 | 375.00 | 1,125.00 |
| M. STEWART (M.S.) | 4.8 | 215.00 | 1,032.00 |
| **TOTAL:** | **9.1** | | **2,924.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

**B.    PREFERENCES ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2009 | C.A. | Prepared for meeting with A. Dokos by reviewing payment schedules and briefly reviewed paper based support for wires. | 1.1 |
| 4/1/2009 | C.A. | Met with A. Dokos to obtain in depth descriptions of the various "groups" within the manual wires, including various sub-categories within each group. | 1.8 |
| 4/1/2009 | C.A. | Met with A. Dokos to provide walkthrough of paper based support for wires for benefits and payroll, construction loans, cash management, loan funding and Pacific Crest. | 1.3 |
| 4/1/2009 | C.A. | Summarized discussions with A. Dokos regarding groups and subgroups identified and formulated testing procedures for benefits and payroll, construction loans, cash management, loan funding and Pacific Crest. | 2.7 |
| 4/1/2009 | C.A. | Performed analysis of the various groups and sub-groups identified during discussion with A. Dokos and submitted a summary of observations to M. Michaelis. | 3.2 |
| 4/1/2009 | M.M. | Discussed status of 90 day wires support at AHM location with C. Awong. | 0.2 |
| 4/1/2009 | M.M. | Reviewed summary information prepared by C. Awong pursuant to meeting with Debtors re: preferences. | 1.4 |
| 4/2/2009 | C.A. | Continued preparing an outline for the preference testing procedures for the various groups identified, particularly for the groups A/P, Accounting, Cash Mgmt, Closing, Comm. Paper, Legal, REIT, Repo, Secondary, Servicing, Shortfall, and Transactions. | 3.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**B.     PREFERENCES ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/2/2009 | C.A. | Reviewed payments in the commercial paper group and subcategorized it into main types of activity. | 1.1 |
| 4/2/2009 | C.A. | Met with A. Dokos to sub-categorize the commercial paper group of wires and provide explanations for each sub-category. | 3.9 |
| 4/2/2009 | M.M. | Call with C. Awong re: update on preference information analysis. | 0.7 |
| 4/2/2009 | M.S. | Assisted C. Awong in preference analysis in regards to bonus related payments. | 0.7 |
| 4/2/2009 | M.S. | Correspondence with M. Michaelis regarding preference analysis. | 0.2 |
| 4/3/2009 | C.A. | Prepared an analysis of net payments that were made in the preference period, (which includes various groups such as Cash Mgmt, Closing, Comm. Paper, etc.), as well as a memo summarizing major observations. | 3.3 |
| 4/3/2009 | C.A. | Investigated a variance between the schedule of checks prepared with M. Michaelis.  Communicated the variance to M. Michaelis. | 0.7 |
| 4/3/2009 | C.A. | Met with D. Voulo and D. Pasternak (Debtor Trading) to discuss payments in the Secondary" Group. | 1.2 |
| 4/3/2009 | M.M. | Reviewed and discussed current findings re: preference analysis. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**B.    PREFERENCES ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/6/2009 | C.A. | Met with M. Michaelis to discuss main observations during the field work on potential preferences as well as open items.  Reviewed and discussed sample wire support and developed next steps. | 0.8 |
| 4/6/2009 | C.A. | Drafted summary high-lighting open items in the preference analysis and submitted to the Debtors for their review. | 1.1 |
| 4/6/2009 | M.M. | Reviewed with staff the current status of preference analysis. | 1.6 |
| 4/7/2009 | C.A. | Prepared a reconciliation between the total wires by legal entity and total wires by type (auto wires and manual wires).  Discussed the reconciliation approach with J. D'Amato. | 1.4 |
| 4/7/2009 | C.A. | Selected manual wires in the preference period to test, and discussed with M. Michaelis.  Submitted to the Debtors in preparation for the field visit. | 1.2 |
| 4/7/2009 | C.A. | Reviewed the wire support for the consulting fees paid to J. Yedinak during the preference period and e-mailed follow-up questions to the Debtors. | 1.2 |
| 4/7/2009 | M.M. | Met with C. Awong re: preference analysis. | 0.8 |
| 4/7/2009 | M.S. | Reviewed information relating to insider payments within 1 year for executives and Board. | 0.4 |
| 4/8/2009 | J.D. | Discussion with C. Awong regarding potential preference payments for AHM. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**B.      PREFERENCES ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/8/2009 | J.D. | Reviewed detail payments reports for preference analysis provided by AHM. | 3.1 |
| 4/8/2009 | J.D. | Performed review of wires and manual check support received from AHM for preference analysis. | 3.7 |
| 4/8/2009 | M.S. | Discussions with staff regarding preference analysis. | 0.6 |
| 4/9/2009 | J.D. | Reviewed detail payment reports for preference analysis provided by AHM. | 2.8 |
| 4/9/2009 | J.D. | Prepared a reconciliation for preference work based on details received from AHM. | 3.9 |
| 4/9/2009 | M.M. | Reviewed responses to Preference open item request list from C. Awong to Debtor. | 0.4 |
| 4/9/2009 | M.S. | Reviewed insider payments for the 90 day and 1 year periods. | 1.4 |
| 4/9/2009 | M.S. | Correspondence with M. Michaelis and D. Berliner regarding preferences. | 0.3 |
| 4/10/2009 | D.B. | Reviewed e-mails from M. Stewart re: summary of insider preferences. | 0.1 |
| 4/10/2009 | J.D. | Reviewed detail for preference analysis provided by AHM. | 2.6 |
| 4/10/2009 | M.S. | Reviewed payroll records for executives for the 90 day period prior to bankruptcy. | 2.4 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

## B.    PREFERENCES ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/10/2009 | M.S. | Correspondence with M. Michaelis and D. Berliner regarding preference payments. | 0.3 |
| 4/10/2009 | M.S. | Correspondence with staff regarding insider and 3rd party preference payments. | 0.3 |
| 4/13/2009 | C.A. | Meeting with J. D'Amato to discuss the results of the reconciliation of preference wire payment files. | 0.8 |
| 4/13/2009 | C.A. | Analyzed the preference reconciliation that J. D'Amato prepared and provided a summary of the differences to the Debtors for their review. | 3.1 |
| 4/13/2009 | J.D. | Discussion with C. Awong regarding preference analysis and reconciliation. | 0.9 |
| 4/13/2009 | J.D. | Reviewed detail payment reports for preference analysis provided by AHM. | 1.2 |
| 4/13/2009 | M.S. | Discussions with staff regarding preference payments and insider payments. | 0.6 |
| 4/14/2009 | C.A. | Met with M. Michaelis to discuss the status of the preference testing, preference reconciliation and plan for the upcoming field visit. | 0.9 |
| 4/14/2009 | C.A. | Phone call with S. Sakamoto to discuss the security transactions and repo transactions (REIT Group), as well as various supporting documents, calculations, etc. | 1.3 |
| 4/14/2009 | M.M. | Met with C. Awong re: preference analysis. | 1.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**B.     PREFERENCES ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/14/2009 | M.M. | Reviewed preference related correspondence with C. Awong and Debtors. | 0.4 |
| 4/15/2009 | C.A. | Met with A. Dokos to review the hard-copy support for the manual wires selected for testing. | 3.2 |
| 4/15/2009 | C.A. | Met with P. Moran and M. Michaelis to check payment during the preference period, discuss intercompany payments, and data availability. | 3.8 |
| 4/15/2009 | C.A. | Met with Zolfo (B. Fernandez and S. Martinez) and various Debtors' personnel to discuss appropriate support needed to review selected manual wires. | 2.1 |
| 4/15/2009 | M.M. | Met with P. Moran and other members of AHM staff re: preferences. | 4.1 |
| 4/15/2009 | M.M. | Reviewed draft of preference exclusion outline. | 0.7 |
| 4/15/2009 | M.M. | Reviewed data re: payments to insiders in 90 days. | 0.2 |
| 4/15/2009 | M.S. | Reviewed dividends paid by AHM for 2006 and 2007 and timing of payments. | 0.8 |
| 4/15/2009 | M.S. | Correspondence with M. Michaelis regarding Blank Rome contacts, preferences and payroll information. | 0.6 |
| 4/16/2009 | C.A. | Met with S. Sakamoto and M. Michaelis to discuss repurchase and margin call transactions during the preference period. | 2.9 |
| 4/16/2009 | C.A. | Reviewed the check payments made in the preference period and removed the intercompany check payments based on advice from P. Moran. | 1.3 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**B.     PREFERENCES ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/16/2009 | M.M. | Reviewed and discussed additional information related to insider payments and D&O results. | 0.9 |
| 4/16/2009 | M.S. | Discussions with C. Awong regarding margin calls. | 0.2 |
| 4/16/2009 | M.S. | Prepared insider payments schedule and review of payments for Officers during the 90 day period. | 0.8 |
| 4/17/2009 | C.A. | Met with P. Moran to discuss the various items selected for testing in the benefits and payroll group; reviewed applicable support and documented observations. | 3.2 |
| 4/17/2009 | C.A. | Met with C. Cassagnau-Lundie to discuss the various items selected for testing in the REIT, Repo and Funding groups; reviewed applicable support and documented observations. | 3.7 |
| 4/17/2009 | C.A. | Met with D. Pasternak to discuss the various items selected for testing in the Repo group; reviewed applicable support and documented observations. | 0.8 |
| 4/17/2009 | D.B. | Met with M. Michaelis re: status of preference analysis and issues. | 0.3 |
| 4/17/2009 | M.M. | Met with D. Berliner re: preferences and fraudulent conveyances. | 0.3 |
| 4/17/2009 | M.M. | Reviewed and edited preference exclusion analysis memo. | 1.2 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

**B.     PREFERENCES ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/20/2009 | C.A. | Prepared a status report for all items selected for testing (in exclusions category) in the preference analysis and e-mailed to the Debtors and Zolfo for their review. | 2.6 |
| 4/20/2009 | D.B. | Reviewed e-mail to AHM re: preference analysis and summary of items being tested. | 0.4 |
| 4/21/2009 | C.A. | Various correspondence with S. Sakamoto (Debtors) to discuss the testing results of two REIT wires, including review of support and documentation. | 2.3 |
| 4/21/2009 | M.S. | Reviewed revised insider payment schedule and correspondence with counsel. | 1.2 |
| 4/22/2009 | C.A. | Met with A. Dokos to discuss "unknown" manual wires and to review the wire support provided. | 2.7 |
| 4/22/2009 | C.A. | Met with A. Dokos, S. Martinez and C. Cassagnau-Lundie to discuss the servicing wires selected for testing. | 3.2 |
| 4/22/2009 | M.M. | Reviewed, discussed and edited information related to preferences. | 2.4 |
| 4/22/2009 | M.M. | Reviewed additional information relative to insider payments. | 0.3 |
| 4/23/2009 | C.A. | Met with Zolfo, D. Pasternak and J. Burzenski to discuss and review available support for "Repo" manual wires in respect to preference analysis. | 1.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**B.    PREFERENCES ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/23/2009 | C.A. | Met with Zolfo Cooper, C. Cassagnau-Lundie and P. Moran to discuss available support for testing servicing manual wires. | 1.6 |
| 4/23/2009 | C.A. | Met with P. Moran to discuss various ADP payroll and benefit wires, as well as check payment data. | 0.9 |
| 4/23/2009 | M.M. | Reviewed additional updates on preference analysis. | 1.4 |
| 4/24/2009 | C.A. | Met with D. Pasternak to discuss current status of various manual wires in the preference period selected for testing, including, Funding, Secondary and Repos. | 1.8 |
| 4/24/2009 | C.A. | Met with P. Moran to discuss the availability of check payment data during the preference period, and to plan next steps. | 1.2 |
| 4/24/2009 | C.A. | Conference call with Zolfo Cooper (S. Martinez and B. Fernandez) to discuss the testing of Servicing manual wires during the preference period.  Also discussed the general testing of all other wires and checks in the preference period. | 2.2 |
| 4/27/2009 | C.A. | Prepared a status report on the preference analysis for the week ended 4/24/09 and submitted to the BDO team for their review. | 1.3 |
| 4/27/2009 | C.A. | Met with M. Michaelis to review the status report on preference analysis and to discuss next steps. | 1.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## B.    PREFERENCES ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/27/2009 | C.A. | Conference call with P. Moran (Debtors) and M. Michaelis to discuss the availability of checks and invoice data in the preference period.  Coordinated with BDO audit staff and the Debtors to obtain data. | 1.4 |
| 4/27/2009 | M.M. | Reviewed summary memos from C. Awong re: preference status in advance of meetings. | 0.2 |
| 4/27/2009 | M.M. | Met with C. Awong re: preference analysis. | 1.4 |
| 4/27/2009 | M.M. | Discussed A/P and cash disbursements files with C. Awong and Debtors. | 0.2 |
| 4/28/2009 | C.A. | Various calls with BDO team and Debtors to coordinate the preparation of the checks and invoice payment data in the preference period. | 1.3 |
| 4/28/2009 | D.B. | Reviewed summary status report of preference analysis. | 0.3 |
| 4/29/2009 | C.A. | Conference call with BDO team and P. Moran (AHM) to discuss and implement the data extraction for the check payments made in the preference period. | 1.3 |
| 4/29/2009 | C.A. | Reviewed data prepared by S. Brown from database prepared by the Debtors for the check payments made in the preference period. | 3.8 |
| 4/29/2009 | M.M. | Discussed download of information regarding preference testing with C. Awong. | 0.2 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## B.     PREFERENCES ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/29/2009 | M.M. | Reviewed additional information related to preference analysis and A/P data downloads. | 0.3 |
| 4/30/2009 | C.A. | Prepared a comprehensive schedule of invoices paid via check during the preference period from raw data provided by the Debtors, including various levels of review. | 3.1 |
| 4/30/2009 | C.A. | Summarized payments made in the preference period at the check level and excluded various payments that cleared outside the preference period. | 1.9 |
| 4/30/2009 | C.A. | Summarized check payments made in the preference period at the vendor level. | 2.3 |
| 4/30/2009 | C.A. | Created a schedule showing the general account number and full description to be incorporated into the check preference analysis. | 2.7 |
| | | **TOTAL:** | **149.0** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**B.    PREFERENCES ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.1 | 590.00 | 649.00 |
| M. MICHAELIS (M.M.) | 21.1 | 375.00 | 7,912.50 |
| C. AWONG (C.A.) | 97.4 | 260.00 | 25,324.00 |
| M. STEWART (M.S.) | 10.8 | 215.00 | 2,322.00 |
| J. D'AMATO III (J.D.) | 18.6 | 200.00 | 3,720.00 |
| **TOTAL:** | **149.0** | | **39,927.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

## C.   LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2009 | A.L. | Reviewed loan files; discussed loan files with S. Cleary and expected calculation methodology. | 0.8 |
| 4/1/2009 | J.D. | Developed listing of questions to ask current and non-current employees of AHM. | 1.6 |
| 4/1/2009 | J.D. | Reviewed emails by individuals whom BDO may ask questions regarding loan originations and delinquencies. | 3.2 |
| 4/1/2009 | J.D. | Reviewed Deloitte workpapers within AHM database for additional testing performed on increasing delinquency rates. | 2.9 |
| 4/1/2009 | M.M. | Correspondence with M. Stewart re: servers and cause of action. | 0.4 |
| 4/1/2009 | M.S. | Discussion with M. Michaelis regarding causes of action investigation, preferences and servers. | 0.3 |
| 4/1/2009 | M.S. | Discussions with staff regarding causes of action investigation. | 0.5 |
| 4/1/2009 | S.C. | Discussions with A. La Malfa regarding AHM and Deloitte & Touche ("D&T") Mortgage Loan workpapers. | 0.3 |
| 4/1/2009 | S.C. | Performed searches in AHM Concordance database and reviewed documents for Repurchase agreements. | 1.0 |
| 4/1/2009 | S.C. | Performed searches in AHM & D&T Concordance database for mortgage loan reserve calculation comparison analysis. | 3.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2009 | S.C. | Performed searches in AHM Concordance database for emails to and/or from D. Greenbaum. | 3.7 |
| 4/2/2009 | A.L. | Reviewed additional AHM loan loss files and reserve calculation procedures. | 0.5 |
| 4/2/2009 | J.D. | Reviewed AHM database to gather a listing of questions for AHM employees. | 1.7 |
| 4/2/2009 | S.C. | Performed searches in AHM Concordance database for Mortgage Loan Migration analysis. | 0.8 |
| 4/2/2009 | S.C. | Performed searches in AHM Concordance database for emails to and/or from D. Greenbaum. | 2.8 |
| 4/2/2009 | S.C. | Performed searches in AHM Concordance database for emails to and/or from K. Collins. | 3.1 |
| 4/2/2009 | S.C. | Performed searches in AHM Concordance database for emails to and/or from J. Lake. | 1.2 |
| 4/3/2009 | M.S. | Discussion with staff regarding causes of action investigation. | 0.6 |
| 4/3/2009 | S.C. | Performed searches in AHM Concordance database for emails to and/or from E. Levine. | 2.7 |
| 4/3/2009 | S.C. | Performed searches in AHM Concordance database for emails to and/or from N. Parrinelli. | 2.9 |
| 4/3/2009 | S.C. | Performed searches in AHM Concordance database for emails to and/or from R. Bernstein. | 1.6 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**C.    LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/7/2009 | J.D. | Prepared and met with M. Stewart and M. Michaelis regarding status of Class Action and next steps in case. | 1.2 |
| 4/7/2009 | M.M. | Cause of Action update meeting. | 0.9 |
| 4/7/2009 | M.S. | Prepared and met with M. Michaelis regarding causes of action investigation status and go forward planning. | 1.8 |
| 4/7/2009 | M.S. | Discussions with staff regarding causes of action investigation. | 0.4 |
| 4/7/2009 | M.S. | Reviewed materials prepared by staff in relation to causes of action. | 1.2 |
| 4/7/2009 | M.S. | Prepared and met with M. Michaelis regarding causes of action investigation status and go forward planning. | 0.6 |
| 4/9/2009 | M.S. | Prepared introductory letter to AHM employees for UCC investigation. | 0.8 |
| 4/10/2009 | J.D. | Reviewed D&T workpapers on AHM database for REIT Portfolio Loan detail testing. | 3.2 |
| 4/11/2009 | A.L. | Reviewed additional AHM loan loss files and reserve calculation procedures. | 0.3 |
| 4/13/2009 | J.D. | Reviewed D&T workpapers on AHM database for REIT Portfolio Loan detail testing. | 2.7 |
| 4/13/2009 | M.S. | Discussion with staff regarding auditor review of work-papers. | 0.2 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/14/2009 | D.B. | Reviewed proposed letter to former employees re: UCC investigation, prepared comments and discussed with M. Stewart. | 0.4 |
| 4/14/2009 | J.D. | Reviewed D&T workpapers on AHM database for REIT Portfolio Loan detail testing. | 0.9 |
| 4/14/2009 | M.M. | Reviewed additional information re: D&O policy. | 0.4 |
| 4/14/2009 | M.S. | Prepared letter and schedules for counsel in regards to the Causes of Action investigation. | 1.3 |
| 4/15/2009 | D.B. | Met with T. Lendez re: loan loss reserve issues. | 0.4 |
| 4/15/2009 | J.D. | Prepared letters to be sent to former employees for UCC investigation. | 0.4 |
| 4/15/2009 | J.D. | Reviewed AHM database for details on when dividends were paid out during the year prior to filing. | 1.4 |
| 4/16/2009 | M.M. | Met with S. Sakamoto re: REIT and REPO activity, litigation status and operational questions. | 2.4 |
| 4/16/2009 | M.M. | Reviewed correspondence re: Waterfield and other litigations. | 0.6 |
| 4/17/2009 | D.B. | Reviewed GAAP requirements for loan loss reserves and summarize key provisions for files. | 0.8 |
| 4/17/2009 | M.M. | Discussed causes of action with "team" and meeting with audit staff in upcoming week. | 0.9 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/17/2009 | M.S. | Prepared information for discussions with M. Michaelis regarding D&O, causes of action, servers, and workers compensation. | 1.1 |
| 4/20/2009 | D.B. | Prepared analysis for staff of loan loss reserve accounting issues for meeting. | 0.5 |
| 4/20/2009 | M.S. | Prepared for meeting tomorrow regarding causes of action investigation. | 1.8 |
| 4/21/2009 | D.B. | Prepared for and met with accounting and auditing experts T. Lendez and A. Mariani and AHM team re: AHM accounting for loan loss reserves for UCC investigation. | 2.5 |
| 4/21/2009 | J.D. | Discussion with M. Stewart and S. Cleary regarding meeting with A. Lendez, A. LaMalfa, D. Berliner and M. Michaelis relating to causes of action investigation. | 0.3 |
| 4/21/2009 | J.D. | Met with M. Stewart, S. Cleary, A. Lendez, A. LaMalfa, D. Berliner and M. Michaelis to discuss causes of action. | 1.7 |
| 4/21/2009 | J.D. | Prepared for and met with M. Michaelis, M. Stewart, S. Cleary, A. Lendez, and A. LaMalfa to discuss causes of action. | 1.3 |
| 4/21/2009 | J.D. | Wrap-up discussion with M. Michaelis, S. Cleary, and M. Stewart regarding the next step in case and the preparation of a report. | 0.8 |
| 4/21/2009 | M.M. | Met with BDO team members to discuss cause of action and loan loss and delinquency review. | 1.6 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**C.     LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/21/2009 | M.M. | Discussed cause of action and weekly status update with D. Berliner and M. Stewart. | 0.3 |
| 4/21/2009 | M.S. | Discussions with D. Berliner regarding causes of action investigation. | 0.4 |
| 4/21/2009 | M.S. | Prepared for meeting with staff regarding causes of action investigation. | 3.2 |
| 4/21/2009 | M.S. | Discussed cause of action and weekly status update with M. Michaelis and staff. | 0.6 |
| 4/21/2009 | M.S. | Meeting D. Berliner, M. Michaelis and staff regarding causes of action investigation. | 1.8 |
| 4/21/2009 | M.S. | Discussions with staff regarding causes of action investigation. | 0.6 |
| 4/21/2009 | S.C. | Meeting and discussions with M. Stewart and J. D'Amato regarding AHM and Deloitte & Touche ("D&T") Mortgage Loan workpapers. | 0.3 |
| 4/21/2009 | S.C. | Performed searches in AHM Concordance database for analyses relating to property value decline and loan losses. | 1.0 |
| 4/21/2009 | S.C. | Meeting and discussions with D. Berliner, T. Lendez, A. La Malfa, M. Michaelis, M. Stewart and J. D'Amato regarding UCC investigation. | 1.7 |
| 4/21/2009 | S.C. | Meeting and discussions with M. Michaelis, M. Stewart and J. D'Amato regarding work to be performed. | 0.8 |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/21/2009 | S.C. | Discussions with A. La Malfa regarding UCC investigation. | 0.3 |
| 4/21/2009 | S.C. | Reviewed AHM SEC filing for reserve calculation footnotes. | 0.6 |
| 4/21/2009 | S.C. | Performed searches in AHM and D&T Concordance databases for migration schedule and workpapers relating to reserve analysis. | 3.5 |
| 4/22/2009 | M.S. | Discussions with staff regarding causes of action. | 0.4 |
| 4/22/2009 | S.C. | Prepared summary for FASB 5 and FASB 114. | 0.5 |
| 4/22/2009 | S.C. | Performed searches in AHM and D&T Concordance databases for loss severity trends. | 1.6 |
| 4/22/2009 | S.C. | Performed searches in AHM Concordance database for emails between AHM and D&T. | 3.4 |
| 4/22/2009 | S.C. | Performed searches in AHM and D&T Concordance databases for LOCOM for LHFS calculations. | 2.1 |
| 4/23/2009 | D.B. | Reviewed information from counsel re: WARN Act advisory proceedings. | 0.5 |
| 4/23/2009 | M.M. | Met with staff re: open issues and work plan for cause of action and other areas of recovery. | 0.7 |
| 4/23/2009 | M.S. | Reviewed time-line of events prepared by counsel. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## C.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/23/2009 | S.C. | Performed searches in AHM Concordance database for LHFS government insured loans reserve policy. | 1.8 |
| 4/23/2009 | S.C. | Performed searches in AHM Concordance database for Delinquency Statistics schedule. | 1.9 |
| 4/23/2009 | S.C. | Reviewed and analyzed AHM LOCOM calculation. | 1.2 |
| 4/23/2009 | S.C. | Performed searches in AHM Concordance database for Loan Detail by Product Code. | 2.6 |
| 4/23/2009 | S.C. | Performed searches in AHM Concordance database for 1st and 2nd Lien detail. | 2.3 |
| 4/24/2009 | D.B. | Conference call with professionals re: WARN Act litigation; reviewed materials provided by counsel for call. | 1.3 |
| 4/24/2009 | M.S. | Reviewed time-line of events prepared by counsel. | 1.4 |
| 4/24/2009 | M.S. | Discussions with staff regarding causes of action. | 0.3 |
| 4/24/2009 | S.C. | Performed searches in AHM Concordance database for 1st and 2nd Lien detail. | 1.0 |
| 4/24/2009 | S.C. | Performed searches in AHM Concordance database Loan Loss Severity analysis. | 3.7 |
| 4/27/2009 | A.L. | Reviewed D&T workpapers with S. Cleary for UCC investigation. | 3.5 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## C.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/27/2009 | D.B. | Met with M. Michaelis, M. Stewart and S. Cleary re: status of work and timing. | 0.2 |
| 4/27/2009 | M.S. | Discussions with S. Cleary and J. D'Amato regarding causes of action investigation and report. | 0.8 |
| 4/27/2009 | M.S. | Reviewed BDO findings to date and review of prior reports issued to counsel for UCC investigation. | 1.7 |
| 4/27/2009 | S.C. | Performed searches in AHM Concordance database for documents referencing "auditors". | 1.7 |
| 4/27/2009 | S.C. | Reviewed D&T's 2006 audit workpapers. | 3.6 |
| 4/27/2009 | S.C. | Prepared for and met with A. La Malfa to review D&T's 2006 audit workpapers. | 3.8 |
| 4/27/2009 | S.C. | Performed searches in D&T Concordance database for 2006 audit workpapers relating to mortgage loans. | 2.7 |
| 4/27/2009 | S.C. | Performed searches in AHM Concordance database Loan Loss Severity analysis. | 1.2 |
| 4/27/2009 | S.C. | Prepared for, discussions with and met with M. Michaelis, M. Stewart and J. D'Amato regarding review of D&T's 2006 audit workpapers. | 1.3 |
| 4/27/2009 | S.C. | Performed searches in AHM Concordance database for documents referencing "auditors". | 1.9 |
| 4/27/2009 | S.C. | Prepared report of summary of findings relating to D&T's 2006 audit workpapers relating to mortgage loans. | 1.4 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

<u>**C.**</u>    <u>**LITIGATION CONSULTING**</u>

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|-------------|------|
| 4/28/2009 | J.D. | Met with M. Michaelis, M. Stewart, and S. Cleary to discuss the progress of report. | 0.9 |
| 4/28/2009 | M.M. | Reviewed SEC complaint. | 0.7 |
| 4/28/2009 | M.M. | Met with S. Cleary, J. D'Amato and M. Stewart and reviewed cause of action and D&T work paper review. | 1.6 |
| 4/28/2009 | M.S. | Meeting with M. Michaelis, S. Cleary and J. D'Amato regarding causes of action. | 0.9 |
| 4/28/2009 | M.S. | Meetings with D. Berliner and M. Michaelis regarding causes of action, SEC, professional fees and cash flow. | 0.7 |
| 4/28/2009 | M.S. | Meeting with S. Cleary regarding causes of action and investigation. | 0.8 |
| 4/28/2009 | M.S. | Discussions with staff regarding causes of action and other issues. | 1.3 |
| 4/28/2009 | M.S. | Reviewed complaint filed by SEC and preparation of e-mail to D. Berliner and M. Michaelis with comments. | 1.6 |
| 4/28/2009 | S.B. | Drafted questions for client database owner re: UCC investigation. | 1.0 |
| 4/29/2009 | D.B. | Reviewed SEC complaint and news release and prepared comments for discussion with staff and counsel. | 1.4 |
| 4/29/2009 | M.M. | Reviewed SEC complaint versus BDO cause of action information. | 0.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

### C.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/29/2009 | M.M. | Discussed SEC Complaint with M. Stewart. | 0.3 |
| 4/29/2009 | M.S. | Discussed M. Michaelis regarding causes of action. | 0.3 |
| 4/29/2009 | S.B. | Conference call with staff re: UCC investigation. | 0.3 |
| 4/29/2009 | S.B. | Down loaded client's data into BDO database server re: UCC investigation. | 2.3 |
| 4/29/2009 | S.B. | Created report (in excel) "April 07 thru August 07.xlsx" re: UCC investigation. | 0.9 |
| 4/30/2009 | M.S. | Reviewed documents related to the causes of action investigation. | 3.2 |
| 4/30/2009 | M.S. | Reviewed binder of documents prepared by S. Cleary. | 0.8 |
| 4/30/2009 | M.S. | Reviewed SEC complaint regarding GAAP and FASBs. | 1.2 |
| 4/30/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding causes of action. | 0.6 |
| 4/30/2009 | M.S. | Discussions with staff regarding causes of action and next report to counsel. | 0.6 |
| | | **TOTAL:** | **159.0** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**C.      LITIGATION CONSULTING**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|-----:|-----:|-------------:|
| D. BERLINER (D.B.) | 8.0 | 590.00 | 4,720.00 |
| A. LA MALFA (A.L.) | 5.1 | 400.00 | 2,040.00 |
| M. MICHAELIS (M.M.) | 11.4 | 375.00 | 4,275.00 |
| S. CLEARY (S.C.) | 71.4 | 235.00 | 16,779.00 |
| S. BROWN (S.B.) | 4.5 | 225.00 | 1,012.50 |
| M. STEWART (M.S.) | 34.4 | 215.00 | 7,396.00 |
| J. D'AMATO III (J.D.) | 24.2 | 200.00 | 4,840.00 |
| **TOTAL:** | **159.0** | | **41,062.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

### D.    ASSET SALE/AUCTION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2009 | D.B. | Reviewed materials provided by Zolfo Cooper re: sale of AH Bank (Board Presentation). | 0.5 |
| 4/3/2009 | D.B. | Reviewed Debtors' motion to approve sale procedures for sale of AH Bank. | 0.6 |
| 4/7/2009 | M.M. | Reviewed updates on Bank, Mt Prospect and asset liquidation. | 0.6 |
| 4/13/2009 | M.S. | Reviewed disposition of assets schedule. | 0.4 |
| 4/24/2009 | D.B. | Reviewed letter from purchaser of IL facility re: comments and objections to Title to property. | 0.1 |
| 4/24/2009 | M.S. | Reviewed Mt. Prospect objections and comments forwarded by the Purchaser. | 0.4 |
| 4/30/2009 | D.B. | Reviewed construction loan information provided by Zolfo Cooper and prepared for conference call with Debtors. | 0.3 |
| 4/30/2009 | M.M. | Reviewed information related to remaining construction loans. | 0.3 |
| 4/30/2009 | M.S. | Analyzed remaining construction loans and pending offers. | 0.8 |
| | | **TOTAL:** | **4.0** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## D.    ASSET SALE/AUCTION

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.5 | 590.00 | 885.00 |
| M. MICHAELIS (M.M.) | 0.9 | 375.00 | 337.50 |
| M. STEWART (M.S.) | 1.6 | 215.00 | 344.00 |
| **TOTAL:** | **4.0** | | **1,566.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

### E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2009 | M.S. | Discussions with Debtors regarding servers and call. | 0.4 |
| 4/3/2009 | D.B. | E-mails with B. Fernandez re: sale of AH Bank MBS; discussed with M. Power. | 0.1 |
| 4/3/2009 | M.S. | Prepared for and conference call with third party vendor and Debtors regarding servers. | 0.8 |
| 4/8/2009 | M.S. | Conference call with Debtors and counsel regarding WL Ross claims. | 1.4 |
| 4/9/2009 | M.M. | Conference call with Zolfo re: general update. | 0.7 |
| 4/9/2009 | M.S. | Prepared for and weekly conference call with Zolfo regarding current issues. | 1.2 |
| 4/10/2009 | M.S. | Correspondence with the Debtors regarding 90 day payments. | 0.2 |
| 4/13/2009 | M.S. | Discussions with Debtors regarding servers and offers. | 0.3 |
| 4/14/2009 | D.B. | Reviewed e-mail from B. Fernandez re: proposal for liquidating trustee for AH Bank. | 0.2 |
| 4/14/2009 | M.S. | Correspondence with Debtors regarding questions on the 4/10/09 budget. | 0.6 |
| 4/15/2009 | D.B. | Telephone call with B. Fernandez and S. Martinez re: weekly update on case issues. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

### E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/15/2009 | M.M. | Met with Zolfo re: general update on budget and status call from Wednesday. | 0.8 |
| 4/15/2009 | M.S. | Prepared for and attended weekly call with Zolfo Cooper. | 1.3 |
| 4/16/2009 | D.B. | E-mails with B. Fernandez re: Waterfield litigation status. | 0.1 |
| 4/16/2009 | M.S. | Discussion with Zolfo regarding servers and insider payments. | 0.3 |
| 4/17/2009 | M.M. | Discussion with Zolfo re: workers compensation claim settlement. | 0.3 |
| 4/17/2009 | M.S. | Discussion with Debtors and review of insider payments for the 90 day and 1 year periods. | 0.3 |
| 4/17/2009 | M.S. | Discussions with D. Berliner and Debtors regarding professional fees. | 0.4 |
| 4/17/2009 | M.S. | Conference call with Debtors regarding workers compensation. | 0.6 |
| 4/20/2009 | M.M. | Reviewed current correspondence from Debtors. | 0.4 |
| 4/21/2009 | D.B. | Conference call with Zolfo Cooper, S. Cavaco and F. Policano re: AHM IT issues. | 0.8 |
| 4/21/2009 | D.B. | Weekly status update call with Zolfo Cooper re: case status and issues. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**E.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/21/2009 | M.M. | Weekly update call with Debtors. | 0.7 |
| 4/21/2009 | M.M. | Conference call with Debtors' IT re: servers and file information. | 0.7 |
| 4/21/2009 | M.S. | Call with Zolfo regarding Computer servers and offers. | 0.8 |
| 4/22/2009 | D.B. | Reviewed BDO fee budget provided to Zolfo Cooper per e-mail request. | 0.1 |
| 4/23/2009 | D.B. | E-mails with S. Martinez re: professional fee budget status. | 0.2 |
| 4/28/2009 | D.B. | Conference call with AHM IT personnel and Zolfo Cooper re: server information. | 0.4 |
| 4/28/2009 | D.B. | Conference call with Zolfo Cooper re: case status and issues. | 0.8 |
| 4/28/2009 | M.M. | Conference call with Debtors re: open issues. | 1.3 |
| 4/28/2009 | M.S. | Prepared for and weekly professional call with Debtors. | 1.3 |
| 4/28/2009 | M.S. | Prepared for and weekly Server call with Debtors. | 0.6 |
| 4/29/2009 | D.B. | E-mails with S. Martinez re: construction loan update and next steps. | 0.1 |
| 4/30/2009 | D.B. | Conference call with Debtors and Zolfo Cooper re: construction loans. | 0.5 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**E.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/30/2009 | M.M. | Conference call with Debtors re: construction loans. | 0.4 |
| 4/30/2009 | M.S. | Conference call with the Debtors regarding servers. | 0.6 |
| 4/30/2009 | M.S. | Discussions with Zolfo regarding cash flow and professional fees. | 0.3 |
| | | **TOTAL:** | **21.4** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.7 | 590.00 | 2,773.00 |
| M. MICHAELIS (M.M.) | 5.3 | 375.00 | 1,987.50 |
| M. STEWART (M.S.) | 11.4 | 215.00 | 2,451.00 |
| **TOTAL:** | **21.4** | | **7,211.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

## F.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/3/2009 | D.B. | Reviewed initial report by C. Awong re: preference analysis and supporting schedules. | 0.5 |
| 4/7/2009 | C.A. | Prepared a draft memo to the Committee regarding the preference analysis. | 4.3 |
| 4/9/2009 | M.M. | Edited update for Counsel and D. Berliner. | 1.1 |
| 4/13/2009 | M.S. | Report preparation for the April 16, 2009 report. | 1.2 |
| 4/14/2009 | C.A. | Edited draft memo to the Committee to summarize a table of various exclusions separated between checks and wire payments. | 1.7 |
| 4/14/2009 | M.S. | Report prepared for the April 16, 2009 Creditors' Committee call. | 2.2 |
| 4/15/2009 | D.B. | Reviewed initial draft of BDO Report to UCC & prepared comments. | 1.6 |
| 4/15/2009 | D.B. | Met with M. Stewart to discuss outline of BDO Report to UCC and cash needed to go effective. | 0.3 |
| 4/15/2009 | M.S. | Discussions with D. Berliner regarding WL Ross, report to counsel and report to the Committee on 4/16/09. | 0.6 |
| 4/15/2009 | M.S. | Report preparation for the Creditors' Committee call on 4/16/09. | 3.8 |
| 4/16/2009 | D.B. | Reviewed initial daft of BDO Report to UCC, prepared comments and discussed with staff. | 1.4 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**F.**     **REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/16/2009 | M.M. | Edited information to be included in preference memo. | 0.9 |
| 4/16/2009 | M.M. | Reviewed updated report to Committee. | 0.7 |
| 4/16/2009 | M.S. | Report preparation for the 4/16/09 call. | 3.4 |
| 4/16/2009 | M.S. | Reviewed and revised the Committee report based on M. Powers' revisions. | 1.3 |
| 4/20/2009 | C.A. | Edited preliminary draft report on preference analysis to the Committee based on recommendation of M. Michaelis. | 2.4 |
| 4/28/2009 | C.A. | Revised draft preference analysis report to the Committee based on the current status of the testing results. | 3.2 |
| 4/28/2009 | M.S. | Prepared report for counsel with regards to cash flow, effective date and professional fees. | 0.7 |
| 4/29/2009 | M.S. | Report preparation for counsel regarding status of cash flow through Effective Date. | 2.8 |
| 4/29/2009 | M.S. | Revised cash flow report based on D. Berliner comments. | 1.3 |
| | | **TOTAL:** | **35.4** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## F.      REPORT PREPARATION

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.8 | 590.00 | 2,242.00 |
| M. MICHAELIS (M.M.) | 2.7 | 375.00 | 1,012.50 |
| C. AWONG (C.A.) | 11.6 | 260.00 | 3,016.00 |
| M. STEWART (M.S.) | 17.3 | 215.00 | 3,719.50 |
| **TOTAL:** | **35.4** | | **9,990.00** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

G.    MEETINGS OF CREDITORS / TRUSTEE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/8/2009 | D.B. | Conference call with UCC and Debtors professionals re: WL Ross admin claim. | 1.1 |
| 4/16/2009 | D.B. | Conference call with UCC re: current case issues and reviewed BDO Report and prepared for conference call. | 0.8 |
| 4/16/2009 | M.M. | Participated in weekly Committee conference call update. | 0.6 |
| 4/16/2009 | M.S. | Prepared for and attended weekly Creditors' Committee call to update the Committee. | 1.2 |
| 4/21/2009 | M.S. | Prepared for and weekly Committee call with Zolfo Cooper. | 1.2 |
| 4/30/2009 | D.B. | Conference call with UCC re: case status and issues. | 0.5 |
| 4/30/2009 | M.M. | Conference call with Committee re: weekly update. | 0.8 |
| 4/30/2009 | M.M. | Reviewed and prepared from Committee update call. | 0.2 |
| 4/30/2009 | M.S. | Prepared for and conference call with the Committee. | 0.8 |
| | | **TOTAL:** | **7.2** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## G.    MEETINGS OF CREDITORS / TRUSTEE

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.4 | 590.00 | 1,416.00 |
| M. MICHAELIS (M.M.) | 1.6 | 375.00 | 600.00 |
| M. STEWART (M.S.) | 3.2 | 215.00 | 688.00 |
| **TOTAL:** | **7.2** | | **2,704.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### April 1, 2009 to April 30, 2009

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2009 | D.B. | Reviewed monthly operating report for December, 2008. | 0.5 |
| 4/1/2009 | D.B. | Met with M. Stewart re: analysis of computer server requirements for office relocation, UCC investigation update and analysis of claims. | 0.3 |
| 4/1/2009 | D.B. | Reviewed docket report for period 3/20/2009 through 3/31/2009. | 0.4 |
| 4/1/2009 | M.S. | Reviewed Debtors' provided server information. | 0.5 |
| 4/1/2009 | M.S. | Reviewed docket and related filings. | 0.4 |
| 4/1/2009 | M.S. | Discussions with third party service provider regarding information. | 0.4 |
| 4/2/2009 | M.M. | Corresponded with M. Stewart re: case update. | 0.2 |
| 4/3/2009 | D.B. | Reviewed Debtors' motion for order approving stipulation with DB Structured Products resolving appeal from servicing sale order. | 0.3 |
| 4/3/2009 | D.B. | Met with M. Stewart re: work to be performed. | 0.3 |
| 4/3/2009 | M.M. | Reviewed information related to Triad and other current open issues. | 0.4 |
| 4/3/2009 | M.S. | Reviewed document relating to Triad Insurance. | 0.4 |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/3/2009 | M.S. | Discussion with D. Berliner regarding servers and Melville. | 0.1 |
| 4/3/2009 | M.S. | Reviewed professional fee applications. | 0.4 |
| 4/3/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding next week's planning and WL Ross. | 0.2 |
| 4/6/2009 | M.M. | Reviewed current budget updates made by Zolfo. | 0.7 |
| 4/6/2009 | M.M. | Reviewed case updates. | 1.4 |
| 4/6/2009 | M.S. | Met with M. Michaelis to discuss updates, preferences and weekly planning. | 0.6 |
| 4/6/2009 | M.S. | Reviewed docket and related filings. | 0.4 |
| 4/7/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding WL Ross proposal call. | 0.1 |
| 4/8/2009 | M.S. | Reviewed third party server provider sales quote. | 0.2 |
| 4/9/2009 | M.M. | Reviewed prior Schedule G (to Servicing APA) reconciliations and cash activity on servicing business post economic close. | 0.8 |
| 4/9/2009 | M.S. | Prepared for and meetings with M. Michaelis regarding WL Ross admin claim, causes of action, and weekly call with Zolfo. | 1.7 |
| 4/10/2009 | M.S. | Reviewed cash flow forecast prepared on 4/10/09 by the Debtors. | 0.8 |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/13/2009 | D.B. | Met with M. Stewart re: case status and work to be done re: UCC investigation, claims and preparation of report for UCC. | 0.5 |
| 4/13/2009 | D.B. | Reviewed revised cash flow budget for the period. | 0.4 |
| 4/13/2009 | D.B. | Reviewed IT storage proposal received from Nova-site. | 0.4 |
| 4/13/2009 | M.S. | Reviewed cash flow forecast provided on 4/10/09 and prepared questions for Debtors. | 1.8 |
| 4/13/2009 | M.S. | Analyzed cash flow forecast to be used in the 4/16/09 Committee report. | 0.6 |
| 4/13/2009 | M.S. | Analyzed cash needed and timing of events needed to go effective. | 2.2 |
| 4/14/2009 | D.B. | Reviewed 2nd IT storage proposal received from Mind Shift. | 0.3 |
| 4/14/2009 | M.M. | Reviewed and discussed current update on budget and go forward cash flow. | 0.6 |
| 4/14/2009 | M.M. | Reviewed and discussed "cash to go effective" analysis. | 0.3 |
| 4/14/2009 | M.M. | Discussed case status with D. Berliner. | 0.3 |
| 4/14/2009 | M.S. | Reviewed liquidating trustee's information for AH Bank. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/15/2009 | D.B. | Reviewed 3rd IT storage proposal received from LI Data and Recovery Center. | 0.1 |
| 4/15/2009 | M.M. | Reviewed data related to Safe Harbor assets. | 0.6 |
| 4/15/2009 | M.S. | Meeting with D. Berliner regarding cash flow report and Effective Day analysis. | 0.4 |
| 4/15/2009 | M.S. | Reviewed cash flow forecast received on 4/10/09. | 1.2 |
| 4/15/2009 | M.S. | Reviewed Melville servicer offer. | 0.4 |
| 4/15/2009 | M.S. | Prepared BDO professional fee budget for the period April to September. | 0.6 |
| 4/16/2009 | M.M. | Corresponded with Debtors re: various other open issues for current operations. | 0.4 |
| 4/16/2009 | M.M. | Reviewed current and updated server storage offers and discussed same regarding moving locations. | 0.4 |
| 4/16/2009 | M.S. | Prepared for and discussions with M. Michaelis regarding the report to the Committee, budget and D&O. | 1.2 |
| 4/17/2009 | D.B. | Met with M. Michaelis re: status of meetings at AHM, worker's compensation proposal, Melville building and UCC investigation. | 0.6 |
| 4/17/2009 | D.B. | Reviewed 4th IT storage proposal and summary chart comparing 4 proposals received and e-mailed to M. Power. | 0.3 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**H.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/17/2009 | D.B. | Reviewed draft commutation and release agreement from Hartford Insurance. | 0.3 |
| 4/17/2009 | D.B. | Reviewed Melville building proposal to note holder and e-mailed response. | 0.2 |
| 4/17/2009 | M.M. | Reviewed payments required at effective date. | 0.4 |
| 4/17/2009 | M.M. | Reviewed updated cash summary. | 0.4 |
| 4/17/2009 | M.M. | Met with D. Berliner re: workers claim settlement, cash at emergence and other collection/expenses. | 0.6 |
| 4/17/2009 | M.M. | Reviewed and met with M. Stewart re: cash at emergence, professional budget and current employee status. | 1.3 |
| 4/17/2009 | M.M. | Reviewed margin information for margin calls during July 2007 received from Debtors versus other data from SEC and other sources. | 0.8 |
| 4/17/2009 | M.S. | Discussion with D. Berliner regarding servers and Melville. | 0.3 |
| 4/17/2009 | M.S. | Reviewed and analyzed potential scenarios to go Effective as of June/July. | 1.7 |
| 4/17/2009 | M.S. | Reviewed professional fee applications filed by the Borrowers Committee. | 0.6 |
| 4/17/2009 | M.S. | Reviewed docket and related filings. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## H.     BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/17/2009 | M.S. | Revised BDO budget based on M. Michaelis comments. | 0.4 |
| 4/20/2009 | M.M. | Discussed status of budget updates and professional fee updates. | 0.3 |
| 4/20/2009 | M.S. | Prepared BDO professional fee budget. | 0.3 |
| 4/20/2009 | M.S. | Reviewed professional fee applications filed thru 4/17/09. | 1.6 |
| 4/20/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding causes of action and professional fees and cash flow. | 0.7 |
| 4/20/2009 | M.S. | Reviewed cash flow forecast provided by the Debtors on 4/17/09. | 1.4 |
| 4/21/2009 | D.B. | Met with M. Michaelis and M. Stewart re: work to be done. | 0.3 |
| 4/21/2009 | M.M. | Reviewed additional update correspondences for all issues re: servers, D & O and cash budget. | 0.3 |
| 4/22/2009 | D.B. | Reviewed and analyzed summary of professional fee's through March Fee applications. | 0.5 |
| 4/22/2009 | M.M. | Discussed and edited professional fees for BDO budget post 4/30. | 1.1 |
| 4/22/2009 | M.S. | Prepared notes from Zolfo call and prepared update to counsel. | 1.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/22/2009 | M.S. | Reviewed and updated professional fee schedule and trends. | 1.6 |
| 4/22/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding AHM's professional fees. | 0.4 |
| 4/22/2009 | M.S. | Reviewed and sent BDO's professional fee budget to Zolfo. | 0.3 |
| 4/22/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding professional fees, Ross, and Zolfo call. | 0.7 |
| 4/23/2009 | D.B. | Met with M. Stewart to discuss and review draft of professional fee deferral scenarios. | 0.4 |
| 4/23/2009 | M.M. | Reviewed and discussed current budget shortfalls and professional fee budget caps. | 0.9 |
| 4/23/2009 | M.M. | Reviewed staffing summary prepared by Debtors. | 0.4 |
| 4/23/2009 | M.S. | Reviewed historical professional fees and prepared cash flow analysis based on various projected fees. | 3.8 |
| 4/23/2009 | M.S. | Reviewed Cadwalder fee applications and budget. | 0.4 |
| 4/23/2009 | M.S. | Analyzed projected cash for 2009 based on various scenarios. | 2.7 |
| 4/23/2009 | M.S. | Reviewed remaining employee schedule forwarded by the Debtors. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/23/2009 | M.S. | Prepared for and meetings with D. Berliner regarding cash flow and professional fees. | 1.2 |
| 4/24/2009 | D.B. | Reviewed NYTimes article re: MERS. | 0.1 |
| 4/24/2009 | M.S. | Discussions with D. Berliner regarding WARN and professional fees. | 0.8 |
| 4/24/2009 | M.S. | Reviewed WARN action prior settlement offers. | 0.4 |
| 4/24/2009 | M.S. | Reviewed cash flow forecast provided on 4/24/09. | 0.4 |
| 4/27/2009 | D.B. | Reviewed docket report for period 4/1/2009 through 4/24/2009. | 0.2 |
| 4/27/2009 | D.B. | Reviewed updated cash flow budget and effective date cash analysis prepared by Zolfo Cooper dated as of 4/17/2009. | 0.5 |
| 4/27/2009 | M.M. | Discussed open issues with D. Berliner. | 0.2 |
| 4/27/2009 | M.S. | Reviewed cash flow forecast provided on April 24, 2009. | 1.2 |
| 4/27/2009 | M.S. | Discussions with D. Berliner regarding cash flow issues and disbursements. | 0.7 |
| 4/27/2009 | M.S. | Prepared analysis regarding Effective Date, cash flow and professional fees. | 2.7 |
| 4/27/2009 | M.S. | Correspondence regarding BDO professional fees and interim filings. | 0.2 |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/27/2009 | M.S. | Reviewed professional fee payments, for Debtors and Creditors professionals, to be made for the next 4 months. | 1.4 |
| 4/28/2009 | D.B. | Reviewed server information provided to prepare for conference call. | 0.2 |
| 4/28/2009 | D.B. | Reviewed draft of professional fee deferral analysis for counsel and prepared comments. | 0.7 |
| 4/28/2009 | M.M. | Reviewed information related to servers. | 0.2 |
| 4/28/2009 | M.M. | Discussed professional fee deferment schedule and reviewed cash "crunch" issues. | 0.7 |
| 4/28/2009 | M.M. | Reviewed previous updates to prepare outline of items to be discussed. | 0.2 |
| 4/28/2009 | M.S. | Reviewed and prepared cash flow and professional fee analysis for the period April through September. | 2.8 |
| 4/28/2009 | M.S. | Reviewed professional fee applications filed by the Debtors and Creditors' Committee. | 0.7 |
| 4/28/2009 | M.S. | Reviewed notes from weekly Debtors' conference call and revised memo to send to counsel. | 0.4 |
| 4/29/2009 | D.B. | Reviewed and finalized professional fee deferral analysis for counsel and e-mail to counsel. | 1.1 |
| 4/29/2009 | M.S. | Discussions with D. Berliner regarding cash flow and professional fees. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/29/2009 | M.S. | Analyzed cash flow and revised various cash flow scenarios based on several variables. | 3.2 |
| 4/29/2009 | M.S. | Prepared revised contact letter for employees. | 0.4 |
| 4/29/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding SEC. | 0.3 |
| 4/30/2009 | M.M. | Reviewed payroll register/ remaining employees for Debtor post 5/1/09. | 0.2 |
| 4/30/2009 | M.M. | Reviewed additional details related to deferment of professionals reviewed. | 0.4 |
| 4/30/2009 | M.S. | Reviewed professional fees and deferments. | 0.6 |
| | | **TOTAL:** | **75.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 8.9 | 590.00 | 5,251.00 |
| M. MICHAELIS (M.M.) | 14.5 | 375.00 | 5,437.50 |
| M. STEWART (M.S.) | 51.6 | 215.00 | 11,094.00 |
| **TOTAL:** | **75.0** | | **21,782.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2009 | D.B. | Prepared report for Hahn & Hessen based on conference call with Debtors and e-mail to counsel. | 1.1 |
| 4/2/2009 | D.B. | Reviewed e-mail to UCC from M. Indelicato re: signing of Bancorp APA. | 0.1 |
| 4/2/2009 | M.M. | Reviewed update of information from Counsel. | 0.2 |
| 4/2/2009 | M.S. | Discussions with and response to Debtors Counsel's inquiries regarding margin calls. | 1.4 |
| 4/3/2009 | D.B. | Reviewed e-mail from J. Zawadzki re: miscellaneous asset sale notices for sale of 2006 Hyundai and Domain Name. | 0.2 |
| 4/3/2009 | D.B. | Reviewed e-mail from Hahn & Hessen re: draft letter to potential informal Committee members re: Triad insurance issues; reviewed letter and e-mailed comments to counsel. | 0.5 |
| 4/7/2009 | M.M. | Correspondence with counsel and review of bonus and dividend information needed for D&O discussion. | 0.9 |
| 4/8/2009 | M.S. | Correspondences with counsel, D. Berliner and M. Michaelis regarding WL Ross claim. | 0.3 |
| 4/10/2009 | D.B. | E-mail from M. Indelicato to UCC re: case status. | 0.1 |
| 4/10/2009 | D.B. | Reviewed e-mail from M. Michaelis to Hahn & Hessen re: summary of call with Zolfo Cooper re: status. | 0.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/10/2009 | D.B. | Reviewed e-mail from J. McCahey re: tentative agreement with D&O Insurance Carrier. | 0.1 |
| 4/10/2009 | M.S. | Correspondence with counsel regarding 90 day payments. | 0.1 |
| 4/14/2009 | M.S. | Correspondence with counsel regarding causes of action investigation. | 0.6 |
| 4/15/2009 | D.B. | Reviewed e-mails with J. McCahey re: UCC investigation. | 0.1 |
| 4/15/2009 | D.B. | E-mail to Hahn & Hessen re: summary of call with Zolfo Cooper re: case status and issues. | 0.5 |
| 4/15/2009 | M.S. | Prepared e-mail to counsel regarding this morning's call with Zolfo Cooper. | 0.6 |
| 4/16/2009 | D.B. | Met with M. Indelicato and S. Beach re: case issues. | 0.2 |
| 4/16/2009 | M.S. | Discussions with counsel regarding report. | 0.2 |
| 4/20/2009 | D.B. | Reviewed e-mail from C. Jarvinen re: Triad and proposal letter and exhibit, prepared comments and e-mailed comments to counsel. | 0.8 |
| 4/22/2009 | D.B. | Telephone call and e-mails with M. Indelicato re: summary of call with Zolfo Cooper, professional fees and IT issues. | 0.8 |
| 4/23/2009 | D.B. | Telephone call and e-mails with M. Indelicato re: professional fee budget, cash needed to go effective, status for UCC call and WARN Act. | 0.8 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### April 1, 2009 to April 30, 2009

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/23/2009 | M.S. | Prepared for and call with counsel regarding professional fees. | 0.6 |
| 4/24/2009 | M.S. | Prepared for and call with counsel and Debtors regarding WARN. | 1.3 |
| 4/28/2009 | M.M. | Prepared memo for Counsel regarding Zolfo update call. | 0.7 |
| 4/29/2009 | D.B. | E-mails with M. Indelicato re: summary of BDO conference call with Zolfo Cooper and Debtors and professional fee issues. | 0.8 |
| 4/29/2009 | M.M. | Reviewed correspondence between counsel and BDO re: updates and Committee call, as well as current budget issues. | 0.2 |
| 4/30/2009 | D.B. | E-mails with Hahn & Hessen re: UCC investigation issues. | 0.1 |
| 4/30/2009 | D.B. | Reviewed memo from Hahn and Hessen re: potential D&O claims and prepared for UCC call. | 0.3 |
| | | **TOTAL:** | **13.7** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## I.      TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 6.6 | 590.00 | 3,894.00 |
| M. MICHAELIS (M.M.) | 2.0 | 375.00 | 750.00 |
| M. STEWART (M.S.) | 5.1 | 215.00 | 1,096.50 |
| **TOTAL:** | **13.7** | | **5,740.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

**J.    FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/9/2009 | M.M. | Accumulated, organized and prepared monthly data. | 0.8 |
| 4/10/2009 | M.M. | Accumulated, organized and prepared monthly data. | 1.4 |
| 4/13/2009 | M.M. | Accumulated, organized and prepared monthly data. | 2.4 |
| 4/14/2009 | N.V. | Reviewed and edited March 2009 time detail; updated project categories. | 0.9 |
| 4/15/2009 | M.M. | Revised 18th monthly application data. | 1.1 |
| 4/15/2009 | N.V. | Reviewed and edited March 2009 time detail; updated project categories. | 2.1 |
| 4/15/2009 | N.V. | Updated March 2009 monthly application. | 0.2 |
| 4/16/2009 | D.B. | Reviewed and approved 18th monthly application of BDO for compensation for services rendered as FA to UCC for March 2009 and Berliner declaration. | 1.6 |
| 4/17/2009 | M.M. | Revised monthly application and data. | 1.6 |
| 4/20/2009 | N.V. | Reviewed updated March 2009 monthly application. | 0.5 |
| 4/23/2009 | M.M. | Accumulated, organized and prepared monthly data. | 0.2 |
| | | **TOTAL:** | **12.8** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2009 to April 30, 2009**

## J.      FEE APPLICATIONS / MONTHLY STATEMENTS

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|-----:|-----:|-------------:|
| D. BERLINER (D.B.) | 1.6 | 590.00 | 944.00 |
| N. VANDERHOOP (N.V.) | 3.7 | 185.00 | 684.50 |
| M. MUFTUOGLU (M.M.) | 7.5 | 150.00 | 1,125.00 |
| **TOTAL:** | **12.8** | | **2,753.50** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
April 1, 2009 through April 30, 2009

1.   PHOTOCOPYING
     a.   Internal
     b.   External

2.   TELECOMMUNICATIONS
     a.   Toll Charges
     b.   Facsimile

3.   COURIER, FRIEGHT AND POSTAL SERVICES
     *For overnight and hand delivery to Counsel
     and Committee members*

4.   COURT REPORTER AND TRANSCRIPTS

5.   TECHNOLOGY SERVICES – *Concordance Database*      1,500.00
     *Monthly Hosting Fee*

6.   OUT-OF-TOWN TRAVEL
     a.   Transportation                                 364.00
     b.   Lodging                                        188.78
     c.   Meals

7.   OUTSIDE SERVICES

8.   LOCAL MEALS                                           56.52

9.   LOCAL TRANSPORTATION, TOLLS, MILEAGE
     AND PARKING – for cabs to/from meetings, car service
     *for employees working after 8:00 p.m. and local mileage
     using personal auto*

10.  MISCELLANEOUS – Internet Connection

     **TOTAL**                                        **$2,109.30**

*Details available upon request to BDO.