**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No 7309 |

**CERTIFICATE OF NO OBJECTION REGARDING EIGHTEENTH MONTHLY APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *ET AL.***, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2009 THROUGH MARCH 31, 2009  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Eighteenth Monthly Application of BDO Seidman, LLP, Financial Advisors to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period March 1, 2009 through March 31, 2009 [Docket No. 7309]* (the "Application") filed on April 22, 2009.  The undersigned further certifies that he has caused the review of the Court's docket in these jointly administered cases and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than May 12, 2009 at 4:00 p.m.

128189.01600/21787303v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtors are authorized to pay BDO Seidman, LLP $144,624.40, which represents 80% of the fees requested ($180,780.50) and $1,681.00 which represents 100% of the expenses requested in the Application for the period of March 1, 2009 through March 31, 2009 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    May 19, 2009                             **BLANK ROME LLP**

                                                   By:  */s/ David W. Carickhoff*
                                                        Bonnie Glantz Fatell (DE No. 3809)
                                                        David W. Carickhoff (DE No. 3715)
                                                        1201 Market Street, Suite 800
                                                        Wilmington, DE  19801
                                                        Telephone:  (302) 425-6400
                                                        Facsimile:  (302) 425-6464

                                                                   and

                                                        Mark S. Indelicato
                                                        Mark T. Power
                                                        Hahn & Hessen LLP
                                                        488 Madison Avenue
                                                        New York, NY  10022
                                                        Telephone:  (212) 478-7200
                                                        Facsimile:  (212) 478-7400

                                                        *Co-Counsel for the Official Committee of Unsecured Creditors*