IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                            :    Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :    Jointly Administered
     Debtors.                                                     :
                                                                  :    Ref. No. 7219
---------------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 7219

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Seventeenth Monthly Application of Weiner Brodsky Sidman Kider PC as an Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2009 through January 31, 2009 (the "Application") has been received. The Court's docket which was last updated May 19, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than April 21, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($12,664.00) of requested fees ($15,830.00) and 100% of requested expenses ($2,527.36) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       May 19, 2009

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    /s/ Ryan M. Bartley
                                    James L. Patton, Jr. (No. 2202)
                                    Joel A. Waite (No. 2925)
                                    Pauline K. Morgan (No. 3650)
                                    Sean M. Beach (No. 4070)
                                    Kenneth Enos (No. 4544)
                                    Margaret B. Whiteman (No. 4652)
                                    Ryan M. Bartley (No. 4950)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Counsel for Debtors and
                                    Debtors in Possession