IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
        Debtors.                                                   :
                                                                   :   Ref. No. 7255
------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 7255

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Eighteenth Monthly Application of Weiner Brodsky Sidman Kider PC as an Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period February 1, 2009 through February 28, 2009 (the "Application") has been received. The Court's docket which was last updated May 19, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than April 29, 2009 at 4:00 p.m.

DB02:6422273.18                                                                              066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($3,992.80) of requested fees ($4,991.00) and 100% of requested expenses ($45.20) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       May 19, 2009

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              /s/ Ryan M. Bartley
                              James L. Patton, Jr. (No. 2202)
                              Joel A. Waite (No. 2925)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Kenneth Enos (No. 4544)
                              Margaret B. Whiteman (No. 4652)
                              Ryan M. Bartley (No. 4950)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and
                              Debtors in Possession