## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Jointly Administered |
| Debtors. | **Objection Deadline: June 8, 2009, 4:00 p.m. (ET)**<br>**Hearing Date: TBD** |

### NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

The **Tenth Monthly Application of PricewaterhouseCoopers LLP as Tax Advisors for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period February 1, 2009 through March 31, 2009** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $26,607.00 and interim expenses in the amount of $83.70.

Objections to the Application, if any, are required to be filed on or before **June 8, 2009 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell), counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn: Joseph McMahon); (viii).

PLASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINSTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      May 19, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | Chapter 11 |
| In re: | |
| | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | Jointly Administered |
| Debtors. | **Objection Deadline: June 8, 2009** <br> **Hearing Date:  TBD** |

### TENTH MONTHLY APPLICATION OF
### PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR
### SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
### TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION
### FOR THE PERIOD FEBRUARY 1, 2009 THORUGH MARCH 31, 2009

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective February 12, 2008 by Order Entered March 27, 2008 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2009 through March 31, 2009[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $26,607.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $83.70 |

This is a:      X monthly     __ interim

The total time expended for fee application preparation is approximately 12.40 hours and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

the corresponding compensation requested is approximately $3,863.00.[3]

## SUMMARY OF FEE APPLICATIONS

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved | Approved Reduction |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/10/2008 [4624] | 02/14/2008-03/31/2008 | $66,589.50 | $0.00 | 07/09/08 [5025] | $66,589.50 | $0.00 | $0.00 |
| 2 | 06/10/2008 [4625] | 04/01/2008-04/30/2008 | $29,661.50 | $0.00 | 07/09/08 [5026] | $29,661.50 | $0.00 | $0.00 |
| 3 | 07/02/2008 [4973] | 05/01/2008-05/31/2008 | $13,985.00 | $0.00 | 07/31/08 [5284] | $13,985.00 | $0.00 | $0.00 |
| 4 | 08/21/2008 [5514] | 06/01/2008-07/31/2008 | $21,969.00 | $0.00 | 09/16/08 [5940] | $21,969.00 | $0.00 | $0.00 |
| 5 | 10/14/2008 [6227] | 08/01/2008-08/31/2008 | $48,781.50 | $0.00 | 11/07/08 [6533] | $48,781.50 | $0.00 | 0.00 |
| 6 | 10/22/2008 [6412] | 09/01/2008-09/30/2008 | $43,652.00 | $159.20 | 11/13/08 [6577] | $43,652.00 | $159.20 | 0.00 |
| 7 | 11/26/2008 [6639] | 10/01/2008-10/31/2008 | $18,465.00 | $0.00 | 12/18/08 [6756] | $18,465.00 | $0.00 | 0.00 |
| **Fourth Interim Fee Period** | | | | | | | | |
| 8 | 12/18/2008 [6759] | 11/01/2008-11/30/2008 | $8,855.00 | $0.00 | 01/12/09 [6833] | | | |
| 9 | 02/24/2009 [7048] | 12/01/2009-01/31/2009 | $47,115.50 | $128.72 | 3/18/09 [7121] | | | |
| 10 | 05/19/2009 [TBD] | 02/01/2009-03/31/2009 | $26,607.00 | $83.70 | | | | |
| **Total** | | | **$325,681.00** | **$ 371.62** | | **$243,103.50** | **$ 159.20** | **$  0.00** |

This is the tenth fee application filed by PricewaterhouseCoopers LLP.

## <u>SUMMARY BY PROJECT CATEGORY</u>

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 57.40 | $22,744.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *57.40* | *$22,744.00* |
| | | |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 12.40 | $3,863.00 |
| *Total Hours and Compensation for Fee/Employment Applications* | *12.40* | *$3,863.00* |
| | | |
| **Grand Total Hours and Compensation** | **69.80** | **$26,607.00** |

---

[3] This fee application was completed in April 2009 and the corresponding hours and fees will be billed to the Debtors within that monthly fee invoice.

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

Chapter 11

In re:

Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[4]

Jointly Administered

Debtors.

**Objection Deadline: June 8, 2009**
**Hearing Date:  TBD**

**SUPPLEMENT TO THE TENTH MONTHLY APPLICATION OF
PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FEBRUARY 1, 2009 THROUGH MARCH 31, 2009**

PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), herby submits this Tenth

Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services

Rendered and Reimbursements of Expenses as Tax Advisors for the Debtors and Debtors in

Possession for the period February 1, 2009 through March 31, 2009 (the "Application"),

pursuant to sections 327, 328, 329, 330 and 331 of title 11 of the United States Code, 11 U.S.C.

§§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice

and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), the Administrative Order Establishing Procedures for Interim Compensation and

---

[4] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the

Bankruptcy Code (the "Administrative Order"), and the Guidelines for Reviewing Applications

for Compensation and Reimbursement of Expenses promulgated by the Executive Office of the

United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Application, PricewaterhouseCoopers, as tax advisors for the Debtors, seeks interim

allowance and payment of compensation for tax advising services performed and expenses incurred

during the period commencing January 1, 2009 through March 31, 2009 (the "Compensation

Period"). In support hereof, PricewaterhouseCoopers respectfully represents the following:

## BACKGROUND

1.     On August 6, 2007 (the "Petition Date") each of the Debtors filed with this Court

a voluntary petition for relief under the Bankruptcy Code. Each Debtor is continuing to operate

its business and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.

2.     The Debtors' cases have been consolidated for procedural purposes only and are

being jointly administered pursuant to an order of this Court.

3.     On August 14, 2007, the United States Trustee for the District of Delaware

appointed an Official Committee of Unsecured Creditors (the "Committee"). No trustee or

examiner has been appointed.

4.     On April 30, 2008, the Debtors filed the *Application of the Debtors for an Order*

*Pursuant to Sections 327(a) and 327(b) of the Bankruptcy Code Authorizing the Employment*

*and Retention of PricewaterhouseCoopers LLP as Tax Advisors to the Debtors, Nunc Pro Tunc*

*to April 1, 2008* (the "Employment Application"). PricewaterhouseCoopers was requested by

the Debtors based upon the wealth of experience in providing accounting, tax and advisory

4

services in various restructurings and reorganizations and historically provided tax advisory

services to the Debtors.

     5.      On March 27, 2008, this Court approved the retention of PricewaterhouseCoopers

as tax advisors to the Debtors by entering the *Order Pursuant to Sections 327(a) and 328(b) of*

*the Bankruptcy Code Authorizing Debtors' Employment and Retention of*

*PricewaterhouseCoopers LLP as Debtors' Tax Advisors, Nunc Pro Tunc to April 1, 2008* (the

"Retention Order")

### RELIEF REQUESTED

     6.      On September 3, 2007, this Court entered the Administrative Order.  Pursuant to

the procedures set forth in the Administrative Order, professionals may request monthly

compensation and reimbursement, and the Notice Parties (as defined in the Administrative

Order) may object to such requests.  If an objection to a professional's request is not filed and

served within twenty (20) days, the professional may file a certificate of no objection with the

Court, after which the Debtors shall be authorized to pay such professional an amount equal to

80% of the fees and 100% of the expenses requested in the Monthly Fee Application.

     7.      Furthermore, the Administrative Order provides that professionals are to file and

service upon notice parties an interim request (an "Interim Fee Application") for interim Court

approval and allowance of the monthly fee applications during the interim fee period covered by

the Interim Fee Application.

     8.      PricewaterhouseCoopers is filing the attached fee statement (the "Statement") for

compensation for professional services rendered and reimbursement of disbursements made in

these cases during the Compensation Period. The Statement contains detailed time logs

describing the actual and necessary services provided by PricewaterhouseCoopers during the

covered period, as well as other detailed information required to be included in fee applications. The Statement is comprised of several exhibits which are attached hereto as **Exhibit A**:

-   Exhibit A-1, provides a summary of the fees and expenses by project category;

-   Exhibit A-2, provides the name and position of each professional, cumulative hours worked during the Compensation Period, hourly billing rates for the hourly compensation, and the corresponding fees requested; and

-   Exhibit A-3, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity.

-   Exhibit A-4, provides the details of the expenses for each professional.

## DESCRIPTION OF SERVICES RENDERED

9.      PricewaterhouseCoopers professionals categorized their time devoted to this matter on behalf of the Debtors' estates to various project categories.  These professional services are described below:

| Project Category and Task Code | Hours | Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 57.40 | $22,744.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *57.40* | *$22,744.00* |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 12.40 | $3,863.00 |
| *Total Hours and Compensation for Fee/Employment Applications* | *12.40* | *$3,863.00* |
| **Grand Total Hours and Compensation** | **69.80** | **$26,607.00** |

## Tax Advisory Services

**Tax Consulting Services - 57.40 hours - $22,744.00**

10.      During the Compensation Period, PricewaterhouseCoopers professionals performed the following:  Followed up with the State of New Jersey regarding the Sales & Use Tax audit, provided additional schedules to the State, held conference calls with the auditor, and participated in a meeting with the auditor.  Held follow up calls with the State regarding the interest calculation on the assessment.  Also, held discussions with the State of New York

regarding the mortgage recording tax and the conciliation conference and drafted a response to the State IDR.

## Bankruptcy Requirements and Obligations

**Monthly, Interim and Final Fee Applications - 12.40 hours - $3,863.00**

11.     PricewaterhouseCoopers bankruptcy professionals finalized the ninth fee application submission (December 2008 and January 2009).

## ALLOWANCE FOR COMPENSATION

12.     At this time, PricewaterhouseCoopers is seeking compensation equal to eighty percent (80%) of the $26,607.00 in fees for professional services rendered by PricewaterhouseCoopers during the Compensation Period as tax advisors to the Debtors in these chapter 11 cases, and one hundred percent (100%) of the $83.70 in expenditures incurred by PricewaterhouseCoopers professionals associated with the services provided to the Debtors, for a total of $21,369.30.

13.     PricewaterhouseCoopers charged and now requests those fees that are reasonable and customary and charged by most tax advisors in this marketplace for similar Chapter 11 cases. The billing rates set forth in the various summaries of professionals and paraprofessionals rendering services during the covered period represent customary rates that are routinely billed to PricewaterhouseCoopers' many clients. The compensation requested in this Application does not exceed the reasonable value of the services rendered.

14.     This Application covers the period from February 1, 2009 through and including March 31, 2009. Although every effort was made to include all fees and expenses form the covered period in this application, some fees and/or expenses from the covered period might not

7

be included in this fee application due to delays in processing time and receipt of invoices for

expenses and/or for preparation for the instant application subsequent to the covered period.

Accordingly, PricewaterhouseCoopers reserves the right to make further applications for

allowance of fees and expenses not included herein.  This Application is also made without

prejudice to the PricewaterhouseCoopers' right to seek further interim allowances and/or a final

allowance of compensation in the future in accordance with the Retention Order and the

Administrative Order.

16.    No agreement or understanding prohibited by section 504 of the Bankruptcy Code

exists between PricewaterhouseCoopers and any other person for sharing of compensation

received or to be received for services rendered in or in connection with these chapter 11 cases,

not shall PricewaterhouseCoopers share or agree to share the compensation paid or allowed for

the Debtors' estates for such services with any other person in contravention of section 504 of the

Bankruptcy Code. No agreement or understanding prohibited by 18 U.S.C. § 155 had been made

by PricewaterhouseCoopers.

## CERTIFICATE OF COMPLIANCE AND WAIVER

16.    To The best of their knowledge, PricewaterhouseCoopers believes that the instant

application and the description of services set forth herein of work performed are in compliance

with the requirements of Delaware Local Rule 2016-2, the Administrative Order, and the

applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy

8

Procedure, and the Executive Office for the United States Trustees.

WHEREFORE PricewaterhouseCoopers respectfully requests approval and payment of (a) interim compensation for professional services rendered as tax advisors for the Debtors in the sum of $26,607.00 incurred during the Compensation Period, less a twenty percent (20%) holdback in the amount of $5,321.40, total fee award in the amount of $21,285.60; (b) reimbursement of actual and necessary expenses incurred in the sum of $83.70; and (c) such other and further relief as is just and proper.

Dated: May  8 , 2009
New York, New York

Thomas Geppel, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017
Telephone: (646) 471-3000

*Tax Advisors to the Debtors*

9

## VERIFICATION OF FEE APPLICATION

STATE OF NEW YORK      )
                                          )  ss:
COUNTY OF NEW YORK  )

Thomas Geppel hereby respectfully certifies and verifies as follows:

1.      I am a Partner in the applicant firm, PricewaterhouseCoopers LLP.

2.      I have personally supervised many of the tax services and other hourly services rendered by PricewaterhouseCoopers LLP, as tax advisors to the Debtors and am familiar with all other work performed on behalf of the Partners and professionals in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

THOMAS GEPPEL, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017

SWORN TO AND SUBSCRIBED before
me this 8th day of May 2009.

Notary Public

JUANA CRUZ
Notary Public, State of New York
No. 01CR5080926
Qualified in Nassau County
Commission Expires June 23, 20 11

My Commission Expires: _____

**American Home Mortgage Holdings, et al (Case 07-11047)**        **Exhibit A-1**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary by Project Category**
**For the Period February 1, 2009 through March 31, 2009**

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 57.40 | $22,744.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *57.40* | *$22,744.00* |
| | | |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 12.40 | $3,863.00 |
| *Total Hours and Compensation for Fee/Employment Applications* | *12.40* | *$3,863.00* |
| | | |
| **Grand Total Hours for and Compensation** | **69.80** | **$26,607.00** |

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**          **Exhibit A-2**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Summary of Professionals**
**For the Period February 1, 2009 through March 31, 2009**

| Professional | Rate | Hours | Total Fees |
|---|---|---|---|
| **Partner** | | | |
| Jack Rothstein | $700 | 1.00 | $700.00 |
| Thomas Geppel | $700 | 4.00 | $2,800.00 |
| **Senior Managing Director** | | | |
| John A Verde | $585 | 3.50 | $2,047.50 |
| **Director** | | | |
| Gregory Fetter | $485 | 8.50 | $4,122.50 |
| Iris M Kitamura | $485 | 9.30 | $4,510.50 |
| **Manager (Bankruptcy)** | | | |
| Andrea Clark Smith | $400 | 1.60 | $640.00 |
| **Senior Associate** | | | |
| Christos Vorillas | $285 | 29.10 | $8,293.50 |
| **Senior Associate (Bankruptcy)** | | | |
| Shonda M Finseth | $290 | 10.20 | $2,958.00 |
| **Associate** | | | |
| Cosimo A Zavaglia | $205 | 2.50 | $512.50 |
| **Associate (Bankruptcy)** | | | |
| Subashi M Stendahl | $225 | 0.10 | $22.50 |
| **Grand Total Hours and Compensation** | | **69.80** | **$26,607.00** |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
Detail of Professional Services by Date
For the Period February 1, 2009 through March 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 2/2/2009 | Iris M Kitamura | Director | Follow up with C. Vorillas (PwC) regarding information for the 2007 audit. | $485.00 | 0.10 | $48.50 |
| 2/4/2009 | Christos Vorillas | Senior Associate | Sent schedules to NJ auditors for review. | $285.00 | 0.20 | $57.00 |
| 2/5/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Review the December 2008 and January 2009 time descriptions. | $290.00 | 3.30 | $957.00 |
| 2/5/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Import the December 2008 and January 2009 WIP hours into the consolidator and review the WIP quantity. | $290.00 | 0.70 | $203.00 |
| 2/6/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Review the December 2008 and January 2009 consolidator. | $400.00 | 0.10 | $40.00 |
| 2/6/2009 | Christos Vorillas | Senior Associate | Discuss mortgage recording tax with the NYS auditor and held meeting with the client and J. Verde (PwC) regarding the NYS conciliation conference. | $285.00 | 1.00 | $285.00 |
| 2/6/2009 | John A Verde | Senior Managing Director | Discuss mortgage recording tax with the NYS auditor and held meeting with the client and C. Vorillas (PwC) regarding the NYS conciliation conference. | $585.00 | 1.00 | $585.00 |
| 2/6/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Review the December 2008 and January 2009 time descriptions. | $290.00 | 1.80 | $522.00 |
| 2/9/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Review the December 2008 and January 2009 consolidator and status. | $400.00 | 0.10 | $40.00 |
| 2/9/2009 | Iris M Kitamura | Director | Review the 2007 revised schedules from C. Vorillas (PwC) and follow up with the NJ Division of Taxation. | $485.00 | 0.50 | $242.50 |
| 2/9/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Prepare the December 2008 and January 2009 monthly fee application exhibits. | $290.00 | 2.00 | $580.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP – Tax Advisor**
**Detail of Professional Services by Date**
**For the Period February 1, 2009 through March 31, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 2/10/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Review the December 2008 January 2009 fee statement. | $400.00 | 0.60 | $240.00 |
| 2/10/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Update the consolidator and create the expense exhibit. | $290.00 | 1.30 | $377.00 |
| 2/10/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Update the monthly fee application based upon feedback from A. Clark Smith (PwC). | $290.00 | 0.30 | $87.00 |
| 2/11/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Review the final draft January 2009 fee statement. | $400.00 | 0.20 | $80.00 |
| 2/11/2009 | Iris M Kitamura | Director | Conference call with P. Okafor (NJ Auditor) regarding additional information requested. | $485.00 | 0.30 | $145.50 |
| 2/11/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Prepare e-mail to G. Fetter (PwC) to review final documents. | $290.00 | 0.10 | $29.00 |
| 2/12/2009 | Christos Vorillas | Senior Associate | Review information received from the client and sent to NJ auditor for review of tax liability. | $285.00 | 0.30 | $85.50 |
| 2/13/2009 | Christos Vorillas | Senior Associate | Draft response to state IDR and research mortgage backed securities and the securitization process for response. | $285.00 | 3.00 | $855.00 |
| 2/13/2009 | John A Verde | Senior Managing Director | Review NYS IDR responses. | $585.00 | 1.00 | $585.00 |
| 2/17/2009 | Christos Vorillas | Senior Associate | Review client changes of NYS IDR response for the conciliation conference. | $285.00 | 0.50 | $142.50 |
| 2/18/2009 | Christos Vorillas | Senior Associate | Prepare for meeting with I. Kitamura (PwC) and the NJ auditors. | $285.00 | 0.30 | $85.50 |
| 2/18/2009 | Iris M Kitamura | Director | Review status of the NJ audit. | $485.00 | 0.10 | $48.50 |

Exhibit A-3

**American Home Mortgage Holdings, Inc, et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Detail of Professional Services by Date**
**For the Period February 1, 2009 through March 31, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 2/18/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Update the January 2009 narrative and post final documents for A. Clark Smith (PwC) to review. | $290.00 | 0.30 | $87.00 |
| 2/19/2009 | Christos Vorillas | Senior Associate | Schedule meeting with the NJ auditors and e-mail the client to determine status of the backup for mortgage return taxes and the NY conciliation. | $285.00 | 0.30 | $85.50 |
| 2/19/2009 | Gregory Fetter | Director | Review the monthly fee application. | $485.00 | 0.50 | $242.50 |
| 2/20/2009 | Christos Vorillas | Senior Associate | Discussion with P. Okafor (NJ Auditor) regarding worksheet and comments. | $285.00 | 0.20 | $57.00 |
| 2/20/2009 | John A Verde | Senior Managing Director | Review status of the NYS audit and response to IDR's. | $585.00 | 0.50 | $292.50 |
| 2/20/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Prepare the January 2009 documents for filing and coordinate T. Geppel's (PwC) signature. | $290.00 | 0.20 | $58.00 |
| 2/20/2009 | Subashi M Stendahl | Associate (Bankruptcy) | Incorporating signature to be distributed to counsel. | $225.00 | 0.10 | $22.50 |
| 2/23/2009 | Christos Vorillas | Senior Associate | Review changes and final check made on the AHM NJ tax schedule to send to the NJ auditor. | $285.00 | 1.30 | $370.50 |
| 2/23/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Distribute the final fee statement. | $290.00 | 0.20 | $58.00 |
| 2/24/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Review final AHM December 2008 and January 2009 invoice. Distribute to Debtors Counsel for Court filing. | $400.00 | 0.40 | $160.00 |
| 2/24/2009 | Christos Vorillas | Senior Associate | Review the NJ audit schedules and perform modifications. | $285.00 | 1.70 | $484.50 |
| 2/25/2009 | Christos Vorillas | Senior Associate | Review the NJ sales and use tax spreadsheet with G. Fetter (PwC). | $285.00 | 1.50 | $427.50 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Detail of Professional Services by Date**
For the Period February 1, 2009 through March 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 2/25/2009 | Gregory Fetter | Director | Review the NJ sales and use tax spreadsheet with C. Vorillas (PwC). | $485.00 | 1.50 | $727.50 |
| 2/26/2009 | Christos Vorillas | Senior Associate | Made changes to the schedule for the NJ auditors. | $285.00 | 1.00 | $285.00 |
| 2/26/2009 | Christos Vorillas | Senior Associate | Review revised audit schedule and discuss with I. Kitamura (PwC). | $285.00 | 0.50 | $142.50 |
| 2/26/2009 | Iris M Kitamura | Director | Review revised audit schedule and discuss with C. Vorillas (PwC). | $485.00 | 0.50 | $242.50 |
| 3/2/2009 | Iris M Kitamura | Director | Follow up with P. Okafor (NJ Auditor) and review revised spreadsheets per the assessment. | $485.00 | 0.50 | $242.50 |
| 3/4/2009 | Christos Vorillas | Senior Associate | Review mortgage documents to accompany the NYS IDR response prepared. | $285.00 | 0.20 | $57.00 |
| 3/10/2009 | Christos Vorillas | Senior Associate | Review mortgage documents to make available to the NYS for the Conciliation conference. | $285.00 | 2.00 | $570.00 |
| 3/11/2009 | Christos Vorillas | Senior Associate | Print material for meeting with NJ auditors tomorrow. | $285.00 | 0.50 | $142.50 |
| 3/11/2009 | Iris M Kitamura | Director | Review printed material for meeting with NJ auditors tomorrow. | $485.00 | 1.20 | $582.00 |
| 3/12/2009 | Christos Vorillas | Senior Associate | Meeting with the NJ auditors, G. Fetter and I. Kitamura (both PwC) to discuss the settlement and methodology of the NJ sales and use tax audit. | $285.00 | 3.50 | $997.50 |
| 3/12/2009 | Christos Vorillas | Senior Associate | Prepare for meeting with the NJ auditors. | $285.00 | 1.70 | $484.50 |
| 3/12/2009 | Gregory Fetter | Director | Meeting with the NJ auditors, C. Vorillas and I. Kitamura (both PwC) to discuss the settlement and methodology of the NJ sales and use tax audit. | $485.00 | 3.50 | $1,697.50 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
Detail of Professional Services by Date
For the Period February 1, 2009 through March 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 3/12/2009 | Iris M Kitamura | Director | Meeting with the NJ auditors, C. Vorillas and G. Fetter (both PwC) to discuss the settlement and methodology of the NJ sales and use tax audit. | $485.00 | 3.50 | $1,697.50 |
| 3/12/2009 | Jack Rothstein | Partner | Review documents for the NJ auditor meeting. | $700.00 | 1.00 | $700.00 |
| 3/12/2009 | Thomas Geppel | Partner | Recap from meeting with the NJ auditors. | $700.00 | 2.00 | $1,400.00 |
| 3/16/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Review the February 2009 fee statements/WIPs and email G. Fetter (PwC) regarding postponement until next month. | $400.00 | 0.20 | $80.00 |
| 3/17/2009 | Christos Vorillas | Senior Associate | Review mortgages and discussion with G. Fetter (PwC) to review the e-mail received from the NJ auditor and recomputed the sales and use tax interest using the petition date. | $285.00 | 2.50 | $712.50 |
| 3/17/2009 | Gregory Fetter | Director | Review mortgages and discussion with C. Vorillas (PwC) to review the e-mail received from the NJ auditor and recomputed the sales and use tax interest using the petition date. | $485.00 | 2.50 | $1,212.50 |
| 3/17/2009 | Iris M Kitamura | Director | Review workpapers and follow up with the NJ amnesty and application to audit assessment. | $485.00 | 1.00 | $485.00 |
| 3/17/2009 | Thomas Geppel | Partner | Discussions on the NJ interest calculation and review of the mortgage recording tax. | $700.00 | 2.00 | $1,400.00 |
| 3/18/2009 | Christos Vorillas | Senior Associate | Calculate new interest on NJ audit using the filing date for calculating interest and penalties. | $285.00 | 0.50 | $142.50 |
| 3/18/2009 | Iris M Kitamura | Director | Call from the P. Okafor (NJ Auditor) to discuss audit workpapers. | $485.00 | 0.60 | $291.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Detail of Professional Services by Date**
**For the Period February 1, 2009 through March 31, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 3/20/2009 | Christos Vorillas | Senior Associate | Review mortgage information provided by S. Lyons (PwC). | $285.00 | 0.70 | $199.50 |
| 3/23/2009 | Christos Vorillas | Senior Associate | Review mortgage information delivered, research underwriting responsibility of banks, and discussions with NJ auditor regarding bankruptcy. | $285.00 | 1.60 | $456.00 |
| 3/24/2009 | Christos Vorillas | Senior Associate | Communications with the NJ auditor and update client on progress of the NYS and NJ audits. | $285.00 | 0.60 | $171.00 |
| 3/24/2009 | Gregory Fetter | Director | Review NJ auditors response to the interest calculation. | $485.00 | 0.50 | $242.50 |
| 3/24/2009 | Iris M Kitamura | Director | Follow up with NJ Division of Taxation and revise workpapers; interest calculation. | $485.00 | 0.50 | $242.50 |
| 3/27/2009 | Christos Vorillas | Senior Associate | Discussions with R. Flatch (NJ Auditor) concerning the NJ audits and brief G. Fetter and I. Kitamura (both PwC) regarding the CBT, unemployment, and the sales and use tax NJ audits. | $285.00 | 1.00 | $285.00 |
| 3/31/2009 | Christos Vorillas | Senior Associate | Met with C. Zavaglia (PwC) to discuss document review and began to review documents and print them for auditor. | $285.00 | 2.50 | $712.50 |
| 3/31/2009 | Cosimo A Zavaglia | Associate | Met with C. Vorillas (PwC) to discuss document review and began to review documents and print them for auditor. | $205.00 | 2.50 | $512.50 |
| 3/31/2009 | Iris M Kitamura | Director | Call to NJ Division of Taxation to discuss waiver of one-half of interest. | $485.00 | 0.50 | $242.50 |
| 3/31/2009 | John A Verde | Senior Managing Director | Review NY IDR responses. | $585.00 | 1.00 | $585.00 |
| **Grand Total Hours and Compensation** | | | | | **69.80** | **$26,607.00** |

Exhibit A-4

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Detail of Expenditures by Professional**
**For the Period February 1, 2009 through March 31, 2009**

| Expense Date | Personnel | Transaction Type | Description | Total Expenses |
|---|---|---|---|---|
| 3/12/2009 | Christos Vorillas | Public/ground transportation | Public transportation charge to attend meeting with NJ Auditor. | $17.70 |
| 3/12/2009 | Christos Vorillas | Mileage Allowance | Mileage charge to attend meeting with the NJ auditor. | $66.00 |
| **Total Expenditures** | | | | **$83.70** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.