# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 5/19/09 @ 10:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert J. Moore, Fred Neufeld (telephonic) | Milbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Jeffrey Zawadzki | Hahn & Hessen | Official Committee of Unsecured Creditors |
| John Dorsey | Young Conaway | Debtors |
| Curtis Crowther | Young Conaway | " |
| Michelle Sudoeak | Debtors | " |
| Simon Sakamoto | Debtors | " |
| Damien Voulo | " | " |
| Ronnie Clayton | " | " |
| Jason Harbour | Hunton & Williams | Calyon |
| Bryan Ackerly | Hunton & Williams | Calyon |
| Michael Brinkell | Womble Carlyle | Calyon |
| Gabriel mcconaill | Potter Anderson & Corroon | Bank of America |
| Tom Rice | Hunton & Williams | Calyon |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**