# SIGN - IN - SHEET

**CASE NAME: American Home Mortgage**
**CASE NO: 07-11047 (CSS)**

**COURTROOM LOCATION: 6**
**DATE: 5/20/09 @ 9:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Zawadzki    (telephonic) | Hahn & Hessen | Official Committee of Unsecured Creditors |
| John Dorsey | King Consulting | Abbson |
| Curtis Crawford | '' | '' |
| Michelle Bobieak | '' | '' |
| Jennie Voss | Al Green | '' |
| Simon Fukumoto | '' | '' |
| Ben Ackerly | Hunton & Williams | College New York Branch |
| Jason Northern | '' | '' |
| Mike Busenkell | Womble Carlyle | '' |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**