IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :    Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :    Jointly Administered
        Debtors.                                                         :
                                                                         :    Ref. No. 7320
------------------------------------------------------------------------ x

### CERTIFICATE OF NO OBJECTION TO APPLICATION
### RE: DOCKET NO. 7320

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to Sixth Monthly Application of Traxi, LLC as

Special Regulatory Counsel for the Debtors and Debtors-in-Possession for Allowance of

Compensation and Reimbursement of Expenses Incurred for the Interim Period March 1, 2009

through March 31, 2009 (the "Application"). The Court's docket which was last updated May

20, 2009, reflects that no objections to the Application have been filed. Objections to the

Application were to be filed and served no later than May 14, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures

for Interim Compensation and Reimbursement of Expenses of Professionals entered on

September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($28,466.40)

of requested fees ($35,583.00) and 100% of requested expenses ($156.00) on an interim basis

without further Court order.


Dated: Wilmington, Delaware
       May 20, 2009

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP


                               */s/ Ryan M. Bartley*
                            James L. Patton, Jr. (No. 2202)
                            Joel A. Waite (No. 2925)
                            Pauline K. Morgan (No. 3650)
                            Sean M. Beach (No. 4070)
                            Ryan M. Bartley (No. 4985)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253


                            Counsel for Debtors and
                            Debtors in Possession