IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
    Debtors.                                                           :
---------------------------------------------------------------------- x

## SEVENTH MONTHLY APPLICATION OF
## TRAXI, LLC AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE
## DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
## FOR THE INTERIM PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009

| | |
|---|---|
| Name of Applicant: | TRAXI, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Order dated October 2, 2008, nunc pro tunc to September 10, 2008 |
| Period for which compensation and reimbursement is sought: | April 1, 2009 through April 30, 2009 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $31,938.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $159.00 |

This is an:  __X__ interim   ____ final application

This application includes 1.0 hour and $525.00 in fees incurred in connection with the preparation of Fee Applications.

Prior applications:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed / Docket No. | Period Covered | Fees ($) | Expenses($) | Fees | Expenses |
| 11-24-08 /6622 | 10-1-08 to 10-31-08 | $95,650.00 | $9,982.00 | $76,520.00 | $9,982.00 |
| 12-9-08 /6720 | 11-1-08 to 11-30-08 | $34,747.00 | $607.00 | $27,797.60 | $607.00 |
| 1-20-09/6865 | 12-1-08 to 12-31-08 | $24,400.00 | $3,181.80 | $19,520.00 | $3,181.80 |
| 2-24-09/7049 | 1-1-09 to 1-31-09 | $32,728.00 | $122.70 | $26,182.40 | $122.70 |
| 3-19-09/7127 | 2-1-09 to 2-28-09 | $33,575.00 | $4,970.00 | $26,860.00 | $4,970.00 |
| 4-24-09/7320 | 3-1-09 to 3-31-09 | $35,583.00 | $156.00 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
|  |  |  |  |  |
| Thomas A. Korf | Managing Director | $525 | 58.0 | $30,450.00 |
| Peter Hoberman | Director | $400 | 2.0 | $800.00 |
| Chris Koler | Analyst | $125 | 5.5 | $688.00 |
|  |  |  |  |  |
| Grand Total: |  |  | 65.5 | $31,938.00 |
| Blended Rate: |  | $487.60 |  |  |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
|  |  |  |
| Due Diligence (35) | 7.5 | $1,738.00 |
| Litigation and Support Services (47) | 48.2 | $25,055.00 |
| Preparation for and Meeting with Debtor's Counsel (114) | 2.3 | $1,208.00 |
| Preparation of Monthly Bills/Fee Applications (39) | 1.0 | $525.00 |
| Preparation/Review Reports (67) | 6.5 | $3,413.00 |
|  |  |  |
| TOTALS | 65.5 | $31,938.00 |

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
| Supplies | $41.00 |
| Telecommunication | $52.00 |
| Working Team Meal | $66.00 |
| TOTAL | $159.00 |

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
| Supplies | $41.00 |
| Telecommunication | $52.00 |
| Working Team Meal | $66.00 |
| TOTAL | $159.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
        Debtors.                                                       :
---------------------------------------------------------------------- x

## SEVENTH MONTHLY APPLICATION OF TRAXI, LLC AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Financial Advisory firm of Traxi, LLC (hereinafter "Traxi") hereby moves this Court for reasonable compensation for financial advisory services rendered to American Home Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $31,938.00 together with reimbursement for actual and necessary expenses incurred in the amount of $159.00 for the interim period April 1, 2009 through April 30, 2009 (the "Interim Fee Period"). In support of its Application, Traxi respectfully represents as follows:

1.      Traxi was employed to represent the Debtors as special litigation financial advisor in connection with this chapter 11 case effective nunc pro tunc as of September 10, 2008, pursuant to an Order entered by this Court on October 2, 2008. The Order authorized Traxi to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.      All services for which compensation is requested by Traxi were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3.  Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $31,938.00 due for fees. Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $159.00 for reimbursement of expenses.

4.  The services rendered by Traxi during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.  Traxi has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $159.00. This disbursement sum is broken down into categories of charges, including, among other things, travel to Delaware for meetings with counsel in connection with the litigation involving American Home Mortgage Servicing, Inc. ("AMHSI"). A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

6.  Pursuant to Local Rule 2016-2, Traxi represents that its rate for duplication is $.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7.  Professionals of Traxi have expended a total of 65.5 hours in connection with this matter during the Interim Fee Period.

2

8. The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are Traxi's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Traxi for the Interim Fee Period as counsel for the Debtors in these cases is $31,938.00.

9. Traxi believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11. This Application covers the Interim Fee Period April 1, 2009 through April 30, 2009.

WHEREFORE, Traxi requests that allowance be made to it in the sum of $31,938.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $159.00 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
      May 19th, 2009

                                   TRAXI, LLC

                                   */s/ Thomas A. Korf*
                                   Thomas A. Korf
                                   Tower 45, 6th Floor
                                   120 West 45th Street
                                   New York, New York 10036
                                   Telephone: (212) 810 - 2739
                                   Facsimile: (212) 465 - 1919

                                   Special Litigation Financial Advisor for Debtors and
                                   Debtors in Possession

## VERIFICATION

STATE OF DELAWARE   )
                    )   SS:
NEW CASTLE COUNTY   )

Thomas A. Korf, after being duly sworn according to law, deposes and says:

1. I am a Managing Director in the applicant firm, Traxi, LLC.

2. I have personally performed many of the financial advisory services rendered by Traxi, LLC, as special litigation financial advisor to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
THOMAS A. KORF

SWORN TO AND SUBSCRIBED before me this 19th day of May, 2009.

_____
Notary Public
My Commission Expires: 10/21/11

SHERRI WEINSTEIN
Notary Public, State of New York
No. 01WE6090906
Qualified New York County
Commission Expires October 21, 2011

# EXHIBIT A

**American Home Mortgage Post**
Summary of Fees
4/1/2009 through 4/30/2009



| Professional | Level | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| *Corporate Restructuring* | | | | |
| Thomas Korf | Managing Director | $525 | 58.0 | $30,450 |
| Peter Hoberman | Director | $400 | 2.0 | $800 |
| Chris Koler | Analyst | $125 | 5.5 | $688 |
| Sub-Total | | | 65.5 | $31,938 |
| Total | | | 65.5 | $31,938 |

| | |
|---|---|
| Gross Professional Fees | $31,938 |
| Less: 0% Holdback | $0 |
| **NET PROFESSIONAL FEES** | $31,938 |

# American Home Mortgage Post

## Summary by Activity



| | ACTIVITY | TIME SPENT | FEES |
|---|---|---|---|
| 35 | Due Diligence | 7.5 | $1,738 |
| 47 | Litigation support services | 48.2 | $25,055 |
| 114 | Preparation and Meeting with Debtor and counsel | 2.3 | $1,208 |
| 39 | Preparation of monthly interim billing and/or fee application | 1.0 | $525 |
| 67 | Preparation/review of reports, including: U.S. Trustee Reports and Flash Reports | 6.5 | $3,413 |
| | | 65.5 | $31,938 |

Note: Travel time is billed at half of Applicant's normal hourly billing rates.

# American Home Mortgage Post

Time Descriptions for Professional: Thomas Korf



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 4/2/2009 | 1.0 | 35 | 38342 | Call with G. Burke re: loan level variances and the compare file columns |
| 4/2/2009 | 5.0 | 47 | 38343 | Reviewing the loan level variances binder with the investigation and supporting documentation results received from AHMSI and A&M - recording memo notes on the same |
| 4/3/2009 | 5.0 | 47 | 38344 | Reviewing the loan level variances binder with the investigation and supporting documentation results received from AHMSI and A&M - recording memo notes on the same |
| 4/6/2009 | 3.0 | 47 | 38345 | Reviewing the loan level variances binder with the investigation and supporting documentation results received from AHMSI and A&M - recording memo notes on the same |
| 4/7/2009 | 2.5 | 47 | 38347 | Reviewing the loan level variances binder with the investigation and supporting documentation results received from AHMSI and A&M - recording memo notes on the same |
| 4/7/2009 | 0.5 | 114 | 38346 | Call with Zieg re: status update and her specific questions on AHSMI Binder #2 and our memo |
| 4/8/2009 | 1.7 | 47 | 38350 | Compiling the Summary Schedule of Potential Offsets as of April 8, 2009 |
| 4/8/2009 | 0.5 | 114 | 38349 | Call with S Zieg re: questions on the Summary Schedule of Potential Offsets as of April 8, 2009 |
| 4/8/2009 | 1.3 | 114 | 38348 | Call with S Zieg re: specific questions on the exceptions binder memo; transactions within the custodial accounts |
| 4/9/2009 | 4.0 | 47 | 38351 | Reviewing the loan level variances binder with the investigation and supporting documentation results received from AHMSI and A&M - recording memo notes on the same |
| 4/10/2009 | 0.5 | 35 | 38353 | Prepare for call with Burke re: TOEPI - review the circumstances at Investors 518 and 536; email follow up to Burke |
| 4/10/2009 | 0.5 | 35 | 38352 | Call with Burke re: TOEPI calculations and use in remittances |
| 4/13/2009 | 5.0 | 47 | 38354 | Reviewing the loan level variances binder with the investigation and supporting documentation results received from AHMSI and A&M - recording memo notes on the same |
| 4/14/2009 | 6.0 | 47 | 38355 | Reviewing the loan level variances binder with the investigation and supporting documentation results received from AHMSI and A&M - recording memo notes on the same |
| 4/15/2009 | 3.0 | 47 | 38356 | Reviewing the loan level variances binder with the investigation and supporting documentation results received from AHMSI and A&M - recording memo notes on the same |
| 4/16/2009 | 6.0 | 47 | 38357 | Reviewing the loan level variances binder with the investigation and supporting documentation results received from AHMSI and A&M - recording memo notes on the same |
| 4/17/2009 | 5.0 | 47 | 38358 | Reviewing the loan level variances binder with the investigation and supporting documentation results received from AHMSI and A&M - recording memo notes on the same |
| 4/20/2009 | 1.0 | 39 | 38359 | Prepare the March-09 monthly billing |
| 4/24/2009 | 5.0 | 67 | 38360 | Reviewing and revising the memorandum of review on the Loan level variances binder received from AHMSI - A&M |
| 4/27/2009 | 1.5 | 67 | 38361 | Editing binder #3 loan level variance memo - send same to counsel |

Subject Period: 4/1/2009 through 4/30/2009

**American Home Mortgage Post**

**Time Descriptions for Professional:** Thomas Korf



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|------|------------|----------|--------|-------------|
|      | 58.0       |          |        |             |

Subject Period: 4/1/2009 through 4/30/2009

Page 2 of 6

## American Home Mortgage Post

Time Descriptions for Professional:   Peter Hoberman



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 4/7/2009 | 2.0 | 47 | 38420 | Drafting of offset summary matrix for counsel |
|  | 2.0 |  |  |  |

## American Home Mortgage Post

Time Descriptions for Professional: Chris Koler



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
| 4/20/2009 | 4.0 | 35 | 38681 | Preparation, organization and assembly of binder of remittance and loss worksheet detail as they appeared in the workpapers of A&M and the AHMSI claims support |
| 4/29/2009 | 1.5 | 35 | 38621 | Tabulating Loan Loss Worksheets |
| | 5.5 | | | |

**American Home Mortgage Post**

Time Descriptions for Professional:   Chris Koler



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|---|---|---|---|---|
|  | 65.5 |  |  |  |

# EXHIBIT B

# American Home Mortgage Post

## Summary of Expenses
4/1/2009 through 4/30/2009

| Professional Name | Airfare | Mileage | Parking/ Tolls | Rental Cars | Transportation | Lodging | Tele- phone | Meals | Courier/ Federal Express | Postage/ Supplies | Faxes | Duplication | Computer Supplies | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thomas Korf | | | | | | | | $66 | | | | | | $93 | $159 |
| Total | | | | | | | | $66 | | | | | | $93 | $159 |

Note: All airfare and trainfare (included in transportation) are coach class.

*Page 1 of 1*

# American Home Mortgage Post

Expense Descriptions for Professiona  Thomas Korf



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Meals | 4/7/2009 | 22661 | Working meal | $66.00 |
| | | | | $66.00 |
| Other | 4/17/2009 | 22665 | Telecommunication | $52.00 |
| Other | 4/17/2009 | 22663 | Supplies | $40.88 |
| | | | | $92.88 |
| | | | | $158.88 |

Subject Period:  4/1/2009 through 4/30/2009

Page 1 of 3