IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                             :   Jointly Administered
        Debtors.                                             :
------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 6, 2009, I caused to be served true and correct copies of the following:

    a)  A creditor specific Customized Exhibit to Debtors' Thirtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

    b)  "Notice of Debtors' Thirtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated March 6, 2009, to which was attached the "Debtors' Thirtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated March 6, 2009 [Docket No. 7083],

enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
11th day of March, 2009

_____
Notary Public



ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10-22-2010

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Response Deadline: March 30, 2009 at 4:00 p.m. (ET) |
| ) | Hearing Date: April 6, 2009 at 2:00 p.m. (ET) |
| ) | |

AHM OB30 3/6/2009 (merge2.txnum2) 4000000611 EPIQ Use - 1

5151 E BROADWAY, LLC
538 BROADHOLLOW RD STE LL1
MELVILLE, NY 117473668

## NOTICE OF DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** 5151 E BROADWAY, LLC
538 BROADHOLLOW RD STE LL1
MELVILLE, NY 117473668

**Basis For Objection:** Wrong Debtor Claim - Claim asserted against wrong debtor

| | Claim # | Claim Amount | New Case Number |
|---|---|---|---|
| Claim to be Reassigned | 612 | $10,176.38 | 07-11051 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number and against the wrong Debtor. Therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the "Claim Number" column to the case number listed in the "New Case Number" column.

Responses to the Objection, if any, must be filed on or before **March 30, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 6, 2009 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 6, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT B

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 6, 2009 and sent to the following:

NOTICE OF DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

| | | |
|---|---|---|
| 5151 E BROADWAY, LLC<br>538 BROADHOLLOW RD STE LL1<br>MELVILLE, NY 117473668 | A.M.S.I. INC<br>8104 SULLY DR<br>ORLANDO, FL 328188712 | AMC TRANSFER, INC.<br>ATTN MICHAEL D BROFMAN<br>C/O WEISS & ZARETT PC<br>3333 NEW HYDE PARK RD STE 211<br>NEW HYDE PARK, NY 11042 |
| ANNIS, JEANNIA<br>2714 FRANKLIN CT<br>LINDENHURST, IL 60046 | ASSURED ENVIRONMENTS<br>ATTN JACKIE OMODIG<br>45 BROADWAY<br>8TH FL<br>NYC, NY 10006 | BAGNALL, ANDREA R.<br>2215 CAROB WAY<br>TUSTIN, CA 92782 |
| BANK OF NEW YORK, THE<br>ATTN: MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | BARAGO, MICHELLE<br>3491 ROGER DR<br>WANTAGH, NY 11793 | BARRETT-SNYDER, RICHARD<br>43 HENRY ST<br>MERRICK, NY 11566 |
| BAY COUNTY<br>C/O JERRY W. GERDE, ESQ.<br>239 E 4TH ST<br>PANAMA CITY, FL 32402 | BAY COUNTY<br>PEGGY BRANNON, TAX COLLECTOR<br>PO BOX 2285<br>PANAMA CITY, FL 32402 | BEBENEK, ZDZISLAW<br>29 VAN DAM ST<br>BROOKLYN, NY 11222 |
| BENNETT, PETER<br>1532 PASEO AVE<br>LA VERNE, CA 91750 | BENNING, MELANIE TINNES<br>333 2ND STREET NE APT 305-B<br>WASHINGTON, DC 20002 | BENTON COUNTY<br>ATTN DONNA J. HART, COLLECTOR<br>P.O. BOX 428<br>WARSAW, MO 65355 |
| BENTON COUNTY<br>ATTN SHERRY C. BEASLEY, TRUSTEE<br>1 COURT SQUARE<br>RM # 103<br>CAMDEN, TN 38320 | BESSON APPRAISALS INC<br>25 MARY ANN DR<br>EXETER, RI 02822 | BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 |
| BEXAR COUNTY<br>SYLVIA S. ROMO, CPA, RTA, CTA<br>BEXAR COUNTY TAX ASSESSOR COLLECTOR<br>233 N PECOS LA TRINIDAD<br>SAN ANTONIO, TX 78205 | BLUE BEAR PROPERTIES, LP, A TEXAS LIMITED PARTNERSHIP<br>ATTN: DAVID S. GRAGG, ATTORNEY<br>1402 CHESTNUT GROVE LANE<br>KINGWOOD, TX 77345 | BOREN, GEORGE R.<br>2183 JAMES B WHITE HWY N<br>WHITEVILLE, NC 28472 |

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 6, 2009 and sent to the following:

NOTICE OF DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

BOYD, CLARA & WILLIAM
1245 HIGHLAND CIRCLE DR
WENTZVILLE, MO 63385

BP KINGSTOWNE OFFICE K LP
C/O J DAVID FOLDS
DLA PIPER US LLP
500 8TH ST. NW
WASHINGTON, DC 20004

BREITENBACK, WILLIAM JAY
DBA FORCE APPRAISALS
105 AMESBURY COURT
SEVERNA PARK, MD 21146

BROWARD COUNTY, DEPT. OF FINANCE
ATTN HOLLIE N HAWN, ASST COUNTY ATTY
GOVERNMENTAL CENTER ANNEX
115 S ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

BROWN, MICHAEL R. (BROWN APPRAISALS)
5325 BELFERN DRIVE
BELLINGHAM, WA 98226

BUKHSHTABER, BORIS
262 WOODBOURNE
ST LOUIS, MO 63105

CDW CORPORATION
ATTN VIDA KRUG
200 N MILWAUKEE AVE
VERNON HILLS, IL 60061

CERQUEIRA, CESAR
1027 TRAVIS LANE
GAITHERSBURG, MD 20879

CHAMBERLAIN, THOMAS
3800 W. RAY RD #9
CHANDLER, AZ 85226

CHEROKEE COUNTY TAX COMMISSIONER
2780 MARIETTA HWY
CANTON, GA 30114

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

CITY AND COUNTY OF DENVER / TREASURY
ATTN KAREN KATROS, BANKRUTPCY ANALYST
MCNICHOLS CIVIC CENTER BUILDING
144 W. COLFAX AVENUE, ROOM 384
DENVER, CO 80202-5391

CITY OF BEDFORD
POB 807
BEDFORD, VA 24523

CITY OF MEMPHIS (TN)
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

CITY OF ST. LOUIS
GREGORY F.X. DALY, COLLECTOR OF REVENUE
1200 MARKET ST, RM 110
SAINT LOUIS, MO 63103

CLA INSURANCE
2 CAMPUS BLVD
NEWTON SQUARE, PA 19073

CLARK COUNTY ASSESSOR
M.W. SCHOFIELD
P.O. BOX 551401
LAS VEGAS, NV 89155-1401

CLERMONT COUNTY
ALLAN L EDWARDS
ASSISTANT PROSECUTOR ATTORNEY
123 N. THIRD STREET
BATAVIA, OH 45103

CLERMONT COUNTY
MR J ROBERT TRUE, TREASURER
101 E MAIN ST
BATAVIA, OH 45103

CLERMONT COUNTY
MR J ROBERT TRUE, TREASURER
123 N. THIRD STREET
BATAVIA, OH 45103

COHEN, STUART
4019 WOLVERTON A
BOCA RATON, FL 33434

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by March 6, 2009 and sent to the following:

NOTICE OF DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

CONROY, ELAINE D.
PO BOX 25596
HONOLULU, HI 96825

CONTRA COSTA COUNTY TRASURER
ATTN ERIC MOE TAX COLLECTOR
PO BOX 967
MARTINEZ, CA 94553

COTTA, BONNIE
4462 DESIN DR
SAN JOSE, CA 95118

COUNTRYWIDE BANK, F.S.B.
ATTN KATHLEEN CONTE
4500 PARK GRANDA - MS CH-20
CALABASAS, CA 91302

COUNTRYWIDE HOME LOANS, INC.
ATTN DAVID SOBUL, ESQ
4500 PARK GRANADA - MS: CH-11
CALABASAS, CA 91302

COUNTRYWIDE HOME LOANS, INC.
ATTN DAVID SOBUL, ESQ.
4500 PARK GRANADA - MS: CH-11
CALABASAS, CA 91302

COUNTY OF SAN BERNARDINO
OFFICE OF THE TAX COLLECTOR
CHRISTINE AGUILERA, DEPUTY TAX COLLECT.
172 WEST 3RD STREET
SAN BERNARDINO, CA 92415

COUNTY OF SANTA CLARA
TAX COLLECTOR
COUNTY ADMINISTRATION BLDG
70 W HEDDING ST - E WING SIXTH FL
SAN JOSE, CA 95110

CURTIN, DAVE
MICHELLE BIEN-CURTIN
13113 SKYLINE DRIVE
PLAINFIELD, IL 60585

D&R APPRAISALS, LLC
ATTN PATRICK J. REHMER
P.O. BOX 733
ROCKY MOUNT, MO 65072

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

DALTHORP, RACHEL
8540 W MAGNOLIA ST
TOLLESON, AZ 85353

DAN'S PAPERS, INC.
ATTN JAMES F BEST
A/R MANAGER
PO BOX 630
BRIDGEHAMPTON, NY 11932

DAVIS, GARY
4901 KINGPOST DRIVE
FUQUAY VARINA, NC 27526

DE VREEZE, ERIK
711 INDIANAPOLIS AVE #1
HUNTINGTON BEACH, CA 92648

DEPARTMENT OF THE TREASURY
RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4
INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA
BALTIMORE, MD 21201

DUNNS BRIDGE ASSOCIATES
PO BOX 732
WINDHAM, NH 03087

EDGECOMBE COUNTY
ATTN LISA WARREN, TAX ASSISTANT
P.O. BOX 10
TARBORO, NC 27886

EDI INTEGRATION CORPORATION
ATTN S. DENISE CARLEY, CEO
PO BOX 4166
CROFTON, MD 21114

EL PASO COUNTY TREASURER
ATTN SANDRA J DAMRON
PO BOX 2007
COLORADO SPRINGS, CO 80901-2007

EQUITY ONE, INC.
LAW OFFICES OF RICHARD S. COHEN, LLC
1806 OLD OKEECHOBEE ROAD
WEST PALM BEACH, FL 33401

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by March 6, 2009 and sent to the following:

FLANDERS, RAY D.
65 NORTH MAIN ST
WATERBURY, VT 05676-1710

FNC, INC.
ATTN DEWITT LAMAR BOLTON, III
ASSOCIATE GENERAL COUNSEL
1214 OFFICE PARK DRIVE
OXFORD, MS 38655

FONTAINE, PIERRE
5121 AXBRIDGE COURT
NORTH LAS VEGAS, NV 89031

FROST, MICHAEL
2108 WOODWAY DR
ARLINGTON, TX 76017

GALLATIN COUNTY, MONTANA
KIMBERLY BUCHANAN
COUNTY TREASURER
311 WEST MAIN STREET ROOM 210
BOZEMAN, MT 59715

GAMBLE, JOHN & LOUISE
271 SW 28TH TERR
FORT LAUDERDALE, FL 33312

GARLAND INDEPENDENT SCHOOL DISTRICT
C/O ANDREA SHEEHAN
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 NORTH CENTRAL EXPRESSWAY
DALLAS, TX 75205

GAUGLER, MICHAEL & MEGAN
73 NANCYCREST LN
BUFFALO, NY 142243833

GAVIDIA, JOHN R. AND
GAVIDIA-ARVINO, ANA M.
1149 BIRD AVENUE # 4
SAN JOSE, CA 95125

GILBERT, RICHARD
663 MAJESTIC OAKS DR
CHARLESTON, SC 29412

GOOLSBY, TINA L.
16926 PAGE
HAZEL CREST, IL 60429

GRABFELDER, ROBERT G SR &
ROBERT G GRABFELDER JR JTWROS
1000 FOLLIES ROAD
APT. AM8772
DALLAS, PA 18612-9515

GRAHAM, DAVID G. TTEE
NFS/FMTC SEP IRA
5905 CAPISTRANO AVE, STE A
ATASCADERO, CA 93422

GRIMSTAD, JOHN E.
PO BOX 511
RED LODGE, MT 59068

GURZI, MICHAEL D.
12810 LARRY LYN DR
LA MIRADA, CA 90638

HAMRICK, TERRY LEE
8680 SAPPHIRE LANE
GAINESVILLE, GA 30506

HARMON LAW OFFICES, P.C.
ATTN ANDREW S. HARMON, ESQUIRE
150 CALIFORNIA STREET
NEWTON, MA 02458

HARRIS COUNTY, ET AL
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

HARRIS COUNTY, ET AL
PO BOX 4924
HOUSTON, TX 77253-3064

HARRIS, DENNIS J.
3904 HUNTCLIFF DR.
CHARLOTTE, NC 28226

HENDERSON, E.M. - TRUSTEE OF
E.M. HENDERSON LIVING TRUST
P.O. BOX 770344
WINTER GARDEN, FL 34777-0344

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by March 6, 2009 and sent to the following:

HERMAN, ALEXIS & CO., INC.
ATTN MARK H RYNES
633 W 5TH ST
FL 28
LOS ANGELES, CA 90071

HERNANDO COUNTY TAX COLLECTOR
JUANITA B SIKES, TAX COLLECTOR
20 N MAIN ST RM 112
BROOKSVILLE, FL 34601-2892

HERRERA, TERESITA
4953 SOUTH KNOX AVENUE
CHICAGO, IL 60632

HILLSBOROUGH COUNTY TAX COLLECTOR
DOUG BELDEN
PO BOX 172920
601 E KENNEDY BLVD 14TH FLOOR
TAMPA, FL 33672-2920

HONDERMANN, PAUL & AMY
5311 RAWHIDE CT
CINCINNATI, OH 45238

HUBER, STEFANIE
208 WOOD HALLOW DRIVE
MARLTON, NJ 08053

HUDSON, CHRISTOPHER T & HEATHER S
PO BOX 158
BARSTOW, CA 92312-0158

IKON OFFICE SOLUTIONS
ATTN BANKRUPTCY TEAM
ACCOUNTS RECEIVABLE CENTER
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

ILOG, INC.
ATTN KIM J. FUNK, VP/GENERAL COUNSEL
1195 W. FREMONT AVE
SUNNYVALE, CA 94087

INDIAN RIVER COUNTY TAX COLLECTOR
ATTN CHARLES W. SEMBLER, TAX COLLECTOR
PO BOX 1509
VERO BEACH, FL 32961-1509

INTELLIVERSE
ATTN CALVIN CHANDLER, COLLECTIONS
8130 INNOVATION WAY
CHICAGO, IL 60682-0081

INTERTHINX, INC. / SYSDOME, INC./
APPINTELLIGENCE INC / ISO, INC LAW DEPT
ATTN KENNETH E. THOMPSON, SECRETARY
545 WASHINGTON BLVD
JERSEY CITY, NJ 07310

J.A.S PROPERTIES
ATTN: MARTA PARETS
601 E. CHAMINADE DRIVE
HOLLYWOOD, FL 33021

JEFFERSON COUNTY TREASURER
ATTN DAVE VILLANO, DEPUTY TREASURER
100 JEFFERSON COUNTY PARKWAY
GOLDEN, CO 80419

JOHNSTON COUNTY
ATTN GREG CALLAHAN, DEPUTY TAX COLLECT.
P.O. BOX451
SMITHFIELD, NC 27577

KENNEDY, GRACE
3580 RITNER HWY
NEWVILLE, PA 17241

KHANNA, RADNEY FBO
FMT CO CUSTOMER IRA
PO BOX 732
4 TANBARK RD
WINDHAM, NH 03087

KLEMAN, BETTY J.
1604 SERENITY CIRCLE
NAPLES, FL 34110

KOCAK, MICHAEL
272 FAIRLAWN AVE
WATERBURY, CT 06705

KRUG, DEAN L.
531 N RICHMOND ST
WICHITA, KS 67203-5006

L&H APPRAISAL SERVICES
PO BOX 1341
590 W WASHINGTON ST
MARTINSVILLE, IN 46151

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 6, 2009 and sent to the following:

NOTICE OF DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

LAIRD, MARTY G
722 REINKE RD
BALLWIN, MO 63021

LANE, SALLY M
1730 FREY LANE
MISSOULA, MT 59808

LENAWEE COUNTY
ATTN MARILYN J WOODS
TREASURER
301 N MAIN
ADRIAN, MI 49221

LICKING COUNTY
ATTN: DENNIS E. DOVE, ASST PROS. ATTY
P.O. BOX 830
NEWARK, OH 43058

MANFREDINI, LOU
1618 W ERIE STREET
CHICAGO, IL 60622

MARINE, VALERIE
914 N 70TH ST
SEATTLE, WA 98103

MAZZA, GREGORY
1006 W SMITH ST
ORLANDO, FL 32804

MCCALLEY, NOEL J.
5828 TIMBER CREEK RD. NE
CEDAR RAPIDS, IA 52411-7948

MEEKS, ELAINE
1377 WILLOW BROOK RD
NASHVILLE, NC 278567870

MEMBERS FIRST CREDIT UNION
1445 W. GOODALE BLVD.
ATTN: GREGORY A. KIDWELL
COLUMBUS, OH 43212

METROPOLITAN LIFE INSURANCE COMPANY
ATTN ROBERT GOLDSTEIN, COUNSEL
2400 LAKEVIEW PARKWAY, SUITE 400
ALPHARETTA, GA 30004

MILLS, JEFFERY J.
1440 LAKEVIEW RD
LAKE WALES, FL 33853-3901

MOFFATT, LINDA F. SEP/IRA
660 SW 43RD PL
OCALA, FL 344717448

MONTEREY COUNTY TAX COLLECTOR
ATTN: SCOTT A. WALKER, MGMT ANALYST II
P.O. BOX 891
SALINAS, CA 93902

MOORE, DANIEL
2718 CORVALIS AVE
FORT WAYNE, IN 46809

MORACK, KEVIN A.
2903 SPRING VALLEY RD
LANCASTER, PA 17601

MORTGAGE DATA MANAGEMENT CORPORATION
ATTN RUSSELL S. LONG
SUITE 200
N56 W24879 NORTH CORPORATE CIRCLE
SUSSEX, WI 53089

MULTNOMAH COUNTY
ATTN ANGELIKA LOOMIS
PO BOX 2716
PORTLAND, OR 97208

MUSKINGUM COUNTY - TAX OFC
ATTN RONALD G. LAASMAR, ASST. PROS. ATTY
401 MAIN ST.
ZANESVILLE, OH 43701

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

NAUGATUCK TAX COLLECTOR
JIM GOGGIN, TAX COLLECTOR
229 CHURCH ST. 3RD FL
NAUGATUCK, CT 06770

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by March 6, 2009 and sent to the following:

**NOTICE OF DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

NORWOOD, CARRIE
4401 SHATTALON DR
WINSTON SALEM, NC 27106

OHIO DEPARTMENT OF TAXATION
ATTORNEY GENERAL, COLLECTION ENFORCEMENT
150 E. GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215

ORANGEBURG COUNTY
P. O BOX 9000
ORANGEBURG, SC 29116

PALM BEACH COUNTY TAX COLLECTOR
ATTN MICHELLE M. COUNTEMANCHE
POST OFFICE BOX 3715
WEST PALM BEACH, FL 33402-3715

PELLICCI, ROBERT J. AND JENNIFER JL.
49 BELL WAY
MONTICELLO, NY 12701

PENTALPHA GROUP LLC
ATTN JILL GILBERT CALLAHAN, PRESIDENT
ONE GREENWICH OFFICE PARK NORTH
GREENWICH, CT 06831

PIERCE COUNTY, WASHINGTON
PIERCE COUNTY
ATTN ALLEN RICHARDSON, FIELD AGENT
PO BOX 11621
TACOMA, WA 98411-6621

PIERCE, DALE ROBERT (DALE)
5129 WESTMINSTER PL
SAINT LOUIS, MO 631081120

PINAL COUNTY TREASURER
PINAL COUNTY TREASURERS OFFICE
DOLORES J DOOLITTLE
PO BOX 729
FLORENCE, AZ 85232-0729

PINELLAS COUNTY TAX COLLECTOR
ATTN BETTY A. GRAMLEY, TAX MANAGER
PO BOX 2943
CLEARWATER, FL 33757-2943

PLUMAS COUNTY
ATTN SUSAN T. BRYANT-GRANT
P.O. BOX 176
QUINCY, CA 95971

POLK COUNTY FLORIDA TAX COLLECTOR
JOE G TEDDER CFC
DELINQUENCY AND ENFORCEMENT
PO BOX 2016
BARTOW, FL 33831

POMFRET TOWN
ATTN PAMELA S. LEWERENZ, TAX COLLECTOR
P.O. BOX 286
POMFRET CENTER, CT 06259

POTTAWATOMIE COUNTY
ATTN LISA OVERKAMP, TREASURER
P.O. BOX 158
WESTMORELAND, KS 66549

PPTS 361, LLC
DOUGLAS BADASZEWSKI
C/O PLYMOUTH PARK TAX SERVICES LLC
35 AIRPORT RD, STE 150
MORRISTOWN, NJ 07960

PPTS FX CORP.
ATTN DOUGLAS BADASZEWSKI
35 AIRPORT RD, STE 150
MORRISTOWN, NJ 07960

PREMIER APPRAISAL GROUP, INC.
ATTN LESLIE RUBIO, COMPTROLLER
106 E CARY ST
RICHMOND, VA 23219

PROPERTY SHOP & APPRAISALS, THE
ATTN FREDA C. CRAFT
PO BOX 1662
PASCAGOULA, MS 39568

PS TEXAS HOLDINGS, LTD (PUBLIC STORAGE)
ATTN ARA GALSTYAN, PARALEGAL
701 WESTERN AVENUE
GLENDALE, CA 91201-2397

PS TEXAS HOLDINGS, LTD (PUBLIC STORAGE)
ATTN ARA GALSTYAN/PARALEGAL
701 WESTERN AVENUE
GLENDALE, CA 91201-2397

PUBLIC STORAGE
ATTN ARA GALSTYAN, PARALEGAL
701 WESTERN AVENUE
GLENDALE, CA 91201-2397

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 6, 2009 and sent to the following:

NOTICE OF DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

R R DONNELLEY RECEIVABLES INC
ATTN DAN PEVONKA, SE CREDIT MANAGER
3075 HIGHLAND PKWY
DOWNERS GROVE, IL 60515

R T H COMMUNICATIONS
2875 BOY SCOUT RD.
BAY CITY, MI 48706

RAY FRED SOHN TR
U/A DTD 04/26/83
RAY FRED SOHN & THELMA E SOHN TRUST
1985 GRATIOT BLVD
MARYSVILLE, MI 48040-2215

RIVER PARK EXECUTIVE SUITES
C/O WILLIAM E WINFIELD
NORDMAN CORMANY HAIR & COMPTON LLP
1000 TOWN CENTER DRIVE, 6TH FLOOR
OXNARD, CA 93036

ROBERT J. HOPP & ASSOCIATES, LLC
ATTN ROBERT J. HOPP, ESQ
PO BOX 8689
DENVER, CO 80201

ROGERS, TRANG
1301 PARKVIEW PL
BOZEMAN, MT 59715

RUBIO-MATOS, ZOILA
16778 NW 13 STREET
PEMBROKE PINES, FL 33028

SALT LAKE COUNTY TREASURER
ATTN RAY LANCASTER
2001 SOUTH STATE STREET, # N1200
SALT LAKE CITY, UT 84190

SAN DIEGO COUNTY TREASURER-TAX COLLECTOR
ATTN DAN MCALLISTER
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101

SAN JOAQUIN COUNTY, CALIFORNIA TREASURER/TAX COLLECTOR
P.O. BOX 2169
ATTN SHABBIR A KHAN
STOCKTON, CA 95201-2169

SAN LUIS OBISPO COUNTY
FRANK L FREITAS, TAX COLLECTOR
ROOM D 290
COUNTY GOVERNMENT CENTER
SAN LUIS OBISPO, CA 93408

SAN MATEO COUNTY
ATTN RENATO LILLES, REVENUE COLLECTOR
LEE BUFFINGTON, TAX COLLECTOR
555 COUNTY CENTER, 1ST FLOOR
REDWOOD CITY, CA 94063

SCOTT, BRIAN J. & LORI-ANN L.
6310 S. PITTSBURG ST
SPOKANE, WA 99223

SCRICCA, ANN SIMISTER
41 10 FAIRWAY DR
LITTLE RIVER, SC 29566-8036

SCRICCA, DOMINIC J.
41 10 FAIRWAY DRIVE
LITTLE RIVER, SC 29566-8036

SERPA, MICHAEL L.
P.O. BOX 1627
MODESTO, CA 95353

SHARER, TOM & JAN
12608 MIRADO AVE
GRAND TERRACE, CA 92313

SHELBY COUNTY TRUSTEE
PO BOX 2751
MEMPHIS, TN 38101-2751

SHEPHERD, CLARENCE L
PO BOX 28731
BELLINGHAM, WA 98228

SHERWIN WILLIAMS COMPANY, THE
MICHAEL B. BACH, ESQ.
11256 CORNELL PARK DRIVE, SUITE 500
CINCINNATI, OH 45242

SHINKEWICZ, DEBRA
PO BOX 171
CALVERTON, NY 11933-0171

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by March 6, 2009 and sent to the following:

SKINNER, WILLIAM
1684 SERVAIS COLLERAN RD
LA CROSSE, WI 54601

SMITH, CAROLYN M.
101 GROVE ST
PLAINVILLE, MA 02762

SOLANO COUNTY
ATTN ELIZABETH SUMNER, DEPUTY
RECORDER OFFICE
575 TEXAS ST, STE 2700
FAIRFIELD, CA 94533

SOMERVELL CAD - DIANE W SANDERS
112 ALLEN DR
AUSTIN, TX 78760-7428

SOMERVELL CAD - DIANE W SANDERS
LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741)
PO BOX 17428
AUSTIN, TX 78760-7428

SPRAGUE, SUSAN L.
1717 NO. BAYSHORE DR # 3844
MIAMI, FL 33132

ST. LOUIS COUNTY COLLECTOR OF REVENUE
ATTN RICHARD ROBISON MANAGER REV SERV
41 S CENTRAL AVENUE
CLAYTON, MO 63105

ST. LUCIE COUNTY TAX COLLECTOR
BARBARA BURTON, DEPUTY TAX COLLECTOR
PO BOX 308
FORT PIERCE, FL 34954-0308

STATE OF DELAWARE DEPT. OF LABOR
DIVISION OF UNEMPLOYMENT INSURANCE
TRAINING TAX FUND
PO BOX 9953
WILMINGTON, DE 19809

STATE OF NEW JERSEY
ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
RICHARD J. HUGHES COMPLEX
PO BOX 106
TRENTON, NJ 08646

STATE OF NEW JERSEY
MICHAEL READING, AUTHORIZED AGENT
DIVISION OF TAXATION-COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08646

STRAW, GEORGE W.
3570 VANCOUVER DR.
DALLAS, TX 75229

SUTTER COUNTY TAX COLLECTOR
ATTN JIM STEVENS
TREASURER TAX COLLECTOR
PO BOX 546
YUBA CITY, CA 95992

TARRANT COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

THOMAS, ELLEN M.
2 JOHN F KENNEDY DR
NORTON, MA 02766

THOMPSON, A. PAUL
PO BOX 127
FORK UNION, VA 23055

THOMPSON, ILEEN
2212 NEPTUNE AVENUE
BROOKLYN, NY 11224

TRIOLO, VICTOR J.
104 SEAVIEW AVE
NORTHPORT, NY 11768

TUSCALOOSA COUNTY
PEYTON C COCHRANE, TAX COLLECTOR
714 GREENSBORO AVE RM 124
TUSCALOOSA, AL 35401

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by March 6, 2009 and sent to the following:

UNITED TELEPHONE COMPANY OF PENNSYLVANIA
D/B/A EMBARQ
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 7971
SHAWNEE MISSION, KS 66207

UNITED TELEPHONE COMPANY OF PENNSYLVANIA
D/B/A EMBARQ
MARY C HALL - BANKRUPTCY ANAYLST
PO BOX 872967
SHAWNEE MISSION, KS 66207

VERICOMM, INC
ATTN: DON BURK
27200 TOURNEY ROAD
SUITE 315
VALENCIA, CA 91355

VOHSEN, RONALD & CONSTANCE
521 ROLLINGHILLS DR
ST CHARLES, MO 63304

WAS, ELLEN
53 LOWELL AVE.
WEST ORANGE, NJ 07052

WASHINGTON STATE EMPLOYMENT SECURITY
DEPT - ATTN: ELLEN MOE, COMPLIANCE UNIT
UI TAX AND WAGE ADMINISTRATION
PO BOX 9046
OLYMPIA, WA 98507-9046

WEISS, ADRIENNE N
3337 HUTCHINSON LN
MUNDELEIN, IL 600606009

WEISS, SHIRLEY ANN
722 WAYFIELD DRIVE
ST LOUIS, MO 63132

WETZEL, DANIEL P.
776 YALE AVE
SAINT LOUIS, MO 63130

WHEELER, BYFORD
212 PARK ROAD
IOWA CITY, IA 52246

WILHITE, WES D.
3400 WHITE OAK DRIVE
COTTONWOOD, CA 96022

WILKINS, MICHAEL W.
4400 MEMORIAL DR. APT. 3030
HOUSTON, TX 77007

WILLIAMS, DEBORAH J.
315 CHESAPEAKE AVE
PRINCE FREDERICK, MD 20678

WILLIAMS, MICHAEL
5906 TERRACE DR
HOUSE SPRINGS, MO 63051

WILLIAMS, SHANELL V.
9763 LADY SLIPPER CT APT 3C
LAUREL, MD 2072336341

WILLS, CHERYL
10625 CAHILL RD
RALEIGH, NC 27614

YAVAPAI COUNTY, ARIZONA
ROSS D. JACOBS
YAVAPAI COUNTY TREASURER
1015 FAIR STREET
PRESCOTT, AZ 86305-1807

YUBA COUNTY TREASURER/TAX COLLECTOR
LORRAINE DAGGETT, CHIEF DEPUTY TAX COLL.
915 8TH ST. STE 103
MARYSVILLE, CA 95901

Total Parties: 205