IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------------x

In re:                                                                          :        Chapter 11
                                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :        Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                                :        Jointly Administered
            Debtors.                                                          :

-----------------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK          )
                                             ) ss.:
COUNTY OF NEW YORK     )

            ANGHARAD BOWDLER, being duly sworn, deposes and says:

            1.          I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

            2.          On April 22, 2009, I caused to be served true and correct copies of the "Order Pursuant to Sections 105(a), 363 and 503(b) of the Bankruptcy Code and Rules 2002, 6004, 9007 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving Procedures for the Sale of All Shares of American Home Bank Stock Owned by American Home Mortgage Holdings, Inc.; (B) Approving Break-Up Fee for the Bancorp, Inc.; (C) Scheduling a Hearing to Consider the Sale of the Shares; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief," dated April 21, 2009 [Docket No. 7306], enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit A annexed hereto.

            3.          All envelopes utilized in the service of the foregoing contained the following legend:   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
30th day of April, 2009

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175379
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES

T:\Clients\AHM\Affidavits\Sale Order 7306_Aff_4-22-09.doc

**EXHIBIT "A"**

| Claim Name | Address Information |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, ET AL | JENNIFER L. HOAGLAND, ESQUIRE,BAZELON LESS & FELDMAN, P.C.,1515 MARKET ST., PHILADELPHIA, PA 19102 |
| ADA COUNTY TREASURER | P.O. BOX 2868,  ACCOUNT NO. P1AMHMORT02 2007  BOISE, ID 83701 |
| ADA COUNTY TREASURER | ATTN CECIL INGRAM,200 W FRONT ST, 1ST FL, BOISE, ID 83702 |
| AMERICAN EXPRESS BANK, FSB | ATTN, SANRDA K CURTIN, ESQ,C/O BECKET & LEE LLP,PO BOX 3001, MALVERN, PA 19355-0701 |
| ANGELINA COUNTY | JOHN P DILLMAN,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,PO BOX 3064, HOUSTON, TX 77253-3064 |
| ARAPAHOE COUNTY | ATTN GEORGE ROSENBERG, ASST ATTORNEY,5334 S PRINCE STREET, LITTLETON, CO 80166 |
| BANK OF AMERICA, N.A. | ATTN MARGOT B. SCHONHOLTZ, ESQ.,ATTN ANA M. ALFONSO, ESQ.,KAYE SCHOLER LLP,425 PARK AVENUE, NEW YORK, NY 10022-3598 |
| BANK OF AMERICA, N.A. | ATTN: JAY T. WAMPLER,901 MAIN STREET, 66TH FLOOR, DALLAS, TX 75202-3714 |
| BEALL, LAURA A. | 11002 BLUE ROAN RD, OAKTON, VA 22124 |
| BEXAR COUNTY | DAVID G AELVOET,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,711 NAVARRO STE 300, SAN ANTONIO, TX 78205 |
| BEXAR COUNTY | SYLVIA S. ROMO, CPA, RTA, CTA,BEXAR COUNTY, TAX ASSESSOR COLLECTOR,233 N PECOS LA TRINIDAD, SAN ANTONIO, TX 78207 |
| BROWARD COUNTY, DEPT. OF FINANCE | ATTN HOLLIE N HAWN, ASST COUNTY ATTY,GOVERNMENTAL CENTER ANNEX,115 S ANDREWS AVENUE, FORT LAUDERDALE, FL 33301 |
| BROWARD COUNTY, DEPT. OF FINANCE | ATTN HOLLIE N HAWN, ASST COUNTY ATTY,REVENUE COLL DIV, GOVERNMENTAL CTR ANNEX,115 S ANDREWS AVENUE, FORT LAUDERDALE, FL 33301 |
| CAMERON COUNTY | DIANE W. SANDERS,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,1949 SOUTH IH 35 (78741) P.O. BOX 17428, AUSTIN, TX 78760-7428 |
| CHAVEZ, THOMAS J. & SARA A. | CHAVEZ, THOMAS J. & SARA A.,C/O ELIHU E ALLINSON, III (3476),SULLIVAN HAZELTINE ALLINSON LLC,4 EAST 8TH ST, STE 400, WILMINGTON, DE 19801 |
| CHAVEZ, THOMAS J. & SARA A. | CHAVEZ, THOMAS J. & SARA A.,ATTN CHARLES D. RICHMOND, ESQ.,2537 VIA PISA, DEL MAR, CA 92014 |
| CHAVEZ, THOMAS J. & SARA A. | 35012 CAMINO CAPISTRANO, DANA POINT, CA 92624 |
| CITIMORTGAGE, INC | ATTN JOHN WILFRED,PO BOX 9481,  ACCOUNT NO. 2916  GAITHERSBURG, MD 20898 |
| CITY OF FLINT | DOUGLAS S. PHILPOTT,503 S. SAGINAW STREET, STE. 1415, FLINT, MI 48502 |
| CITY OF FRANKLIN | TAX COLLECTOR,ATTN WILLIAM J YOST, SPECIAL COUNSEL,PO BOX 705, FRANKLIN, TN 37065 |
| CITY OF FRANKLIN | YOST ROBERTSON NOWAK, PLLC,133 HOLIDAY COURT, SUITE 208, FRANKLIN, TN 37067 |
| CITY OF LAS VEGAS | PHILIP R. BYRNES, DEPUTY CITY ATTORNEY,400 STEWART AVENUE, NINTH FLOOR, LAS VEGAS, NV 89101 |
| CITY OF MCALLEN | CITY OF MCALLEN,PO BOX 220, MCALLEN, TX 78505-0220 |
| CITY OF MCALLEN | DIANE W. SANDERS,LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,1949 SOUTH IH 35 (78741) P.O. BOX 17428, AUSTIN, TX 78760-7428 |
| CITY OF MILWAUKEE | CITY TREASURER – WAYNE F WHITTOW,200 E WELLS ST – ROOM 103,  ACCOUNT NO. 9306-0920  MILWAUKEE, WI 53202 |
| CITY OF MT PLEASANT | 320 WEST BROADWAY,  ACCOUNT NO. 6854  MOUNT PLEASANT, MI 48858 |
| CITY OF NORFOLK TREASURER | PO BOX 3215, NORFOLK, VA 23515 |
| CITY OF RICHMOND, VIRGINIA | ATTN D PADGETT,CITY HALL, RM 100,900 E BROAD ST, RICHMOND, VA 23219 |
| CITY OF ST. LOUIS | GREGORY F.X. DALY, COLLECTOR OF REVENUE,1200 MARKET ST, RM 110, SAINT LOUIS, MO 63103 |
| CITY OF STERLING HEIGHTS | ATTN JAMES P BUHLINGER, TREASURER,40555 UTICA ROAD,PO BOX 8009, STERLING HEIGHTS, MI 48311-8009 |
| CITY OF WATERBURY | FRANK CARUSO DEPUTY COLLECTOR OF REVENUE,OFFICE OF CORPORATION COUNSEL,236 GRAND ST, WATERBURY, CT 06702 |
| CLARK COUNTY ASSESSOR | M.W. SCHOFIELD,P.O. BOX 551401, LAS VEGAS, NV 89155-1401 |
| CLARK COUNTY TREASURER | DOUG LASHER, TREASURER,PO BOX 5000, VANCOUVER, WA 98666 |
| CLERMONT COUNTY | MR J ROBERT TRUE, TREASURER,101 E MAIN ST, BATAVIA, OH 45103 |

| Claim Name | Address Information |
|---|---|
| CLERMONT COUNTY | ALLAN L EDWARDS,ASSISTANT PROSECUTOR ATTORNEY,123 N. THIRD STREET, BATAVIA, OH 45103 |
| CLERMONT COUNTY, OHIO | MR. J. ROBERT TRUE, TREASURER,101 E. MAIN ST., BATAVIA, OH 45103 |
| CLERMONT COUNTY, OHIO | MR. ALLAN L. EDWARDS,ASSISTANT PROSECUTING ATTORNEY,123 N. THIRD STREET, BATAVIA, OH 45103 |
| CONTRA COSTA COUNTY TRASURER | ATTN ERIC MOE TAX COLLECTOR,PO BOX 967, MARTINEZ, CA 94553 |
| CORPORATE CENTER V, L.L.C. | BY: AMERICAN NEVADA COMPANY LLC,ATTN: PHILLIP N. RALSTON, EXEC. VP/TRES.,901 NORTH GREEN VALLEY PARKWAY, STE 200, HENDERSON, NV 89074 |
| COUNTRYWIDE HOME LOANS, INC. | ATTN DAVID SOBUL, ESQ,4500 PARK GRANADA – MS: CH-11, CALABASAS, CA 91302 |
| COUNTRYWIDE HOME LOANS, INC. | ATTN: DAVID SOBUL, EQ.,4500 PARK GRANADA – MS: CH-11, CALABASAS, CA 91302 |
| COUNTY OF DENTON | MICHAEL REED,MCCREARY VESELKA BRAGG & ALLEN PC,700 JEFFREY WAY STE 100 – PO BOX 1269, ROUND ROCK, TX 78680 |
| COUNTY OF SAN BERNARDINO | OFFICE OF THE TAX COLLECTOR,CHRISTINE AGUILERA, DEPUTY TAX COLLECT.,172 WEST 3RD STREET, SAN BERNARDINO, CA 92415 |
| COUNTY OF SANTA CLARA | TAX COLLECTOR,COUNTY ADMINISTRATION BLDG,70 W HEDDING ST – E WING SIXTH FL, SAN JOSE, CA 95110 |
| CRAIG, MELISSA N | 1522 CARRIAGE DRIVE, EATON, CO 80615 |
| DOBBEN, MONA S. | YAMAMURA, ALEX,POWER OF ATTORNEY FOR MONA S. DOBBEN,12429 N. 68TH STREET, SCOTTSDALE, AZ 85254 |
| DOBBEN, MONA S. | 9208 N. 107TH DRIVE, SUN CITY, AZ 85351 |
| DUVAL COUNTY/CITY OF JACKSONVILLE | MIKE HOGAN, TAX COLLECTOR,C/O EDWARD C. TANNEN, ASST GEN. COUNSEL,117 W DUVAL ST, 480 CITY HALL, JACKSONVILLE, FL 32202 |
| EAGLE SELF STORAGE, INC. | ATTN PRESIDENT,PO BOX 18185, MISSOULA, MT 59808 |
| EMPLOYMENT SECURITY DEPARTMENT | UI TAX AND WAGE ADMINISTRATION,PO BOX 9046, OLYMPIA, WA 98507-9046 |
| FAIRFAX COUNTY | ATTN NANCY F LOFTUS, ASST COUNTY ATTNY,OFFICE OF THE COUNTY ATTORNEY,1200 GOVERNMENT CENTER PWY, STE 549, FAIRFAX, VA 22035 |
| FULLER, JOHN ANDRE | 2112 FOUNTAIN SPRINGS DRIVE, HENDERSON, NV 89074 |
| GARLAND INDEPENDENT SCHOOL DISTRICT | C/O ANDREA SHEEHAN,LAW OFFICES OF ROBERT E. LUNA, P.C.,4411 NORTH CENTRAL EXPRESSWAY, DALLAS, TX 75205 |
| GENERAL ELECTRIC CAPITAL CORPORATION | C/O ELENA P. LAZAROU, ESQ.,REED SMITH LLP,599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| HARRIS COUNTY | JOHN P DILLMAN,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,PO BOX 3064, HOUSTON, TX 77253-3064 |
| HARRIS COUNTY, ET AL | HARRIS COUNTY, ET AL,PO BOX 4924, HOUSTON, TX 77210-4924 |
| HARRIS COUNTY, ET AL | JOHN P DILLMAN,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,PO BOX 3064, HOUSTON, TX 77253-3064 |
| HERNANDO COUNTY TAX COLLECTOR | JUANITA B SIKES, TAX COLLECTOR,20 N MAIN ST RM 112, BROOKSVILLE, FL 34601-2892 |
| HILLSBOROUGH COUNTY TAX COLLECTOR | DOUG BELDEN,PO BOX 172920,601 E KENNEDY BLVD 14TH FLOOR, TAMPA, FL 33672-2920 |
| ILLINOIS NATIONAL INSURANCE CO., ET AL | AIG BANKRUPTCY COLLECTIONS,DAVID A. LEVIN, AUTHORIZED REP.,70 PINE STREET, 28TH FLOOR, NEW YORK, NY 10270 |
| INDIAN RIVER COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY DEPARTMENT,1800 27TH STREET, BUILDING B,  ACCOUNT NO. 1558 VERO BEACH, FL 32960 |
| INDIAN RIVER COUNTY TAX COLLECTOR | ATTN CHARLES W. SEMBLER, TAX COLLECTOR,PO BOX 1509, VERO BEACH, FL 32961-1509 |
| INDIANA DEPARTMENT OF REVENUE | ATTN CAROL LUSHELL, TAX ANALYST,BANKRUPTCY SECTION ROOM N-203,100 NORTH SENATE AVE, INDIANAPOLIS, IN 46204 |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | ATTN R. FREDERICK LINFESTY, ESQ. – ATTY,745 ATLANTIC AVENUE, 10TH FLOOR, BOSTON, MA 02111 |
| JACK, TILTON O. | JENNIFER SINTON,SOUTH BROOKLYN LEGAL SERVICES,105 COURT STREET, BROOKLYN, NY 11201 |
| JACKSON, DAVID & JUDY | 12787 LAVENDER KEEP CIRCLE,  ACCOUNT NO. 0001215617  FAIRFAX, VA 22033 |
| JEFFERSON COUNTY TREASURER | ATTN DAVE VILLANO, DEPUTY TREASURER,100 JEFFERSON COUNTY PARKWAY, GOLDEN, CO 80419 |

| Claim Name | Address Information |
|---|---|
| KEY EQUIPMENT FINANCE, INC. | ATTN RITA ROBLES,1000 S. MCCASLIN BLVD, SUPERIOR, CO 80027 |
| KNOX COUNTY TRUSTEE | ATTN FRED A. SISK, TRUSTEE,P.O. BOX 70, KNOXVILLE, TN 37901 |
| KODIAK FUNDING, LP | ATTN: DAVID W. WIRT,35 WEST WACKER DRIVE, CHICAGO, IL 60601 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR | PO BOX 54110,   ACCOUNT NO. 2005   LOS ANGELES, CA 90051-0110 |
| LAMACCHIA, DELENA S. | 1104 BLACK ROAD,   ACCOUNT NO. 1000242-0001721993-8  CHERRYVILLE, NC 28021 |
| LAWRENCE, RICHARD P | 6154 105TH AVE, PINEALLAS PARK, FL 337822526 |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT | C/O ANDREA SHEEHAN,LAW OFFICES OF ROBERT E. LUNA, P.C.,4411 NORTH CENTRAL EXPRESSWAY, DALLAS, TX 75205 |
| LIBERTY PROPERTY LIMITED PARTNERSHIP | BARRY E. BRESSLER, ESQ.,SCHNADER HARRISON SEGAL & LEWIS LLP,1600 MARKET ST., SUITE 3600, PHILADELPHIA, PA 19103 |
| LIBERTY PROPERTY LIMITED PARTNERSHIP | MICHAEL J. BARRIE, ESQ.,SCHNADER HARRISON SEGAL & LEWIS LLP,824 N. MARKET ST., SUITE 1001, WILMINGTON, DE 19801 |
| LOFTIS, NORMAN | 3 DEERFIELD AVENUE, SAG HARBOR, NY 11963 |
| MACCORMACK, JOSEPH & MARY | 4800 CHRISTIE JANE LANE, FAIRFAX, VA 22030 |
| MANATEE COUNTY | KEN BURTON JR CFC TAX COLLECTOR,PO BOX 25300, BRADENTON, FL 34206-5300 |
| MATSON, SARA | 5251 ISLAND DR, STONE MOUNTAIN, GA 30087 |
| MCALLEN ISD | MCALLEN ISD,PO BOX 178, EDINBURG, TX 78540 |
| MCALLEN ISD | DIANE W. SANDERS,LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,1949 SOUTH IH 35 (78741) P.O. BOX 17428, AUSTIN, TX 78760-7428 |
| MECKLENBURG COUNTY | TTN CITY-COUNTY NC TAX COLLECTOR,PO BOX 31637, CHARLOTTE, NC 28231 |
| MERCED COUNTY TAX COLLECTOR | ATTN LORRAINE GONZALEZ,2222 "M" STREET, MERCED, CA 95340 |
| MONTES, JORGE L | 14362 SW 172 LANE, MIAMI, FL 33177 |
| MULTNOMAH COUNTY | ATTN ANGELIKA LOOMIS,PO BOX 2716, PORTLAND, OR 97208 |
| MYER, MARTI | 3484 HWY G-50, SAINT CHARLES, IA 50240 |
| NATIXIS REAL ESTATE CAPITAL, INC. | JOSEPH F. FALCONE, III,9 WEST 57TH STREET, NEW YORK, NY 10019 |
| NICOTERA, PATRICIA | 3806 BARRINGTON LANE, MYRTLE BEACH, SC 29588 |
| NUECES COUNTY | NUECES COUNTY,PO BOX 2810, CORPUS CHRISTI,  78403-2810 |
| NUECES COUNTY | DIANE W SANDERS,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,1949 S IH 35 (78741) PO BOX 17428, AUSTIN, TX 78760-7428 |
| OAKLAND COUNTY TREASURER | ATTN DIANE L ROARK, DEPUTY TREASURER,1200 N TELEGRAPH, PONTIAC, MI 48341 |
| OAKLAND COUNTY TREASURER | ATTN DIANE L ROARK, DEPUTY TREASURER,1200 N TELEGRAPH ROAD,DEPARTMENT 479, PONTIAC, MI 48341 |
| OKLAHOMA COUNTY TREASURER | FORREST "BUTCH" FREEMAN,320 ROBERT S KERR RM 307, OKLAHOMA CITY, OK 73102 |
| PIMA COUNTY, ARIZONA | PIMA COUNTY CIVIL ATTORNEY,32 N STONE SUITE 2100, TUCSON, AZ 85701 |
| PINAL COUNTY TREASURER | PINAL COUNTY TREASURERS OFFICE,DOLORES J DOOLITTLE,PO BOX 729, FLORENCE, AZ 85232-0729 |
| PINELLAS COUNTY TAX COLLECTOR | ATTN BETTY A. GRAMLEY, TAX MANAGER,PO BOX 2943, CLEARWATER, FL 33757-2943 |
| PLACER COUNTY TAX COLLECTOR | ATTN ANN M DONDRO, DEPUTY TREASURER,2976 RICHARDSON DR, AUBURN, CA 95603 |
| POTTER COUNTY ET AL | D'LAYNE PEEPLES,PERDUE BRANDON FIELDER COLLINS MOTT LLP,PO BOX 9132, AMARILLO, TX 79105-9132 |
| PPTS 361, LLC | DOUGLAS BADASZEWSKI,C/O PLYMOUTH PARK TAX SERVICES LLC,35 AIRPORT RD, STE 150, MORRISTOWN, NJ 07960 |
| RANDALL COUNTY TAXING DISTRICTS | D'LAYNE PEEPLES,PERDUE BRANDON FIELDER COLLINS MOTT LLP,PO BOX 9132, AMARILLO, TX 79105-9132 |
| RUCKER, JAMES D. | 5057 CORONADO DRIVE, EL DORADO HILLS, CA 95762 |
| SACRAMENTO COUNTY TAX COLLECTOR | ATTN WILLIAM KWONG, DEPUTY,BANKRUPTCY,700 H STREET, ROOM 1710, SACRAMENTO, CA 95814 |
| SALT LAKE COUNTY TREASURER | ATTN RAY LANCASTER,2001 SOUTH STATE STREET, # N1200, SALT LAKE CITY, UT 84190 |
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR | ATTN DAN MCALLISTER,1600 PACIFIC HIGHWAY, ROOM 162, SAN DIEGO, CA 92101 |
| SAN JOAQUIN COUNTY | ATTN SHABBIR A. KHAN, TAX COLLECTOR,PO BOX 2169, STOCKTON, CA 95201-2169 |

| Claim Name | Address Information |
|---|---|
| SAN LUIS OBISPO COUNTY | FRANK L FREITAS, TAX COLLECTOR,ROOM D 290,COUNTY GOVERNMENT CENTER, SAN LUIS OBISPO, CA 93408 |
| SEMINOLE COUNTY TAX COLLECTOR | RAY VALDES,1101 EAST FIRST STREET,POST OFFICE BOX 630, SANFORD, FL 32772 |
| SHEFELTON, JUDITH C | 592 VIRGINIA CENTER PKWY, GLEN ALLEN, VA 23059-7414 |
| SHERIFF OF WOOD COUNTY | PO BOX 1985,  ACCOUNT NO. 07#900328 08#400315  PARKERSBURG, WV 26102 |
| SHERWIN WILLIAMS COMPANY, THE | MICHAEL B. BACH, ESQ.,11256 CORNELL PARK DRIVE, SUITE 500, CINCINNATI, OH 45242 |
| SNOHOMISH COUNTY TREASURER | ATTN DEBI GAHRINGER, BANKRUPTCY OFFICER,3000 ROCKEFELLER AVE M/S 501, EVERETT, WA 98201-4060 |
| SOMERVELL CAD - DIANE W SANDERS | SOMERVELL CAD,112 ALLEN DR, GLEN ROSE,  76043-9998 |
| SOMERVELL CAD - DIANE W SANDERS | LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP,1949 SOUTH IH 35 (78741),PO BOX 17428, AUSTIN, TX 78760-7428 |
| SOUTH TEXAS COLLEGE | SOUTH TEXAS COLLEGE,PO BOX 178, EDINBURG, TX 78540 |
| SOUTH TEXAS COLLEGE | DIANE W. SANDERS,LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,1949 SOUTH IH 35 (78741) P.O. BOX 17428, AUSTIN, TX 78760-7428 |
| SOUTH TEXAS ISD | SOUTH TEXAS ISD,PO BOX 178, EDINBURG, TX 78540 |
| SOUTH TEXAS ISD | DIANE W. SANDERS,LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,1949 SOUTH IH 35 (78741) P.O. BOX 17428, AUSTIN, TX 78760-7428 |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE | ATTN RICHARD ROBISON MANAGER REV SERV,41 S CENTRAL AVENUE, CLAYTON, MO 63105 |
| SUTTER COUNTY TAX COLLECTOR | ATTN JIM STEVENS,TREASURER TAX COLLECTOR,PO BOX 546, YUBA CITY, CA 95992 |
| THURSTON COUNTY TREASURER | ATTN SUSAN SHEFLER, REVENUE OFFICER,2000 LAKERIDGE DR SW, OLYMPIA, WA 98502 |
| TRUSTMARK NATIONAL BANK | ATTN SHEILA KING, INVESTOR ACCTG MANAGER,LOAN ADMINISTRATION,PO BOX 522, JACKSON, MS 39205 |
| TUSCALOOSA COUNTY | PEYTON C COCHRANE, TAX COLLECTOR,714 GREENSBORO AVE RM 124, TUSCALOOSA, AL 35401 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | ATTN PAMELA WIEDER,U.S. BANK CORPORATE TRUST SERVICES,EP-MN-WS1D, 60 LIVINGSTON AVE, SAINT PAUL, MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | ATTN KATHERINE CONSTANTINE,DORSEY & WHITNEY LLP,50 SOUTH SIXTH STREET,SUITE 1500, MINNEAPOLIS, MN 55402 |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL | ATTN SARA F MILLARD, AUTHORIZED REP.,LAW DEPARTMENT,230 N. ELM, SUITE 27401, P.O. BOX 20597, GREENSBORO, NC 27420 |
| W2007 SEATTLE OFFICE BELLEFIED | OFFICE PARK REALTY, LLC,C/O SHAWN B. REDIGER - WILLIAMS KASTNER,601 UNION STREET, SUITE 4100, SEATTLE, WA 98101 |
| WAGONER INSURANCE | MICHAEL WAGONER,PO BOX 839, SNEADS FERRY, NC 28460 |
| WASHINGTON STATE EMPLOYMENT SECURITY | DEPT - ATTN: ELLEN MOE, COMPLIANCE UNIT,UI TAX AND WAGE ADMINISTRATION,PO BOX 9046, OLYMPIA, WA 98507-9046 |
| WILLIAMSON COUNTY CLERK AND MASTER | ATTN ELAINE BEELER, CLERK AND MASTER,PO BOX 1666, FRANKLIN, TN 37065 |
| WILLIAMSON COUNTY CLERK AND MASTER | ATTN WILLIAM J YOST, BACK TAX ATTORNEY,PO BOX 1666, FRANKLIN, TN 37065 |
| WILLIAMSON COUNTY CLERK AND MASTER | YOST ROBERTSON NOWAK PLLC,133 HOLIDAY COURT, SUITE 208, FRANKLIN, TN 37067 |
| WILLIAMSON COUNTY TRUSTEE | WALTER J. DAVIS, TRUSTEE,P.O. BOX 648, FRANKLIN, TN 37065 |
| WOLF, KRISTIN | 622 SOUTH 8TH,  ACCOUNT NO. ACCT#1001710666  PETERSBURG, IL 62675 |
| YAKIMA COUNTY TREASURER | PO BOX 22530,  ACCOUNT NO. PARCEL #500000-15157  YAKIMA, WA 98907 |
| ZURICH AMERICAN INSURANCE COMPANY | C/O KAREN LEE TURNER,ECKERT SEAMANS CHERLIN & MELLOTT, LLC,TWO LIBERTY PL - 50 S. 16TH ST, 22ND FL, PHILADELPHIA, PA 19102 |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL | C/O KAREN LEE TURNER,ECKERT SEAMANS CHERIN & MELLOTT, LLC,TWO LIBERTY PLE - 50 S. 16TH ST-22ND FL., PHILADELPHIA, PA 19102 |

**Total Creditor Count 137**

| Claim Name | Address Information |
|---|---|
| 1ST COMMONWEALTH BANK OF VIRGINIA | ATTN: ERNEST TRESSLER,6829 ELM STREET, SUITE 240, MCLEAN, VA 22101 |
| AIRLIE OPPORTUNITY FUND | ATTN: ANDREW DWYER, JEREMY BLOOMER,115 EAST PUTNAM AVE., GREENWICH, CT 06830 |
| ALLIED CAPITAL CORP | ATTN: JOHN FRUEWIRTH, MATTHEW KELTY,WILLIAM WALTON, DANIEL RUSSELL,1919 PENNSYLVANIA AVE. NW, WASHINGTON, DC 20006 |
| AMERICAN BANK OF FLORIDA | 12475 SOUTH DIXIE HIGHWAY, PINECREST, FL 33156 |
| AMERICAN CAPITAL STRATEGIES | ATTN: CHRIS WUNZ,TWO BETHESDA METRO CENTER, 14TH FLOOR, BETHESDA, MD 20814 |
| AMERICAN STOCK TRANSFER & TRUST COMPANY | ATTN: MICHAEL KARFUNKEL,6201 15TH AVENUE, BROOKLYN, NY 11219 |
| ANCHORAGE CAPITAL PARTNERS LTD. | ATTN: THOMAS BYRNE, BERNARD WAGENMANN,35-37 GROSVENOR GARDENS, STE. 200, LONDON,  SW1W 0BS UNITED KINGDOM |
| ANGELO GORDON | ATTN: DAVID ROBERTS,245 PARK AVENUE, 26HT FL., NEW YORK, NY 10167 |
| ANNALY MORTGAGE MANAGEMENT, INC. | ATTN: RONALD D. KAZEL,1211 AVENUE OF THE AMERICAS, SUITE 2902, NEW YORK, NY 10036 |
| APOLLO | ATTN: MARC E. BECKER,9 WEST 57TH STREET 43RD FLOOR, NEW YORK, NY 10022 |
| AQUILINE HOLDINGS, LLC | ATTN: SANDRA S. WIJNBERG,535 MADISON AVENUE, NEW YORK, NY 10022 |
| ARES MANAGEMENT LLC | ATTN: BENNETT ROSENTHAL, DAVID SACHS,MICHAEL AROUGHETI,1999 AVENUE OF THE STARS, SUITE 1900, LOS ANGELES, CA 90067 |
| ASSOCIATED BANC-CORP | ATTN: PAUL BEIDEMAN, JOSEPH SELNER,1200 HANSEN RD.,PO BOX 13307, GREEN BAY, WI 54304 |
| AUSTIN ATLANTIC MANAGEMENT | ATTN: JAY MCENTIRE IV,600 CONGRESS, SUITE 450, AUSTIN, TX 78701 |
| BALLAST POINT | ATTN: RICHARD BRANDEWIE,880 CARILLON PARKWAY, ST. PETERSBURG, FL 33716 |
| BANCO DO BRASIL, FEDERAL SAVINGS BANK | ATTN: MILTON RODRIGUEZ,11 WEST 42ND STREET, NEW YORK, NY 10036 |
| BANCOBUENAVENTURA, FSB (I/O) | ATTN: JEFF MONTGOMERY,143 WEST FIFTH & A STREET, OXNARD, CA 93030 |
| BANKFINANCIAL CORP | ATTN: MORGAN GASIOR, PAUL CLOUTIER,15W060 NORTH FRONTAGE RD., BURR RIDGE, IL 60527 |
| BAYVIEW FINANCIAL | ATTN: DAVID ERTEL,4425 PONCE DE LEON BLVD.,5TH FLOOR, CORAL GABLES, FL 33146 |
| BEAL BANK | ATTN: JOHN GOODMAN,6000 LEGACY DRIVE, PLANO, TX 75024 |
| BEAR STEARNS MERCHANT BANKING | ATTN: RICHARD PERKAL, BOB JUNEJA,383 MADISON AVE., 40TH FL., NEW YORK, NY 10179 |
| BELEVEDERE | ATTN: JUSTIN EVANS,ONE MARITIME PLAZA SUITE 825, SAN FRANCISCO, CA 94111 |
| BLACK DIAMOND CAPITAL MANAGEMENT | ATTN: CHRIS PARKER,ONE SOUND SHORE DRIVE, SUITE 200, GREENWICH, CT 06830 |
| BLACKROCK, INC. | ATTN: LAURENCE DOUGLAS FINK,ROBERT STEVEN KAPITO, SUE WAGNER,40 EAST 52ND STREET, NEW YORK, NY 10022 |
| BLACKSTONE GROUP | ATTN: MATT KABAKER, FLIP HUFFARD,345 PARK AVENUE, NEW YORK, NY 10154 |
| BRIDGE FINANCE GROUP | ATTN: RANDY T. ABRAHAMS,233 S. WACKER DRIVE, SUITE 5350, CHICAGO, IL 60606 |
| BURKE CAPITAL GROUP, LLC | ATTN: RON GOFF,945 EAST PACES FERRY ROAD, NE,SUITE 1400, ATLANTA, GA 30326 |
| BURKE, WARREN, MACKAY & SERRITELLA, P.C. | ATTN: RICHARD BURKE,22ND FLOOR,330 N. WABASH AVE., CHICAGO, IL 60611-3607 |
| CAPITALSOURCE | ATTN: DAVI TSERPELIS,640 FIFTH AVENUE  11TH FLOOR, NEW YORK, NY 10019 |
| CAPITOL BANCORP, LTD. | ATTN: MIKE MORAN,200 WASHINGTON SQUARE NORTH,CAPITOL BANCORP CENTER, LANSING, MI 48933 |
| CAPITOL BANK OF COLUMBUS | ATTN: STEPHEN BROOKS,530 WEST SPRING STREET, COLUMBUS, OH 43215 |
| CARGILL FINANCIAL SERVICES | ATTN: JODY GUNDERSON, BOB PERRY,6000 CLEARWATER AVE., MINNETONKA, MN 55343 |
| CARLYLE GROUP | ATTN: DAVID RUBENSTEIN, EDWARD MATHIAS,EDWARD "NED" KELLY, DAVID ZWEINER,1001 PENNSYLVANIA AVE. NW, WASHINGTON, DC 20004 |
| CARRINGTON CAPITAL MANAGEMENT | ATTN: DARREN FULCO,599 W. PUTNAM AVE., GREENWICH, CT 06830 |
| CASTLE CREEK | ATTN: JOHN M. EGGEMEYER III,WILLIAM J. RUH,6051 EL TORDO P.O. BOX 1329, RANCHO SANTA FE, CA 92067 |
| CATHAY GENERAL BANCORP | ATTN: DUNSON CHENG, HENG CHEN,777 NORTH BROADWAY, LOS ANGELES, CA 90012-2819 |
| CDP CAPITAL | ATTN: HENRI-PAUL ROUSSEAU,1000 PLACE JEAN-PAUL-RIOPELLE, MONTREAL, QC H2Z 2B3 CANADA |
| CERBERUS CALIFORNIA, INC. | ATTN: MICHAEL GRENIER,HOOTAN YAGHOOBZADEH,11812 SAN VICENTE BLVD, STE 300, LOS |

| Claim Name | Address Information |
|---|---|
| CERBERUS CALIFORNIA, INC. | ANGELES, CA 90049 |
| CFS BANCORP INC. | ATTN: THOMAS PRISBY, ROBERT ROSS,707 RIDGE RD., MUNSTER, IN 46321 |
| CHAPMAN & CUTLER | ATTN: ED SOMMER,111 WEST MONROE STREET, CHICAGO, IL 60603 |
| CHARLESBANK CAPITAL PARTNERS | ATTN: MARK ROSEN,200 CLARENDON ST. 54TH FL, BOSTON, MA 02116 |
| CHURCHILL FINANCIAL HOLDINGS, LLC | ATTN: KENNETH J. KENCEL,400 PARK AVENUE, SUITE 1510, NEW YORK, NY 10022 |
| CITADEL INVESTMENT GROUP, LLC | ATTN: YANNICK MATHIEU, BOB POLACHEK,WILLIAM MAGEE, COSTIN BANKS,YUNG BONG LIM, 131 SOUTH DEARBORN ST, CHICAGO, IL 60603 |
| CIVC | ATTN: KEITH YAMADA, NICHOLAS SAYERS,191 NORTH WACKER DR., STE 1100, CHICAGO, IL 60606 |
| COMMERCE STREET CAPITAL, LLC | ATTN: WHITLEY CUMMINGS,382 SPRINGFIELD AVENUE, SUITE 201, SUMMIT, NJ 07901 |
| CORSAIR CAPITAL | ATTN: CLIFFORD BROKAW IV,T. KIMBALL BROOKER JR.,717 FIFTH AVENUE 24TH FLOOR, NEW YORK, NY 10022 |
| COURT SQUARE CAPITAL PARTNERS | ATTN: CHRIS HOJLO,399 PARK AVE., 14TH FL., NEW YORK, NY 10022 |
| CREDITONE FINANCIAL SOLUTIONS | ATTN: PAUL THOME,131 CONTINENTAL DR.,SUITE 307, NEWARK, DE 19713 |
| CRUSADER FINANCIAL GROUP, INC. | ATTN: BLAIR A. WEST,67 HAMPTON ROAD, SUITE6, SOUTHHAMPTON, NY 11968 |
| CYPRESS GROUP | ATTN: WILLIAM SPIEGAL, GENE LEE,ALEKH DALAL,65 E. 55TH ST., NEW YORK, NY 10022 |
| D E SHAW & CO, ATTN: DANIEL MICHALOW, | PHILLIP KEARNS,SCOTT HENKIN,BRAD PARISH,39TH FLOOR, TOWER 45,120 WEST FORTY-FIFTH STREET, NEW YORK, NY 10036 |
| DEERFIELD CAPITAL MANAGEMENT, LLC | ATTN: AARON D. PECK,8700 WEST BRYN MAWR AVENUE SOUTH TOWER,SUITE 1200, CHICAGO, IL 60631 |
| DEUTSCHE BANK | ATTN: BERND AMLUNG, HEAD OF CORP DEV,60 WALL STREET, NEW YORK, NY |
| DIAMOND CASTLE HOLDINGS | ATTN: LEE WRIGHT, ANDREW RUSH,280 PARK AVE., 25TH FL. EAST TOWER, NEW YORK, NY 10017 |
| DLJ MERCHANT PARTNERS | ATTN: SUSAN SCHNABEL,11 MADISON AVE., NEW YORK, NY 10010 |
| EAST WEST BANCORP, INC. | ATTN: JULIA GOUW,135 NORTH LOS ROBLES AVE., 7TH FLOOR, PASADENA, CA 91101 |
| EDUCATIONAL FINANCE PARTNERS | ATTN: HOWARD WIZIG,111 MAIDEN LANE, 4TH FLOOR, SAN FRANCISCO, CA 94108 |
| ELLIE MAE, INC. | ATTN: SIG ANDERMAN,4155 HOPYARD ROAD, SUITE 200, PLEASANTON, CA 94588 |
| ELLINGTON MANAGEMENT GROUP | ATTN: BRIAN ZIPP,53 FOREST AVENUE, OLD GREENWICH, CT 06870 |
| ENTERPRISE TRUST COMPANY | ATTN: FRANK H. SANFILIPPO,150 NORTH MERAMAC, SUITE 350, CLAYTON, MO 63105 |
| EQUIFIN | ATTN: DAN URY,7 TIMES SQUARE STE. 2106, NEW YORK, NY 10036 |
| EVOLVE BANK & TRUST | ATTN: W. SCOTT STAFFORD,8000 CENTERVIEW PARKWAY , SUITE 500, MEMPHIS, TN 38018 |
| FALCON INVESTMENT ADVISORS, LLC | ATTN: SANDEEP ALVA, WILLIAM KENNEDY JR.,RAFAEL FOGEL,21 CUSTOM HOUSE STREET; 10TH FLOOR, BOSTON, MA 02110 |
| FARALLON | ATTN: RYAN SCHAPER,ONE MARITIME PLAZE, STE. 2100, SAN FRANCISCO, CA 94111 |
| FBOP CORPORATION (KELLY/MITCHELL) | ATTN: EDWARD FITZPARTICK,11 MADISON ST., OAK PARK, IL 60302 |
| FIFTH THIRD BANCORP (OH) | ATTN: KEVIN T. KABAT,38 FOUNTAIN SQUARE PLAZA, CINCINNATI, OH 45263 |
| FIRST BANKS, INC. (DIERBERG/BLAKE) | ATTN: TERRANCE MCCARTHY,135 N. MERAMEC AVE., CLAYTON, MO 63105 |
| FIRST CHICAGO / CASTLE CREEK PARTNERS | ATTN: JOHN EGGEMEYER, MARK RUH,WILLIAM RUH,6051 EL TORDO, RANCHO SANTA FE, CA 92067 |
| FIRST NATIONAL OF NEBRASKA | ATTN: BRUCE LAURITZEN,1620 DODGE ST., OMAHA, NE 68197 |
| FIVE MILE CAPITAL | ATTN: JOSEPH PISCINA,THREE STAMFORD PLAZA,301 TRESSER BLVD., 9TH FLOOR, STAMFORD, CT 06901 |
| FORTRESS | ATTN: TONY ETTINGER, ANDREW BERMAN,MICHAEL FALLACARA,1345 AVENUE OF THE AMERICAS 46TH FLOOR, NEW YORK, NY 10105 |
| FOUNDATION FIRST BANK | ATTN: RANDAL J. BURNS,14450 EAGLE RUN DRIVE,SUITE 210, OMAHA, NE 68116 |
| FRIEDMAN, FLEISCHER & LOWE, ATTN: CALEB | EVERETT, NANCY GRAHAM,SPENCER FLEISCHER,RAJAT DUGGAL, CHRISTOPHER MASTO,ONE MARITIME PLAZA, 22ND FLOOR, SAN FRANCISCO, CA 94111 |
| FT VENTURES | ATTN: RICHARD GARMAN, ROBERT HURET,555 CALIFORNIA ST., STE. 2900, SAN FRANCISCO, CA 94104 |
| GREAT COURT CAPITAL | ATTN: ALAN SCHWARTZ,444 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| GREENHILL | ATTN: BORIS GUTIN,300 PARK AVENUE 23RD FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| GREENHILL CAPITAL PARTNERS | ATTN: ROBERT GREENHILL, SR.,300 PARK AVE., 23RD FLOOR, NEW YORK, NY 10022 |
| GREENLIGHT CAPITAL, INC. | ATTN: DAVID EINHORN, HARRY BRANDLER,NELSON HEUMANN,2 GRAND CENTRAL TOWER 140 E 45 ST,FL 24, NEW YORK, NY 10017 |
| GSC GROUP | ATTN: ALFRED ECKERT III, ANDREW WAGNER,500 CAMPUS DRIVE, SUITE 220, FLORHAM PARK, NJ 07932 |
| GTCR GOLDEN RAUNER, LLC | ATTN: BRUCE RAUNER, CRAIG BONDY,6100 SEARS TOWER, CHICAGO, IL 60606 |
| GUARANTEED RATE INC. | ATTN: TED AHERN,3940 NORTH RAVENSWOOD, CHICAGO, IL 60613 |
| HALCYON STRUCTURED ASSET MANAGEMENT | ATTN: STEVEN MANDIS,477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HBK INVESTMENTS | ATTN: MARK SCHACHTER,300 CRESCENT COURT, SUITE 700, DALLAS, TX 75201 |
| HEIGHTS CAPITAL MANAGEMENT | ATTN: ANDREW FROST,101 CALIFORNIA STREET, SUITE 3250, SAN FRANCISCO, CA 94111 |
| HIG CAPITAL | ATTN: DOUG BERMAN,1001 BRICKELL BAY DR., 27TH FL., MIAMI, FL 33131 |
| HIGHBRIDGE CAPITAL MANAGEMENT | ATTN: GLENN DUBIN, HENRY SWIECA,9 WEST 57TH STREET,27TH FLOOR, NEW YORK, NY 10019 |
| HIGHLAND CAPITAL MANAGEMENT | ATTN: PAUL BERZ, STEVEN WISHNIA,6077 PRIMACY PARKWAY SUITE 228, MEMPHIS, TN 38119 |
| IFC | ATTN: ANDRE LAUDE, MILANA I. GORSHKOVA,2121 PENNSYLVANIA AVE, NW,F10P-130, WASHINGTON, DC 20433 |
| INDYMAC BANK | ATTN: AL E. GOMEZ,888 EAST WALNUT STREET,HQ-06-04, PASADENA, CA 91101-7211 |
| ITLA CAPITAL CORPORATION | ATTN: TIMOTHY M. DOYLE,888 PROSPECT STREET, STE. 110, LA JOLLA, CA 92037 |
| JC FLOWERS | ATTN: EDWARD GREBOW,717 FIFTH AVENUE 26TH FLOOR, NEW YORK, NY 10022 |
| JLL | ATTN: KEVIN HAMMOND,450 LEXINGTON AVENUE 31ST FLOOR, NEW YORK, NY 10017 |
| JMH CAPITAL | 890 WINTER STREET SUITE 110, WALTHAM, MA 02451 |
| JP MORGAN PARTNERS | ATTN: CARTY CHOCK, INGRID MAZUL,TIM SEBUNYA, BROOK CUDDY,450 LEXINGTON AVE., STE. 3350, NEW YORK, NY 10017 |
| KBC FINANCIAL PRODUCTS USA INC. | ATTN: GAGAN SAWHNEY, DAVID PESKIN,140 EAST 45TH STREET,2 GRAND CENTRAL TOWER, 42ND FLOOR, NEW YORK, NY 10017-3144 |
| KELLY CAPITAL | ATTN: JOE ALTMAN,225 BROADWAY NBC TOWER 18TH FLOOR, SAN DIEGO, CA 92101 |
| KKR | ATTN: MARC S. LIPSCHULTZ,9 WEST 57 STREET SUITE 4200, NEW YORK, NY 10019 |
| KOHLBERG & COMPANY | ATTN: JAMES KOHLBERG, JEROME KOHLBERG,SHANT MARDIROSSIAN,111 RADIO CIRCLE, MT. KISCO, NY 10549 |
| LANGER | TWO SOUNDVIEW DRIVE, GREENWICH, CT 06830 |
| LBC CREDIT PARTNERS | ATTN: JOHN BRIGNOLA, IRA LUBERT,CHRISTOPHER CALABRESE,CIRCA CENTRE, 2929 ARCH STREET, PHILADELPHIA, PA 19104 |
| LEUCADIA | ATTN: BILL SLOVER,1730 RHODE ISLAND AVE NW SUITE 304, WASHINGTON, DC 20036 |
| LEXIN CAPITAL | ATTN: METIN NEGRIN,645 MADISON AVENUE, NEW YORK, NY 10065 |
| LINDSAY GOLDBERG | ATTN: ALAN GOLDBERG,630 FIFTH AVE., 30TH FLOOR, NEW YORK, NY 10111 |
| LLR | ATTN: MITCHELL HOLLIN,CIRCA CENTRE, 2929 ARCH ST., PHILADELPHIA, PA 19104 |
| LONE STAR FUNDS | ATTN: JOHN GRAYKEN, LEN ALLEN JR.,CATHERON MILLER,717 NORTH HARWOOD ST., STE. 2200, DALLAS, TX 75201 |
| LUXMAC COVINO & COMPANY, INC. | ATTN: JORDAN HARRIS,560 WHITE PLAINS ROAD, SUITE 400, TARRYTOWN, NY 10591 |
| M2 CAPITAL PARTNERS, LLC | ATTN: JAY MCENTIRE IV,3627 STONERIDGE ROAD #3, AUSTIN, TX 78746 |
| MADISON DEARBORN | ATTN: TIMOTHY HURD, VAHE DOMBALAGIAN,3 FIRST NATIONAL PLAZA, SUITE 3800, CHICAGO, IL 60602 |
| MAGNETAR CAPITAL LLC | ATTN: ALEC LOTOWITZ, ROSS LASER,1603 ORRINGTON AVE,SUITE 990, EVANSTON, IL 60201 |
| MARATHON ASSET MANAGEMENT, LLC | ATTN: ANDY SPRINGER, SCOTT SCHWARTZ,RON BERNSTEIN,BRUCE RICHARDS, GARY LEMBO,461 FIFTH AVENUE, 10TH FLOOR, NEW YORK, NY 10017 |
| MARQUETTE FINANCIAL COMP. (POHLAD/HILE) | ATTN: JANN OZELLO-WILCOX,60 SOUTH 6TH ST., STE 3800, MINNEAPOLIS, MN 55402 |
| MARSHALL & ILSLEY CORP. | ATTN: MARK FURLONG, KENNETH KREI,770 NORTH WATER ST., MILWAUKEE, WI 53202 |
| MATLINPATTERSON ASSET MANAGEMENT, LLC | ATTN: FRANK PLIMPTON,520 MADISON AVENUE, NEW YORK, NY 10022 |
| MAVERICK CAPITAL | ATTN: MIKE LYONS, GUNNAR OVERSTROM,AMY COSTILLO, MIKE LYONS,767 FIFTH AVENUE |

| Claim Name | Address Information |
|---|---|
| MAVERICK CAPITAL | 11TH FLOOR, NEW YORK, NY 10153 |
| MB FINANCIAL INC. | ATTN: JILL YORK,800 WEST MADISON ST., CHICAGO, IL 60607 |
| MEDALLION FINANCIAL GROUP | ATTN: ANDY MURSTEIN,437 MADISON AVENUE, 38TH FLOOR, NEW YORK, NY 10022 |
| MERIDIAN | ATTN: HOWARD J. ZUCKERMAN,1 BATTERY PARK PLAZA, 26TH FLOOR, NEW YORK, NY 10004 |
| METALMARK CAPITAL | ATTN: LEIGH ABRAMSON, HOWARD HOFFEN,1177 AVENUE OF THE AMERICAS 40TH FL., NEW YORK, NY 10036 |
| MHR | ATTN: KEITH WHITTAKER,40 WEST 57TH STREET 24TH FLOOR, NEW YORK, NY 10019 |
| MID AMERICA BANKING CORP (BARRY/JOHNSON) | ATTN: RALPH GATES,33 EAST BROADWAY, STE. 190, COLUMBIA, MO 65203 |
| MUNIMAE | ATTN: MICHAEL L. FALCONE,THOMAS W. KORONA,900 17TH STREET, NW, SUITE 350, WASHINGTON, DC 20006 |
| NATIONAL CITY CORP. (OH) | ATTN: JOHN D. GELLHAUSEN,CLARK KHAYAT, KENNETH GAVRITY,1900 EAST NINTH ST., CLEVELAND, OH 44114 |
| NETMORE INC. | ATTN: MARK FREEDLE,109 EAST MAIN STREET, SUITE 301, WALLA WALLA, WA 99362 |
| NEW WORLD FEDERAL SAVINGS BANK | ATTN: JOSE CAMACHO, GEORGE MUNOZ,SUSAN WALKER,1600 EAST ROBINSON STREET, SUITE 400, ORLANDO, FL 32803 |
| NEW YORK MORTGAGE TRUST | ATTN: DAVID AKRE,52 VANDERBILT AVENUE, NEW YORK, NY 10017 |
| NEWOAK CAPITAL | ATTN: SHANKER MERCHANT,485 LEXINGTON AVENUE, 25TH FLOOR, NEW YORK, NY 10017 |
| OCH-ZIFF CAPITAL | ATTN: DAVID WINDREICH, JOSH ROSS,9 WEST 57TH ST., 39TH FLOOR, NEW YORK, NY 10022 |
| OCWEN | ATTN: WILLIAM ERBEY,THE FORUM, SUITE 1003,1675 PALM BEACH LAKES BLVD., WEST PALM BEACH, FL 33401 |
| ODYSSEY INVESTMENT PARTNERS | ATTN: STEPHEN BERGER,280 PARK AVE., WEST TOWER, 38TH FL., NEW YORK, NY 10017 |
| OLD SECOND BANCORP INC. | ATTN: WILLIAM SKOGLUND,37 SOUTH RIVER ST., AURORA, IL 60506 |
| OLYMPIA WEST MORTGAGE GROUP | ATTN: JOHN LUESSENHOP,1950 OLD GALLOWS RD. 8TH FLOOR, VIENNA, VA 22182 |
| ONE SOUTH BANK | ATTN: KIM WILSON, JANICE GEORGE,777 MAIN ST. BLDG. G, STE. 2, CHIPLEY, FL 32428 |
| ORIX CAPITAL MARKETS | ATTN: CLIFF WEINER,1717 MAIN STREET, SUITE 900, DALLAS, TX 75201 |
| PARTHENON CAPITAL | ATTN: BRIAN GOLSON, ANDREW DODSON,265 FRANKLIN ST., 18TH FL., BOSTON, MA 02110 |
| PAYONEER  (VIA PATTONBOGGS) | ATTN: YUVAL TAL,410 PARK AVENUE, 15TH FLOOR, NEW YORK, NY 10022 |
| PERIMETER FIRST BANK | ATTN: D. R. GRIMES,3600 MANSELL ROAD SUITE 350, ALPHARETTA, GA 30022 |
| PERRY CAPITAL | ATTN: ORI UZIEL,767 5TH AVE., 19TH FLOOR, NEW YORK, NY 10153 |
| PHH CORPORATION | ATTN: TERENCE W. EDWARDS,NEIL J. CASHEN, RON LYLES,3000 LEADENHALL ROAD, MOUNT LAUREL, NJ 08054 |
| PLAINFIELD ASSET MANAGEMENT LLC | ATTN: NIV HARIZMAN,55 RAILROAD AVENUE, 3RD FLOOR, GREENWICH, CT 06830 |
| PLATINUM EQUITY | ATTN: SAM FARAHNAK,360 NORTH CRESCENT DR., BEVERLY HILLS, CA 90210 |
| POPULAR INC. | ATTN: RICHARD CARRION, DAVID CHAFEY JR.,209 MUNOZ RIVERA AVENUE,PO BOX 362708, HATO REY, PR 00918 |
| PROSPECT | ATTN: MARK FILLER, TRACY JACKSON,JASON SCHIFFMAN,1033 SKOKIE BOULEVARD, NORTHBROOK, IL 60062 |
| QUICKEN LOANS | ATTN: ROB KRAMER,20555 VICTOR PARKWAY, LIVONIA, MI 48152 |
| RAMIUS CAPITAL GROUP, LLC | ATTN: ROGER ANSCHER, PETER COHEN,666 THIRD AVENUE 26TH FLOOR, NEW YORK, NY 10017 |
| RANIERI & CO. | ATTN: KAREN BELLEZZA,120 GILBRALTAR ROAD, HORSHAM, PA 19044 |
| REDWOOD TRUST, INC. | ATTN: CANDACE LAU-HANSEN,ONE BELVEDERE PLACE,SUITE 300, MILL VALLEY, CA 94941 |
| RESOURCE AMERICA, INC. | ATTN: KENT CARSTATER,ONE CRESCENT DRIVE, SUITE 203,NAVY YARD CORPORATE CENTER, PHILADELPHIA, PA 19112 |
| RLJ COMPANIES | ATTN: ROBERT JOHNSON, H. VAN SINCLAIR,3 BETHESDA METRO CENTER, STE. 1000, BETHESDA, MD 20814 |
| ROARK CAPITAL GROUP | ATTN: ROBERT CHAMBERS, NEAL ARONSON,1180 PEACHTREE ST. NE, STE. 2500, ATLANTA, GA 30309 |

| Claim Name | Address Information |
| --- | --- |
| SAC CAPITAL ADVISORS | ATTN: MAHESH NARAYAN,777 LONG RIDGE RD., STAMFORD, CT 06902 |
| SAEHAN BANCORP | ATTN: DANIEL KIM,3580 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CA 90010 |
| SEKITS CAPITAL (INVESTMENT ARM) | ATTN: MICHAEL SEKITS,9841 AIRPORT BLVD., 12TH FL., MANHATTAN BEACH, CA 90045 |
| SIDHU ADVISORS LLC | ATTN: JAY S. SIDHU, ANDREA GOLDSMITH,N 6TH ST. AND WASHINGTON ST., READING, PA 19601 |
| SILVER POINT | ATTN: SETH COHEN, RICHARD S. PARISI,111 SOUTH WACKER DR., 39TH FLOOR, CHICAGO, IL 60606 |
| SPECTRUM EQUITY INVESTORS | ATTN: BRION APPLEGATE, BENJAMIN SPERO,333 MIDDLEFIELD RD., STE. 200, BOSTON, MA 94025 |
| STARBOARD SPECIALTY FUNDS, LLC | ATTN: SHAWN BASTIC,200 W. ADAMS STREET, SUITE 1050, CHICAGO, IL 60606 |
| STARK INVESTMENTS LP | ATTN: MICHAEL ROTH, BRIAN STARK,3600 SOUTH LAKE DRIVE, ST. FRANCIS, WI 53235-3716 |
| STERLING CAPITAL PARTNERS, LP | ATTN: TOM WIPPMAN, JUAN REYES,6335 SMITH AVE., STE. 210, BALTIMORE, MD 21209 |
| STONE TOWER CAPITAL LLC | ATTN: RAKESH K. JAIN,152 WEST 57TH STREET, 34TH FLOOR, NEW YORK, NY 10019-3310 |
| STRATEGIC VALUE PARTNERS | ATTN: VICTOR KHOSLA, PIERRE Y. CHUNG,80 FIELD POINT RD., GREENWICH, CT 06830 |
| SUMMIT PARTNERS | ATTN: ERIN VALENTI,499 HAMILTON AVENUE, PALO ALTO, CA 94301-1831 |
| SUN CAPITAL PARTNERS | ATTN: MARC LEDER, RODGER KROUSE,BRIAN URBANEK,5200 TOWN CENTER CIRCLE, STE. 470, BOCA RATON, FL 33486 |
| SUSQUEHANNA INTERNATIONAL GROUP | ATTN: AARON HANTMAN, JOEL GREENBERG,401 CITY AVENUE, SUITE 220, BALA CYNWYD, PA 19004 |
| TA ASSOCIATES | ATTN: TODD CROCKETT, TIM RUPERT,70 WILLOW RD., STE. 100, BOSTON, MA 94025 |
| TCF FINANCIAL CORP. | ATTN: LYNN NAGORSKE, NEIL BROWN,200 EAST LAKE ST., WAYZATA, MN 55391 |
| TERRAPIN PARTNERS, LLC | ATTN: JASON WEISS, NATHAN LEIGHT,1001 RIVAS CANYON RD., PACIFIC PALISADES, CA 90272 |
| TEXAS PACIFIC GROUP | ATTN: DAVID BONDERMAN, JAMES COULTER,WILLIAM PRICE III,301 COMMERCE ST., STE 3300, FORT WORTH, TX 76102 |
| THE BANCORP, INC. | ATTN: FRANK MASTRANGELO,405 SILVERSIDE ROAD, WILMINGTON, DE 19809 |
| THE PRIVATEWEALTH TRUST COMPANY | ATTN: WALLACE L. HEAD,70 WEST MADISON STREET, CHICAGO, IL 60602 |
| TOM MEYER | ATTN: TOM MEYER, HIALEAH, FL 33016 |
| TOMORROWS' BANK | ATTN: JOE MOSS,7130 BUFORD HWY., SUITE C100, C-110, DORAVILLE, GA 30340 |
| TRANSATLANTIC FUNDS | ATTN: ROBIN TREHAN,123 W MADISON ST, SUITE 402, CHICAGO, IL 60602 |
| TRENWITH GROUP, LLC | ATTN: JEFFREY R. MANNING,7101 WISCONSIN AVENUE, STE. 800, BETHESDA, MD 20814-4827 |
| TRIVEST PARTNERS | ATTN: JAMIE ELIAS,2665 SOUTH BAYSHORE DR., STE. 800, MIAMI, FL 33133 |
| UBS (RBK MANAGEMENT) | ATTN: AMIT GROVER,299 PARK AVENUE, 31ST FLOOR, NEW YORK, NY 10171 |
| UCBH HOLDINGS, INC. | ATTN: JOHN DOWNING,555 MONTGOMERY STREET, 14TH FLOOR, SAN FRANCISCO, CA 94111 |
| VEGA ASSET MANAGEMENT | ATTN: ROBERT SLUTZ, MICHAEL MANN,375 PARK AVENUE, 29TH FLOOR, NEW YORK, NY 10152-0002 |
| VICTORY | 127 PUBLIC SQUARE, CLEVELAND, OH 44114 |
| VULCAN | ATTN: GEOFF MCKAY, ZANDER DOROSKI,505 FIFTH AVENUE SOUTH SUITE 900, SEATTLE, WA 98104 |
| W.R. BERKLEY CORPORATION | ATTN: WILLIAM (BILL) BERKLEY,475 STEAMBOAT ROAD, GREENWICH, CT 06830-7144 |
| WILMER CUTLER PICKERING HALE AND DORR | ATTN: SERENA B. WILLE,1875 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20006 |
| WILSHIRE STATE BANK | ATTN: STEVEN KOH,3200 WILSHIRE BOULEVARD, LOS ANGELES, CA 90010 |
| WL ROSS & CO. LLC | ATTN: JOSH SEEGOPAUL,1166 AVENUE OF THE AMERICAS, 27TH FLOOR, NEW YORK, NY 10036 |
| WPS COMMUNITY BANK, FSB | 6000 GISHOLT DRIVE, MADISON, WI 53713 |

| **Claim Name** | **Address Information** |
| --- | --- |

**Total Creditor Count 184**