IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, <u>et al.</u>, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

---------------------------------------------------------------------x

### AFFIDAVIT OF MAILING

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.    I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On April 15, 2009, I caused to be served true and correct copies of the following:

    a)    A creditor specific Customized Exhibit to Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, a sample of which is attached hereto as <u>Exhibit A,</u>

    b)    "Instructions for Telephonic Appearances Effective January 5, 2005," a sample of which is attached hereto as <u>Exhibit B,</u> and

    c)    "Notice of Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 15, 2009, to which was attached the "Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 15, 2009, [Docket No. 7280],

enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit C</u> annexed hereto.

3.     All envelopes utilized in the service of the foregoing contained the following legend:   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Angharad Bowdler

Sworn to before me this
21ˢᵗ day of April, 2009

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175079
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES 10-21-2011

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, <u>et al.</u>, | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Response Deadline: May 8, 2009 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: May 15, 2009 at 1:00 p.m. (ET)** |
| | ) | |

AHM OB33 4/15/2009 (merge2.txnum2) 4000192767 EPIQ Use - 1

ABTAHI, ESMAIL
5050 VALLEY CREST DR. #67
CONCORD, CA  94521

# NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION
# TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
# <u>BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1</u>

TO:  ABTAHI, ESMAIL
     5050 VALLEY CREST DR. #67
     CONCORD, CA  94521

**Basis For Objection:** No Liability Claim: Debtors' books and records show no liability on account of this claim

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 10160 | $99.00 |

Both of the borrower's loans were sold to investors.  His first loan was sold to Bear Sterns in April 2006 and his HELOC was sold to GMAC in March of 2005.  The Debtors contacted borrower, but did not make a settlement offer because claim is not prima facie valid.

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto.  The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim.  The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **May 8, 2009 at 4:00 p.m. (ET)** (the "<u>Response Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A hearing on the Objection (the "<u>Hearing</u>") will be held on **May 15, 2009 at 1:00 p.m. (ET)** before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.  You may appear telephonically at the Hearing by following the procedures that immediately follow this notice.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 15, 2009
     Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

INSTRUCTIONS FOR TELEPHONIC APPEARANCES
EFFECTIVE JANUARY 5, 2005

The United States Bankruptcy Court for the District of Delaware has arranged for parties to participate by telephonic appearance in hearings using CourtCall, an independent conference call company.

**Under no circumstances may any participant record or broadcast the proceedings conducted by the Bankruptcy Court.**

I.    POLICY GOVERNING TELEPHONIC APPEARANCES
      **Local counsel must appear in person in all matters before the Court.**

   Telephonic appearances are allowed in all matters before the Court except the following:

   1. Trials and evidentiary hearings - all counsel and all witnesses must appear in person;

   2. Chapter 11 status conferences - debtor and debtor's counsel must appear in person, other parties in interest may appear telephonically;

   3. Chapter 11 confirmation hearings - debtor, debtor's counsel, and all objecting parties must appear in person;

   4. Hearings on reaffirmation agreements - debtor must appear in person;

   5. Any matter designated by the Court as one requiring a personal appearance.

   No telephonic appearance will be allowed unless it is made through CourtCall pursuant to the procedures set forth in Section II.

   Parties filing a motion, application or other pleading, including, without limitation, an objection or response thereto, may participate by telephonic appearance. Any party not submitting a pleading, but interested in monitoring the Court's proceedings, may participate by telephonic appearance in "listen-only" mode.

   If an individual schedules a telephonic appearance and then fails to respond to the call of a matter on the calendar, the Court may pass the matter or may treat the failure to respond as a failure to appear. Individuals making use of the conference call service are cautioned that they do so at their own risk.

   To ensure the quality of the record, the use of car phones, cellular phones, speaker phones, or phones in other public places is prohibited. Each time you speak, you must identify yourself for the record. Do not place the call on hold at any time. When the Judge informs the participants that the hearing is completed, you may disconnect.

**EXHIBIT C**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 15, 2009 and sent to the following:

**NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

ABTAHI, ESMAIL
5050 VALLEY CREST DR. #67
CONCORD, CA 94521

AILSTOCK, MELANIE H.
4628 BROKEN LUTE WAY
ELLICOTT CITY, MD 21042

ALBRECHT, MARSHA
837 N. MAPLE AVE.
PALATINE, IL 60067

ALOIS, PETER D.
25 SAMUEL ST
NESCONSET, NY 11767

ANDERSON, MARY ANN
1450 SANDPEBBLE # 103
WHEELING, IL 60090

BADRI, FARHAD
PO BOX 63194
COLORADO SPRINGS, CO 80962

BARTOLOTTA, JOSEPH W.
23 HIGH RIDGE RD
WARWICK, NY 10990

BELCHER, LOREATHA
6073 CAPRICE DRIVE
JACKSONVILLE, FL 32244

BENNER, DORIS M.
205 E JOPPA RD #806
TOWSON, MD 21286

BIRD, VONNIE R.
9901 EAST EVANS AVENUE #25A
DENVER, CO 80247

BOGGS, FRANCES
3775 LONGS PEAK COURT
LAS VEGAS, NV 89103

BROWN, DAVID AND LORETTA
11195 CHACOL CT
RANCHO CORDOVA, CA 95670

BRUNSWICK COUNTY
ATTN MIKE CULPEPPER
DELINQUENT TAX SPECIALIST
PO BOX 29
BOLIVIA, NC 28422

CALVO, LORAINE (LORI)
43 COTTONWOOD LA
WESTBURY, NY 11590

CARROLL, GREGG
11 N DURKEE LN
EAST PATCHOGUE, NY 11772

CHAMPLIN, RICHARD D.
906 HENDRICKSON SCHOOL ROAD
SHELL KNOB, MO 65747

CHRISTOFORATOS, DIONISIOS E
68 DANA AVE
MASTIC, NY 11950

CISNEROS, VERONICA
3510 CAMINITO EL RINCON
17
SAN DIEGO, CA 92130

CITY OF ALEXANDRIA, VIRGINIA
ATTN MICHELE M. HARLOW
REVENUE DIVISION
PO BOX 178
ALEXANDRIA, VA 22313

COLLIGAN, MICHAEL
7601 AMAZON DR # 3
HUNTINGTON BEACH, CA 92647

COLLINS, SHAN
6 S INDIANA
BELLEVILLE, IL 62221

**NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 15, 2009 and sent to the following:

CRAIG, MELISSA N
1522 CARRIAGE DRIVE
EATON, CO 80615

CRAWFORD, GARY
9 SHERWOOD CRESCENT
DIX HILLS, NY 11746

DIETRICH, MICHELLE
824 SUGAR VALLEY CT
SAINT PETERS, MO 63376

DIKE, CHAKIRA-ILIANA
431 MARINE LN
WEST BABYLON, NY 11704

ELISH, CHRISTINA
77 DUFF RD
PENN HILLS, PA 15235

EXUM, RAMONA
936-59A JEWEL AVENUE
KEW GARDEN HILLS, NY 11367

FAIRFAX COUNTY
ATTN NANCY F LOFTUS, ASST COUNTY ATTNY
OFFICE OF THE COUNTY ATTORNEY
1200 GOVERNMENT CENTER PWY, STE 549
FAIRFAX, VA 22035

FERGUS, CAROL
2381 CHRISTMAS TREE DR
CARSON CITY, NV 89703

FORBES, JEREMY R. AND DANEA N.
1010 CUYAHOGA DRIVE
BARTLETT, IL 60103

FORSYTH COUNTY
ATTN DARLENE PIERCE
PO BOX 82
WINSTON-SALEM, NC 27102

FULLER, JOHN ANDRE
2112 FOUNTAIN SPRINGS DRIVE
HENDERSON, NV 89074

GALLAGHER, BRIDEEN
4224 40TH ST NW
WASHINGTON, DC 20016

GOODMAN, CAREN
177 WASHINGTON STREET
GOLDEN, CO 80403

GRAMSE, JEFFREY H.
57 DEVEREAUX CIR
S PORTLAND, ME 041061812

HACKBARTH, SCOTT
7444 LIMERICK AVE
DUBLIN, CA 94568

HENRY, LESLIE DANYELL
2153 UTOPIA AVE
NASHVILLE, TN 37211

HUBER, STEFANIE
208 WOOD HALLOW DRIVE
MARLTON, NJ 08053

IBARRA, GLORIA T.
18915 108TH LANE SOUTHEAST
RENTON, WA 98055

INJIJIAN, GARREN & AMY
C/O PAMELA SIMMONS
LAW OFFICEOF SIMMONS & PURDY
2425 PORTER STREET, SUITE 10
SOQUEL, CA 95073

KADISH, HERBERT S. & PHYLLIS R.
2905 WHITEWAY
AUSTIN, TX 78757-1616

KEITH, DEBRA J.
40104 SAGEWOOD DR
PALM DESERT, CA 92260

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 15, 2009 and sent to the following:

**NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

KEITH, KARI & LONNIE
C/O PAMELA SIMMONS
LAW OFFICE OF SIMMONS & PURDY
2425 PORTER STREET, SUITE 10
SOQUEL, CA  95073

LANDSAFE
ATTN: DAVID ZULAUF
8511 FALLBROOK AVENUE - MS: WH-51Z
WEST HILLS, CA  91304

LILLEY, MAXIE/JACQUELINE
1706 BIRDSONG
LUFKIN, TX  75901

LUCIA, LAURIE
27 SILLERO
RANCHO SANTA MARGARITA, CA  92688

MAGDALENO, ELIZABETH
403 HONEYSUCKLE
WAGONER, OK  74467

MARYLAND DEPARTMENT OF HOUSING AND
COMMUNITY DEVELOPMENT
ATTN MARK PETRAUSKAS - ADMINITRATION
100 COMMUNITY PLACE, STE 2.300
CROWNSVILLE, MD  21032

MCGILL, WAYNE T.
8300 FAWN MEADOW AVENUE
LAS VEGAS, NV  89149

KOUMANTAKIS, GEORGE G
8 SOUTH EAGLE CIRCLE
AURORA, CO  80012

LAVAN, EILEEN M
165 CROWELL ST.
HEMPSTEAD, NY  11550

LORBEER, VIRGINIA L.
14084 EAST HAMPDEN PLACE
AURORA, CO  80014

LUNCEFORD, SOPHIA
10715 E. SAHUARO DR.
SCOTTSDALE, AZ  85259

MAPES, CAROLINE
5711 CAVALIER CT
BENSALEM, PA  19020

MASON MCDUFFIE MORTGAGE
CORPORATION
ATTN MARILYN RICHARDSON, COO
2010 CROW CANYON PL STE 400
SAN RAMON, CA  945831344

MCROBERTS, MICHAEL A
159 DEL MONTE LANE
MORGAN HILL, CA  95037

KOURIL, LUANN
11 BEAVER LN W
WESTHAMPTON, NY  119771202

LERETSIS, MARY-MARGARET
16245 CATENARY DRIVE
WOODBRIDGE, VA  22191

LORENZI, GAIL
1770 CHURCH RD.
AURORA, IL  60504

LUTTRULL, KIMBERLY F.
9740 AVIARY DR
SAN DIEGO, CA  92131

MARTINO, EVE M
2374 MERMAID AVE
WANTAGH, NY  11793

MCDONALD, KEVIN A.
2604 12TH ST SW
ALTOONA, IA  50009

MEATTE, JESS
131 KEYSTONE DRIVE
FENTON, MO  63026

Page 4 of 5

**NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al

Case #: 07-11047 (CSS)

Notices mailed by April 15, 2009 and sent to the following:

MILLER, JULIE
12212 ORVILLINA DRIVE
SANTA ANA, CA 92705

MORRIS, SUSAN L
20 SKYLINE DRIVE
WEST HAVEN, CT 06516

NELSON, LORENE M.
4900 E CHAPMAN # 40
ORANGE, CA 92869

O'CALLAGHAN, DENISE
PO BOX 408
4 HIGHLAND AVE
PEAPACK, NJ 07977

OWEN, DUSTIN R.
9857 BUBBLING BROOK CT
OVIEDO, FL 32765

PIERCE, DALE
QUEST MORTGAGE
8921 VETERANS MEMORIAL PARKWAY
O'FALLON, MO 63366

RICO, SARAH C
4717 ALIMDOR
WOODLAND HILLS, CA 91364

MILLER, SUSAN K
12956 BRYCE CANYON DR #B
MARYLAND HEIGHTS, MO 63043

MOSER, JASON L
PO BOX 2033
MESA, AZ 852142033

NICOTERA, PATRICIA
3806 BARRINGTON LANE
MYRTLE BEACH, SC 29588

OETINGER, WILLIAM D.
3120 DAVISVILLE RD
HATBORO, PA 19040

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN JAMES M. FOSTER, CHIEF
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

PINEDA, JOSE L
119 RACQUET CLUB DRIVE
COMPTON, CA 90220

RIZON, MARY
5411 PASO DEL RIO COURT
CONCORD, CA 94521

MORMILE, THOMAS
9 MARKWOOD LN
EAST NORTHPORT, NY 11731

MYER, MARTI
3484 HWY G-50
SAINT CHARLES, IA 50240

NIJJAR, KAMALJIT (KAMAL)
42 BODEN AVE
VALLEY STREAM, NY 11580

ONEILL, CARLY
98 S ZORANNE DR
FARMINGDALE, NY 11735

PERKINS, THOMAS J.
1009 OLD COUNTRY RD
ELMSFORD, NY 10523

PLACER COUNTY TAX COLLECTOR
ATTN ANN M DONDRO, DEPUTY TREASURER
2976 RICHARDSON DR
AUBURN, CA 95603

ROGNLIE, SUSAN
6847 FARRALONE AVENUE
LOS ANGELES, CA 91303

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by April 15, 2009 and sent to the following:

**NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

RUBIO MATOS, ZOILA
16778 NW 13 ST
PEMBROKE PINES, FL  33028

RYMAN, SCOTT
3436 RIDGEVIEW DR
EL DORADO HLS, CA  957624410

SAMSON, LINDA
9231 NORTH 47TH DRIVE
GLENDALE, AZ  85302

SCHREIBER, LISA M.
39821 FOXGLOVE CT
LOVETTSVILLE, VA  20180

SPERRY, NATASHA
5649 WHITE FIR WAY # 1
SACRAMENTO, CA  95841

SPRAGUE, SUSAN
1717 N BAYSHORE DR
3844
MIAMI, FL  33132

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX
ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA  19103-3291

STAMPS, MARK E.
224 SIDNEY STREET
BECKLEY, WV  25801

STATE OF HAWAII
DEPARTMENT OF TAXATION
PO BOX 259
HONOLULU, HI  96809

STRECKER, ROGER W.
200 FRYE RD
PINEHURST, NC  28374

SUMMERS, MATTHEW
208 TIMBERFIELD TRAIL
CHINA GROVE, NC  28023

SZYPULA, KRISTIE
119 SUTTON DR.
PLAINVIEW, NY  11803

THRASHER, GARY A.
10492 EAST ONEIL ROAD
HEREFORD, AZ  85615

TRAN, MINH H.
18514 NORTHEAST 102ND COURT
REDMOND, WA  98052

TURCO, TAEDRA
377 COLUMBUS ST
PALM BCH GDNS, FL  334101541

UNTI, RENEE
3670 LA COSTA AVENUE
CASTRO VALLEY, CA  94546

VINCENT, ROBERT ALAN
4326 SOLANO WAY
UNION CITY, CA  94587

W2007 SEATTLE OFFICE BELLEFIED
OFFICE PARK REALTY, LLC
C/O SHAWN B. REDIGER - WILLIAMS KASTNER
601 UNION STREET, SUITE 4100
SEATTLE, WA  98101

WADSWORTH, BRAD
4760 SCOTNEY CT.
SUWANEE, GA  30024

WESOLOWSKI, KEITH M
405 W 7TH STREET
#510
CHARLOTTE, NC  282020

WYRICK, RICHARD
6220 RUSSWOOD DR
PLEASANT GDN, NC  273139536

Total Parties: 105