IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :   Jointly Administered
       Debtors.                                                :
---------------------------------------------------------------x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 15, 2009, I caused to be served true and correct copies of the following:

   a) A creditor specific Customized Exhibit to Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A,

   b) "Instructions for Telephonic Appearances Effective January 5, 2005," a sample of which is attached hereto as Exhibit B, and

   c) "Notice of Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 15, 2009, to which was attached the "Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 15, 2009, [Docket No. 7279],

enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit C annexed hereto.

  3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____<br>
Angharad Bowdler

Sworn to before me this
21st day of April, 2009

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES [illegible]

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Response Deadline: May 8, 2009 at 4:00 p.m. (ET) |
| | ) Hearing Date: May 15, 2009 at 1:00 p.m. (ET) |
| AHM OB32 4/15/2009 (merge2.txnum2) 4000007344 EPIQ Use - 1 | ) |

ALLEN COUNTY, INDIANA
ATTN ROBERT W LEE
TREASURER OF ALLEN COUNTY
CITY - COUNTY BUILDING ROOM 100
FORT WAYNE, IN 46802-1888


## NOTICE OF DEBTORS' THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

| TO: | ALLEN COUNTY, INDIANA | Basis For Objection: | Amended Claim | |
|---|---|---|---|---|
| | ATTN ROBERT W LEE | | **Claim Number** | **Claim Amount** |
| | TREASURER OF ALLEN COUNTY | Claim to be Expunged | 2719 | $25,319.15 |
| | CITY - COUNTY BUILDING ROOM 100 | Surviving Claim | 10565 | $11,269.66 |
| | FORT WAYNE, IN 46802-1888 | | | |

      The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors have received multiple claims filed on your behalf and by this Objection seek to disallow one of your claims as amended or duplicative. The Objection seeks to alter your rights by disallowing your above-listed claim in the "Claim to be Expunged" row, but does not seek to alter your claim listed in the "Surviving Claim" row.

      Responses to the Objection, if any, must be filed on or before **May 8, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

      A hearing on the Objection (the "Hearing") will be held on **May 15, 2009 at 1:00 p.m. (ET)** before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801. You may appear telephonically at the Hearing by following the procedures that immediately follow this notice.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 15, 2009
      Wilmington, Delaware

                                                                                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                                                                                      Nathan D. Grow (No. 5014)
                                                                                                       The Brandywine Building
                                                                                                       1000 West Street, 17th Floor
                                                                                                       Wilmington, Delaware 19801
                                                                                                       Telephone: (302) 571-6756
                                                                                                        Facsimile: (302) 571-1253

                                                                                                        Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

INSTRUCTIONS FOR TELEPHONIC APPEARANCES
EFFECTIVE JANUARY 5, 2005

The United States Bankruptcy Court for the District of Delaware has arranged for parties to participate by telephonic appearance in hearings using CourtCall, an independent conference call company.

**Under no circumstances may any participant record or broadcast the proceedings conducted by the Bankruptcy Court.**

I.  POLICY GOVERNING TELEPHONIC APPEARANCES
    **Local counsel must appear in person in all matters before the Court.**

   Telephonic appearances are allowed in all matters before the Court except the following:

   1. Trials and evidentiary hearings - all counsel and all witnesses must appear in person;

   2. Chapter 11 status conferences - debtor and debtor's counsel must appear in person, other parties in interest may appear telephonically;

   3. Chapter 11 confirmation hearings - debtor, debtor's counsel, and all objecting parties must appear in person;

   4. Hearings on reaffirmation agreements - debtor must appear in person;

   5. Any matter designated by the Court as one requiring a personal appearance.

   No telephonic appearance will be allowed unless it is made through CourtCall pursuant to the procedures set forth in Section II.

   Parties filing a motion, application or other pleading, including, without limitation, an objection or response thereto, may participate by telephonic appearance. Any party not submitting a pleading, but interested in monitoring the Court's proceedings, may participate by telephonic appearance in "listen-only" mode.

   If an individual schedules a telephonic appearance and then fails to respond to the call of a matter on the calendar, the Court may pass the matter or may treat the failure to respond as a failure to appear. Individuals making use of the conference call service are cautioned that they do so at their own risk.

   To ensure the quality of the record, the use of car phones, cellular phones, speaker phones, or phones in other public places is prohibited. Each time you speak, you must identify yourself for the record. Do not place the call on hold at any time. When the Judge informs the participants that the hearing is completed, you may disconnect.

**EXHIBIT C**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 15, 2009 and sent to the following:

NOTICE OF DEBTORS' THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

ALLEN COUNTY, INDIANA
ATTN ROBERT W LEE
TREASURER OF ALLEN COUNTY
CITY - COUNTY BUILDING ROOM 100
FORT WAYNE, IN 46802-1888

BOSTIC, JAMES
PATRICK J. MCLAUGHLIN, WUKELA LAW FIRM
403 SECOND LOOP ROAD, PO BOX 13057
FLORENCE, SC 29504

BOSTON WATER AND SEWER COMMISSION
JORGE A. PORRAS, ESQ., ASST GEN. COUNSEL
980 HARRISON AVENUE
BOSTON, MA 02119

CISNEROS, VERONICA
3510 CAMINITO EL RINCON # 17
SAN DIEGO, CA 92130

CITY OF PROVIDENCE, KENTUCKY
C/O RICHARD E. PEYTON, ATTORNEY
FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT
PO BOX 695
MADISONVILLE, KY 42431-0695

CLERMONT COUNTY
ALLAN L EDWARDS
ASSISTANT PROSECUTOR ATTORNEY
123 N. THIRD STREET
BATAVIA, OH 45103

CLERMONT COUNTY
MR J ROBERT TRUE, TREASURER
101 E MAIN ST
BATAVIA, OH 45103

COLLINS, KENNETH R. (KEN)
26 WYOMING DRIVE
HUNTINGTON STATION, NY 11746

EQUINY FINANCIAL GROUP, INC
ATTN ANNABELLE COOPER, VICE PRESIDENT
9240 SW 72ND ST
SUITE 100
MIAMI, FL 33173

FERGUS, CAROL
2381 CHRISTMAS TREE DR
CARSON CITY, NV 89703

GRZAN, LORETTA
57 EARL RD
MELVILLE, NY 11747

GUYTON, JAMES
220 PINE RIDGE LANE
MONTGOMERY, IL 60538

HAMM, NICHOLE L.
10 APPLERIDGE DRIVE
BIDDEFORD, ME 04005

HAYES, SUSAN L.
15561 HAMMETT CT
MORENO VALLEY, CA 92555

HERNANDO COUNTY TAX COLLECTOR
JUANITA B SIKES, TAX COLLECTOR
20 N MAIN ST RM 112
BROOKSVILLE, FL 34601-2892

HIGGINS, CHARLES L.
65 EAST H STREET
ENCINITAS, CA 92024

HUMPHREY, RONDA
1604 HOWARD PL
BALDWIN, NY 11510

JANABAJAL, JAY & JOYCE
10820 SABRE HILL DRIVE # 185
SAN DIEGO, CA 92128

JANCO, RICHARD W.
2987 RIDGEWOOD CT
OREGON, IL 61061

JORGENSON, REED C.
1216 SKYLINE DR
WATERTOWN, SD 57201

KALERT, BYRAN R & KATHLEEN
67 PASADENA DRIVE
FAIRVIEW HEIGHTS, IL 62208

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by April 15, 2009 and sent to the following:

NOTICE OF DEBTORS' THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

LOBO, EDISSA
91-18 108 STREET
RICHMOND HILL, NY 11418

MACCORMACK, JOSEPH & MARY
4800 CHRISTIE JANE LANE
FAIRFAX, VA 22030

MENNITI, JOHN C
505 CHERRY AVENUE
OREGON CITY, OR 97045

MONTES, JORGE L
14362 SW 172 LANE
MIAMI, FL 33177

MURPHY, GREGG
1316 BUCKINGHAM CR
FRANKLIN, TN 37064

NEVADA DEPARTMENT OF TAXATION
ATTN BANKRUPTCY SECTION
555 E WASHINGTON AVE #1300
LAS VEGAS, NV 89101

NICHOLS, KEVIN
7034 WEST LARIAT LANE
PEORIA, AZ 85383

ORANGE COUNTY TREASURER-TAX COLLECTOR
ATTN CHRISS W. STREET
P.O. BOX 1438
SANTA ANA, CA 92702

OWINGS, LARA J
2924 GALWAY LANE
CHESAPEAKE BEACH, MD 20732

PANSBY, NEIL M.
7085 CANE LANE
VALLEY SPRINGS, CA 95252

PERRY, CATHRYN
8720 WINDSOR MILL RD
WINDSOR MILL, MD 21244

POLADIAN, ANGELINE
3 WHITWORTH ST
LADERA RANCH, CA 92694

PRASSE, ERIC H.
6125 KEHN LANE
FREDERICKSBURG, VA 22408

SAPARILAS, ELISABETH
8213 HOBHOUSE CIRCLE
RALEIGH, NC 27615

SCOGGINS, BRENT
1865C MONTCLAIR DR
MT PLEASANT, SC 29464

SEO, JEONG JA
6379-D SMITHY SQUARE
GLEN BURNIE, MD 21060

SHRIVER, PAULA J.
344 BROOKSIDE BLVD
PITTSBURGH, PA 15241

STERLING, DANIEL P.
5523 COLONY RD
GRAND BLANC, MI 48439

STRADA, TORY
602 WEST COMSTOCK AVENUE
GLENDORA, CA 91741

SUTTER COUNTY TAX COLLECTOR
ATTN JIM STEVENS
TREASURER TAX COLLECTOR
PO BOX 546
YUBA CITY, CA 95992

TAYLOR, PEARL & WILLIAM
14781 PEACOCK HILL RD SE
OLALLA, WA 98359

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 15, 2009 and sent to the following:

NOTICE OF DEBTORS' THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TEITELBAU, JOEL
1319 EUCLID ST., NW #2
WASHINGTON, DC  20009

TRAPANOTTO, TIMOTHY
17 CRESTWOOD DR
FORT SALONGA, NY  11768

WHEELER, PETER M
7335 BROOKVIEW, UNIT 303
ELKRIDGE, MD  21075

Total Parties: 45