PO Box 2907
Cookeville, TN 38502
May 14, 2009

United States Bankruptcy Court
For the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Dear Sir or Madam:

I am writing this letter as a response to Case No. 07-110477 American Home Mortgage Holdings, Inc, a Delaware Corporation. I had previously sent a proof of claim as requested and my claim number is 6868 and the claim amount is $25,372.99. I am still requesting recovery of my investment. I strongly believe that I am entitled to this recovery and do not feel that the claims should be objected by the court or by American Home Mortgage Holdings, Inc. because of an evident lack of fiduciary responsibility indicated by the rapid decline in the stock price and the revocation of the dividend that was due to me and the other shareholders. The shareholders were at the mercy of a company that went into bankruptcy with no warning of financial trouble and held themselves out to be a strong and viable corporation. I feel that my status should be deemed as a debtor to this company since I supplied capital for this company believing in good faith that it would be managed properly and profitably.

Please reconsider my request for recovery in this matter. Thank you for your time and consideration. If you have any questions, please feel free to call me at 931-432-5305.

Sincerely,

Kenneth Reinard

cc: Young Conaway Stargatt and Taylor, LLP Counsel to the Debtors