IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

CASE NO. 07-11047 (MFW)
(Jointly Administered)

In re
AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al
Debtors.
_____/

## SUBSTITUTION OF COUNSEL

The undersigned counsel James M. Brako, Esq. will be substituting Brian T. Hanlon, Esq. as counsel for defendant Anne M. Gannon, Palm Beach County Tax Collector. Brian T. Hanlon, Esq. is hereby relieved of any further responsibilities to defendant, and that all further pleadings, notices, correspondence, and other papers shall be served upon James M. Brako, Esq., Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, Florida 33402.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Substitution of Counsel has been provided by U.S. Mail to **YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**, Counsel for Debtors and Debtors-in-Possession, P.O. Box 391, Wilmington, DE 19899, this 15th day of May, 2009.

Respectfully submitted,

James M. Brako, Esq.
Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, Florida 33402-3715
Florida Bar No. 493211
(561) 355-2141

By: _____
Palm Beach County Tax Collector