IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :   Ref. Docket Nos. 5376 & 7307
---------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING ORDERS DENYING CERTAIN STAY RELIEF MOTIONS [DOCKET NOS. 5376 & 7307]

On or about August 11, 2008, Mona Dobben filed the *Amended Emergency Motion of Mona Dobben for an Order for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code* [Docket No. 5789] (the "Dobben Motion"). On March 6, 2009, the above captioned debtors and debtors in possession (the "Debtors") filed a limited objection [Docket No. 7080] to the Dobben Motion. The Official Committee of Unsecured Creditors (the "Creditors Committee") also filed a response to the Dobben Motion [Docket No. 7082].

On or about April 6, 2009, the Jacksons filed the *Emergency Motion of Dr. David and Elisabeth Jackson for an Order for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code* [Docket No. 7307] (the "Jackson Motion" and together with the Dobben Motion, the "Stay Relief Motions"). On April 24, 2009, the Debtors filed a limited objection [Docket No. 7319] to the Jackson Motion, and the Creditors Committee joined in the limited objection [Docket No. 7321].

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

On May 15, 2009, the Court held a hearing (the "Hearing") to consider, among other things, the Stay Relief Motions and related pleadings. At the conclusion of the Hearing, the Court denied the Stay Relief Motions and instructed the Debtors to submit proposed forms of order consistent with the Court's ruling. The requested orders (the "Stay Relief Orders") are attached hereto as Exhibits A and B.

The Debtors have provided copies of the Stay Relief Orders to counsel for Ms. Dobben and the Jacksons, and the parties have consented to the forms of order.

WHEREFORE, the Debtors respectfully requests that the Court enter the Stay Relief Orders attached hereto as Exhibits A and B, without further notice or hearing at the Court's earliest convenience.

Dated:  Wilmington, Delaware
        May 21, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

066585.1001

**<u>Exhibit A</u>**

**Dobben Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :    Chapter 11
In re:                                                       :
                                                             :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :
a Delaware corporation, et al.,[1]                           :    Jointly Administered
                                                             :
        Debtors.                                             :    Ref. Docket No. 5376
------------------------------------------------------------ x

**ORDER DENYING EMERGENCY MOTION OF MONA DOBBEN FOR
AN ORDER FOR RELIEF FROM THE AUTOMATIC STAY UNDER
SECTION 362, OF THE BANKRUPTCY CODE [DOCKET NO. 5376]**

Upon consideration of the *Emergency Motion of Mona Dobben for an Order for

Relief from the Automatic Stay Under Section 362, of the Bankruptcy Code* [Docket No. 5376]

(the "Motion")[2] and related pleadings; and it appearing that the Court has jurisdiction in this

matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no

other or further notice need be provided; and after due deliberation; it is hereby

ORDERED that the Motion is denied; provided, however, that Movant retains any

and all rights she may have as set forth in subparagraphs 51(i)-(iii) of this Court's *Findings of

Fact, Conclusion of Law and Order Confirming the Amended Chapter 11 Plan of Liquidation of

the Debtors dated February 18, 2009* [Docket No. 7042].

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number,
are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home
Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York
corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407);
Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York
corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York
11747.

[2] All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: May ___, 2009
　　　　Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

**Exhibit B**

**Jackson Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

Debtors.

------------------------------------------------------------------ x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Ref. Docket No. 7307

## ORDER DENYING EMERGENCY MOTION OF DR. DAVID AND ELISABETH JACKSON FOR AN ORDER FOR RELIEF FROM THE AUTOMATIC STAY [DOCKET NO. 7307]

Upon consideration of the *Emergency Motion of Dr. David and Elisabeth Jackson for an Order for Relief from the Automatic Stay* [Docket No. 7307] (the "Motion")[2] and related pleadings; and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and after due deliberation; it is hereby

ORDERED that the Motion is denied; provided, however, that Movants retain any and all rights they may have as set forth in subparagraphs 51(i)-(iii) of this Court's *Findings of Fact, Conclusion of Law and Order Confirming the Amended Chapter 11 Plan of Liquidation of the Debtors dated February 18, 2009* [Docket No. 7042].

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: May ___, 2009
       Wilmington, Delaware


_____
Christopher S. Sontchi
United States Bankruptcy Judge