# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: June 1, 2009** |

## NOTICE OF PROPOSED SETTLEMENT WITH
## THE BANK OF NEW YORK MELLON

TO: Counsel for the Debtors; Counsel for the Official Committee of Unsecured Creditors; the Office of the United States Trustee

PLEASE TAKE NOTICE that pursuant to the *Order Pursuant to Sections 105(a) and 365 of the Bankruptcy Code and the Sale Order, (I) Approving the Form of Notice and Authorizing the Debtors to File a Notice of Proposed Purchaser's Cure Amounts and (II) Establishing a Bar Date for Filing Objections to the Proposed Purchaser's Cure Amount* [Docket No. 4021, entered on May 12, 2008], American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc., and The Bank of New York Mellon have entered into the *Stipulation regarding the Objection of the bank of New York Mellon, in Various Capacities, to Proposed Purchaser's Cure Amounts*, attached hereto as **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the proposed settlement must be filed on or before **June 1, 2009** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801 and served upon the undersigned counsel on or before the Objection Deadline.

[Signature on the next page]

DEL 86,268,467v1 5-22-09

Dated: May 22, 2009
Wilmington, Delaware

GREENBERG TRAURIG, LLP

*/s/ Sandra G. M. Selzer*

Victoria W. Counihan (No. 3488)
Sandra G. M. Selzer (No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
counihanv@gtlaw.com
selzers@gtlaw.com

and

JONES DAY
Daniel P. Winikka
Debra K. Simpson
2727 North Harwood Street
Dallas, Texas 75201-1515
(214) 220-3939

Counsel for American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc.