Matt and Melanie Hernandez
42375 Stetson Ave.
Hemet, CA 92544
951-663-0761
May 7, 2009

RECEIVED / FILED
MAY 19 2009
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Case 07-11047 (CSS) AHM

**Please forward this letter to the honorable Christopher Sonchi, the Chief Judge(s) of the Delaware Bankruptcy department and the law offices that oversee equal protection laws for creditors and unsecured creditors rights that are being violated, and to all involved in the investigation of unfair and unequal protection of citizens rights. I want this letter to reach all of them.**

Regarding our case, I would also like the judge's approval that this information regarding our case be allowed to be used in the press/media. My husband and I completely object to the letter we received from American Home Mortgage regarding the auctioning of American Home Mortgage company holdings, since we are still trying to preserve our interest in / demanding repayment for, a residential property, where AHM (Melville, NY), through its trustee, sold us a 2nd trust deed under the guise of a 1st, and subsequently conducted an auction of the 1st, which did not sell and reverted back to AHM, supposedly erasing our interest in the property. The property address is: 364 Palo Santa Way, San Jacinto, CA 92582.

My husband and I already bid on the house above and AHM took $56,000.00 from us and filed county documents incorrectly. We bid on this house days before AHM claimed bankruptcy. AHM and their trustee worked together and led us to believe we purchased the first trust deed at $56,000.00 plus other funds. We later found out that we had purchased the 2nd trust deed. We never lived in the house and have been waiting for a chance to be heard fully in the court room. AHM and its trustee filed county paperwork incorrectly and ignored our UCC1 form Doc#: H706 1500 3 File #: 08-7165433805 and our paperwork to switch our claim from unsecured to secured creditor. 7/16/2008 21:36

Judge Christopher Sonchi during a hearing asked Nathan Grow (Young Conaway Stargatt & Taylor) to work with us and come up with a fair deal. Mr. Grow said that his client (AHM) "claimed" to be innocent, and Mr. Grow told us that we "might" be able to receive $1,000 as an unsecured creditor, and that this was a good deal compared to some. We were not willing to accept $1000. in lieu of the $56,000.00 that AHM took from us. Are equal protection rights are being ignored?

We are requesting a full investigation at a higher level if necessary. Is there a court that oversees laws that are being misused or mishandled? We request this paperwork to be mailed to that court, or whoever oversees the bankruptcy courts as this is our legal right to request this even with out the proper forms---- it is your duty to submit our paperwork to the proper authorities. Our Civil laws are being ignored, unsecured creditors and secured creditor laws are not being fully investigated, some procedural laws are being

overlooked, and we are not receiving fair and equal rights protections in many areas including being heard fully before a fair counsel.

During this auction we ask that the house at 364 Palo Santa in San Jacinto, CA 92582 not be allowed to be auctioned off and ---put in our name, since we already bid on it and won. Or, we ask our money be returned as we received nothing from AHM when they took our $56,000.00. AHM and its trustee used acceleration and misfiled paperwork with the county as well.

Again, we request a full investigation on the highest level and we ask that the chief judge and FBI or a higher court system and its investigation offices be notified about how our creditor's rights are not receiving the attention they should under many of our nation's laws.

We have an address change. Below is our new address. Due to receiving paperwork for American Home Mortgage's lawyers, with their time constraints, we are requesting the court system and it's overseers to grant us more time to get our paperwork in regarding objection letters and legal documentation. Thank you.

Matt and Melanie Hernandez
42375 Stetson Ave.
Hemet, CA 92544
951-663-0761

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Melanie Hernandez
951-663-0761

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Melanie Maxine Hernandez
C/o 2158 Cottonwood Avenue
San Jacinto, Ca 92582
USA

DOCUMENT NUMBER: 17706150003
FILING NUMBER: 08-7165433805
FILING DATE: 07/16/2008 21:36
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

- **1a. ORGANIZATION'S NAME:** OFFICE OF THE RIVERSIDE COUNTY RECORDER, CALIFORNIA, ORGANIZATION-TRADE-NAME/TRADE-MARK, DEBTOR
- **1b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX:** —
- **1c. MAILING ADDRESS:** 3535 Tenth Street 1St Floor
- **CITY:** RIVERSIDE
- **STATE:** CA
- **POSTAL CODE:** 92501
- **COUNTRY:** USA
- **1e. TYPE OF ORGANIZATION:** CORPORATION
- **1f. JURISDICTION OF ORGANIZATION:** CALIFORNIA
- **1g. ORGANIZATIONAL ID#, if any:** ☒ NONE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

- **3b. INDIVIDUAL'S LAST NAME:** Hernandez
- **FIRST NAME:** Melanie
- **MIDDLE NAME:** Maxine
- **3c. MAILING ADDRESS:** C/o 2158 Cottonwood Avenue
- **CITY:** San Jacinto
- **STATE:** Ca
- **POSTAL CODE:** 92582
- **COUNTRY:** USA

**4. This FINANCING STATEMENT covers the following collateral:**

For this is an Actual Constructive Notice that all of the DEBTOR interest now held or hereafter required is hereby accepted Collateral for the Securing Contractual-Obligations in favor of the Secured-Party as detailed in a True, correct, Complete Security-Agreement-Contract Presentment by the DEBTOR and is in possession of the Parties; NOTICE in Accordance with various USC Sections Re; Property – this is an entry of the Debtor with the "Commercial-Registry" as a Transmitting-Utility and the Following-Property is hereby registered with the same Public-Notice of an Commercial-Transaction; for any Licenses, Certificates, Stocks, Bonds, Accounts, and Trusts, all of the Properties, are of the "Acceptance for the Value, For the Adjustment of this Filing is of the Basing with the House-Joint-Resolution, H.J.R.-192 of the June-5-1933 and Uniform-Commercial-Codes, U.C.C.-1-104 and -10-104 and Public-Law-73-10. Being the only legitimate acceptor of said Real-Property being the only party to have put any value into said Real-Property, being the contributing beneficiary of the same. In consideration that

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
Secured-Party Creditor: Melanie Maxine Hernandez

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME |
|---|
| OFFICE OF THE RIVERSIDE COUNTY RECORDER, CALIFORNIA, ORGANIZATION-TRADE-NAME/TRADE-MARK, DEBTOR |

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 17706150003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME |
|---|
| |

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, If any ☐ NONE |
|---|---|---|---|---|

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME |
|---|
| |

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

**15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**16. Additional collateral description:**

only Fiat Money exists in circulation with which to discharge debt and in order to facilitate lawful commercial transactions and in order to lawfully engage in commerce. This notice is intended to preserve an interest (Sweat-Equity) on Private-real property from extinguishment pursuant to Title 5 (commencing with Section 880.020) of Part 2 of Division 2 of the Civil Code (Marketable Record Title).
1) Accepted for Value of the COUNTY OF RIVERSIDE and Riverside County of the Deed-Trust-Document-No.2007-0476606, of the State of California, Real Property: Commonly known as: 364 Palo Santa

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☑ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 1. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 1a. ORGANIZATION'S NAME<br>OFFICE OF THE RIVERSIDE COUNTY RECORDER, CALIFORNIA, ORGANIZATION-TRADE-NAME/TRADE-MARK, DEBTOR | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

2. MISCELLANEOUS:

DOCUMENT NUMBER: 17706150003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

3. This FINANCING STATEMENT covers the following collateral:

Way, San Jacinto, California, APN:431-681-016, RIVERSIDE COUNTY, The Real-Property in Riverside County, State of California, described as:
Lot-58, of Tract-30813, as shown by Map on file in Book-375, Page(s) 24-through-29, in the Office of County Recorder of Riverside County. For the Secured Interest in the Amount-$113,000.00

FILING OFFICE COPY