IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              :    Jointly Administered
                                                              :
Debtors.                                                      :    Ref. Docket No. 5376
------------------------------------------------------------- x

### ORDER DENYING EMERGENCY MOTION OF MONA DOBBEN FOR AN ORDER FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362, OF THE BANKRUPTCY CODE [DOCKET NO. 5376]

Upon consideration of the *Emergency Motion of Mona Dobben for an Order for Relief from the Automatic Stay Under Section 362, of the Bankruptcy Code* [Docket No. 5376] (the "Motion")[2] and related pleadings; and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and after due deliberation; it is hereby

ORDERED that the Motion is denied; provided, however, that Movant retains any and all rights she may have as set forth in subparagraphs 51(i)-(iii) of this Court's *Findings of Fact, Conclusion of Law and Order Confirming the Amended Chapter 11 Plan of Liquidation of the Debtors dated February 18, 2009* [Docket No. 7042].

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that this Court shall retain jurisdiction over any and all matters

arising from or related to the implementation or interpretation of this Order.

Dated: May 22, 2009
       Wilmington, Delaware

                                 Christopher S. Sontchi
                                 United States Bankruptcy Judge