IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                      :
                                                                       :    Jointly Administered
     Debtors.                                                          :
                                                                       :    Ref. No. 7347
---------------------------------------------------------------------- x

### NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

PLEASE TAKE NOTICE that the American Home Mortgage Holdings, Inc., et al., (the "Debtors") have delivered to Chambers copies of the proofs of claim, along with all of the attachments, that are the subject of the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") [Docket No. 7347].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Dated: Wilmington, Delaware
       May 22, 2009

                                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                          /s/ Nathan D. Grow
                                          James L. Patton, Jr. (No. 2202)
                                          Robert S. Brady (No 2847)
                                          Pauline K. Morgan (No. 3650)
                                          Sean M. Beach (No. 4070)
                                          Kara Hammond Coyle (No 4410)
                                          Nathan D. Grow (D.I. 5014)
                                          The Brandywine Building
                                          1000 West Street, 17th Floor
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 571-6600
                                          Facsimile: (302) 571-1253

                                          Counsel for Debtors and Debtors in Possession