# Notice Recipients

District/Off: 0311−1        User: Leslie              Date Created: 5/26/2009
Case: 07−11047−CSS         Form ID: ntcBK            Total: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          Quantum
                                                                                    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee         USTPREGION03.WL.ECF@USDOJ.GOV
                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          American Home Mortgage Holdings, Inc.          538 Broadhollow Road          Melville, NY 11747
aty         Donald J. Bowman, Jr.          Young, Conaway, Stargatt &Taylor          1000 West Street          17th Floor          Wilmington, DE 19801
aty         Edward J. Kosmowski          Young, Conaway, Stargatt &Taylor          1000 West Street, 17th Floor          PO Box 391          Wilmington, DE 19899
aty         Edwin J. Harron          Young, Conaway, Stargatt &Taylor          The Brandywine Building          1000 West Street, 17th Floor          PO Box 391          Wilmington, DE 19899−0391
aty         Erin Edwards          Young, Conaway, Stargatt &Taylor          The Brandywine Building          17th Floor          1000 West Street          Wilmington, DE 19801
aty         Joel A. Waite          Young, Conaway, Stargatt &Taylor          The Brandywine Bldg.          1000 West Street, 17th Floor          PO Box 391          Wilmington, DE 19899−0391
aty         Kara Hammond Coyle          Young Conaway Stargatt &Taylor LLP          1000 West St., 17th Floor          Brandywine Building          Wilmington, DE 19801
aty         Kenneth J. Enos          Young, Conaway, Stargatt &Taylor          1000 West Street          17th Floor          Wilmington, DE 19801
aty         Margaret Whiteman Greecher          Young, Conaway, Stargatt &Taylor          1000 West Street          17th Floor          Wilmington, DE 19801
aty         Matthew Barry Lunn          Young, Conaway, Stargatt &Taylor          The Brandywine Building, 17th Floor          1000 West Street          PO Box 391          Wilmington, DE 19899
aty         Nathan D. Grow          Young Conaway Stargatt &Taylor, LLP          The Brandywine Bldg.          17th Floor          Wilmington, DE 19801−0391
aty         Patrick A. Jackson          Young Conaway Stargatt &Taylor, LLP          The Brandywine Bldg 17th Fl,1000 West St          Wilmington, DE 19801
aty         Pauline K. Morgan          Young, Conaway, Stargatt &Taylor          1000 West Street, 17th Floor          PO Box 391          Wilmington, DE 19899−0391
aty         Quinn Emanuel          Quinn Emanuel Urquhart Oliver &Hedges
aty         Robert S. Brady          Young, Conaway, Stargatt &Taylor          The Brandywine Bldg.          1000 West Street, 17th Floor          PO Box 391          Wilmington, DE 19899−0391
aty         Sean Matthew Beach          Young, Conaway, Stargatt &Taylor          The Brandywine Building, 17th Floor          1000 West Street          PO Box 391          Wilmington, DE 19899
aty         Sharon M Zieg          Young, Conaway, Stargatt &Taylor          The Brandywine Bldg., 17th Floor          1000 West Street          PO Box 391          Wilmington, DE 19899
aty         Travis N. Turner          Young Conaway Stargatt &Taylor, LLP          The Brandywine Bldg., 17th Fl.          1000 West Street          Wilmington, DE 19801
                                                                                    TOTAL: 18