## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                          :      Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :      Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :      Jointly  Administered
                               Debtors.         ::
------------------------------------------------------------------- x
```

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                       ) SS
NEW CASTLE COUNTY   )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on May 11, 2009, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Twentieth Application of Young Conaway Stargatt & Taylor, LLP [D.I. 7374]

_____

Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 20th day of May 2009

_____

Notary Public

*[Notary seal: ERICA A. BROYLES, MY COMMISSION EXPIRES SEPT. 6, 2009, NOTARY PUBLIC, STATE OF DELAWARE]*

## SERVICE LIST

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)
***Hand Delivery***

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
***First Class Mail***

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
***Hand Delivery***

Laurie S. Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)
***Hand Delivery***

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Official Committee of Unsecured Creditors
***Hand Delivery***

Jeffery Levine
Milestone Advisors LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006
***First Class Mail***

Margot B. Schonholtz, Esq.
Myron Kirschbaum, Esq.
Scott D. Talmadge, Esq.
Ana Alfonso, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
***First Class Mail***

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Bank of America)
***First Class Mail***