ANNE MILGRAM
Attorney General of New Jersey
R. J. Hughes Justice Complex
25 Market Street
P. O. Box 106
25 Market Street
Trenton, New Jersey 08625
Attorney for the State of New Jersey, Division of Taxation

By:  Marikae G. Toye (MT 9551)
     Deputy Attorney General
     (609) 943-5262


                IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 07-11051(CSS) |
| AMERICAN HOME MORTGAGE CORP., | ) | Chapter 11 |
|     Debtor. | ) | Jointly Administered |
| _____ | ) | |

                           CERTIFICATE OF SERVICE

      Marikae G. Toye hereby certifies and says:

      1.  I am employed as a Deputy Attorney General with the Department of Law and Public Safety, Division of Law.

      2.  I hereby certify that on May 28, 2009, the State of New Jersey, Division of Taxation's Objection to Debtor's Thirty-Fifth (Substantive) Objection was served via UPS overnight mail to the following:

        Alan Horn, Esq.
        538 Broadhollow Road
        Melville, New York 11747
        General Counsel for Debtors

James L. Patton, Jr., Esq.
Nathan Grow, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
Attorney for Debtors

Joseph McMahon, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801

3.  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                      /s/ Marikae G. Toye
                                      Marikae G. Toye (MT 9551)
                                      Deputy Attorney General

Dated: 05/28/09