IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,        :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,               :
                                              :    Jointly Administered
                                              :
        Debtors.                              :
--------------------------------------------------------------------x
```

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

DAVID MALO, being duly sworn, deposes and says:

1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On May 19, 2009, I caused to be served the following:

a)      "Second Order Regarding Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, bankruptcy Riles 3003 and 3007, and Local Rule 3007-1," dated April 1, 2009 [Docket No. 7222], (the "Second Twenty-Ninth Omnibus Order"),

b)      "Second Order Sustaining Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 6, 2009 [Docket No. 7232], (the "Second Twelfth Omnibus Order")

c)      "Order Sustaining Debtors' Thirtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 6, 2009 [Docket No. 7233], (the "Third Thirtieth Omnibus Order"),

d)      "Third Order Sustaining Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 15, 2009 [Docket No. 7282], (the "Third Fifteenth Omnibus Order"),

e)  "Third Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 15, 2009 [Docket No. 7387], (the "Third Nineteenth Omnibus Order"),

f)  "Sixth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 15, 2009 [Docket No. 7392], (the "Sixth Thirty-First Omnibus Order"),

g)  "Third Order Regarding Debtors' Seventeenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 15, 2009 [Docket No. 7394], (the " Third Seventeenth Omnibus Order"),

h)  "Fourth Order Sustaining Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 15, 2009 [Docket No. 7395], (the "Fourth Fifteenth Omnibus Order"),

i)  "Order Sustaining Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 15, 2009, [Docket No. 7396], (the "Thirty-Second Omnibus Order"), and,

j)  "Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 15, 2009 [Docket No. 7399], (the "Thirty Third Omnibus Order")

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes, delivered by first class mail as follows:

a)  the Second Twenty-Ninth Omnibus Order to those parties listed on the attached Exhibit A,

b)  the Second Twelfth Omnibus Order to those parties listed on the attached Exhibit B,

c)  the Third Thirtieth Omnibus Order to those parties listed on the attached Exhibit C, and

d)  the Third Fifteenth Omnibus Order to those parties listed on the attached Exhibit D,

e)   the Third Nineteenth Omnibus Order to those parties listed on the attached <u>Exhibit E</u>,

f)   the Sixth Thirty-First Omnibus Order to those parties listed on the attached <u>Exhibit F</u>,

g)   the Third Seventeenth Omnibus Order to those parties listed on the attached <u>Exhibit G</u>,

h)   the Fourth Fifteenth Omnibus Order to those parties listed on the attached <u>Exhibit H</u>,

i)   the Thirty-Second Omnibus Order to those parties listed on the attached <u>Exhibit I</u>,

j)   the Thirty Third Omnibus Order to those parties listed on the attached <u>Exhibit J</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_David R. Malo_
David Malo

Sworn to before me this
___ day of May, 2009

Notary Public

> ELLI PETRIS
> NOTARY PUBLIC, STATE OF NEW YORK
> NO. 01PE6175079
> QUALIFIED IN NASSAU COUNTY
> COMMISSION EXPIRES 10-22-20__

**EXHIBIT A**

**AHM 29th Omni Ord (2nd) 5/19/2009**
Deutsche Bank National Trust Company
Attn: Trust Admin – Barbara Campbell, Pres.
GSR Mortgage Loan Trust 2007
1761 East St. Andrew Place
Santa Ana, CA 92705

**AHM 29th Omni Ord (2nd) 5/19/2009**
Deutsche Bank National Trust Company
c/o Kristine E. Bailey, Esq.
Nixon Peabody, LLP
1 Embarcadero Center, Suite 1900
San Francisco, CA 94111

**EXHIBIT B**

**AHM 12th Omni Ord (2nd) 5/19/2009**
Seyfarth Shaw LLP
Attn: David M. Wiseblood, Esq.
Counsel to Kruse Way, LLC & Meadows Lake
Oswego
560 Mission Street, Suite 3100
San Francisco, CA 94105

**EXHIBIT C**

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 5151 E BROADWAY, LLC | 538 BROADHOLLOW RD STE LL1, MELVILLE, NY 117473668 |
| A.M.S.I. INC | 8104 SULLY DR, ORLANDO, FL 328188712 |
| AMC TRANSFER, INC. | ATTN MICHAEL D BROFMAN,C/O WEISS & ZARETT PC,3333 NEW HYDE PARK RD STE 211, NEW HYDE PARK, NY 11042 |
| ANNIS, JEANNIA | 2714 FRANKLIN CT, LINDENHURST, IL 60046 |
| ASSURED ENVIRONMENTS | ATTN JACKIE OMODIG,45 BROADWAY,8TH FL, NYC, NY 10006 |
| BAGNALL, ANDREA R. | 2215 CAROB WAY, TUSTIN, CA 92782 |
| BANK OF NEW YORK, THE | ATTN: MARTIN FEIG,101 BARCLAY STREET, 8W, NEW YORK, NY 10286 |
| BARAGO, MICHELLE | 3491 ROGER DR, WANTAGH, NY 11793 |
| BARRETT-SNYDER, RICHARD | 43 HENRY ST, MERRICK, NY 11566 |
| BAY COUNTY | JERRY W. GERDE, ESQ.,239 E 4TH ST, PANAMA CITY, FL 32401 |
| BAY COUNTY | PEGGY BRANNON, TAX COLLECTOR,PO BOX 2285, PANAMA CITY, FL 32402 |
| BEBENEK, ZDZISLAW | 29 VAN DAM ST, BROOKLYN, NY 11222 |
| BENNETT, PETER | 1532 PASEO AVE, LA VERNE, CA 91750 |
| BENNING, MELANIE TINNES | 333 2ND STREET NE APT 305-B, WASHINGTON, DC 20002 |
| BENTON COUNTY | ATTN SHERRY C. BEASLEY, TRUSTEE,1 COURT SQUARE,RM # 103, CAMDEN, TN 38320 |
| BENTON COUNTY | ATTN DONNA J. HART, COLLECTOR,P.O. BOX 428, WARSAW, MO 65355 |
| BESSON APPRAISALS INC | 25 MARY ANN DR,  ACCOUNT NO. 6638  EXETER, RI 02822 |
| BEXAR COUNTY | DAVID G AELVOET,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,711 NAVARRO STE 300, SAN ANTONIO, TX 78205 |
| BEXAR COUNTY | SYLVIA S. ROMO, CPA, RTA, CTA,BEXAR COUNTY TAX ASSESSOR COLLECTOR,233 N PECOS LA TRINIDAD, SAN ANTONIO, TX 78207 |
| BLUE BEAR PROPERTIES, LP, A TEXAS | LIMITED PARTNERSHIP,ATTN: DAVID S. GRAGG, ATTORNEY,1402 CHESTNUT GROVE LANE, KINGWOOD, TX 77345 |
| BOREN, GEORGE R. | 2183 JAMES B WHITE HWY N, WHITEVILLE, NC 28472 |
| BOYD, CLARA & WILLIAM | 1245 HIGHLAND CIRCLE DR, WENTZVILLE, MO 63385 |
| BP KINGSTOWNE OFFICE K LP | C/O J DAVID FOLDS,MCKENNA LONG & ALDRIDGE LLP,1900 K STREET, NW, WASHINGTON, DC 20006 |
| BREITENBACK, WILLIAM JAY | DBA FORCE APPRAISALS,105 AMESBURY COURT, SEVERNA PARK, MD 21146 |
| BROWARD COUNTY, DEPT. OF FINANCE | ATTN HOLLIE N HAWN, ASST COUNTY ATTY,GOVERNMENTAL CENTER ANNEX,115 S ANDREWS AVENUE, FORT LAUDERDALE, FL 33301 |
| BROWN, MICHAEL R. (BROWN APPRAISALS) | 5325 BELFERN DRIVE, BELLINGHAM, WA 98226 |
| BUKHSHTABER, BORIS | 262 WOODBOURNE, ST LOUIS, MO 63105 |
| CDW CORPORATION | ATTN VIDA KRUG,200 N MILWAUKEE AVE, VERNON HILLS, IL 60061 |
| CERQUEIRA, CESAR | 1027 TRAVIS LANE, GAITHERSBURG, MD 20879 |
| CHAMBERLAIN, THOMAS | 3800 W. RAY RD #9, CHANDLER, AZ 85226 |
| CHEROKEE COUNTY TAX COMMISSIONER | 2780 MARIETTA HWY, CANTON, GA 30114 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. | ATTN STACEY GRAY,BANKRUPTCY PROCESSING SOLUTIONS, INC.,800 E SONTERRA BLVD., SUITE 240, SAN ANTONIO, TX 78258 |
| CITY AND COUNTY OF DENVER / TREASURY | ATTN KAREN KATROS, BANKRUTPCY ANALYST,MCNICHOLS CIVIC CENTER BUILDING,144 W. COLFAX AVENUE, ROOM 384, DENVER, CO 80202-5391 |
| CITY OF BEDFORD | POB 807, BEDFORD, VA 24523 |
| CITY OF MEMPHIS (TN) | ELIZABETH WELLER,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,2323 BRYAN ST STE 1600, DALLAS, TX 75201 |
| CITY OF ST. LOUIS | GREGORY F.X. DALY, COLLECTOR OF REVENUE,1200 MARKET ST, RM 110, SAINT LOUIS, MO 63103 |
| CLA INSURANCE | 2 CAMPUS BLVD, NEWTON SQUARE, PA 19073 |
| CLARK COUNTY ASSESSOR | M.W. SCHOFIELD,P.O. BOX 551401, LAS VEGAS, NV 89155-1401 |
| CLERMONT COUNTY | MR J ROBERT TRUE, TREASURER,101 E MAIN ST, BATAVIA, OH 45103 |
| CLERMONT COUNTY | ALLAN L EDWARDS,ASSISTANT PROSECUTOR ATTORNEY,123 N. THIRD STREET, BATAVIA, OH 45103 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CLERMONT COUNTY | MR J ROBERT TRUE, TREASURER, 123 N. THIRD STREET, BATAVIA, OH 45103 |
| COHEN, STUART | 4019 WOLVERTON A, BOCA RATON, FL 33434 |
| CONROY, ELAINE D. | PO BOX 25596, HONOLULU, HI 96825 |
| CONTRA COSTA COUNTY TRASURER | ATTN ERIC MOE TAX COLLECTOR, PO BOX 967, MARTINEZ, CA 94553 |
| CORPORATE EXPRESS OFFICE PRODUCTS, INC. | ATTN LEGAL DEPARTMENT, ONE ENVIRONMENTAL WAY, BROOMFIELD, CO 80021 |
| COTTA, BONNIE | 4462 DESIN DR, SAN JOSE, CA 95118 |
| COUNTRYWIDE BANK, F.S.B. | ATTN KATHLEEN CONTE, 4500 PARK GRANDA - MS CH-20, CALABASAS, CA 91302 |
| COUNTRYWIDE HOME LOANS, INC. | ATTN DAVID SOBUL, ESQ, 4500 PARK GRANADA - MS: CH-11, CALABASAS, CA 91302 |
| COUNTY OF SAN BERNARDINO | OFFICE OF THE TAX COLLECTOR, CHRISTINE AGUILERA, DEPUTY TAX COLLECT., 172 WEST 3RD STREET, SAN BERNARDINO, CA 92415 |
| COUNTY OF SANTA CLARA | TAX COLLECTOR, COUNTY ADMINISTRATION BLDG, 70 W HEDDING ST - E WING SIXTH FL, SAN JOSE, CA 95110 |
| CURTIN, DAVE | MICHELLE BIEN-CURTIN, 13113 SKYLINE DRIVE, PLAINFIELD, IL 60585 |
| D&R APPRAISALS, LLC | ATTN PATRICK J. REHMER, P.O. BOX 733, ROCKY MOUNT, MO 65072 |
| DALLAS COUNTY | ELIZABETH WELLER, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2323 BRYAN ST STE 1600, DALLAS, TX 75201 |
| DALTHORP, RACHEL | 8540 W MAGNOLIA ST, TOLLESON, AZ 85353 |
| DAN'S PAPERS, INC. | ATTN JAMES F BEST, A/R MANAGER, PO BOX 630, BRIDGEHAMPTON, NY 11932 |
| DAVIS, GARY | 4901 KINGPOST DRIVE, FUQUAY VARINA, NC 27526 |
| DE VREEZE, ERIK | 711 INDIANAPOLIS AVE #1, HUNTINGTON BEACH, CA 92648 |
| DEPARTMENT OF THE TREASURY | RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4, INTERNAL REVENUE SERVICE, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| DUNNS BRIDGE ASSOCIATES | PO BOX 732, WINDHAM, NH 03087 |
| EDGECOMBE COUNTY | ATTN LISA WARREN, TAX ASSISTANT, P.O. BOX 10, TARBORO, NC 27886 |
| EDI INTEGRATION CORPORATION | ATTN S. DENISE CARLEY, CEO, PO BOX 4166, CROFTON, MD 21114 |
| EL PASO COUNTY TREASURER | ATTN SANDRA J DAMRON, PO BOX 2007, COLORADO SPRINGS, CO 80901-2007 |
| EQUITY ONE, INC. | LAW OFFICES OF RICHARD S. COHEN, LLC, 1806 OLD OKEECHOBEE ROAD, WEST PALM BEACH, FL 33401 |
| FLANDERS, RAY D. | 65 NORTH MAIN ST, WATERBURY, VT 05676-1710 |
| FNC, INC. | ATTN DEWITT LAMAR BOLTON, III, ASSOCIATE GENERAL COUNSEL, 1214 OFFICE PARK DRIVE, OXFORD, MS 38655 |
| FONTAINE, PIERRE | 5121 AXBRIDGE COURT, NORTH LAS VEGAS, NV 89031 |
| FROST, MICHAEL | 2108 WOODWAY DR, ARLINGTON, TX 76017 |
| GALLATIN COUNTY, MONTANA | KIMBERLY BUCHANAN, COUNTY TREASURER, 311 WEST MAIN STREET ROOM 210, BOZEMAN, MT 59715 |
| GAMBLE, JOHN & LOUISE | 271 SW 28TH TERR, FORT LAUDERDALE, FL 33312 |
| GARLAND INDEPENDENT SCHOOL DISTRICT | C/O ANDREA SHEEHAN, LAW OFFICES OF ROBERT E. LUNA, P.C., 4411 NORTH CENTRAL EXPRESSWAY, DALLAS, TX 75205 |
| GAUGLER, MICHAEL & MEGAN | 73 NANCYCREST LN, BUFFALO, NY 142243833 |
| GAVIDIA, JOHN R. AND | GAVIDIA-ARVINO, ANA M., 1149 BIRD AVENUE # 4, SAN JOSE, CA 95125 |
| GILBERT, RICHARD | 663 MAJESTIC OAKS, DR, CHARLESTON, SC 29412 |
| GOOLSBY, TINA L. | 16926 PAGE, HAZEL CREST, IL 60429 |
| GRABFELDER, ROBERT G SR & | ROBERT G GRABFELDER JR JTWROS, 1000 FOLLIES ROAD, APT. AM8772, DALLAS, PA 18612-9515 |
| GRAHAM, DAVID G. TTEE | NFS/FMTC SEP IRA, 5905 CAPISTRANO AVE, STE A, ATASCADERO, CA 93422 |
| GRIMSTAD, JOHN E. | PO BOX 511, RED LODGE, MT 59068 |
| GURZI, MICHAEL D. | 12810 LARRY LYN DR, LA MIRADA, CA 90638 |
| HAMRICK, TERRY LEE | 8680 SAPPHIRE LANE, GAINESVILLE, GA 30506 |
| HARMON LAW OFFICES, P.C. | ATTN ANDREW S. HARMON, ESQUIRE, 150 CALIFORNIA STREET, NEWTON, MA 02458 |
| HARRIS COUNTY, ET AL | HARRIS COUNTY, ET AL, PO BOX 4924, HOUSTON, TX 77210-4924 |
| HARRIS COUNTY, ET AL | JOHN P DILLMAN, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, PO BOX 3064, HOUSTON, TX |

# AMERICAN HOME MORTGAGE HOLDINGS, INC

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HARRIS COUNTY, ET AL | 77253-3064 |
| HARRIS, DENNIS J. | 3904 HUNTCLIFF DR., CHARLOTTE, NC 28226 |
| HENDERSON, E.M. - TRUSTEE OF | E.M. HENDERSON LIVING TRUST,P.O. BOX 770344, WINTER GARDEN, FL 34777-0344 |
| HERMAN, ALEXIS & CO., INC. | ATTN MARK H RYNES,633 W 5TH ST,FL 28, LOS ANGELES, CA 90071 |
| HERRERA, TERESITA | 4953 SOUTH KNOX AVENUE, CHICAGO, IL 60632 |
| HILLSBOROUGH COUNTY TAX COLLECTOR | DOUG BELDEN,PO BOX 172920,601 E KENNEDY BLVD 14TH FLOOR, TAMPA, FL 33672-2920 |
| HONDERMANN, PAUL & AMY | 5311 RAWHIDE CT, CINCINNATI, OH 45238 |
| HUBER, STEFANIE | 208 WOOD HALLOW DRIVE, MARLTON, NJ 08053 |
| HUDSON, CHRISTOPHER T & HEATHER S | PO BOX 158, BARSTOW, CA 92312-0158 |
| IKON OFFICE SOLUTIONS | ATTN BANKRUPTCY TEAM,ACCOUNTS RECEIVABLE CENTER,3920 ARKWRIGHT RD. - SUITE 400, MACON, GA 31210 |
| ILOG, INC. | ATTN KIM J. FUNK, VP/GENERAL COUNSEL,1195 W. FREMONT AVE, SUNNYVALE, CA 94087 |
| INDIAN RIVER COUNTY TAX COLLECTOR | ATTN CHARLES W. SEMBLER, TAX COLLECTOR,PO BOX 1509, VERO BEACH, FL 32961-1509 |
| INTELLIVERSE | ATTN CALVIN CHANDLER, COLLECTIONS,8130 INNOVATION WAY, CHICAGO, IL 60682-0081 |
| J.A.S PROPERTIES | ATTN: MARTA PARETS,601 E. CHAMINADE DRIVE, HOLLYWOOD, FL 33021 |
| JEFFERSON COUNTY TREASURER | ATTN DAVE VILLANO, DEPUTY TREASURER,100 JEFFERSON COUNTY PARKWAY, GOLDEN, CO 80419 |
| JOHNSTON COUNTY | ATTN GREG CALLAHAN, DEPUTY TAX COLLECT.,P.O. BOX451, SMITHFIELD, NC 27577 |
| KENNEDY, GRACE | 3580 RITNER HWY, NEWVILLE, PA 17241 |
| KHANNA, RADNEY FBO | FMT CO CUSTOMER IRA,PO BOX 732,4 TANBARK RD, WINDHAM, NH 03087 |
| KLEMAN, BETTY J. | 1604 SERENITY CIRCLE, NAPLES, FL 34110 |
| KOCAK, MICHAEL | 272 FAIRLAWN AVE, WATERBURY, CT 06705 |
| KRUG, DEAN L. | 531 N RICHMOND ST, WICHITA, KS 67203-5006 |
| L&H APPRAISAL SERVICES | PO BOX 1341,590 W WASHINGTON ST, MARTINSVILLE, IN 46151 |
| LAIRD, MARTY G | 722 REINKE RD, BALLWIN, MO 63021 |
| LANE, SALLY M | 1730 FREY LANE, MISSOULA, MT 59808 |
| LEE COUNTY | CATHERINE M. CURTIS, TAX COLLECTOR,C/O LEGAL DEPARTMENT,POST OFFICE BOX 850, FORT MYERS, FL 33902-0280 |
| LENAWEE COUNTY | ATTN MARILYN J WOODS,TREASURER,301 N MAIN, ADRIAN, MI 49221 |
| LICKING COUNTY | ATTN: DENNIS E. DOVE, ASS'T PROS. ATTY,P.O. BOX 830, NEWARK, OH 43058 |
| MANFREDINI, LOU | 1618 W ERIE STREET, CHICAGO, IL 60622 |
| MARINE, VALERIE | 914 N 70TH ST, SEATTLE, WA 98103 |
| MAZZA, GREGORY | 1006 W SMITH ST, ORLANDO, FL 32804 |
| MCCALLEY, NOEL J. | 5828 TIMBER CREEK RD. NE, CEDAR RAPIDS, IA 52411-7948 |
| MEEKS, ELAINE | 1377 WILLOW BROOK RD, NASHVILLE, NC 278567870 |
| MEMBERS FIRST CREDIT UNION | 1445 W. GOODALE BLVD.,ATTN: GREGORY A. KIDWELL, COLUMBUS, OH 43212 |
| METROPOLITAN LIFE INSURANCE COMPANY | ATTN ROBERT GOLDSTEIN, COUNSEL,2400 LAKEVIEW PARKWAY, SUITE 400, ALPHARETTA, GA 30004 |
| MILLS, JEFFERY J. | 1440 LAKEVIEW RD, LAKE WALES, FL 33853-3901 |
| MOFFATT, LINDA F. SEP/IRA | 660 SW 43RD PL, OCALA, FL 344717448 |
| MONTEREY COUNTY TAX COLLECTOR | ATTN SCOTT A. WALKER, MGMT ANALYST II,P.O. BOX 891, SALINAS, CA 93902 |
| MOORE, DANIEL | 2718 CORVALIS AVE, FORT WAYNE, IN 46809 |
| MORACK, KEVIN A. | 2903 SPRING VALLEY RD, LANCASTER, PA 17601 |
| MORTGAGE DATA MANAGEMENT CORPORATION | ATTN RUSSELL S. LONG,SUITE 200,N56 W24879 NORTH CORPORATE CIRCLE, SUSSEX, WI 53089 |
| MULTNOMAH COUNTY | ATTN ANGELIKA LOOMIS,PO BOX 2716, PORTLAND, OR 97208 |
| MUSKINGUM COUNTY - TAX OFC | ATTN RONALD G. LAASMAR, ASST. PROS. ATTY,401 MAIN ST., ZANESVILLE, OH 43701 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE | BANKRUPTCY SECTION,PO BOX 5300, ALBANY, NY 12205-0300 |
| NAUGATUCK TAX COLLECTOR | JIM GOGGIN, TAX COLLECTOR,229 CHURCH ST. 3RD FL, NAUGATUCK, CT 06770 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NORWOOD, CARRIE | 4401 SHATTALON DR, WINSTON SALEM, NC 27106 |
| OHIO DEPARTMENT OF TAXATION | ATTORNEY GENERAL, COLLECTION ENFORCEMENT, 150 E. GAY STREET, 21ST FLOOR, COLUMBUS, OH 43215 |
| ORANGEBURG COUNTY | P. O BOX 9000, ORANGEBURG, SC 29116 |
| PALM BEACH COUNTY TAX COLLECTOR | ATTN MICHELLE M. COUNTEMANCHE, POST OFFICE BOX 3715, WEST PALM BEACH, FL 33402-3715 |
| PELLICCI, ROBERT J. AND JENNIFER JL. | 49 BELL WAY, MONTICELLO, NY 12701 |
| PENTALPHA GROUP LLC | ATTN JILL GILBERT CALLAHAN, PRESIDENT, ONE GREENWICH OFFICE PARK NORTH, GREENWICH, CT 06831 |
| PIERCE COUNTY, WASHINGTON | PIERCE COUNTY, ATTN ALLEN RICHARDSON, FIELD AGENT, PO BOX 11621, TACOMA, WA 98411-6621 |
| PIERCE, DALE ROBERT (DALE) | 5129 WESTMINSTER PL, SAINT LOUIS, MO 631081120 |
| PINAL COUNTY TREASURER | PINAL COUNTY TREASURERS OFFICE, DOLORES J DOOLITTLE, PO BOX 729, FLORENCE, AZ 85232-0729 |
| PINELLAS COUNTY TAX COLLECTOR | ATTN BETTY A. GRAMLEY, TAX MANAGER, PO BOX 2943, CLEARWATER, FL 33757-2943 |
| PLUMAS COUNTY | ATTN SUSAN T. BRYANT-GRANT, P.O. BOX 176, QUINCY, CA 95971 |
| POLK COUNTY FLORIDA TAX COLLECTOR | JOE G TEDDER CFC, DELINQUENCY AND ENFORCEMENT, PO BOX 2016, BARTOW, FL 33831 |
| POMFRET TOWN | ATTN PAMELA S. LEWERENZ, TAX COLLECTOR, P.O. BOX 286, POMFRET CENTER, CT 06259 |
| POTTAWATOMIE COUNTY | ATTN LISA OVERKAMP, TREASURER, P.O. BOX 158, WESTMORELAND, KS 66549 |
| PPTS 361, LLC | DOUGLAS BADASZEWSKI, C/O PLYMOUTH PARK TAX SERVICES LLC, 35 AIRPORT RD, STE 150, MORRISTOWN, NJ 07960 |
| PPTS FX CORP. | ATTN DOUGLAS BADASZEWSKI, 35 AIRPORT RD, STE 150, MORRISTOWN, NJ 07960 |
| PREMIER APPRAISAL GROUP, INC. | ATTN LESLIE RUBIO, COMPTROLLER, 106 E CARY ST, RICHMOND, VA 23219 |
| PS TEXAS HOLDINGS, LTD (PUBLIC STORAGE) | ATTN ARA GALSTYAN/PARALEGAL, 701 WESTERN AVENUE, GLENDALE, CA 91201-2397 |
| PUBLIC STORAGE | ATTN ARA GALSTYAN, PARALEGAL, 701 WESTERN AVENUE, GLENDALE, CA 91201-2397 |
| R R DONNELLEY RECEIVABLES INC | ATTN DAN PEVONKA, SE CREDIT MANAGER, 3075 HIGHLAND PKWY, DOWNERS GROVE, IL 60515 |
| R T H COMMUNICATIONS | 2875 BOY SCOUT RD., BAY CITY, MI 48706 |
| RAY FRED SOHN TR | U/A DTD 04/26/83, RAY FRED SOHN & THELMA E SOHN TRUST, 1985 GRATIOT BLVD, MARYSVILLE, MI 48040-2215 |
| RIVER PARK EXECUTIVE SUITES | C/O WILLIAM E WINFIELD, NORDMAN CORMANY HAIR & COMPTON LLP, 1000 TOWN CENTER DRIVE, 6TH FLOOR, OXNARD, CA 93036 |
| ROBERT J. HOPP & ASSOCIATES, LLC | ATTN ROBERT J. HOPP, ESQ, PO BOX 8689, DENVER, CO 80201 |
| ROGERS, TRANG | 1301 PARKVIEW PL, BOZEMAN, MT 59715 |
| RUBIO-MATOS, ZOILA | 16778 NW 13 STREET, PEMBROKE PINES, FL 33028 |
| SALT LAKE COUNTY TREASURER | ATTN RAY LANCASTER, 2001 SOUTH STATE STREET, # N1200, SALT LAKE CITY, UT 84190 |
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR | ATTN DAN MCALLISTER, 1600 PACIFIC HIGHWAY, ROOM 162, SAN DIEGO, CA 92101 |
| SAN JOAQUIN COUNTY, CALIFORNIA | TREASURER/TAX COLLECTOR, P.O. BOX 2169, ATTN SHABBIR A KHAN, STOCKTON, CA 95201-2169 |
| SAN LUIS OBISPO COUNTY | FRANK L FREITAS, TAX COLLECTOR, ROOM D 290, COUNTY GOVERNMENT CENTER, SAN LUIS OBISPO, CA 93408 |
| SAN MATEO COUNTY | ATTN RENATO LILLES, REVENUE COLLECTOR, LEE BUFFINGTON, TAX COLLECTOR, 555 COUNTY CENTER, 1ST FLOOR, REDWOOD CITY, CA 94063 |
| SCOTT, BRIAN J. & LORI-ANN L. | 6310 S. PITTSBURG ST, SPOKANE, WA 99223 |
| SCRICCA, ANN SIMISTER | 41 10 FAIRWAY DR, LITTLE RIVER, SC 29566-8036 |
| SCRICCA, DOMINIC J. | 41 10 FAIRWAY DRIVE, LITTLE RIVER, SC 29566-8036 |
| SERPA, MICHAEL L. | P.O. BOX 1627, MODESTO, CA 95353 |
| SHARER, TOM & JAN | 12608 MIRADO AVE, GRAND TERRACE, CA 92313 |
| SHELBY COUNTY TRUSTEE | PO BOX 2751, MEMPHIS, TN 38101-2751 |
| SHEPHERD, CLARENCE L | PO BOX 28731, BELLINGHAM, WA 98228 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SHERWIN WILLIAMS COMPANY, THE | MICHAEL B. BACH, ESQ.,11256 CORNELL PARK DRIVE, SUITE 500, CINCINNATI, OH 45242 |
| SHINKEWICZ, DEBRA | PO BOX 171, CALVERTON, NY 11933-0171 |
| SKINNER, WILLIAM | 1684 SERVAIS COLLERAN RD, LA CROSSE, WI 54601 |
| SMITH, CAROLYN M. | 101 GROVE ST, PLAINVILLE, MA 02762 |
| SOLANO COUNTY | ATTN ELIZABETH SUMNER, DEPUTY, RECORDER OFFICE,575 TEXAS ST, STE 2700, FAIRFIELD, CA 94533 |
| SOMERVELL CAD - DIANE W SANDERS | SOMERVELL CAD,112 ALLEN DR, GLEN ROSE,  76043-9998 |
| SOMERVELL CAD - DIANE W SANDERS | LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP,1949 SOUTH IH 35 (78741),PO BOX 17428, AUSTIN, TX 78760-7428 |
| SPRAGUE, SUSAN L. | 1717 NO. BAYSHORE DR # 3844, MIAMI, FL 33132 |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE | ATTN RICHARD ROBISON MANAGER REV SERV,41 S CENTRAL AVENUE, CLAYTON, MO 63105 |
| ST. LUCIE COUNTY TAX COLLECTOR | BARBARA BURTON, DEPUTY TAX COLLECTOR,PO BOX 308, FORT PIERCE, FL 34954-0308 |
| STATE OF DELAWARE DEPT. OF LABOR | DIVISION OF UNEMPLOYMENT INSURANCE,TRAINING TAX FUND,PO BOX 9953, WILMINGTON, DE 19809 |
| STATE OF NEW JERSEY | ANNE MILGRAM,ATTORNEY GENERAL OF NEW JERSEY,RICHARD J. HUGHES COMPLEX,PO BOX 106, TRENTON, NJ 08625-0106 |
| STATE OF NEW JERSEY | MICHAEL READING, AUTHORIZED AGENT,DIVISION OF TAXATION-COMPLIANCE ACTIVITY,PO BOX 245, TRENTON, NJ 08646 |
| STRAW, GEORGE W. | 3570 VANCOUVER DR., DALLAS, TX 75229 |
| SUTTER COUNTY TAX COLLECTOR | ATTN JIM STEVENS,TREASURER TAX COLLECTOR,PO BOX 546, YUBA CITY, CA 95992 |
| TARRANT COUNTY | ELIZABETH WELLER,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,2323 BRYAN ST STE 1600, DALLAS, TX 75201 |
| THOMAS, ELLEN M. | 2 JOHN F KENNEDY DR, NORTON, MA 02766 |
| THOMPSON, A. PAUL | PO BOX 127, FORK UNION, VA 23055 |
| THOMPSON, ILEEN | 2212 NEPTUNE AVENUE, BROOKLYN, NY 11224 |
| TRIOLO, VICTOR J. | 104 SEAVIEW AVE, NORTHPORT, NY 11768 |
| TUSCALOOSA COUNTY | PEYTON C COCHRANE, TAX COLLECTOR,714 GREENSBORO AVE RM 124, TUSCALOOSA, AL 35401 |
| UNITED TELEPHONE COMPANY OF PENNSYLVANIA | UNITED TELEPHONE COMPANY OF PENNSYLVANIA,D/B/A EMBARQ,MARY C HALL - BANKRUPTCY ANALYST,PO BOX 872967, KANSAS CITY,  64187-2967 |
| UNITED TELEPHONE COMPANY OF PENNSYLVANIA | D/B/A EMBARQ,ATTN MARY C HALL - BANKRUPTCY ANALYST,PO BOX 7971, SHAWNEE MISSION, KS 66207 |
| VERICOMM, INC | ATTN: DON BURK,27200 TOURNEY ROAD,SUITE 315, VALENCIA, CA 91355 |
| VOHSEN, RONALD & CONSTANCE | 521 ROLLINGHILLS DR, ST CHARLES, MO 63304 |
| WAS, ELLEN | 53 LOWELL AVE., WEST ORANGE, NJ 07052 |
| WASHINGTON STATE EMPLOYMENT SECURITY | DEPT - ATTN: ELLEN MOE, COMPLIANCE UNIT,UI TAX AND WAGE ADMINISTRATION,PO BOX 9046, OLYMPIA, WA 98507-9046 |
| WEISS, ADRIENNE N | 3337 HUTCHINSON LN, MUNDELEIN, IL 600606009 |
| WEISS, SHIRLEY ANN | 722 WAYFIELD DRIVE, ST LOUIS, MO 63132 |
| WETZEL, DANIEL P. | 776 YALE AVE, SAINT LOUIS, MO 63130 |
| WHEELER, BYFORD | 212 PARK ROAD, IOWA CITY, IA 52246 |
| WILHITE, WES D. | 3400 WHITE OAK DRIVE, COTTONWOOD, CA 96022 |
| WILKINS, MICHAEL W. | 4400 MEMORIAL DR. APT. 3030, HOUSTON, TX 77007 |
| WILLIAMS, DEBORAH J. | 315 CHESAPEAKE AVE, PRINCE FREDERICK, MD 20678 |
| WILLIAMS, MICHAEL | 5906 TERRACE DR, HOUSE SPRINGS, MO 63051 |
| WILLIAMS, SHANELL V. | 9763 LADY SLIPPER CT APT 3C, LAUREL, MD 207236341 |
| WILLS, CHERYL | 10625 CAHILL RD, RALEIGH, NC 27614 |
| YAVAPAI COUNTY, ARIZONA | ROSS D. JACOBS,YAVAPAI COUNTY TREASURER,1015 FAIR STREET, PRESCOTT, AZ 86305-1807 |
| YUBA COUNTY TREASURER/TAX COLLECTOR | LORRAINE DAGGETT, CHIEF DEPUTY TAX COLL.,915 8TH ST. STE 103, MARYSVILLE, CA |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| YUBA COUNTY TREASURER/TAX COLLECTOR | 95901 |

**Total Creditor Count 202**

**EXHIBIT D**

AHM 15th Omni Ord (3rd) 5/19/2009

McDonald Hopkins LLC
c/o Sean D. Malloy
Counsel to Ronald L. Bergum
600 Superior Avenue, Suite 2100 East
Cleveland, OH 44114

**EXHIBIT E**

AHM 19th Omni Ord (3rd) 5/19/2009
Sally Hamilton
20-B William St.
Glen Cove, NY 11542

**EXHIBIT F**

AHM 31st Omni Ord (6th) 5/19/2009
Michael S. Surowiec
116 Ralph Ave
S. Plainfield, NJ 07080-2814

**EXHIBIT G**

**AHM 17th Omni Ord (3rd) 5/19/2009**

Matthew Liang
1797 Kanapuu Dr.
Kailua, HI 96734

**EXHIBIT H**

**AHM 15th Omni Ord (4th) 5/19/2009**
Joshua Kappelman
1089 High Valley Lane
Shiloh, IL 62221

**EXHIBIT I**

AMERICAN HOME MORTGAGE HOLDINGS INC.
AHM 32ND OMNI ORD 5/19/2009

| Name | Address |
|------|---------|
| ALLEN COUNTY, INDIANA | ATTN ROBERT W LEE TREASURER OF ALLEN COUNTY CITY - COUNTY BUILDING ROOM 100 FORT WAYNE IN 46802-1888 |
| BOSTIC, JAMES | PATRICK J. MCLAUGHLIN, WUKELA LAW FIRM 403 SECOND LOOP ROAD, PO BOX 13057 FLORENCE SC 29504 |
| BOSTON WATER AND SEWER COMMISSION | JORGE A. PORRAS, ESQ., ASST GEN. COUNSEL 980 HARRISON AVENUE BOSTON MA 02119 |
| CISNEROS, VERONICA | 3510 CAMINITO EL RINCON # 17 SAN DIEGO CA 92130 |
| CITY OF PROVIDENCE, KENTUCKY | C/O RICHARD E. PEYTON, ATTORNEY FOR MRS. EVANS PEYTON TEAGUE & CARTWRIGHT PO BOX 695 MADISONVILLE KY 42431-0695 |
| CLERMONT COUNTY | MR J ROBERT TRUE, TREASURER 101 E MAIN ST BATAVIA OH 45103 |
| COLLINS, KENNETH R. (KEN) | 26 WYOMING DRIVE HUNTINGTON STATION NY 11746 |
| EQUIV FINANCIAL GROUP, INC | ATTN ANNABELLE COOPER, VICE PRESIDENT 9240 SW 72ND ST SUITE 100 MIAMI FL 33173 |
| FERGUS, CAROL | 2381 CHRISTMAS TREE DR CARSON CITY NV 89703 |
| GRZAN, LORETTA | 57 EARL RD MELVILLE NY 11747 |
| GUYTON, JAMES | 220 PINE RIDGE LANE MONTGOMERY IL 60538 |
| HAMM, NICHOLE L. | 10 APPLERIDGE DRIVE BIDDEFORD ME 04005 |
| HAYES, SUSAN L. | 15561 HAMMETT CT MORENO VALLEY CA 92555 |
| HERNANDO COUNTY TAX COLLECTOR | JUANITA B SIKES, TAX COLLECTOR 20 N MAIN ST RM 112 BROOKSVILLE FL 34601-2892 |
| HIGGINS, CHARLES L. | 65 EAST H STREET ENCINITAS CA 92024 |
| HUMPHREY, RONDA | 1604 HOWARD PL BALDWIN NY 11510 |
| JANABAJAL, JAY & JOYCE | 10820 SABRE HILL DRIVE # 145 SAN DIEGO CA 92128 |
| JANCO, RICHARD W. | 2987 RIDGEWOOD CT OREGON IL 61061 |
| JORGENSON, REED C. | 1216 SKYLINE DR WATERTOWN SD 57201 |
| KALERT, BYRAN R & KATHLEEN | 67 PASADENA DRIVE FAIRVIEW HEIGHTS IL 62208 |
| LOBO, EDISSA | 91-18 108 STREET RICHMOND HILL NY 11418 |
| MACCORMACK, JOSEPH & MARY | 4800 CHRISTIE JANE LANE FAIRFAX VA 22030 |
| MENNITI, JOHN C | 505 CHERRY AVENUE OREGON CITY OR 97045 |
| MONTES, JORGE L | 14362 SW 172 LANE MIAMI FL 33177 |
| MURPHY, GREGG | 1316 BUCKINGHAM CR FRANKLIN TN 37064 |
| NEVADA DEPARTMENT OF TAXATION | ATTN BANKRUPTCY SECTION 555 E WASHINGTON AVE #1300 LAS VEGAS NV 89101 |
| NICHOLS, KEVIN | 7034 WEST LARIAT LANE PEORIA AZ 85383 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR | ATTN CHRISS W. STREET P.O. BOX 1438 SANTA ANA CA 92702 |
| OWINGS, LARA J | 24924 GALAXY LANE CHESAPEAKE BEACH MD 20732 |
| PANSHY, NEIL M. | 7085 CANE LANE VALLEY SPRINGS CA 95252 |
| PERRY, CATHRYN | 8720 WINDSOR MILL RD WINDSOR MILL MD 21244 |
| POLADIAN, ANGELINE | 3 WHITWORTH ST LADERA RANCH CA 92694 |
| PRASSE, ERIC H. | 6125 KEHN LANE FREDERICKSBURG VA 22408 |
| SAPARILAS, ELISABETH | 8213 HOBHOUSE CIRCLE RALEIGH NC 27615 |
| SCOGGINS, BRENT | 1865C MONTCLAIR DR MT PLEASANT SC 29464 |
| SEO, JEONG JA | 6379-D SMITHY SQUARE GLEN BURNIE MD 21060 |
| SHRIVER, PAULA J. | 344 BROOKSIDE BLVD PITTSBURGH PA 15241 |
| STERLING, DANIEL P. | 5523 COLONY RD GRAND BLANC MI 48439 |
| STRADA, TORY | 602 WEST COMSTOCK AVENUE GLENDORA CA 91741 |
| SUTTER COUNTY TAX COLLECTOR | ATTN JIM STEVENS TREASURER-TAX COLLECTOR PO BOX 546 YUBA CITY CA 95992 |
| TAYLOR, PEARL & WILLIAM | 14781 PEACOCK HILL RD SE OLALLA WA 98359 |
| TEITELBAU, JOEL | 1319 EUCLID ST., NW #2 WASHINGTON DC 20009 |
| TRAPANOTTO, TIMOTHY | 17 CRESTWOOD DR FORT SALONGA NY 11768 |
| WHEELER, PETER M | 7335 BROOKVIEW, UNIT 103 ELKRIDGE MD 21075 |

Total Number of Records Printed        44

TIME: 13:33:32
DATE: 05/19/09

AMERICAN HOME MORTGAGE HOLDINGS INC.
AHM 32ND OMNI ORD 5/19/2009

PAGE:    1

| Name | Address |
|------|---------|
| CLERMONT COUNTY | ALLAN L EDWARDS ASSISTANT PROSECUTOR ATTORNEY 123 N. THIRD STREET BATAVIA OH 45103 |

Total Number of Records Printed      1

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT J**

TIME: 13:52:08
DATE: 05/19/09

AMERICAN HOME MORTGAGE HOLDINGS INC.
AHM 33RD OMNI ORD 5/19/2009

PAGE:    1

| Name | Address |
| --- | --- |
| ABTAHI, ESMAIL | 5050 VALLEY CREST DR. #67 CONCORD CA 94521 |
| AILSTOCK, MELANIE H. | 4628 BROKEN LUTE WAY ELLICOTT CITY MD 21042 |
| ALBRECHT, MARSHA | 837 N. MAPLE AVE. PALATINE IL 60067 |
| ALOIS, PETER D. | 25 SAMUEL ST NESCONSET NY 11767 |
| ANDERSON, MARY ANN | 1450 SANDPEBBLE # 103 WHEELING IL 60090 |
| BADRI, FARHAD | PO BOX 63194 COLORADO SPRINGS CO 80962 |
| BARTOLOTTA, JOSEPH W. | 23 HIGH RIDGE RD WARWICK NY 10990 |
| BELCHER, LOREATHA | 6073 CAPRICE DRIVE JACKSONVILLE FL 32244 |
| BENNER, DORIS M. | 205 E JOPPA RD #806 TOWSON MD 21286 |
| BIRD, VONNIE R. | 9901 EAST EVANS AVENUE #25A DENVER CO 80247 |
| BOGGS, FRANCES | 3775 LONGS PEAK COURT LAS VEGAS NV 89103 |
| BROWN, DAVID AND LORETTA | 11195 CHACOL CT RANCHO CORDOVA CA 95670 |
| BRUNSWICK COUNTY | ATTN MIKE CULPEPPER DELINQUENT TAX SPECIALIST PO BOX 29 BOLIVIA NC 28422 |
| CALVO, LORAINE (LORI) | 43 COTTONWOOD LA WESTBURY NY 11590 |
| CARROLL, GREGG | 11 N DURKEE LN EAST PATCHOGUE NY 11772 |
| CHAMPLIN, RICHARD D. | 906 HENDRICKSON SCHOOL ROAD SHELL KNOB MO 65747 |
| CHRISTOFORATOS, DIONISIOS E | 68 DARA AVE MOSTIC NY 11953 |
| CITY OF ALEXANDRIA, VIRGINIA | 19510 CAMINITO EL RINCON 170 SAN DIEGO CA 92130 |
| CITY OF ALEXANDRIA, VIRGINIA | ATTN MICHELE M. HARLOW REVENUE DIVISION PO BOX 178 ALEXANDRIA VA 22313 |
| COLLIGAN, MICHAEL | 7601 AMAZON DR # 3 HUNTINGTON BEACH CA 92647 |
| COLLINS, SHAN | 6 S INDIANA BELLEVILLE IL 62221 |
| CRAIG, MELISSA N | 1522 CARRIAGE DRIVE EATON CO 80615 |
| CRAWFORD, GARY | 9 SHERWOOD CRESCENT DIX HILLS NY 11746 |
| DIETRICH, MICHELLE | 824 SUGAR VALLEY CT SAINT PETERS MO 63376 |
| DIKE, CHAKIRA-ILIANA | 431 MARINE LN WEST BABYLON NY 11704 |
| ELISH, CHRISTINA | 77 DUFF RD PENN HILLS PA 15235 |
| EXUM, RAMONA | 936-59A JEWEL AVENUE KEW GARDEN HILLS NY 11367 |
| FAIRFAX COUNTY | ATTN NANCY F LOFTUS, ASST COUNTY ATTNY OFFICE OF THE COUNTY ATTORNEY 1200 GOVERNMENT CENTER PWY, STE 549 FAIRFAX VA 22035 |
| FAJARDO, CAROL | 231 CHRISTMAS TREE DR CARSON CITY NV 89703 |
| FORBES, JEREMY R. AND DANEA N. | 1010 CUYAHOGA DRIVE BARTLETT IL 60103 |
| FORSYTH COUNTY | ATTN DARLENE PIERCE PO BOX 82 WINSTON-SALEM NC 27102 |
| FULLER, JOHN ANDRE | 2112 FOUNTAIN SPRINGS DRIVE HENDERSON NV 89074 |
| GALLAGHER, BRIDEN | 4224 40TH ST NW WASHINGTON DC 20016 |
| GOODMAN, CAREN | 177 WASHINGTON STREET GOLDEN CO 80403 |
| GRAMSE, JEFFREY H. | 57 DEVEREAUX CIR S PORTLAND ME 041061812 |
| HACKBARTH, SCOTT | 7444 LIMERICK AVE DUBLIN CA 94568 |
| HENRY, LESLIE DANYELL | 2153 UTOPIA AVE NASHVILLE TN 37211 |
| HUBER, STEFANIE | 208 WOOD HALLOW DRIVE MARLTON NJ 08053 |
| IBARRA, GLORIA T. | 18915 108TH LANE SOUTHEAST RENTON WA 98055 |
| INDJIAN, HERBERT & AMY | C/O PAMELA SIMMONS LAW OFFICE OF SIMMONS & PURDY 2425 PORTER STREET, SUITE 10 SOQUEL CA 95073 |
| KADUR, JEREMY & PHYLLIS R. | 2905 WHITEBURY AUSTIN TX 78757 |
| KEITH, DEBRA J. | 40104 SAGEWOOD DR PALM DESERT CA 92260 |
| KEITH, KARI & LONNIE | C/O PAMELA SIMMONS LAW OFFICE OF SIMMONS & PURDY 2425 PORTER STREET, SUITE 10 SOQUEL CA 95073 |
| KOUMANTAKIS, GEORGE G | 8 SOUTH EAGLE CIRCLE AURORA CO 80012 |
| KOURIL, LUANN | 11 BEAVER LN W WESTHAMPTON NY 119771202 |
| LANDSAFE | ATTN: DAVID ZULAUF 8511 FALLBROOK AVENUE - MS: WH-51Z WEST HILLS CA 91304 |
| LAVAN, EILEEN M | 165 CROWELL ST. HEMPSTEAD NY 11550 |
| LERETSIS, MARY-MARGARET | 16245 CATENARY DRIVE WOODBRIDGE VA 22191 |
| LILLEY, MOXIE/JACQUELINE | 1706 BIRDSONG LUFKIN TX 75901 |
| LORBBER, VIRGINIA L. | 14084 EAST HAMPDEN PLACE AURORA CO 80014 |
| LORENZI, GAIL | 1770 CHURCH RD. AURORA IL 60504 |
| LOTITO, MARIE | 271 SILLERO RANCHO SANTA MARGARITA CA 92688 |
| LUNCEFORD, SOPHIA | 10715 E. SAHUARO DR. SCOTTSDALE AZ 85259 |
| LUTTRULL, KIMBERLY F. | 9740 AVIARY DR SAN DIEGO CA 92131 |
| MAGDALENO, ELIZABETH | 403 HONEYSUCKLE WAGONER OK 74467 |
| MAPES, CAROLINE | 5711 CAVALIER CT BENSALEM PA 19020 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 13:52:08
DATE: 05/19/09

PAGE: 2

AMERICAN HOME MORTGAGE HOLDINGS INC.
AHM 33RD OMNI ORD 5/19/2009

| Name | Address |
|---|---|
| MARTINO, EVE M | 2374 MERMAID AVE WANTAGH NY 11793 |
| MARYLAND DEPARTMENT OF HOUSING AND | COMMUNITY DEVELOPMENT ATTN MARK PETRAUSKAS - ADMINISTRATION 100 COMMUNITY PLACE, STE 2.300 CROWNSVILLE MD 21032 |
| MASON MCDUFFIE MORTGAGE CORPORATION | ATTN MARILYN RICHARDSON, COO 2010 CROW CANYON PL STE 400 SAN RAMON CA 945831344 |
| MCDONALD, KEVIN A. | 2604 12TH ST SW ALTOONA IA 50009 |
| MCGILL, WAYNE T. | 8300 FARM MEADOW AVENUE LAS VEGAS NV 89149 |
| MCKROBERTS, MICHAEL A | 159 DEL MONTE LANE MORGAN HILL CA 95037 |
| MEATTE, JESS | 131 KEYSTONE DRIVE FENTON MO 63026 |
| MILLER, JULIE | 12212 ORVILLINA DRIVE SANTA ANA CA 92705 |
| MILLER, SUSAN K | 12956 BRYCE CANYON DR #B MARYLAND HEIGHTS MO 63043 |
| MORMILE, THOMAS | 9 MARKWOOD LN EAST NORTHPORT NY 11731 |
| MORRIS, SUSAN L | 20 SKYLINE DRIVE WEST HAVEN CT 06516 |
| MOSER, JASON L | PO BOX 2033 MESA AZ 852142033 |
| MYER, MARTI | 3484 HWY G-50 SAINT CHARLES IA 50240 |
| NELSON, LORENE M. | 4900 E CHAPMAN # 40 ORANGE CA 92869 |
| NICOTERA, PATRICIA | 3806 BARRINGTON LANE MYRTLE BEACH SC 29588 |
| NILOJAS, KAMALJIT (KAMAL) | 42 BODEN AVE VALLEY STREAM NY 11580 |
| O'CLARKGIAN, JENNISE | PO BOX 408 4 HIGHLAND AVE PEAPACK NJ 07977 |
| OSTINGER, WILLIAM D. | 3120 DAVISVILLE RD HATBORO PA 19040 |
| ONEILL, CARLY | 98 S ZORANNE DR FARMINGDALE NY 11735 |
| OWEN, DUSTIN R. | 9857 BUBBLING BROOK CT OVIEDO FL 32765 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | ATTN JAMES M. FOSTER, CHIEF BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 |
| PERKINS, THOMAS J. | 1009 OLD COUNTRY RD ELMSFORD NY 10523 |
| PIERCE, DALE | QUEST MORTGAGE 8921 VETERANS MEMORIAL PARKWAY O'FALLON MO 63366 |
| PINEDA, JOSE L | 119 RACQUET CLUB DRIVE COMPTON CA 90220 |
| PLACER COUNTY TAX COLLECTOR | ATTN ANN M DONURO, DEPUTY TREASURER 2976 RICHARDSON DR AUBURN CA 95603 |
| RICO, SARAH C | 4717 ALIMODR WOODLAND HILLS CA 91364 |
| RIZON, MARY | 5411 PASO DEL RIO COURT CONCORD CA 94521 |
| ROGNLIE, DOUGLAS | 6947 FARRALONE AVENUE LOS ANGELES CA 91303 |
| RUBIO MATOS, ZOILA | 16778 NW 13 ST PEMBROKE PINES FL 33028 |
| RYMAN, SCOTT | 3436 RIDGEVIEW DR EL DORADO HLS CA 957624410 |
| SAMSON, LINDA | 9231 NORTH 47TH DRIVE GLENDALE AZ 85302 |
| SCHREIBER, LISA M. | 39821 FOXGLOVE CT LOVETTSVILLE VA 20180 |
| SPERRY, NATASHA | 5649 WHITE FIR WAY # 1 SACRAMENTO CA 95841 |
| SPRAGUE, SUSAN | 1717 N BAYSHORE DR 3844 MIAMI FL 33132 |
| SPRING-FORD AREA SCHOOL DISTRICT | LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA PA 19103-3291 |
| STAMPS, MARK E. | 224 SIDNEY STREET BECKLEY WV 25801 |
| STATE OF HAWAII | DEPARTMENT OF TAXATION PO BOX 259 HONOLULU HI 96809 |
| STRECKER, ROGER W. | 200 FRYE RD PINEHURST NC 28374 |
| SUMMERS, MATTHEW | 208 TIMBERFIELD TRAIL CHINA GROVE NC 28023 |
| SZYTULA, KRISTIE | 119 SUTTON DR. PLAINVIEW NY 11803 |
| THRASHER, GARY A. | 10492 EAST ONEILL ROAD HEREFORD AZ 85615 |
| TRAN, MINH H. | 18514 NORTHEAST 102ND COURT REDMOND WA 98052 |
| TURCO, TAEDRA | 377 COLUMBUS ST PALM BCH GDNS FL 334101541 |
| UNTI, RENEE | 3670 LA COSTA AVENUE CASTRO VALLEY CA 94546 |
| VINCENT, ROBERT ALAN | 4326 SOLANO WAY UNION CITY CA 94587 |
| W2007 SEATTLE OFFICE BELLSFIELD | OFFICE PARK REALTY, LLC C/O SHAWN B. REDIGER - WILLIAMS KASTNER 601 UNION STREET, SUITE 4100 SEATTLE WA 98101 |
| WADSWORTH, BRAD | 4760 SCOTNEY CT. SUWANEE GA 30024 |
| WESOLOWSKI, KEITH M | 405 W 7TH STREET #510 CHARLOTTE NC 282020 |
| WYRICK, RICHARD | 6220 RUSSWOOD DR PLEASANT GDN NC 273139536 |

Total Number of Records Printed    105

EPIQ BANKRUPTCY SOLUTIONS, LLC