IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x  Chapter 11
In re:                                                              :
                                                                    :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                              :
HOLDINGS, INC., a Delaware corporation, et al.,[1]                  :  Jointly Administered
                                                                    :
                        Debtors.                                    :
------------------------------------------------------------------- x  Ref. Docket No. 2208

## NOTICE OF PROPOSED SALE OF MISCELLANEOUS ASSETS

TO:   THE OFFICE OF THE UNITED STATES TRUSTEE; COUNSEL TO THE CREDITORS' COMMITTEE; COUNSEL TO THE DEBTORS' POSTPETITION LENDER; ALL KNOWN PARTIES HOLDING OR ASSERTING LIENS, CLAIMS, ENCUMBRANCES OR OTHER INTERESTS IN THE ASSETS SUBJECT TO THE PROPOSED SALE; AND THE U.S. SECURITIES AND EXCHANGE COMMISSION

**PLEASE TAKE NOTICE** that, pursuant to the *Order Pursuant to Bankruptcy Code Sections 105, 363 and 554 and Bankruptcy Rule 6004 Approving Certain Procedures Governing the Sale, Donation or Abandonment of Miscellaneous Assets* [Docket No. 2208] (the "Order") the above-captioned debtors and debtors in possession (collectively, the "Debtors") are authorized to sell, donate or abandon Miscellaneous Assets[2] that are no longer necessary to the Debtors' business.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order, the Debtors are required to file a notice of a Proposed Sale (the "Sale Notice") and to serve the Sale Notice in the manner provided in the Order.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Order, the Debtors hereby are providing notice of the Proposed Sale of the Miscellaneous Assets identified in Exhibit A attached hereto to PK Metals, LLC, 3542 Route 112, Coram, New York 11727 for the lot

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to such terms in the Order.

price of $22,000. The Proposed Sale shall be "**As-Is, Where Is**" and **Free and Clear of all Liens Claims, Encumbrances and Other Interests** and on such other terms that are in accordance with the terms of the Order. The Miscellaneous Assets that are the subject of the Sale are owned by [**AHM Corp.**]

**PLEASE TAKE FURTHER NOTICE, that objections by parties, other than the Committee and the DIP Lenders, to the Sale are required to be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and served on the undersigned counsel for the Debtors on or before June 4, 2009 at 4:00 p.m. (ET) (the "Sale Objection Deadline"). The Committee and the DIP Lenders are required to file and serve an objection to the Sale on or before June 8, 2009 at 4:00 p.m. (the "Committee's and DIP Lender's Sale Objection Deadline" and together with the Sale Objection Deadline, the "Sale Objection Deadlines").**

**PLEASE TAKE FURTHER NOTICE**, that if no objections to the Sale are filed and served on or before the Sale Objection Deadlines, the Debtors are authorized to consummate the Sale without further notice or a hearing and the Sale will be deemed fully authorized by the Bankruptcy Court.

Dated:   Wilmington, Delaware
         May 28, 2009

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            */s/ Ryan M. Bartley*
                            James L. Patton, Jr. (No. 2202)
                            Joel A. Waite (No. 2925)
                            Matthew B. Lunn (No. 4119)
                            Ryan M. Bartley (No. 4985)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253

                            Counsel for Debtors and Debtors in Possession

# EXHIBIT A

| DESCRIPTION OF GOODS | QUANTITY |
|---|---|
| 8 Port Linksys KVM | 1 |
| Avaya phone system | 1 |
| Bay Networks token ring hubs | 2 |
| Bin of old hard drives (will be DoD wiped, all data already backed up) | 1 |
| Bins of Calculators | 3 |
| Bins of CAT 5 network cables | 3 |
| Bins of Computer Mice | 2 |
| Bins of Keyboards | 17 |
| Bins of Miscellaneous Wires | 11 |
| Bins of phones and phone equipment | 19 |
| Bins of power strips, power supplies and transformers | 11 |
| Blackbox dual cpu servers | 9 |
| Cisco 3600 switch | 1 |
| Cisco switches | 12 |
| Compaq 1U fold out KVM | 1 |
| Compaq P3 servers | 2 |
| Compaq proliant 1600 | 1 |
| Compaq Proliant 380 | 1 |
| Compaq Proliant 6400R | 1 |
| Compaq proliant ML 750 server | 1 |
| Copy machines | 12 |
| CRT 17" Monitors | 22 |
| Dell poweredge 2300 servers | 10 |
| Dell Powervault 705 | 1 |
| EMC Cabinets with hard drives (DoD wipe) | 4 |
| Fax machines | 3 |
| Handheld barcode readers | 5 |
| HP Blades | 4 |
| HP Netserver 1p 100or | 4 |
| HP Pentium 3/4 desktop computers | 138 |
| HP Printers | 88 |
| HP Proliant ML370 (6x36gb drives) | 1 |
| HP rp5450 server | 1 |
| HP rp7400 server | 1 |
| HP Storageworks NAS 1000s | 1 |
| HP surestore E disk arrays | 5 |
| IBM 235 server | 4 |
| IBM 305 server | 3 |
| IBM 330 servers | 7 |
| IBM 335 server | 5 |
| IBM 345 (6x73.5GB drives) | 1 |
| IBM 345 server | 2 |
| IBM 9348-001 Tape Libraries | 2 |
| IBM Blade Chassis MT-M 8677-3XU | 5 |
| IBM Blade Servers (HS20 & LS20) | 39 |
| IBM MT 8852 Blade Center H | 1 |

| DESCRIPTION OF GOODS | QUANTITY |
|---|---|
| Intertel phone system servers | 10 |
| ISP1100 blackbox servers | 2 |
| Kodak i640 Scanners | 3 |
| Miscellaneous Pentium 2/3 desktop computers (DELL, HP & IBM) | 250 |
| Non working laptops | 35 |
| Palette of assorted paper trays | 1 |
| Palettes MISC computer wires, keyboards | 2 |
| Palettes used toner cartridges | 2 |
| Paper joggers | 3 |
| Proliant ML350 | 2 |
| Small postage machines | 5 |
| SNAP server (file server) | 1 |
| Sun 6500 Cabinet with contents | 2 |
| Sunfire x2200 servers | 6 |
| Sunfire x4200 servers | 2 |
| VXA autopak tape library | 1 |