# Notice Recipients

District/Off: 0311−1  
Case: 07−11047−CSS  
User: Leslie  
Form ID: ntcBK  
Date Created: 5/28/2009  
Total: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr    Quantum

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    American Home Mortgage Holdings, Inc.    538 Broadhollow Road    Melville, NY 11747
aty   Donald J. Bowman, Jr.    Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801
aty   Edward J. Kosmowski    Young, Conaway, Stargatt &Taylor    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899
aty   Edwin J. Harron    Young, Conaway, Stargatt &Taylor    The Brandywine Building    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
aty   Erin Edwards    Young, Conaway, Stargatt &Taylor    The Brandywine Building    17th Floor    1000 West Street    Wilmington, DE 19801
aty   Joel A. Waite    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
aty   Kara Hammond Coyle    Young Conaway Stargatt &Taylor LLP    1000 West St., 17th Floor    Brandywine Building    Wilmington, DE 19801
aty   Kenneth J. Enos    Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801
aty   Margaret Whiteman Greecher    Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801
aty   Matthew Barry Lunn    Young, Conaway, Stargatt &Taylor    The Brandywine Building, 17th Floor    1000 West Street    PO Box 391    Wilmington, DE 19899
aty   Nathan D. Grow    Young Conaway Stargatt &Taylor, LLP    The Brandywine Bldg.    17th Floor    Wilmington, DE 19801−0391
aty   Patrick A. Jackson    Young Conaway Stargatt &Taylor, LLP    The Brandywine Bldg 17th Fl,1000 West St    Wilmington, DE 19801
aty   Pauline K. Morgan    Young, Conaway, Stargatt &Taylor    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
aty   Quinn Emanuel    Quinn Emanuel Urquhart Oliver &Hedges
aty   Robert S. Brady    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
aty   Sean Matthew Beach    Young, Conaway, Stargatt &Taylor    The Brandywine Building, 17th Floor    1000 West Street    PO Box 391    Wilmington, DE 19899
aty   Sharon M Zieg    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg., 17th Floor    1000 West Street    PO Box 391    Wilmington, DE 19899
aty   Travis N. Turner    Young Conaway Stargatt &Taylor, LLP    The Brandywine Bldg., 17th Fl.    1000 West Street    Wilmington, DE 19801

TOTAL: 18