## SERVICE LIST

| **VIA HAND-DELIVERY**<br>James L. Patton, Jr.<br>Sean M. Beach<br>Matthew B. Lunn<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>*Counsel for the Debtors and Debtors in Possession* | **VIA HAND-DELIVERY**<br>Bonnie Glantz Fatell<br>David W. Carickhoff<br>Blank Rome LLP<br>1201 Market Street<br>Wilmington, DE  19801<br>*Counsel for the Official Committee of Unsecured Creditors* |
|---|---|
| **VIA U.S. MAIL**<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>Joseph Orbach<br>488 Madison Avenue<br>New York, NY  10022<br>*Counsel for the Official Committee of Unsecured Creditors* | |

WCSR 4137550v1