**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------------x
In re:                                          :    Chapter 11(CSS)
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :
a Delaware corporation, et al.                  :    Case No. 07-11047
                                                :    Jointly Administered
           Debtors.                             :
                                                :    Hearing Date: 6/5/09 at 10:00 p.m.
                                                :    Response Date: 5/29/09 at 4:00 p.m.
------------------------------------------------------------------x
```

**RESPONSE BY THE TENNESSEE DEPARTMENT OF REVENUE**
**TO DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**

COMES NOW the Office of the Tennessee Attorney General, through undersigned counsel, on behalf of the Tennessee Department of Revenue (Department), to respond to the Debtors' Thirty-Fifth Omnibus Objection to Claims.

IN SUPPORT THEREOF, it will be shown as follows:

1. On or about 12/19/08 the Department filed an amended administrative claim for $6,628.75 ("Claim"). The claim is based on estimates due to the failure of the Debtors to file certain tax returns.

2. The Debtors' have objected to the Claim based on the assertion that the claim should be expunged because "The Debtors' books and records indicate no taxes are due per filed tax returns."

3. The Department responds that according to the Department's records, the claim is filed for the correct amount.

4. Under Tennessee law, when a taxpayer fails to file a tax return, the Commissioner of the Department is authorized to generate an estimate of the tax liability due and assess the taxpayer for the estimated taxes. *See* Tenn. Code Ann. 67-1-1438. This estimate is presumed

accurate unless the Debtors submit evidence showing otherwise. *Id.* taxes.

5.  A properly filed proof of claim constitutes prima facie evidence of the validity and amount of the claim. FED. R. BANKR. P. 3001(f). The burden then shifts to the objecting party to go forward with additional evidence to rebut the presumptions in favor of the creditor by a preponderance of the evidence. The Debtor has not produced sufficient evidence to rebut the Department's prima facie case.

THEREFORE, the Department requests that the Court enter an Order overruling the Debtors' objection to its claim and allowing the Department's administrative claim, in the amount of $6,628.75.

This the 29thth day of May, 2009.

> Respectfully Submitted,
>
> Tennessee Attorney General
> ROBERT E. COOPER, JR.
>
> /s/ Laura L. McCloud
> LAURA L. MCCLOUD (TN BPR 16206)
> Assistant Attorney General
> P.O. Box 20207
> Nashville, TN 37202
> (615) 532-8933
>
> Attorneys for the Tennessee Department of Revenue

CERTIFICATE OF SERVICE

      I hereby certify that on May 29, 2009, a true and correct copy of the foregoing document was sent via facsimile and/or electronic means and/or placed in United States mail, first class postage prepaid, addressed to the following parties:

James L. Patton, Jr
Pauline K. Morgan
Edward J. Kosmowski
Margaret B. Whiteman-Greecher
Nathan D. Grow
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

    /s/ Laura L. McCloud
LAURA L. MCCLOUD (TN BPR 16206)
Assistant Attorney General