## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x    Chapter 11

In re:                                                          :

                                                                :    Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE                                          :

HOLDINGS, INC., a Delaware corporation, et al.,                :    Jointly Administered

                                                                :

            Debtors.                                            :

---------------------------------------------------------------- :

### CERTIFICATION OF COUNSEL REGARDING STIPULATED ORDER REGARDING SUBMISSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

The undersigned certifies as follows:

1.      Attached hereto as Exhibit "A" is the proposed form of *Stipulated Order Regarding Submission of Proposed Findings of Fact and Conclusions of Law* ("Order") being submitted by Caylon New York Branch, as Administrative Agent ("Caylon").  The proposed Order reflects the agreement between the Debtors and Calyon and is consistent with the statements made at the conclusion of the hearing on May 20, 2009.  The Debtors have no objection to the entry of the proposed Order.

2.      The undersigned respectfully submits that, consistent with the disclosures and agreements made between the Debtors and Calyon and the lack of any objection to the entry of the proposed Order, the Court may consider and enter the proposed Order at the Court's earliest convenience, without further notice or hearing.

Dated: May 29, 2009

                                WOMBLE CARLYLE SANDRIDGE
                                & RICE, PLLC

                                __/s/ Michael G. Busenkell_____
                                Michael G. Busenkell (DE No. 3933)
                                222 Delaware Avenue, Suite 1501
                                Wilmington, DE 19801
                                Telephone: 302.252.4324
                                Facsimile: 302.252.4330

-and-

Benjamin C. Ackerly
Jason W. Harbour (DE No. 4176)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

-and-

Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10016-0136
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

*Counsel to Calyon New York Branch*