

R·M·S

RECEIVABLE MANAGEMENT SERVICES

307 International Circle, Suite. 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

May 28, 2009

Clerk
U.S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd Fl
Wilmington, DE 19801

Response to Debtors Thirty-Fifth Omnibus Objection
In re: American Home Mortgage Holdings, Inc., *et al.* ("Debtors")
Case No. 07-11047 (Jointly Administered) (Chapter 11)
Claimant – EMC Corporation, Claim No. 10127 @$262,841.79

Dear Clerk:

As agent for the creditor, EMC Corporation ("EMC"), we disagree with the Debtors' objection to reclassify EMC's entire claim as being general unsecured. We believe an administrative priority allowance should be made for charges incurred after the petition date AND for those goods shipped to the Debtors in the ordinary course of business for which a Reclamation Demand was made on August 8, 2007 (copy attached).

In that regard, we ask that the claim be evaluated on its merits in the amount of $29,645.89 as general unsecured AND $233,195.90 as administrative priority on the basis of 11 U.S.C. **§546(c)(1), §502(a)(2) and §503(b)(9).**

Sincerely,

Phyllis A. Hayes
Receivable Management Services
Agent for EMC Corporation

Enclosures

cc:
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Fl
Wilmington, DE 19801

*Counsel to the Debtors and Debtors in Possession*

3/19/2008 <> 4:38 PM

# American Home Mortgage - CLAIM ANALYSIS 04.xls
## INVOICE DETAIL

| Date | Invoice No | Description | Period | Amount | Amount | Amount | Amount | Amount | Date of Receipt | Amount | Amount | Delivery Carrier | Tracking No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/21/07 | 5201708429 | Maintenance - Software | | | | | $ | $ | | | | | |
| 06/20/07 | 5201746555 | Goods Sold | | $ 6,222.96 | $ 6,222.96 | $ 6,222.96 | $ - | | | | $ 6,222.96 | | |
| | | | | $ 76,763.12 | $ 76,763.12 | $ 76,763.12 | $ - | | 06/21/07 | $ 76,763.12 | | FEDEX | 9275312312066 9275312312044 9275312312055 9275312312077 |
| 06/30/07 | 5201755939 | Goods Sold | | $ 109,098.61 | $ 109,098.61 | $ 109,098.61 | $ - | | 07/05/07 | $ 109,098.61 | | UPS | CLA4010288 |
| 06/30/07 | 5201756004 | Goods Sold | | $ 13,303.00 | $ 13,303.00 | $ 13,303.00 | $ - | | 07/06/07 | $ 13,303.00 | | BAX | 338864956 |
| 06/30/07 | 5201756005 | Goods Sold | | $ 13,596.58 | $ 13,596.58 | $ 13,596.58 | $ - | | 07/10/07 | $ 13,596.58 | | BAX | 340646036 |
| 07/17/07 | 5212065975 | Maintenance - Software | 03/15/07 - 03/15/08 | $ 8,889.22 | $ 8,889.22 | $ 3,497.40 | $ 1,481.54 | $ 3,910.29 | 07/10/07 | $ 1,461.54 | $ 7,407.68 | | |
| 08/22/07 | 5207104281 | Maintenance - Hardware | 04/05/07 - 04/04/08 | $ 19,218.30 | $ 19,218.30 | $ 6,511.12 | $ 3,203.05 | $ 9,504.13 | | $ 3,203.05 | $ 16,015.25 | | |
| 09/24/07 | 5216001150 | Standard Labor | | $ 14,750.00 | $ 14,750.00 | $ - | $ 14,750.00 | $ - | | $ 14,750.00 | | | |
| | | | | $ 1,000.00 | $ 1,000.00 | $ - | $ 1,000.00 | $ - | | $ 1,000.00 | | | |
| | | **TOTAL:** | | $ 262,841.79 | $ 262,841.79 | $ 228,992.79 | $ 20,434.59 | $ 13,414.42 | | $ 233,185.90 | $ 29,645.89 | | |

| | |
|---|---|
| General Unsec | $ 29,645.89 |
| Admin Priority | $ 233,185.90 |
| Total: | $ 262,841.79 |



**R·M·S**



**RECEIVABLE MANAGEMENT SERVICES**

307 International Circle, Suite. 270
Hunt Valley, MD  21030
Tel:  410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

August 8, 2007

VIA OVERNIGHT MAIL

American Home Mortgage Holdings, Inc.
Attn.:  Michael Strauss
Chief Executive Officer
538 Broadhollow Road
Melville, NY  11747

Re:  Reclamation Demand by EMC$^2$ Corporation

Dear Mr. Strauss:

    As agent for the creditor EMC$^2$ Corporation ("EMC"), demand is hereby made upon you pursuant to §2-702 of the Uniform Commercial Code, and/or §546 (c) (1) of the United States Bankruptcy Code, for the return of all goods received by you within forty-five (45) days of August 6, 2007.  This demand specifically includes but is not limited to goods identified in the Schedule annexed hereto.

    Please contact the undersigned for instructions in connection with the return of the goods.

    You are further notified that all goods subject to EMC's right of reclamation must be protected and segregated by you and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court or other court.

    EMC makes this demand for reclamation without prejudice to all other rights and remedies available to them, at law or in equity, including but not limited to, their right to an allowed administrative expense claim under Section 503 (b) (9) of the Bankruptcy Code for all goods received by you within twenty (20) days before the commencement of your bankruptcy case.

    Feel free to contact me if you have any questions.

Very truly yours,

Phyllis A. Hayes
Agent for Creditor, EMC$^2$ Corporation

Enclosure(s)  Schedule to Reclamation Demand
cc: via fax and overnight courier

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Fl.
Wilmington, DE  19899-0391
FAX:  302-571-1253

American Home Mortgage Holdings, Inc.
August 8, 2007
Page 2

## SCHEDULE TO RECLAMATION DEMAND

| | | | |
|---|---|---|---|
| 06/20/07 | 5201746555 | Goods Sold | $   76,763.12 |
| 06/30/07 | 5201755939 | Goods Sold | $ 109,098.61 |
| 06/30/07 | 5201756004 | Goods Sold | $   13,303.00 |
| 06/30/07 | 5201756005 | Goods Sold | $   13,596.58 |
| | | | |
| | | TOTAL: | $ 212,761.31 |

Copies of invoices and proof of delivery are attached.

# EMC²

EMC Corporation
176 South Street

where information lives™ *Hopkinton, MA 01748-9103*

(508) 435-1000

EMC Tax Code:
04-268009

| Document No. |
| --- |
| 5201746555 |
| **Document Date** |
| 06/20/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
| --- | --- | --- |
| 62092943 | Gregg Mahlessian | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| 2189072 | Order letter dated 6-11-07 signed by Robert Korrow | 07-20-07 |

# Invoice

Page 1

Bill To:
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

ShipTo:
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

| Shipped Via | Shipping Terms | Date Shipped | PAS Project# |
| --- | --- | --- | --- |
| EMC Drop Ship | SHIPPING POINT | 06-20-07 | 0.0 |

| Deal Number | Customer Number/Location | Customer Tax Code |
| --- | --- | --- |
| CPQO269296 | US140869_132009787 | |

| Item | Description | Qty | Unit Price | Extended Price |
| --- | --- | --- | --- | --- |
| MDS-PBF-32U | 2Gb 32-Port FC Module UPG | 2.0 | 17667.0 | 35,334.00 |
| MDS-PBF-32U | 2Gb 32-Port FC Module UPG | 2.0 | 17667.0 | 35,334.00 |
| | | | **Tax** | 6,095.12 |
| | | | **Total:** | $ 76,763.12 |

All prices are in USD

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

FedEx | Track



US Home                                        Information Center | Customer Support | Site Map

Español                                                        Search          Go!

Package / Envelope Services | Office/Print Services | Freight Services | Expedited Services

| Ship | Track | Manage My Account | International Tools |

Track Shipments Detailed Results

Printable Version    Printable Version    Quick Help    Quick Help

**Wrong Address?** Reduce future mist: using FedEx Addre Checker.

| | | |
|---|---|---|
| **Tracking number** | 927512312066 | |
| **Signed for by** | F.LEDESMA | **Reference** |
| **Ship date** | Jun 20, 2007 | **Destination** |
| **Delivery date** | Jun 21, 2007 9:54 AM | **Delivered to** **Service type** **Weight** |

3154211-475
MELVILLE, NY
Shipping/Receiving
Priority Overnight
19.0 lbs.

**Tracking a FedEx SmartPost Shipme** Go to shipper login

**Status**        Delivered

**Signature image available**    Yes

| Date/Time | | Activity | | Location | | Details |
|---|---|---|---|---|---|---|
| **Jun 21, 2007** | **9:54 AM** | **Delivered** | | MELVILLE, NY | | |
| | 8:04 AM | On FedEx vehicle for delivery | | MELVILLE, NY | | |
| | 7:58 AM | At local FedEx facility | | MELVILLE, NY | | |
| | 6:07 AM | Departed FedEx location | | NEWARK, NJ | | |
| | 12:23 AM | Arrived at FedEx location | | NEWARK, NJ | | |

| | | | |
|---|---|---|---|
| **Jun 20, 2007** | 3:55 PM | Left origin | PINELLAS PARK, FL |
| | 3:51 PM | Picked up | PINELLAS PARK, FL |
| | 6:40 AM | Package data transmitted to FedEx | |

[×] [×]                                          [×]

[ Signature proof ]    [ E-mail results ]    [ Track more shipments ]

[×]

Subscribe to tracking updates (optional)

**Your Name:** [_____]       **Your E-mail Address:** [_____]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [_____] | English ▼ | ☐ | ☐ |
| [_____] | English ▼ | ☐ | ☐ |
| [_____] | English ▼ | ☐ | ☐ |
| [_____] | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML   ○ Text   ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

[_____]

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions      [ Submit ]

Global Home | Service Info | About FedEx | Investor Relations | Careers | FedEx Mobile | fedex.com Terms of Use | Privacy Policy

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-200

FedEx | Track

US Home

Información Center | Customer Support | Site Map

Español

Search          Go!

Package / Envelope Services | Office/Print Services | Freight Services | Expedited Services

| Ship | Track | Manage My Account | International Tools |

Track
Shipments
Detailed
Results

Printable Version    Printable Version    Quick Help    Quick Help

*MW 520 174 6 555*

**Wrong Address?**
Reduce future mista
using FedEx Addre
Checker.

| **Tracking number** | 927512312044 | **Reference** | 3154211-475 |
| **Signed for by** | F.LEDESMA | **Destination** | MELVILLE, NY |
| **Ship date** | Jun 20, 2007 | **Delivered to** | Shipping/Receiving |
| **Delivery date** | Jun 21, 2007 | **Service type** | Priority Overnight |
| | 9:54 AM | **Weight** | 19.0 lbs. |

**Tracking a FedEx
SmartPost Shipme**
Go to shipper login

**Status**    Delivered

**Signature image
available**    Yes

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| **Jun 21, 2007** 9:54 AM | **Delivered** | MELVILLE, NY | |
| 7:59 AM | On FedEx vehicle for delivery | MELVILLE, NY | |
| 7:54 AM | At local FedEx facility | MELVILLE, NY | |
| 6:07 AM | Departed FedEx location | NEWARK, NJ | |
| 12:23 AM | Arrived at FedEx location | NEWARK, NJ | |

| | | | |
|---|---|---|---|
| **Jun 20, 2007** | 3:55 PM | Left origin | PINELLAS PARK, FL |
| | 3:51 PM | Picked up | PINELLAS PARK, FL |
| | 6:40 AM | Package data transmitted to FedEx | |

☒  ☒                                                        ☒

| Signature proof | E-mail results | Track more shipments |

☒

Subscribe to tracking updates (optional)

**Your Name:** |_____|       **Your E-mail Address:** |_____|

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| |_____| | English | ☒ | ☐ |
| |_____| | English | ☐ | ☐ |
| |_____| | English | ☒ | ☐ |
| |_____| | English | ☒ | ☐ |

**Select format:** ⦿ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions     | Submit |

Global Home | Service Info | About FedEx | Investor Relations | Careers | FedEx Mobile | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-200



US Home

Información Center | Customer Support | Site Map

Español

Search [ ] Go!

Package / Envelope Services | Office/Print Services | Freight Services | Expedited Services

Ship | Track | Manage My Account | International Tools

Track Shipments Detailed Results

Printable Version    Printable Version    Quick Help    Quick Help

Wrong Address?
Reduce future mista
using FedEx Addre
Checker.

| | | | |
|---|---|---|---|
| **Tracking number** | 927512312055 | **Reference** | 3154211-475 |
| **Signed for by** | F.LEDESMA | **Destination** | MELVILLE, NY |
| **Ship date** | Jun 20, 2007 | **Delivered to** | Shipping/Receiving |
| **Delivery date** | Jun 21, 2007 9:54 AM | **Service type** | Priority Overnight |
| | | **Weight** | 19.0 lbs. |

**Tracking a FedEx
SmartPost Shipme**
Go to shipper login

**Status**          Delivered

**Signature image
available**          Yes

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| **Jun 21, 2007** 9:54 AM | **Delivered** | MELVILLE, NY | |
| 8:00 AM | On FedEx vehicle for delivery | MELVILLE, NY | |
| 7:53 AM | At local FedEx facility | MELVILLE, NY | |
| 6:07 AM | Departed FedEx location | NEWARK, NJ | |
| 12:23 AM | Arrived at FedEx location | NEWARK, NJ | |

| | | | |
|---|---|---|---|
| **Jun 20, 2007** | 3:55 PM | Left origin | PINELLAS PARK, FL |
| | 3:51 PM | Picked up | PINELLAS PARK, FL |
| | 6:40 AM | Package data transmitted to FedEx | |

[x] [x]          [x]

Signature proof     E-mail results     Track more shipments

[x]

Subscribe to tracking updates (optional)

**Your Name:** [_____]      **Your E-mail Address:** [_____]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [_____] | English ▼ | ▣ | ☐ |
| [_____] | English ▼ | ▣ | ☐ |
| [_____] | English ▼ | ▣ | ☐ |
| [_____] | English ▼ | ▣ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

[_____]

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions     [ Submit ]

Global Home | Service Info | About FedEx | Investor Relations | Careers | FedEx Mobile | fedex.com Terms of Use | Privacy Policy

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-200



FedEx.

US Home

Información Center | Customer Support | Site Map

Español            Search    Go!

Package / Envelope Services | Office/Print Services | Freight Services | Expedited Services

Ship | Track | Manage My Account | International Tools

Track
Shipments
Detailed
Results

Printable Version | Printable Version | Quick Help | Quick Help

Wrong Address?
Reduce future mista
using FedEx Addre
Checker.

Tracking a FedEx
SmartPost Shipme
Go to shipper login

| | | |
|---|---|---|
| **Tracking number** | 927512312077 | **Reference** |
| **Signed for by** | F.LEDESMA | **Destination** 3154211-475 MELVILLE, NY |
| **Ship date** | Jun 20, 2007 | **Delivered to** Shipping/Receiving |
| **Delivery date** | Jun 21, 2007 9:54 AM | **Service type** Priority Overnight |
| | | **Weight** 20.0 lbs. |

**Status**  Delivered

**Signature image available**  Yes

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| **Jun 21, 2007** 9:54 AM | **Delivered** | MELVILLE, NY | |
| 8:13 AM | On FedEx vehicle for delivery | MELVILLE, NY | |
| 8:07 AM | At local FedEx facility | MELVILLE, NY | |
| 6:29 AM | At dest sort facility | JAMAICA, NY | |
| 6:05 AM | Departed FedEx location | NEWARK, NJ | |

| | | | |
|---|---|---|---|
| | 12:23 AM | Arrived at FedEx location | NEWARK, NJ |
| Jun 20, 2007 | 3:55 PM | Left origin | PINELLAS PARK, FL |
| | 3:51 PM | Picked up | PINELLAS PARK, FL |
| | 6:40 AM | Package data transmitted to FedEx | |

Signature proof    E-mail results    Track more shipments

Subscribe to tracking updates (optional)

**Your Name:** _____    **Your E-mail Address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| _____ | English | ☐ | ☐ |
| _____ | English | ☐ | ☐ |
| _____ | English | ☐ | ☐ |
| _____ | English | ☐ | ☐ |

**Select format:** ⦿ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    Submit

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-200

file://C:\Documents%20and%20Settings\HayesP\Local%20Settings\Temporary%20Internet%20Files\OLK...   8/6/2007

# EMC²

where information lives®

**EMC Corporation**
**176 South Street**
**Hopkinton, MA 01748-9103**
**(508) 435-1000**
EMC Tax Code:
**04-268009**

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| 62115595 | Gregg Mahdessian | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| 2202486 | IS-29158D | 07-30-07 |

| Document No. |
|---|
| 5201755939 |
| **Document Date** |
| 06/30/07 |

# Invoice

Page 1

**Bill To:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

**ShipTo:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

| Shipped Via | Date Shipped | PAS Project# |
|---|---|---|
| UPSG | 06-30-07 | 0.0 |
| **Shipping Terms** | | |
| SHIPPING POINT | | |

| Deal Number | Customer Number/Location | Customer Tax Code |
|---|---|---|
| CPQO275134 | US140869 132009787 | |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| 7-00214-05 | MNT I500 14U Base Library Gold annual zone 1 | 3.0 | 1166.0 | 3,498.00 |
| 7-00017-67 | Scalar i500 14U Library Installation zone 1 | 1.0 | 1100.0 | 1,100.00 |
| 7-00087-79 | MNT I500 Drive each, Gold, annual, zone 1 | 18.0 | 1132.0 | 20,376.00 |
| 7-00157-02 | LTO4 Drive Pre-purchase Uplift fee | 6.0 | 0.0 | 0.00 |
| 9-01355-02 | SCI500 14U-82 NO DRIVE | 1.0 | 12405.0 | 12,405.00 |
| 3-03175-02 | SC6509 LTO3 native FC Drive factory installed | 6.0 | 9818.0 | 58,908.00 |
| 3-03177-05 | SCI500 14U 2ND POWER SPLY | 1.0 | 3507.0 | 3,507.00 |
| 3-03893-02 | 15M MM CBL 50MIC LC-LC | 6.0 | 107.0 | 642.00 |

| | |
|---|---|
| **Tax:** | 8,662.61 |
| **Total:** | $ 109,098.61 |

All prices are in USD

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL 60693

Past Due Amounts will bear interest at rate of 1.5% per month

Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

Contract Number:          57566
Reference Number:       CLA4010288
Ship From:               9805 KELLNER RD., HUNTSVILLE, AL 35824
Ship To:                 538 BROADHOLLOW RD, MELVILLE, NY 11747
Pickup Date:             7/2/07
Delivery Date:          7/6/07
Current Shipment Status: SHIPMENT HAS BEEN DELIVERED
Shipment Status Notes:  1 SKD @ 261
Delivery Signed For By:   BRIAN FINGER @ 12:20PM


Thanks,
Tammy Connors
**Central Traffic**

**EMC$^2$**
176 Grove St.
Franklin, MA 02038
Email: connors_tammy@emc.com
Office: (508) 346-1036
Fax: (508) 528-2530

# EMC²ₓ

**EMC Corporation**
**176 South Street**
where information lives ℠ *Hopkinton, MA 01748-9103*

(508) 435-1000

EMC Tax Code:
**04-268009**

| Document No. |
|---|
| 5201756004 |
| **Document Date** |
| 06/30/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| 62118083 | Gregg Mahdessian | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| 2211963 | order letter dated 6/27/07 signed by Chris Cavaco | 07-30-07 |

# Invoice
Page 1

Bill To:
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

ShipTo:
American Home Mortgage
3000 E Coliseum Blvd.
Suite 300
FORT WAYNE IN 46805
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| CPQO276141 | US140969_132009787 | | SHIPPING POINT | BXGL | 06-30-07 | 0.0 |

| Item | Description | | Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|
| CX-4PDAE-FD | 4G DAE FIELD INSTALL | | 1.0 | 2065.0 | 2,065.00 |
| CX-2G72-500U | 500GB 7200RPM 2GB FC DISK | | 15.0 | 689.0 | 10,335.00 |
| FREIGHT | FREIGHT | | 1.0 | 150.0 | 150.00 |
| | | | | **Tax** | 753.00 |
| | | | | **Total** | **$ 13,303.00** |

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

**Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

☒ Shipment Tracking     ☒

INV: 5201756004

☒ Printer Friendly Version

## Tracking Information

Tracking
Number: **338864956**

Filtered By: Tracking Number
**338864956**

Origin Waybill:

STT (Schenker): **84085002588550**

## Shipment Information

Status: **Delivered**
Signature: Kistler
Service Level: BAXSaver
Shipped Date: 02-Jul-2007
Origin: Apex, NC, US
Destination: Ft Wayne, IN, US

## Package Information

Pieces: 4
Weight: 111.0 L **
Volume Weight: 111.0 L
View Dimensions: View Dimensions

## References

| Description | Number |
|---|---|
| PACKING LIST NUMBER | 2211963 |
| SHIPPER'S ORDER NUMBER | 62118083 |

## Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 09-Jul-2007 | 1215 | 4 | **Delivered** | Fort Wayne, IN, US | KISTLER |
| 05-Jul-2007 | 1142 | 4 | **Exception Scan*** | Fort Wayne, IN, US | |
| 09-Jul-2007 | 0844 | 4 | **Out for Delivery** | Fort Wayne, IN, US | |
| 05-Jul-2007 | 0900 | 4 | **Out for Delivery** | Fort Wayne, IN, US | |
| 05-Jul-2007 | 1143 | 4 | **Exception Scan*** | Fort Wayne, IN, US | |
| 05-Jul-2007 | 0600 | 4 | **Arrived** | Fort Wayne, IN, US | |
| 04-Jul-2007 | 1830 | 1 | **Departed** | Toledo, OH, US | |
| 04-Jul-2007 | 1830 | 3 | **Departed** | Toledo, OH, US | |
| 04-Jul-2007 | 1702 | 3 | **Scanned** | Toledo, OH, US | |
| 04-Jul-2007 | 1457 | 1 | **Scanned** | Toledo, OH, US | |
| 03-Jul-2007 | 1245 | 1 | **Arrived** | Toledo, OH, US | |
| 02-Jul-2007 | 2300 | 1 | **Departed** | Raleigh-Durham, NC, US | |
| 02-Jul-2007 | 2105 | 1 | **Scanned** | Raleigh-Durham, NC, US | |
| 02-Jul-2007 | 1534 | 4 | **Shipment Labeled** | Raleigh-Durham, NC, US | |
| 02-Jul-2007 | 1300 | 4 | **Received** | Raleigh-Durham, NC, US | |

## Track Another Shipment

* There is an in-transit exception noted for this shipment. Contact BAX Global at

(800) CALL-BAX for further details.

** The weight shown may not reflect the dimensional weight invoiced on your shipment.

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

**EMC²** EMC Corporation
176 South Street
where information lives* Hopkinton, MA 01748-9103

(508) 435-1000

EMC Tax Code:

04-268009

| EMC Sales Order No. | EMC Sales Contact | Payment Terms | Document No. |
|---|---|---|---|
| 62117856 | Gregg Mahdessian | NET 30 | 5201756005 |
| Waybill No. | Customer PO | Due Date | Document Date |
| 2212040 | IS-29328D | 07-30-07 | 08/30/07 |

**Invoice**

Page 1

**Bill To:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

**Ship To:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

All prices are in USD

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| CPOO276059 | US140869_132009787 | | SHIPPING POINT | BXGL | 06-30-07 | 0.0 |
| **Item** | **Description** | | | **Qty** | **Unit Price** | **Extended Price** |
| CX-4PDAE-FD | 4G DAE FIELD INSTALL | | | 1.0 | 2065.0 | 2,065.00 |
| CX-2G72-500U | 500GB 7200RPM 2GB FC DISK | | | 15.0 | 689.0 | 10,335.00 |
| FREIGHT | FREIGHT | | | 1.0 | 116.99 | 116.99 |
| | | | | **Tax:** | | 1,079.59 |
| | | | | **Total:** | | $ 13,596.58 |

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

Shipment Tracking

Printer Friendly Version

### Tracking Information

Tracking Number: **340646036**                    Origin Waybill:

Filtered By: Tracking Number **340646036**        STT (Schenker):  **84085002589120**

### Shipment Information                          ### Package Information

Status: **Delivered**                             Pieces: 4
Signature: Chu                                     Weight: 111.0 L **
Service Level: BAXSaver                            Volume Weight: 111.0 L
Shipped Date: 02-Jul-2007                          View Dimensions: View Dimensions
Origin: Apex, NC, US
Destination: Melville, NY, US

### References

| Description | Number |
| --- | --- |
| PACKING LIST NUMBER | 2212040 |
| SHIPPER'S ORDER NUMBER | 62117856 |

### Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
| --- | --- | --- | --- | --- | --- |
| 10-Jul-2007 | 1845 | 4 | **Delivered** | New York, NY, US | CHU |
| 05-Jul-2007 | 1515 | 4 | **Exception Scan*** | New York, NY, US | |
| 10-Jul-2007 | 1016 | 4 | **Out for Delivery** | New York, NY, US | |
| 05-Jul-2007 | 1053 | 4 | **Out for Delivery** | New York, NY, US | |
| 09-Jul-2007 | 1020 | 4 | **Consignee Notified** | New York, NY, US | |
| 09-Jul-2007 | 1055 | 4 | **Exception Scan*** | New York, NY, US | |
| 09-Jul-2007 | 1054 | 4 | **Scanned** | New York, NY, US | |
| 05-Jul-2007 | 1516 | 4 | **Exception Scan*** | New York, NY, US | |
| 04-Jul-2007 | 0540 | 3 | **Arrived** | New York, NY, US | |
| 03-Jul-2007 | 1833 | 2 | **Departed** | Toledo, OH, US | |
| 03-Jul-2007 | 1833 | 1 | **Departed** | Toledo, OH, US | |
| 03-Jul-2007 | 1507 | 2 | **Scanned** | Toledo, OH, US | |
| 03-Jul-2007 | 1425 | 1 | **Scanned** | Toledo, OH, US | |
| 03-Jul-2007 | 1245 | 1 | **Arrived** | Toledo, OH, US | |
| 02-Jul-2007 | 2300 | 1 | **Departed** | Raleigh-Durham, NC, US | |
| 02-Jul-2007 | 2216 | 1 | **Scanned** | Raleigh-Durham, NC, US | |
| 02-Jul-2007 | 1637 | 4 | **Shipment Labeled** | Raleigh-Durham, NC, US | |
| 02-Jul-2007 | 1300 | 4 | **Received** | Raleigh-Durham, NC, US | |

### Track Another Shipment

\* There is an in-transit exception noted for this shipment. Contact BAX Global at (800) CALL-BAX for further details.

\*\* The weight shown may not reflect the dimensional weight invoiced on your shipment.

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

**Hayes, Phyllis A**

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, August 09, 2007 5:10 PM
**To:** Hayes, Phyllis A
**Subject:** FedEx Shipment 799189668211 Delivered

---

This tracking update has been requested by:

Company Name: Receivable Management Services

Name:  Phyllis Hayes

E-mail:  Phyllis.Hayes@rmsna.com

---

Our records indicate that the following shipment has been delivered:

Tracking number:            799189668211
Reference:                  01242133
Ship (P/U) date:            Aug 8, 2007
Delivery date:              Aug 9, 2007 5:05 PM
Sign for by:                F.LEDESMA
Delivered to:               Mailroom
Service type:               FedEx Standard Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     0.50 lb.

Shipper Information                Recipient Information
Phyllis Hayes                      Michael Strauss
Receivable Management Services     American Home Mortage Holdings, INc
307 International Circle, Ste. 270 538 Broadhollow Road
Hunt Valley                        Melville
MD                                 NY
US                                 US
21030                              11747

Special handling/Services:
Deliver Weekday
Residential Delivery

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 4:08 PM  CDT
on 08/09/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

## *Hayes, Phyllis A

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, August 09, 2007 10:33 AM
**To:** Hayes, Phyllis A
**Subject:** FedEx Shipment 791737127157 Delivered

---

This tracking update has been requested by:

Company Name: Receivable Management Services

Name:  Phyllis Hayes

E-mail:  Phyllis.Hayes@rmsna.com

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 791737127157 |
| Ship (P/U) date: | Aug 8, 2007 |
| Delivery date: | Aug 9, 2007 10:29 AM |
| Sign for by: | R.GREENSPAN |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |

Shipper Information                     Recipient Information
Phyllis Hayes                           Pauline K. Morgan, Esq.
Receivable Management Services          Young, Conaway, Stargatt & Taylor
307 International Circle, Ste. 270       1000 West St., 17th Fl.
Hunt Valley                             Wilmington
MD                                      DE
US                                      US
21030                                   19899

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:33 AM  CDT
on 08/09/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/9/2007

# POC SUPPORT DOCS

EMC²
where information lives

EMC Corporation
176 South Street
Hopkinton, MA 01748
(508) 435-1000

EMC Tax Code:
04-2680009

**Bill To:**
ROBERT KORROW
American Home Mortgage
3000 E Coliseum Blvd
Suite 300
FORT WAYNE IN 46805
UNITED STATES

| EMC Sales Order NO. | EMC Sales Contact | Payment Terms |
|---|---|---|
| 61954414 | Gregg Maldessian | NET 30 |
| **Waybill NO.** | **Customer P.O.** | **Due Date** |
| 2117318 | Order Letter 3/12/07 | 20-APR-07 |

| Document NO. |
|---|
| 520170842N |
| **Document Date** |
| 21-MAR-07 |

# Invoice

**Ship To:**
ROBERT KORROW
American Home Mortgage
3000 E Coliseum Blvd.
Suite 300
FORT WAYNE IN 46805
UNITED STATES

PAGE 1 OF 1

| Deal Number | Customer Number/Location | | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | Specified Date |
|---|---|---|---|---|---|---|---|
| CPQO24206 | 140869 | 132327077 | | SHIPPING POINT | TRANSACTION ONLY OR | 21-MAR-07 | |
| **Line No.** | **Item** | | **Description** | **Qty Shipped** | **Unit Price** | **Extended Price** | **Tax** |
| 1 | ETS-CONF | | ETS CONFERENCE | 1 | 1,595.00 | 1,595.00 | 0.00 |
| 2 | M-PRESW-001 | | PREMIUM SOFTWARE SUPPORT | 1 | 0.00 | 0.00 | 0.00 |
| 3 | M-PRESW-001 | | PREMIUM SOFTWARE SUPPORT | 2 | 1,258.93 | 2,517.86 | 151.07 |
| 4 | M-PRESW-001 | | PREMIUM SOFTWARE SUPPORT | 2 | 412.58 | 825.16 | 49.51 |
| 5 | M-PRESW-001 | | PREMIUM SOFTWARE SUPPORT | 2 | 511.49 | 1,022.98 | 61.38 |

Past Due Amounts will bear interest
at rate of 1.5% per month

These commodities are licensed by the U.S.
Diversion contrary to U.S. law is prohibited.

All prices are in USD

**Remit To:**
EMC CORPORATION
4246 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693
UNITED STATES

| Sub-total: | 5,961.00 |
|---|---|
| Freight: | 0.00 |
| Tax: | 261.96 |
| **Total Due:** | **6,222.96** |

**Comments:**

Fulfillment Method Legend Only Applicable to Software Products:    PF: Physical Fulfillment, EP- Electronic & Physical Fulfillment, EF- Electronic Fulfillment, LL- Load and Leave

All inquiries regarding this document, please call  1-508-293-6134  or Email   Invoicethequiries@emc.com

# EMC²

**EMC Corporation**
**176 South Street**
where information lives® *Hopkinton, MA 01748-9103*
(508) 435-1000
EMC Tax Code:
**04-268009**

| | Document No. |
|---|---|
| | 5201746555 |
| | **Document Date** |
| | 06/20/07 |

| EMC Sales Contact | Payment Terms |
|---|---|
| Gregg Mahdessian | NET 30 |
| **Customer PO** | **Due Date** |
| Order letter dated 6-11-07 signed by Robert Korrow | 07-20-07 |

| EMC Sales Order No. | | |
|---|---|---|
| 62092943 | | |
| **Waybill No.** | | |
| 2189072 | | |

# Invoice
Page 1

**Bill To:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

**ShipTo:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| CPO0269296 | US140869 -132009787 | | SHIPPING POINT | EMC Drop Ship | 06-20-07 | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| MDS-PBF-32U | 2Gb 32-Port FC Module UPG | 2.0 | 17667.0 | 35,334.00 |
| MDS-PBF-32U | 2Gb 32-Port FC Module UPG | 2.0 | 17667.0 | 35,334.00 |
| | | | Tax: | 6,095.12 |
| | | | Total: | $ 76,763.12 |

All prices are in USD

**Remit To:**
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

# EMC²

**EMC Corporation**
**176 South Street**
where information lives **Hopkinton, MA 01748-9103**

(508) 435-1000

EMC Tax Code:
04-2680009

| Document No. |
| --- |
| 5201756005 |
| **Document Date** |
| 06/30/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
| --- | --- | --- |
| 62117856 | Gregg Mahdessian | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| 2212040 | IS-29328D | 07-30-07 |

## Invoice

Page 1

**Bill To:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

**ShipTo:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
| --- | --- | --- | --- | --- | --- | --- |
| CPQO276059 | US140969_132009787 | | SHIPPING POINT | BXGL | 06-30-07 | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
| --- | --- | --- | --- | --- |
| CX-4PDAE-FD | 4G DAE FIELD INSTALL | 1.0 | 2065.0 | 2,065.00 |
| CX-2G72-500U | 500GB 7200RPM 2GB FC DISK | 15.0 | 688.0 | 10,335.00 |
| FREIGHT | FREIGHT | 1.0 | 116.99 | 116.99 |
| | | Tax | | 1,079.59 |
| | | **Total:** | | **$ 13,596.58** |

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month    The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

# EMC²

where information lives™

**EMC Corporation**
176 South Street
Hopkinton, MA 01748-9103
(508) 435-1000
**EMC Tax Code:**
04-2680090

| Document No. |
|---|
| 5212065975 |
| **Document Date** |
| 07/17/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| C605502 36S3 | Gregg Mehdessian | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | CHRIS CAVACE | 08-16-07 |

## Invoice
Page 1

**Bill To:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

**ShipTo:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| 140869 | US140869_132009787 | | | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| PP-WN-WG | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 258.96 | 258.96 |
| PP-SUN-WG | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 517.92 | 517.92 |
| PP-SUN-WG | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 517.92 | 517.92 |
| NAV500-EN | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 4649.76 | 4,649.76 |
| SV500 | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 1979.88 | 1,979.88 |
| PP-WN-WG | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 258.96 | 258.96 |
| PP-WN-KIT | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 0.0 | 0.00 |
| UTIL-WIN | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 0.0 | 0.00 |
| UTIL-WIN | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 0.0 | 0.00 |
| UTIL-WIN | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 0.0 | 0.00 |
| NAV-ENKIT | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 0.0 | 0.00 |
| UTIL-WIN | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 0.0 | 0.00 |
| PP-SUN-KIT | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 0.0 | 0.00 |
| UTIL-WIN | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 0.0 | 0.00 |
| UTIL-WIN | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 0.0 | 0.00 |
| UTIL-WIN | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | 0.0 | 0.00 |

# EMC²

**EMC Corporation**
**176 South Street**
where information lives® *Hopkinton, MA 01748-9103*

*(508) 435-1000*

**EMC Tax Code:**
**04-268009**

| Document No. |
| --- |
| 5212065975 |
| **Document Date** |
| 07/17/07 |

# Invoice

Page 2

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
| --- | --- | --- |
| C6050236S3 | Gregg Mahdessian | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | CHRIS CAVACE | 08-16-07 |

**Bill To:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

**ShipTo:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

| Item | Description | Qty | Unit Price | Extended Price |
| --- | --- | --- | --- | --- |
| SV500-KIT | PREMIUM SOFTWARE SUPPORT FROM 16-Mar-2007 TO 15-Mar-2008 | 1.0 | | 0.00 |
| | | | Tax: 0.0 | 705.82 |
| | | | Total: | $ 8,889.22 |

All prices are in USD

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Remit To:**
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

Past Due Amounts will bear interest at rate of 1.5% per month

**Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

# EMC²

*where information lives*

**EMC Corporation**
176 South Street
*Hopkinton, MA 01748-9103*
(508) 435-1000
**EMC Tax Code:**
04-2680009

| Document No. |
|---|
| 5212065976 |
| **Document Date** |
| 07/17/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| C60550236 | Gregg Mahdessien | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | CHRIS CAVARE | 08-16-07 |

## Invoice
Page 1

**Bill To:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

**ShipTo:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| 140669 | US140669_132009787 | | | | | 0.0 |
| **Item** | | | **Description** | **Qty** | **Unit Price** | **Extended Price** |
| CX500 | | | PREMIUM HARDWARE SUPPORT FROM 05-Apr-2007 TO 04-Apr-2008 | 1.0 | 2842.94 | 2,842.94 |
| CX-2GDAE-FD | | | PREMIUM HARDWARE SUPPORT FROM 05-Apr-2007 TO 04-Apr-2008 | 1.0 | 557.25 | 557.25 |
| CNRANFUPG4 | | | PREMIUM HARDWARE SUPPORT FROM 05-Apr-2007 TO 04-Apr-2008 | 2.0 | 1626.43 | 3,252.85 |
| CX-ATA-DAE-FD | | | PREMIUM HARDWARE SUPPORT FROM 05-Apr-2007 TO 04-Apr-2008 | 1.0 | 953.94 | 953.94 |
| DS-16B2-0D | | | PREMIUM HARDWARE SUPPORT FROM 05-Apr-2007 TO 04-Apr-2008 | 2.0 | 661.15 | 1,322.30 |
| CX-2GDAE | | | PREMIUM HARDWARE SUPPORT FROM 05-Apr-2007 TO 04-Apr-2008 | 2.0 | 557.26 | 1,114.51 |
| CX-ATA-DAE | | | PREMIUM HARDWARE SUPPORT FROM 05-Apr-2007 TO 04-Apr-2008 | 1.0 | 953.94 | 953.94 |
| CX-2G15-73 | | | PREMIUM HARDWARE SUPPORT FROM 05-Apr-2007 TO 04-Apr-2008 | 26.0 | 134.12 | 3,487.09 |
| CX-2G10-146 | | | PREMIUM HARDWARE SUPPORT FROM 05-Apr-2007 TO 04-Apr-2008 | 14.0 | 144.51 | 2,023.12 |
| CX-AT05-250 | | | PREMIUM HARDWARE SUPPORT FROM 05-Apr-2007 TO 04-Apr-2008 | 11.0 | 107.67 | 1,184.40 |
| | | | | **Tax:** | | 1,525.96 |
| | | | | **Total:** | | $ 19,218.30 |

All prices are in USD

Remit To:
EMC Corporation

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

Past Due Amounts will bear interest at rate of 1.5% per month

**Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

# EMC²

**EMC Corporation**
176 South Street
where information lives· Hopkinton, MA 01748-9103
(508) 435-1000
**EMC Tax Code:**
04-268009

## Invoice

Page 2

| Document No. |
|---|
| 5212065976 |
| **Document Date** |
| 07/17/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| C60550236 | Gregg Mahdessian | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | CHRIS CAVARE | 08-16-07 |

**Bill To:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

**ShipTo:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

4246 Collections Center Drive
Chicago, IL   60693

# EMC²
**EMC Corporation**
**176 South Street**
where information lives™ *Hopkinton, MA 01748-9103*
(508) 435-1000
*EMC Tax Code:*
*04-268009*

## Invoice
Page 1

| Document No. | |
|---|---|
| | 5207104261 |
| **Document Date** | |
| | 08/22/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| 61607134 | Richard Digangi | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | Rob Korrow signed 6/28/06 order letter | 09-21-07 |

**Bill To:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

**Ship To:**
American Home Mortgage
538 BROADHOLLOW RD
3rd floor east
MELVILLE NY 11747
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| CPQO162738 | US140869_132009787 | | | | | 263162.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| PS-CUS-MSFT | MICROSOFT SOLUTIONS | 1.0 | 14750.0 | 14,750.00 |
| | | Tax | | |
| | | Total | | $ 14,750.00 |

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.**

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

# EMC²®

**EMC Corporation**
*176 South Street*
where information lives® *Hopkinton, MA 01748-9103*

*(508) 435-1000*

**EMC Tax Code:**
*04-266009*

| EMC Sales Order No. | EMC Sales Contact | Payment Terms | Document No. |
|---|---|---|---|
| 20055908 | North Ameri Quota House | NET 30 | 5216001150 |
| **Waybill No.** | **Customer PO** | **Due Date** | **Document Date** |
| | 960-082707a | 10-24-07 | 09/24/07 |

# Invoice

Page 1

**Bill To:**
AMERICAN HOME MORTGAGE
3000 E COLISEUM BLVD
STE 300
FORT WAYNE IN 46805
UNITED STATES

**Ship To:**
AMERICAN HOME MORTGAGE
3000 E COLISEUM BLVD
STE 300
FORT WAYNE IN 46805
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| | US140869_1323Z7077 | | | | | 0.0 |

| Item | Description | | | Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| CE-STD-LBR | CE STANDARD LABOR | | | 0.5 | 2000.0 | 1,000.00 |

| | | |
|---|---|---|
| | **Tax:** | |
| | **Total:** | **$ 1,000.00** |

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

**Remit To:**
EMC Corporation
4246 Collections Center Drive
Chicago, IL 60693