UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------ X
In re                                                  :     Chapter 11
                                                       :
American Home Mortgage Holdings,                       :     Case No. 07-11047 (CSS)
Inc., *et al.*,                                        :
                                                       :     (Jointly Administered)
                              Debtors.                 :     Re:  Docket 7335
------------------------------------------------------ X

### NOTICE OF FILING OF EXHIBIT "A" TO LIMITED OBJECTION BY PARK NATIONAL BANK TO DEBTOR'S MOTION TO HAVE A PRIVATE SALE OF PROPERTY IN MOUNT PROSPECT, ILLINOIS

**PLEASE TAKE NOTICE** that on May 29, 2009, Park National Bank ("Park National"), filed with this Court its Limited Objection to Debtor's Motion to Have a Private Sale of Property in Mount Prospect, Illinois [Dkt. No. 7460].  Annexed hereto is Exhibit A as described in the Motion.

Dated: Wilmington, Delaware
       June 1, 2009

                                        WOMBLE CARLYLE SANDRIDGE &
                                        RICE, PLLC


                                        */s/ Michael Busenkell*
                                        By: Michael Busenkell (Del. Bar No. 3933)
                                        Attorneys for Park National Bank
                                        222 Delaware Avenue, Suite 1501
                                        Wilmington, DE 19801
                                        Telephone: (302) 252-4324

                                         - and -

                                        ARONAUER, RE & YUDELL, LLP
                                        Joseph Aronauer
                                        444 Madison Avenue, 17th Floor
                                        New York, NY 10022
                                        Telephone: (212) 755-6000

                                         Attorneys for Park National Bank


WCSR 4138725v1