# **<u>EXHIBIT A</u>**

 

an affiliate of Marshall and Ilsley Corporation

## Letter of Direction

North Star Trust Company
as Trustee under Trust No.10129                     Date April 13, 2009

Gentlemen:

The undersigned do(es) hereby authorize and direct you to execute, as Trustee and not personally, the following tendered to you this date for your signature, copy of same being hereto attached and upon execution to deliver same to: John C. Kuffel, Esquire, Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, DE 19801.

The undersigned do(es) hereby certify that all said documents to be executed by you have been examined by the undersigned and that all statements contained therein are true and correct.

Description of Documents:

Purchase and Sale Agreement with respect to the property commonly known as 950 North Elmhurst Road and 150 West Rand Road, Village of Mt. Prospect, Cook County, Illinois.

The undersigned do(es) hereby agree(s) to indemnify and save you harmless of and from all loss, costs or damage which you may sustain or be alleged to sustain by reason of your compliance with this order and direction.

American Home Mortgage Corp.
By: _____

Bret W Fernandes - Director of Restructuring

Park National Bank and Trust Company of Chicago

By:_____

_____

This Direction Has the Consent of
_____ as
Collateral Assignee
By:_____ :
Name/Title_____ .

DB02:8040729.1                                                                 066585.1001

 

**NORTH STAR** TRUST COMPANY

an affiliate of Marshall and Ilsley Corporation

## Letter of Direction

**North Star Trust Company**
as Trustee under Trust No.10129        Date April 13, 2009

Gentlemen:

The undersigned do(es) hereby authorize and direct you to execute, as Trustee and not personally, the following tendered to you this date for your signature, copy of same being hereto attached and upon execution to deliver same to: John C. Kuffel, Esquire, Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, DE 19801.

The undersigned do(es) hereby certify that all said documents to be executed by you have been examined by the undersigned and that all statements contained therein are true and correct.

Description of Documents:

Purchase and Sale Agreement with respect to the property commonly known as 950 North Elmhurst Road and 150 West Rand Road, Village of Mt. Prospect, Cook County, Illinois.

The undersigned do(es) hereby agree(s) to indemnify and save you harmless of and from all loss, costs or damage which you may sustain or be alleged to sustain by reason of your compliance with this order and direction.

American Home Mortgage Corp.

By:_____

_____

Park National Bank and Trust Company of Chicago

By:_____

_____

This Direction Has the Consent of
  Park National Bank                            as
Collateral Assignee
By:_____:
Name/Title Frederick D. Body  Senior Vice President
   SUBJECT TO PAYOFF OF OUR
   LOAN # 100529/1 SECURED IN PART
   BY THE MORTGAGE RECORDED 8/12/05
   AS DOCUMENT # 0522449057,

DB02:8040729.1                                                                                    066585.1001