## **CERTIFICATE OF SERVICE**

     I, Pamela J. Groff, certify that I am not less than 18 years of age, and that service of the foregoing document was made on June 1, 2009, via the method indicated, upon:

### **SEE ATTACHED SERVICE LIST**

     Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
|     6/1/09 | */s/ Pamela J. Groff* |
| Date | Pamela J. Groff |

WCSR 3894900v1