IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
        Debtors.                                                         :
------------------------------------------------------------------------ x

**TWENTIETH MONTHLY APPLICATION OF ALLEN & OVERY, LLP AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| | |
|---|---|
| Name of Applicant: | Allen & Overy, LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of September 7, 2007 |
| Period for which compensation and reimbursement is sought: | April 1, 2009 through April 30, 2009 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $16,126.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $72,638.23 |
| This is an: __X__ interim ___ final application | |

**This application includes 2.30 hours ($1,025.00) incurred in connection with the preparation of Fee Applications.**

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Nov. 30, 2007 / #2241 | Sept. 7 – Sept. 30, 2007 | $172,200.50 | $188.27 | $172,200.50 | $188.27 |
| Nov. 30, 2007 / #2242 | Oct. 1 – Oct. 31, 2007 | $311,858.00 | $131,377.49 | $311,858.00 | $131,377.49 |
| Jan. 7, 2008 / #2500 | Nov. 1- Nov. 30, 2007 | $325,630.50 | $274,672.83 | $325,630.50 | $274,672.83 |
| Feb. 1, 2008 / #2854 | Dec. 1- Dec. 31, 2007 | $209,588.50 | $105,192.08 | $209,588.50 | $105,192.08 |
| Feb. 28, 2008 / #3120 | Jan. 1 – Jan. 31, 2008 | $242,791.50 | $25,388.41 | $242,791.50 | $25,388.41 |
| April 1, 2008 / 3506 | Feb. 1 – Feb. 29, 2008 | $142,796.50 | $19,252.37 | $142,796.50 | $19,252.37 |
| April 24, 2008 / 3843 | Mar. 1 – Mar. 31, 2008 | $262,794.25 | $409,560.47 | $262,794.25 | 409,560.47 |
| June 2, 2008 / 4335 | Apr. 1 – Apr. 30, 2008 | $232,347.00 | $259,015.20 | $232,347.00 | $259,015.20 |
| June 27, 2008 / 4924 | May 1 – May 31, 2008 | $196,602.00 | $350,447.45 | $196,602.00 | $350,447.45 |
| July 25, 2008 / 5244 | June 1- June 30, 2008 | $234,515.00 | $559,205.26 | $234,515.00 | $559,205.26 |
| Aug. 29, 2008/ 5558 | July 1- July 31, 2008 | $252,699.50 | $384,060.38 | $252,699.50 | $384,060.38 |
| October 1, 2008/ 6173 | August 1- August 31, 2008 | $269,441.50 | $274,454.38 | $269,441.50 | $274,454.38 |
| October 29, 2008/6472 | September 1- September 30, 2008 | $197,127.00 | $177,060.75 | $197,127.00 | $177,060.75 |
| December 3, 2008/6662 | October 1-October 31, 2008 | $116,070.00 | $51,723.11 | $116,070.00 | $51,723.11 |
| Dec. 22, 2008/6767 | Nov. 1-Nov. 30, 2008 | $51,532.50 | $36,016.18 | $41,226.00 | $36,016.18 |
| Jan. 30, 2009/6919 | Dec. 1-Dec. 31, 2008 | $23,954.00 | $61,209.45 | $19,163.20 | $61,209.45 |
| Mar. 12, 2009/7092 | Jan. 1-Jan. 31, 2009 | $22,342.00 | $1,721.92 | $17,873.60 | $1,721.92 |
| Mar. 30, 2009/7182 | Feb. 1-Feb. 28, 2009 | $33,881.00 | $69,793.37 | $27,104.80 | $69,793.37 |
| May 4, 2009/7343 | Mar. 1-Mar. 31, 2009 | $7,231.50 | $32,657.12 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Pamela Rogers Chepiga | Partner since 2005. Joined firm as counsel in 2003. Member of NY Bar since 1974. | $850.00 | .30 | $255.00 |
| Robert Knuts | Partner since 2006. Joined the firm as a partner in 2006. Member of NY Bar since 1982. | $760.00 | 1.90 | $1,444.00 |
| Nicholas Mitchell | Joined firm as an associate in 2007. Member of NY Bar since 2008. | $385.00 | 27.00 | $10,395.00 |
| Mark Mattson | Paralegal | $210.00 | 1.00 | $210.00 |
| Jodi Pittell | Paralegal | $245.00 | 4.00 | $980.00 |
| Christopher Redlich | Litigation Support Manager | $245.00 | 11.20 | $2,744.00 |
| Kurt Vellek | Managing Clerk | $245.00 | .40 | $98.00 |
| **Grand Total:** | | | **45.80** | **$16,126.00** |
| **Blended Rate:** | | | | **$352.10** |
| **Blended Rate (including Contract attorneys):** | | | | **$352.10** |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---:|---:|
| Fee/Employment Applications (B160) | 2.30 | $1,025.00 |
| Other Contested Matters (B190) | 1.00 | $210.00 |
| Analysis/Strategy (L120) | 3.60 | $2,098.50 |
| Document/File Management (L140) | 4.00 | $980.00 |
| Other Case Assessment, Development and Admin (L190) | 3.40 | $1,309.00 |
| Pleadings (L210) | .40 | $98.00 |
| Document Production (L320) | 31.10 | $10,405.50 |
| **TOTALS** | **45.80** | **$16,126.00** |

## INTERIM EXPENSE SUMMARY[2]

| Expenses Category | Total Expenses ($) |
|---|---:|
| Electronic Discovery | $71,839.07 |
| Long Distance Telephone | $.27 |
| Reproduction Charges | $201.10 |
| Electronic Research | $581.79 |
| Courier Charges | $16.00 |
| **TOTAL** | **$72,638.23** |

---

[2] Some expense categories reflect expenses incurred prior to April which have not previously been submitted to the Court.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :    Jointly Administered
         Debtors.                                                :
---------------------------------------------------------------- x

**TWENTIETH MONTHLY APPLICATION OF ALLEN & OVERY LLP AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Allen & Overy, LLP (hereinafter "A&O") hereby moves this Court for reasonable compensation for professional legal services rendered as special regulatory counsel to American Home Mortgage Holdings, Inc., *et al.*, the debtors in the above-captioned cases (the "Debtors"), in the amount of $16,126.00 together with reimbursement for actual and necessary expenses incurred in the amount of $72,638.23 for the interim period April 1, 2009 through April 30, 2009 (the "Interim Fee Period"). In support of its Application, A&O respectfully represents as follows:

1. A&O was employed pursuant to an engagement letter to represent the Debtors as special regulatory counsel in connection with regulatory inquiries. This representation was effective as of September 7, 2007, pursuant to an Order entered by this Court on October 31, 2007. The Order authorized A&O to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested by A&O were performed for or on behalf of the Debtors.

**SUMMARY OF SERVICES RENDERED**

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $16,126.00 due for fees. Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $72,638.23 for reimbursement of expenses.

4. The services rendered by A&O during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

**DISBURSEMENTS**

5. A&O has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $72,638.23. This disbursement sum is broken down into categories of charges, including, among other things, electronic discovery fees, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.

6. In an effort to minimize cost to the Debtors in responding to document requests, A&O has made extensive use of outside contract attorneys in conducting document review throughout this engagement. These contract attorneys are paid a flat fee of $60 per hour. This application does not reflect any hours of document review performed by contract attorneys.

7. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

8. Costs incurred for overtime and computer assisted research are not included

in A&O's normal hourly billing rates and, therefore, are itemized and included in A&O's disbursements. Pursuant to Local Rule 2016-2, A&O represents that the rate charged here for printing and duplication is $.10 per page, the rate charged here for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

**VALUATION OF SERVICES**

9. Attorneys and paraprofessionals of A&O have expended a total of 45.80 hours in connection with this matter during the Interim Fee Period.

10. The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are A&O's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by A&O for the Interim Fee Period as counsel for the Debtors in these cases is $16,126.00.

11. A&O believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

12. As set forth in Exhibit A, all time recorded as non-working travel has been billed at 50% of normal hourly rates.

13. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14. This Application covers the Interim Fee Period April 1, 2009 through April 30, 2009.

WHEREFORE, A&O requests that allowance be made to it in the sum of $16,126.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $72,638.23 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       May 29, 2009

                          ALLEN & OVERY, LLP

                          */s/ Pamela Rogers Chepiga*
                          Pamela Rogers Chepiga
                          1221 Avenue of the Americas
                          New York, New York 10020
                          Telephone: (212) 610-6300
                          Facsimile: (212) 610-6399

                          Special Regulatory Counsel for Debtors

## VERIFICATION

STATE OF NEW YORK    )
                     )    SS:
NEW YORK COUNTY      )

Pamela Rogers Chepiga, Esquire, after being duly sworn according to law, deposes and says:

1. I am a Partner in the applicant firm, Allen & Overy, LLP, and have been admitted to the bar of New York state since 1974.

2. I have personally performed many of the legal services rendered by Allen & Overy, LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Pamela Rogers Chepiga

SWORN TO AND SUBSCRIBED before me this 29 day of May, 2009

_____
Notary Public
My Commission Expires: Feb. 16 2013

MITCHELL NICHOLAS
NOTARY PUBLIC, STATE OF NEW YORK
No. 02MI6201001
QUALIFIED IN NEW YORK, NEW YORK
COMMISSION EXPIRES February 16, 20 13

# EXHIBIT A

MATTER :     87601-00001 AHM REGULATORY MATTERS
CURRENCY :   USD

DATE :       May 29, 2009

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Fee/Employment Applications | | | | |
| 4/22/09 Nicholas Mitchell | 1.60 | 616.00 | B160 | Attention to AHM fee application. |
| 4/28/09 Pamela Chepiga | 0.30 | 255.00 | B160 | Review and sign A&O March fee application. |
| 4/28/09 Nicholas Mitchell | 0.40 | 154.00 | B160 | Finalizing March 2009 fee application. |
| ******* TOTAL CODE B160: | 2.30 | | | |
| Other Contested Matters | | | | |
| 04/27/09 Mark Mattson | 1.00 | 210.00 | B190 | Prepare and organized documents for attorney review. |
| ******* TOTAL CODE B190 | 1.00 | | | |
| Analysis/Strategy | | | | |
| 4/22/09 Nicholas Mitchell | 1.70 | 654.50 | L120 | Analysis of upcoming tasks and strategy; preparation of projected budget reflecting same; internal discussion of same. |
| 4/28/09 Robert Knuts | 0.80 | 608.00 | L120 | Analyze SEC action brought against former officers; internal discussions concerning same. |
| 4/29/09 Robert Knuts | 0.30 | 228.00 | L120 | Telephone conference with S. Martinez and S. Beach concerning SEC action brought against former officers. |
| 4/30/09 Robert Knuts | 0.80 | 608.00 | L120 | Conference call with outside directors concerning action brought by SEC against former officers; conference call with S. Beach and M. Indelicato concerning possible disposition of disgorgement/penalties paid by former officer in SEC settlement. |
| ******* TOTAL CODE L120 | 3.60 | | | |
| Document/File Management | | | | |
| 04/09/09 Jodi Pittell | 2.00 | 490.00 | L140 | Updating hard copy document logs for future transfer of documents, at request of attorney Nick Mitchell. |
| 04/22/09 Jodi Pittell | 2.00 | 490.00 | L140 | Updating production and box retention log in preparation for transfer of materials to liquidator counsel. |
| ******* TOTAL CODE L140 | 4.00 | | | |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Pleadings | | | | |
| 04/28/09 Kurt Vellek | 0.40 | 98.00 | L210 | Obtain copies of SEC's civil complaint and review press releases for other activity; exchange emails with N. Mitchell. |
| ******* TOTAL CODE L210 | 0.40 | | | |
| Other Case Assessment, Development & Administration | | | | |
| 4/23/09 Nicholas Mitchell | 1.30 | 500.50 | L190 | Preparing index of documents hosted on online datasites in response to a request from Kroll; internal discussions of same. |
| 4/28/09 Nicholas Mitchell | 2.10 | 808.50 | L190 | Review and analysis of civil complaint filed by SEC against M. Strauss, S. Hozie and R. Bernstein. |
| ******* TOTAL CODE L190 | 3.40 | | | |
| Document Production | | | | |
| 04/01/09 Nicholas Mitchell | 0.40 | 154.00 | L320 | Correspondence with Young Conaway related to filings in the bankruptcy case. |
| 04/02/09 Nicholas Mitchell | 0.50 | 192.50 | L320 | Review of fee examiner appointment order; internal correspondence re: same. |
| 04/02/09 Nicholas Mitchell | 1.20 | 462.00 | L320 | Correspondence with Cadwalader related to request for documents produced to SEC; review of internal data logs. |
| 04/03/09 Nicholas Mitchell | 1.10 | 423.50 | L320 | Correspondence with Cadwalader related to request for documents produced to SEC; attention to same. |
| 04/03/09 Christopher Redlich | 1.70 | 416.50 | L320 | Modified/Updated Data log for N. Mitchell. |
| 04/06/09 Christopher Redlich | 2.40 | 588.00 | L320 | Reviewed/received email set for N. Mitchell. |
| 04/09/09 Nicholas Mitchell | 0.90 | 346.50 | L320 | Correspondence with Cadwalader related to outstanding request for documents produced to SEC; review of document index. |
| 04/10/09 Nicholas Mitchell | 1.10 | 423.50 | L320 | Response to SEC production document requested by Cadwalader. |
| 04/16/09 Nicholas Mitchell | 1.30 | 500.50 | L320 | Coordination of production of electronic and hard copy documents to Cadwalader. |
| 4/16/09 Christopher Redlich | 2.20 | 539.00 | L320 | Gathered materials for N. Mitchell to send to CW. |
| 04/20/09 Nicholas Mitchell | 1.40 | 539.00 | L320 | Review of electronic SEC production documents in response to request from Cadwalader. |
| 04/20/09 Christopher Redlich | 1.40 | 343.00 | L320 | Gathered materials for N. Mitchell to send to CW. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 04/21/09 Nicholas Mitchell | 1.40 | 539.00 | L320 | Drafting production letter; production of documents to Cadwalader; discussions with Greg Zimmer of Cadwalader regarding same. |
| 04/23/09 Nicholas Mitchell | 0.60 | 231.00 | L320 | Correspondence/discussion with Cadwalader re: request for documents. |
| 04/23/09 Christopher Redlich | 1.40 | 343.00 | L320 | Created data chart for N. Mitchell. |
| 04/23/09 Christopher Redlich | 0.40 | 98.00 | L320 | Invoice discussion with N. Mitchell. |
| 04/24/09 Nicholas Mitchell | 2.20 | 847.00 | L320 | Coordinate production of SEC documents to Cadwalader (AHM counsel in Waterfield litigation). |
| 04/27/09 Nicholas Mitchell | 0.60 | 231.00 | L320 | AHM team meeting to discuss production of documents to Cadwalader in connection with the Waterfield litigation. |
| 04/27/09 Christopher Redlich | 0.70 | 171.50 | L320 | Meeting to discuss collection of materials for CW. |
| 04/28/09 Nicholas Mitchell | 2.60 | 1,001.00 | L320 | Coordination with team regarding production of hard copy documents to Cadwalader in connection with the Waterfield litigation; review of hard copy materials. |
| 04/29/09 Nicholas Mitchell | 4.60 | 1,771.00 | L320 | Coordinating the production of documents to Cadwalader in connection with the Waterfiled litigation; meeting with Cadwalader attorneys re: same. |
| 04/30/09 Christopher Redlich | 1.00 | 245.00 | L320 | Researched missing bates range issue. |
| ******* TOTAL CODE L320 | 31.10 | | | |

MATTER:     87601-00001 AHM REGULATORY MATTERS
CURRENCY:   USD

DATE:       May 29, 2009

| Summary by Activity Code | Hours | Amount |
| --- | --- | --- |
| (B160) Fee/Employment Applications | 2.30 | $1,025.00 |
| (B190) Other Contested Matters | 1.00 | $210.00 |
| (L120) Analysis / Strategy | 3.60 | $2,098.50 |
| (L140) Document/File Management | 4.00 | $980.00 |
| (L210) Pleadings | .40 | $98.00 |
| (L190) Other Case Assessment, Development & Administration | 3.40 | $1,309.00 |
| (L320) Document Production | 31.10 | $10,405.50 |
| GRAND TOTAL | 45.80 | $16,126.00 |

# EXHIBIT B

## Summary of Expenses Incurred
## (April 1, 2009 – April 30, 2009)[1]

| Date Incurred | Expense | Amount |
| --- | --- | --- |
| 1/12/09 | Courier Charges | $8.00 |
| 1/13/09 | Courier Charges | $8.00 |
| 3/09/09 | Electronic Legal Research | $581.79 |
| 3/31/09 | Electronic Discovery | $27,737.50 |
| 4/01/09 | Document Reproduction | $3.00 |
| 4/01/09 | Document Reproduction | $2.30 |
| 4/01/09 | Document Reproduction | $3.70 |
| 4/01/09 | Document Reproduction | $2.20 |
| 4/01/09 | Document Reproduction | $1.40 |
| 4/01/09 | Document Reproduction | $3.30 |
| 4/01/09 | Document Reproduction | $1.20 |
| 4/01/09 | Document Reproduction | $1.30 |
| 4/01/09 | Document Reproduction | $1.20 |
| 4/01/09 | Document Reproduction | $3.20 |
| 4/01/09 | Document Reproduction | $1.40 |
| 4/01/09 | Document Reproduction | $4.10 |
| 4/01/09 | Document Reproduction | $1.20 |
| 4/01/09 | Telephone Charges | $0.09 |
| 4/02/09 | Document Reproduction | $5.30 |
| 4/02/09 | Document Reproduction | $1.50 |
| 4/02/09 | Document Reproduction | $0.10 |
| 4/06/09 | Document Reproduction | $2.10 |
| 4/06/09 | Document Reproduction | $1.40 |
| 4/06/09 | Document Reproduction | $1.20 |
| 4/07/09 | Document Reproduction | $4.00 |
| 4/07/09 | Document Reproduction | $3.90 |
| 4/07/09 | Document Reproduction | $2.40 |
| 4/07/09 | Document Reproduction | $2.80 |
| 4/07/09 | Document Reproduction | $3.60 |
| 4/07/09 | Document Reproduction | $2.90 |
| 4/8/09 | Document Reproduction | $3.00 |
| 4/09/09 | Document Reproduction | $6.30 |
| 4/09/09 | Document Reproduction | $50.20 |
| 4/13/09 | Document Reproduction | $0.10 |
| 4/14/09 | Document Reproduction | $32.30 |
| 4/16/09 | Document Reproduction | $1.70 |
| 4/20/09 | Document Reproduction | $3.50 |
| 4/23/09 | Document Reproduction | $1.40 |
| 4/23/09 | Electronic Discovery | $4,753.45 |
| 4/24/09 | Document Reproduction | $1.40 |
| 4/24/09 | Document Reproduction | $1.40 |
| 4/24/09 | Document Reproduction | $1.40 |
| 4/27/09 | Telephone Charges | $0.18 |
| 4/28/09 | Document Reproduction | $1.40 |
| 4/28/09 | Document Reproduction | $3.00 |
| 4/28/09 | Document Reproduction | $15.00 |
| 4/29/09 | Document Reproduction | $1.80 |
| 4/30/09 | Document Reproduction | $4.60 |
| 4/30/09 | Document Reproduction | $4.60 |

---

[1] Expenses for dates prior to April 1, 2009 have not been previously submitted to the Court, and reflect that the invoices for such expenses were only finalized in April.

| 4/30/09 | Document Reproduction | $1.00 |
| --- | --- | --- |
| 4/30/09 | Electronic Discovery | $27,762.30 |
| 4/30/09 | Electronic Discovery | $5,720.90 |
| 4/30/09 | Electronic Discovery | $504.07 |
| 4/30/09 | Electronic Discovery | $631.73 |
| 4/30/09 | Document Reproduction | $6.30 |
| 05/20/09 | Electronic Discovery | $4,729.12 |
| | | |
| | | |
| | **TOTAL** | $72,638.23 |