# EXHIBIT VI

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | **Ref. Docket No. _____** |

**ORDER SUSTAINING DEBTORS' THIRTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the thirty-sixth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, and D; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibits A, C, and D are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit B are hereby reassigned to the New Case Numbers listed in Exhibit B; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
July ___, 2009

______________________________
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed | Surviving Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|
| ADA COUNTY TREASURER<br>ATTN CECIL INGRAM<br>200 W FRONT ST, 1ST FL<br>BOISE, ID 83702 | 591 | 9/5/07 | 07-11047 | $418.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$418.09 (T) | 10671 | 2/10/09 | 07-11047 | $438.44 (S)<br>- (A)<br>- (P)<br>- (U)<br>$438.44 (T) |
| ADA COUNTY TREASURER<br>ATTN CECIL INGRAM<br>200 W FRONT ST, 1ST FL<br>BOISE, ID 83702 | 592 | 9/5/07 | 07-11047 | $1,063.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,063.98 (T) | 10672 | 2/10/09 | 07-11047 | $1,126.12 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,126.12 (T) |
| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | 10671 | 2/10/09 | 07-11047 | $438.44 (S)<br>- (A)<br>- (P)<br>- (U)<br>$438.44 (T) | 10702 | 4/13/09 | 07-11051 | $445.82 (S)<br>- (A)<br>- (P)<br>- (U)<br>$445.82 (T) |
| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | 10672 | 2/10/09 | 07-11047 | $1,126.12 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,126.12 (T) | 10701 | 4/13/09 | 07-11051 | $1,145.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,145.10 (T) |
| BANGERT, PEGGY<br>315 CHASSELLE LN<br>CREVE COEUR, MO 63141 | 939 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$230.77 (P)<br>- (U)<br>$230.77 (T) | 3776 | 11/29/07 | 07-11051 | Unspecified* |
| COLANDRO, MARY<br>32 PEARSALL AVE APT 2B<br>GLEN COVE, NY 11542 | 879 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$2,000.00 (P)<br>- (U)<br>$2,000.00 (T) | 2621 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,000.00 (P)<br>- (U)<br>$2,000.00 (T) |
| DALLAS COUNTY RECORDER<br>LORI BELGARDE, DEPUTY RECORDER<br>701 COURT<br>PO BOX 38<br>ADEL, IA 50003-0038 | 1175 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$52.00 (U)<br>$52.00 (T) | 1996 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$266.79 (U)<br>$266.79 (T) |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed | Surviving Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|
| FAIRFAX COUNTY<br>ATTN NANCY F LOFTUS, ASST COUNTY ATTNY<br>OFFICE OF THE COUNTY ATTORNEY<br>1200 GOVERNMENT CENTER PWY, STE 549<br>FAIRFAX, VA 22035 | 608 | 9/5/07 | 07-11047 | $360.85 (S)<br>- (A)<br>$435.11 (P)<br>$3,096.70 (U)<br>$3,892.66 (T) | 6047 | 12/21/07 | 07-11051 | $360.85 (S)<br>- (A)<br>$435.11 (P)<br>$3,096.70 (U)<br>$3,892.66 (T) |
| FLORIAN, JENNIE<br>108 HAMPTON AVE<br>MASTIC, NY 11950 | 354 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>$1,207.00 (P)<br>- (U)<br>$1,207.00 (T) | 3110 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$1,211.54 (P)<br>- (U)<br>$1,211.54 (T) |
| GLASCO, ADRIENNE D.<br>214 LIVINGSTON ST APT 2<br>WESTFIELD, NJ 07090 | 1280 | 9/27/07 | 07-11047 | - (S)<br>- (A)<br>$1,456.64 (P)<br>- (U)<br>$1,456.64 (T) | 3476 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,456.83 (P)<br>- (U)<br>$1,456.83 (T) |
| HOGAN, KERRY N.<br>4462 FIRELIGHT DR<br>SAINT LOUIS, MO 63129 | 290 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>$684.40 (P)<br>- (U)<br>$684.40 (T) | 8554 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$615.96 (P)<br>- (U)<br>$615.96 (T) |
| INDIAN RIVER COUNTY TAX COLLECTOR<br>ATTN CHARLES W. SEMBLER, TAX COLLECTOR<br>PO BOX 1509<br>VERO BEACH, FL 32961-1509 | 5679 | 12/18/07 | 07-11047 | $826.17 (S)<br>- (A)<br>- (P)<br>- (U)<br>$826.17 (T) | 10640 | 12/22/08 | 07-11047 | - (S)<br>- (A)<br>$481.95 (P)<br>- (U)<br>$434.97 (T) |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10553 | 9/23/08 | 07-11047 | $304,363.41 (S)<br>- (A)<br>- (P)<br>- (U)<br>$304,363.41 (T) | 10705 | 4/27/09 | 07-11047 | $324,612.16 (S)<br>- (A)<br>- (P)<br>- (U)<br>$324,612.16 (T) |
| LINCOLN COUNTY<br>ATTN JERRY L FOX, COLLECTOR<br>201 MAIN ST.<br>TROY, MO 63379 | 2618 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$28.73 (P)<br>- (U)<br>$28.73 (T) | 10692 | 3/17/09 | 07-11051 | - (S)<br>- (A)<br>$28.73 (P)<br>- (U)<br>$28.73 (T) |
| MARCANO, ANGELICA<br>11 SPRING MEADOW DRIVE<br>KINGS PARK, NY 11754 | 1347 | 10/1/07 | 07-11047 | - (S)<br>- (A)<br>$1,526.84 (P)<br>- (U)<br>$1,526.84 (T) | 7800 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) |
| MODRELL, CRYSTAL J.<br>724 PILOT HOUSE DR<br>NEWPORT NEWS, VA 236061941 | 532 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$736.00 (P)<br>- (U)<br>$736.00 (T) | 10668 | 2/5/09 | 07-11051 | - (S)<br>- (A)<br>$736.00 (P)<br>- (U)<br>$736.00 (T) |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed | Surviving Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|
| MONARES, JOLEEN<br>2099 WINSBURY WAY<br>KENNESAW, GA 30144 | 856 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,210.40 (P)<br>- (U)<br>$1,210.40 (T) | 9042 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$952.12 (P)<br>- (U)<br>$952.12 (T) |
| MULVEHILL, ALENA<br>9794 BROADWAY AVE<br>NORTH HUNTINGDON, PA 15642 | 794 | 9/14/07 | No Case | - (S)<br>- (A)<br>$1,184.40 (P)<br>- (U)<br>$1,184.40 (T) | 6408 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,184.61 (P)<br>- (U)<br>$1,184.61 (T) |
| NORWOOD, CARRIE H.<br>4401 SHATTALON DR<br>WINSTON SALEM, NC 27106 | 1638 | 10/16/07 | 07-11048 | - (S)<br>- (A)<br>$1,605.28 (P)<br>- (U)<br>$1,605.28 (T) | 2503 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$1,712.31 (P)<br>- (U)<br>$1,712.31 (T) |
| SMITH, LAUREN<br>6545 YELLOWSTONE BLVD<br>APT 5D<br>FOREST HILLS, NY 11375 | 1412 | 10/3/07 | 07-11051 | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | 6872 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$600.00 (P)<br>- (U)<br>$600.00 (T) |
| STAFFORD, PAMELA<br>10320 BLUFF VALLEY COURT<br>LAS VEGAS, NV 89178 | 1775 | 10/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,295.60 (P)<br>- (U)<br>$1,295.60 (T) | 1966 | 11/9/07 | 07-11051 | - (S)<br>- (A)<br>$5,591.30 (P)<br>- (U)<br>$5,591.30 (T) |
| THATCHER, NICOLE<br>7639 LAS PALMAS WAY<br>JACKSONVILLE, FL 32256 | 684 | 9/12/07 | No Case | - (S)<br>- (A)<br>$1,300.00 (P)<br>- (U)<br>$1,300.00 (T) | 5970 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>$1,442.31 (P)<br>- (U)<br>$1,442.31 (T) |
| VISNAPUM, TIMOTHY J.<br># 6 LAKE VIEW COURT<br>FERGUSON, MO 63135 | 1374 | 10/2/07 | 07-11051 | - (S)<br>- (A)<br>$1,399.23 (P)<br>- (U)<br>$1,399.23 (T) | 2958 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$1,399.23 (P)<br>- (U)<br>$1,399.23 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| **Totals:** | 23 Claims | | | $308,597.06 (S)<br>- (A)<br>$16,600.40 (P)<br>$3,148.70 (U)<br>$328,346.16 (T) | | | | $328,128.49 (S)<br>- (A)<br>$21,348.00 (P)<br>$3,363.49 (U)<br>$352,793.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B

## Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Amount | New Case Number: Case Number |
|---|---|---|---|---|---|
| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | 8522 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$6,600.35 (U)<br>$6,600.35 (T) | 07-11051 |
| CITY OF BROOKFIELD<br>ATTN ROSEMARIE ROSSBACH, DEP. TREASURER<br>2000 N CALHOUN ROAD<br>BROOKFIELD, WI 53005 | 10017 | 3/3/08 | No Case | - (S)<br>- (A)<br>$1,293.08 (P)<br>- (U)<br>$1,293.08 (T) | 07-11051 |
| CITY OF NORWALK TAX COLLECTOR<br>ATTN AL C. PALUMBO, ASST TAX COLLECTOR<br>125 EAST AVENUE<br>NORWALK, CT 06851 | 9351 | 1/14/08 | No Case | - (S)<br>- (A)<br>$1,385.52 (P)<br>- (U)<br>$1,385.52 (T) | 07-11051 |
| DJURASEVIC, LINDA<br>PO BOX 1202<br>WARREN, MI 480901202 | 1335 | 10/1/07 | 07-11049 | - (S)<br>- (A)<br>$1,130.64 (P)<br>- (U)<br>$1,130.64 (T) | 07-11051 |
| MASON MCDUFFIE MORTGAGE CORPORATION<br>ATTN MARILYN RICHARDSON, COO<br>2010 CROW CANYON PL STE 400<br>SAN RAMON, CA 945831344 | 4746 | 12/6/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$55,656.70 (U)<br>$55,656.70 (T) | 07-11051 |
| SEDGWICK COUNTY<br>OFFICE OF THE COUNTY COUNSELOR<br>PATRICIA J PARKER # 10413<br>525 N. MAIN, SUITE 359<br>WICHITA, KS 67203-3790 | 5712 | 12/18/07 | 07-11047 | - (S)<br>- (A)<br>$1,294.54 (P)<br>- (U)<br>$1,294.54 (T) | 07-11051 |
| VALENICA, JULIE D.<br>13921 TUSTIN E DRIVE<br>APT #13<br>TUSTIN, CA 92780 | 1071 | 9/20/07 | 07-11047 | - (S)<br>- (A)<br>$1,786.72 (P)<br>- (U)<br>$1,786.72 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Amount | New Case Number: Case Number |
|---|---|---|---|---|---|
| WURTZ, CAROLYN E.<br>801 LAKEWOOD GREEN<br>DIXON, IL 61021 | 1167 | 9/24/07 | 07-11047 | - (S)<br>- (A)<br>$424.91 (P)<br>- (U)<br>$424.91 (T) | 07-11051 |
| **Totals:** | **8 Claims** | | | **- (S)**<br>**- (A)**<br>**$7,315.41 (P)**<br>**$62,257.05 (U)**<br>**$69,572.46 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## No Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| AYAN, ATILLA<br>83 OCEAN AVE<br>MASSAPEQUA PARK, NY 11762 | 361 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>$811.00 (P)<br>- (U)<br>$811.00 (T) | Insufficient documentation to assess validity of claim. |
| BOLVES, HERB A.<br>570 N. HART BLVD.<br>ORLANDO, FL 32818 | 9989 | 2/22/08 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>$350.00 (U)<br>$350.00 (T) | Insufficient documentation to assess validity of claim. |
| DI CARLO, CHARLES J.<br>128 LOGGING TRAIL RD<br>DANBURY, CT 068112626 | 868 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,568.48 (P)<br>- (U)<br>$1,568.48 (T) | Insufficient documentation to assess validity of claim |
| EDWARD J LACOSTE<br>DONNA GREMILLION LACOSTE<br>6535 WEST END BLVD<br>NEW ORLEANS, LA 70124 | 2986 | 11/23/07 | 07-11051 | $500.00 (S)<br>- (A)<br>$700.00 (P)<br>$200.00 (U)<br>$700.00 (T) | Insufficient documentation to assess validity of claim. |
| GRATZA, DONNA<br>C/O CHRIS & SHARON FEDIOR<br>409 AUBER<br>ST LOUIS, MO 63011 | 8104 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$1,826.92 (P)<br>- (U)<br>$1,826.92 (T) | Insufficient documentation to assess validity of claim. |
| GREEN, RICHARD J (RICK)<br>2524 WALTERBORO HWY<br>VARNVILLE, SC 29944 | 2459 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$438.00 (P)<br>$438.00 (U)<br>$438.00 (T) | Insufficient documentation to assess validity of claim. |
| HUDGENS, KEN, CLERK AND MASTER<br>501 S MAIN ST<br>RM 103<br>SPRINGFIELD, TN 37172 | 625 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$220.67 (P)<br>- (U)<br>$220.67 (T) | Insufficient documentation to assess validity of claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| KLOTZ, LORI<br>7724 EDISTO DR<br>NEW HAVEN, IN 46774 | 3299 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$936.00 (P)<br>- (U)<br>$936.00 (T) | Insufficient documentation to assess validity of claim. |
| LEHMAN, APRIL C<br>305 TYNDALL DR.<br>BURLINGTON, NC 27215 | 8555 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$2,727.85 (P)<br>- (U)<br>$2,727.85 (T) | Insufficient documentation to assess validity of claim. |
| MILLER, PETER J.<br>210 N. CHURCH ST.<br>UNIT 2310<br>CHARLOTTE, NC 28202 | 5070 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>$1,008.00 (P)<br>$1,008.00 (U)<br>$1,008.00 (T) | Insufficient documentation to assess validity of claim. Claimant did not respond to request for additional documentation. |
| PATTERSON, MICHELLE<br>8204 GLEAVES COURT<br>ALEXANDRIA, VA 22309 | 3284 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,316.00 (P)<br>- (U)<br>$1,316.00 (T) | Insufficient documentation to assess validity of claim. |
| RAGSDALE REAL ESTATE INC<br>162 BUSHWACKER DRIVE<br>MABANK, TX 75147 | 2552 | 11/19/07 | No Case | - (S)<br>- (A)<br>$725.00 (P)<br>- (U)<br>$725.00 (T) | Insufficient documentation to assess validity of claim. |
| SANDERS, VANESSA<br>1300 N SHAFFER ST # 23<br>ORANGE, CA 92867 | 1201 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$816.00 (P)<br>- (U)<br>$816.00 (T) | Insufficient documentation to assess validity of claim. |
| SCOTTO, ANTHONY<br>59-34 50TH AVE<br>WOODSIDE, NY 11377 | 1912 | 11/7/07 | 07-11051 | - (S)<br>- (A)<br>$1,220.63 (P)<br>- (U)<br>$1,220.63 (T) | Insufficient documentation to assess validity of claim. |
| SEUS, SHERYL<br>4508 GARDEN CLUB ST<br>HIGH POINT, NC 27265 | 7479 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$473.00 (P)<br>- (U)<br>$473.00 (T) | Insufficient documentation to assess validity of claim. |
| STATE OF NEW JERSEY<br>MICHAEL READING, AUTHORIZED AGENT<br>DIVISION OF TAXATION-COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | 9655 | 1/15/08 | 07-11048 | - (S)<br>- (A)<br>$204.87 (P)<br>- (U)<br>$204.87 (T) | Insufficient documentation to assess validity of claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | 10233 | 4/11/08 | 07-11053 | - (S)<br>- (A)<br>$204.87 (P)<br>- (U)<br>$204.87 (T) | Insufficient documentation to assess validity of claim. |
| SWEENEY, RYAN<br>660 PIEDMONT DR<br>WESTFIELD, IN 46074 | 7467 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | Insufficient documentation to assess validity of claim. |
| SWITZER, CHARLES H.<br>****NO ADDRESS PROVIDED**** | 5031 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>$1,110.00 (P)<br>$1,110.00 (U)<br>$1,110.00 (T) | Insufficient documentation to assess validity of claim. |
| TYRONE TOWNSHIP TREASURER<br>ATTN DAVID KURTZ, TREASURER<br>10408 CENTER RD<br>FENTON, MI 48430 | 2592 | 11/19/07 | No Case | - (S)<br>- (A)<br>$1,175.04 (P)<br>- (U)<br>$1,175.04 (T) | Insufficient documentation to assess validity of claim. |
| WAHLIN, JENNIFER<br>1668 GUTHRIE ST<br>VIRGINIA BEACH, VA 23464 | 718 | 9/13/07 | 07-11047 | - (S)<br>- (A)<br>$1,050.00 (P)<br>- (U)<br>$1,050.00 (T) | Insufficient documentation to assess validity of claim. |
| **Totals:** | **21 Claims** | | | **$500.00 (S)**<br>**- (A)**<br>**$20,382.33 (P)**<br>**$3,106.00 (U)**<br>**$20,382.33 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Satisfied Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BYLLOTT, DEBRA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | 373 | 9/7/07 | No Case | - (S)<br>- (A)<br>$2,295.00 (P)<br>- (U)<br>$2,295.00 (T) | Claimant was paid out their vacation pay in their 9/10/07 paycheck. |
| CITY OF WARWICK<br>ATTN DAVID C OLSEN, TREASURER<br>3275 POST RD<br>WARWICK, RI 02886 | 1812 | 10/25/07 | 07-11047 | - (S)<br>- (A)<br>$1,665.16 (P)<br>- (U)<br>$1,665.16 (T) | Debtors verified with the City of Warwick that the 2007 taxes for the parcel have been paid. |
| MEYER, ROBERT L.<br>PO BOX 593<br>POINT PLEASANT BEACH, NJ 08742 | 784 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$1,387.20 (P)<br>- (U)<br>$1,387.20 (T) | Claimant was paid claimed transition pay in two installements in the 8/25/07 and 9/10/07 paychecks. |
| MONTOYA, SUSANA<br>4850-10 DORSEY HALL DR<br>ELLICOTT CITY, MD 21042 | 1001 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$87.38 (P)<br>- (U)<br>$87.38 (T) | Claim for reimbursement of employment related expenses. Claimant was reimbursed on 9/10/07. |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | 191 | 8/30/07 | No Case | - (S)<br>- (A)<br>$244.44 (P)<br>$244.44 (U)<br>$244.44 (T) | Claim for reimbursement of employment related expenses. Claimant was reimbursed on 9/10/07. |
| WANG, ELI<br>7702 ARDMORE DRIVE<br>O FALLON, MO 63368 | 3453 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,650.00 (P)<br>- (U)<br>$1,650.00 (T) | Claimant was paid their remaining unused vacation pay in the 9/10/07 paycheck for period ending 8/31/07. |
| WIELGUS, KATHLEEN<br>548 N 5TH AVE<br>DES PLAINES, IL 60016 | 935 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$508.75 (P)<br>$508.75 (U)<br>$508.75 (T) | Claimant was paid claimed transition pay in their 9/10/07 paycheck. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | | 7 Claims | | - (S)<br>- (A)<br>$7,837.93 (P)<br>$753.19 (U)<br>$7,837.93 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.