# EXHIBIT XII

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                         :    Chapter 11

                             :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :    Case No. 07-11047 (CSS)

a Delaware corporation, et al.,[1]              :

                             :    Jointly Administered

      Debtors.                         :

                             :    **Ref. Docket No. \_\_\_\_\_**

---------------------------------------------------------------- x

## ORDER SUSTAINING DEBTORS' THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-seventh omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying, reassigning and/or otherwise modifying the Disputed Claims[2] identified in Exhibits A, B, C, D, E, F, G, H, and I hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and the Court having determined that the Objection complies with

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]      All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

Article 17 of the Plan and the Confirmation Order; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit A and H are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit B are hereby modified by reducing or fixing the amounts of such claims to the dollar values listed under the column titled "Modified Amount" in Exhibit B; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit C are hereby reclassified to the priority levels indicated in the column titled "Reclassified Amount" in Exhibit C; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit D are hereby reclassified to the priority levels indicated in Exhibit D and reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit D; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibit E are hereby (i) modified by reducing or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in Exhibit E, and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit E; and it is further

066585.1001

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit F</u> are hereby (i) modified by reducing or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in <u>Exhibit F</u>, and (ii) reclassified to the priority levels indicated in the column titled "Modified Amount" in <u>Exhibit F</u>; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibit G</u> are hereby (i) modified by reducing or fixing the amounts to the dollar values listed under the column titled "Modified Amount" in <u>Exhibit G</u>, (ii) reclassified to the priority levels indicated in the column titled "Modified Amount" in <u>Exhibit G</u>, and (iii) reassigned to the new case numbers listed in the column titled "New Case Number" in <u>Exhibit G</u>; and it is further

ORDERED that, pursuant to section 510 of the Bankruptcy Code and the terms of the Plan, the Equity Fraud Claims identified on the attached <u>Exhibit I</u> are Subordinated Claims (as that term is defined in the Plan) and are therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      July ___, 2009

 

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## Exhibit A
## No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ALLEN COUNTY TREASURER<br>ONE EAST MAIN STREET ROOM 104<br>FORT WAYNE, IN 46802-1888 | 10703 | 4/20/09 | 07-11050 | $2,410.86 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,410.86 (T) | Claim for taxes related to real property. The Debtors had no interest in this property during the assessment period. |
| CHARLES COUNTY, MARYLAND<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>M. EVANS MEYERS<br>6801 KENILWORTH AVENUE, STE 400<br>RIVERDALE PARK, MD 20737-1385 | 6639 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$1,857.57 (P)<br>- (U)<br>$1,857.57 (T) | Debtor is a "financial institution" under Maryland business code. As such, it is not subject to claimed personal property tax. |
| COUNTY APPRAISAL SERVICES<br>ATTN KIM BOOKER, APPRAISER<br>19831 CARLISLE ROAD<br>APPLE VALLEY, CA 92307 | 7674 | 1/8/08 | 07-11053 | - (S)<br>- (A)<br>$625.00 (P)<br>$450.00 (U)<br>$450.00 (T) | The Debtors are unable to locate a loan for the property address listed on the invoice attached to the proof of claim. Also, lender on invoice is Financial Heritage which has no affiliation with the Debtors. |
| CURRY COUNTY TREASURER<br>PO BOX 897<br>CLOVIS, NM 88102-0897 | 10691 | 3/13/09 | 07-11047 | $55.79 (S)<br>- (A)<br>$55.79 (P)<br>- (U)<br>$55.79 (T) | Claim for property taxes. Debtors had no interest in the properties for the claimed tax years. |
| DANIELS, ANGELA<br>1801 EGG HARBOUR RD # 406<br>LINDENWOLD, NJ 08021 | 10044 | 1/4/08 | 07-11047 | - (S)<br>- (A)<br>$395.00 (P)<br>$395.00 (U)<br>$395.00 (T) | Claimant affirmed to the Debtors that this claim was meant for another company, American Mtg in Marlton NJ, not American Home Mortgage Holdings, Inc. |
| DAVIS, JEROME<br>2779 ROCKWOOD DR<br>RIVERSIDE, CA 92503 | 5173 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$1,800.00 (P)<br>- (U)<br>$1,800.00 (T) | No amounts are due per Debtors' books and records. |
| FORMOSA, ELIZABETH M.<br>23888 NORTHCREST TRL<br>NEW CANEY, TX 77357 | 454 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$830.44 (P)<br>- (U)<br>$830.44 (T) | Claimant is not entitled to claimed payout of sick / personal days as per company policy. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GILMER COUNTY TAX COMMISSIONER<br>1 BROAD ST. SUITE 105<br>ELLIJAY, GA 30540 | 10680 | 3/6/09 | 07-11047 | - (S)<br>- (A)<br>$534.36 (P)<br>- (U)<br>$534.36 (T) | Claim for property taxes. Debtors had no interest in the properties for the claimed tax years. Loan paid off in September 2007. |
| HARDIN COUNTY<br>ATTN RYAH A. ZERBY, ASST PROSECUTOR<br>1 COURTHOUSE SQ.<br>STE 230<br>KENTON, OH 43326 | 5205 | 12/10/07 | No Case | Unspecified* | Proof of claim states that no amount is owed. |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>CHICAGO, IL 60601 | 10646 | 12/29/08 | 07-11048 | - (S)<br>$105,543.95 (A)<br>$10,202.20 (P)<br>- (U)<br>$115,746.15 (T) | Debtors' books and records indicate no taxes are due per filed tax returns. |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10516 | 9/16/08 | 07-11047 | - (S)<br>- (A)<br>$256.39 (P)<br>- (U)<br>$256.39 (T) | Claim for property taxes. Debtors had no interest in the properties for the claimed tax years. |
| LEAVITT, VICKI A.<br>25080 ELK WAY<br>CALDWELL, ID 83607 | 1646 | 10/18/07 | 07-11047 | - (S)<br>- (A)<br>$1,348.83 (P)<br>- (U)<br>$1,348.83 (T) | Debtors have verified that the claimed commission was paid correctly as per the employee contract. |
| MARION COUNTY TREASURER<br>200 E. WASHINGTON STREET, SUITE 1041<br>INDIANAPOLIS, KS 46204 | 9825 | 1/28/08 | 07-11047 | - (S)<br>- (A)<br>$2,692.89 (P)<br>$804.40 (U)<br>$3,497.29 (T) | Claimant asserts claim for taxes related to property. Per the Debtors' books and records, the Debtors have never had any interest in or connection to this property. |
| MWANJALA, REBECCA<br>4 E TORLINA CT<br>BALTIMORE, MD 21207 | 845 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$552.00 (P)<br>- (U)<br>$552.00 (T) | Claim is duplicative of claim 416 for unused vacation pay which has been Accepted. The Debtors agree that claimant is entitled to an unsecured priority claim of $547.56 for unused vacation time. |
| MYER, MARTI<br>3484 HWY G-50<br>SAINT CHARLES, IA 50240 | 1418 | 10/4/07 | 07-11047 | $125.00 (S)<br>- (A)<br>$125.00 (P)<br>- (U)<br>$125.00 (T) | Claim for medical expenses incurred on 8/4/07. Employment related medical coverage ended on 8/3/07 and claimant did not elect to take COBRA. |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| NICOLAESCU, ANCA M.<br>2610 TURTLE CREEK DRIVE<br>HIGH POINT, NC 27265 | 1795 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>$395.00 (P)<br>$552.06 (U)<br>$947.06 (T) | Claim includes requests for disability, medical, dental, vision, and flex benefits. Benefit deductions were for the period ending 7/31 and were properly deducted (they were paid in arrears and deductions were taken in arrears). Flex claim not valid; Debtors do not hold the funds and claimant had until 12/31/07 to submit a claim to Flex Account administrator for reimbursable services and did not do so. |
| PORTLAND GENDERAL ELECTRIC (PGE)<br>ATTN NANCY CLARK, CREDIT REP<br>7895 SW MOHAWK ST<br>TUALATIN, OR 97062 | 7366 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$451.07 (P)<br>- (U)<br>$451.07 (T) | No basis or claim, expense transferred to Indymac Branch #2193. |
| SPERRY, NATASHA<br>5649 WHITE FIR WAY UNIT 1<br>SACRAMENTO, CA 95841 | 9372 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$2,150.76 (P)<br>$6,999.60 (U)<br>$9,150.36 (T) | Claim is duplicative of claim 1696. The Debtors agree that claimant is entitled to an unsecured priority claim of $1696.15 for unused vacation time. |
| STASIAK, GERALD<br>3357 HOLLY HOCK CT.<br>CASTLE ROCK, CO 80109 | 1783 | 10/26/07 | 07-11048 | - (S)<br>- (A)<br>$844.65 (P)<br>- (U)<br>$844.65 (T) | Claimant is looking for reimbusremnt of Flexible Spending Account contributions. Debtors do not hold these funds and claimant had access to these funds through account administrator until 12/31/07. |
| TOWN OF RIDGEFIELD TAX COLLECTOR<br>LINDA A SARBELLO, ASST TAX COLLECTOR<br>400 MAIN ST<br>RIDGEFIELD, CT 06877 | 162 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>$627.40 (P)<br>- (U)<br>$627.40 (T) | Debtors' books and records indicate no taxes are due for the claimed tax years 1998, 1999 and 2000. |
| VON BEHREN, JENNIFER<br>304 E ALMOND AVE # 10<br>ORANGE, CA 92866 | 2954 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$691.20 (P)<br>- (U)<br>$691.20 (T) | Claim is duplicative of claim 299 for vacation and unused sick/personal time pay. The Debtors agree that claimant is entitled to an unsecured priority claim of $691.20 for unused sick/peronal time as per CA law. |

**Totals:**  21 Claims

$2,591.65 (S)<br>$121,777.30 (P)<br>$19,403.26 (U)<br>$142,571.42 (T)

(S) - Secured<br>(A) - Administrative<br>(P) - Priority<br>(U) - Unsecured<br>(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B

### Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| CASSAGNAU LUNDIE, CATHERINE J<br>63 OGDEN RD<br>WEST ISLIP, NY 11795 | 5423 | 12/13/07 | 07-11051 | - (S)<br>- (A)<br>$2,307.69 (P)<br>- (U)<br>$2,307.69 (T) | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) | - (S) Modified to match debtors' books and<br>- (A) records for vacation pay. |
| CORNELL, SHANNON N.<br>5038 ETNA RD<br>WHITEHALL, OH 43213 | 1499 | 10/10/07 | 07-11051 | - (S)<br>- (A)<br>$730.77 (P)<br>- (U)<br>$730.77 (T) | - (S)<br>- (A)<br>$292.16 (P)<br>- (U)<br>$292.16 (T) | - (S) Modified to match debtors' books and<br>- (A) records for remaining transition pay.<br>- (P) Claimant was paid three days of the<br>- (U) transition pay in her 8/7/07 paycheck. |
| DURAN, DIANA<br>2724 DODDS LANE<br>KISSIMMEE, FL 34743 | 1457 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>$2,218.72 (P)<br>- (U)<br>$2,218.72 (T) | - (S)<br>- (A)<br>$1,109.23 (P)<br>- (U)<br>$1,109.23 (T) | - (S) Modified to match Debtors' books and<br>- (A) records for vacation pay. Claimant is<br>- (P) not entitled to sick / personal pay per<br>- (U) company policy. |
| EXCEL SECURITY SYSTEMS<br>2740 HUDSON AVENUE<br>ATTN KIM HOFFMAN, OWNER<br>CORONA, CA 92881 | 7632 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$960.00 (P)<br>$3,510.00 (U)<br>$4,470.00 (T) | - (S)<br>- (A)<br>- (P)<br>$3,510.00 (U)<br>$3,510.00 (T) | - (S) Modified to match Debtors' books and<br>- (A) records. Debtors are unable to<br>- (P) validate the claimed $960 priority<br>- (U) amount, claimant did not respond to<br>request for additional documentation. |
| HAAS, ANN M<br>7502 LAWRENCE ROAD<br>BALTIMORE, MD 21222 | 3655 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$2,337.00 (P)<br>- (U)<br>$2,337.00 (T) | - (S)<br>- (A)<br>$1,869.60 (P)<br>- (U)<br>$1,869.60 (T) | - (S) Modified to match Debtors' books and<br>- (A) records for vacation pay. Claimant is<br>- (P) not entitled to sick / personal pay per<br>- (U) company policy. |
| HIRSCH, JULIE A.<br>109 2ND ST S # 436<br>KIRKLAND, WA 98033 | 1206 | 9/25/07 | 07-11051 | - (S)<br>- (A)<br>$3,830.80 (P)<br>- (U)<br>$3,830.80 (T) | - (S)<br>- (A)<br>$548.59 (P)<br>- (U)<br>$548.59 (T) | - (S) Modified to match claimed $500<br>- (A) commission and $48.59 Expense<br>- (P) Report. No bonus amount due. Per<br>- (U) contract employee needs to be<br>- (T) employed on payment date to receive<br>bonus. No amount due for flex<br>spending account as Debtor does not<br>hold the funds. Claimant can not<br>claim borrower deposit, only borrower<br>can. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HIZZEY, MAYA L<br>5302 64TH AVE<br>NW<br>GIG HARBOR, WA 98335 | 4183 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$1,003.55 (P)<br>$1,003.55 (U)<br>$1,003.55 (T) | - (S)<br>- (A)<br>$984.62 (P)<br>- (U)<br>$984.62 (T) | Modified to match debtors' books and records for vacation pay. Claimed vacation is entitled to priority. Claimant checked off priority on proof of claim but wrote the amount in the blank for unsecured claims. |
| LEACOCK, REBECCA<br>9176 N SWAN CIR<br>BRENTWOOD, MO 631441164 | 1424 | 10/4/07 | 07-11051 | - (S)<br>- (A)<br>$1,875.00 (P)<br>- (U)<br>$1,875.00 (T) | - (S)<br>- (A)<br>$1,211.56 (P)<br>- (U)<br>$1,211.56 (T) | Modified to match debtors' books and records for remaining transition pay. Claimant was paid three days of the transition pay in her 8/7/07 paycheck. |
| LEHMANN, DAVID<br>1100 LAKE MICHIGAN DR NW<br>GRAND RAPIDS, MI 49504 | 1049 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>$1,961.53 (P)<br>- (U)<br>$1,961.53 (T) | - (S)<br>- (A)<br>$915.04 (P)<br>- (U)<br>$915.04 (T) | Modified to match Debtors' books and records for vacation pay. Claimant is not entitled to sick / personal pay per company policy. |
| MCGINNIS, JAMES JR.<br>6 CEDAR AVE<br>MEDFORD, NY 11763 | 7010 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$661.50 (P)<br>- (U)<br>$661.50 (T) | - (S)<br>- (A)<br>$330.75 (P)<br>- (U)<br>$330.75 (T) | Modified to match debtors' books and records for remaining transition pay. Claimant was paid three days of the transition pay in his 8/7/07 paycheck. |
| MCNEIL, COREY<br>20 ORCHARD STREET UNIT 109<br>BROOKFIELD, CT 06804 | 1138 | 9/21/07 | 07-11051 | - (S)<br>- (A)<br>$1,223.10 (P)<br>- (U)<br>$1,223.10 (T) | - (S)<br>- (A)<br>$1,223.08 (P)<br>- (U)<br>$1,223.08 (T) | Modified to match debtors' books and records for vacation pay. |
| MONARES, JOLEEN<br>2099 VINISBURG WAY<br>KENNESAW, GA 30144 | 9042 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$952.12 (P)<br>$952.12 (U)<br>$952.12 (T) | - (S)<br>- (A)<br>$285.63 (P)<br>- (U)<br>$285.63 (T) | Modified to match debtors' books and records for vacation pay. |
| MULLIGAN, KATHLEEN M.<br>12262 GLANCY LANE<br>SPRING HILL, FL 34609 | 1407 | 10/3/07 | 07-11051 | - (S)<br>- (A)<br>$1,608.76 (P)<br>- (U)<br>$1,608.76 (T) | - (S)<br>- (A)<br>$1,017.96 (P)<br>- (U)<br>$1,017.96 (T) | Modified to match Debtors' books and records for vacation pay. Claimant is not entitled to sick / personal pay per company policy. |
| NG, JACQUELINE<br>956 N BAY AVE<br>MASSAPEQUA, NY 11758 | 1177 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$1,744.74 (P)<br>- (U)<br>$1,744.74 (T) | - (S)<br>- (A)<br>$1,292.31 (P)<br>- (U)<br>$1,292.31 (T) | Modified to match Debtors' books and records for vacation pay. Claimant is not entitled to sick / personal pay per company policy. |

## ──── Objectionable Claims ────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SMITH, LAUREN<br>65-45 YELLOWSTONE BLVD APT 5D<br>FOREST HILLS, NY 113757600 | 6872 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$600.00 (P)<br>- (U)<br>$600.00 (T) | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | Modified to match debtors' books and records for remaining transition pay. Claimant was paid three days of the transition pay in her 8/7/07 paycheck. |
| THERME, NERDA J (JOSEPHINE)<br>17 WAGNER ST<br>ELMONT, NY 11003 | 6614 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$1,292.00 (P)<br>- (U)<br>$1,292.00 (T) | - (S)<br>- (A)<br>$775.59 (P)<br>- (U)<br>$775.59 (T) | Modified to match debtors' books and records for vacation pay. |
| WAKE COUNTY TAX COLLECTOR<br>421 FAYETTEVILLE STREET MALL STE 200<br>RALEIGH, NC 276011450 | 10151 | 3/27/08 | 07-11051 | $820.60 (S)<br>- (A)<br>$2,037.76 (P)<br>$858.75 (U)<br>$3,717.11 (T) | - (S)<br>- (A)<br>$2,037.76 (P)<br>$858.75 (U)<br>$2,896.51 (T) | Debtors have verified on the Wake County Tax Collector website that the secured real estate taxes have been paid. Debtors agree with the amounts due for the priority and unsecured business personal property taxes. |
| WIELGUS, KATHLEEN<br>548 N 5TH AVE<br>DES PLAINES, IL 60016 | 722 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$1,650.00 (P)<br>$1,650.00 (U)<br>$1,650.00 (T) | - (S)<br>- (A)<br>$1,430.00 (P)<br>- (U)<br>$1,430.00 (T) | Modified to match debtors' books and records for vacation pay. |
| **Totals:** | **18 Claims** | | | $820.60 (S)<br>$28,995.04 (P)<br>$7,022.30 (U)<br>$34,184.39 (T) | - (S)<br>$17,700.80 (P)<br>$4,368.75 (U)<br>$22,069.55 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## Exhibit C

### Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| BARNEY, IVAN L.<br>2616 MERION HILLS COURT<br>CHARLOTTE, NC 28269 | 1536 | 10/12/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$788.31 (U)<br>$788.31 (T) | - (S)<br>- (A)<br>- (P)<br>$788.31 (U)<br>$788.31 (T) | No basis for priority exists under section 507 of the Bankruptcy Code. |
| EHED, LLC<br>GLENN ZAGOREN<br>79 BRIDGE ST<br>BROOKLYN, NY 11201 | 1717 | 10/22/07 | 07-11052 | - (S)<br>- (A)<br>$15,000.00 (P)<br>- (U)<br>$15,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code. |
| GOLDBERG, C. DAVID<br>ATTORNEY AT LAW<br>357 BARR AVENUE<br>WOODMERE, NY 11598 | 5815 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | No basis for priority exists under section 507 of the Bankruptcy Code. |
| GRANTHAM, BRYANT<br>1215 KELLY CT<br>FRANKLIN, TN 37064 | 2863 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>$970.38 (P)<br>- (U)<br>$970.38 (T) | - (S)<br>- (A)<br>- (P)<br>$970.38 (U)<br>$970.38 (T) | No basis for priority exists under section 507 of the Bankruptcy Code. |
| GREEN, VIRGINIA<br>9 RIDGE LANE<br>HACKETTSTOWN, NJ 07840 | 6883 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$315.49 (P)<br>- (U)<br>$315.49 (T) | - (S)<br>- (A)<br>- (P)<br>$315.49 (U)<br>$315.49 (T) | No basis for priority exists under section 507 of the Bankruptcy Code. |
| MATHEWS, DONNETTA<br>1142 FOREST GLEN<br>JONESBORO, GA 30238 | 7442 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$772.86 (P)<br>$772.86 (U)<br>$772.86 (T) | - (S)<br>- (A)<br>- (P)<br>$772.86 (U)<br>$772.86 (T) | No basis for priority exists under section 507 of the Bankruptcy Code. Claimant wrote the amount in the blank for unsecured nonpriority claims, but checked boxes for both unsecured nonpriority and unsecured priority on proof of claim. |
| SPAGNA, MICHAEL<br>25 NASSAU AVE<br>FREEPORT, NY 11520 | 480 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$1,076.77 (P)<br>$1,076.77 (U)<br>$1,076.77 (T) | - (S)<br>- (A)<br>$1,076.77 (P)<br>- (U)<br>$1,076.77 (T) | Claimed vacation is entitled to priority. Claimant checked off priority on proof of claim but wrote the amount in the blank for unsecured claims. |

**Objectionable Claims**

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| STEVE WOLFF & ASSOC. INC. 9602 SANTIAGO BLVD VILLA PARK, CA 92867 | 3369 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$248.66 (P)<br>- (U)<br>$248.66 (T) | - (S)<br>- (A)<br>- (P)<br>$248.66 (U)<br>$248.66 (T) | No basis for priority exists under section 507 of the Bankruptcy Code. |
| TYRELL, JOAN 109 WINANT RD PITTSFIELD, NH 03263 | 2778 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$338.52 (P)<br>- (U)<br>$338.52 (T) | - (S)<br>- (A)<br>- (P)<br>$338.52 (U)<br>$338.52 (T) | No basis for priority exists under section 507 of the Bankruptcy Code. |
| Totals: | 9 Claims | | | - (S)<br>- (A)<br>$19,860.99 (P)<br>$1,849.63 (U)<br>$19,860.99 (T) | - (S)<br>- (A)<br>$1,076.77 (P)<br>$18,784.22 (U)<br>$19,860.99 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Exhibit D**

**Reclassified Wrong Debtor Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | **Objectionable Claim** | | | | |
| DEJOHN, SHARLEEN<br>8706 SNOWGOOSE LANE<br>FORT WAYNE, IN 46825 | 509 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$687.80 (P)<br>- (U)<br>$687.80 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$687.80 (U)<br>$687.80 (T) | - (S) No basis for priority exists<br>- (A) under section 507 of the<br>- (P) Bankruptcy Code. |
| **Totals:** | **1 Claim** | | | - (S)<br>- (A)<br>$687.80 (P)<br>- (U)<br>$687.80 (T) | | - (S)<br>- (A)<br>- (P)<br>$687.80 (U)<br>$687.80 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

## Exhibit E

### Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| HUMBERT, DENISE<br>18 WALL ST<br>FARMINGDALE, NY 11735 | 1223 | 9/26/07 | No Case | - (S)<br>- (A)<br>$1,764.59 (P)<br>- (U)<br>$1,764.59 (T) | 07-11051 | - (S)<br>- (A)<br>$1,628.85 (P)<br>- (U)<br>$1,628.85 (T) | Modified to match debtors' books and records for vacation pay. |
| KINNAMON, JOHN<br>29583 SKIPTON ESTATES DR<br>CORDOVA, MD 21625 | 541 | 9/11/07 | 07-11047 | - (S)<br>- (A)<br>$2,151.56 (P)<br>- (U)<br>$2,151.56 (T) | 07-11051 | - (S)<br>- (A)<br>$1,795.00 (P)<br>- (U)<br>$1,795.00 (T) | Modified to match Debtors' books and records for commission amount owed. |
| NZABONITEGEKA, JEANNE C<br>628 BAUER CT<br>ELMONT, NY 11003 | 3336 | 11/26/07 | 07-11053 | - (S)<br>- (A)<br>$900.00 (P)<br>- (U)<br>$900.00 (T) | 07-11051 | - (S)<br>- (A)<br>$830.77 (P)<br>- (U)<br>$830.77 (T) | Modified to match debtors' books and records for vacation pay. |
| ZIMMERMAN, JAMES<br>209 CYPRESS DR<br>MASTIC BEACH, NY 11951 | 262 | 9/4/07 | 07-11053 | - (S)<br>- (A)<br>$882.90 (P)<br>$4,120.20 (U)<br>$5,003.10 (T) | 07-11051 | - (S)<br>- (A)<br>$392.31 (P)<br>$392.31 (U)<br>$392.31 (T) | Modified to match Debtors' books and records for vacation pay. Claimanat is not entitled to sick/personal as per company policy. Claimant is not eligible for WARN payments. |
| **Totals:** | **4 Claims** | | | - (S)<br>- (A)<br>$5,699.05 (P)<br>$4,120.20 (U)<br>$9,819.25 (T) | | - (S)<br>- (A)<br>$4,646.93 (P)<br>- (U)<br>$4,646.93 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

**Exhibit F**

**Modified Amount Reclassified Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claims — Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BANGERT, PEGGY<br>315 CHASSELLE LN<br>SAINT LOUIS, MO 63141 | 3776 | 11/29/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$692.30 (P)<br>- (U)<br>$692.30 (T) | Modified to match Debtors' books and records. Claimant is due $692.30 transition pay, unsecured priority. |
| LEBLANC, SARA<br>1523 CRESCENT SHORES LANE<br>SEABROOK, TX 77586 | 1341 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>$306.62 (P)<br>- (U)<br>$306.62 (T) | - (S)<br>- (A)<br>- (P)<br>$198.55 (U)<br>$198.55 (T) | Modified to match Debtors' books and records for reimbursement of employment related expenses. Only $47.07 of the $108.07 expense report was approved and this was paid on 9/10/07. Claimant is due $198.55 unsecured non priority. |
| MCGINNIS, SARAH<br>8137 SAGIMORE CT<br>FORT WAYNE, IN 46835 | 8173 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$838.29 (P)<br>- (U)<br>$838.29 (T) | $608.00 (S)<br>- (A)<br>$608.00 (P)<br>$230.29 (U)<br>$838.29 (T) | The $608 unsecured priority portion of this claim is duplicative of claim 8175. The $230.29 portion of this claim is for reimbursement of employment related expenses, which are not entitled to priority under section 507 of the Bankruptcy Code. |
| MARIVIEVA CORP<br>170 SE 14TH STREET<br>#1408<br>ATTN: YANAI NASSAR<br>MIAMI, FL 33131 | 2872 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>$3,600.00 (P)<br>- (U)<br>$3,600.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,593.55 (U)<br>$2,593.55 (T) | Modified to match the amount owed as per the Marketing and Services Agreement. No basis for priority exists under section 507 of the Bankruptcy Code. |
| ST JOSEPH COUNTY, INDIANA<br>ST. JOSEPH COUNTY TREASURER<br>P.O. BOX 4758<br>SOUTH BEND, IN 46634 | 10187 | 4/4/08 | 07-11051 | - (S)<br>- (A)<br>$2,443.56 (P)<br>- (U)<br>$2,443.56 (T) | - (S)<br>$2,383.60 (A)<br>- (P)<br>$59.60 (U)<br>$2,443.20 (T) | Modified unsecured priority amount to match Debtors' books and records for the 2006/2007 and 2007/2008 tax years. Claimant was including $59.60 penalty in the 2007/2008 estimates which has been reclassed to unsecured. |
| STRADA, TORY<br>602 WEST COMSTOCK AVENUE<br>GLENDORA, CA 91741 | 5701 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$1,345.30 (P)<br>- (U)<br>$1,345.30 (T) | - (S)<br>- (A)<br>- (P)<br>$1,319.35 (U)<br>$1,319.35 (T) | Modified to match Debtors' books and records as $19.06 was paid to the claimant on 8/20/07. No basis for priority exists under section 507 of the Bankruptcy Code. |

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | | 6 Claims | | - (S) | - (S) | |
| | | | | - (A) | - (A) | |
| | | | | $8,533.77 (P) | $3,683.90 (P) | |
| | | | | - (U) | $4,401.34 (U) | |
| | | | | $8,533.77 (T) | $8,085.24 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Printed on 6/1/2009 at 9:14:43PM*

Page 2 of 2

# EXHIBIT G

# Exhibit G

## Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | | **Objectionable Claim** | | | |
| EININGER, MITCHELL<br>26 GREENWOODS RD<br>OLD TAPPAN, NJ 07675 | 644 | 9/11/07 | 07-11047 | - (S)<br>- (A)<br>$231.90 (P)<br>- (U)<br>$231.90 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$68.35 (U)<br>$68.35 (T) | (S) Modified to match Debtors' books and records. The (A) $163.55 expense report was (P) paid on 9/10/07. Claims for (U) reimbursement of (T) employment related expenses are not entitled to priority under section 507 of the Bankruptcy Code. |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>$231.90 (P)<br>- (U)<br>$231.90 (T) | | - (S)<br>- (A)<br>- (P)<br>$68.35 (U)<br>$68.35 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT H

# Exhibit H

## Insufficient Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| FRENZEL, ERIK<br>405 EASTLAKE AVE<br>MASSAPEQUA PARK, NY 11762 | 842 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,250.00 (P)<br>- (U)<br>$1,250.00 (T) | Insufficient documentation to assess validity of claim. |
| SANDERS, DONNA<br>6527 REEFTON AVE<br>CYPRESS, CA 90630 | 10278 | 4/28/08 | No Case | $80,400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$80,400.00 (T) | Unable to determine basis for claim. Claimant hasn't responded to request for additional information. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL–ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5868 | 12/19/07 | 07-11054 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL–ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5869 | 12/19/07 | 07-11053 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL–ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5870 | 12/19/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL–ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5900 | 12/19/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL–ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5901 | 12/19/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5902 | 12/19/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5903 | 12/19/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5904 | 12/19/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5905 | 12/19/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5906 | 12/19/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5907 | 12/19/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5908 | 12/19/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5909 | 12/19/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5910 | 12/19/07 | 07-11051 | Unspecified* | Insufficient documentation to assess validity of of claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL–ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5912 | 12/19/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL–ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5913 | 12/19/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL–ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5914 | 12/19/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL–ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5915 | 12/19/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL–ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5916 | 12/19/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL–ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5917 | 12/19/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL–ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5918 | 12/19/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL–ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5919 | 12/19/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL.-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5921 | 12/19/07 | 07-11049 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL.-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5922 | 12/19/07 | 07-11048 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL.-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5923 | 12/19/07 | 07-11047 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1664 | 10/22/07 | 07-11048 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1665 | 10/22/07 | 07-11047 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1667 | 10/22/07 | 07-11049 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1668 | 10/22/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1669 | 10/22/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1670 | 10/22/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1671 | 10/22/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1672 | 10/22/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1673 | 10/22/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1674 | 10/22/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1675 | 10/22/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1676 | 10/22/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1677 | 10/22/07 | 07-11051 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1678 | 10/22/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1679 | 10/22/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1680 | 10/22/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1681 | 10/22/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1682 | 10/22/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1683 | 10/22/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1684 | 10/22/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1685 | 10/22/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1686 | 10/22/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1687 | 10/22/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1688 | 10/22/07 | 07-11052 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1689 | 10/22/07 | 07-11053 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | 1690 | 10/22/07 | 07-11054 | Unspecified* | Insufficient documentation to assess validity of of claim. |
| STRICKLAND, CIERA 21250 SW JAQUITH RD NEWBERG, OR 97132 | 5266 | 12/11/07 | 07-11051 | - (S) - (A) $220.00 (P) - (U) $220.00 (T) | Insufficient documentation to assess validity of claim. |
| WILLIAMS, CHARLES H. 3022 SOUTH MORGANS POINT ROAD, #103 MOUNT PLEASANT, SC 29466 | 925 | 9/17/07 | 07-11047 | - (S) - (A) $1,359.39 (P) $1,359.39 (U) $1,359.39 (T) | Insufficient documentation to assess validity of claim. |
| WINCZ, ROBERT 3235 AZALEA DR. HERNANDO BEACH, FL 34607 | 2474 | 11/16/07 | 07-11053 | - (S) - (A) - (P) $825.00 (U) $825.00 (T) | Insufficient documentation to assess validity of claim. Claimant did not respond to our request for additional information. |
| **Totals:** | **56 Claims** | | | **$80,400.00 (S)** **- (A)** **$3,654.39 (P)** **$1,359.39 (U)** **$84,054.39 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT I

## Exhibit I

### Equity Fraud Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| | | | **— Objectionable Claims —** | |
| WANG, YUELI<br>503 IVYSHAW RD.<br>CARY, NC 27519 | 10707 | 5/1/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$150.00 (U)<br>$150.00 (T) |
| **Totals:** | | 1 Claim | | - (S)<br>- (A)<br>- (P)<br>$150.00 (U)<br>$150.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.