IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                           :   Chapter 11
                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                  :
                                                 :   Jointly Administered
        Debtors.                                 :
------------------------------------------------------------------ x
```

## AFFIDAVIT OF MAILING

```
STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )
```

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.    I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On May 6, 2009, I caused to be served true and correct copies of the following:

   a)    A creditor specific Customized Exhibit to Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A and

   b)    "Notice of Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1," dated May 6, 2009, to which is attached the "Debtors' Thirty-Fourth (Non-Substantive) Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1," dated May 6, 2009, [Docket No. 7346],

enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Angharad Bowdler

Sworn to before me this

8th day of May, 2009

Notary Public

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, <u>et al.</u>, | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Response Deadline: May 29, 2009 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: June 5, 2009 at 10:00 a.m. (ET)** |
| | ) | |

AHM OB34 4/15/2009 (merge2.txnum2) 4000209467 EPIQ Use - 1

BEXAR COUNTY
DAVID G AELVOET
LINEBARGER GOGGAN BLAIR & SAMPSON
LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

### NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

| | | | |
|---|---|---|---|
| TO: BEXAR COUNTY | **Basis For Objection:** | Amended Claim | |
| DAVID G AELVOET | | **Claim Number** | **Claim Amount** |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | **Claim to be Expunged** | 10460 | $1,193.61 |
| 711 NAVARRO STE 300 | **Surviving Claim** | 10657 | $2,443.18 |
| SAN ANTONIO, TX 78205 | | | |

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. The Debtors have received multiple claims filed on your behalf and by this Objection seek to disallow one of your claims as amended or duplicative. The Objection seeks to alter your rights by disallowing your above-listed claim in the "Claim to be Expunged" row, but does not seek to alter your claim listed in the "Surviving Claim" row.

Responses to the Objection, if any, must be filed on or before **May 29, 2009 at 4:00 p.m. (ET)** (the "<u>Response Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 5, 2009 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 6, 2009
        Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by May 6, 2009 and sent to the following:

BEXAR COUNTY
DAVID G AELVOET
LINEBARGER GOGGAN BLAIR & SAMPSON
LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

BOARD OF COUNTY COMMISSIONERS OF
JOHNSON COUNTY, KANSAS
ATTN ROGER L TARBUTTON -LEGAL DEPT
111 SOUTH CHERRY STREET, SUITE 3200
OLATHE, KS 66061

BOSWELL, LORI A.
2051 FAWN LN
BATAVIA, OH 45103

CARLTON, BONNIE
11918 FOX GLEN RD
CHARLOTTE, NC 28269

CRITCHFIELD, STEPHEN
10 WHITE TAIL LANE
BEDMINSTER, NJ 07921

CUMBERLAND CO TAX COLLECTOR
PO BOX 449
FAYETTEVILLE, NC 28302-0449

FRANCIS, DARLA M
1308 RICHARD RD
NORTH HUNTINGDON, PA 15642

GILMER COUNTY TAX COMMISISONER
ATTN REBECCA A MARSHALL
PO BOX 361
ELLIJAY, GA 30540

GUYTON, JAMES
220 PINE RIDGE LANE
MONTGOMERY, IL 60538

GWINNETT COUNTY TAX COMMISSIONER
DEPARTMENT OF PROPERTY TAX
ATTN: WILLIAM HARPER, CLAIM PROCESSOR
P.O. BOX 372
LAWRENCEVILLE, GA 30046-0372

HARRIS COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON
LLP
PO BOX 3064
HOUSTON, TX 77253-3064

HARRIS COUNTY, ET AL
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON
LLP
PO BOX 3064
HOUSTON, TX 77253-3064

HERMAN, COREY L.
73 GREEN FIELD ST
MANCHESTER, PA 17345

HOMIC, KATHLEEN KIMBERLY
801 ELDERSVILLE RD
BURGETTSTOWN, PA 15021

IKON OFFICE SOLUTIONS
ATTN BANKRUPTCY TEAM
ACCOUNTS RECEIVABLE CENTER
3920 ARKWRIGHT RD.- SUITE 400
MACON, GA 31210

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
100 W RANDOLPH ST #7-400
ATTN TONI PRICE-MAYS RTS3
CHICAGO, IL 60601

INTERTHINX, INC./SYSDOME, INC./
APPINTELLIGENCE INC
C/O INSURANCE SERVICES OFFICE, INC.
545 WASHINGTON BLVD
JERSEY CITY, NJ 07310-1686

KOHL, KRISTEN M.
32 AUDLEY CIRCLE
PLAINVIEW, NY 11803

LAROSA, VICTOR
12910 E SUMMIT DR
SCOTTSDALE, AZ 85259

MANATEE COUNTY
KEN BURTON JR CFC TAX COLLECTOR
PO BOX 25300
BRADENTON, FL 34206-5300

N.Y. STATE DEPT. OF TAXATION AND
FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by May 6, 2009 and sent to the following:

**NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

NUECES COUNTY
DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON
LLP
1949 S IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

ORANGE COUNTY TREASURER-TAX
COLLECTOR
ATTN RATNA D BUTANI, DEPUTY
P.O. BOX 1438
SANTA ANA, CA 92702

ROANOKE COUNTY TREASURER
F KEVIN HUTCHINS
PO BOX 21009
ROANOKE, VA 24018

STATE BOARD OF EQUALIZATION
ATTN AMY E EVERSON, AUTHORIZED REP
SPECIAL PROCEDURES SECTION, MIC:55
PO BOX 942879
SACRAMENTO, CA 94279-0055

TENNESSEE DEPARTMENT OF REVENUE
ATTN WILBUR E HOOKS
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

WOOD COUNTY SHERIFF
PO BOX 1985
PARKERSBURG, WV 26102

O'CALLAGHAN, DENISE
PO BOX 408
4 HIGHLAND AVE
PEAPACK, NJ 07977

PUMA, CHRISTIAN
50 CHEEMAUN TRAIL
RIDGE, NY 11961

RUTHERFORD COUNTY TRUSTEE
ATTN TEB BATEY
PO BOX 1316
MURFREESBORO, TN 37133-1316

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

VAN EYKEN, DIANNE
684 COUNTY LINE RD
AMITYVILLE, NY 11701

ORANGE COUNTY TREASURER-TAX
COLLECTOR
ATTN BANKRUPTCY UNIT
P.O. BOX 1438
SANTA ANA, CA 92703

RICHLAND COUNTY TREASURY
ATTN DAVID A ADAMS-RICHLAND,
TREASURER
POST OFFICE BOX 11947,
COLUMBIA, SC 29211

SCOTTO, ANTHONY
59 34 50TH AVE
WOODSIDE, NY 11377

TAKACS, JENNIFER
11 JOHNSON AVE
EAST MORICHES, NY 11940

VASQUEZ, ARACELI
11205 W ATLANTIC
BLVD K305
CORAL SPRINGS, FL 33071

Total Parties: 37