IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x

In re:                              :      Chapter 11

                                   :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :      Case No. 07-11047 (CSS)
a Delaware corporation, <u>et al.</u>,

                                   :      Jointly Administered

     Debtors.                      :

---------------------------------------------------------------------x

## <u>AFFIDAVIT OF MAILING</u>

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK   )

     ANGHARAD BOWDLER, being duly sworn, deposes and says:

     1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

     2.      On May 6, 2009, I caused to be served true and correct copies of the following:

     a)      A creditor specific Customized Exhibit to Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as <u>Exhibit A</u>, (the "Customized Creditor Specific Exhibit"),

     b)      "Notice of Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 6, 2009, to which was attached the "Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 6, 2009, [Docket No. 7347], (the "Thirty-Fifth Omnibus Objection"),

c)   "Notice of Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 6, 2009, to which was attached the "Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 6, 2009 [Docket No. 7347], (the "Thirty-Fifth Omnibus Objection Including All Exhibits"),

to be delivered as follows:

i.   the Customized Creditor Specific Exhibit and Thirty-Fifth Omnibus Objection, enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

ii.   the Thirty-Fifth Omnibus Objection Including All Exhibits, enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to the party listed on the annexed <u>Exhibit C.</u>

3.   All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
8th day of May, 2009

_____
Notary Public

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | **Case No. 07-11047 (CSS)** |
| HOLDINGS, INC., Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Response Deadline: May 29, 2009 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: June 5, 2009 at 10:00 a.m. (ET)** |
| AHM OB35 4/15/2009 (merge2.txnum2) 4000209669 EPIQ Use - 1 | ) | |

ANGELINA COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

## NOTICE OF DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION
## TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
## BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO:  ANGELINA COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

**Basis For Objection:**   No Liability Claim: Debtors' books and records show no liability on account of this claim

| Claim Number | Claim Amount |
|---|---|
| 10659 | $128.26 |

Claim to be Expunged

Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before May 29, 2009 at 4:00 p.m. (ET) (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JUNE 5, 2009 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 6, 2009
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by May 6, 2009 and sent to the following:

**NOTICE OF DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

ANGELINA COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON
LLP
PO BOX 3064
HOUSTON, TX 77253-3064

BAKER, LAYCE
7519 CEDAR DR,
CITRUS HEIGHTS, CA 95610

CDR OF SOUTHWEST FLORIDA LLC
ATTN CAROL J. D.- MGR. /MEMBER
950 TAMIAMI TRL UNIT 101
PT CHARLOTTE, FL 339533102

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER BOGGAN BLAIR & SAMPSON
LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

EMC CORPORATION
ATTN PHYLLIS A HAYES, RMS, AGENT
C/O RECEIVABLE MANAGEMENT SERVICES
(RMS)
PO BOX 5126
TIMONIUM, MD 21094

HARDIN COUNTY
ATTN RYAH A. ZERBY, ASST PROSECUTOR
1 COURTHOUSE SQ.
STE 230
KENTON, OH 43326

BAKER, LAYCE
6335 NACHEZ CT
CITRUS HEIGHTS, CA 95621-5219

BAKER, LAYCE PATRICIA
7519 CEDAR DRIVE
CITRUS HEIGHTS, CA 95610

COPPELL ISD
ELIZABETH WELLER
LINEBARGER BOGGAN BLAIR & SAMPSON
LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

DALLAS COUNTY - ELIZABETH WELLER
MICHAEL W. DEEDS, & LAURIE A. SPINDLER
LINEBARGER GOGGAN BLAIR & SAMPSON
LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

FULTON COUNTY TAX COMMISSIONER
141 PRYOR ST SUITE 1113
ATLANTA, GA 30303

HARRIS COUNTY, ET AL
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON
LLP
PO BOX 3064
HOUSTON, TX 77253-3064

BAKER, LAYCE
6335 NACHEZ CT
CITRUS HTS, CA 956215219

BEXAR COUNTY
DAVID G. AELVOET
LINEBARGER GOGGAN BLAIR & SAMPSON
LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

COPPELL ISD - ELIZABETH WELLER,
MICHAEL W. DEEDS, & LAURIE A. SPINDLER
LINEBARGER GOGGAN BLAIR & SAMPSON
LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

DENNIS, DENNIS J.
12 WILDFLOWER TRAIL
ROBBINSVILLE, NJ 08691

GOMEZ, ROLAND
12422 S HAROLD
PALOS HEIGHTS, IL 60463

HART, WILLIAM H.
6927 WORCESTER DR
SPRING, TX 77379

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by May 6, 2009 and sent to the following:

**NOTICE OF DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

HENN, MELANIE A
1082 HUMMINGBIRD CT
COLORADO SPRINGS, CO 80921

HERMAN, COREY L.
73 GREEN FIELD ST
MANCHESTER, PA 17345

HOPKINS, CARA B
23601 TORERO
CIRCLE
MISSION VIEJO, CA 92691

IMWOLD, DONALD J.
1109 LONGBROOK ROAD
LUTHERVILLE, MD 21093

INTERTHINX, INC. / SYSDOME, INC./
APPINTELLIGENCE INC / ISO, INC LAW DEPT
ATTN KENNETH E. THOMPSON, SECRETARY
545 WASHINGTON BLVD
JERSEY CITY, NJ 07310

JOHNSON, ALISA
7921 WOODCREEK LN
FORT WAYNE, IN 46815

LEE COUNTY TAX COLLECTOR
CATHERINE M. CURTIS
C/O LEGAL DEPARTMENT
PO BOX 850
FORT MYERS, FL 33902-0280

LONG ISLAND LIGHTING COMPANY DGA LIPA
ELISA M PUGLIESE, ESQ
175 E OLD COUNTRY RD
HICKSVILLE, NY 11801

LUKE, JENNIFER
190-18 CROCHERON
AVE
FLUSHING, NY 11358

MCINTOSH COUNTY
ATTN WANDA G NELSON, TAX
COMMISSIONER
MCINTOSH CO TAX OFC
PO BOX 571
DARIEN, GA 31305

MEADOR, SANDRA
1560 SPRINGFIELD DR
VINTON, VA 24179

MILLER, JAMES D.
6309 GLENWOOD RD.
OMAHA, NE 68132

NETWORK TELEPHONE CORPORATION
DBA CAVALIER TELEPHONE
C/O R LEE GRANT JR
2134 W LABURNUN AVE
RICHMOND, VA 23227

NEVADA DEPARTMENT OF TAXATION
ATTN BANKRUPTCY SECTION
555 E WASHINGTON AVE #1300
LAS VEGAS, NV 89101

NUECES COUNTY - ATTN:DIANE W. SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON
LLP
THE TERRACE II, 2700 VIA FORTUNA DR.
SUITE 400, PO BOX 17428
AUSTIN, TX 78760-7428

OHIO DEPARTMENT OF TAXATION
ATTORNEY GENERAL OF THE STATE OF OHIO
C/O REBECCA DAUM
OHIO DEPARTMENT OF TAXATION
150 E. GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215

OHIO DEPARTMENT OF TAXATION
ATTORNEY GENERAL, COLLECTION
ENFORCEMENT
150 E. GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215

OHIO DEPARTMENT OF TAXATION
REBECCA L DAUM
ATTORNEY-BANKRUPTCY DIVISION
OHIO DEPARTMENT OF TAXATION
PO BOX 530
COLUMBUS, OH 43216-0530

OHIO DEPARTMENT OF TAXATION
REBECCA L DAUM
ATTORNEY-BANKRUPTCY DIVISION
PO BOX 530
COLUMBUS, OH 43216-0530

OHIO DEPARTMENT OF TAXATION
STATE OF OHIO
30 EAST BROAD STREET
COLUMBUS, OH 43215

ORANGE COUNTY TREASURER-TAX
COLLECTOR
ATTN BANKRUPTCY UNIT
P.O. BOX 1438
SANTA ANA, CA 92702

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by May 6, 2009 and sent to the following:

**NOTICE OF DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

POLENZANI BENEFITS & INSURANCE
SERVICES,
INC. PROFIT SHARING TRUST DTD 1/01/00
POLENZANI, THOMAS A. & ELIZABETH, TTEES
2580 DEODAR CIRCLE
PASADENA, CA 91107

REINARD, KENNETH
PO BOX 2907
COOKEVILLE, TN 38502

ROCKPORT TOWN
ATTN ROBERT JOSEPHSON, TREASURER
P.O. BOX 150
ROCKPORT, MA 01966

SHORE, JEFFREY
2265 BOTANICA CIRCLE
WEST MELBOURNE, FL 32904

STATE OF NEW JERSEY
ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
RICHARD J HUGHES COMPLEX
PO BOX 106
TRENTON, NJ 08625-0106

STATE OF NEW JERSEY
MICHAEL READING, AUTHORIZED AGENT
DIVISION OF TAXATION-COMPLIANCE
ACTIVITY
PO BOX 245
TRENTON, NJ 08646

R.I. DIVISION OF TAXATION
ATTN DAVID M SULLIVAN
TAX ADMINISTRATOR
ONE CAPITOL HILL
PROVIDENCE, RI 02908

REMAX
ATTN: DENNIS FOX
3400 CALLOWAY DR. # 800
BAKERSFIELD, CA 93312

SAN DIEGO COUNTY TREASURER
ATTN: BANKRUPTCY DESK
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101

ST. TAMMANY PARISH COUNTY, LOUISIANA
ST. TAMMANY PARISH
TAX COLLECTOR
P O BOX 608
COVINGTON, LA 70434-0608

STATE OF NEW JERSEY
ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
RICHARD J HUGHES COMPLEX
PO BOX 106
Trenton, NJ 08625-0106

SUTTER COUNTY TAX COLLECTOR
ATTN JIM STEVENS
TREASURER TAX COLLECTOR
PO BOX 546
YUBA CITY, CA 95992

RASMUSSEN, JAN
58 CARSON
IRVINE, CA 92620

RICHMOND, DEBORAH
5063 HAVENSIDE DR
HILLIARD, OH 43026

SAN DIEGO COUNTY TREASURER
DAN MCALLISTER - TAX COLLECTOR
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY PO BOX 245
MICHAEL READING AUTHORIZED AGENT
TRENTON, NJ 08646

SWEARINGEN REALTY GROUP, LLC
ATTN GRANVILLE JENKINS
5950 BERKSHIRE LANE, # 700
DALLAS, TX 75225

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by May 6, 2009 and sent to the following:

**NOTICE OF DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Page 4 of 4

TARRANT COUNTY
ELIZABETH WELLER
LINEBARGER BOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

TARRANT COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

TENNESSEE DEPARTMENT OF REVENUE
ATTN WILBUR E HOOKS
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

TOMLINSON, SEAN
11914 WASHINGTON ST
PEMBROKE PNES, FL 330255750

TOWN OF POMFRET
PAMELA S. LEWERENZ, CCMC TAX COLLECTOR
PO BOX 286
POMFRET CENTER, CT 06259

TOWN OF POMFRET
TAX COLLECTOR
PO BOX 286
POMFRET CENTER, CT 06259

TULSA COUNTY TREASURER
J. DENNIS SEMLER
500 S DENVER
TULSA, OK 74103

WA STATE DEPT. OF LABOR & INDUSTRIES
ATTN PAULA ROMINES, REVENUE AGENT
BANKRUPTCY UNIT
PO BOX 4170
OLYMPIA, WA 98504-4170

Total Parties: 65

**EXHIBIT C**

AHM 35th Omni (5/6/09)

The New York State Department of
Taxation and Finance Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300