IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. No. 7369 |

### CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 7369

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Stipulation Between the Debtors and Zurich American Insurance Company and its Subsidiaries and Affiliates (the "Motion") has been received. The Court's docket which was last updated June 2, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than May 29, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
June 2, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Nathan Grow
        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Nathan Grow (No. 5014)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession