IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC., a DELAWARE CORPORATION, et al.**<br><br>**Debtors.** | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

**FEE EXAMINER'S REPORT REGARDING FOURTH MONTHLY APPLICATION OF KILPATRICK STOCKTON LLP (FORMERLY MULDOON MURPHY & AGUGGLA LLP) AS COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD OF DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008**

This is the report of M. Jacob Renick, CPA, CIRA, CFE, a Managing Director at Nachman-HaysBrownstein, Inc., acting in his capacity as fee examiner in the above-captioned bankruptcy proceedings, regarding the Fourth Monthly Application of Kilpatrick Stockton LLP (Formerly Muldoon Murphy & Aguggia LLP) as Counsel for the Debtors and Debtors-In-Possession for Allowance of Compensation and Reimbursement of Expenses for The Interim Period of December 1, 2008 through December 31, 2008 ("Application").

## BACKGROUND

1. Kilpatrick Stockton ("Kilpatrick") was retained as counsel to the Debtors. In its Application, Kilpatrick seeks the allowance of its fees of $2,131.50 and reimbursement of its expenses of $8.80 for its services for the interim period December 1, 2008 through December 31, 2008 ("Interim Period").

## DISCUSSION

2. In conducting my examination and in reaching the conclusions and recommendations contained herein, I and/or NachmanHaysBrownstein, Inc. ("NHB") reviewed in detail the Application in its entirety, including the time and expense entries included

therein for compliance with 11 U.S.C § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("U.S. Trustee Guidelines").

3. Based upon my examination, I have no issues or objections to the fees or expenses set forth in the Application.

## CONCLUSION

4. Therefore, I recommend approval of $2,131.50 in fees and $8.80 in expenses for Kilpatrick for the Interim Period.

Respectfully submitted,

June 1, 2009

*s/M. Jacob Renick*
M. Jacob Renick, CPA, CIRA, CFE
Fee Examiner
NachmanHaysBrownstein, Inc.
Olympic Tower
645 Fifth Avenue, 8th Floor
New York, NY  10022
(212) 848-0252
(212) 751-3512 (fax)
jrenick@nhbteam.com