**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------- x
In re:                                                                                : Chapter 11
                                                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                        :
                                                                                           : Jointly Administered
     Debtors.                                                                       :
                                                                                           : **Ref. Docket Nos. 3880, 4029, 5180, 5181**
                                                                                           : **and 6715**
---------------------------------------------------------------------- x

**NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS' SIXTH,**
**EIGHTH, TWELFTH, THIRTEENTH, AND TWENTY-SIXTH**
**OMNIBUS OBJECTIONS TO CLAIMS**

PLEASE TAKE NOTICE that that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby partially withdraw the *Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 3880] solely with respect to the following proofs of claim without prejudice to the Debtors' right to object again to these proofs of claim on any and all grounds:

| Claimant Name | Claim Number(s) |
|---|---|
| Karen Gravely-Robinson | 4031 |
| Hardin County | 5205 |
| Deborah Mills | 2743 |
| Souderton Area School District/ Upper Salford Township Tax Collector | 5868, 5869, 5870, 5917, 5918, 5919, 5921, 5922, 5923 |

PLEASE TAKE NOTICE that that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby partially withdraw the *Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 4029] solely with respect to the following proofs of claim without prejudice to the Debtors' right to object again to these proofs of claim on any and all grounds:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

| Claimant Name | Claim Number(s) |
|---|---|
| Souderton Area School District/ Upper Salford Township Tax Collector | 5900, 5901, 5902, 5903, 5904, 5905, 5906, 5907, 5908, 5910, 5912, 5913, 5914, 5915, 5916 |
| Spring-Ford Area School District Limerick Township Tax Collector | 1664, 1665, 1667, 1668, 1669, 1670, 1671, 1672, 1673, 1674, 1675, 1676, 1677, 1678, 1679, 1680, 1681, 1682, 1683, 1684, 1685, 1686, 1687, 1688, 1689, 1690 |

PLEASE TAKE NOTICE that that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby partially withdraw the *Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 5180] solely with respect to the following proofs of claim without prejudice to the Debtors' right to object again to these proofs of claim on any and all grounds:

| Claimant Name | Claim Number(s) |
|---|---|
| DialAmerica Marketing, Inc. | 1698 |

PLEASE TAKE NOTICE that that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby partially withdraw the *Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 5181] solely with respect to the following proofs of claim without prejudice to the Debtors' right to object again to these proofs of claim on any and all grounds:

| Claimant Name | Claim Number(s) |
|---|---|
| Mitchell Eininger | 646 |
| Thomas E. Adkins, Jr. | 1316 |
| Kevin Kerr | 1639 |
| Katherine Lalime | 2316 |
| Terri E. Crites | 3007 |
| Lonnie R. Watkins | 3475 |
| William P. Farnan | 3940 |
| Jon Lucas | 5237 |
| Thomas J. Guinta | 5538 |
| Joseph R. Spinelli, Jr. | 6085 |
| Charles P. Doyle | 7066 |
| Linda Larsen | 7333 |
| George T. Matthews | 7565 |
| Minda Boxer | 7990 |

PLEASE TAKE NOTICE that that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby partially withdraw the *Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 6715] solely with respect to the following proofs of claim without prejudice to the Debtors' right to object again to these proofs of claim on any and all grounds:

| Claimant Name | Claim Number(s) |
|---|---|
| Imperial County Tax Collector | 10518, 10519, 10520, 10521, 10522, 10523, 10524, 10525, 10526, 10527, 10528, 10529, 10530, 10531, 10532, 10533, 10534, 10535, 10536, 10537, 10538, 10539, 10540, 10541, 10542 |

Dated: June 2, 2009
    Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

    /s/ Nathan D. Grow
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman-Greecher (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession