IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                             :
                                                                :   Jointly Administered
        Debtors.                                                :
----------------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 5, 2009 AT 10:00 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.      Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1
        [D.I. 3474, 3/28/08]

        Response Deadline:    April 24, 2008 at 4:00 p.m.

        Responses Filed:      See Exhibit A, attached

        Related Document:

                a)      Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to
                        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                        Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

        Status: An Order has been entered that partially sustains the Objection.  With respect to
        the remainder of the relief requested and the remaining responses set forth on
        Exhibit A, this matter will be adjourned to July 2, 2009 at 10:00 a.m.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.      Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim
        Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

        Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors and the
                               Committee to September 8, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Limited Objection to Motion of AT&T Requesting Allowance
                        and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §
                        503(b) [D.I. 5602, 9/8/08]

                b)      Limited Joinder of Official Committee of Unsecured Creditors to Debtors'
                        Limited Objection to Motion of AT&T Requesting Allowance and
                        Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)
                        [D.I. 5617, 9/9/08]

        Status: This matter will be adjourned by agreement to a date and time to be determined.

3.      Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1
        [D.I. 3879, 4/28/08]

        Response Deadline:    May 20, 2008 at 4:00 p.m.

        Related Documents:

                a)      Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

        Responses Filed:       See Exhibit B, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit B, this matter will be adjourned to July 2, 2009 at 10:00 a.m.

4.      Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of
        the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I.
        3880, 4/28/08]

        Response Deadline:    May 20, 2008 at 4:00 p.m.

        Related Document:

                a)      Order Granting Debtors' Sixth Omnibus [D.I. 4289, 5/28/08]

        Responses Filed:       See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to July 2, 2009 at 10:00 a.m.

5.      Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

        a)      Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:      See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to July 2, 2009 at 10:00 a.m.

6.      Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

        a)      Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:      See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to July 2, 2009 at 10:00 a.m.

7.      Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

        a)      Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

Responses Filed:      See Exhibit F, attached

3

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned to July 2, 2009 at 10:00 a.m.

8.      Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

        a)      Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5169, 7/17/08]

Responses Filed:      See Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to July 2, 2009 at 10:00 a.m.

9.      Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

        a)      Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

        b)      Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

        c)      Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

Responses Filed:      See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned to July 2, 2009 at 10:00 a.m.

10.  Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 6217, 10/10/08]

Responses Filed:    Please see Exhibit I, attached

Status:  An Order has been entered that partially sustains the Objection.  This matter will be adjourned to July 2, 2009 at 10:00 a.m.

11.  Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

Responses Filed:  See Exhibit J, attached

Status: An Order has been entered that partially sustains the Objection.  This matter will be adjourned to July 2, 2009 at 10:00 a.m.

12.  Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

    a)    Notice of Submission of Claims [D.I. 6206, 10/10/08]

    b)    Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

       c)       Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

Responses Filed:      See Exhibit K, attached

Status: Orders have been entered that partially sustain the Objection.  The remainder of this matter will be adjourned to July 2, 2009 at 10:00 a.m.

13.      Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:    November 5, 2008 at 4:00 p.m.

Objections Filed:      None

Status: This matter will be adjourned by agreement to July 2, 2009 at 10:00 a.m.

14.      Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Responses Filed:      See Exhibit M, attached

Status: This matter will be adjourned to July 2, 2009 at 10:00 a.m.

15.      Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6620 11/21/08]

Responses Deadline:  December 15, 2008 at 4:00 p.m.

Related Document:

       a)       Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

Responses Filed:      See Exhibit N, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit N, this matter will be adjourned to July 2, 2009 at 10:00 a.m.

DB02:8224680.1      066585.1001

16.     Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

        a)     Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:       See Exhibit O, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit O, this matter will be adjourned to July 2, 2009 at 10:00 a.m.

17.     Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

        a)     Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:       See Exhibit P, attached

Status: An Order has been entered that partially sustains the Objection.  This matter will be adjourned to July 2, 2009 at 10:00 a.m.

18.     Debtors' Thirtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7083, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Responses Filed:       See Exhibit Q, attached.

Status: This matter will be adjourned to June 5, 2009 at 10:00 a.m.

19.     Bayview Loan Servicing, LLC's Motion for Relief from Stay [D.I. 7097, 3/13/09]

Objection Deadline:    March 30, 2009 at 4:00 p.m.

Objections Filed:

a)    Limited Objection of the Debtors [D.I. 7197, 3/30/09]

b)    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Limited Objection [D.I. 7201, 3/30/09]

Status: This matter will be adjourned by agreement to July 2, 2009 at 10:00 a.m.

20.    Motion of American Home Mortgage Corp. for an Order, Pursuant to Sections 105, 363, 365 and 1146(a) of the Bankruptcy Code, (i) Authorizing the Sale of the Property Free and Clear of Liens, Claims, Encumbrances and Other Interests; (ii) Approving the Terms of the Purchase Agreement; (iii) Authorizing the Assumption and Assignment of and Transfer of the Debtors' Interests in Certain Real Property Leases; (iv) Authorizing the Exemption of the Sale form Stamp and Similar Taxes; and (v) Granting Related Relief [D.I. 7335, 4/30/09], 5/6/09]

Objection Deadline:    May 29, 2009 at 4:00 p.m.

Objections Filed:

a)    Limited Objection by Park National Bank [D.I. 7460, 5/29/09]

b)    Exhibit A to Limited Objection by Park National Bank [D.I. 7468, 6/1/09]

Status: This matter will be adjourned by agreement to July 2, 2009 at 10:00 a.m.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

21.    Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Stipulation Between the Debtors and Zurich American Insurance Company and its Subsidiaries and Affiliates [D.I. 7369, 5/11/09]

Objection Deadline:    May 29, 2009 at 4:00 p.m.

Related Document:

a)    Certificate of No Objection [D.I. 7476, 6/2/09]

Responses Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is required.

**UNCONTESTED MATTERS GOING FORWARD**

22.    Interim Fee Requests, see attached Schedule 1

Objections Filed:

a)    Joint Objection of the Official Committee of Unsecured Creditors and the Debtors to the Applications of the Official Committee of Borrowers for Payment of Fees and Expenses of Their Legal Professionals in Excess of the Court Determined Cap [D.I. 7345, 5/5/09]

Status: This matter will be going forward as uncontested with respect to items F and H on Schedule 1. The Fee Examiner has requested certain clarifications of the remaining fee applications and, if resolved prior to the hearing, such applications will go forward on an uncontested basis.  To the extent these issues cannot be resolved prior to the hearing, such fee applications will be adjourned to July 2, 2009 at 10:00 a.m.  With respect to items K, L and M on Schedule 1 this matter is adjourned by agreement of the parties to August 11, 2009 at 10:30 a.m.

23.    Debtors' Thirty-Fourth Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7346, 5/6/09], 5/6/09]

Response Deadline:    May 29, 2009 at 4:00 p.m.

Responses Filed:    None

Status: This matter will be going forward.

**CONTESTED MATTERS GOING FORWARD**

24.    Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:    November 5, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

Responses Filed:    See Exhibit L, attached

Status: An Order has been entered that partially sustains the Objection.  This matter will be going forward with respect to the response of Residential Appraisal Service. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned to July 2, 2009 at 10:00 a.m.

25.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section
       502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
       1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

        a)    Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection
              to Claims [D.I. 7234, 4/6/09]

        b)    Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive)
              Objection to Claims [D.I. 7267, 4/13/09]

        c)    Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive)
              Objection to Claims [D.I. 7281, 4/15/09]

        d)    Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive)
              Objection to Claims [D.I. 7327, 4/18/09]

        e)    Fifth Order Regarding the Debtors' Thirty-First Omnibus (Substantive)
              Objection to Claims [D.I. 7407, 5/19/09]

        f)    Sixth Order Regarding the the Debtors' Thirty-First Omnibus
              (Substantive) Objection to Claims [D.I. 7392, 5/15/09]

Responses Filed:    See Exhibit R, attached.

Status: Orders have been entered that partially sustain the Objection.  This matter will be
        going forward with respect to the responses of Peter Lytwyn and the Virginia
        Housing Authority.  With respect to the remainder of the relief requested and the
        remaining responses set forth on Exhibit T, this matter will be adjourned to July 2,
        2009 at 10:00 a.m.

26.    Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section
       502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
       1 [D.I. 7280, 4/15/09]

Response Deadline:    May 8, 2009 at 4:00 p.m.

Related Documents:

        a)    Order Regarding the the Debtors' Thirty-Third Omnibus (Substantive)
              Objection to Claims [D.I. 7280, 4/15/09]

        b)    Order Regarding the the Debtors' Thirty-Third Omnibus (Substantive)
              Objection to Claims [D.I. 7399, 5/15/09]

Responses Filed:        See Exhibit S, attached

Status: Orders have been entered that partially sustain the Objection.  This matter will be
going forward with respect to the response of Eileen Lavan.  With respect to the
remainder of the relief requested and the remaining responses set forth on Exhibit
S, this matter will be adjourned to July 2, 2009 at 10:00 a.m.

27.     Debtors' Thirty-Fifth Omnibus Objection (Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local
Rule 3007-1 [D.I. 7347, 5/6/09], 5/6/09]

Response Deadline:   May 29, 2009 at 4:00 p.m.

Responses Filed:        See Exhibit T, attached

Status: This matter will be going forward.

Dated: Wilmington, Delaware                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
        June 3, 2009

                                               */s/ Nathan D. Grow*_____
                                               Pauline K. Morgan (No. 3650)
                                               Sean M. Beach (No. 4070)
                                               Margaret B. Whiteman (No. 4652)
                                               Nathan D. Grow (No. 5014)
                                               The Brandywine Building
                                               1000 West Street, 17th Floor
                                               Wilmington, Delaware 19801
                                               Telephone: (302) 571-6600
                                               Facsimile: (302) 571-1253

                                               *Counsel for Debtors and Debtors in Possession*

### Exhibit A, Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Judith Rigsby | 3753, 4/21/08 | Adjourned to July 2, 2009 at 10:00 a.m. |

### Exhibit B, Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Robert Sullivan | 4339, 6/2/08 | Adjourned to July 2, 2009 at 10:00 a.m. |

### Exhibit C, Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Christine Conklin | 3988, 5/9/08 | Adjourned to July 2, 2009 at 10:00 a.m. |

### Exhibit D, Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to July 2, 2009 at 10:00 a.m. |

### Exhibit E, Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Norman Loftis | 4360, 6/4/08 | Adjourned to July 2, 2009 at 10:00 a.m. |

### Exhibit F, Tenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Audrey Andrews | 4984, 7/7/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
| | Samuel A. Case | 5054, 7/9/08 | Adjourned to July 2, 2009 at 10:00 a.m. |

DB02:8224680.1                                                                                                    066585.1001

### Exhibit G, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Thomas Furey | 5056, 7/14/08 | Adjourned to July 2, 2009 at 10:00 a.m. |

### Exhibit H, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | FGIC | 5351, 8/11/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | David Holan |  | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Nomura Credit & Capital |  | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | GE Money Bank |  | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Calvin Kammeyer |  | Adjourned to July 2, 2009 at 10:00 a.m. |

DB02:8224680.1                                                                                                       066585.1001

**Exhibit I, Fifteenth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Joseph Dionisio | 5521, 8/21/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Ray Palen | 5522, 8/22/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Tammy Pederson | 5794, 9/8/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | I. Crain Houston | 5822, 9/11/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Beverly Creswell | 5815, 9/11/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | John Johnston | 5818, 9/11/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Michael Kalmonson | 5816, 9/11/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Office Max |  | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Michael Wheeler |  | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Judie McGaha |  | Adjourned to July 2, 2009 at 10:00 a.m. |

**Exhibit J, Seventeenth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Robert Sweeney | 6123, 9/26/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | American Express Travel Related Services |  | Adjourned to July 2, 2009 at 10:00 a.m. |

**Exhibit K, Nineteenth Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Eric Segall | 6230, 10/15/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
| | Jeffrey Harmon | 6231, 10/15/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
| | Paul Parotti | 6233, 10/15/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
| | Baron O'Brien | 6235, 10/15/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
| | American Express Travel Related Svc. Co. | | Adjourned to July 2, 2009 at 10:00 a.m. |

**Exhibit L, Twenty-First Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Robert Carleton, Michael Ostrowski and Victor Diamond | 6497, 11/5/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
| | Connie Zinter | 5499, 11/5/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
| | Trustees of Mall Road Trust | 6516, 11/6/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
| 1 | Residential Appraisal Service | 6532, 11/7/08 | Going forward |
| | Letort Mortgage Group Inc. | | Adjourned to July 2, 2009 at 10:00 a.m. |
| | Southern Horizon Financial Group, LLC | | Adjourned to July 2, 2009 at 10:00 a.m. |
| | Tracy Lussier | | Adjourned to July 2, 2009 at 10:00 a.m. |
| | Sun Life Assurance Company of Canada | | Adjourned to July 2, 2009 at 10:00 a.m. |

**Exhibit M, Twenty-Second Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned to July 2, 2009 at 10:00 a.m. |
| | Scott Jossart | | Adjourned to July 2, 2009 at 10:00 a.m. |

### Exhibit N, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector |  | Adjourned to July 2, 2009 at 10:00 a.m. |

### Exhibit O, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | City of New York, Dept. of Finance |  | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | DB Structured Products, Inc. |  | Adjourned to July 2, 2009 at 10:00 a.m. |

### Exhibit P, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | James Rucker | 6969, 2/10/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Credit Suisse |  | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Sharaine Hughes |  | Adjourned to July 2, 2009 at 10:00 a.m. |

### Exhibit Q, Thirtieth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Richard Barrett-Snyder | 7206, 3/31/09 | Resolved |

16

**Exhibit R, Thirty-First Omnibus Objection**

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
| 1 | Peter Lytwyn | 7123, 3/18/09 | Going forward |
|   | Norman Loftis | 7176, 3/30/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
|   | Champion & Associates | 7190, 3/30/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
|   | Oakland County Treasurer | 7191 and 7195, 3/30/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
|   | Adele Elder-Hill | 7194, 3/30/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
|   | Faith Camille Wilkinson | 7202, 3/31/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
|   | Randall Barwick | 7207, 3/31/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
|   | ILOG | | Resolved |
|   | Douglas Huston | | Adjourned to July 2, 2009 at 10:00 a.m. |
|   | David Michaud | | Adjourned to July 2, 2009 at 10:00 a.m. |
| 2 | Virginia Housing Authority | | Going forward |
|   | Voyager Indemnity Insurance Co. | | Adjourned to July 2, 2009 at 10:00 a.m. |
|   | Jerold Palmer | | Adjourned to July 2, 2009 at 10:00 a.m. |
|   | Brett Lotsoff | | Adjourned to July 2, 2009 at 10:00 a.m. |
|   | Joseph Bartoletta | | Adjourned to July 2, 2009 at 10:00 a.m. |
|   | Promotional Products Partners | | Adjourned to July 2, 2009 at 10:00 a.m. |

**Exhibit S, Thirty-Third Omnibus Objection**

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
| 1 | Eileen Lavan | 7340, 4/30/09 | Going forward |
|   | State of Hawaii | 7341, 4/30/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
|   | W2007 Seattle Office Bellefried | | Adjourned to July 2, 2009 at 10:00 a.m. |

DB02:8224680.1                                                                                                      066585.1001

**Exhibit T, Thirty-Fifth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | State of New Jersey, 7443 | 7443, 5/28/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Bexar County, 7447 | 7447, 5/28/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Tenn. Dept. of Revenue, 7461 | 7461, 5/29/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | EMC | 7466, 5/29/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
|  | Jennifer Luke | 7467, 5/29/09 | Adjourned to July 2, 2009 at 10:00 a.m. |
| 1 | Kenneth Reinard |  | Going forward |
|  | Lee County |  | Adjourned to July 2, 2009 at 10:00 a.m. |

DB02:8224680.1 066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
--
In re:                                                                          : Chapter 11
                                                                                :
                                                                                : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                           :
a Delaware corporation, et al.,                                                 : Jointly Administered
                                                                                :
        Debtors.                                                                :
---------------------------------------------------------------------- x
--

**Schedule 1**
**Index to Fee Applications**

A.   **Sixth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115; 3/17/09]**

   1.   Sixteenth Fee Application for the Period November 1, 2008 through November 31, 2008 [D.I. 6792, 12/30//08]

   2.   Certificate of No Objection [D.I. 6884, 1/22/09]

   3.   Seventeenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6939, 2/4/09]

   4.   Certificate of No Objection [D.I. 7069, 3/3/09]

   5.   Eighteenth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7091, 3/12/09]

   6.   Certificate of No Objection [D.I. 7228, 4/3/09]

B.   **Sixth Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115, 3/17/09]**

   1.   Fee Application for the Period November 1, 2008 through January 31, 2009 [D.I. 7113, 3/17/09]

   2.   Certificate of No Objection [D.I. 7298, 4/20/09]

C.      **Sixth Interim Fee Request of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115; 3/17/09]**

      1.      Fifteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6767, 12/22/08]

      2.      Certificate of No Objection [D.I. 6847, 1/14/09]

      3.      Sixteenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6919, 1/30/09]

      4.      Certificate of No Objection [D.I. 7106, 3/16/09]

      5.      Seventeenth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7092, 3/12/09]

      6.      Certificate of No Objection [D.I. 7311, 4/23/09]

D.      **Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period November 1, 208 through January 31, 209 [D.I. 7115, 3/17/09]**

      1.      Sixteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 7005, 2/13/09]

      2.      Certificate of No Objection [D.I. 7108, 3/16/09]

      3.      Seventeenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 7102, 3/13/09]

      4.      Certificate of No Objection [D.I. 7289, 4/17/09]

      5.      Eighteenth Monthly Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7103, 3/13/09]

      6.      Certificate of No Objection [D.I. 7290, 4/17/09]

DB02:8224680.1                                                                                                    066585.1001

E.    **Sixth Interim Fee Request of Milestone Advisors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115, 3/17/09]**

    1.    Sixteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6771, 12/23/08]

    2.    Certificate of No Objection [D.I. 6849. 1/15/09]

    3.    Seventeenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 7050, 2/24/09]

    4.    Certificate of No Objection [D.I. 7119, 3/18/09]

    5.    Eighteenth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7051, 2/24/09]

    6.    Certificate of No Objection [D.I. 7118, 3/18/09]

F.    **Sixth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115, 3/17/09]**

    1.    Fifteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6923, 2/2/09]

    2.    Certificate of No Objection [D.I. 7054, 2/25/09]

    3.    Sixteenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6924, 2/2/09]

    4.    Certificate of No Objection [D.I. 7055, 2/25/09]

G.    **Fourth Interim Fee Request of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors, for the Period November 1, 2008 through December 31, 2008 [D.I. 7115; 3/17/09]**

    1.    Eighth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6759, 12/19/08]

    2.    Certificate of No Objection [D.I. 6833, 1/12/09]

    3.    Ninth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 7048, 2/24/09]

    4.    Certificate of No Objection [D.I. 7121, 3/18/09]

H.   **Second Interim Fee Application of Kilpatrick Stockton LLP as Counsel for the Debtors and Debtors-In-Possession for Compensation and Reimbursement of Expenses for the Period November 1, 2008 through December 31, 2008 [D.I. 7115, 3/17/09]**

   1.   Third Fee Application for the Period November 1, 2008 through November 30, 2008

   2.   Certificate of No Objection [D.I. 6932, 2/4/09]

   3.   Fourth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6866, 1/20/09]

   4.   Certificate of No Objection [D.I. 6998, 2/12/09]

I.   **Second Interim Fee Application of Traxi, LLC as counsel of the Debtors for Compensation and Reimbursement of Expenses for the Period November 1, 2008 through January 31, 2009 [D.I. 7115, 3/17/09]**

   1.   Second Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6720, 12/16/08]

   2.   Certificate of No Objection [D.I. 6815, 1/7/09]

   3.   Third Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6865, 1/20/09]

   4.   Certificate of No Objection [D.I. 6997, 2/12/09]

   5.   Fourth Fee Application for January 1, 2009 through January 31, 2009 [D.I. 7049, 2/24/09]

   6.   Certificate of No Objection [D.I. 7120, 3/18/09]

J.   **Sixth Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period November 1, 2008 through January 31, 2009 [D.I. 7114; 3/17/09]**

   1.   Fourteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6887, 1/23/09]

   2.   Certificate of No Objection [D.I. 7044, 2/24/09]

   3.   Fifteenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6918, 1/30/09]

   4.   Certificate of No Objection [D.I. 7045, 2/24/09]

5.      Sixteenth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7046, 2/24/09

6.      Certificate of No Objection [D.I. 7149, 3/24/09]

**K.     First Interim Fee Application of Zuckerman Spaeder LLP, Counsel to the Borrowers' Committee, for Compensation and Reimbursement of Expenses for the Period October 22, 2008 thorugh March 31, 2008 [D.I. 7287, 4/17/09]**

**L.     First- Interim Fee Application of Gilbert Oshinsky LLP, Counsel to the Borrowers' Committee, for Compensation and Reimbursement of Expenses for the Period October 22, 2008 through February 28, 2009 [D.I. 7286; 4/17/09]**

1.      First Fee Application for the Period October 22, 2008 through October 31, 2008 [D.I. 7024, 2/17/09]

2.      Second Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 7025, 2/17/09]

3.      Third Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 7026, 2/17/09]

4.      Fourth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7027, 2/17/09]

5.      Fifth Fee Application for the Period February 1, 2009 through February 28, 2009 [D.I. 7235, 4/7/09]

**M.    First and Final Application of Margot Saunders for Allowance of Fees and Reimbursement of Expenses as Testifying Expert on Behalf of the Official Committee of Borrowers for the Period January 20, 2009 through February 28, 2009 [D.I. 7371, 5/11/09]**

DB02:8224680.1           066585.1001