IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC.,
a Delaware Corporation, et al.,

    Debtors.
---------------------------------------------------------------- x

Chapter 11

Case Number 07-11047 (CSS)

Jointly Administered.

## NOTICE OF WITHDRAWAL

    PLEASE TAKE NOTICE that Sprint Nextel Corporation and its affiliates d/b/a Sprint ("Sprint") requests to be removed from the service list in this case.

Dated: June 3, 2009

Respectfully submitted,

/s/ Kenneth M. Misken
Kenneth M. Misken
McGuireWoods LLP
1750 Tysons Blvd., Ste. 1800
McLean, VA 22102
Tel: 703.712.5481
Fax: 703.712.5287
kmisken@mcguirewoods.com

Counsel for Sprint Nextel Corporation and Nextel Partners, Inc.

\8090537.1