IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | Hearing Date: 06/05/09 @ 10:00 a.m. |
| Debtors. | ) | Objections Due: 05/29/09 @ 4:00 p.m. |
| | ) | |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 7371

The undersigned hereby certifies that he has received no objection or other response to the First and Final Application of Margot Saunders for Allowance of Fees and Reimbursement of Expenses as Testifying Expert on Behalf of the Official Committee of Borrowers for the Period of January 20, 2009 Through February 28, 2009 (D.I. No. 7371) dated May 11, 2009 (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no objection or other response to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be served no later than 4:00 p.m. on May 29, 2009.

Dated: Wilmington, Delaware
June 3, 2009

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
Virginia W. Guldi (ID No. 2792)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400

Counsel to Official Committee of Borrowers

2255794.1