IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **AMERICAN HOME MORTGAGE HOLDINGS, INC., a DELAWARE CORPORATION, et al.** <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br><br> Jointly Administered |

**FEE EXAMINER'S REPORT REGARDING FIFTEENTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2008 THROUGH NOVEMBER 24, 2008**

This is the report of M. Jacob Renick, CPA, CIRA, CFE, a Managing Director at NachmanHaysBrownstein, Inc., acting in his capacity as fee examiner in the above-captioned bankruptcy proceedings, regarding the Fifteenth Monthly Application of Weiner Brodsky Sidman Kider PC For Allowance of Compensation And Reimbursement Of Expenses for the Period of November 1, 2008 through November 24, 2008 ("Application").

## BACKGROUND

1.  Weiner Brodsky Sidman Kidder PC ("WBSK") was retained as counsel to the Debtors. In its Application, WBSK seeks the allowance of its fees of $3,937.00 and reimbursement of its expenses of $50.00 for its services for the interim period November 1, 2008 through November 24, 2008 ("Interim Period").

## DISCUSSION

2.  In conducting my examination and in reaching the conclusions and recommendations contained herein, I and/or NachmanHaysBrownstein, Inc. ("NHB") reviewed in detail the Application in its entirety, including the time and expense entries included therein for compliance with 11 U.S.C § 330, Local Rule 2016-2 of the Local Rules of the

United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("U.S. Trustee Guidelines").

3.   Based upon my examination, I have no issues or objections to the fees or expenses set forth in the Application.

## CONCLUSION

4.   Therefore, I recommend approval of $3,937.00 in fees and $50.00 in expenses for WBSK for the Interim Period.

Respectfully submitted,

June 2, 2009

*s/M. Jacob Renick*
M. Jacob Renick, CPA, CIRA, CFE
Fee Examiner

NachmanHaysBrownstein, Inc.
Olympic Tower
645 Fifth Avenue, 8th Floor
New York, NY  10022
(212) 848-0252
(212) 751-3512 (fax)
jrenick@nhbteam.com