IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
                                                                 :
       Debtors.                                                  :
                                                                 :   Re: 7463
---------------------------------------------------------------- x

## STIPULATED ORDER REGARDING SUBMISSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

In accordance with the Court's instructions at the conclusion of the evidentiary hearing on May 20, 2009, the above-captioned debtors and debtors in possession (the "Debtors") and Calyon New York Branch as Administrative Agent pursuant to the Repurchase Agreement ("Calyon") submit the following as their Stipulated Order Regarding Submission of Proposed Findings of Fact and Conclusions of Law:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

1. The Debtors and Calyon shall file with the Court and serve upon the other party their respective proposed Findings of Fact and Conclusions of Law under Certification of Counsel on June 26, 2009., at or before 5:00 p.m. (ET).

| | |
|---|---|
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Michael G. Busenkell<br>Michael G. Busenkell (DE No. 3933)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone: 302.252.4324<br>Facsimile: 302.252.4330 | /s/ Curtis J. Crowther<br>John T. Dorsey (No. 2988)<br>Curtis J. Crowther (No. 3238)<br>Michele Sherretta Budicak (No. 4651)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |
| -and- | *Counsel for Debtors and Debtors-in-Possession* |
| Benjamin C. Ackerly<br>Jason W. Harbour (DE No. 4176)<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 E. Byrd Street<br>Richmond, Virginia 23219-4074<br>Telephone: (804) 788-8200<br>Facsimile: (804) 788-8218 | |
| *Counsel to Calyon New York Branch* | |

SO ORDERED:

Dated: 6/4/09

_____
UNITED STATES BANKRUPTCY JUDGE