IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DELAWARE DISTRICT OF
WILMINGTON DIVISION

IN THE MATTER OF:

CASE NO. 07-11047-CSS-11
CHAPTER 11

AMERICAN HOME MORTGAGE HOLD.,
AMERICAN HOME MORTGAGE HOLD.,,

     Debtor(s).

## APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL

Comes now Creditor, Indiana Department of Revenue and substitutes the appearance of Brian D. Salwowski, Deputy Attorney General, for the appearance of Luke P. Hodgin, on behalf of Creditor, Indiana Department of Revenue in the above-entitled cause of action.

WHEREFORE,  Creditor requests that all further copies of pleadings, motions, orders and other papers required by the Federal Rules of Civil Procedure to be filed with this Court now be served upon substitute counsel Luke P. Hodgin, and for all other relief just and proper in the premises.

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Atty. No.  1958-98

By: /s/ Luke P. Hodgin
Luke P. Hodgin
 Deputy Attorney General
Atty. No. 27162-49

Office of Attorney General
Indiana Government Center South
302 West Washington Street, 5th Floor
Indianapolis, IN  46204-2794
Phone: 317-232-6356
FAX:  317-232-7979
Email:  Luke.Hodgin@atg.in.gov

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a copy of the foregoing pleading has been duly served upon all counsel of

record listed below, by ECF notification or by United States mail, first-class postage prepaid on the June

4, 2009.

U.S. Trustee
555 One Michiana Square Building
Suite 505
100 East Wayne Street
South Bend, IN  46601


Edward J. Kosmowski
Attorney for debtor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

American Home Mortgage Hold.,
538 Broadhollow Road
Melville, NY 11747

Indiana Department of Revenue
Bankruptcy Section
Room N-203
100 North Senate Avenue
Indianapolis, Indiana 46204

By: <u>/s/ Luke P. Hodgin</u>
Luke P. Hodgin
Deputy Attorney General
Atty. No. 27576-49

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone:  (317) 232-6356
Facsimile:  (317) 232-7979
Email:  Luke.Hodgin@atg.in.gov