UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al,.*<br><br>　　　　　　　　　　Debtors. | Chapter 11<br>Case No:  07-11047 (CSS)<br>Jointly Administered<br>**OBJECTION DEADLINE: June 25, 2009**<br>**HEARING DATE: July 2, 2009 @ 10:00 am**<br>Related D.I. No: 7355 |

## NOTICE OF MOTION

To:   DEBTOR, BANKRUPTCY TRUSTEE, COMMITTEE OF UNSECURED CREDITORS

　　　PLEASE TAKE NOTICE THAT Manish Kothary ("Movant"), filed his *Motion for an Order Relieving Movant from the Decision in This Court's Orders Dated October 24, 2008 and February 17, 2009 which Disallowed and Expunged Movant's Claim Nos. 8999 and 9051, Overrule the Objections and Allow the Claims as Filed* (the "Motion") on May 8, 2009 at D.I. No. 7355.

　　　PLEASE TAKE FURTHER NOTICE that any objection or other response to the Motion must be made in writing, filed with the Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware 19801 and served upon, so as to be received by the undersigned counsel on or before **JUNE 25, 2009**.

　　　**PLEASE TAKE FURTHER NOTICE THAT IF AN OBJECTION OR OTHER RESPONSE TO THE MOTION IS PROPERLY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, A HEARING ON THE MOTION MAY BE HELD BEFORE THE HONORABLE CHRISTOPHER S SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE BANKRUPTCY COURT, 5TH FLOOR, COURTROOM #6 ON JULY 2, 2009 AT 10:00 A.M. (EASTERN TIME).**

　　　PLEASE TAKE FURTHER NOTICE that if no objection or other response to the Motion is timely filed in accordance with the above procedure, the Bankruptcy Court may grant the relief sought in the Motion without further notice or hearing.

　　　　　　　　　　　　　　　　　　　　　ARCHER & GREINER, P.C.

　　　　　　　　　　　　　　　　　BY:   */s/ Charles J. Brown, III*
Dated:  June 4, 2009　　　　　　　　　Charles J. Brown, III (Bar No. 3368)
　　　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1370
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　Ph:  (302) 777-4350 / Fax:  (302) 777-4352
　　　　　　　　　　　　　　　　　　　　cbrown@archerlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel to Movants*

4150621v1