UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al*,.<br><br>Debtors. | Chapter 11<br>Case No: 07-11047 (CSS)<br>Jointly Administered<br><br>**Related D.I. No: 7355** |

## **ORDER**

After consideration of the *Motion of Manish Kothary for an Order Relieving Movant from the Decision in This Court's Orders Dated October 24, 2008 and February 17, 2009 which Disallowed and Expunged Movant's Claim Nos. 8999 and 9051, Overrule the Objections and Allow the Claims as Filed*, it is hereby ORDERED and DECREED that the Motion is GRANTED. Movant's claims' status shall listed on the claims register as "allowed".

Dated:_____

_____
HONORABLE CHRISTOPHER S. SONTCHI

4150621v1