**CERTIFICATE OF SERVICE**

       I hereby certify that on this date, I caused true and correct copies of the *Notice of Motion* and *Proposed Form of Order* to be served upon all parties requesting notice via CM/ECF and via regular mail upon the following:

Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE  19899-0391

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonnie Glantz Fatell, Esq.
David Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Dated:  June 4, 2009                                            */s/ Charles J. Brown, III*
                                                                                     Charles J. Brown, III (#3368)