**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **AMERICAN HOME MORTGAGE HOLDINGS, INC.**, a Delaware Corporation, et al.[1] | ) ) ) ) | **Case No. 07-11047** (CSS) |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |

**FINAL FEE EXAMINER FEE REPORT LETTER REGARDING THE 15th -17th MONTHLY APPLICATIONS OF ALLEN & OVERY LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL REGULATORY COUNSEL TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH JANUARY 31, 2009**

_____

On April 1, 2009, the court approved an administrative order appointing M. Jacob Renick as Fee Examiner ("Fee Examiner") and establishing procedures for the interim compensation and reimbursement of expenses of professionals pursuant to sections 331 and 105(a) of the Bankruptcy Code. As specifically detailed by the court, the fee applications subject to review by the Fee Examiner shall be limited solely to the extent of any fees and expenses not previously approved by the Bankruptcy Court on an interim basis after notice and a hearing ("Unreviewed Fees/Expenses").

The subject of this review is the 2nd monthly fee applications submitted by Allen & Overy, LLP (hereinafter referred to as either "AO" or "Applicant") requesting compensation of services and reimbursement of expenses incurred in their representation as Special Regulatory Counsel for the Debtors during the period November 1, 2008 through January 31, 2009. The Applicant is seeking allowance of a total $97,828.50 of fees and $98,947.55 of expenses.

During the course of his review and examination, the Fee Examiner has determined that several of the entries for Unreviewed Fees/Expenses detailed in the fee applications did not provide sufficient explanation and requested additional documentation to support these claims in accordance with the applicable standards of section 330 of the Bankruptcy Code, Local Rule 2016-2 and any other applicable law. The Fee Examiner also questioned certain entries that could be perceived as being clerical, excessive or duplicative of other professionals in the case.

Applicant provided a response via letter to the Fee Examiner on June 2, 2009. The Fee Examiner finds the Applicant satisfactorily addressed the issues raised in its letter to the Applicant dated May 29, 2009. The total fee amount questioned by the Fee Examiner in this letter amounts to $17,594.00 and the total expenses questioned amount to $94,707.79. The Fee Examiner finds that

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

2

the Applicant has provided a sufficient explanation to support the entries questioned by the Fee Examiner in its initial report.

Accordingly, the Fee Examiner recommends the Court's approval of the Applicant's request for the allowance of a total $97,828.50 of fees and $98,947.55 of expenses.

                                                        Respectfully submitted,

June 3, 2009                                       ***s/M. Jacob Renick***
                                                          M. Jacob Renick, CPA, CIRA, CFE
                                                          Fee Examiner