**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | |
| **HOLDINGS, INC., a Delaware** | ) | Case No. 07-11047 (CSS) |
| **Corporation, et al.**[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FINAL FEE EXAMINER FEE REPORT LETTER REGARDING THE SECOND MONTHLY APPLICATION OF TRAXI, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION DURING THE PERIOD NOVEMBER 1, 2008 THROUGH MARCH 31, 2009.**

---

On April 1, 2009, the court approved an administrative order appointing M. Jacob Renick as Fee Examiner ("Fee Examiner") and establishing procedures for the interim compensation and reimbursement of expenses of professionals pursuant to sections 331 and 105(a) of the Bankruptcy Code. As specifically detailed by the court, the fee applications subject to review by the Fee Examiner shall be limited solely to the extent of any fees and expenses not previously approved by the Bankruptcy Court on an interim basis after notice and a hearing ("Unreviewed Fees/Expenses").

The subject of this review is the 2nd thru 6th monthly fee applications submitted by Traxi, LLC (hereinafter referred to as either "Traxi" or "Applicant") requesting compensation of services and reimbursement of expenses incurred in its representation as Special Litigation Financial Advisor for the Debtors and Debtors in Possession during the period November 1, 2008 through March 31, 2009. The Applicant is seeking allowance of $161,033.00 of interim fees and $9,037.50 of expenses.

During the course of his review and examination, the Fee Examiner has determined that several of the entries for Unreviewed Fees/Expenses detailed in the fee applications did not provide sufficient explanation and requested additional documentation to support these claims in accordance with the applicable standards of section 330 of the Bankruptcy Code, Local Rule 2016-2 and any other applicable law. The Fee Examiner also questioned certain entries that could be perceived as being clerical, excessive or duplicative of other professionals in the case.

Applicant provided a response via letter and e-mail to the Fee Examiner on June 1, 2009 and June 2, 2009 and provided further clarification to the Fee Examiner and his staff via telephone conference on June 3, 2009. The Fee Examiner finds the Applicant satisfactorily addressed the issues

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

1

raised in its letter to the Applicant dated May 29, 2009. The total fee amount questioned by the Fee Examiner in that letter amounted to $39,042.50 and the total expenses questioned amount to $1,183.25. The Applicant, pursuant to our telephone conference on June 3, 2009, reviewed the issues raised by the Fee Examiner and agreed to reduce its fees by a total of $5,430.00 and its expenses by $340.91.

The adjusted time entries include:

| Time Entry Date | Professional | Hrs Adjusted | Amount | Comment |
|---|---|---|---|---|
| 11-3-08 | T.A. Korf | .4 | $180.00 | Applicant has acknowledged time discrepancy and corrected the entry accordingly. |
| Numerous; b/w 3/17 – 3/30/09 | T.A. Korf | 21 @$250 | $5,250.00 | Applicant has agreed to reduce its charges in response to the concern raised by the Fee Examiner. |

The adjusted expense entries include:

| Time Entry Date | Type | Description | Amount | Comment |
|---|---|---|---|---|
| 12/17/08 | Meals | Westin - Lounge | $90.00 | Applicant has agreed to reduce its charges in response to the concern raised by the Fee Examiner. |
| 2/2/09 | Meals | Blue Fire Grill | $192.00 | Applicant has agreed to reduce its charges in response to the concern raised by the Fee Examiner. |
| 2/3/09 | Meals | Refreshment Center | $9.42 | Applicant has agreed to reduce its charges in response to the concern raised by the Fee Examiner. |
| 3/9/09 | Supplies | Huntington Business Products | $49.49 | Applicant has agreed to reduce its charges in response to the concern raised by the Fee Examiner. |

The Fee Examiner finds that the Applicant has provided a sufficient explanation to support the remaining time entries questioned by the Fee Examiner in its initial report under the category of litigation and support services.

Under the category of "Preparation / Review of Reports", the Fee Examiner found that the Applicant has requested reimbursement of $16,310.00 for 36.4 hours expended on this matter. The Fee Examiner did not find any specific time entry that did not meet the standards of the Code and Local Guidelines. Nonetheless, the Fee Examiner noted that the total compensation for this task over the period 11/4 – 11/17/08 amounts to $14, 735.00 and questioned the total as appearing to be out of proportion to the value provided by this report to the Debtors' Estate. The Applicant has responded that the subject report was very extensive and included numerous references to a large amount of supporting documents. As such, the Applicant strongly believes that the fees charged for this matter are appropriate. The Fee Examiner accepts the Applicant's response in view of the fact that the Fee Examiner has no other basis with which to contest the Applicant's statement.

Accordingly, the Fee Examiner recommends the Court's approval of the Applicant's request for

the adjusted allowance of $155,603.00 of fees and $8,696.59 of expenses.

                                                  Respectfully submitted,

June 3, 2009                      ***s/M. Jacob Renick***
                                            M. Jacob Renick, CPA, CIRA, CFE
                                            Fee Examiner