**<u>EXHIBIT A</u>**

**Sixth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/08-11/24/08<br>2/2/09<br>6923 | 3,937.00 | 50.00 |
| 12/1/08-12/31/08<br>2/2/09<br>6924 | 6,217.50 | 190.64 |
| Totals | 10,154.50 | 240.64 |

**Sixth Interim Fee Request Of Allen & Overy, LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/08-11/30/08<br>12/22/08<br>6767 | 51,532.50 | 36,016.18 |
| 12/1/08-12/31/08<br>1/30/09<br>6919 | 23,954.00 | 61,209.45 |
| 1/1/09-1/31/09<br>3/12/09<br>7092 | 22,342.00 | 1,721.92 |
| Totals | 97,828.50 | 98,947.55 |

**Second Interim Fee Request of Kilpatrick Stockton LLP (formerly Muldoon Murphy & Aguggia LLP), Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/08-11/30/08 12/18/08 6754 | 1,914.00 | 57.45 |
| 12/1/08-12/31/08 1/20/09 6866 | 2,131.50 | 8.80 |
| Totals | 4,045.50 | 66.25 |

**Sixth Interim Fee Request of Milestone Advisors LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/08-11/30/08 12/23/08 6771 | 100,000.00 | 360.93 |
| 12/1/08-12/31/08 2/24/09 7050 | 100,000.00 | 195.88 |
| 1/1/08-1/31/09 2/24/09 7051 | 100,000.00 | 154.45 |
| Totals | 300,000.00 | 711.26 |