IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :   Jointly Administered
      Debtors.                                                      :
                                                                    :   **Ref. Docket Nos. 7084, 7123, 7234 and**
------------------------------------------------------------------- x   **7293**

### SEVENTH ORDER REGARDING THE DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-first omnibus (substantive) objection [Docket No. 7084] (the "Objection")[2] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered an order (the "First Order") [Docket No. 7234] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, (i) the proof of claim [POC No. 5320] ("Claim 5320") filed by ILOG, Inc.; (ii) the proof of claim [POC No. 7789] ("Claim 7789") filed by Peter Lytwyn ("Lytwyn"); (iii) the proof of claim [POC No. 9904] ("Claim 9904") filed by Virginia Housing Development Authority; (iv) the proof of claim [POC No. 9048] ("Claim 9048") filed by Jerrold Palmer ("Palmer"); and (v) the proof of claim [POC No. 2861] ("Claim 2861") filed by Brett Lotsoff ("Lotsoff"); and responses to the Objection having been filed by Lytwyn [Docket No. 7123] and Palmer and Lotsoff [Docket No.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

7293]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 9904 is hereby disallowed and expunged in full; and it is further

ORDERED that Claim 5320 is hereby reclassified as a general unsecured claim in the amount of $798,543.63; and it is further

ORDERED that the amount of Claim 7789 is hereby reduced to $3,840.18, general unsecured; and it is further

ORDERED that the amount of Claim 9048 is hereby reduced to $5,000, priority unsecured; and it is further

ORDERED that the amount of Claim 2861 is hereby reduced to $5,000, priority unsecured; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
June 5, 2009

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE