# EXHIBIT A

# Exhibit A
## Duplicative Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| HARRIS COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10491 | 9/2/08 | 07-11047 | - (S)<br>$1,630.70 (A)<br>- (P)<br>- (U)<br>$1,630.70 (T) | 10489 | 9/3/08 | 07-11047 | - (S)<br>$1,630.70 (A)<br>- (P)<br>- (U)<br>$1,630.70 (T) |
| HARRIS COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10492 | 9/2/08 | 07-11047 | $4,044.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,044.85 (T) | 10488 | 9/3/08 | 07-11047 | $4,044.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,044.85 (T) |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10637 | 12/5/08 | 07-11047 | - (S)<br>$1,556.57 (A)<br>- (P)<br>- (U)<br>$1,556.57 (T) | 10590 | 12/5/08 | 07-11047 | - (S)<br>$1,556.57 (A)<br>- (P)<br>- (U)<br>$1,556.57 (T) |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10674 | 2/12/09 | 07-11047 | - (S)<br>$4,812.29 (A)<br>- (P)<br>- (U)<br>$4,812.29 (T) | 10660 | 2/9/09 | 07-11047 | - (S)<br>$4,812.29 (A)<br>- (P)<br>- (U)<br>$4,812.29 (T) |
| HOMIC, KATHLEEN KIMBERLY<br>801 ELDERSVILLE RD<br>BURGETTSTOWN, PA 15021 | 9282 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$2,975.68 (P)<br>- (U)<br>$2,975.68 (T) | 825 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$2,975.68 (P)<br>- (U)<br>$2,975.68 (T) |
| **Totals:** | **5 Claims** | | | $4,044.85 (S)<br>$7,999.56 (A)<br>$2,975.68 (P)<br>- (U)<br>$15,020.09 (T) | | | | $4,044.85 (S)<br>$7,999.56 (A)<br>$2,975.68 (P)<br>- (U)<br>$15,020.09 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 10460 | 8/18/08 | 07-11047 | - (S)<br>$1,193.61 (A)<br>- (P)<br>- (U)<br>$1,193.61 (T) | 10657 | 1/21/09 | 07-11047 | - (S)<br>$2,443.18 (A)<br>- (P)<br>- (U)<br>$2,443.18 (T) |
| GILMER COUNTY TAX COMMISISONER<br>ATTN REBECCA A MARSHALL<br>PO BOX 561<br>ELLIJAY, GA 30540 | 3530 | 11/26/07 | 07-11047 | - (S)<br>- (A)<br>$312.36 (P)<br>- (U)<br>$312.36 (T) | 10680 | 3/6/09 | 07-11047 | - (S)<br>- (A)<br>$534.36 (P)<br>- (U)<br>$534.36 (T) |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 33 | 8/21/07 | 07-11047 | $4,823.06 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,823.06 (T) | 10029 | 2/27/08 | 07-11047 | $4,044.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,044.85 (T) |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10029 | 2/27/08 | 07-11047 | $4,044.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,044.85 (T) | 10488 | 9/3/08 | 07-11047 | $4,044.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,044.85 (T) |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10489 | 9/3/08 | 07-11047 | - (S)<br>$1,630.70 (A)<br>- (P)<br>- (U)<br>$1,630.70 (T) | 10590 | 12/5/08 | 07-11047 | - (S)<br>$1,556.57 (A)<br>- (P)<br>- (U)<br>$1,556.57 (T) |
| HERMAN, COREY L<br>73 GREEN FIELD ST<br>MANCHESTER, PA 17345 | 778 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$2,483.70 (P)<br>- (U)<br>$2,483.70 (T) | 779 | 9/14/07 | No Case | - (S)<br>- (A)<br>$2,483.70 (P)<br>- (U)<br>$2,483.70 (T) |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>ATTN TONI PRICE-MAYS RTS3<br>CHICAGO, IL 60601 | 9834 | 1/22/08 | 07-11051 | $115.50 (S)<br>- (A)<br>- (P)<br>- (U)<br>$115.50 (T) | 10259 | 4/21/08 | 07-11051 | $146.69 (S)<br>- (A)<br>- (P)<br>- (U)<br>$146.69 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| INTERTHINX, INC./SYSDOME, INC./ APPINTELLIGENCE INC C/O INSURANCE SERVICES OFFICE, INC. 545 WASHINGTON BLVD JERSEY CITY, NJ 07310-1686 | 2259 | 11/15/07 | 07-11047 | -(S) -(A) -(P) $432.80 (U) $432.80 (T) | 2886 | 11/15/07 | 07-11051 | -(S) -(A) -(P) $41,833.51 (U) $41,833.51 (T) |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 9842 | 1/25/08 | 07-11051 | -(S) -(A) $865,967.24 (P) $250.00 (U) $866,217.24 (T) | 10693 | 3/23/09 | 07-11051 | -(S) -(A) $860,238.85 (P) $3,193.35 (U) $863,432.20 (T) |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10046 | 3/7/08 | 07-11047 | -(S) -(A) $4,297,874.00 (P) -(U) $4,297,874.00 (T) | 10696 | 2/26/09 | 07-11047 | -(S) -(A) $4,297,874.00 (P) $2,090.48 (U) $4,299,964.48 (T) |
| NUECES COUNTY DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP 1949 S IH 35 (78741) PO BOX 17428 AUSTIN, TX 78760-7428 | 10457 | 8/15/08 | 07-11047 | -(S) $655.33 (A) -(P) -(U) $655.33 (T) | 10649 | 1/26/09 | 07-11047 | -(S) $1,321.16 (A) -(P) -(U) $1,321.16 (T) |
| ORANGE COUNTY TREASURER-TAX COLLECTOR ATTN RATNA D BUTANI, DEPUTY P.O. BOX 1438 SANTA ANA, CA 92702 | 8413 | 1/10/08 | 07-11051 | $120,139.34 (S) -(A) $3,087.67 (P) -(U) $123,227.01 (T) | 10598 | 12/19/08 | 07-11051 | $13,682.34 (S) -(A) $1,557.91 (P) -(U) $15,240.25 (T) |
| ORANGE COUNTY TREASURER-TAX COLLECTOR ATTN BANKRUPTCY UNIT P.O. BOX 1438 SANTA ANA, CA 92703 | 10596 | 12/19/08 | 07-11051 | $13,682.34 (S) -(A) $1,557.91 (P) -(U) $15,240.25 (T) | 10601 | 12/19/08 | 07-11051 | $11,428.29 (S) -(A) $1,557.91 (P) -(U) $12,986.20 (T) |
| PUMA, CHRISTIAN 50 CHEEMAULN TRAIL RIDGE, NY 11961 | 1166 | 9/24/07 | 07-11051 | -(S) -(A) $2,500.00 (P) -(U) $2,500.00 (T) | 3732 | 11/29/07 | 07-11051 | -(S) -(A) -(P) $2,708.33 (U) $2,708.33 (T) |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 10416 | 6/10/08 | 07-11048 | -(S) $3,335.44 (A) -(P) -(U) $3,335.44 (T) | 10653 | 1/29/09 | 07-11048 | -(S) $3,554.62 (A) -(P) -(U) $3,554.62 (T) |
| TENNESSEE DEPARTMENT OF REVENUE ATTN WILBUR E HOOKS C/O ATTORNEY GENERAL PO BOX 20207 NASHVILLE, TN 37202-0207 | 7023 | 1/4/08 | 07-11048 | -(S) -(A) $9,670.05 (P) $377.40 (U) $9,947.45 (T) | 10599 | 12/19/08 | 07-11048 | -(S) -(A) $734.51 (P) $377.40 (U) $1,111.91 (T) |

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 7024 | 1/4/08 | 07-11048 | - (S)<br>$5,957.91 (A)<br>- (P)<br>- (U)<br>$5,957.91 (T) | 10600 | 12/19/08 | 07-11048 | - (S)<br>$5,628.75 (A)<br>- (P)<br>- (U)<br>$5,628.75 (T) |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 7025 | 1/4/08 | 07-11049 | - (S)<br>- (A)<br>$296.48 (P)<br>- (U)<br>$296.48 (T) | 10597 | 12/19/08 | 07-11049 | Unspecified* |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 7026 | 1/4/08 | 07-11049 | - (S)<br>$199.92 (A)<br>- (P)<br>- (U)<br>$199.92 (T) | 10598 | 12/19/08 | 07-11049 | Unspecified* |
| Totals: | 19 Claims | | | $142,689.59 (S)<br>$13,522.21 (A)<br>$5,173,849.41 (P)<br>$827.40 (U)<br>$5,330,488.61 (T) | | | | $33,200.33 (S)<br>$16,650.97 (A)<br>$5,164,981.24 (P)<br>$50,203.07 (U)<br>$5,264,035.61 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Exhibit C**

**Wrong Debtor Claims**

| | | Objectionable Claims | | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY, KANSAS ATTN ROGER L TARBUTTON –LEGAL DEPT 111 SOUTH CHERRY STREET, SUITE 3200 OLATHE, KS 66061 | 2874 | 11/20/07 | 07-11047 | - (S) - (A) $2,506.27 (P) - (U) $2,506.27 (T) | 07-11051 |
| CUMBERLAND CO TAX COLLECTOR PO BOX 449 FAYETTEVILLE, NC 28302-0449 | 6006 | 12/7/07 | 07-11047 | - (S) - (A) $87.32 (P) - (U) $87.32 (T) | 07-11051 |
| GWINNETT COUNTY TAX COMMISSIONER DEPARTMENT OF PROPERTY TAX ATTN: WILLIAM HARPER, CLAIM PROCESSOR P.O. BOX 372 LAWRENCEVILLE, GA 30046-0372 | 9868 | 2/1/08 | No Case | - (S) - (A) $392.66 (P) - (U) $392.66 (T) | 07-11051 |
| IKON OFFICE SOLUTIONS ATTN BANKRUPTCY TEAM ACCOUNTS RECEIVABLE CENTER 3920 ARKWRIGHT RD. - SUITE 400 MACON, GA 31210 | 9653 | 1/15/08 | 07-11047 | - (S) $1,268.90 (A) - (P) - (U) $1,268.90 (T) | 07-11051 |
| MANATEE COUNTY KEN BURTON JR CFC TAX COLLECTOR PO BOX 25300 BRADENTON, FL 34206-5300 | 29 | 8/21/07 | 07-11047 | $3,865.96 (S) - (A) - (P) - (U) $3,865.96 (T) | 07-11051 |
| RICHLAND COUNTY TREASURY ATTN DAVID A ADAMS-RICHLAND, TREASURER POST OFFICE BOX 11947, COLUMBIA, SC 29211 | 9677 | 1/16/08 | 07-11047 | - (S) - (A) $834.86 (P) - (U) $834.86 (T) | 07-11051 |
| ROANOKE COUNTY TREASURER F KEVIN HUTCHINS PO BOX 21009 ROANOKE, VA 24018 | 167 | 8/28/07 | 07-11047 | - (S) - (A) $948.07 (P) - (U) $948.07 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claims Case Number | | New Case Number Case Number |
|---|---|---|---|---|---|
| RUTHERFORD COUNTY TRUSTEE ATTN TEB BATEY PO BOX 1316 MURFREESBORO, TN 37133-1316 | 1850 | 10/29/07 | 07-11047 | - (S) - (A) $266.00 (P) - (U) $266.00 (T) | 07-11051 |
| STATE BOARD OF EQUALIZATION ATTN AMY E EVERSON, AUTHORIZED REP SPECIAL PROCEDURES SECTION, MIC:55 PO BOX 942879 SACRAMENTO, CA 94279-0055 | 9591 | 1/14/08 | 07-11047 | - (S) - (A) $2,603.00 (P) - (U) $2,603.00 (T) | 07-11051 |
| WOOD COUNTY SHERIFF PO BOX 1985 PARKERSBURG, WV 26102 | 166 | 8/28/07 | 07-11047 | - (S) - (A) $115.08 (P) - (U) $115.08 (T) | 07-11051 |
| Totals: | 10 Claims | | | $3,865.96 (S) $1,286.90 (A) $7,753.26 (P) - (U) $12,906.12 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Exhibit D**
**No Documentation Claims**

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| BOSWELL, LORI A.<br>2051 FAWN LN<br>BATAVIA, OH 45103 | 1286 | 9/27/07 | No Case | Unspecified* |
| CARLTON, BONNIE<br>11918 FOX GLEN RD<br>CHARLOTTE, NC 28269 | 9340 | 1/14/08 | 07-11051 | Unspecified* |
| CRITCHFIELD, STEPHEN<br>10 WHITE TAIL LANE<br>BEDMINSTER, NJ 07921 | 5638 | 12/18/07 | 07-11051 | Unspecified* |
| GUYTON, JAMES<br>220 PINE RIDGE LANE<br>MONTGOMERY, IL 60538 | 10211 | 4/14/08 | 07-11051 | Unspecified* |
| KOHL, KRISTEN M.<br>32 AUDLEY CIRCLE<br>PLAINVIEW, NY 11803 | 9854 | 1/30/08 | No Case | - (S)<br>- (A)<br>$730.77 (P)<br>- (U)<br>$730.77 (T) |
| LAROSA, VICTOR<br>12910 E SUMMIT DR<br>SCOTTSDALE, AZ 85259 | 9808 | 1/28/08 | 07-11050 | - (S)<br>- (A)<br>$1,031.00 (P)<br>- (U)<br>$1,031.00 (T) |
| O'CALLAGHAN, DENISE<br>PO BOX 408<br>4 HIGHLAND AVE<br>PEAPACK, NJ 07977 | 1037 | 9/19/07 | 07-11051 | Unspecified* |
| TAKACS, JENNIFER<br>11 JOHNSON AVE<br>EAST MORICHES, NY 11940 | 8694 | 1/11/08 | 07-11051 | Unspecified* |
| VAN EYKEN, DIANNE<br>684 COUNTY LINE RD<br>AMITYVILLE, NY 11701 | 6258 | 12/24/07 | 07-11051 | Unspecified* |
| VASQUEZ, ARACELI<br>11205 W ATLANTIC<br>BLVD K305<br>CORAL SPRINGS, FL 33071 | 2817 | 11/20/07 | 07-11051 | Unspecified* |

——————— Objectionable Claims ———————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| Totals: | 10 Claims | | | - (S) |
| | | | | - (A) |
| | | | | $1,761.77 (P) |
| | | | | - (U) |
| | | | | $1,761.77 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

**Exhibit E**

**Satisfied Claims**

| | | | | | |
|---|---|---|---|---|---|
| | | | — Objectionable Claims — | | |
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| FRANCIS, DARLA M<br>1308 RICHARD RD<br>NORTH HUNTINGDON, PA 15642 | 2800 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,952.05 (P)<br>- (U)<br>$2,952.05 (T) | Per Debtors' books and records, unused vacation was paid on 9/10/07. |
| SCOTTO, ANTHONY<br>59 34 50TH AVE<br>WOODSIDE, NY 11377 | 7016 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$3,417.76 (P)<br>- (U)<br>$3,417.76 (T) | Employee was paid regular pay, transition pay and remaining vacation on 8/7/07 |

**Totals:**          2 Claims

- (S)
- (A)
$6,369.81 (P)
- (U)
$6,369.81 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.