# EXHIBIT A

# Exhibit A
## No Liability Claims

| | | | | Objectionable Claims | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 32 | 8/21/07 | 07-11047 | $1,628.31 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,628.31 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10513 | 9/12/08 | 07-11047 | $1,619.21 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,619.21 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10514 | 9/12/08 | 07-11047 | - (S)<br>$62.16 (A)<br>- (P)<br>- (U)<br>$62.16 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10592 | 12/11/08 | 07-11047 | - (S)<br>$64.13 (A)<br>- (P)<br>- (U)<br>$64.13 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10593 | 12/9/08 | 07-11047 | - (S)<br>$64.13 (A)<br>- (P)<br>- (U)<br>$64.13 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10659 | 2/9/09 | 07-11047 | - (S)<br>$128.26 (A)<br>- (P)<br>- (U)<br>$128.26 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10673 | 2/12/09 | 07-11047 | - (S)<br>$128.26 (A)<br>- (P)<br>- (U)<br>$128.26 (T) | Unable to determine basis for claim. Claim for taxes related to a property located at at 60 N. May Ave, Oklahoma City. Debtors cannot locate a loan or a branch in their records related to this property. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 1794 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$4,419.00 (U)<br>$7,097.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>6335 NACHEZ CT<br>CITRUS HTS, CA 956215219 | 9253 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$4,419.00 (U)<br>$7,097.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 10314 | 4/29/08 | 07-11051 | - (S)<br>- (A)<br>$2,678.00 (P)<br>- (U)<br>$2,678.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 10661 | 2/10/09 | 07-11047 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$4,419.00 (U)<br>$7,097.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>6335 NACHEZ CT<br>CITRUS HEIGHTS, CA 95621-5219 | 10662 | 2/10/09 | 07-11047 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$4,419.00 (U)<br>$7,097.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 10663 | 2/10/09 | 07-11047 | - (S)<br>- (A)<br>$2,678.00 (P)<br>- (U)<br>$2,678.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 10664 | 2/10/09 | 07-11051 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$4,419.00 (U)<br>$7,097.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 10665 | 2/10/09 | 07-11047 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$4,419.00 (U)<br>$7,097.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | 10666 | 2/10/09 | 07-11051 | - (S)<br>- (A)<br>$2,678.00 (P)<br>- (U)<br>$2,678.00 (T) | Claim is duplicative of claim 9264.  The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time.  Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BAKER, LAYCE PATRICIA<br>7519 CEDAR DRIVE<br>CITRUS HEIGHTS, CA 95610 | 10667 | 2/10/09 | 07-11047 | - (S)<br>- (A)<br>$2,678.00 (P)<br>$2,678.00 (U)<br>$2,678.00 (T) | Claim is duplicative of claim 9264. The Debtors agree that claimant is entitled to an unsecured priority claim of $2678 for unused vacation time. Claimant is not entitled to pay out of unused sick / personal time per the Debtors' general policy. |
| HARDIN COUNTY<br>ATTN RYAH A. ZERBY, ASST PROSECUTOR<br>1 COURTHOUSE SQ.<br>STE 230<br>KENTON, OH 43326 | 5205 | 12/10/07 | No Case | Unspecified* | Claim states that no amounts are owing. |
| INTERTHINX, INC. / SYSDOME, INC./<br>APPINTELLIGENCE INC / ISO, INC LAW DEPT<br>ATTN KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | 2886 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$41,833.51 (U)<br>$41,833.51 (T) | Claimed amount is also included in claim 2259. Claim is duplicative. |
| MCINTOSH COUNTY<br>ATTN WANDA G NELSON, TAX COMMISSIONER<br>MCINTOSH CO TAX OFC<br>PO BOX 571<br>DARIEN, GA 31305 | 2723 | 11/19/07 | No Case | - (S)<br>$6,304.94 (A)<br>- (P)<br>- (U)<br>$6,304.94 (T) | Claim for property taxes that are the responsibility of the borrower. Taxes were not escrowed. The Debtors no longer have an interest in the property as it was sold to Bank of America. |
| MILLER, JAMES D.<br>6309 GLENWOOD RD.<br>OMAHA, NE 68132 | 3253 | 11/26/07 | 07-11047 | Unspecified* | Claimant filed duplicative claims, similar to 9264 which has already been Accepted at $2678.08 to match the Debtor's books and records for vacation pay owed. |
| NEVADA DEPARTMENT OF TAXATION<br>ATTN BANKRUPTCY SECTION<br>555 E WASHINGTON AVE #1300<br>LAS VEGAS, NV 89101 | 10370 | 4/23/08 | 07-11051 | - (S)<br>$24,276.23 (A)<br>$1,665.79 (U)<br>$25,942.02 (T) | Debtors' books and records indicate no taxes are due per filed tax returns |
| OHIO DEPARTMENT OF TAXATION<br>ATTORNEY GENERAL, COLLECTION ENFORCEMENT<br>150 E. GAY STREET, 21ST FLOOR<br>COLUMBUS, OH 43215 | 1527 | 10/5/07 | 07-11050 | - (S)<br>- (A)<br>$3,309.02 (P)<br>- (U)<br>$3,309.02 (T) | Debtors' books and records indicate no taxes are due per filed tax returns |
| R.I. DIVISION OF TAXATION<br>ATTN DAVID M SULLIVAN<br>TAX ADMINISTRATOR<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | 583 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$2,750.00 (P)<br>- (U)<br>$2,750.00 (T) | Debtors' books and records indicate no taxes are due per filed tax returns |
| ROCKPORT TOWN<br>ATTN ROBERT JOSEPHSON, TREASURER<br>P.O. BOX 150<br>ROCKPORT, MA 01966 | 5171 | 12/10/07 | No Case | - (S)<br>- (A)<br>$7,331.04 (P)<br>- (U)<br>$7,331.04 (T) | Claim related to loan that the Debtors cannot find in their records. Upon information and belief, the lender is Granite Savings Loan Center which is not affiliated with any Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SAN DIEGO COUNTY TREASURER DAN MCALLISTER - TAX COLLECTOR 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO, CA 92101 | 10679 | 2/20/09 | 07-11047 | - (S) $235,289.85 (A) - (P) - (U) $235,289.85 (T) | Claim for property taxes for the years 2006-09. The Debtors were not responsible for taxes for 2006 or 2007 because the borrower chose not to pay taxes through escrow and was responsible for the taxes directly. The Debtors had no interest in the propert |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 10419 | 6/17/08 | 07-11049 | - (S) $1,748.54 (A) - (P) - (U) $1,748.54 (T) | Debtors' books and records indicate no taxes are due per filed tax returns |
| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 MICHAEL READING AUTHORIZED AGENT TRENTON, NJ 08646 | 9831 | 1/16/08 | 07-11051 | - (S) - (A) $1,494,298.91 (P) - (U) $1,494,298.91 (T) | Debtors and claimant agree that the appropriate amount of the claim is $149,826.31. |
| TOWN OF POMFRET PAMELA S. LEWERENZ, CCMC TAX COLLECTOR PO BOX 286 POMFRET CENTER, CT 06259 | 10602 | 12/22/08 | 07-11047 | Unspecified* | Taxes have been paid as evidenced by the supporting documentation provided by claimant. |
| TOWN OF POMFRET TAX COLLECTOR PO BOX 286 POMFRET CENTER, CT 06259 | 10694 | 3/23/09 | 07-11047 | Unspecified* | Taxes have been paid as evidenced by the supporting documentation provided by claimant. |
| **Totals:** | | **30 Claims** | | $3,247.52 (S) $237,486.33 (A) $1,565,050.14 (P) $72,691.30 (U) $1,875,796.29 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B
## Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| GOMEZ, ROLAND<br>12422 S HAROLD<br>PALOS HEIGHTS, IL 60463 | 5332 | 12/12/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$47,921.00 (U)<br>$58,871.00 (T) | - (S)<br>- (A)<br>$7,049.71 (P)<br>$26,690.00 (U)<br>$33,739.71 (T) | Modified to match Debtors' books and records for commission and override bonus on funded loans only. Claimant not entitled to annual bonus, because, per the claimant's employment contract, claimant had to be employed on scheduled payment date in order to receive payment. |
| HOPKINS, CARA B<br>23601 TORERO<br>CIRCLE<br>MISSION VIEJO, CA 92691 | 3074 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$2,948.08 (P)<br>- (U)<br>$2,948.08 (T) | - (S)<br>- (A)<br>$1,023.08 (P)<br>- (U)<br>$1,023.08 (T) | Modified to match Debtors' books and records for vacation pay. |
| JOHNSON, ALISA<br>7921 WOODCREEK LN<br>FORT WAYNE, IN 46815 | 7216 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$1,184.83 (P)<br>- (U)<br>$1,184.83 (T) | - (S)<br>- (A)<br>$807.84 (P)<br>- (U)<br>$807.84 (T) | Modified to match Debtors' books and records for vacation pay. Claimant is not entitled to sick / personal pay per company policy. |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | 10601 | 12/19/08 | 07-11051 | $11,428.29 (S)<br>- (A)<br>$1,557.91 (P)<br>- (U)<br>$12,986.20 (T) | $5,594.89 (S)<br>- (A)<br>$1,557.91 (P)<br>- (U)<br>$7,152.80 (T) | Modified secured to match Debtors' books and records for outstanding real estate taxes. The others have been paid and verified on the county tax collector's website. |
| RASMUSSEN, JAN<br>58 CARSON<br>IRVINE, CA 92620 | 1805 | 10/30/07 | 07-11051 | - (S)<br>- (A)<br>$2,398.94 (P)<br>- (U)<br>$2,398.94 (T) | - (S)<br>- (A)<br>$2,390.28 (P)<br>- (U)<br>$2,390.28 (T) | Modified to match Debtors' books and records for vacation and sick/personal pay. |
| ST. TAMMANY PARISH COUNTY, LOUISIANA<br>ST. TAMMANY PARISH<br>TAX COLLECTOR<br>P O BOX 608<br>COVINGTON, LA 70434-0608 | 10215 | 4/14/08 | 07-11051 | - (S)<br>- (A)<br>$2,536.03 (P)<br>- (U)<br>$2,536.03 (T) | - (S)<br>- (A)<br>$2,415.41 (P)<br>- (U)<br>$2,415.41 (T) | Modified to match Debtors' books and records. |
| TULSA COUNTY TREASURER<br>J. DENNIS SEMLER<br>500 S DENVER<br>TULSA, OK 74103 | 9829 | 1/28/08 | 07-11051 | - (S)<br>- (A)<br>$1,423.03 (P)<br>- (U)<br>$1,423.03 (T) | - (S)<br>- (A)<br>$1,420.00 (P)<br>- (U)<br>$1,420.00 (T) | Modified to match Debtors' books and records and to remove amounts for post-petition interest. |

———— Objectionable Claims ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| **Totals:** | 7 Claims | | | **$11,428.29 (S)** | **$5,594.89 (S)** | |
| | | | | - (A) | - (A) | |
| | | | | **$22,998.82 (P)** | **$16,664.23 (P)** | |
| | | | | **$47,921.00 (U)** | **$26,690.00 (U)** | |
| | | | | **$82,348.11 (T)** | **$48,949.12 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## Exhibit C

### Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| DENNIS, DENNIS J. 12 WILDFLOWER TRAIL ROBBINSVILLE, NJ 08691 | 6453 | 12/26/07 | 07-11051 | - (S) - (A) $7,978.62 (P) - (U) $7,978.62 (T) | - (S) - (A) - (P) $7,978.62 (U) $7,978.62 (T) | No basis for priority exists under section 507 of the Bankruptcy Code. |
| HENN, MELANIE A 1082 HUMMINGBIRD CT COLORADO SPRINGS, CO 80921 | 6909 | 1/3/08 | 07-11051 | - (S) - (A) $1,125.00 (P) $1,125.00 (U) $1,125.00 (T) | - (S) - (A) $1,125.00 (P) - (U) $1,125.00 (T) | Claimed commission is entitled to priority. Claimant checked off priority on proof of claim but wrote the amount in the blank for unsecured claims. |
| OHIO DEPARTMENT OF TAXATION STATE OF OHIO 30 EAST BROAD STREET COLUMBUS, OH 43215 | 10852 | 1/27/09 | 07-11051 | - (S) - (A) $102,783.91 (P) - (U) $102,783.91 (T) | - (S) - (A) $90,581.41 (P) $12,202.50 (U) $102,783.91 (T) | Claimed penalties reclassed to unsecured. |
| RICHMOND, DEBORAH 5063 HAVENSIDE DR HILLIARD, OH 43026 | 3084 | 11/23/07 | 07-11051 | $1,887.20 (S) - (A) $1,887.20 (P) - (U) $1,887.20 (T) | - (S) - (A) $1,887.20 (P) - (U) $1,887.20 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code |
| SHORE, JEFFREY 2265 BOTANICA CIRCLE WEST MELBOURNE, FL 32904 | 5482 | 12/14/07 | 07-11051 | - (S) - (A) - (P) $4,767.95 (U) $4,767.95 (T) | - (S) - (A) - (P) $4,767.95 (U) $4,767.95 (T) | No basis for priority exists under section 507 of the Bankruptcy Code. |
| Totals: | 5 Claims | | | $1,887.20 (S) - (A) $118,542.68 (P) $1,125.00 (U) $118,542.68 (T) | - (S) - (A) $93,593.61 (P) $24,949.07 (U) $118,542.68 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claim — Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | 5337 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>$7,791.29 (P)<br>- (U)<br>$7,791.29 (T) | 07-11051 | - (S)<br>- (A)<br>$4,793.90 (P)<br>- (U)<br>$4,793.90 (T) | Verified on the Fulton County Tax Collector website that the claimed real estate taxes have been paid as well as one of the personal property taxes (P000024353). Amount modified to match the outstanding tax bills for the remaining four personal property parcels. |
| HERMAN, COREY L.<br>73 GREEN FIELD ST<br>MANCHESTER, PA 17345 | 779 | 9/14/07 | No Case | - (S)<br>- (A)<br>$2,483.70 (P)<br>- (U)<br>$2,483.70 (T) | 07-11051 | - (S)<br>- (A)<br>$1,315.39 (P)<br>- (U)<br>$1,315.39 (T) | Modified to match the Debtors' books and records for vacation pay. Claimant is not entitled to sick / personal pay per company policy |
| LONG ISLAND LIGHTING COMPANY DGA LIPA<br>ELISA M PUGLIESE, ESQ<br>175 E OLD COUNTRY RD<br>HICKSVILLE, NY 11801 | 4436 | 12/4/07 | 07-11047 | - (S)<br>$25,951.65 (A)<br>- (P)<br>- (U)<br>$25,951.65 (T) | 07-11051 | Unspecified* | Modified to match Debtors' books and records as two of the bills have previously been paid. |
| NETWORK TELEPHONE CORPORATION<br>DBA CAVALIER TELEPHONE<br>C/O R LEE GRANT JR<br>2134 W LABURNUN AVE<br>RICHMOND, VA 23227 | 10495 | 9/5/08 | 07-11047 | - (S)<br>$4,655.52 (A)<br>- (P)<br>- (U)<br>$4,655.52 (T) | 07-11051 | Unspecified* | Modified to match debtors' books and records for post petition services |
| **Totals:** | 4 Claims | | | - (S)<br>$30,607.17 (A)<br>$10,274.99 (P)<br>- (U)<br>$40,882.16 (T) | | - (S)<br>- (A)<br>$6,109.29 (P)<br>- (U)<br>$6,109.29 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Modified Amount Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| CDR OF SOUTHWEST FLORIDA LLC<br>ATTN CAROL J. D. - MGR. /MEMBER<br>950 TAMIAMI TRL UNIT 101<br>PT CHARLOTTE, FL 339533102 | 2822 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$23,283.50 (P)<br>$5,733.37 (U)<br>$29,016.87 (T) | - (S)<br>- (A)<br>- (P)<br>$28,910.47 (U)<br>$28,910.47 (T) | - (S) The Debtors paid $106.40 on<br>- (A) 1/10/08. No basis for priority exists<br>- (P) under section 507 of the Bankruptcy<br>Code. |
| WA STATE DEPT. OF LABOR & INDUSTRIES<br>ATTN PAULA ROMINES, REVENUE AGENT<br>BANKRUPTCY UNIT<br>PO BOX 4170<br>OLYMPIA, WA 98504-4170 | 5333 | 12/5/07 | 07-11047 | - (S)<br>- (A)<br>$14,446.94 (P)<br>$607.29 (U)<br>$15,054.23 (T) | - (S) Modified to match Debtors' books and<br>- (A) records.<br>- (P)<br>$4,104.23 (U)<br>$4,104.23 (T) | |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$37,730.44 (P)<br>$6,340.66 (U)<br>$44,071.10 (T) | - (S)<br>- (A)<br>- (P)<br>$33,014.70 (U)<br>$33,014.70 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

# Exhibit F

## Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | Objectionable Claim | | | | |
| MEADOR, SANDRA<br>1560 SPRINGFIELD DR<br>VINTON, VA 24179 | 5248 | 12/11/07 | No Case | - (S)<br>- (A)<br>$8,684.11 (P)<br>- (U)<br>$8,684.11 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$391.22 (U)<br>$391.22 (T) | Claimant is entitled to reimbursement of expenses as an unsecured claim. Loan must fund in order to receive commission. Per contract, claimant had to be employed on scheduled payment date to receive claimed bonus. |
| **Totals:** | **1 Claim** | | | - (S)<br>- (A)<br>$8,684.11 (P)<br>- (U)<br>$8,684.11 (T) | | - (S)<br>- (A)<br>- (P)<br>$391.22 (U)<br>$391.22 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

## Exhibit G
### Insufficient Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HART, WILLIAM H.<br>6927 WORCESTER DR<br>SPRING, TX 77379 | 114 | 8/28/07 | 07-11051 | - (S)<br>- (A)<br>$6,372.00 (P)<br>- (U)<br>$6,372.00 (T) | Unable to determine basis for claim. Debtors cannot locate a bonus history for the claimant. |
| REMAX<br>ATTN: DENNIS FOX<br>3400 CALLOWAY DR. # 800<br>BAKERSFIELD, CA 93312 | 9900 | 2/4/08 | No Case | - (S)<br>- (A)<br>$1,278.95 (P)<br>- (U)<br>$1,278.95 (T) | Insufficient documentation to assess validity of claim. |
| SUTTER COUNTY TAX COLLECTOR<br>ATTN JIM STEVENS<br>TREASURER TAX COLLECTOR<br>PO BOX 546<br>YUBA CITY, CA 95992 | 10236 | 4/14/08 | 07-11047 | $32,146.81 (S)<br>$32,146.81 (A)<br>- (P)<br>- (U)<br>$32,146.81 (T) | Insufficient documentation to assess validity of claim. |
| SWEARINGEN REALTY GROUP, LLC<br>ATTN GRANVILLE JENKINS<br>5950 BERKSHIRE LANE, # 700<br>DALLAS, TX 75225 | 7653 | 1/8/08 | 07-11047 | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$50,000.00 (T) | Insufficient documentation to assess validity of claim. Debtors unable to locate a contract or prior payments. |
| TOMLINSON, SEAN<br>1914 WASHINGTON ST<br>PEMBROKE PNES, FL 330255750 | 5362 | 12/13/07 | 07-11051 | Unspecified* | Insufficient documentation to assess validity of claim. |
| **Totals:** | **5 Claims** | | | **$32,146.81 (S)**<br>**$32,146.81 (A)**<br>**$57,650.95 (P)**<br>**- (U)**<br>**$89,797.76 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT H

**Exhibit H**

**Equity Fraud Claims**

|  | | | | Objectionable Claims |
| --- | --- | --- | --- | --- |
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| IMWOLD, DONALD J.<br>1109 LONGBROOK ROAD<br>LUTHERVILLE, MD 21093 | 7833 | 4/6/09 | 07-11048 | Unspecified* |
| POLENZANI BENEFITS & INSURANCE SERVICES,<br>INC. PROFIT SHARING TRUST DTD 1/01/00<br>POLENZANI, THOMAS A. & ELIZABETH, TTEES<br>2580 DEODAR CIRCLE<br>PASADENA, CA 91107 | 4302 | 4/6/09 | No Case | Unspecified* |
| REINARD, KENNETH<br>PO BOX 2907<br>COOKEVILLE, TN 38502 | 6868 | 1/3/08 | 07-11047 | - (S)<br>- (A)<br>$25,372.99 (P)<br>$25,372.99 (U)<br>$25,372.99 (T) |

**Totals:**                     3 Claims

- (S)
- (A)
$25,372.99 (P)
$25,372.99 (U)
$25,372.99 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.