# SIGN - IN - SHEET

**CASE NAME:** American Home
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 6/5/09 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Elizabeth Sloan | Blank Rome | Creditors Comm. |
| Laurie Selber Silverstein | Potter Anderson Corroon | Bank of America, as Agent |
| Sean Beach | Young Conaway Stargatt & Taylor | Debtors |
| Nate Grow | " | " |
| Jacob Resnick | Nachman | Fee Examiner |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.