IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | |

**FIFTH APPLICATION OF KILPATRICK STOCKTON LLP (FORMERLY MULDOON MURPHY & AGUGGIA LLP) AS COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD JANUARY 1, 2009 THROUGH APRIL 30, 2009**

| | |
|---|---|
| Name of Applicant: | Kilpatrick Stockton LLP (formerly Muldoon Murphy & Aguggia LLP) |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | December 15, 2007 |
| Period for which compensation and reimbursement is sought: | January 1, 2009 through April 30, 2009 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $ 4,860.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $ 5.70 |

This is an: __X__ interim ___ final application

This application includes 0 hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed / Docket No.** | **Period Covered** | **Fees ($)** | **Expenses($)** | **Fees** | **Expenses** |
| 6743/ 10/29/08 | December 1, 2007 – September 30, 2008 | $46,816.25 | $238.40 | $37,453.00 | $238.40 |
| 6743/ 11/21/08 | October 1, 2008 – October 31, 2008 | $ 4,114.50 | $ 29.50 | $4,114.50 | $29.40 |
| 6743/ 12/18/09 | November 1, 2008– November 30, 2008 | $1,914.00 | $ 57.45 | | |
| 6743/ 01/20/09 | December 1, 2008 – December 31, 2008 | $2,131.50 | $ 8.80 | | |
| | January 1, 2009 – January 31, 2009 | $ 675.00 | $ 5.70 | | |
| | March 1, 2009 – March 31, 2009 | $4,005.00 | $ 0.00 | | |
| | April 1, 2009 – April 30, 2009 | $ 180.00 | $ 0.00 | | |

**INTERIM COMPENSATION BY INDIVIDUAL**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Christina M. Gattuso | Partner since May 2008. Joined Kilpatrick Stockton LLP as Partner in May 2008. Previously, Partner in Muldoon Murphy & Aguggia LLP from June 1996 to May 2008. Member of Maryland Bar since 1984 and District of Columbia Bar since 1995. | $450 | See Exhibit A | See Exhibit A |
| **Grand Total:** | | | **10.80** | **$ 4860.00** |
| **Blended Rate:** | | | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| General Bank Regulatory | 0.00 | 0.00 |
| Sale of Thrift | 10.80 | 4,860.00 |
| | | |
| **TOTALS** | | |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| Reproduction Charges | 5.70 |
| **TOTAL** | **5.70** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | |

**FIFTH APPLICATION OF KILPATRICK STOCKTON LLP (FORMERLY MULDOON MURPHY & AGUGGIA LLP) AS COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD JANUARY 1, 2009 THROUGH APRIL 30, 2009**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Kilpatrick Stockton LLP (formerly Muldoon Murphy & Aguggia LLP) (hereinafter referred to as "KS") hereby moves this Court for reasonable compensation for professional legal services rendered as counsel to American Home Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), for the period of January 1, 2009 through April 30, 2009 (the "Interim Fee Period") in the amount of $4,860.00 together with reimbursement for actual and necessary expenses incurred in the amount of $5.70. In support of its Application, KS respectfully represents as follows:

**RETENTION**

1. KS has been employed by the Debtors since December 2007 to represent the Debtors as bank regulatory counsel in connection with their sale of American Home Bank. KS's (formerly Muldoon Murphy & Aguggia LLP) retention was approved effective as of December 15, 2007 by Order of this Court dated January 10, 2008 [Docket No. 2663]. The Order authorized KS

to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested by KS were performed for or on behalf of the Debtors.

**SUMMARY OF SERVICES RENDERED FOR THE INTERIM FEE PERIOD**

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period in the amount of $4,860. Exhibit B is a detailed statement of expenses in the amount of $5.70. All fees and expenses were incurred during the Interim Fee Period.

4. The services rendered by KS during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

**DISBURSEMENTS**

5. KS has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $5.70. This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred for the Interim Fee Period may be found in Exhibit B.

6. Costs incurred for overtime and computer assisted research are not included in KS's normal hourly billing rates and, therefore, are itemized and included in KS's disbursements.

Pursuant to Local Rule 2016-2, KS represents that its rate for duplication is $0.10 per page, its rate for outgoing telecopier transmissions is $0.25 per page (excluding related long distance transmission charges), and it does not charge for incoming telecopier transmissions.

## VALUATION OF SERVICES

7. Attorneys and paralegals of KS have expended a total of 4.90 hours in connection with this matter during the Interim Fee Period.

8. The amount of time spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are KS's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by KS for the Interim Fee Period as counsel for the Debtors in these cases is $4,860.00.

9. KS believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11. This Application covers the Interim Fee Period from January 1, 2009 through April 30, 2009.

WHEREFORE, KS requests that allowance be made to it in the sum of $4,860.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $5.70 for reimbursement of actual necessary costs and expenses incurred during the Interim Fee Period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Washington, DC
May 29, 2009

KILPATRICK STOCKTON LLP

Paul M. Aguggia
Christina M. Gattuso
607 14th Street, NW
Suite 900
Washington, DC 20005
Telephone: (202) 508-5800
Facsimile: (202) 508-5858

Counsel for Debtors and
Debtors in Possession

VERIFICATION OF FEE APPLICATION

STATE OF DELAWARE )
) SS:
NEW CASTLE COUNTY )

Christina M. Gattuso, Esquire, after being duly sworn according to law, deposes and says:

1. I am a Partner in the applicant firm, Kilpatrick Stockton LLP.

2. I have personally performed many of the legal services rendered by Kilpatrick Stockton LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

CHRISTINA M. GATTUSO

SWORN TO AND SUBSCRIBED before me this 29th day of May, 2009.

Notary Public
My Commission Expires: 8/31/13

DECLARATION

Christina M. Gattuso, Esquire, after being duly sworn according to law, declares and says:

1. I am a partner in the applicant firm, Kilpatrick Stockton LLP, and prior to May 7, 2008 was a partner in the firm of Muldoon Murphy & Aguggia LLP ("MMA").

2. On May 7, 2008, MMA merged with and into Kilpatrick Stock LLP ("KS").

3. Prior to the merger, Paul M. Aguggia and I were the only partners of MMA who were working on the matters related to the Debtors. Since the merger of MMA and KS, Paul Aguggia and I have continued to provide services to the Debtors as partners with KS.

Christina M. Gattuso

SWORN TO AND SUBSCRIBED before me this 29th day of May, 2009.

Notary Public
My Commission Expires: 8/31/13