# EXHIBIT A



**KILPATRICK STOCKTON LLP**
Attorneys at Law

*Please Remit Payments Only To:*
P.O. Box 945614
Atlanta Georgia 30394
Telephone (866)244-4934
www.kilpatrickstockton.com
Fed I.D. 58-0511774

February 16, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
520 BROADHOLLOW ROAD
MELVILLE, NY 11747

Client: 60214
Matter: 363244
Invoice #: 11033975

RE:   SALE OF THRIFT

**For Professional Services Through January 31, 2009:**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/09/2009 | CMG | Review Wilbur bid and email correspondence | 0.30 | 450.00 | 135.00 |
| 01/10/2009 | CMG | Review KN comments on Wilbur bid | 0.20 | 450.00 | 90.00 |
| 01/12/2009 | CMG | Review materials for conference call on Wilbur bid | 0.20 | 450.00 | 90.00 |
| 01/12/2009 | CMG | Conference call with group regarding Wilbur bid | 0.80 | 450.00 | 360.00 |
| | | **Total Fees** | | | **$675.00** |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM



**KILPATRICK STOCKTON LLP**
Attorneys at Law

*Please Remit Payments Only To:*
P.O. Box 945614
Atlanta Georgia 30394
Telephone (866)244-4934
www.kilpatrickstockton.com
Fed I.D. 58-0511774

April 21, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.  Client:    60214
520 BROADHOLLOW ROAD                    Matter:   363244
MELVILLE, NY  11747                     Invoice #: 11047318

RE:  SALE OF THRIFT

**For Professional Services Through March 31, 2009:**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/16/2009 | CMG | Review offer letter for Bank | 0.30 | 450.00 | 135.00 |
| 03/19/2009 | CMG | Review Stock Purchase Agreement | 0.40 | 450.00 | 180.00 |
| 03/19/2009 | CMG | Emails regarding SPA | 0.10 | 450.00 | 45.00 |
| 03/20/2009 | CMG | Telephone call with J. Weissman regarding SPA | 0.20 | 450.00 | 90.00 |
| 03/20/2009 | CMG | Review SPA and sales order | 0.30 | 450.00 | 135.00 |
| 03/20/2009 | CMG | Telephone call with J. Nelligan regarding SPA | 0.10 | 450.00 | 45.00 |
| 03/23/2009 | CMG | Emails with Penny @ Caldwalder regarding SPA | 0.20 | 450.00 | 90.00 |
| 03/23/2009 | CMG | Review audit report regarding regulatory matters | 0.30 | 450.00 | 135.00 |
| 03/24/2009 | CMG | Review emails regarding SPA and comments | 0.10 | 450.00 | 45.00 |
| 03/25/2009 | JPD | Conference with C. Gattuso regarding applications for sale of thrift. | 0.30 | 450.00 | 135.00 |
| 03/25/2009 | CMG | Review revised SPA | 1.00 | 450.00 | 450.00 |
| 03/25/2009 | CMG | Telephone conference with J. Weissman on SPA and related matters | 1.00 | 450.00 | 450.00 |
| 03/25/2009 | CMG | Telephone call with Stephanie @ Hunton & Williams regarding SPA | 0.30 | 450.00 | 135.00 |
| 03/25/2009 | CMG | Telephone call with P. Weinstock regarding SPA | 0.40 | 450.00 | 180.00 |
| 03/25/2009 | CMG | Telephone call with J. Weissman regarding call on SPA | 0.30 | 450.00 | 135.00 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% Interest per month charged on balances after 30 days.

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM

60214/363244 Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/25/2009 | CMG | Revise SPA language on conditions to closing | 0.30 | 450.00 | 135.00 |
| 03/25/2009 | CMG | Conference with JPD regarding sale of thrift applications | 0.30 | 450.00 | 135.00 |
| 03/26/2009 | CMG | Review revised SPA, disclosure schedules and MOU | 1.00 | 450.00 | 450.00 |
| 03/26/2009 | CMG | Telephone calls with J. Weissman regarding comments on SPA | 0.40 | 450.00 | 180.00 |
| 03/26/2009 | CMG | Conference call regarding discussion of SPA comments | 0.50 | 450.00 | 225.00 |
| 03/27/2009 | CMG | Telephone call with J. Weissman regarding SPA | 0.30 | 450.00 | 135.00 |
| 03/27/2009 | CMG | Review email correspondence on SPA comments | 0.20 | 450.00 | 90.00 |
| 03/30/2009 | CMG | Review marked SPA | 0.30 | 450.00 | 135.00 |
| 03/31/2009 | CMG | Review revised SPA | 0.30 | 450.00 | 135.00 |
| | | **Total Fees** | | | **$4,005.00** |

**TOTAL AMOUNT DUE THIS INVOICE** $4,005.00

**TOTAL FEES AND OTHER CHARGES DUE (ALL MATTERS)** $4,005.00



**KILPATRICK STOCKTON LLP**
Attorneys at Law

*Please Remit Payments Only To:*
P.O. Box 945614
Atlanta Georgia 30394
Telephone (866)244-4934
www.kilpatrickstockton.com
Fed I.D. 58-0511774

May 20, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
520 BROADHOLLOW ROAD
MELVILLE, NY   11747

Client:     60214
Matter:    363244
Invoice #: 11051219

RE:   SALE OF THRIFT

**For Professional Services Through April 30, 2009:**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/2009 | CMG | Review final agreement and documents | 0.30 | 450.00 | 135.00 |
| 04/29/2009 | CMG | Telephone call with J. Weisman regarding request for financial statements | 0.10 | 450.00 | 45.00 |
|  |  | **Total Fees** |  |  | **$180.00** |

**TOTAL AMOUNT DUE THIS INVOICE**                                                                $180.00

**TOTAL FEES AND OTHER CHARGES DUE (ALL MATTERS)**                $180.00

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM