# EXHIBIT B

US2008 703135.1



# KILPATRICK
# STOCKTON LLP
Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

February 16, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.          Client:     60214
520 BROADHOLLOW ROAD
MELVILLE, NY   11747

RE:   363244

## INVOICE OF OTHER CHARGES

*363244:* SALE OF THRIFT

| | |
|---|---|
| Document Reproduction | 5.70 |
| **Matter Total** | **$5.70** |

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM