# EXHIBIT A

F:\98077\089\AHM - WBSK 19th Fee Application.DOC

DB02:6292330.5                                                                                                              066585.1001

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2009

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
04/24/2009
Account No:    98077M

Attn: Carlo Colagiacomo

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-079 Rush v. American Home | 1,198.50 | 0.00 | $1,198.50 |
| 98077-089 Post Petition Representation | 1,473.00 | 252.55 | $1,725.55 |
|  | 2,671.50 | 252.55 | $2,924.05 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2009

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
04/24/2009
Account No:    98077-079M
Statement No:    20

Attn: Carlo Colagiacomo

Rush v. American Home

| Date | | Description | Hours | |
|---|---|---|---|---|
| 03/18/2009 | NWH | research/draft memo to bankruptcy counsel re: defenses to claims (1.0); | 1.00 | |
| 03/19/2009 | NWH | research/draft memo to bankruptcy counsel re: plaintiff's claims/legal deficiencies of same (2.2); | 2.20 | |
| 03/23/2009 | NWH | draft/revise memo to bankruptcy counsel re: plaintiff's claims, deficiencies with and defenses to same (1.5); | 1.50 | |
| | | For Current Services Rendered | 4.70 | 1,198.50 |
| | | Total Current Work | | 1,198.50 |
| | | Balance Due | | $1,198.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2009

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
04/24/2009
Account No:    98077-089M
Statement No:    25

Attn: Carlo Colagiacomo

Post Petition Representation

| Date | | | Hours |
|---|---|---|---|
| 03/04/2009 | HJR | telephone call to C. Colagiacomo re: MI name change issue (0.1); telephone calls from/telephone calls to MI regulator re: same (0.3); draft letter to MI regulator re: same (0.3); draft email to MI regulator re: same (0.1); | 0.90 |
| 03/05/2009 | HJR | telephone call to MI regulator re: name change (0.2); | 0.20 |
| 03/20/2009 | HJR | review CA order of revocation; telephone call to D. Robertson re: same; (0.2) /pa/ (0.2) /pa/ | 0.40 |
| 03/24/2009 | HJR | telephone call to C. Colagiacomo re: CA license revocation (0.1); | 0.10 |
| 03/26/2009 | HJR | telephone call from/telephone call to C. Colagiacomo re: CA license revocation (0.1); | 0.10 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 2
04/24/2009
Account No: 98077-089M
Statement No: 25

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/27/2009 | NLP | prepare Wisconsin Application for Withdrawal of Foreign Corporation (.6); prepare memo to C. Colagiacomo re: same (.2); | 0.80 | |
| 03/30/2009 | NLP | revise memo to C. Colagiacomo re: Wisconsin Application for Withdrawal of Foreign Corporation (.2); | 0.20 | |
| | HJR | telephone call to C. Colagiacomo re: GA licensing issues (0.4); telephone call to GA regulator re: same (0.2); telephone call to NH regulator re: annual report (0.1); | 0.70 | |
| 03/31/2009 | VTL | review invoices in support of WBSK's 17th Fee Application (.1); preparation of WBSK's 17th Fee Application (1.0); electronic correspondence with M. Greecher re: WBSK's 17th Fee Application (.1); review invoices in support of WBSK's 18th Fee Application (.1); preparation of WBSK's 18th Fee Application (0.6); | 1.90 | |
| | HJR | telephone call from GA regulator re: license surrender (0.3); telephone call to NH regulator re: annual reports (0.2); draft letter to GA regulator re: license surrender (0.6); | 1.10 | |
| | | For Current Services Rendered | 6.40 | 1,473.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
04/24/2009
Account No: 98077-089M
Statement No: 25

Post Petition Representation

| | |
|---|---:|
| Photocopy Expenses | 9.60 |
| Express Mail/Federal Express Charges | 27.95 |
| Lexis/Westlaw Research | 215.00 |
| Total Expenses Posted Through 03/31/2009 | 252.55 |
| Total Current Work | 1,725.55 |
| Balance Due | $1,725.55 |

Your trust account #1 balance is

| | |
|---|---:|
| Opening Balance | $250.00 |
| Closing Balance | $250.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.