**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF**
**NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the attorneys listed below hereby enter their appearance pursuant to 1109(b) of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of Brett Frimmel ("Frimmel").  Such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, facsimile number, or electronic mail addresses set forth below:

Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
**POLSINELLI SHUGHART PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
skatona@poslinelli.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint,

demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Frimmel's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Frimmel is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

| | |
|---|---|
| Dated:  June 8, 2009<br>Wilmington, Delaware | **POLSINELLI SHUGHART PC**<br><br>  /s/  Christopher A. Ward<br>Christopher A. Ward (No. 3877)<br>Shanti M. Katona, Esq. (*pro hac vice pending*)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>(302) 252-0920 (Telephone)<br>(302) 252-0921 (Facsimile)<br>cward@polsinelli.com<br>skatona@polsinelli.com<br><br>COUNSEL TO BRETT FRIMMEL |