**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

Debtors.

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**ELEVENTH MONTHLY APPLICATION OF**
**PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS**
**TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION**
**FOR THE PERIOD APRIL 1, 2009 THORUGH APRIL 30, 2009**

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective February 12, 2008 by Order Entered March 27, 2008 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2009 through April 30, 2009[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $19,677.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:    _X_ monthly    __ interim

The total time expended for fee application preparation is approximately 11.20 hours and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

the corresponding compensation requested is approximately $2,632.00.[3]

## SUMMARY OF FEE APPLICATIONS

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved | Approved Reduction |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/10/2008 [4624] | 02/14/2008-03/31/2008 | $66,589.50 | $0.00 | 07/09/08 [5025] | $66,589.50 | $0.00 | $0.00 |
| 2 | 06/10/2008 [4625] | 04/01/2008-04/30/2008 | $29,661.50 | $0.00 | 07/09/08 [5026] | $29,661.50 | $0.00 | $0.00 |
| 3 | 07/02/2008 [4973] | 05/01/2008-05/31/2008 | $13,985.00 | $0.00 | 07/31/08 [5284] | $13,985.00 | $0.00 | $0.00 |
| 4 | 08/21/2008 [5514] | 06/01/2008-07/31/2008 | $21,969.00 | $0.00 | 09/16/08 [5940] | $21,969.00 | $0.00 | $0.00 |
| 5 | 10/14/2008 [6227] | 08/01/2008-08/31/2008 | $48,781.50 | $0.00 | 11/07/08 [6533] | $48,781.50 | $0.00 | 0.00 |
| 6 | 10/22/2008 [6412] | 09/01/2008-09/30/2008 | $43,652.00 | $159.20 | 11/13/08 [6577] | $43,652.00 | $159.20 | 0.00 |
| 7 | 11/26/2008 [6639] | 10/01/2008-10/31/2008 | $18,465.00 | $0.00 | 12/18/08 [6756] | $18,465.00 | $0.00 | 0.00 |
| **Fourth Interim Fee Period[4]** | | | | | | | | |
| 8 | 12/18/2008 [6759] | 11/01/2008-11/30/2008 | $8,855.00 | $0.00 | 01/12/09 [6833] | | | |
| 9 | 02/24/2009 [7048] | 12/01/2009-01/31/2009 | $47,115.50 | $128.72 | 3/18/09 [7121] | | | |
| **Fifth Interim Fee Period** | | | | | | | | |
| 10 | 05/19/2009 [7414] | 02/01/2009-03/31/2009 | $26,607.00 | $83.70 | | | | |
| 11 | 06/03/2009 [TBD] | 04/01/2009-04/30/2009 | $19,677.50 | $0.00 | | | | |
| | **Total** | | $345,358.50 | $ 371.62 | | $ 0.00 | $ 0.00 | $ 0.00 |

This is the eleventh fee application filed by PricewaterhouseCoopers LLP.

## SUMMARY BY PROJECT CATEGORY

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 37.30 | $17,045.50 |
| *Total Hours and Compensation for Tax Advisory Services* | *37.30* | *$17,045.50* |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 11.20 | $2,632.00 |
| *Total Hours and Compensation for Fee/Employment Applications* | *11.20* | *$2,632.00* |
| **Grand Total Hours and Compensation** | **48.50** | **$19,677.50** |

---

[3] This fee application was completed in May 2009 and the corresponding hours and fees will be billed to the Debtors within that monthly fee invoice.

[4] The Interim Fee Request was filed on March 17, 2009. A hearing was scheduled for May 8, 2009 at 11:30 a.m.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[5] | Jointly Administered |
| Debtors. |  |

## SUPPLEMENT TO THE ELEVENTH MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009

PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), herby submits this Eleventh

Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services

Rendered and Reimbursements of Expenses as Tax Advisors for the Debtors and Debtors in

Possession for the period April 1, 2009 through April 30, 2009 (the "Application"), pursuant to

sections 327, 328, 329, 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 et

seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure

of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the

---

[5] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code (the "Administrative Order"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses promulgated by the Executive Office of the United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Application, PricewaterhouseCoopers, as tax advisors for the Debtors, seeks interim allowance and payment of compensation for tax advising services performed and expenses incurred during the period commencing April 1, 2009 through April 30, 2009 (the "Compensation Period"). In support hereof, PricewaterhouseCoopers respectfully represents the following:

## BACKGROUND

1.    On August 6, 2007 (the "Petition Date") each of the Debtors filed with this Court a voluntary petition for relief under the Bankruptcy Code. Each Debtor is continuing to operate its business and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    The Debtors' cases have been consolidated for procedural purposes only and are being jointly administered pursuant to an order of this Court.

3.    On August 14, 2007, the United States Trustee for the District of Delaware appointed an Official Committee of Unsecured Creditors (the "Committee"). No trustee or examiner has been appointed.

4.    On April 30, 2008, the Debtors filed the *Application of the Debtors for an Order Pursuant to Sections 327(a) and 327(b) of the Bankruptcy Code Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Tax Advisors to the Debtors, Nunc Pro Tunc to April 1, 2008* (the "Employment Application"). PricewaterhouseCoopers was requested by

4

the Debtors based upon the wealth of experience in providing accounting, tax and advisory

services in various restructurings and reorganizations and historically provided tax advisory

services to the Debtors.

5.      On March 27, 2008, this Court approved the retention of PricewaterhouseCoopers

as tax advisors to the Debtors by entering the *Order Pursuant to Sections 327(a) and 328(b) of*

*the Bankruptcy Code Authorizing Debtors' Employment and Retention of*

*PricewaterhouseCoopers LLP as Debtors' Tax Advisors, Nunc Pro Tunc to April 1, 2008* (the

"Retention Order")

**RELIEF REQUESTED**

6.      On September 3, 2007, this Court entered the Administrative Order.  Pursuant to

the procedures set forth in the Administrative Order, professionals may request monthly

compensation and reimbursement, and the Notice Parties (as defined in the Administrative

Order) may object to such requests.  If an objection to a professional's request is not filed and

served within twenty (20) days, the professional may file a certificate of no objection with the

Court, after which the Debtors shall be authorized to pay such professional an amount equal to

80% of the fees and 100% of the expenses requested in the Monthly Fee Application.

7.      Furthermore, the Administrative Order provides that professionals are to file and

service upon notice parties an interim request (an "Interim Fee Application") for interim Court

approval and allowance of the monthly fee applications during the interim fee period covered by

the Interim Fee Application.

8.      PricewaterhouseCoopers is filing the attached fee statement (the "Statement") for

compensation for professional services rendered and reimbursement of disbursements made in

these cases during the Compensation Period. The Statement contains detailed time logs

describing the actual and necessary services provided by PricewaterhouseCoopers during the

covered period, as well as other detailed information required to be included in fee applications.

The Statement is comprised of several exhibits which are attached hereto as **Exhibit A**:

- Exhibit A-1, provides a summary of the fees and expenses by project category;

- Exhibit A-2, provides the name and position of each professional, cumulative hours
  worked during the Compensation Period, hourly billing rates for the hourly
  compensation, and the corresponding fees requested; and

- Exhibit A-3, provides the daily activity descriptions for the hourly compensation,
  including the activity description, time and billing rates associated with each activity.

## DESCRIPTION OF SERVICES RENDERED

9.    PricewaterhouseCoopers professionals categorized their time devoted to this

matter on behalf of the Debtors' estates to various project categories. These professional

services are described below:

| Project Category and Task Code | Hours | Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 37.30 | $17,045.50 |
| *Total Hours and Compensation for Tax Advisory Services* | *37.30* | *$17,045.50* |
| | | |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 11.20 | $2,632.00 |
| *Total Hours and Compensation for Fee/Employment Applications* | *11.20* | *$2,632.00* |
| | | |
| **Grand Total Hours and Compensation** | **48.50** | **$19,677.50** |

### Tax Advisory Services

**Tax Consulting Services - 37.30 hours - $17,045.50**

10.    During the Compensation Period, PricewaterhouseCoopers professionals

performed the following: Followed up with the State of New Jersey on the Sales & Use Tax

audit, reviewed response from the auditor, assessed amnesty impact on the assessment and

participated in a meeting with the auditor. Additionally, held discussions with the NYS

conciliator, prepared the responses to the IDR, and held internal discussion regarding the status.

<u>**Bankruptcy Requirements and Obligations**</u>

**Monthly, Interim and Final Fee Applications - 11.20 hours - $2,632.00**

     11.     PricewaterhouseCoopers bankruptcy professionals finalized the tenth fee

application submission (February and March 2009).

## ALLOWANCE FOR COMPENSATION

     12.     At this time, PricewaterhouseCoopers is seeking compensation equal to eighty

percent (80%) of the $19,677.50 in fees for professional services rendered by

PricewaterhouseCoopers during the Compensation Period as tax advisors to the Debtors in these

chapter 11 cases, and one hundred percent (100%) of the $0.00 in expenditures incurred by

PricewaterhouseCoopers professionals associated with the services provided to the Debtors, for a

total of $15,742.00.

     13.     PricewaterhouseCoopers charged and now requests those fees that are reasonable

and customary and charged by most tax advisors in this marketplace for similar Chapter 11

cases. The billing rates set forth in the various summaries of professionals and paraprofessionals

rendering services during the covered period represent customary rates that are routinely billed to

PricewaterhouseCoopers' many clients. The compensation requested in this Application does not

exceed the reasonable value of the services rendered.

     14.     This Application covers the period from April 1, 2009 through and including

April 30, 2009. Although every effort was made to include all fees and expenses form the

covered period in this application, some fees and/or expenses from the covered period might not

be included in this fee application due to delays in processing time and receipt of invoices for

expenses and/or for preparation for the instant application subsequent to the covered period.

Accordingly, PricewaterhouseCoopers reserves the right to make further applications for

allowance of fees and expenses not included herein. This Application is also made without prejudice to the PricewaterhouseCoopers' right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Administrative Order.

15.    No agreement or understanding prohibited by section 504 of the Bankruptcy Code exists between PricewaterhouseCoopers and any other person for sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases, not shall PricewaterhouseCoopers share or agree to share the compensation paid or allowed for the Debtors' estates for such services with any other person in contravention of section 504 of the Bankruptcy Code. No agreement or understanding prohibited by 18 U.S.C. § 155 had been made by PricewaterhouseCoopers.

## CERTIFICATE OF COMPLIANCE AND WAIVER

16.    To The best of their knowledge, PricewaterhouseCoopers believes that the instant application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.

WHEREFORE PricewaterhouseCoopers respectfully requests approval and payment of (a) interim compensation for professional services rendered as tax advisors for the Debtors in the sum of $19,677.50 incurred during the Compensation Period, less a twenty percent (20%) holdback in the amount of $3,935.50, total fee award in the amount of $15,742.00; (b) reimbursement of actual and necessary expenses incurred in the sum of $0.00; and (c) such other and further relief as is just and proper.

8

Dated: June  3  , 2009

New York, New York

Thomas Geppel, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017
Telephone: (646) 471-3000

*Tax Advisors to the Debtors*

## VERIFICATION OF FEE APPLICATION

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF NEW YORK  )

Thomas Geppel hereby respectfully certifies and verifies as follows:

1.     I am a Partner in the applicant firm, PricewaterhouseCoopers LLP.

2.     I have personally supervised many of the tax services and other hourly services rendered by PricewaterhouseCoopers LLP, as tax advisors to the Debtors and am familiar with all other work performed on behalf of the Partners and professionals in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

THOMAS GEPPEL, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017

SWORN TO AND SUBSCRIBED before
me this 3 day of June 2009.

_____
Notary Public

My Commission Expires: 3/1/2011

DAVID S. PREBUT
Notary Public, State of New York
No. 02PR6020246
Qualified in New York County
Commission Expires March 1, 2011

**American Home Mortgage Holdings, et al (Case 07-11047)**            **Exhibit A-1**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary by Project Category**
**For the Period April 1, 2009 through April 30, 2009**

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
|   Tax Consulting Services | 37.30 | $17,045.50 |
| *Total Hours and Compensation for Tax Advisory Services* | *37.30* | *$17,045.50* |
| | | |
| *Fee/Employment Applications* | | |
|   Monthly, Interim and Final Fee Applications | 11.20 | $2,632.00 |
| *Total Hours and Compensation for Fee/Employment Applications* | *11.20* | *$2,632.00* |
| | | |
| **Grand Total Hours for and Compensation** | **48.50** | **$19,677.50** |

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**                    **Exhibit A-2**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Summary of Professionals**
**For the Period April 1, 2009 through April 30, 2009**

| Professional | Rate | Hours | Total Fees |
|---|---|---|---|
| *Partner* | | | |
| Thomas Geppel | $700 | 9.00 | $6,300.00 |
| *Senior Managing Director* | | | |
| John A Verde | $585 | 2.00 | $1,170.00 |
| *Director* | | | |
| Gregory Fetter | $485 | 10.00 | $4,850.00 |
| Iris M Kitamura | $485 | 1.00 | $485.00 |
| *Manager (Bankruptcy)* | | | |
| Andrea Clark Smith | $400 | 0.70 | $280.00 |
| *Senior Associate (Bankruptcy)* | | | |
| Shonda M Finseth | $290 | 6.30 | $1,827.00 |
| *Senior Associate* | | | |
| Christos Vorillas | $285 | 13.80 | $3,933.00 |
| *Associate* | | | |
| Cosimo A Zavaglia | $205 | 1.50 | $307.50 |
| *Professional Assistant (Bankruptcy)* | | | |
| Brian Randall Davis | $125 | 4.20 | $525.00 |
| **Grand Total Hours and Compensation** | | **48.50** | **$19,677.50** |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
**PricewaterhouseCoopers LLP - Tax Advisor**
**Detail of Professional Services by Date**
**For the Period April 1, 2009 through April 30, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 4/1/2009 | Christos Vorillas | Senior Associate | Review the amnesty program and procedures. | $285.00 | 0.50 | $142.50 |
| 4/1/2009 | Cosimo A Zavaglia | Associate | Prepare copies for the auditor to review. | $205.00 | 0.50 | $102.50 |
| 4/1/2009 | Iris M Kitamura | Director | Review response from the NJ Auditor regarding NJ amnesty procedures. | $485.00 | 0.50 | $242.50 |
| 4/2/2009 | Christos Vorillas | Senior Associate | Review the amnesty program and procedures. | $285.00 | 0.50 | $142.50 |
| 4/3/2009 | Christos Vorillas | Senior Associate | Discuss with K. Kane (NYS conciliator) and P. Okafur (NJ auditor) regarding the NJ audit assessment schedules. | $285.00 | 2.10 | $598.50 |
| 4/3/2009 | Cosimo A Zavaglia | Associate | Prepare copies for the auditor to review. | $205.00 | 1.00 | $205.00 |
| 4/3/2009 | Gregory Fetter | Director | Review the NJ assessment. | $485.00 | 1.00 | $485.00 |
| 4/3/2009 | Iris M Kitamura | Director | Meeting with the NJ auditor regarding the post conference report. | $485.00 | 0.50 | $242.50 |
| 4/3/2009 | John A Verde | Senior Managing Director | Prepare the NYS IDR response. | $585.00 | 1.00 | $585.00 |
| 4/6/2009 | John A Verde | Senior Managing Director | Prepare the NYS IDR response. | $585.00 | 1.00 | $585.00 |
| 4/7/2009 | Christos Vorillas | Senior Associate | Discussion with G. Fetter (PwC) regarding the status of the NY audit. | $285.00 | 0.50 | $142.50 |
| 4/7/2009 | Christos Vorillas | Senior Associate | Discuss with NYS conciliator concerning the NYS assessment. | $285.00 | 0.20 | $57.00 |
| 4/7/2009 | Gregory Fetter | Director | Discussion with C. Vorillas (PwC) regarding the status of the NY audit. | $485.00 | 0.50 | $242.50 |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period April 1, 2009 through April 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|------|------|----------|-------------|------|-------|------------|
| 4/10/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | Assemble the March 2009 consolidator. | $125.00 | 0.80 | $100.00 |
| 4/10/2009 | Christos Vorillas | Senior Associate | Review progress of the NYS audit and the forms sent to the NJ assessment to qualify for amnesty. | $285.00 | 0.50 | $142.50 |
| 4/14/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Review the February and March 2009 consolidator. | $400.00 | 0.20 | $80.00 |
| 4/14/2009 | Christos Vorillas | Senior Associate | Review the borrower information on the mortgage recording tax. | $285.00 | 1.00 | $285.00 |
| 4/15/2009 | Christos Vorillas | Senior Associate | Review mortgage list. | $285.00 | 0.40 | $114.00 |
| 4/16/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | Review the February 2009 time consolidator. | $125.00 | 3.00 | $375.00 |
| 4/16/2009 | Christos Vorillas | Senior Associate | Discuss with the NYS conciliator concerning the status of the audit and sent correspondence to the client to provide the status. | $285.00 | 0.50 | $142.50 |
| 4/17/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | Review the February 2009 consolidator. | $125.00 | 0.20 | $25.00 |
| 4/21/2009 | Christos Vorillas | Senior Associate | Discuss mortgage recording tax credits with the client. | $285.00 | 0.60 | $171.00 |
| 4/21/2009 | Gregory Fetter | Director | Meeting with T. Geppel (PwC) to discuss the NJ sales and use audit. | $485.00 | 2.00 | $970.00 |
| 4/21/2009 | Thomas Geppel | Partner | Meeting with G. Fetter (PwC) to discuss the NJ sales and use audit. | $700.00 | 2.00 | $1,400.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period April 1, 2009 through April 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 4/22/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | Meeting with S. Finseth (PwC) to discuss the February and March 2009 consolidator. | $125.00 | 0.20 | $25.00 |
| 4/22/2009 | Christos Vorillas | Senior Associate | Review and finalize the IDR from NYS concerning the mortgage recording tax for AHM Acceptance Corp. | $285.00 | 1.00 | $285.00 |
| 4/22/2009 | Gregory Fetter | Director | Meeting with T. Geppel (PwC) to review the overall status of projects and next steps. | $485.00 | 5.00 | $2,425.00 |
| 4/22/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Review the February and March 2009 consolidator. | $290.00 | 3.50 | $1,015.00 |
| 4/22/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Update the February and March 2009 narrative and consolidator. | $290.00 | 2.10 | $609.00 |
| 4/22/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Meeting with B. Davis (PwC) to discuss the February and March 2009 consolidator. | $290.00 | 0.20 | $58.00 |
| 4/22/2009 | Thomas Geppel | Partner | Meeting with G. Fetter (PwC) to review the overall status of projects and next steps. | $700.00 | 5.00 | $3,500.00 |
| 4/27/2009 | Christos Vorillas | Senior Associate | Respond to questions from G. Fetter (PwC) and the client concerning billing for the NY audit. | $285.00 | 0.50 | $142.50 |
| 4/28/2009 | Christos Vorillas | Senior Associate | Review the NYS conciliation. | $285.00 | 1.00 | $285.00 |
| 4/29/2009 | Christos Vorillas | Senior Associate | Meeting with T. Geppel (PwC) to discuss the project budget, the status of the conciliation conference for NYS, and the mortgage recording tax. | $285.00 | 2.00 | $570.00 |
| 4/29/2009 | Christos Vorillas | Senior Associate | Meeting with the NYS Conciliator to discuss the audit status. Also met with the mortgage recording tax auditor regarding status. | $285.00 | 2.00 | $570.00 |

Exhibit A-3

**American Home Mortgage Holdings, Inc., et al (Case 07-11047)**
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period April 1, 2009 through April 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 4/29/2009 | Gregory Fetter | Director | Review the mortgage recording tax work. | $485.00 | 1.50 | $727.50 |
| 4/29/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Finalize the fee application for February and March 2009 | $290.00 | 0.30 | $87.00 |
| 4/29/2009 | Thomas Geppel | Partner | Meeting with C. Vorillas (PwC) to discuss the project budget, the status of the conciliation conference for NYS, and the mortgage recording tax. | $700.00 | 2.00 | $1,400.00 |
| 4/30/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Review February and March 2009 fee consolidators and draft narrative. | $400.00 | 0.50 | $200.00 |
| 4/30/2009 | Christos Vorillas | Senior Associate | Prepare response to S. Lyons (PwC) regarding the conciliation conference and the status of the audit. | $285.00 | 0.50 | $142.50 |
| 4/30/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Review the February and March 2009 fee statement and finalize. | $290.00 | 0.20 | $58.00 |
| **Grand Total Hours and Compensation** | | | | | **48.50** | **$19,677.50** |