IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
        Debtors.                                                       :
---------------------------------------------------------------------- x

**TWENTY-FIRST MONTHLY APPLICATION OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | April 1, 2009 through April 30, 2009 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $380,321.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $37,238.86 |

This is an:   __X__ interim   ____ final application

This application includes 2.30 hours and $1,380.00 in fees incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees ($) | Expenses($) | Fees | Expenses |
| 11/2/07; 1776 | 8/6/07-8/31/07 | 1,464,663.50 | 77,888.86 | 1,464,663.50 | 77,888.86 |
| 11/16/07; 2068 | 9/1/07-9/30/07 | 1,869,288.50 | 91,455.66 | 1,869,288.50 | 91,455.66 |
| 12/12/07; 2375 | 10/1/07-10/31/07 | 2,003,648.00 | 170,103.16 | 2,003,648.00 | 170,103.16 |
| 2/1/08 2870 | 11/1/07-11/30/07 | 984,999.50 | 162,512.71 | 984,999.50 | 162,512.71 |
| 3/4/08 3149 | 12/1/07-12/31/07 | 697,878.50 | 73,194.22 | 697,878.50 | 73,194.22 |
| 3/13/08 3273 | 1/1/08-1/31/08 | 1,061,822.00 | 71,502.73 | 1,061,822.00 | 71,502.73 |
| 4/4/08 3532 | 2/1/08-2/29/08 | 790,957.50 | 129,737.02 | 790,957.50 | 129,737.02 |
| 4/25/08 3863 | 3/1/08-3/31/08 | 884,012.50 | 59,626.95 | 884,012.50 | 59,626.95 |
| 5/30/08 4320 | 4/1/08-4/30/08 | 993,848.50 | 178,501.20 | 993,848.50 | 178,501.20 |
| 6/20/08 4755 | 5/1/08-5/31/08 | 632,685.00 | 73,756.58 | 632,685.00 | 73,756.58 |
| 7/24/08 5199 | 6/1/08-6/30/08 | 529,795.00 | 55,598.68 | 529,795.00 | 55,598.68 |
| 9/3/08 5577 | 7/1/08-7/31/08 | 403,527.00 | 43,251.12 | 403,527.00 | 43,251.12 |
| 10/2/08 6180 | 8/1/08-8/31/08 | 318,228.50 | 39,593.00 | 318,228.50 | 39,593.00 |
| 10/22/08 6443 | 9/1/08-9/30/08 | 458,977.00 | 31,806.03 | 458,977.00 | 31,806.03 |
| 12/1/08 6646 | 10/1/08-10/31/08 | 375,577.00 | 46,260.88 | 375,577.00 | 46,260.88 |
| 12/30/08 6792 | 11/1/08-11/30/08 | 257,801.50 | 62,217.95 | Pending | Pending |
| 2/4/09 6939 | 12/1/08-12/31/08 | 256,820.50 | 15,216.68 | Pending | Pending |
| 3/12/09 7091 | 1/1/09-1/31/09 | 369,523.50 | 44,979.68 | Pending | Pending |
| 3/27/09 7168 | 2/1/09-2/28/09 | 495,279.50 | 46,083.33 | Pending | Pending |
| 5/11/09 7374 | 3/1/09-3/31/09 | 298,532.00 | 48,159.60 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| James L. Patton, Jr. | Partner since 1989. Joined firm as an associate in 1983. Member of DE Bar since 1983. | 800.00 | 3.00 | 2,400.00 |
| Craig D. Grear | Partner since 2000. Joined firm as an associate in 1996. Member of DE Bar since 1990. | 610.00 | 20.20 | 12,322.00 |
| Robert S. Brady | Partner since 1998. Joined firm as an associate in 1990. Member of DE Bar since 1990. Member of the NY Bar since 2007. | 610.00 | 0.80 | 488.00 |
| Rolin Bissell | Partner since 2003. Joined firm as a partners in 2003. Member of DE Bar since 2004. | 610.00 | 10.00 | 6,100.00 |
| Pauline K. Morgan | Partner since 2000. Joined firm as an associate in 1997. Member of PA and NJ Bars since 1987. Member of DE Bar since 1997. Member of the NY Bar since 2007. | 600.00 | 3.10 | 1,860.00 |
| John T. Dorsey | Partner since 2004. Joined firm as special counsel in 2003. Member of DE Bar since 1991. | 580.00 | 51.20 | 29,696.00 |
| Curtis J. Crowther | Special Counsel 2006. Joined the firm as an associate in 2001. Member of DE and PA Bars since 1994. | 450.00 | 39.00 | 17,550.00 |
| Sean M. Beach | Partner since 2009. Joined firm as an associate in 2000. Member of DE Bar since 2001. Member of NY Bar since 2007. | 440.00 | 187.30 | 82,412.00 |

| | | | | |
|---|---|---|---|---|
| Sharon M. Zieg | Partner since 2009. Joined firm as an associate in 2000. Member of NC Bar since 2000 and DE Bar since 2002. | 440.00 | 31.00 | 13,640.00 |
| Lisa B. Goodman | Partner since 2002. Joined the firm as an associate in 1994. Member of DE Bar since 1994. | 380.00 | 28.70 | 10,906.00 |
| Daniel P. Johnson | Partner since 1999. Joined the firm as a partner in 1999. Member of the DE Bar since 1988. | 375.00 | 14.80 | 5,550.00 |
| Matthew B. Lunn | Joined the firm as an associate in 2001. Member of DE Bar since 2001. | 375.00 | 6.00 | 2,250.00 |
| Scott A. Holt | Partner since 2004. Joined firm as an associate in 1995. Member of DE Bar since 1995. | 375.00 | 35.60 | 13,350.00 |
| Teresa A. Cheek | Partner since 1997. Joined firm as an associate in 1987. Member of the DE Bar since 1988. | 375.00 | 14.70 | 5,512.50 |
| Jennifer Noel | Joined firm as an associate in 2004. Member of DE Bar since 2004. | 360.00 | 0.90 | 324.00 |
| Kara Hammond Coyle | Joined the firm as an associate in 2003. Member of the DE Bar since 2003. | 330.00 | 12.10 | 3,993.00 |
| Donald J. Bowman | Joined the firm as an associate in 2004. Member of the DE Bar since 2003. | 330.00 | 3.10 | 1,007.50 |
| Michele Sheretta Budica | Joined firm as an associate in 2004. Member of the DE Bar since 2005. | 325.00 | 75.70 | 24,602.50 |
| John Kuffel | Joined firm as an associate in 2004. Member of the DE Bar since 2004. | 320.00 | 38.60 | 12,352.00 |
| Margaret W. Greecher | Joined firm as associate in 2004. Member of DE Bar since 2005. | 310.00 | 74.10 | 22,971.00 |
| Maribeth Minella | Joined the firm as an associate in 2001. Member of the DE Bar since 2002. | 300.00 | 58.20 | 17,460.00 |

| | | | | |
|---|---|---|---|---|
| James Gallagher | Joined the firm as an associate in 2004. Member of the DE Bar since 2004. | 295.00 | 3.40 | 1,003.00 |
| Patrick Jackson | Joined firm as an associate in 2006. Member of the DE Bar since 2007. | 295.00 | 64.20 | 18,939.00 |
| Andrew A. Lundgren | Joined firm as an associate in 2005. Member of the DE Bar since 2003. | 285.00 | 2.70 | 769.50 |
| Evangelos Kostoulas | Joined firm as an associate in 2007. Member of the DE Bar since 2008. | 285.00 | 62.00 | 17,670.00 |
| Nathan D. Grow | Joined firm as an associate in 2007. Member of the DE Bar since 2007. | 280.00 | 74.40 | 20,832.00 |
| Michael S. Neiburg | Joined firm as an associate in 2008. Member of DE Bar since 2008 | 260.00 | 2.10 | 546.00 |
| Robert F. Poppiti | Joined firm as an associate in 2007. Member of DE Bar since 2007 | 260.00 | 8.40 | 2,184.00 |
| Ryan Bartley | Joined firm as an associate in 2007. Member of DE Bar since 2007. | 260.00 | 3.60 | 936.00 |
| Kerrianne Marie Fay | Joined firm as an associate in 2007. Member of DE Bar since 2007. | 255.00 | 5.20 | 1,326.00 |
| Alexander D. Thaler | Joined firm as an associate in 2008. Member of DE Bar since 2009. | 245.00 | 18.60 | 4,557.00 |
| Frank Grese | Joined firm as an associate in 2008. | 240.00 | 8.20 | 1,968.00 |
| Debbie Laskin | Paralegal | 210.00 | 37.90 | 7,959.00 |
| William DuBois | Tech. Services | 175.00 | 5.40 | 945.00 |
| John Meyer | Tech. Services | 165.00 | 4.30 | 709.50 |
| Diane Dunning | Paralegal | 130.00 | 0.30 | 39.00 |
| Troy Bollman | Paralegal | 125.00 | 3.80 | 475.00 |
| Chad Corazza | Paralegal | 115.00 | 1.00 | 115.00 |
| Katherine Yuen | Paralegal | 115.00 | 29.70 | 3,415.50 |
| Rose Ruggieri | Legal Assistant | 115.00 | 14.80 | 1,702.00 |
| Jill Randolph | Paralegal | 110.00 | 66.80 | 7,348.00 |
| Patsy Petlock | Clerk | 55.00 | 1.20 | 66.00 |

| Beth Gaffney | Clerk | 50.00 | 1.40 | 70.00 |
|---|---|---|---|---|
| **Grand Total:** | | | **1127.50** | **380,321.00** |
| **Blended Rate:** | | **337.31** | | |

### INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration  (1001) | 7.90 | 3,090.00 |
| Court Hearings (1002) | 25.90 | 9,125.00 |
| Cash Collatera/DIP Financing (1003) | 0.10 | 44.00 |
| Lease/Executory Contract Issues (1005) | 22.20 | 7,661.50 |
| Use, Sale or Lease of Property (363 Issues) (1006) | 284.30 | 99,683.00 |
| Claims Analysis, Objections and Resolutions (1007) | 406.20 | 154,477.50 |
| Meetings (1008) | 6.10 | 2,823.00 |
| Stay Relief Matters (1009) | 36.50 | 10,710.50 |
| Other Adversary Proceedings (1011) | 290.30 | 75,693.50 |
| Plan and Disclosure Statement (1012) | 2.80 | 1,054.00 |
| Creditor Inquiries (1013) | 2.00 | 603.50 |
| General Corporate Matters (1014) | 4.90 | 2,038.00 |
| Employee Matters (1015) | 0.40 | 163.00 |
| Retention of Professionals/Fee Issues (1017) | 23.50 | 6,254.50 |
| Fee Application Preparation (1018) | 2.30 | 1,380.00 |
| Travel (1019) | 12.10 | 5,520.00 |
| **TOTALS** | **1127.50** | **380,321.00** |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---:|
| Reproduction Charges | 26,023.90 |
| Long Distance Telephone | 1,062.50 |
| Federal Express | 3,927.08 |
| Facsimile | 33.00 |
| Filing Fee | 47.50 |
| Air/Rail Travel | 223.00 |
| Deposition/Transcript | 974.06 |
| Delivery/Courier | 626.25 |
| Court Costs | 15.00 |
| Outside Attorney's Fees | 8.00 |
| Parking | 10.00 |
| Car/Bus/Subway Travel | 20.00 |
| Working Meals | 45.50 |
| Docket Retrieval/Search | 412.00 |
| Litigation Support Charges | 10.10 |
| AP Outside Duplication Services | 166.25 |
| Teleconference/Video Conference | 164.58 |
| AP Fax | 732.00 |
| Postage | 2,298.74 |
| Staff Overtime | 123.49 |
| Computerized Legal Research | 315.91 |
| **TOTAL** | **37,238.86** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------- x
In re:                                             :   Chapter 11
                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                    :
                                                   :   Jointly Administered
         Debtors.                                  :
-------------------------------------------------------------------- x
```

**TWENTY-FIRST MONTHLY APPLICATION OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Young Conaway Stargatt & Taylor, LLP (hereinafter

"YCS&T") hereby moves this Court for reasonable compensation for professional legal services

rendered as counsel to American Home Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-

possession in the above-captioned cases (the "Debtors"), in the amount of $380,321.00 together

with reimbursement for actual and necessary expenses incurred in the amount of $37,238.86 for the

interim period April 1, 2009 through April 30, 2009 (the "Interim Fee Period"). In support of its

Application, YCS&T respectfully represents as follows:

1.      YCS&T was employed under a general retainer to represent the Debtors as

bankruptcy counsel in connection with this chapter 11 case effective as of August 6, 2007, pursuant

to an Order entered by this Court on September 4, 2007. The Order authorized YCS&T to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

2.      All services for which compensation is requested by YCS&T were performed

for or on behalf of the Debtors.

## COMPENSATION PREVIOUSLY PAID

3.      YCS&T represented the Debtors in preparing for the filing of these chapter 11 cases and was paid pre-petition for those services.

## SUMMARY OF SERVICES RENDERED

4.      Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $380,321.00 due for fees.  Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $37,238.86 for reimbursement of expenses.

5.      The services rendered by YCS&T during the Interim Fee Period are grouped into the categories set forth in Exhibit A.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

6.      YCS&T has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $37,321.00.  This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

7.      Costs incurred for overtime and computer assisted research are not included in YCS&T's normal hourly billing rates and, therefore, are itemized and included in YCS&T's

disbursements. Pursuant to Local Rule 2016-2, YCS&T represents that its rate for duplication is

$.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related

long distance transmission charges), there is no charge for incoming telecopier transmissions and

there is no surcharge for computerized research.

## VALUATION OF SERVICES

8.      Attorneys and paraprofessionals of YCS&T have expended a total of

1,127.50 hours in connection with this matter during the Interim Fee Period.

9.      The amount of time spent by each of these persons providing services to the

Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are

YCS&T's normal hourly rates of compensation for work of this character. The reasonable value of

the services rendered by YCS&T for the Interim Fee Period as counsel for the Debtors in these

cases is $380,321.00.

10.     YCS&T believes that the time entries included in Exhibit A attached hereto

and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of

Local Rule 2016-2.

11.     In accordance with the factors enumerated in 11 U.S.C. §330, the amount

requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the

nature and extent of the services rendered, (d) the value of such services, and (e) the costs of

comparable services other than in a case under this title.

12.     This Application covers the Interim Fee Period April 1, 2009 through April

30, 2009.

WHEREFORE, YCS&T requests that allowance be made to it in the sum of $380,321.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $37,238.86 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
       June 11, 2009

                         YOUNG CONAWAY STARGATT & TAYLOR, LLP


                         *Pauline K. Morgan*
                         James L. Patton, Jr. (No. 2202)
                         Pauline K. Morgan (No. 3650)
                         Sean M. Beach (No. 4070)
                         The Brandywine Building
                         1000 West Street, 17th Floor
                         Wilmington, Delaware 19801
                         Telephone: (302) 571-6600
                         Facsimile: (302) 571-1253

                         Counsel for Debtors and
                         Debtors in Possession

<u>VERIFICATION</u>

STATE OF DELAWARE    )
                     )    SS:
NEW CASTLE COUNTY    )

      Pauline K. Morgan, Esquire, after being duly sworn according to law, deposes and says:

      1.     I am a Partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 1997.

      2.     I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

      3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                   PAULINE K. MORGAN

SWORN TO AND SUBSCRIBED before me this 11th day of June, 2009.

                                   Notary Public
                                   My Commission Expires:_____

                                  MARLENE J. MAISTA
                                  NOTARY PUBLIC
                                  STATE OF DELAWARE
                            My Commission Expires Aug. 21, 2009