IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

Debtors.

---------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Ref. Docket No. 7115**

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING INTERIM FEE REQUESTS REGARDING PROFESSIONALS

The above captioned debtors (the "Debtors") filed certain interim fee requests [D.I. 7115] ("Fee Requests") of the professionals in the above-captioned chapter 11 cases (collectively, the "Professionals") for allowance of compensation and reimbursement of expenses. A hearing to consider the Fee Requests was held on June 5, 2009 at 10:00 a.m. (the "Fee Hearing").

At the Fee Hearing, the fee examiner advised counsel to the Debtors that a clerical error may have been made with respect to the fees and expenses of Traxi, LLC ("Traxi"). The parties agreed to remove Traxi's fees and expenses from the order presented at the Fee Hearing pending further review. The parties subsequently have reviewed the order with respect to Traxi and agreed upon the attached proposed order approving the Traxi Fee Requests (the "Traxi Interim Fee Order").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Accordingly, the Debtors respectfully request that the Court enter the Traxi

Interim Fee Order at its earliest convenience.

Dated: Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
      June 11, 2009

                                *Margaret Whiteman*

                              Sean M. Beach (No. 4070)
                              Margaret B. Whiteman (No. 4652)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              (302) 571-6600

                              Counsel for the Debtors and Debtors in Possession

066585.1001

## Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
--                                        :    Chapter 11
In re:                                    :
                                          :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                     :
HOLDINGS, INC., a Delaware corporation, et al., 1  :    Jointly Administered
                                          :
      Debtors.                            :    Ref. Nos. 7115
                                          x
-------------------------------------------------------
```

## ORDER APPROVING INTERIM FEE REQUESTS REGARDING PROFESSIONALS

Upon consideration of the interim fee requests ("Fee Requests") of the professionals in

the above-captioned chapter 11 cases (collectively, the "Professionals"), a list of which is attached

hereto as Exhibit A, for allowance of compensation and reimbursement of expenses (collectively,

the "Applications"); and it appearing to the Court that all of the requirements of sections 327, 328,

330, 331 and 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), as well as Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), have been satisfied;

and it further appearing that the fees and expenses incurred were reasonable and necessary; and that

notices of the Fee Requests were appropriate; and after due deliberation and sufficient good cause

appearing therefor; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED, that the Fee Requests are hereby APPROVED in the amounts set forth in Exhibit A; and it is further

ORDERED, that the Professionals are granted interim allowance of compensation in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Professionals are allowed, on an interim basis, the reimbursement of reasonable and necessary expenses in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Debtors are authorized and directed to remit payment to Professionals in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses.

Dated: June _____, 2009
       Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

# EXHIBIT A

**Second Interim Fee Request of Traxi LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/08-11/30/08 12/16/08 6720 | 34,567.00 | 517.00 |
| 12/1/08-12/31/08 1/20/09 6865 | 24,400.00 | 3,181.80 |
| 1/1/09-1/31/09 2/24/09 7049 | 32,728.00 | 122.70 |
| Totals | 91,695.00 | 3,821.50 |