Catherine Cassagnau-Lundie
63 Ogden Rd
West Islip, NY 11795
(631) 645-6820

June 5, 2009

United States Bankruptcy Court
For the District of Delaware
824 Market St – 3rd floor
Wilmington, DE 19801

Re: Claim 5423/Case 07-11051

To Whom It May Concern:

Attached please find your modification to the claim which I have against American Home Mortgage Investment Corp. I am in agreement with your modified claim amount. If you need anything further from me please contact me at the address and phone number above.

Regards,

Catherine Cassagnau-Lundie

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Response Deadline: June 25, 2009 at 4:00 p.m. (ET) |
| | ) | Hearing Date: July 2, 2009 at 10:00 a.m. (ET) |

AHM OB37 6/2/2009 (merge2.txnum2) 4000057666 EPIQ Use - 4

CASSAGNAU LUNDIE, CATHERINE J
63 OGDEN RD
WEST ISLIP, NY 11795

FILED 2009 JUN -9 AM 10:47 US BANKRUPTCY COURT CLERK DISTRICT OF DELAWARE

## NOTICE OF DEBTORS' THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** CASSAGNAU LUNDIE, CATHERINE J  
63 OGDEN RD  
WEST ISLIP, NY 11795

**Basis For Objection:** Modified Amount Claim: Debtors' books and records show a modified amount of liability

| | Claim Number | Date Filed | Case Number | Claim Amount | Modified Amount |
|---|---|---|---|---|---|
| Claim to be Modified | 5423 | December 13, 2007 | 07-11051 | Priority - $2,307.69 | Priority - $2,076.92 |

Modified to match debtors' books and records for vacation pay.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to modify the amount of the claim listed above because the Debtors have determined, after review of their books and records, that the amount asserted should be reduced or fixed to the amount indicated above in the "Modified Amount" column. The Objection seeks to alter your rights by modifying or fixing the amount of your claim as indicated above in the "Modified Amount" column.

Responses to the Objection, if any, must be filed on or before **June 25, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JULY 2, 2009 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 2, 2009  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP  
Nathan D. Grow (No. 5014)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6756  
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession