IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. No. 7421 |

**CERTIFICATE OF NO OBJECTION TO APPLICATION**
**RE: DOCKET NO. 7421**

    The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Seventh Monthly Application of Traxi, LLC as Special Litigation Financial Advisor for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period April 1, 2009 through April 30, 2009 (the "Application").  The Court's docket which was last updated June 12, 2009, reflects that no objections to the Application have been filed.  Objections to the Application were to be filed and served no later than June 9, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($25,550.40) of requested fees ($31,938.00) and 100% of requested expenses ($159.00) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       June 12, 2009

                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                      */s/ Ryan M. Bartley*
                      James L. Patton, Jr. (No. 2202)
                      Joel A. Waite (No. 2925)
                      Pauline K. Morgan (No. 3650)
                      Sean M. Beach (No. 4070)
                      Ryan M. Bartley (No. 4985)
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      Wilmington, Delaware 19801
                      Telephone: (302) 571-6600
                      Facsimile: (302) 571-1253

                      Counsel for Debtors and
                      Debtors in Possession