## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Objections Due By:  July 6, 2009 @ 4:00 p.m.** |
|  | : | **Hearing Date:  August 11, 2009 @ 10:30 a.m.** |

-------------------------------------------------------------

### NOTICE OF SEVENTH INTERIM FEE APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2009 THROUGH APRIL 30, 2009

TO:     Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On June 15, 2009, the Seventh Interim Fee Application of BDO Seidman, LLP, Financial Advisor to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of February 1, 2009 through April 30, 2009 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware  19801 (the *"Bankruptcy Court"*).  By the Interim Application, BDO Seidman, LLP seeks the allowance and payment of compensation in the amount of $460,414.00 and reimbursement of expenses in the amount of $6,126.80 incurred in representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings,

---

[1]      The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

Inc., *et al.* (the *"Debtors"*) during the period of  February 1, 2008 through April 30, 2009 (the

*"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy

Court in accordance with the local rules and served upon the undersigned counsel on or before

**July 6, 2009 at 4:00 p.m. (EST)**.  Copies of the Fee Application are available upon written

request to the undersigned.

A hearing on the Interim Application has been scheduled for **August 11, 2009 at**

**10:30 a.m.** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824

Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated:  June 15, 2009

BLANK ROME LLP

*/s/ David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:     (302) 425-6400
Facsimile:      (302) 425-6464

And

Mark S. Indelicato
Mark T. Power
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Telephone:  (212) 478-7200
Facsimile:  (212) 478-7400

*Co-Counsel to the Official Committee of Unsecured*
*Creditors of American Home Mortgage, Inc., et al.*