**Exhibit A**

**AMERICAN HOME MORTGAGE**
**Time Summary**
**February 1, 2009 to April 30, 2009**

| Professional | Category | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ROBERT M KLEIN | PARTNER | 0.8 | 600.00 | $480.00 |
| DAVID E BERLINER | PARTNER | 148.6 | 590.00 | 87,674.00 |
| MICHELE MICHAELIS | DIRECTOR | 242.7 | 375.00 | 91,012.50 |
| ANTHONY LA MALFA | SENIOR MANAGER | 5.1 | 400.00 | 2,040.00 |
| CHRIS AWONG | SENIOR | 138.5 | 260.00 | 36,010.00 |
| SUSANNE CLEARY | SENIOR | 388.4 | 235.00 | 91,274.00 |
| SAM BROWN | SENIOR | 4.5 | 225.00 | 1,012.50 |
| MATTHEW J STEWART | SENIOR | 378.4 | 215.00 | 81,356.00 |
| JERRY D'AMATO III | SENIOR | 302.8 | 200.00 | 60,560.00 |
| NAUSHON E VANDERHOOP | SENIOR | 10.1 | 185.00 | 1,868.50 |
| JARED FELDESMAN | STAFF | 4.8 | 190.00 | 912.00 |
| KEVIN REINLE | STAFF | 13.8 | 190.00 | 2,622.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 21.0 | 150.00 | 3,150.00 |
| | **SUBTOTAL:** | **1,659.5** | | **459,971.50** |
| *Travel Time (billed at ½ rate)* | | | | |
| DAVID E BERLINER | PARTNER | 1.5 | 295.00 | 442.50 |
| | **SUBTOTAL:** | **1.5** | | **442.50** |
| | **TOTAL:** | **1,661.0** | | **$460,414.00** |

1

**Exhibit B**

|   |   | HOURS | AMOUNT |
|---|---|---:|---:|
| A. | ACCOUNTS PAYABLE | 37.2 | 12,052.00 |

Reviewed issues related to unsecured, priority, admin and EPD/breach claims. Analyzed issues related to WL Ross Admin claim. Reviewed open claims to determine claim reserve required at Effective Date.

| B. | TAX ISSUES | 2.8 | 1,070.00 |
|---|---|---:|---:|

Review and analysis of tax claims filed with Court.

| C. | PREFERENCES ANALYSIS | 216.6 | 60,326.00 |
|---|---|---:|---:|

Preparation of schedules of potential preference payments to third parties and insiders.

| D. | LITIGATION CONSULTING | 806.8 | 190,562.00 |
|---|---|---:|---:|

Special investigative work related to potential litigation issues regarding UCC investigation. Reviewed and analyzed various documents for potential causes of action.

| E. | ASSET SALE/AUCTION | 26.0 | 9,951.50 |
|---|---|---:|---:|

Reviewed sales process and relevant documents including, but not limited to, various documents related to sale of AH Bank, miscellaneous loans, sale of assets and loan bids.

| F. | MEETINGS - DEBTOR | 69.6 | 25,347.50 |
|---|---|---:|---:|

Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information related to Plan issues, claims related issues, AH Bank, cash flow forecasts and other current issues.

| G. | REPORT PREPARATION | 83.9 | 26,251.00 |
|---|---|---:|---:|

Preparation and review of reports to the Creditors' Committee, regarding the Company's current and projected cash flow results, asset sales, and other financial updates.

| H. | MEETINGS OF CREDITORS / TRUSTEE | 16.1 | 6,297.50 |
|---|---|---:|---:|

Meetings, discussions and correspondence with Creditors; Committee and professionals related to; case issues; financial update; claims; status of asset sales; intercompany transactions; Plan of Liquidation; expense allocation methodology; WARN Act; and other open issues.

**Exhibit B**

|    |    | HOURS | AMOUNT |
|----|----|------:|-------:|
| I. | BUSINESS ANALYSIS | 254.0 | 73,359.50 |

Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, Monthly Operating Reports and other financial results. Reviewed and analyzed recent news articles and various documents, motions, applications, orders and objections filed with the Court. Reviewed and updated analysis regarding professional fee information. Reviewed Amended Plan of Liquidation and Disclosure Statement. Reviewed and/or analyzed asset recovery scenarios, intercompany allocation methodology and substantive consolidation issues. Reviewed updated liquidation analysis and allocation model in Amended Disclosure Statement. Findings were conveyed to Counsel and the Committee.

|    |    | HOURS | AMOUNT |
|----|----|------:|-------:|
| J. | COUNSEL DISCUSSIONS & COURT HEARINGS | 110.6 | 46,979.00 |

Throughout the engagement we consulted with Counsel and Committee members regarding all pertinent matters related to ongoing work related to the Debtors' mortgage loans, asset sales/auctions; Committee report preparation and meetings; business analyses; information requests and various other open case issues.

|    |    | HOURS | AMOUNT |
|----|----|------:|-------:|
| K. | FEE APPLICATIONS / MONTHLY STATEMENTS | 35.9 | 7,775.50 |

Preparation and review of monthly data for submission to the Debtor and other interested parties. Preparation and review of January 2009 monthly application, February 2009 monthly application, March 2009 monthly application and 6th Interim Application.

|    |    | HOURS | AMOUNT |
|----|----|------:|-------:|
|    | **SUBTOTAL:** | **1,659.5** | **459,971.50** |
| L. | TRAVEL TIME | 1.5 | 442.50 |

Professional time expended on travel, billed at one half the hourly rate of each professional.

|    |    | HOURS | AMOUNT |
|----|----|------:|-------:|
|    | **SUBTOTAL:** | **1.5** | **442.50** |
|    | **TOTAL:** | **1,661.0** | **$460,414.00** |

**Exhibit C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
February 1, 2009 through April 30, 2009

| | | |
|---|---|---:|
| 1. | PHOTOCOPYING | |
| | a.  Internal | |
| | b.  External | |
| | | |
| 2. | TELECOMMUNICATIONS | |
| | a.  Toll Charges | $181.00 |
| | b.  Facsimile | |
| | c.  Out-of-State toll charges | |
| | | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES | |
| | *For overnight and hand delivery to Counsel* | |
| | *and Committee members* | |
| | | |
| 4. | COURT REPORTER AND TRANSCRIPTS | |
| | | |
| 5. | TECHNOLOGY SERVICES – *Concordance Database Fees* | 4,500.00 |
| | | |
| 6. | OUT-OF-TOWN TRAVEL | |
| | a.  Transportation | 1,187.00 |
| | b.  Lodging | 191.78 |
| | c.  Meals | 10.50 |
| | | |
| 7. | OUTSIDE SERVICES | |
| | | |
| 8. | LOCAL MEALS | 56.52 |
| | | |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE | |
| | AND PARKING – for cabs to/from meetings, car service | |
| | *for employees working after 8:00 p.m. and local mileage* | |
| | *using personal auto* | |
| | | |
| 10. | MISCELLANEOUS | |
| | | |
| | **TOTAL** | **$6,126.80** |

1

**Exhibit C**

**American Home Mortgage**
Seventh Interim Expense Details
02/01/09 - 04/30/09 (by Accounting Date)

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 02/09/09 | 02/11/09 | Michaelis,Michele | Travel | $350.00 | Train to/from Wilmington. |
| 02/10/09 | 02/11/09 | Michaelis,Michele | Travel | 13.00 | Cab from Penn home. |
| 02/10/09 | 02/12/09 | Berliner,David E | Meals-Travel | 6.50 | AHM hearing- Meal @ Delaware station. |
| 02/10/09 | 02/12/09 | Berliner,David E | Lodging | 3.00 | AHM hearing-maid service at hotel. |
| 02/10/09 | 02/12/09 | Berliner,David E | Travel | 5.00 | AHM hearing-car service in NJ station to home. |
| 02/09/09 | 02/12/09 | Berliner,David E | Meals-Travel | 4.00 | AHM hearing-Beverage at hotel in Delaware. |
| 02/04/09 | 02/12/09 | Berliner,David E | Travel | 296.00 | Train/roundtrip NJ to Delaware for AHM hearing. |
| 02/09/09 | 02/12/09 | Berliner,David E | Travel | 5.00 | AHM hearing-for car service in NJ - to train. |
| 02/09/09 | 02/12/09 | Berliner,David E | Travel | 154.00 | Car/roundtrip home-to-train station for AHM hearing in Delaware. |
| 02/28/09 | 02/28/09 | | Technology Services | 1,500.00 | Concordance Database Monthly Hosting Fee |
| 02/18/09 | 03/13/09 | Berliner,David E | Toll Charges | 181.00 | Charge for access to AHM court hearing in Delaware via telephone. |
| 03/31/09 | 03/31/09 | | Technology Services | 1,500.00 | Concordance Database Monthly Hosting Fee |
| 02/26/09 | 04/01/09 | Stewart,Matthew J | Local Meals | 10.00 | AHM meal (Overtime Dinner) |
| 02/11/09 | 04/01/09 | Stewart,Matthew J | Local Meals | 10.00 | AHM meal (Overtime Dinner) |
| 01/27/09 | 04/01/09 | Stewart,Matthew J | Local Meals | 2.59 | AHM meal (Overtime Dinner) |
| 01/27/09 | 04/01/09 | Stewart,Matthew J | Local Meals | 7.41 | AHM meal (Overtime Dinner) |
| 01/22/09 | 04/01/09 | Stewart,Matthew J | Local Meals | 8.07 | AHM meal (Overtime Dinner) |
| 02/05/09 | 04/01/09 | Stewart,Matthew J | Local Meals | 8.07 | AHM meal (Overtime Dinner) |
| 01/29/09 | 04/01/09 | Stewart,Matthew J | Local Meals | 10.38 | AHM meal (Overtime Dinner) |
| 04/03/09 | 04/04/09 | Awong,Chris | Lodging | 84.55 | Hotel - Hotel expense for Chris Awong to visit Debtor in Melville, NY on a three day (two night) business trip. |

**Exhibit C**

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 04/03/09 | 04/04/09 | Awong,Chris | Travel | 209.18 | Car rental for Chris Awong to visit Debtor in Melville, NY on a three day business trip. |
| 04/03/09 | 04/04/09 | Awong,Chris | Lodging | 9.84 | Hotel - Room Tax - Hotel expense for Chris Awong to visit Debtor in Melville, NY on a three day (two night) business trip. |
| 04/04/09 | 04/04/09 | Awong,Chris | Lodging | 84.55 | Hotel - Hotel expense for Chris Awong to visit Debtor in Melville, NY on a three day (two night) business trip. |
| 04/04/09 | 04/04/09 | Awong,Chris | Lodging | 9.84 | Hotel - Room Tax - Hotel expense for Chris Awong to visit Debtor in Melville, NY on a three day (two night) business trip. |
| 03/24/09 | 04/04/09 | Awong,Chris | Travel | 86.82 | Car rental for Chris Awong and Michele Michaelis to visit Debtor in Melville, NY. |
| 03/24/09 | 04/04/09 | Awong,Chris | Travel | 12.50 | Midtown tunnel tolls for Chris Awong and Michele Michaelis to visit Debtor in Melville, NY. |
| 04/03/09 | 04/04/09 | Awong,Chris | Travel | 12.50 | Midtown Tunnel tolls for Chris Awong to visit Debtor in Melville, NY on a three day business trip. |
| 04/03/09 | 04/04/09 | Awong,Chris | Travel | 9.00 | Car rental fuel for Chris Awong to visit Debtor in Melville, NY on a three day business trip. |
| 04/15/09 | 04/16/09 | Michaelis,Michele | Travel | 20.00 | Cab from Farmingdale (round trip) to AHM office. |
| 04/15/09 | 04/16/09 | Michaelis,Michele | Travel | 14.00 | Train to Melville, LI. |
| 04/30/09 | 04/30/09 |  | Technology Services | 1,500.00 | Concordance Database Monthly Hosting Fee |
|  |  |  | **Total** | **$6,126.80** |  |