IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:
:
AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]
:
Debtors.
----------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Objection Deadline: July 6, 2009 at 4:00 p.m.**
**Hearing Date: August 11, 2009 at 10:30 a.m.**

## SEVENTH INTERIM QUARTERLY FEE REQUESTS
## OF DEBTORS' PROFESSIONALS

TO:  THE UNITED STATES TRUSTEE, COUNSEL FOR THE COMMITTEE, ALL PARTIES LISTED IN THE INTERIM COMPENSATION ORDER AND ALL OTHER PARTIES WHO REQUESTED NOTICE PURSUANT TO RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to that certain Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331 of the Bankruptcy Code (the "Interim Compensation Order") [D.I. 547] and the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nun Pro Tunc Relief (the "Modified Interim Compensation Order") [D.I. 2985], the professionals retained by the above-captioned debtors and debtors-in-possession (the "Debtors") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

(the "Fee Request") for all interim applications filed during the previous quarterly period covering the period from February 1, 2009 through and including April 30, 2009. Summaries of the fees and expenses subject to this Fee Request are summarized in the attachments hereto.

PLEASE TAKE NOTICE that pursuant to the Interim Compensation Order, the Debtors were authorized to pay, on an interim basis, 80% of the amount of compensation requested and 100% of the amount requested for reimbursement for expenses without further order from the Court upon the expiration of a 20-day objection period.

PLEASE TAKE FURTHER NOTICE that pursuant to the Modified Interim Compensation Order, the Debtors were authorized to pay certain foreclosure professionals, on an interim basis, 100% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order from the Court upon the expiration of a 20-day objection period.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before <u>July 6, 2009, 2009 at 4:00 p.m.</u>

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Fee Request will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on <u>August 11, 2009 at 10:30 a.m.</u>

Dated: June 15, 2009
       Wilmington, Delaware

                         YOUNG CONAWAY STARGATT & TAYLOR, LLP

                         <u>/s/ Margaret Greecher               </u>
                         Sean M. Beach (No. 4070)
                         Matthew B. Lunn (No. 4119)
                         Kara Hammond Coyle (No. 4410)
                         Margaret Whiteman Greecer (No. 4652)
                         The Brandywine Building
                         1000 West Street, 17th Floor
                         Wilmington, Delaware 19801
                         Telephone: (302) 571-6600
                         Facsimile: (302) 571-1253

                         Counsel for Debtors and
                         Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: July 6, 2009 at 4:00 p.m.**<br>**Hearing Date: August 11, 2009 at 10:30 a.m.** |

## SEVENTH INTERIM FEE REQUEST
## OF YOUNG CONAWAY STARGATT & TAYLOR, LLP

Name of Applicant:    Young Conaway Stargatt & Taylor, LLP

Authorized to Provide Professional Services to:    Debtors and Debtors-in-Possession

Date of Retention:    Effective as of August 6, 2007

Period for which compensation and reimbursement is sought:    February 1, 2008 through April 30, 2009

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 2/1/09-2/28/09<br>3/27/09<br>7168 | 495,279.50 | 46,083.33 | 5/19/09<br>7410 | 396,223.60 | 46,083.33 | 99,055.90 |
| 3/1/09-3/31/09<br>5/11/09<br>7374 | 298,532.00 | 48,159.60 | 6/3/09<br>7487 | 238,825.60 | 48,159.60 | 59,706.40 |
| 4/1/09-4/30/09<br>6/11/09<br>7520 | 380,321.00 | 37,238.86 | Pending | 304,256.80 | 37,238.86 | 76,064.20 |
| Totals | 1,174,132.50 | 131,481.79 | | 939,306.00 | 131,481.79 | 234,826.50 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: July 6, 2009 at 4:00 p.m.** |
| | **Hearing Date: August 11, 2009 at 10:30 a.m.** |

**SEVENTH INTERIM FEE REQUEST
OF LAW OFFICES OF WEINER BRODSKY SIDMAN KIDER PC**

Name of Applicant:                                              Weiner Brodsky Sidman Kider PC

Authorized to Provide Professional Services to:   Debtors and Debtors-in-Possession

Date of Retention:                                              August 6, 2007

Period for which compensation and                 January 1, 2009 through April 30, 2009
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 1/1/09-1/31/09 4/1/09 7219 | 15,830.00 | 2,527.36 | 5/19/09 7412 | 12,664.00 | 2,527.36 | 3,166.00 |
| 2/1/09-2/28/09 4/9/09 7255 | 4,991.00 | 45.20 | 5/19/09 7413 | 3,992.80 | 45.20 | 998.20 |
| 3/1/09-3/31/09 6/5/09 7509 | 2,671.50 | 252.55 | Pending | 2,137.20 | 252.55 | 534.30 |
| 4/1/09-4/30/09 6/10/09 7516 | 2,849.00 | 47.64 | Pending | 2,279.20 | 47.64 | 569.80 |
| Totals | 26,341.50 | 2,872.75 | | 21,073.20 | 2,872.75 | 5,268.30 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :   **Objection Deadline: July 6, 2009 at 4:00 p.m.**
                                                                 :   **Hearing Date: August 11, 2009 at 10:30 a.m.**
---------------------------------------------------------------- x

## SEVENTH INTERIM FEE REQUEST
## OF LAW OFFICES OF CADWALADER, WICKERSHAM & TAFT LLP

Name of Applicant:                              Cadwalader, Wickersham & Taft LLP

Authorized to Provide Professional Services to: Debtors and Debtors-in-Possession

Date of Retention:                              August 6, 2007

Period for which compensation and               February 1, 2009 through April 30, 2009
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 2/1/09-4/30/09 6/15/09 7527 | 1,687,243.00 | 7,312.25 | Pending | 1,349,794.40 | 7,312.25 | 337,448.60 |
| Totals | 1,687,243.00 | 7,312.25 | | 1,349,794.40 | 7,312.25 | 337,448.60 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :   **Objection Deadline: July 6, 2009 at 4:00 p.m.**
                                                                 :   **Hearing Date: August 11, 2009 at 10:30 a.m.**
---------------------------------------------------------------- x

## SEVENTH INTERIM FEE REQUEST
## OF ALLEN & OVERY, LLP

Name of Applicant:                                      Allen & Overy, LLP

Authorized to Provide Professional Services to:         Debtors and Debtors-in-Possession

Date of Retention:                                      September 7, 2007

Period for which compensation and                       February 1, 2009 through April 30, 2009
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 2/1/09-2/28/09 3/30/09 7182 | 33,881.00 | 69,793.37 | 5/19/09 7409 | 27,104.80 | 69,793.37 | 6,776.20 |
| 3/1/09-3/31/09 5/4/09 7343 | 7,231.50 | 32,657.12 | 6/1/09 7470 | 5,785.20 | 32,657.12 | 1,446.30 |
| 4/1/09-4/30/09 6/1/09 7469 | 16,126.00 | 72,638.23 | Pending | 12,900.80 | 72,638.23 | 3,225.20 |
| Totals | 57,238.50 | 175,088.72 | | 45,790.80 | 175,088.72 | 11,447.70 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: July 6, 2009 at 4:00 p.m.** |
| | **Hearing Date: August 11, 2009 at 10:30 a.m.** |

## SEVENTH INTERIM FEE REQUEST
## OF QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

Name of Applicant: Quinn Emanuel Urquhart Oliver & Hedges LLP

Authorized to Provide Professional Services to: Debtors and Debtors-in-Possession

Date of Retention: August 10, 2007

Period for which compensation and reimbursement is sought: February 1, 2009 through April 30, 2009

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 2/1/09-2/28/09 4/15/09 7275 | 81,855.50 | 3,522.61 | 5/20/09 7418 | 65,484.40 | 3,522.61 | 16,371.10 |
| 3/1/09-3/31/09 6/10/09 7517 | 36,994.50 | 9,809.67 | Pending | 29,595.60 | 9,809.67 | 7,398.90 |
| 4/1/09-4/30/09 6/10/09 7518 | 58,816.00 | 2,939.45 | Pending | 47,052.80 | 2,939.45 | 11,763.20 |
| Totals | 177,666.00 | 16,271.73 | | 142,132.80 | 16,271.73 | 35,533.20 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                 :
                                                                :  Jointly Administered
        Debtors.                                                :
                                                                :  **Objection Deadline: July 6, 2009 at 4:00 p.m.**
                                                                :  **Hearing Date: August 11, 2009 at 10:30 a.m.**
---------------------------------------------------------------- x

## SEVENTH INTERIM FEE REQUEST
## OF MILESTONE ADVISORS LLC

Name of Applicant:                                       Milestone Advisors LLC

Authorized to Provide Professional Services to:          Debtors and Debtors-in-Possession

Date of Retention:                                       August 6, 2007

Period for which compensation and                        February 1, 2009 through March 31, 2009
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 2/1/09-2/28/09 3/31/09 7215 | 100,000.00 | 1,920.93 | 4/23/09 7312 | 80,000.00 | 1,920.93 | 20,000.00 |
| 3/1/09-3/31/09 4/15/09 7274 | 100,000.00 | 36.58 | 5/8/09 7354 | 80,000.00 | 36.58 | 20,000.00 |
| Totals | 200,000.00 | 1,957.51 | | 160,000.00 | 1,957.51 | 40,000.00 |

DB02:8292719.1                                                                                    066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Objection Deadline: July 6, 2009 at 4:00 p.m.** |
| ------------------------------------------------------------- x | | **Hearing Date: August 11, 2009 at 10:30 a.m.** |

## FIFTH INTERIM FEE REQUEST
## OF PRICEWATERHOUSECOOPERS LLP

Name of Applicant: PricewaterhouseCoopers LLP

Authorized to Provide Professional Services to: Debtors and Debtors-in-Possession

Date of Retention: February 12, 2008

Period for which compensation and reimbursement is sought: February 1, 2009 through April 30, 2009

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 2/1/09-3/31/09 5/19/09 7414 | 26,607.00 | 83.70 | 6/12/09 7524 | 21,285.60 | 83.70 | 5,321.40 |
| 4/1/09-4/30/09 6/10/09 7519 | 19,677.50 | 0.00 | Pending | 15,742.00 | 0.00 | 3,935.50 |
| Totals | 46,284.50 | 83.70 | | 37,027.60 | 83.70 | 9,256.90 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: July 6, 2009 at 4:00 p.m.** |
| | **Hearing Date: August 11, 2009 at 10:30 a.m.** |

## THIRD INTERIM FEE REQUEST
## OF KILPATRICK STOCKTON LLP

Name of Applicant:  Kilpatrick Stockton LLP (formerly Muldoon Murphy & Aguggia LLP)

Authorized to Provide Professional Services to:  Debtors and Debtors-in-Possession

Date of Retention:  December 15, 2007

Period for which compensation and reimbursement is sought:  January 1, 2009 through April 30, 2009

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 1/1/09-4/30/09 6/5/09 7508 | 4,860.00 | 5.70 | Pending | 3,888.00 | 5.70 | 972.00 |
| Totals | 4,860.00 | 5.70 | | 3,888.00 | 5.70 | 972.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: July 6, 2009 at 4:00 p.m.** |
| | **Hearing Date: August 11, 2009 at 10:30 a.m.** |

# THIRD INTERIM FEE REQUEST
# OF TRAXI, LLC

Name of Applicant: Traxi, LLC

Authorized to Provide Professional Services to: Debtors and Debtors-in-Possession

Date of Retention: September 10, 2008

Period for which compensation and reimbursement is sought: February 1, 2009 through April 30, 2009

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 2/1/09-2/28/09 3/19/09 7127 | 33,575.00 | 4,970.00 | 4/17/09 7288 | 26,860.00 | 4,970.00 | 6,715.00 |
| 3/1/09-3/31/09 4/24/09 7320 | 35,583.00 | 156.00 | 5/20/09 7419 | 28,466.40 | 156.00 | 7,116.60 |
| 4/1/09-4/30/09 5/20/09 7421 | 31,938.00 | 159.00 | 6/12/09 7523 | 25,550.40 | 159.00 | 6,387.60 |
| Totals | 101,096.00 | 5,285.00 | | 80,876.80 | 5,285.00 | 20,219.20 |