IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF SHANTI M. KATONA

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Shanti M. Katona, Esquire of Polsinelli Shughart PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, to represent Brett Frimmel in this case and in any related proceedings.

POLSINELLI SHUGHART PC

By: /s/ *Christopher A. Ward*
Christopher A. Ward (No. 3877)
Shanti M. Katona (*pro hac admission pending*)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

1763934.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Missouri and the bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

>    */s/ Shanti M. Katona*
>    Shanti M. Katona, Esq.
>    **POLSINELLI SHUGHART PC**
>    222 Delaware Avenue, Suite 1101
>    Wilmington, Delaware 19801
>    (302) 252-0920 (Telephone)
>    (302) 252-0921 (Facsimile)
>    skatona@polsinelli.com

Dated: June 8, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2009

>    _____
>    The Honorable Christopher S. Sontchi
>    United States Bankruptcy Judge