IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    :    Jointly Administered
        Debtors.                                    :
                                                    :    **Ref. Docket Nos. 7347 and 7506**
------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING SECOND ORDER
REGARDING THE DEBTORS' THIRTY-FIFTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On May 6, 2009, the above-captioned debtors and debtors in possession (the
"Debtors") filed the *Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims Pursuant
to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
3007-1* [Docket No. 7347] (the "Objection").[2] On or about January 9, 2008, the State of New
Jersey – Division of Taxation ("New Jersey") filed a proof of claim [POC No. 9657] ("Claim
9657") in the amount of $5,287.22, priority unsecured. In the Objection, the Debtors objected to,
*inter alia*, Claim 9657 on the basis that the amounts asserted to be due and owing to New Jersey
by the Debtors were higher than the amounts of liability reflected in the Debtors' books and
records. Therefore, the Debtors contended that Claim 9657 should be modified by reducing the
amounts to $80.00 rather than $5,287.22. Subsequent to the filing of the Objection, the Debtors

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979);
American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New
York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407);
Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York
corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York
11747.

[2]     All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the
Objection.

and New Jersey had discussions which revealed that the Debtors have paid all amounts owed to

New Jersey and therefore the actual liability on Claim 9657 is $0.00.

On June 5, 2009, the Court entered an order [Docket No. 7506] sustaining the

Objection in part and adjourning Claim 9657.  The Debtors and New Jersey agree that Claim

9657 should be disallowed and expunged in full.

The Debtors therefore respectfully request that the Court enter an order, in the

form attached hereto as Exhibit A, disallowing and expunging Claim 9657.

Dated: Wilmington, Delaware
       June 16, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman-Greecher (No. 4652)
Nathan D. Grow (No. 5014)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:   (302) 571-1253

Counsel for the Debtors and Debtors in Possession

# EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                                  :  Chapter 11

                                                        :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]                      :

                                                        :  Jointly Administered

        Debtors.                                        :  **Ref. Docket Nos. 7347 and 7506**

------------------------------------------------------------------ x

### SECOND ORDER REGARDING THE DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-fifth omnibus (substantive) objection [Docket No. 7347] (the "Objection")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), in which the Debtors objected to, *inter alia*, a proof of claim [POC No. 9657] ("Claim 9657") filed by the State of New Jersey – Division of Taxation ("New Jersey"); and the Court having entered an order sustaining the Objection in part and adjourning Claim 9657 [Docket No. 7506]; and the Debtors and New Jersey having agreed that Claim 9657 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that Claim 9657 is hereby disallowed and expunged in full; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      June ___, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE