IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
         Debtors.                                                :
                                                                 :   Ref. Docket Nos. 7084, 7195 and 7234
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING EIGHTH ORDER
REGARDING THE DEBTORS' THIRTY-FIRST OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On March 6, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 7084] (the "Objection").[2] On or about August 31, 2007, the Oakland County Treasurer ("Oakland") filed a proof of claim [POC No. 1078] ("Claim 1078") in the amount of $45,473.15, secured. In the Objection, the Debtors objected to, *inter alia*, Claim 1078 on the basis that all taxes owed to Oakland by the Debtors had been paid in full and, therefore, the Debtors had no liability with respect to Claim 1078. On March 30, 2009, Oakland filed a response to the Objection [Docket No. 7195] (the "Response") in which Oakland, *inter alia*, denied that the Debtors had paid all taxes for which they were responsible.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

Subsequent to the filing of the Objection and the Response, the Debtors and Oakland had discussions which revealed that Oakland is entitled to a secured claim in the amount of $171.66 against American Home Mortgage Holdings Inc. (Case No. 07-11047). On April 6, 2009, the Court entered an order [Docket No. 7234] sustaining the Objection in part and adjourning Claim 1078. The Debtors and Oakland agree that Claim 1078 should not be expunged or disallowed, but rather allowed in the amount of $171.66, secured, against American Home Mortgage Holdings Inc. (Case No. 07-11047).

The Debtors therefore respectfully request that the Court enter an order, in the form attached hereto as <u>Exhibit A</u>, allowing Claim 1078 as a secured claim in the amount of $171.66 against American Home Mortgage Holdings Inc. (Case No. 07-11047).

Dated: Wilmington, Delaware
June 16, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman-Greecher (No. 4652)
Nathan D. Grow (No. 5014)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
            Debtors.                                             :
                                                                 :   Ref. Docket Nos. 7084 and 7234
---------------------------------------------------------------- x

## EIGHTH ORDER REGARDING THE DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-first omnibus (substantive) objection [Docket No. 7084] (the "Objection")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), in which the Debtors objected to, *inter alia*, a proof of claim [POC No. 1078] ("Claim 1078") filed by the Oakland County Treasurer ("Oakland"); and the Court having entered an order sustaining the Objection in part and adjourning Claim 1078 [Docket No. 7234]; and the Debtors and Oakland having agreed that Claim 1078 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that Claim 1078 is hereby allowed as a secured claim in the amount of $171.66 against American Home Mortgage Holdings Inc. (Case No. 07-11047); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      June ___, 2009

                                     CHRISTOPHER S. SONTCHI
                                     UNITED STATES BANKRUPTCY JUDGE