IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                             :   Jointly Administered
     Debtors.                                                :
------------------------------------------------------------x

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 2, 2009, I caused to be served true and correct copies of the following:

   a) A creditor specific Customized Exhibit to Debtors' Thirty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A,

   b) "Notice of Debtors' Thirty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 2, 2009, to which was attached the "Debtors' Thirty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 2, 2009, [Docket No. 7472],

enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
____ day of June, 2009

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175079
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10-22-2011

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Response Deadline: June 25, 2009 at 4:00 p.m. (ET) |
| | ) Hearing Date: July 2, 2009 at 10:00 a.m. (ET) |
| AHM OB36 6/2/2009 (merge2.txnum2) 4000209681 EPIQ Use - 1 | ) |

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

## NOTICE OF DEBTORS' THIRTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** ADA COUNTY TREASURER  
P.O. BOX 2868  
BOISE, ID 83701

| | Basis For Objection: | Amended Claim |
|---|---|---|
| | **Claim Number** | **Claim Amount** |
| Claim to be Expunged | 10671 | $438.44 |
| Surviving Claim | 10702 | $445.82 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors have received multiple claims filed on your behalf and by this Objection seek to disallow one of your claims because it has been amended by a subsequently filed claim. The Objection seeks to alter your rights by disallowing your above-listed claim in the "Claim to be Expunged" row, but does not seek to alter your claim listed in the "Surviving Claim" row.

Responses to the Objection, if any, must be filed on or before **June 25, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 2, 2009 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 2, 2009  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP  
Nathan D. Grow (No. 5014)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6756  
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT B

# EXHIBIT B

**NOTICE OF DEBTORS' THIRTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by June 2, 2009 and sent to the following:

ADA COUNTY TREASURER
ATTN CECIL INGRAM
200 W FRONT ST, 1ST FL
BOISE, ID 83702

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

AYAN, ATILLA
83 OCEAN AVE
MASSAPEQUA PARK, NY 11762

BANGERT, PEGGY
315 CHASSELLE LN
CREVE COEUR, MO 63141

BOLVES, HERB A.
570 N. HART BLVD.
ORLANDO, FL 32818

BYLLOTT, DEBRA
2 BUD COURT
HAUPPAUGE, NY 11788

CITIMORTGAGE, INC.
C/O ANDREW J. PETRIE
FEATHERSTONE PETRIE DESISTO LLP
600 17TH STREET, SUITE 2400S
DENVER, CO 80202

CITY OF BROOKFIELD
ATTN ROSEMARIE ROSSBACH, DEP. TREASURER
2000 N CALHOUN ROAD
BROOKFIELD, WI 53005

CITY OF NORWALK TAX COLLECTOR
ATTN AL C. PALUMBO, ASST TAX COLLECTOR
125 EAST AVENUE
NORWALK, CT 06851

CITY OF WARWICK
ATTN DAVID C OLSEN, TREASURER
3275 POST RD
WARWICK, RI 02886

COLANDRO, MARY
32 PEARSALL AVE APT 2B
GLEN COVE, NY 11542

DALLAS COUNTY RECORDER
LORI BELGARDE, DEPUTY RECORDER
701 COURT
PO BOX 38
ADEL, IA 50003-0038

DI CARLO, CHARLES J.
128 LOGGING TRAIL RD
DANBURY, CT 068112626

DJURASEVIC, LINDA
PO BOX 1202
WARREN, MI 480901202

EDWARD J LACOSTE
DONNA GREMILLION LACOSTE
6535 WEST END BLVD
NEW ORLEANS, LA 70124

FAIRFAX COUNTY
ATTN NANCY F LOFTUS, ASST COUNTY ATTNY
OFFICE OF THE COUNTY ATTORNEY
1200 GOVERNMENT CENTER PWY, STE 549
FAIRFAX, VA 22035

FLORIAN, JENNIE
108 HAMPTON AVE
MASTIC, NY 11950

GLASCO, ADRIENNE D.
214 LIVINGSTON ST APT 2
WESTFIELD, NJ 07090

GRATZA, DONNA
C/O CHRIS & SHARON FEDIOR
409 AUBER
ST LOUIS, MO 63011

GREEN, RICHARD J (RICK)
2524 WALTERBORO HWY
VARNVILLE, SC 29944

HOGAN, KERRY N.
4462 FIRELIGHT DR
SAINT LOUIS, MO 63129

**NOTICE OF DEBTORS' THIRTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by June 2, 2009 and sent to the following:

HUDGENS, KEN, CLERK AND MASTER
501 S MAIN ST
RM 103
SPRINGFIELD, TN 37172

INDIAN RIVER COUNTY TAX COLLECTOR
ATTN CHARLES W. SEMBLER, TAX COLLECTOR
PO BOX 1509
VERO BEACH, FL 32961-1509

KLOTZ, LORI
7724 EDISTO DR
NEW HAVEN, IN 46774

L.A. COUNTY TREASURER AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90051-0110

LEHMAN, APRIL C
305 TYNDALL DR.
BURLINGTON, NC 27215

LINCOLN COUNTY
ATTN JERRY L FOX, COLLECTOR
201 MAIN ST.
TROY, MO 63379

MARCANO, ANGELICA
11 SPRING MEADOW DRIVE
KINGS PARK, NY 11754

MASON MCDUFFIE MORTGAGE CORPORATION
ATTN MARILYN RICHARDSON, COO
2010 CROW CANYON PL STE 400
SAN RAMON, CA 945831344

MEYER, ROBERT L.
PO BOX 593
POINT PLEASANT BEACH, NJ 08742

MILLER, PETER J.
210 N. CHURCH ST.
UNIT 2310
CHARLOTTE, NC 28202

MODRELL, CRYSTAL J.
724 PILOT HOUSE DR
NEWPORT NEWS, VA 236061941

MONARES, JOLEEN
2099 WINSBURY WAY
KENNESAW, GA 30144

MONTOYA, SUSANA
4850-10 DORSEY HALL DR
ELLICOTT CITY, MD 21042

MULVEHILL, ALENA
9794 BROADWAY AVE
NORTH HUNTINGDON, PA 15642

NORWOOD, CARRIE H.
4401 SHATTALON DR
WINSTON SALEM, NC 27106

PATTERSON, MICHELLE
8204 GLEAVES COURT
ALEXANDRIA, VA 22309

RAGSDALE REAL ESTATE INC
162 BUSHWACKER DRIVE
MABANK, TX 75147

SANDERS, VANESSA
1300 N SHAFFER ST # 23
ORANGE, CA 92867

SCOTTO, ANTHONY
59-34 50TH AVE
WOODSIDE, NY 11377

SEDGWICK COUNTY
OFFICE OF THE COUNTY COUNSELOR
PATRICIA J PARKER # 10413
525 N. MAIN, SUITE 359
WICHITA, KS 67203-3790

SEUS, SHERYL
4508 GARDEN CLUB ST
HIGH POINT, NC 27265

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by June 2, 2009 and sent to the following:

NOTICE OF DEBTORS' THIRTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

SMITH, LAUREN
6545 YELLOWSTONE BLVD
APT 5D
FOREST HILLS, NY 11375

STAFFORD, PAMELA
10320 BLUFF VALLEY COURT
LAS VEGAS, NV 89178

STATE OF NEW JERSEY
ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
RICHARD J. HUGHES COMPLEX
PO BOX 106
TRENTON, NJ 08625-0106

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08646

STATE OF NEW JERSEY
MICHAEL READING, AUTHORIZED AGENT
DIVISION OF TAXATION-COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08646

SWEENEY, RYAN
660 PIEDMONT DR
WESTFIELD, IN 46074

SWITZER, CHARLES H.
*****NO ADDRESS PROVIDED****

THATCHER, NICOLE
7639 LAS PALMAS WAY
JACKSONVILLE, FL 32256

TYRONE TOWNSHIP TREASURER
ATTN DAVID KURTZ, TREASURER
10408 CENTER RD
FENTON, MI 48430

VALENICA, JULIE D.
13921 TUSTIN E DRIVE
APT #13
TUSTIN, CA 92780

VISNAPUM, TIMOTHY J.
# 6 LAKE VIEW COURT
FERGUSON, MO 63135

WAGNER, BARBARA L.
6196 FOXVIEW AVE NW
CANTON, OH 44718

WAHLIN, JENNIFER
1668 GUTHRIE ST
VIRGINIA BEACH, VA 23464

WANG, ELI
7702 ARDMORE DRIVE
O FALLON, MO 63368

WIELGUS, KATHLEEN
548 N 5TH AVE
DES PLAINES, IL 60016

WURTZ, CAROLYN E.
801 LAKEWOOD GREEN
DIXON, IL 61021

Total Parties: 58