IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :    Jointly Administered
        Debtors.                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 2, 2009, I caused to be served true and correct copies of the following:

   a) A creditor specific Customized Exhibit to Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, (the "Customized Creditor Specific Exhibit"),

   b) "Notice of Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 2, 2009, to which was attached the "Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 2, 2009, [Docket No. 7473], (the "Thirty-Seventh Omnibus Objection"),

   c) "Instructions for Telephonic Appearances Effective January 5, 2005," a sample of which is attached hereto as Exhibit B, (the "Telephonic Appearance Instructions") and

d) "Notice of Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 6, 2009, to which was attached the "Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 6, 2009 [Docket No. 7473], (the "Thirty-Seventh Omnibus Objection Including All Exhibits"),

to be delivered as follows:

i. the Customized Creditor Specific Exhibit and Thirty-Seventh Omnibus Objection, enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

ii. the Customized Creditor Specific Exhibit, Telephonic Appearance Instructions and Thirty-Seventh Omnibus Objection Including All Exhibits, enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to Donna Sanders, 6527 Reefton Ave, Cypress, CA 90630.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
9th day of June, 2009

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6176579
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Response Deadline: June 25, 2009 at 4:00 p.m. (ET) |
| | ) | Hearing Date: July 2, 2009 at 10:00 a.m. (ET) |
| AHM OB37 6/2/2009 (merge2.txnum2) 4000209716 EPIQ Use - 1 | ) | |

ALLEN COUNTY TREASURER
ONE EAST MAIN STREET ROOM 104
FORT WAYNE, IN  46802-1888


# NOTICE OF DEBTORS' THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO:  ALLEN COUNTY TREASURER
ONE EAST MAIN STREET ROOM 104
FORT WAYNE, IN  46802-1888

**Basis For Objection:**  No Liability Claim: Debtors' books and records show no liability on account of this claim

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim to be Expunged** | 10703 | $2,410.86 |

Claim for taxes related to real property. The Debtors had no interest in this property during the assessment period.

   The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

   Responses to the Objection, if any, must be filed on or before **June 25, 2009 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Response Deadline.

   A HEARING ON THE OBJECTION WILL BE HELD ON **JULY 2, 2009 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 2, 2009
       Wilmington, Delaware

                                   YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                   Nathan D. Grow (No. 5014)
                                   The Brandywine Building
                                   1000 West Street, 17th Floor
                                   Wilmington, Delaware  19801
                                   Telephone: (302) 571-6756
                                   Facsimile: (302) 571-1253

                                   Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

INSTRUCTIONS FOR TELEPHONIC APPEARANCES
EFFECTIVE JANUARY 5, 2005

The United States Bankruptcy Court for the District of Delaware has arranged for parties to participate by telephonic appearance in hearings using CourtCall, an independent conference call company.

**Under no circumstances may any participant record or broadcast the proceedings conducted by the Bankruptcy Court.**

I.  POLICY GOVERNING TELEPHONIC APPEARANCES
    **Local counsel must appear in person in all matters before the Court.**

   Telephonic appearances are allowed in all matters before the Court except the following:

   1. Trials and evidentiary hearings - all counsel and all witnesses must appear in person;

   2. Chapter 11 status conferences - debtor and debtor's counsel must appear in person, other parties in interest may appear telephonically;

   3. Chapter 11 confirmation hearings - debtor, debtor's counsel, and all objecting parties must appear in person;

   4. Hearings on reaffirmation agreements - debtor must appear in person;

   5. Any matter designated by the Court as one requiring a personal appearance.

   No telephonic appearance will be allowed unless it is made through CourtCall pursuant to the procedures set forth in Section II.

   Parties filing a motion, application or other pleading, including, without limitation, an objection or response thereto, may participate by telephonic appearance. Any party not submitting a pleading, but interested in monitoring the Court's proceedings, may participate by telephonic appearance in "listen-only" mode.

   If an individual schedules a telephonic appearance and then fails to respond to the call of a matter on the calendar, the Court may pass the matter or may treat the failure to respond as a failure to appear. Individuals making use of the conference call service are cautioned that they do so at their own risk.

   To ensure the quality of the record, the use of car phones, cellular phones, speaker phones, or phones in other public places is prohibited. Each time you speak, you must identify yourself for the record. Do not place the call on hold at any time. When the Judge informs the participants that the hearing is completed, you may disconnect.

II.     SCHEDULING A TELEPHONIC APPEARANCE

1. Participants must notify CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. two business days prior to the hearing.

2. Participants must provide the following information:

    a. Case name and number
    b. Name of Judge
    c. Hearing date and time
    d. Name, address, phone number of participant
    e. Party whom participant represents
    f. Matter on which the participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode.

3. Participants intending to be heard by the Bankruptcy Court must send written notification to debtor's counsel and/or opposing counsel providing same information as above.

4. Participants will receive fax confirmation and instructions for telephonic appearance from CourtCall. It is the participant's responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing.

5. Any questions about telephonic appearances should be directed to CourtCall at 866-582-6878.

III.     FEES

The fee for the telephonic appearance is fixed by CourtCall depending on the length of time the participant is on the call, regardless of whether the participant is actually heard by the Bankruptcy Court or is in "listen only" mode. Each participant will be charged or billed an initial fee of $50.00 at the time of reservation with CourtCall, with appropriate increments, if any, to be charged or billed based upon the Fee Rate.

The Fee Rate for telephonic appearances is as follows:

| Call length | Fee |
|---|---|
| 0-90 minutes | $ 50.00 |
| 91-180 minutes | $ 80.00 |
| 181-270 minutes | $120.00 |
| 271-360 minutes | $160.00 |
| 361 minutes and above | $ 40.00 per each additional 90 minute increment |

There are no subscription fees and no special equipment is required to use the service.

# EXHIBIT C

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by June 2, 2009 and sent to the following:

**NOTICE OF DEBTORS' THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

ALLEN COUNTY TREASURER
ONE EAST MAIN STREET ROOM 104
FORT WAYNE, IN 46802-1888

BANGERT, PEGGY
315 CHASSELLE LN
SAINT LOUIS, MO 63141

BARNEY, IVAN L.
2616 MERION HILLS COURT
CHARLOTTE, NC 28269

CASSAGNAU LUNDIE, CATHERINE J
63 OGDEN RD
WEST ISLIP, NY 11795

CHARLES COUNTY, MARYLAND
C/O MEYERS, RODBELL & ROSENBAUM, P.A.
M. EVANS MEYERS
6801 KENILWORTH AVENUE, STE 400
RIVERDALE PARK, MD 20737-1385

CORNELL, SHANNON N.
5038 ETNA RD
WHITEHALL, OH 43213

COUNTY APPRAISAL SERVICES
ATTN KIM BOOKER, APPRAISER
19831 CARLISLE ROAD
APPLE VALLEY, CA 92307

CURRY COUNTY TREASURER
PO BOX 897
CLOVIS, NM 88102-0897

DANIELS, ANGELA
1801 EGG HARBOUR RD # 406
LINDENWOLD, NJ 08021

DAVIS, JEROME
2779 ROCKWOOD DR
RIVERSIDE, CA 92503

DEJOHN, SHARLEEN
8706 SNOWGOOSE LANE
FORT WAYNE, IN 46825

DURAN, DIANA
2724 DODDS LANE
KISSIMMEE, FL 34743

EHED, LLC
GLENN ZAGOREN
79 BRIDGE ST
BROOKLYN, NY 11201

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

EXCEL SECURITY SYSTEMS
2740 HUDSON AVENUE
ATTN KIM HOFFMAN, OWNER
CORONA, CA 92881

FORMOSA, ELIZABETH M.
23888 NORTHCREST TRL
NEW CANEY, TX 77357

FRENZEL, ERIK
405 EASTLAKE AVE
MASSAPEQUA PARK, NY 11762

GILMER COUNTY TAX COMMISSIONER
1 BROAD ST. SUITE 105
ELLIJAY, GA 30540

GOLDBERG, C. DAVID
ATTORNEY AT LAW
357 BARR AVENUE
WOODMERE, NY 11598

GRANTHAM, BRYANT
1215 KELLY CT
FRANKLIN, TN 37064

GREEN, VIRGINIA
9 RIDGE LANE
HACKETTSTOWN, NJ 07840

**Debtor:** American Home Mortgage Holdings, Inc., et al
**Case #:** 07-11047 (CSS)
Notices mailed by June 2, 2009 and sent to the following:

**NOTICE OF DEBTORS' THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

HAAS, ANN M
7502 LAWRENCE ROAD
BALTIMORE, MD 21222

HARDIN COUNTY
ATTN RYAH A. ZERBY, ASST PROSECUTOR
1 COURTHOUSE SQ.
STE 230
KENTON, OH 43326

HIRSCH, JULIE A.
109 2ND ST S # 436
KIRKLAND, WA 98033

HIZZEY, MAYA L
5302 64TH AVE NW
GIG HARBOR, WA 98335

HUMBERT, DENISE
18 WALL ST
FARMINGDALE, NY 11735

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
100 W RANDOLPH ST #7-400
CHICAGO, IL 60601

KINNAMON, JOHN
29583 SKIPTON ESTATES DR
CORDOVA, MD 21625

L.A. COUNTY TREASURER AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90051-0110

LEACOCK, REBECCA
9176 N SWAN CIR
BRENTWOOD, MO 631441164

LEAVITT, VICKI A.
25080 ELK WAY
CALDWELL, ID 83607

LEBLANC, SARA
1523 CRESCENT SHORES LANE
SEABROOK, TX 77586

LEHMANN, DAVID
1100 LAKE MICHIGAN DR NW
GRAND RAPIDS, MI 49504

MARION COUNTY TREASURER
200 E. WASHINGTON STREET, SUITE 1041
INDIANAPOLIS, KS 46204

MATHEWS, DONNETTA
1142 FOREST GLEN
JONESBORO, GA 30238

MCGINNIS, JAMES JR.
6 CEDAR AVE
MEDFORD, NY 11763

MCGINNIS, SARAH
8137 SAGIMORE CT
FORT WAYNE, IN 46835

MCNEIL, COREY
20 ORCHARD STREET UNIT 109
BROOKFIELD, CT 06804

MIARIVIEVA CORP
170 SE 14TH STREET
#1408
ATTN: YANAI NASSAR
MIAMI, FL 33131

MONARES, JOLEEN
2099 WINSBURG WAY
KENNESAW, GA 30144

MULLIGAN, KATHLEEN M.
12262 GLANCY LANE
SPRING HILL, FL 34609

MWANJALA, REBECCA
4 E TORLINA CT
BALTIMORE, MD 21207

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by June 2, 2009 and sent to the following:

**NOTICE OF DEBTORS' THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

MYER, MARTI
3484 HWY G-50
SAINT CHARLES, IA 50240

NG, JACQUELINE
956 N BAY AVE
MASSAPEQUA, NY 11758

NICOLAESCU, ANCA M.
2610 TURTLE CREEK DRIVE
HIGH POINT, NC 27265

NZABONITEGEKA, JEANNE C
628 BAUER CT
ELMONT, NY 11003

PORTLAND GENDERAL ELECTRIC (PGE)
ATTN NANCY CLARK, CREDIT REP
7895 SW MOHAWK ST
TUALATIN, OR 97062

SMITH, LAUREN
65-45 YELLOWSTONE BLVD APT 5D
FOREST HILLS, NY 113757600

SOUDERTON AREA SCHOOL DISTRICT/UPPER
SALFORD TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS, ESQUIRE
2000 MARKET ST., 10TH FL-ROTHSCHILD LLP
PHILADELPHIA, PA 19103-3291

SPAGNA, MICHAEL
25 NASSAU AVE
FREEPORT, NY 11520

SPERRY, NATASHA
5649 WHITE FIR WAY UNIT 1
SACRAMENTO, CA 95841

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

ST JOSEPH COUNTY, INDIANA
ST. JOSEPH COUNTY TREASURER
P.O. BOX 4758
SOUTH BEND, IN 46634

STASIAK, GERALD
3357 HOLLY HOCK CT.
CASTLE ROCK, CO 80109

STEVE WOLFF & ASSOC. INC.
9602 SANTIAGO BLVD
VILLA PARK, CA 92867

STRADA, TORY
602 WEST COMSTOCK AVENUE
GLENDORA, CA 91741

STRICKLAND, CIERA
21250 SW JAQUITH RD
NEWBERG, OR 97132

THERME, NERDA J (JOSEPHINE)
17 WAGNER ST
ELMONT, NY 11003

TOWN OF RIDGEFIELD TAX COLLECTOR
LINDA A SARBELLO, ASST TAX COLLECTOR
400 MAIN ST
RIDGEFIELD, CT 06877

TYRELL, JOAN
109 WINANT RD
PITTSFIELD, NH 03263

VON BEHREN, JENNIFER
304 E ALMOND AVE # 10
ORANGE, CA 92866

WAKE COUNTY TAX COLLECTOR
421 FAYETTEVILLE STREET MALL STE 200
RALEIGH, NC 276011450

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by June 2, 2009 and sent to the following:

NOTICE OF DEBTORS' THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

WANG, YUELI
503 IVYSHAW RD.
CARY, NC 27519

WIELGUS, KATHLEEN
548 N 5TH AVE
DES PLAINES, IL 60016

WILLIAMS, CHARLES H.
3022 SOUTH MORGANS POINT ROAD, #103
MOUNT PLEASANT, SC 29466

WINCZ, ROBERT
3235 AZALEA DR.
HERNANDO BEACH, FL 34607

ZIMMERMAN, JAMES
209 CYPRESS DR
MASTIC BEACH, NY 11951

Total Parties: 67