IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :     Jointly Administered
        Debtors.                                :
-------------------------------------------------------------------x
```

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

        DAVID MALO, being duly sworn, deposes and says:

        1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

        2.      On May 14, 2009, I caused to be served the following:

        a)      "Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 9, 2009 [Docket No. 7234], (the "Thirty First Omnibus Order"),

        b)      "Second Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 13, 2009 [Docket No. 7267], (the "Second Thirty First Omnibus Order")

        c)      "Third Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 15, 2009 [Docket No. 7281], (the "Third Thirty First Omnibus Order"), and

        d)      "Fourth Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 28, 2009 [Docket No. 7327], (the "Fourth Thirty First Omnibus Order"),

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes, delivered by first class mail as follows:

      a)    the Thirty First Omnibus Order to those parties listed on the attached <u>Exhibit A</u>,

      b)    the Second Thirty First Omnibus Order to those parties listed on the attached <u>Exhibit B</u>,

      c)    the Third Thirty First Omnibus Order to those parties listed on the attached <u>Exhibit C</u>, and

      d)    the Fourth Thirty First Omnibus Order to those parties listed on the attached <u>Exhibit D</u>.

     3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_David R. Malo_
David Malo

Sworn to before me this
15t day of May, 2009

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01P860162579
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 11-22-20__

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 106TH BUSINESS PARK L P | ATTN BLAIR JACKSON, ESQUIRE,10421 S JORDAN GATEWAY BLVD,SUTIE 600, SOUTH JORDAN, UT 84095 |
| 1140 GALAXY WAY, LLC | MICHAEL E REYNOLDS,SNELL & WILMER , LLP,600 ANTON BLVD., STE 1400, COSTA MESA, CA 92626-7000 |
| 121 MARCOM INC | ATTN RACHEL RODGERS, PRES.,120 BLOOMFIELD STREET # 2, HOBOKEN, NJ 07030 |
| 21 WATERWAY HOLDING, LLC | C/O SAROFIM REALTY ADVISORS,ATTN: KIM NELSON,8115 PRESTON ROAD, SUITE 400, DALLAS, TX 75225 |
| 2250 LIVELY LLC | ATTN DAVID E. COHEN, P.C.,55 WEST MONROE STREET,SUITE 600, CHICAGO, IL 60603 |
| 711 WESTCHESTER AVE SPE LLC | ATTN RICHARD CONNIF, AUTHORIZED PERSON,C/O REXCORP REALTY LLC,625 REXCORP PLAZA, UNIONDALE, NY 11556 |
| 939 NORTH AVENUE COLLECTION, LLC | C/O PRINCIPAL REAL ESTATE INVESTORS,ATTN: DAVID STRAKA,801 GRAND AVENUE, DES MOINES, IA 50392 |
| 939 NORTH AVENUE COLLECTION, LLC | US EQUITIES ASSET MANAGEMENT, LLC,ATTN: JACQUELINE COMPTON,550 WEST VAN BUREN, SUITE 1250, CHICAGO, IL 60607 |
| ACE REALTY & APPRAISAL INC | ATTN CAROL LEAGJELD CO-OWNER,22239 US 71, LONG PRAIRIE, MN 56347 |
| ADAMS, STEFANIE LYN | 949 E LAREDO ST, CHANDLER, AZ 85225 |
| ADP NAS | BRANT COLLUM,5800 WINDWARD PARKWAY A275, ALPHARETTA, GA 30005 |
| AGF WOODFIELD OWNER LLC | C/O JONES LANG LASALLE,ATTN GENERAL MANAGER,1375 E. WOODFIELD ROAD, SCHAUMBURG, IL 60173 |
| ALASKA LABORERS EMPLOYERS RETIREMT. FUND | C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ,LOWENSTEIN SANDLER PC,65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| ALEXANDER, JULIA A. | 2348 HOOD AVE # 8, RICHLAND, WA 99354 |
| ANDERSON APPRAISALS | 522 E. PARKSIDE DR, HAYDEN, ID 83835 |
| ANGELINA COUNTY | JOHN P DILLMAN,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,PO BOX 3064, HOUSTON, TX 77253-3064 |
| APPDEV PRODUCTS, LLC | ATTN DARLA NEMEC, CFO,10250 VALLEY VIEW ROAD,SUITE 120, EDEN PRAIRIE, MN 55344 |
| APPRAISAL GIRLS, INC., THE | ATTN NATALIE WASHKO, PRESIDENT,2133 SANTINA AVE, LAS VEGAS, NV 89123 |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT | ELIZABETH BANDA, BRUCE MEDLEY,PERDUE BRANDON FIELDER COLLINS MOTT LLP,PO BOX 13430, ARLINGTON, TX 76094-430 |
| ARNOLD, EDWARD H. | 815 TUDOR LANE, LEBANON, PA 17042 |
| ASHCRAFT, DONALD W. | 152 GRANITE STREET, UXBRIDGE, MA 01569 |
| ASSOCIATED SOFTWARE CONSULTANT | ATTN TIMOTHY W LISTON, PRESIDENT,7251 ENGLE RD,STE 300, MIDDLEBURG HTS, OH 44130 |
| AUMILLER, SHANE | 707 TRAGO CREEK DRIVE, BALLWIN, MO 63021 |
| BAKER, LAYCE | 7519 CEDAR DR., CITRUS HEIGHTS, CA 95610 |
| BALSAM, JEROME M | 220 EAST 54TH ST, APT 6E, NEW YORK, NY 10022-4840 |
| BALTES, ANGELA | 8015 ROCKY GLEN PL, FORT WAYNE, IN 46815 |
| BARRY, KATELYN R. | 11019 HARVEST DANCE WAY, SAN DIEGO, CA 92127 |
| BARTOLOTTA, JOSEPH W. | 23 HIGH RIDGE RD, WARWICK, NY 10990 |
| BARTOZ, NORMAN TTEE | BAROTZ, MADELAINE TTEE,ERNEST MORRIS TRUST,1556 THIRD AVE # 403, NEW YORK, NY 10128-3106 |
| BARWICK, RANDAL J. | 408 RYAN AVE, BURLINGTON, WI 53105 |
| BAUTISTA, REBECCA (BECKY) | 3555 37TH ST.,APT. A, SAN DIEGO, CA 92105 |
| BELINSKI, JOHN | 527 CASSANDRA LN, LAKELAND, FL 33809 |
| BIRDS AND EXOTICS ANIMAL CARE | ATTN JOSE BIASCOELAFA, OWNER,814 JOHNNIE DODDS BLVD., MOUNT PLEASANT, SC 29464 |
| BLANKE, KERRI | 1043 RUE LA VILLE WALK, SAINT LOUIS, MO 63141 |
| BLINN, ANDREW | 4075 WOODSLY DR, BATAVIA, OH 45103 |
| BLOOM, LINDA S. | 4329 W ARROWHEAD RD, SPOKANE, WA 99208-4967 |
| BOB WARNCKE APPRAISAL GROUP | 240 HALF MILE RD., RED BANK, NJ 07701 |
| BOOTH, HAROLD JR | JO ANN BOOTH,75 RED FOX LANE, MILLERSTOWN, PA 17062 |
| BOWMAN, QUENTIN G. | PHYLLIS I BOWMAN TR UA,08/19/92 QUENTIN G & PHYLLIS I BOWMAN T,3304 FERNDELL |

| Claim Name | Address Information |
|---|---|
| BOWMAN, QUENTIN G. | ST NE, SALEM, OR 97301-8031 |
| BOYLE, JOHN J. | 31 OLD STATE ROAD, SPRINGFIELD, PA 19064 |
| BRANCH, JOYCE | 8709 GRACEFIELD DR, WAXHAW, NC 28173 |
| BREWER, GREGG | 304 FENIMORE RD # 5B, MAMARONECK, NY 10543 |
| BROOKSHER, WILLIAM A | 2513 DAWN HILL CT, RICHLAND, WA 99352 |
| BROWN, EDNA J. | 896 NIAGRA FALLS DRIVE, REDMOND, OR 97756-7084 |
| BRUMFIELD, SHARON D. | 13033 BUMPY HOLLOW LANE, HANOVER, VA 23069 |
| BRUNO, JASON M | 12537 PATRICK CIRCLE, OMAHA, NE 68164 |
| BRUNSON, JAMES A. | 9811 CHASE ISLAND DR, SHREVEPORT, LA 71118 |
| BURNETT, RICHARD (RICK) | 302 STABLESTONE DR, CHESTERFIELD, MO 63017 |
| BUSKOHL, JESSICA | 900 WINDSTONE CT, LAKE IN THE HILLS, IL 60156 |
| BUTTS, LEE ANN | 9901 RED TWIG PL, FORT WAYNE, IN 46804 |
| BYER, MATT | 992 PLANTI DRIVE, OTTAWA, ON  CANADA |
| BYRD, DEBBIE | 1013 NAGIA CT, FENTON, MO 63026 |
| BYRD, DEBORAH M. | 1013 NAGIA CT, FENTON, MO 63026 |
| C&H PROPERTIES LLC | ATTN: CHRIS CANTY, PRINCIPAL,318A GUILBEAU RD, LAFAYETTE, LA 70506 |
| C.F. MCERLEAN, JR. TRUST A DTD 5/27/2005 | CHARLES F MCERLEAN, JR. TRUSTEE,2733 N 164TH AVE, GOODYEAR, AZ 85395 |
| CABUDOL, NYLA | 87-708 MANUAIHUE ST, WAIANAE, HI 96792 |
| CALL, RALPH | 2608 W. CHESTNUT AVE, YAKIMA, WA 98902 |
| CARLEO, LUIGI | 144 BERRY HILL RD, OYSTER BAY, NY 11771 |
| CARLTON J RANSOM | AY7007D,1000 FOLLIES ROAD, DALLLAS, PA 18612 |
| CASTLE, KELLY R. | 4981 STONEYBROOK BLVD, HILLIARD, OH 43026 |
| CAUDLE & BALLATO, P.C. | ATTN ROBERT K. CAUDLE, JR.,ATTORNEY FOR CREDITOR,3123 WEST BROAD STREET, RICHMOND, VA 23230 |
| CAWTHORNE, HUGH | 8158 ANDORRA LN, SANDY, UT 84093 |
| CAZZANTI, STEFANO | 6292 SHETLAND DR. NW, ROCHESTER, MN 55901 |
| CHAMPION & ASSOCIATES, P.C. | C/O LINDA G. CHAMPION, ESQ.,801-C TREMONT STREET, BOSTON, MA 02118 |
| CHAMPION & ASSOCIATES, P.C. | C/O ROBERT A. MCCALL, ESQ.,FEDERAL RESERVE PLAZA,600 ATLANTIC AVENUE, BOSTON, MA 02210-2261 |
| CHAN, FONGPEIN L. | 63-10 DIETELE CRES., REGO PARK, NY 11374 |
| CHANDLER, JOHN P. | 21801 VIA DEL LAGO, TRABUCO CANYON, CA 92679 |
| CHAPMAN, GARY | 499 COLUMBIA POINT DR., RICHLAND, WA 99352 |
| CHARLOTTE COUNTY UTILITIES | ATTN VICTOR DIRAMIO, BUS. SERV. MGR,PO BOX 516000, PUNTA GORDA, FL 33951-6000 |
| CHRISTMAN, JOANN - TRUSTEE | IRA E*TRADE CUSTODIAN, ROTH ACCOUNT,34146 BLUE LANTERN ST., DANA POINT, CA 92629-2503 |
| CHRISTMAN, JOANN - TRUSTEE | 34146 BLUE LANTERN ST., DANA POINT, CA 92629-2503 |
| CIP GATEWAY 1 & 2 LLC | 114 PACIFIC STE 450, IRVINE, CA 926183343 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. | ATTN STACEY GRAY,BANKRUPTCY PROCESSING SOLUTIONS, INC.,800 E SONTERRA BLVD., SUITE 240, SAN ANTONIO, TX 78258 |
| CITADEL BROADCASTING | ATTN DOUG MICHAELIS, BUSINESS MANAGER,575 W ROGER RD, TUCSON, AZ 85705 |
| CITY OF FLINT | DOUGLAS S. PHILPOTT,503 S. SAGINAW STREET, STE. 1415, FLINT, MI 48502 |
| CITY OF LAS VEGAS | PHILIP R. BYRNES, DEPUTY CITY ATTORNEY,400 STEWART AVENUE, NINTH FLOOR, LAS VEGAS, NV 89101 |
| CITY OF PHILADELPHIA BOARD OF PENSIONS & | RETIREMENT,C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ,65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| CITY OF RICHMOND, VIRGINIA | ATTN D PADGETT,CITY HALL, RM 100,900 E BROAD ST, RICHMOND, VA 23219 |
| CLARK, DEBRA | 100 ALHAMBRA AVE, SANTA CRUZ, CA 95062 |
| CLAUSS, ELIZABETH MARY LOU (IRA) | FCC AS CUSTODIAN,758 DARBY-PAOLI ROAD, NEWTOWN SQUARE, PA 19073-2609 |
| CLAUSS, PETER (IRA) FCC AS CUSTODIAN | 758 DARBY-PAOLI ROAD, NEWTOWN SQUARE, PA 19073-2609 |

| Claim Name | Address Information |
| --- | --- |
| CM APPRAISALA | 859 U.S. ROUTE 1,ATTN CANDACE MORONG, YORK, ME 03909 |
| CODY, SUSAN LYNN | 1150 JACKSON PLACE, BALDWIN, NY 11510 |
| COLAGIOVANE-MILLER, LIANA L | 6497 W. EL CAMPO GRANDE AVE, LAS VEGAS, NV 89130 |
| COLFAX COUNTY | ATTN LYDIA M. GARCIA, TREASURER,P O BOX 98, RATON, NM 87740 |
| COLOMBI, MELVIN C. | 321 RIVER LANE, LOVES PARK, IL 61111 |
| COOL SPRINGS LOT 19 PARTNERS | C/O AUSTIN L. MCMULLEN,BOULT CUMMINGS CONNERS & BERRY,1600 DIVISION ST, STE 700, PO BOX 340025, NASHVILLE, TN 37215 |
| COOPER, DAVID R. & VICKI S. | 2928 MOUNTAIN LAKE RD., HEDGESVILLE, WV 25427 |
| COOPER, J. GARY | 1208 PALMEHO ST, MOBILE, AL 36604 |
| COOPER, KATHERINE E. | 2928 MOUNTAIN LAKE RD, HEDGESVILLE, WV 25427 |
| CORDOVA, VERNA J | 3779 W NEVADA PLACE, DENVER, CO 80219 |
| CORT FURNITURE RENTAL | 801 HAMPTON PARK BLVD,ATTN: DEANNE FARRELL, CAPITOL HEIGHTS, MD 20743 |
| CROSBY, THOMAS FULTON SCOTT | 1080 SHOTWELL ST #3, SAN FRANCISCO, CA 94110 |
| CROSS COUNTRY APPRAISAL INC | ATTN HEATHER A CLEMENTS,637 PINE AV, WAYNESBORO, VA 22980 |
| CULPEPPER, JOHNNY AND LINDA | C/O LEA A. WEEMS,LEGAL ASSISTANCE FOUNDATION,111 W. JACKSON BLVD., 3RD FLOOR, CHICAGO, IL 60604 |
| DARAK, ROBERTA | 32 WASHBURN ST, LAKE GROVE, NY 11755 |
| DE LEON, JOSEPH | 1818 W FOUNTAIN WAY, FRESNO, CA 93705-3235 |
| DECK, PAUL M. | BW-0041 SCID,1000 FOLLIES ROAD, DALLAS, PA 18612-9515 |
| DEFIANCE COUNTY | P.O. BOX 278, DEFIANCE, OH 43512 |
| DELEVE, GENE A. | 8024 MONROVIA ST, LENEXA, KS 66215-2727 |
| DELEVE, GENE A., TRUSTEE OF THE GENE A. | DELEVE REVOCABLE LIVING TRUST U/A,DATED 10/15/02,8024 MONROVIA, LENEXA, KS 66215 |
| DELEVE, GENE A., TTEE OF THE GENE A | DELEVE REVOCABLE LIVING TRUST,8024 MONROVIA, LENEXA, KS 66215 |
| DENNIS, DENNIS J. | 12 WILDFLOWER TRAIL, ROBBINSVILLE, NJ 08691 |
| DENSLOW, CHRISTOPHER W. | 2306 S ARTHUR LP, KENNEWICK, WA 99338 |
| DEVINE, SUZANNE C. | 8709 WINGARD RD, WAXHAW, NC 28173 |
| DIRECTLENDER.COM A DBA OF SYNERGY FINAN. | ATTN VERONICA M. JIMENEZ,53 SETON ROAD, IRVINE, CA 92612 |
| DOHERTY, EILEEN | 75 RICA VISTA, NOVATO, CA 94947 |
| DOOPER LLC | ATTN LAWRENCE W. SWEEET, M. PARTNER,3102 SWANLAKE CIRCLE, PRESCOTT, AZ 86303 |
| DOUGLAS, DOUGLAS | 10977 SHADOW LN, COLUMBIA, MD 21044 |
| DUTCHESS COUNTY | ATTN SENIOR ASST COUNTY ATTORNEY,COMMISSIONER OF FINANCE,22 MARKET STREET, POUGHKEEPSIE, NY 12601 |
| EATON, JERRIE L. & SALLY JT TEN | PO BOX 360, ELMA, WA 98541-0360 |
| EATON, RUSSELL ALAN | 2956 39TH ST., SACRAMENTO, CA 95817 |
| EGIX INC | POB 2306, INDIANAPOLIS, IN 46206-2306 |
| EIDSON, WILLIAM | 219 NORSAM DR, LANGHORNE MANOR, PA 19047 |
| EIDSON, WILLIAM B | 219 NORSAM DR, LANGHORNE MANOR, PA 19047 |
| ELDER-HILL, ADELE K. | 127 W BAYSHORE BLVD, JACKSONVILLE, NC 285405303 |
| ELMORE COUNTY | ATTN WM M. HARPER, REV. COMMISSIONER,P.O. BOX 1147, WETUMPKA, AL 36092 |
| ENGELLAND, ERIC | 8830 NW PEACE AND QUIET WAY, SEAVIEW, WA 98383 |
| ENYART, DAVID S. | 712 HUNTINGTON CIR, GREENVILLE, SC 29607 |
| EZBIANSKI, RICHARD J | 12 NOMAHEGAN CT, CRANFORD, NJ 07016 |
| EZEE TRADE | ATTN MATTHEW ZSCHECH PER OPTION PARTNERS,136 LINDEN ST, SUTHERLAND,  2232 NSW AUSTRALIA |
| FIDELITY AND DEPOSIT COMPANY OF MD | ATTN: MATT SEAMAN, RECOVERY SPECIALIST,PO BOX 66944, CHICAGO, IL 60666-0994 |
| FISHKIN, BARRIE J. | 2407 ELMWOOD CIR, DALLAS, NC 28034 |
| FLEISCHNER, ERIK | HQUSEUCOM, CMR 480,BOX 2230, APO, AE 09128 |
| FORTAIN, THERESA J (TRACY) | 5237 WHITEHOUSE DR., TOLEDO, OH 43611 |

| Claim Name | Address Information |
|---|---|
| FOTOPOULOS, BARBARA | 204 GLENSTONE CIRCLE, BRENTWOOD, TN 37027 |
| FOX, TIM | 40 GREATHOUSE BEND, LITTLE ROCK, AR 72207 |
| FRANKLIN COUNTY | ATTN BOBBIE N. GRAVITT, DEP. TAX COLLEC.,P.O. BOX 503, LOUISBURG, NC 27549 |
| FREDRICKSON, JOHN S. | 5643 GREEN CIRLE DR # 115, MINNETONKA, MN 55343-9040 |
| FRENZEL, ERIK | 405 EASTLAKE AVE, MASSAPEQUA PARK, NY 11762 |
| FRIEDER, NATHAN & LILLIAN | 52-54 65TH PLACE, MASPETH, NY 11378-1353 |
| FRIEDMAN, DAVID A | 19 MERIT LA, JERICHO, NY 11753 |
| FRMC FINANCIAL, INC. | MICHAEL J. LICHTENSTEIN, ESQUIRE,SHULMAN ROGERS GANDAL PORDY & ECKER, PA,11921 ROCKVILLE PIKE, SUITE 300, ROCKVILLE, MD 20852-2743 |
| FULTON, ANDREW | 207 BOWERY FL 7, NEW YORK, NY 100022870 |
| FUNARO, DONNA J. | 125 PRIMROSE AVE, MASSAPEQUA PARK, NY 11762 |
| GAGLIARDO, JESSICA | 2161 MCARTHUR AVE, EAST MEADOW, NY 11554 |
| GALUSHA, CHARLES | 104 RANDALL ST, OREGON CITY, OR 97045 |
| GAMBOA, JESUS A. | 6233 PIONEERTOWN, YUCCA VALLEY, CA 92284-5300 |
| GARNER, SAMUEL T. | 6708 DUQUAINE CT, NASHVILLE, TN 37205 |
| GATES, ROBERT BRIAN | 915 LINGALE ARCH, CHESAPEAKE, VA 23322 |
| GATEWAY RIVERSIDE, INC. | C/O THOMAS J LEANSE, ESQ.,KATTEN MUCHIN ROSENMAN LLP,2029 CENTURY PARK EAST, STE 2600, LOS ANGELES, CA 90067-3012 |
| GELOSO, LISA M. | 301 OAKLAND AVE, MILLER PLACE, NY 11764 |
| GERBER, SHARON M. | 8276 BROWNING COURT, CONCORD TWP, OH 44060 |
| GERBER, SHARON M. | 8276 BROWNING CT., CONCORD TWP, OH 44060 |
| GEYSER, M. JOYCE SEGR. ROLLOVER IRA | RBC DAIN RAUSCHNER CUSTODIAN,5601 E. WONDERVIEW RD, PHOENIX, AZ 85018 |
| GOFF, GENA | 7 E 124TH ST, NEW YORK, NY 10035 |
| GOWINS, KAREN C. | STEVEN S LANDIS, PC,485 MADISON AVENUE 15TH FLOOR, NEW YORK, NY 10022 |
| GOWINS, KAREN C. | 1122 LAKE HEATHER RESERVE, BIRMINGHAM, AL 35242-7620 |
| GRATZA, DONNA M. | C/O CHRIS & SHARON FEDIOR,409 AUBER, ST LOUIS, MO 63011 |
| GREATAMERICA LEASING CORPORATION | ATTN DEBBIE BURNS, ADMIN. ASSISTANT,PO BOX 609, CEDAR RAPIDS, IA 52406 |
| GREENBERG, ELLIOT | C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ,LOWENSTEIN SANDLER PC,65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| GWR-B TEMPE, LLC | MICHAEL J/ WEILAND, ESQ.,WEILAND GOLDEN SMILEY WANG EKVALL STROK,650 TOWN CENTER DR, STE 950, COSTA MESA, CA 92626 |
| HAFRON, JOSHUA F. | C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ,LOWENSTEIN SANDLER PC,65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| HAMLETT, JAMES A. | 5725 CHADWICK LN, BRENTWOOD, TN 37027 |
| HARRIS, MALIK | 8612 2ND AVE, INGLEWOOD, CA 90305 |
| HARTFORD FIRE INSURANCE COMPANY | ATTN JULIE ALLEYNE,THE HARTFORD,HARTFORD PLAZA - T4, HARTFORD, CT 06155 |
| HARVEY NUTTER & AGNES NUTTER JT TEN | 1714 W ARTHUR, CHICAGO, IL 60626-3911 |
| HENDON/ATLANTIC RIM JOHNS CREEK, LLC | C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.,DEVELOPERS DIVERSIFIED REALTY CORP.,3300 ENTERPRISE PARKWAY, BEACHWOOD, OH 44122 |
| HICKS, TERRY AND TARA | JT TEN,3150 NIMITZ BLVD, OKLAHOMA CITY, OK 73112 |
| HICKS, TERRY R. ROTH IRA | SCOTTRADE INC TR FBO,3150 NIMITZ BLVD, OKLAHOMA CITY, OK 73112 |
| HICKS, TERRY RAY | 3150 NIMITZ BLVD, OKLAHOMA CITY, OK 73112 |
| HOCKSTAD, STEVEN E. | 214 W. LAGUNA ST., TUCSON, AZ 85705 |
| HODGES, GEORGE A. | 7729 BERMEJO RD, FORT WORTH, TX 76112 |
| HOFFMANN, DONALD L. & ANN L. | 11024 UCT LOOP RD, LAKE STEVENS, WA 98258 |
| HOFFMANN, DONALD L. C/F | ALAN D. HOFFMANN,UTMA - 21,11024 UCT LOOP RD., LAKE STEVENS, WA 98258 |
| HOFFMANN, KEVIN M. & WENDY M. | 11665 SW HAZELWOOD LOOP, TIGARD, OR 97223 |
| HOLIDAY, DEBORAH G. | 17644 MYRTLEWOOD DR, WILDWOOD, MO 63005 |
| HOLT, OLIVER M. | 213 N BOWEN ST, JACKSON, MI 49202 |
| HOME EQUITY DIRECT INC | 5777 MADISON AVENUE,STE 420, SACRAMENTO, CA 95841 |

| Claim Name | Address Information |
|---|---|
| HOOVER, JOHN | 611 NW RIVERFRONT ST, BEND, OR 97701-2558 |
| HOUSTON, ALBERT J. ANNE P. JTWROS | 1600 RAVENWOOD CT., ALEDO, TX 76008-2890 |
| HOUSTON, ANNE P. IRA R/O | FCC AS CUSTODIAN,1600 RAVENWOOD CT., ALEDO, TX 76008-2890 |
| HOWARD HUGHES PROPERTIES, LP | ATTN SAMUEL B. GARBER, ESQ.,GENERAL GROWTH PROPERTIES, INC.,110 N. WACKER DR., CHICAGO, IL 60606 |
| HSIA, MARTIN E. | 3711 POKA PLACE, HONOLULU, HI 96816 |
| HUB PROPERTIES TRUST | ATTN JENNIFER B. CLARK, SENIOR VP,PO BOX 84-5008, BOSTON, MA 02284-5008 |
| HUSTON, DOUGLAS | 2733 RIVER ROAD, VIRGINIA BEACH, VA 23454 |
| HYATT, ROBERT | 1215 W. CHERRYWOOD CT., SPOKANE, WA 99218 |
| HYDE, NORMAN | 1032 CALCUTTA ST., HURST, TX 76053 |
| IKON FINANCIAL SERVICES | ATTN CHRISTINE R. ETHERIDGE,BANKRUPTCY ADMINISTRATION,PO BOX 13708, MACON, GA 31208-3708 |
| IMPERIAL COUNTY TAX COLLECTOR | ATTN FLORA GARCIA,DEPUTY TREASURER-TAX COLLECTOR,940 WEST MAIN STREET # 106, EL CENTRO, CA 92243 |
| IMWOLD, DONALD J. | 1109 LONGBROOK ROAD, LUTHERVILLE, MD 21093 |
| INLAND WESTERN BRADENTON BEACHWAY, LLC | CONNOLLY BOVE LODGE & HUTZ LLP,ATTN KAREN C BIFFERATO, ESQUIRE,THE NEMOURS BUILDING,1007 N ORANGE ST. PO BOX 2207, WILMINGTON, DE 19899 |
| INLAND WESTERN BRADENTON BEACHWAY, LLC | C/O INLAND SOUTHWEST MANAGEMENT, LLC,C/O BERT BITTOURNA, ESQ - LAW DEPARTMENT,2901 BUTTERFIELD ROAD, OAK BROOK, IL 60523 |
| INOUYE, NEAL | 16008 GRAMERCY PL, GARDENA, CA 90247-3614 |
| INSTITUTIONAL INVESTOR GROUP | C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ,LOWENSTEIN SANDLER PC,65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| IRET - GOLDEN JACK, LLC | C/O GEORGE H. SINGER, ESQ.,LINDQUIST & VENNUM P.L.L.P.,80 S. EIGHTH ST - IDS CENTER STE. 4200, MINNEAPOLIS, MN 55402 |
| IRON WORKERS LOCAL NO. 25 PENSION FUND | C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ,LOWENSTEIN SANDLER PC,65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| IRON WORKERS TENNESSEE VALLEY PENSION | FUND C/O MICHAEL ETKIN AND IRA LEVEE ESQ,LOWENSTEIN SANDLER PC,65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| JAIN, SHARAD | 225 CARLISLE AVE, WESTMONT, IL 60559 |
| JAMES, CAROLE | 510 MONROE RD, BOLINGBROOK, IL 60440 |
| JANNOTTA, AMELIA | 512 KENSINGTON LN, BETHPAGE, NY 11714 |
| JAY'S RESTAURANT GROUP | 1309 N CHARLES ST, BALTIMORE, MD 21202 |
| JEFFERSON PARTNERS, LLC - | 382 STRATHMORE RD, ROSEMONT, PA 19010 |
| JEFFREY A. GUSS FAMILY TURST, THE | DTD 12-6-2003,846 SENECA STREET, SANTA MARIA, CA 93454-2673 |
| JETT, LINDA G | 429 CORDGRASS LANE, LITTLE RIVER, SC 29566 |
| JOHN J. EICHMANN PROFIT SHARING TRUST | C/O JOHN J. EICHMANN,212 HARDON AVE., WESTMONT, NJ 08108 |
| JOHNSON, BEVERLY | 509 W. NATHAN STREET, LAKE CRYSTAL, MN 56055 |
| JOHNSON, SHELLEY M. | 1069 LEJAY ST, ORLANDO, FL 32825 |
| JONES, CASSANDRA R | 3055 EBBTIDE DR, EDGEWOOD, MD 21040 |
| JOURNAL BROADCAST GROUP | ATTN VICKIE DUPREY, FINANCIAL ANALYST,3438 N COUNTRY CLUB, TUCSON, AZ 85716 |
| JUSTIN MARTELLA | RICHARD D. ALTIMUS, ESQ.,802 N> IRWIN ST, STE 102, HANFORD, CA 93230 |
| JUSTIN MARTELLA | C/O RICHARD D. ALTIMUS, ESQ.,802 N. IRWIN ST., STE 102, HANFORD, CA 93230-3845 |
| KAPLAN, LINDA | 413 SW DAHLED AVE, PORT SAINT LUCIE, FL 34953-4027 |
| KAPLAN, MARY JO | 831 LEMON AVE, EL CAJON, CA 920205817 |
| KARALIS, CHARLENE D. | 965 SUMMERSIDE CT, VIRGINIA BEACH, VA 23456 |
| KARBERG, CAROL R. | 908 N BALLAS RD, ST LOUIS, MO 63131 |
| KASER, KATHRYN E. | 229 N. FRUITLAND, KENNEWICK, WA 99336 |
| KATANOV, IGOR | 105-40 62ND RD,APT 4N, FOREST HILLS, NY 11375 |
| KATZ, STEVEN J (STEVE) | 1228 WOODRUFF AVENUE, DEERFIELD, IL 60015 |
| KELLER, SHANNON | 14604 S. LIVESAY ROAD, OREGON CITY, OR 97045 |
| KITSOS, DEBRA | PO BOX 322, MASSAPEQUA, NY 11758-0322 |

| Claim Name | Address Information |
|---|---|
| KLEIN, KAREN L. | 14120 ELKHART ST., LEROY, IN 46355 |
| KLW RESIDENTIAL INC | ATTN ROBERT KUSZARCK,247 CAYUGA RD, BUFFALO, NY 14225 |
| KNORR, JOANN | 4112 CONVERSE DR, RALEIGH, NC 27609 |
| KORO, KEVIN | 515 E. LAS OLAS BLVD SUITE 1200,ATTN: SCOTT RAMO, ADVISOR, FT. LAUDERDALE, FL 33301-4203 |
| KRAMER, THEODORE AND SIGRID | 2218 N. ROAD 56, PASCO, WA 99301 |
| KROUGLOW, ALEXANDER AND LAURA | 2333 ANONRIDGE CIRCLE, OAKVILLE, ON L6M 4T9 CANADA |
| KUSSMANN, CHERYL | 200 ARLINGTON HTS # 620, ARLINGTON HEIGHTS, IL 60004 |
| LACERENZA, DENISE | 307 COMMONWEALTH STREET, FRANKLIN SQUARE, NY 11010 |
| LAI REAL ESTATE LTD | PO BOX 51032, SEATTLE, WA 98115 |
| LANCASTER TOWN | ATTN CHARITY BLANCHETTE, TAX COLLECTOR,25 MAIN ST, LANCASTER, NH 03584 |
| LANDMARK APPRAISAL GROUP | ATTN SCOTT SIEGMAN, OWNER/APPRAISER,13020 DELMAR, LEAWOOD, KS 66209 |
| LANDSAFE | ATTN: DAVID ZULAUF,8511 FALLBROOK AVENUE - MS: WH-51Z, WEST HILLS, CA 91304 |
| LENNOX J SIMON | SALENE REDDOCK-SIMON,11702 TRILLUM STREET, MITCHELLVILLE, MD 20721 |
| LESELROD, MICHAEL | C/O RONALD S COOK ESQ,180 E MAIN ST STE 308, SMITHTOWN, NY 11787 |
| LGS PROPERTIES, LLC | 2231 SW WANAMAKER RD, TOPEKA, KS 66614 |
| LIBERTY PROPERTY LIMITED PARTNERSHIP | BARRY E. BRESSLER, ESQ.,SCHNADER HARRISON SEGAL & LEWIS LLP,1600 MARKET ST., SUITE 3600, PHILADELPHIA, PA 19103 |
| LIBERTY PROPERTY LIMITED PARTNERSHIP | MICHAEL J. BARRIE, ESQ.,SCHNADER HARRISON SEGAL & LEWIS LLP,824 N. MARKET ST., SUITE 1001, WILMINGTON, DE 19801 |
| LINCOLN COUNTY | ATTN JERRY L FOX, COLLECTOR,201 MAIN ST., TROY, MO 63379 |
| LIVINGSTON COUNTY | ATTN: DIANNE H. HARDY,200 E GRAND RIVER AVE,  ACCOUNT NO. 10-06-100-043 HOWELL, MI 48843 |
| LOEFFLER, RICHARD | 195 JERICHO VALLEY DRIVE, NEWTOWN, PA 18940 |
| LOFTIS, NORMAN | 3 DEERFIELD AVENUE, SAG HARBOR, NY 11963 |
| LOPEZ, KIM | 1524 BACCAROT COURT, SANFORD, FL 32771 |
| LOTSOFF, BRETT S | 249 DENNIS LANE, GLENCOE, IL 600222180 |
| LUBAWSKI, DONNA L | 713 CEDAR CREST CT, EDGEWOOD, MD 21040 |
| LYTWYN, P. PETER | 960 BERGER RD, EASTON, PA 18042 |
| MACIAS, ROSA S | 1787 JUDSON ST, SEASIDE, CA 93955 |
| MALLIN, MARTIN | THE PHILADELPHIA 10.B.29,2401 PENNSYLVANIA AVE., PHILADELPHIA, PA 19130 |
| MANFREDINI, LOU | 1618 W ERIE STREET, CHICAGO, IL 60622 |
| MARTIN, MAYLA L. | 206 MADISON ST, WARWICK, RI 02888 |
| MASON, RONALD R. | 1401 MARVIN RD NE #307-463, LACEY, WA 98516 |
| MASSELLA, RALPH A | 528 HILTON AVE, CATONSVILLE, MD 21228 |
| MASSUNG, LARRY | C/O MICHAEL S. ETKIN AND IRA M LEVEE ESQ,LOWENSTEIN SANDLER PC,65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| MATEEN, SUZANNE B. | 2 SPRING OAK DR, GREENSBORO, NC 27410 |
| MC KINNEY, JAMES B. | 6526 HUGHES SPRINGS RD, LAS VEGAS, NV 89131-3145 |
| MCBRIDE, TAMMY L. | 901 COLUMBUS DR., CAPITOLA, CA 95010 |
| MCELHANEY SIGNS | ATTN CHARLENE W MCELHANEY, OWNER/PARTNER,558 E BUTLER AVE, NEW BRITAIN, PA 18901 |
| MCKEAN, TYLER | 12 COUGAR DR APT A, GLEN CARBON, IL 620343903 |
| MCMAHON, JOSEPH R., III | 110 RIDGELAKE DRIVE, METAIRIE, LA 70001 |
| MERCED COUNTY TAX COLLECTOR | ATTN LORRAINE GONZALEZ,2222 "M" STREET, MERCED, CA 95340 |
| MICHAUD, DAVID P. | 1795 UPPER CHELSEA RCH, VIRGINIA BEACH, VA 23454 |
| MOBLEY, RONALD W. & SUSAN H. | 13771 N. FOUNTAIN HILLS BLVD.,STE. 114-333, FOUNTAIN HILLS, AZ 85268 |
| MOHSENZADEH, HOLLY | 1415 SILVERLINDEN CT, FORT WAYNE, IN 46804 |
| MONELLO, MARGARET (MIKI) | 25291 SEA ROSE COURT, DANA POINT, CA 92629 |
| MONTOYA, SUSANA | 4850-10 DORSEY HALL DR, ELLICOTT CITY, MD 21042 |

| Claim Name | Address Information |
|---|---|
| MORTGAGE PRESS, THE | 1220 WANTAGH AVE, WANTAGH, NY 11793 |
| MORY, KEVIN J. | 2615 NE 69TH TERRACE, GLADSTONE, MO 64119 |
| MOUNCE, JOE | 5005 S. 68 E. AVE, TULSA, OK 74145 |
| MOVITZ, LOUIS A. TR FBO | LMFINANCIAL SERIVCES, INC. PSP,PO BOX 400, ASHLAND, OR 97520-0014 |
| MURRAY, W. & KULLA, C. | HEGELSTRASSE 6, BAD SODEN-SALMUENSTER,  63628 GERMANY |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE | BANKRUPTCY SECTION,PO BOX 5300, ALBANY, NY 12205-0300 |
| NARROW, VERONICA | 1118 S RESEDA ST, ANAHEIM, CA 92806 |
| NATHANSON, JOSEPH | 1044 ELBERON AVE, LONG BRANCH, NJ 07740 |
| NEW ENGLAND TEAMSTERS & TRUCKING | INDUSTRY PENSION FUND,C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ,66 LIVINGSTON AVE -LOWENSTEIN SANDLER PC, ROSELAND, NJ 07068 |
| NEW HOME TRENDS INC | ATTN TODD BRITSCH, PRESIDENT,4314 148TH ST SE, BOTHELL, WA 98012 |
| NOBILE, JESSE | 2211 ELSINORE ST, LOS ANGELES, CA 900263066 |
| NOBLE, BRIAN | 15 PHYLLIS DR, EAST NORTHPORT, NY 11731 |
| NOBLE, KRISTI L. | 15 PHYLLIS DR, EAST NORTHPORT, NY 11731 |
| NORTHWEST TITLE. LLC | ATTN CHRIS DUNCAN, ACCOUNTING MGR.,2411 W DOLARWAY RD, ELLENSBURG, WA 989269309 |
| NOSAL, MARK | 701 BRIDGEWATER DR, BENTON, AR 72015 |
| NUNN, GLENDA C. & WILLIAM P. III JTWROS | 8106 GLYNNWOOD, MONTGOMERY, AL 36117 |
| O'CONNELL, MARY | 118 CHATFIELD WAY, FRANKLIN, TN 37067 |
| OAKLAND COUNTY TREASURER | ATTN DIANE L ROARK, DEPUTY TREASURER,1200 N TELEGRAPH, PONTIAC, MI 48341 |
| OLD TAPPAN BOROUGH | BOROUGH OF OLD TAPPAN,ATTN ALLEN M. BELL, ESQ.,277 OLD TAPPAN RD., OLD TAPPAN, NJ 07675 |
| ONE OWINGS MILL CORP. CENTER ASSOC LP | ATTN SAMUEL B. GARBER, ESQ.,GENERAL GROWTH PROPERTIES, INC. AS AGENT,110 N. WACKER DR., CHICAGO, IL 60606 |
| OSGOOD APPRAISAL SERVICES | ATTN JIM OSGOOD,4006 E. VIA MONTOYA DRIVE, PHOENIX, AZ 85050 |
| PALMER, JERROLD | 1931 E RIDGEWOOD, GLENVIEW, IL 60025 |
| PALOMINO, BARBARA | PO BOX 277944, MIRAMAR, FL 33027 |
| PARK PLACE APPRAISAL GROUP INC | ATTN REGINA C. ROWS,243 S PARK PLACE DR, BARTLETT, IL 60103 |
| PASQUALE, LISA MARIE | 2400 26TH AVE SOUTH, MINNEAPOLIS, MN 554061245 |
| PATTON BOGGS, LLP | ATTN IRA A FISHMAN, COO,2550 M STREET NW, WASHINGTON, DC 20037-1350 |
| PHILLIPS, OLORE, DUNLAVEY & YORK, P.A. | ATTN BRENT A. YORK, ESQ.,480 MAIN STREET, PRESQUE ISLE, ME 04769 |
| PINEDA, RICARDO | 744 W 173RD PLACE, GARDENA, CA 90247 |
| PINKAS, MARCELLA A | 4119 CARROLLWOOD VILLAGE DR, CARROLLWOOD, FL 33618-8655 |
| PITNEY BOWES CREDIT CORPORATION | EVA MILANOWSKY, BANKRUPTCY ADMIN,RECOVERY DEPARTMENT,27 WATERVIEW DRIVE, SHELTON, CT 06484-4361 |
| PITNEY BOWES CREDIT CORPORATION | EVA MILANOWSKY, BANKRUPTCY ADMIN,RECOVERY DEPARTMENT,27 WATERVIEW DRIVE, SHELTON, CT 06484-4361 |
| PITNEY BOWES CREDIT CORPORATION | ATTN RECOVERY DEPT,27 WATERVIEW DR, SHELTON, CT 06484-4361 |
| PITNEY BOWES CREDIT CORPORATION | ATTN RECOVERY DEPT- EVA MILANOWSKI,27 WATERVIEW DR, SHELTON, CT 06484-4361 |
| PITTARI, JOSEPH | 2355 FOWLER ST, BELLMORE, NY 11710 |
| PLAGEMAN, SOONER | 912 S 10TH AVE, SIOUX FALLS, SD 571045217 |
| PLAZA AT EL PORTAL, L.P., THE | ATTN RITA NORD,PO BOX 2344, MERCED, CA 95344 |
| POLENZANI BENEFITS & INSURANCE SERVICES, | INC.  PROFIT SHARING TRUST DTD 1/01/00,POLENZANI, THOMAS A. & ELIZABETH, TTEES,2580 DEODAR CIRCLE, PASADENA, CA 91107 |
| POLLICINO MCNALLY, KRISTINE | 11 GLENDALE DR, MELVILLE, NY 11747 |
| PORTER, APRIL R. | 647 CRESCENT HILLS PLACE, LAKELAND, FL 33813 |
| PORTER, SHAWN J | 4 FRANKLIN PLACE, FARMINGDALE, NY 11735 |
| POTTS, SAMANTHA N. | 1158 CASELTON CT, BEAUMONT, CA 92223 |
| POUCH RECORDS MANAGEMENT LP | C/O R. GIBSON PAGTER, JR.,PAGTER AND MILLER,525 M. CABRILLO PARK DRIVE, SUITE 104, SANTA ANA, CA 92701 |

| Claim Name | Address Information |
|---|---|
| PRANGER, KEITH | 4275 GREENRIDGE WAY, NEW HAVEN, IN 46774 |
| PRICKETT, HAROLD & CAROL | 910 HAND AVE, CAPE MAY COURT HOUSE, NJ 08210 |
| PROMOTIONAL PRODUCTS PARTNERS, LLC | ATTN MICHAEL GOMBERG,405 WASHINGTON BLVD., MUNDELEIN, IL 60060 |
| PROPERTY SHOP & APPRAISALS, THE | ATTN FREDA C. CRAFT,PO BOX 1662, PASCAGOULA, MS 39568 |
| PROTER, SHLOMIT BAER | 3613 WINGREN RD., IRVING, TX 75062 |
| R.K. ASSOCIATES | 17100 COLLINS AVENUE,SUITE 225,ATTN: DANIEL KATZ, MIAMI, FL 33160 |
| RAMBLEWOOD SQUARE, LLC | PETER E. SHAPIRO, ESQ.,SHUTTS & BOWEN LLP,200 EAST BROWARD BLVD., SUITE 2100, FORT LAUDERDALE, FL 33301 |
| RAMIREZ, MONIQUE | 11872 E CEDARVILLE ST, NORWALK, CA 90650 |
| RAMO, MARILYN | 515 E. LAS OLAS BLVD SUITE 1200,ATTN: SCOTT RAMO ADVISOR, FT. LAUDERDALE, FL 33301-4203 |
| RANKIN, DONALD G. | 9775 RAY WHITE ROAD, KELLER, TX 76248-6005 |
| RE/MAX SUBURBAN REAL ESTATE INC | C/O STEVE WOLVERS,102 1ST ST SE, BONDURANT, IA 50035 |
| REALTY ASSOCIATES FUND VIII, L.P., THE | C/O JEFFREY D. HUPERT, ESQ.,30 NORTH LASALLE STREET, SUITE 2630, CHICAGO, IL 60602 |
| REPUBLIC TITLE AGENCY, INC. | ATTN LAWRENCE M ANDERSON, PRESIDENT,55 W CENTRAL AVE, SPRINGBORO, OH 45066 |
| RESTUCCIA, CODY L | 201 UPPER CRANEY HILL RD,#1, WEARE, NH 03281 |
| REXCO MAGNOLIA, LLC | THOMAS J. POLIS, ESQ.,POLIS & ASSOCIATES, APLC,19900 MACARTHUR BOULEVARD, SUITE 960, IRVINE, CA 92612 |
| RICH, BRIAN | 8 FARM ROAD, EWING, NJ 08638 |
| RICHTER, ELIZABETH | 1227 JACKSON AVE, LINDENHURST, NY 11757 |
| RITSOS, TERRY | 400 EAST 71ST ST 5E, NEW YORK, NY 10021 |
| RITSOS, TERRY | 4102 QUEENS BLVD APT 3C, SUNNYSIDE, NY 111042888 |
| ROMSAITONG, PANDATE | 10 CLUB DRIVE, MASSAPEQUA, NY 11758 |
| ROSICKI, ROSICKI AND ASSOC PC | ATTN KELLY POOLE,51 E BETHPAGE RD, PLAINVIEW, NY 11803-4224 |
| ROTHKIN, MICHELE | 22 CLIFFORD DR, FARMINGDALE, NY 11735 |
| RSP REALTY LLC | C/O PETER R. OLSON, ESQ.,JENKINS & OLSON PC,15 SOUTH PUBLIC SQUARE, CARTERSVILLE, GA 30120 |
| RUTHERFORD COUNTY TRUSTEE | ATTN TEB BATEY,PO BOX 1316, MURFREESBORO, TN 37133-1316 |
| RUTKIN, DAVID | 31 WAYNE RD, MONROE, CT 06468 |
| SABIK, RONALD J. | SCI CRESSON P.O. BOX A, CRESSON, PA 16699-0001 |
| SACRAMENTO COUNTY TAX COLLECTOR | ATTN WILLIAM KWONG, DEPUTY,BANKRUPTCY,700 H STREET, ROOM 1710, SACRAMENTO, CA 95814 |
| SAN JOAQUIN COUNTY | ATTN SHABBIR A. KHAN, TAX COLLECTOR,PO BOX 2169, STOCKTON, CA 95201-2169 |
| SAN JOAQUIN COUNTY TAX COLLECTOR | ATTN SHABBIR A. KHAN,PO BOX 2169, STOCKTON, CA 95201-2169 |
| SAPARILAS, ELISABETH | 8213 HOBHOUSE CIRCLE, RALEIGH, NC 27615 |
| SAUBERMAN, HARRY | 21 TOPIARY, IRVINE, CA 92603 |
| SCHAEFER, KATHLEEN | 29 CAGER PL, HUNTINGTON STATION, NY 11746 |
| SCHILSON, MILDRED H. | 14 ANCHORAGE LANE, SALEM, SC 29676-4000 |
| SCOTT, HARRY V. AND BERTHA J. | 3 RIDGE DRIVE, CROSS LANES, WV 25313 |
| SCOTTRADE INC TR FBO RICHARD W PATTON | ROLLOVER IRA,3 STANFORD AVE, WESTVIEW, PA 15229 |
| SCOURTOS, THOMAS C | 16 SHORE DR N, COPIAGUE, NY 11726 |
| SELAND, DANIEL | CMR 420, BOX 1993, APO, AE 09063 |
| SENSENIG, CECILIA V | 74 JAMESLEE DRIVE, CHAMBERSBURG, PA 17201 |
| SERPA, MICHAEL L. | P.O. BOX 1627, MODESTO, CA 95353 |
| SHAH, HARSHAD & KALPANA | 9648 SEVILLE WAY, CYPRESS, CA 90630-6804 |
| SHAPIRO & BURSON LLP | ATTN WILLIAM M SAVAGE,13135 LEE JACKSON HWY STE 201, FAIRFAX, VA 22033 |
| SHAPIRO, STANLEY K. | 12 EDGEHILL ROAD, WEST ORANGE, NJ 07052 |
| SHAPIRO, STANLEY K. | 111 JOHN STREET, SUITE 800, NEW YORK, NY 10038 |
| SHEFELTON, JUDITH C | 592 VIRGINIA CENTER PKWY, GLEN ALLEN, VA 23059-7414 |

| Claim Name | Address Information |
|---|---|
| SHEFFIELD, GREGORY J. | 138 HOLLENBECK RD, LOCKWOOD, NY 14859-9708 |
| SHELTON, SHEILA R. | 505 CHERRYWOOD LN, ALBEMARLE, NC 280018118 |
| SHERIDAN, ELEANOR M. | 803 BARBARA BLVD, FRANKLIN SQUARE, NY 11010 |
| SHERIDAN, WALTER P. | 803 BARBARA BLVD, FRANKLIN SQUARE, NY 11010 |
| SHETH, SATISH B. | 6 REGINA CT., CHATHAM, NJ 07928 |
| SHIRK, RYAN | 3900 CEDAR AVE S STE 1, MINNEAPOLIS, MN 554074570 |
| SHOPPES AT FLIGHT DECK | TED STAMBOLITIS, PRESIDENT,109 OLD CHAPIN ROAD, TOWER,P.O. BOX 907, LEXINGTON, SC 29071 |
| SHOREHAM VIEWRIDGE, LLC | D/B/A SHOREHAM PLACE,ROBERT C. THORN, ESQ-KIMBALL TIREY ET AL,1202 KETTNER BLVD., 3RD FLOOR, SAN DIEGO, CA 92101 |
| SIMMONDS, STEPHANIE D. | 1715 S ST CHARLES RD, SPOKANE VALLEY, WA 99037 |
| SIMMS, LYNDA TRUSTEE | FBO MARY E. GARRISON,REVOCABLE TRUST DATED 3/27/95,437 HIDEAWAY LANE, HIDEAWAY, TX 75771 |
| SIMOVITS, SHERRY | 4822 CLOVER COURT, PLAINFIELD, IL 60586 |
| SISCO, LEONARD A. SR. | 53-55 62ND ST., MASPETH, NY 11378 |
| SITKO, NATHAN D. | 103 TARNOV COURT, MANCHESTER, NJ 08759 |
| SLOCA, STEVEN L. | 12 AVERSTONE DRIVE WEST, WASHINGTON CROSSING, PA 18977 |
| SMITH, CAROLYN | 101 GROVE ST, PLAINVILLE, MA 02762 |
| SMITH, CAROLYN M. | 101 GROVE ST, PLAINVILLE, MA 02762 |
| SOGLO, MICHELLE | 6795 SNOW GOOSE CT., FREDERICK, MD 21703 |
| SOMERMAN-JOHNSTON, MELISSA | 32226 FALL RIVER RD, TRABUCO CANYON, CA 92679 |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER | SALFORD TOWNSHIP TAX COLLECTOR,PRINCE ALTEE THOMAS, ESQUIRE,2000 MARKET ST., 10TH FL -ROTHSCHILD LLP, PHILADELPHIA, PA 19103-3291 |
| SPRINGMAN, EDWARD J | PO BOX 5160, KALISPELL, MT 59903-5160 |
| STAHL, ROSE | 210 WHITE OAK CIRCLE, MAITLAND, FL 32751 |
| STAHL, WILLIAM | 210 WHITE OAK CIRCLE, MAITLAND, FL 32751 |
| STARK, DAWN M | 2106 W EL PRADO,ROAD, CHANDLER, AZ 85224 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | MICHAEL A. COX, ATTORNEY GENERAL,CADILLAC PLACE,3030 W. GRAND BLVD., SUITE 10-200, DETROIT, MI 48202 |
| STOKES LAZARUS & CARMICHAEL LLP | WILLIAM K. CARMICHAEL,80 PEACHTREE PARK DR., ATLANTA, GA 30309 |
| STOOPS, LINDSEY | 2710 HILMER CT, ORLANDO, FL 32806 |
| STRADA, TORY | 602 W COMSTOCK AVE, GLENDORA, CA 91741 |
| STUART, JUNE W. & JOHN L. | FBO JUNE W STUART REV LIV TST,DTD 6-17-1993,4021 NW 62ND TERRACE, OKLAHOMA CITY, OK 73112-1427 |
| SUNTORY INTERNATIONAL CORP. | 350 THEODORE FREMD AVE FL 2, RYE, NY 105801565 |
| SUROWIEC, MICHAEL S | 116 RALPH AVE, S PLAINFIELD, NJ 070802814 |
| SZOPINSKI'S DEN | ATTN CHRISTINE SZOPINSK - PRESIDENT,S 110 W 16126 UNION CHURCH DR, MUSKEGO, WI 53150 |
| TACONIC HILLS SD/ANCRAM | 73 ROUTE 11A, CRARYVILLE, NY 12521 |
| TAMBURRI, P. ANTONIO & JACQUELINE JTWROS | 15501 GULF BLVD, REDINGTON BEACH, FL 33708 |
| TAPLEY, KAREN | 9512 AXE HEAD CT, RANDALLSTOWN, MD 21133 |
| TARAKJI, GHASSAN | 1600 HOLLOWAY AVE.,SCHOOL OF ENGINEERING, SAN FRANCISCO, CA 94132-1722 |
| TAYLOR, WILLIAM A. | 14781 PEACOCK HILL ROAD,SOUTHEAST,  ACCOUNT NO. 000001001593943  OLALLA, WA 98359 |
| TEEMLEY, BRADLEY J. | 11 PEARL ST, FORESTVILLE, NY 140629501 |
| TEITELBAUM, MARTIN J. | 20 CHESTER ST., SMITHTOWN, NY 11787 |
| THE HAMPTON BUILDING LLC | P O BOX 6997,ATTN NEIL MCCOY, MEMBER, MYRTLE BEACH, SC 29572 |
| THOMAS, AMY R. | 304 BARCROFT DR, YORKTOWN, VA 23692 |
| THOMAS, ELLEN M. | 2 JOHN F KENNEDY DR, NORTON, MA 02766 |
| TOWER PLACE L.P. | C/O REGENT PARTNERS LLC,3348 PEACHTREE RD. NE,SUITE 100, ATLANTA, GA 30326 |

| Claim Name | Address Information |
|---|---|
| TOWER PLACE L.P. | MARK S. MARANI, ESQ.,COHEN POLLOCK MERLIN & SMALL, P.C.,3350 RIVERWOOD PKWY.,SUITE 1600, ATLANTA, GA 30339 |
| TR HOME APPRAISALS, LLC | ATTN TIAMIA A REESE,6749 CHAPEL HILL RD, INDIANAPOLIS, IN 46214 |
| TRANSWESTERN CONCORD CORPORATE CENTRE LP | C/O MICHAEL S GREGER/JAMES A TIMKO ESQS,ALLEN MATKINS LECK GAMBLE MALLORY &,NATSIS LLP - 1900 MAIN ST, FIFTH FL, IRVINE, CA 92614-7321 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF | B/O BINGHAM MCCUTCHEN LLP,ATTN: JONATHAN B ALTER, ESQ,ONE STATE STREET, HARTFORD, CT 06103 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF | C/O BINGHAM MCCUTCHEN LLP,ATTN: JOHNATHAN B ALTER, ESQ.,ONE STATE STREET, HARTFORD, CT 06103 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF | C/O BINGHAM MCCUTCHEN, LLP,ATTN: JONATHAN B ALTER, ESQ,ONE STATE STREET, HARTFORD, CT 06103 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF | AMERICA, ET AL.,W. JOE WILSON, ESQ.,ONE TOWER SQUARE, 2S2A, HARTFORD, CT 06183 |
| TRUSTMARK NATIONAL BANK | ATTN SHEILA KING, INVESTOR ACCTG MANAGER,LOAN ADMINISTRATION,PO BOX 522, JACKSON, MS 39205 |
| TSESMETZIS, STEFANOS | 112 WINTER LANE, HICKSVILLE, NY 11801 |
| TUCSON NEWSPAPERS | ATTN STEPHANIE ZEINFELD, CREDIT MGR.,4850 S. PARK AVE., TUCSON, AZ 85714 |
| TURNER, NANETTE | 293 VERNON VALLEY RD, NORTHPORT, NY 11768 |
| TYSER, DENNIS | 7215 S. 20TH STREET, LINCOLN, NE 68512 |
| U.S. BANK NATIONAL ASSOCIATION, AS CUST. | DOCUMENT CUSTODY SERVICES,ATTN DELMA CARLSON,1133 RANKIN STREET, SUITE 100, ST. PAUL, MN 55116 |
| U.S. BANK NATIONAL ASSOCIATION, AS CUST. | ATTN KATHERINE CONSTANTINE,DORSEY & WHITNEY LLP,50 SOUTH SIXTH STREET,SUITE 1500, MINNEAPOLIS, MN 55402 |
| UNION COUNTY | ATTN L. WADE, DEPUTY TAX COLLECTOR,P.O. BOX 38, MONROE, NC 28111 |
| UNITED STAFFING SYSTEMS | ATTN BARRY SAIDE, CEO,ESTAFFCONTROL,261 MADISON AVENUE, 2ND FLOOR, NEW YORK, NY 10016 |
| US BANCORP BUSINESS EQUIP. FINANCE GROUP | ATTN: CORPORATE ATTORNEY,1310 MADRID STREET, SUITE 100, MARSHALL, MN 56258 |
| US BANCORP MANIFEST FUNDING SERVICES | ATTN CORPORATE ATTORNEY,1450 CHANNEL PARKWAY, MARSHALL, MN 56258 |
| USDA RURAL DEVELOPMENT | USDA RURAL DEVELOPMENT,ATTN MOUER, ESQ,USDA, OGC,228 WALNUT ST, PO BOX 1134, HARRISBURG, PA 17108 |
| USDA RURAL DEVELOPMENT | ATTN JOAQUIN TREMOLS, DEPUTY DIR SFHGLP,MAIL STOP 0784,1400 INDEPENDENCE AVE, SW, WASHINGTON, DC 20250 |
| VALENTINE, ANDREW | 9 GLENN DR, WOODBURY, NY 11797 |
| VALLEJO, MARIA (CARMEN) | 3309 GARDEN DRIVE, SAN BERNARDINO, CA 92404 |
| VALUE LINK APPRAISALS | ATTN WOODROW W WREN,28850 CAMINO ALBA, MURRIETA, CA 92563 |
| VERIZON WIRELESS NORTHEAST | AFNI/VERIZON WIRELESS,PO BOX 3397, BLOOMINGTON, IL 61701 |
| VILIOTT, DAWN M. | 85 LONGWOOD RD, READING, MA 01867 |
| VIRGINIA HOUSING DEVELOPMENT AUTHORITY | C/O MCGUIREWOODS LLP,JOSEPH S. SHEERIN,ONE JAMES CENTER, RICHMOND, VA 23219 |
| VOYAGER INDEMNITY INSURANCE COMPANY | DON A. BESKRONE,ASHBY & GEDDES, P.A.,500 DELAWARE AVENUE, 8TH FLOOR,P.O. BOX 1150, WILMINGTON, DE 19801 |
| VOYAGER INDEMNITY INSURANCE COMPANY | C/O RAUL CUERVO, ESQ.,JORDAN BURT LLP,1025 THOMAS JEFFERSON ST., NW -#400 EAST, WASHINGTON, DC 20007 |
| WAGONER INSURANCE | MICHAEL WAGONER,PO BOX 839, SNEADS FERRY, NC 28460 |
| WALLACE, DIANA L. | 16769 LYONHURST CIR, NORTHVILLE, MI 481684418 |
| WAREHOUSE DIRECT | ATTN DEBBIE GORMAN, CREDIT MGR.,1601 WEST ALGONQUIN RD, MOUNT PROSPECT, IL 60056 |
| WATERHOUSE, DREW | C/O RONALD S. COOK, ESQ.,222 MIDDLE COUNTRY RD, SUITE 206, SMITHTOWN, NY 11787 |
| WEIGEL, JUTTA | 42 FOXBORO DRIVE, ROCHESTER HILLS, MI 48309 |
| WELLS, LESLIE D. | 634 DEREK DRIVE, WENTZVILLE, MO 63385 |
| WESSMAN, DANIEL | 1648 GRACE DR, BIG LAKE, MN 55309 |
| WESTLAKE LEASING II, LLC | ATTN ELIZABETH A. STUHLDREHER, ATTY.,PO BOX 1517, CUMMING, GA 30028 |

| Claim Name | Address Information |
|---|---|
| WESTLAKE LEASING II, LLC | WESTLAKE LEASING, II, LLC,ELIZABETH A. STUHLDREHER, ATTY,117 1/2 BRADFORD ST., STE 4, GAINESVILLE, GA 30501 |
| WHITE, BETH E | 5377 SW 40 AVE,APT 104, FORT LAUDERDALE, FL 33314 |
| WHITEHEAD, JAMES G. | IRA A/C,273 - FAIRVIEW AVE, REHOBOTH, MA 02769-1933 |
| WILHITE, V. RUSSELL IRA | 104 CREEK CLIFF DRIVE, GATESVILLE, TX 76258-1011 |
| WILKINSON, FAITH | 8775 CELESTE RD, SARALAND, AL 36571 |
| WILLIAM DUNLAP S & D PROPERTIES | ATTN WILLIAM DUNLAP, MANAGER,39 DEPOT STREET, MERRIMACK, NH 03054 |
| WILLIAMS, CHERYL | 9518 130TH AVE NE, KIRKLAND, WA 98033 |
| WILLIAMS, SHARON M. | 3805 MARY AVENUE, BALTIMORE, MD 21206 |
| WILSON, SAMUEL | 737 NAPA LANE, SAINT CHARLES, MO 63304 |
| WILSON, WARD C., IRA FBO | 3622 INDIANA ST,#102, SAN DIEGO, CA 92103 |
| WINANS, SHIRLEY | 2209 ALABAMA, JOPLIN, MO 64804-1221 |
| WOOTAN, SHANNON (NOW TAVALERO) | 11815 SOPHOCLES DRIVE, RANCHO CORDOVA, CA 95742 |
| ZEPPUHAR, ROBERT F. | 2924 MANUEL DR, ALLISON PARK, PA 15101 |
| ZIMMERMAN, THEODORE & REBECCA | 66 ST CHARLES AVE, WEST CALDWELL, NJ 07006 |

**Total Creditor Count 433**

**EXHIBIT B**

**AHM Second 31st Omni Ord 5/14/2009**
Travelers Casualty and Surety Company of America
W. Joe Wilson, Esq.
One Tower Square, 2S2A
Hartford, CT 06183

**AHM Second 31st Omni Ord 5/14/2009**
Travelers Casualty and Surety Company of America
c/o Bingham McCutchen LLP
Attn: Jonathan B. Alter, Esq.
One State Street
Hartford, CT 06103

**EXHIBIT C**

TIME: 13:48:18
DATE: 05/14/09

AMERICAN HOME MORTGAGE HOLDINGS INC.
AHM THIRD 31ST OMNI ORD 5/14/2009

PAGE:   1

| Name | Address |
|---|---|
| ALASKA LABORERS EMPLOYERS RETIREMT. FUND | C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| CITY OF PHILADELPHIA BOARD OF PENSIONS & | RETIREMENT C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| GREENBERG, ELLIOT | C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| HAFRON, JOSHUA F. | C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| INSTITUTIONAL INVESTOR GROUP | C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| IRON WORKERS LOCAL NO. 25 PENSION FUND | C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| IRON WORKERS TENNESSEE VALLEY PENSION | FUND C/O MICHAEL ETKIN AND IRA LEVEE ESQ LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LEAD PLAINTIFFS ON BEHALF OF THE CLASS, | IN SECURITIES FRAUD CLASS ACTION C/O MICHAEL S. ETKIN AND IRA M LEVEE 65 LIVINGSTON AVE - LOWENSTEIN SANDLER ROSELAND NJ 07068 |
| MASSUNG, LARRY | C/O MICHAEL S. ETKIN AND IRA M LEVEE ESQ LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| NEW ENGLAND TEAMSTERS & TRUCKING | INDUSTRY PENSION FUND C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ 66 LIVINGSTON AVE -LOWENSTEIN SANDLER PC ROSELAND NJ 07068 |

Total Number of Records Printed    10

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT D**

**AHM Fourth 31st Omni Ord 5/14/2009**
Zeichner Ellman & Krause, LLP
Attn: Suart A. Krause, Esq.
575 Lexington Avenue
New York, NY 10022