TO: Honorable Judge Christopher S. Sonchi            June 6, 2009
    U.S. Bankruptcy Court-District of Delaware
    824 Market St.
    5th Floor, Courtroom No. 6
    Wilmington, DE. 19801

FROM; Paul M. Deck Sr., BW-0041
      SCI-Dallas
      1000 Follies Rd.
      Dallas, Penna. 18612-9515

              RE: NOTICE OF DEBTOR'S THIRTY-FIRST OMNIBUS (SUBSTANTIVE)
                  OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE
                  BANKRUPTCY CODE. BANKRUPTCY RULES 3003 AND 3007, AND
                  LOCAL RULE 3007-1.
                  CASE NO. 07-11047 (CSS)
                  CLAIM NO. 2533

Dear Judge Christopher S. Sonchi;

        Enclosed is a letter that I just forwarded to "Epiq Bankruptcy
Solutions."

        I received your ORDER dated April 6, 2009 in reference to the above-
captioned cause of action. I am writing to make this Honorable Court aware
that the debtor's have my "Total Amount Claimed" listed as "Unspecified".
I would like this mistake rectified.

        In all of my filings with this Court in regards to this matter-I have
always listed my claim as twenty-four hundred dollars ($2400.00) the original
amount that American Home Mortgage Corp. defrauded me out of.

        I am asking if it would be possible for your Court to draft an ORDER
to "Epiq Bankruptcy Solutions" stating that my claim against the Debtor's
in this case is for the above-listed amount?

        I would deeply appreciate any assistance that you might render to me
in this matter. I close for now thanking you in advance, awaiting your reply,
I remain.


cc:PMD/file                                Cordially,

                                           Paul M. Deck Sr.

TO;   Epiq Bankruptcy Solutions LLC          June 6, 2009
      757 Third Ave. 3rd Floor
      New York, N.Y. 10017

FROM;  Paul M. Deck Sr., BW-0041
       SCI-Dallas
       1000 Follies Rd.
       Dallas, Penna. 18612-9515

            RE: Order Sustaining Debtor's Thirty-First Ominbus
                (Substantive) Objection To Claims Pursuant To
                Section 502(b) Of The Bankruptcy Code Bankruptcy
                Rules 3003 And 3007, And Local Rule 3007-1."
                DATED; APRIL 6, 2009

                DECK, PAUL
                BW-0041 SCID
                1000 Follies Rd.
                Dallas, Penna. 18612-9515
                Claim No. 2533

To Whom It May Concern;

     I am the names plaintiff in the aforementioned cause of action. I
recently received the above-listed document from 'Epiq Bankruptcy Solutions'
and under the heading of my name ("EQUITY FRAUD CLAIMS" Exhibit J, page 5
of 19) in the category of "Total Amount Claimed" it's listed as "Unspecified."

     If I erred and didn't put the amount of my claim in the 'proof of claim'
form in my filing of 11/19/07 - I am at this time informing your agency and
all involved entities that my claim (2533) is for (and has been in all of
my previous filings) twenty-four hundred dollars ($2400.00) - the amount
that I originally invested with American Home Mortgage Corp.

     Please correct this error/misprint, as I am providing this information
to the United States Bankruptcy Judge Christopher S. Sonchi and also the
attorneys at Young, Conaway, Stargatt and Taylor, LLP (attorney for the
debtor) at The Brandywine Building, 1000 West St. 17th Floor, Wilmington,
DE. 19801.

     Thank you for your assistance in this matter, awaiting your reply,
I remain.

cc:PMD/file                          Cordially,
   US. Bank. Judge
   Attorneys
                                     _____

                                     Paul M. Deck Sr.