IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | ) ) ) | Case No. 07-11047 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF SERVICE OF
CITIMORTGAGE, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS TO
AMERICAN HOME MORTGAGE SERVICING, INC. IN CONNECTION WITH
CONTESTED MATTER OVER PROPOSED PURCHASER'S CURE AMOUNTS**

**PLEASE TAKE NOTICE THAT** on May 2, 2009 CitiMortgage, Inc. served its Request for Production of Documents to American Home Mortgage Servicing, Inc. in Connection with Contested Matter Over Proposed Purchaser's Cure Amounts, and this Notice of Service, via electronic mail upon Mark Minuti, Esquire (mminuti@saul.com) of Saul Ewing LLP, P.O. Box 1266, Wilmington, Delaware 19899-1266.

[The remainder of this page was intentionally left blank.]

2249311

Dated: June 17, 2009　　　　　　　　**MORRIS JAMES LLP**

*Brett D. Fallon* (signature)

Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

　　　　　　　　-and-

Andrew J. Petrie (*admitted pro hac vice*)
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
Telephone: (303) 626-7139
Facsimile: (303) 626-7101
E-mail: apetrie@featherstonelaw.com

*Attorneys for CitiMortgage, Inc.*