IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                             )   Chapter 11
                                                   )
AMERICAN HOME MORTGAGE                             )
HOLDINGS, INC., a Delaware corporation,            )   Case No. 07-11047 (CSS)
et al.,                                            )
            Debtors.                               )   Jointly Administered
                                                   )

## AFFIDAVIT OF JAMIE DAWSON, PARALEGAL

STATE OF DELAWARE      :
                       : SS:
NEW CASTLE COUNTY      :

   I, Jamie Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 17, 2009, I caused to be served:

**Notice of Service of
CitiMortgage, Inc's Request for Production of Documents to American Home Mortgage Servicing, Inc. in Connection with Contested Matter Over Proposed Purchaser's Cure Amounts**

   Service was completed upon parties in the manner indicated thereon.

Date: June 17, 2009

_____
Jamie Dawson

SWORN AND SUBSCRIBED before me this 17th day of June, 2009

_____
NOTARY
My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2012

**VIA HAND DELIVERY**
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899