**EXHIBIT A**

## Second Interim Fee Request of Traxi LLC, Ordinary Course Professional for the Debtors

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/08-11/30/08 12/16/08 6720 | 34,567.00 | 517.00 |
| 12/1/08-12/31/08 1/20/09 6865 | 24,400.00 | 3,181.80 |
| 1/1/09-1/31/09 2/24/09 7049 | 32,728.00 | 122.70 |
| Totals | 91,695.00 | 3,821.50 |

066585.1001

DB02:8273599.2