**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------)
In re:                                      )

AMERICAN HOME MORTGAGE., *et al.*       )
HOLDINGS, INC., a Delaware Corp., et. al.   )

       Debtors.                             )

---------------------------------------------------------------)

Case No. 07-11047 (CSS)

Jointly Administered

## NOTICE OF CHANGE OF ADDRESS

Please take notice that, effective June 22, 2009, the address of the Chicago office of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel for Waterfield Shareholder LLC and Union Federal Bank of Indianapolis, will change as follows:

155 N. Wacker Drive, Suite 2700
Chicago, IL  60606-1720

Please take further notice that the Firm's and its lawyers' phone numbers, fax numbers, and e-mail addresses have not been affected by this change.

Dated:  Wilmington, Delaware
       June 18, 2009

RESPECTFULLY SUBMITTED:

Eric J. Gorman
Felicia Gerber Perlman
Justin L. Heather
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois  60606-1720
(312) 407-0700

              – and –

*/s/ Eric M. Davis*
Eric M. Davis
Jason M. Liberi
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000

Attorneys for Waterfield Shareholder LLC
and Union Federal Bank of Indianapolis