**CERTIFICATE OF SERVICE**

I, Eric M. Davis, hereby certify that on June 18, 2009, I caused the foregoing Notice of Change of Address to be served on the following parties by first class United States mail.

Sean M. Beach, Esq.
Margaret Whiteman Greecher, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 361
Wilmington, DE  19899

Joseph J. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
Lockbox 35
Wilmington, DE   19801

/s/ Eric M. Davis
Eric M. Davis