# EXHIBIT A

MATTER:     87601-00001 AHM REGULATORY MATTERS
CURRENCY:   USD

DATE:       June 17, 2009

Detail by Activity

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Case Administration | | | | |
| 05/01/09 Christopher Redlich | 1.20 | 294.00 | B110 | Created production copies for N. Mitchell for delivery to Cadwalader. |
| 05/04/09 Roberto Santamarina | 1.80 | 378.00 | B110 | Copied appropriate files to HD for shipment to Cadwalader. |
| 05/05/09 Roberto Santamarina | 0.20 | 42.00 | B110 | Copied files from HD for purposes of delivery to Cadwalader. |
| 05/05/09 Roberto Santamarina | 0.80 | 168.00 | B110 | Copied files to network directory 1 for purposes of production to Cadwalader. |
| 05/05/09 Christopher Redlich | 2.80 | 686.00 | B110 | Gathered missing document ranges for delivery to Cadwalader. |
| 05/08/09 Roberto Santamarina | 0.50 | 105.00 | B110 | Copied files from HD for purposes of delivery to Cadwalader. |
| 5/14/09 Mark Mattson | 3.50 | 735.00 | B110 | Organized hard copy materials for future transfer and updated log of all hard copy materials. |
| 5/29/09 Robert Knuts | 0.20 | 160.00 | B110 | Review letter from Fee Examiner; internal communications concerning how to obtain requested information and respond to letter. |
| ******* TOTAL CODE B110: | 11.00 | | | |
| Fee/Employment Applications | | | | |
| 5/08/09 Nicholas Mitchell | 0.20 | 77.00 | B160 | Reviewing scheduling updates re: Court Conference re: interim fee applications; internal discussion of same. |
| 5/27/09 Nicholas Mitchell | 0.60 | 231.00 | B160 | Review of bills in connection with preparation of April fee application. |
| 5/28/09 Nicholas Mitchell | 1.50 | 577.50 | B160 | Drafting April fee application. |
| 5/29/09 Pamela Chepiga | 0.30 | 255.00 | B160 | Review and sign April fee application. |
| 5/31/09 Nicholas Mitchell | 10.00 | 3,850.00 | B160 | Drafting letter responding to AHM Fee Examiner outlining scope of representation and efforts to minimize costs for the estate; drafting appendix to same which responded to specific questions about identified fees/expenses; gathered info. from lawyers and paralegals in order to prepare the above. |
| ******* TOTAL CODE B160: | 12.60 | | | |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Analysis/Strategy | | | | |
| 5/01/09 Robert Knuts | 0.50 | 400.00 | L120 | Analyze terms of consent judgment involving M. Strauss and possible recovery of disgorgement funds by AHM; communicate with S. Beach concerning same. |
| ******* TOTAL CODE L120 | 0.50 | | | |
| Document/File Management | | | | |
| 04/28/09* Jodi Pittell | 3.00 | 735.00 | L140 | Updating log and preparing boxes to be reviewed by Cadwalader attorneys. |
| 04/29/09* Jodi Pittell | 6.00 | 1,470.00 | L140 | Monitoring and supervision of Cadwalader attorneys during their document review session here at firm; communicating with A&O attorneys re: same. |
| 4/30/09* Jodi Pittell | 1.00 | 245.00 | L140 | Coordinating move of boxes containing documents selected by Cadwalader attorneys; arranging for pickup of documents by vendor. |
| ******* TOTAL CODE L140 | 10.00 | | | |
| Other Case Assessment, Development & Administration | | | | |
| 4/30/09* Nicholas Mitchell | 1.10 | 423.50 | L190 | Coordinating the production of documents to Cadwalader related to the Waterfield litigation. |
| 5/29/09 Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conferences and emails with Angela Phillips/Nachman Hays Brownstein. |
| ******* TOTAL CODE L190 | 1.30 | | | |
| Pleadings | | | | |
| 05/01/09 Kurt Vellek | 0.10 | 24.50 | L210 | Obtain copy of final judgment in Strauss/SEC matter for R. Knuts. |
| ******* TOTAL CODE L210 | 0.10 | | | |
| Document Production | | | | |
| 05/04/09 Nicholas Mitchell | 0.90 | 346.50 | L320 | Attention to document production to Cadwalader in connection with Waterfield Financial litigation. |
| 05/05/09 Nicholas Mitchell | 1.40 | 539.00 | L320 | Attention to production of documents to Cadwalader in connection with the Waterfield litigation; correspondence with Cadwalader re: |

---

* Due to a change in our computer software, fees from April 2009 were inadvertently excluded from our prior fee statements and have not been previously submitted to the Court.

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | same. |
| 05/12/09 Nicholas Mitchell | 0.60 | 231.00 | L320 | Production of materials to Cadwalader in connection with the Waterfield litigation. |
| ****** TOTAL CODE L320 | 2.90 | | | |

MATTER:      87601-00001 AHM REGULATORY MATTERS
CURRENCY:    USD

DATE:        May 29, 2009

| Summary by Activity Code | Hours | Amount |
| --- | --- | --- |
| (B110) Case Administration | 11.00 | 2,568.00 |
| (B160) Fee/Employment Applications | 12.60 | 4,990.50 |
| (L120) Analysis / Strategy | .50 | 400.00 |
| (L140) Document/File Management | 10.00 | 2,450.00 |
| (L190) Other Case Assessment, Development & Administration | 1.30 | 593.50 |
| (L210) Pleadings | .10 | 24.50 |
| (L320) Document Production | 2.90 | 1,116.50 |
| GRAND TOTAL | 38.40 | 12,143.00 |