# EXHIBIT B

## Summary of Expenses Incurred
(May 1, 2009 – May 31, 2009)

| Date Incurred | Expense | Amount |
|---|---|---|
| 5/01/09 | Document Reproduction | $1.20 |
| 5/05/09 | Document Reproduction | $2.90 |
| 5/05/09 | Document Reproduction | $2.70 |
| 5/05/09 | Document Reproduction | $1.10 |
| 5/06/09 | Document Reproduction | $2.40 |
| 5/06/09 | Document Reproduction | $4.60 |
| 5/06/09 | Document Reproduction | $16.60 |
| 5/13/09 | Telephone Charges | $0.09 |
| 5/27/09 | Document Reproduction | $2.50 |
| 5/28/09 | Document Reproduction | $1.50 |
| 5/28/09 | Document Reproduction | $1.50 |
| 5/29/09 | Document Reproduction | $1.40 |
| 5/29/09 | Document Reproduction | $1.50 |
| 5/29/09 | Document Reproduction | $1.40 |
| 5/29/09 | Document Reproduction | $1.40 |
| 5/29/09 | Document Reproduction | $1.40 |
| 5/29/09 | Telephone Charges | $0.29 |
| 5/31/09 | Document Reproduction | $1.40 |
| 5/31/09 | Document Reproduction | $1.30 |
| 5/31/09 | Document Reproduction | $3.80 |
| | TOTAL | $50.98 |