

MARTIN O'MALLEY, Governor
ANTHONY G. BROWN, Lt. Governor
THOMAS E. PEREZ, Secretary

# STATE OF MARYLAND
## DEPARTMENT OF LABOR, LICENSING AND REGULATION

DLLR Home Page * http://www.dllr.state.md.us
DLLR E-mail * dllr@dllr.state.md.us

June 16, 2009

United States Bankruptcy Court for
**DELAWARE**
**Clerk's Office**
**824 MARKET STREET, 5TH FLOOR**
**WILMINGTON, DE 19801**

RE: **AMERICAN HOME MORTGAGE CORP**
DBA:
U.I. Account #: **0016539902**
Case #: **07-11047**

07-11047 CSS

Dear Clerk:

    The State of Maryland, Department of Labor, Licensing and Regulation, Office of Unemployment Insurance Contributions Division, request in accordance with rule 2002(g) of the Federal Rules of Bankruptcy Procedure, that the following name and address be added to the court's mailing matrix:

    State of Maryland, Department of Labor, Licensing and Regulation
    Office of Unemployment Insurance Contributions Division
    Litigation and Prosecution Unit
    1100 North Eutaw Street, Room 401
    Baltimore, MD 21201

    Enclosed please find a mailing label to be used in this request. Thank you for your time and attention to this matter. Please contact me if you have any questions, I can be reached at **767-2013**.

Sincerely,

Tonisha L. Eskridge
**Legal Secretary**
**Litigation and Prosecution Unit**

cc:    **James Patton, Jr.**
        **U.S. Trustee's Office**

1100 N. EUTAW STREET ☐ BALTIMORE, MD 21201

TTY FOR THE DEAF (410) 767-2117

*Keeping Maryland Working and Safe*