UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :  Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                 :
                                                                   :  Jointly Administered
                     Debtors.                                      :
                                                                   :  **Ref. Docket No. 7042**
------------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL SUBMITTING SUPPLEMENTAL ORDER AMENDING THE ORDER CONFIRMING THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF FEBRUARY 18, 2009

The undersigned counsel hereby certifies as follows:

1. On February 23, 2009, the Court entered its *Findings of Fact, Conclusions of Law and Order Confirming the Amended Chapter 11 Plan of Liquidation of the Debtors Dated February 18, 2009* [D.I. 7042] (the "Confirmation Order"). Paragraph 47 of the Confirmation Order provides, *inter alia*, that professional fees incurred by the Debtors or the Creditors Committee following the Confirmation Date[2] may be paid by the Debtors or the Plan Trust, as applicable, without prior application to or order of the Bankruptcy Court. Paragraph 47 also establishes a bar date sixty days after the Effective Date of the Plan for Professional Claims for services rendered on or before the Confirmation Date.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Confirmation Order.

2. At the interim quarterly fee hearing on June 5, 2009, counsel for the Debtors brought paragraph 47 of the Confirmation Order to the Court's attention and informed the Court that the Effective Date of the Plan had not yet occurred. The Court ruled that fee applications should continue to be filed with respect to services rendered prior to the Effective Date and directed counsel to submit a form of order amending the Confirmation Order in pertinent part.

3. Per the Court's request, attached hereto as Exhibit A is a supplemental order amending paragraph 47 of the Confirmation Order. For the Court's reference, attached hereto as Exhibit B is a redline indicating the changes to paragraph 47.

WHEREFORE, the Debtors respectfully request that the Court enter the Order attached hereto as Exhibit A at its earliest convenience, without further notice or hearing. The undersigned is available to answer any questions the Court may have regarding the foregoing.

Dated: Wilmington, Delaware
June 23, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession