## Exhibit B

## Redline Indicating Changes to Paragraph 47

47. <u>Bar Date for Professional Claims</u>. This paragraph is subject to the Order Directing Appointment of Fee Examiner ~~entered by the Court contemporaneously herewith~~ <u>[D.I. 7047] entered by the Court on February 24, 2009, and the Order Appointing Fee Examiner and Establishing Procedures for the Review of Professional Claims [D.I. 7218] entered by the Court on April 1, 2009</u>. All Professionals or other Persons requesting compensation or reimbursement of expenses pursuant to any of §§ 327, 328, 330, 331, 503(b) and 1103 of the Bankruptcy Code for services rendered on or before the Confirmation Date (including, *inter alia*, any compensation requested by any Professional or any other Person for making a substantial contribution in the Chapter 11 Cases) shall File and serve on counsel for the Debtors or the Plan Trustee (as applicable), counsel for the Creditors Committee or the Plan Oversight Committee (as applicable) ~~and any fee examiner appointed in these cases~~<u>, and the Fee Examiner</u> an application for final allowance of compensation and reimbursement of expenses accruing from the Petition Date to the ~~Confirmation~~<u>Effective</u> Date, no later than (a) sixty (60) days after a notice of the Effective Date is filed with the Bankruptcy Court and served, or (b) such later date as the Bankruptcy Court shall order upon application made prior to the end of such 60-day period <u>(the later of (a) and (b), the "Professional Claims Bar Date")</u>. Objections to Professional Claims or Claims of other Persons for compensation or reimbursement of expenses must be Filed and served on counsel for the Debtors or the Plan Trustee (as applicable), counsel for the Creditors Committee or the Plan Oversight Committee (as applicable), ~~any fee examiner appointed in these cases~~<u>the Fee Examiner</u>, and the Professionals or other Persons to whose application the objections are addressed on or before (a) forty-five (45) days after the Professional Claims Bar Date or (b) such later date as (i) the Bankruptcy Court shall order upon application made prior to the end of such 45-day period or (ii) is agreed between the Debtors, the

Plan Trustee ~~or any fee examiner appointed in these cases~~, or the Fee Examiner, as applicable, and the affected Professional or other Person. Any professional fees incurred by the ~~Debtors~~Plan Trustee or the ~~Creditors~~Plan Oversight Committee subsequent to the ~~Confirmation~~Effective Date may be paid by ~~the Debtors or~~ the Plan Trust without application to or Order of the Bankruptcy Court. The costs of the Plan Trust, including without limitation, the fees and expenses of the Plan Trustee and any Professionals retained by the Plan Trustee, shall be borne entirely by the Plan Trust.

Document comparison done by Workshare DeltaView on Tuesday, June 23, 2009 10:16:01 AM

| Input: | |
|---|---|
| Document 1 | file://C:/Documents and Settings/pjack/Desktop/Para 47 original.doc |
| Document 2 | file://C:/Documents and Settings/pjack/Desktop/Para 47 amended.doc |
| Rendering set | standard |

| Legend: |  |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
|  | Count |
| Insertions | 9 |
| Deletions | 9 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 18 |