IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              :   Jointly Administered
     Debtors.                                                 :
                                                              :   Ref. Docket Nos. 3880, 5181, 5447, 6216,
                                                              :   6715 and 6825
------------------------------------------------------------ x

### NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS' SIXTH, THIRTEENTH, FIFTEENTH, TWENTY-FIRST, TWENTY-SIXTH AND TWENTY EIGHTH OMNIBUS OBJECTIONS TO CLAIMS

PLEASE TAKE NOTICE that that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby partially withdraw the *Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 3880] solely with respect to the following proof of claim without prejudice to the Debtors' right to object again to this proof of claim on any and all grounds:

| Claimant Name       | Claim Number(s) |
|---------------------|-----------------|
| Christine Conklin   | 2412            |

PLEASE TAKE NOTICE that that the Debtors hereby partially withdraw the *Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 5181] solely with respect to the following proof of claim without prejudice to the Debtors' right to object again to this proof of claim on any and all grounds:

| Claimant Name | Claim Number(s) |
|---------------|-----------------|
| David Holan   | 3154            |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

PLEASE TAKE NOTICE that that the Debtors hereby partially withdraw the *Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 5447] solely with respect to the following proof of claim without prejudice to the Debtors' right to object again to this proof of claim on any and all grounds:

| Claimant Name | Claim Number(s) |
|---|---|
| Michael Wheeler | 7319 |

PLEASE TAKE NOTICE that that the Debtors hereby partially withdraw the *Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 6216] solely with respect to the following proofs of claim without prejudice to the Debtors' right to object again to these proofs of claim on any and all grounds:

| Claimant Name | Claim Number(s) |
|---|---|
| Trustees of Mall Road | 8484 |
| Tracy Lussier | 351 |
| Sun Life Assurance Company of Canada | 1748 |

PLEASE TAKE NOTICE that that the Debtors hereby partially withdraw the *Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 6715] solely with respect to the following proof of claim without prejudice to the Debtors' right to object again to this proof of claim on any and all grounds:

| Claimant Name | Claim Number(s) |
|---|---|
| L.A. County Treasurer and Tax Collector | 10516 |

PLEASE TAKE NOTICE that that the Debtors hereby partially withdraw the *Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 6825] solely with respect to the following proof of claim without prejudice to the Debtors' right to object again to this proof of claim on any and all grounds:

| Claimant Name | Claim Number(s) |
|---|---|
| City of New York Department of Finance | 10554 |

Dated: June 23, 2009
   Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Nathan D. Grow
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman-Greecher (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession