# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-11047-(CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Chapter 11 |
| | Jointly Administered |
| Debtors. | Objection Deadline: August 4, 2009, 4:00 p.m. |
| | Hearing Date and Time: August 11, 2009, 10:30 a.m. |

### CBS OUTDOOR INC.'S MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSES

COMES NOW the Movant, CBS Outdoor Inc., a Delaware corporation ("CBS"), by undersigned counsel, and pursuant to § 503 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq., requests payment from the Debtors, American Home Mortgage Holdings, Inc., et al. ("Debtors"), for administrative expenses for the actual, necessary costs and expenses of preserving Debtors' estate. As set forth more fully below, this Court should grant the relief sought by CBS.

## MEMORANDUM OF POINTS AND AUTHORITIES

### FACTUAL SUMMARY

1. The Debtors entered into two (2) contracts with CBS, whereby CBS agreed to provide billboard advertising services to Debtors. Copies of these contracts are attached hereto as **Exhibit "A"** (hereinafter collectively referred to as the "Subject Agreements").

2. The Subject Agreements each required CBS to provide advertising services to Debtors from various dates preceding Debtors' filing of their petition in this Court to various dates subsequent to such filing. See **Exhibit "A"**.

3. On August 6, 2007, Debtors filed their petition seeking bankruptcy protection in this Court.

4. CBS fully complied with all provisions of the Subject Agreements and met all of its obligations thereunder. However, Debtors have failed to pay CBS in full for the value of

the advertising services provided by CBS to Debtors under the Subject Agreements after Debtors' filing of their bankruptcy petition.

5. Through June 8, 2009, Debtors are indebted to CBS in the amount of $35,772.61 for post-petition advertising services provided by CBS. A Statement of Account is attached hereto as **Exhibit "B"**.

## LEGAL ARGUMENT

### A. DEBTORS SHOULD BE REQUIRED TO PAY AN ADMINISTRATIVE EXPENSE FOR BENEFITS RECEIVED FROM CBS' SERVICES POST-PETITION

Debtors should be deemed to have adopted the Subject Agreements from the date they filed their petition because Debtor received contractual benefits from CBS. Debtors never directed CBS to remove their advertising or to enter into replacement contracts with other parties for the billboards which were the subject of the Subject Agreements. A "debtor in possession may be deemed to have adopted the contract . . . when it receives benefits and when the issue presented is whether or not such benefits should be entitled to an administrative expense." In Re Shoppers Paradise, Inc., 8 B.R. 271 (S.D.N.Y. 1980).

In Matter of William J. Brittingham, Inc., 39 B.R. 575 (Del. 1984), the United States Bankruptcy Court for the District of Delaware allowed a creditor to have a claim for an administrative expense for the value and use of the creditor's property. The Court allowed the administrative claim for the post-petition rent because the debtor occupied and benefited from the use of the creditor's property without compensating the creditor. Brittingham, 39 B.R. at 577-578.

In this case, Debtors benefited from CBS's services post-petition while not compensating CBS for the same. Debtors should pay CBS an administrative expense for post-petition amounts accrued under the Subject Agreements for advertising services that benefited Debtors and the bankruptcy estate. The total amount of the requested administrative expense is $35,772.61, plus accrued interest on the unpaid principal balance of

$28,525.00 at the contractual rate of 18% per annum from June 8, 2009 to the date of payment, for services provided to Debtors for the benefit of their estate by CBS from August 6, 2007 (the date of the filing of Debtors' bankruptcy petitions).

## CONCLUSION

For all of the foregoing reasons, because Debtors, and the bankruptcy estate, enjoyed the benefits of the Subject Agreements after filing their bankruptcy petitions and failed to pay for those benefits, this Court should order Debtors to pay an administrative expense for all post-petition debt incurred with CBS.

June 9, 2009
Wilmington, Delaware

CICONTE WASSERMAN & SCERBA, LLC

/s/ *Daniel C. Kerrick*
Daniel C. Kerrick (No. 5027)
1300 King Street
Wilmington, Delaware 19801
Telephone: 302-658-7101
Facsimile: 302-658-4982

-and-

Claudio E. Iannitelli, Esq.
Jonathan M. Levine, Esq.
Cheifetz Iannitelli Marcolini, P.C.
1850 N. Central Avenue, 19th Floor
Phoenix, Arizona 85004
Telephone: 602-952-6000
Facsimile: 602-952-7020

*Counsel to CBS Outdoor Inc.*