# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 07-11047-(CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Chapter 11 |
| | Jointly Administered |
| Debtors. | Objection Deadline:   August 4, 2009, 4:00 p.m. |
| | Hearing Date and Time: August 11, 2009, 10:30 a.m. |

## NOTICE OF CBS OUTDOOR INC.'S MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSES

PLEASE TAKE NOTICE that CBS Outdoor Inc., a Delaware corporation ("CBS"), has filed papers with the Court seeking allowance and payment of $28,525.00, plus interest totaling $7,247.61 through June 8, 2009, and continuing to accrue at the contractual rate of 18% per annum on the unpaid principal balance until paid, as an administrative claim.

If you oppose the Motion or if you want the Court to consider your views regarding the Motion, you must file a written response with the Bankruptcy Court detailing your objection or response by August 4, 2009. You must also serve a copy of your response upon the following:

Daniel C. Kerrick, Esq.
Ciconte Wasserman & Scerba, LLC
1300 King Street
Wilmington, Delaware 19801
Telephone: 302-658-7101
Facsimile: 302-658-4982

-and-

Claudio E. Iannitelli, Esq.
Jonathan M. Levine, Esq.
Cheifetz Iannitelli Marcolini, P.C.
1850 N. Central Avenue, 19th Floor
Phoenix, Arizona 85004
Telephone: 602-952-6000
Facsimile: 602-952-7020

1 | **THE HEARING IS SCHEDULED FOR AUGUST 11, 2009 AT 10:30 A.M. IN**
2 | **THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET,**
3 | **WILMINGTON, DELAWARE 19801.**
4 | IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY
5 | DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND
6 | MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE
7 | SCHEDULED HEARING DATE.

June 22, 2009
Wilmington, Delaware

CICONTE WASSERMAN & SCERBA, LLC

/s/ *Daniel C. Kerrick*
Daniel C. Kerrick (No. 5027)
1300 King Street
Wilmington, Delaware 19801
Telephone: 302-658-7101
Facsimile: 302-658-4982

-and-

Claudio E. Iannitelli, Esq.
Jonathan M. Levine, Esq.
Cheifetz Iannitelli Marcolini, P.C.
1850 N. Central Avenue, 19th Floor
Phoenix, Arizona 85004
Telephone: 602-952-6000
Facsimile: 602-952-7020

*Counsel to CBS Outdoor Inc.*