# Exhibit B



**American Home Mortgage**
**Statement of Account**
**June 8, 2009**

| Contract Number | Invoice Number | Invoice Date | Invoice Amount | Interest thru 06/08/09 | Ending Balance | Billing Period |
|---|---|---|---|---|---|---|
| 367066 | 1552003 | 08/03/07 | 1,865.00 | 601.46 | 2,466.46 | 7/30-8/26/07 |
| | 1552004 | 08/03/07 | 1,865.00 | 601.46 | 4,932.93 | 8/27-9/23/07 |
| | 1567410 | 09/01/07 | 1,865.00 | 574.42 | 7,372.35 | 9/24-10/21/07 |
| | 1588753 | 10/01/07 | 1,865.00 | 546.45 | 9,783.79 | 10/22-11/18/07 |
| | 1610897 | 11/01/07 | 1,865.00 | 517.54 | 12,166.33 | 11/19-12/16/07 |
| | 1631889 | 12/01/07 | 1,865.00 | 489.56 | 14,520.89 | 12/17-1/13/08 |
| | 1649803 | 01/01/08 | 1,865.00 | 460.66 | 16,846.55 | 1/14-2/10/08 |
| | 1671568 | 02/01/08 | 1,865.00 | 431.75 | 19,143.29 | 2/11-3/9/08 |
| | 1691453 | 03/01/08 | 1,865.00 | 404.71 | 21,413.00 | 3/10-4/6/08 |
| | 1712365 | 04/01/08 | 1,865.00 | 375.80 | 23,653.80 | 4/7-5/4/08 |
| | 5012008 | 05/01/08 | 1,865.00 | 347.82 | 25,866.62 | 5/5-6/1/08 |
| | 6012008 | 06/01/08 | 1,865.00 | 318.92 | 28,050.53 | 6/2-6/29/08 |
| | 7012008 | 07/01/08 | 1,865.00 | 290.94 | 30,206.47 | 6/30-7/27/08 |
| 317698 | 1545708 | 08/01/07 | 1,070.00 | 346.15 | 31,622.62 | 8/13-9/12/07 |
| | 1567411 | 09/01/07 | 1,070.00 | 329.56 | 33,022.18 | 9/13-10/12/07 |
| | 1588754 | 10/01/07 | 1,070.00 | 313.51 | 34,405.69 | 10/13-11/12/07 |
| | 1610898 | 11/01/07 | 1,070.00 | 296.93 | 35,772.61 | 11/13-12/12/07 |
| | | Totals | $ 28,525.00 | $ 7,247.61 | | |

Formerly Known as Viacom Outdoor