## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Case No. 07-11047 (CSS) |
| ) | |
| AMERICAN HOME MORTGAGE ) | Chapter 11 |
| HOLDINGS INC., ET AL., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

### ORDER COMPELLING DEBTOR'S, AMERICAN HOME MORTGAGE HOLDINGS, INC., TO PAY CBS OUTDOOR, INC'S ADMINISTRATIVE EXPENSES

On this _____ day of _____, 2009, after considering the Motion to Compel Payment of Administrative Expenses in the amount of $28,525, plus interest totaling $7,247.61 through June 8, 2009, and continuing to accrue at the contract rate of 18% per annum on the unpaid principal until paid, and any response thereto;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that CBS OUTDOOR, INC'S Motion is GRANTED.

IT IS SO ORDERED this _____ day of _____, 2009.

_____
JUDGE