## CERTIFICATE OF SERVICE

I, Daniel C. Kerrick, do hereby certify that on the 24th day of June, 2009, copies of this Notice of Motion and Motion of CBS Outdoor Inc.'s Motion to Compel Payment of Administrative Expenses were served as follows:

**BY HAND DELIVERY**
Matthew B. Lunn, Esq.
YOUNG CONAWAY STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Counsel for the Debtors

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lock Box 35
Wilmington, D E 19801

Daniel C. Kerrick (ID# 5027)