# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| American Home Mortgage Holdings, Inc. ) | CASE NO. 07-11047 CSS |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |

Re 7473

## RESPONSE OF MARION COUNTY TREASURER
## TO DEBTORS' THIRTY-SEVENTH (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT
## TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007,
## AND LOCAL RULE 3007-1

Comes now the Treasurer of Marion County, Indiana, by counsel, and for its Response to the Debtors' Thirty-Seventh Omnibus Objection to Claims states as follows:

1. The Marion County Treasurer timely filed his Proof of Claim for unpaid Marion County, Indiana business-personal property taxes on January 28, 2008 (claim number 9825). This Claim is in the total amount of $3,497.29.

2. In the Debtors' Thirty-Seventh Omnibus Objection to Claims, the Debtors assert that this claim should be disallowed with the basis of their objection being "No Liability Claim: Debtors' books and records show no liability on account of this claim. Per the Debtors' books and records, the Debtors have never had any interest in or connection to this property."

3. The Treasurer's claim includes business personal property taxes for which the Debtor filed self-assessment forms (exhibit A) for Marion County, Indiana property which it owned on March 1, 2006, and which correlates to business personal property tax schedules H138398 and I127185 both with a mailing address of 538 Broadhollow Rd, Melville NY 11747.

4. Treasurer's claim also includes assessment year 2007 for business personal property tax schedules H138398 and I127185. The Assessor sent Form 113 notices of assessment (exhibit B) to debtor and did not receive a response within the 45 day period allowed – therefore, the assessment is allowed.

5. The Treasurer's claim also includes business personal property taxes on account A130065 for assessment years 1998, 1999, and 2000. The name on the property is American Home Mortgage and the mailing address is 55 S State Ave, Indianapolis, IN 46201. Treasurer appreciates the possibility these are taxes of an unrelated entity and concedes the amount of $804.40 general unsecured may be disallowed.

As a result of the above actions, Treasurer contends his claim in the amount of $2,692.89 should be allowed as a Priority Unsecured claim; and concedes to the $804.04 general unsecured claim being disallowed.

WHEREFORE, the Marion County Treasurer requests that his Priority Claim in the sum of $2,692.89 be allowed as outlined herein, that the Debtors' Objection to its claim be overruled, and for all other just and proper relief.

Respectfully submitted,

By: _____
Douglas J. DeGlopper
Attorney for Marion County Treasurer
318 East 64th Street
Indianapolis, IN 46220
(317) 403-0098

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Response has been served upon all counsel of record listed below by United States first class postage pre-paid on this 18th day of June 2009.

| | |
|---|---|
| United States Bankruptcy Court<br>For the District of Delaware<br>824 Market Street, 3rd Floor<br>Wilmington, Delaware 19801 | Nathan D. Grow<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801 |

By: _____
Douglas J. DeGlopper
Attorney for Marion County Treasurer

**FORM No. 104**
Prescribed by the Department of Local Government Finance

THIS FORM MUST BE FILED WITH THE TOWNSHIP ASSESSOR NOT LATER THAN MAY 15 UNLESS EXTENSION IS GRANTED IN WRITING.

# STATE OF INDIANA

400    1127185

PLEASE TYPE OR PRINT

(For Assessor's Use)

24,970

Taxing District 49   900

Name of Taxpayer

| Business Name and Mailing Address | Address Where Property is Located |
|---|---|
| AMERICAN HOME MORTGAGE (FORM L,N) 538 BROADHALLOW RD MELVILLE NY 11747 | 2629  WATERFRONT PW E DR |
| | City or Town: INDIANAPOLIS   Zip Code: 46214 |
| | Township: WAYNE   County: MARION |
| | Nature of Business |

Exhibit A

(Name and Address to Which Assessment and Tax Notice to Be Mailed, If Different Than Above)

## ASSESSMENT DATE: March 1, 2006

### REQUIREMENTS AND PENALTIES

**FILING REQUIREMENTS:**

Property in more than one Taxing District-A taxpayer who has property in two or more taxing districts within the same township must file separate returns in each district covering only property located in that district. This is necessary since each taxing district may have different tax rates. (I.C.6-1.1-3-10(b))

Duplicate Return Requirement - Every taxpayer whose total combined assessed value of business personal property within a single taxing district is $150,000 or more must file each return in duplicate including the confidential returns and schedule attached thereto. See Regulation 16, Rule 2, Sec. 7(a). (I.C.6-1.1-3-7(C))

Total assessed value of business personal property in this taxing district is _____ $150,000 or more  __X__ Less Than $150,000.

Multiple Location Taxpayers - Every taxpayer who is required to file in more than one township in the State of Indiana must file a summary form, Form 105 (available from the Department of Local Government Finance or local assessing officials), directly with the Department of Local Government Finance on or before July 15 of the assessment year. (Regulation 16, Rule 2, Sec. 6) (I.C. 6-1.1-3-10(a)).

Were expenditures made since March 1 of last year for improvements on any real estate owned, held, possessed, controlled or occupied by the taxpayer in the township wherein this return is filed? YES ☒ NO ☐ , If yes, attach a statement setting forth Name of Owner, location of real estate and explaining nature, cost, date construction of improvements was begun and date construction was completed. If not completed as of March 1, state the percentage completed at that time. (I.C. 6-1.1-5-13)

**PENALTIES FOR FAILURE TO FILE COMPLETE RETURN FORMS:**

Failure to file a return on or before the due date, as required by law, will result in the imposition of a twenty-five dollar ($25) penalty. In addition, if a return is not filed within thirty (30) days after such return is due, a penalty equal to twenty percent (20%) of the taxes finally determined to be due with respect to the property which should have been reported will be imposed. A personal property return is not due until the expiration of any extension period granted by the township assessor under I.C. 6-1.1-3-7(b).

RECEIVED    MAY 2006    WAYNE TOWNSHIP ASSESSOR

If the total assessed value that a person reports on a personal property return is less than the total assessed value that the person is required by law to report and if the amount of the undervaluation exceeds five percent (5%) of the value that should have been reported on the return then the county auditor shall add a penalty of twenty percent of the additional taxes finally determined to be due as a result of the undervaluation.

In completing a personal property return for a year, a taxpayer must make a complete disclosure of all information relating to the value, nature or location of the personal property owned, held, possessed or controlled on the assessment date (I.C.6-1.1-3-9(a)), and information relating to improvements made since the preceding assessment date to real property owned, held, possessed or occupied (I.C. 6-1.1-5-13).

This information would include, but not be limited to, completion of the heading and related information, answer to all questions and entries on all of the appropriate lines on the face of the return. If such information is not provided, the taxpayer will be contacted and directed to provide that information. In addition, a penalty of twenty-five dollars ($25) may be imposed. (I.C.6-1.1-37-7(d)).

The above penalties are due on the property tax installment next due for the return whether or not an appeal is filed with the Indiana Tax Court with respect to the tax due on that installment. (I.C. 6-1.1-37-7(f)).

| Total Tangible Personal Property | (please check one) ☐ FORM 102  ☒ FORM 103 | ASSESSED VALUES BY TAXPAYER (a) | ASSESSED VALUES BY TOWNSHIP ASSESSOR (b) | ASSESSED VALUES BY PTABOA (c) |
|---|---|---|---|---|
| (Round Assessed Value to Nearest Ten Dollars) | | $ 25,064.09 | $ 24,970 | $ |

All vehicles used in farm or business and not subject to Excise Tax must be reported as depreciable property in the pools on Schedule A of Forms 102 or 103. All such property used for recreational purposes (not used in business) must be reported on Form 101.

### SIGNATURE AND VERIFICATION

**Under Penalties of Perjury,** I hereby certify that this return (including accompanying schedules and statements) to the best of my knowledge and belief is true, correct, and complete; reports all tangible personal property, subject to taxation, owned, held, possessed or controlled by the named taxpayer in the stated township or taxing district on the assessment date of this return, as required by law; and is prepared in accordance with I.C. 6-1.1 et seq., as amended, and regulations promulgated with respect thereto.

| Signature of authorized person | Please print name: Susan Seoylemezian | Date: 5/26/06 |
|---|---|---|
| Title: VP of Tax | Telephone number: (631) 439-8903 | Signature of person preparing return based on all information of which he has any knowledge | Telephone number: ( ) |

State Form 10068 (R10/1-03)
Business Tangible Personal Property Return

**FORM No. 104**
Prescribed by the Department of Local Government Finance

THIS FORM MUST BE FILED WITH THE TOWNSHIP ASSESSOR NOT LATER THAN MAY 15 UNLESS EXTENSION IS GRANTED IN WRITING.

## STATE OF INDIANA

Cr dl 1

499    H138398

PLEASE TYPE OR PRINT

(For Assessor's Use)

Taxing District 49  800

A  21,858

B  ∅

Av 21,860

Name of Taxpayer: American Home Mortgage Corp

Business Name and Mailing Address:
AMERICAN HOME MORTGAGE CORP
538 BROADHOLLOW RD
MELVILLE NY 11747

Address Where Property is Located: 3855 E. 96th St, Ste J
City or Town: INDIANAPOLIS    Zip Code: 46240
Township: WASHINGTON    County: MARION
Nature of Business: Mortgage Lender

RECEIVED MAY 18 2006 WASH. TWP. ASSESSOR

(Name and Address to Which Assessment and Tax Notice to Be Mailed, If Different Than Above)

Exhibit A    ASSESSMENT DATE: March 1, 2006

### REQUIREMENTS AND PENALTIES

**FILING REQUIREMENTS:**

Property in more than one Taxing District - A taxpayer who has property in two or more taxing districts within the same township must file separate returns in each district covering only property located in that district. This is necessary since each taxing district may have different tax rates. (I.C.6-1.1-3-10(b))

Duplicate Return Requirement - Every taxpayer whose total combined assessed value of business personal property within a single taxing district is $150,000 or more must file each return in duplicate including the confidential returns and schedule attached thereto. See Regulation 16, Rule 2, Sec. 7(a). (I.C.6-1.1-3-7(C))

Total assessed value of business personal property in this taxing district is _____ $150,000 or more ✓  _____ Less Than $150,000.

Multiple Location Taxpayers - Every taxpayer who is required to file in more than one township in the State of Indiana must file a summary form, Form 105 (available from the Department of Local Government Finance or local assessing officials), directly with the Department of Local Government Finance on or before July 15 of the assessment year. (Regulation 16, Rule 2, Sec. 6) (I.C. 6-1.1-3-10(a)).

Were expenditures made since March 1 of last year for improvements on any real estate owned, held, possessed, controlled or occupied by the taxpayer in the township wherein this return is filed? YES ☐ NO ☒ If yes, attach a statement setting forth: Name of owner, location of real estate and explaining nature, cost, date construction of improvements was begun and date construction was completed. If not completed as of March 1, state the percentage completed at that time. (I.C. 6-1.1-5-13)

**PENALTIES FOR FAILURE TO FILE COMPLETE RETURN FORMS:**

Failure to file a return on or before the due date, as required by law, will result in the imposition of a twenty-five dollar ($25) penalty. In addition, if a return is not filed within thirty (30) days after such return is due, a penalty equal to twenty percent (20%) of the taxes finally determined to be due with respect to the property which should have been reported will be imposed. A personal property return is not due until the expiration of any extension period granted by the township assessor under I.C. 6-1.1-3-7(b).

If the total assessed value that a person reports on a personal property return is less than the total assessed value that the person is required by law to report and if the amount of the undervaluation exceeds five percent (5%) of the value that should have been reported on the return then the county auditor shall add a penalty of twenty percent (20%) of the additional taxes finally determined to be due as a result of the undervaluation.

In completing a personal property return for a year, a taxpayer must make a complete disclosure of all information relating to the value, nature or location of the personal property owned, held, possessed or controlled on the assessment date (I.C.6-1.1-3-9(a)), and information relating to improvements made since the preceding assessment date to real property owned, held, possessed or occupied (I.C. 6-1.1-5-13).

This information would include, but not be limited to, completion of the heading and related information, answer to all questions and entries on all of the appropriate lines on the face of the return. If such information is not provided, the taxpayer will be contacted and directed to provide that information. In addition, a penalty of twenty-five dollars ($25) may be imposed. (I.C.6-1.1-37-7(d)).

The above penalties are due on the property tax installment next due for the return whether or not an appeal is filed with the Indiana Tax Court with respect to the tax due on that installment. (I.C. 6-1.1-37-7(f)).

| Total Tangible Personal Property (Round Assessed Value to Nearest Ten Dollars) | (please check one) ☐ FORM 102  ☒ FORM 103 | ASSESSED VALUES BY TAXPAYER (a) $ 22,305.31 | ASSESSED VALUES BY TOWNSHIP ASSESSOR (b) $ 21,860 | ASSESSED VALUES BY PTABOA (c) $ |
|---|---|---|---|---|

All vehicles used in farm or business and not subject to Excise Tax must be reported as depreciable property in the pools on Schedule A of Forms 102 or 103. All such property used for recreational purposes (not used in business) must be reported on Form 101.

### SIGNATURE AND VERIFICATION

Under Penalties of Perjury, I hereby certify that this return (including accompanying schedules and statements) to the best of my knowledge and belief is true, correct, and complete; reports all tangible personal property, subject to taxation, owned, held, possessed or controlled by the named taxpayer in the stated township or taxing district on the assessment date of this return, as required by law; and is prepared in accordance with I.C. 6-1.1-1 et seq., as amended, and regulations promulgated with respect thereto.

Signature of authorized person: [signature]
Title: VP of Tax
Telephone number: (631) 439-8903
Please print name: Susan Seoylemezian
Signature of person preparing return based on all information of which he has any knowledge
Date: 5/11/06
Telephone number: ( )

Exhibit B

## NOTICE OF ASSESSMENT TO:

YOU ARE HEREBY NOTIFIED THAT THE ABOVE PROPERTY LISTED IN YOUR NAME IN MARION COUNTY, HAS BEEN ASSESSED BY ME IN THE AMOUNT AND FOR THE YEAR STATED BELOW, IF YOU DO NOT AGREE WITH THE ACTION OF THE ASSESSING OFFICER GIVING THIS NOTICE, THE PROPERTY TAX ASSESSMENT BOARD OF APPEALS WILL REVIEW THAT ACTION IF YOU FILE A PETITION WITH THE **MARION COUNTY ASSESSOR** WITHIN FORTY-FIVE (45) DAYS OF THE DATE OF THIS NOTICE. IF YOU HAVE ANY QUESTIONS CONCERNING THE ASSESSMENT, PLEASE CALL AT THE OFFICE OF THE TOWNSHIP ASSESSOR.
*IMPROVEMENTS DESCRIBE ALL BUILDING STRUCTURES OR APPURTENANCES AFFIXED TO LAND.

**NAME AND ADDRESS**
AMERICAN HOME MORTGAGE
538 BROADHALLOW RD
MELVILLE NY 11747

TAX DISTRICT 900
2629 WATERFRONT
PKY E DR
46214

**LEGAL DESCRIPTION**
PROPERTY LOCATED AT
2629 WATERFRONT PKY E DR

| PARCEL/SCHEDULE NUMBER | KEY CODE NUMBER | ASSESSMENT YEAR | ASSESSED VALUES |
|---|---|---|---|
| I127185 | 7398 | 2007 | PERSONAL PROPERTY - CHANGE IN ASSESSED VALUE - NEW VALUE FROM 101 OR 104  24,970 |

FAILURE TO FILE 103 & 104 FORMS FOR 2007

AREA CODE 317

REASON FOR REVISION
DATE: JAN 1 1 2008
MICHAEL McCORMACK, TOWNSHIP ASSESSOR

YOU ARE HEREBY NOTIFIED THAT THE ABOVE PROPERTY LISTED IN YOUR NAME IN MARION COUNTY, HAS BEEN ASSESSED BY ME IN THE AMOUNT AND FOR THE YEAR STATED BELOW. IF YOU DO NOT AGREE WITH THE ACTION OF THE ASSESSING OFFICER GIVING THIS NOTICE, THE PROPERTY TAX ASSESSMENT BOARD OF APPEALS WILL REVIEW THAT ACTION IF YOU FILE A PETITION WITH THE MARION COUNTY ASSESSOR WITHIN FORTY-FIVE (45) DAYS OF THE DATE OF THIS NOTICE. IF YOU HAVE ANY QUESTIONS CONCERNING THE ASSESSMENT, PLEASE CALL AT THE OFFICE OF THE TOWNSHIP ASSESSOR.
*IMPROVEMENTS DESCRIBE ALL BUILDING STRUCTURES OR APPURTENANCES AFFIXED TO LAND.

| NAME AND ADDRESS | | LEGAL DESCRIPTION |
|---|---|---|
| AMERICAN HOME MORTGAGE CORP<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | TAX DISTRICT 800<br>PROP LOCATED AT:<br>3855 E<br>96TH    ST<br>46240 | 3855 E 96TH ST<br>SUITE J<br>46240 |

| PARCEL/SCHEDULE NUMBER | KEY CODE NUMBER | ASSESSMENT YEAR | ASSESSED VALUES |
|---|---|---|---|
| H138398 | 3-A | 2007 | PERSONAL PROPERTY — CHANGE IN ASSESSED VALUE<br>NEW VALUE FROM FORM 101    OR    104      24,050 |

REASON FOR REVISION    FAILED TO FILE BUSINESS TANGIBLE FORMS     AREA CODE 317

DATE NOV 14 2007    MARY LOU BENELL      WASHINGTON TOWNSHIP ASSESSOR    327-4834

Exhibit B

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: )
)
America Home Mortgage Holdings, Inc., ) CASE NO. 07-11047
a Delaware Corporation )
Debtor. ) Chapter 11

### APPEARANCE

Comes now Douglas J. DeGlopper, and enters his appearance herein on behalf of the Marion County Treasurer.

By: _____
Douglas J. DeGlopper
Attorney for Marion County Treasurer
318 E. 64th St.
Indianapolis, IN 46220
(317) 403-0098

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Response has been served upon all counsel of record listed below United States first class postage pre-paid on this 18th day of June, 2009.

United States Bankruptcy Court
For District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Nathan D. Grow
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

By: _____
Attorney for Marion County Treasurer