IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| American Home Mortgage Corp. | Chapter 11 |
|---|---|
| Debtor(s) | Case No. 07-1-1051 CSS |

**LINE WITHDRAWING
CHARLES COUNTY, MARYLAND'S
PROOF OF CLAIM NO. 6639 DATED 12/27/2007 IN THE AMOUNT OF $1,857.57
FOR ESTIMATED FISCAL YEAR 2008 PERSONAL PROPERTY TAXES
ASSIGNED TAX ACCOUNT NO. F05245212**

MR. CLERK:

PLEASE WITHDRAW Charles County, Maryland's Proof of Claim No. 6639 dated 12/27/2007 in the amount of $1,857.57 for Estimated Fiscal Year 2008 Personal Property Taxes assigned Tax Account No. F05245212 filed herein.

MEYERS, RODBELL & ROSENBAUM, P.A.

By: /s/M. Evan Meyers
M. Evan Meyers
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385
301-699-5800
Attorney for Charles County, Maryland

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2009 a copy of the foregoing Line was mailed by first-class mail, postage prepaid to:

Joseph M. McMahon, Esquire
Chapter 11 Trustee
Office of the United States Trustee Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801-

Nathan D. Grow, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801-

/s/M. Evan Meyers
M. Evan Meyers