IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------------------- x | | Ref. No. 7469 |

**CERTIFICATE OF NO OBJECTION TO APPLICATION
RE: DOCKET NO. 7469**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twentieth Monthly Application of Allen & Overy, LLP, Special Regulatory Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period April 1, 2009 through April 30, 2009 (the "Application").  The Court's docket which was last updated June 24, 2009, reflects that no objections to the Application have been filed.  Objections to the Application were to be filed and served no later than June 22, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($12,900.80) of requested fees ($16,126.00) and 100% of requested expenses ($72,638.23) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       June 24, 2009

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              /s/ Kenneth J. Enos
                              Sean M. Beach (No. 4070)
                              Kenneth J. Enos (No. 4544)
                              Margaret Whiteman Greecher (No. 4652)
                              Patrick A. Jackson (No. 4976)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and
                              Debtors in Possession