IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                               :   Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                      :
                                                                     :   Jointly Administered
                    Debtors.                                         :
---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2009, I caused to be served the "Notice of Partial Withdrawal of Debtors' Sixth, Thirteenth, Fifteenth, Twenty-First, Twenty-Sixth and Twenty Eighth Omnibus Objections To Claims", dated June 23, 2009 [Docket No. 7556], by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to the parties listed on the attached Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
24th day of June, 2009

_____
Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6198919
Qualified in Kings County
Commission Expires January 5, 2013

T:\Clients\AHM\Affidavits\Notice of Withdrawal of Omni Objs_Aff_6-24-09.doc

**EXHIBIT "A"**

```
TIME: 11:03:41                                          AMERICAN HOME MORTGAGE HOLDINGS INC.                                   PAGE: 1
DATE: 06/24/09                                                 AHM NTC WTH (6/23/2009)

Name                                       Address
CITY OF NEW YORK DEPARTMENT OF FINANCE     AUDIT DIVISION ATTN: BANKRUPTCY UNIT 345 ADAMS STREET, 5TH FLOOR BROOKLYN NY 11201
CONKLIN, CHRISTINE                         134 COMMACK RD ISLIP NY 11751
HOLAN, DAVID A                             47 BAY DR. ITASCA IL 60143
L.A. COUNTY TREASURER AND TAX COLLECTOR    PO BOX 54110 LOS ANGELES CA 90051-0110
LUSSIER, TRACY                             4 OLD SUNDERLAND RD MONTAGUE MA 01351
SUN LIFE ASSURANCE COMPANY OF CANDA        C/O COLLIERS PNKARD C/O MICHAEL G MENKOWITZ/FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA PA 19103-3291
TRUSTEES OF MALL ROAD TRUST                C/O J. DAVID FOLDS MCKENNA LONG & ALDRIDGE LLP 1900 K STREET, NW WASHINGTON DC 20006
WHEELER, MICHAEL JAMES                     9180 LOS LAGOS CIRCLE GRANITE BAY CA 95746

Total Number of Records Printed    8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC