IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>American Home Mortgage Holdings, Inc, a Delaware Corporation, *et al.,*<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 07-11047(CSS)<br>Jointly Administered<br><br>**Proposed Objection Deadline: June 30, 2009**<br>**Proposed hearing date: July 2, 2009 at 10:00 a.m.** |

## NOTICE OF MOTION

　　　PLEASE TAKE NOTICE THAT James D. Rucker ("Movant"), filed his *Motion to Compel the Debtor to Cancel the Foreclosure Sale that the Debtor has Scheduled for July 8, 2009 in California* (the "Motion") on June 20, 2009 at D.I. 7551.

　　　**MOVANT IS REQUESTING A SHORTENED OBJECTION DEADLINE OF JUNE 30, 2009 FOR THE MOTION PURSUANT TO THE MOTION TO SHORTEN NOTICE PERIOD FILED HEREWITH.**

　　　**MOVANT IS ALSO REQUESTING THE HEARING ON THE MOTION FOR BE SCHEDULED FOR JULY 2, 2009 AT 10:00 A.M. AT THE U.S. BANKRUPTCY COURT, 824 MARKET STREET, 5th FLOOR, COURTROOM 6, WILMINGTON, DE 19801.**

　　　　　　　　　　　　　　　　　　ARCHER & GREINER, P.C.

　　　　　　　　　　　　　　　BY:　*/s/ Charles J. Brown, III*
Dated: June 25, 2009　　　　　　　Charles J. Brown, III (Bar No. 3368)
　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1370
　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　Telephone:  (302) 777-4350
　　　　　　　　　　　　　　　　　Facsimile:  (302) 777-4352
　　　　　　　　　　　　　　　　　cbrown@archerlaw.com

　　　　　　　　　　　　　　　　　*Counsel to Movants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> American Home Mortgage Holdings, Inc, a Delaware Corporation, *et al.,* <br><br> Debtors. | Chapter 11 <br> Case No. 07-11047(CSS) <br> Jointly Administered <br><br> **Proposed Objection Deadline:  June 30, 2009** <br> **Proposed hearing date: July 2, 2009 at 10:00 a.m.** |

## MOTION TO SHORTEN NOTICE PERIOD

James D. Rucker ("Movant"), by and through his undersigned counsel, hereby moves this Honorable Court pursuant to Local Rule 9006-1(e) for an Order allowing his *Motion to Compel the Debtor to Cancel the Foreclosure Sale that the Debtor has Scheduled for July 8, 2009 in California* (the "Motion") to be heard at the July 2, 2009 at 10:00 a.m. hearing, with a June 30, 2009 objection deadline.

The basis for the request to shorten the notice period is that the inability of the Movant to obtain the requested relief could irreparably impair the Movant's rights.  Debtor's counsel was given notice of the motion and that we were requesting shortened notice last week.

ARCHER & GREINER, P.C.

Dated:  June 25, 2009

BY:  */s/ Charles J. Brown, III*
Charles J. Brown, III (#3368)
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801
Telephone:  (302) 777-4350
Facsimile:  (302) 777-4352
cbrown@archerlaw.com

*Counsel to Movant*

4729292v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I caused true and correct copies of the foregoing document to be served upon all parties requesting notice via CM/ECF and via email upon the following:

Curtis Crowther, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE  19899-0391

| | |
|---|---|
| Dated:  June 25, 2009 | */s/ Charles J. Brown, III*<br>Charles J. Brown, III (#3368) |

4729292v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> American Home Mortgage Holdings, Inc, a Delaware Corporation, *et al.,* <br><br> Debtors. | Chapter 11 <br> Case No. 07-11047(CSS) <br> Jointly Administered |

## **ORDER**

IT IS HEREBY ORDERED AND DECREED that the *Motion to Shorten Notice Period* is GRANTED regarding the Motion of James D. Rucker to Compel the Debtor to Cancel the Sheriff Sale that the Debtor has scheduled for July 8, 2009 in California.

Dated:_____

_____
UNITED STATES BANKRUPTCY JUDGE

4729292v1