EXHIBIT "A"

**AMERICAN HOME MORTGAGE**
**Time Summary**
**May 1, 2009 to May 31, 2009**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| ROBERT M KLEIN | PARTNER | 1.4 | 600.00 | 840.00 |
| DAVID E BERLINER | PARTNER | 47.0 | 590.00 | 27,730.00 |
| MICHELE MICHAELIS | DIRECTOR | 63.9 | 375.00 | 23,962.50 |
| ANTHONY LA MALFA | SENIOR MANAGER | 3.8 | 400.00 | 1,520.00 |
| CHRIS AWONG | SENIOR | 70.5 | 260.00 | 18,330.00 |
| MICHAEL TORELLO | SENIOR | 2.0 | 260.00 | 520.00 |
| SUSANNE CLEARY | SENIOR | 2.6 | 235.00 | 611.00 |
| SAM BROWN | SENIOR | 21.7 | 225.00 | 4,882.50 |
| MATTHEW J STEWART | SENIOR | 146.1 | 215.00 | 31,411.50 |
| JERRY D'AMATO III | SENIOR | 35.4 | 200.00 | 7,080.00 |
| NAUSHON E VANDERHOOP | SENIOR | 1.8 | 185.00 | 333.00 |
| KEVIN REINLE | STAFF | 3.4 | 190.00 | 646.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 5.2 | 150.00 | 780.00 |
| | **TOTAL:** | **404.8** | | 118,646.50 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### May 1, 2009 to May 31, 2009

## A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/4/2009 | K.R. | Monitored docket for Omnibus Objections and order; organized same for review. | 0.6 |
| 5/4/2009 | K.R. | Updated Omnibus Objection schedules for several orders and newly filed Objections with the Bankruptcy Court. | 1.3 |
| 5/4/2009 | M.S. | Reviewed priority claims filed with the Court post Bar Date. | 0.6 |
| 5/7/2009 | M.S. | Reviewed stipulation and claims information related to Zurich Insurance. | 0.6 |
| 5/7/2009 | M.S. | Discussion with K. Reinle regarding omnibus claims objections. | 0.2 |
| 5/8/2009 | D.B. | Reviewed analysis of Zurich claim and settlement stipulation. | 0.3 |
| 5/8/2009 | D.B. | Met with M. Stewart re: additional omnibus objections filed and impact on open SAP claims. | 0.2 |
| 5/8/2009 | K.R. | Updated Omnibus Objection schedules for newly filed Objections with the Bankruptcy Court. | 0.8 |
| 5/11/2009 | M.M. | Reviewed information related to claims and cash at effective date based on summary information prepared by M. Stewart. | 0.7 |
| 5/11/2009 | M.S. | Reviewed omnibus objections 32-35 filed with the Court. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**A.     ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/12/2009 | M.S. | Prepared claims schedule for D. Berliner regarding omnibus objections. | 0.3 |
| 5/15/2009 | M.S. | Reviewed docket and omnibus claim orders. | 0.4 |
| 5/18/2009 | K.R. | Updated Omnibus Objection schedules for newly filed Objections with the Bankruptcy Court. | 0.7 |
| 5/29/2009 | D.B. | Reviewed claim summary schedule date 5/27/2009 from Zolfo Cooper. | 0.3 |
| | | **TOTAL:** | **7.7** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.8 | 590.00 | 472.00 |
| M. MICHAELIS (M.M.) | 0.7 | 375.00 | 262.50 |
| M. STEWART (M.S.) | 2.8 | 215.00 | 602.00 |
| K. REINLE (K.R.) | 3.4 | 190.00 | 646.00 |
| **TOTAL:** | **7.7** | | **1,982.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## B.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/1/2009 | C.A. | Meeting with M. Michaelis and BDO Forensics team to discuss the methodology to incorporate the check preference data into a database template. | 3.1 |
| 5/1/2009 | C.A. | Cross referenced and identified the vendors in the check payment dataset to the vendors in the manual wires made in the preference period in order to compile a comprehensive list of vendor payments. | 0.9 |
| 5/4/2009 | C.A. | Reviewed the unpaid invoices prepared by S. Brown related to the preference analysis. | 2.8 |
| 5/4/2009 | M.M. | Revisited preference related information. | 0.6 |
| 5/4/2009 | M.M. | Reviewed response from A. Dokas regarding "cash management" questions poised at beginning of case versus data received in connection with the preference analysis. | 0.4 |
| 5/5/2009 | C.A. | Prepared a schedule showing the account numbers and account descriptions for each vendor that received check payments ranging from $60K to $40K. | 2.7 |
| 5/5/2009 | C.A. | Coordinated with P. Moran to obtain a proper understanding of various G/L account descriptions that check payments were booked to in the preference period. | 1.1 |
| 5/5/2009 | C.A. | Prepared a memo summarizing the current status of the checks preference analysis. | 1.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**B.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/5/2009 | C.A. | Prepared a sample walkthrough of a vendor with invoice detail and accounts descriptions. | 1.0 |
| 5/6/2009 | D.B. | Reviewed status report on preference analysis work in progress. | 0.2 |
| 5/7/2009 | C.A. | Revised preliminary check preference analysis based on phone call with P. Moran. | 0.8 |
| 5/11/2009 | C.A. | Meeting with M. Michaelis and BDO Forensics team to discuss the methodology to incorporate the check preference data into a database template. | 1.8 |
| 5/11/2009 | M.M. | Met with C. Awong re: preference analysis. | 0.4 |
| 5/11/2009 | M.M. | Met with BDO EDiscovery team re: database for preferences. | 0.8 |
| 5/12/2009 | S.B. | Recreation of vendor report. | 1.8 |
| 5/12/2009 | S.B. | Data clean up based on date range. | 2.2 |
| 5/13/2009 | C.A. | Cross referenced and identified the vendors in the check payment data set to the same vendors in the manual wires made in the preference period in order to compile a comprehensive list of vendor payments. | 2.2 |
| 5/13/2009 | S.B. | Created reports of vendor/invoice data. | 2.0 |
| 5/15/2009 | C.A. | Reviewed the unpaid invoices prepared by S. Brown related to the preference analysis. | 1.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## B.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/15/2009 | C.A. | Prepared draft preference analysis for the vendor Marriott, including the application of new value. Prepared a working excel template needed for the other preference analyses. | 4.6 |
| 5/15/2009 | M.M. | Discussed status of preference memo. | 0.2 |
| 5/18/2009 | C.A. | Met with S. Brown to provide instruction on the inputs and parameters needed to construct the Access Preference Model. | 1.4 |
| 5/18/2009 | C.A. | Prepared draft memo to the Committee on potential preferences for wire and check payments. | 5.2 |
| 5/18/2009 | S.B. | Preference payments per vendor report creation. | 1.3 |
| 5/18/2009 | S.B. | Reviewed data exclusion rules based on date range and check status. | 0.6 |
| 5/18/2009 | S.B. | Preference review with C. Awong. | 0.6 |
| 5/18/2009 | S.B. | Potential preference per vendor report creation. | 1.5 |
| 5/19/2009 | C.A. | Prepared draft memo to the Committee on potential preferences for wire and check payments, and submitted to the BDO Director for review. | 2.8 |
| 5/19/2009 | M.M. | Reviewed preference memo and discussed status of database with C. Awong. | 3.4 |
| 5/20/2009 | C.A. | Made various changes and edits suggested by M. Michaelis for the draft report on preferences prior to being submitted to Counsel. | 6.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**B.     PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/20/2009 | M.M. | Completed review of preference memo and discussed same with C. Awong. | 2.9 |
| 5/21/2009 | C.A. | Meeting with M. Michaelis to discuss the draft report on preferences.  Made various other changes and edits suggested by M. Michaelis prior to being submitted to the BDO Partner for review. | 2.7 |
| 5/21/2009 | C.A. | Coordinated with S. Brown to prepare a preliminary preference summary using the Access database model. | 1.1 |
| 5/21/2009 | D.B. | Initial review of draft memo re: preference analysis work to date. | 1.4 |
| 5/21/2009 | M.M. | Discussed, reviewed and edited updated version of preference memo. | 2.2 |
| 5/21/2009 | S.B. | Potential preference report creation. | 2.5 |
| 5/23/2009 | D.B. | Finished review of draft memo and exhibits re: preference analysis and prepare comments. | 2.1 |
| 5/26/2009 | C.A. | Incorporated D. Berliner's comments into the preliminary preference report. | 3.9 |
| 5/26/2009 | C.A. | Met with S. Brown to establish the parameters for calculating the potential preferences for the check payments. | 1.7 |
| 5/26/2009 | C.A. | Reviewed potential preference calculations prepared S. Brown for check payments. | 1.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**B.     PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/26/2009 | D.B. | Prepared comments on preference analysis memo and e-mail to staff. | 0.6 |
| 5/26/2009 | M.M. | Reviewed D. Berliner's edits to preference memo. | 0.4 |
| 5/26/2009 | S.B. | Potential Preference report adding vendors with zero potential preference. | 2.6 |
| 5/26/2009 | S.B. | Quality control of potential preference with C. Awong. | 1.0 |
| 5/27/2009 | C.A. | Met with M. Michaelis to discuss various comments from D. Berliner for the preliminary preference report. | 1.3 |
| 5/27/2009 | C.A. | Prepared various tables for the next steps section (checks and manual wire summaries) as suggested by D. Berliner and M. Michaelis. | 2.7 |
| 5/27/2009 | M.M. | Reviewed correspondence with Debtors re: preference payments and compared to previous information received. | 0.6 |
| 5/27/2009 | M.M. | Revisited preference memo and terms information. | 0.7 |
| 5/28/2009 | C.A. | Made various edits to the draft preference report based on suggestions by M. Michaelis, such as modifications to tables and recalculation of potential preference payments for checks based on revised parameters.  Submitted to BDO Partner for final review. | 3.7 |
| 5/28/2009 | C.A. | Made various edits to the exhibits to the draft preference report based on suggestions by M. Michaelis. Submitted to BDO Partner for final review. | 1.8 |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### May 1, 2009 to May 31, 2009

### B.     PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/28/2009 | C.A. | Made various final edits to the draft preference report and exhibits based on suggestions by BDO Partner prior to dissemination to Counsel. | 1.3 |
| 5/28/2009 | D.B. | Reviewed updated draft of memo summarizing preference analysis and prepared comments. | 0.7 |
| 5/28/2009 | M.M. | Reviewed and edited report for preference analysis. | 2.7 |
| 5/28/2009 | S.B. | Potential Preference report with 7 day threshold. | 0.5 |
| 5/29/2009 | C.A. | Reviewed the supporting documentation provided by AHMSI (Wilbur Ross) for the various servicing manual wires selected for testing in connection with the preference analysis.  Communicated discrepancies to Zolfo Coopers. | 0.7 |
| | | **TOTAL:** | **100.0** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 5.0 | 590.00 | 2,950.00 |
| M. MICHAELIS (M.M.) | 15.3 | 375.00 | 5,737.50 |
| C. AWONG (C.A.) | 63.1 | 260.00 | 16,406.00 |
| S. BROWN (S.B.) | 16.6 | 225.00 | 3,735.00 |
| **TOTAL:** | **100.0** | | **28,828.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/1/2009 | D.B. | Met with T. Lendez and/or M. Stewart to discuss SEC complaint and UCC Investigation. | 0.8 |
| 5/1/2009 | D.B. | Reviewed and approved letter to former employees for UCC investigation. | 0.2 |
| 5/1/2009 | M.M. | Revisited WARN liability calculation. | 0.6 |
| 5/1/2009 | M.M. | Discussed GAAP violations on 12/31/06 financial statements as filed. | 0.5 |
| 5/1/2009 | M.M. | Revisited SEC complaint, D&O Settlement, and "facts" to be proven in any other litigation. | 0.4 |
| 5/1/2009 | M.M. | Reviewed support binder related to Cause of Action reports and support previously prepared. | 0.8 |
| 5/1/2009 | M.S. | Discussion with D. Berliner regarding WARN. | 0.3 |
| 5/1/2009 | M.S. | Prepared WARN file and sent to Debtors and Creditors' counsel. | 0.8 |
| 5/1/2009 | M.S. | Prepared and correspondence with M. Michaelis to get letters to AHM employees sent out. | 1.2 |
| 5/1/2009 | M.S. | Correspondence with S. Cleary regarding FASB 140 and recourse schedule. | 0.8 |
| 5/1/2009 | S.B. | Creating excel report of vendor data. | 1.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/1/2009 | S.B. | Loaded vendor data into SQL server database. | 1.8 |
| 5/3/2009 | D.B. | E-mail with former employee re: UCC investigation. | 0.1 |
| 5/3/2009 | D.B. | Supervised M. Stewart in preparation of revised settlement scenario for WARN Act. | 0.4 |
| 5/3/2009 | M.S. | Reviewed WARN settlement proposal schedules and analyzed potential settlements. | 1.4 |
| 5/3/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding WARN. | 0.2 |
| 5/4/2009 | D.B. | Reviewed WARN settlement analysis and updated cash availability analysis to prepare for AHM WARN settlement meeting. | 0.5 |
| 5/4/2009 | M.M. | Continued review support binder related to Cause of Action reports and support previously prepared. | 3.6 |
| 5/4/2009 | M.M. | Reviewed prior and current WARN offers in preparation for meeting with counsel. | 0.4 |
| 5/4/2009 | M.S. | Reviewed federal reserve TALF program. | 0.6 |
| 5/4/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding WARN. | 0.8 |
| 5/4/2009 | M.S. | Analyzed WARN settlement scenarios and counter proposals in anticipation of WARN meeting tomorrow. | 2.2 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### May 1, 2009 to May 31, 2009

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/4/2009 | M.S. | Assisted M. Michaelis with prepared for the WARN meeting. | 1.3 |
| 5/4/2009 | M.S. | Reviewed PCAOB reports for 2005 and 2006. | 0.8 |
| 5/4/2009 | M.S. | Reviewed FASB 65 and 115 and 12/31/06 financial information. | 0.8 |
| 5/5/2009 | D.B. | Settlement conference with WARN class action counsel re: WARN litigation. | 3.9 |
| 5/5/2009 | D.B. | Met with M. Michaelis re: resolution of WARN settlement negotiations, computer servers and update call with Zolfo Cooper and met with M. Stewart re: UCC investigation. | 0.4 |
| 5/5/2009 | M.M. | Prepared for meeting re: WARN. | 0.8 |
| 5/5/2009 | M.M. | Discussed various causes of action. | 0.4 |
| 5/5/2009 | M.M. | Discussed WARN meeting and other additional updates with M. Stewart and D. Berliner. | 0.5 |
| 5/5/2009 | M.S. | Discussions with M. Michaelis regarding WARN, Bank, and other issues. | 1.1 |
| 5/5/2009 | M.S. | Assisted M. Michaelis with preparation for the WARN meeting. | 0.8 |
| 5/5/2009 | M.S. | Reviewed documents related to causes of action investigation. | 3.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/5/2009 | M.S. | Prepared report for counsel on status of investigation. | 1.4 |
| 5/6/2009 | D.B. | Reviewed draft agreement and order of settlement and compromise re: D&O litigation. | 0.3 |
| 5/6/2009 | M.M. | Reviewed and discussed cause of action issues and interviews of 3rd parties. | 0.3 |
| 5/6/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding professional fees and causes of action. | 0.3 |
| 5/7/2009 | M.S. | Reviewed flagged documents of interest by J. D'Amato with regards to causes of action investigation. | 2.3 |
| 5/7/2009 | M.S. | Reviewed 12/31/06 financial information in relation to causes of action investigation. | 3.2 |
| 5/7/2009 | M.S. | Discussions with S. Cleary regarding causes of action investigation. | 0.4 |
| 5/7/2009 | S.C. | Prepared for and discussed with M. Stewart and A. LaMalfa AHM mortgage loan reserves. | 1.2 |
| 5/7/2009 | S.C. | Prepared and reviewed analysis of AHM mortgage loan reserve calculation. | 0.8 |
| 5/7/2009 | S.C. | Searched AHM Concordance database for AHM hedging workpapers. | 0.6 |
| 5/8/2009 | A.L. | Discussed accounting issues with S. Cleary (from 5/7/09). | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## C.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/8/2009 | D.B. | Met with M. Stewart to discuss issues and status of UCC investigation. | 0.3 |
| 5/8/2009 | M.S. | Discussion with D. Berliner regarding causes of action investigation. | 0.5 |
| 5/8/2009 | M.S. | Reviewed documents and findings with regards to the causes of action investigation. | 3.2 |
| 5/8/2009 | M.S. | Reviewed loan schedules prepared by S. Cleary. | 0.6 |
| 5/11/2009 | D.B. | Met with M. Michaelis re: UCC investigation status. | 0.2 |
| 5/11/2009 | M.S. | Discussion with J. D'Amato regarding UCC investigation. | 0.2 |
| 5/11/2009 | S.B. | Data cleanup based on date ranges. | 0.9 |
| 5/11/2009 | S.B. | Met with BRS team for project review. | 1.1 |
| 5/12/2009 | J.D. | Reviewed D&T workpapers on Concordance for Recourse Reserves. | 1.9 |
| 5/12/2009 | J.D. | Reviewed memo written by M. Stewart regarding potential causes of action. | 0.3 |
| 5/12/2009 | M.S. | Discussion with J. D'Amato regarding causes of action. | 0.2 |
| 5/12/2009 | M.S. | Prepared report regarding the status of the causes of action investigation. | 3.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/12/2009 | M.S. | Reviewed documents pertaining to the Causes of Action investigation. | 2.2 |
| 5/13/2009 | J.D. | Discussion with M. Stewart regarding memo on causes of action. | 0.3 |
| 5/13/2009 | J.D. | Reviewed D&T workpapers on Concordance for Recourse Reserves. | 3.8 |
| 5/13/2009 | M.S. | Meeting with staff regarding causes of action investigation. | 0.3 |
| 5/13/2009 | M.S. | Reviewed WARN settlement proposal forwarded by counsel. | 0.4 |
| 5/13/2009 | M.S. | Correspondence with D. Berliner and sent the WARN original complaint. | 0.2 |
| 5/13/2009 | M.T. | Converting of data to load into client database. | 0.5 |
| 5/14/2009 | J.D. | Reviewed D&T workpapers on Concordance for Recourse Reserves. | 3.1 |
| 5/14/2009 | J.D. | Reviewed the "Potential Causes of Action and Litigation" report and made corrections. | 0.4 |
| 5/14/2009 | J.D. | Discussion with M. Stewart regarding potential causes of action. | 0.4 |
| 5/14/2009 | M.S. | Meeting with staff regarding causes of action investigation. | 0.4 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## C.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/14/2009 | M.S. | Discussions with M. Michaelis regarding causes of action and BDO report. | 0.7 |
| 5/14/2009 | M.S. | Reviewed documents pertaining to 12/31/06 financial information for the causes of action investigation. | 1.8 |
| 5/14/2009 | M.S. | Worked on the UCC preliminary report to counsel regarding potential other causes of action. | 0.8 |
| 5/14/2009 | M.T. | Converting report data into database. | 1.5 |
| 5/15/2009 | D.B. | Reviewed draft settlement and release agreement re: WARN Act and prepared comments. | 0.6 |
| 5/15/2009 | M.M. | Discussed and reviewed information related to Cause of Action memo. | 0.9 |
| 5/15/2009 | M.S. | Reviewed documents and prepared report regarding causes of action. | 2.8 |
| 5/18/2009 | D.B. | Met with M. Michaelis and/or M. Stewart re: status of reports for UCC investigation timing and issues. | 0.5 |
| 5/18/2009 | J.D. | Discussion with M. Stewart regarding D&T workpaper analysis and prepared report workpaper support. | 1.2 |
| 5/18/2009 | J.D. | Prepared binder relating to fiscal year ended 12/31/2006 financial statements. | 3.4 |
| 5/18/2009 | J.D. | Reviewed report prepared by M. Stewart and made corrections on causes of action. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## C.     LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/18/2009 | M.M. | Reviewed cause of action memo and support in advance of meeting with M. Stewart. | 1.4 |
| 5/18/2009 | M.M. | Met with M. Stewart re: cause of action memo. | 2.6 |
| 5/18/2009 | M.S. | Prepared causes of action memo and findings. | 2.2 |
| 5/18/2009 | M.S. | Met with M. Michaelis regarding causes of action memo to be sent to counsel. | 2.6 |
| 5/18/2009 | M.S. | Prepared for meeting with M. Michaelis regarding causes of action memo. | 2.8 |
| 5/18/2009 | M.S. | Discussions with J. D'Amato regarding causes of action investigation. | 1.2 |
| 5/19/2009 | J.D. | Prepared binder relating to fiscal year ended 12/31/2006 financial statements. | 3.8 |
| 5/19/2009 | J.D. | Discussion with M. Michaelis regarding 12/31/2006 financial statement support binder. | 0.3 |
| 5/19/2009 | M.M. | Met with M. Stewart re: cause of action memo. | 2.4 |
| 5/19/2009 | M.M. | Received 2006 financial statements "workpaper binder" summary and outlined information contained therein. | 0.2 |
| 5/19/2009 | M.M. | Discussed cause of action memo with D. Berliner. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## C.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/19/2009 | M.S. | Prepared for meeting with M. Michaelis regarding the causes of action memo. | 0.8 |
| 5/19/2009 | M.S. | Met with M. Michaelis regarding causes of action memo to be sent to counsel. | 2.4 |
| 5/19/2009 | M.S. | Updated and revised draft causes of action memo to counsel based on M. Michaelis' revisions. | 3.2 |
| 5/19/2009 | R.K. | Researched legal fees and reviewed e-mail from attorney regarding impact on employee reporting re: WARN Act. | 0.7 |
| 5/20/2009 | D.B. | Initial review of draft memo summarizing status of UCC investigation. | 1.2 |
| 5/20/2009 | J.D. | Discussion with M. Stewart regarding report for causes of action. | 1.2 |
| 5/20/2009 | J.D. | Prepared binder relating to fiscal year ended 12/31/2006 financial statements. | 2.3 |
| 5/20/2009 | J.D. | Reviewed and updated memo on causes of action. | 0.4 |
| 5/20/2009 | J.D. | Reviewed D&T workpapers on the AHM Concordance Database for information related to residuals. | 3.3 |
| 5/20/2009 | M.M. | Discussed current status of cause of action memo and D&T workpaper binder support. | 1.4 |
| 5/20/2009 | M.M. | Corresponded with D. Berliner and Counsel re: Cause of Action and open items to be reported to Committee. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/20/2009 | M.S. | Reviewed documents and prepared binder of findings for the causes of action report. | 3.2 |
| 5/20/2009 | M.S. | Prepared the counsel of action report to present to D. Berliner. | 3.6 |
| 5/20/2009 | M.S. | Prepared causes of action report and collection of findings for meeting with counsel. | 3.2 |
| 5/20/2009 | M.S. | Discussed current status of causes of action memo with M. Michaelis. | 1.4 |
| 5/20/2009 | R.K. | Researched treatment of legal fees class action settlement for WARN Act settlement. | 0.4 |
| 5/21/2009 | D.B. | Telephone call with R. Klein re: IRS Revenue Rulings impacting WARN Act settlement; reviewed revenue ruling. | 0.6 |
| 5/21/2009 | J.D. | Reviewed AHM workpapers on Concordance Database for FAS 159 support information. | 3.9 |
| 5/21/2009 | J.D. | Reviewed D&T workpapers on the AHM Concordance Database for FAS 159 support detail. | 2.3 |
| 5/21/2009 | M.M. | Discussed cause of action re: gains on sale and updated memo. | 0.8 |
| 5/21/2009 | M.S. | Reviewed documents and prepared binder of findings for the causes of action report. | 0.8 |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### May 1, 2009 to May 31, 2009

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/21/2009 | M.S. | Prepared the counsel of action report to present to D. Berliner. | 3.4 |
| 5/21/2009 | M.S. | Prepared binder of documents as exhibits for causes of action report. | 3.2 |
| 5/21/2009 | M.S. | Discussions with M. Michaelis regarding causes of action memo. | 0.8 |
| 5/21/2009 | R.K. | Reviewed private letter rulings regarding treatment of legal fees class action settlement for WARN Act. | 0.3 |
| 5/22/2009 | M.S. | Reviewed causes of action report draft. | 0.6 |
| 5/23/2009 | D.B. | Continued review of draft memo summarizing status of UCC investigation and prepared comments. | 1.8 |
| 5/26/2009 | M.M. | Reviewed information related to D&O issues and corresponded with Debtors and counsel re: same. | 0.4 |
| 5/27/2009 | D.B. | Reviewed revised draft of settlement agreement for WARN Act. | 0.3 |
| 5/27/2009 | D.B. | Finished review of draft memo summarizing status of UCC investigation and prepared comments. | 1.5 |
| 5/27/2009 | J.D. | Prepared schedule based on Payroll registers for John Johnston. | 1.1 |
| 5/27/2009 | J.D. | Reviewed public filings for proxy statements and Form 4 (relating to John Johnston). | 1.2 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2009 to May 31, 2009

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/27/2009 | M.M. | Reviewed and discussed cause of action memo and support binder. | 1.4 |
| 5/27/2009 | M.M. | Reviewed additional information request received re: Johnston payments covered under D&O settlement. | 0.3 |
| 5/27/2009 | M.S. | Discussions with staff regarding public filings including form 4, 8ks and proxy statements. | 0.4 |
| 5/27/2009 | M.S. | Prepared report for counsel regarding status of investigation. | 2.7 |
| 5/27/2009 | M.S. | Correspondence with M. Michaelis regarding causes of action report. | 0.2 |
| 5/27/2009 | M.S. | Revised causes of action report based on D. Berliner's comments and updates. | 2.2 |
| 5/28/2009 | A.L. | Reviewed draft report to counsel re: UCC investigation. | 0.8 |
| 5/28/2009 | D.B. | Reviewed updated draft of memo summarizing status of UCC investigation and prepared comments. | 0.9 |
| 5/28/2009 | J.D. | Reviewed Concordance Database for D&T support workpapers relating to loan testing. | 0.1 |
| 5/28/2009 | M.M. | Discussed format, outline, and issues to be discussed at Cause of Action meeting with M. Stewart. | 1.1 |
| 5/28/2009 | M.M. | Reviewed and edited report for Cause of Action analysis and meeting. | 2.4 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2009 to May 31, 2009

### C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/28/2009 | M.M. | Reviewed information related to employee compensation and D&O settlement. | 0.3 |
| 5/28/2009 | M.S. | Prepared the causes of action report and sent to counsel for review. | 3.2 |
| 5/28/2009 | M.S. | Correspondences with A. La Malfa regarding the causes of action investigation. | 0.4 |
| 5/28/2009 | M.S. | Revised causes of action report based on directors and partners revisions. | 2.6 |
| 5/28/2009 | M.S. | Reviewed Officers' compensation related to the D&O settlement. | 0.8 |
| 5/29/2009 | D.B. | Reviewed final draft of memo summarizing status of UCC investigations and supporting exhibits to prepare for meeting with counsel. | 2.1 |
| 5/29/2009 | M.M. | Discussed residual reserves with M. Stewart. | 0.4 |
| 5/29/2009 | M.M. | Reviewed employee information received from Debtors. | 0.2 |
| 5/29/2009 | M.S. | Discussion with M. Michaelis regarding the causes of action. | 0.6 |
| | | **TOTAL:** | **179.7** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## C.      LITIGATION CONSULTING

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| R. KLEIN (R.K.) | 1.4 | 600.00 | 840.00 |
| D. BERLINER (D.B.) | 16.6 | 590.00 | 9,794.00 |
| A. LA MALFA (A.L.) | 1.5 | 400.00 | 600.00 |
| M. MICHAELIS (M.M.) | 25.0 | 375.00 | 9,375.00 |
| M. TORELLO (M.T.) | 2.0 | 260.00 | 520.00 |
| S. CLEARY (S.C.) | 2.6 | 235.00 | 611.00 |
| S. BROWN (S.B.) | 5.1 | 225.00 | 1,147.50 |
| M. STEWART (M.S.) | 90.1 | 215.00 | 19,371.50 |
| J. D'AMATO III (J.D.) | 35.4 | 200.00 | 7,080.00 |
| **TOTAL:** | **179.7** | | **49,339.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## D.    ASSET SALE/AUCTION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/1/2009 | M.M. | Revisited remaining asset pools. | 0.4 |
| 5/8/2009 | D.B. | Reviewed First American Capital LLC bids for performing and non-performing 2nd lien loans and prepared questions. | 0.3 |
| 5/8/2009 | D.B. | Reviewed revised bids from First American Capital and compare to Vantiun bid. | 0.3 |
| 5/8/2009 | M.S. | Reviewed loan pool bids on 2nd lien performing and non-performing. | 0.8 |
| 5/8/2009 | M.S. | Discussion with D. Berliner regarding loan sales, cash flow and Bank. | 0.4 |
| 5/11/2009 | M.M. | Reviewed and discussed loan pool sales with M. Stewart. | 0.6 |
| 5/11/2009 | M.S. | Conference call regarding loan bids. | 0.8 |
| 5/12/2009 | D.B. | Reviewed delinquent loan bid matrices provided by Debtors. | 0.2 |
| 5/12/2009 | M.M. | Reviewed revised delinquent and remaining loan pool auction information. | 0.4 |
| 5/12/2009 | M.S. | Initial conference call regarding loan bids and auction tomorrow. | 0.9 |
| 5/12/2009 | M.S. | Follow-up conference call regarding loan sales. | 0.8 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**D.     ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/12/2009 | M.S. | Prepared analysis for D. Berliner regarding loan sales. | 0.6 |
| 5/13/2009 | D.B. | Reviewed spreadsheet analysis of winning bids for delinquent loan auction vs. Stalking Horse bids. | 0.1 |
| 5/13/2009 | M.S. | Reviewed loan auction documents, bidders and other information in prepared for the call. | 0.7 |
| 5/13/2009 | M.S. | Participated in the remaining loan pool auction of the 1st lien, REO and 2nd lien loan pools. | 1.8 |
| 5/13/2009 | M.S. | Analyzed loan pool funds and cash flow. | 0.8 |
| 5/14/2009 | M.S. | Reviewed ABN / Estate pool break-out from the loan auction proceeds and analysis for report. | 0.4 |
| 5/19/2009 | M.M. | Reviewed information on Mt Prospect sale and offer change. | 0.4 |
| 5/20/2009 | M.M. | Reviewed information related to Mt Prospect and other asset recoveries. | 0.3 |
| 5/21/2009 | D.B. | Reviewed proposal received by AHM to purchase 8 loans and e-mailed recommendation to counsel. | 0.4 |
| 5/21/2009 | M.S. | Reviewed loan sale offer from third party. | 1.2 |
| 5/21/2009 | M.S. | Correspondence with D. Berliner regarding the loan sale. | 0.2 |
| 5/22/2009 | M.M. | Reviewed and correspondence related to remaining loan sales. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2009 to May 31, 2009

### D.     ASSET SALE/AUCTION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/22/2009 | M.S. | Reviewed loan sale offer and correspondences with Debtors regarding counter offers. | 1.8 |
| 5/29/2009 | M.M. | Reviewed data related to and discussed status of Broadhollow loan pool settlement with D. Berliner. | 0.4 |
| | | **TOTAL:** | **15.3** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.3 | 590.00 | 767.00 |
| M. MICHAELIS (M.M.) | 2.8 | 375.00 | 1,050.00 |
| M. STEWART (M.S.) | 11.2 | 215.00 | 2,408.00 |
| **TOTAL:** | **15.3** | | **4,225.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2009 to May 31, 2009

### E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/1/2009 | C.A. | Conference call with P. Moran and S. Brown to discuss the data needed for application of unpaid new value in the preference analysis.  Coordinated with S. Brown to extract this data in excel. | 2.2 |
| 5/1/2009 | D.B. | Conference call with Zolfo Cooper, YCST and M. Indelicato re: WARN Act and planning for settlement meeting 5/15/2009; discussed schedule to be prepared with M. Michaelis and M. Stewart. | 0.4 |
| 5/4/2009 | C.A. | Conference call with P. Moran to discuss various G/L accounts and descriptions in the check preference analysis. | 1.3 |
| 5/4/2009 | D.B. | E-mails with Debtors' re: employees and storage for computer back-up tapes. | 0.1 |
| 5/5/2009 | D.B. | Prepared for and met with YCST, Hahn & Hessen and Zolfo Cooper re: WARN settlement meeting. | 1.1 |
| 5/5/2009 | M.M. | Conference call with Debtors re: weekly update. | 0.4 |
| 5/5/2009 | M.S. | Call with Zolfo regarding servers. | 0.3 |
| 5/6/2009 | D.B. | Conference call with Zolfo Cooper re: status of AH Bank, professional fee deferral and miscellaneous issues. | 0.6 |
| 5/6/2009 | M.M. | Conference call related to professional fee holdbacks and effective date cash with Debtors. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**E.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/6/2009 | M.S. | Prepared for and participated on call with Zolfo regarding professional fees. | 0.8 |
| 5/7/2009 | C.A. | Phone call with P. Moran to discuss various general account descriptions used for the check preference analysis.  Discussed next steps in the preference analysis such as obtaining one year historical data and unpaid invoice data. | 1.2 |
| 5/7/2009 | D.B. | E-mail with Zolfo Cooper re: Arizona rent issue and forwarded information. | 0.1 |
| 5/7/2009 | M.M. | Corresponded with Debtor re: Bank and loan pool sales. | 0.3 |
| 5/7/2009 | M.S. | Correspondences with Debtors, D. Berliner and M. Michaelis regarding servicing fees, loan sales, bank and meeting times. | 0.8 |
| 5/8/2009 | D.B. | Telephone calls and e-mails with B. Fernandez re: Zurich claim, Bank MBS and bank bid. | 0.4 |
| 5/8/2009 | D.B. | Conference call with Zolfo Cooper, YCST and Hahn & Hessen re: bank and loan bids. | 1.0 |
| 5/8/2009 | D.B. | Conference call with Debtors, YCST, Zolfo Cooper and Hahn & Hessen re: Bank sale issues. | 0.7 |
| 5/8/2009 | M.M. | Conference call  re: bank sale with Debtors' counsel, BDO, Committee Counsel and Milestone. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**E.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/8/2009 | M.M. | Discussed with Debtors, D. Berliner and M. Stewart bank sale and loan pool sale and related. | 0.4 |
| 5/8/2009 | M.S. | Conference call with Debtors regarding loan pool sales and bank. | 1.0 |
| 5/8/2009 | M.S. | Correspondence with Debtors regarding loan pool sales. | 0.2 |
| 5/11/2009 | D.B. | Conference call with Debtors, YCST, Zolfo Cooper, Hahn & Hessen and Milestone re: bids received for delinquent 2nd lien loan pools. | 0.5 |
| 5/11/2009 | M.M. | Conference call with Debtors and advisors re: loan sales. | 0.8 |
| 5/12/2009 | D.B. | Conference calls with Debtors & counsel re: review and analysis of delinquent loan bids. | 1.7 |
| 5/12/2009 | M.M. | Conference calls with Debtors and all professionals re: loan pool auction. | 0.4 |
| 5/14/2009 | C.A. | Conference call with P. Moran and S. Brown to discuss the data needed for application of unpaid new value in the preference analysis.  Coordinated with S. Brown to extract this data in excel. | 2.7 |
| 5/14/2009 | D.B. | Conference call with Zolfo Cooper re: case update and issues. | 0.6 |
| 5/14/2009 | M.M. | Participated in conference call with Debtors to discuss current status. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**E.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/14/2009 | M.S. | Prepared for and participated on weekly call with the Debtors regarding case status. | 0.8 |
| 5/14/2009 | M.S. | Correspondence with the Debtors regarding potential unclaimed funds. | 0.2 |
| 5/15/2009 | D.B. | E-mails with R. Highley re: AHM property funds. | 0.1 |
| 5/19/2009 | D.B. | E-mails with Zolfo Cooper re: Arizona property issue. | 0.1 |
| 5/19/2009 | M.M. | Corresponded with Debtors re: weekly update call and current status of funds to be received/were received. | 0.3 |
| 5/20/2009 | D.B. | E-mails with Zolfo Cooper re: case status update. | 0.3 |
| 5/22/2009 | M.S. | Correspondences with D. Berliner and Zolfo regarding compensation payments to certain directors. | 0.4 |
| 5/26/2009 | M.M. | Participated in weekly conference call with respect to current status of case including asset sales, buildings, claims etc. | 0.4 |
| 5/27/2009 | M.S. | Discussion with Zolfo regarding compensation and WARN. | 0.3 |
| 5/29/2009 | M.S. | Discussions with the Debtors regarding causes of action. | 0.4 |
| | | **TOTAL:** | **25.6** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**E.     MEETINGS - DEBTOR**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 7.7 | 590.00 | 4,543.00 |
| M. MICHAELIS (M.M.) | 5.3 | 375.00 | 1,987.50 |
| C. AWONG (C.A.) | 7.4 | 260.00 | 1,924.00 |
| M. STEWART (M.S.) | 5.2 | 215.00 | 1,118.00 |
| **TOTAL:** | **25.6** | | **9,572.50** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**F.      REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/11/2009 | M.M. | Reviewed and discussed report to Committee inclusions of budget, claims and effective date cash. | 0.6 |
| 5/12/2009 | M.M. | Discussed report being prepared. | 0.1 |
| 5/13/2009 | D.B. | Reviewed drafts of BDO report to UCC re: financial update and prepared comments for M. Stewart. | 1.6 |
| 5/13/2009 | M.S. | Revised UCC report based on D. Berliner comments. | 1.6 |
| 5/13/2009 | M.S. | Prepared the 5/14/09 report to the Unsecured Creditors. | 3.2 |
| 5/14/2009 | D.B. | Prepared inserts to BDO Report to UCC based on call with Zolfo Cooper. | 0.4 |
| 5/14/2009 | D.B. | Finalized BDO Report to UCC and forward to counsel for comment. | 0.5 |
| 5/14/2009 | M.S. | Prepared UCC 5/14/09 report to the Committee. | 2.2 |
| 5/26/2009 | M.M. | Prepared summary memo of call with Debtors for D. Berliner and counsel. | 0.8 |
| 5/27/2009 | D.B. | Discussed status update call with Zolfo Cooper with M. Michaelis and review memo to file. | 0.3 |
| 5/28/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding 5/28/09 report to counsel. | 1.2 |
| | | **TOTAL:** | **12.5** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**F.    REPORT PREPARATION**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.8 | 590.00 | 1,652.00 |
| M. MICHAELIS (M.M.) | 1.5 | 375.00 | 562.50 |
| M. STEWART (M.S.) | 8.2 | 215.00 | 1,763.00 |
| **TOTAL:** | **12.5** | | **3,977.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## G.    MEETINGS OF CREDITORS / TRUSTEE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/7/2009 | D.B. | Telephone call with R. Highley re: AHM overpayment of rent in Arizona. | 0.2 |
| 5/14/2009 | D.B. | Prepared for and presented BDO Report to UCC during UCC conference call. | 0.8 |
| 5/14/2009 | M.M. | Participated in conference call with Committee. | 0.8 |
| 5/14/2009 | M.S. | Conference call with the Committee regarding WARN, cash flow and other current issues. | 0.6 |
| | | **TOTAL:** | **2.4** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.0 | 590.00 | 590.00 |
| M. MICHAELIS (M.M.) | 0.8 | 375.00 | 300.00 |
| M. STEWART (M.S.) | 0.6 | 215.00 | 129.00 |
| **TOTAL:** | **2.4** | | **1,019.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/1/2009 | D.B. | Reviewed docket report for period 4/27/2009, motion to authorize abandonment and destruction of certain duplicate mortgage loan files and motion to approve sale of IL property. | 0.6 |
| 5/4/2009 | M.S. | Reviewed cash flow forecast provided 5/1/09. | 1.1 |
| 5/4/2009 | M.S. | Updated cash flow analysis and Effective Date scenarios. | 2.2 |
| 5/5/2009 | M.M. | Discussed cash at emergence and other potential areas of interest. | 0.4 |
| 5/5/2009 | M.M. | Prepared email  update of current case issues. | 0.2 |
| 5/5/2009 | M.S. | Updated cash flow analysis and Effective Date scenarios. | 0.6 |
| 5/6/2009 | D.B. | Reviewed latest cash flow budget and Zolfo Cooper professional fee deferral analysis to prepare for conference call. | 0.4 |
| 5/6/2009 | M.M. | Reviewed and discussed professional fee issues with BDO team. | 0.6 |
| 5/6/2009 | M.M. | Reviewed and discussed issues related to cash at effective date. | 0.3 |
| 5/6/2009 | M.S. | Reviewed Debtors and Committee professional fee applications. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## H.     BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/6/2009 | M.S. | Reviewed professional fees related to Milestone. | 0.3 |
| 5/7/2009 | M.M. | Reviewed information and discussed professional fees and Milestone fees issues. | 0.7 |
| 5/7/2009 | M.S. | Prepared Milestone professional applications analysis. | 0.4 |
| 5/8/2009 | M.S. | Prepared for and conference call regarding the Bank and MBSs. | 0.9 |
| 5/11/2009 | M.M. | Reviewed revised budget prepared by Debtors. | 0.6 |
| 5/11/2009 | M.S. | Updated Disclosure Statement allocation analysis based about events since November 2008. | 2.8 |
| 5/11/2009 | M.S. | Updated revised allocation model based on current events and provided detail to M. Michaelis. | 1.2 |
| 5/11/2009 | M.S. | Discussion with M. Michaelis regarding allocation analysis and report. | 0.3 |
| 5/11/2009 | M.S. | Reviewed cash flow forecast and comparison vs. prior periods. | 1.2 |
| 5/11/2009 | M.S. | Discussion with M. Michaelis regarding allocation model, cash flow, and claims. | 0.8 |
| 5/14/2009 | D.B. | Reviewed monthly operating reports for each Debtor for January 2009 filed 5/11/2009. | 0.3 |
| 5/14/2009 | D.B. | Reviewed docket report for period 5/1/2009 - 5/12/2009 and review objections to AH Bank sale. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/14/2009 | M.S. | Reviewed Bank objections. | 0.3 |
| 5/15/2009 | M.S. | Discussions with M. Michaelis and D. Berliner regarding case status and planning. | 0.3 |
| 5/18/2009 | M.M. | Reviewed professional fee and other information. | 0.3 |
| 5/18/2009 | M.S. | Correspondence with D. Berliner and M Michaelis regarding professional fees and Waterfield. | 0.2 |
| 5/18/2009 | M.S. | Reviewed Q1 financial statements, notes to financials and detail support. | 1.4 |
| 5/19/2009 | M.S. | Reviewed case status update sent by S. Martinez. | 0.2 |
| 5/19/2009 | M.S. | Reviewed docket and related filings. | 0.3 |
| 5/19/2009 | M.S. | Reviewed Mt. Prospect termination letter. | 0.3 |
| 5/20/2009 | M.M. | Reviewed summary of current status memo from Debtors. | 0.3 |
| 5/20/2009 | M.S. | Correspondence with D. Berliner regarding status update and loan sales. | 0.2 |
| 5/22/2009 | M.S. | Reviewed cash flow forecast provided by Zolfo on 5/22/09. | 0.8 |
| 5/22/2009 | M.S. | Reviewed docket filings through 5/22/09. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/26/2009 | M.M. | Reviewed prior week "update" report and open requests in preparation for current week call. | 0.4 |
| 5/26/2009 | M.S. | Reviewed e-mails relating to executive compensation and case status update. | 0.3 |
| 5/27/2009 | M.S. | Analyzed historical compensation for Directors and Officers including cash and stock. | 2.4 |
| 5/27/2009 | M.S. | Meetings and discussions with D. Berliner regarding report to counsel, executive compensation information. | 0.7 |
| 5/29/2009 | D.B. | Reviewed updated cash flow budget prepared by Zolfo Cooper dated as of 5/15/2009. | 0.3 |
| | | **TOTAL:** | **25.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.9 | 590.00 | 1,121.00 |
| M. MICHAELIS (M.M.) | 3.8 | 375.00 | 1,425.00 |
| M. STEWART (M.S.) | 20.1 | 215.00 | 4,321.50 |
| **TOTAL:** | **25.8** | | **6,867.50** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2009 to May 31, 2009

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/1/2009 | D.B. | Telephone call and e-mails with M. Indelicato re: WARN Act. | 0.1 |
| 5/1/2009 | M.S. | Discussions with counsel and Debtors regarding Bifferato. | 0.4 |
| 5/5/2009 | D.B. | E-mail with Hahn & Hessen re: summary of call with Zolfo Cooper re: case update. | 0.2 |
| 5/5/2009 | M.M. | Attended meeting at Hahn & Hessen re: WARN. | 5.6 |
| 5/6/2009 | D.B. | E-mails and telephone call with M. Indelicato re: professional fee deferral proposal, WARN Act settlement, planning for UCC call and other miscellaneous items. | 0.7 |
| 5/6/2009 | D.B. | Telephone call with D. Caricoff, Blank Rome re: fee hearing and professional fee deferral. | 0.1 |
| 5/6/2009 | M.S. | Call with counsel regarding professional fees. | 0.4 |
| 5/7/2009 | D.B. | Reviewed e-mail from M. Indelicato re: WARN settlement and cancellation of UCC call. | 0.2 |
| 5/7/2009 | D.B. | Met with M. Power and M. Indelicato re: professional fee deferral issues, bank and loan sales. | 0.3 |
| 5/7/2009 | D.B. | Telephone call with J. Aronoff re: AH Bank MBS and discussed with Hahn & Hessen. | 0.3 |
| 5/7/2009 | M.M. | Discussed loan pool sales with Counsel and D. Berliner. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/8/2009 | D.B. | E-mail to E. Schnitzer re: BDO analysis of Zurich claim. | 0.2 |
| 5/13/2009 | D.B. | E-mail with M. Power re: results of delinquent loan sale auction and reporting results to UCC. | 0.1 |
| 5/15/2009 | D.B. | E-mails with J. Zawadzki re: WARN settlement draft agreement. | 0.3 |
| 5/18/2009 | D.B. | E-mails from J. Zawadzki and M. Indelicato re: WARN Act settlement draft agreement payroll tax issues; reviewed treatment from prior case experience and discussed with BDO Tax Dept. | 0.6 |
| 5/18/2009 | D.B. | Telephone call with M. Indelicato re: professional fee deferral negotiations. | 0.2 |
| 5/19/2009 | D.B. | Reviewed e-mail from M. Indelicato and letter from winning bidder for IL property terminating the sale agreement. | 0.4 |
| 5/19/2009 | D.B. | E-mails with M. Indelicato and J. Zawadzki re: payroll tax issues re: WARN Act draft settlement; further discussions with R. Klein re: issues. | 0.7 |
| 5/20/2009 | D.B. | Telephone call and e-mails with Hahn & Hessen re: case status update, planning for next UCC meeting and open items. | 0.9 |
| 5/20/2009 | M.S. | Correspondence with counsel and M. Michaelis regarding employees, and causes of action. | 0.2 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**I.     TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/21/2009 | D.B. | E-mail to counsel re: IRS Revenue Ruling and impact on WARN Act settlement. | 0.5 |
| 5/21/2009 | D.B. | Telephone call from E. Schnitzer re: inquiry on UCC investigation; discussed work to be done with M. Stewart. | 0.2 |
| 5/27/2009 | D.B. | E-mails to Hahn & Hessen re: summary of status update call with Zolfo Cooper and analysis of payments to insiders during preferences period. | 0.5 |
| 5/27/2009 | M.M. | Reviewed correspondence to/from counsel with regard to D&O, employee and other issues. | 0.3 |
| 5/27/2009 | M.S. | Correspondences with counsel and D. Berliner regarding compensation. | 0.4 |
| 5/28/2009 | M.S. | Correspondences with Debtors, D. Berliner and counsel regarding payments made and compensation. | 0.4 |
| 5/28/2009 | M.S. | Prepared materials for tomorrow's meeting with counsel. | 1.6 |
| 5/29/2009 | A.L. | Meeting with attorney to discuss UCC investigation. | 2.3 |
| 5/29/2009 | D.B. | Met with J. McCahey and C. Kim re: status of UCC investigation. | 1.9 |
| 5/29/2009 | D.B. | E-mail to J. Zawadzki re: information requested on WARN Act. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/29/2009 | D.B. | Reviewed e-mail from E. Schnitzer re: miscellaneous sale of assets and response by M. Michaelis. | 0.1 |
| 5/29/2009 | M.M. | Meeting with counsel re: cause of action. | 2.1 |
| 5/29/2009 | M.M. | Reviewed and corresponded with counsel re: miscellaneous asset sales. | 0.3 |
| 5/29/2009 | M.S. | Prepared for and meeting with counsel regarding potential causes of action. | 4.5 |
| | | **TOTAL:** | **27.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 8.6 | 590.00 | 5,074.00 |
| A. LA MALFA (A.L.) | 2.3 | 400.00 | 920.00 |
| M. MICHAELIS (M.M.) | 8.7 | 375.00 | 3,262.50 |
| M. STEWART (M.S.) | 7.9 | 215.00 | 1,698.50 |
| **TOTAL:** | **27.5** | | **10,955.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**J.      FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/7/2009 | M.M. | Prepared monthly data for submission to interested parties. | 0.9 |
| 5/8/2009 | M.M. | Prepared monthly data for submission to interested parties. | 1.2 |
| 5/12/2009 | N.V. | Reviewed and edited April 2009 time detail; updated project categories. | 0.5 |
| 5/13/2009 | N.V. | Reviewed and edited April 2009 time detail; updated project categories. | 1.3 |
| 5/14/2009 | M.M. | Prepared and revised 19th monthly application; gave to D. Berliner for review and signature. | 1.1 |
| 5/15/2009 | D.B. | Reviewed and approved 19th monthly application of BDO for compensation for services rendered as FA to UCC for April, 2009 and Berliner declaration. | 1.3 |
| 5/18/2009 | M.M. | Revised monthly application per D. Berliner's comments. | 1.8 |
| 5/26/2009 | M.M. | Prepared May data for submission to interested parties. | 0.2 |
| | | **TOTAL:** | **8.3** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2009 to May 31, 2009**

**J.    FEE APPLICATIONS / MONTHLY STATEMENTS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.3 | 590.00 | 767.00 |
| N. VANDERHOOP (N.V.) | 1.8 | 185.00 | 333.00 |
| M. MUFTUOGLU (M.M.) | 5.2 | 150.00 | 780.00 |
| **TOTAL:** | **8.3** | | **1,880.00** |

`

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
May 1, 2009 through May 31, 2009

1.    PHOTOCOPYING
      a.    Internal
      b.    External

2.    TELECOMMUNICATIONS
      a.    Toll Charges
      b.    Facsimile

3.    COURIER, FRIEGHT AND POSTAL SERVICES
*For overnight and hand delivery to Counsel
and Committee members*

4.    COURT REPORTER AND TRANSCRIPTS

5.    TECHNOLOGY SERVICES – *Concordance Database*    1,500.00
*Monthly Hosting Fee*

6.    OUT-OF-TOWN TRAVEL
      a.    Transportation    310.30
      b.    Lodging    180.28
      c.    Meals    60.81

7.    OUTSIDE SERVICES

8.    LOCAL MEALS

9.    LOCAL TRANSPORTATION, TOLLS, MILEAGE
AND PARKING – for cabs to/from meetings, car service
*for employees working after 8:00 p.m. and local mileage
using personal auto*

10.    MISCELLANEOUS – Internet Connection

      **TOTAL**    **$2,051.39**

*Details available upon request to BDO**.**