# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, | : | |
| Inc., a Delaware Corporation, et al. | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | Related to Docket No. 7572 |

## ORDER

Upon consideration of the Motion To Shorten Notice Period [D.I. 7572] filed on June 25, 2009 (the "Motion to Shorten"). The Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction over the Motion to Shorten under 28 U.S.C. § 1334; and (b) the Motion to Shorten is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having determined that the movant has not established sufficient cause to justify the relief requested in the Motion to Shorten.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

The Motion to Shorten is DENIED.

_____
Christopher S. Sontchi
United States Bankruptcy Court Judge

Dated: June 25, 2009