UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>AMERICAN MORTGAGE HOLDINGS,<br>INC., et al.,<br><br>          Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification , counsel moves the

admission *pro hac vice* of: Robert A. McCall, Peabody & Arnold LLP, Federal Reserve Plaza,

600 Atlantic Avenue, Boston, MA 02210-2261, to represent Champion & Associates, P.C. in

these jointly administered cases.

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.


/s/ Francis J. Trzuskowski
FRANCIS J. TRZUSKOWSKI, ESQUIRE [#189]
Fox Run Business Park
2500 Wrangle Hill Road, Suite 210
Bear, DE 19701
302-327-1100

Dated: March 30, 2009


## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bars of Massachusetts and New

Hampshire and submit to the disciplinary jurisdiction of this Court for any alleged misconduct

which occurs in the preparation or course of this action. I also certify that I am generally

familiar with this Court's Local Rules and with Standing Order for District Court Fund effective

January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the

Court for the District Court.

Robert A. McCall
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
Telephone: (617) 951-2100
Facsimile: (617) 951-2125

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: _6-25_, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

2