## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : | |
| corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | x | |

## NOTICE OF SERVICE OF AMERICAN HOME MORTGAGE SERVICING, INC.'S RESPONSE AND OBJECTION TO CITIMORTGAGE, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on June 26, 2009 service of the **American Home Mortgage Servicing, Inc.'s Response and Objection to CitiMortgage, Inc.'s Request for Production of Documents** was made on the following parties in the manner indicated therein.

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
**(Via Hand Delivery)**

Andrew J. Petrie, Esquire
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO  80202-5424
**(Via First Class U.S. Mail)**

### SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6840