IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                          :
                                                                :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,                 :  Jointly Administered
                                                                :
                    Debtors.                                    :
---------------------------------------------------------------

**CERTIFICATION OF COUNSEL REGARDING PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW OF CALYON NEW YORK BRANCH, AS
ADMINISTRATIVE AGENT PURSUANT TO REPURCHASE AGREEMENT**

The undersigned certifies as follows:

1. Pursuant to the Court's instructions at the conclusion of the evidentiary hearing on May 20, 2009 and the *Stipulated Order Regarding Submission of Proposed Findings of Fact and Conclusions of Law,* attached hereto as Exhibit "A" is the form of *Proposed Findings of Fact and Conclusions of Law of Calyon New York Branch, as Administrative Agent Pursuant to Repurchase Agreement* ("Order") being submitted by Caylon New York Branch, as Administrative Agent ("Caylon") on the underlying *Debtors' Objection to Claims of Calyon New York Branch as Administrative Agent Pursuant to Repurchase Agreement* (the "Claim Objection") and Calyon's response to the Debtors' Claim Objection (the "Response").

2. The undersigned respectfully requests that the Court consider and enter the proposed Order at the Court's earliest convenience.

Dated: June 26, 2009

                                                WOMBLE CARLYLE SANDRIDGE
                                                & RICE, PLLC

                                                __/s/ Michael G. Busenkell_____
                                                Michael G. Busenkell (DE No. 3933)
                                                222 Delaware Avenue, Suite 1501
                                                Wilmington, DE 19801
                                                Telephone: 302.252.4324

-and-

Benjamin C. Ackerly
Jason W. Harbour (DE No. 4176)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

-and-

Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10016-0136
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

*Counsel to Calyon New York Branch*