## **CERTIFICATE OF SERVICE**

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made in the manner indicated on June 26, 2009 on:

**Via Electronic Mail**

The Honorable Christopher S. Sontchi
United States Bankruptcy Court
824 Market Street
Wilmington, DE 19801

James Patton, Esq.
Pauline Morgan
Sean M. Beach, Esq.
Curtis Crowther, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Under penalty of perjury, I declare that the forgoing is true and correct.

June 26, 2009                             _/s/ Heidi E. Sasso_____

WCSR  4089223v1