IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                     :    Chapter 11
                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                     :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                            :
                                                           :    Jointly Administered
        Debtors.                                           :
---------------------------------------------------------------------- x    Ref. No. 7484

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 7484

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion Pursuant to Bankruptcy Rule 9019, for Entry of an Order Approving the Settlement Agreement and Release Dated as of May 4, 2009 by and Among, the Debtors, American Lien Fund, L.P. and American Home Mortgage Servicing, Inc. f/k/a AH Mortgage Acquisition Co., Inc. (the "Motion") has been received.  The Court's docket which was last updated June 29, 2009, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than June 22, 2009 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
      June 29, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession