IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
          Debtors.                                                     :
                                                                       :   Ref. Docket Nos. 7280 and 7399
---------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL SUBMITTING SECOND ORDER REGARDING THE DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On April 15, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 7280] (the "Objection").[2] On or about March 3, 2008, W2007 Seattle Office Bellefield Office Park Realty, LLC ("W2007 Seattle Office") filed a proof of claim [POC No. 10158] ("Claim 10158") in the total amount of $127, 659.85. In particular, Claim 10158 consisted of a $7,755.80 priority, administrative claim as well as a $119,904.05, non-priority, unsecured claim. In the Objection, the Debtors objected to, *inter alia*, Claim 10158 on the bases that (i) the amounts asserted to be due and owing to W2007 Seattle Office by the Debtors were

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

higher than the amounts of liability reflected in the Debtors' books and records, and (ii) Claim 10158 was asserted against the wrong Debtor.

On May 15, 2009, the Court entered an order [Docket No. 7399] sustaining the Objection in part and adjourning Claim 10158. Upon further review of their books and records, and discussions with counsel to W2007 Seattle Office, the Debtors have determined that Claim 10158 should be modified so that W2007 Seattle Office shall be entitled to the following: (i) $5,259.93, priority, administrative expense claim and (ii) $112,416.44, non-priority, unsecured claim, both of which are against American Home Mortgage Corp. (Case No. 07-11051). W2007 Seattle Office has agreed to this modified treatment of Claim 10158.

The Debtors therefore respectfully request that the Court enter an order, in the form attached hereto as <u>Exhibit A</u>, modifying Claim 10158.

Dated: Wilmington, Delaware
       June 29, 2009

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ James L. Patton, Jr.
    James L. Patton, Jr. (No. 2202)
    Pauline K. Morgan (No. 3650)
    Margaret B. Whiteman-Greecher (No. 4652)
    Nathan D. Grow (No. 5014)
    Michael S. Neiburg (No. 5275)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    Counsel for the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                :
                                                                  :   Jointly Administered
        Debtors.                                                  :
                                                                  :   **Ref. Docket Nos. 7280 and 7399**
----------------------------------------------------------------- x

### SECOND ORDER REGARDING THE DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-third omnibus (substantive) objection [Docket No. 7280] (the "Objection")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), in which the Debtors objected to, *inter alia*, a proof of claim [POC No. 10158] ("Claim 10158") filed by W2007 Seattle Office Bellefield Office Park Realty, LLC ("W2007 Seattle Office"); and the Court having entered an order sustaining the Objection in part and adjourning Claim 10158 [Docket No. 7399]; and the Debtors and W2007 Seattle Office having agreed that Claim 10158 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that Claim 10158 is hereby modified so that W2007 Seattle Office shall be entitled to a $5,259.93, priority, administrative expense claim and a $112,416.44, non-priority, unsecured claim, against American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE