IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
        Debtors.                                                             :
                                                                             :   Ref. No. 7472
---------------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) RE: DOCKET NO. 7472**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Thirty-Sixth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 (the "Objection") has been received. The Court's docket which was last updated June 30, 2009, reflects that no responses to the Objection have been filed. Responses to the Objection were to be filed and served no later than June 25, 2009 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Objection be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
June 30, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret Whiteman Greecher
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession