IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
          Debtors.                                                     :
                                                                       :   **Ref. Docket Nos. 5447 and 6217**
---------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL FIFTH ORDER
SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On August 15, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 5447]. One of the claims included in the Objection was proof of claim number 729 ("Claim 729") filed by T. Crain Houston, in which Mr. Houston asserts he is entitled to a claim of $10,950, unsecured priority, and $29,576, general unsecured, on account of certain amounts owed to him for unpaid vacation and sick leave in connection with his former employment with Debtor American Home Mortgage Holdings, Inc. (Case No. 07-11047). Through the Objection, and supplemental declarations filed in support thereof, the Debtors requested that the Court expunge Claim 729 in its entirety on the grounds that Mr. Houston was

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

employed as a Vice President and, therefore, while entitled to take days off from work, he was not entitled to paid vacation days pursuant to the terms of Debtors vacation policy (the "Policy").

On or about September 2, 2008, Mr. Houston filed a response to the Objection [Docket No. 5822] (the "Response") in which he contends that, even though he was a Vice President, the Policy still provides that he is entitled to the lesser of $6,000 or two weeks of income. On October 10, 2008, the Court sustained the Objection in part and adjourned the Objection with respect to, *inter alia*, Claim 729 [Docket No. 6217]. After further review of their books and records, the Policy, and discussions with Mr. Houston, the Debtors have determined that the appropriate amount of Claim 729 is $6,000, general unsecured.

The Debtors hereby file this certification of counsel to submit a form of order (the "Proposed Order") attached hereto as Exhibit A resolving the Objection with respect to Claim 729. Furthermore, the Debtors certify that Mr. Houston has agreed to the reduction of Claim 729 to $6,000, general unsecured. Therefore, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: June 30, 2009
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ James L. Patton, Jr._
James L. Patton, Jr. (No. 2202)
Margaret B. Whiteman (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

DB02:7935852.1                                                                                        066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   : Jointly Administered
        Debtors.                                                   :
                                                                   : **Ref. Docket Nos. 5447 and 6217**
------------------------------------------------------------------ x

**FIFTH ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the fifteenth omnibus (substantive) objection (the "Objection") [Docket No. 5447] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 6217] on October 10, 2008; and the Objection having been adjourned with respect to proof of claim number 729 ("Claim 729") filed by T. Crain Houston; and the Debtors and Mr. Houston having agreed that the appropriate amount of Claim 729 is $6,000, general unsecured; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 729 is an allowed claim in the amount of $6,000, general unsecured as against the Debtor, American Home Mortgage Holdings, Inc. (Case No. 07-11047); and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that this Order resolves the Objection with respect to Claim 729; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE