IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                          :    Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                :
                                                :    Jointly Administered
          Debtors.                              :
------------------------------------------------------------------- x
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 2, 2009 AT 10:00 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.    Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3474, 3/28/08]

Response Deadline:    April 24, 2008 at 4:00 p.m.

Responses Filed:    See Exhibit A, attached

Related Document:

    a)    Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned to August 11, 2009 at 10:30 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.    Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Documents:

      a)    Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to August 11, 2009 at 10:30 a.m.

3.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

      a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:    See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to August 11, 2009 at 10:30 a.m.

4.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

      a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned to August 11, 2009 at 10:30 a.m.

DB02:8326164.1                                                        066585.1001

5.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned to August 11, 2009 at 10:30 a.m.

6.    Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5169, 7/17/08]

Responses Filed:    See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned to August 11, 2009 at 10:30 a.m.

7.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

b)  Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

c)  Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

Responses Filed:      See Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to August 11, 2009 at 10:30 a.m.

8.   Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Document:

a)  Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

Responses Filed:      Please see Exhibit H, attached

Status:  An Order has been entered that partially sustains the Objection.  This matter will be adjourned to August 11, 2009 at 10:30 a.m.

9.   Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

a)  Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

Responses Filed:  See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection.  This matter will be adjourned to August 11, 2009 at 10:30 a.m.

10.     Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

      a)     Notice of Submission of Claims [D.I. 6206, 10/10/08]

      b)     Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

      c)     Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

Responses Filed:     See Exhibit J, attached

Status: Orders have been entered that partially sustain the Objection.  The remainder of this matter will be adjourned to August 11, 2009 at 10:30 a.m.

11.     Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:    November 5, 2008 at 4:00 p.m.

Related Document:

      a)     Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

Responses Filed:     See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection.  This matter will be adjourned to August 11, 2009 at 10:30 a.m.

12.     Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:    November 5, 2008 at 4:00 p.m.

Objections Filed:     None

Status: This matter will be adjourned to August 11, 2009 at 10:30 a.m.

13.     Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:    See Exhibit L, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned to August 11, 2009 at 10:30 a.m.

14.    Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6620 11/21/08]

Responses Deadline:    December 15, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

Responses Filed:    See Exhibit M, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned to August 11, 2009 at 10:30 a.m.

15.    Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:    See Exhibit N, attached

6

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit N, this matter will be adjourned to August 11, 2009 at 10:30 a.m.

16.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit O, attached

Status: An Order has been entered that partially sustains the Objection. This matter will be adjourned to August 11, 2009 at 10:30 a.m.

17.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

    b)    Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

    c)    Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

    d)    Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

Responses Filed:    See Exhibit Q, attached.

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit Q, this matter will be adjourned to August 11, 2009 at 10:30 a.m.

DB02:8326164.1                                    066585.1001

18.     Bayview Loan Servicing, LLC's Motion for Relief from Stay [D.I. 7097, 3/13/09]

        Objection Deadline:    March 30, 2009 at 4:00 p.m.

        Objections Filed:

                a)      Limited Objection of the Debtors [D.I. 7197, 3/30/09]

                b)      Joinder of the Official Committee of Unsecured Creditors to the Debtors'
                        Limited Objection [D.I. 7201, 3/30/09]

        Status: This matter will adjourned to August 11, 2009 at 10:30 a.m.

19.     Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 7280, 4/15/09]

        Response Deadline:    May 8, 2009 at 4:00 p.m.

        Related Documents:

                a)      Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection
                        to Claims [D.I. 7399, 5/15/09]

        Responses Filed:       See Exhibit R, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit R, this matter will be adjourned to August 11, 2009 at 10:30 a.m.

20.     Motion of American Home Mortgage Corp. for an Order, Pursuant to Sections 105, 363,
        365 and 1146(a) of the Bankruptcy Code, (i) Authorizing the Sale of the Property Free
        and Clear of Liens, Claims, Encumbrances and Other Interests; (ii) Approving the Terms
        of the Purchase Agreement; (iii) Authorizing the Assumption and Assignment of
        Transfer of the Debtors' Interests in Certain Real Property Leases; (iv) Authorizing the
        Exemption of the Sale form Stamp and Similar Taxes; and (v) Granting Related Relief
        [D.I. 7335, 4/30/09], 5/6/09]

        Objection Deadline:    May 29, 2009 at 4:00 p.m.

        Objections Filed:

                a)      Limited Objection by Park National Bank [D.I. 7460, 5/29/09]

                b)      Exhibit A to Limited Objection by Park National Bank [D.I. 7468, 6/1/09]

        Status: This matter will be adjourned to August 11, 2009 at 10:30 a.m.

8

21.     Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:    May 29, 2009 at 4:00 p.m.

Related Documents:

a)      Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7506, 6/5/09]

b)      Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7550, 6/19/09]

Responses Filed:      See Exhibit S, attached

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned to August 11, 2009 at 10:30 a.m.

22.     Interim Fee Requests, see attached Schedule 1

Objections Filed:

a)      Joint Objection of the Official Committee of Unsecured Creditors and the Debtors to the Applications of the Official Committee of Borrowers for Payment of Fess and Expenses of Their Legal Professionals in Excess the Court Determined Cap [D.I. 7345, 5/5/09]

Status: See Schedule 1, attached. This matter will be adjourned to August 11, 2009 at 10:30 a.m.; provided, however, that, in accordance with the record of the previous fee hearing, resolutions of remaining fee applications may be submitted for the Court's consideration under certification of counsel.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

23.    Debtors' Motion Pursuant to Bankruptcy Rule 9019, for Entry of an Order Approving the Settlement Agreement and Release Dated as of May 4, 2009 by and Among, the Debtors, American Lien Fund, L.P. and American Home Mortgage Servicing, Inc. f/k/a AH Mortgage Acquisition Co., Inc. [D.I. 7484, 6/3/09]

Objection Deadline:    June 22, 2009 at 4:00 p.m.

Related Document:

      a)    Certificate of No Objection [D.I. 7578, 6/29/09]

Objections Filed:    None

Status: A Certificate of No Objection has been filed. No hearing is required.

24.    Debtors' Thirty-Sixth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7534, 6/10/09]

Response Deadline:    June 25, 2009 at 4:00 p.m.

Related Document:

      a)    Certificate of No Objection [D.I. 7580, 6/30/09]

Objections Filed:    None

Status: A Certificate of No Objection has been filed. No hearing is required.

DB02:8326164.1

066585.1001

25.    Debtors' Thirty-Seventh Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7473, 6/10/09]

Response Deadline:    June 25, 2009 at 4:00 p.m.

Related Document:

a)    Certification of Counsel [D.I. 7582, 6/30/09]

Responses Filed:    See Exhibit T, attached

Status: This matter will be adjourned with respect to responses listed on Exhibit T.  A Certification of Counsel has been filed which resolves the remainder of this matter.  No hearing is required.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: Wilmington, Delaware
     June 30, 2009

*/s/ Margaret Whiteman Greecher*
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

### Exhibit A, Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Judith Rigsby | 3753, 4/21/08 | Adjourned to 8/11/09 at 10:30 a.m. |

### Exhibit B, Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robert Sullivan | 4339, 6/2/08 | Adjourned to 8/11/09 at 10:30 a.m. |

### Exhibit C, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned to 8/11/09 at 10:30 a.m. |

### Exhibit D, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned to 8/11/09 at 10:30 a.m. |

### Exhibit E, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Audrey Andrews | 4984, 7/7/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned to 8/11/09 at 10:30 a.m. |

### Exhibit F, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Thomas Furey | 5056, 7/14/08 | Adjourned to 8/11/09 at 10:30 a.m. |

DB02:8326164.1  066585.1001

## Exhibit G, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | FGIC | 5351, 8/11/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Nomura Credit & Capital |  | Adjourned to 8/11/09 at 10:30 a.m. |
|  | GE Money Bank |  | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Calvin Kammeyer |  | Adjourned to 8/11/09 at 10:30 a.m. |

## Exhibit H, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Joseph Dionisio | 5521, 8/21/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Ray Palen | 5522, 8/22/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | California Cleaning Concepts | 5543, 8/26/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Tammy Pederson | 5794, 9/8/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | I. Crain Houston | 5822, 9/11/08 | Resolved |
|  | Beverly Creswell | 5815, 9/11/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | John Johnston | 5818, 9/11/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Michael Kalmonson | 5816, 9/11/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned to 8/11/09 at 10:30 a.m. |

DB02:8326164.1

066585.1001

| | | |
|---|---|---|
| Office Max | | Adjourned to 8/11/09 at 10:30 a.m. |
| Judie McGaha | | Adjourned to 8/11/09 at 10:30 a.m. |

### Exhibit I, Seventeenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned to 8/11/09 at 10:30 a.m. |
| | Robert Sweeney | 6123, 9/26/08 | Adjourned to 8/11/09 at 10:30 a.m. |
| | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned to 8/11/09 at 10:30 a.m. |
| | American Express Travel Related Services | | Adjourned to 8/11/09 at 10:30 a.m. |

### Exhibit J, Nineteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Eric Segall | 6230, 10/15/08 | Adjourned to 8/11/09 at 10:30 a.m. |
| | Jeffrey Harmon | 6231, 10/15/08 | Adjourned to 8/11/09 at 10:30 a.m. |
| | Paul Parotti | 6233, 10/15/08 | Adjourned to 8/11/09 at 10:30 a.m. |
| | Baron O'Brien | 6235, 10/15/08 | Adjourned to 8/11/09 at 10:30 a.m. |
| | American Express Travel Related Svc. Co. | | Adjourned to 8/11/09 at 10:30 a.m. |

### Exhibit K, Twenty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robert Carleton, Michael Ostrowski and Victor Diamond | 6497, 11/5/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Connie Zinter | 6499, 11/5/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Letort Mortgage Group Inc. |  | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Southern Horizon Financial Group, LLC |  | Adjourned to 8/11/09 at 10:30 a.m. |

### Exhibit L, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Scott Jossart |  | Adjourned to 8/11/09 at 10:30 a.m. |

### Exhibit M, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector |  | Adjourned to 8/11/09 at 10:30 a.m. |

### Exhibit N, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. |  | Adjourned to 8/11/09 at 10:30 a.m. |

DB02:8326164.1

066585.1001

## Exhibit O, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | James Rucker | 6969, 2/10/09 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Credit Suisse |  | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Sharaine Hughes |  | Adjourned to 8/11/09 at 10:30 a.m. |

## Exhibit Q, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Champion & Associates | 7190, 3/30/09 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Oakland County Treasurer | 7191 and 7195, 3/30/09 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Adele Elder-Hill | 7194, 3/30/09 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Faith Camille Wilkinson | 7202, 3/31/09 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Randall Barwick | 7207, 3/31/09 | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Douglas Huston |  | Adjourned to 8/11/09 at 10:30 a.m. |
|  | David Michaud |  | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Voyager Indemnity Insurance Co. |  | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Joseph Bartoletta |  | Adjourned to 8/11/09 at 10:30 a.m. |
|  | Promotional Products Partners |  | Adjourned to 8/11/09 at 10:30 a.m. |

## Exhibit R, Thirty-Third Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Eileen Lavan | 7340, 4/30/09 | Adjourned to 8/11/09 at 10:30 a.m. |
| | State of Hawaii | 7341, 4/30/09 | Adjourned to 8/11/09 at 10:30 a.m. |
| | W2007 Seattle Office Bellefried | | Resolved |

## Exhibit S, Thirty-Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Bexar County | 7447, 5/28/09 | Adjourned to 8/11/09 at 10:30 a.m. |
| | EMC | 7466, 5/29/09 | Adjourned to 8/11/09 at 10:30 a.m. |
| | Jennifer Luke | 7467, 5/29/09 | Adjourned to 8/11/09 at 10:30 a.m. |
| | Lee County | | Adjourned to 8/11/09 at 10:30 a.m. |

## Exhibit T, Thirty-Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Marion County Treasurer | 7566, 6/24/09 | Adjourned to 8/11/09 at 10:30 a.m. |
| | Angela Daniels | | Resolved |
| | James Zimmerman | | Adjourned to 8/11/09 at 10:30 a.m. |

17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
--                                          :   Chapter 11
In re:                                      :
                                            :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,      :
a Delaware corporation, et al.,             :   Jointly Administered
                                            :
        Debtors.                            x
------------------------------------------------------------------
--
```

**Schedule 1**
**Index to Fee Applications**


A.    **Sixth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115; 3/17/09]**

    1.    Sixteenth Fee Application for the Period November 1, 2008 through November 31, 2008 [D.I. 6792, 12/30//08]

    2.    Certificate of No Objection [D.I. 6884, 1/22/09]

    3.    Seventeenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6939, 2/4/09]

    4.    Certificate of No Objection [D.I. 7069, 3/3/09]

    5.    Eighteenth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7091, 3/12/09]

    6.    Certificate of No Objection [D.I. 7228, 4/3/09]

B.    **Sixth Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115, 3/17/09]**

    1.    Fee Application for the Period November 1, 2008 through January 31, 2009 [D.I. 7113, 3/17/09]

    2.    Certificate of No Objection [D.I. 7298, 4/20/09]

066585.1001

**C.**    **Sixth Interim Fee Request of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115; 3/17/09]**

    1.    Fifteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6767, 12/22/08]

    2.    Certificate of No Objection [D.I. 6847, 1/14/09]

    3.    Sixteenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6919, 1/30/09]

    4.    Certificate of No Objection [D.I. 7106, 3/16/09]

    5.    Seventeenth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7092, 3/12/09]

    6.    Certificate of No Objection [D.I. 7311, 4/23/09]

**D.**    **Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period November 1, 208 through January 31, 209 [D.I. 7115, 3/17/09]**

    1.    Sixteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 7005, 2/13/09]

    2.    Certificate of No Objection [D.I. 7108, 3/16/09]

    3.    Seventeenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 7102, 3/13/09]

    4.    Certificate of No Objection [D.I. 7289, 4/17/09]

    5.    Eighteenth Monthly Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7103, 3/13/09]

    6.    Certificate of No Objection [D.I. 7290, 4/17/09]

E. **Sixth Interim Fee Request of Milestone Advisors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115, 3/17/09]**

    1.    Sixteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6771, 12/23/08]

    2.    Certificate of No Objection [D.I. 6849. 1/15/09]

    3.    Seventeenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 7050, 2/24/09]

    4.    Certificate of No Objection [D.I. 7119, 3/18/09]

    5.    Eighteenth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7051, 2/24/09]

    6.    Certificate of No Objection [D.I. 7118, 3/18/09]

F. **Sixth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115, 3/17/09]**

    1.    Fifteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6923, 2/2/09]

    2.    Certificate of No Objection [D.I. 7054, 2/25/09]

    3.    Sixteenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6924, 2/2/09]

    4.    Certificate of No Objection [D.I. 7055, 2/25/09]

G. **Fourth Interim Fee Request of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors, for the Period November 1, 2008 through December 31, 2008 [D.I. 7115; 3/17/09]**

    1.    Eighth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6759, 12/19/08]

    2.    Certificate of No Objection [D.I. 6833, 1/12/09]

    3.    Ninth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 7048, 2/24/09]

    4.    Certificate of No Objection [D.I. 7121, 3/18/09]

H.    **Second Interim Fee Application of Kilpatrick Stockton LLP as Counsel for the Debtors and Debtors-In-Possession for Compensation and Reimbursement of Expenses for the Period November 1, 2008 through December 31, 2008 [D.I. 7115, 3/17/09]**

1.    Third Fee Application for the Period November 1, 2008 through November 30, 2008

2.    Certificate of No Objection [D.I. 6932, 2/4/09]

3.    Fourth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6866, 1/20/09]

4.    Certificate of No Objection [D.I. 6998, 2/12/09]

I.    **Second Interim Fee Application of Traxi, LLC as counsel of the Debtors for Compensation and Reimbursement of Expenses for the Period November 1, 2008 through January 31, 2009 [D.I. 7115, 3/17/09]**

1.    Second Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6720, 12/16/08]

2.    Certificate of No Objection [D.I. 6815, 1/7/09]

3.    Third Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6865, 1/20/09]

4.    Certificate of No Objection [D.I. 6997, 2/12/09]

5.    Fourth Fee Application for January 1, 2009 through January 31, 2009 [D.I. 7049, 2/24/09]

6.    Certificate of No Objection [D.I. 7120, 3/18/09]

J.    **Sixth Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period November 1, 2008 through January 31, 2009 [D.I. 7114; 3/17/09]**

1.    Fourteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6887, 1/23/09]

2.    Certificate of No Objection [D.I. 7044, 2/24/09]

3.    Fifteenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6918, 1/30/09]

4.    Certificate of No Objection [D.I. 7045, 2/24/09]

21

5.    Sixteenth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7046, 2/24/09

6.    Certificate of No Objection [D.I. 7149, 3/24/09]

**K.    First Interim Fee Application of Zuckerman Spaeder LLP, Counsel to the Borrowers' Committee, for Compensation and Reimbursement of Expenses for the Period October 22, 2008 thorugh March 31, 2008 [D.I. 7287, 4/17/09]**

**L.    First- Interim Fee Application of Gilbert Oshinsky LLP, Counsel to the Borrowers' Committee, for Compensation and Reimbursement of Expenses for the Period October 22, 2008 through February 28, 2009 [D.I. 7286; 4/17/09]**

1.    First Fee Application for the Period October 22, 2008 through October 31, 2008 [D.I. 7024, 2/17/09]

2.    Second Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 7025, 2/17/09]

3.    Third Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 7026, 2/17/09]

4.    Fourth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7027, 2/17/09]

5.    Fifth Fee Application for the Period February 1, 2009 through February 28, 2009 [D.I. 7235, 4/7/09]

**M.    First and Final Application of Margot Saunders for Allowance of Fees and Reimbursement of Expenses as Testifying Expert on Behalf of the Official Committee of Borrowers for the Period January 20, 2009 through February 28, 2009 [D.I. 7371, 5/11/09]**

DB02:8326164.1                                                                                                          066585.1001