# EXHIBIT A

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ADA COUNTY TREASURER<br>ATTN CECIL INGRAM<br>200 W FRONT ST, 1ST FL<br>BOISE, ID 83702 | 591 | 9/5/07 | 07-11047 | $418.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$418.09 (T) | 10671 | 2/10/09 | 07-11047 | $438.44 (S)<br>- (A)<br>- (P)<br>- (U)<br>$438.44 (T) |
| ADA COUNTY TREASURER<br>ATTN CECIL INGRAM<br>200 W FRONT ST, 1ST FL<br>BOISE, ID 83702 | 592 | 9/5/07 | 07-11047 | $1,063.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,063.98 (T) | 10672 | 2/10/09 | 07-11047 | $1,126.12 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,126.12 (T) |
| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | 10671 | 2/10/09 | 07-11047 | $438.44 (S)<br>- (A)<br>- (P)<br>- (U)<br>$438.44 (T) | 10702 | 4/13/09 | 07-11051 | $445.82 (S)<br>- (A)<br>- (P)<br>- (U)<br>$445.82 (T) |
| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | 10672 | 2/10/09 | 07-11047 | $1,126.12 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,126.12 (T) | 10701 | 4/13/09 | 07-11051 | $1,145.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,145.10 (T) |
| BANGERT, PEGGY<br>315 CHASSELLE LN<br>CREVE COEUR, MO 63141 | 939 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$230.77 (P)<br>- (U)<br>$230.77 (T) | 3776 | 11/29/07 | 07-11051 | Unspecified* |
| COLANDRO, MARY<br>32 PEARSALL AVE APT 2B<br>GLEN COVE, NY 11542 | 879 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$2,000.00 (P)<br>- (U)<br>$2,000.00 (T) | 2621 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,000.00 (P)<br>- (U)<br>$2,000.00 (T) |
| DALLAS COUNTY RECORDER<br>LORI BELGARDE, DEPUTY RECORDER<br>701 COURT<br>PO BOX 38<br>ADEL, IA 50003-0038 | 1175 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$52.00 (U)<br>$52.00 (T) | 1996 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$266.79 (U)<br>$266.79 (T) |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed | Surviving Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|
| FAIRFAX COUNTY<br>ATTN NANCY F LOFTUS, ASST COUNTY ATTNY<br>OFFICE OF THE COUNTY ATTORNEY<br>1200 GOVERNMENT CENTER PWY, STE 549<br>FAIRFAX, VA 22035 | 608 | 9/5/07 | 07-11047 | $360.85 (S)<br>- (A)<br>$435.11 (P)<br>$3,096.70 (U)<br>$3,892.66 (T) | 6047 | 12/21/07 | 07-11051 | $360.85 (S)<br>- (A)<br>$435.11 (P)<br>$3,096.70 (U)<br>$3,892.66 (T) |
| FLORIAN, JENNIE<br>108 HAMPTON AVE<br>MASTIC, NY 11950 | 354 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>$1,207.00 (P)<br>- (U)<br>$1,207.00 (T) | 3110 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$1,211.54 (P)<br>- (U)<br>$1,211.54 (T) |
| GLASCO, ADRIENNE D.<br>214 LIVINGSTON ST APT 2<br>WESTFIELD, NJ 07090 | 1280 | 9/27/07 | 07-11047 | - (S)<br>- (A)<br>$1,456.64 (P)<br>- (U)<br>$1,456.64 (T) | 3476 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,456.83 (P)<br>- (U)<br>$1,456.83 (T) |
| HOGAN, KERRY N.<br>4462 FIRELIGHT DR<br>SAINT LOUIS, MO 63129 | 290 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>$684.40 (P)<br>- (U)<br>$684.40 (T) | 8554 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$615.96 (P)<br>- (U)<br>$615.96 (T) |
| INDIAN RIVER COUNTY TAX COLLECTOR<br>ATTN CHARLES W. SEMBLER, TAX COLLECTOR<br>PO BOX 1509<br>VERO BEACH, FL 32961-1509 | 5679 | 12/18/07 | 07-11047 | $826.17 (S)<br>- (A)<br>- (P)<br>- (U)<br>$826.17 (T) | 10640 | 12/22/08 | 07-11047 | - (S)<br>- (A)<br>$481.95 (P)<br>- (U)<br>$434.97 (T) |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10553 | 9/23/08 | 07-11047 | $304,363.41 (S)<br>- (A)<br>- (P)<br>- (U)<br>$304,363.41 (T) | 10705 | 4/27/09 | 07-11047 | $324,612.16 (S)<br>- (A)<br>- (P)<br>- (U)<br>$324,612.16 (T) |
| LINCOLN COUNTY<br>ATTN JERRY L FOX, COLLECTOR<br>201 MAIN ST.<br>TROY, MO 63379 | 2618 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$28.73 (P)<br>- (U)<br>$28.73 (T) | 10692 | 3/17/09 | 07-11051 | - (S)<br>- (A)<br>$28.73 (P)<br>- (U)<br>$28.73 (T) |
| MARCANO, ANGELICA<br>11 SPRING MEADOW DRIVE<br>KINGS PARK, NY 11754 | 1347 | 10/1/07 | 07-11047 | - (S)<br>- (A)<br>$1,526.84 (P)<br>- (U)<br>$1,526.84 (T) | 7800 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) |
| MODRELL, CRYSTAL J.<br>724 PILOT HOUSE DR<br>NEWPORT NEWS, VA 236061941 | 532 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$736.00 (P)<br>- (U)<br>$736.00 (T) | 10668 | 2/5/09 | 07-11051 | - (S)<br>- (A)<br>$736.00 (P)<br>- (U)<br>$736.00 (T) |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed | Surviving Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|
| MONARES, JOLEEN<br>2099 WINSBURY WAY<br>KENNESAW, GA 30144 | 856 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,210.40 (P)<br>- (U)<br>$1,210.40 (T) | 9042 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$952.12 (P)<br>- (U)<br>$952.12 (T) |
| MULVEHILL, ALENA<br>9794 BROADWAY AVE<br>NORTH HUNTINGDON, PA 15642 | 794 | 9/14/07 | No Case | - (S)<br>- (A)<br>$1,184.40 (P)<br>- (U)<br>$1,184.40 (T) | 6408 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,184.61 (P)<br>- (U)<br>$1,184.61 (T) |
| NORWOOD, CARRIE H.<br>4401 SHATTALON DR<br>WINSTON SALEM, NC 27106 | 1638 | 10/16/07 | 07-11048 | - (S)<br>- (A)<br>$1,605.28 (P)<br>- (U)<br>$1,605.28 (T) | 2503 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$1,712.31 (P)<br>- (U)<br>$1,712.31 (T) |
| SMITH, LAUREN<br>6545 YELLOWSTONE BLVD<br>APT 5D<br>FOREST HILLS, NY 11375 | 1412 | 10/3/07 | 07-11051 | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | 6872 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$600.00 (P)<br>- (U)<br>$600.00 (T) |
| STAFFORD, PAMELA<br>10320 BLUFF VALLEY COURT<br>LAS VEGAS, NV 89178 | 1775 | 10/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,295.60 (P)<br>- (U)<br>$1,295.60 (T) | 1966 | 11/9/07 | 07-11051 | - (S)<br>- (A)<br>$5,591.30 (P)<br>- (U)<br>$5,591.30 (T) |
| THATCHER, NICOLE<br>7639 LAS PALMAS WAY<br>JACKSONVILLE, FL 32256 | 684 | 9/12/07 | No Case | - (S)<br>- (A)<br>$1,300.00 (P)<br>- (U)<br>$1,300.00 (T) | 5970 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>$1,442.31 (P)<br>- (U)<br>$1,442.31 (T) |
| VISNAPUM, TIMOTHY J.<br># 6 LAKE VIEW COURT<br>FERGUSON, MO 63135 | 1374 | 10/2/07 | 07-11051 | - (S)<br>- (A)<br>$1,399.23 (P)<br>- (U)<br>$1,399.23 (T) | 2958 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$1,399.23 (P)<br>- (U)<br>$1,399.23 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| Totals: | 23 | Claims | | $308,597.06 (S)<br>- (A)<br>$16,600.40 (P)<br>$3,148.70 (U)<br>$328,346.16 (T) | | | | $328,128.49 (S)<br>- (A)<br>$21,348.00 (P)<br>$3,363.49 (U)<br>$352,793.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B

## Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Amount | New Case Number: Case Number |
|---|---|---|---|---|---|
| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | 8522 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$6,600.35 (U)<br>$6,600.35 (T) | 07-11051 |
| CITY OF BROOKFIELD<br>ATTN ROSEMARIE ROSSBACH, DEP. TREASURER<br>2000 N CALHOUN ROAD<br>BROOKFIELD, WI 53005 | 10017 | 3/3/08 | No Case | - (S)<br>- (A)<br>$1,293.08 (P)<br>- (U)<br>$1,293.08 (T) | 07-11051 |
| CITY OF NORWALK TAX COLLECTOR<br>ATTN AL C. PALUMBO, ASST TAX COLLECTOR<br>125 EAST AVENUE<br>NORWALK, CT 06851 | 9351 | 1/14/08 | No Case | - (S)<br>- (A)<br>$1,385.52 (P)<br>- (U)<br>$1,385.52 (T) | 07-11051 |
| DJURASEVIC, LINDA<br>PO BOX 1202<br>WARREN, MI 480901202 | 1335 | 10/1/07 | 07-11049 | - (S)<br>- (A)<br>$1,130.64 (P)<br>- (U)<br>$1,130.64 (T) | 07-11051 |
| MASON MCDUFFIE MORTGAGE CORPORATION<br>ATTN MARILYN RICHARDSON, COO<br>2010 CROW CANYON PL STE 400<br>SAN RAMON, CA 945831344 | 4746 | 12/6/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$55,656.70 (U)<br>$55,656.70 (T) | 07-11051 |
| SEDGWICK COUNTY<br>OFFICE OF THE COUNTY COUNSELOR<br>PATRICIA J PARKER # 10413<br>525 N. MAIN, SUITE 359<br>WICHITA, KS 67203-3790 | 5712 | 12/18/07 | 07-11047 | - (S)<br>- (A)<br>$1,294.54 (P)<br>- (U)<br>$1,294.54 (T) | 07-11051 |
| VALENICA, JULIE D.<br>13921 TUSTIN E DRIVE<br>APT #13<br>TUSTIN, CA 92780 | 1071 | 9/20/07 | 07-11047 | - (S)<br>- (A)<br>$1,786.72 (P)<br>- (U)<br>$1,786.72 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | | New Case Number: Case Number |
|---|---|---|---|---|---|
| WURTZ, CAROLYN E.<br>801 LAKEWOOD GREEN<br>DIXON, IL 61021 | 1167 | 9/24/07 | 07-11047 | - (S)<br>- (A)<br>$424.91 (P)<br>- (U)<br>$424.91 (T) | 07-11051 |
| **Totals:** | **8 Claims** | | | **- (S)**<br>**- (A)**<br>**$7,315.41 (P)**<br>**$62,257.05 (U)**<br>**$69,572.46 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## No Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| AYAN, ATILLA<br>83 OCEAN AVE<br>MASSAPEQUA PARK, NY 11762 | 361 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>$811.00 (P)<br>- (U)<br>$811.00 (T) | Insufficient documentation to assess validity of claim. |
| BOLVES, HERB A.<br>570 N. HART BLVD.<br>ORLANDO, FL 32818 | 9989 | 2/22/08 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>$350.00 (U)<br>$350.00 (T) | Insufficient documentation to assess validity of claim. |
| DI CARLO, CHARLES J.<br>128 LOGGING TRAIL RD<br>DANBURY, CT 068112626 | 868 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,568.48 (P)<br>- (U)<br>$1,568.48 (T) | Insufficient documentation to assess validity of claim |
| EDWARD J LACOSTE<br>DONNA GREMILLION LACOSTE<br>6535 WEST END BLVD<br>NEW ORLEANS, LA 70124 | 2986 | 11/23/07 | 07-11051 | $500.00 (S)<br>- (A)<br>$700.00 (P)<br>$200.00 (U)<br>$700.00 (T) | Insufficient documentation to assess validity of claim. |
| GRATZA, DONNA<br>C/O CHRIS & SHARON FEDIOR<br>409 AUBER<br>ST LOUIS, MO 63011 | 8104 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$1,826.92 (P)<br>- (U)<br>$1,826.92 (T) | Insufficient documentation to assess validity of claim. |
| GREEN, RICHARD J (RICK)<br>2524 WALTERBORO HWY<br>VARNVILLE, SC 29944 | 2459 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$438.00 (P)<br>$438.00 (U)<br>$438.00 (T) | Insufficient documentation to assess validity of claim. |
| HUDGENS, KEN, CLERK AND MASTER<br>501 S MAIN ST<br>RM 103<br>SPRINGFIELD, TN 37172 | 625 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$220.67 (P)<br>- (U)<br>$220.67 (T) | Insufficient documentation to assess validity of claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| KLOTZ, LORI<br>7724 EDISTO DR<br>NEW HAVEN, IN 46774 | 3299 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$936.00 (P)<br>- (U)<br>$936.00 (T) | Insufficient documentation to assess validity of claim. |
| LEHMAN, APRIL C<br>305 TYNDALL DR.<br>BURLINGTON, NC 27215 | 8555 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$2,727.85 (P)<br>- (U)<br>$2,727.85 (T) | Insufficient documentation to assess validity of claim. |
| MILLER, PETER J.<br>210 N. CHURCH ST.<br>UNIT 2310<br>CHARLOTTE, NC 28202 | 5070 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>$1,008.00 (P)<br>$1,008.00 (U)<br>$1,008.00 (T) | Insufficient documentation to assess validity of claim. Claimant did not respond to request for additional documentation. |
| PATTERSON, MICHELLE<br>8204 GLEAVES COURT<br>ALEXANDRIA, VA 22309 | 3284 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,316.00 (P)<br>- (U)<br>$1,316.00 (T) | Insufficient documentation to assess validity of claim. |
| RAGSDALE REAL ESTATE INC<br>162 BUSHWACKER DRIVE<br>MABANK, TX 75147 | 2552 | 11/19/07 | No Case | - (S)<br>- (A)<br>$725.00 (P)<br>- (U)<br>$725.00 (T) | Insufficient documentation to assess validity of claim. |
| SANDERS, VANESSA<br>1300 N SHAFFER ST # 23<br>ORANGE, CA 92867 | 1201 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$816.00 (P)<br>- (U)<br>$816.00 (T) | Insufficient documentation to assess validity of claim. |
| SCOTTO, ANTHONY<br>59-34 50TH AVE<br>WOODSIDE, NY 11377 | 1912 | 11/7/07 | 07-11051 | - (S)<br>- (A)<br>$1,220.63 (P)<br>- (U)<br>$1,220.63 (T) | Insufficient documentation to assess validity of claim. |
| SEUS, SHERYL<br>4508 GARDEN CLUB ST<br>HIGH POINT, NC 27265 | 7479 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$473.00 (P)<br>- (U)<br>$473.00 (T) | Insufficient documentation to assess validity of claim. |
| STATE OF NEW JERSEY<br>MICHAEL READING, AUTHORIZED AGENT<br>DIVISION OF TAXATION-COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | 9655 | 1/15/08 | 07-11048 | - (S)<br>- (A)<br>$204.87 (P)<br>- (U)<br>$204.87 (T) | Insufficient documentation to assess validity of claim. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | 10233 | 4/11/08 | 07-11053 | - (S)<br>- (A)<br>$204.87 (P)<br>- (U)<br>$204.87 (T) | Insufficient documentation to assess validity of claim. |
| SWEENEY, RYAN<br>660 PIEDMONT DR<br>WESTFIELD, IN 46074 | 7467 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | Insufficient documentation to assess validity of claim. |
| SWITZER, CHARLES H.<br>****NO ADDRESS PROVIDED**** | 5031 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>$1,110.00 (P)<br>$1,110.00 (U)<br>$1,110.00 (T) | Insufficient documentation to assess validity of claim. |
| TYRONE TOWNSHIP TREASURER<br>ATTN DAVID KURTZ, TREASURER<br>10408 CENTER RD<br>FENTON, MI 48430 | 2592 | 11/19/07 | No Case | - (S)<br>- (A)<br>$1,175.04 (P)<br>- (U)<br>$1,175.04 (T) | Insufficient documentation to assess validity of claim. |
| WAHLIN, JENNIFER<br>1668 GUTHRIE ST<br>VIRGINIA BEACH, VA 23464 | 718 | 9/13/07 | 07-11047 | - (S)<br>- (A)<br>$1,050.00 (P)<br>- (U)<br>$1,050.00 (T) | Insufficient documentation to assess validity of claim. |
| **Totals:** | **21** | **Claims** | | **$500.00 (S)**<br>**- (A)**<br>**$20,382.33 (P)**<br>**$3,106.00 (U)**<br>**$20,382.33 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Satisfied Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BYLLOTT, DEBRA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | 373 | 9/7/07 | No Case | - (S)<br>- (A)<br>$2,295.00 (P)<br>- (U)<br>$2,295.00 (T) | Claimant was paid out their vacation pay in their 9/10/07 paycheck. |
| CITY OF WARWICK<br>ATTN DAVID C OLSEN, TREASURER<br>3275 POST RD<br>WARWICK, RI 02886 | 1812 | 10/25/07 | 07-11047 | - (S)<br>- (A)<br>$1,665.16 (P)<br>- (U)<br>$1,665.16 (T) | Debtors verified with the City of Warwick that the 2007 taxes for the parcel have been paid. |
| MEYER, ROBERT L.<br>PO BOX 593<br>POINT PLEASANT BEACH, NJ 08742 | 784 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$1,387.20 (P)<br>- (U)<br>$1,387.20 (T) | Claimant was paid claimed transition pay in two installements in the 8/25/07 and 9/10/07 paychecks. |
| MONTOYA, SUSANA<br>4850-10 DORSEY HALL DR<br>ELLICOTT CITY, MD 21042 | 1001 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$87.38 (P)<br>- (U)<br>$87.38 (T) | Claim for reimbursement of employment related expenses. Claimant was reimbursed on 9/10/07. |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | 191 | 8/30/07 | No Case | - (S)<br>- (A)<br>$244.44 (P)<br>$244.44 (U)<br>$244.44 (T) | Claim for reimbursement of employment related expenses. Claimant was reimbursed on 9/10/07. |
| WANG, ELI<br>7702 ARDMORE DRIVE<br>O FALLON, MO 63368 | 3453 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,650.00 (P)<br>- (U)<br>$1,650.00 (T) | Claimant was paid their remaining unused vacation pay in the 9/10/07 paycheck for period ending 8/31/07. |
| WIELGUS, KATHLEEN<br>548 N 5TH AVE<br>DES PLAINES, IL 60016 | 935 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$508.75 (P)<br>$508.75 (U)<br>$508.75 (T) | Claimant was paid claimed transition pay in their 9/10/07 paycheck. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | | 7 Claims | | - (S)<br>- (A)<br>$7,837.93 (P)<br>$753.19 (U)<br>$7,837.93 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.