IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x  Chapter 11
In re:                                                        :
                                                              :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,[1]            :  Jointly Administered
                                                              :
                    Debtors.                                  :
                                                              :  Ref. Docket No. 7484
------------------------------------------------------------- x

ORDER APPROVING THE SETTLEMENT AGREEMENT
AND RELEASE DATED AS OF MAY 4, 2009 BY AND AMONG, THE DEBTORS,
AMERICAN LIEN FUND, L.P. AND AMERICAN HOME MORTGAGE SERVICING,
INC. F/K/A AH MORTGAGE ACQUISITION CO., INC.

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order, pursuant to Bankruptcy Rule 9019 and sections 105(a) and 362 of the Bankruptcy Code, approving that certain *Settlement Agreement and Release* dated as of May 4, 2009 (the "Stipulation") by and among, the Debtors, American Lien Fund, L.P. and American Home Mortgage Servicing, Inc. f/k/a AH Mortgage Acquisition Co., Inc. (attached hereto as Exhibit A); and the Court being satisfied that approval of the Stipulation is in the best interests of the Debtors, their estates and creditors and is a proper exercise of the Debtors' business judgment; and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED, that the Motion is GRANTED; and it is further

ORDERED that the Stipulation is approved; and it is further

ORDERED that the parties are authorized, pursuant to section 105(a) and 362 of the Bankruptcy Code, to take such other and further actions as are necessary to effectuate the terms of the Stipulation; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
         6/30 , 2009

Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.