## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**American Home Mortgage Holdings, Inc.,** *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR
## PRO HAC VICE APPEARANCE

Michael Busenkell, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Joseph Aronauer, Esq., of the law firm Aronauer, Re & Yudell, 444 Madison Avenue, New York, NY 10022 to represent Park National Bank. The Admittee is admitted, practicing, and in good standing of the bars of the State of New York, the United States District Courts for the Eastern, Southern, Northern and Western Districts of New York, the United States Court of Appeals for the Second Circuit, the bar of the State of New Jersey and the United States District Court for the District of New Jersey.

Dated: May 18, 2009

        /s/ *Michael G. Busenkell*
Michael G. Busenkell (Del. Bar No. 3933)
WOMBLE CARLYLE SANDRIDGE
    & RICE, PLLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Telephone: (302) 252-4324
Facsimile: (302) 252-4320

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing of the bars of the State of New York, the United States District Courts for the Eastern, Southern, Northern and Western Districts of New York, the United States Court of Appeals for the Second Circuit, the bar of the State of New Jersey and the United States District Court for the District of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the United States District Court for the District of Delaware.

_____
Joseph Aronauer, Esq.
Aronauer, Re & Yudell, LLP
444 Madison Avenue, 17th Floor
New York, NY 10022
T: (212) 755-6000
F: (212) 755-6006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

BY THE COURT:

Dated: 6-30, 2009

_____
The Honorable Christopher S. Sontchi
United States bankruptcy Judge