# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. | Ref. Docket Nos. 5447 and 6217 |

## FIFTH ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the fifteenth omnibus (substantive) objection (the "Objection") [Docket No. 5447] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 6217] on October 10, 2008; and the Objection having been adjourned with respect to proof of claim number 729 ("Claim 729") filed by T. Crain Houston; and the Debtors and Mr. Houston having agreed that the appropriate amount of Claim 729 is $6,000, general unsecured; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 729 is an allowed claim in the amount of $6,000, general unsecured as against the Debtor, American Home Mortgage Holdings, Inc. (Case No. 07-11047); and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that this Order resolves the Objection with respect to Claim 729; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
         7|1    , 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE