IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> American Home Mortgage Holdings, Inc, a Delaware Corporation, *et al.,* <br><br> Debtors. | Chapter 11 <br> Case No. 07-11047(CSS) <br> Jointly Administered <br><br> Related D.I. No: 7551 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that James Rucker ("Rucker") hereby withdraws his *Motion to Compel the Debtor to Cancel the Foreclosure Sale that the Debtor has Scheduled for July 8, 2009 in California* (the "Motion") filed on June 20, 2009 at D.I. 7551.

Notwithstanding this Motion, Rucker reserves any and all other rights it may be entitled to in this bankruptcy proceeding.

Dated: July 1, 2009                              ARCHER & GREINER, P.C.


*/s/ Charles J. Brown, III*
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Telephone: (302) 356-6621
Fax: (302) 777-4352

*Attorneys for James D. Rucker*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I caused true and correct copies of the foregoing document to be served upon all parties requesting notice via CM/ECF and email upon the following:

Curtis Crowther, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE  19899-0391

Dated:  July 1, 2009                          */s/ Charles J. Brown, III*
                                                     Charles J. Brown, III (#3368)

4745154v1