IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :  Jointly Administered
         Debtors.                                                      :
---------------------------------------------------------------------- x

**TWENTY FIRST MONTHLY APPLICATION OF
MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | April 1, 2009 through April 30, 2009 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $100,000.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $2,876.79 |

This is an: __X__ interim  ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 12/7/07 - #2316 | 8/6/2007- 8/31/07 | $167,741.94 | $67,661.78 | $167,741.94 | $67,661.78 |
| 12/13/07- #2378 | 9/1/2007- 9/30/07 | $200,000.00 | $47,954.43 | $200,000.00 | $47,954.43 |
| 1/2/08- #2563 | 10/1/2007-10/31/07 | $200,000.00 | $25,943.49 | $200,000.00 | $25,943.49 |
| 3/14/08- #3310 | 11/1/2007-11/30/07 | $800,000.00 | $20,228.88 | $800,000.00 | $20,228.88 |
| 4/15/08- #3701 | 12/1/2007-12/31/07 | $200,000.00 | $5,856.15 | $200,000.00 | $5,856.15 |
| 4/17/08- #3719 | 1/1/2008- 1/31/08 | $200,000.00 | $2,827.00 | $200,000.00 | $2,827.00 |
| 6/12/08- #4554 | 2/1/2008- 2/29/08 | $200,000.00 | $911.16 | $200,000.00 | $911.16 |
| 6/13/08- #4622 | 3/1/2008 – 3/31/08 | $200,000.00 | $1,397.45 | $200,000.00 | $1,397.45 |
| 6/23/08- #4764 | 4/1/2008 – 4/30/08 | $200,000.00 | $4,424.39 | $200,000.00 | $4,424.39 |
| 8/27/08- #5548 | 5/1/2008 – 5/31/08 | $200,000.00 | $9,811.81 | $200,000.00 | $9,811.81 |
| 8/27/08- #5549 | 6/1/2008 – 6/30/08 | $200,000.00 | $55.70 | $200,000.00 | $55.70 |
| 10/10/08- #6225 | 7/1/2008 – 7/31/08 | $200,000.00 | $414.21 | $200,000.00 | $414.21 |
| 10/10/08- #6266 | 8/1/2008 – 8/31/08 | $200,000.00 | $861.36 | $200,000.00 | $861.36 |
| 10/22/08-#6420 | 9/1/2008 – 9/30/08 | $200,000.00 | $0.00 | $200,000.00 | $0.00 |
| 11/18/08-#6585 | 10/1/2008–10/31/08 | $100,000.00 | $24.70 | $100,000.00 | $24.70 |
| 12/23/08-#6771 | 11/1/2008–11/30/08 | $100,000.00 | $360.93 | $100,000.00 | $360.93 |
| 2/24/09-#7050 | 12/1/2008–12/31/08 | $100,000.00 | $195.88 | $100.000.00 | $195.88 |
| 2/24/09-#7051 | 1/1/2009–1/31/09 | $100,000.00 | $154.45 | $100,000.00 | $154.45 |
| 3/30/09 - #7215 | 2/1/2009 –2/29/09 | $100,000.00 | $1,920.93 | $80,000.00 | $1,920.93 |
| 4/15/09 - #7274 | 3/1/2009– 3/31/09 | $100,000.00 | $36.58 | $80,000.00 | $36.58 |

## AMERICAN HOME MORTGAGE

### MILESTONE ADVISORS LLC
### SUMMARY OF HOURS WORKED BY PROFESSIONAL
### FOR THE PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| John Nelligan | Managing Director | 44.0 |
| Darryl Conway | Analyst | 23.5 |
| Autumn Learned | Analyst | 58.0 |
| **Total** | | **125.5** |

Case 07-11047-CSS    Doc 7595    Filed 07/02/09    Page 4 of 16

## AMERICAN HOME MORTGAGE

### MILESTONE ADVISORS LLC
### SUMMARY OF HOURS WORKED BY PROJECY CODE
### FOR THE PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009

| Project Code | Description of Activity | Hours |
|---|---|---|
| 103 | Preparation of offering materials and due diligence set up for sale of bank | 6.5 |
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 3.0 |
| 105 | Negotiation, documentation, court approval process and closing of sale of bank | 14.0 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 82.0 |
| 110 | Non working travel time | 20.0 |
| | | **125.5** |

## AMERICAN HOME MORTGAGE

## MILESTONE ADVISORS LLC
### INTERIM EXPENSE SUMMARY
### FOR THE PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009

| Expense Category | Amount |
|---|---:|
| Airfare | 2,531.20 |
| Postage and courier | 10.95 |
| Car rental, parking and taxi | 16.00 |
| Lodging | 288.64 |
| Parking | 30.00 |
| Total | $2,876.79 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              : Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    : Jointly Administered
         Debtors.                                                   :
------------------------------------------------------------------- x

TWENTY FIRST MONTHLY APPLICATION OF
MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009

Pursuant to 11 U.S.C. §§ 328, 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for professional services rendered as financial advisor and investment banker to American Home Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $100,000.00 together with reimbursement for actual and necessary expenses incurred in the amount of $2,876.79 for the interim period April 1, 2009 through April 30, 2009 (the "Interim Fee Period"). In support of its Application, Milestone respectfully represents as follows:

### RELIEF REQUESTED

1. Milestone was employed under an engagement letter to represent the Debtors as financial advisor and investment banker in connection with this chapter 11 case effective as of August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order, Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable expenses incurred in connection with the engagement.

2. In a subsequent agreement with counsel representing the Creditors Committee, Milestone agreed to reduce its Monthly Fee to $100,000.00, effective as of October 1, 2008.

3. For the Interim Fee Period, Milestone seeks (i) allowance of compensation for professional services rendered to the Debtors in the aggregate amount of $100,000.00 for the Monthly Fee for April 2009 together with reimbursement for actual and necessary expenses incurred in the amount of $2,876.79. The total compensation sought in this fee application is $102,876.79.

4. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors. Milestone respectfully submits that the requested compensation is appropriate and should be approved and Milestone further submits that the services that Milestone has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest.

## TIME RECORDS

5. Milestone does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Milestone has agreed to and will maintain records of the time expended by its professionals in the rendition of professional services to the Debtors for the duration of these chapter 11 cases. The Court approved the Retention Order which expressly permits Milestone to maintain time records by day, by person, for this Interim Fee Period, and in half hour increments for all time expended thereafter.

## SUMMARY OF SERVICES RENDERED

6. A detailed description of services rendered by Milestone by professional during

the Interim Fee Period, summarized by Project code, and the number of hours expended in performing such services are set forth in Exhibit A. During this Interim Fee Period, on behalf of the Debtors, Milestone provided financial advisory and investment banking services to the Debtor and continued to work on sale of American Home Bank ("AHM Bank"); responding to due diligence requests from prospective acquirers.

7. Telephone conferences were held with the purchaser for AHM Bank and their advisor during the stalking horse process. Interim financial statements and first quarter announcements were reviewed and preparations were made for the appearance at the hearing in the bankruptcy court. Milestone attended the bankruptcy court hearing in Delaware for the approval of the sale of AHM Bank.

8. Due diligence requests were responded to and maintenance of requested information and access to the data room was maintained.

9. Representatives from Milestone coordinated the marketing efforts for the sale of the construction loan sale, consisting of four loan pools, processing non disclosure agreements, responding to due diligence requests, and posting information to the data room.

## DISBURSEMENTS

Milestone incurred out-of-pocket disbursements during this Interim Fee Period in the amount of $36.58. These disbursements pertain to teleconference and express courier expenses. A detailed list of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

## VALUATION OF SERVICES

10. Investment bankers and analysts of Milestone have expended a total of 125.5 hours in connection with this matter during the Interim Fee Period. The amount of hours spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A.

11. Milestone believes that the time entries included in Exhibit A attached hereto are in compliance with the requirements of Local Rule 2016-2.

12. In accordance with the factors enumerated in 11 U.S.C. §328 and §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

13. This Application covers the Interim Fee Period April 1, 2009 through April 30, 2009.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $100,000.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, together with reimbursement for actual and necessary expenses incurred in the amount of $2,876.79 and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
June 29, 2009

MILESTONE ADVISORS LLC

_____
Eugene S. Weil
1775 Eye Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 367-3000
Facsimile: (202) 367-3001

Financial Advisor and Investment Banker for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE    )
                     )    SS:
NEW CASTLE COUNTY    )

Eugene S. Weil, after being duly sworn according to law, deposes and says:

1. I am a Managing Director and President in the applicant firm, Milestone Advisors LLC and have been employed by the applicant firm since 2001.

2. I have personally performed many of the professional services rendered by Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this 29th day of June 2009.

_____
Notary Public
My Commission Expires: 5/14/12

PERI S. DONNER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
## DETAIL OF SERVICES RENDERED BY PROJECT CODE
## FOR THE PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 4/1/2009 | 106 | 1.0 | Internal call |
| Conway, Darryl | 4/1/2009 | 105 | 2.0 | Compile summary contact list |
| Conway, Darryl | 4/1/2009 | 105 | 2.5 | Prepare summary write up of marketing/ loan sale process for lawyers |
| Learned, Autumn | 4/1/2009 | 106 | 1.0 | AHM Construction Loan Sale - Calls made to bidding parties |
| Conway, Darryl | 4/1/2009 | 105 | 2.0 | Update AHB Board Presentation Bid Summary |
| Nelligan, John | 4/1/2009 | 106 | 2.0 | Various calls with buyers advisor |
| Nelligan, John | 4/1/2009 | 106 | 1.0 | Review and comment on board presentation |
| Nelligan, John | 4/1/2009 | 106 | 2.0 | Coordinating signing of the Stock Purchase Agreement with various parties |
| Nelligan, John | 4/1/2009 | 106 | 1.5 | Coorespondence with AHM counsel |
| Nelligan, John | 4/2/2009 | 106 | 0.5 | Call with AHM counsel |
| Nelligan, John | 4/2/2009 | 106 | 0.5 | Follow up call with Buyer Advisor |
| Conway, Darryl | 4/3/2009 | 104 | 1.5 | Grant access to the data room |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Learned, Autumn | 4/3/2009 | 106 | 5.0 | AHM Loan Sale - 4 pools - Initial email distributed, documents posted to the data room, questions answered, contact list updated, processing NDAs |
| Nelligan, John | 4/3/2009 | 106 | 0.5 | Call with potential interested bidder during stalking horse process |
| Learned, Autumn | 4/6/2009 | 106 | 6.0 | AHM Loan Sale - 4 pools/Construction Loan Sale - Questions answered, processing NDAs, parties added to the data room |
| Conway, Darryl | 4/6/2009 | 104 | 1.5 | Grant access to Bancorp diligence team to the data room |
| Nelligan, John | 4/6/2009 | 106 | 0.5 | Call with potential interested bidder during stalking horse process |
| Learned, Autumn | 4/7/2009 | 106 | 6.0 | AHM Loan Sale - 4 pools/Construction Loan Sale - Questions answered, processing NDAs, parties added to the data room |
| Nelligan, John | 4/7/2009 | 106 | 0.5 | Correspondence with Buyer's advisor |
| Nelligan, John | 4/8/2009 | 106 | 0.5 | Internal call |
| Learned, Autumn | 4/8/2009 | 106 | 2.0 | AHM Loan Sale - 4 pools - documents posted to the data room, questions answered, contact list updated, processing NDAs |
| Nelligan, John | 4/9/2009 | 106 | 0.5 | Call with Buyer's advisor |
| Conway, Darryl | 4/9/2009 | 105 | 3.5 | Compile master contact list with detailed address info |
| Learned, Autumn | 4/9/2009 | 106 | 1.5 | AHM Loan Sale - 4 pools - documents posted to the data room, questions answered, contact list updated, processing NDAs |
| Nelligan, John | 4/10/2009 | 106 | 0.5 | Call with potential interested bidder during stalking horse process |
| Learned, Autumn | 4/10/2009 | 106 | 1.5 | AHM Loan Sale - 4 pools - documents posted to the data room, questions answered, contact list updated, processing NDAs |
| Learned, Autumn | 4/11/2009 | 106 | 1.0 | AHM Loan Sale - 4 pools - questions answered, contact list updated, processing NDAs |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Learned, Autumn | 4/12/2009 | 106 | 1.0 | AHM Loan Sale - 4 pools - questions answered, contact list updated, processing NDAs |
| Nelligan, John | 4/13/2009 | 106 | 0.5 | Call with Buyer's advisor |
| Learned, Autumn | 4/13/2009 | 106 | 1.5 | AHM Loan Sale - 4 pools - questions answered, processing NDAs |
| Conway, Darryl | 4/14/2009 | 103 | 2.5 | Update data room |
| Nelligan, John | 4/14/2009 | 106 | 0.5 | Review March unaudited financial statements |
| Nelligan, John | 4/14/2009 | 106 | 0.5 | Correspondence with Buyer's representatives |
| Learned, Autumn | 4/14/2009 | 106 | 2.0 | AHM Loan Sale - 4 pools - questions answered, processing NDAs |
| Learned, Autumn | 4/15/2009 | 106 | 2.0 | AHM Loan Sale - 4 pools - questions answered, processing NDAs |
| Conway, Darryl | 4/15/2009 | 103 | 2.5 | Update data room |
| Nelligan, John | 4/15/2009 | 106 | 0.5 | Internal call |
| Learned, Autumn | 4/16/2009 | 106 | 3.0 | AHM Loan Sale - 4 pools - questions answered, processing NDAs |
| Conway, Darryl | 4/16/2009 | 103 | 1.5 | Update data room |
| Nelligan, John | 4/16/2009 | 106 | 0.0 | Call with Zolfo Cooper updating on status |
| Nelligan, John | 4/16/2009 | 106 | 0.5 | Call with Buyer's advisor |
| Learned, Autumn | 4/17/2009 | 106 | 1.5 | AHM Loan Sale - 4 pools - questions answered, processing NDAs |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 4/17/2009 | 106 | 1.0 | Review materials for bankruptcy court appearance |
| Learned, Autumn | 4/20/2009 | 106 | 1.5 | AHM Loan Sale - 4 pools - items posted to data room, questions answered, processing NDAs |
| Nelligan, John | 4/20/2009 | 110 | 10 | Travel to Delaware for bankruptcy court hearing |
| Conway, Darryl | 4/20/2009 | 105 | 4.0 | Compile master contact list for court documentation |
| Nelligan, John | 4/21/2009 | 106 | 2.0 | Appearance in bankruptcy court |
| Learned, Autumn | 4/21/2009 | 106 | 1.0 | AHM Loan Sale - 4 pools - questions answered, processing NDAs |
| Nelligan, John | 4/21/2009 | 106 | 3.0 | Preparation for court hearing |
| Learned, Autumn | 4/22/2009 | 106 | 1.5 | AHM Loan Sale - 4 pools - questions answered, processing NDAs |
| Nelligan, John | 4/22/2009 | 110 | 10 | Travel from Delaware to CA for bankruptcy court hearing |
| Nelligan, John | 4/23/2009 | 106 | 0.5 | Correspondence with Buyer's advisor |
| Nelligan, John | 4/23/2009 | 106 | 0.5 | Internal call |
| Learned, Autumn | 4/23/2009 | 106 | 1.0 | AHM Loan Sale - 4 pools - questions answered, processing NDAs |
| Learned, Autumn | 4/24/2009 | 106 | 3.0 | AHM Loan Sale - 4 pools - items posted to the data room, questions answered, processing NDAs |
| Nelligan, John | 4/24/2009 | 106 | 0.5 | Call with counsel |
| Learned, Autumn | 4/27/2009 | 106 | 6.0 | AHM Loan Sale - 4 pools - questions answered, items posted to the data room |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 4/27/2009 | 106 | 1.0 | Call with Zolfo Cooper updating on status |
| Learned, Autumn | 4/28/2009 | 106 | 3.0 | AHM Loan Sale - 4 pools - questions answered, processing NDAs |
| Nelligan, John | 4/28/2009 | 106 | 0.5 | Review buyer's first quarter announcement |
| Learned, Autumn | 4/29/2009 | 106 | 3.0 | AHM Loan Sale - 4 pools - questions answered, processing NDAs, managing data room |
| Nelligan, John | 4/29/2009 | 106 | 0.5 | Correspondence with AH counsel |
| Nelligan, John | 4/30/2009 | 106 | 0.5 | Call with AH counsel |
| Learned, Autumn | 4/30/2009 | 106 | 3.0 | AHM Loan Sale - 4 pools - questions answered, processing NDAs |

**Total Hours:** 125.5

## Exhibit B
## Milestone Advisors LLC
## Detail Expenses by Professional
### April 1, 2009 - April 30, 2009

| Expense Category | Employee / Vendor | Date | Amount | Description |
|---|---|---|---|---|
| Postage / Express | Fedex | 4/7/2009 | 10.95 | Young Conaway |
| Taxi; Car rental | Autumn Learned | 4/8/2009 | 16.00 | Cab home - after hours |
| Airfare | John Nelligan | 4/20/2009 | 2,531.20 | Airfare - LAX to PHL - roundtrip - AHM Hearing |
| Parking | John Nelligan | 4/20/2009 | 30.00 | Parking - trip to Wilmington |
| Lodging | John Nelligan | 4/22/2009 | 288.64 | Hotel Dupont |
| | | | 2,876.79 | |