IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Ref. No. 7516 |

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 7516**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Twentieth Monthly Application of Weiner Brodsky Sidman Kider PC as an Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period April 1, 2009 through April 30, 2009 (the "Application") has been received. The Court's docket which was last updated July 2, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than June 30, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($2,279.20) of requested fees ($2,849.00) and 100% of requested expenses ($47.64) on an interim basis without further Court order.

Dated: Wilmington, Delaware
July 2, 2009

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        /s/ Ryan M. Bartley
                                        James L. Patton, Jr. (No. 2202)
                                        Joel A. Waite (No. 2925)
                                        Pauline K. Morgan (No. 3650)
                                        Sean M. Beach (No. 4070)
                                        Kenneth Enos (No. 4544)
                                        Margaret B. Whiteman (No. 4652)
                                        Ryan M. Bartley (No. 4950)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253

                                        Counsel for Debtors and
                                        Debtors in Possession