IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                                :    Jointly Administered
        Debtors.                                               :
                                                                :    Ref. No. 7519
------------------------------------------------------------------------- x
```

**<u>CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 7519</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Eleventh Monthly Application of PricewaterhouseCoopers LLP as Tax Advisors for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period April 1, 2009 through April 30, 2009 (the "Application").  The Court's docket which was last updated July 2, 2009, reflects that no objections to the Application have been filed.  Objections to the Application were to be filed and served no later than June 30, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($15,742.00) of requested fees ($19,677.50) and 100% of requested expenses ($0.00) on an interim basis without further Court order.

Dated: Wilmington, Delaware
        July 2, 2009

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP


                                        /s/ Ryan M. Bartley
                                    James L. Patton, Jr. (No. 2202)
                                    Joel A. Waite (No. 2925)
                                    Pauline K. Morgan (No. 3650)
                                    Sean M. Beach (No. 4070)
                                    Ryan M. Bartley (No. 4985)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Counsel for Debtors and
                                    Debtors in Possession