IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

    Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: **Objection Deadline: August 4, 2009 at 4:00 p.m. (ET)**
: **Hearing Date: August 11, 2009 at 10:30 a.m. (ET)**

## NOTICE OF MOTION

TO:   THE OFFICE OF THE UNITED STATES TRUSTEE; COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; THE CLAIMANTS REFERENCED IN THE SUPPLEMENTAL DECLARATION; AND ALL OTHER PARTIES REQUESTING NOTICE PURSUANT TO RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

       PLEASE TAKE NOTICE THAT AHM Holdings, a Delaware corporation, and certain of its affiliates, debtors and debtors in possession in the above-captioned cases (collectively, "AHM" or the "Debtors"), by and through its undersigned counsel, has filed the **DEBTORS' MOTION PURSUANT TO SECTION 107 OF THE BANKRUPTCY CODE FOR AN ORDER AUTHORIZING AND DIRECTING THE FILING UNDER SEAL THE SUPPLEMENTAL DECLARATION OF EILEEN WANERKA IN SUPPORT OF DEBTORS' FIFTH, TENTH, ELEVENTH, THIRTEENTH, FIFTEENTH, THIRTY-FIRST, AND THIRTY-THIRD OMNIBUS OBJECTIONS TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1** (the "Seal Motion").

       PLEASE TAKE FURTHER NOTICE THAT responses, if any, to the Seal Motion must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 4, 2009 at 4:00 p.m.** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the Debtor's undersigned counsel so as to be **received** no later than the Objection Deadline.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

      PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE SEAL MOTION WILL BE HELD ON **AUGUST 11, 2009 AT 10:30 A.M.** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT, FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

      PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE SEAL MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:   Wilmington, Delaware  
           July 6, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____  
Sean M. Beach (No. 4070)  
Margaret Whiteman Greecher (No. 4652)  
Michael S. Neiburg (No. 5275)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession