**<u>Exhibit A</u>**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
AMERICAN HOME MORTGAGE                                     :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                            :
a Delaware corporation, et al.,[1]                         :   Jointly Administered
                                                           :
     Debtors.                                              :
                                                           :   Docket Ref. No.: ___
                                                           :
---------------------------------------------------------- x

### ORDER PURSUANT TO SECTION 107 OF THE BANKRUPTCY CODE AUTHORIZING AND DIRECTING THAT THE SUPPLEMENTAL DECLARATION OF EILEEN WANERKA IN SUPPORT OF DEBTORS' FIFTH, TENTH, ELEVENTH, THIRTEENTH, FIFTEENTH, THIRTY-FIRST, AND THIRTY-THIRD OMNIBUS OBJECTIONS TO CLAIMS BE FILED UNDER SEAL

Upon consideration of the motion (the "Seal Motion")[2] of the above-captioned debtor (the "Debtor") for entry of an order pursuant to section 107(b) of the Bankruptcy Code, Rule 9018 of the Bankruptcy Rules, and Rule 9018-1 of the Local Rules authorizing and directing the filing under seal of the Supplemental Declaration; and the Court having determined that the relief requested in the Seal Motion is in the best interests of the Debtors, their estates, creditors and other parties-in-interest, including the Claimants; and notice of the Seal Motion having been given that is due and adequate under the circumstances; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms included but not defined herein shall have the meaning ascribed to such terms in the Seal Motion.

ORDERED that the Seal Motion is GRANTED to the extent set forth herein; and it is further

ORDERED that the Supplemental Declaration shall be filed and kept by the Clerk of the Court under seal and shall not be made publicly available pursuant to section 107 of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b); and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       August ___, 2009

                                              Christopher S. Sontchi
                                              United States Bankruptcy Judge

DB02:8387559.2                          066585.1001