IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                   :    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)
a Delaware corporation, <u>et al.</u>,                  :

                                         :    Jointly Administered

      Debtors.                           :
------------------------------------------------------------------------- x    Ref. No. 7520

**<u>CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 7520</u>**

         The undersigned hereby certifies that, as of the date hereof, no answer, objection

or other responsive pleading has been received to the Twenty-First Monthly Application of

Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession

for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period

April 1, 2009 through April 30, 2009 (the "Application"). The Court's docket which was last

updated July 7, 2009, reflects that no objections to the Application have been filed. Objections

to the Application were to be filed and served no later than July 1, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures

for Interim Compensation and Reimbursement of Expenses of Professionals entered on

September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($304,256.80)

of requested fees ($380,321.00) and 100% of requested expenses ($37,238.86) on an interim

basis without further Court order.


Dated: Wilmington, Delaware
      July 7, 2009

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP


                          /s/ Sean M. Beach
                          Pauline K. Morgan (No. 3650)
                          Sean M. Beach (No. 4070)
                          Margaret Whiteman Greecher (No. 4652)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          Wilmington, Delaware 19801
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253

                          Counsel for Debtors and
                          Debtors in Possession