## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                             :    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]             :

                                    :    Jointly Administered

      Debtors.                       :    **Ref. Docket Nos. 3474, 3753 & 3946**

------------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL SECOND ORDER SUSTAINING DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On March 28, 2008, the above-captioned debtors and debtors in possession (the

"Debtors") filed their Second Omnibus (Non-Substantive) Objection to Claims Pursuant to

Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-

1 [Docket No. 3946] (the "Objection"). By the Objection, the Debtors requested, *inter alia*, that

the Court expunge two proofs of claim filed by Judith Rigsby ("Claim 231" and "Claim 2528").

The Debtors sought to expunge Claim 2528 on the grounds that the amount claimed, $2402.40,

was fully satisfied and therefore no amount was due and owing by the Debtors to Ms. Rigsby.

The Debtors objected to Claim 231 because it was amended and replaced by Claim 2528.

On or about April 18, 2008, Ms. Rigsby filed a response to the Objection [Docket No.

3753] (the "Response") in which she contends that she is entitled to at least $2402.40 for two

weeks of unpaid wages on account of her severance package. On May 1, 2008, the Court entered

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

an order [Docket No. 3946] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 231 and Claim 2528.

Following good faith negotiations, the parties have agreed that Claim 2528 should be modified and allowed in the amount of $1,201.20, unsecured, priority. The parties have further agreed that Claim 231 should be disallowed and expunged in its entirety. A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: July 9, 2009
      Wilmington, Delaware

               **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

               Margaret Whiteman Greecher (No. 4652)
               Michael S. Neiburg (No. 5275)
               The Brandywine Building
               1000 West Street, 17th Floor
               Wilmington, Delaware  19801
               Telephone: (302) 571-6756
               Facsimile: (302) 571-1253

               Counsel to the Debtors and Debtors in Possession

DB02:7935852.1
066585.1001

# EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                    :     Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                     :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                         :
                                                          :     Jointly Administered
                                                          :
Debtors.                                                   :     **Ref. Docket Nos. 3474, 3753 & 3946**

------------------------------------------------------------------------ x

### SECOND ORDER SUSTAINING DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the second omnibus (non-substantive) objection (the "Objection") [Docket No. 3474] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 3946] on May 1, 2008; and the Objection having been adjourned with respect to proofs of claim numbered 231 and 2528 filed by Judith Rigsby ("Claim 231" and "Claim 2528"); and the Debtors and Ms. Rigsby having agreed that Claim 231 and Claim 2528 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 2528 is hereby modified and allowed in the amount of $1,201.20, unsecured, priority against American Home Mortgage Corp. (Case No. 07-11051); and it is further

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 231 is hereby disallowed and expunged in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ __, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2