# EXHIBIT III

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
        Debtors.                                                         :
                                                                         :   Ref. Docket No. _____
------------------------------------------------------------------------ x

### ORDER SUSTAINING DEBTORS' THIRTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-eighth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, D, and E; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that, the Disputed Claims identified on the attached <u>Exhibits A</u>, <u>C</u>, <u>D</u> and <u>E</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Wrong Debtor Claims identified on the attached <u>Exhibit B</u> are hereby reassigned to the New Case Numbers listed in <u>Exhibit B</u>; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      August ___, 2009

                                      CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

066585.1001

## Exhibit A
## Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| MOBILE COUNTY<br>MARILYN E. WOOD, REVENUE COMMISSIONER<br>PO BOX DRAWER 1169<br>MOBILE, AL 36633-1169 | 1398 | 10/2/07 | 07-11050 | $150.38 (S)<br>- (A)<br>- (P)<br>- (U)<br>$150.38 (T) | 1604 | 9/17/07 | 07-11050 | $150.38 (S)<br>- (A)<br>- (P)<br>- (U)<br>$150.38 (T) |
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 S IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | 103 | 8/27/07 | 07-11047 | $906.65 (S)<br>- (A)<br>- (P)<br>- (U)<br>$906.65 (T) | 10001 | 2/25/08 | 07-11047 | $655.33 (S)<br>- (A)<br>- (P)<br>- (U)<br>$655.33 (T) |
| POLK COUNTY FLORIDA TAX COLLECTOR<br>JOE G TEDDER CFC / SARI E MEADOR<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | 1265 | 9/24/07 | No Case | $49.21 (S)<br>- (A)<br>- (P)<br>- (U)<br>$49.21 (T) | 1512 | 10/3/07 | 07-11051 | $90.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$90.20 (T) |
| SNOHOMISH COUNTY TREASURER<br>ATTN DEBI GAHRINGER, BANKRUPTCY OFFICER<br>3000 ROCKEFELLER AVE M/S 501<br>EVERETT, WA 98201-4060 | 156 | 8/24/07 | 07-11047 | $430.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$430.88 (T) | 1248 | 9/20/07 | 07-11051 | $430.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$430.88 (T) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W. GRAND BLVD., 10-200<br>DETROIT, MI 48202 | 9663 | 1/15/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$20,701.44 (U)<br>$20,701.44 (T) | 10681 | 2/18/09 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$19,615.05 (U)<br>$19,615.05 (T) |
| TRUSTEES OF MALL ROAD TRUST<br>C/O J. DAVID FOLDS<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET, NW<br>WASHINGTON, DC 20006 | 8484 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$20,497.43 (U)<br>$20,497.43 (T) | 10570 | 11/6/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$36,709.34 (U)<br>$36,709.34 (T) |
| WHEELER, MICHAEL JAMES<br>9180 LOS LAGOS CIRCLE<br>GRANITE BAY, CA 95746 | 7319 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$363,131.73 (U)<br>$374,081.73 (T) | 7613 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$363,131.73 (U)<br>$374,081.73 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| Totals: | | 7 Claims | | $1,537.12 (S)<br>- (A)<br>$10,950.00 (P)<br>$404,330.60 (U)<br>$416,817.72 (T) | | | | $1,326.79 (S)<br>- (A)<br>$10,950.00 (P)<br>$419,456.12 (U)<br>$431,732.91 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B
## Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims ||||  New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| CLARK COUNTY TREASURER<br>DOUG LASHER, TREASURER<br>PO BOX 5000<br>VANCOUVER, WA 98666 | 1636 | 10/16/07 | 07-11047 | $151.11 (S)<br>- (A)<br>- (P)<br>- (U)<br>$151.11 (T) | 07-11051 |
| COUNTY OF DENTON<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY STE 100 - PO BOX 1269<br>ROUND ROCK, TX 78680 | 24 | 8/15/07 | 07-11047 | $104.06 (S)<br>- (A)<br>- (P)<br>- (U)<br>$104.06 (T) | 07-11051 |
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | 1720 | 10/22/07 | 07-11047 | $278.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$278.58 (T) | 07-11051 |
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | 1721 | 10/22/07 | 07-11047 | $83.73 (S)<br>- (A)<br>- (P)<br>- (U)<br>$83.73 (T) | 07-11051 |
| MOORE COUNTY TAX DEPARTMENT<br>ATTN ESTHER R. CUMMINGS,<br>DEPUTY TAX ADMINISTRATOR<br>PO BOX 428<br>CARTHAGE, NC 28327 | 4292 | 12/3/07 | No Case | - (S)<br>- (A)<br>$212.28 (P)<br>- (U)<br>$212.28 (T) | 07-11051 |
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 S IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | 10001 | 2/25/08 | 07-11047 | $655.33 (S)<br>- (A)<br>- (P)<br>- (U)<br>$655.33 (T) | 07-11051 |
| POTTER COUNTY ET AL<br>D'LAYNE PEEPLES<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 | 176 | 8/28/07 | 07-11047 | $282.01 (S)<br>- (A)<br>- (P)<br>- (U)<br>$282.01 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| SNOHOMISH COUNTY TREASURER<br>ATTN DEBI GAHRINGER, BANKRUPTCY OFFICER<br>3000 ROCKEFELLER AVE M/S 501<br>EVERETT, WA 98201-4060 | 1248 | 9/20/07 | 07-11047 | $430.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$430.88 (T) | 07-11051 |
| SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN CECILIA BAESA<br>CREDIT AND PAYMENT SERVICES<br>300 N LONE HILL AVE<br>SAN DIMAS, CA 91773 | 586 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$632.17 (P)<br>- (U)<br>$632.17 (T) | 07-11051 |
| THURSTON COUNTY TREASURER<br>ATTN SUSAN SHEFLER, REVENUE OFFICER<br>2000 LAKERIDGE DR SW<br>OLYMPIA, WA 98502 | 640 | 9/11/07 | 07-11047 | $545.92 (S)<br>- (A)<br>- (P)<br>- (U)<br>$545.92 (T) | 07-11051 |
| Totals: | 10 Claims | | | $2,531.62 (S)<br>- (A)<br>$844.45 (P)<br>- (U)<br>$3,376.07 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## Exhibit C

### No Documentation Claim

#### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| TEHRANI, HANRI Y.<br>125 S CLARK DR<br>BEVERLY HILLS, CA 90211-2603 | 7037 | 1/4/08 | No Case | $659.80 (S)<br>- (A)<br>- (P)<br>- (U)<br>$659.80 (T) | No documentation provided. Debtors unable to assess basis or validity of claim. |
| Totals: | 1 Claim | | | $659.80 (S)<br>- (A)<br>- (P)<br>- (U)<br>$659.80 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Satisfied Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HANCOCK, MICHAEL G. 109 ESKER RD HAMPTON, NH 03842 | 463 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$375.00 (P)<br>- (U)<br>$375.00 (T) | Debtor received initial deposit via credit card on 7/11/07. Debtor then received a chargeback on 9/27/07. Debtor sent a letter to the borrower letting them know that we would be objecting to the claim and we did not receive a response. |
| POLK COUNTY FLORIDA JOE G TEDDER CFC TAX COLLECTOR DELINQUENCY AND ENFORCEMENT PO BOX 2016 BARTOW, FL 33831 | 1512 | 10/3/07 | 07-11051 | $90.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$90.20 (T) | Debtor paid claimant $90.39 on 6/26/09, check number 337039. |
| QUINLAN, JEFFREY S. 10401 LONG HOME RD LOUISVILLE, KY 402914023 | 2243 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$295.00 (P)<br>- (U)<br>$295.00 (T) | Debtor received initial deposit via credit card on 6/12/07. Debtor then received a chargeback on 9/22/07. Debtor sent a letter to the borrower letting them know that we would be objecting to the claim and we did not receive a response. |
| QUINLAN, JEFFREY S. 3714 WILLOW AVENUE JEFFERSONTOWN, KY 40299 | 2244 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$295.00 (P)<br>- (U)<br>$295.00 (T) | Debtor received initial deposit via credit card on 7/18/07. Debtor then received a chargeback on 9/22/07. Debtor sent a letter to the borrower letting them know that we would be objecting to the claim and we did not receive a response. |
| THERMOLICE, JEAN 4510 THREE LAKES CIRCLE ORLANDO, FL 32808 | 1061 | 9/20/07 | No Case | - (S)<br>- (A)<br>$250.00 (P)<br>- (U)<br>$250.00 (T) | Claimant was refunded their loan origination fee of $250.00 on 6/18/08. Debtor sent an e-mail to the borrower letting them know that we would be objecting to the claim and we did not receive a response. |
| **Totals:** | **5 Claims** | | | $90.20 (S)<br>- (A)<br>$1,215.00 (P)<br>- (U)<br>$1,305.20 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Late Filed Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Bar Date |
|---|---|---|---|---|---|---|
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10516 | 9/16/08 | 07-11047 | -<br>$256.39<br>-<br>-<br>$256.39 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | February 4, 2008 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10553 | 9/23/08 | 07-11047 | $304,363.41<br>-<br>-<br>-<br>$304,363.41 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | February 4, 2008 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10705 | 4/27/09 | 07-11047 | $324,612.16<br>-<br>-<br>-<br>$324,612.16 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | February 4, 2008 |
| WOLF, KRISTIN<br>622 SOUTH 8TH<br>PETERSBURG, IL 62675 | 10418 | 6/13/08 | 07-11047 | $1,176.87<br>-<br>-<br>-<br>$1,176.87 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | January 11, 2008 |
| Totals: | 4 Claims | | | $630,152.44<br>-<br>$256.39<br>-<br>$630,408.83 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.