## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :  Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :  Jointly Administered
Debtors.                                                            :
                                                                    :  Ref. Docket Nos. 5447, 5522 & 6217
------------------------------------------------------------------- x

### SIXTH ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the fifteenth omnibus (substantive) objection (the "Objection") [Docket No. 5447] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 6217] on October 10, 2008; and the Objection having been adjourned with respect to proof of claim numbered 2340 filed by Ray Palen ("Claim 2340"); and the Debtors and Mr. Palen having agreed that Claim 2340 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 2340 is hereby modified and allowed in the amount and priority against American Home Mortgage Corp. (Case No. 07-11051) as follows: (i) $1,480.77, unsecured, priority; and (ii) $1,400, unsecured, non-priority; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____7/13_____, 2009

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE