**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------------x
In re

AMERICAN HOME MORTGAGE HOLDINGS,
INC., *et al.*,[1]

                                  Debtors.
----------------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

Hearing Date: August 11, 2009 at 10:30 a.m.
Responses Due: August 4, 2009 by 4:00 p.m.

**NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING THE *NUNC PRO TUNC* RETENTION AND EMPLOYMENT OF THE RECEIVABLE MANAGEMENT SERVICES CORPORATION AS COLLECTIONS AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

TO:    (i) The Office of the United States Trustee, (ii) counsel to the above-captioned Debtors, and (iii) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure in these case.

        The Official Committee of Unsecured Creditors (the "*Committee*") of the above-captioned debtors and debtors-in-possession (the "*Debtors*") filed its *Application for an Order Authorizing the Nunc Pro Tunc Retention and Employment of The Receivable Management Services Corporation as Collections Agent for the Official Committee of Unsecured Creditors* (the "*Application*")[2] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "*Bankruptcy Court*"). A true and correct copy of the Application is filed and served herewith.

        Objections and other responses to the relief requested in the Application, if any, must be in writing and shall be filed with the Bankruptcy Court and also served upon the undersigned counsel for the Committee so that they are received by no later than **4:00 p.m. Eastern Time on August 4, 2009.**

        **IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

703159.002-1708429.1

**OR HEARING.**

**IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE BANKRUPTCY COURT ON AUGUST 11, 2009 AT 10:30 A.M. EASTERN TIME.**

Dated: July 15, 2009

BLANK ROME LLP

By: */s/ David W. Carickhoff*
    Bonnie Glantz Fatell (No. 3809)
    David W. Carickhoff (No. 3815)
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    Telephone: (302) 425-6400
    Facsimile: (302) 425-6464

and

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
Edward L. Schnitzer
Jeffrey Zawadzki
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Committee*