IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. \_\_\_\_\_** |
| | ) | |

ORDER GRANTING
THE MOTION OF OFFICIAL
COMMITTEE OF BORROWERS FOR RELEASE OF FUNDS

Upon consideration of the above-referenced motion (the "Motion"), it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Debtors shall deliver $50,000 to the OCB which may use such funds to conduct investigation and otherwise to protect the interests of its constituency.

DATED: _____, 2009

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge

MOTION TO RELEASE $50,000.doc