IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 7619 |
| | ) | |

**MOTION FOR EXPEDITED CONSIDERATION
AND TO LIMIT NOTICE OF THE MOTION OF OFFICIAL
COMMITTEE OF BORROWERS FOR RELEASE OF FUNDS**

To the Honorable Christopher S. Sontchi:

The Official Committee of Borrowers ("OCB") has, subject to Your Honor's approval, recently engaged undersigned Delaware counsel and Jeffrey Barnes, Esquire to represent the OCB during this post-confirmation period. The OCB has moved to convert the $50,000 fund provided for in the AHM plan for the Borrower Information Ombudsman to a fund to be used by the OCB to investigate post-confirmation activities in this case. The reasons for this request are set out in more detail in the enclosed motion (the "Funds Motion").

The OCB requests expedited consideration of the Funds Motion. Preliminarily, the Motion is straightforward and, contested or not, does not present any particularly complex issues. The relief sought—the disbursement of $50,000--is also immaterial in relation to the size of this case. Moreover, the OCB is concerned about the impending statute of limitations deadline under section 546(a) and also that, we have been told, mortgage claims are being compromised with certain selected borrowers, but not with the vast majority.

Finally, Mr. Barnes and Ms. Paula Rush will have to travel from out of town to be here for the hearing on the Funds Motion. Mr. Barnes will be flying here from Nevada. They will also be here on July 28th for a hearing before Judge Walrath in the Accredited bankruptcy case.

From Your Honor's schedule on PACER, it appears that the Court's calendar is booked with chapter 7 cases on July 28th, but if we can be accommodated we would appreciate that. Alternatively, Mr. Barnes could alter his flight plans to be here on July 27th or, with additional re-arrangements, on July 29th. Finally, given its limited resources, the OCB asks that notice of the Funds Motion be limited to counsel to the Debtors the OCUC and the Office of the U.S. Trustee.

The OCB and its counsel express their apology to the Court for the last-minute nature of this request.

DATED: July 20, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:        loizides@loizides.com

- and -

William Jeff Barnes, Esquire
c/o INTERNATIONAL MEDIATION ASSOCIATES
6655 W. Sahara Avenue, Suite B200
Las Vegas, NV 89146
Telephone:   (702) 222-3202
Email:        wjbarnes@cox.net

*Proposed Counsel to the OCB*