IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 7619 and ____ |
| | ) | |

## ORDER GRANTING THE
## MOTION FOR EXPEDITED CONSIDERATION
## AND TO LIMIT NOTICE OF THE MOTION OF OFFICIAL
## COMMITTEE OF BORROWERS FOR RELEASE OF FUNDS

Upon consideration of the above-referenced motion to expedite (the "Motion to Expedite") the above-referenced motion for release of funds (the "Funds Motion"), it is hereby ORDERED that:

1. The Motion to Expedite is GRANTED.

2. A hearing on the Funds Motion shall take place on _____, 2009 at _____.

3. Objections to the Funds Motion shall be filed and served by _____, 2009 at _____.

4. Counsel to Movants shall immediately serve this Order on counsel to the Debtors, counsel to the Official Committee of Unsecured Creditors and the Office of the United States Trustee and notice of the Funds Motion is hereby limited to such parties.

DATED: _____, 2009

The Honorable Christopher S. Sontchi<br>
United States Bankruptcy Court Judge