**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No 7572 |

**CERTIFICATE OF NO OBJECTION REGARDING TWENTIETH MONTHLY APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2009 THROUGH MAY 31, 2009  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Twentieth Monthly Application of BDO Seidman, LLP, Financial Advisors to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period May 1, 2009 through May 31, 2009 [Docket No. 7572]* (the "Application") filed on June 25, 2009.  The undersigned further certifies that he has caused the review of the Court's docket in these jointly administered cases and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 15, 2009 at 4:00 p.m.

128189.01600/21803083v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtors are authorized to pay BDO Seidman, LLP $94,917.20, which represents 80% of the fees requested ($118,646.50) and $2,051.39 which represents 100% of the expenses requested in the Application for the period of May 1, 2009 through May 31, 2009 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    July 21, 2009                                   **BLANK ROME LLP**

                                                          By:  */s/ David W. Carickhoff*
                                                              Bonnie Glantz Fatell (DE No. 3809)
                                                              David W. Carickhoff (DE No. 3715)
                                                              1201 Market Street, Suite 800
                                                              Wilmington, DE  19801
                                                              Telephone:  (302) 425-6400
                                                              Facsimile:  (302) 425-6464

                                                                      and

                                                              Mark S. Indelicato
                                                              Mark T. Power
                                                              Hahn & Hessen LLP
                                                              488 Madison Avenue
                                                              New York, NY  10022
                                                              Telephone:  (212) 478-7200
                                                              Facsimile:  (212) 478-7400

                                                              *Co-Counsel for the Official Committee of Unsecured Creditors*