UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| AMERICAN HOME MORTGAGE | | Case No. 07-11047-CSS |
| HOLDINGS, INC. | * | (Chapter 11) |
| a Delaware corporation, *et al.*, | | |
| Debtor | * | |
| | *********** | |
| CITIMORTGAGE, INC. | * | |
| Movant | | |
| v. | * | |
| | | **Objections due by: August 7, 2009 4:00 PM** |
| AMERICAN HOME MORTGAGE | * | **Hearing Date: September 8, 2009 10:00 AM** |
| HOLDINGS, INC., *et al* | | |
| Debtor | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2009, copies of the foregoing Motion for

Relief from Automatic Stay Under § 361 of the Bankruptcy Code; Notice of Motion; and

proposed Order were served upon the parties listed on the below in the manner stated:

<u>VIA US MAIL</u>
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

<u>VIA US MAIL</u>
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
Trustee

<u>VIA US MAIL</u>
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Attorneys for Debtor

<u>VIA US MAIL</u>
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney  for Plaintiff


<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

Respectfully submitted,

MORRIS|HARDWICK|SCHNEIDER

<u>/s/ *Lisa R. Hatfiled*          </u>
Lisa R. Hatfield (DE No. 4967)
284 East Main Street
Newark, Delaware 19771
(302) 444-4602
(302) 444-4603-facsimile
(866) 503-4930 (toll free)