| ORDERED FOR | DEPT | DATE | FARVV REF NO. |
|---|---|---|---|
| BULK BULK | CL-FORCLOSURE | 5/22/2009 | 4396044 |

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)

Very nice subd. with large custom homes on large lots. subdivision is approx 10 miles to major shopping, medical, etc; however, the subject is located approx 5 miles back into the subd. which adds extra travel time. No functional obsolescense. Golf course memberships available. The sales office has closed and the club appears to be for lease.

| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? No | WHY? | |
|---|---|---|
| FINANCING REQUIRED TO SELL SUBJECT: Yes | SPECIAL FINANCING PROGRAMS AVAILABLE: Conventional, FHA | |
| INDICATE FINANCING SUBJECT WILL QUALIFY FOR | FHA/VA Yes | CONV Yes |

## MARKET CONDITIONS AND COMPETING LISTINGS (Three listings are required -- use most comparable available)

| NEIGHBORHOOD TREND IS: Stable | IS THERE A SEASONAL MARKET? No | EXPLAIN | | |
|---|---|---|---|---|
| | PRESENT NUMBER OF MARKET AREA LISTINGS: 16 | | PRICE RANGE FROM $259,900 | TO $259,900 |
| | PRESENT NUMBER OF COMPARABLE LISTINGS: 10 | | PRICE RANGE FROM $259,900 | TO $399,000 |
| AVG MKT TIME UNSOLD LISTINGS: 51 | TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC): None | | | |
| AVG MKT TIME SOLD LISTINGS: 64 | | | | |
| IS THERE NEW HOME CONSTRUCTION? No | PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS | | | |

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11603 Sebastians | 1 | $324,900 | 34 | UP<br>MAIN 3310<br>BSMT 0<br>GLA 3,310 | TOT RMS 9<br>BDRMS 5<br>BATHS 3.5 | Good | 5 | 1.56 |

Smaller in sq. ft., larger lot, corner lot, same subd. approx age, Radiant Barrier

| 2 | 15677 CONNIE LN | 2.14 | $395,000 | 118 | UP<br>MAIN 4200<br>BSMT 0<br>GLA 4,200 | TOT RMS 12<br>BDRMS 5<br>BATHS 4 | Good | 2 | 1.5 |

Somewhat larger, same subd., newer home, custom on larger lot, upgraded appliance, hardwood floors two masters.

| 3 | 11405 W CONNIE LN | 1.68 | $399,900 | 44 | UP<br>MAIN 4000<br>BSMT 0<br>GLA 4,000 | TOT RMS 11<br>BDRMS 5<br>BATHS 3.75 | Good | 2 | 1.68 |

Somewhat larger, somewhat newer, same subd. Custom on larger lot, full fencing, Pool and hot tub.

## SOLD COMPS SUPPORTING YOUR VALUE (Three are required -- use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE / SALE DATE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 18502 GARY PLAYER RD<br>SALE DATE 02/27/2009 | 0.16 | LIST $244,900<br>SALE $270,000 | 90 | UP<br>MAIN 3701<br>BSMT 0<br>GLA 3,701 | TOT RMS 9<br>BDRMS 4<br>BATHS 4 | Good | 4 | 1<br>DATA SOURCE MLS |

FORECLOSURE, pool and spa, stone fireplace, landscaped, efficiency apt. w/fireplace above garage. Recent paint

| 2 | 11500 ALLISON CT<br>SALE DATE 01/09/2009 | 2.59 | LIST $269,000<br>SALE $240,000 | 60 | UP<br>MAIN 3379<br>BSMT 0<br>GLA 3,379 | TOT RMS 10<br>BDRMS 4<br>BATHS 3.5 | Good | 3 | 1.28<br>DATA SOURCE MLS |

Culdesac, Corporate Listing, covered patio with built in jen-air grill. Wooded, sits on private lake

| 3 | 11617 PRINCESS ANN CT<br>SALE DATE 01/09/2009 | 2 | LIST $385,000<br>SALE $372,500 | 5 | UP<br>MAIN 3412<br>BSMT 0<br>GLA 3,412 | TOT RMS 9<br>BDRMS 4<br>BATHS 2.5 | Good | 2 | 1<br>DATA SOURCE MLS |

New construction, culdesac, rich woods, granite countertops, fireplace, bonus room, gourmet kitchen

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| SFD | 2-St Conv | | Occupied By Unknown |

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Stable | Stable | Stable | Owner | 0 to 5% | 0 to 5% | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

| AS-IS: | AS-REPAIRED: |
|---|---|
| Lenders prefer repaired properties and this price property should be in good condition. As is brings less price. | As repaired properties being better price, lenders prefer repaired properties. |

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6% | $19,629 | $2,700 | $250 | $125 | $8,381 | $ |

| REP NAME/FIRM/PHONE | | DATE |
|---|---|---|
| BONNIE HURN | (936)525-3200 | 5/22/2009 |

**Addendum** 4396044

Some comps are not within mileage; however, this subd is approx 5 miles long and all comps came from within the subject's subd. I pulled location, sq. ft., age and style and these are the best coming out of MLS at the present time. Two solds are forclosues. Sales are slow at the present time. All properties in the subdivision are custom homes and it is difficult to find # of bedrooms, sq. ft., lot size etc. Some properties may have spare room that is used as a bedroom which could account for the 3/4/5 bedrooms. QC: Subject info and photos matches with prior. Proximity matches with the View Map link.



**First American**
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0770831818 | 052019JB | 4396044 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| paul sherrod | 8862 BROOKES DR | MONTGOMERY, TX  77316 |
| PHOTOS COMMENT | | |

Subject Front



Subject Front



Subject Front



Account #: 0770831818    Tracking #: 052019JB



**First American Residential Value View**

## Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0770831818 | 052019JB | 4396044 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| paul sherrod | 8862 BROOKES DR | MONTGOMERY, TX 77316 |
| PHOTOS COMMENT | | |

Subject House Number



Street Sign



Street View



Account #: 0770831818    Tracking #: 052019JB



**First American Residential Value View**

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0770831818 | 052019JB | | 4396044 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| paul sherrod | 8862 BROOKES DR | MONTGOMERY, TX 77316 | |
| PHOTOS COMMENT | | | |

Sold 1 (18502 GARY PLAYER RD)



Sold 2 (11500 ALLISON CT)



Sold 3 (11617 PRINCESS ANN CT)



Account #: 0770831818    Tracking #: 052019JB

*First American Residential Value View*

# SourceNet™                                                          Map

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0770831818 | 052019JB | 4396044 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| paul sherrod | 8862 BROOKES DR | MONTGOMERY, TX 77316 |



Map Scale: 1 Inch = 0.58 Miles

**⌐ Subject Property**
8862 BROOKES DR
MONTGOMERY, TX 77316

**❶ Comp. Listing 1** (Unable To Map)
11603 Sebastians
Montgomery, TX 77316

**❷ Comp. Listing 2**
15677 CONNIE LN
MONTGOMERY, TX 77316
Dist From Subject: 2.14 Miles

**❸ Comp. Listing 3**
11405 W CONNIE LN
MONTGOMERY, TX 77316
Dist From Subject: 1.68 Miles

**❶ Closed Sale 1**
18502 GARY PLAYER RD
MONTGOMERY, TX 77316
Dist From Subject: 0.16 Miles

**❷ Closed Sale 2**
11500 ALLISON CT
MONTGOMERY, TX 77316
Dist From Subject: 2.59 Miles

**❸ Closed Sale 3**
11617 PRINCESS ANN CT
TX 77316
Dist From Subject: 2 Miles