
## citi

July 01, 2009

DE 1022-09

TO:     Morris Hardwick Schneider
        6 B Nashua Court
        Baltimore, MD 21221

FROM:   Bill Learn
        Phone  (636) 261-4477
        Fax    (636) 898-5164

RE:     Paul E. Sherrod
        CMI Loan

Dear Counsel,

```
 ACCOUNT # : 770831818  8      TIED:
SAVED DATE: 07/01/09      BORR NAME: PAUL E SHERROD
SAVED BY :  984         PROP ADDR: 8862 BROOKES DR
PAYOFF GOOD THROUGH  : 07/15/09    MONTGOMERY      TX 77316
PRINCIPAL BALANCE    : 212714.19    INTEREST CALCULATIONS
ACCUM LATE CHARGE BAL :    548.37  INT RT CALC FR CALC TO INT CHGD
FHA/PMI PREM TO:             06.87500 09/01/08 07/15/09  12747.72
PENDING INSPECTIONS   :   30.00
DELINQ EXPENSE TOTAL  :  176.00
PD FC ATTY F&C:      0.00
PD BK ATTY F&C:      0.00
PROP PRESERV:        0.00    INTEREST TOTAL TO 07/15/09  15185.08
APPRSL/BPO:        168.00    LESS UNAPPLIED FUNDS          0.00
INSPECTIONS:         8.00    ESCROW ADVNC BALANCE      15298.59
DELQ CONDO/COOP MNT:  0.00   PENDING ESCROW DISB           0.00


DELINQ EXPENSE CREDIT :    0.00
SERVICING FEES    :    324.36
  PER DIEM        :   40.0660  TOTAL PAYOFF AMT:       244276.59
```

This quote must be verified by your office through ours the day before
closing. This statement is always subject to change with receipts and
disbursements.

Counsel is instructed to ensure all costs, fees and late charges quoted are allowable by
state legislative guidelines and adjust figures accordingly.

Please add your outstanding fees and cost.

I may be contacted at (636) 261-4477 should you have any questions or
adjustments.

Thank you
Bill Learn


*Calls are randomly monitored and recorded to ensure quality service.