**AMERICAN HOME MORTGAGE**
**Time Summary**
**June 1, 2009 to June 30, 2009**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 26.5 | 610.00 | 16,165.00 |
| MICHELE MICHAELIS | DIRECTOR | 42.7 | 395.00 | 16,866.50 |
| ANTHONY LA MALFA | SENIOR MANAGER | 3.5 | 400.00 | 1,400.00 |
| CHRIS AWONG | SENIOR | 88.5 | 275.00 | 24,337.50 |
| MATTHEW J STEWART | SENIOR | 110.0 | 240.00 | 26,400.00 |
| SUSANNE CLEARY | SENIOR | 8.2 | 235.00 | 1,927.00 |
| CHARLES BROWN | SENIOR | 35.3 | 225.00 | 7,942.50 |
| JERRY D'AMATO III | SENIOR | 25.9 | 225.00 | 5,827.50 |
| NAUSHON E VANDERHOOP | SENIOR | 3.6 | 185.00 | 666.00 |
| JASON M FRIEDMAN | STAFF | 1.7 | 180.00 | 306.00 |
| WILLIAM T WILEY | STAFF | 19.6 | 180.00 | 3,528.00 |
| LOREN E FRIEDMAN | STAFF | 9.4 | 150.00 | 1,410.00 |
| MARISSA HERMANN | STAFF | 4.8 | 150.00 | 720.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 5.3 | 150.00 | 795.00 |
| | SUBTOTAL: | 390.0 | | 108,866.00 |

TRAVEL TIME: Billed @ ½ rate

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| MATTHEW J STEWART | SENIOR | 1.0 | 120.00 | 120.00 |
| | SUBTOTAL: | 1.0 | | 120.00 |
| | **TOTAL:** | **386.0** | | 108,411.00 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### June 1, 2009 to June 30, 2009

### A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/2/2009 | M.M. | Reviewed update claims documents. | 0.9 |
| 6/3/2009 | M.M. | Reviewed and discussed additional claims related data. | 0.6 |
| 6/3/2009 | M.S. | Reviewed omnibus objections (36) (37) filed on 6/2/09 and updated claims schedule provided by the Debtors. | 2.3 |
| 6/10/2009 | M.M. | Reviewed additional information received with regard to WL Ross claims. | 0.4 |
| 6/10/2009 | M.M. | Reviewed previous Ross settlement data. | 0.6 |
| 6/12/2009 | M.M. | Participated in conference call re: WL Ross settlement. | 0.5 |
| 6/23/2009 | M.S. | Reviewed last 2 omnibus objection filed with the court. | 0.6 |
| 6/26/2009 | M.M. | Reviewed and discussed updated claims information. | 0.7 |
| 6/26/2009 | M.S. | Discussion regarding claims and reviewed priority and admin claims as of 6/12/09. | 0.6 |
| | | **TOTAL:** | **7.2** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## A.     ACCOUNTS PAYABLE

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 3.7 | 395.00 | 1,461.50 |
| M. STEWART (M.S.) | 3.5 | 240.00 | 840.00 |
| **TOTAL:** | **7.2** | | **2,301.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**B.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/1/2009 | M.M. | Met with electronic data team on preference analysis parameters. | 0.4 |
| 6/4/2009 | C.A. | Prepared full new value preference analyses for various vendors. | 4.1 |
| 6/4/2009 | D.B. | Met with M. Michaelis and C. Awong re: status of preference analysis and additional work to be performed. | 0.3 |
| 6/5/2009 | C.A. | Met with M. Michaelis, S. Brown and S. Giammarco to review the next steps required to build the new value preference analysis in Access. | 0.9 |
| 6/5/2009 | C.A. | Modified Exhibit C in the report to the Committee to include a column for unpaid invoices and recalculated a "net" preference balance for the top 340 vendors. | 1.2 |
| 6/5/2009 | C.B. | Team meeting with S. Giammarco, M. Michaelis, and C. Awong re: work to be performed. | 0.4 |
| 6/5/2009 | C.B. | Prepared open invoice amounts between 5/8/07 - 8/5/07 report. | 0.5 |
| 6/5/2009 | M.M. | Met with Electronic Data Team re: presence analysis parameters and new value. | 1.1 |
| 6/5/2009 | M.M. | Revisited preference analysis. | 0.4 |
| 6/8/2009 | C.A. | Reviewed ordinary course preference calculations performed by S. Brown for the parameters 5, 7 and 10 days. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**B.      PREFERENCE ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|-------------|------|
| 6/8/2009 | C.A. | Modified Exhibit C in the preference report to the Committee to include calculations of potential preference for each of the three defined ordinary course parameters (5, 7 and 10 days).  Also included a summary of unpaid invoices for each vendor. Submitted to BDO Director and Partner for their review. | 3.3 |
| 6/8/2009 | D.B. | Prepared for meeting with counsel re: preference analysis and reviewed preference analysis draft report. | 1.1 |
| 6/9/2009 | C.A. | Summarized a schedule of current professionals paid during the preference period by either check or wire based on request by Counsel. | 1.1 |
| 6/9/2009 | C.A. | Prepared a schedule of check payments to vendors receiving between $12K and $40K during the preference period, and provided a preliminary potential preference and new value analysis based on three defined parameters. | 1.4 |
| 6/9/2009 | C.A. | Prepared a schedule of check payments to vendors receiving more than $40K during the preference period, and provided a preliminary potential preference and new value analysis based on three defined parameters.  Also excluded various categories tentatively not deemed preferential and summarized these exclusions on separate tabs. | 2.7 |
| 6/9/2009 | C.A. | Phone call with Debtor (P. Moran) to discuss the various payments to American Express, assignment of Amex cards to various employees, etc. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**B.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/9/2009 | C.B. | Created potential preference report with 5, 7, and 10 day preference window breakdown. | 1.2 |
| 6/9/2009 | D.B. | Reviewed revised schedule of checks and rough new value analysis to prepare for conference call. | 0.8 |
| 6/9/2009 | D.B. | Met with M. Michaelis and C. Awong re: additional work to be done re: preference analysis. | 0.4 |
| 6/10/2009 | C.A. | Prepared a summary of the check payments that were excluded from the preference analysis. | 1.3 |
| 6/10/2009 | C.A. | Made a selection of invoices (both paid and unpaid) to be pulled for the preference analysis for five vendors, and submitted request to Zolfo Cooper. | 0.7 |
| 6/10/2009 | C.A. | Reviewed the Debtors' payment detail during the preference period and categorized vendors by name (regardless of vendor ID) and modified schedule of vendors receiving in excess of $40,000 during the preference period. | 4.1 |
| 6/10/2009 | C.B. | Reviewed potential preference report with C. Awong. | 0.4 |
| 6/10/2009 | D.B. | Reviewed additional preference schedule prepared for counsel and provide comments to C. Awong. | 0.4 |
| 6/10/2009 | M.S. | Correspondence with C. Awong regarding Margin calls. | 0.1 |
| 6/10/2009 | W.W. | Prepared preference analysis reports for counsel. Itemized invoice amounts per vendor. | 2.4 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**B.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/11/2009 | C.A. | Conference call with BDO Director and Counsel to discuss additional analyses and schedules required to draft preference letters to vendors. | 0.9 |
| 6/11/2009 | C.A. | Discussed and reviewed the exhibits to the preference letters that were prepared by W. Wiley (to be submitted by Counsel) and ensured proper formatting, totals, etc. | 3.2 |
| 6/11/2009 | C.A. | Prepared a summary of data (such as addresses, etc.) to be used by Counsel to issue preference demand letters. | 1.8 |
| 6/11/2009 | C.B. | Reviewed vendor in groups report. | 2.8 |
| 6/11/2009 | M.M. | Discussed and reviewed preference summary schedules with BDO Team. | 0.9 |
| 6/11/2009 | M.M. | Discussed preference summary schedules with counsel. | 0.2 |
| 6/11/2009 | M.M. | Reviewed correspondence re: preference analysis. | 0.2 |
| 6/11/2009 | W.W. | Continued creating support schedules for demand orders for counsel. | 2.2 |
| 6/11/2009 | W.W. | Completed developing support schedules for demand orders for counsel. | 1.9 |
| 6/12/2009 | C.A. | Met with Debtor (A. Dokos and D. Pasternak) to review the remaining "unknown" wires and related support. | 3.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**B.     PREFERENCE ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 6/12/2009 | C.A. | Coordination with S. Brown (BDO) to group the similar vendors into single vendors for vendors receiving less than $40,000 in payments in the preference period. | 0.7 |
| 6/12/2009 | C.A. | Searched on the internet for various missing addresses for potential vendors receiving in excess of $40,000 in the preference period. | 1.1 |
| 6/12/2009 | C.A. | Made various edits and modifications to Exhibit A to the preference letters (to be sent by Counsel) for 240 top vendors. | 2.4 |
| 6/12/2009 | C.A. | Incorporated the wire information into Exhibit A of Counsel's Preference Letters for the various vendors that received both check and wire payments. | 2.7 |
| 6/12/2009 | C.B. | Reviewed vendors in groups report; matching vendor names in database. | 2.8 |
| 6/12/2009 | C.B. | Reviewed vendors in groups report. Vendor name comparison using excel. | 2.6 |
| 6/12/2009 | M.M. | Reviewed and discussed file to be sent to H&H for preference demand letters and support. | 0.9 |
| 6/12/2009 | W.W. | Researched addresses of vendors for companies with missing contact information, so that demand letters may be issued by counsel. | 0.4 |
| 6/12/2009 | W.W. | Prepared exhibit schedules for demand letters for counsel. | 2.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**B.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/15/2009 | C.A. | Performed detail review of the vendor groupings in relation to the preference analysis, which was prepared by S. Brown for approximately 9,000 different vendor IDs, and made various modifications to the group numbers based on vendor name, address, Tax ID number, etc. | 3.8 |
| 6/15/2009 | C.A. | Coordinated and communicated with S. Brown various discrepancies found in the vendor groupings in relation to the preference analysis, and reviewed the final product. | 1.3 |
| 6/15/2009 | C.B. | Vendor grouping list - Scoring vendor name in database. | 3.1 |
| 6/15/2009 | C.B. | Vendor groupings list - Quality Control discussion with C. Awong. | 0.3 |
| 6/15/2009 | C.B. | Vendor grouping list - manual check of groups. | 3.7 |
| 6/15/2009 | C.B. | Vendor groupings list - manually grouping outlier vendor groups. | 1.4 |
| 6/15/2009 | D.B. | Reviewed preference schedules prepared for Hahn & Hessen. | 1.0 |
| 6/15/2009 | M.M. | Reviewed correspondence re: preference analysis. | 0.3 |
| 6/16/2009 | C.A. | Prepared a summary schedule of potential preferences for vendors receiving between $12K and $40K of check payments during the preference period; incorporated the vendor groupings for approximately 9,000 different vendor IDs, and communicated to Counsel. | 2.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

B.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/16/2009 | C.A. | Prepared an addendum summary schedule of potential preferences for vendors between in excess of $40K of check payments during the preference period; incorporated the vendor groupings for approximately 9,000 different vendor IDs, and communicated to Counsel.  Also performed a search for these vendors in the schedule of manual wires made in the preference period. | 2.1 |
| 6/16/2009 | C.A. | Prepared detailed schedules of invoices paid in the preference period (Exhibit A) for the additional identified 24 vendors paid over $40K.  Prepared a schedule of addresses and other preference metrics for these 24 vendors to be submitted to Counsel. | 2.9 |
| 6/16/2009 | C.B. | Vendor groupings list - Final Quality Control before sending to C. Awong. | 1.3 |
| 6/16/2009 | C.B. | Reviewed vendor grouping list. | 3.1 |
| 6/17/2009 | W.W. | Continued process of obtaining source invoices from Papervision software as exhibits to demand letters. | 3.7 |
| 6/17/2009 | W.W. | Worked on obtaining source invoices for exhibits to demand letters. | 1.4 |
| 6/18/2009 | C.A. | Coordinated access to the Debtors' invoice imaging server (Citrix Server) with W. Wiley (BDO) and P. Moran (AHM).  Coordinated with W. Wiley to review select invoices paid in the preference period for the top 240 vendors. | 1.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**B.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/18/2009 | C.A. | Reviewed the G/L codes and descriptions for the additionally identified 24 vendors paid over $40K in the preference period in order to determine whether they should be excluded in the preference analysis. Prepared a schedule of addresses and other preference metrics for these 24 vendors to be submitted to Counsel. | 1.8 |
| 6/18/2009 | C.A. | Prepared a schedule of the G/L codes and descriptions for the 150 vendors paid between $24K and $40K in aggregate during the preference period in order to determine whether they should be excluded in the preference analysis. | 3.3 |
| 6/18/2009 | W.W. | Continued using the AHM Papervision software to access invoices to include as exhibits to demand letters. | 3.9 |
| 6/19/2009 | C.A. | Prepared a schedule of the G/L codes and descriptions for the 150 vendors paid between $17K and $24K in aggregate during the preference period in order to determine whether they should be excluded in the preference analysis. | 3.7 |
| 6/19/2009 | D.B. | Reviewed e-mails for preference analysis schedules provided to E. Schnitzer. | 0.7 |
| 6/22/2009 | C.A. | Prepared a schedule of the G/L codes and descriptions for the 210 vendors paid between $12K and $17K in aggregate during the preference period in order to determine whether they should be excluded in the preference analysis. | 4.6 |
| 6/22/2009 | C.A. | Prepared full ordinary course preference and new value analyses for four vendors. | 1.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**B.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/23/2009 | C.A. | Prepared full ordinary course preference and new value analyses for another four vendors. | 1.7 |
| 6/23/2009 | C.A. | Prepared full ordinary course preference and new value analyses for another four vendors. | 1.3 |
| 6/23/2009 | C.A. | Prepared full ordinary course preference and new value analyses for an additional four vendors. | 1.8 |
| 6/23/2009 | C.A. | Prepared full ordinary course preference and new value analyses for four more vendors. | 1.2 |
| 6/24/2009 | C.A. | Prepared full ordinary course preference and new value analyses for another four vendors. | 1.6 |
| 6/24/2009 | M.M. | Discussed preference analysis with C. Awong. | 0.2 |
| 6/24/2009 | M.M. | Reviewed "exclusions" listing re: preference analysis. | 0.3 |
| 6/25/2009 | C.A. | Made various revisions to the schedule of potential preferences for the vendors receiving between $12K and $40K in payments, such as omitting loan funding exclusions.  Submitted schedule to Counsel. | 0.9 |
| 6/25/2009 | M.M. | Met with C. Awong and reviewed preference analysis for new value and exclusions on "mid-level" disbursement review. | 0.8 |
| 6/26/2009 | C.A. | Modified the preliminary full preference analyses to sort the invoices by check clear date (as opposed to check #), per instructions from BDO Director. | 1.2 |
| 6/26/2009 | C.A. | Reviewed payment terms as listed on select invoices for seven vendors.  Compared these payment terms to the terms on the A/P Solomon System. | 1.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**B.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/26/2009 | M.M. | Reviewed new value preference analysis prepared by C. Awong. | 2.1 |
| 6/29/2009 | C.A. | Met with S. Brown (BDO) to review the preference model and to discuss the excel preference calculations for 24 selected vendors. | 1.3 |
| 6/29/2009 | C.A. | Reviewed payment terms as listed on select invoices for twelve vendors.  Compared these payment terms to the terms on the A/P Solomon System. | 1.7 |
| 6/29/2009 | C.A. | Communication and coordination with P. Moran (AHM) to determine discrepancies in vendor terms between Solomon A/P and actual invoices. | 1.1 |
| 6/29/2009 | C.B. | Preference payment report with vendor rankings. | 3.2 |
| 6/30/2009 | C.A. | Prepared a schedule of various preference data/metrics, and mailing addresses for the approximately 450 vendors receiving between $12K and $40K in payments during the preference period. Searched for and coordinated with Debtors for missing addresses.  Submitted to Counsel for his review. | 2.3 |
| 6/30/2009 | C.A. | Met with S. Brown (BDO) to review the preference model and to discuss the format of the report to Counsel. | 1.1 |
| 6/30/2009 | C.B. | Added preference, number of invoices, and number of checks to the preference by ranking report. | 3.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**B.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/30/2009 | C.B. | Preference report by ranking. Quality Control of number of invoices inside of preference. | 2.7 |
| 6/30/2009 | C.B. | Preference report by rankings. Quality Control of new value calculation. | 2.4 |
| 6/30/2009 | M.M. | Reviewed and revisited issues related to preference analysis. | 0.7 |
| | | **TOTAL:** | **154.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.7 | 610.00 | 2,867.00 |
| M. MICHAELIS (M.M.) | 8.5 | 395.00 | 3,357.50 |
| C. AWONG (C.A.) | 86.8 | 275.00 | 23,870.00 |
| M. STEWART (M.S.) | 0.1 | 240.00 | 24.00 |
| C. BROWN (C.B.) | 35.3 | 225.00 | 7,942.50 |
| W. WILEY (W.W.) | 18.8 | 180.00 | 3,384.00 |
| **TOTAL:** | **154.2** | | **41,445.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/1/2009 | M.M. | Reviewed issues and revisited cause of action "next steps". | 0.4 |
| 6/1/2009 | M.M. | Reviewed cause of action letter to be sent and correspondence re: same. | 0.3 |
| 6/1/2009 | M.M. | Reviewed correspondence and discussed payments to Johnston in conjunction with D&O settlement. | 0.3 |
| 6/1/2009 | M.S. | Reviewed Johnston's employment and merger agreement contracts. | 1.3 |
| 6/1/2009 | M.S. | Discussion with staff regarding causes of action report. | 0.2 |
| 6/1/2009 | M.S. | Reviewed causes of action draft report sent to counsel. | 0.8 |
| 6/1/2009 | M.S. | Reviewed letter to be sent to Skadden. | 0.3 |
| 6/1/2009 | M.S. | Collaboration of documents and information regarding the causes of action report. | 2.2 |
| 6/2/2009 | A.L. | Reviewed letter to Deloitte's counsel. | 0.5 |
| 6/2/2009 | D.B. | Reviewed comments from A. LaMalfa re: draft letter re: UCC investigation and discussed with M. Michaelis. | 0.1 |
| 6/2/2009 | M.S. | Correspondence and review regarding the letter to Skadden regarding the causes of action. | 0.4 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### June 1, 2009 to June 30, 2009

### C.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/3/2009 | M.S. | Correspondence with M. Michaelis and D. Berliner regarding residual assets, causes of action, and Debtors weekly update (case status). | 0.8 |
| 6/3/2009 | M.S. | Correspondence regarding causes of action requested information. | 0.2 |
| 6/3/2009 | S.C. | Reviewed report and supporting documentation submitted to counsel regarding D&T workpaper review. | 1.3 |
| 6/5/2009 | J.D. | Uploaded and analyzed the Monthly Operating Reports for January and February. | 2.4 |
| 6/5/2009 | S.C. | Reviewed supporting documents for 12/31/06 balance sheet, specifically for Securities balance. | 1.2 |
| 6/7/2009 | L.F. | Prepared a summary of the Complaint for Violations of the Federal Securities Laws filed against A. Mozilo, D. Sambol, and E. Sieracki. | 1.7 |
| 6/8/2009 | L.F. | Composed summary of Complaint for Violations of the Federal Securities Laws against A. Mozilo, D. Sambol, and E. Sieracki of Countrywide Financial Corporation. | 7.7 |
| 6/8/2009 | M.S. | Reviewed e-mails and related documents for UCC investigation. | 0.6 |
| 6/9/2009 | J.D. | Discussion with M. Stewart regarding causes of action and next steps for AHM. | 1.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

C.    **LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/9/2009 | M.M. | Discussed potential litigation and employee interviews. | 0.4 |
| 6/9/2009 | M.M. | Reviewed additional correspondence related to SEC lawsuits in industry. | 0.2 |
| 6/9/2009 | M.S. | Reviewed Countrywide complaint and issues which relate to AHM. | 1.2 |
| 6/9/2009 | M.S. | Correspondence with staff and D. Berliner and M. Michaelis regarding the Countrywide complaint. | 0.2 |
| 6/9/2009 | M.S. | Correspondence with staff regarding employee list as of 6/8/09. | 0.2 |
| 6/9/2009 | M.S. | Reviewed remaining employee list and functions. | 0.4 |
| 6/9/2009 | M.S. | Discussion with J D'Amato regarding causes of action investigation. | 0.6 |
| 6/10/2009 | J.D. | Reviewed D&T Workpapers on Concordance database for SOX testing. | 3.4 |
| 6/10/2009 | J.D. | Prepared binder of documents found during review of SOX workpapers. | 0.9 |
| 6/10/2009 | M.S. | Discussions with J. D'Amato regarding the causes of action investigation. | 1.2 |
| 6/10/2009 | M.S. | Reviewed and analyzed documents pertaining to a potential causes of action investigation. | 2.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/11/2009 | J.D. | Discussion with M. Stewart regarding 404 binders. | 0.4 |
| 6/11/2009 | M.S. | Correspondence with M. Michaelis and D. Berliner regarding letter to Skadden. | 0.2 |
| 6/11/2009 | M.S. | Discussions with J. D'Amato regarding the causes of action investigation. | 0.4 |
| 6/11/2009 | M.S. | Reviewed and analyzed documents pertaining to a potential causes of action investigation. | 1.8 |
| 6/12/2009 | M.M. | Reviewed correspondence related to WARN settlement. | 0.2 |
| 6/12/2009 | M.S. | Reviewed WL Ross counter-proposal for global settlement of all issues. | 0.4 |
| 6/15/2009 | J.D. | Discussions with M. Stewart regarding causes of action. | 0.3 |
| 6/15/2009 | J.D. | Reviewed database for emails relating to Pina. | 2.2 |
| 6/15/2009 | J.D. | Reviewed database for details relating to SOX workpapers and the reserve analysis. | 3.8 |
| 6/15/2009 | M.M. | Discussed with M. Stewart meetings with employees. | 0.2 |
| 6/15/2009 | M.S. | Discussions with J. D'Amato regarding the causes of action investigation. | 0.3 |
| 6/15/2009 | M.S. | Reviewed documents pertaining to AHM employees for potential interviews. | 2.4 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### June 1, 2009 to June 30, 2009

### C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/16/2009 | J.D. | Discussion with S. Cleary re: IDEA and importing information filed on fee application to a usable format. | 0.3 |
| 6/16/2009 | J.D. | Reviewed database for details relating to SOX workpapers and the reserve analysis. | 3.6 |
| 6/16/2009 | S.C. | Discussions with J. D'Amato regarding conversion of PDF file into Excel using IDEA program. | 0.3 |
| 6/17/2009 | J.D. | Prepared binder of documents provided by Skadden. | 1.3 |
| 6/17/2009 | M.M. | Discussion with M. Stewart and A. LaMalfa regarding documents in Skadden letter. | 0.3 |
| 6/17/2009 | M.S. | Prepared materials for M. Michaelis and A. LaMalfa for further review. | 1.3 |
| 6/17/2009 | M.S. | Collaboration and review of documents contained in the Skadden Letter. | 3.2 |
| 6/17/2009 | M.S. | Discussions with Electronic discovery department regarding documents on the database. | 0.3 |
| 6/17/2009 | M.S. | Discussions with M. Michaelis and A. LaMalfa regarding documents contained in Skadden letter. | 0.2 |
| 6/17/2009 | M.S. | Reviewed Skadden's response to our document request. | 0.2 |
| 6/17/2009 | M.S. | Discussion with J. D'Amato regarding meetings with employees. | 0.2 |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### June 1, 2009 to June 30, 2009

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/18/2009 | J.D. | Discussion with A. LaMalfa and M. Stewart regarding SOX 404 work performed by D&T. | 0.3 |
| 6/18/2009 | J.D. | Discussion with M. Stewart regarding SOX 404 work performed by D&T. | 0.9 |
| 6/18/2009 | M.M. | Reviewed and prepared information for interview with employees re: cause of action. | 1.1 |
| 6/18/2009 | M.S. | Correspondence with Electronic Discovery group and A. LaMalfa regarding the Concordance database. | 0.4 |
| 6/18/2009 | M.S. | Discussions with J. D'Amato and A. LaMalfa regarding causes of action investigation. | 0.4 |
| 6/18/2009 | M.S. | Discussions with J. D'Amato regarding causes of action investigation. | 0.8 |
| 6/18/2009 | M.S. | Collaboration and review of documents contained in the Skadden Letter. | 1.6 |
| 6/18/2009 | M.S. | Reviewed Johnston employment agreement and bonus and share pay-outs. | 0.4 |
| 6/19/2009 | A.L. | Reviewed workpapers listed in Skadden response. | 0.5 |
| 6/19/2009 | D.B. | Met with M. Michaelis re: planning for interviews with AHM employees on June 22nd re: UCC investigation and update on status of preference analysis. | 0.5 |
| 6/19/2009 | M.S. | Discussions with M. Michaelis and J. D'Amato regarding causes of action and employee interviews. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**C.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/19/2009 | M.S. | Prepared for meeting at Debtors offices on Monday. | 1.2 |
| 6/19/2009 | S.C. | Discussions with A. LaMalfa regarding Concordance database and Skadden memo regarding D&T workpapers. | 0.5 |
| 6/19/2009 | S.C. | Reviewed documents listed in Skadden memo regarding D&T workpapers. | 1.6 |
| 6/21/2009 | A.L. | Reviewed workpapers listed in Skadden response. | 0.5 |
| 6/22/2009 | M.M. | Reviewed information for interview with employees. | 1.1 |
| 6/22/2009 | M.M. | Interviewed two current AHM employees. | 2.7 |
| 6/22/2009 | M.M. | Prepared notes based on meeting at Debtors' site. | 0.3 |
| 6/22/2009 | M.S. | Prepared for interviews with AHM employees. | 1.5 |
| 6/22/2009 | M.S. | Various discussions with Debtors regarding cash flow, loan sales, and claims. | 0.4 |
| 6/22/2009 | M.S. | Discussions with M. Michaelis regarding employees and causes of action investigation. | 1.2 |
| 6/23/2009 | D.B. | Met with M. Michaelis re: meeting with AHM employees re: UCC investigation claims update and other case issues. | 0.5 |
| 6/23/2009 | M.M. | Reviewed updated information on servers received from Debtors. | 0.1 |

EXHIBIT "A"

### AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### June 1, 2009 to June 30, 2009

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/23/2009 | M.M. | Discussed, reviewed and edited summary regarding employee interviews. | 0.7 |
| 6/26/2009 | D.B. | Reviewed files to prepare for meeting with staff re: UCC investigation. | 0.5 |
| 6/26/2009 | D.B. | Reviewed binder containing D&T workpapers referenced in D&T letter to Hahn & Hessen to prepare for meeting with staff. | 0.7 |
| 6/26/2009 | M.M. | Prepared for meeting with A. LaMalfa re: cause of action response. | 0.2 |
| 6/26/2009 | M.S. | Discussions regarding causes of action and meeting on Monday. | 0.6 |
| 6/26/2009 | M.S. | Discussions with staff regarding causes of action meeting preparation. | 0.3 |
| 6/26/2009 | M.S. | Reviewed server decommissions and correspondence with Debtors regarding end goals. | 0.2 |
| 6/29/2009 | A.L. | Met with D. Berliner, M. Michaelis, M. Stewart, and S. Cleary to discuss D&T accounting workpapers. | 2.0 |
| 6/29/2009 | D.B. | Reviewed binder containing D&T workpapers referenced in D&T letter to Hahn & Hessen to prepare for meeting with staff. | 0.8 |
| 6/29/2009 | D.B. | Met with A. LaMalfa and BDO staff re: review of D&T workpaper referenced in D&T letter and next steps. | 1.5 |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### June 1, 2009 to June 30, 2009

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/29/2009 | D.B. | Met with M. Stewart re: response to Hahn & Hessen re: information needed for Director re: UCC investigation and email to Ed Schnitzer. | 0.2 |
| 6/29/2009 | M.H. | Prepared materials for meeting for M Stewart. | 1.1 |
| 6/29/2009 | M.H. | Assisted M. Stewart to prepare for meeting on 6/29. | 3.7 |
| 6/29/2009 | M.M. | Met with A. LaMalfa re: D&T cause of action response. | 1.6 |
| 6/29/2009 | M.M. | Reviewed documents prior to meeting regarding cause of action. | 0.3 |
| 6/29/2009 | M.S. | Prepared for and meeting with D. Berliner, M. Michaelis, S. Cleary and A. LaMalfa regarding financials. | 3.3 |
| 6/29/2009 | M.S. | Discussion with staff regarding binder preparation for AHM Committee. | 0.1 |
| 6/29/2009 | S.C. | Prepared for and meeting with A. LaMalfa, D. Berliner, M. Michaelis and M. Stewart to discuss response from D&T regarding D&T audit work papers. | 1.9 |
| 6/29/2009 | S.C. | Prepared memo regarding notes from meeting. | 1.4 |
| 6/30/2009 | M.S. | Reviewed notes from causes of action meeting and reviewed staff's report on investigation. | 1.1 |
| | | **TOTAL:** | **101.1** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**C.     LITIGATION CONSULTING**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.8 | 610.00 | 2,928.00 |
| A. LA MALFA (A.L.) | 3.5 | 400.00 | 1,400.00 |
| M. MICHAELIS (M.M.) | 10.4 | 395.00 | 4,108.00 |
| M. STEWART (M.S.) | 38.4 | 240.00 | 9,216.00 |
| S. CLEARY (S.C.) | 8.2 | 235.00 | 1,927.00 |
| J. D'AMATO III (J.D.) | 21.6 | 225.00 | 4,860.00 |
| L. FRIEDMAN (L.F.) | 9.4 | 150.00 | 1,410.00 |
| M. HERMANN (M.H.) | 4.8 | 150.00 | 720.00 |
| **TOTAL:** | **101.1** | | **26,569.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## D.    ASSET SALE/AUCTION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/2/2009 | M.M. | Reviewed current correspondence with regard to asset sales and remaining assets. | 0.3 |
| 6/3/2009 | M.M. | Reviewed correspondence related to, motion filed for, and discussed NERD assets in relation to AHM pool of loans. | 0.3 |
| 6/4/2009 | M.S. | Reviewed and analyzed Debtors' remaining assets and various loan pools. | 1.2 |
| 6/5/2009 | M.S. | Reviewed Bancorp's offer on the sale of AH Bank. | 0.3 |
| 6/17/2009 | M.M. | Corresponded with M. Stewart regarding sale of loans to Mortgage Asset Recovery. | 0.3 |
| 6/17/2009 | M.S. | Correspondence with M. Michaelis regarding sale of loans to Mortgage Asset Recovery. | 0.2 |
| 6/24/2009 | M.M. | Reviewed remaining asset sale information. | 0.3 |
| 6/30/2009 | M.M. | Reviewed information related to Melville location and "return" to Noteholder. | 0.7 |
| | | **TOTAL:** | **3.6** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**D.    ASSET SALE/AUCTION**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 1.9 | 395.00 | 750.50 |
| M. STEWART (M.S.) | 1.7 | 240.00 | 408.00 |
| **TOTAL:** | **3.6** | | **1,158.50** |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### June 1, 2009 to June 30, 2009

## E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/3/2009 | D.B. | Conference call with Zolfo Cooper re: case status and issues. | 0.5 |
| 6/3/2009 | D.B. | Conference call with Debtors and professionals re: admin and claim status update. | 0.5 |
| 6/3/2009 | M.M. | Participated in call with Debtors re: weekly update. | 0.6 |
| 6/3/2009 | M.S. | Correspondence with Debtors regarding information needed regarding WARN. | 0.2 |
| 6/3/2009 | M.S. | Call with Debtors regarding the weekly update. | 0.5 |
| 6/3/2009 | M.S. | Prepared with the Debtors regarding the weekly update call. | 0.4 |
| 6/4/2009 | M.S. | Discussions with S. Martinez at Zolfo regarding remaining loans. | 0.2 |
| 6/9/2009 | M.M. | Corresponded with Debtor re: current update. | 0.1 |
| 6/10/2009 | D.B. | Reviewed e-mails from S. Martinez re: general weekly update. | 0.2 |
| 6/10/2009 | D.B. | Reviewed e-mail from M. Michaelis re: general weekly update with Zolfo Cooper. | 0.1 |
| 6/10/2009 | M.S. | Prepared for and update call with Zolfo regarding professional fee applications. | 1.1 |
| 6/11/2009 | M.S. | Correspondence with the Debtors regarding Hartford insurance. | 0.2 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**E.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/11/2009 | M.S. | Discussion with Zolfo regarding WARN. | 0.4 |
| 6/12/2009 | D.B. | Conference call with Debtors, Debtors' professionals and Hahn & Hessen re: status of negotiations with WL Ross. | 0.5 |
| 6/15/2009 | M.S. | Correspondence with the Debtors and M. Michaelis regarding the site visit. | 0.2 |
| 6/16/2009 | M.M. | Discussions with Debtors and BDO re: update on case status. | 0.6 |
| 6/16/2009 | M.S. | Prepared for the weekly update call with Zolfo. | 0.3 |
| 6/16/2009 | M.S. | Weekly update call with Zolfo. | 0.6 |
| 6/18/2009 | M.S. | Correspondence with the Debtors and counsel regarding employment agreement and bonus payments. | 0.4 |
| 6/22/2009 | M.M. | Discussed current status update with Zolfo. | 0.8 |
| 6/22/2009 | M.S. | Interviews with AHM employees regarding the causes of action investigation. | 2.2 |
| 6/22/2009 | M.S. | Discussions with S. Martinez and M. Michaelis regarding employees and duties. | 0.6 |
| 6/23/2009 | M.M. | Participated in conference call with Debtors re: case update. | 0.3 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**E.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/23/2009 | M.S. | Correspondence with M. Michaelis and Debtors regarding claims. | 0.2 |
| 6/25/2009 | M.M. | Correspondence with Debtors re: status of WL Ross claims. | 0.2 |
| 6/26/2009 | M.S. | Discussions with Debtors regarding Johnston. | 0.2 |
| 6/30/2009 | D.B. | Reviewed email from K. Nystrom re: WLR proposed settlement and discussion with Nystrom. | 0.4 |
| 6/30/2009 | D.B. | Conference call with Cadwalader, Nystrom and Indelicato re: Waterfield litigation. | 0.3 |
| | | **TOTAL:** | **12.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.5 | 610.00 | 1,525.00 |
| M. MICHAELIS (M.M.) | 2.6 | 395.00 | 1,027.00 |
| M. STEWART (M.S.) | 7.7 | 240.00 | 1,848.00 |
| **TOTAL:** | **12.8** | | **4,400.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## F.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/3/2009 | M.M. | Prepared summary for counsel re: weekly updates. | 1.1 |
| 6/4/2009 | D.B. | Reviewed summary of conference call with Zolfo Cooper re: case status and issues and provided comments to M. Michaelis. | 0.4 |
| 6/4/2009 | D.B. | Reviewed initial draft of BDO Report to UCC and prepared comments and inserts. | 1.6 |
| 6/4/2009 | M.M. | Discussed and reviewed memo to Committee for current 2 week results. | 1.2 |
| 6/4/2009 | M.S. | Reviewed and prepared budget to actual results for the 7 weeks-ended 5/22/09. | 1.6 |
| 6/4/2009 | M.S. | Revised BDO's update report based on M. Michaelis revisions and comments. | 1.7 |
| 6/4/2009 | M.S. | Prepared BDO's update report for 6/5/09. | 3.7 |
| 6/5/2009 | D.B. | Reviewed revised draft of BDO Report to UCC and discussed with M. Michaelis and M. Stewart. | 0.9 |
| 6/5/2009 | M.M. | Reviewed, discussed and edited report for Committee. | 0.9 |
| 6/5/2009 | M.S. | Prepared BDO's update report dated 6/5/09. | 2.8 |
| 6/5/2009 | M.S. | Revised report based on D. Berliner's revisions. | 1.6 |
| 6/5/2009 | M.S. | Correspondence with M. Michaelis regarding report and MBSs. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**F.    REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/10/2009 | M.M. | Edited and distributed "update" to Counsel and BDO team based on information obtained during weekly professionals call. | 0.7 |
| 6/23/2009 | M.S. | Prepared notes and report to counsel based on AHM employee interviews. | 1.4 |
| | | **TOTAL:** | **20.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.9 | 610.00 | 1,769.00 |
| M. MICHAELIS (M.M.) | 3.9 | 395.00 | 1,540.50 |
| M. STEWART (M.S.) | 13.2 | 240.00 | 3,168.00 |
| **TOTAL:** | **20.0** | | **6,477.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## G.    MEETINGS OF CREDITORS / TRUSTEE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/11/2009 | M.M. | Prepared for conference call with Committee. | 0.2 |
| 6/11/2009 | M.M. | Participated in conference call with Committee. | 0.3 |
| 6/11/2009 | M.S. | Prepared for Conference call with the Committee. | 0.4 |
| 6/11/2009 | M.S. | Participated on update call with the Committee. | 0.4 |
| | | **TOTAL:** | **1.3** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 0.5 | 395.00 | 197.50 |
| M. STEWART (M.S.) | 0.8 | 240.00 | 192.00 |
| **TOTAL:** | **1.3** | | **389.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## H.    BUSINESS ANALYSIS

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 6/1/2009 | M.M. | Reviewed most recent "cash at effective date" and discussed same with M. Stewart. | 0.4 |
| 6/1/2009 | M.S. | Reviewed the cash flow forecast provided by the Debtors on 5/29/09. | 0.6 |
| 6/3/2009 | M.S. | Reviewed the cash flow forecast provided by the Debtors on 5/29/09. | 0.8 |
| 6/3/2009 | M.S. | Reviewed WARN settlement agreement and employee information needed. | 0.6 |
| 6/3/2009 | M.S. | Reviewed Delta residual interests' abandonment motion. | 0.6 |
| 6/4/2009 | M.S. | Correspondence with M. Michaelis and D. Berliner regarding fee applications, BDO report and the Bank. | 0.8 |
| 6/4/2009 | M.S. | Analyzed unsecured creditor cash available at Effective Date based on Debtors' projections. | 0.8 |
| 6/4/2009 | M.S. | Reviewed cash flow forecast provided on 5/29/09 by the Debtors. | 1.2 |
| 6/5/2009 | D.B. | Reviewed article on Bancorp agreement to purchase AH Bank. | 0.1 |
| 6/5/2009 | M.S. | Correspondence with staff regarding professional fee schedules and applications. | 0.3 |
| 6/5/2009 | M.S. | Reviewed professional fee applications and schedule prepared by staff. | 2.3 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/5/2009 | M.S. | Reviewed cash flow forecast and payments to foreclosure professionals. | 0.4 |
| 6/6/2009 | W.W. | Reviewed professional fee applications for consistency, and updated database of professional fees. | 0.8 |
| 6/8/2009 | D.B. | Reviewed docket report for period 5/13/2009 through 5/31/2009. | 0.3 |
| 6/8/2009 | D.B. | Reviewed monthly operating reports for each Debtors for February 2009 filed May 28, 2009. | 0.3 |
| 6/9/2009 | M.M. | Reviewed correspondence related to WARN and other open employee questions. | 0.2 |
| 6/9/2009 | M.S. | Reviewed AHM forecast provided last week (6/5/09) and prepared questions for the Debtors. | 1.3 |
| 6/9/2009 | M.S. | Prepared analysis for forecast comparison and budget to actual results. | 0.9 |
| 6/9/2009 | M.S. | Discussions with M. Michaelis regarding cash flow forecast, Ross and other issues. | 0.6 |
| 6/10/2009 | M.M. | Reviewed professional fee summary prepared. | 0.2 |
| 6/10/2009 | M.M. | Reviewed and discussed edits to budget and changes to cash at effective date. | 0.3 |
| 6/10/2009 | M.S. | Reviewed and analyzed professional fee applications filed through 6/9/09 for all professionals. | 3.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/10/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding professional fee applications. | 0.4 |
| 6/10/2009 | M.S. | Prepared detailed notes from update call for recent events and call with Zolfo. | 0.6 |
| 6/11/2009 | D.B. | Reviewed professional fee update from M. Stewart. | 0.2 |
| 6/11/2009 | M.M. | Reviewed additional cash effective date issues. | 0.4 |
| 6/11/2009 | M.M. | Discussed update to effective date cash availability and budget. | 0.4 |
| 6/11/2009 | M.S. | Prepared analysis of cash at various Effective Dates. | 1.8 |
| 6/11/2009 | M.S. | Discussed updated Effective Date cash availability and budget. | 0.4 |
| 6/11/2009 | M.S. | Reviewed and analyzed professional fee applications filed through 6/9/09 for all professionals. | 0.6 |
| 6/11/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding Committee meeting and Ross. | 0.1 |
| 6/12/2009 | D.B. | Reviewed Zolfo Cooper schedule summarizing settlement proposal for WL Ross. | 0.1 |
| 6/12/2009 | M.S. | Prepared and discussions with M. Michaelis regarding case status and work to be performed. | 0.6 |
| 6/12/2009 | M.S. | Reviewed cash flow forecast provided on 6/12/09. | 0.4 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/12/2009 | M.S. | Reviewed Debtors' professional fees filed through 6/12/09 and updated analysis. | 0.7 |
| 6/15/2009 | D.B. | Reviewed summary of complaint for violations of Federal Securities Laws re: Countrywide Financial. | 0.5 |
| 6/15/2009 | D.B. | Reviewed docket report for period June 1, 2009 through June 15, 2009. | 0.2 |
| 6/15/2009 | D.B. | Reviewed professional fee update schedule showing fee applications through June 9, 2009. | 0.4 |
| 6/15/2009 | J.D. | Discussions with M. Stewart regarding professional fees. | 0.4 |
| 6/15/2009 | M.M. | Reviewed and discussed professionals' fee application analysis. | 0.4 |
| 6/15/2009 | M.S. | Discussions with M. Michaelis regarding site visit and professional fees. | 0.4 |
| 6/15/2009 | M.S. | Reviewed professional fee application filed on 6/15/09 with the Court. | 1.2 |
| 6/15/2009 | M.S. | Discussion with staff regarding professional fee detail analysis. | 0.4 |
| 6/16/2009 | M.M. | Reviewed cash at affective date schedules previously prepared. | 0.6 |
| 6/16/2009 | M.M. | Discussed update for counsel and prepared notes re: same. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/16/2009 | M.M. | Discussions with M. Stewart re: Cadawalader fee application and cash flow. | 0.4 |
| 6/16/2009 | M.S. | Correspondence with M. Michaelis and D. Berliner regarding professional fees and cash flow. | 0.4 |
| 6/16/2009 | M.S. | Reviewed and analyzed professional fee application filed by the Debtors' legal counsel. | 2.4 |
| 6/16/2009 | M.S. | Discussions with staff regarding professional fee application filed by Debtors' legal counsel. | 0.4 |
| 6/16/2009 | M.S. | Reviewed cash flow forecast and potential impact of over budget items. | 0.7 |
| 6/17/2009 | M.M. | Reviewed and edited update notes. | 0.3 |
| 6/17/2009 | M.S. | Prepared notes from weekly update call for counsel. | 0.6 |
| 6/18/2009 | M.M. | Reviewed budget and effective date cash issues. | 0.4 |
| 6/22/2009 | M.S. | Reviewed cash flow forecast provided on 6/18/09 and review of employee personnel. | 0.4 |
| 6/23/2009 | D.B. | Reviewed AHM report on status of decommissioning computer servers. | 0.2 |
| 6/23/2009 | D.B. | Reviewed updated cash needed to go effective schedule and prepared comments for M. Stewart. | 0.6 |
| 6/23/2009 | M.M. | Prepared summary of information from Debtors' update call for Counsel and staff. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/23/2009 | M.S. | Reviewed cash flow forecast and Effective Date analysis prepared by the Debtors as of 6/18/09. | 0.6 |
| 6/23/2009 | M.S. | Correspondence to D. Berliner and M. Michaelis regarding cash flow and Effective Date analysis. | 0.4 |
| 6/23/2009 | M.S. | Reviewed and analyzed cash flow and potential Effective Date scenarios. | 2.8 |
| 6/23/2009 | M.S. | Reviewed cash flow forecast provided on 6/18/09 and unbudgeted receipts or upsides. | 0.3 |
| 6/24/2009 | M.M. | Discussed cash at effective date issues. | 0.2 |
| 6/24/2009 | M.M. | Discussed "excess cash" issues with M. Stewart. | 0.2 |
| 6/24/2009 | M.S. | Correspondence with M. Michaelis regarding Effective Day Analysis. | 0.2 |
| 6/24/2009 | M.S. | Correspondence with M. Michaelis regarding AHM updates. | 0.3 |
| 6/25/2009 | D.B. | Met with M. Stewart re: updated cash needed to go effective schedule and creditor recovery update. | 0.7 |
| 6/25/2009 | M.M. | Reviewed and discussed revised cash at effective date information. | 0.9 |
| 6/25/2009 | M.S. | Revised Effective Date Analysis based on several scenarios. | 1.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/25/2009 | M.S. | Discussion with D. Berliner regarding Effective Date analysis. | 0.4 |
| 6/26/2009 | D.B. | Met with M. Stewart re: revised draft of cash needed to go effective and creditor recovery update. | 0.4 |
| 6/26/2009 | M.S. | Reviewed and analyzed cash flow and potential Effective Date scenarios. | 2.7 |
| 6/26/2009 | M.S. | Addition of unsecured creditor outlook based on various scenarios for counsel. | 1.4 |
| 6/26/2009 | M.S. | Revised cash at Effective Date per D. Berliner revisions. | 1.2 |
| 6/26/2009 | M.S. | Reviewed cash flow forecast and budget to actual results for the week-ended 6/19/09. | 0.4 |
| 6/26/2009 | M.S. | Reviewed forecast changes and updated to budget for additional loan sales and professional fees. | 0.6 |
| 6/29/2009 | M.M. | Reviewed and discussed cash budget. | 0.6 |
| 6/30/2009 | D.B. | Reviewed docket report for period 6/16/2009 through 6/30/2009. | 0.1 |
| 6/30/2009 | D.B. | Reviewed monthly operating reports for each debtor for March, 2009 filed 6/23/2009. | 0.3 |
| 6/30/2009 | D.B. | Reviewed proposed execution versions of Broadhollow building agreements and discussed with M. Michaelis. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/30/2009 | M.M. | Reviewed and discussed revised WL Ross counterproposal. | 0.9 |
| 6/30/2009 | M.S. | Reviewed professional fees and expenses for all Debtors and Creditor professionals. | 0.4 |
| 6/30/2009 | M.S. | Analyzed cash at Effective Date. | 1.2 |
| | | **TOTAL:** | **55.1** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.7 | 610.00 | 2,867.00 |
| M. MICHAELIS (M.M.) | 7.3 | 395.00 | 2,883.50 |
| M. STEWART (M.S.) | 41.9 | 240.00 | 10,056.00 |
| J. D'AMATO III (J.D.) | 0.4 | 225.00 | 90.00 |
| W. WILEY (W.W.) | 0.8 | 180.00 | 144.00 |
| **TOTAL:** | **55.1** | | **16,040.50** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/1/2009 | D.B. | Reviewed e-mail from J. McCahey and draft letter re: UCC investigation and prepared comment for M. Michaelis. | 0.1 |
| 6/1/2009 | D.B. | Reviewed e-mails with E. Schnitzer re: Johnston bonus payments. | 0.1 |
| 6/1/2009 | M.S. | Correspondence with counsel regarding Johnston's compensation. | 0.3 |
| 6/3/2009 | D.B. | E-mail from M. Power re: non-economic residual interests and discussed with M. Stewart. | 0.1 |
| 6/3/2009 | M.M. | Corresponded with counsel re: letter to Deloitte. | 0.3 |
| 6/3/2009 | M.M. | Participated in call re: WL Ross settlement and dual track. | 0.5 |
| 6/3/2009 | M.S. | Conference call with counsel and Debtors regarding WL Ross and Broadhollow. | 0.5 |
| 6/3/2009 | M.S. | Prepared for WL Ross conference call. | 0.4 |
| 6/4/2009 | D.B. | E-mails with Hahn & Hessen re: cancellation of UCC call and preparation of Report by BDO to UCC. | 0.1 |
| 6/5/2009 | D.B. | E-mails with Hahn & Hessen re: offer to purchase AH Bank MBS. | 0.2 |
| 6/9/2009 | C.A. | Met with Counsel (H&H) and BDO team to discuss preliminary preference analysis. | 1.7 |

### AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### June 1, 2009 to June 30, 2009

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/9/2009 | D.B. | Met with E. Schnitzer, M. Power and M. Indelicato to discuss BDO preference analysis to date and additional work to be done. | 2.7 |
| 6/9/2009 | M.M. | Prepared for and met with council re: preference analysis. | 3.1 |
| 6/11/2009 | D.B. | E-mails with E. Schnitzer re: preference analysis and additional information required. | 0.2 |
| 6/11/2009 | M.S. | Prepared e-mail to counsel regarding WARN questions. | 0.4 |
| 6/12/2009 | M.S. | Conference call with counsel and Debtors regarding WL Ross. | 0.5 |
| 6/12/2009 | M.S. | Correspondence with counsel and M. Michaelis regarding WARN. | 0.3 |
| 6/15/2009 | D.B. | E-mail with Hahn & Hessen re: Cadwalader fee application. | 0.1 |
| 6/19/2009 | D.B. | Reviewed letter from Skadden responding to Hahn & Hessen letter dated June 3, 2009. | 0.1 |
| 6/19/2009 | D.B. | Reviewed e-mail to Hahn & Hessen re: summary of BDO update call with Zolfo Cooper. | 0.1 |
| 6/19/2009 | D.B. | Reviewed e-mail from E. Schnitzer re: payment determinations re: Johnston. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/19/2009 | D.B. | Reviewed e-mail from J. McCahey re: revised draft of D&O settlement. | 0.1 |
| 6/23/2009 | D.B. | Reviewed e-mail to J. McCahey re: status of BDO meeting with AHM employees. | 0.1 |
| 6/23/2009 | D.B. | Reviewed e-mail from M. Power re: negotiated settlement of construction loan. | 0.1 |
| 6/23/2009 | M.S. | Correspondence with counsel regarding site visit. | 0.1 |
| 6/25/2009 | D.B. | Reviewed e-mail to Hahn & Hessen re: summary of call with Zolfo Cooper re: case status update. | 0.2 |
| 6/29/2009 | M.S. | Correspondence to counsel regarding Johnston. | 0.2 |
| 6/30/2009 | D.B. | Telephone call with M. Indelicato re: WLR proposed settlement. | 0.1 |
| | | **TOTAL:** | **12.8** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.5 | 610.00 | 2,745.00 |
| M. MICHAELIS (M.M.) | 3.9 | 395.00 | 1,540.50 |
| C. AWONG (C.A.) | 1.7 | 275.00 | 467.50 |
| M. STEWART (M.S.) | 2.7 | 240.00 | 648.00 |
| **TOTAL:** | **12.8** | | **5,401.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### June 1, 2009 to June 30, 2009

**J.     FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/2/2009 | M.M. | Prepared monthly data. | 0.3 |
| 6/4/2009 | D.B. | Telephone call from Fee Examiner re: deferral of fee application to July hearing. | 0.1 |
| 6/4/2009 | J.F. | Searched for and organized fee dockets into file. | 0.8 |
| 6/4/2009 | M.M. | Prepared monthly data. | 0.3 |
| 6/5/2009 | J.F. | Searched for examiner fee dockets and created document of all examiner fee recommendations. | 0.9 |
| 6/5/2009 | M.M. | Prepared monthly data. | 2.9 |
| 6/8/2009 | N.V. | Prepared Seventh Interim Application for the period February 1, 2009 through April 30, 2009. | 1.8 |
| 6/12/2009 | N.V. | Reviewed and edited May 2009 time detail; updated project categories. | 1.3 |
| 6/15/2009 | M.M. | Prepared May monthly application. | 0.8 |
| 6/16/2009 | D.B. | Reviewed and approved 20th monthly application of BDO for compensation for services rendered as FA to UCC for May 2009 and Berliner Declaration. | 2.1 |
| 6/16/2009 | J.D. | Reviewed fee application. | 3.9 |
| 6/16/2009 | M.M. | Revised monthly application details. | 0.5 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

**J.    FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/16/2009 | N.V. | Reviewed updated May 2009 application. | 0.5 |
| 6/18/2009 | M.M. | Updated May monthly application. | 0.3 |
| 6/23/2009 | D.B. | Reviewed letter from fee examiner re: additional information required and discussed with M. Michaelis & N. Vanderhoop. | 0.2 |
| 6/24/2009 | M.M. | Prepared June monthly data. | 0.2 |
| | | **TOTAL:** | **16.9** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.4 | 610.00 | 1,464.00 |
| J. D'AMATO III (J.D.) | 3.9 | 225.00 | 877.50 |
| N. VANDERHOOP (N.V.) | 3.6 | 185.00 | 666.00 |
| J. FRIEDMAN (J.F.) | 1.7 | 180.00 | 306.00 |
| M. MUFTUOGLU (M.M.) | 5.3 | 150.00 | 795.00 |
| **TOTAL:** | **16.9** | | **4,108.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2009 to June 30, 2009**

## K.    TRAVEL TIME

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/22/2009 | M.S. | Travel time to/from Melville, NY. | 1.0 |
| | | **TOTAL:** | **1.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 1.0 | 120.00 | 120.00 |
| **TOTAL:** | **1.0** | | **120.00** |

`

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
June 1, 2009 through June 30, 2009

| | | |
|---|---|---:|
| 1. | PHOTOCOPYING | |
| | a.    Internal | |
| | b.    External | |
| | | |
| 2. | TELECOMMUNICATIONS | |
| | a.    Toll Charges | |
| | b.    Facsimile | |
| | | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES | |
| | *For overnight and hand delivery to Counsel* | |
| | *and Committee members* | |
| | | |
| 4. | COURT REPORTER AND TRANSCRIPTS | |
| | | |
| 5. | TECHNOLOGY SERVICES – *Concordance Database* | 1,500.00 |
| | *Monthly Hosting Fee* | |
| | | |
| 6. | OUT-OF-TOWN TRAVEL | |
| | a.    Transportation | 26.50 |
| | b.    Lodging | |
| | c.    Meals | 36.80 |
| | | |
| 7. | OUTSIDE SERVICES | |
| | | |
| 8. | LOCAL MEALS | |
| | | |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE | |
| | AND PARKING – for cabs to/from meetings, car service | |
| | *for employees working after 8:00 p.m. and local mileage* | |
| | *using personal auto* | |
| | | |
| 10. | MISCELLANEOUS – Internet Connection | |
| | | |
| | **TOTAL** | **$1,563.30** |

*Details available upon request to BDO**.**