IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 7619 |
| | ) | |

NOTICE OF DISMISSAL
OF MOTION OF OFFICIAL COMMITTEE
OF BORROWERS FOR RELEASE OF FUNDS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as applicable through Fed. R. Bankr. P. 7041 and Fed. R. Bankr. P. 9014(c), the Official Committee of Borrowers hereby dismisses its Motion for Release of Funds (D.I. 7619, filed on July 20, 2009) without prejudice.

DATED: July 24, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
Email:          loizides@loizides.com

Notice of Dismissal of OCB's Motion for Release of Funds.DOCX