IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on July 24, 2009, I did cause to be served a true and correct copy of the foregoing **NOTICE OF DISMISSAL OF OFFICIAL COMMITTEE OF BORROWERS' MOTION FOR RELEASE OF FUNDS (Docket No. 7619)** on the parties on the attached service list in the manner indicated thereon.

DATED: July 24, 2009

                                                Christopher D. Loizides (No. 3968)
                                                LOIZIDES, P.A.
                                                1225 King Street, Suite 800
                                                Wilmington, DE 19801
                                                Telephone:   (302) 654-0248
                                                Facsimile:    (302) 654-0728
                                                E-mail:        loizides@loizides.com

**SERVICE LIST**

**VIA FIRST-CLASS MAIL**

Pauline K. Morgan, Esquire
Sean M. Beach, Esquire
Margaret Whiteman Greecher, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for Debtors*

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Co-Counsel for Official Committee*

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Edward L. Schnitzer, Esquire
Jeffrey Zawadzki, Esquire
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
*Co-Counsel for Official Committee*

Thomas G. MacAuley, Esquire
ZUCKERMAN SPAEDER LLP
919 N. Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19801-3036

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035