IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| _____) | |

**NOTICE OF WITHDRAWAL
OF CHRISTOPHER D. LOIZIDES
AS COUNSEL FOR OFFICIAL COMMITTEE OF BORROWERS**

CHRISTOPHER D. LOIZIDES hereby withdraws as counsel for the Official Committee of Borrowers, an interested party in the above-captioned bankruptcy proceeding. Please remove Mr. Loizides from all service lists in this case.[1]

DATED: July 24, 2009

*(signature)*
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
Email:          loizides@loizides.com

---

[1] Pursuant to LBR 9010-2, as a member of the Bar of the District Court remains as counsel of record to the Committee, no motion to withdraw is required.

Notice of Withdrawal of Loizides PA as counsel for OCB.DOCX