IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | Ref. No. 7595 |

**CERTIFICATE OF NO OBJECTION TO APPLICATION**
**RE: DOCKET NO. 7595**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Twenty-First Monthly Application of Milestone Advisors LLC, Financial Advisor and Investment Banker for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period April 1, 2009 through April 30, 2009 (the "Application"). The Court's docket which was last updated July 27, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than July 22, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($80,000.00) of requested fees ($100,000.00) and 100% of requested expenses ($2,876.79) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       July 27, 2009

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Matthew B. Lunn
        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Margaret Whiteman Greecher (No. 4652)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession