AHM - Summary of Invoices Paid in the Preference Period
Vendor - 8965 EASTERN, LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 306774 | 05/17/07 | 05/31/07 | $ 9,836.80 | 1ST MO. RENT | 05/17/07 | $ 9,836.80 |
| 2 | 322304 | 07/16/07 | 07/24/07 | 62,886.20 | 2007AHM01 | 07/11/07 | 62,886.20 |
|   |   |   |   | $ 72,723.00 |   |   | $ 72,723.00 |