AHM - Summary of Invoices Paid in the Preference Period
Vendor - A-1 PROF CLEAN & MAINT SVCS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304459 | 05/09/07 | 05/11/07 | $ 45,441.64 | 10002 | 04/30/07 | $ 45,441.64 |
| 2 | 304460 | 05/09/07 | 05/15/07 | 63,700.31 | 10001 | 04/30/07 | 63,700.31 |
| 3 | 313464 | 06/12/07 | 06/14/07 | 39,869.99 | 10123 | 05/31/07 | 39,869.99 |
| 4 | 313465 | 06/12/07 | 06/15/07 | 57,609.54 | 10122 | 05/31/07 | 57,609.54 |
| 5 | 321133 | 07/10/07 | 07/13/07 | 38,851.69 | 10219 | 06/11/07 | 38,851.69 |
| 6 | 321134 | 07/10/07 | 07/13/07 | 50,131.69 | 10220 | 06/25/07 | 50,131.69 |
|   |   |   |   | $ 295,604.86 |   |   | $ 295,604.86 |