AHM - Summary of Invoices Paid in the Preference Period
Vendor - Admiral Consulting Group
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303577 | 05/04/07 | 05/16/07 | | 14314 | 04/17/07 | $ 4,661.52 |
| 2 | 303577 | 05/04/07 | 05/16/07 | | 14111 | 02/08/07 | 4,640.00 |
| 3 | 303577 | 05/04/07 | 05/16/07 | | 14162 | 02/22/07 | 1,737.68 |
| 4 | 303577 | 05/04/07 | 05/16/07 | | 56290 | 03/27/07 | 1,476.66 |
| 5 | 303577 | 05/04/07 | 05/16/07 | | 14213 | 03/13/07 | 1,400.00 |
| 6 | 303577 | 05/04/07 | 05/16/07 | 14,825.81 | 14123 | 02/08/07 | 909.95 |
| 7 | 317018 | 06/22/07 | 07/03/07 | | 14435 | 05/24/07 | 6,108.88 |
| 8 | 317018 | 06/22/07 | 07/03/07 | | 14484 | 06/07/07 | 3,836.70 |
| 9 | 317018 | 06/22/07 | 07/03/07 | | 14382 | 05/10/07 | 1,497.68 |
| 10 | 317018 | 06/22/07 | 07/03/07 | | 14430 | 05/24/07 | 1,097.68 |
| 11 | 317018 | 06/22/07 | 07/03/07 | | 14392 | 05/10/07 | 1,097.68 |
| 12 | 317018 | 06/22/07 | 07/03/07 | | 14158 | 02/22/07 | 400.00 |
| 13 | 317018 | 06/22/07 | 07/03/07 | 14,358.62 | 14494 | 06/07/07 | 320.00 |
| 14 | 319942 | 07/05/07 | 07/11/07 | | 51557 | 06/28/07 | 16,945.50 |
| 15 | 319942 | 07/05/07 | 07/11/07 | 19,508.21 | 51557 | 06/28/07 | 2,562.71 |
| | | | | $ 48,692.64 | | | $ 48,692.64 |