AHM - Summary of Invoices Paid in the Preference Period
Vendor - ADVISOR CENTRIC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 308844 | 05/23/07 | 06/04/07 | $ 17,500.00 | 14 | 05/17/07 | $ 17,500.00 |
| 2 | 315535 | 06/20/07 | 07/11/07 | 17,500.00 | 18 | 06/15/07 | 17,500.00 |
| 3 | 317033 | 06/22/07 | 07/02/07 | 12,000.00 | 17 | 06/15/07 | 12,000.00 |
| 4 | 321193 | 07/11/07 | 07/20/07 | 2,258.41 | 5/9-5/25/07 | 07/02/07 | 2,258.41 |
| 5 | 321194 | 07/11/07 | 07/20/07 | 357.76 | 5/29-6/13/07 | 07/02/07 | 357.76 |
| 6 | 321195 | 07/11/07 | 07/20/07 | 2,337.12 | 3/29-4/12/07 | 07/02/07 | 2,337.12 |
|   |   |   |   | $ 51,953.29 |   |   | $ 51,953.29 |