AHM - Summary of Invoices Paid in the Preference Period
Vendor - AMC TRANSFER
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305917 | 05/15/07 | 05/18/07 | | 7MAYF003BAL | 04/18/07 | $ 4,000.00 |
| 2 | 305917 | 05/15/07 | 05/18/07 | | 7APR019 | 04/26/07 | 2,120.00 |
| 3 | 305917 | 05/15/07 | 05/18/07 | | 7APR025 | 04/26/07 | 1,400.00 |
| 4 | 305917 | 05/15/07 | 05/18/07 | | 7APR0103 | 04/18/07 | 914.76 |
| 5 | 305917 | 05/15/07 | 05/18/07 | | 7APR0162 | 04/26/07 | 520.00 |
| 6 | 305917 | 05/15/07 | 05/18/07 | | 7APR016 | 04/26/07 | 270.00 |
| 7 | 305917 | 05/15/07 | 05/18/07 | | 7MAYF003 | 04/18/07 | 126.55 |
| 8 | 305917 | 05/15/07 | 05/18/07 | | 7APR0192 | 04/26/07 | 105.00 |
| 9 | 305917 | 05/15/07 | 05/18/07 | 9,531.31 | 7APR020 | 04/26/07 | 75.00 |
| 10 | 308848 | 05/23/07 | 05/31/07 | | 7APR031 | 05/02/07 | 3,070.00 |
| 11 | 308848 | 05/23/07 | 05/31/07 | 5,570.00 | STORAHM32 | 05/02/07 | 2,500.00 |
| 12 | 310588 | 05/31/07 | 06/04/07 | | 7MAY002 | 05/10/07 | 2,000.00 |
| 13 | 310588 | 05/31/07 | 06/04/07 | | 7APR010 | 04/18/07 | 2,000.00 |
| 14 | 310588 | 05/31/07 | 06/04/07 | | 7APR026 | 05/02/07 | 2,000.00 |
| 15 | 310588 | 05/31/07 | 06/04/07 | | 7MAY0074 | 05/17/07 | 1,160.00 |
| 16 | 310588 | 05/31/07 | 06/04/07 | | 7MAY0075 | 05/17/07 | 972.00 |
| 17 | 310588 | 05/31/07 | 06/04/07 | | 7APR0262 | 05/02/07 | 860.00 |
| 18 | 310588 | 05/31/07 | 06/04/07 | | 7APR0264 | 05/02/07 | 680.00 |
| 19 | 310588 | 05/31/07 | 06/04/07 | | 7APR0263 | 05/02/07 | 630.00 |
| 20 | 310588 | 05/31/07 | 06/04/07 | | 7APR0265 | 05/02/07 | 540.00 |
| 21 | 310588 | 05/31/07 | 06/04/07 | | 7MAY013 | 05/17/07 | 480.00 |
| 22 | 310588 | 05/31/07 | 06/04/07 | | 7MAY0022 | 05/10/07 | 200.00 |
| 23 | 310588 | 05/31/07 | 06/04/07 | | 7MAY0025 | 05/10/07 | 150.00 |
| 24 | 310588 | 05/31/07 | 06/04/07 | 11,722.00 | 7APR0264 | 05/02/07 | 50.00 |
| 25 | 313481 | 06/12/07 | 06/15/07 | | 7APRF003BAL | 03/30/07 | 15,572.58 |
| 26 | 313481 | 06/12/07 | 06/15/07 | | 7MAY012 | 05/17/07 | 10,850.00 |
| 27 | 313481 | 06/12/07 | 06/15/07 | | 7APRF014 | 04/16/07 | 2,169.24 |
| 28 | 313481 | 06/12/07 | 06/15/07 | | 7MAY007 | 05/17/07 | 2,075.00 |
| 29 | 313481 | 06/12/07 | 06/15/07 | | 7APRF011 | 05/17/07 | 1,367.95 |
| 30 | 313481 | 06/12/07 | 06/15/07 | | 7MAY0174 | 05/24/07 | 1,330.00 |
| 31 | 313481 | 06/12/07 | 06/15/07 | | 7APRF014 | 04/16/07 | 1,084.62 |
| 32 | 313481 | 06/12/07 | 06/15/07 | | 7MAY025 | 05/25/07 | 680.00 |
| 33 | 313481 | 06/12/07 | 06/15/07 | | 7MAY036 | 05/25/07 | 586.88 |
| 34 | 313481 | 06/12/07 | 06/15/07 | | 7APR0161 | 04/26/07 | 413.13 |
| 35 | 313481 | 06/12/07 | 06/15/07 | | 7MAY0023 | 05/10/07 | 240.00 |
| 36 | 313481 | 06/12/07 | 06/15/07 | | 7MAY0175 | 05/24/07 | 200.00 |
| 37 | 313481 | 06/12/07 | 06/15/07 | | 7MAY0172 | 05/24/07 | 150.00 |
| 38 | 313481 | 06/12/07 | 06/15/07 | 36,836.72 | 7APR0026 | 04/11/07 | 117.32 |
| 39 | 314606 | 06/15/07 | 06/19/07 | | 7MAY0312 | 05/25/07 | 27,390.00 |
| 40 | 314606 | 06/15/07 | 06/19/07 | | 7MAY0272 | 05/01/07 | 7,460.00 |
| 41 | 314606 | 06/15/07 | 06/19/07 | | 7MAYF002 | 06/06/07 | 3,675.36 |
| 42 | 314606 | 06/15/07 | 06/19/07 | | STORAHM33 | 06/06/07 | 3,500.00 |
| 43 | 314606 | 06/15/07 | 06/19/07 | | 7MAY0273 | 05/01/07 | 2,680.00 |
| 44 | 314606 | 06/15/07 | 06/19/07 | | 7MAY017 | 05/24/07 | 2,360.00 |
| 45 | 314606 | 06/15/07 | 06/19/07 | | 7MAYF009 | 06/06/07 | 2,215.95 |
| 46 | 314606 | 06/15/07 | 06/19/07 | | 7MAYF002 | 06/06/07 | 2,181.70 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - AMC TRANSFER
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 314606 | 06/15/07 | 06/19/07 | | 7MAY029 | 05/01/07 | 2,075.00 |
| 48 | 314606 | 06/15/07 | 06/19/07 | | 7MAY017 | 05/24/07 | 2,000.00 |
| 49 | 314606 | 06/15/07 | 06/19/07 | | 7MAY040 | 06/06/07 | 2,000.00 |
| 50 | 314606 | 06/15/07 | 06/19/07 | | 7MAY0171 | 05/24/07 | 1,505.00 |
| 51 | 314606 | 06/15/07 | 06/19/07 | | 7MAY0353 | 05/01/07 | 1,400.00 |
| 52 | 314606 | 06/15/07 | 06/19/07 | | 7JUN005 | 06/06/07 | 1,280.00 |
| 53 | 314606 | 06/15/07 | 06/19/07 | | 7APRF018 | 05/17/07 | 1,227.69 |
| 54 | 314606 | 06/15/07 | 06/19/07 | | 7JUN006 | 06/06/07 | 860.00 |
| 55 | 314606 | 06/15/07 | 06/19/07 | | 7MAY027 | 05/01/07 | 800.00 |
| 56 | 314606 | 06/15/07 | 06/19/07 | | 7MAY0073 | 05/17/07 | 615.00 |
| 57 | 314606 | 06/15/07 | 06/19/07 | | 7MAY0021 | 05/10/07 | 480.00 |
| 58 | 314606 | 06/15/07 | 06/19/07 | | 7MAY0021 | 05/10/07 | 240.00 |
| 59 | 314606 | 06/15/07 | 06/19/07 | 66,140.70 | 7MAY0173 | 05/24/07 | 195.00 |
| 60 | 318770 | 06/29/07 | 07/06/07 | | 7JUN008 | 06/15/07 | 2,000.00 |
| 61 | 318770 | 06/29/07 | 07/06/07 | | 7MAYF004 | 05/17/07 | 1,450.00 |
| 62 | 318770 | 06/29/07 | 07/06/07 | | 7JUN0084 | 06/15/07 | 385.00 |
| 63 | 318770 | 06/29/07 | 07/06/07 | | 7JUN0083 | 06/15/07 | 240.00 |
| 64 | 318770 | 06/29/07 | 07/06/07 | | 7JUN0083 | 06/15/07 | 230.00 |
| 65 | 318770 | 06/29/07 | 07/06/07 | 4,394.66 | 7APRF017 | 06/15/07 | 89.66 |
| 66 | 320051 | 07/06/07 | 07/12/07 | | 7MAY999 | 06/06/07 | 1,933.05 |
| 67 | 320051 | 07/06/07 | 07/12/07 | | 7MAY999 | 06/06/07 | 1,933.05 |
| 68 | 320051 | 07/06/07 | 07/12/07 | | 7MAY999 | 06/06/07 | 1,933.04 |
| 69 | 320051 | 07/06/07 | 07/12/07 | | 39971 | 06/15/07 | 1,050.00 |
| 70 | 320051 | 07/06/07 | 07/12/07 | 7,329.14 | 39971 | 06/15/07 | 480.00 |
| 71 | 321135 | 07/10/07 | 07/13/07 | | 7MAYF005 | 06/25/07 | 11,911.59 |
| 72 | 321135 | 07/10/07 | 07/13/07 | | 7JUN014 | 06/25/07 | 10,990.00 |
| 73 | 321135 | 07/10/07 | 07/13/07 | | 7JUN0201 | 06/28/07 | 7,390.00 |
| 74 | 321135 | 07/10/07 | 07/13/07 | | 7JUN011 | 06/25/07 | 2,000.00 |
| 75 | 321135 | 07/10/07 | 07/13/07 | | 7JUNF006 | 06/28/07 | 1,624.00 |
| 76 | 321135 | 07/10/07 | 07/13/07 | | 7JUN0113 | 06/25/07 | 1,410.00 |
| 77 | 321135 | 07/10/07 | 07/13/07 | | 7JUNF0061 | 06/28/07 | 1,359.99 |
| 78 | 321135 | 07/10/07 | 07/13/07 | | 7JUN0142 | 06/28/07 | 1,165.00 |
| 79 | 321135 | 07/10/07 | 07/13/07 | | 7JUN0142 | 06/28/07 | 1,165.00 |
| 80 | 321135 | 07/10/07 | 07/13/07 | | 7JUN0113 | 06/25/07 | 950.00 |
| 81 | 321135 | 07/10/07 | 07/13/07 | | 7JUN0177 | 06/28/07 | 580.00 |
| 82 | 321135 | 07/10/07 | 07/13/07 | | 7JUN0114 | 06/25/07 | 420.00 |
| 83 | 321135 | 07/10/07 | 07/13/07 | | 7MAYF007 | 06/25/07 | 350.05 |
| 84 | 321135 | 07/10/07 | 07/13/07 | | 7JUN0177 | 06/28/07 | 150.00 |
| 85 | 321135 | 07/10/07 | 07/13/07 | | 7JUN0177 | 06/28/07 | 120.00 |
| 86 | 321135 | 07/10/07 | 07/13/07 | 41,660.63 | 7JUN0173 | 06/28/07 | 75.00 |
| 87 | 324861 | 07/24/07 | 07/27/07 | | 7JUN033 | 07/03/07 | 7,965.86 |
| 88 | 324861 | 07/24/07 | 07/27/07 | | 7JULF003 | 07/05/07 | 5,263.32 |
| 89 | 324861 | 07/24/07 | 07/27/07 | | 7JULF003 | 07/05/07 | 5,263.32 |
| 90 | 324861 | 07/24/07 | 07/27/07 | | 7JULF003 | 07/05/07 | 5,263.31 |
| 91 | 324861 | 07/24/07 | 07/27/07 | | 7APRF009 | 07/03/07 | 4,147.20 |
| 92 | 324861 | 07/24/07 | 07/27/07 | | 7APRF009 | 07/03/07 | 4,147.19 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - AMC TRANSFER
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 93 | 324861 | 07/24/07 | 07/27/07 | | STORAHM34 | 07/03/07 | 3,500.00 |
| 94 | 324861 | 07/24/07 | 07/27/07 | | 7JUN024 | 07/03/07 | 2,250.00 |
| 95 | 324861 | 07/24/07 | 07/27/07 | | 7APRF009L | 07/03/07 | 1,577.50 |
| 96 | 324861 | 07/24/07 | 07/27/07 | | 7APRF009L | 07/03/07 | 1,577.50 |
| 97 | 324861 | 07/24/07 | 07/27/07 | | 7APRF0091 | 07/03/07 | 1,046.58 |
| 98 | 324861 | 07/24/07 | 07/27/07 | | 7APRF0091 | 07/03/07 | 1,046.57 |
| 99 | 324861 | 07/24/07 | 07/27/07 | | 7JUN0176 | 06/28/07 | 890.00 |
| 100 | 324861 | 07/24/07 | 07/27/07 | | 7JUN0245 | 07/03/07 | 480.00 |
| 101 | 324861 | 07/24/07 | 07/27/07 | | 7JUN0244 | 07/03/07 | 345.00 |
| 102 | 324861 | 07/24/07 | 07/27/07 | 44,963.35 | 7JUN0242 | 07/03/07 | 200.00 |
| | | | | $  228,148.51 | | | $  228,148.51 |