AHM - Summary of Invoices Paid in the Preference Period
Vendor - American Corporate Record Cntr
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | | Invoice Number | Invoice Date | Invoice Amount Paid | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 311367 | 06/04/07 | 06/08/07 | $ | 96,678.15 | 11390 | 05/15/07 | $ | 96,678.15 |
| | | | | $ | 96,678.15 | | | $ | 96,678.15 |