AHM - Summary of Invoices Paid in the Preference Period
Vendor - BERNARD HODES GROUP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303990 | 05/07/07 | 05/15/07 | | 783033 | 03/26/07 | $ 13,380.30 |
| 2 | 303990 | 05/07/07 | 05/15/07 | | 783033 | 03/26/07 | 1,851.58 |
| 3 | 303990 | 05/07/07 | 05/15/07 | 15,607.92 | 783033 | 03/26/07 | 376.04 |
| 4 | 304475 | 05/09/07 | 05/18/07 | 316.87 | 792205 | 05/03/07 | 316.87 |
| 5 | 310856 | 06/01/07 | 06/11/07 | | 794008 | 05/14/07 | 12,496.22 |
| 6 | 310856 | 06/01/07 | 06/11/07 | 15,434.41 | 794008 | 05/14/07 | 2,938.19 |
| 7 | 311208 | 06/04/07 | 06/13/07 | 1,222.50 | 796553 | 05/25/07 | 1,222.50 |
| 8 | 311484 | 06/05/07 | 06/11/07 | 11,778.34 | 792897 | 05/08/07 | 11,778.34 |
| | | | | $ 44,360.04 | | | $ 44,360.04 |