AHM - Summary of Invoices Paid in the Preference Period
Vendor - BEST LIMOUSINES & TRANSPORT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302348 | 04/30/07 | 05/11/07 | | 11317935 | 04/23/07 | $ 198.69 |
| 2 | 302348 | 04/30/07 | 05/11/07 | 397.37 | 11317935 | 04/23/07 | 198.68 |
| 3 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 2,759.68 |
| 4 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 1,979.01 |
| 5 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 1,436.57 |
| 6 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 1,236.80 |
| 7 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 1,077.68 |
| 8 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 1,000.30 |
| 9 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 886.68 |
| 10 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 706.92 |
| 11 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 618.71 |
| 12 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 552.49 |
| 13 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 456.16 |
| 14 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 427.20 |
| 15 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 370.83 |
| 16 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 235.70 |
| 17 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 233.87 |
| 18 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 228.90 |
| 19 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 151.53 |
| 20 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 142.75 |
| 21 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 117.00 |
| 22 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 114.74 |
| 23 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 62.65 |
| 24 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 62.64 |
| 25 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 62.63 |
| 26 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 62.63 |
| 27 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 62.63 |
| 28 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 62.63 |
| 29 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 62.63 |
| 30 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 62.63 |
| 31 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 62.63 |
| 32 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 62.63 |
| 33 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 62.63 |
| 34 | 307266 | 05/21/07 | 05/31/07 | | 3920540922 | 04/30/07 | 62.63 |
| 35 | 307266 | 05/21/07 | 05/31/07 | 15,547.74 | 3920540922 | 04/30/07 | 62.63 |
| 36 | 313839 | 06/13/07 | 06/20/07 | | 155133813 | 05/31/07 | 7,107.77 |
| 37 | 313839 | 06/13/07 | 06/20/07 | | 155133813 | 05/31/07 | 2,481.31 |
| 38 | 313839 | 06/13/07 | 06/20/07 | | 155133813 | 05/31/07 | 1,829.88 |
| 39 | 313839 | 06/13/07 | 06/20/07 | | 155133813 | 05/31/07 | 1,759.20 |
| 40 | 313839 | 06/13/07 | 06/20/07 | | 155133813 | 05/31/07 | 1,491.71 |
| 41 | 313839 | 06/13/07 | 06/20/07 | | 155133813 | 05/31/07 | 885.79 |
| 42 | 313839 | 06/13/07 | 06/20/07 | | 155133813 | 05/31/07 | 863.33 |
| 43 | 313839 | 06/13/07 | 06/20/07 | | 155133813 | 05/31/07 | 777.14 |
| 44 | 313839 | 06/13/07 | 06/20/07 | | 155133813 | 05/31/07 | 622.07 |
| 45 | 313839 | 06/13/07 | 06/20/07 | | 155133813 | 05/31/07 | 449.96 |
| 46 | 313839 | 06/13/07 | 06/20/07 | | 155133813 | 05/31/07 | 394.84 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - BEST LIMOUSINES & TRANSPORT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 313839 | 06/13/07 | 06/20/07 |  | 155133813 | 05/31/07 | 367.54 |
| 48 | 313839 | 06/13/07 | 06/20/07 |  | 155133813 | 05/31/07 | 339.72 |
| 49 | 313839 | 06/13/07 | 06/20/07 |  | 155133813 | 05/31/07 | 280.59 |
| 50 | 313839 | 06/13/07 | 06/20/07 |  | 155133813 | 05/31/07 | 262.60 |
| 51 | 313839 | 06/13/07 | 06/20/07 |  | 155133813 | 05/31/07 | 256.10 |
| 52 | 313839 | 06/13/07 | 06/20/07 |  | 155133813 | 05/31/07 | 167.61 |
| 53 | 313839 | 06/13/07 | 06/20/07 |  | 155133813 | 05/31/07 | 136.50 |
| 54 | 313839 | 06/13/07 | 06/20/07 |  | 155133813 | 05/31/07 | 115.70 |
| 55 | 313839 | 06/13/07 | 06/20/07 | 20,695.96 | 155133813 | 05/31/07 | 106.60 |
| 56 | 314837 | 06/15/07 | 07/05/07 | 706.07 | 16410403 | 04/30/07 | 706.07 |
| 57 | 317715 | 06/26/07 | 07/12/07 |  | 169124642 | 06/18/07 | 280.80 |
| 58 | 317715 | 06/26/07 | 07/12/07 |  | 169124642 | 06/18/07 | 143.52 |
| 59 | 317715 | 06/26/07 | 07/12/07 |  | 169124642 | 06/18/07 | 143.52 |
| 60 | 317715 | 06/26/07 | 07/12/07 |  | 169124642 | 06/18/07 | 143.52 |
| 61 | 317715 | 06/26/07 | 07/12/07 |  | 169124642 | 06/18/07 | 99.32 |
| 62 | 317715 | 06/26/07 | 07/12/07 |  | 169124642 | 06/18/07 | 49.66 |
| 63 | 317715 | 06/26/07 | 07/12/07 | 910.00 | 169124642 | 06/18/07 | 49.66 |
| 64 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 1,719.45 |
| 65 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 917.82 |
| 66 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 882.78 |
| 67 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 766.54 |
| 68 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 761.35 |
| 69 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 708.55 |
| 70 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 666.49 |
| 71 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 583.70 |
| 72 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 523.71 |
| 73 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 326.55 |
| 74 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 325.13 |
| 75 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 310.70 |
| 76 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 289.38 |
| 77 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 264.00 |
| 78 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 224.98 |
| 79 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 224.98 |
| 80 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 224.98 |
| 81 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 215.45 |
| 82 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 172.25 |
| 83 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 160.65 |
| 84 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 151.69 |
| 85 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 111.18 |
| 86 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 111.17 |
| 87 | 323911 | 07/23/07 | 07/31/07 |  | 186113149 | 06/30/07 | 64.31 |
| 88 | 323911 | 07/23/07 | 07/31/07 | 10,772.09 | 186113149 | 06/30/07 | 64.30 |
|   |   |   |   | $ 49,029.23 |   |   | $ 49,029.23 |