AHM - Summary of Invoices Paid in the Preference Period
Vendor - BLACKROCK FINANCIAL MGMT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 311490 | 06/05/07 | 06/12/07 | $ 283,924.00 | 118163 | 05/22/07 | $ 283,924.00 |
|   |        |          |          | $ 283,924.00 |        |          | $ 283,924.00 |