AHM - Summary of Invoices Paid in the Preference Period
Vendor - Bloomberg LP- Internet
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | | Invoice Number | Invoice Date | Invoice Amount Paid | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 303338 | 05/02/07 | 05/10/07 | $ | 340.96 | 3624984 | 04/26/07 | $ | 340.96 |
| 2 | 305555 | 05/14/07 | 05/23/07 | | 117,048.87 | 3633673 | 05/03/07 | | 117,048.87 |
| 3 | 311209 | 06/04/07 | 06/12/07 | | 543.13 | 3653450 | 05/24/07 | | 543.13 |
| 4 | 319089 | 07/02/07 | 07/13/07 | | 5,454.52 | 3696287 | 06/28/07 | | 5,454.52 |
| 5 | 321605 | 07/12/07 | 07/23/07 | | 543.13 | 3692268 | 06/28/07 | | 543.13 |
| | | | | $ | 123,930.61 | | | $ | 123,930.61 |