AHM - Summary of Invoices Paid in the Preference Period
Vendor - Bradley Marketing Group
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304049 | 05/07/07 | 05/11/07 | 550.18 | 215665 | 12/13/06 | 550.18 |
| 2 | 306157 | 05/16/07 | 05/24/07 | 204.43 | 222730 | 05/09/07 | 204.43 |
| 3 | 311493 | 06/05/07 | 06/11/07 | 14,460.97 | 223156 | 05/18/07 | 14,460.97 |
| 4 | 313082 | 06/11/07 | 06/19/07 | 1,333.69 | 223788 | 06/04/07 | 1,333.69 |
| 5 | 318776 | 06/29/07 | 07/11/07 |  | 223554 | 05/29/07 | 173.19 |
| 6 | 318776 | 06/29/07 | 07/11/07 | 346.38 | 223554 | 05/29/07 | 173.19 |
| 7 | 321607 | 07/12/07 | 07/20/07 |  | 223998 | 06/06/07 | 11,380.80 |
| 8 | 321607 | 07/12/07 | 07/20/07 | 11,816.73 | 225264 | 07/02/07 | 435.93 |
| 9 | 324872 | 07/24/07 | 07/31/07 |  | 225258 | 07/02/07 | 4,185.09 |
| 10 | 324872 | 07/24/07 | 07/31/07 |  | 225259 | 07/02/07 | 866.83 |
| 11 | 324872 | 07/24/07 | 07/31/07 | 5,212.36 | 225255 | 07/02/07 | 160.44 |
|  |  |  |  | $ 33,924.74 |  |  | $ 33,924.74 |