AHM - Summary of Invoices Paid in the Preference Period  
Vendor - BRINK'S COMMUNICATIONS  
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302352 | 04/30/07 | 05/08/07 | | 312 | 04/02/07 | $ 4,285.00 |
| 2 | 302352 | 04/30/07 | 05/08/07 | | 313 | 04/02/07 | 2,250.00 |
| 3 | 302352 | 04/30/07 | 05/08/07 | | 317 | 04/02/07 | 600.00 |
| 4 | 302352 | 04/30/07 | 05/08/07 | | 314 | 04/02/07 | 387.50 |
| 5 | 302352 | 04/30/07 | 05/08/07 | | 512 | 04/12/07 | 300.00 |
| 6 | 302352 | 04/30/07 | 05/08/07 | | 321 | 04/02/07 | 250.00 |
| 7 | 302352 | 04/30/07 | 05/08/07 | | 323 | 04/02/07 | 225.00 |
| 8 | 302352 | 04/30/07 | 05/08/07 | | 322 | 04/02/07 | 150.00 |
| 9 | 302352 | 04/30/07 | 05/08/07 | | 320 | 04/02/07 | 140.00 |
| 10 | 302352 | 04/30/07 | 05/08/07 | | 319 | 04/02/07 | 125.00 |
| 11 | 302352 | 04/30/07 | 05/08/07 | | 315 | 04/02/07 | 75.00 |
| 12 | 302352 | 04/30/07 | 05/08/07 | | 316 | 04/02/07 | 75.00 |
| 13 | 302352 | 04/30/07 | 05/08/07 | 8,937.50 | 318 | 04/02/07 | 75.00 |
| 14 | 302919 | 05/02/07 | 05/11/07 | | 508 | 04/12/07 | 350.50 |
| 15 | 302919 | 05/02/07 | 05/11/07 | | 507 | 04/12/07 | 285.00 |
| 16 | 302919 | 05/02/07 | 05/11/07 | | 509 | 04/12/07 | 187.50 |
| 17 | 302919 | 05/02/07 | 05/11/07 | | 513 | 04/12/07 | 156.24 |
| 18 | 302919 | 05/02/07 | 05/11/07 | | 513 | 04/12/07 | 150.00 |
| 19 | 302919 | 05/02/07 | 05/11/07 | | 511 | 04/12/07 | 150.00 |
| 20 | 302919 | 05/02/07 | 05/11/07 | | 503 | 04/12/07 | 125.00 |
| 21 | 302919 | 05/02/07 | 05/11/07 | | 506 | 04/12/07 | 75.00 |
| 22 | 302919 | 05/02/07 | 05/11/07 | | 505 | 04/12/07 | 75.00 |
| 23 | 302919 | 05/02/07 | 05/11/07 | | 510 | 04/12/07 | 75.00 |
| 24 | 302919 | 05/02/07 | 05/11/07 | 1,679.24 | 504 | 04/12/07 | 50.00 |
| 25 | 303340 | 05/02/07 | 05/11/07 | 1,917.31 | 519 | 04/17/07 | 1,917.31 |
| 26 | 305077 | 05/11/07 | 05/31/07 | | 522 | 04/20/07 | 453.19 |
| 27 | 305077 | 05/11/07 | 05/31/07 | 703.19 | 524 | 04/23/07 | 250.00 |
| 28 | 308938 | 05/23/07 | 06/07/07 | | 525 | 04/27/07 | 3,000.00 |
| 29 | 308938 | 05/23/07 | 06/07/07 | | 526 | 04/27/07 | 1,350.00 |
| 30 | 308938 | 05/23/07 | 06/07/07 | | 532 | 05/03/07 | 225.00 |
| 31 | 308938 | 05/23/07 | 06/07/07 | | 530 | 05/03/07 | 150.00 |
| 32 | 308938 | 05/23/07 | 06/07/07 | | 528 | 04/27/07 | 150.00 |
| 33 | 308938 | 05/23/07 | 06/07/07 | | 527 | 04/27/07 | 75.00 |
| 34 | 308938 | 05/23/07 | 06/07/07 | | 531 | 05/03/07 | 75.00 |
| 35 | 308938 | 05/23/07 | 06/07/07 | 5,085.00 | 533 | 05/03/07 | 60.00 |
| 36 | 311210 | 06/04/07 | 06/15/07 | 1,300.00 | 535 | 05/10/07 | 1,300.00 |
| 37 | 311495 | 06/05/07 | 06/15/07 | | 544 | 05/18/07 | 321.82 |
| 38 | 311495 | 06/05/07 | 06/15/07 | | 549 | 05/18/07 | 187.50 |
| 39 | 311495 | 06/05/07 | 06/15/07 | | 550 | 05/18/07 | 125.00 |
| 40 | 311495 | 06/05/07 | 06/15/07 | | 543 | 05/18/07 | 112.50 |
| 41 | 311495 | 06/05/07 | 06/15/07 | | 548 | 05/18/07 | 75.00 |
| 42 | 311495 | 06/05/07 | 06/15/07 | | 546 | 05/18/07 | 75.00 |
| 43 | 311495 | 06/05/07 | 06/15/07 | | 547 | 05/18/07 | 75.00 |
| 44 | 311495 | 06/05/07 | 06/15/07 | 1,046.82 | 545 | 05/18/07 | 75.00 |
| 45 | 314378 | 06/14/07 | 06/27/07 | | 554 | 05/29/07 | 2,562.50 |
| 46 | 314378 | 06/14/07 | 06/27/07 | | 555 | 05/29/07 | 170.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - BRINK'S COMMUNICATIONS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 314378 | 06/14/07 | 06/27/07 |  | 556 | 05/29/07 | 85.00 |
| 48 | 314378 | 06/14/07 | 06/27/07 |  | 558 | 05/29/07 | 85.00 |
| 49 | 314378 | 06/14/07 | 06/27/07 | 2,987.50 | 557 | 05/29/07 | 85.00 |
| 50 | 317717 | 06/26/07 | 07/12/07 |  | 562 | 06/07/07 | 255.00 |
| 51 | 317717 | 06/26/07 | 07/12/07 |  | 564 | 06/07/07 | 212.50 |
| 52 | 317717 | 06/26/07 | 07/12/07 | 577.50 | 563 | 06/07/07 | 110.00 |
| 53 | 319365 | 07/03/07 | 07/18/07 | 2,412.52 | 570 | 06/13/07 | 2,412.52 |
| 54 | 323156 | 07/20/07 | 08/01/07 |  | 578 | 06/25/07 | 85.00 |
| 55 | 323156 | 07/20/07 | 08/01/07 |  | 577 | 06/26/07 | 63.75 |
| 56 | 323156 | 07/20/07 | 08/01/07 | 212.50 | 577 | 06/26/07 | 63.75 |
| 57 | 323915 | 07/23/07 | 07/31/07 |  | 576 | 06/26/07 | 14,237.63 |
| 58 | 323915 | 07/23/07 | 07/31/07 | 15,557.57 | 580 | 06/29/07 | 1,319.94 |
|  |  |  |  | $ 42,416.65 |  |  | $ 42,416.65 |