AHM - Summary of Invoices Paid in the Preference Period
Vendor - BROADRIDGE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 313845 | 06/13/07 | 06/19/07 | $ 190,408.82 | 157021 | 06/06/07 | $ 190,408.82 |
|   |        |          |          | $ 190,408.82 |        |          | $ 190,408.82 |