AHM - Summary of Invoices Paid in the Preference Period
Vendor - Broker Agent Magazine
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305470 | 05/14/07 | 05/21/07 | 3,800.00 | 705019311 | 04/26/07 | 3,800.00 |
| 2 | 305994 | 05/15/07 | 05/23/07 | | 705019467 | 04/30/07 | 298.75 |
| 3 | 305994 | 05/15/07 | 05/23/07 | | 705019467 | 04/30/07 | 298.75 |
| 4 | 305994 | 05/15/07 | 05/23/07 | | 705019467 | 04/30/07 | 298.75 |
| 5 | 305994 | 05/15/07 | 05/23/07 | 1,195.00 | 705019467 | 04/30/07 | 298.75 |
| 6 | 306723 | 05/17/07 | 06/01/07 | 500.00 | 2007-ATLANTA | 05/17/07 | 500.00 |
| 7 | 310176 | 05/30/07 | 06/13/07 | | 706019718 | 05/17/07 | 438.00 |
| 8 | 310176 | 05/30/07 | 06/13/07 | | 706019718 | 05/17/07 | 438.00 |
| 9 | 310176 | 05/30/07 | 06/13/07 | | 706019718 | 05/17/07 | 438.00 |
| 10 | 310176 | 05/30/07 | 06/13/07 | | 706019718 | 05/17/07 | 438.00 |
| 11 | 310176 | 05/30/07 | 06/13/07 | 2,190.00 | 706019718 | 05/17/07 | 438.00 |
| 12 | 312130 | 06/06/07 | 06/19/07 | | 705019292 | 04/25/07 | 336.37 |
| 13 | 312130 | 06/06/07 | 06/19/07 | | 705019292 | 04/25/07 | 336.37 |
| 14 | 312130 | 06/06/07 | 06/19/07 | | 705019292 | 04/25/07 | 336.37 |
| 15 | 312130 | 06/06/07 | 06/19/07 | | 705019292 | 04/25/07 | 336.37 |
| 16 | 312130 | 06/06/07 | 06/19/07 | | 705019292 | 04/25/07 | 336.36 |
| 17 | 312130 | 06/06/07 | 06/19/07 | | 705019292 | 04/25/07 | 336.36 |
| 18 | 312130 | 06/06/07 | 06/19/07 | | 705019292 | 04/25/07 | 336.36 |
| 19 | 312130 | 06/06/07 | 06/19/07 | | 705019292 | 04/25/07 | 336.36 |
| 20 | 312130 | 06/06/07 | 06/19/07 | | 705019292 | 04/25/07 | 336.36 |
| 21 | 312130 | 06/06/07 | 06/19/07 | | 705019292 | 04/25/07 | 336.36 |
| 22 | 312130 | 06/06/07 | 06/19/07 | 3,700.00 | 705019292 | 04/25/07 | 336.36 |
| 23 | 312131 | 06/06/07 | 06/15/07 | 1,195.00 | 705019450 | 04/30/07 | 1,195.00 |
| 24 | 312132 | 06/06/07 | 06/15/07 | 3,150.00 | 705019211 | 04/24/07 | 3,150.00 |
| 25 | 314550 | 06/15/07 | 06/29/07 | 3,800.00 | 706019815 | 05/23/07 | 3,800.00 |
| 26 | 317673 | 06/26/07 | 07/09/07 | | 706019791 | 05/21/07 | 339.10 |
| 27 | 317673 | 06/26/07 | 07/09/07 | | 706019791 | 05/21/07 | 339.09 |
| 28 | 317673 | 06/26/07 | 07/09/07 | | 706019791 | 05/21/07 | 339.09 |
| 29 | 317673 | 06/26/07 | 07/09/07 | | 706019791 | 05/21/07 | 339.09 |
| 30 | 317673 | 06/26/07 | 07/09/07 | | 706019791 | 05/21/07 | 339.09 |
| 31 | 317673 | 06/26/07 | 07/09/07 | | 706019791 | 05/21/07 | 339.09 |
| 32 | 317673 | 06/26/07 | 07/09/07 | | 706019791 | 05/21/07 | 339.09 |
| 33 | 317673 | 06/26/07 | 07/09/07 | | 706019791 | 05/21/07 | 339.09 |
| 34 | 317673 | 06/26/07 | 07/09/07 | | 706019791 | 05/21/07 | 339.09 |
| 35 | 317673 | 06/26/07 | 07/09/07 | | 706019791 | 05/21/07 | 339.09 |
| 36 | 317673 | 06/26/07 | 07/09/07 | 3,730.00 | 706019791 | 05/21/07 | 339.09 |
| 37 | 317674 | 06/26/07 | 07/09/07 | | 706020213 | 06/11/07 | 211.60 |
| 38 | 317674 | 06/26/07 | 07/09/07 | | 706020213 | 06/11/07 | 211.60 |
| 39 | 317674 | 06/26/07 | 07/09/07 | | 706020213 | 06/11/07 | 211.60 |
| 40 | 317674 | 06/26/07 | 07/09/07 | | 706020213 | 06/11/07 | 211.60 |
| 41 | 317674 | 06/26/07 | 07/09/07 | | 706020213 | 06/11/07 | 211.60 |
| 42 | 317674 | 06/26/07 | 07/09/07 | 1,195.00 | 706020213 | 06/11/07 | 137.00 |
| 43 | 318074 | 06/27/07 | 07/11/07 | | 706019986 | 05/31/07 | 298.75 |
| 44 | 318074 | 06/27/07 | 07/11/07 | | 706019986 | 05/31/07 | 298.75 |
| 45 | 318074 | 06/27/07 | 07/11/07 | | 706019986 | 05/31/07 | 298.75 |
| 46 | 318074 | 06/27/07 | 07/11/07 | 1,195.00 | 706019986 | 05/31/07 | 298.75 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Broker Agent Magazine
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 319052 | 07/02/07 | 07/13/07 | | 706019760 | 05/21/07 | 3,150.00 |
| 48 | 319052 | 07/02/07 | 07/13/07 | 6,300.00 | 707020339 | 06/20/07 | 3,150.00 |
| 49 | 321524 | 07/12/07 | 07/20/07 | | 707020523 | 06/28/07 | 298.75 |
| 50 | 321524 | 07/12/07 | 07/20/07 | | 707020523 | 06/28/07 | 298.75 |
| 51 | 321524 | 07/12/07 | 07/20/07 | | 707020523 | 06/28/07 | 298.75 |
| 52 | 321524 | 07/12/07 | 07/20/07 | 1,195.00 | 707020523 | 06/28/07 | 298.75 |
| | | | | $ 33,145.00 | | | $ 33,145.00 |