AHM - Summary of Invoices Paid in the Preference Period
Vendor - BUILDING CHAMPIONS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302354 | 04/30/07 | 05/08/07 | $ 5,490.00 | 9937 | 04/25/07 | $ 5,490.00 |
| 2 | 303785 | 05/04/07 | 05/09/07 |  | 9959 | 04/30/07 | 9,990.00 |
| 3 | 303785 | 05/04/07 | 05/09/07 |  | 9956 | 04/30/07 | 9,990.00 |
| 4 | 303785 | 05/04/07 | 05/09/07 |  | 9960 | 04/30/07 | 6,990.00 |
| 5 | 303785 | 05/04/07 | 05/09/07 | 33,960.00 | 9955 | 04/30/07 | 6,990.00 |
| 6 | 305744 | 05/15/07 | 05/22/07 | 5,490.00 | 10020 | 05/14/07 | 5,490.00 |
| 7 | 313497 | 06/12/07 | 06/19/07 | 5,490.00 | 10089 | 06/01/07 | 5,490.00 |
| 8 | 320364 | 07/09/07 | 07/17/07 | 5,490.00 | 10055 | 05/23/07 | 5,490.00 |
| 9 | 323122 | 07/19/07 | 07/23/07 | 22,900.00 | 10227 | 07/12/07 | 22,900.00 |
|   |   |   |   | $ 78,820.00 |   |   | $ 78,820.00 |