AHM - Summary of Invoices Paid in the Preference Period
Vendor - C F N FINANCIAL INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302922 | 05/02/07 | 05/11/07 |  | 74 | 03/01/07 | $ 10,000.00 |
| 2 | 302922 | 05/02/07 | 05/11/07 | 20,000.00 | 75 | 04/01/07 | 10,000.00 |
| 3 | 305566 | 05/14/07 | 05/22/07 | 10,000.00 | 76 | 05/10/07 | 10,000.00 |
| 4 | 321612 | 07/12/07 | 07/23/07 | 10,000.00 | 77 | 06/14/07 | 10,000.00 |
| 5 | 323925 | 07/23/07 | 07/31/07 | 10,000.00 | 78 | 07/05/07 | 10,000.00 |
|   |   |   |   | $ 50,000.00 |   |   | $ 50,000.00 |