AHM - Summary of Invoices Paid in the Preference Period
Vendor - CABLEVISION LIGHTPATH
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 309299 | 05/24/07 | 05/31/07 | $ 41,032.21 | 934 | 04/30/07 | $ 41,032.21 |
| 2 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 3,731.84 |
| 3 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 2,231.33 |
| 4 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 1,907.01 |
| 5 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 1,907.01 |
| 6 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 1,907.01 |
| 7 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 1,859.44 |
| 8 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 1,625.93 |
| 9 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 1,535.12 |
| 10 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 1,487.55 |
| 11 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 1,487.55 |
| 12 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 1,439.98 |
| 13 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 1,349.17 |
| 14 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 1,254.04 |
| 15 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 1,115.66 |
| 16 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 1,024.85 |
| 17 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 882.15 |
| 18 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 882.15 |
| 19 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 791.34 |
| 20 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 791.34 |
| 21 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 743.78 |
| 22 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 652.97 |
| 23 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 652.97 |
| 24 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 605.40 |
| 25 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 510.26 |
| 26 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 510.26 |
| 27 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 467.02 |
| 28 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 467.02 |
| 29 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 467.02 |
| 30 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 467.02 |
| 31 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 467.02 |
| 32 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 467.02 |
| 33 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 371.89 |
| 34 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 371.89 |
| 35 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 371.89 |
| 36 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 371.89 |
| 37 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 324.32 |
| 38 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 324.32 |
| 39 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 324.32 |
| 40 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 324.32 |
| 41 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 324.32 |
| 42 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 281.08 |
| 43 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 281.08 |
| 44 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 281.08 |
| 45 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 281.08 |
| 46 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 281.08 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - CABLEVISION LIGHTPATH
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 233.51 |
| 48 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 233.51 |
| 49 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 233.51 |
| 50 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 233.51 |
| 51 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 233.51 |
| 52 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 233.51 |
| 53 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 185.94 |
| 54 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 185.94 |
| 55 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 138.38 |
| 56 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 138.38 |
| 57 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 138.38 |
| 58 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 138.38 |
| 59 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 95.13 |
| 60 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 95.13 |
| 61 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 95.13 |
| 62 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 95.13 |
| 63 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 47.57 |
| 64 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 47.57 |
| 65 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 47.57 |
| 66 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 47.57 |
| 67 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 47.57 |
| 68 | 319274 | 07/02/07 | 07/09/07 | | 6527222 | 06/01/07 | 47.57 |
| 69 | 319274 | 07/02/07 | 07/09/07 | 43,242.76 | 6527222 | 06/01/07 | 47.57 |
| | | | | $ 84,274.97 | | | $ 84,274.97 |