AHM - Summary of Invoices Paid in the Preference Period
Vendor - CAPITAL CONTRACTORS INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 312778 | 06/08/07 | 06/13/07 | $ 330.00 | 241845 | 05/21/07 | $ 330.00 |
| 2 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 5,648.50 |
| 3 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 3,617.21 |
| 4 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 1,263.60 |
| 5 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 937.43 |
| 6 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 725.00 |
| 7 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 695.00 |
| 8 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 625.00 |
| 9 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 585.75 |
| 10 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 565.00 |
| 11 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 561.75 |
| 12 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 537.69 |
| 13 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 520.00 |
| 14 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 490.00 |
| 15 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 450.50 |
| 16 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 445.00 |
| 17 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 445.00 |
| 18 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 407.34 |
| 19 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 399.38 |
| 20 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 381.60 |
| 21 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 379.31 |
| 22 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 373.00 |
| 23 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 365.70 |
| 24 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 354.75 |
| 25 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 351.45 |
| 26 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 349.80 |
| 27 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 349.80 |
| 28 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 346.13 |
| 29 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 335.00 |
| 30 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 330.00 |
| 31 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 330.00 |
| 32 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 330.00 |
| 33 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 325.00 |
| 34 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/21/07 | 294.25 |
| 35 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 291.50 |
| 36 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 275.00 |
| 37 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 230.76 |
| 38 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 210.60 |
| 39 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 210.00 |
| 40 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 200.00 |
| 41 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 196.00 |
| 42 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 194.40 |
| 43 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 175.00 |
| 44 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 175.00 |
| 45 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 175.00 |
| 46 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 175.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - CAPITAL CONTRACTORS INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 175.00 |
| 48 | 313499 | 06/12/07 | 06/18/07 | | 240913 | 05/22/07 | 98.00 |
| 49 | 313499 | 06/12/07 | 06/18/07 | 25,490.40 | 240913 | 05/22/07 | (1,405.80) |
| 50 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 5,648.50 |
| 51 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 3,617.21 |
| 52 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 725.00 |
| 53 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 695.00 |
| 54 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 625.00 |
| 55 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 585.75 |
| 56 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 565.00 |
| 57 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 561.75 |
| 58 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 537.69 |
| 59 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 521.85 |
| 60 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 521.85 |
| 61 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 520.00 |
| 62 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 490.00 |
| 63 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 450.50 |
| 64 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 445.00 |
| 65 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 445.00 |
| 66 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 407.34 |
| 67 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 381.60 |
| 68 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 379.31 |
| 69 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 373.00 |
| 70 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 365.70 |
| 71 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 354.75 |
| 72 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 351.45 |
| 73 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 349.80 |
| 74 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 349.80 |
| 75 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 346.13 |
| 76 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 335.00 |
| 77 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 330.00 |
| 78 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 330.00 |
| 79 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 330.00 |
| 80 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 325.00 |
| 81 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 294.25 |
| 82 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 291.50 |
| 83 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 275.00 |
| 84 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 210.60 |
| 85 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 210.00 |
| 86 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 200.00 |
| 87 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 175.00 |
| 88 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 175.00 |
| 89 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 175.00 |
| 90 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 175.00 |
| 91 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 175.00 |
| 92 | 318057 | 06/27/07 | 07/10/07 | | 250965 | 06/20/07 | 48.99 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - CAPITAL CONTRACTORS INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 93 | 318057 | 06/27/07 | 07/10/07 | 24,685.30 | 250965 | 06/20/07 | 15.98 |
| 94 | 318777 | 06/29/07 | 07/10/07 | | 247065 | 06/06/07 | 667.00 |
| 95 | 318777 | 06/29/07 | 07/10/07 | | 247064 | 06/06/07 | 308.00 |
| 96 | 318777 | 06/29/07 | 07/10/07 | 1,150.00 | 247078 | 06/06/07 | 175.00 |
| 97 | 320059 | 07/06/07 | 07/13/07 | 65.03 | 114108 | 04/19/06 | 65.03 |
| | | | | $ 51,720.73 | | | $ 51,720.73 |