AHM - Summary of Invoices Paid in the Preference Period
Vendor - CAREERBUILDER
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303598 | 05/04/07 | 05/18/07 | $ 11,360.00 | CB00619143 | 04/25/07 | $ 11,360.00 |
| 2 | 310599 | 05/31/07 | 06/11/07 |  | CB00623246 | 05/01/07 | 7,520.01 |
| 3 | 310599 | 05/31/07 | 06/11/07 | 15,040.01 | CB00633044 | 05/21/07 | 7,520.00 |
| 4 | 320369 | 07/09/07 | 07/20/07 |  | CB00652861 | 06/28/07 | 7,519.98 |
| 5 | 320369 | 07/09/07 | 07/20/07 | 7,839.98 | CB00650366 | 06/25/07 | 320.00 |
| 6 | 321609 | 07/12/07 | 07/24/07 |  | CB00643340 | 06/11/07 | 7,520.01 |
| 7 | 321609 | 07/12/07 | 07/24/07 | 12,920.01 | CB00643521 | 06/11/07 | 5,400.00 |
|  |  |  |  | $ 47,160.00 |  |  | $ 47,160.00 |