AHM - Summary of Invoices Paid in the Preference Period
Vendor - CB CONTRACTORS INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 300476 | 04/24/07 | 05/08/07 | $ 3,036.25 | 4060746 | 04/06/07 | $ 3,036.25 |
| 2 | 300776 | 04/25/07 | 05/08/07 | 4,163.73 | 4230747 | 04/23/07 | 4,163.73 |
| 3 | 305563 | 05/14/07 | 05/24/07 |  | 20070507 | 05/07/07 | 25,331.06 |
| 4 | 305563 | 05/14/07 | 05/24/07 | 28,367.31 | 5100748 | 05/10/07 | 3,036.25 |
| 5 | 311500 | 06/05/07 | 06/14/07 | 4,163.73 | 5250749 | 05/25/07 | 4,163.73 |
| 6 | 314618 | 06/15/07 | 07/02/07 | 3,036.25 | 6120750 | 06/12/07 | 3,036.25 |
|   |   |   |   | $ 42,767.27 |   |   | $ 42,767.27 |