AHM - Summary of Invoices Paid in the Preference Period
Vendor - CHANDLER SIGNS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303602 | 05/04/07 | 05/15/07 | | 173922 | 04/27/07 | $ 4,853.52 |
| 2 | 303602 | 05/04/07 | 05/15/07 | | 173817 | 04/25/07 | 2,954.22 |
| 3 | 303602 | 05/04/07 | 05/15/07 | | 173779 | 04/24/07 | 1,575.39 |
| 4 | 303602 | 05/04/07 | 05/15/07 | | 173726 | 04/23/07 | 1,018.64 |
| 5 | 303602 | 05/04/07 | 05/15/07 | | 173725 | 04/23/07 | 1,018.64 |
| 6 | 303602 | 05/04/07 | 05/15/07 | 11,894.49 | 173809 | 04/25/07 | 474.08 |
| 7 | 305567 | 05/14/07 | 05/23/07 | 957.00 | 173998 | 04/30/07 | 957.00 |
| 8 | 308666 | 05/22/07 | 05/30/07 | | 174193 | 05/08/07 | 9,809.42 |
| 9 | 308666 | 05/22/07 | 05/30/07 | | 174280 | 05/10/07 | 4,861.11 |
| 10 | 308666 | 05/22/07 | 05/30/07 | | 174192 | 05/08/07 | 983.00 |
| 11 | 308666 | 05/22/07 | 05/30/07 | 16,037.99 | 174194 | 05/08/07 | 384.46 |
| 12 | 309743 | 05/25/07 | 06/05/07 | | 174197 | 05/08/07 | 138.18 |
| 13 | 309743 | 05/25/07 | 06/05/07 | 275.60 | 174198 | 05/08/07 | 137.42 |
| 14 | 310863 | 06/01/07 | 06/12/07 | | 174593 | 05/21/07 | 874.48 |
| 15 | 310863 | 06/01/07 | 06/12/07 | 1,196.44 | 174531 | 05/18/07 | 321.96 |
| 16 | 312780 | 06/08/07 | 06/14/07 | | 174606 | 05/22/07 | 3,945.92 |
| 17 | 312780 | 06/08/07 | 06/14/07 | | 174610 | 05/22/07 | 1,556.18 |
| 18 | 312780 | 06/08/07 | 06/14/07 | | 174612 | 05/22/07 | 1,250.00 |
| 19 | 312780 | 06/08/07 | 06/14/07 | | 174648 | 05/22/07 | 1,191.00 |
| 20 | 312780 | 06/08/07 | 06/14/07 | | 174684 | 05/23/07 | 1,145.00 |
| 21 | 312780 | 06/08/07 | 06/14/07 | | 174683 | 05/23/07 | 1,066.00 |
| 22 | 312780 | 06/08/07 | 06/14/07 | | 174682 | 05/23/07 | 1,006.00 |
| 23 | 312780 | 06/08/07 | 06/14/07 | | 174613 | 05/22/07 | 580.88 |
| 24 | 312780 | 06/08/07 | 06/14/07 | 12,202.24 | 174653 | 05/22/07 | 461.26 |
| 25 | 317067 | 06/22/07 | 07/03/07 | | 175114 | 06/07/07 | 5,997.00 |
| 26 | 317067 | 06/22/07 | 07/03/07 | | 175314 | 06/13/07 | 641.76 |
| 27 | 317067 | 06/22/07 | 07/03/07 | | 175249 | 06/12/07 | 516.81 |
| 28 | 317067 | 06/22/07 | 07/03/07 | | 175375 | 06/14/07 | 226.52 |
| 29 | 317067 | 06/22/07 | 07/03/07 | 7,587.59 | 175376 | 06/14/07 | 205.50 |
| 30 | 317728 | 06/26/07 | 07/09/07 | 420.38 | 175104 | 06/07/07 | 420.38 |
| 31 | 320373 | 07/09/07 | 07/17/07 | 5,471.51 | 175697 | 06/28/07 | 5,471.51 |
| 32 | 321615 | 07/12/07 | 07/24/07 | 133.35 | 175700 | 06/28/07 | 133.35 |
| 33 | 323926 | 07/23/07 | 08/01/07 | | 175955 | 07/11/07 | 1,975.87 |
| 34 | 323926 | 07/23/07 | 08/01/07 | | 175964 | 07/11/07 | 1,492.00 |
| 35 | 323926 | 07/23/07 | 08/01/07 | | 175954 | 07/11/07 | 1,440.00 |
| 36 | 323926 | 07/23/07 | 08/01/07 | | 175956 | 07/11/07 | 577.00 |
| 37 | 323926 | 07/23/07 | 08/01/07 | 5,647.77 | 175953 | 07/11/07 | 162.90 |
| | | | | $ 61,824.36 | | | $ 61,824.36 |