AHM - Summary of Payments in the Preference Period
Vendor - CHECK PRINTERS, INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 310741 | 05/31/07 | 06/06/07 | $ 186,601.50 | 642132 | 05/31/07 | $ 186,601.50 |
| 2 | 317569 | 06/25/07 | 06/28/07 | 159,540.07 | N004502 | 06/25/07 | 159,540.07 |
| 3 | 320969 | 07/10/07 | 07/12/07 | 191,845.28 | 65276 | 07/10/07 | 191,845.28 |
|   |   |   | Total Checks | $ 537,986.85 |   |   | $ 537,986.85 |

| Wire Number | Wire Date | Wire Amount |
|---|---|---|
| 3038 | 06/05/07 | $ 7,485.89 |
| 7803 | 08/03/07 | 418,000.00 |
| Total Wires |   | $ 425,485.89 |
| Total |   | $ 963,472.74 |