AHM - Summary of Invoices Paid in the Preference Period
Vendor - CINGULAR WIRELESS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301893 | 04/30/07 | 05/08/07 | $ 59,314.99 | 76916X03282007 | 03/20/07 | $ 59,314.99 |
| 2 | 306160 | 05/16/07 | 05/30/07 | 2,704.66 | N05O045528 | 04/13/07 | 2,704.66 |
| 3 | 306404 | 05/16/07 | 05/23/07 | 78.34 | 110060800142 | 04/16/07 | 78.34 |
| 4 | 309300 | 05/24/07 | 06/01/07 | 10,550.52 | 627700X04282007 | 04/20/07 | 10,550.52 |
| 5 | 309744 | 05/25/07 | 06/14/07 | 342.08 | N05O048292 | 05/11/07 | 342.08 |
| 6 | 309745 | 05/25/07 | 06/14/07 | 16.24 | N05O02398 | 05/11/07 | 16.24 |
| 7 | 310759 | 05/31/07 | 06/12/07 | 82.07 | 110060800142 | 05/16/07 | 82.07 |
| 8 | 312339 | 06/07/07 | 06/14/07 | 104,072.87 | 076916X04282007 | 04/20/07 | 104,072.87 |
| 9 | 312782 | 06/08/07 | 06/21/07 | 325.84 | N05O049222 | 05/22/07 | 325.84 |
| 10 | 312783 | 06/08/07 | 06/21/07 | 977.59 | N05O049227 | 05/22/07 | 977.59 |
| 11 | 314384 | 06/14/07 | 06/27/07 | 505.02 | N05O049925 | 05/30/07 | 505.02 |
| 12 | 323123 | 07/19/07 | 07/30/07 | 73.64 | 110060800142 | 06/16/07 | 73.64 |
| | | | | $ 179,043.86 | | | $ 179,043.86 |