AHM - Summary of Invoices Paid in the Preference Period
Vendor - CLIENT SERVICES CUSTOMER CARE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 309650 | 05/25/07 | 06/05/07 | $ 27,350.00 | 417 | 05/01/07 | $ 27,350.00 |
| 2 | 314387 | 06/14/07 | 06/22/07 | 22,910.00 | 441 | 06/01/07 | 22,910.00 |
| 3 | 315210 | 06/19/07 | 06/28/07 | 26,070.00 | 431 | 05/17/07 | 26,070.00 |
| 4 | 317732 | 06/26/07 | 07/09/07 | 16,675.00 | 449 | 06/18/07 | 16,675.00 |
| 5 | 322999 | 07/19/07 | 07/31/07 | 23,200.00 | 461 | 07/02/07 | 23,200.00 |
| 6 | 324879 | 07/24/07 | 07/31/07 | 20,880.00 | 470 | 07/16/07 | 20,880.00 |
|   |   |   |   | $ 137,085.00 |   |   | $ 137,085.00 |