AHM - Summary of Invoices Paid in the Preference Period
Vendor - CMPS INSTITUTE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304600 | 05/09/07 | 05/16/07 | $ 8,639.20 | 68 | 04/30/07 | $ 8,639.20 |
| 2 | 304601 | 05/09/07 | 05/16/07 | 3,645.43 | 76 | 05/07/07 | 3,645.43 |
| 3 | 304602 | 05/09/07 | 05/16/07 | 10,000.00 | 73 | 05/07/07 | 10,000.00 |
| 4 | 304603 | 05/09/07 | 05/16/07 | 10,000.00 | 74 | 05/07/07 | 10,000.00 |
| 5 | 304604 | 05/09/07 | 05/16/07 | 7,320.10 | 75 | 05/07/07 | 7,320.10 |
| 6 | 304605 | 05/09/07 | 05/16/07 |  | 69 | 05/01/07 | 99.00 |
| 7 | 304605 | 05/09/07 | 05/16/07 | 198.00 | 69 | 05/01/07 | 99.00 |
| 8 | 304606 | 05/09/07 | 05/16/07 | 8,507.63 | 67 | 04/30/07 | 8,507.63 |
| 9 | 310646 | 05/31/07 | 06/12/07 | 99.00 | 82 | 05/17/07 | 99.00 |
| 10 | 310647 | 05/31/07 | 06/12/07 | 99.00 | 78 | 05/11/07 | 99.00 |
| 11 | 324983 | 07/24/07 | 08/01/07 | 10,000.00 | 90 | 07/18/07 | 10,000.00 |
|  |  |  |  | $ 58,508.36 |  |  | $ 58,508.36 |