AHM - Summary of Invoices Paid in the Preference Period
Vendor - Collegiate Rellocation Network
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304062 | 05/07/07 | 05/14/07 | | MSA 4/15-5/15 | 05/07/07 | 5,000.00 |
| 2 | 304062 | 05/07/07 | 05/14/07 | 10,000.00 | MSA 4/15-5/15 | 05/07/07 | 5,000.00 |
| 3 | 312231 | 06/06/07 | 06/08/07 | | 5/15/07-6/15/07 | 06/06/07 | 5,000.00 |
| 4 | 312231 | 06/06/07 | 06/08/07 | 10,000.00 | 5/15/07-6/15/07 | 06/06/07 | 5,000.00 |
| 5 | 320261 | 07/06/07 | 07/10/07 | | MSA -6/16-7/15 | 07/06/07 | 5,000.00 |
| 6 | 320261 | 07/06/07 | 07/10/07 | 10,000.00 | MSA -6/16-7/15 | 07/06/07 | 5,000.00 |
| 7 | 325195 | 07/24/07 | 07/31/07 | | MSA JULY 16-20 | 07/23/07 | 833.50 |
| 8 | 325195 | 07/24/07 | 07/31/07 | 1,667.00 | MSA JULY 16-20 | 07/23/07 | 833.50 |
| | | | | $ 31,667.00 | | | $ 31,667.00 |