AHM - Summary of Invoices Paid in the Preference Period
Vendor - COM BELL SYSTEMS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303358 | 05/02/07 | 05/16/07 | $ 771.24 | 14470 | 04/20/07 | $ 771.24 |
| 2 | 312350 | 06/07/07 | 06/13/07 |  | 14542 | 05/15/07 | 23,379.36 |
| 3 | 312350 | 06/07/07 | 06/13/07 | 24,832.76 | 14562 | 05/21/07 | 1,453.40 |
| 4 | 314388 | 06/14/07 | 06/21/07 |  | 14579 | 05/29/07 | 34,890.84 |
| 5 | 314388 | 06/14/07 | 06/21/07 | 39,182.34 | 14580 | 05/29/07 | 4,291.50 |
| 6 | 317733 | 06/26/07 | 07/11/07 |  | 14622 | 06/14/07 | 8,080.61 |
| 7 | 317733 | 06/26/07 | 07/11/07 |  | 14621 | 06/14/07 | 1,765.16 |
| 8 | 317733 | 06/26/07 | 07/11/07 |  | 14628 | 06/14/07 | 567.02 |
| 9 | 317733 | 06/26/07 | 07/11/07 | 10,867.93 | 14627 | 06/14/07 | 455.14 |
|  |  |  |  | $ 75,654.27 |  |  | $ 75,654.27 |