AHM - Summary of Invoices Paid in the Preference Period
Vendor - CORELOGIC SYSTEMS INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 313087 | 06/11/07 | 06/25/07 | $ 8,582.00 | D07V0581DA | 04/30/07 | $ 8,582.00 |
| 2 | 313862 | 06/13/07 | 06/25/07 |  | MOEND4/30/07 | 04/30/07 | 13,746.00 |
| 3 | 313862 | 06/13/07 | 06/25/07 |  | MOEND4/30/07 | 04/30/07 | 3,468.50 |
| 4 | 313862 | 06/13/07 | 06/25/07 |  | MOEND4/30/07 | 04/30/07 | 1,540.00 |
| 5 | 313862 | 06/13/07 | 06/25/07 |  | MOEND4/30/07 | 04/30/07 | 1,076.00 |
| 6 | 313862 | 06/13/07 | 06/25/07 |  | MOEND4/30/07 | 04/30/07 | 614.17 |
| 7 | 313862 | 06/13/07 | 06/25/07 |  | MOEND4/30/07 | 04/30/07 | 614.17 |
| 8 | 313862 | 06/13/07 | 06/25/07 |  | MOEND4/30/07 | 04/30/07 | 614.16 |
| 9 | 313862 | 06/13/07 | 06/25/07 | 21,759.00 | MOEND4/30/07 | 04/30/07 | 86.00 |
| 10 | 314391 | 06/14/07 | 06/25/07 |  | 39940 | 05/31/07 | 14,570.06 |
| 11 | 314391 | 06/14/07 | 06/25/07 |  | 39940 | 05/31/07 | 3,408.00 |
| 12 | 314391 | 06/14/07 | 06/25/07 |  | 39940 | 05/31/07 | 1,126.50 |
| 13 | 314391 | 06/14/07 | 06/25/07 |  | 39940 | 05/31/07 | 728.50 |
| 14 | 314391 | 06/14/07 | 06/25/07 |  | 39940 | 05/31/07 | 728.50 |
| 15 | 314391 | 06/14/07 | 06/25/07 |  | 39940 | 05/31/07 | 728.50 |
| 16 | 314391 | 06/14/07 | 06/25/07 |  | 39940 | 05/31/07 | 435.50 |
| 17 | 314391 | 06/14/07 | 06/25/07 | 21,791.56 | 39940 | 05/31/07 | 66.00 |
| 18 | 314631 | 06/15/07 | 07/02/07 | 7,710.00 | E07V0581DA | 05/31/07 | 7,710.00 |
| 19 | 321452 | 07/11/07 | 07/18/07 | 17,360.50 | 25342411977 | 03/31/07 | 17,360.50 |
|  |  |  |  | $ 77,203.06 |  |  | $ 77,203.06 |