AHM - Summary of Invoices Paid in the Preference Period
Vendor - COMSYS SERVICES
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305574 | 05/14/07 | 05/22/07 | | 81191798 | 03/22/07 | $ 8,120.00 |
| 2 | 305574 | 05/14/07 | 05/22/07 | | 811203453 | 04/19/07 | 8,120.00 |
| 3 | 305574 | 05/14/07 | 05/22/07 | | 811210661 | 05/26/07 | 7,984.00 |
| 4 | 305574 | 05/14/07 | 05/22/07 | | 811191254 | 03/22/07 | 6,496.00 |
| 5 | 305574 | 05/14/07 | 05/22/07 | | 811207290 | 04/19/07 | 5,400.00 |
| 6 | 305574 | 05/14/07 | 05/22/07 | 39,112.00 | 811210662 | 04/12/07 | 2,992.00 |
| 7 | 312358 | 06/07/07 | 06/12/07 | | 811162713 | 01/12/07 | 5,416.00 |
| 8 | 312358 | 06/07/07 | 06/12/07 | 8,672.00 | 811218294 | 05/10/07 | 3,256.00 |
| 9 | 317429 | 06/25/07 | 07/06/07 | | 811161023 | 01/17/07 | 7,032.00 |
| 10 | 317429 | 06/25/07 | 07/06/07 | | 811215641 | 06/07/07 | 5,128.00 |
| 11 | 317429 | 06/25/07 | 07/06/07 | 14,880.00 | 811229608 | 05/30/07 | 2,720.00 |
| | | | | $ 62,664.00 | | | $ 62,664.00 |