AHM - Summary of Invoices Paid in the Preference Period
Vendor - ALLREGS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 313479 | 06/12/07 | 06/21/07 | $ 70,000.00 | B076690612007 | 06/01/07 | $ 70,000.00 |
|   |        |          |          | $ 70,000.00 |               |          | $ 70,000.00 |