AHM - Summary of Invoices Paid in the Preference Period
Vendor - Corporate Resources Group
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 308956 | 05/23/07 | 05/30/07 | 25,000.00 | 71207 | 04/23/07 | 25,000.00 |
|   |   |   |   | $ 25,000.00 |   |   | $ 25,000.00 |