AHM - Summary of Invoices Paid in the Preference Period
Vendor - CORPORATE TECHNOLOGIES INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301540 | 04/27/07 | 05/11/07 | $ 20,850.00 | PS003269 | 03/23/07 | $ 20,850.00 |
| 2 | 313507 | 06/12/07 | 06/25/07 | 29,397.13 | 15362 | 05/18/07 | 29,397.13 |
| 3 | 317083 | 06/22/07 | 07/09/07 | 8,392.52 | 15254 | 05/01/07 | 8,392.52 |
|   |   |   |   | $ 58,639.65 |   |   | $ 58,639.65 |