AHM - Summary of Invoices Paid in the Preference Period
Vendor - CORPORATION SERVICE COMPANY
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304384 | 05/08/07 | 05/14/07 | $ 1,163.20 | 5/07AHMVRI | 05/08/07 | $ 1,163.20 |
| 2 | 308676 | 05/22/07 | 05/30/07 | | 49750199 | 05/07/07 | 27,698.68 |
| 3 | 308676 | 05/22/07 | 05/30/07 | | 49761439 | 05/10/07 | 3,203.90 |
| 4 | 308676 | 05/22/07 | 05/30/07 | | 49761565 | 05/10/07 | 3,044.40 |
| 5 | 308676 | 05/22/07 | 05/30/07 | | 49621728 | 04/03/07 | 680.00 |
| 6 | 308676 | 05/22/07 | 05/30/07 | | 49746641 | 05/07/07 | 647.00 |
| 7 | 308676 | 05/22/07 | 05/30/07 | | 49714552 | 04/27/07 | 645.71 |
| 8 | 308676 | 05/22/07 | 05/30/07 | | 49741096 | 05/04/07 | 624.00 |
| 9 | 308676 | 05/22/07 | 05/30/07 | | 49750166 | 05/07/07 | 458.00 |
| 10 | 308676 | 05/22/07 | 05/30/07 | | 49748035 | 05/07/07 | 426.00 |
| 11 | 308676 | 05/22/07 | 05/30/07 | | 49739526 | 05/03/07 | 408.00 |
| 12 | 308676 | 05/22/07 | 05/30/07 | | 49746649 | 05/07/07 | 387.00 |
| 13 | 308676 | 05/22/07 | 05/30/07 | | 49733630 | 05/02/07 | 349.00 |
| 14 | 308676 | 05/22/07 | 05/30/07 | | 49667996 | 04/16/07 | 348.94 |
| 15 | 308676 | 05/22/07 | 05/30/07 | | 49757391 | 05/09/07 | 312.10 |
| 16 | 308676 | 05/22/07 | 05/30/07 | | 49656003 | 04/12/07 | 267.00 |
| 17 | 308676 | 05/22/07 | 05/30/07 | | 49770962 | 05/11/07 | 253.00 |
| 18 | 308676 | 05/22/07 | 05/30/07 | | 49718348 | 04/27/07 | 243.00 |
| 19 | 308676 | 05/22/07 | 05/30/07 | | 49635758 | 04/06/07 | 239.00 |
| 20 | 308676 | 05/22/07 | 05/30/07 | | 49702720 | 04/24/07 | 228.00 |
| 21 | 308676 | 05/22/07 | 05/30/07 | | 49651539 | 04/11/07 | 223.00 |
| 22 | 308676 | 05/22/07 | 05/30/07 | | 49635771 | 04/06/07 | 216.00 |
| 23 | 308676 | 05/22/07 | 05/30/07 | | 49635768 | 04/06/07 | 216.00 |
| 24 | 308676 | 05/22/07 | 05/30/07 | | 49635763 | 04/06/07 | 216.00 |
| 25 | 308676 | 05/22/07 | 05/30/07 | | 49625591 | 04/04/07 | 213.00 |
| 26 | 308676 | 05/22/07 | 05/30/07 | | 49725779 | 05/01/07 | 186.20 |
| 27 | 308676 | 05/22/07 | 05/30/07 | | 49770938+ | 05/11/07 | 178.00 |
| 28 | 308676 | 05/22/07 | 05/30/07 | | 49768662 | 05/11/07 | 178.00 |
| 29 | 308676 | 05/22/07 | 05/30/07 | | 49707342 | 04/25/07 | 142.00 |
| 30 | 308676 | 05/22/07 | 05/30/07 | | 49746609 | 05/07/07 | 125.00 |
| 31 | 308676 | 05/22/07 | 05/30/07 | | 49736315 | 05/03/07 | 124.10 |
| 32 | 308676 | 05/22/07 | 05/30/07 | | 49649795 | 04/10/07 | 112.10 |
| 33 | 308676 | 05/22/07 | 05/30/07 | | 49625287 | 04/04/07 | 104.10 |
| 34 | 308676 | 05/22/07 | 05/30/07 | | 49761595 | 05/10/07 | 94.10 |
| 35 | 308676 | 05/22/07 | 05/30/07 | | 49758598 | 05/09/07 | 94.10 |
| 36 | 308676 | 05/22/07 | 05/30/07 | | 49758700 | 05/09/07 | 94.10 |
| 37 | 308676 | 05/22/07 | 05/30/07 | | 49702080 | 04/24/07 | 94.10 |
| 38 | 308676 | 05/22/07 | 05/30/07 | | 49702078 | 04/24/07 | 94.10 |
| 39 | 308676 | 05/22/07 | 05/30/07 | | 49685970 | 04/19/07 | 94.00 |
| 40 | 308676 | 05/22/07 | 05/30/07 | | 49687861 | 04/20/07 | 92.00 |
| 41 | 308676 | 05/22/07 | 05/30/07 | | 49746653 | 05/07/07 | 88.10 |
| 42 | 308676 | 05/22/07 | 05/30/07 | | 49739548 | 05/03/07 | 87.10 |
| 43 | 308676 | 05/22/07 | 05/30/07 | | 49686637 | 04/19/07 | 82.10 |
| 44 | 308676 | 05/22/07 | 05/30/07 | | 49728057 | 05/01/07 | 79.10 |
| 45 | 308676 | 05/22/07 | 05/30/07 | | 49748037 | 05/07/07 | 79.10 |
| 46 | 308676 | 05/22/07 | 05/30/07 | | 49648258 | 04/10/07 | 79.10 |
| 47 | 308676 | 05/22/07 | 05/30/07 | | 49648596 | 04/10/07 | 77.10 |
| 48 | 308676 | 05/22/07 | 05/30/07 | | 49716545 | 04/27/07 | 74.10 |
| 49 | 308676 | 05/22/07 | 05/30/07 | | 49721638 | 04/30/07 | 74.10 |
| 50 | 308676 | 05/22/07 | 05/30/07 | | 49752963 | 05/08/07 | 72.10 |
| 51 | 308676 | 05/22/07 | 05/30/07 | | 49698171 | 04/23/07 | 72.10 |
| 52 | 308676 | 05/22/07 | 05/30/07 | | 49711471 | 04/26/07 | 69.10 |
| 53 | 308676 | 05/22/07 | 05/30/07 | | 49617483 | 04/02/07 | 62.00 |
| 54 | 308676 | 05/22/07 | 05/30/07 | | 49617167 | 04/02/07 | 62.00 |
| 55 | 308676 | 05/22/07 | 05/30/07 | | 49617199 | 04/02/07 | 62.00 |
| 56 | 308676 | 05/22/07 | 05/30/07 | | 49617284 | 04/02/07 | 62.00 |
| 57 | 308676 | 05/22/07 | 05/30/07 | | 49617254 | 04/02/07 | 62.00 |
| 58 | 308676 | 05/22/07 | 05/30/07 | | 49617226 | 04/02/07 | 62.00 |
| 59 | 308676 | 05/22/07 | 05/30/07 | | 49741856 | 05/04/07 | 53.10 |
| 60 | 308676 | 05/22/07 | 05/30/07 | | 49679597 | 04/18/07 | 49.10 |
| 61 | 308676 | 05/22/07 | 05/30/07 | | 49741867 | 05/04/07 | 49.10 |
| 62 | 308676 | 05/22/07 | 05/30/07 | | 49741873 | 05/04/07 | 49.10 |
| 63 | 308676 | 05/22/07 | 05/30/07 | | 49741879 | 05/04/07 | 49.10 |
| 64 | 308676 | 05/22/07 | 05/30/07 | | 49741884 | 05/04/07 | 49.10 |
| 65 | 308676 | 05/22/07 | 05/30/07 | 45,000.63 | 49734301 | 05/02/07 | 44.10 |
| 66 | 320074 | 07/06/07 | 07/18/07 | | 49761481 | 05/10/07 | 3,042.40 |
| 67 | 320074 | 07/06/07 | 07/18/07 | | 49914933 | 06/21/07 | 1,965.00 |
| 68 | 320074 | 07/06/07 | 07/18/07 | | 49847814 | 06/04/07 | 1,412.00 |
| 69 | 320074 | 07/06/07 | 07/18/07 | | 49855367 | 06/05/07 | 603.00 |
| 70 | 320074 | 07/06/07 | 07/18/07 | | 49870372 | 06/08/07 | 493.00 |
| 71 | 320074 | 07/06/07 | 07/18/07 | | 49873799 | 06/11/07 | 328.00 |
| 72 | 320074 | 07/06/07 | 07/18/07 | | 49945907 | 06/28/07 | 293.00 |
| 73 | 320074 | 07/06/07 | 07/18/07 | | 49909953 | 06/20/07 | 293.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - CORPORATION SERVICE COMPANY
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 74 | 320074 | 07/06/07 | 07/18/07 | | 49872910 | 06/11/07 | 288.00 |
| 75 | 320074 | 07/06/07 | 07/18/07 | | 49790365 | 05/17/07 | 268.00 |
| 76 | 320074 | 07/06/07 | 07/18/07 | | 49790320 | 05/17/07 | 253.00 |
| 77 | 320074 | 07/06/07 | 07/18/07 | | 49790864 | 05/17/07 | 253.00 |
| 78 | 320074 | 07/06/07 | 07/18/07 | | 49786496 | 05/16/07 | 249.00 |
| 79 | 320074 | 07/06/07 | 07/18/07 | | 49790427 | 05/17/07 | 228.00 |
| 80 | 320074 | 07/06/07 | 07/18/07 | | 49893077 | 06/14/07 | 228.00 |
| 81 | 320074 | 07/06/07 | 07/18/07 | | 49786499 | 05/16/07 | 226.00 |
| 82 | 320074 | 07/06/07 | 07/18/07 | | 49831907 | 05/30/07 | 223.00 |
| 83 | 320074 | 07/06/07 | 07/18/07 | | 49790387 | 05/17/07 | 223.00 |
| 84 | 320074 | 07/06/07 | 07/18/07 | | 49846302 | 06/01/07 | 210.75 |
| 85 | 320074 | 07/06/07 | 07/18/07 | | 49790350 | 05/17/07 | 198.00 |
| 86 | 320074 | 07/06/07 | 07/18/07 | | 49790267 | 05/17/07 | 193.00 |
| 87 | 320074 | 07/06/07 | 07/18/07 | | 49790727 | 05/17/07 | 181.00 |
| 88 | 320074 | 07/06/07 | 07/18/07 | | 49783452 | 05/16/07 | 178.00 |
| 89 | 320074 | 07/06/07 | 07/18/07 | | 49783575 | 05/16/07 | 178.00 |
| 90 | 320074 | 07/06/07 | 07/18/07 | | 49868787 | 06/08/07 | 173.00 |
| 91 | 320074 | 07/06/07 | 07/18/07 | | 49783446 | 05/16/07 | 167.00 |
| 92 | 320074 | 07/06/07 | 07/18/07 | | 49937769 | 06/27/07 | 155.00 |
| 93 | 320074 | 07/06/07 | 07/18/07 | | 49915353 | 06/21/07 | 149.00 |
| 94 | 320074 | 07/06/07 | 07/18/07 | | 49809614 | 05/23/07 | 139.00 |
| 95 | 320074 | 07/06/07 | 07/18/07 | | 49915333 | 06/21/07 | 139.00 |
| 96 | 320074 | 07/06/07 | 07/18/07 | | 49771583 | 05/14/07 | 133.00 |
| 97 | 320074 | 07/06/07 | 07/18/07 | | 49853034 | 06/05/07 | 124.00 |
| 98 | 320074 | 07/06/07 | 07/18/07 | | 49865320 | 06/07/07 | 117.00 |
| 99 | 320074 | 07/06/07 | 07/18/07 | | 49857666 | 06/06/07 | 99.10 |
| 1 | 320074 | 07/06/07 | 07/18/07 | | 49784172 | 05/16/07 | 94.10 |
| 2 | 320074 | 07/06/07 | 07/18/07 | | 49859738 | 06/06/07 | 89.10 |
| 3 | 320074 | 07/06/07 | 07/18/07 | | 49855377 | 06/05/07 | 52.85 |
| 4 | 320074 | 07/06/07 | 07/18/07 | | 49810662 | 05/23/07 | 27.00 |
| 5 | 320074 | 07/06/07 | 07/18/07 | 13,692.30 | 49810669 | 05/23/07 | 27.00 |
| | | | | $ 59,856.13 | | | $ 59,856.13 |