AHM - Summary of Invoices Paid in the Preference Period
Vendor - CT Networks
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303361 | 05/02/07 | 05/09/07 | | 66120 | 04/26/07 | $ 14,419.97 |
| 2 | 303361 | 05/02/07 | 05/09/07 | | 65936 | 04/20/07 | 2,922.50 |
| 3 | 303361 | 05/02/07 | 05/09/07 | | 65935 | 04/20/07 | 710.00 |
| 4 | 303361 | 05/02/07 | 05/09/07 | | 66055 | 04/25/07 | 590.00 |
| 5 | 303361 | 05/02/07 | 05/09/07 | | 65933 | 04/20/07 | 380.00 |
| 6 | 303361 | 05/02/07 | 05/09/07 | | 65934 | 04/20/07 | 256.25 |
| 7 | 303361 | 05/02/07 | 05/09/07 | | 63079 | 02/14/07 | 179.23 |
| 8 | 303361 | 05/02/07 | 05/09/07 | 19,622.95 | 66056 | 04/25/07 | 165.00 |
| 9 | 304621 | 05/10/07 | 05/16/07 | | 57625 | 09/06/06 | 7,763.00 |
| 10 | 304621 | 05/10/07 | 05/16/07 | | 55541 | 06/30/06 | 1,585.00 |
| 11 | 304621 | 05/10/07 | 05/16/07 | | 51891A | 02/23/06 | 1,491.63 |
| 12 | 304621 | 05/10/07 | 05/16/07 | | 54835 | 05/31/06 | 1,460.00 |
| 13 | 304621 | 05/10/07 | 05/16/07 | | 58217 | 09/22/06 | 1,350.00 |
| 14 | 304621 | 05/10/07 | 05/16/07 | | 59658 | 10/31/06 | 1,175.00 |
| 15 | 304621 | 05/10/07 | 05/16/07 | | 54107 | 05/16/06 | 706.06 |
| 16 | 304621 | 05/10/07 | 05/16/07 | | 53130 | 03/31/06 | 650.00 |
| 17 | 304621 | 05/10/07 | 05/16/07 | | 58218 | 09/22/06 | 650.00 |
| 18 | 304621 | 05/10/07 | 05/16/07 | | 53121A | 04/11/06 | 395.00 |
| 19 | 304621 | 05/10/07 | 05/16/07 | 17,575.69 | 53115 | 03/31/06 | 350.00 |
| 20 | 305088 | 05/11/07 | 05/18/07 | 23,380.00 | 66010 | 04/24/07 | 23,380.00 |
| 21 | 308958 | 05/23/07 | 05/29/07 | | 66475 | 04/30/07 | 2,150.00 |
| 22 | 308958 | 05/23/07 | 05/29/07 | | 66644 | 05/10/07 | 1,922.92 |
| 23 | 308958 | 05/23/07 | 05/29/07 | | 66644 | 05/10/07 | 1,922.92 |
| 24 | 308958 | 05/23/07 | 05/29/07 | | 66644 | 05/10/07 | 1,922.91 |
| 25 | 308958 | 05/23/07 | 05/29/07 | | 66474 | 04/30/07 | 1,402.50 |
| 26 | 308958 | 05/23/07 | 05/29/07 | | 66354 | 04/30/07 | 1,180.00 |
| 27 | 308958 | 05/23/07 | 05/29/07 | | 66471 | 04/30/07 | 751.25 |
| 28 | 308958 | 05/23/07 | 05/29/07 | | 66470 | 04/30/07 | 380.00 |
| 29 | 308958 | 05/23/07 | 05/29/07 | 12,012.50 | 66472 | 04/30/07 | 380.00 |
| 30 | 309750 | 05/25/07 | 06/04/07 | | 66601 | 04/30/07 | 12,917.00 |
| 31 | 309750 | 05/25/07 | 06/04/07 | | 65627 | 04/12/07 | 10,325.00 |
| 32 | 309750 | 05/25/07 | 06/04/07 | | 66884 | 05/15/07 | 7,829.50 |
| 33 | 309750 | 05/25/07 | 06/04/07 | | 66377 | 05/03/07 | 5,328.00 |
| 34 | 309750 | 05/25/07 | 06/04/07 | | 66602 | 04/30/07 | 4,400.00 |
| 35 | 309750 | 05/25/07 | 06/04/07 | | 66643 | 05/10/07 | 3,368.34 |
| 36 | 309750 | 05/25/07 | 06/04/07 | | 66643 | 05/10/07 | 3,368.33 |
| 37 | 309750 | 05/25/07 | 06/04/07 | | 66643 | 05/10/07 | 3,368.33 |
| 38 | 309750 | 05/25/07 | 06/04/07 | | 66907 | 05/16/07 | 2,950.00 |
| 39 | 309750 | 05/25/07 | 06/04/07 | | 65842 | 04/18/07 | 2,444.06 |
| 40 | 309750 | 05/25/07 | 06/04/07 | | 66204 | 04/27/07 | 2,425.00 |
| 41 | 309750 | 05/25/07 | 06/04/07 | | 60885 | 12/12/06 | 2,220.00 |
| 42 | 309750 | 05/25/07 | 06/04/07 | | 64104 | 03/09/07 | 1,500.00 |
| 43 | 309750 | 05/25/07 | 06/04/07 | | 66806 | 05/11/07 | 1,280.00 |
| 44 | 309750 | 05/25/07 | 06/04/07 | | 64768 | 03/23/07 | 1,173.15 |
| 45 | 309750 | 05/25/07 | 06/04/07 | | 66473 | 04/30/07 | 1,161.25 |
| 46 | 309750 | 05/25/07 | 06/04/07 | | 18474 | 04/26/07 | 985.13 |
| 47 | 309750 | 05/25/07 | 06/04/07 | | 61641 | 01/10/07 | 746.00 |
| 48 | 309750 | 05/25/07 | 06/04/07 | | 66631 | 05/03/07 | 676.80 |
| 49 | 309750 | 05/25/07 | 06/04/07 | | 66627 | 04/30/07 | 627.50 |
| 50 | 309750 | 05/25/07 | 06/04/07 | | 66355 | 04/30/07 | 600.00 |
| 51 | 309750 | 05/25/07 | 06/04/07 | | 66908 | 05/16/07 | 590.00 |
| 52 | 309750 | 05/25/07 | 06/04/07 | | 66630 | 04/30/07 | 583.80 |
| 53 | 309750 | 05/25/07 | 06/04/07 | | 63522 | 02/23/07 | 543.13 |
| 54 | 309750 | 05/25/07 | 06/04/07 | | 66626 | 04/30/07 | 380.00 |
| 55 | 309750 | 05/25/07 | 06/04/07 | | 66623 | 04/30/07 | 380.00 |
| 56 | 309750 | 05/25/07 | 06/04/07 | | 63054 | 02/14/07 | 358.46 |
| 57 | 309750 | 05/25/07 | 06/04/07 | | 66622 | 04/30/07 | 297.50 |
| 58 | 309750 | 05/25/07 | 06/04/07 | | 66353 | 04/30/07 | 295.00 |
| 59 | 309750 | 05/25/07 | 06/04/07 | | 62726 | 01/31/07 | 260.70 |
| 60 | 309750 | 05/25/07 | 06/04/07 | | 57589 | 08/31/06 | 237.50 |
| 61 | 309750 | 05/25/07 | 06/04/07 | | 66625 | 04/30/07 | 215.00 |
| 62 | 309750 | 05/25/07 | 06/04/07 | | 66628 | 04/30/07 | 215.00 |
| 63 | 309750 | 05/25/07 | 06/04/07 | | 66624 | 04/30/07 | 215.00 |
| 64 | 309750 | 05/25/07 | 06/04/07 | 74,324.48 | 61280 | 10/04/06 | 60.00 |
| 65 | 311522 | 06/05/07 | 06/08/07 | | 67085 | 05/18/07 | 2,265.00 |
| 66 | 311522 | 06/05/07 | 06/08/07 | | 67084 | 05/18/07 | 2,253.97 |
| 67 | 311522 | 06/05/07 | 06/08/07 | | 67083 | 05/18/07 | 1,759.73 |
| 68 | 311522 | 06/05/07 | 06/08/07 | 6,474.23 | 67082 | 05/18/07 | 195.53 |
| 69 | 311836 | 06/05/07 | 06/08/07 | 32,848.50 | 67193 | 05/29/07 | 32,848.50 |
| 70 | 314401 | 06/14/07 | 06/21/07 | | 67492 | 05/31/07 | 13,335.00 |
| 71 | 314401 | 06/14/07 | 06/21/07 | | 67505 | 05/31/07 | 736.25 |
| 72 | 314401 | 06/14/07 | 06/21/07 | | 67499 | 05/31/07 | 395.57 |
| 73 | 314401 | 06/14/07 | 06/21/07 | | 67498 | 05/31/07 | 380.00 |
| 74 | 314401 | 06/14/07 | 06/21/07 | | 67501 | 05/31/07 | 380.00 |
| 75 | 314401 | 06/14/07 | 06/21/07 | | 67496 | 05/31/07 | 380.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - CT Networks
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 76 | 314401 | 06/14/07 | 06/21/07 | | 67509 | 05/31/07 | 327.50 |
| 77 | 314401 | 06/14/07 | 06/21/07 | | 67502 | 05/31/07 | 297.50 |
| 78 | 314401 | 06/14/07 | 06/21/07 | | 67503 | 05/31/07 | 256.25 |
| 79 | 314401 | 06/14/07 | 06/21/07 | | 67500 | 05/31/07 | 215.00 |
| 80 | 314401 | 06/14/07 | 06/21/07 | 16,918.07 | 67507 | 06/04/07 | 215.00 |
| 81 | 315556 | 06/20/07 | 07/02/07 | | 67593 | 06/07/07 | 32,848.50 |
| 82 | 315556 | 06/20/07 | 07/02/07 | | 67594 | 06/07/07 | 9,080.00 |
| 83 | 315556 | 06/20/07 | 07/02/07 | | 67606 | 05/31/07 | 1,207.50 |
| 84 | 315556 | 06/20/07 | 07/02/07 | | 67595 | 06/07/07 | 425.00 |
| 85 | 315556 | 06/20/07 | 07/02/07 | | 67598 | 05/31/07 | 425.00 |
| 86 | 315556 | 06/20/07 | 07/02/07 | | 67596 | 05/31/07 | 330.00 |
| 87 | 315556 | 06/20/07 | 07/02/07 | | 67597 | 05/31/07 | 295.00 |
| 88 | 315556 | 06/20/07 | 07/02/07 | 44,791.00 | 67599 | 05/31/07 | 180.00 |
| 89 | 317090 | 06/22/07 | 06/28/07 | | 67764 | 05/31/07 | 710.00 |
| 90 | 317090 | 06/22/07 | 06/28/07 | | 67758 | 05/31/07 | 550.00 |
| 91 | 317090 | 06/22/07 | 06/28/07 | | 67757 | 05/31/07 | 500.00 |
| 92 | 317090 | 06/22/07 | 06/28/07 | | 67762 | 05/31/07 | 380.00 |
| 93 | 317090 | 06/22/07 | 06/28/07 | | 67755 | 05/31/07 | 215.00 |
| 94 | 317090 | 06/22/07 | 06/28/07 | | 67760 | 05/31/07 | 215.00 |
| 95 | 317090 | 06/22/07 | 06/28/07 | 2,785.00 | 67767 | 05/31/07 | 215.00 |
| 96 | 317737 | 06/26/07 | 07/05/07 | | 67972 | 06/15/07 | 7,375.00 |
| 97 | 317737 | 06/26/07 | 07/05/07 | | 68004 | 06/15/07 | 3,721.25 |
| 98 | 317737 | 06/26/07 | 07/05/07 | | 68005 | 06/15/07 | 3,286.00 |
| 99 | 317737 | 06/26/07 | 07/05/07 | | 67973 | 06/15/07 | 1,942.00 |
| 100 | 317737 | 06/26/07 | 07/05/07 | | 68006 | 06/15/07 | 1,880.00 |
| 101 | 317737 | 06/26/07 | 07/05/07 | | 68002 | 06/15/07 | 500.00 |
| 102 | 317737 | 06/26/07 | 07/05/07 | | 68001 | 06/15/07 | 380.00 |
| 103 | 317737 | 06/26/07 | 07/05/07 | 19,299.25 | 68000 | 06/15/07 | 215.00 |
| 104 | 319107 | 07/02/07 | 07/11/07 | 215.00 | 67766 | 05/31/07 | 215.00 |
| 105 | 319383 | 07/03/07 | 07/13/07 | | 38206 | 06/22/07 | 5,852.75 |
| 106 | 319383 | 07/03/07 | 07/13/07 | | 68207 | 06/22/07 | 3,560.00 |
| 107 | 319383 | 07/03/07 | 07/13/07 | | 67761 | 05/31/07 | 2,710.00 |
| 108 | 319383 | 07/03/07 | 07/13/07 | | 68212 | 06/22/07 | 1,535.00 |
| 109 | 319383 | 07/03/07 | 07/13/07 | | 68030 | 06/19/07 | 1,399.81 |
| 110 | 319383 | 07/03/07 | 07/13/07 | | 67953 | 06/15/07 | 1,357.81 |
| 111 | 319383 | 07/03/07 | 07/13/07 | | 68204 | 06/22/07 | 750.00 |
| 112 | 319383 | 07/03/07 | 07/13/07 | | 68211 | 06/22/07 | 460.00 |
| 113 | 319383 | 07/03/07 | 07/13/07 | | 67759 | 05/31/07 | 415.00 |
| 114 | 319383 | 07/03/07 | 07/13/07 | | 67765 | 05/31/07 | 297.50 |
| 115 | 319383 | 07/03/07 | 07/13/07 | | 68194 | 06/22/07 | 295.00 |
| 116 | 319383 | 07/03/07 | 07/13/07 | 18,847.87 | 68208 | 06/22/07 | 215.00 |
| 117 | 320212 | 07/06/07 | 07/11/07 | 16,834.50 | 6/28/07PROPOSAL | 06/28/07 | 16,834.50 |
| 118 | 321453 | 07/11/07 | 07/13/07 | | 67455 | 06/01/07 | 7,135.00 |
| 119 | 321453 | 07/11/07 | 07/13/07 | | 68516 | 07/06/07 | 7,087.50 |
| 120 | 321453 | 07/11/07 | 07/13/07 | 18,370.00 | 68518 | 07/06/07 | 4,147.50 |
| 121 | 323004 | 07/19/07 | 07/31/07 | | 68329 | 06/27/07 | 885.00 |
| 122 | 323004 | 07/19/07 | 07/31/07 | | 68331 | 06/27/07 | 885.00 |
| 123 | 323004 | 07/19/07 | 07/31/07 | | 68417 | 06/29/07 | 792.50 |
| 124 | 323004 | 07/19/07 | 07/31/07 | | 68411 | 06/29/07 | 380.00 |
| 125 | 323004 | 07/19/07 | 07/31/07 | | 68418 | 06/29/07 | 297.50 |
| 126 | 323004 | 07/19/07 | 07/31/07 | | 68330 | 06/27/07 | 295.00 |
| 127 | 323004 | 07/19/07 | 07/31/07 | | 68414 | 06/29/07 | 215.00 |
| 128 | 323004 | 07/19/07 | 07/31/07 | | 68416 | 06/29/07 | 215.00 |
| 129 | 323004 | 07/19/07 | 07/31/07 | | 68410 | 06/29/07 | 215.00 |
| 130 | 323004 | 07/19/07 | 07/31/07 | | 68673 | 07/09/07 | 165.00 |
| 131 | 323004 | 07/19/07 | 07/31/07 | 3,359.87 | C69038 | 07/18/07 | (985.13) |
| 132 | 323167 | 07/20/07 | 07/31/07 | | 68515 | 07/06/07 | 6,650.00 |
| 133 | 323167 | 07/20/07 | 07/31/07 | | 68512 | 07/06/07 | 4,240.00 |
| 134 | 323167 | 07/20/07 | 07/31/07 | | 68546 | 06/29/07 | 3,484.00 |
| 135 | 323167 | 07/20/07 | 07/31/07 | | 68511 | 07/06/07 | 3,368.34 |
| 136 | 323167 | 07/20/07 | 07/31/07 | | 68511 | 07/06/07 | 3,368.33 |
| 137 | 323167 | 07/20/07 | 07/31/07 | | 68511 | 07/06/07 | 3,368.33 |
| 138 | 323167 | 07/20/07 | 07/31/07 | | 68545 | 06/29/07 | 3,300.00 |
| 139 | 323167 | 07/20/07 | 07/31/07 | | 68513 | 07/06/07 | 3,115.41 |
| 140 | 323167 | 07/20/07 | 07/31/07 | | 68514 | 07/06/07 | 2,815.17 |
| 141 | 323167 | 07/20/07 | 07/31/07 | | 68413 | 06/29/07 | 1,941.00 |
| 142 | 323167 | 07/20/07 | 07/31/07 | 37,160.58 | 68412 | 06/29/07 | 1,510.00 |
| | | | | $ 364,819.49 | | | $ 364,819.49 |