AHM - Summary of Invoices Paid in the Preference Period
Vendor - AT CONFERENCE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 309298 | 05/24/07 | 06/01/07 | $ 40,880.84 | AT100031140407 | 05/02/07 | $ 40,880.84 |
| 2 | 318939 | 07/02/07 | 07/11/07 | 48,577.51 | AT100031140507 | 06/02/07 | 48,577.51 |
| | | | | $ 89,458.35 | | | $ 89,458.35 |