AHM - Summary of Invoices Paid in the Preference Period
Vendor - AFP ASSOCIATES LIMITED
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 306388 | 05/16/07 | 05/22/07 | $ 8,349.79 | BAL | 05/01/07 | $ 8,349.79 |
| 2 | 307821 | 05/22/07 | 05/29/07 | | | 05/13/07 | 40,833.33 |
| 3 | 307821 | 05/22/07 | 05/29/07 | | | 05/13/07 | 35,663.13 |
| 4 | 307821 | 05/22/07 | 05/29/07 | | | 05/13/07 | 13,885.58 |
| 5 | 307821 | 05/22/07 | 05/29/07 | | | 05/13/07 | 12,526.14 |
| 6 | 307821 | 05/22/07 | 05/29/07 | | | 05/13/07 | 7,957.19 |
| 7 | 307821 | 05/22/07 | 05/29/07 | 118,782.37 | | 05/13/07 | 7,917.00 |
| 8 | 310683 | 05/31/07 | 06/05/07 | | SUNDRIES- 05/01 | 05/01/07 | 5,882.76 |
| 9 | 310683 | 05/31/07 | 06/05/07 | 11,171.22 | 2006 RETRO OPE | 04/01/07 | 5,288.46 |
| 10 | 310688 | 05/31/07 | 06/05/07 | | SUNDRIES - 06/1 | 06/01/07 | 6,778.09 |
| 11 | 310688 | 05/31/07 | 06/05/07 | 7,312.83 | SUNDRIES - 06/1 | 06/01/07 | 534.74 |
| 12 | 316047 | 06/21/07 | 06/26/07 | | | 06/13/07 | 40,833.33 |
| 13 | 316047 | 06/21/07 | 06/26/07 | | | 06/13/07 | 35,663.13 |
| 14 | 316047 | 06/21/07 | 06/26/07 | | | 06/13/07 | 13,885.58 |
| 15 | 316047 | 06/21/07 | 06/26/07 | | | 06/13/07 | 12,526.14 |
| 16 | 316047 | 06/21/07 | 06/26/07 | | | 06/13/07 | 7,957.19 |
| 17 | 316047 | 06/21/07 | 06/26/07 | 118,782.37 | | 06/13/07 | 7,917.00 |
| 18 | 317550 | 06/25/07 | 07/02/07 | | JULY SUNDRIES | 07/01/07 | 6,552.13 |
| 19 | 317550 | 06/25/07 | 07/02/07 | 6,839.53 | JULY SUNDRIES | 07/01/07 | 287.40 |
| 20 | 324003 | 07/23/07 | 07/30/07 | | | 07/13/07 | 40,833.33 |
| 21 | 324003 | 07/23/07 | 07/30/07 | | | 07/13/07 | 35,663.13 |
| 22 | 324003 | 07/23/07 | 07/30/07 | | | 07/13/07 | 13,885.58 |
| 23 | 324003 | 07/23/07 | 07/30/07 | | | 07/13/07 | 12,526.14 |
| 24 | 324003 | 07/23/07 | 07/30/07 | | | 07/13/07 | 7,957.19 |
| 25 | 324003 | 07/23/07 | 07/30/07 | 118,782.37 | | 07/13/07 | 7,917.00 |
| | | | | $ 390,020.48 | | | $ 390,020.48 |