AHM - Summary of Invoices Paid in the Preference Period
Vendor - BARSA CONSULTING GROUP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302915 | 05/02/07 | 05/11/07 | $ 42,050.00 | 39879 | 03/31/07 | $ 42,050.00 |
| 2 | 308657 | 05/22/07 | 05/30/07 | 33,762.50 | 39851 | 02/28/07 | 33,762.50 |
| 3 | 317421 | 06/25/07 | 07/06/07 | 38,750.00 | 39910 | 04/30/07 | 38,750.00 |
|   |        |          |          | $ 114,562.50 |       |          | $ 114,562.50 |