AHM - Summary of Invoices Paid in the Preference Period
Vendor - Bayou Plaza Associates
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303843 | 05/04/07 | 06/06/07 |  | APRIL | 05/04/07 | 5,000.00 |
| 2 | 303843 | 05/04/07 | 06/06/07 | 10,000.00 | MAY | 05/04/07 | 5,000.00 |
| 3 | 307861 | 05/22/07 | 05/25/07 | 5,000.00 |  | 05/13/07 | 5,000.00 |
| 4 | 316087 | 06/21/07 | 06/26/07 | 5,000.00 |  | 06/13/07 | 5,000.00 |
| 5 | 324046 | 07/23/07 | 07/30/07 | 5,000.00 |  | 07/13/07 | 5,000.00 |
|   |   |   |   | $ 25,000.00 |   |   | $ 25,000.00 |