AHM - Summary of Invoices Paid in the Preference Period
Vendor - ZENSAR TD,LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302013 | 04/30/07 | 05/08/07 | | 4050 | 03/15/07 | $ 19,186.18 |
| 2 | 302013 | 04/30/07 | 05/08/07 | 34,281.18 | 4002 | 02/28/07 | 15,095.00 |
| 3 | 302496 | 05/01/07 | 05/08/07 | | 4049 | 03/15/07 | 41,322.36 |
| 4 | 302496 | 05/01/07 | 05/08/07 | | 4052 | 03/15/07 | 40,381.08 |
| 5 | 302496 | 05/01/07 | 05/08/07 | | 4053 | 03/15/07 | 27,536.18 |
| 6 | 302496 | 05/01/07 | 05/08/07 | 112,884.62 | 4092 | 03/31/07 | 3,645.00 |
| 7 | 310299 | 05/30/07 | 06/08/07 | | 4182 | 04/30/07 | 19,555.62 |
| 8 | 310299 | 05/30/07 | 06/08/07 | | 4159 | 04/15/07 | 16,669.96 |
| 9 | 310299 | 05/30/07 | 06/08/07 | | 4091B | 03/31/07 | 14,225.81 |
| 10 | 310299 | 05/30/07 | 06/08/07 | 51,326.39 | 4183 | 04/30/07 | 875.00 |
| 11 | 315988 | 06/21/07 | 07/03/07 | | 4088 | 03/31/07 | 42,938.45 |
| 12 | 315988 | 06/21/07 | 07/03/07 | | 4177 | 04/30/07 | 22,617.87 |
| 13 | 315988 | 06/21/07 | 07/03/07 | | 4091 | 03/31/07 | 21,388.40 |
| 14 | 315988 | 06/21/07 | 07/03/07 | 104,937.28 | 4141 | 04/15/07 | 17,992.56 |
| 15 | 317786 | 06/26/07 | 07/09/07 | | 4181 | 04/30/07 | 55,464.81 |
| 16 | 317786 | 06/26/07 | 07/09/07 | 99,911.43 | 4142 | 04/15/07 | 44,446.62 |
| 17 | 319204 | 07/02/07 | 07/09/07 | 16,578.35 | 3757 | 12/15/06 | 16,578.35 |
| 18 | 325230 | 07/24/07 | 07/30/07 | | 4138 | 04/15/07 | 40,284.87 |
| 19 | 325230 | 07/24/07 | 07/30/07 | | 4180 | 04/30/07 | 18,617.60 |
| 20 | 325230 | 07/24/07 | 07/30/07 | | 4242 | 05/15/07 | 18,081.20 |
| 21 | 325230 | 07/24/07 | 07/30/07 | 86,688.67 | 4243 | 05/15/07 | 9,705.00 |
| | | | | $ 506,607.92 | | | $ 506,607.92 |