AHM - Summary of Invoices Paid in the Preference Period
Vendor - Apogee Events
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 306703 | 05/17/07 | 05/23/07 | 11,553.75 | 70501 | 05/17/07 | 11,553.75 |
| 2 | 309404 | 05/24/07 | 05/29/07 | 2,888.44 | 11807A | 05/17/07 | 2,888.44 |
| 3 | 314448 | 06/14/07 | 06/18/07 | 11,553.75 | 11807 FNL PYMNT | 05/27/07 | 11,553.75 |
|   |   |   |   | $ 25,995.94 |   |   | $ 25,995.94 |