AHM - Summary of Invoices Paid in the Preference Period
Vendor - Barry Habib
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 307299 | 05/21/07 | 05/31/07 | 1,129.36 | 5102007 | 05/16/07 | 1,129.36 |
| 2 | 311746 | 06/05/07 | 06/12/07 |  | 60507 | 05/30/07 | 2,500.00 |
| 3 | 311746 | 06/05/07 | 06/12/07 |  | 61407 | 05/30/07 | 1,250.00 |
| 4 | 311746 | 06/05/07 | 06/12/07 | 5,000.00 | 62007 | 05/30/07 | 1,250.00 |
| 5 | 312095 | 06/06/07 | 06/15/07 |  | 5222007 | 05/30/07 | 2,189.37 |
| 6 | 312095 | 06/06/07 | 06/15/07 | 3,783.38 | 5212007 | 05/30/07 | 1,594.01 |
| 7 | 314952 | 06/18/07 | 06/29/07 |  | 61307 | 06/13/07 | 7,000.00 |
| 8 | 314952 | 06/18/07 | 06/29/07 | 8,301.36 | 6052007 | 06/11/07 | 1,301.36 |
| 9 | 317107 | 06/22/07 | 07/05/07 | 1,083.61 | 6142007 | 06/18/07 | 1,083.61 |
| 10 | 318124 | 06/27/07 | 07/05/07 |  | 71307 | 06/19/07 | 2,500.00 |
| 11 | 318124 | 06/27/07 | 07/05/07 |  | 71007 | 06/18/07 | 2,500.00 |
| 12 | 318124 | 06/27/07 | 07/05/07 |  | 61807 | 06/19/07 | 1,250.00 |
| 13 | 318124 | 06/27/07 | 07/05/07 | 7,500.00 | 80707 | 06/20/07 | 1,250.00 |
| 14 | 319844 | 07/05/07 | 07/16/07 | 2,356.77 | 6202007 | 06/21/07 | 2,356.77 |
|  |  |  |  | $ 29,154.48 |  |  | $ 29,154.48 |