AHM - Summary of Invoices Paid in the Preference Period
Vendor - BALWEB, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 313766 | 06/12/07 | 06/14/07 | $ 79,374.00 | 1676949/WIERZCH | 06/12/07 | $ 79,374.00 |
|   |        |          |          | $ 79,374.00 |                 |          | $ 79,374.00 |