AHM - Summary of Invoices Paid in the Preference Period
Vendor - BELLAGIO
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 318597 | 06/28/07 | 07/05/07 | $ 940,492.00 | 525071E71AC | 05/25/07 | $ 940,492.00 |
|   |   |   |   | $ 940,492.00 |   |   | $ 940,492.00 |