AHM - Summary of Invoices Paid in the Preference Period
Vendor - MEDIA RECOVERY nka DATASPAN
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 306550 | 05/17/07 | 05/25/07 | $ 2,026.51 | 221240533 | 04/19/07 | $ 2,026.51 |
| 2 | 306599 | 05/17/07 | 05/29/07 | 7,446.08 | 221240429 | 04/20/07 | 7,446.08 |
| 3 | 312397 | 06/07/07 | 06/18/07 | | 221231211 | 03/16/07 | 6,281.52 |
| 4 | 312397 | 06/07/07 | 06/18/07 | | 221242792 | 04/30/07 | 6,142.40 |
| 5 | 312397 | 06/07/07 | 06/18/07 | | 221233933 | 03/26/07 | 405.99 |
| 6 | 312397 | 06/07/07 | 06/18/07 | 13,108.07 | 221231320 | 03/21/07 | 278.16 |
| 7 | 315781 | 06/21/07 | 07/03/07 | 6,436.74 | 221251001 | 05/29/07 | 6,436.74 |
| 8 | 319976 | 07/06/07 | 07/17/07 | | 221253412 | 06/05/07 | 6,883.81 |
| 9 | 319976 | 07/06/07 | 07/17/07 | 13,366.97 | 221256776 | 06/18/07 | 6,483.16 |
| 10 | 323773 | 07/23/07 | 07/31/07 | 9,515.14 | 221260565 | 07/05/07 | 9,515.14 |
| | | | | $ 51,899.51 | | | $ 51,899.51 |