AHM - Summary of Invoices Paid in the Preference Period
Vendor - Dartmouth Ventures LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 299034 | 04/19/07 | 05/10/07 | | | 04/13/07 | 7,869.82 |
| 2 | 299034 | 04/19/07 | 05/10/07 | 8,219.82 | | 04/13/07 | 350.00 |
| 3 | 302620 | 05/01/07 | 05/10/07 | 10,697.09 | 2006 CAM | 04/10/07 | 10,697.09 |
| 4 | 306396 | 05/16/07 | 06/15/07 | 640.00 | 2007 CAM | 04/17/07 | 640.00 |
| 5 | 307977 | 05/22/07 | 06/15/07 | | | 05/13/07 | 7,869.82 |
| 6 | 307977 | 05/22/07 | 06/15/07 | 8,869.82 | | 05/13/07 | 1,000.00 |
| 7 | 316207 | 06/21/07 | 07/13/07 | | | 06/13/07 | 7,869.82 |
| 8 | 316207 | 06/21/07 | 07/13/07 | 8,869.82 | | 06/13/07 | 1,000.00 |
| | | | | $ 37,296.55 | | | $ 37,296.55 |