AHM - Summary of Invoices Paid in the Preference Period
Vendor - DELLA FEMINA ROTHSCHILD JEARY
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304758 | 05/10/07 | 06/07/07 | | 318659 | 02/22/07 | $ 68,200.00 |
| 2 | 304758 | 05/10/07 | 06/07/07 | | 318658 | 02/22/07 | 68,200.00 |
| 3 | 304758 | 05/10/07 | 06/07/07 | | 318815 | 03/28/07 | 65,647.06 |
| 4 | 304758 | 05/10/07 | 06/07/07 | | 318830 | 04/03/07 | 65,647.06 |
| 5 | 304758 | 05/10/07 | 06/07/07 | | 318876 | 04/20/07 | 14,719.23 |
| 6 | 304758 | 05/10/07 | 06/07/07 | | 318723 | 03/09/07 | 8,314.21 |
| 7 | 304758 | 05/10/07 | 06/07/07 | | 318870 | 04/20/07 | 5,892.98 |
| 8 | 304758 | 05/10/07 | 06/07/07 | | 318871 | 04/20/07 | 3,974.15 |
| 9 | 304758 | 05/10/07 | 06/07/07 | | 318714 | 03/08/07 | (55.00) |
| 10 | 304758 | 05/10/07 | 06/07/07 | | 318735 | 03/12/07 | (337.62) |
| 11 | 304758 | 05/10/07 | 06/07/07 | | 318419 | 12/13/06 | (361.00) |
| 12 | 304758 | 05/10/07 | 06/07/07 | | 318734 | 03/12/07 | (510.00) |
| 13 | 304758 | 05/10/07 | 06/07/07 | | 318733 | 03/12/07 | (578.00) |
| 14 | 304758 | 05/10/07 | 06/07/07 | | 318420 | 12/13/06 | (629.08) |
| 15 | 304758 | 05/10/07 | 06/07/07 | | 318471 | 12/21/06 | (717.00) |
| 16 | 304758 | 05/10/07 | 06/07/07 | | 318715 | 03/08/07 | (880.00) |
| 17 | 304758 | 05/10/07 | 06/07/07 | | 318331 | 11/17/06 | (1,522.09) |
| 18 | 304758 | 05/10/07 | 06/07/07 | | 318724 | 03/09/07 | (2,320.50) |
| 19 | 304758 | 05/10/07 | 06/07/07 | | 318727 | 03/09/07 | (2,669.12) |
| 20 | 304758 | 05/10/07 | 06/07/07 | | 318726 | 03/09/07 | (2,715.87) |
| 21 | 304758 | 05/10/07 | 06/07/07 | | 318422 | 12/13/06 | (2,757.29) |
| 22 | 304758 | 05/10/07 | 06/07/07 | | 318243 | 10/24/06 | (4,044.69) |
| 23 | 304758 | 05/10/07 | 06/07/07 | | 318725 | 03/09/07 | (4,142.26) |
| 24 | 304758 | 05/10/07 | 06/07/07 | | 318326 | 11/07/06 | (4,745.40) |
| 25 | 304758 | 05/10/07 | 06/07/07 | | 318416 | 12/13/06 | (5,099.75) |
| 26 | 304758 | 05/10/07 | 06/07/07 | | 403279 | 12/18/06 | (5,285.30) |
| 27 | 304758 | 05/10/07 | 06/07/07 | | 318639 | 02/15/07 | (5,524.44) |
| 28 | 304758 | 05/10/07 | 06/07/07 | | 318732 | 03/12/07 | (6,195.00) |
| 29 | 304758 | 05/10/07 | 06/07/07 | | 318330 | 11/17/06 | (6,356.64) |
| 30 | 304758 | 05/10/07 | 06/07/07 | | 318635 | 02/15/07 | (6,600.00) |
| 31 | 304758 | 05/10/07 | 06/07/07 | | 318633 | 02/15/07 | (6,600.00) |
| 32 | 304758 | 05/10/07 | 06/07/07 | | 318637 | 02/15/07 | (6,921.75) |
| 33 | 304758 | 05/10/07 | 06/07/07 | | 318631 | 02/15/07 | (7,637.94) |
| 34 | 304758 | 05/10/07 | 06/07/07 | | 318329 | 11/17/06 | (7,997.38) |
| 35 | 304758 | 05/10/07 | 06/07/07 | | 318634 | 02/15/07 | (8,076.71) |
| 36 | 304758 | 05/10/07 | 06/07/07 | | 318632 | 02/15/07 | (8,392.18) |
| 37 | 304758 | 05/10/07 | 06/07/07 | | 318423 | 12/13/06 | (11,849.66) |
| 38 | 304758 | 05/10/07 | 06/07/07 | | 318328 | 11/17/06 | (12,164.87) |
| 39 | 304758 | 05/10/07 | 06/07/07 | | 318421 | 12/13/06 | (13,714.94) |
| 40 | 304758 | 05/10/07 | 06/07/07 | | 318327 | 11/17/06 | (13,724.81) |
| 41 | 304758 | 05/10/07 | 06/07/07 | | 318547 | 01/23/07 | (14,498.56) |
| 42 | 304758 | 05/10/07 | 06/07/07 | | 318546 | 01/23/07 | (19,649.16) |
| 43 | 304758 | 05/10/07 | 06/07/07 | | 318417 | 12/13/06 | (23,979.90) |
| 44 | 304758 | 05/10/07 | 06/07/07 | 56,768.90 | 318418 | 12/13/06 | (24,571.88) |
| 45 | 309415 | 05/24/07 | 05/29/07 | | 403423 | 05/01/07 | 4,730.04 |
| 46 | 309415 | 05/24/07 | 05/29/07 | 7,474.04 | 403425 | 05/01/07 | 2,744.00 |
| | | | | $ 64,242.94 | | | $ 64,242.94 |