AHM - Summary of Invoices Paid in the Preference Period
Vendor - DELOITTE TAX LLP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 324843 | 07/24/07 | 07/27/07 | $ 98,423.00 | 8000453964 | 05/17/07 | $ 98,423.00 |
| | | | | $ 98,423.00 | | | $ 98,423.00 |