AHM - Summary of Invoices Paid in the Preference Period
Vendor - DELOITTE & TOUCHE LLP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 298496 | 04/18/07 | 05/09/07 | $ 40,000.00 | 8000366681 | 01/25/07 | $ 40,000.00 |
| 2 | 309416 | 05/24/07 | 05/29/07 | 65,000.00 | 8000456019 | 05/21/07 | 65,000.00 |
| 3 | 310450 | 05/30/07 | 06/05/07 | | 8000454266 | 05/18/07 | 155,500.00 |
| 4 | 310450 | 05/30/07 | 06/05/07 | | 8000454309 | 05/18/07 | 68,500.00 |
| 5 | 310450 | 05/30/07 | 06/05/07 | 259,750.00 | 8000454341 | 05/18/07 | 35,750.00 |
| 6 | 320046 | 07/06/07 | 07/10/07 | | 8000470045 | 06/11/07 | 50,000.00 |
| 7 | 320046 | 07/06/07 | 07/10/07 | 70,000.00 | 8000468192 | 06/04/07 | 20,000.00 |
| 8 | 324844 | 07/24/07 | 07/27/07 | | 8000483776 | 07/02/07 | 60,000.00 |
| 9 | 324844 | 07/24/07 | 07/27/07 | 80,000.00 | 8000461599 | 05/31/07 | 20,000.00 |
| | | | | $ 514,750.00 | | | $ 514,750.00 |