AHM - Summary of Invoices Paid in the Preference Period
Vendor - DESIGN CIRCLES
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 317677 | 06/26/07 | 07/09/07 | | 7865 | 06/18/07 | $ 8,561.63 |
| 2 | 317677 | 06/26/07 | 07/09/07 | | 7873 | 06/18/07 | 8,073.94 |
| 3 | 317677 | 06/26/07 | 07/09/07 | | 7876 | 06/18/07 | 3,549.28 |
| 4 | 317677 | 06/26/07 | 07/09/07 | | 7866 | 06/18/07 | 3,526.52 |
| 5 | 317677 | 06/26/07 | 07/09/07 | | 7878 | 06/18/07 | 3,294.60 |
| 6 | 317677 | 06/26/07 | 07/09/07 | | 7879 | 06/18/07 | 3,121.20 |
| 7 | 317677 | 06/26/07 | 07/09/07 | | 7882 | 06/18/07 | 2,904.45 |
| 8 | 317677 | 06/26/07 | 07/09/07 | | 7877 | 06/18/07 | 2,601.00 |
| 9 | 317677 | 06/26/07 | 07/09/07 | | 7871 | 06/18/07 | 2,438.44 |
| 10 | 317677 | 06/26/07 | 07/09/07 | | 7884 | 06/18/07 | 2,438.44 |
| 11 | 317677 | 06/26/07 | 07/09/07 | | 7874 | 06/18/07 | 2,384.25 |
| 12 | 317677 | 06/26/07 | 07/09/07 | | 7883 | 06/18/07 | 2,384.25 |
| 13 | 317677 | 06/26/07 | 07/09/07 | | 7881 | 06/18/07 | 2,080.80 |
| 14 | 317677 | 06/26/07 | 07/09/07 | | 7874 | 06/18/07 | 1,679.81 |
| 15 | 317677 | 06/26/07 | 07/09/07 | | 7875 | 06/18/07 | 1,679.81 |
| 16 | 317677 | 06/26/07 | 07/09/07 | | 7872 | 06/18/07 | 1,137.94 |
| 17 | 317677 | 06/26/07 | 07/09/07 | 52,896.76 | 7880 | 06/18/07 | 1,040.40 |
| 18 | 319053 | 07/02/07 | 07/24/07 | 2,980.31 | 7867 | 06/18/07 | 2,980.31 |
| 19 | 321252 | 07/11/07 | 07/24/07 | | 7869 | 06/18/07 | 4,064.06 |
| 20 | 321252 | 07/11/07 | 07/24/07 | | 7870 | 06/18/07 | 3,522.18 |
| 21 | 321252 | 07/11/07 | 07/24/07 | 10,783.25 | 7868 | 06/18/07 | 3,197.01 |
| | | | | $ 66,660.32 | | | $ 66,660.32 |