AHM - Summary of Invoices Paid in the Preference Period
Vendor - DIALAMERICA Marketing, Inc
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 308591 | 05/22/07 | 05/29/07 | 11,832.24 | 12 | 05/10/07 | 11,832.24 |
| 2 | 315956 | 06/21/07 | 07/03/07 | 10,577.00 | 13 | 06/06/07 | 10,577.00 |
| 3 | 323654 | 07/23/07 | 07/31/07 | 10,624.04 | 14 | 07/05/07 | 10,624.04 |
|   |   |   |   | $ 33,033.28 |   |   | $ 33,033.28 |