AHM - Summary of Invoices Paid in the Preference Period
Vendor - Digital Draw Network
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304075 | 05/07/07 | 05/09/07 | 4,095.00 | INSPECTION | 05/07/07 | 4,095.00 |
| 2 | 311470 | 06/04/07 | 06/06/07 | 9,765.00 | INSPECTION | 06/04/07 | 9,765.00 |
| 3 | 317938 | 06/26/07 | 06/28/07 | 8,715.00 | VARIOUS | 06/26/07 | 8,715.00 |
| 4 | 321943 | 07/12/07 | 07/17/07 | 4,725.00 | INSPECTION | 07/12/07 | 4,725.00 |
|   |   |   |   | $ 27,300.00 |   |   | $ 27,300.00 |