AHM - Summary of Invoices Paid in the Preference Period
Vendor - DIGITAL STORAGE SOLUTIONS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305922 | 05/15/07 | 05/18/07 | $ 18,712.56 | 4267 | 03/15/07 | $ 18,712.56 |
| 2 | 310422 | 05/30/07 | 06/07/07 | 12,848.17 | 4301 | 04/18/07 | 12,848.17 |
| 3 | 314060 | 06/13/07 | 06/18/07 | | 4372 | 05/30/07 | 386,571.50 |
| 4 | 314060 | 06/13/07 | 06/18/07 | | 4363 | 05/22/07 | 121,829.94 |
| 5 | 314060 | 06/13/07 | 06/18/07 | 588,957.74 | 4366 | 05/22/07 | 80,556.30 |
| | | | | $ 620,518.47 | | | $ 620,518.47 |