AHM - Summary of Invoices Paid in the Preference Period
Vendor - XEROX
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303436 | 05/02/07 | 05/10/07 | $ 15.74 | 24321805 | 04/19/07 | $ 15.74 |
| 2 | 303437 | 05/02/07 | 05/11/07 | | 23293131 | 03/26/07 | 3,363.47 |
| 3 | 303437 | 05/02/07 | 05/11/07 | | 23293132 | 03/26/07 | 3,363.47 |
| 4 | 303437 | 05/02/07 | 05/11/07 | | 23630508 | 03/26/07 | 3,363.47 |
| 5 | 303437 | 05/02/07 | 05/11/07 | 10,399.83 | 23719786 | 03/26/07 | 309.42 |
| 6 | 303438 | 05/02/07 | 05/11/07 | 94.00 | 24112844 | 04/01/07 | 94.00 |
| 7 | 303439 | 05/02/07 | 05/10/07 | 17,133.58 | 23676665 | 03/09/07 | 17,133.58 |
| 8 | 306628 | 05/17/07 | 05/30/07 | | 23894602 | 04/25/07 | 3,363.47 |
| 9 | 306628 | 05/17/07 | 05/30/07 | | 23894603 | 04/25/07 | 3,363.47 |
| 10 | 306628 | 05/17/07 | 05/30/07 | | 23894601 | 04/25/07 | 3,363.47 |
| 11 | 306628 | 05/17/07 | 05/30/07 | | 24321807 | 04/25/07 | 331.88 |
| 12 | 306628 | 05/17/07 | 05/30/07 | 10,438.03 | 24321812 | 04/25/07 | 15.74 |
| 13 | 307784 | 05/22/07 | 05/30/07 | | 24527271 | 05/01/07 | 3,257.91 |
| 14 | 307784 | 05/22/07 | 05/30/07 | | 24527272 | 05/01/07 | 1,865.37 |
| 15 | 307784 | 05/22/07 | 05/30/07 | 5,589.45 | 24527273 | 05/01/07 | 466.17 |
| 16 | 307785 | 05/22/07 | 05/31/07 | | 24527276 | 05/01/07 | 16,022.54 |
| 17 | 307785 | 05/22/07 | 05/31/07 | | 24527275 | 05/01/07 | 1,085.44 |
| 18 | 307785 | 05/22/07 | 05/31/07 | | 198680995 | 04/14/07 | 615.90 |
| 19 | 307785 | 05/22/07 | 05/31/07 | 18,339.78 | 198680996 | 04/14/07 | 615.90 |
| 20 | 307786 | 05/22/07 | 05/31/07 | | 23293173 | 03/01/07 | 530.64 |
| 21 | 307786 | 05/22/07 | 05/31/07 | 1,061.28 | 23894656 | 04/01/07 | 530.64 |
| 22 | 309780 | 05/25/07 | 06/06/07 | 32,167.08 | 701030741 | 04/13/07 | 32,167.08 |
| 23 | 313651 | 06/12/07 | 06/19/07 | 74.50 | 24626754 | 05/01/07 | 74.50 |
| 24 | 313652 | 06/12/07 | 06/18/07 | 94.00 | 24795101 | 05/01/07 | 94.00 |
| 25 | 313653 | 06/12/07 | 06/18/07 | | 199039157 | 05/17/07 | 264.33 |
| 26 | 313653 | 06/12/07 | 06/18/07 | | 199013578 | 05/12/07 | 256.52 |
| 27 | 313653 | 06/12/07 | 06/18/07 | 755.26 | 199056540 | 05/17/07 | 234.41 |
| 28 | 318346 | 06/28/07 | 07/06/07 | 1,085.44 | 25134172 | 06/01/07 | 1,085.44 |
| 29 | 318347 | 06/28/07 | 07/05/07 | 116.13 | 23719803 | 03/20/07 | 116.13 |
| 30 | 320274 | 07/06/07 | 07/13/07 | | 24974092 | 05/25/07 | 3,363.47 |
| 31 | 320274 | 07/06/07 | 07/13/07 | | 24941880 | 05/25/07 | 3,363.47 |
| 32 | 320274 | 07/06/07 | 07/13/07 | | 24527239 | 05/25/07 | 3,363.47 |
| 33 | 320274 | 07/06/07 | 07/13/07 | 10,346.39 | 24974090 | 05/25/07 | 255.98 |
| 34 | 320545 | 07/09/07 | 07/18/07 | 63.82 | 25223871 | 06/01/07 | 63.82 |
| 35 | 320546 | 07/09/07 | 07/16/07 | 94.00 | 25134184 | 06/01/07 | 94.00 |
| 36 | 320547 | 07/09/07 | 07/17/07 | 210.94 | 198871532 | 04/28/07 | 210.94 |
| 37 | 320548 | 07/09/07 | 07/17/07 | | 25134170 | 06/01/07 | 1,865.37 |
| 38 | 320548 | 07/09/07 | 07/17/07 | 2,331.54 | 25134171 | 06/01/07 | 466.17 |
| 39 | 320549 | 07/09/07 | 07/18/07 | | 25134176 | 06/01/07 | 417.63 |
| 40 | 320549 | 07/09/07 | 07/18/07 | | 24974108 | 05/19/07 | 116.50 |
| 41 | 320549 | 07/09/07 | 07/18/07 | 648.30 | 24321820 | 04/19/07 | 114.17 |
| 42 | 322290 | 07/16/07 | 07/24/07 | 636.64 | 199471343 | 06/27/07 | 636.64 |
| 43 | 322291 | 07/16/07 | 07/24/07 | | 701046532 | 06/15/07 | 34,811.29 |
| 44 | 322291 | 07/16/07 | 07/24/07 | 64,251.29 | 701038795 | 05/15/07 | 29,440.00 |
| 45 | 322292 | 07/16/07 | 07/24/07 | 16,171.10 | 25575087 | 06/20/07 | 16,171.10 |
| 46 | 322293 | 07/16/07 | 07/19/07 | | 24904893 | 05/05/07 | 772.72 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - XEROX CORPORATION
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 322293 | 07/16/07 | 07/19/07 | | 25134181 | 06/01/07 | 530.64 |
| 48 | 322293 | 07/16/07 | 07/19/07 | 1,311.17 | 198923776 | 05/05/07 | 7.81 |
| 49 | 322460 | 07/17/07 | 07/24/07 | | 25134139 | 06/27/07 | 3,363.47 |
| 50 | 322460 | 07/17/07 | 07/24/07 | | 25575080 | 06/27/07 | 3,363.47 |
| 51 | 322460 | 07/17/07 | 07/24/07 | | 25134138 | 06/27/07 | 3,363.47 |
| 52 | 322460 | 07/17/07 | 07/24/07 | 10,346.39 | 25575078 | 06/27/07 | 255.98 |
| 53 | 322830 | 07/18/07 | 07/26/07 | 94.00 | 25750768 | 07/01/07 | 94.00 |
| 54 | 322831 | 07/18/07 | 07/26/07 | | 25750749 | 07/01/07 | 1,865.37 |
| 55 | 322831 | 07/18/07 | 07/26/07 | 2,331.54 | 25750750 | 07/01/07 | 466.17 |
| 56 | 322832 | 07/18/07 | 07/26/07 | | 25750752 | 07/01/07 | 16,022.54 |
| 57 | 322832 | 07/18/07 | 07/26/07 | | 25750751 | 07/01/07 | 1,085.44 |
| 58 | 322832 | 07/18/07 | 07/26/07 | 17,723.88 | 199570810 | 07/07/07 | 615.90 |
| | | | | $ 223,925.10 | | | $ 223,925.10 |