AHM - Summary of Invoices Paid in the Preference Period
Vendor - DINERS CLUB
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305923 | 05/15/07 | 05/22/07 | $ 4,737.14 | 6516-031307 | 03/13/07 | $ 4,737.14 |
| 2 | 305924 | 05/15/07 | 05/22/07 | | 3321-041107 | 04/11/07 | 110,997.89 |
| 3 | 305924 | 05/15/07 | 05/22/07 | 128,576.89 | 3321-031307 | 03/17/07 | 17,579.00 |
| 4 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 67,190.94 |
| 5 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 39,998.54 |
| 6 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 28,430.25 |
| 7 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 6,226.85 |
| 8 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 4,402.00 |
| 9 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 4,137.11 |
| 10 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 3,144.71 |
| 11 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 2,604.24 |
| 12 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 633.60 |
| 13 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 294.30 |
| 14 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 294.30 |
| 15 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 264.27 |
| 16 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 264.24 |
| 17 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 264.24 |
| 18 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 264.24 |
| 19 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 264.24 |
| 20 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 264.24 |
| 21 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 264.24 |
| 22 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 264.24 |
| 23 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 264.24 |
| 24 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 234.30 |
| 25 | 310451 | 05/30/07 | 06/05/07 | | 4435-4112007 | 05/07/07 | 124.65 |
| 26 | 310451 | 05/30/07 | 06/05/07 | 160,218.63 | 4435-4112007 | 05/07/07 | 124.65 |
| 27 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 18,844.16 |
| 28 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 16,952.98 |
| 29 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 5,354.70 |
| 30 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 1,784.90 |
| 31 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 943.44 |
| 32 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 698.52 |
| 33 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 647.84 |
| 34 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 626.23 |
| 35 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 626.23 |
| 36 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 626.23 |
| 37 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 626.23 |
| 38 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 626.23 |
| 39 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 626.23 |
| 40 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 626.22 |
| 41 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 626.22 |
| 42 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 626.22 |
| 43 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 621.14 |
| 44 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 612.24 |
| 45 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 526.04 |
| 46 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 526.04 |
| 47 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 488.27 |
| 48 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 435.00 |
| 49 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 420.68 |
| 50 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 420.68 |
| 51 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 420.68 |
| 52 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 420.68 |
| 53 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 420.68 |
| 54 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 420.68 |
| 55 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 420.67 |
| 56 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 420.67 |
| 57 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 420.67 |
| 58 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 401.89 |
| 59 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 386.82 |
| 60 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 328.34 |
| 61 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 328.34 |
| 62 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 323.34 |
| 63 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 322.35 |
| 64 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 322.35 |
| 65 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 274.94 |
| 66 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 260.90 |
| 67 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 225.82 |
| 68 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 199.71 |
| 69 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 193.56 |
| 70 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 193.56 |
| 71 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 193.56 |
| 72 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 193.40 |
| 73 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 193.40 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - DINERS CLUB
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 74 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 181.26 |
| 75 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 181.26 |
| 76 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 181.24 |
| 77 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 181.24 |
| 78 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 181.24 |
| 79 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 181.24 |
| 80 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 145.00 |
| 81 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 145.00 |
| 82 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 133.20 |
| 83 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 129.04 |
| 84 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 128.94 |
| 85 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 128.94 |
| 86 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 128.94 |
| 87 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 114.18 |
| 88 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 114.15 |
| 89 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 114.15 |
| 90 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 99.26 |
| 91 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 96.78 |
| 92 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 95.04 |
| 93 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 82.39 |
| 94 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 76.00 |
| 95 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 64.47 |
| 96 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 64.47 |
| 97 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 64.25 |
| 98 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 57.08 |
| 99 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 38.00 |
| 100 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 32.29 |
| 101 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 32.29 |
| 102 | 310702 | 05/31/07 | 06/06/07 | | 5831-50707 | 05/07/07 | 19.00 |
| 103 | 310702 | 05/31/07 | 06/06/07 | 65,409.02 | 5831-50707 | 05/07/07 | 19.00 |
| 104 | 313695 | 06/12/07 | 06/19/07 | | 4435-05112007 | 06/05/07 | 4,211.26 |
| 105 | 313695 | 06/12/07 | 06/19/07 | 4,041.61 | 4435-05112007 | 06/05/07 | (169.65) |
| 106 | 315636 | 06/20/07 | 06/26/07 | | 41107 | 04/11/07 | 41,317.94 |
| 107 | 315636 | 06/20/07 | 06/26/07 | | 41107 | 04/11/07 | 2,762.05 |
| 108 | 315636 | 06/20/07 | 06/26/07 | 44,497.09 | 41107 | 04/11/07 | 417.10 |
| 109 | 315637 | 06/20/07 | 06/26/07 | | 51107 | 05/11/07 | 37,956.40 |
| 110 | 315637 | 06/20/07 | 06/26/07 | | 51107 | 05/11/07 | 14,000.00 |
| 111 | 315637 | 06/20/07 | 06/26/07 | | 51107 | 05/11/07 | 2,650.15 |
| 112 | 315637 | 06/20/07 | 06/26/07 | | 51107 | 05/11/07 | 336.80 |
| 113 | 315637 | 06/20/07 | 06/26/07 | | 51107 | 05/11/07 | 223.02 |
| 114 | 315637 | 06/20/07 | 06/26/07 | 55,324.98 | 51107 | 05/11/07 | 158.61 |
| 115 | 319585 | 07/03/07 | 07/10/07 | 61,004.12 | 6516041107 | 06/22/07 | 61,004.12 |
| 116 | 319586 | 07/03/07 | 07/10/07 | | 3321060507 | 06/22/07 | 45,958.70 |
| 117 | 319586 | 07/03/07 | 07/10/07 | 49,162.71 | 3321060507 | 06/22/07 | 3,204.01 |
| 118 | 320910 | 07/10/07 | 07/17/07 | | 583151107 | 06/22/07 | 550.00 |
| 119 | 320910 | 07/10/07 | 07/17/07 | | 583151107 | 06/22/07 | 390.00 |
| 120 | 320910 | 07/10/07 | 07/17/07 | 736.50 | 583151107 | 06/22/07 | (203.50) |
| 121 | 321301 | 07/11/07 | 07/17/07 | | 3321051107 | 06/13/07 | 15,313.46 |
| 122 | 321301 | 07/11/07 | 07/17/07 | | 3321051107 | 06/13/07 | 11,223.06 |
| 123 | 321301 | 07/11/07 | 07/17/07 | | 3321051107 | 06/13/07 | 4,766.68 |
| 124 | 321301 | 07/11/07 | 07/17/07 | | 3321051107 | 06/13/07 | 1,241.10 |
| 125 | 321301 | 07/11/07 | 07/17/07 | | 3321051107 | 06/13/07 | 429.70 |
| 126 | 321301 | 07/11/07 | 07/17/07 | | 3321051107 | 06/13/07 | 354.70 |
| 127 | 321301 | 07/11/07 | 07/17/07 | | 3321051107 | 06/13/07 | 354.70 |
| 128 | 321301 | 07/11/07 | 07/17/07 | | 3321051107 | 06/13/07 | 354.70 |
| 129 | 321301 | 07/11/07 | 07/17/07 | | 3321051107 | 06/13/07 | 219.97 |
| 130 | 321301 | 07/11/07 | 07/17/07 | | 3321051107 | 06/13/07 | 177.35 |
| 131 | 321301 | 07/11/07 | 07/17/07 | | 3321051107 | 06/13/07 | 177.35 |
| 132 | 321301 | 07/11/07 | 07/17/07 | | 3321051107 | 06/13/07 | 158.41 |
| 133 | 321301 | 07/11/07 | 07/17/07 | 34,929.59 | 3321051107 | 06/13/07 | 158.41 |
| 134 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 22,424.57 |
| 135 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 19,306.58 |
| 136 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 8,468.55 |
| 137 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 7,835.69 |
| 138 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 7,000.00 |
| 139 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 5,626.86 |
| 140 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 4,250.00 |
| 141 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 3,875.00 |
| 142 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 1,643.53 |
| 143 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 1,529.31 |
| 144 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 1,407.38 |
| 145 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 1,024.80 |
| 146 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 1,000.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - DINERS CLUB
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 147 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 681.72 |
| 148 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 580.52 |
| 149 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 580.52 |
| 150 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 580.52 |
| 151 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 580.52 |
| 152 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 506.30 |
| 153 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 435.39 |
| 154 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 435.39 |
| 155 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 435.39 |
| 156 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 435.39 |
| 157 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 435.39 |
| 158 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 435.39 |
| 159 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 435.39 |
| 160 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 435.39 |
| 161 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 435.39 |
| 162 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 435.39 |
| 163 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 435.39 |
| 164 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 435.39 |
| 165 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 435.39 |
| 166 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 405.41 |
| 167 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 384.34 |
| 168 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 291.33 |
| 169 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 290.26 |
| 170 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 290.26 |
| 171 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 290.26 |
| 172 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 290.26 |
| 173 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 290.26 |
| 174 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 290.26 |
| 175 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 290.26 |
| 176 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 231.05 |
| 177 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 197.73 |
| 178 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 197.73 |
| 179 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 188.98 |
| 180 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 188.98 |
| 181 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 185.39 |
| 182 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 155.43 |
| 183 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 155.43 |
| 184 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 152.48 |
| 185 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 152.48 |
| 186 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 152.48 |
| 187 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 145.13 |
| 188 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 145.13 |
| 189 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 145.13 |
| 190 | 323326 | 07/20/07 | 07/25/07 | | 6516051107 | 06/20/07 | 145.13 |
| 191 | 323326 | 07/20/07 | 07/25/07 | 100,359.15 | 6516051107 | 06/20/07 | 145.13 |
| 192 | 323327 | 07/20/07 | 07/25/07 | | 8884-41107 | 04/11/07 | 763.88 |
| 193 | 323327 | 07/20/07 | 07/25/07 | | 8884-41107 | 04/11/07 | 427.14 |
| 194 | 323327 | 07/20/07 | 07/25/07 | | 8884-41107 | 04/11/07 | 291.54 |
| 195 | 323327 | 07/20/07 | 07/25/07 | | 8884-41107 | 04/11/07 | 291.54 |
| 196 | 323327 | 07/20/07 | 07/25/07 | | 8884-41107 | 04/11/07 | 291.54 |
| 197 | 323327 | 07/20/07 | 07/25/07 | | 8884-41107 | 04/11/07 | 145.77 |
| 198 | 323327 | 07/20/07 | 07/25/07 | | 8884-41107 | 04/11/07 | 143.06 |
| 199 | 323327 | 07/20/07 | 07/25/07 | 2,455.04 | 8884-41107 | 04/11/07 | 100.57 |
| 200 | 326028 | 07/26/07 | 08/01/07 | | 6516061307 | 06/13/07 | 33,935.24 |
| 201 | 326028 | 07/26/07 | 08/01/07 | | 6516061307 | 06/13/07 | 25,000.00 |
| 202 | 326028 | 07/26/07 | 08/01/07 | | 6516061307 | 06/13/07 | 9,230.62 |
| 203 | 326028 | 07/26/07 | 08/01/07 | | 6516061307 | 06/13/07 | 5,398.67 |
| 204 | 326028 | 07/26/07 | 08/01/07 | | 6516061307 | 06/13/07 | 5,000.00 |
| 205 | 326028 | 07/26/07 | 08/01/07 | | 6516061307 | 06/13/07 | 3,814.02 |
| 206 | 326028 | 07/26/07 | 08/01/07 | | 6516061307 | 06/13/07 | 1,196.21 |
| 207 | 326028 | 07/26/07 | 08/01/07 | 83,727.24 | 6516061307 | 06/13/07 | 152.48 |
| | | | | $ 795,179.71 | | | $ 795,179.71 |