AHM - Summary of Invoices Paid in the Preference Period
Vendor - WYMAN STREET ADVISORS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 318851 | 06/29/07 | 07/12/07 | $ 79,830.00 | 200734 | 06/27/07 | $ 79,830.00 |
|   |        |          |          | $ 79,830.00 |        |          | $ 79,830.00 |