AHM - Summary of Invoices Paid in the Preference Period
Vendor - DREW & ROGERS, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303033 | 05/02/07 | 05/15/07 | $ 4,159.02 | 257078 | 02/21/07 | $ 4,159.02 |
| 2 | 309126 | 05/23/07 | 06/11/07 | 2,990.00 | AD INVOICE | 05/17/07 | 2,990.00 |
| 3 | 313030 | 06/08/07 | 06/20/07 | 4,705.00 | AD INVOICE | 06/08/07 | 4,705.00 |
| 4 | 314178 | 06/13/07 | 06/19/07 | 102,670.39 | PRINT INV | 06/13/07 | 102,670.39 |
| 5 | 322861 | 07/18/07 | 07/24/07 | 3,875.00 | AD INVOICE | 07/18/07 | 3,875.00 |
| 6 | 324762 | 07/23/07 | 07/27/07 | 112,353.15 | PRINT INV | 07/23/07 | 112,353.15 |
| | | | | $ 230,752.56 | | | $ 230,752.56 |