AHM - Summary of Invoices Paid in the Preference Period
Vendor - DYNAMIC PAINTING & RESTORATION
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304766 | 05/10/07 | 05/17/07 | $ 2,050.00 | Paint & Rep 538 | 04/30/07 | $ 2,050.00 |
| 2 | 305926 | 05/15/07 | 05/17/07 | 8,600.00 | Repairs | 05/08/07 | 8,600.00 |
| 3 | 307036 | 05/18/07 | 05/22/07 | 8,500.00 | 3E LANIER SPACE | 04/27/07 | 8,500.00 |
| 4 | 309810 | 05/25/07 | 05/30/07 | 3,200.00 | Paint 538 3rd | 05/22/07 | 3,200.00 |
| 5 | 312874 | 06/08/07 | 06/11/07 | 10,700.00 | Painting 2w | 06/04/07 | 10,700.00 |
| 6 | 313320 | 06/11/07 | 06/13/07 |  | New office | 06/06/07 | 1,775.00 |
| 7 | 313320 | 06/11/07 | 06/13/07 | 2,850.00 | Painting 2-4 | 06/06/07 | 1,075.00 |
| 8 | 315339 | 06/19/07 | 06/22/07 |  | PAINTING 3E | 06/19/07 | 1,725.00 |
| 9 | 315339 | 06/19/07 | 06/22/07 | 2,790.00 | SPACKLE 520 | 06/19/07 | 1,065.00 |
| 10 | 315347 | 06/19/07 | 06/22/07 | 16,550.00 | GARGE RMP WALLS | 06/19/07 | 16,550.00 |
| 11 | 319584 | 07/03/07 | 07/06/07 |  | Wall Cover 2nd | 06/26/07 | 3,301.93 |
| 12 | 319584 | 07/03/07 | 07/06/07 |  | 520 Bldg Paint | 06/27/07 | 1,975.00 |
| 13 | 319584 | 07/03/07 | 07/06/07 | 6,051.93 | Spackle/Sand | 06/27/07 | 775.00 |
| 14 | 324846 | 07/24/07 | 07/27/07 |  | 520 Home Gate | 07/19/07 | 3,300.00 |
| 15 | 324846 | 07/24/07 | 07/27/07 | 4,625.00 | Prime and Paint | 07/19/07 | 1,325.00 |
|  |  |  |  | $ 65,916.93 |  |  | $ 65,916.93 |