AHM - Summary of Invoices Paid in the Preference Period
Vendor - WINSTON OFFICE SUPPORT LI
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301680 | 04/27/07 | 05/08/07 | | 243377 | 04/01/07 | $ 1,645.09 |
| 2 | 301680 | 04/27/07 | 05/08/07 | | 243442 | 04/08/07 | 1,507.53 |
| 3 | 301680 | 04/27/07 | 05/08/07 | | 243506 | 04/15/07 | 1,494.81 |
| 4 | 301680 | 04/27/07 | 05/08/07 | | 243510 | 04/15/07 | 678.00 |
| 5 | 301680 | 04/27/07 | 05/08/07 | | 243444 | 04/08/07 | 635.63 |
| 6 | 301680 | 04/27/07 | 05/08/07 | | 243508 | 04/15/07 | 601.73 |
| 7 | 301680 | 04/27/07 | 05/08/07 | | 243379 | 04/01/07 | 508.50 |
| 8 | 301680 | 04/27/07 | 05/08/07 | | 243307 | 03/25/07 | 508.50 |
| 9 | 301680 | 04/27/07 | 05/08/07 | 8,030.22 | 243509 | 04/15/07 | 450.43 |
| 10 | 302010 | 04/30/07 | 05/08/07 | 576.30 | 243568 | 04/22/07 | 576.30 |
| 11 | 302493 | 05/01/07 | 05/09/07 | | 243378 | 04/01/07 | 3,386.25 |
| 12 | 302493 | 05/01/07 | 05/09/07 | | 243443 | 04/08/07 | 2,340.00 |
| 13 | 302493 | 05/01/07 | 05/09/07 | | 243567 | 04/22/07 | 1,965.00 |
| 14 | 302493 | 05/01/07 | 05/09/07 | | 243507 | 04/15/07 | 1,860.00 |
| 15 | 302493 | 05/01/07 | 05/09/07 | | 243445 | 04/08/07 | 678.00 |
| 16 | 302493 | 05/01/07 | 05/09/07 | | 243570 | 04/22/07 | 678.00 |
| 17 | 302493 | 05/01/07 | 05/09/07 | 11,244.75 | 243490 | 04/15/07 | 337.50 |
| 18 | 304675 | 05/10/07 | 05/18/07 | 398.33 | 243380 | 04/01/07 | 398.33 |
| 19 | 305401 | 05/12/07 | 05/23/07 | | 243618 | 04/29/07 | 832.76 |
| 20 | 305401 | 05/12/07 | 05/23/07 | | 243634 | 04/29/07 | 827.53 |
| 21 | 305401 | 05/12/07 | 05/23/07 | | 243569 | 04/22/07 | 628.50 |
| 22 | 305401 | 05/12/07 | 05/23/07 | | 243634 | 04/29/07 | 581.36 |
| 23 | 305401 | 05/12/07 | 05/23/07 | 3,378.65 | 243308 | 03/25/07 | 508.50 |
| 24 | 307782 | 05/22/07 | 05/30/07 | | 243762 | 05/13/07 | 1,571.26 |
| 25 | 307782 | 05/22/07 | 05/30/07 | | 243566 | 04/22/07 | 1,499.05 |
| 26 | 307782 | 05/22/07 | 05/30/07 | | 243631 | 04/29/07 | 1,490.58 |
| 27 | 307782 | 05/22/07 | 05/30/07 | | 243763 | 05/13/07 | 678.00 |
| 28 | 307782 | 05/22/07 | 05/30/07 | | 243633 | 04/29/07 | 601.73 |
| 29 | 307782 | 05/22/07 | 05/30/07 | | 243693 | 05/06/07 | 593.25 |
| 30 | 307782 | 05/22/07 | 05/30/07 | | 243694 | 05/06/07 | 319.20 |
| 31 | 307782 | 05/22/07 | 05/30/07 | 7,067.32 | 243695 | 05/06/07 | 314.25 |
| 32 | 308981 | 05/23/07 | 05/30/07 | | 243679 | 05/06/07 | 542.40 |
| 33 | 308981 | 05/23/07 | 05/30/07 | 1,084.80 | 243696 | 05/06/07 | 542.40 |
| 34 | 309987 | 05/29/07 | 06/08/07 | 1,335.71 | 243691 | 05/06/07 | 1,335.71 |
| 35 | 310297 | 05/30/07 | 06/11/07 | | 243759 | 05/13/07 | 1,662.13 |
| 36 | 310297 | 05/30/07 | 06/11/07 | 2,297.76 | 243761 | 05/13/07 | 635.63 |
| 37 | 311242 | 06/04/07 | 06/13/07 | 678.00 | 243839 | 05/20/07 | 678.00 |
| 38 | 311386 | 06/04/07 | 06/11/07 | 5,600.00 | 1700 | 04/26/07 | 5,600.00 |
| 39 | 312871 | 06/08/07 | 06/19/07 | 678.00 | 243764 | 05/13/07 | 678.00 |
| 40 | 313191 | 06/11/07 | 06/19/07 | | 243835 | 05/20/07 | 1,966.30 |
| 41 | 313191 | 06/11/07 | 06/19/07 | | 243838 | 05/20/07 | 785.63 |
| 42 | 313191 | 06/11/07 | 06/19/07 | 3,380.43 | 243838 | 05/20/07 | 628.50 |
| 43 | 313627 | 06/12/07 | 06/19/07 | | 243917 | 05/27/07 | 678.00 |
| 44 | 313627 | 06/12/07 | 06/19/07 | | 243916 | 05/27/07 | 628.50 |
| 45 | 313627 | 06/12/07 | 06/19/07 | 1,924.53 | 243916 | 05/27/07 | 618.03 |
| 46 | 313628 | 06/12/07 | 06/19/07 | 5,500.00 | 1705 | 05/29/07 | 5,500.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - WINSTON OFFICE SUPPORT LI
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 314033 | 06/13/07 | 06/20/07 | 542.40 | 243981 | 06/03/07 | 542.40 |
| 48 | 314546 | 06/15/07 | 07/03/07 | 450.43 | 243979 | 06/03/07 | 450.43 |
| 49 | 315234 | 06/19/07 | 06/29/07 | | 243692 | 05/06/07 | 3,215.63 |
| 50 | 315234 | 06/19/07 | 06/29/07 | | 243760 | 05/13/07 | 2,985.00 |
| 51 | 315234 | 06/19/07 | 06/29/07 | | 243836 | 05/20/07 | 2,070.00 |
| 52 | 315234 | 06/19/07 | 06/29/07 | | 243632 | 04/29/07 | 1,987.50 |
| 53 | 315234 | 06/19/07 | 06/29/07 | | 243914 | 05/27/07 | 1,629.22 |
| 54 | 315234 | 06/19/07 | 06/29/07 | | 243692A | 05/13/07 | 1,102.50 |
| 55 | 315234 | 06/19/07 | 06/29/07 | 13,814.30 | 243980 | 06/03/07 | 824.45 |
| 56 | 317785 | 06/26/07 | 07/06/07 | | 244094 | 06/17/07 | 806.58 |
| 57 | 317785 | 06/26/07 | 07/06/07 | 1,277.96 | 244048 | 06/10/07 | 471.38 |
| 58 | 319144 | 07/02/07 | 07/11/07 | | 244118 | 06/17/07 | 1,022.83 |
| 59 | 319144 | 07/02/07 | 07/11/07 | | 244095 | 06/17/07 | 956.70 |
| 60 | 319144 | 07/02/07 | 07/11/07 | | 244117 | 06/17/07 | 790.86 |
| 61 | 319144 | 07/02/07 | 07/11/07 | 3,215.58 | 244117 | 06/17/07 | 445.19 |
| 62 | 319203 | 07/02/07 | 07/09/07 | 254.25 | 243837 | 05/20/07 | 254.25 |
| 63 | 319877 | 07/05/07 | 07/10/07 | | 243915 | 05/27/07 | 1,995.00 |
| 64 | 319877 | 07/05/07 | 07/10/07 | 3,097.50 | 243889 | 05/27/07 | 1,102.50 |
| 65 | 321826 | 07/12/07 | 07/18/07 | | 244047 | 06/10/07 | 2,310.00 |
| 66 | 321826 | 07/12/07 | 07/18/07 | | 243978 | 06/03/07 | 2,184.38 |
| 67 | 321826 | 07/12/07 | 07/18/07 | | 244176 | 06/24/07 | 2,055.00 |
| 68 | 321826 | 07/12/07 | 07/18/07 | 8,461.88 | 244116 | 06/17/07 | 1,912.50 |
| 69 | 322018 | 07/13/07 | 07/25/07 | 712.30 | 244177 | 06/24/07 | 712.30 |
| 70 | 322082 | 07/13/07 | 07/25/07 | 678.00 | 244179 | 06/24/07 | 678.00 |
| 71 | 322859 | 07/18/07 | 07/25/07 | | 244241 | 07/01/07 | 628.50 |
| 72 | 322859 | 07/18/07 | 07/25/07 | 1,257.00 | 244298 | 07/08/07 | 628.50 |
| 73 | 323638 | 07/23/07 | 08/01/07 | 718.20 | 244299 | 07/08/07 | 718.20 |
| | | | | $ 87,654.60 | | | $ 87,654.60 |