AHM - Summary of Invoices Paid in the Preference Period
Vendor - ECI Owensmouth, LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 309183 | 05/23/07 | 06/22/07 | | SEC. DEPOSIT | 05/23/07 | 12,565.45 |
| 2 | 309183 | 05/23/07 | 06/22/07 | 23,526.80 | MAY RENT | 05/23/07 | 10,961.35 |
| 3 | 324192 | 07/23/07 | 07/31/07 | 10,961.35 | | 07/13/07 | 10,961.35 |
| | | | | $ 34,488.15 | | | $ 34,488.15 |

Page 1 of 15