AHM - Summary of Invoices Paid in the Preference Period
Vendor - Webex Communications Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304672 | 05/10/07 | 05/18/07 | 9,800.90 | 2215394 | 04/19/07 | 9,800.90 |
| 2 | 314032 | 06/13/07 | 06/19/07 | 9,808.75 | 2234366 | 05/19/07 | 9,808.75 |
| 3 | 322017 | 07/13/07 | 07/23/07 | 9,827.20 | 2260127 | 06/19/07 | 9,827.20 |
| | | | | $ 29,436.85 | | | $ 29,436.85 |