AHM - Summary of Invoices Paid in the Preference Period
Vendor - EECO ELECTRIC CORP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302028 | 04/30/07 | 05/17/07 | | 18884 | 04/06/07 | $ 15,680.20 |
| 2 | 302028 | 04/30/07 | 05/17/07 | 26,510.97 | 18888 | 04/06/07 | 10,830.77 |
| 3 | 305665 | 05/14/07 | 05/21/07 | | 18896 | 04/17/07 | 85,097.25 |
| 4 | 305665 | 05/14/07 | 05/21/07 | | 18897 | 04/17/07 | 9,579.38 |
| 5 | 305665 | 05/14/07 | 05/21/07 | 104,205.71 | 18915 | 05/01/07 | 9,529.08 |
| 6 | 310705 | 05/31/07 | 06/07/07 | 49,854.35 | 18935 | 05/17/07 | 49,854.35 |
| 7 | 317141 | 06/22/07 | 07/11/07 | 421.24 | 18938 | 05/29/07 | 421.24 |
| 8 | 318380 | 06/28/07 | 07/11/07 | | 18916 | 05/04/07 | 20,871.01 |
| 9 | 318380 | 06/28/07 | 07/11/07 | | 18919 | 05/04/07 | 16,065.93 |
| 10 | 318380 | 06/28/07 | 07/11/07 | | 18954 | 06/12/07 | 11,047.12 |
| 11 | 318380 | 06/28/07 | 07/11/07 | 54,770.79 | 18955 | 06/12/07 | 6,786.73 |
| 12 | 325151 | 07/24/07 | 07/31/07 | | 18960 | 06/22/07 | 78,361.16 |
| 13 | 325151 | 07/24/07 | 07/31/07 | | 18974 | 06/28/07 | 29,815.55 |
| 14 | 325151 | 07/24/07 | 07/31/07 | | 18901 | 04/20/07 | 21,345.22 |
| 15 | 325151 | 07/24/07 | 07/31/07 | | 18934 | 05/15/07 | 1,465.70 |
| 16 | 325151 | 07/24/07 | 07/31/07 | 132,170.83 | 18899 | 04/17/07 | 1,183.20 |
| | | | | $ 367,933.89 | | | $ 367,933.89 |