AHM - Summary of Invoices Paid in the Preference Period
Vendor - ELITE FIRE PROTECTION, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303738 | 05/04/07 | 05/15/07 | $ 968.00 | 5202 | 04/27/07 | $ 968.00 |
| 2 | 305666 | 05/14/07 | 05/15/07 | | 5232 | 05/09/07 | 6,273.20 |
| 3 | 305666 | 05/14/07 | 05/15/07 | | 4992 | 01/29/07 | 3,881.25 |
| 4 | 305666 | 05/14/07 | 05/15/07 | | 5147 | 03/30/07 | 1,795.80 |
| 5 | 305666 | 05/14/07 | 05/15/07 | | 5149 | 03/30/07 | 1,707.80 |
| 6 | 305666 | 05/14/07 | 05/15/07 | | 5148 | 03/30/07 | 1,654.80 |
| 7 | 305666 | 05/14/07 | 05/15/07 | | 499201 | 03/29/07 | 1,293.75 |
| 8 | 305666 | 05/14/07 | 05/15/07 | | 5150 | 03/30/07 | 1,176.60 |
| 9 | 305666 | 05/14/07 | 05/15/07 | | 5151 | 03/30/07 | 774.40 |
| 10 | 305666 | 05/14/07 | 05/15/07 | | 4993 | 01/29/07 | 532.40 |
| 11 | 305666 | 05/14/07 | 05/15/07 | | 5234 | 05/10/07 | 507.20 |
| 12 | 305666 | 05/14/07 | 05/15/07 | 19,984.40 | 5152 | 03/30/07 | 387.20 |
| 13 | 310049 | 05/29/07 | 05/31/07 | | 5256 | 05/24/07 | 6,338.00 |
| 14 | 310049 | 05/29/07 | 05/31/07 | 7,355.82 | 5255 | 05/23/07 | 1,017.82 |
| 15 | 312875 | 06/08/07 | 06/11/07 | | 5270 | 06/01/07 | 5,966.80 |
| 16 | 312875 | 06/08/07 | 06/11/07 | | 5276 | 06/05/07 | 2,768.96 |
| 17 | 312875 | 06/08/07 | 06/11/07 | 11,098.63 | 5275 | 06/04/07 | 2,362.87 |
| 18 | 314062 | 06/13/07 | 06/15/07 | | 5288 | 06/06/07 | 2,969.86 |
| 19 | 314062 | 06/13/07 | 06/15/07 | | 5287 | 06/06/07 | 1,818.82 |
| 20 | 314062 | 06/13/07 | 06/15/07 | 5,093.70 | 5286 | 06/06/07 | 305.02 |
| 21 | 318802 | 06/29/07 | 07/09/07 | | 5298 | 06/13/07 | 3,611.89 |
| 22 | 318802 | 06/29/07 | 07/09/07 | | 5297 | 06/12/07 | 3,200.20 |
| 23 | 318802 | 06/29/07 | 07/09/07 | | 5295 | 06/12/07 | 2,018.09 |
| 24 | 318802 | 06/29/07 | 07/09/07 | 10,250.13 | 5296 | 06/12/07 | 1,419.95 |
| 25 | 321303 | 07/11/07 | 07/16/07 | 1,161.60 | 5273 | 06/01/07 | 1,161.60 |
| | | | | $ 55,912.28 | | | $ 55,912.28 |