AHM - Summary of Invoices Paid in the Preference Period
Vendor - Vector Consulting, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303161 | 05/02/07 | 05/16/07 | | 23625 | 03/23/07 | 7,480.00 |
| 2 | 303161 | 05/02/07 | 05/16/07 | 12,920.00 | 23577 | 03/08/07 | 5,440.00 |
| 3 | 309771 | 05/25/07 | 06/06/07 | 5,440.00 | 23799 | 05/18/07 | 5,440.00 |
| 4 | 318859 | 06/29/07 | 07/06/07 | 6,120.00 | 23737 | 05/04/07 | 6,120.00 |
| 5 | 319551 | 07/03/07 | 07/11/07 | 5,440.00 | 23702 | 04/20/07 | 5,440.00 |
| | | | | $ 29,920.00 | | | $ 29,920.00 |