AHM - Summary of Invoices Paid in the Preference Period
Vendor - ELLIE MAE, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | $ 4,075.00 |
| 2 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 1,890.00 |
| 3 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 1,765.00 |
| 4 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 1,595.00 |
| 5 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 1,515.00 |
| 6 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 1,460.00 |
| 7 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 1,390.00 |
| 8 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 1,095.00 |
| 9 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 1,075.00 |
| 10 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 1,065.00 |
| 11 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 1,060.00 |
| 12 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 1,015.00 |
| 13 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 995.00 |
| 14 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 875.00 |
| 15 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 875.00 |
| 16 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 815.00 |
| 17 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 695.00 |
| 18 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 660.00 |
| 19 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 650.00 |
| 20 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 585.00 |
| 21 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 495.00 |
| 22 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 485.00 |
| 23 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 480.00 |
| 24 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 465.00 |
| 25 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 435.00 |
| 26 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 385.00 |
| 27 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 355.00 |
| 28 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 295.00 |
| 29 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 260.00 |
| 30 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 240.00 |
| 31 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 220.00 |
| 32 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 220.00 |
| 33 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 200.00 |
| 34 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 190.00 |
| 35 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 185.00 |
| 36 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 180.00 |
| 37 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102575 | 03/09/07 | 170.00 |
| 38 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 140.00 |
| 39 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 120.00 |
| 40 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 120.00 |
| 41 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 120.00 |
| 42 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 120.00 |
| 43 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 100.00 |
| 44 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 100.00 |
| 45 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 80.00 |
| 46 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 40.00 |
| 47 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 40.00 |
| 48 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 20.00 |
| 49 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 20.00 |
| 50 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 20.00 |
| 51 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 20.00 |
| 52 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 20.00 |
| 53 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 20.00 |
| 54 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 20.00 |
| 55 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 20.00 |
| 56 | 301562 | 04/27/07 | 05/08/07 | | TRXLM102556 | 02/05/07 | 20.00 |
| 57 | 301562 | 04/27/07 | 05/08/07 | 31,575.00 | TRXLM102575 | 03/09/07 | 5.00 |
| 58 | 308630 | 05/22/07 | 05/30/07 | 500.00 | TRXLMO100468 | 05/07/07 | 500.00 |
| 59 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 5,135.00 |
| 60 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 2,260.00 |
| 61 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 2,100.00 |
| 62 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 1,925.00 |
| 63 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 1,850.00 |
| 64 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 1,645.00 |
| 65 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 1,585.00 |
| 66 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 1,555.00 |
| 67 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 1,365.00 |
| 68 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 1,250.00 |
| 69 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 1,140.00 |
| 70 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 1,135.00 |
| 71 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 1,105.00 |
| 72 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 1,045.00 |
| 73 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 1,035.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - ELLIE MAE, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 74 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 975.00 |
| 75 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 915.00 |
| 76 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 855.00 |
| 77 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 715.00 |
| 78 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 705.00 |
| 79 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 685.00 |
| 80 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 590.00 |
| 81 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 545.00 |
| 82 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 530.00 |
| 83 | 308631 | 05/22/07 | 05/30/07 | | TRXLMO100467 | 05/07/07 | 500.00 |
| 84 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 380.00 |
| 85 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 315.00 |
| 86 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 285.00 |
| 87 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 225.00 |
| 88 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 195.00 |
| 89 | 308631 | 05/22/07 | 05/30/07 | | TRXLM102667 | 04/05/07 | 165.00 |
| 90 | 308631 | 05/22/07 | 05/30/07 | 34,715.00 | TRXLM102667 | 04/05/07 | 5.00 |
| 91 | 310423 | 05/30/07 | 06/08/07 | | TRXLM102699 | 04/05/07 | 1,345.00 |
| 92 | 310423 | 05/30/07 | 06/08/07 | | TRXLM102795 | 05/07/07 | 1,035.00 |
| 93 | 310423 | 05/30/07 | 06/08/07 | 2,436.00 | TRXLM102834 | 05/07/07 | 56.00 |
| 94 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 1,752.00 |
| 95 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 872.00 |
| 96 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 544.00 |
| 97 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 412.00 |
| 98 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 320.00 |
| 99 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 304.00 |
| 100 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 304.00 |
| 101 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 296.00 |
| 102 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 212.00 |
| 103 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 152.00 |
| 104 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 128.00 |
| 105 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 120.00 |
| 106 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 112.00 |
| 107 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 96.00 |
| 108 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 96.00 |
| 109 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 80.00 |
| 110 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 72.00 |
| 111 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 72.00 |
| 112 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 64.00 |
| 113 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 56.00 |
| 114 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 40.00 |
| 115 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 40.00 |
| 116 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 40.00 |
| 117 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 32.00 |
| 118 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 32.00 |
| 119 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 32.00 |
| 120 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 16.00 |
| 121 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 16.00 |
| 122 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 16.00 |
| 123 | 310424 | 05/30/07 | 06/08/07 | | TRXLM102710 | 04/05/07 | 8.00 |
| 124 | 310424 | 05/30/07 | 06/08/07 | 6,344.00 | TRXLM102710 | 04/05/07 | 8.00 |
| 125 | 311612 | 06/05/07 | 06/15/07 | 5,000.00 | TRXMISC100028 | 05/25/07 | 5,000.00 |
| 126 | 317125 | 06/22/07 | 07/09/07 | | TRXMISC100029 | 06/18/07 | 5,000.00 |
| 127 | 317125 | 06/22/07 | 07/09/07 | 10,000.00 | TRXMISC100030 | 06/18/07 | 5,000.00 |
| 128 | 318382 | 06/28/07 | 07/10/07 | 500.00 | TRXLMO100486 | 06/06/07 | 500.00 |
| 129 | 318383 | 06/28/07 | 07/10/07 | 500.00 | TRXLMO100485 | 06/06/07 | 500.00 |
| 130 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 2,895.00 |
| 131 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 1,705.00 |
| 132 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 1,610.00 |
| 133 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 1,420.00 |
| 134 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 1,410.00 |
| 135 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 1,235.00 |
| 136 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 1,075.00 |
| 137 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 1,010.00 |
| 138 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 995.00 |
| 139 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 945.00 |
| 140 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 775.00 |
| 141 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 715.00 |
| 142 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 650.00 |
| 143 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 645.00 |
| 144 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 640.00 |
| 145 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 580.00 |
| 146 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 570.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - ELLIE MAE, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 147 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 520.00 |
| 148 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 470.00 |
| 149 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 470.00 |
| 150 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 455.00 |
| 151 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 330.00 |
| 152 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 315.00 |
| 153 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 310.00 |
| 154 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 305.00 |
| 155 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 280.00 |
| 156 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 220.00 |
| 157 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 210.00 |
| 158 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 145.00 |
| 159 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 85.00 |
| 160 | 320896 | 07/10/07 | 07/16/07 | | TRXLM102760 | 05/07/07 | 70.00 |
| 161 | 320896 | 07/10/07 | 07/16/07 | 23,090.00 | TRXLM102760 | 05/07/07 | 30.00 |
| 162 | 321785 | 07/12/07 | 07/20/07 | | TRXLM102849 | 06/06/07 | 1,110.00 |
| 163 | 321785 | 07/12/07 | 07/20/07 | 1,206.00 | TRXLM102894 | 06/06/07 | 96.00 |
| 164 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 1,368.00 |
| 165 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 704.00 |
| 166 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 432.00 |
| 167 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 392.00 |
| 168 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 328.00 |
| 169 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 232.00 |
| 170 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 168.00 |
| 171 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 152.00 |
| 172 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 144.00 |
| 173 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 136.00 |
| 174 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 120.00 |
| 175 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 112.00 |
| 176 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 72.00 |
| 177 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 56.00 |
| 178 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 48.00 |
| 179 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 48.00 |
| 180 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 48.00 |
| 181 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 48.00 |
| 182 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 48.00 |
| 183 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 48.00 |
| 184 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 48.00 |
| 185 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 40.00 |
| 186 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 24.00 |
| 187 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 16.00 |
| 188 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 16.00 |
| 189 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 16.00 |
| 190 | 321786 | 07/12/07 | 07/20/07 | | TRXLM102806 | 05/07/07 | 8.00 |
| 191 | 321786 | 07/12/07 | 07/20/07 | 4,880.00 | TRXLM102806 | 05/07/07 | 8.00 |
| 192 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 3,210.00 |
| 193 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 1,880.00 |
| 194 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 1,685.00 |
| 195 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 1,605.00 |
| 196 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 1,490.00 |
| 197 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 1,365.00 |
| 198 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 1,145.00 |
| 199 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 1,080.00 |
| 200 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 1,030.00 |
| 201 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 1,000.00 |
| 202 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 950.00 |
| 203 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 805.00 |
| 204 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 785.00 |
| 205 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 745.00 |
| 206 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 720.00 |
| 207 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 710.00 |
| 208 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 650.00 |
| 209 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 620.00 |
| 210 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 590.00 |
| 211 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 515.00 |
| 212 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 500.00 |
| 213 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 425.00 |
| 214 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 370.00 |
| 215 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 335.00 |
| 216 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 330.00 |
| 217 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 325.00 |
| 218 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 295.00 |
| 219 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 285.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - ELLIE MAE, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 220 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 145.00 |
| 221 | 324910 | 07/24/07 | 07/31/07 | | TRXLM102848 | 06/06/07 | 115.00 |
| 222 | 324910 | 07/24/07 | 07/31/07 | 25,785.00 | TRXLM102848 | 06/06/07 | 80.00 |
| | | | | $ 146,531.00 | | | $ 146,531.00 |