AHM - Summary of Invoices Paid in the Preference Period
Vendor - VANCOUVERCENTER DEVELOPMENT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303470 | 05/03/07 | 05/08/07 | $ 105.00 | 20132107E | 04/12/07 | $ 105.00 |
| 2 | 303471 | 05/03/07 | 05/10/07 | 22,152.00 | TENANT IMPROVE | 04/17/07 | 22,152.00 |
| 3 | 308541 | 05/22/07 | 06/05/07 | 10,849.17 | | 05/13/07 | 10,849.17 |
| 4 | 316770 | 06/21/07 | 07/03/07 | | | 06/13/07 | 10,849.17 |
| 5 | 316770 | 06/21/07 | 07/03/07 | 9,519.28 | 2010607 | 04/24/07 | (1,329.89) |
| 6 | 317241 | 06/22/07 | 07/03/07 | 105.00 | 2015907E | 05/30/07 | 105.00 |
| | | | | $ 42,730.45 | | | $ 42,730.45 |