AHM - Summary of Invoices Paid in the Preference Period
Vendor - UNITED VAN LINES,
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302487 | 05/01/07 | 05/08/07 |  | 191006046 | 04/04/07 | $ 7,181.46 |
| 2 | 302487 | 05/01/07 | 05/08/07 | 9,027.92 | 191006066 | 01/05/07 | 1,846.46 |
| 3 | 309971 | 05/29/07 | 06/07/07 |  | 19100604602 | 04/20/07 | 4,983.33 |
| 4 | 309971 | 05/29/07 | 06/07/07 |  | 19100105701 | 04/13/07 | 2,739.81 |
| 5 | 309971 | 05/29/07 | 06/07/07 |  | 19100117701 | 04/25/07 | 2,249.80 |
| 6 | 309971 | 05/29/07 | 06/07/07 | 11,682.76 | 19100122701 | 04/30/07 | 1,709.82 |
| 7 | 310279 | 05/30/07 | 06/11/07 |  | 19100133701 | 04/09/07 | 4,528.34 |
| 8 | 310279 | 05/30/07 | 06/11/07 |  | 19100605601 | 05/22/07 | 1,846.46 |
| 9 | 310279 | 05/30/07 | 06/11/07 | 7,914.29 | 19100134701 | 05/09/07 | 1,539.49 |
| 10 | 314850 | 06/15/07 | 06/29/07 | 3,944.98 | 19100167701 | 05/21/07 | 3,944.98 |
| 11 | 318097 | 06/27/07 | 07/09/07 | 5,394.13 | 19100160701 | 05/24/07 | 5,394.13 |
| 12 | 320538 | 07/09/07 | 07/17/07 |  | 19100206701 | 06/14/07 | 5,996.47 |
| 13 | 320538 | 07/09/07 | 07/17/07 |  | 19100011701 | 06/04/07 | 4,004.29 |
| 14 | 320538 | 07/09/07 | 07/17/07 | 13,148.28 | 19100112701 | 04/14/07 | 3,147.52 |
| 15 | 322012 | 07/13/07 | 07/23/07 |  | 19100138701 | 07/02/07 | 17,445.53 |
| 16 | 322012 | 07/13/07 | 07/23/07 |  | 19100210701 | 07/02/07 | 11,157.53 |
| 17 | 322012 | 07/13/07 | 07/23/07 | 33,224.74 | 19100200701 | 07/02/07 | 4,621.68 |
| 18 | 322289 | 07/16/07 | 07/24/07 | 10,748.81 | 19100162701 | 07/02/07 | 10,748.81 |
| 19 | 322823 | 07/18/07 | 07/25/07 |  | 19100102701 | 06/19/07 | 6,893.11 |
| 20 | 322823 | 07/18/07 | 07/25/07 | 9,081.00 | 19100188701 | 06/26/07 | 2,187.89 |
| 21 | 325220 | 07/24/07 | 07/30/07 | 630.21 | 87002065701 | 07/06/07 | 630.21 |
|  |  |  |  | $ 104,797.12 |  |  | $ 104,797.12 |