AHM - Summary of Invoices Paid in the Preference Period
Vendor - UNITED STATES POSTAL SERVICE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 294813 | 04/04/07 | 05/23/07 | $ 39.00 | STAMPS2212 | 03/28/07 | $ 39.00 |
| 2 | 296029 | 04/10/07 | 05/14/07 | 117.00 | POSTAGE400 | 04/09/07 | 117.00 |
| 3 | 299961 | 04/20/07 | 05/09/07 | | POSYAGE REFL | 04/17/07 | 605.36 |
| 4 | 299961 | 04/20/07 | 05/09/07 | | POSYAGE REFL | 04/17/07 | 193.36 |
| 5 | 299961 | 04/20/07 | 05/09/07 | | POSYAGE REFL | 04/17/07 | 171.90 |
| 6 | 299961 | 04/20/07 | 05/09/07 | | POSYAGE REFL | 04/17/07 | 153.38 |
| 7 | 299961 | 04/20/07 | 05/09/07 | | POSYAGE REFL | 04/17/07 | 143.47 |
| 8 | 299961 | 04/20/07 | 05/09/07 | 1,321.54 | POSYAGE REFL | 04/17/07 | 54.07 |
| 9 | 300733 | 04/24/07 | 05/11/07 | 3,071.40 | Advisor Newsltr | 04/23/07 | 3,071.40 |
| 10 | 300957 | 04/25/07 | 05/09/07 | 41.00 | STAMPS | 04/20/07 | 41.00 |
| 11 | 301840 | 04/27/07 | 05/10/07 | 500.00 | POSTAGE | 04/23/07 | 500.00 |
| 12 | 302568 | 05/01/07 | 05/16/07 | | POSTAGE REFILL | 04/27/07 | 1,489.07 |
| 13 | 302568 | 05/01/07 | 05/16/07 | | POSTAGE REFILL | 04/27/07 | 999.66 |
| 14 | 302568 | 05/01/07 | 05/16/07 | | POSTAGE REFILL | 04/27/07 | 312.56 |
| 15 | 302568 | 05/01/07 | 05/16/07 | | POSTAGE REFILL | 04/27/07 | 262.17 |
| 16 | 302568 | 05/01/07 | 05/16/07 | | POSTAGE REFILL | 04/27/07 | 248.74 |
| 17 | 302568 | 05/01/07 | 05/16/07 | | POSTAGE REFILL | 04/27/07 | 230.91 |
| 18 | 302568 | 05/01/07 | 05/16/07 | | POSTAGE REFILL | 04/27/07 | 219.52 |
| 19 | 302568 | 05/01/07 | 05/16/07 | | POSTAGE REFILL | 04/27/07 | 198.49 |
| 20 | 302568 | 05/01/07 | 05/16/07 | | POSTAGE REFILL | 04/27/07 | 181.79 |
| 21 | 302568 | 05/01/07 | 05/16/07 | 4,208.94 | POSTAGE REFILL | 04/27/07 | 66.03 |
| 22 | 303159 | 05/02/07 | 05/11/07 | 61,800.00 | TMS#193249 | 05/01/07 | 61,800.00 |
| 23 | 304376 | 05/08/07 | 05/14/07 | 1,000.00 | ADVANCED DEPOS | 05/07/07 | 1,000.00 |
| 24 | 304440 | 05/08/07 | 05/18/07 | 15,450.00 | TMS#139111 | 05/08/07 | 15,450.00 |
| 25 | 304505 | 05/09/07 | 05/15/07 | | E#6806 | 05/09/07 | 7,500.00 |
| 26 | 304505 | 05/09/07 | 05/15/07 | 15,000.00 | E#6806 | 05/09/07 | 7,500.00 |
| 27 | 304542 | 05/09/07 | 05/16/07 | 165.00 | STAMPS FOR SENI | 05/09/07 | 165.00 |
| 28 | 304808 | 05/10/07 | 05/18/07 | 82.00 | 2ROLLS STAMPS | 05/01/07 | 82.00 |
| 29 | 304858 | 05/10/07 | 05/16/07 | 160.00 | BUS REPLY PERMT | 05/04/07 | 160.00 |
| 30 | 305727 | 05/14/07 | 05/21/07 | 1,030.00 | TMS 172495 | 05/14/07 | 1,030.00 |
| 31 | 306286 | 05/16/07 | 05/25/07 | 82.00 | POSTAGE STMPS | 05/15/07 | 82.00 |
| 32 | 306414 | 05/16/07 | 06/01/07 | 263.64 | 1.0004E+12 | 04/30/07 | 263.64 |
| 33 | 306415 | 05/16/07 | 05/23/07 | 43.00 | 1 ROLL STAMPS | 05/14/07 | 43.00 |
| 34 | 306417 | 05/16/07 | 06/06/07 | 123.00 | POSTAGE REFILL | 05/15/07 | 123.00 |
| 35 | 306794 | 05/17/07 | 05/24/07 | 82.00 | POSTAGE 5/16/07 | 05/16/07 | 82.00 |
| 36 | 307554 | 05/21/07 | 05/25/07 | 16.00 | 2 CT STAMP | 05/21/07 | 16.00 |
| 37 | 308756 | 05/22/07 | 06/04/07 | 42.20 | STAMPS 5/18/07 | 05/18/07 | 42.20 |
| 38 | 309127 | 05/23/07 | 05/30/07 | 6,737.54 | ASCEND POSTAGE | 05/17/07 | 6,737.54 |
| 39 | 309192 | 05/23/07 | 06/04/07 | 41.00 | STAMPS 5/22/07 | 05/22/07 | 41.00 |
| 40 | 309193 | 05/23/07 | 06/04/07 | 133.00 | POSTAGE STAMPS | 05/22/07 | 133.00 |
| 41 | 309293 | 05/23/07 | 05/29/07 | 15,000.00 | POSTAGE INVOICE | 05/23/07 | 15,000.00 |
| 42 | 309530 | 05/24/07 | 06/07/07 | 4.68 | POSTAGE DUE | 05/21/07 | 4.68 |
| 43 | 309531 | 05/24/07 | 06/22/07 | 410.00 | POSTAGE 5/18/07 | 05/18/07 | 410.00 |
| 44 | 309532 | 05/24/07 | 06/04/07 | 123.00 | POSTAGE PURCHA | 05/22/07 | 123.00 |
| 45 | 309533 | 05/24/07 | 06/05/07 | 82.00 | STAMPS OFFICE U | 05/17/07 | 82.00 |
| 46 | 309534 | 05/24/07 | 06/04/07 | 82.00 | POSTAGE 4 BRANH | 05/22/07 | 82.00 |
| 47 | 310055 | 05/29/07 | 06/06/07 | 328.00 | STAMPS 5/25/07 | 05/25/07 | 328.00 |
| 48 | 311865 | 06/05/07 | 06/08/07 | 47.15 | POSTAGE 4 FL&GE | 06/05/07 | 47.15 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - UNITED STATES POSTAL SERVICE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 49 | 311866 | 06/05/07 | 06/13/07 | 41.00 | STAMPS SD CORRE | 05/22/07 | 41.00 |
| 50 | 311867 | 06/05/07 | 06/18/07 | | POSTAGE REFILL | 05/25/07 | 2,369.66 |
| 51 | 311867 | 06/05/07 | 06/18/07 | | POSTAGE REFILL | 05/25/07 | 1,376.20 |
| 52 | 311867 | 06/05/07 | 06/18/07 | | POSTAGE REFILL | 05/25/07 | 451.16 |
| 53 | 311867 | 06/05/07 | 06/18/07 | | POSTAGE REFILL | 05/25/07 | 430.85 |
| 54 | 311867 | 06/05/07 | 06/18/07 | | POSTAGE REFILL | 05/25/07 | 404.99 |
| 55 | 311867 | 06/05/07 | 06/18/07 | | POSTAGE REFILL | 05/25/07 | 315.42 |
| 56 | 311867 | 06/05/07 | 06/18/07 | | POSTAGE REFILL | 05/25/07 | 311.40 |
| 57 | 311867 | 06/05/07 | 06/18/07 | | POSTAGE REFILL | 05/25/07 | 310.62 |
| 58 | 311867 | 06/05/07 | 06/18/07 | 6,082.06 | POSTAGE REFILL | 05/25/07 | 111.76 |
| 59 | 313025 | 06/08/07 | 06/25/07 | 52.00 | MAIL BOX RENT | 06/07/07 | 52.00 |
| 60 | 313757 | 06/12/07 | 06/26/07 | 7.68 | POSTAGE DUE | 06/12/07 | 7.68 |
| 61 | 314166 | 06/13/07 | 07/06/07 | 123.00 | POSTAGE REFILL | 06/11/07 | 123.00 |
| 62 | 314167 | 06/13/07 | 06/20/07 | 123.00 | POSTAGE4 MAILS | 06/11/07 | 123.00 |
| 63 | 314481 | 06/14/07 | 06/20/07 | 61,800.00 | TMS # 193249 | 06/13/07 | 61,800.00 |
| 64 | 314849 | 06/15/07 | 07/02/07 | 287.00 | POSTAGE 6/13/07 | 05/29/07 | 287.00 |
| 65 | 315066 | 06/18/07 | 06/21/07 | 41.00 | STAMPS 6/18/07 | 06/18/07 | 41.00 |
| 66 | 315343 | 06/19/07 | 06/25/07 | 30,000.00 | E#6886 | 06/19/07 | 30,000.00 |
| 67 | 316807 | 06/21/07 | 06/28/07 | 20,000.00 | POSTAGE | 06/15/07 | 20,000.00 |
| 68 | 316909 | 06/21/07 | 06/28/07 | 41.00 | POSTAGE SPS6/19 | 06/19/07 | 41.00 |
| 69 | 316910 | 06/21/07 | 06/29/07 | 410.00 | STAMPS4 OFF6/18 | 06/18/07 | 410.00 |
| 70 | 317195 | 06/22/07 | 07/06/07 | 41.00 | ROLL OF STAMPS | 06/20/07 | 41.00 |
| 71 | 317196 | 06/22/07 | 07/05/07 | 200.00 | BUS.REPLY MAIL | 06/15/07 | 200.00 |
| 72 | 317538 | 06/25/07 | 07/18/07 | 676.92 | POSTAGE 4 POSTC | 06/14/07 | 676.92 |
| 73 | 318150 | 06/27/07 | 07/10/07 | 250.00 | POSTAGE 4 OFF | 06/26/07 | 250.00 |
| 74 | 318151 | 06/27/07 | 07/06/07 | | POSTG REF6/26/7 | 06/26/07 | 2,408.21 |
| 75 | 318151 | 06/27/07 | 07/06/07 | | POSTG REF6/26/7 | 06/26/07 | 1,365.54 |
| 76 | 318151 | 06/27/07 | 07/06/07 | | POSTG REF6/26/7 | 06/26/07 | 458.26 |
| 77 | 318151 | 06/27/07 | 07/06/07 | | POSTG REF6/26/7 | 06/26/07 | 439.22 |
| 78 | 318151 | 06/27/07 | 07/06/07 | | POSTG REF6/26/7 | 06/26/07 | 353.31 |
| 79 | 318151 | 06/27/07 | 07/06/07 | | POSTG REF6/26/7 | 06/26/07 | 319.52 |
| 80 | 318151 | 06/27/07 | 07/06/07 | | POSTG REF6/26/7 | 06/26/07 | 313.78 |
| 81 | 318151 | 06/27/07 | 07/06/07 | | POSTG REF6/26/7 | 06/26/07 | 308.59 |
| 82 | 318151 | 06/27/07 | 07/06/07 | 6,073.63 | POSTG REF6/26/7 | 06/26/07 | 107.20 |
| 83 | 318857 | 06/29/07 | 07/09/07 | 34.00 | POSTAGE 4 ATTOR | 06/25/07 | 34.00 |
| 84 | 318858 | 06/29/07 | 07/11/07 | 175.00 | ANNUAL PERMT FE | 06/20/07 | 175.00 |
| 85 | 319153 | 07/02/07 | 07/10/07 | 350.00 | POSTAGE | 06/28/07 | 350.00 |
| 86 | 319154 | 07/02/07 | 07/10/07 | 530.00 | TMS#172482 | 06/21/07 | 530.00 |
| 87 | 319155 | 07/02/07 | 07/10/07 | 430.00 | TMS# 172500 | 06/21/07 | 430.00 |
| 88 | 319200 | 07/02/07 | 07/12/07 | 500.00 | FUNDS 4 POSTAGE | 06/27/07 | 500.00 |
| 89 | 319201 | 07/02/07 | 07/23/07 | 41.00 | POS STPS 6/28/7 | 06/28/07 | 41.00 |
| 90 | 319550 | 07/03/07 | 07/09/07 | 41.00 | PURCHASE STAMP | 06/27/07 | 41.00 |
| 91 | 320273 | 07/06/07 | 07/18/07 | 123.00 | 3 ROLLS STAMPS | 06/29/07 | 123.00 |
| 92 | 320589 | 07/09/07 | 07/12/07 | 15,450.00 | TMS#139111 | 07/09/07 | 15,450.00 |
| 93 | 320590 | 07/09/07 | 07/17/07 | 2,060.00 | TMS 172485 | 07/09/07 | 2,060.00 |
| 94 | 320841 | 07/10/07 | 07/18/07 | 581.86 | POSTAGE | 07/03/07 | 581.86 |
| 95 | 320991 | 07/10/07 | 07/16/07 | 123.00 | SPEC EVENT POST | 07/03/07 | 123.00 |
| 96 | 321299 | 07/11/07 | 07/27/07 | 7,151.78 | ASCEND POSTAGE | 07/11/07 | 7,151.78 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - UNITED STATES POSTAL SERVICE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 97 | 321300 | 07/11/07 | 07/19/07 | 33,159.12 | HOMEBEAT | 07/11/07 | 33,159.12 |
| 98 | 321488 | 07/11/07 | 07/16/07 | 500.00 | POSTAGE | 06/15/07 | 500.00 |
| 99 | 321823 | 07/12/07 | 07/24/07 | 123.00 | JULY REFILL | 07/10/07 | 123.00 |
| 100 | 321824 | 07/12/07 | 07/23/07 | 78.00 | POSTG STPS7/2/7 | 07/02/07 | 78.00 |
| 101 | 321860 | 07/12/07 | 07/20/07 | 1,030.00 | TMS 19771 | 06/14/07 | 1,030.00 |
| 102 | 321894 | 07/12/07 | 07/17/07 | 123.00 | POSTG 4 ATTORNY | 07/02/07 | 123.00 |
| 103 | 321895 | 07/12/07 | 07/19/07 | 615.00 | 15 ROLLS OF41CT | 07/12/07 | 615.00 |
| 104 | 322081 | 07/13/07 | 08/01/07 | 287.00 | JULY'S POSTAGE | 07/12/07 | 287.00 |
| 105 | 322148 | 07/13/07 | 08/01/07 | 964.84 | SPANISH HMBT | 07/13/07 | 964.84 |
| 106 | 322717 | 07/17/07 | 07/26/07 | 157.00 | MAILING 2 POSTC | 07/16/07 | 157.00 |
| 107 | 322791 | 07/18/07 | 07/23/07 | 15,000.00 | E#6943 | 07/17/07 | 15,000.00 |
|   |   |   |   | $ 333,502.98 |   |   | $ 333,502.98 |

Page 3 of 3