AHM - Summary of Invoices Paid in the Preference Period
Vendor - Uniquex Graphics & Printing
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304776 | 05/10/07 | 05/17/07 | 10,339.90 | MP INVOICE | 05/10/07 | 10,339.90 |
| 2 | 313033 | 06/08/07 | 06/18/07 | 14,106.18 | MP INV | 06/06/07 | 14,106.18 |
| 3 | 321298 | 07/11/07 | 07/17/07 | 10,106.84 | MP INVOICE | 07/11/07 | 10,106.84 |
|   |   |   |   | $ 34,552.92 |   |   | $ 34,552.92 |