AHM - Summary of Invoices Paid in the Preference Period
Vendor - WEST PROPERTIES II & III L.P.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 308565 | 05/22/07 | 05/30/07 | | | 05/13/07 | $ 7,208.56 |
| 2 | 308565 | 05/22/07 | 05/30/07 | | | 05/13/07 | 2,803.33 |
| 3 | 308565 | 05/22/07 | 05/30/07 | | | 05/13/07 | 2,721.52 |
| 4 | 308565 | 05/22/07 | 05/30/07 | | | 05/13/07 | 1,358.72 |
| 5 | 308565 | 05/22/07 | 05/30/07 | 14,692.98 | CAM REC 2006 | 04/12/07 | 600.85 |
| 6 | 317242 | 06/22/07 | 06/29/07 | | OPR EXP ADJ 06 | 06/13/07 | 400.00 |
| 7 | 317242 | 06/22/07 | 06/29/07 | 486.13 | OPR EXP ADJ 06 | 06/13/07 | 86.13 |
| 8 | 322689 | 07/17/07 | 07/19/07 | | | 07/01/07 | 7,208.56 |
| 9 | 322689 | 07/17/07 | 07/19/07 | | | 07/01/07 | 2,803.33 |
| 10 | 322689 | 07/17/07 | 07/19/07 | | | 07/01/07 | 2,721.52 |
| 11 | 322689 | 07/17/07 | 07/19/07 | 14,092.13 | | 07/01/07 | 1,358.72 |
| 12 | 324743 | 07/23/07 | 07/31/07 | | | 07/13/07 | 7,208.56 |
| 13 | 324743 | 07/23/07 | 07/31/07 | | | 07/13/07 | 2,803.33 |
| 14 | 324743 | 07/23/07 | 07/31/07 | | | 07/13/07 | 2,721.52 |
| 15 | 324743 | 07/23/07 | 07/31/07 | 14,092.13 | | 07/13/07 | 1,358.72 |
| | | | | $ 43,363.37 | | | $ 43,363.37 |