AHM - Summary of Invoices Paid in the Preference Period
Vendor - VERIFICATION BUREAU INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 300302 | 04/23/07 | 05/09/07 | 1,144.50 | 85248 | 03/01/07 | 1,144.50 |
| 2 | 300303 | 04/23/07 | 05/09/07 | 2,092.65 | 85378 | 03/01/07 | 2,092.65 |
| 3 | 300304 | 04/23/07 | 05/09/07 | 125.00 | 85402 | 03/02/07 | 125.00 |
| 4 | 300305 | 04/23/07 | 05/09/07 | 94.50 | 85346 | 03/01/07 | 94.50 |
| 5 | 300532 | 04/24/07 | 05/09/07 | | 85263 | 03/01/07 | 3,431.22 |
| 6 | 300532 | 04/24/07 | 05/09/07 | 5,954.50 | 84749 | 02/01/07 | 2,523.28 |
| 7 | 300533 | 04/24/07 | 05/09/07 | 221.50 | 85246 | 03/01/07 | 221.50 |
| 8 | 300534 | 04/24/07 | 05/09/07 | 1,535.00 | 84724 | 02/01/07 | 1,535.00 |
| 9 | 300535 | 04/24/07 | 05/09/07 | 205.00 | 85237 | 03/01/07 | 205.00 |
| 10 | 300536 | 04/24/07 | 05/09/07 | 445.00 | 85397 | 03/02/07 | 445.00 |
| 11 | 300537 | 04/24/07 | 05/09/07 | 35.00 | 85410 | 02/15/07 | 35.00 |
| 12 | 300538 | 04/24/07 | 05/09/07 | 735.00 | 85266 | 03/01/07 | 735.00 |
| 13 | 301670 | 04/27/07 | 05/09/07 | | 85206 | 03/01/07 | 6,540.00 |
| 14 | 301670 | 04/27/07 | 05/09/07 | 11,735.00 | 84700 | 04/26/07 | 5,195.00 |
| 15 | 301671 | 04/27/07 | 05/09/07 | 220.50 | 85506 | 03/06/07 | 220.50 |
| 16 | 301672 | 04/27/07 | 05/09/07 | 370.00 | 85355 | 03/01/07 | 370.00 |
| 17 | 301673 | 04/27/07 | 05/09/07 | 163.50 | 85265 | 03/01/07 | 163.50 |
| 18 | 301674 | 04/27/07 | 05/09/07 | 195.00 | 85241 | 03/01/07 | 195.00 |
| 19 | 301675 | 04/27/07 | 05/09/07 | 83.50 | 85390 | 03/01/07 | 83.50 |
| 20 | 301676 | 04/27/07 | 05/09/07 | | 84976 | 02/05/07 | 49.00 |
| 21 | 301676 | 04/27/07 | 05/09/07 | | 85466 | 03/03/07 | 35.00 |
| 22 | 301676 | 04/27/07 | 05/09/07 | | 84487 | 01/09/07 | 31.97 |
| 23 | 301676 | 04/27/07 | 05/09/07 | 123.08 | 84043 | 12/12/06 | 7.11 |
| 24 | 301677 | 04/27/07 | 05/09/07 | 285.00 | 85262 | 03/01/07 | 285.00 |
| 25 | 301678 | 04/27/07 | 05/09/07 | 75.00 | 85485 | 03/05/07 | 75.00 |
| 26 | 301679 | 04/27/07 | 05/09/07 | 363.50 | 85242 | 03/01/07 | 363.50 |
| 27 | 302003 | 04/30/07 | 05/09/07 | | 85245 | 03/01/07 | 4,276.45 |
| 28 | 302003 | 04/30/07 | 05/09/07 | | 85245 | 03/01/07 | 696.00 |
| 29 | 302003 | 04/30/07 | 05/09/07 | | 85245 | 03/01/07 | 411.50 |
| 30 | 302003 | 04/30/07 | 05/09/07 | | 85245 | 03/01/07 | 37.50 |
| 31 | 302003 | 04/30/07 | 05/09/07 | 5,437.95 | 85245 | 03/01/07 | 16.50 |
| 32 | 302004 | 04/30/07 | 05/09/07 | 3,952.95 | 85258 | 03/01/07 | 3,952.95 |
| 33 | 302005 | 04/30/07 | 05/09/07 | | 85269 | 03/01/07 | 855.00 |
| 34 | 302005 | 04/30/07 | 05/09/07 | | 85269 | 03/01/07 | 102.00 |
| 35 | 302005 | 04/30/07 | 05/09/07 | 972.00 | 85269 | 03/01/07 | 15.00 |
| 36 | 302006 | 04/30/07 | 05/09/07 | 210.00 | 85261 | 03/01/07 | 210.00 |
| 37 | 302007 | 04/30/07 | 05/09/07 | 49.50 | 85686 | 03/26/07 | 49.50 |
| 38 | 302488 | 05/01/07 | 05/09/07 | 567.00 | 85235 | 03/01/07 | 567.00 |
| 39 | 302489 | 05/01/07 | 05/09/07 | | 83944 | 12/06/06 | 119.77 |
| 40 | 302489 | 05/01/07 | 05/09/07 | | 84421 | 01/05/07 | 111.65 |
| 41 | 302489 | 05/01/07 | 05/09/07 | | 85554 | 03/07/07 | 57.90 |
| 42 | 302489 | 05/01/07 | 05/09/07 | | 82615 | 10/02/06 | 51.77 |
| 43 | 302489 | 05/01/07 | 05/09/07 | | 83546 | 11/14/06 | 30.45 |
| 44 | 302489 | 05/01/07 | 05/09/07 | 401.54 | 85003 | 02/06/07 | 30.00 |
| 45 | 302490 | 05/01/07 | 05/09/07 | 42.00 | 85642 | 03/19/07 | 42.00 |
| 46 | 303429 | 05/02/07 | 05/17/07 | 1,285.00 | 85232 | 03/01/07 | 1,285.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - VERIFICATION BUREAU INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 303430 | 05/02/07 | 05/17/07 | 1,126.50 | 85375 | 03/01/07 | 1,126.50 |
| 48 | 303431 | 05/02/07 | 05/17/07 | 132.00 | 85260 | 03/01/07 | 132.00 |
| 49 | 303432 | 05/02/07 | 05/17/07 | 155.00 | 85259 | 03/01/07 | 155.00 |
| 50 | 304023 | 05/07/07 | 05/17/07 | | 85023 | 02/07/07 | 120.00 |
| 51 | 304023 | 05/07/07 | 05/17/07 | | 85411 | 03/02/07 | 105.00 |
| 52 | 304023 | 05/07/07 | 05/17/07 | | 84410 LATE FEE | 01/05/07 | 2.48 |
| 53 | 304023 | 05/07/07 | 05/17/07 | | 84048 LATE FEE | 12/13/06 | 1.58 |
| 54 | 304023 | 05/07/07 | 05/17/07 | | 83480 LATE FEE | 11/08/06 | 1.35 |
| 55 | 304023 | 05/07/07 | 05/17/07 | 230.64 | 83032 LATE FEE | 10/16/06 | 0.23 |
| 56 | 304024 | 05/07/07 | 05/17/07 | 150.00 | 85541 | 03/07/07 | 150.00 |
| 57 | 305392 | 05/12/07 | 05/31/07 | 425.00 | 85915 | 05/02/07 | 425.00 |
| 58 | 305393 | 05/12/07 | 05/31/07 | 952.50 | 85791 | 04/02/07 | 952.50 |
| 59 | 305394 | 05/12/07 | 05/31/07 | | 85231 | 03/01/07 | 1,064.95 |
| 60 | 305394 | 05/12/07 | 05/31/07 | | 84834 | 02/01/07 | 496.50 |
| 61 | 305394 | 05/12/07 | 05/31/07 | | 85231 | 03/01/07 | 132.00 |
| 62 | 305394 | 05/12/07 | 05/31/07 | | 84834 | 02/01/07 | 105.00 |
| 63 | 305394 | 05/12/07 | 05/31/07 | | 84834 | 02/01/07 | 64.00 |
| 64 | 305394 | 05/12/07 | 05/31/07 | 1,922.45 | 85231 | 03/01/07 | 60.00 |
| 65 | 305395 | 05/12/07 | 05/31/07 | 301.50 | 85412 | 03/02/07 | 301.50 |
| 66 | 305396 | 05/12/07 | 05/31/07 | 160.00 | 85376 | 03/01/07 | 160.00 |
| 67 | 306620 | 05/17/07 | 05/31/07 | 5.00 | 86225 | 04/30/07 | 5.00 |
| 68 | 306621 | 05/17/07 | 05/31/07 | 702.50 | 85781 | 04/02/07 | 702.50 |
| 69 | 306622 | 05/17/07 | 05/31/07 | 110.00 | 85810 | 04/02/07 | 110.00 |
| 70 | 307437 | 05/21/07 | 06/01/07 | | 84006 | 12/08/06 | 152.25 |
| 71 | 307437 | 05/21/07 | 06/01/07 | | 84468 | 01/09/07 | 152.25 |
| 72 | 307437 | 05/21/07 | 06/01/07 | | 85167 | 02/21/07 | 75.00 |
| 73 | 307437 | 05/21/07 | 06/01/07 | | 85705 | 03/28/07 | 45.00 |
| 74 | 307437 | 05/21/07 | 06/01/07 | | 83652 | 11/29/06 | 30.45 |
| 75 | 307437 | 05/21/07 | 06/01/07 | 484.95 | 85864 | 04/02/07 | 30.00 |
| 76 | 307438 | 05/21/07 | 06/01/07 | 4,983.00 | 85744 | 04/02/07 | 4,983.00 |
| 77 | 307439 | 05/21/07 | 06/01/07 | 270.50 | 85799 | 04/02/07 | 270.50 |
| 78 | 307440 | 05/21/07 | 06/01/07 | 2,805.90 | 85801 | 04/02/07 | 2,805.90 |
| 79 | 307441 | 05/21/07 | 06/01/07 | 430.98 | 85768 | 02/02/07 | 430.98 |
| 80 | 307442 | 05/21/07 | 06/01/07 | 521.00 | 85786 | 04/02/07 | 521.00 |
| 81 | 307443 | 05/21/07 | 06/01/07 | 640.00 | 85802 | 04/02/07 | 640.00 |
| 82 | 307444 | 05/21/07 | 06/01/07 | 385.00 | 85809 | 04/02/07 | 385.00 |
| 83 | 307445 | 05/21/07 | 06/01/07 | 10.00 | 86178 | 04/20/07 | 10.00 |
| 84 | 307446 | 05/21/07 | 06/01/07 | 150.00 | 85933 | 04/03/07 | 150.00 |
| 85 | 307447 | 05/21/07 | 06/01/07 | 495.00 | 85936 | 04/03/07 | 495.00 |
| 86 | 307448 | 05/21/07 | 06/18/07 | | 85353 | 03/01/07 | 310.50 |
| 87 | 307448 | 05/21/07 | 06/18/07 | 535.50 | 85945 | 04/03/07 | 225.00 |
| 88 | 307449 | 05/21/07 | 06/01/07 | 59.50 | 85912 | 04/02/07 | 59.50 |
| 89 | 307450 | 05/21/07 | 06/01/07 | 105.00 | 85795 | 04/02/07 | 105.00 |
| 90 | 307451 | 05/21/07 | 06/01/07 | 60.00 | 85985 | 04/04/07 | 60.00 |
| 91 | 307455 | 05/21/07 | 06/01/07 | 673.00 | 85772 | 04/02/07 | 673.00 |
| 92 | 307456 | 05/21/07 | 06/01/07 | 376.00 | 85808 | 04/02/07 | 376.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - VERIFICATION BUREAU INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 93 | 307457 | 05/21/07 | 06/01/07 | 557.00 | 85783 | 04/02/07 | 557.00 |
| 94 | 307458 | 05/21/07 | 06/01/07 | 136.00 | 85934 | 04/03/07 | 136.00 |
| 95 | 307459 | 05/21/07 | 06/01/07 | 70.00 | 86042 | 04/06/07 | 70.00 |
| 96 | 307460 | 05/21/07 | 06/01/07 | 275.00 | 85806 | 04/02/07 | 275.00 |
| 97 | 307461 | 05/21/07 | 06/01/07 | 75.00 | 85790 | 04/02/07 | 75.00 |
| 98 | 307462 | 05/21/07 | 06/01/07 | 83.50 | 85784 | 04/02/07 | 83.50 |
| 99 | 307463 | 05/21/07 | 06/01/07 | 90.00 | 86053 | 04/09/07 | 90.00 |
| 100 | 307770 | 05/22/07 | 06/01/07 | 441.50 | 85769 | 04/02/07 | 441.50 |
| 101 | 307771 | 05/22/07 | 06/01/07 | 76.13 | 85086 | 02/09/07 | 76.13 |
| 102 | 307772 | 05/22/07 | 06/01/07 | 105.00 | 85342 | 03/01/07 | 105.00 |
| 103 | 307773 | 05/22/07 | 06/01/07 | 70.00 | 86013 | 04/04/07 | 70.00 |
| 104 | 307774 | 05/22/07 | 06/01/07 | 517.50 | 85894 | 04/02/07 | 517.50 |
| 105 | 307775 | 05/22/07 | 06/01/07 | 135.00 | 85937 | 04/03/07 | 135.00 |
| 106 | 308758 | 05/22/07 | 06/01/07 | 70.00 | 85812 | 04/02/07 | 70.00 |
| 107 | 308970 | 05/23/07 | 06/01/07 | 185.00 | 85789 | 04/02/07 | 185.00 |
| 108 | 308971 | 05/23/07 | 06/01/07 | | 85766 | 04/02/07 | 1,209.00 |
| 109 | 308971 | 05/23/07 | 06/01/07 | | 85219 | 03/01/07 | 1,125.00 |
| 110 | 308971 | 05/23/07 | 06/01/07 | 3,285.06 | 84707 | 02/01/07 | 951.06 |
| 111 | 308972 | 05/23/07 | 06/01/07 | 306.00 | 85847 | 04/02/07 | 306.00 |
| 112 | 308973 | 05/23/07 | 06/01/07 | | 85803 | 04/02/07 | 415.00 |
| 113 | 308973 | 05/23/07 | 06/01/07 | | 85335 | 03/01/07 | 320.00 |
| 114 | 308973 | 05/23/07 | 06/01/07 | 1,019.20 | 84748 | 02/01/07 | 284.20 |
| 115 | 308974 | 05/23/07 | 06/01/07 | 165.00 | 85981 | 04/04/07 | 165.00 |
| 116 | 308975 | 05/23/07 | 06/01/07 | 935.00 | 85774 | 04/02/07 | 935.00 |
| 117 | 308976 | 05/23/07 | 06/01/07 | 46.50 | 85846 | 04/02/07 | 46.50 |
| 118 | 308977 | 05/23/07 | 06/01/07 | | 85449 | 03/02/07 | 87.00 |
| 119 | 308977 | 05/23/07 | 06/01/07 | 132.00 | 86122 | 04/13/07 | 45.00 |
| 120 | 308978 | 05/23/07 | 07/06/07 | 195.00 | 86159 | 04/18/07 | 195.00 |
| 121 | 309773 | 05/25/07 | 06/13/07 | 279.50 | 85763 | 04/02/07 | 279.50 |
| 122 | 309972 | 05/29/07 | 06/13/07 | | 85747 | 04/02/07 | 4,478.50 |
| 123 | 309972 | 05/29/07 | 06/13/07 | | 85747 | 04/02/07 | 611.35 |
| 124 | 309972 | 05/29/07 | 06/13/07 | | 85747 | 04/02/07 | 339.00 |
| 125 | 309972 | 05/29/07 | 06/13/07 | | 85747 | 04/02/07 | 121.50 |
| 126 | 309972 | 05/29/07 | 06/13/07 | | 85747 | 04/02/07 | 37.50 |
| 127 | 309972 | 05/29/07 | 06/13/07 | 5,608.85 | 85747 | 04/02/07 | 21.00 |
| 128 | 309973 | 05/29/07 | 06/13/07 | 1,012.00 | 85762 | 04/02/07 | 1,012.00 |
| 129 | 309974 | 05/29/07 | 06/13/07 | | 85750 | 04/02/07 | 3,474.00 |
| 130 | 309974 | 05/29/07 | 06/13/07 | 3,558.00 | 85750 | 04/02/07 | 84.00 |
| 131 | 309975 | 05/29/07 | 06/13/07 | 1,424.43 | 85832 | 04/02/07 | 1,424.43 |
| 132 | 309976 | 05/29/07 | 06/13/07 | 12.00 | 85917 | 04/02/07 | 12.00 |
| 133 | 309977 | 05/29/07 | 06/13/07 | | 85794 | 04/02/07 | 1,445.00 |
| 134 | 309977 | 05/29/07 | 06/13/07 | 1,613.00 | 85794 | 04/02/07 | 168.00 |
| 135 | 309978 | 05/29/07 | 06/13/07 | 92.50 | 86005 | 04/04/07 | 92.50 |
| 136 | 309979 | 05/29/07 | 06/13/07 | 80.00 | 85813 | 04/02/07 | 80.00 |
| 137 | 309980 | 05/29/07 | 06/13/07 | 185.00 | 85788 | 04/02/07 | 185.00 |
| 138 | 309981 | 05/29/07 | 06/13/07 | | 83280 | 11/01/06 | 185.24 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - VERIFICATION BUREAU INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 139 | 309981 | 05/29/07 | 06/13/07 | 200.47 | 83808 | 12/01/06 | 15.23 |
| 140 | 309982 | 05/29/07 | 06/13/07 | 313.00 | 85865 | 04/02/07 | 313.00 |
| 141 | 309983 | 05/29/07 | 06/18/07 | 105.00 | 86002 | 04/04/07 | 105.00 |
| 142 | 309984 | 05/29/07 | 06/13/07 | 144.00 | 85984 | 04/04/07 | 144.00 |
| 143 | 310282 | 05/30/07 | 06/13/07 | 10.00 | 86203 | 04/25/07 | 10.00 |
| 144 | 310283 | 05/30/07 | 06/13/07 | | 85858 | 04/02/07 | 91.50 |
| 145 | 310283 | 05/30/07 | 06/13/07 | | 85564 | 03/07/07 | 63.00 |
| 146 | 310283 | 05/30/07 | 06/13/07 | | 85858 | 04/02/07 | 48.00 |
| 147 | 310283 | 05/30/07 | 06/13/07 | | 85564 | 03/07/07 | 21.00 |
| 148 | 310283 | 05/30/07 | 06/13/07 | | 85858 | 04/02/07 | 16.50 |
| 149 | 310283 | 05/30/07 | 06/13/07 | 255.00 | 85858 | 04/02/07 | 15.00 |
| 150 | 310284 | 05/30/07 | 06/13/07 | | 85368 | 03/01/07 | 123.83 |
| 151 | 310284 | 05/30/07 | 06/13/07 | 237.83 | 85946 | 04/03/07 | 114.00 |
| 152 | 310285 | 05/30/07 | 06/13/07 | 136.50 | 86096 | 04/11/07 | 136.50 |
| 153 | 310286 | 05/30/07 | 06/13/07 | 106.58 | 85143 | 02/16/07 | 106.58 |
| 154 | 310287 | 05/30/07 | 06/13/07 | 3.50 | 86224 | 04/27/07 | 3.50 |
| 155 | 310288 | 05/30/07 | 06/13/07 | 150.00 | 85855 | 04/02/07 | 150.00 |
| 156 | 310289 | 05/30/07 | 06/13/07 | | 85780 | 04/02/07 | 48.50 |
| 157 | 310289 | 05/30/07 | 06/13/07 | 63.50 | 84745 | 02/01/07 | 15.00 |
| 158 | 310290 | 05/30/07 | 06/13/07 | 45.00 | 85764 | 04/02/07 | 45.00 |
| 159 | 310291 | 05/30/07 | 06/13/07 | 82.00 | 85779 | 04/02/07 | 82.00 |
| 160 | 310292 | 05/30/07 | 06/13/07 | 150.00 | 85930 | 04/03/07 | 150.00 |
| 161 | 310293 | 05/30/07 | 06/13/07 | 18.50 | 86020 | 04/05/07 | 18.50 |
| 162 | 310294 | 05/30/07 | 06/13/07 | 45.00 | 86157 | 04/18/07 | 45.00 |
| 163 | 310295 | 05/30/07 | 06/13/07 | 33.95 | 86185 | 04/23/07 | 33.95 |
| 164 | 311601 | 06/05/07 | 06/18/07 | 135.00 | 85951 | 04/03/07 | 135.00 |
| 165 | 311868 | 06/05/07 | 06/18/07 | | 85359 | 03/01/07 | 717.00 |
| 166 | 311868 | 06/05/07 | 06/18/07 | 1,290.00 | 85870 | 04/02/07 | 573.00 |
| 167 | 312870 | 06/08/07 | 06/25/07 | 315.00 | 85824 | 04/02/07 | 315.00 |
| 168 | 313186 | 06/11/07 | 06/25/07 | 5,099.50 | 85775 | 04/02/07 | 5,099.50 |
| 169 | 313187 | 06/11/07 | 06/25/07 | 1,442.00 | 85758 | 04/02/07 | 1,442.00 |
| 170 | 313188 | 06/11/07 | 06/25/07 | | 86048 | 04/06/07 | 180.00 |
| 171 | 313188 | 06/11/07 | 06/25/07 | 320.00 | 85409 | 03/02/07 | 140.00 |
| 172 | 313620 | 06/12/07 | 06/25/07 | 133.50 | 85504 | 03/06/07 | 133.50 |
| 173 | 313621 | 06/12/07 | 06/25/07 | 10.00 | 86058 | 04/09/07 | 10.00 |
| 174 | 313622 | 06/12/07 | 06/25/07 | 120.00 | 85986 | 04/04/07 | 120.00 |
| 175 | 313647 | 06/12/07 | 06/25/07 | 1,334.50 | 85737 | 04/02/07 | 1,334.50 |
| 176 | 314545 | 06/15/07 | 07/06/07 | 75.00 | 86462 | 05/02/07 | 75.00 |
| 177 | 314853 | 06/15/07 | 07/06/07 | 903.50 | 86297 | 05/01/07 | 903.50 |
| 178 | 314854 | 06/15/07 | 07/06/07 | 10.00 | 86407 | 05/01/07 | 10.00 |
| 179 | 314855 | 06/15/07 | 07/06/07 | 878.50 | 86302 | 05/01/07 | 878.50 |
| 180 | 314856 | 06/15/07 | 07/06/07 | 5.00 | 86440 | 05/02/07 | 5.00 |
| 181 | 314857 | 06/15/07 | 07/06/07 | 321.00 | 86492 | 05/03/07 | 321.00 |
| 182 | 314858 | 06/15/07 | 07/06/07 | 570.00 | 86435 | 05/02/07 | 570.00 |
| 183 | 314859 | 06/15/07 | 07/06/07 | 105.00 | 86651 | 05/16/07 | 105.00 |
| 184 | 314860 | 06/15/07 | 07/06/07 | 226.50 | 86279 | 05/01/07 | 226.50 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - VERIFICATION BUREAU INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 185 | 314861 | 06/15/07 | 07/12/07 | 1,085.00 | 86334 | 05/01/07 | 1,085.00 |
| 186 | 314862 | 06/15/07 | 07/06/07 | 76.00 | 86510 | 05/03/07 | 76.00 |
| 187 | 314863 | 06/15/07 | 07/06/07 | 390.00 | 86662 | 05/17/07 | 390.00 |
| 188 | 314986 | 06/18/07 | 07/06/07 | 9,580.50 | 86246 | 05/01/07 | 9,580.50 |
| 189 | 315221 | 06/19/07 | 07/06/07 | 367.50 | 86314 | 05/01/07 | 367.50 |
| 190 | 315222 | 06/19/07 | 07/06/07 | 615.00 | 86293 | 05/01/07 | 615.00 |
| 191 | 315223 | 06/19/07 | 07/06/07 | | 85252 | 03/01/07 | 1,880.00 |
| 192 | 315223 | 06/19/07 | 07/06/07 | 3,746.00 | 85767 | 04/02/07 | 1,866.00 |
| 193 | 315224 | 06/19/07 | 07/06/07 | 240.00 | 86445 | 05/02/07 | 240.00 |
| 194 | 315225 | 06/19/07 | 07/06/07 | 75.00 | 86341 | 05/01/07 | 75.00 |
| 195 | 315226 | 06/19/07 | 07/06/07 | 408.50 | 86366 | 05/01/07 | 408.50 |
| 196 | 315227 | 06/19/07 | 07/06/07 | 570.50 | 86280 | 05/01/07 | 570.50 |
| 197 | 315228 | 06/19/07 | 07/06/07 | 75.00 | 86581 | 05/09/07 | 75.00 |
| 198 | 315229 | 06/19/07 | 07/06/07 | 15.00 | 86700 | 05/24/07 | 15.00 |
| 199 | 315230 | 06/19/07 | 07/06/07 | 60.00 | 86629 | 05/14/07 | 60.00 |
| 200 | 315231 | 06/19/07 | 07/06/07 | 37.50 | 86611 | 05/10/07 | 37.50 |
| 201 | 315739 | 06/20/07 | 07/06/07 | 478.50 | 86481 | 05/03/07 | 478.50 |
| 202 | 315980 | 06/21/07 | 07/12/07 | | 86269 | 05/01/07 | 5,506.00 |
| 203 | 315980 | 06/21/07 | 07/12/07 | | 86269 | 05/01/07 | 734.00 |
| 204 | 315980 | 06/21/07 | 07/12/07 | | 86269 | 05/01/07 | 309.00 |
| 205 | 315980 | 06/21/07 | 07/12/07 | | 86269 | 05/01/07 | 37.50 |
| 206 | 315980 | 06/21/07 | 07/12/07 | 6,603.00 | 86269 | 05/01/07 | 16.50 |
| 207 | 315981 | 06/21/07 | 07/12/07 | | 86276 | 05/01/07 | 3,512.95 |
| 208 | 315981 | 06/21/07 | 07/12/07 | | 86276 | 05/01/07 | 79.50 |
| 209 | 315981 | 06/21/07 | 07/12/07 | 3,634.45 | 86276 | 05/01/07 | 42.00 |
| 210 | 315982 | 06/21/07 | 07/12/07 | 3.00 | 86479 | 05/03/07 | 3.00 |
| 211 | 315983 | 06/21/07 | 07/12/07 | | 86326 | 05/01/07 | 1,680.00 |
| 212 | 315983 | 06/21/07 | 07/12/07 | 1,816.50 | 86326 | 05/01/07 | 136.50 |
| 213 | 315984 | 06/21/07 | 07/12/07 | 45.00 | 86530 | 05/04/07 | 45.00 |
| 214 | 315985 | 06/21/07 | 07/12/07 | | 85972 | 04/03/07 | 143.80 |
| 215 | 315985 | 06/21/07 | 07/12/07 | 245.65 | 86561 | 05/07/07 | 101.85 |
| 216 | 315986 | 06/21/07 | 07/12/07 | 83.50 | 86444 | 05/02/07 | 83.50 |
| 217 | 315987 | 06/21/07 | 07/12/07 | 70.00 | 86534 | 05/04/07 | 70.00 |
| 218 | 317475 | 06/25/07 | 07/12/07 | 201.00 | 86482 | 05/03/07 | 201.00 |
| 219 | 317476 | 06/25/07 | 07/12/07 | 15.00 | 86643 | 05/15/07 | 15.00 |
| 220 | 317477 | 06/25/07 | 07/12/07 | | 86329 | 05/01/07 | 180.00 |
| 221 | 317477 | 06/25/07 | 07/12/07 | | 86329 | 05/01/07 | 154.00 |
| 222 | 317477 | 06/25/07 | 07/12/07 | | 86329 | 05/01/07 | 150.00 |
| 223 | 317477 | 06/25/07 | 07/12/07 | | 85885 | 04/02/07 | 135.00 |
| 224 | 317477 | 06/25/07 | 07/12/07 | | 85885 | 04/02/07 | 63.50 |
| 225 | 317477 | 06/25/07 | 07/12/07 | 699.00 | 85885 | 04/02/07 | 16.50 |
| 226 | 317478 | 06/25/07 | 07/12/07 | | 85776 | 04/02/07 | 585.00 |
| 227 | 317478 | 06/25/07 | 07/12/07 | | 86306 | 05/01/07 | 439.50 |
| 228 | 317478 | 06/25/07 | 07/12/07 | | 86306 | 05/01/07 | 303.00 |
| 229 | 317478 | 06/25/07 | 07/12/07 | 1,507.50 | 85776 | 04/02/07 | 180.00 |
| 230 | 317479 | 06/25/07 | 07/12/07 | 91.50 | 86121 | 04/13/07 | 91.50 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - VERIFICATION BUREAU INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 231 | 317480 | 06/25/07 | 07/12/07 | 120.00 | 86552 | 05/07/07 | 120.00 |
| 232 | 317481 | 06/25/07 | 07/12/07 | 45.00 | 86685 | 05/22/07 | 45.00 |
| 233 | 317482 | 06/25/07 | 07/12/07 | 90.00 | 86630 | 05/14/07 | 90.00 |
| 234 | 317777 | 06/26/07 | 07/12/07 | 447.00 | 86296 | 05/01/07 | 447.00 |
| 235 | 317778 | 06/26/07 | 07/12/07 | 91.00 | 86551 | 05/07/07 | 91.00 |
| 236 | 317779 | 06/26/07 | 07/12/07 | 366.00 | 86305 | 05/01/07 | 366.00 |
| 237 | 317780 | 06/26/07 | 07/12/07 | 80.00 | 86602 | 05/10/07 | 80.00 |
| 238 | 317781 | 06/26/07 | 07/12/07 | 320.50 | 86524 | 05/04/07 | 320.50 |
| 239 | 317782 | 06/26/07 | 07/12/07 | 31.50 | 86473 | 05/03/07 | 31.50 |
| 240 | 317783 | 06/26/07 | 07/12/07 | 93.50 | 86425 | 05/02/07 | 93.50 |
| 241 | 318100 | 06/27/07 | 07/12/07 | 385.00 | 86300 | 05/01/07 | 385.00 |
| 242 | 318101 | 06/27/07 | 07/12/07 | | 86414 | 05/01/07 | 282.50 |
| 243 | 318101 | 06/27/07 | 07/12/07 | 482.50 | 85898 | 04/02/07 | 200.00 |
| 244 | 318102 | 06/27/07 | 07/12/07 | 195.00 | 86463 | 05/02/07 | 195.00 |
| 245 | 318103 | 06/27/07 | 07/12/07 | 487.50 | 86442 | 05/02/07 | 487.50 |
| 246 | 318104 | 06/27/07 | 07/12/07 | 180.00 | 86359 | 05/01/07 | 180.00 |
| 247 | 318105 | 06/27/07 | 07/12/07 | 159.00 | 86490 | 05/03/07 | 159.00 |
| 248 | 318106 | 06/27/07 | 07/12/07 | 370.00 | 86324 | 05/01/07 | 370.00 |
| 249 | 318107 | 06/27/07 | 07/12/07 | 189.00 | 86698 | 05/24/07 | 189.00 |
| 250 | 318342 | 06/28/07 | 07/12/07 | 15.00 | 86461 | 05/02/07 | 15.00 |
| 251 | 318343 | 06/28/07 | 07/12/07 | | 85406 | 03/02/07 | 90.00 |
| 252 | 318343 | 06/28/07 | 07/12/07 | | 85914 | 04/02/07 | 63.00 |
| 253 | 318343 | 06/28/07 | 07/12/07 | | 86410 | 05/01/07 | 46.50 |
| 254 | 318343 | 06/28/07 | 07/12/07 | | 85914 | 04/02/07 | 30.00 |
| 255 | 318343 | 06/28/07 | 07/12/07 | | 85914 | 04/02/07 | 21.00 |
| 256 | 318343 | 06/28/07 | 07/12/07 | | 85130 | 02/14/07 | 15.23 |
| 257 | 318343 | 06/28/07 | 07/12/07 | | 85914 | 04/02/07 | 10.50 |
| 258 | 318343 | 06/28/07 | 07/12/07 | | 85406 | 03/02/07 | 7.00 |
| 259 | 318343 | 06/28/07 | 07/12/07 | 290.23 | 86410 | 05/01/07 | 7.00 |
| 260 | 318344 | 06/28/07 | 07/12/07 | 5.08 | 85363 | 03/01/07 | 5.08 |
| 261 | 319133 | 07/02/07 | 07/12/07 | 6,087.00 | 86229 | 05/01/07 | 6,087.00 |
| 262 | 319134 | 07/02/07 | 07/12/07 | 142.00 | 86287 | 05/01/07 | 142.00 |
| 263 | 319135 | 07/02/07 | 07/12/07 | 2,976.51 | 86245 | 05/01/07 | 2,976.51 |
| 264 | 319136 | 07/02/07 | 07/12/07 | 1,428.55 | 86312 | 05/01/07 | 1,428.55 |
| 265 | 319137 | 07/02/07 | 07/12/07 | 125.00 | 86335 | 05/01/07 | 125.00 |
| 266 | 319138 | 07/02/07 | 07/12/07 | 225.00 | 86439 | 05/02/07 | 225.00 |
| 267 | 319139 | 07/02/07 | 07/12/07 | 271.50 | 86460 | 05/02/07 | 271.50 |
| 268 | 319140 | 07/02/07 | 07/12/07 | 30.00 | 86716 | 05/29/07 | 30.00 |
| 269 | 319141 | 07/02/07 | 07/12/07 | 15.00 | 86715 | 05/29/07 | 15.00 |
| 270 | 319552 | 07/03/07 | 07/12/07 | 270.00 | 86318 | 05/01/07 | 270.00 |
| 271 | 319553 | 07/03/07 | 07/12/07 | 225.00 | 86434 | 05/02/07 | 225.00 |
| 272 | 320168 | 07/06/07 | 07/20/07 | 801.00 | 86298 | 05/01/07 | 801.00 |
| 273 | 321235 | 07/11/07 | 07/30/07 | 990.00 | 86278 | 05/01/07 | 990.00 |
| 274 | 321236 | 07/11/07 | 07/30/07 | 105.00 | 86320 | 05/01/07 | 105.00 |
| 275 | 321574 | 07/12/07 | 07/30/07 | 79.00 | 86515 | 05/03/07 | 79.00 |
| 276 | 322016 | 07/13/07 | 07/30/07 | 2,764.50 | 86243 | 05/01/07 | 2,764.50 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - VERIFICATION BUREAU INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 277 | 322251 | 07/16/07 | 07/30/07 | 426.50 | 86332 | 05/01/07 | 426.50 |
| 278 | 322252 | 07/16/07 | 07/30/07 | 1,248.00 | 86751 | 06/01/07 | 1,248.00 |
| 279 | 322253 | 07/16/07 | 07/30/07 | 546.00 | 86808 | 06/01/07 | 546.00 |
| 280 | 322254 | 07/16/07 | 07/30/07 | 710.00 | 86760 | 06/01/07 | 710.00 |
| 281 | 322255 | 07/16/07 | 07/30/07 | 311.00 | 86796 | 06/01/07 | 311.00 |
| 282 | 322256 | 07/16/07 | 07/30/07 | 330.00 | 86799 | 06/01/07 | 330.00 |
| 283 | 322257 | 07/16/07 | 07/30/07 | 135.00 | 86778 | 06/01/07 | 135.00 |
| 284 | 322258 | 07/16/07 | 07/30/07 | 1,151.00 | 86752 | 06/01/07 | 1,151.00 |
| 285 | 322259 | 07/16/07 | 07/30/07 | 630.00 | 86897 | 06/04/07 | 630.00 |
| 286 | 322260 | 07/16/07 | 07/30/07 | 105.00 | 86801 | 06/01/07 | 105.00 |
| 287 | 322261 | 07/16/07 | 07/30/07 | 315.00 | 86900 | 06/04/07 | 315.00 |
| 288 | 322272 | 07/16/07 | 07/30/07 | 195.00 | 87005 | 06/06/07 | 195.00 |
| 289 | 322273 | 07/16/07 | 07/30/07 | 512.50 | 86767 | 06/01/07 | 512.50 |
| 290 | 322274 | 07/16/07 | 07/30/07 | 261.00 | 87067 | 06/11/07 | 261.00 |
| 291 | 322454 | 07/17/07 | 08/02/07 | 66.50 | 86848 | 06/01/07 | 66.50 |
| 292 | 322455 | 07/17/07 | 08/02/07 |  | 87095 | 06/12/07 | 30.00 |
| 293 | 322455 | 07/17/07 | 08/02/07 | 45.00 | 86726 | 05/31/07 | 15.00 |
| 294 | 322824 | 07/18/07 | 07/30/07 | 270.50 | 86787 | 06/01/07 | 270.50 |
| 295 | 322825 | 07/18/07 | 08/02/07 | 105.00 | 86909 | 06/04/07 | 105.00 |
| 296 | 322826 | 07/18/07 | 08/02/07 | 75.00 | 87010 | 06/06/07 | 75.00 |
| 297 | 322827 | 07/18/07 | 08/02/07 | 195.00 | 87090 | 06/12/07 | 195.00 |
| 298 | 322828 | 07/18/07 | 08/02/07 | 68.50 | 86901 | 06/04/07 | 68.50 |
| 299 | 322849 | 07/18/07 | 07/30/07 | 2,103.15 | 86755 | 06/01/07 | 2,103.15 |
| 300 | 322851 | 07/18/07 | 07/30/07 |  | 86322 | 05/01/07 | 290.00 |
| 301 | 322851 | 07/18/07 | 07/30/07 | 526.50 | 86893 | 06/04/07 | 236.50 |
| 302 | 322852 | 07/18/07 | 07/30/07 | 15.00 | 87133 | 06/15/07 | 15.00 |
| 303 | 322855 | 07/18/07 | 07/30/07 | 15.00 | 87108 | 06/13/07 | 15.00 |
| 304 | 322856 | 07/18/07 | 07/30/07 | 38.50 | 86746 | 06/01/07 | 38.50 |
| 305 | 322857 | 07/18/07 | 07/30/07 | 30.00 | 86903 | 06/04/07 | 30.00 |
|  |  |  |  | $ 160,950.21 |  |  | $ 160,950.21 |