AHM - Summary of Invoices Paid in the Preference Period
Vendor - TALX CORPORATION
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 313595 | 06/12/07 | 06/19/07 | | 110788 | 05/11/07 | $ 59,024.00 |
| 2 | 313595 | 06/12/07 | 06/19/07 | 116,876.00 | 97043 | 04/11/07 | 57,852.00 |
| | | | | $ 116,876.00 | | | $ 116,876.00 |