AHM - Summary of Invoices Paid in the Preference Period
Vendor - TECHNICAL BUSINESS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303242 | 05/03/07 | 05/16/07 | | 43007 | 04/30/07 | $ 13,620.00 |
| 2 | 303242 | 05/03/07 | 05/16/07 | 22,375.00 | 42007 | 04/20/07 | 8,755.00 |
| 3 | 306572 | 05/17/07 | 06/01/07 | 2,040.00 | 50807 | 05/08/07 | 2,040.00 |
| 4 | 309355 | 05/24/07 | 06/07/07 | 3,400.00 | 52207 | 05/21/07 | 3,400.00 |
| 5 | 311582 | 06/05/07 | 06/18/07 | | 31807 | 03/18/07 | 3,400.00 |
| 6 | 311582 | 06/05/07 | 06/18/07 | 4,920.00 | 52907 | 05/29/07 | 1,520.00 |
| 7 | 317339 | 06/25/07 | 07/09/07 | 3,800.00 | 61107 | 06/11/07 | 3,800.00 |
| 8 | 317500 | 06/25/07 | 06/28/07 | | 31307 | 03/13/07 | 4,845.00 |
| 9 | 317500 | 06/25/07 | 06/28/07 | | 41107 | 04/11/07 | 3,825.00 |
| 10 | 317500 | 06/25/07 | 06/28/07 | | 50207 | 05/02/07 | 3,825.00 |
| 11 | 317500 | 06/25/07 | 06/28/07 | | 32207 | 03/22/07 | 3,740.00 |
| 12 | 317500 | 06/25/07 | 06/28/07 | | 32507 | 03/26/07 | 3,740.00 |
| 13 | 317500 | 06/25/07 | 06/28/07 | | 50707 | 05/07/07 | 3,570.00 |
| 14 | 317500 | 06/25/07 | 06/28/07 | | 52307 | 05/22/07 | 3,570.00 |
| 15 | 317500 | 06/25/07 | 06/28/07 | | 51407 | 05/14/07 | 3,400.00 |
| 16 | 317500 | 06/25/07 | 06/28/07 | 32,640.00 | 30507 | 03/05/07 | 2,125.00 |
| 17 | 321769 | 07/12/07 | 07/24/07 | | 51707 | 05/17/07 | 3,400.00 |
| 18 | 321769 | 07/12/07 | 07/24/07 | | 62007 | 06/20/07 | 3,400.00 |
| 19 | 321769 | 07/12/07 | 07/24/07 | 8,840.00 | 60307 | 06/05/07 | 2,040.00 |
| | | | | $ 78,015.00 | | | $ 78,015.00 |