AHM - Summary of Invoices Paid in the Preference Period
Vendor - Ted Glasrud Associates, Inc
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 308506 | 05/22/07 | 05/30/07 | | | 05/13/07 | 7,662.14 |
| 2 | 308506 | 05/22/07 | 05/30/07 | 10,662.14 | | 05/13/07 | 3,000.00 |
| 3 | 316734 | 06/21/07 | 06/26/07 | | | 06/13/07 | 7,662.14 |
| 4 | 316734 | 06/21/07 | 06/26/07 | 10,662.14 | | 06/13/07 | 3,000.00 |
| 5 | 324682 | 07/23/07 | 07/31/07 | | | 07/13/07 | 7,662.14 |
| 6 | 324682 | 07/23/07 | 07/31/07 | 10,662.14 | | 07/13/07 | 3,000.00 |
| | | | | $ 31,986.42 | | | $ 31,986.42 |