AHM - Summary of Invoices Paid in the Preference Period
Vendor - Teem Plumbing & Heating
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303268 | 05/03/07 | 05/11/07 | 5,200.00 | 1612 | 04/18/07 | 5,200.00 |
| 2 | 309356 | 05/24/07 | 06/05/07 | 5,600.00 | 1621 | 05/10/07 | 5,600.00 |
| 3 | 313570 | 06/12/07 | 06/19/07 | 4,000.00 | 1636 | 05/24/07 | 4,000.00 |
| 4 | 314793 | 06/15/07 | 06/28/07 | 8,200.00 | 1637 | 05/24/07 | 8,200.00 |
| 5 | 315327 | 06/19/07 | 06/28/07 | 4,700.00 | 1646 | 06/11/07 | 4,700.00 |
|   |   |   |   | $ 27,700.00 |   |   | $ 27,700.00 |