AHM - Summary of Invoices Paid in the Preference Period
Vendor - THE DUNCAN GROUP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302027 | 04/30/07 | 05/14/07 | $ 12,500.00 | ABC2007 | 04/15/07 | $ 12,500.00 |
| 2 | 309110 | 05/23/07 | 06/01/07 | | ABC March282007 | 03/30/07 | 1,199.76 |
| 3 | 309110 | 05/23/07 | 06/01/07 | 1,264.87 | ABC March282007 | 03/30/07 | 65.11 |
| 4 | 311636 | 06/05/07 | 06/28/07 | | ABCMarch52007 | 03/16/07 | 2,196.44 |
| 5 | 311636 | 06/05/07 | 06/28/07 | 2,296.44 | ABCApril192007 | 04/20/07 | 100.00 |
| 6 | 323273 | 07/20/07 | 08/01/07 | | 100430 | 05/03/07 | 75,000.00 |
| 7 | 323273 | 07/20/07 | 08/01/07 | | 100431 | 05/03/07 | 37,500.00 |
| 8 | 323273 | 07/20/07 | 08/01/07 | 150,000.00 | 100432 | 05/03/07 | 37,500.00 |
| | | | | $ 166,061.31 | | | $ 166,061.31 |