AHM - Summary of Invoices Paid in the Preference Period
Vendor - THE HUNTER GROUP INTERNATIONAL
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304006 | 05/07/07 | 05/16/07 | $ 40,000.00 | 3250 | 05/01/07 | $ 40,000.00 |
| 2 | 305436 | 05/12/07 | 05/23/07 | 12,000.00 | 3243 | 05/01/07 | 12,000.00 |
| | | | | $ 52,000.00 | | | $ 52,000.00 |