AHM - Summary of Invoices Paid in the Preference Period
Vendor - SRS Group Inc
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304285 | 05/08/07 | 05/16/07 | | 309931 | 04/23/07 | 1,173.60 |
| 2 | 304285 | 05/08/07 | 05/16/07 | | 309946 | 04/30/07 | 1,152.00 |
| 3 | 304285 | 05/08/07 | 05/16/07 | 3,477.60 | 309915 | 04/16/07 | 1,152.00 |
| 4 | 314787 | 06/15/07 | 06/29/07 | | 309962 | 05/07/07 | 4,002.40 |
| 5 | 314787 | 06/15/07 | 06/29/07 | | 309994 | 05/21/07 | 3,949.60 |
| 6 | 314787 | 06/15/07 | 06/29/07 | 11,836.80 | 309977 | 05/14/07 | 3,884.80 |
| 7 | 318330 | 06/28/07 | 07/10/07 | | 310044 | 06/11/07 | 3,971.20 |
| 8 | 318330 | 06/28/07 | 07/10/07 | | 310010 | 06/13/07 | 3,938.80 |
| 9 | 318330 | 06/28/07 | 07/10/07 | | 310064 | 06/18/07 | 3,308.00 |
| 10 | 318330 | 06/28/07 | 07/10/07 | 14,173.20 | 310027 | 06/04/07 | 2,955.20 |
| 11 | 323713 | 07/23/07 | 08/01/07 | | 310088 | 06/25/07 | 3,776.80 |
| 12 | 323713 | 07/23/07 | 08/01/07 | | 310111 | 07/02/07 | 1,206.00 |
| 13 | 323713 | 07/23/07 | 08/01/07 | 6,077.20 | 310132 | 07/09/07 | 1,094.40 |
| | | | | $ 35,564.80 | | | $ 35,564.80 |