AHM - Summary of Invoices Paid in the Preference Period
Vendor - THOUGHT DIGITAL, LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301988 | 04/30/07 | 05/08/07 | | 3909 | 01/31/07 | $ 26,894.69 |
| 2 | 301988 | 04/30/07 | 05/08/07 | | 3859 | 01/15/07 | 17,085.55 |
| 3 | 301988 | 04/30/07 | 05/08/07 | 56,900.24 | 3966 | 02/15/07 | 12,920.00 |
| | | | | $ 56,900.24 | | | $ 56,900.24 |