AHM - Summary of Invoices Paid in the Preference Period
Vendor - TOWN PARK COMMONS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302606 | 05/01/07 | 05/08/07 | | CAM 1/07-4/07 | 04/30/07 | 203.06 |
| 2 | 302606 | 05/01/07 | 05/08/07 | | 4439 | 04/05/07 | 96.95 |
| 3 | 302606 | 05/01/07 | 05/08/07 | | BAL DUE 5/07 | 04/30/07 | 50.77 |
| 4 | 302606 | 05/01/07 | 05/08/07 | 304.69 | CAM CREDIT 06 | 04/30/07 | (46.09) |
| 5 | 303153 | 05/02/07 | 05/08/07 | 4,761.51 | ADDTL SEC DEP | 05/02/07 | 4,761.51 |
| 6 | 308520 | 05/22/07 | 05/30/07 | | | 05/13/07 | 6,047.96 |
| 7 | 308520 | 05/22/07 | 05/30/07 | | | 05/13/07 | 244.73 |
| 8 | 308520 | 05/22/07 | 05/30/07 | 6,434.20 | | 05/13/07 | 141.51 |
| 9 | 313068 | 06/11/07 | 06/20/07 | | BAL DUE 6/07 | 06/01/07 | 5,251.79 |
| 10 | 313068 | 06/11/07 | 06/20/07 | | BAL DUE 6/07 | 06/01/07 | 152.45 |
| 11 | 313068 | 06/11/07 | 06/20/07 | 5,504.24 | 4484 | 05/04/07 | 100.00 |
| 12 | 316750 | 06/21/07 | 06/27/07 | | | 06/13/07 | 11,299.75 |
| 13 | 316750 | 06/21/07 | 06/27/07 | 11,838.44 | | 06/13/07 | 538.69 |
| 14 | 317204 | 06/22/07 | 07/03/07 | 1,600.68 | 2006 CAM REC | 04/18/07 | 1,600.68 |
| 15 | 324445 | 07/23/07 | 07/31/07 | | | 07/23/07 | 11,299.75 |
| 16 | 324445 | 07/23/07 | 07/31/07 | 11,838.44 | | 07/23/07 | 538.69 |
| 17 | 326311 | 07/27/07 | 08/01/07 | 350.00 | USE OF CONF ROO | 06/05/07 | 350.00 |
| | | | | $ 42,632.20 | | | $ 42,632.20 |