AHM - Summary of Invoices Paid in the Preference Period
Vendor - Toshiba Electronic Imaging
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 306613 | 05/17/07 | 05/25/07 | 10,414.15 | 51425 | 04/16/07 | 10,414.15 |
| 2 | 313270 | 06/11/07 | 06/18/07 | 2,873.84 | 52215 | 05/15/07 | 2,873.84 |
| 3 | 321772 | 07/12/07 | 07/20/07 | 12,571.88 | 53050 | 06/15/07 | 12,571.88 |
|   |   |   |   | $ 25,859.87 |   |   | $ 25,859.87 |