AHM - Summary of Invoices Paid in the Preference Period
Vendor - TRANS-BOX SYSTEMS, INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303715 | 05/04/07 | 05/14/07 | 1,623.42 | 272196 | 04/30/07 | 1,623.42 |
| 2 | 304292 | 05/08/07 | 05/16/07 | 1,623.42 | 272243 | 05/02/07 | 1,623.42 |
| 3 | 309794 | 05/25/07 | 06/06/07 | 222.03 | 272757 | 06/01/07 | 222.03 |
| 4 | 309795 | 05/25/07 | 06/05/07 | 5,520.96 | 272742 | 06/01/07 | 5,520.96 |
| 5 | 309796 | 05/25/07 | 06/05/07 | 6,651.11 | 272743 | 06/01/07 | 6,651.11 |
| 6 | 309797 | 05/25/07 | 06/05/07 | 2,332.38 | 272744 | 06/01/07 | 2,332.38 |
| 7 | 309798 | 05/25/07 | 06/06/07 | 659.43 | 272745 | 06/01/07 | 659.43 |
| 8 | 309799 | 05/25/07 | 06/06/07 | 392.49 | 272746 | 06/01/07 | 392.49 |
| 9 | 309800 | 05/25/07 | 06/05/07 | 1,658.93 | 272747 | 06/01/07 | 1,658.93 |
| 10 | 309801 | 05/25/07 | 06/05/07 | 3,355.19 | 272749 | 06/01/07 | 3,355.19 |
| 11 | 309802 | 05/25/07 | 06/05/07 | 3,331.48 | 272750 | 06/01/07 | 3,331.48 |
| 12 | 309803 | 05/25/07 | 06/05/07 | 6,181.18 | 272751 | 06/01/07 | 6,181.18 |
| 13 | 309805 | 05/25/07 | 06/06/07 | 201.61 | 272756 | 06/01/07 | 201.61 |
| 14 | 309806 | 05/25/07 | 06/05/07 | 2,679.76 | 272758 | 06/01/07 | 2,679.76 |
| 15 | 309934 | 05/29/07 | 06/08/07 |  | 272551 | 05/15/07 | 369.33 |
| 16 | 309934 | 05/29/07 | 06/08/07 | 553.99 | 272518 | 05/14/07 | 184.66 |
| 17 | 309935 | 05/29/07 | 06/08/07 | 363.44 | 272610 | 05/17/07 | 363.44 |
| 18 | 315773 | 06/21/07 | 07/05/07 | 738.67 | 275027 | 05/25/07 | 738.67 |
| 19 | 315775 | 06/21/07 | 07/03/07 | 1,623.42 | 275281 | 06/11/07 | 1,623.42 |
| 20 | 315776 | 06/21/07 | 07/05/07 | 185.21 | 275362 | 06/15/07 | 185.21 |
| 21 | 315777 | 06/21/07 | 07/05/07 | 367.78 | 274919 | 05/22/07 | 367.78 |
| 22 | 315778 | 06/21/07 | 07/05/07 | 367.78 | 274930 | 05/22/07 | 367.78 |
| 23 | 320502 | 07/09/07 | 07/18/07 | 974.15 | 275550 | 07/01/07 | 974.15 |
| 24 | 320503 | 07/09/07 | 07/18/07 | 5,582.52 | 275535 | 07/01/07 | 5,582.52 |
| 25 | 320504 | 07/09/07 | 07/18/07 | 5,590.70 | 275536 | 07/01/07 | 5,590.70 |
| 26 | 320505 | 07/09/07 | 07/18/07 | 2,249.25 | 275537 | 07/01/07 | 2,249.25 |
| 27 | 320506 | 07/09/07 | 07/18/07 | 558.40 | 275538 | 07/01/07 | 558.40 |
| 28 | 320507 | 07/09/07 | 07/18/07 | 569.36 | 275539 | 07/01/07 | 569.36 |
| 29 | 320508 | 07/09/07 | 07/18/07 | 1,371.34 | 275540 | 07/01/07 | 1,371.34 |
| 30 | 320509 | 07/09/07 | 07/18/07 | 2,721.37 | 275542 | 07/01/07 | 2,721.37 |
| 31 | 320510 | 07/09/07 | 07/18/07 | 3,174.61 | 275543 | 07/01/07 | 3,174.61 |
| 32 | 320511 | 07/09/07 | 07/18/07 | 4,646.82 | 275544 | 07/01/07 | 4,646.82 |
| 33 | 320513 | 07/09/07 | 07/18/07 | 198.77 | 275549 | 07/01/07 | 198.77 |
| 34 | 321689 | 07/12/07 | 07/20/07 | 367.78 | 277742 | 06/27/07 | 367.78 |
| 35 | 321690 | 07/12/07 | 07/20/07 |  | 275551 | 07/01/07 | 1,969.46 |
| 36 | 321690 | 07/12/07 | 07/20/07 | 2,337.24 | 277751 | 06/27/07 | 367.78 |
|  |  |  |  | $ 70,975.99 |  |  | $ 70,975.99 |