AHM - Summary of Invoices Paid in the Preference Period
Vendor - TRANS VENDING SERVICES
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301990 | 04/30/07 | 05/09/07 | $ 191.87 | 33107 | 03/31/07 | $ 191.87 |
| 2 | 314248 | 06/14/07 | 06/26/07 | 773.36 | 43007 | 04/30/07 | 773.36 |
| 3 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 3,766.67 |
| 4 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 3,522.70 |
| 5 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 2,024.19 |
| 6 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 1,755.65 |
| 7 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 1,740.51 |
| 8 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 1,680.79 |
| 9 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 1,655.57 |
| 10 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 1,542.30 |
| 11 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 1,508.21 |
| 12 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 1,300.95 |
| 13 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 611.94 |
| 14 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 597.85 |
| 15 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 582.99 |
| 16 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 392.85 |
| 17 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 289.50 |
| 18 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 232.00 |
| 19 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 229.42 |
| 20 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 190.30 |
| 21 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 140.95 |
| 22 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 127.63 |
| 23 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 125.21 |
| 24 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 105.70 |
| 25 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 93.04 |
| 26 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 86.47 |
| 27 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 85.71 |
| 28 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 85.70 |
| 29 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 82.23 |
| 30 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 80.85 |
| 31 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 75.80 |
| 32 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 73.97 |
| 33 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 67.83 |
| 34 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 57.80 |
| 35 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 53.80 |
| 36 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 48.80 |
| 37 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 46.90 |
| 38 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 45.85 |
| 39 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 44.85 |
| 40 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 36.99 |
| 41 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 32.42 |
| 42 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 31.90 |
| 43 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 26.62 |
| 44 | 314795 | 06/15/07 | 06/28/07 | | 50107 | 05/01/07 | 26.62 |
| 45 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 26.18 |
| 46 | 314795 | 06/15/07 | 06/28/07 | | 60107 | 06/01/07 | 21.62 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - TRANS VENDING SERVICES
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 314795 | 06/15/07 | 06/28/07 |  | 60107 | 06/01/07 | 21.62 |
| 48 | 314795 | 06/15/07 | 06/28/07 |  | 60107 | 06/01/07 | 21.62 |
| 49 | 314795 | 06/15/07 | 06/28/07 |  | 60107 | 06/01/07 | 19.90 |
| 50 | 314795 | 06/15/07 | 06/28/07 |  | 60107 | 06/01/07 | 19.90 |
| 51 | 314795 | 06/15/07 | 06/28/07 |  | 60107 | 06/01/07 | 19.90 |
| 52 | 314795 | 06/15/07 | 06/28/07 |  | 50107 | 05/01/07 | 18.95 |
| 53 | 314795 | 06/15/07 | 06/28/07 |  | 50107 | 05/01/07 | 18.95 |
| 54 | 314795 | 06/15/07 | 06/28/07 |  | 50107 | 05/01/07 | 17.95 |
| 55 | 314795 | 06/15/07 | 06/28/07 | 25,526.67 | 60107 | 06/01/07 | 12.05 |
| 56 | 321190 | 07/11/07 | 07/17/07 |  | 63007 | 06/30/07 | 12,850.39 |
| 57 | 321190 | 07/11/07 | 07/17/07 | 13,735.49 | 53107 | 05/31/07 | 885.10 |
| 58 | 325067 | 07/24/07 | 08/01/07 | 1,193.46 | 62907 | 06/29/07 | 1,193.46 |
|  |  |  |  | $ 41,420.85 |  |  | $ 41,420.85 |