AHM - Summary of Invoices Paid in the Preference Period
Vendor - TRICOR AMERICA INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303270 | 05/03/07 | 05/14/07 | | T544250 | 04/21/07 | 96.29 |
| 2 | 303270 | 05/03/07 | 05/14/07 | 192.58 | T544250 | 04/21/07 | 96.29 |
| 3 | 303691 | 05/04/07 | 05/14/07 | | M528370 | 04/19/07 | 9.42 |
| 4 | 303691 | 05/04/07 | 05/14/07 | | M528370 | 04/19/07 | 3.88 |
| 5 | 303691 | 05/04/07 | 05/14/07 | | M528370 | 04/19/07 | 3.88 |
| 6 | 303691 | 05/04/07 | 05/14/07 | | M528370 | 04/19/07 | 3.87 |
| 7 | 303691 | 05/04/07 | 05/14/07 | 24.92 | M528370 | 04/19/07 | 3.87 |
| 8 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 3,237.52 |
| 9 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 2,222.10 |
| 10 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 1,636.50 |
| 11 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 1,499.50 |
| 12 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 1,321.69 |
| 13 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 1,312.52 |
| 14 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 1,057.91 |
| 15 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 943.18 |
| 16 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 908.41 |
| 17 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 837.00 |
| 18 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 812.01 |
| 19 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 592.59 |
| 20 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 557.86 |
| 21 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 526.85 |
| 22 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 476.93 |
| 23 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 262.32 |
| 24 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 262.32 |
| 25 | 303716 | 05/04/07 | 05/14/07 | | T544316 | 05/01/07 | 212.36 |
| 26 | 303716 | 05/04/07 | 05/14/07 | 18,785.75 | T544316 | 05/01/07 | 106.18 |
| 27 | 304293 | 05/08/07 | 05/17/07 | | T544282 | 04/26/07 | 22.23 |
| 28 | 304293 | 05/08/07 | 05/17/07 | 44.46 | T544282 | 04/26/07 | 22.23 |
| 29 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 1,118.97 |
| 30 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 980.41 |
| 31 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 882.38 |
| 32 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 825.26 |
| 33 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 825.13 |
| 34 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 661.53 |
| 35 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 661.53 |
| 36 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 605.55 |
| 37 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 460.51 |
| 38 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 450.18 |
| 39 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 445.98 |
| 40 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 399.80 |
| 41 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 372.08 |
| 42 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 347.25 |
| 43 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 342.80 |
| 44 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 341.91 |
| 45 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 341.02 |
| 46 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 337.30 |

AHM - Summary of Invoices Paid in the Preference Period  
Vendor - TRICOR AMERICA INC  
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 334.48 |
| 48 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 334.47 |
| 49 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 334.46 |
| 50 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 250.00 |
| 51 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 222.98 |
| 52 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 222.98 |
| 53 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 222.98 |
| 54 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 222.98 |
| 55 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 222.98 |
| 56 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 111.50 |
| 57 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 111.50 |
| 58 | 307595 | 05/22/07 | 05/30/07 | | M528567 | 05/15/07 | 111.49 |
| 59 | 307595 | 05/22/07 | 05/30/07 | 13,200.97 | M528567 | 05/15/07 | 98.58 |
| 60 | 311074 | 06/04/07 | 06/12/07 | | T542047 | 02/01/07 | 20,011.90 |
| 61 | 311074 | 06/04/07 | 06/12/07 | 39,206.58 | T542810 | 03/01/07 | 19,194.68 |
| 62 | 313576 | 06/12/07 | 06/21/07 | | M529577 | 05/21/07 | 24.38 |
| 63 | 313576 | 06/12/07 | 06/21/07 | | M529577 | 05/21/07 | 14.37 |
| 64 | 313576 | 06/12/07 | 06/21/07 | 47.50 | M529577 | 05/21/07 | 8.75 |
| 65 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 3,007.13 |
| 66 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 1,460.78 |
| 67 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 1,345.41 |
| 68 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 1,182.92 |
| 69 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 1,156.13 |
| 70 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 1,055.08 |
| 71 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 1,021.61 |
| 72 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 967.26 |
| 73 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 866.87 |
| 74 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 850.20 |
| 75 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 738.00 |
| 76 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 624.64 |
| 77 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 540.11 |
| 78 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 320.13 |
| 79 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 262.32 |
| 80 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 212.36 |
| 81 | 314796 | 06/15/07 | 06/29/07 | | T545041 | 06/01/07 | 106.18 |
| 82 | 314796 | 06/15/07 | 06/29/07 | 15,797.34 | T545041 | 06/01/07 | 80.21 |
| 83 | 318031 | 06/27/07 | 07/12/07 | | T545519 | 06/07/07 | 187.11 |
| 84 | 318031 | 06/27/07 | 07/12/07 | | T545519 | 06/07/07 | 94.01 |
| 85 | 318031 | 06/27/07 | 07/12/07 | | T545519 | 06/07/07 | 84.70 |
| 86 | 318031 | 06/27/07 | 07/12/07 | 374.19 | T545519 | 06/07/07 | 8.37 |
| 87 | 318032 | 06/27/07 | 07/10/07 | | M529764 | 06/15/07 | 1,126.13 |
| 88 | 318032 | 06/27/07 | 07/10/07 | | M529764 | 06/15/07 | 745.05 |
| 89 | 318032 | 06/27/07 | 07/10/07 | | M529764 | 06/15/07 | 691.03 |
| 90 | 318032 | 06/27/07 | 07/10/07 | | M529764 | 06/15/07 | 683.87 |
| 91 | 318032 | 06/27/07 | 07/10/07 | | M529764 | 06/15/07 | 676.84 |
| 92 | 318032 | 06/27/07 | 07/10/07 | | M529764 | 06/15/07 | 623.51 |

AHM - Summary of Invoices Paid in the Preference Period  
Vendor - TRICOR AMERICA INC  
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 93 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 575.09 |
| 94 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 574.20 |
| 95 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 493.40 |
| 96 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 488.78 |
| 97 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 407.37 |
| 98 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 401.49 |
| 99 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 392.59 |
| 100 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 388.98 |
| 101 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 384.58 |
| 102 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 381.02 |
| 103 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 379.64 |
| 104 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 375.65 |
| 105 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 375.64 |
| 106 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 374.47 |
| 107 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 374.47 |
| 108 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 294.51 |
| 109 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 247.98 |
| 110 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 247.98 |
| 111 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 247.98 |
| 112 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 247.98 |
| 113 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 247.98 |
| 114 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 139.02 |
| 115 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 136.49 |
| 116 | 318032 | 06/27/07 | 07/10/07 |  | M529764 | 06/15/07 | 136.49 |
| 117 | 318032 | 06/27/07 | 07/10/07 | 12,996.70 | M529764 | 06/15/07 | 136.49 |
| 118 | 321773 | 07/12/07 | 07/23/07 |  | M530699 | 06/25/07 | 35.75 |
| 119 | 321773 | 07/12/07 | 07/23/07 |  | M530699 | 06/25/07 | 35.71 |
| 120 | 321773 | 07/12/07 | 07/23/07 |  | M530699 | 06/25/07 | 9.99 |
| 121 | 321773 | 07/12/07 | 07/23/07 | 91.41 | M530699 | 06/25/07 | 9.96 |
|  |  |  |  | $ 100,762.40 |  |  | $ 100,762.40 |