AHM - Summary of Invoices Paid in the Preference Period
Vendor - Trinity Inspection Services
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304080 | 05/07/07 | 05/09/07 | 9,215.00 | INSPECTION | 05/07/07 | 9,215.00 |
| 2 | 304081 | 05/07/07 | 05/09/07 | 880.00 | INSPECTION | 05/07/07 | 880.00 |
| 3 | 317946 | 06/26/07 | 06/28/07 | 7,125.00 | VARIOUS | 06/26/07 | 7,125.00 |
| 4 | 317947 | 06/26/07 | 06/28/07 | 570.00 | VARIOUS | 06/26/07 | 570.00 |
| 5 | 321947 | 07/12/07 | 07/17/07 | 475.00 | INSPECTION | 07/12/07 | 475.00 |
| 6 | 321948 | 07/12/07 | 07/17/07 | 6,840.00 | INSPECTION | 07/12/07 | 6,840.00 |
|   |   |   |   | $ 25,105.00 |   |   | $ 25,105.00 |