
AHM - Summary of Invoices Paid in the Preference Period
Vendor - BR Search
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301527 | 04/27/07 | 05/08/07 | 30,000.00 | 501 | 04/23/07 | 30,000.00 |
| | | | | $ 30,000.00 | | | $ 30,000.00 |