AHM - Summary of Invoices Paid in the Preference Period
Vendor - EAST WEST HOLDINGS, LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 309524 | 05/24/07 | 05/31/07 | | APRIL RENT | 04/01/07 | $ 16,835.89 |
| 2 | 309524 | 05/24/07 | 05/31/07 | | MAY RENT | 05/01/07 | 16,835.89 |
| 3 | 309524 | 05/24/07 | 05/31/07 | 50,507.67 | JUNE RENT | 06/01/07 | 16,835.89 |
| | | | | $ 50,507.67 | | | $ 50,507.67 |