AHM - Summary of Invoices Paid in the Preference Period
Vendor - ELYNX.LTD
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305815 | 05/15/07 | 05/23/07 | 13,449.50 | 0008623IN | 04/30/07 | 13,449.50 |
| 2 | 318384 | 06/28/07 | 07/11/07 | | 0008398IN | 05/31/07 | 12,267.25 |
| 3 | 318384 | 06/28/07 | 07/11/07 | 12,747.25 | 0006863IN | 04/30/06 | 480.00 |
| 4 | 325152 | 07/24/07 | 07/31/07 | 11,392.50 | 0008527IN | 06/30/07 | 11,392.50 |
| | | | | $ 37,589.25 | | | $ 37,589.25 |