AHM - Summary of Invoices Paid in the Preference Period
Vendor - EMAGIC.COM, LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | $ 4,548.00 |
| 2 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 4,026.00 |
| 3 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 2,724.00 |
| 4 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 2,688.00 |
| 5 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 2,442.00 |
| 6 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 2,394.00 |
| 7 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 2,250.00 |
| 8 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 2,010.00 |
| 9 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 1,770.00 |
| 10 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 1,500.00 |
| 11 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 1,350.00 |
| 12 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 1,206.00 |
| 13 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 1,182.00 |
| 14 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 1,080.00 |
| 15 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 1,038.00 |
| 16 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 942.00 |
| 17 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 864.00 |
| 18 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 828.00 |
| 19 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 798.00 |
| 20 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 774.00 |
| 21 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 600.00 |
| 22 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 588.00 |
| 23 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 576.00 |
| 24 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 522.00 |
| 25 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 438.00 |
| 26 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 330.00 |
| 27 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 252.00 |
| 28 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 198.00 |
| 29 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 36.00 |
| 30 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 36.00 |
| 31 | 301563 | 04/27/07 | 05/09/07 | | 25223 | 12/31/06 | 18.00 |
| 32 | 301563 | 04/27/07 | 05/09/07 | 40,020.00 | 25223 | 12/31/06 | 12.00 |
| 33 | 305406 | 05/12/07 | 05/23/07 | 735.00 | 25517 | 03/31/07 | 735.00 |
| 34 | 315639 | 06/20/07 | 06/26/07 | | 24935 | 09/30/06 | 2,147.00 |
| 35 | 315639 | 06/20/07 | 06/26/07 | | 25505 | 03/31/07 | 987.00 |
| 36 | 315639 | 06/20/07 | 06/26/07 | | 25626 | 04/30/07 | 951.00 |
| 37 | 315639 | 06/20/07 | 06/26/07 | | 25477 | 02/28/07 | 753.00 |
| 38 | 315639 | 06/20/07 | 06/26/07 | | 25317 | 01/31/07 | 648.00 |
| 39 | 315639 | 06/20/07 | 06/26/07 | | 25224 | 12/31/06 | 630.00 |
| 40 | 315639 | 06/20/07 | 06/26/07 | | 25131 | 11/30/06 | 545.00 |
| 41 | 315639 | 06/20/07 | 06/26/07 | | 25038 | 11/30/06 | 545.00 |
| 42 | 315639 | 06/20/07 | 06/26/07 | 7,706.00 | 24893 | 08/31/06 | 500.00 |
| 43 | 323243 | 07/20/07 | 07/31/07 | 762.00 | 25752 | 05/31/07 | 762.00 |
| | | | | $ 49,223.00 | | | $ 49,223.00 |