AHM - Summary of Invoices Paid in the Preference Period
Vendor - EPLUS TECHNOLOGY, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305919 | 05/15/07 | 05/22/07 | | V0659874 | 04/27/07 | $ 20,192.30 |
| 2 | 305919 | 05/15/07 | 05/22/07 | 18,056.05 | R0028016 | 03/22/07 | (2,136.25) |
| 3 | 308959 | 05/23/07 | 05/31/07 | | V0660138 | 04/30/07 | 10,869.76 |
| 4 | 308959 | 05/23/07 | 05/31/07 | | V0660089 | 04/30/07 | 3,300.22 |
| 5 | 308959 | 05/23/07 | 05/31/07 | | V0664004 | 05/07/07 | 1,457.96 |
| 6 | 308959 | 05/23/07 | 05/31/07 | | V0662110 | 05/02/07 | 1,141.46 |
| 7 | 308959 | 05/23/07 | 05/31/07 | | V0662242 | 05/03/07 | 1,049.78 |
| 8 | 308959 | 05/23/07 | 05/31/07 | 18,150.27 | V0660147 | 04/30/07 | 331.09 |
| 9 | 309752 | 05/25/07 | 06/05/07 | | V0667123 | 05/15/07 | 23,370.19 |
| 10 | 309752 | 05/25/07 | 06/05/07 | | V0667140 | 05/15/07 | 17,666.22 |
| 11 | 309752 | 05/25/07 | 06/05/07 | 57,942.81 | V0666223 | 05/14/07 | 16,906.40 |
| 12 | 310866 | 06/01/07 | 06/11/07 | | V0669222 | 05/21/07 | 2,574.41 |
| 13 | 310866 | 06/01/07 | 06/11/07 | | V0668465 | 05/18/07 | 1,999.74 |
| 14 | 310866 | 06/01/07 | 06/11/07 | 6,073.96 | V0668467 | 05/18/07 | 1,499.81 |
| 15 | 312791 | 06/08/07 | 06/15/07 | 611.49 | V0670225 | 05/23/07 | 611.49 |
| 16 | 313509 | 06/12/07 | 06/20/07 | | V0671563 | 05/25/07 | 493.16 |
| 17 | 313509 | 06/12/07 | 06/20/07 | 739.74 | V0671565 | 05/25/07 | 246.58 |
| 18 | 314403 | 06/14/07 | 06/22/07 | 116,054.38 | 20633817 | 06/07/07 | 116,054.38 |
| 19 | 319841 | 07/05/07 | 07/16/07 | 2,892.03 | V0679744 | 06/13/07 | 2,892.03 |
| 20 | 323169 | 07/20/07 | 07/31/07 | | V0687576 | 06/28/07 | 41,527.39 |
| 21 | 323169 | 07/20/07 | 07/31/07 | 43,830.80 | V0687960 | 06/29/07 | 2,303.41 |
| 22 | 323952 | 07/23/07 | 07/31/07 | 40,053.69 | V0690551 | 07/05/07 | 40,053.69 |
| | | | | $ 304,405.22 | | | $ 304,405.22 |