AHM - Summary of Invoices Paid in the Preference Period
Vendor - EXECUTIVE MANAGEMENT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 313989 | 06/13/07 | 06/20/07 |  | 6297 | 06/04/07 | $ 25,000.00 |
| 2 | 313989 | 06/13/07 | 06/20/07 | 50,000.00 | 6296 | 05/31/07 | 25,000.00 |
|   |        |          |          | $ 50,000.00 |      |          | $ 50,000.00 |