AHM - Summary of Invoices Paid in the Preference Period
Vendor - TRI M CONSTRUCTION
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301626 | 04/27/07 | 05/08/07 | $ 5,058.00 | 8176 | 03/29/07 | $ 5,058.00 |
| 2 | 310980 | 06/01/07 | 06/08/07 | 93,720.00 | 8192 | 05/08/07 | 93,720.00 |
| 3 | 311922 | 06/06/07 | 06/14/07 | 760.00 | 8191 | 05/08/07 | 760.00 |
| 4 | 313578 | 06/12/07 | 06/20/07 | | 8186 | 04/25/07 | 23,304.00 |
| 5 | 313578 | 06/12/07 | 06/20/07 | | 8187 | 03/30/07 | 16,566.00 |
| 6 | 313578 | 06/12/07 | 06/20/07 | 47,986.00 | 8195 | 05/14/07 | 8,116.00 |
| 7 | 315620 | 06/20/07 | 07/03/07 | | 8205 | 06/06/07 | 1,000.00 |
| 8 | 315620 | 06/20/07 | 07/03/07 | 1,935.00 | 8204 | 06/06/07 | 935.00 |
| 9 | 317917 | 06/26/07 | 06/29/07 | 42,057.00 | 8207 | 06/21/07 | 42,057.00 |
| 10 | 319928 | 07/05/07 | 07/11/07 | | 8201 | 05/30/07 | 104,577.00 |
| 11 | 319928 | 07/05/07 | 07/11/07 | 158,832.00 | 8203 | 06/05/07 | 54,255.00 |
| | | | | $ 350,348.00 | | | $ 350,348.00 |