AHM - Summary of Invoices Paid in the Preference Period
Vendor - TRUSTED FORCE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 313271 | 06/11/07 | 06/20/07 | $ 35,000.00 | 73 | 05/15/07 | $ 35,000.00 |
| 2 | 318033 | 06/27/07 | 07/10/07 | 44,000.00 | 76 | 05/29/07 | 44,000.00 |
|   |        |          |          | $ 79,000.00 |    |          | $ 79,000.00 |