AHM - Summary of Invoices Paid in the Preference Period
Vendor - FAIR ISAAC SOFTWARE INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 318387 | 06/28/07 | 07/03/07 |  | 801013 | 01/22/07 | $ 38,803.75 |
| 2 | 318387 | 06/28/07 | 07/03/07 | 69,606.25 | 801044 | 02/07/07 | 30,802.50 |
|   |        |          |          | $ 69,606.25 |        |          | $ 69,606.25 |