AHM - Summary of Invoices Paid in the Preference Period
Vendor - FAIRMONT HOTEL
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 308637 | 05/22/07 | 06/20/07 | | 8152 | 04/05/07 | $ 437.80 |
| 2 | 308637 | 05/22/07 | 06/20/07 | | 8221 | 04/09/07 | 218.90 |
| 3 | 308637 | 05/22/07 | 06/20/07 | | 8127 | 04/04/07 | 218.90 |
| 4 | 308637 | 05/22/07 | 06/20/07 | | 8570 | 04/21/07 | 218.90 |
| 5 | 308637 | 05/22/07 | 06/20/07 | | 8119 | 04/03/07 | 218.90 |
| 6 | 308637 | 05/22/07 | 06/20/07 | 1,532.30 | 8220 | 04/09/07 | 218.90 |
| 7 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 2,011.07 |
| 8 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 1,340.64 |
| 9 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 708.70 |
| 10 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 693.70 |
| 11 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 12 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 13 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 14 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 15 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 16 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 17 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 18 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 19 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 20 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 21 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 22 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 23 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 24 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 25 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 670.32 |
| 26 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 662.05 |
| 27 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 656.70 |
| 28 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 656.70 |
| 29 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 656.70 |
| 30 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 656.70 |
| 31 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 656.70 |
| 32 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 656.70 |
| 33 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 656.70 |
| 34 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 656.70 |
| 35 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 656.70 |
| 36 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 656.70 |
| 37 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 656.70 |
| 38 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 656.70 |
| 39 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 656.70 |
| 40 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 437.80 |
| 41 | 310706 | 05/31/07 | 06/19/07 | | 9007 | 05/16/07 | 218.90 |
| 42 | 310706 | 05/31/07 | 06/19/07 | 24,730.36 | 9007 | 05/16/07 | 65.60 |
| 43 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 16,549.21 |
| 44 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 875.60 |
| 45 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 875.60 |
| 46 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 875.60 |
| 47 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 875.60 |
| 48 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 875.60 |
| 49 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 656.70 |
| 50 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 656.70 |
| 51 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 656.70 |
| 52 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 656.70 |
| 53 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 656.70 |
| 54 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 656.70 |
| 55 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 656.70 |
| 56 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 656.70 |
| 57 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 656.70 |
| 58 | 310707 | 05/31/07 | 06/19/07 | | AHM-0403 | 04/16/07 | 656.70 |
| 59 | 310707 | 05/31/07 | 06/19/07 | 28,150.91 | AHM-0403 | 04/16/07 | 656.70 |
| | | | | $ 54,413.57 | | | $ 54,413.57 |