AHM - Summary of Invoices Paid in the Preference Period
Vendor - Security Connections, Inc
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304430 | 05/08/07 | 06/01/07 | $ 148.50 | AM8020107AI-200 | 05/08/07 | $ 148.50 |
| 2 | 309841 | 05/25/07 | 05/31/07 | 28,003.30 | AM8080105RE | 05/25/07 | 28,003.30 |
| 3 | 309842 | 05/25/07 | 05/31/07 | 172,457.85 | AM8080105RE | 05/25/07 | 172,457.85 |
| 4 | 309843 | 05/25/07 | 05/31/07 | 77,454.99 | AM8010107DR | 05/25/07 | 77,454.99 |
| 5 | 309844 | 05/25/07 | 06/01/07 | 755.11 | AM002 | 05/25/07 | 755.11 |
| 6 | 309845 | 05/25/07 | 06/01/07 | 100.50 | AM8040107RE | 05/25/07 | 100.50 |
| 7 | 309846 | 05/25/07 | 06/01/07 | 10.25 | AM8080105DR | 05/25/07 | 10.25 |
| 8 | 309847 | 05/25/07 | 06/01/07 | 82.54 | AM8080305RE | 05/25/07 | 82.54 |
| 9 | 315437 | 06/19/07 | 06/25/07 | 183,711.20 | AM8080105RE | 06/19/07 | 183,711.20 |
| 10 | 315438 | 06/19/07 | 06/25/07 | 56,441.15 | AM8010107DR | 06/19/07 | 56,441.15 |
| 11 | 315439 | 06/19/07 | 06/27/07 | 405.48 | AM002 | 06/19/07 | 405.48 |
| 12 | 315440 | 06/19/07 | 06/25/07 | 386.35 | AM8080305RE | 06/19/07 | 386.35 |
| 13 | 320631 | 07/09/07 | 07/27/07 | 302.00 | AM8020107AI | 07/09/07 | 302.00 |
| | | | | $ 520,259.22 | | | $ 520,259.22 |