Fedex Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303380 | 05/02/07 | 05/14/07 | | 806860546 | 04/06/07 | 572.46 |
| 2 | 303380 | 05/02/07 | 05/14/07 | | 878641366 | 04/06/07 | 399.23 |
| 3 | 303380 | 05/02/07 | 05/14/07 | | 881347897 | 04/20/07 | 197.67 |
| 4 | 303380 | 05/02/07 | 05/14/07 | | 879963446 | 04/13/07 | 182.60 |
| 5 | 303380 | 05/02/07 | 05/14/07 | | 877326979 | 03/30/07 | 50.24 |
| 6 | 303380 | 05/02/07 | 05/14/07 | 1,441.78 | 807356135 | 04/18/07 | 39.58 |
| 7 | 303381 | 05/02/07 | 05/10/07 | | 880797418 | 04/18/07 | 14.60 |
| 8 | 303381 | 05/02/07 | 05/10/07 | 27.20 | 879425340 | 04/11/07 | 12.60 |
| 9 | 303382 | 05/02/07 | 05/11/07 | 15.95 | 878561108 | 04/06/07 | 15.95 |
| 10 | 303383 | 05/02/07 | 05/14/07 | | 877439888 | 03/30/07 | 41.18 |
| 11 | 303383 | 05/02/07 | 05/14/07 | | 881463910 | 04/20/07 | 36.31 |
| 12 | 303383 | 05/02/07 | 05/14/07 | | 880084499 | 04/13/07 | 19.14 |
| 13 | 303383 | 05/02/07 | 05/14/07 | 112.58 | 878755283 | 04/06/07 | 15.95 |
| 14 | 303384 | 05/02/07 | 05/14/07 | | 877441735 | 03/30/07 | 32.77 |
| 15 | 303384 | 05/02/07 | 05/14/07 | 61.85 | 878756682 | 04/06/07 | 29.08 |
| 16 | 303385 | 05/02/07 | 05/14/07 | 22.44 | 881468410 | 04/20/07 | 22.44 |
| 17 | 303386 | 05/02/07 | 05/10/07 | 35.42 | 879784617 | 04/12/07 | 35.42 |
| 18 | 303387 | 05/02/07 | 05/14/07 | | 878533238 | 04/05/07 | 37.45 |
| 19 | 303387 | 05/02/07 | 05/14/07 | 67.80 | 879601432 | 04/11/07 | 30.35 |
| 20 | 303741 | 05/04/07 | 05/14/07 | | 881582244 | 04/23/07 | 2,309.03 |
| 21 | 303741 | 05/04/07 | 05/14/07 | | 878870038 | 04/09/07 | 2,115.75 |
| 22 | 303741 | 05/04/07 | 05/14/07 | 5,712.37 | 880208044 | 04/16/07 | 1,287.59 |
| 23 | 303742 | 05/04/07 | 05/14/07 | | 880326779 | 04/16/07 | 72.60 |
| 24 | 303742 | 05/04/07 | 05/14/07 | | 878982789 | 04/09/07 | 47.41 |
| 25 | 303742 | 05/04/07 | 05/14/07 | | 881685379 | 04/23/07 | 18.37 |
| 26 | 303742 | 05/04/07 | 05/14/07 | 154.33 | 880238700 | 04/16/07 | 15.95 |
| 27 | 303743 | 05/04/07 | 05/14/07 | | 872187352 | 03/02/07 | 48.12 |
| 28 | 303743 | 05/04/07 | 05/14/07 | | 880161042 | 04/13/07 | 46.08 |
| 29 | 303743 | 05/04/07 | 05/14/07 | | 878830210 | 04/06/07 | 46.06 |
| 30 | 303743 | 05/04/07 | 05/14/07 | | 881589797 | 04/20/07 | 26.62 |
| 31 | 303743 | 05/04/07 | 05/14/07 | 193.14 | 876214148 | 04/23/07 | 26.26 |
| 32 | 303744 | 05/04/07 | 05/14/07 | | 879625408 | 04/11/07 | 86.88 |
| 33 | 303744 | 05/04/07 | 05/14/07 | 150.56 | 200353671 | 04/25/07 | 63.68 |
| 34 | 304635 | 05/10/07 | 05/18/07 | 582.72 | 2498/2526 | 03/02/07 | 582.72 |
| 35 | 305820 | 05/15/07 | 05/23/07 | 91.70 | 200672789 | 04/27/07 | 91.70 |
| 36 | 305821 | 05/15/07 | 05/23/07 | 55.17 | 881466413 | 04/20/07 | 55.17 |
| 37 | 305822 | 05/15/07 | 05/23/07 | 20.35 | 200786038 | 04/27/07 | 20.35 |
| 38 | 305823 | 05/15/07 | 05/23/07 | | 200265246 | 04/25/07 | 46.64 |
| 39 | 305823 | 05/15/07 | 05/23/07 | | 874250472 | 03/14/07 | 34.53 |
| 40 | 305823 | 05/15/07 | 05/23/07 | 97.01 | 880909733 | 04/18/07 | 15.84 |

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41 | 308638 | 05/22/07 | 06/04/07 | 29.54 | 200783698 | 04/27/07 | 29.54 |
| 42 | 308639 | 05/22/07 | 06/01/07 | 46.97 | 202074093 | 05/04/07 | 46.97 |
| 43 | 309111 | 05/23/07 | 06/01/07 | 81.50 | 875959140 | 05/23/07 | 81.50 |
| 44 | 309387 | 05/24/07 | 06/06/07 | | 807706417 | 04/26/07 | 112.80 |
| 45 | 309387 | 05/24/07 | 06/06/07 | 217.74 | 807778475 | 04/27/07 | 104.94 |
| 46 | 309388 | 05/24/07 | 06/04/07 | | 202188529 | 05/07/07 | 2,609.23 |
| 47 | 309388 | 05/24/07 | 06/04/07 | | 200900170 | 04/30/07 | 1,849.42 |
| 48 | 309388 | 05/24/07 | 06/04/07 | 6,165.45 | 203505490 | 05/14/07 | 1,706.80 |
| 49 | 310921 | 06/01/07 | 06/13/07 | 19.97 | 203409617 | 05/11/07 | 19.97 |
| 50 | 310922 | 06/01/07 | 06/13/07 | | 204622044 | 05/18/07 | 49.51 |
| 51 | 310922 | 06/01/07 | 06/13/07 | 68.11 | 205967564 | 05/25/07 | 18.60 |
| 52 | 310923 | 06/01/07 | 06/11/07 | 2,206.84 | 204858247 | 05/21/07 | 2,206.84 |
| 53 | 310924 | 06/01/07 | 06/11/07 | 15.95 | 204966039 | 05/21/07 | 15.95 |
| 54 | 310925 | 06/01/07 | 06/11/07 | | 204887687 | 05/21/07 | 22.14 |
| 55 | 310925 | 06/01/07 | 06/11/07 | | 203535410 | 05/14/07 | 21.95 |
| 56 | 310925 | 06/01/07 | 06/11/07 | 60.04 | 200922090 | 04/30/07 | 15.95 |
| 57 | 310926 | 06/01/07 | 06/11/07 | 18.65 | 204274311 | 05/16/07 | 18.65 |
| 58 | 310927 | 06/01/07 | 06/12/07 | 33.52 | 206067840 | 05/25/07 | 33.52 |
| 59 | 310928 | 06/01/07 | 06/11/07 | 347.33 | 350426197 | 05/06/07 | 347.33 |
| 60 | 311639 | 06/05/07 | 06/18/07 | | 206067177 | 05/25/07 | 71.49 |
| 61 | 311639 | 06/05/07 | 06/18/07 | 139.84 | 203385358 | 05/11/07 | 68.35 |
| 62 | 312191 | 06/06/07 | 06/11/07 | 280.21 | 2870-228292 | 04/30/07 | 280.21 |
| 63 | 313664 | 06/12/07 | 06/18/07 | 15.73 | 880110230 | 04/13/07 | 15.73 |
| 64 | 313665 | 06/12/07 | 06/18/07 | 20.13 | 202297568 | 05/07/07 | 20.13 |
| 65 | 313666 | 06/12/07 | 06/20/07 | 13.70 | 201406406 | 05/02/07 | 13.70 |
| 66 | 313667 | 06/12/07 | 06/18/07 | | 206143965 | 05/25/07 | 194.98 |
| 67 | 313667 | 06/12/07 | 06/18/07 | | 207249876 | 06/01/07 | 59.95 |
| 68 | 313667 | 06/12/07 | 06/18/07 | 289.62 | 204810925 | 05/18/07 | 34.69 |
| 69 | 313668 | 06/12/07 | 06/18/07 | 39.75 | 206804496 | 05/30/07 | 39.75 |
| 70 | 313669 | 06/12/07 | 06/19/07 | 33.52 | 207180119 | 06/01/07 | 33.52 |
| 71 | 313991 | 06/13/07 | 06/20/07 | | 207294983 | 06/04/07 | 1,523.24 |
| 72 | 313991 | 06/13/07 | 06/20/07 | 3,029.96 | 206189406 | 05/28/07 | 1,506.72 |
| 73 | 313992 | 06/13/07 | 06/20/07 | 15.95 | 200867716 | 04/27/07 | 15.95 |
| 74 | 313993 | 06/13/07 | 06/20/07 | | 200996969 | 04/30/07 | 67.82 |
| 75 | 313993 | 06/13/07 | 06/20/07 | 106.95 | 207399974 | 06/04/07 | 39.13 |
| 76 | 313994 | 06/13/07 | 06/20/07 | | 207320167 | 06/04/07 | 49.84 |
| 77 | 313994 | 06/13/07 | 06/20/07 | 88.69 | 206213886 | 05/28/07 | 38.85 |
| 78 | 313995 | 06/13/07 | 06/20/07 | 31.85 | 808070726 | 05/04/07 | 31.85 |
| 79 | 318389 | 06/28/07 | 07/12/07 | 82.47 | 45000002854 | 05/17/07 | 82.47 |
| 80 | 318390 | 06/28/07 | 07/10/07 | 14.70 | 208583834 | 06/11/07 | 14.70 |
| 81 | 318391 | 06/28/07 | 07/10/07 | 1,209.71 | 208587740 | 06/11/07 | 1,209.71 |
| 82 | 318392 | 06/28/07 | 07/10/07 | | 210654739 | 06/20/07 | 115.43 |
| 83 | 318392 | 06/28/07 | 07/10/07 | 177.64 | 208023027 | 06/06/07 | 62.21 |
| 84 | 318393 | 06/28/07 | 07/13/07 | | 209767073 | 06/15/07 | 66.74 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 85 | 318393 | 06/28/07 | 07/13/07 | 88.08 | 208467209 | 06/08/07 | 21.34 |
| 86 | 318394 | 06/28/07 | 07/13/07 | 16.10 | 207945162 | 06/06/07 | 16.10 |
| 87 | 318806 | 06/29/07 | 07/09/07 | 1,220.69 | 209886534 | 06/18/07 | 1,220.69 |
| 88 | 318807 | 06/29/07 | 07/09/07 | 49.43 | 209992982 | 06/18/07 | 49.43 |
| 89 | 318808 | 06/29/07 | 07/12/07 | 19.36 | 878844335 | 04/09/07 | 19.36 |
| 90 | 320693 | 07/09/07 | 07/16/07 | 18.38 | 210695604 | 06/21/07 | 18.38 |
| 91 | 320694 | 07/09/07 | 07/18/07 | 67.76 | 211358546 | 06/25/07 | 67.76 |
| 92 | 320695 | 07/09/07 | 07/18/07 | | 208463378 | 06/08/07 | 25.76 |
| 93 | 320695 | 07/09/07 | 07/18/07 | | 209765162 | 06/15/07 | 23.27 |
| 94 | 320695 | 07/09/07 | 07/18/07 | 69.34 | 207180128 | 06/01/07 | 20.31 |
| 95 | 321789 | 07/12/07 | 07/20/07 | | 211214544 | 06/25/07 | 1,761.96 |
| 96 | 321789 | 07/12/07 | 07/20/07 | 3,289.59 | 212485321 | 07/02/07 | 1,527.63 |
| 97 | 321790 | 07/12/07 | 07/20/07 | 18.95 | 211313135 | 06/25/07 | 18.95 |
| 98 | 321791 | 07/12/07 | 07/20/07 | 16.46 | 211238208 | 06/25/07 | 16.46 |
| 99 | 321792 | 07/12/07 | 07/24/07 | 33.36 | 877249377 | 03/30/07 | 33.36 |
| 100 | 324848 | 07/24/07 | 07/27/07 | | 216261600 | 07/23/07 | 1,260.63 |
| 101 | 324848 | 07/24/07 | 07/27/07 | | 213667271 | 07/09/07 | 1,248.84 |
| 102 | 324848 | 07/24/07 | 07/27/07 | 3,467.12 | 214901745 | 07/16/07 | 957.65 |
| 103 | 324921 | 07/24/07 | 08/01/07 | 865.71 | 208491461 | 06/08/07 | 865.71 |
| 104 | 324922 | 07/24/07 | 08/01/07 | 101.98 | 212269782 | 06/29/07 | 101.98 |
| 105 | 324923 | 07/24/07 | 07/31/07 | 8.16 | 212483159 | 07/02/07 | 8.16 |
| 106 | 324925 | 07/24/07 | 08/01/07 | 95.42 | 213594633 | 07/06/07 | 95.42 |
| | | | | $33,190.29 | | | $33,190.29 |