AHM - Summary of Invoices Paid in the Preference Period
Vendor - FIRST AMERICAN FLOOD DATA SVCS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 313696 | 06/12/07 | 06/20/07 |  | 473318 | 05/31/07 | $ 202,084.50 |
| 2 | 313696 | 06/12/07 | 06/20/07 | 382,935.90 | 462410 | 04/30/07 | 180,851.40 |
|   |   |   |   | $ 382,935.90 |   |   | $ 382,935.90 |