AHM - Summary of Invoices Paid in the Preference Period
Vendor - First Credit Union c-o DBSI
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302627 | 05/01/07 | 05/10/07 | 3,696.69 | CAM BAL | 05/01/07 | 3,696.69 |
| 2 | 308035 | 05/22/07 | 06/06/07 | | | 05/13/07 | 14,538.17 |
| 3 | 308035 | 05/22/07 | 06/06/07 | | | 05/13/07 | 742.21 |
| 4 | 308035 | 05/22/07 | 06/06/07 | | | 05/13/07 | 165.50 |
| 5 | 308035 | 05/22/07 | 06/06/07 | | | 05/13/07 | 18.46 |
| 6 | 308035 | 05/22/07 | 06/06/07 | 15,479.64 | | 05/13/07 | 15.30 |
| 7 | 309181 | 05/23/07 | 06/07/07 | 290.76 | JUNE BAL | 06/01/07 | 290.76 |
| 8 | 316266 | 06/21/07 | 07/16/07 | | | 06/13/07 | 14,538.17 |
| 9 | 316266 | 06/21/07 | 07/16/07 | | | 06/13/07 | 923.01 |
| 10 | 316266 | 06/21/07 | 07/16/07 | | | 06/13/07 | 290.76 |
| 11 | 316266 | 06/21/07 | 07/16/07 | 15,770.40 | | 06/13/07 | 18.46 |
| | | | | $ 35,237.49 | | | $ 35,237.49 |