AHM - Summary of Invoices Paid in the Preference Period  
Vendor - FNC  
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305667 | 05/14/07 | 05/21/07 |  | 9900717 | 04/30/07 | $ 381,394.59 |
| 2 | 305667 | 05/14/07 | 05/21/07 | 681,165.76 | 9900684 | 03/31/07 | 299,771.17 |
| 3 | 313697 | 06/12/07 | 06/18/07 | 444,692.50 | 9900812 | 05/31/07 | 444,692.50 |
| 4 | 319914 | 07/05/07 | 07/11/07 |  | 444638-1007 RS | 04/24/07 | 6.00 |
| 5 | 319914 | 07/05/07 | 07/11/07 |  | 444638-1007 RS | 04/24/07 | 6.00 |
| 6 | 319914 | 07/05/07 | 07/11/07 |  | 444638-1004 I U | 04/06/07 | 6.00 |
| 7 | 319914 | 07/05/07 | 07/11/07 |  | 444638-1004 I U | 04/06/07 | 6.00 |
| 8 | 319914 | 07/05/07 | 07/11/07 |  | 444638-1004 I U | 04/09/07 | 6.00 |
| 9 | 319914 | 07/05/07 | 07/11/07 |  | 444638-1004 I U | 04/13/07 | 6.00 |
| 10 | 319914 | 07/05/07 | 07/11/07 |  | 444638-1007 RS | 04/24/07 | 6.00 |
| 11 | 319914 | 07/05/07 | 07/11/07 | 48.00 | 444638-1007 RS | 04/24/07 | 6.00 |
|  |  |  |  | $ 1,125,906.26 |  |  | $ 1,125,906.26 |