AHM - Summary of Invoices Paid in the Preference Period
Vendor - FRONTRANGE SOLUTIONS USA
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304550 | 05/09/07 | 05/15/07 |  | 405088117 | 02/15/07 | $ 17,662.44 |
| 2 | 304550 | 05/09/07 | 05/15/07 | 18,513.94 | 405088117 | 02/15/07 | 851.50 |
| 3 | 317091 | 06/22/07 | 06/29/07 |  | 405090648 | 04/30/07 | 28,989.84 |
| 4 | 317091 | 06/22/07 | 06/29/07 | 29,517.76 | 405090648 | 04/30/07 | 527.92 |
| 5 | 319385 | 07/03/07 | 07/17/07 | 30,709.44 | 403095095 | 06/17/07 | 30,709.44 |
|   |        |          |          | $ 78,741.14 |           |          | $ 78,741.14 |