UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. |  |

**NOTICE OF SERVICE OF AMERICAN HOME MORTGAGE SERVICING, INC.'S FIRST REQUEST FOR PRODUCTION DIRECTED TO CITIMORTGAGE, INC.**

I, Lucian B. Murley, Esquire of Saul Ewing LLP hereby certify that on July 30, 2009 service of **American Home Mortgage Servicing, Inc.'s First Request for Production Directed to CitiMortgage, Inc.** was made on the following parties in the manner indicated therein.

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
**(Via Electronic Mail and Hand Delivery)**

Andrew J. Petrie, Esquire
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202-5424
**(Via Electronic Mail and Overnight Delivery)**

---

[1] The above-captioned debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

582145.1 7/30/09

SAUL EWING LLP

By: _/s/ Lucian B. Murley_
Lucian B. Murley (No. 4892)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

*Attorneys for American Home Mortgage Servicing, Inc.*

Dated: July 30, 2009