UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : | |
| corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | x | |

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on July 30, 2009 service of the foregoing **Notice of Service of American Home Mortgage Servicing, Inc.'s First Request for Production Directed to CitiMortgage, Inc.** was made on the following parties in the manner indicated therein.

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(Via Electronic Mail and Hand Delivery)

Andrew J. Petrie, Esquire
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202-5424
(Via Electronic Mail and Overnight Delivery)

SAUL EWING LLP

By: _____
Lucian B. Murley (No. 4892)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

582145.1 7/30/09