AHM - Summary of Invoices Paid in the Preference Period
Vendor - GALAXIE COFFEE SERVICE, INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305381 | 05/12/07 | 05/21/07 | | 531715 | 04/17/07 | $ 3,564.09 |
| 2 | 305381 | 05/12/07 | 05/21/07 | | 532856 | 05/01/07 | 2,022.79 |
| 3 | 305381 | 05/12/07 | 05/21/07 | | 532225 | 04/24/07 | 1,995.96 |
| 4 | 305381 | 05/12/07 | 05/21/07 | | 531358 | 04/12/07 | 1,315.70 |
| 5 | 305381 | 05/12/07 | 05/21/07 | | 532451 | 04/25/07 | 1,008.62 |
| 6 | 305381 | 05/12/07 | 05/21/07 | 10,621.23 | 532014 | 04/20/07 | 714.07 |
| 7 | 305382 | 05/12/07 | 05/21/07 | | 532253 | 04/24/07 | 1,168.27 |
| 8 | 305382 | 05/12/07 | 05/21/07 | | 531390 | 04/12/07 | 925.89 |
| 9 | 305382 | 05/12/07 | 05/21/07 | | 531593 | 04/16/07 | 475.84 |
| 10 | 305382 | 05/12/07 | 05/21/07 | 2,644.00 | 531631 | 04/24/07 | 74.00 |
| 11 | 307416 | 05/21/07 | 05/29/07 | | 533360 | 05/08/07 | 1,790.54 |
| 12 | 307416 | 05/21/07 | 05/29/07 | 3,399.50 | 533539 | 05/10/07 | 1,608.96 |
| 13 | 307417 | 05/21/07 | 05/29/07 | | 532498 | 04/26/07 | 2,487.10 |
| 14 | 307417 | 05/21/07 | 05/29/07 | | 533290 | 05/07/07 | 1,620.02 |
| 15 | 307417 | 05/21/07 | 05/29/07 | 4,729.92 | 532997 | 05/03/07 | 622.80 |
| 16 | 310631 | 05/31/07 | 06/07/07 | | 534073 | 05/17/07 | 2,864.44 |
| 17 | 310631 | 05/31/07 | 06/07/07 | | 534295 | 05/21/07 | 1,065.95 |
| 18 | 310631 | 05/31/07 | 06/07/07 | 4,718.78 | 533741 | 05/14/07 | 788.39 |
| 19 | 311654 | 06/05/07 | 06/14/07 | | 534593 | 05/24/07 | 2,381.15 |
| 20 | 311654 | 06/05/07 | 06/14/07 | 3,791.08 | 531210 | 04/10/07 | 1,409.93 |
| 21 | 312855 | 06/08/07 | 06/19/07 | 1,769.78 | 534925 | 05/30/07 | 1,769.78 |
| 22 | 313996 | 06/13/07 | 06/19/07 | | 535365 | 06/06/07 | 1,994.52 |
| 23 | 313996 | 06/13/07 | 06/19/07 | | 535076 | 06/01/07 | 1,396.94 |
| 24 | 313996 | 06/13/07 | 06/19/07 | 4,776.76 | 533012 | 05/03/07 | 1,385.30 |
| 25 | 317816 | 06/26/07 | 07/05/07 | | 535564 | 06/11/07 | 2,642.51 |
| 26 | 317816 | 06/26/07 | 07/05/07 | | 536284 | 06/19/07 | 1,756.89 |
| 27 | 317816 | 06/26/07 | 07/05/07 | | 536088 | 06/15/07 | 1,564.87 |
| 28 | 317816 | 06/26/07 | 07/05/07 | 6,941.59 | 535898 | 06/13/07 | 977.32 |
| 29 | 317817 | 06/26/07 | 07/05/07 | | 534316 | 05/21/07 | 1,288.91 |
| 30 | 317817 | 06/26/07 | 07/05/07 | | 533971 | 05/17/07 | 1,105.97 |
| 31 | 317817 | 06/26/07 | 07/05/07 | | 534638 | 05/24/07 | 814.52 |
| 32 | 317817 | 06/26/07 | 07/05/07 | | 533587 | 05/10/07 | 775.98 |
| 33 | 317817 | 06/26/07 | 07/05/07 | | 535436 | 06/06/07 | 758.58 |
| 34 | 317817 | 06/26/07 | 07/05/07 | 5,187.96 | 535134 | 06/01/07 | 444.00 |
| 35 | 323017 | 07/19/07 | 07/31/07 | | 536966 | 06/28/07 | 2,516.57 |
| 36 | 323017 | 07/19/07 | 07/31/07 | | 537351 | 07/03/07 | 2,145.32 |
| 37 | 323017 | 07/19/07 | 07/31/07 | 6,723.34 | 536549 | 06/22/07 | 2,061.45 |
| 38 | 323018 | 07/19/07 | 07/31/07 | | 536338 | 06/19/07 | 1,119.42 |
| 39 | 323018 | 07/19/07 | 07/31/07 | | 536065 | 06/14/07 | 1,092.96 |
| 40 | 323018 | 07/19/07 | 07/31/07 | | 535725 | 06/11/07 | 1,058.24 |
| 41 | 323018 | 07/19/07 | 07/31/07 | | 536698 | 06/26/07 | 1,043.13 |
| 42 | 323018 | 07/19/07 | 07/31/07 | 4,992.83 | 536519 | 06/22/07 | 679.08 |
| | | | | $ 60,296.77 | | | $ 60,296.77 |