AHM - Summary of Invoices Paid in the Preference Period
Vendor - GREENBERG GLUSKER FIELDS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 326336 | 07/27/07 | 07/31/07 | $ 46,891.64 | 417311 | 06/15/07 | $ 46,891.64 |
|   |        |          |          | $ 46,891.64 |        |          | $ 46,891.64 |