AHM - Summary of Invoices Paid in the Preference Period
Vendor - GRANITE TELECOMMUNICATIONS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 309308 | 05/24/07 | 05/30/07 | $ 29,606.47 | 1504433 | 05/01/07 | $ 29,606.47 |
| 2 | 315871 | 06/21/07 | 06/26/07 |    30,123.26 | 81877188 | 06/01/07 |    30,123.26 |
|   |   |   |   | $ 59,729.73 |   |   | $ 59,729.73 |