AHM - Summary of Invoices Paid in the Preference Period
Vendor - GRYPHON NETWORKS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305387 | 05/12/07 | 05/22/07 | $ 5,000.00 | 477054 | 04/15/07 | $ 5,000.00 |
| 2 | 312865 | 06/08/07 | 06/20/07 | 5,000.00 | 478731 | 05/15/07 | 5,000.00 |
| 3 | 318817 | 06/29/07 | 07/10/07 | | 479990 | 06/15/07 | 11,400.00 |
| 4 | 318817 | 06/29/07 | 07/10/07 | | 479990 | 06/15/07 | 5,700.00 |
| 5 | 318817 | 06/29/07 | 07/10/07 | 22,100.00 | 480357 | 06/15/07 | 5,000.00 |
| 6 | 326033 | 07/26/07 | 08/01/07 | | 481606 | 07/15/07 | 11,400.00 |
| 7 | 326033 | 07/26/07 | 08/01/07 | | 481606 | 07/15/07 | 5,700.00 |
| 8 | 326033 | 07/26/07 | 08/01/07 | 22,100.00 | 481972 | 07/15/07 | 5,000.00 |
| | | | | $ 54,200.00 | | | $ 54,200.00 |