AHM - Summary of Invoices Paid in the Preference Period
Vendor - SHPS, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 318321 | 06/28/07 | 07/11/07 | | 38194 | 08/21/06 | $ 55,421.28 |
| 2 | 318321 | 06/28/07 | 07/11/07 | | 37868 | 07/12/06 | 32,152.32 |
| 3 | 318321 | 06/28/07 | 07/11/07 | 90,073.60 | 34262 | 11/10/04 | 2,500.00 |
| | | | | $ 90,073.60 | | | $ 90,073.60 |