AHM - Summary of Invoices Paid in the Preference Period
Vendor - Shred - IT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 298409 | 04/18/07 | 05/14/07 | 60.00 | 32315159 | 03/21/07 | 60.00 |
| 2 | 298411 | 04/18/07 | 05/14/07 |  | 32347808 | 03/23/07 | 65.00 |
| 3 | 298411 | 04/18/07 | 05/14/07 | 125.00 | 32347809 | 04/06/07 | 60.00 |
| 4 | 299835 | 04/20/07 | 05/10/07 | 95.00 | 7575912679 | 03/28/07 | 95.00 |
| 5 | 299836 | 04/20/07 | 05/10/07 | 80.00 | 7575917993 | 04/10/07 | 80.00 |
| 6 | 300256 | 04/23/07 | 05/08/07 | 91.80 | 40494509 | 04/17/07 | 91.80 |
| 7 | 300258 | 04/23/07 | 05/10/07 |  | 7575923779 | 03/09/07 | 150.40 |
| 8 | 300258 | 04/23/07 | 05/10/07 |  | 7575923780 | 03/23/07 | 108.10 |
| 9 | 300258 | 04/23/07 | 05/10/07 | 338.50 | 7575923778 | 02/23/07 | 80.00 |
| 10 | 300562 | 04/24/07 | 05/08/07 | 45.00 | 43200926 | 12/04/06 | 45.00 |
| 11 | 300567 | 04/24/07 | 05/09/07 | 80.00 | 56384474 | 04/18/07 | 80.00 |
| 12 | 300842 | 04/25/07 | 05/08/07 | 105.00 | 2664711763 | 04/06/07 | 105.00 |
| 13 | 300843 | 04/25/07 | 05/14/07 | 97.50 | 32347810 | 04/20/07 | 97.50 |
| 14 | 300844 | 04/25/07 | 05/15/07 | 70.00 | 424487652 | 04/18/07 | 70.00 |
| 15 | 300846 | 04/25/07 | 05/08/07 | 65.00 | 888316696 | 04/23/07 | 65.00 |
| 16 | 300865 | 04/25/07 | 05/15/07 | 65.00 | 2912600551 | 04/09/07 | 65.00 |
| 17 | 301617 | 04/27/07 | 05/15/07 | 65.00 | 2912642814 | 04/13/07 | 65.00 |
| 18 | 301618 | 04/27/07 | 05/08/07 |  | 5252172782 | 04/13/07 | 210.00 |
| 19 | 301618 | 04/27/07 | 05/08/07 |  | 5252172782 | 04/13/07 | 210.00 |
| 20 | 301618 | 04/27/07 | 05/08/07 | 502.00 | 5252162944 | 04/23/07 | 82.00 |
| 21 | 301619 | 04/27/07 | 05/14/07 | 40.00 | 61101670 | 03/20/07 | 40.00 |
| 22 | 301652 | 04/27/07 | 05/23/07 | 85.00 | 3737296405 | 04/10/07 | 85.00 |
| 23 | 301653 | 04/27/07 | 05/11/07 | 75.00 | 58147131 | 04/24/07 | 75.00 |
| 24 | 301654 | 04/27/07 | 05/09/07 | 50.00 | 606209693 | 04/17/07 | 50.00 |
| 25 | 301655 | 04/27/07 | 05/14/07 | 40.00 | 61106624 | 04/23/07 | 40.00 |
| 26 | 301980 | 04/30/07 | 05/09/07 | 80.00 | 910211120 | 04/02/07 | 80.00 |
| 27 | 301981 | 04/30/07 | 05/14/07 | 106.25 | 6367093661 | 04/10/07 | 106.25 |
| 28 | 302947 | 05/02/07 | 05/17/07 |  | 32313731 | 04/02/07 | 115.50 |
| 29 | 302947 | 05/02/07 | 05/17/07 |  | 32313728 | 03/12/07 | 115.50 |
| 30 | 302947 | 05/02/07 | 05/17/07 |  | 32313733 | 04/16/07 | 115.50 |
| 31 | 302947 | 05/02/07 | 05/17/07 |  | 32313729 | 03/19/07 | 96.25 |
| 32 | 302947 | 05/02/07 | 05/17/07 |  | 32313726 | 02/26/07 | 85.00 |
| 33 | 302947 | 05/02/07 | 05/17/07 |  | 32313734 | 04/23/07 | 77.00 |
| 34 | 302947 | 05/02/07 | 05/17/07 |  | 32313730 | 03/26/07 | 70.00 |
| 35 | 302947 | 05/02/07 | 05/17/07 | 744.75 | 32313732 | 04/09/07 | 70.00 |
| 36 | 302948 | 05/02/07 | 05/17/07 |  | 32320858 | 03/19/07 | 115.50 |
| 37 | 302948 | 05/02/07 | 05/17/07 |  | 32320856 | 03/05/07 | 85.00 |
| 38 | 302948 | 05/02/07 | 05/17/07 |  | 32320857 | 03/12/07 | 85.00 |
| 39 | 302948 | 05/02/07 | 05/17/07 |  | 32320855 | 02/26/07 | 85.00 |
| 40 | 302948 | 05/02/07 | 05/17/07 |  | 32320859 | 03/26/07 | 70.00 |
| 41 | 302948 | 05/02/07 | 05/17/07 |  | 32320860 | 04/02/07 | 70.00 |
| 42 | 302948 | 05/02/07 | 05/17/07 |  | 32320861 | 04/09/07 | 70.00 |
| 43 | 302948 | 05/02/07 | 05/17/07 | 650.50 | 32320863 | 04/23/07 | 70.00 |
| 44 | 302949 | 05/02/07 | 05/16/07 | 50.00 | 50190690 | 04/19/07 | 50.00 |
| 45 | 302950 | 05/02/07 | 05/11/07 | 50.36 | 111352756 | 03/05/07 | 50.36 |
| 46 | 302951 | 05/02/07 | 05/11/07 |  | 2222463132 | 04/20/07 | 281.25 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Shred - IT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 302951 | 05/02/07 | 05/11/07 | 506.25 | 2222474471 | 04/24/07 | 225.00 |
| 48 | 302952 | 05/02/07 | 05/17/07 | 55.00 | 23215129 | 04/20/07 | 55.00 |
| 49 | 302953 | 05/02/07 | 05/17/07 |  | 1463074492 | 04/25/07 | 47.66 |
| 50 | 302953 | 05/02/07 | 05/17/07 | 95.32 | 1463074491 | 04/11/07 | 47.66 |
| 51 | 303237 | 05/03/07 | 05/14/07 | 70.00 | 56413663 | 04/24/07 | 70.00 |
| 52 | 303238 | 05/03/07 | 05/14/07 | 75.00 | 58147339 | 04/23/07 | 75.00 |
| 53 | 303253 | 05/03/07 | 05/17/07 | 85.00 | 32313710 | 04/25/07 | 85.00 |
| 54 | 303254 | 05/03/07 | 05/17/07 |  | 47688024 | 04/26/07 | 77.00 |
| 55 | 303254 | 05/03/07 | 05/17/07 | 96.25 | 47688024 | 04/26/07 | 19.25 |
| 56 | 303255 | 05/03/07 | 05/21/07 | 55.00 | 5454495942 | 03/01/07 | 55.00 |
| 57 | 303256 | 05/03/07 | 05/22/07 |  | 1185220124 | 03/30/07 | 105.00 |
| 58 | 303256 | 05/03/07 | 05/22/07 | 210.00 | 1185220125 | 04/13/07 | 105.00 |
| 59 | 303257 | 05/03/07 | 05/29/07 | 85.00 | 21206498 | 02/22/07 | 85.00 |
| 60 | 303258 | 05/03/07 | 05/18/07 | 95.00 | 2664717257 | 04/30/07 | 95.00 |
| 61 | 303259 | 05/03/07 | 05/16/07 | 65.00 | 2912721189 | 04/24/07 | 65.00 |
| 62 | 303260 | 05/03/07 | 05/11/07 | 47.70 | 31346416 | 04/25/07 | 47.70 |
| 63 | 303261 | 05/03/07 | 05/16/07 | 80.00 | 50199410 | 04/23/07 | 80.00 |
| 64 | 303676 | 05/04/07 | 05/23/07 | 55.00 | 424462995 | 04/30/07 | 55.00 |
| 65 | 303677 | 05/04/07 | 05/21/07 | 55.00 | 47692651 | 04/20/07 | 55.00 |
| 66 | 303678 | 05/04/07 | 05/17/07 | 115.50 | 10899213 | 04/26/07 | 115.50 |
| 67 | 303679 | 05/04/07 | 05/17/07 | 49.50 | 10915520 | 03/26/07 | 49.50 |
| 68 | 303680 | 05/04/07 | 05/15/07 | 93.75 | 2222471248 | 04/25/07 | 93.75 |
| 69 | 303681 | 05/04/07 | 05/16/07 |  | 50204781 | 04/12/07 | 75.00 |
| 70 | 303681 | 05/04/07 | 05/16/07 | 150.00 | 50204782 | 04/19/07 | 75.00 |
| 71 | 303682 | 05/04/07 | 05/16/07 | 69.50 | 5252169440 | 04/19/07 | 69.50 |
| 72 | 303683 | 05/04/07 | 05/21/07 | 80.00 | 7575917994 | 04/24/07 | 80.00 |
| 73 | 303701 | 05/04/07 | 05/17/07 | 59.40 | 5139553 | 04/18/07 | 59.40 |
| 74 | 303702 | 05/04/07 | 05/17/07 | 59.81 | 5134633 | 04/13/07 | 59.81 |
| 75 | 303703 | 05/04/07 | 05/14/07 |  | 606208531 | 04/12/07 | 65.00 |
| 76 | 303703 | 05/04/07 | 05/14/07 | 130.00 | 606208532 | 04/19/07 | 65.00 |
| 77 | 303704 | 05/04/07 | 05/21/07 | 50.00 | 50190691 | 04/26/07 | 50.00 |
| 78 | 303705 | 05/04/07 | 05/21/07 |  | 192227476 | 04/23/07 | 116.20 |
| 79 | 303705 | 05/04/07 | 05/21/07 | 186.20 | 192227475 | 04/09/07 | 70.00 |
| 80 | 303706 | 05/04/07 | 05/15/07 | 406.75 | 4545403190 | 05/02/07 | 406.75 |
| 81 | 303707 | 05/04/07 | 05/14/07 |  | 606225370 | 05/01/07 | 158.80 |
| 82 | 303707 | 05/04/07 | 05/14/07 | 313.80 | 606225369 | 04/24/07 | 155.00 |
| 83 | 303969 | 05/07/07 | 05/24/07 | 60.00 | 32315160 | 04/18/07 | 60.00 |
| 84 | 303970 | 05/07/07 | 05/21/07 | 55.00 | 5454495943 | 04/26/07 | 55.00 |
| 85 | 303971 | 05/07/07 | 05/22/07 |  | 414522806 | 04/12/07 | 75.00 |
| 86 | 303971 | 05/07/07 | 05/22/07 | 150.00 | 414522807 | 04/26/07 | 75.00 |
| 87 | 303972 | 05/07/07 | 05/18/07 | 45.00 | 43239428 | 04/23/07 | 45.00 |
| 88 | 304271 | 05/08/07 | 06/04/07 | 75.00 | 21207061 | 04/20/07 | 75.00 |
| 89 | 304272 | 05/08/07 | 05/18/07 | 75.00 | 333484627 | 04/30/07 | 75.00 |
| 90 | 304273 | 05/08/07 | 05/21/07 |  | 47688025 | 05/03/07 | 92.40 |
| 91 | 304273 | 05/08/07 | 05/21/07 | 115.50 | 47688025 | 05/03/07 | 23.10 |
| 92 | 304274 | 05/08/07 | 05/16/07 | 80.00 | 910266937 | 04/18/07 | 80.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Shred - IT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 93 | 304275 | 05/08/07 | 05/15/07 | 75.00 | 2222474700 | 05/01/07 | 75.00 |
| 94 | 304276 | 05/08/07 | 05/16/07 | 81.25 | 5252162924 | 04/23/07 | 81.25 |
| 95 | 304277 | 05/08/07 | 05/16/07 | 81.25 | 5252169079 | 04/18/07 | 81.25 |
| 96 | 304278 | 05/08/07 | 05/16/07 | | 5252162970 | 04/30/07 | 75.00 |
| 97 | 304278 | 05/08/07 | 05/16/07 | 125.00 | 5252169556 | 04/26/07 | 50.00 |
| 98 | 304279 | 05/08/07 | 05/17/07 | | 62250705 | 04/26/07 | 112.50 |
| 99 | 304279 | 05/08/07 | 05/17/07 | 177.50 | 62250706 | 05/03/07 | 65.00 |
| 100 | 304280 | 05/08/07 | 05/29/07 | 95.00 | 7575912680 | 04/25/07 | 95.00 |
| 101 | 304281 | 05/08/07 | 05/25/07 | 85.00 | 7575940933 | 04/27/07 | 85.00 |
| 102 | 305113 | 05/11/07 | 05/21/07 | 80.00 | 910223333 | 05/01/07 | 80.00 |
| 103 | 305114 | 05/11/07 | 05/24/07 | 65.00 | 47710967 | 04/11/07 | 65.00 |
| 104 | 305115 | 05/11/07 | 05/29/07 | 80.00 | 50191203 | 04/20/07 | 80.00 |
| 105 | 305116 | 05/11/07 | 05/25/07 | 80.00 | 2912602920 | 05/01/07 | 80.00 |
| 106 | 305117 | 05/11/07 | 05/25/07 | 65.00 | 2912642815 | 04/27/07 | 65.00 |
| 107 | 305118 | 05/11/07 | 05/29/07 | | 50204683 | 04/16/07 | 65.00 |
| 108 | 305118 | 05/11/07 | 05/29/07 | 130.00 | 50204684 | 04/30/07 | 65.00 |
| 109 | 305144 | 05/11/07 | 05/21/07 | 80.00 | 910266938 | 05/02/07 | 80.00 |
| 110 | 305145 | 05/11/07 | 05/24/07 | 65.00 | 47732825 | 05/02/07 | 65.00 |
| 111 | 305146 | 05/11/07 | 05/29/07 | 49.50 | 10906375 | 04/19/07 | 49.50 |
| 112 | 305147 | 05/11/07 | 05/25/07 | 65.00 | 36290305 | 04/17/07 | 65.00 |
| 113 | 305148 | 05/11/07 | 05/29/07 | | 70117175 | 04/06/07 | 75.00 |
| 114 | 305148 | 05/11/07 | 05/29/07 | | 70127110 | 05/02/07 | 37.50 |
| 115 | 305148 | 05/11/07 | 05/29/07 | 150.00 | 70127110 | 05/02/07 | 37.50 |
| 116 | 305338 | 05/12/07 | 05/29/07 | | 32313736 | 05/07/07 | 96.25 |
| 117 | 305338 | 05/12/07 | 05/29/07 | 173.25 | 32313735 | 04/30/07 | 77.00 |
| 118 | 305339 | 05/12/07 | 05/29/07 | | 32320864 | 04/30/07 | 77.00 |
| 119 | 305339 | 05/12/07 | 05/29/07 | 147.00 | 32320865 | 05/07/07 | 70.00 |
| 120 | 305340 | 05/12/07 | 05/23/07 | 59.40 | 5131772 | 04/30/07 | 59.40 |
| 121 | 305341 | 05/12/07 | 05/23/07 | 59.81 | 5134634 | 04/27/07 | 59.81 |
| 122 | 305342 | 05/12/07 | 05/23/07 | 68.00 | 606208533 | 04/26/07 | 68.00 |
| 123 | 305343 | 05/12/07 | 05/29/07 | | 50199510 | 04/26/07 | 80.00 |
| 124 | 305343 | 05/12/07 | 05/29/07 | 160.00 | 50199509 | 04/19/07 | 80.00 |
| 125 | 305344 | 05/12/07 | 05/23/07 | | 5252169442 | 05/02/07 | 65.00 |
| 126 | 305344 | 05/12/07 | 05/23/07 | 130.00 | 5252169441 | 04/25/07 | 65.00 |
| 127 | 305345 | 05/12/07 | 05/23/07 | 124.60 | 606225371 | 05/08/07 | 124.60 |
| 128 | 305459 | 05/12/07 | 05/29/07 | 50.00 | 414615244 | 05/02/07 | 50.00 |
| 129 | 305460 | 05/12/07 | 05/22/07 | 135.00 | 5252162945 | 05/07/07 | 135.00 |
| 130 | 305461 | 05/12/07 | 05/30/07 | 40.00 | 61106625 | 05/07/07 | 40.00 |
| 131 | 305462 | 05/12/07 | 05/29/07 | 75.00 | 70129841 | 05/08/07 | 75.00 |
| 132 | 306075 | 05/16/07 | 05/30/07 | 55.00 | 23189023 | 05/07/07 | 55.00 |
| 133 | 306076 | 05/16/07 | 05/29/07 | 50.00 | 57156366 | 05/01/07 | 50.00 |
| 134 | 306077 | 05/16/07 | 05/29/07 | 75.00 | 2222463133 | 05/08/07 | 75.00 |
| 135 | 306078 | 05/16/07 | 06/01/07 | 91.80 | 40494510 | 05/01/07 | 91.80 |
| 136 | 306094 | 05/16/07 | 05/30/07 | | 47688026 | 05/10/07 | 101.64 |
| 137 | 306094 | 05/16/07 | 05/30/07 | | 47738620 | 04/30/07 | 65.00 |
| 138 | 306094 | 05/16/07 | 05/30/07 | 192.05 | 47688026 | 05/10/07 | 25.41 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Shred - IT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 139 | 306095 | 05/16/07 | 05/29/07 | 50.00 | 50190692 | 05/03/07 | 50.00 |
| 140 | 306096 | 05/16/07 | 05/29/07 | 80.00 | 50199411 | 05/07/07 | 80.00 |
| 141 | 306097 | 05/16/07 | 05/29/07 | 80.00 | 50202687 | 04/24/07 | 80.00 |
| 142 | 306098 | 05/16/07 | 05/29/07 | 75.00 | 50204783 | 04/26/07 | 75.00 |
| 143 | 306142 | 05/16/07 | 06/01/07 | 43.46 | 111362617 | 05/07/07 | 43.46 |
| 144 | 306561 | 05/17/07 | 05/29/07 | 80.00 | 910211121 | 04/30/07 | 80.00 |
| 145 | 306562 | 05/17/07 | 05/29/07 | 150.00 | 2222471249 | 05/09/07 | 150.00 |
| 146 | 306563 | 05/17/07 | 05/29/07 | 31.00 | 253185434 | 05/07/07 | 31.00 |
| 147 | 306564 | 05/17/07 | 05/30/07 | 95.00 | 2664717258 | 05/14/07 | 95.00 |
| 148 | 306565 | 05/17/07 | 06/04/07 | 75.00 | 70117176 | 05/04/07 | 75.00 |
| 149 | 306590 | 05/17/07 | 06/06/07 |  | 111352758 | 04/30/07 | 50.74 |
| 150 | 306590 | 05/17/07 | 06/06/07 | 101.10 | 111352757 | 04/02/07 | 50.36 |
| 151 | 306591 | 05/17/07 | 06/01/07 | 55.00 | 1185224880 | 05/08/07 | 55.00 |
| 152 | 306592 | 05/17/07 | 05/31/07 | 74.75 | 36311282 | 05/14/07 | 74.75 |
| 153 | 306593 | 05/17/07 | 05/30/07 | 65.00 | 5252169443 | 05/10/07 | 65.00 |
| 154 | 306852 | 05/18/07 | 06/06/07 | 55.00 | 424462992 | 02/05/07 | 55.00 |
| 155 | 306853 | 05/18/07 | 06/01/07 | 80.00 | 910270362 | 05/10/07 | 80.00 |
| 156 | 306854 | 05/18/07 | 06/01/07 | 192.50 | 10899214 | 05/10/07 | 192.50 |
| 157 | 306855 | 05/18/07 | 06/04/07 | 60.00 | 50190693 | 05/10/07 | 60.00 |
| 158 | 306856 | 05/18/07 | 06/06/07 |  | 424487653 | 04/25/07 | 98.80 |
| 159 | 306856 | 05/18/07 | 06/06/07 |  | 424487654 | 05/02/07 | 83.60 |
| 160 | 306856 | 05/18/07 | 06/06/07 | 252.40 | 424487655 | 05/09/07 | 70.00 |
| 161 | 306857 | 05/18/07 | 06/04/07 | 80.00 | 50199511 | 05/03/07 | 80.00 |
| 162 | 306858 | 05/18/07 | 06/04/07 | 75.00 | 50204784 | 05/03/07 | 75.00 |
| 163 | 306859 | 05/18/07 | 06/05/07 | 80.00 | 7575917995 | 05/08/07 | 80.00 |
| 164 | 307335 | 05/21/07 | 06/07/07 | 462.00 | 21235653 | 05/09/07 | 462.00 |
| 165 | 307336 | 05/21/07 | 05/30/07 | 60.00 | 48209155 | 05/09/07 | 60.00 |
| 166 | 307337 | 05/21/07 | 06/04/07 | 55.00 | 8268489 | 05/01/07 | 55.00 |
| 167 | 307338 | 05/21/07 | 06/01/07 | 60.95 | 253150425 | 05/07/07 | 60.95 |
| 168 | 307361 | 05/21/07 | 06/05/07 | 75.00 | 58147340 | 05/07/07 | 75.00 |
| 169 | 307362 | 05/21/07 | 05/31/07 |  | 606209694 | 05/15/07 | 50.00 |
| 170 | 307362 | 05/21/07 | 05/31/07 | 100.00 | 606193282 | 10/31/06 | 50.00 |
| 171 | 307580 | 05/22/07 | 06/04/07 | 75.00 | 333484628 | 05/14/07 | 75.00 |
| 172 | 307581 | 05/22/07 | 06/08/07 | 59.40 | 5131773 | 05/14/07 | 59.40 |
| 173 | 307582 | 05/22/07 | 06/08/07 | 59.81 | 5134635 | 05/11/07 | 59.81 |
| 174 | 307583 | 05/22/07 | 05/31/07 | 68.00 | 606208534 | 05/03/07 | 68.00 |
| 175 | 307584 | 05/22/07 | 05/31/07 | 81.25 | 5252162925 | 05/14/07 | 81.25 |
| 176 | 307585 | 05/22/07 | 05/31/07 | 75.00 | 5252162971 | 05/14/07 | 75.00 |
| 177 | 307586 | 05/22/07 | 05/31/07 | 117.00 | 606225372 | 05/15/07 | 117.00 |
| 178 | 308903 | 05/23/07 | 06/07/07 | 54.00 | 936262117 | 04/18/07 | 54.00 |
| 179 | 308904 | 05/23/07 | 06/07/07 |  | 47688027 | 05/17/07 | 92.40 |
| 180 | 308904 | 05/23/07 | 06/07/07 |  | 47732826 | 05/16/07 | 80.00 |
| 181 | 308904 | 05/23/07 | 06/07/07 | 195.50 | 47688027 | 05/17/07 | 23.10 |
| 182 | 308905 | 05/23/07 | 06/04/07 | 80.00 | 910223334 | 05/15/07 | 80.00 |
| 183 | 308906 | 05/23/07 | 06/11/07 | 78.00 | 50191198 | 02/23/07 | 78.00 |
| 184 | 308907 | 05/23/07 | 06/04/07 | 31.00 | 253162866 | 05/09/07 | 31.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Shred - IT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 185 | 308908 | 05/23/07 | 06/07/07 | 348.75 | 64731092 | 04/06/07 | 348.75 |
| 186 | 308909 | 05/23/07 | 06/06/07 | 65.00 | 2912721191 | 05/21/07 | 65.00 |
| 187 | 308910 | 05/23/07 | 06/06/07 |  | 32347811 | 05/04/07 | 113.75 |
| 188 | 308910 | 05/23/07 | 06/06/07 | 185.25 | 32347812 | 05/18/07 | 71.50 |
| 189 | 308911 | 05/23/07 | 06/06/07 |  | 344686720 | 04/26/07 | 75.00 |
| 190 | 308911 | 05/23/07 | 06/06/07 | 150.00 | 344686721 | 05/10/07 | 75.00 |
| 191 | 308912 | 05/23/07 | 06/11/07 | 75.00 | 50204785 | 05/10/07 | 75.00 |
| 192 | 308913 | 05/23/07 | 06/07/07 | 269.75 | 56384475 | 05/09/07 | 269.75 |
| 193 | 308914 | 05/23/07 | 06/07/07 | 65.00 | 888316697 | 05/21/07 | 65.00 |
| 194 | 309347 | 05/24/07 | 06/07/07 | 93.50 | 58147132 | 05/22/07 | 93.50 |
| 195 | 309348 | 05/24/07 | 06/08/07 | 39.00 | 64275632 | 05/04/07 | 39.00 |
| 196 | 309922 | 05/29/07 | 06/11/07 |  | 32313738 | 05/21/07 | 70.00 |
| 197 | 309922 | 05/29/07 | 06/11/07 | 140.00 | 32313737 | 05/14/07 | 70.00 |
| 198 | 309923 | 05/29/07 | 06/11/07 |  | 32320867 | 05/21/07 | 70.00 |
| 199 | 309923 | 05/29/07 | 06/11/07 | 140.00 | 32320866 | 05/14/07 | 70.00 |
| 200 | 309924 | 05/29/07 | 06/22/07 | 55.00 | 424492599 | 05/18/07 | 55.00 |
| 201 | 309925 | 05/29/07 | 06/12/07 |  | 2664711764 | 05/04/07 | 105.00 |
| 202 | 309925 | 05/29/07 | 06/12/07 | 210.00 | 2664699656 | 03/27/07 | 105.00 |
| 203 | 309926 | 05/29/07 | 06/11/07 | 236.75 | 4545404071 | 05/23/07 | 236.75 |
| 204 | 309942 | 05/29/07 | 06/11/07 | 75.00 | 47695858 | 04/30/07 | 75.00 |
| 205 | 309943 | 05/29/07 | 06/08/07 | 80.00 | 910266939 | 05/16/07 | 80.00 |
| 206 | 309944 | 05/29/07 | 06/11/07 | 60.00 | 50190694 | 05/17/07 | 60.00 |
| 207 | 309945 | 05/29/07 | 06/08/07 | 65.00 | 36290306 | 05/15/07 | 65.00 |
| 208 | 309960 | 05/29/07 | 06/11/07 | 55.00 | 47692652 | 05/18/07 | 55.00 |
| 209 | 309961 | 05/29/07 | 06/12/07 |  | 1463074493 | 05/09/07 | 47.66 |
| 210 | 309961 | 05/29/07 | 06/12/07 | 95.32 | 1463074494 | 05/23/07 | 47.66 |
| 211 | 311062 | 06/04/07 | 06/14/07 |  | 47688028 | 05/24/07 | 108.00 |
| 212 | 311062 | 06/04/07 | 06/14/07 | 134.75 | 47688028 | 05/24/07 | 26.75 |
| 213 | 311063 | 06/04/07 | 06/13/07 |  | 606208536 | 05/17/07 | 68.00 |
| 214 | 311063 | 06/04/07 | 06/13/07 | 136.00 | 606208535 | 05/10/07 | 68.00 |
| 215 | 311064 | 06/04/07 | 06/14/07 | 80.00 | 910271564 | 05/22/07 | 80.00 |
| 216 | 311065 | 06/04/07 | 06/13/07 | 68.00 | 4545404007 | 05/22/07 | 68.00 |
| 217 | 311066 | 06/04/07 | 06/14/07 | 112.50 | 2222471250 | 05/23/07 | 112.50 |
| 218 | 311067 | 06/04/07 | 06/14/07 | 55.00 | 47723255 | 05/15/07 | 55.00 |
| 219 | 311068 | 06/04/07 | 06/18/07 | 80.00 | 50199412 | 05/21/07 | 80.00 |
| 220 | 311069 | 06/04/07 | 06/13/07 | 147.40 | 606225373 | 05/22/07 | 147.40 |
| 221 | 311569 | 06/05/07 | 06/18/07 | 75.00 | 333484629 | 05/30/07 | 75.00 |
| 222 | 311570 | 06/05/07 | 07/03/07 |  | 414522808 | 05/10/07 | 75.00 |
| 223 | 311570 | 06/05/07 | 07/03/07 | 150.00 | 414522809 | 05/24/07 | 75.00 |
| 224 | 311571 | 06/05/07 | 06/14/07 | 50.76 | 111357054 | 05/09/07 | 50.76 |
| 225 | 311572 | 06/05/07 | 07/02/07 |  | 424487657 | 05/23/07 | 76.00 |
| 226 | 311572 | 06/05/07 | 07/02/07 | 146.00 | 424487656 | 05/16/07 | 70.00 |
| 227 | 311573 | 06/05/07 | 06/19/07 | 45.00 | 43239429 | 05/21/07 | 45.00 |
| 228 | 311574 | 06/05/07 | 06/18/07 | 89.25 | 58147341 | 05/21/07 | 89.25 |
| 229 | 311575 | 06/05/07 | 06/18/07 | 131.25 | 62252172 | 05/24/07 | 131.25 |
| 230 | 311900 | 06/06/07 | 06/25/07 | 75.00 | 21207062 | 05/18/07 | 75.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Shred - IT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 231 | 311901 | 06/06/07 | 07/02/07 | 55.00 | 424462996 | 05/28/07 | 55.00 |
| 232 | 311902 | 06/06/07 | 06/18/07 | 49.50 | 10906376 | 05/17/07 | 49.50 |
| 233 | 311903 | 06/06/07 | 06/20/07 | 69.00 | 50190695 | 05/24/07 | 69.00 |
| 234 | 311904 | 06/06/07 | 06/25/07 |  | 1185220126 | 04/27/07 | 105.00 |
| 235 | 311904 | 06/06/07 | 06/25/07 | 210.00 | 1185220127 | 05/11/07 | 105.00 |
| 236 | 311905 | 06/06/07 | 07/17/07 | 99.00 | 23215130 | 05/18/07 | 99.00 |
| 237 | 311907 | 06/06/07 | 06/20/07 |  | 40494512 | 05/29/07 | 91.80 |
| 238 | 311907 | 06/06/07 | 06/20/07 | 183.60 | 40494511 | 05/15/07 | 91.80 |
| 239 | 311908 | 06/06/07 | 06/20/07 |  | 50204786 | 05/17/07 | 75.00 |
| 240 | 311908 | 06/06/07 | 06/20/07 | 150.00 | 50204787 | 05/24/07 | 75.00 |
| 241 | 311909 | 06/06/07 | 06/19/07 | 50.00 | 5252169080 | 05/18/07 | 50.00 |
| 242 | 311910 | 06/06/07 | 06/19/07 |  | 5252169444 | 05/17/07 | 70.00 |
| 243 | 311910 | 06/06/07 | 06/19/07 | 135.00 | 5252169445 | 05/24/07 | 65.00 |
| 244 | 311911 | 06/06/07 | 06/18/07 |  | 58141155 | 04/02/07 | 75.00 |
| 245 | 311911 | 06/06/07 | 06/18/07 |  | 58141156 | 04/30/07 | 75.00 |
| 246 | 311911 | 06/06/07 | 06/18/07 | 225.00 | 58141153 | 02/05/07 | 75.00 |
| 247 | 311912 | 06/06/07 | 06/14/07 | 117.00 | 606225374 | 05/29/07 | 117.00 |
| 248 | 311913 | 06/06/07 | 06/25/07 | 40.00 | 61106626 | 05/21/07 | 40.00 |
| 249 | 311914 | 06/06/07 | 06/25/07 | 80.00 | 7575917996 | 05/22/07 | 80.00 |
| 250 | 311915 | 06/06/07 | 06/25/07 | 75.00 | 7575943009 | 05/03/07 | 75.00 |
| 251 | 312155 | 06/06/07 | 06/13/07 | 75.00 | 5252154610 | 01/23/07 | 75.00 |
| 252 | 313213 | 06/11/07 | 06/21/07 |  | 47688029 | 05/31/07 | 92.50 |
| 253 | 313213 | 06/11/07 | 06/21/07 | 115.50 | 47688029 | 05/31/07 | 23.00 |
| 254 | 313214 | 06/11/07 | 06/27/07 | 65.00 | 10930753 | 05/04/07 | 65.00 |
| 255 | 313215 | 06/11/07 | 06/25/07 | 49.50 | 10915522 | 05/21/07 | 49.50 |
| 256 | 313216 | 06/11/07 | 06/25/07 | 110.00 | 2912602921 | 05/29/07 | 110.00 |
| 257 | 313558 | 06/12/07 | 06/21/07 | 31.00 | 253185435 | 05/28/07 | 31.00 |
| 258 | 313559 | 06/12/07 | 06/20/07 | 50.00 | 31346417 | 05/23/07 | 50.00 |
| 259 | 313560 | 06/12/07 | 07/06/07 | 43.00 | 424484001 | 05/09/07 | 43.00 |
| 260 | 313561 | 06/12/07 | 06/21/07 |  | 47695017 | 05/15/07 | 65.00 |
| 261 | 313561 | 06/12/07 | 06/21/07 | 130.00 | 47639148 | 12/26/06 | 65.00 |
| 262 | 313562 | 06/12/07 | 06/27/07 | 85.00 | 7575940934 | 05/25/07 | 85.00 |
| 263 | 313579 | 06/12/07 | 06/22/07 | 85.00 | 32313711 | 05/23/07 | 85.00 |
| 264 | 313580 | 06/12/07 | 06/20/07 | 60.00 | 32315161 | 05/16/07 | 60.00 |
| 265 | 313581 | 06/12/07 | 06/27/07 | 85.00 | 10899215 | 05/24/07 | 85.00 |
| 266 | 313582 | 06/12/07 | 06/22/07 | 81.25 | 32347813 | 06/01/07 | 81.25 |
| 267 | 313583 | 06/12/07 | 06/25/07 |  | 3737274182 | 04/25/07 | 75.00 |
| 268 | 313583 | 06/12/07 | 06/25/07 | 150.00 | 3737274183 | 05/23/07 | 75.00 |
| 269 | 313584 | 06/12/07 | 06/20/07 | 82.00 | 5252162946 | 05/21/07 | 82.00 |
| 270 | 313585 | 06/12/07 | 06/20/07 | 75.00 | 5252162972 | 05/29/07 | 75.00 |
| 271 | 313587 | 06/12/07 | 06/25/07 |  | 70127111 | 05/23/07 | 37.50 |
| 272 | 313587 | 06/12/07 | 06/25/07 | 75.00 | 70127111 | 05/23/07 | 37.50 |
| 273 | 314057 | 06/13/07 | 06/21/07 |  | 58147287 | 03/06/07 | 331.50 |
| 274 | 314057 | 06/13/07 | 06/21/07 |  | 58147288 | 03/20/07 | 140.25 |
| 275 | 314057 | 06/13/07 | 06/21/07 |  | 58147289 | 04/03/07 | 110.50 |
| 276 | 314057 | 06/13/07 | 06/21/07 |  | 58147290 | 04/17/07 | 106.25 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Shred - IT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 277 | 314057 | 06/13/07 | 06/21/07 | | 58118067 | 01/09/07 | 106.25 |
| 278 | 314057 | 06/13/07 | 06/21/07 | | 58147285 | 02/06/07 | 106.25 |
| 279 | 314057 | 06/13/07 | 06/21/07 | | 58147286 | 02/20/07 | 106.25 |
| 280 | 314057 | 06/13/07 | 06/21/07 | | 58147291 | 05/01/07 | 75.00 |
| 281 | 314057 | 06/13/07 | 06/21/07 | | 58118066 | 12/26/06 | 75.00 |
| 282 | 314057 | 06/13/07 | 06/21/07 | | 58147292 | 05/15/07 | 75.00 |
| 283 | 314057 | 06/13/07 | 06/21/07 | 1,307.25 | 58118068 | 01/23/07 | 75.00 |
| 284 | 314234 | 06/14/07 | 06/22/07 | | 2222437948 | 05/23/07 | 42.00 |
| 285 | 314234 | 06/14/07 | 06/22/07 | | 2222437947 | 04/25/07 | 42.00 |
| 286 | 314234 | 06/14/07 | 06/22/07 | | 2222437948 | 05/23/07 | 9.00 |
| 287 | 314234 | 06/14/07 | 06/22/07 | | 2222437947 | 04/25/07 | 9.00 |
| 288 | 314234 | 06/14/07 | 06/22/07 | | 2222437948 | 05/23/07 | 9.00 |
| 289 | 314234 | 06/14/07 | 06/22/07 | 120.00 | 2222437947 | 04/25/07 | 9.00 |
| 290 | 314235 | 06/14/07 | 06/25/07 | 65.00 | 2222473765 | 04/25/07 | 65.00 |
| 291 | 314236 | 06/14/07 | 06/22/07 | | 2222463134 | 05/22/07 | 75.00 |
| 292 | 314236 | 06/14/07 | 06/22/07 | 140.00 | 2222473766 | 05/23/07 | 65.00 |
| 293 | 314237 | 06/14/07 | 06/29/07 | 65.00 | 2912642816 | 05/09/07 | 65.00 |
| 294 | 314238 | 06/14/07 | 07/02/07 | 76.00 | 424487658 | 05/30/07 | 76.00 |
| 295 | 314239 | 06/14/07 | 06/26/07 | 65.00 | 5252169446 | 06/01/07 | 65.00 |
| 296 | 314240 | 06/14/07 | 07/06/07 | 75.00 | 70129842 | 06/05/07 | 75.00 |
| 297 | 314680 | 06/15/07 | 07/02/07 | 80.00 | 910266940 | 05/30/07 | 80.00 |
| 298 | 314681 | 06/15/07 | 07/02/07 | | 32313739 | 05/28/07 | 77.00 |
| 299 | 314681 | 06/15/07 | 07/02/07 | 147.00 | 32313740 | 06/04/07 | 70.00 |
| 300 | 314682 | 06/15/07 | 07/02/07 | | 32320868 | 05/28/07 | 70.00 |
| 301 | 314682 | 06/15/07 | 07/02/07 | 140.00 | 32320869 | 06/04/07 | 70.00 |
| 302 | 314683 | 06/15/07 | 07/06/07 | | 6565288936 | 05/25/07 | 85.00 |
| 303 | 314683 | 06/15/07 | 07/06/07 | 170.00 | 6565288935 | 04/27/07 | 85.00 |
| 304 | 314684 | 06/15/07 | 07/02/07 | 80.00 | 910223335 | 05/29/07 | 80.00 |
| 305 | 314685 | 06/15/07 | 07/05/07 | 54.00 | 50190696 | 05/31/07 | 54.00 |
| 306 | 314686 | 06/15/07 | 07/02/07 | 31.00 | 253187374 | 06/01/07 | 31.00 |
| 307 | 314687 | 06/15/07 | 07/05/07 | 80.00 | 50199413 | 06/04/07 | 80.00 |
| 308 | 314688 | 06/15/07 | 06/29/07 | 90.00 | 5252162947 | 06/04/07 | 90.00 |
| 309 | 314780 | 06/15/07 | 07/02/07 | 93.70 | 47710968 | 05/09/07 | 93.70 |
| 310 | 314781 | 06/15/07 | 07/05/07 | | 70117150 | 05/09/07 | 75.00 |
| 311 | 314781 | 06/15/07 | 07/05/07 | 150.00 | 70117177 | 06/01/07 | 75.00 |
| 312 | 315284 | 06/19/07 | 07/09/07 | 75.00 | 21236060 | 05/18/07 | 75.00 |
| 313 | 315285 | 06/19/07 | 07/02/07 | 70.00 | 32313741 | 06/11/07 | 70.00 |
| 314 | 315286 | 06/19/07 | 07/02/07 | 70.00 | 32320870 | 06/11/07 | 70.00 |
| 315 | 315287 | 06/19/07 | 07/02/07 | | 47688030 | 06/07/07 | 95.48 |
| 316 | 315287 | 06/19/07 | 07/02/07 | 119.35 | 47688030 | 06/07/07 | 23.87 |
| 317 | 315288 | 06/19/07 | 07/03/07 | 59.40 | 5140431 | 05/30/07 | 59.40 |
| 318 | 315289 | 06/19/07 | 07/03/07 | 59.81 | 5134636 | 05/25/07 | 59.81 |
| 319 | 315290 | 06/19/07 | 07/02/07 | | 606208537 | 05/24/07 | 68.00 |
| 320 | 315290 | 06/19/07 | 07/02/07 | 136.00 | 606208538 | 05/31/07 | 68.00 |
| 321 | 315291 | 06/19/07 | 07/05/07 | 50.00 | 50190697 | 06/07/07 | 50.00 |
| 322 | 315292 | 06/19/07 | 07/02/07 | 93.75 | 2222471251 | 06/06/07 | 93.75 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Shred - IT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 323 | 315293 | 06/19/07 | 07/09/07 | 47.66 | 1463074495 | 06/06/07 | 47.66 |
| 324 | 315294 | 06/19/07 | 07/03/07 | 95.00 | 2664717260 | 06/11/07 | 95.00 |
| 325 | 315295 | 06/19/07 | 07/02/07 | 357.50 | 2912730020 | 06/11/07 | 357.50 |
| 326 | 315296 | 06/19/07 | 06/29/07 | 130.00 | 36311283 | 06/04/07 | 130.00 |
| 327 | 315297 | 06/19/07 | 07/09/07 | 43.00 | 424484002 | 06/06/07 | 43.00 |
| 328 | 315298 | 06/19/07 | 06/29/07 | 97.50 | 5252162926 | 06/04/07 | 97.50 |
| 329 | 315299 | 06/19/07 | 06/29/07 |  | 5252169447 | 06/07/07 | 65.00 |
| 330 | 315299 | 06/19/07 | 06/29/07 | 115.00 | 5252169557 | 05/25/07 | 50.00 |
| 331 | 315300 | 06/19/07 | 06/29/07 | 240.50 | 56384476 | 06/11/07 | 240.50 |
| 332 | 315301 | 06/19/07 | 07/02/07 | 128.40 | 606225375 | 06/05/07 | 128.40 |
| 333 | 315302 | 06/19/07 | 07/02/07 | 60.00 | 61106627 | 06/04/07 | 60.00 |
| 334 | 315303 | 06/19/07 | 07/02/07 | 65.00 | 62252173 | 06/07/07 | 65.00 |
| 335 | 315304 | 06/19/07 | 07/09/07 |  | 7575923784 | 05/18/07 | 225.60 |
| 336 | 315304 | 06/19/07 | 07/09/07 |  | 7575923782 | 04/20/07 | 89.30 |
| 337 | 315304 | 06/19/07 | 07/09/07 |  | 7575923783 | 05/04/07 | 80.00 |
| 338 | 315304 | 06/19/07 | 07/09/07 | 474.90 | 7575923781 | 04/06/07 | 80.00 |
| 339 | 315605 | 06/20/07 | 07/09/07 | 75.00 | 333484630 | 06/11/07 | 75.00 |
| 340 | 315606 | 06/20/07 | 07/11/07 | 65.00 | 47738621 | 05/28/07 | 65.00 |
| 341 | 315607 | 06/20/07 | 07/11/07 | 55.00 | 1185224882 | 06/08/07 | 55.00 |
| 342 | 315608 | 06/20/07 | 07/19/07 | 85.10 | 424487659 | 06/06/07 | 85.10 |
| 343 | 315609 | 06/20/07 | 07/11/07 |  | 50204686 | 05/24/07 | 65.00 |
| 344 | 315609 | 06/20/07 | 07/11/07 |  | 50204685 | 05/14/07 | 65.00 |
| 345 | 315609 | 06/20/07 | 07/11/07 | 195.00 | 50204687 | 06/11/07 | 65.00 |
| 346 | 315610 | 06/20/07 | 07/05/07 | 75.00 | 5252162973 | 06/11/07 | 75.00 |
| 347 | 315611 | 06/20/07 | 07/06/07 |  | 56400201 | 03/27/07 | 70.00 |
| 348 | 315611 | 06/20/07 | 07/06/07 | 140.00 | 56400200 | 03/13/07 | 70.00 |
| 349 | 315624 | 06/20/07 | 07/11/07 |  | 47688031 | 06/14/07 | 92.40 |
| 350 | 315624 | 06/20/07 | 07/11/07 |  | 47732827 | 05/30/07 | 80.00 |
| 351 | 315624 | 06/20/07 | 07/11/07 |  | 47732828 | 06/13/07 | 80.00 |
| 352 | 315624 | 06/20/07 | 07/11/07 | 275.50 | 47688031 | 06/14/07 | 23.10 |
| 353 | 315625 | 06/20/07 | 07/05/07 | 31.00 | 253162867 | 06/06/07 | 31.00 |
| 354 | 315626 | 06/20/07 | 07/11/07 | 91.80 | 40494513 | 06/12/07 | 91.80 |
| 355 | 315763 | 06/21/07 | 07/11/07 |  | 8268952 | 05/22/07 | 55.00 |
| 356 | 315763 | 06/21/07 | 07/11/07 | 110.00 | 8269413 | 06/15/07 | 55.00 |
| 357 | 315764 | 06/21/07 | 07/13/07 | 55.00 | 23215131 | 06/15/07 | 55.00 |
| 358 | 315765 | 06/21/07 | 07/19/07 | 70.00 | 424487660 | 06/13/07 | 70.00 |
| 359 | 315766 | 06/21/07 | 07/11/07 | 65.00 | 888316698 | 06/18/07 | 65.00 |
| 360 | 315802 | 06/21/07 | 07/19/07 | 55.00 | 424492600 | 06/13/07 | 55.00 |
| 361 | 315804 | 06/21/07 | 07/10/07 |  | 6367093660 | 03/13/07 | 172.50 |
| 362 | 315804 | 06/21/07 | 07/10/07 | 232.50 | 6367083659 | 02/13/07 | 60.00 |
| 363 | 315805 | 06/21/07 | 07/06/07 | 56.01 | 111362618 | 06/04/07 | 56.01 |
| 364 | 315806 | 06/21/07 | 07/03/07 | 75.00 | 2222463135 | 06/05/07 | 75.00 |
| 365 | 315807 | 06/21/07 | 07/05/07 | 80.00 | 50202688 | 05/22/07 | 80.00 |
| 366 | 315808 | 06/21/07 | 07/09/07 | 75.00 | 58147342 | 06/04/07 | 75.00 |
| 367 | 315809 | 06/21/07 | 07/11/07 | 75.00 | 70117151 | 06/06/07 | 75.00 |
| 368 | 317330 | 06/25/07 | 07/12/07 | 55.00 | 23189024 | 06/04/07 | 55.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Shred - IT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 369 | 317331 | 06/25/07 | 07/11/07 | 65.00 | 2912721192 | 06/18/07 | 65.00 |
| 370 | 317332 | 06/25/07 | 07/11/07 | 65.00 | 2912642817 | 05/25/07 | 65.00 |
| 371 | 317333 | 06/25/07 | 07/12/07 |  | 70127112 | 06/13/07 | 37.50 |
| 372 | 317333 | 06/25/07 | 07/12/07 | 75.00 | 70127112 | 06/13/07 | 37.50 |
| 373 | 318009 | 06/27/07 | 07/16/07 | 85.00 | 8269426 | 06/20/07 | 85.00 |
| 374 | 318010 | 06/27/07 | 07/11/07 |  | 910223336 | 06/13/07 | 80.00 |
| 375 | 318010 | 06/27/07 | 07/11/07 | 160.00 | 910266941 | 06/13/07 | 80.00 |
| 376 | 318011 | 06/27/07 | 07/16/07 | 211.75 | 10899216 | 06/07/07 | 211.75 |
| 377 | 318012 | 06/27/07 | 07/16/07 | 49.50 | 10906377 | 06/14/07 | 49.50 |
| 378 | 318013 | 06/27/07 | 07/23/07 | 66.00 | 50190698 | 06/14/07 | 66.00 |
| 379 | 318014 | 06/27/07 | 07/16/07 |  | 50191206 | 06/15/07 | 80.00 |
| 380 | 318014 | 06/27/07 | 07/16/07 |  | 50191205 | 06/01/07 | 80.00 |
| 381 | 318014 | 06/27/07 | 07/16/07 | 240.00 | 50191204 | 05/18/07 | 80.00 |
| 382 | 318015 | 06/27/07 | 07/17/07 | 130.00 | 23218450 | 06/19/07 | 130.00 |
| 383 | 318016 | 06/27/07 | 07/18/07 |  | 344686722 | 05/24/07 | 109.50 |
| 384 | 318016 | 06/27/07 | 07/18/07 | 184.50 | 344686723 | 06/07/07 | 75.00 |
| 385 | 318017 | 06/27/07 | 07/18/07 | 80.00 | 50199516 | 06/07/07 | 80.00 |
| 386 | 318018 | 06/27/07 | 07/13/07 | 75.00 | 58147133 | 06/19/07 | 75.00 |
| 387 | 318322 | 06/28/07 | 07/18/07 | 124.50 | 192227477 | 06/04/07 | 124.50 |
| 388 | 318323 | 06/28/07 | 07/12/07 | 60.95 | 253150426 | 06/04/07 | 60.95 |
| 389 | 318324 | 06/28/07 | 07/12/07 | 31.00 | 253185436 | 06/18/07 | 31.00 |
| 390 | 318325 | 06/28/07 | 07/12/07 | 120.00 | 5252162948 | 06/19/07 | 120.00 |
| 391 | 318326 | 06/28/07 | 07/13/07 | 70.00 | 56413664 | 06/19/07 | 70.00 |
| 392 | 318328 | 06/28/07 | 07/18/07 | 95.00 | 7575912681 | 05/23/07 | 95.00 |
| 393 | 318831 | 06/29/07 | 07/13/07 | 70.00 | 36290307 | 06/12/07 | 70.00 |
| 394 | 318832 | 06/29/07 | 07/16/07 | 45.00 | 43239430 | 06/18/07 | 45.00 |
| 395 | 318833 | 06/29/07 | 07/18/07 | 65.00 | 47695018 | 06/12/07 | 65.00 |
| 396 | 318834 | 06/29/07 | 07/13/07 | 103.75 | 56419881 | 06/14/07 | 103.75 |
| 397 | 318853 | 06/29/07 | 07/09/07 |  | 62252174 | 06/21/07 | 65.00 |
| 398 | 318853 | 06/29/07 | 07/09/07 | 130.00 | 62250707 | 05/10/07 | 65.00 |
| 399 | 319112 | 07/02/07 | 07/12/07 | 85.00 | 32313712 | 06/20/07 | 85.00 |
| 400 | 319113 | 07/02/07 | 07/12/07 | 70.00 | 32313743 | 06/25/07 | 70.00 |
| 401 | 319114 | 07/02/07 | 07/12/07 | 60.00 | 32315162 | 06/13/07 | 60.00 |
| 402 | 319115 | 07/02/07 | 07/18/07 |  | 47688032 | 06/21/07 | 92.50 |
| 403 | 319115 | 07/02/07 | 07/18/07 | 115.50 | 47688032 | 06/21/07 | 23.00 |
| 404 | 319116 | 07/02/07 | 07/10/07 | 58.64 | 111357055 | 06/06/07 | 58.64 |
| 405 | 319117 | 07/02/07 | 07/16/07 | 75.00 | 70133482 | 06/27/07 | 75.00 |
| 406 | 320474 | 07/09/07 | 07/19/07 | 95.00 | 32382916 | 06/15/07 | 95.00 |
| 407 | 320475 | 07/09/07 | 07/25/07 | 55.00 | 424462997 | 06/25/07 | 55.00 |
| 408 | 320476 | 07/09/07 | 07/19/07 | 59.40 | 5131775 | 06/11/07 | 59.40 |
| 409 | 320477 | 07/09/07 | 07/19/07 | 59.81 | 5134637 | 06/08/07 | 59.81 |
| 410 | 320478 | 07/09/07 | 07/18/07 |  | 606208540 | 06/14/07 | 68.00 |
| 411 | 320478 | 07/09/07 | 07/18/07 | 133.00 | 606163494 | 12/07/06 | 65.00 |
| 412 | 320479 | 07/09/07 | 07/25/07 |  | 1185225547 | 06/08/07 | 105.00 |
| 413 | 320479 | 07/09/07 | 07/25/07 | 210.00 | 1185225546 | 05/25/07 | 105.00 |
| 414 | 320480 | 07/09/07 | 07/20/07 | 95.00 | 2664717261 | 06/25/07 | 95.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Shred - IT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 415 | 320481 | 07/09/07 | 07/30/07 | 76.00 | 424487661 | 06/20/07 | 76.00 |
| 416 | 320482 | 07/09/07 | 07/23/07 | 80.00 | 50199414 | 05/27/07 | 80.00 |
| 417 | 320483 | 07/09/07 | 07/23/07 | 80.00 | 50199517 | 06/14/07 | 80.00 |
| 418 | 320484 | 07/09/07 | 07/23/07 | 65.00 | 50204688 | 06/25/07 | 65.00 |
| 419 | 320485 | 07/09/07 | 07/18/07 |  | 606225377 | 06/19/07 | 155.00 |
| 420 | 320485 | 07/09/07 | 07/18/07 | 272.00 | 606225376 | 06/12/07 | 117.00 |
| 421 | 320486 | 07/09/07 | 07/25/07 | 80.00 | 7575917998 | 06/19/07 | 80.00 |
| 422 | 320802 | 07/10/07 | 07/19/07 | 80.00 | 910211123 | 06/25/07 | 80.00 |
| 423 | 320803 | 07/10/07 | 07/20/07 | 75.00 | 333484631 | 06/25/07 | 75.00 |
| 424 | 320804 | 07/10/07 | 07/19/07 | 55.00 | 8269624 | 06/26/07 | 55.00 |
| 425 | 320805 | 07/10/07 | 07/23/07 | 80.00 | 2912602922 | 06/26/07 | 80.00 |
| 426 | 320806 | 07/10/07 | 07/18/07 | 50.00 | 31346418 | 06/20/07 | 50.00 |
| 427 | 320807 | 07/10/07 | 07/31/07 | 300.50 | 4545404984 | 06/27/07 | 300.50 |
| 428 | 320808 | 07/10/07 | 07/26/07 | 20.00 | 61106628 | 06/18/07 | 20.00 |
| 429 | 320825 | 07/10/07 | 07/30/07 |  | 47688033 | 06/28/07 | 89.32 |
| 430 | 320825 | 07/10/07 | 07/30/07 | 111.65 | 47688033 | 06/28/07 | 22.33 |
| 431 | 320826 | 07/10/07 | 07/27/07 | 50.69 | 111352760 | 06/25/07 | 50.69 |
| 432 | 320827 | 07/10/07 | 07/30/07 | 55.00 | 47723256 | 06/12/07 | 55.00 |
| 433 | 320828 | 07/10/07 | 07/26/07 |  | 50204789 | 06/07/07 | 78.00 |
| 434 | 320828 | 07/10/07 | 07/26/07 |  | 50204788 | 05/31/07 | 75.00 |
| 435 | 320828 | 07/10/07 | 07/26/07 | 228.00 | 50204790 | 06/14/07 | 75.00 |
| 436 | 320829 | 07/10/07 | 07/20/07 | 97.50 | 5252162927 | 06/25/07 | 97.50 |
| 437 | 320830 | 07/10/07 | 07/20/07 | 50.00 | 5252169081 | 06/18/07 | 50.00 |
| 438 | 320831 | 07/10/07 | 07/19/07 |  | 5252162974 | 06/25/07 | 75.00 |
| 439 | 320831 | 07/10/07 | 07/19/07 |  | 5252169449 | 06/21/07 | 65.00 |
| 440 | 320831 | 07/10/07 | 07/19/07 |  | 5252169448 | 06/14/07 | 65.00 |
| 441 | 320831 | 07/10/07 | 07/19/07 | 270.00 | 5252169450 | 06/27/07 | 65.00 |
| 442 | 321170 | 07/11/07 | 08/01/07 | 105.80 | 21207063 | 06/15/07 | 105.80 |
| 443 | 321171 | 07/11/07 | 08/01/07 | 75.00 | 21236061 | 06/15/07 | 75.00 |
| 444 | 321172 | 07/11/07 | 07/23/07 |  | 414522811 | 06/21/07 | 75.00 |
| 445 | 321172 | 07/11/07 | 07/23/07 | 150.00 | 414522810 | 06/07/07 | 75.00 |
| 446 | 321173 | 07/11/07 | 07/24/07 |  | 1463074496 | 06/20/07 | 47.66 |
| 447 | 321173 | 07/11/07 | 07/24/07 | 95.32 | 1463089663 | 07/03/07 | 47.66 |
| 448 | 321174 | 07/11/07 | 07/24/07 | 75.00 | 3737274184 | 06/20/07 | 75.00 |
| 449 | 321175 | 07/11/07 | 07/17/07 | 90.00 | 5252162949 | 07/28/07 | 90.00 |
| 450 | 321176 | 07/11/07 | 07/18/07 | 50.00 | 606209695 | 06/12/07 | 50.00 |
| 451 | 321676 | 07/12/07 | 07/27/07 | 55.00 | 23189025 | 07/02/07 | 55.00 |
| 452 | 321677 | 07/12/07 | 07/23/07 | 84.70 | 32313744 | 07/02/07 | 84.70 |
| 453 | 321678 | 07/12/07 | 07/23/07 | 70.00 | 32320872 | 06/25/07 | 70.00 |
| 454 | 321679 | 07/12/07 | 07/27/07 | 43.39 | 111362619 | 07/02/07 | 43.39 |
| 455 | 321680 | 07/12/07 | 07/24/07 | 75.00 | 2222463136 | 06/19/07 | 75.00 |
| 456 | 321681 | 07/12/07 | 07/26/07 | 65.00 | 2912642818 | 06/08/07 | 65.00 |
| 457 | 321682 | 07/12/07 | 07/30/07 | 70.00 | 424487662 | 06/27/07 | 70.00 |
| 458 | 321683 | 07/12/07 | 07/26/07 |  | 58147294 | 06/14/07 | 170.00 |
| 459 | 321683 | 07/12/07 | 07/26/07 | 263.50 | 58147295 | 06/26/07 | 93.50 |
| 460 | 321750 | 07/12/07 | 07/26/07 |  | 910223337 | 06/26/07 | 80.00 |

Case 07-11047-CSS    Doc 7763-1    Filed 07/30/09    Page 11 of 11

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Shred - IT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 461 | 321750 | 07/12/07 | 07/26/07 | 160.00 | 910266942 | 06/27/07 | 80.00 |
| 462 | 321751 | 07/12/07 | 07/26/07 | 60.00 | 50190699 | 06/21/07 | 60.00 |
| 463 | 321752 | 07/12/07 | 07/26/07 | 108.00 | 2664711766 | 06/29/07 | 108.00 |
| 464 | 321753 | 07/12/07 | 07/26/07 | 105.00 | 2664699657 | 05/22/07 | 105.00 |
| 465 | 321976 | 07/13/07 | 07/27/07 | 59.40 | 5131776 | 06/25/07 | 59.40 |
| 466 | 321977 | 07/13/07 | 07/27/07 | 59.81 | 5134638 | 06/22/07 | 59.81 |
| 467 | 321978 | 07/13/07 | 07/25/07 | 68.00 | 606208541 | 06/21/07 | 68.00 |
| 468 | 321979 | 07/13/07 | 07/27/07 | 50.74 | 111357056 | 07/04/07 | 50.74 |
| 469 | 321980 | 07/13/07 | 07/25/07 | 31.00 | 253187375 | 06/22/07 | 31.00 |
| 470 | 321981 | 07/13/07 | 07/25/07 | | 32347814 | 06/15/07 | 60.00 |
| 471 | 321981 | 07/13/07 | 07/25/07 | 120.00 | 32347815 | 06/29/07 | 60.00 |
| 472 | 321982 | 07/13/07 | 08/02/07 | 75.00 | 344686724 | 06/21/07 | 75.00 |
| 473 | 321983 | 07/13/07 | 07/26/07 | 80.00 | 50202689 | 06/19/07 | 80.00 |
| 474 | 321984 | 07/13/07 | 07/24/07 | 50.00 | 5252169558 | 06/21/07 | 50.00 |
| 475 | 321985 | 07/13/07 | 07/26/07 | | 58147343 | 06/18/07 | 75.00 |
| 476 | 321985 | 07/13/07 | 07/26/07 | 150.00 | 58147344 | 07/02/07 | 75.00 |
| 477 | 321986 | 07/13/07 | 07/25/07 | 143.60 | 606225378 | 06/26/07 | 143.60 |
| 478 | 321987 | 07/13/07 | 07/25/07 | 75.00 | 70129843 | 07/03/07 | 75.00 |
| 479 | 323745 | 07/23/07 | 07/31/07 | | 2222437949 | 06/20/07 | 42.00 |
| 480 | 323745 | 07/23/07 | 07/31/07 | | 2222437949 | 06/20/07 | 9.00 |
| 481 | 323745 | 07/23/07 | 07/31/07 | 60.00 | 2222437949 | 06/20/07 | 9.00 |
| 482 | 323748 | 07/23/07 | 07/31/07 | 65.00 | 2222477051 | 06/22/07 | 65.00 |
| 483 | 323749 | 07/23/07 | 08/01/07 | 33.00 | 253185437 | 07/09/07 | 33.00 |
| 484 | 323750 | 07/23/07 | 08/01/07 | 35.00 | 253162868 | 07/04/07 | 35.00 |
| 485 | 323752 | 07/23/07 | 07/31/07 | 65.00 | 5252169451 | 07/05/07 | 65.00 |
| 486 | 323813 | 07/23/07 | 07/31/07 | 131.25 | 2222471253 | 07/05/07 | 131.25 |
| 487 | 323815 | 07/23/07 | 07/31/07 | 75.00 | 5252162975 | 07/09/07 | 75.00 |
| 488 | 323862 | 07/23/07 | 08/01/07 | 39.00 | 64321833 | 06/29/07 | 39.00 |
| 489 | 325047 | 07/24/07 | 08/01/07 | 68.00 | 606208542 | 06/28/07 | 68.00 |
| 490 | 325052 | 07/24/07 | 08/01/07 | 117.00 | 606225380 | 07/10/07 | 117.00 |
| | | | | $ 39,013.78 | | | $ 39,013.78 |