AHM - Summary of Invoices Paid in the Preference Period
Vendor - SLO, LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 310120 | 05/29/07 | 06/12/07 |  | SEC DEPOSIT | 05/25/07 | 23,750.00 |
| 2 | 310120 | 05/29/07 | 06/12/07 | 31,666.66 | JUNE RENT | 05/25/07 | 7,916.66 |
|   |        |          |          | $ 31,666.66 |             |          | $ 31,666.66 |