AHM - Summary of Invoices Paid in the Preference Period
Vendor - HERITAGE VILLAGE OFFICES
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 308100 | 05/22/07 | 06/06/07 | | | 05/13/07 | $ 8,222.76 |
| 2 | 308100 | 05/22/07 | 06/06/07 | 13,686.76 | | 05/13/07 | 5,464.00 |
| 3 | 316332 | 06/21/07 | 07/03/07 | | | 06/13/07 | 8,222.76 |
| 4 | 316332 | 06/21/07 | 07/03/07 | | | 06/13/07 | 5,464.00 |
| 5 | 316332 | 06/21/07 | 07/03/07 | 2,038.76 | RENT ADJ | 03/22/07 | (11,648.00) |
| 6 | 322420 | 07/17/07 | 07/20/07 | | JULY | 07/16/07 | 11,836.91 |
| 7 | 322420 | 07/17/07 | 07/20/07 | 9,987.06 | | 06/01/07 | (1,849.85) |
| 8 | 323029 | 07/19/07 | 07/30/07 | 1,849.85 | JULY BAL | 07/09/07 | 1,849.85 |
| 9 | 324291 | 07/23/07 | 08/01/07 | | | 07/13/07 | 8,222.76 |
| 10 | 324291 | 07/23/07 | 08/01/07 | 13,686.76 | | 07/13/07 | 5,464.00 |
| | | | | $ 41,249.19 | | | $ 41,249.19 |