AHM - Summary of Invoices Paid in the Preference Period
Vendor - Splendor Landscape Design
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305185 | 05/11/07 | 05/16/07 | 4,500.00 | PLANT DEPOSIT | 05/11/07 | 4,500.00 |
| 2 | 307129 | 05/18/07 | 06/12/07 | 4,500.00 | 5/12-BALANCE | 05/18/07 | 4,500.00 |
| 3 | 314478 | 06/14/07 | 06/20/07 | 5,400.00 | 538-PLANT | 06/14/07 | 5,400.00 |
| 4 | 317209 | 06/22/07 | 06/27/07 | | WEST-DEPOSIT | 06/22/07 | 5,400.00 |
| 5 | 317209 | 06/22/07 | 06/27/07 | 10,800.00 | 538-BALANCE | 06/22/07 | 5,400.00 |
| 6 | 318111 | 06/27/07 | 07/06/07 | 5,400.00 | 538-WEST-BAL | 06/27/07 | 5,400.00 |
| | | | | $ 30,600.00 | | | $ 30,600.00 |