AHM - Summary of Invoices Paid in the Preference Period
Vendor - Haggen Talbot Co., Ltd Ptnrshp
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303774 | 05/04/07 | 05/11/07 | 2,713.24 | BAL | 04/01/07 | 2,713.24 |
| 2 | 308080 | 05/22/07 | 05/29/07 | 6,539.00 | | 05/13/07 | 6,539.00 |
| 3 | 313746 | 06/12/07 | 06/19/07 | 2,532.37 | JUN BAL | 06/01/07 | 2,532.37 |
| 4 | 316311 | 06/21/07 | 07/09/07 | 6,539.00 | | 06/13/07 | 6,539.00 |
| 5 | 321853 | 07/12/07 | 07/18/07 | | BAL -TI | 06/25/07 | 4,570.11 |
| 6 | 321853 | 07/12/07 | 07/18/07 | | RECUR EXP | 06/25/07 | 1,923.89 |
| 7 | 321853 | 07/12/07 | 07/18/07 | | UTILITY REIMB | 06/25/07 | 689.44 |
| 8 | 321853 | 07/12/07 | 07/18/07 | 7,853.39 | AHM TI | 06/25/07 | 669.95 |
| 9 | 324271 | 07/23/07 | 07/30/07 | 6,539.17 | | 07/13/07 | 6,539.17 |
| | | | | $ 32,716.17 | | | $ 32,716.17 |