AHM - Summary of Invoices Paid in the Preference Period
Vendor - SPRINT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303305 | 05/02/07 | 05/11/07 | $ 52.08 | 938020512 | 04/10/07 | $ 52.08 |
| 2 | 305025 | 05/11/07 | 05/24/07 | 4.46 | 925806193 | 04/16/07 | 4.46 |
| 3 | 305026 | 05/11/07 | 05/24/07 | 24.03 | 243679342 | 04/13/07 | 24.03 |
| 4 | 307298 | 05/21/07 | 05/30/07 | | 100600519 | 05/10/07 | 1,833.03 |
| 5 | 307298 | 05/21/07 | 05/30/07 | | 100600519 | 05/10/07 | 722.55 |
| 6 | 307298 | 05/21/07 | 05/30/07 | | 100600519 | 05/10/07 | 333.33 |
| 7 | 307298 | 05/21/07 | 05/30/07 | | 100600519 | 05/10/07 | 300.34 |
| 8 | 307298 | 05/21/07 | 05/30/07 | | 100600519 | 05/10/07 | 244.31 |
| 9 | 307298 | 05/21/07 | 05/30/07 | | 100600519 | 05/10/07 | 237.66 |
| 10 | 307298 | 05/21/07 | 05/30/07 | | 100600519 | 05/10/07 | 204.86 |
| 11 | 307298 | 05/21/07 | 05/30/07 | | 100600519 | 05/10/07 | 192.03 |
| 12 | 307298 | 05/21/07 | 05/30/07 | | 100600519 | 05/10/07 | 164.16 |
| 13 | 307298 | 05/21/07 | 05/30/07 | | 100600519 | 05/10/07 | 114.27 |
| 14 | 307298 | 05/21/07 | 05/30/07 | | 100600519 | 05/10/07 | 109.62 |
| 15 | 307298 | 05/21/07 | 05/30/07 | 4,508.47 | 100600519 | 05/10/07 | 52.31 |
| 16 | 309313 | 05/24/07 | 05/30/07 | 49,628.96 | 5501229999 | 04/04/07 | 49,628.96 |
| 17 | 309674 | 05/25/07 | 06/07/07 | 0.92 | 938020512 | 05/10/07 | 0.92 |
| 18 | 314950 | 06/18/07 | 07/02/07 | | 100600519 | 06/10/07 | 1,398.64 |
| 19 | 314950 | 06/18/07 | 07/02/07 | | 100600519 | 06/10/07 | 721.68 |
| 20 | 314950 | 06/18/07 | 07/02/07 | | 100600519 | 06/10/07 | 369.55 |
| 21 | 314950 | 06/18/07 | 07/02/07 | | 100600519 | 06/10/07 | 327.14 |
| 22 | 314950 | 06/18/07 | 07/02/07 | | 100600519 | 06/10/07 | 296.59 |
| 23 | 314950 | 06/18/07 | 07/02/07 | | 100600519 | 06/10/07 | 258.25 |
| 24 | 314950 | 06/18/07 | 07/02/07 | | 100600519 | 06/10/07 | 240.05 |
| 25 | 314950 | 06/18/07 | 07/02/07 | | 100600519 | 06/10/07 | 184.68 |
| 26 | 314950 | 06/18/07 | 07/02/07 | | 100600519 | 06/10/07 | 146.18 |
| 27 | 314950 | 06/18/07 | 07/02/07 | | 100600519 | 06/10/07 | 110.12 |
| 28 | 314950 | 06/18/07 | 07/02/07 | | 100600519 | 06/10/07 | 109.96 |
| 29 | 314950 | 06/18/07 | 07/02/07 | | 100600519 | 06/10/07 | 82.31 |
| 30 | 314950 | 06/18/07 | 07/02/07 | 4,297.80 | 100600519 | 06/10/07 | 52.65 |
| 31 | 315897 | 06/21/07 | 06/29/07 | 21.80 | 669129710 | 05/13/07 | 21.80 |
| 32 | 315898 | 06/21/07 | 06/29/07 | 39.04 | 669129900 | 05/13/07 | 39.04 |
| 33 | 315899 | 06/21/07 | 06/29/07 | 45.36 | 669129910 | 05/13/07 | 45.36 |
| 34 | 315900 | 06/21/07 | 06/29/07 | 2.43 | 669129720 | 05/13/07 | 2.43 |
| 35 | 315901 | 06/21/07 | 06/29/07 | 32.63 | 669129890 | 05/13/07 | 32.63 |
| 36 | 315902 | 06/21/07 | 06/29/07 | 35.75 | 669129920 | 05/13/07 | 35.75 |
| 37 | 315903 | 06/21/07 | 06/29/07 | 38.57 | 669129930 | 05/13/07 | 38.57 |
| 38 | 315904 | 06/21/07 | 06/29/07 | 37.88 | 669129940 | 05/13/07 | 37.88 |
| 39 | 315905 | 06/21/07 | 06/29/07 | 22.02 | 669129950 | 05/13/07 | 22.02 |
| 40 | 315906 | 06/21/07 | 06/29/07 | 39.91 | 669129960 | 05/13/07 | 39.91 |
| 41 | 315907 | 06/21/07 | 06/29/07 | 4.23 | 700980320 | 05/31/07 | 4.23 |
| 42 | 315908 | 06/21/07 | 06/29/07 | 33.23 | 669129840 | 05/13/07 | 33.23 |
| 43 | 317003 | 06/22/07 | 07/02/07 | 58,051.84 | 5501229999 | 05/04/07 | 58,051.84 |
| 44 | 319008 | 07/02/07 | 07/12/07 | 35.36 | 243679342 | 06/13/07 | 35.36 |
| 45 | 319009 | 07/02/07 | 07/12/07 | 21.67 | 669129710 | 06/13/07 | 21.67 |
| 46 | 319010 | 07/02/07 | 07/12/07 | 26.11 | 669129900 | 06/13/07 | 26.11 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - SPRINT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 319011 | 07/02/07 | 07/12/07 | 33.04 | 669129910 | 06/13/07 | 33.04 |
| 48 | 319012 | 07/02/07 | 07/12/07 | 536.96 | 668942670 | 06/14/07 | 536.96 |
| 49 | 319013 | 07/02/07 | 07/12/07 | 37.45 | 669129890 | 06/13/07 | 37.45 |
| 50 | 319014 | 07/02/07 | 07/12/07 | 23.53 | 669129920 | 06/13/07 | 23.53 |
| 51 | 319015 | 07/02/07 | 07/12/07 | 56.95 | 669129930 | 06/13/07 | 56.95 |
| 52 | 319016 | 07/02/07 | 07/12/07 | 22.42 | 669129940 | 06/13/07 | 22.42 |
| 53 | 319017 | 07/02/07 | 07/12/07 | 20.01 | 669129950 | 06/13/07 | 20.01 |
| 54 | 319018 | 07/02/07 | 07/12/07 | 21.69 | 669129960 | 06/13/07 | 21.69 |
| 55 | 319019 | 07/02/07 | 07/12/07 | 24.06 | 669129840 | 06/13/07 | 24.06 |
| 56 | 322548 | 07/17/07 | 07/26/07 | 230.31 | 866-444-0116 | 06/27/07 | 230.31 |
| 57 | 322794 | 07/18/07 | 07/25/07 | 44,693.43 | 5501229999 | 06/04/07 | 44,693.43 |
| 58 | 325303 | 07/24/07 | 08/01/07 | 3.50 | 700985575 | 07/06/07 | 3.50 |
|   |   |   |   | $ 162,707.90 |   |   | $ 162,707.90 |