AHM - Summary of Invoices Paid in the Preference Period
Vendor - HELIOS & MATHESON
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 307732 | 05/22/07 | 06/04/07 | $ 10,920.00 | 27829 | 04/30/07 | $ 10,920.00 |
| 2 | 307741 | 05/22/07 | 06/22/07 | 16,800.00 | 27814 | 04/30/07 | 16,800.00 |
| 3 | 317111 | 06/22/07 | 07/02/07 | 15,200.00 | 27944 | 05/31/07 | 15,200.00 |
| 4 | 322177 | 07/16/07 | 07/27/07 | 11,440.00 | 27957 | 05/31/07 | 11,440.00 |
|   |   |   |   | $ 54,360.00 |   |   | $ 54,360.00 |