AHM - Summary of Invoices Paid in the Preference Period
Vendor - Highland Lakes
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 300576 | 04/24/07 | 05/09/07 |  | MAY | 04/23/07 | 5,696.00 |
| 2 | 300576 | 04/24/07 | 05/09/07 |  | MAY | 04/23/07 | 2,722.00 |
| 3 | 300576 | 04/24/07 | 05/09/07 |  | MAY | 04/23/07 | 2,722.00 |
| 4 | 300576 | 04/24/07 | 05/09/07 | 12,345.00 | MAY | 04/23/07 | 1,205.00 |
| 5 | 308105 | 05/22/07 | 06/11/07 |  |  | 05/13/07 | 5,696.00 |
| 6 | 308105 | 05/22/07 | 06/11/07 |  |  | 05/13/07 | 2,722.00 |
| 7 | 308105 | 05/22/07 | 06/11/07 |  |  | 05/13/07 | 1,722.00 |
| 8 | 308105 | 05/22/07 | 06/11/07 |  |  | 05/13/07 | 1,205.00 |
| 9 | 308105 | 05/22/07 | 06/11/07 | 12,345.00 |  | 05/13/07 | 1,000.00 |
| 10 | 316337 | 06/21/07 | 07/09/07 |  |  | 06/13/07 | 5,696.00 |
| 11 | 316337 | 06/21/07 | 07/09/07 |  |  | 06/13/07 | 2,722.00 |
| 12 | 316337 | 06/21/07 | 07/09/07 |  |  | 06/13/07 | 1,722.00 |
| 13 | 316337 | 06/21/07 | 07/09/07 |  |  | 06/13/07 | 1,205.00 |
| 14 | 316337 | 06/21/07 | 07/09/07 | 12,345.00 |  | 06/13/07 | 1,000.00 |
|  |  |  |  | $ 37,035.00 |  |  | $ 37,035.00 |