AHM - Summary of Invoices Paid in the Preference Period
Vendor - Staffsolve
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303264 | 05/03/07 | 05/11/07 | 2,098.45 | 11498 | 04/22/07 | 2,098.45 |
| 2 | 306595 | 05/17/07 | 05/25/07 | 2,269.12 | 11534 | 04/29/07 | 2,269.12 |
| 3 | 308918 | 05/23/07 | 06/01/07 | | 11595 | 05/13/07 | 2,500.48 |
| 4 | 308918 | 05/23/07 | 06/01/07 | 4,716.60 | 11566 | 05/06/07 | 2,216.12 |
| 5 | 313590 | 06/12/07 | 06/20/07 | 1,875.65 | 11624 | 05/20/07 | 1,875.65 |
| 6 | 314788 | 06/15/07 | 06/29/07 | | 11658 | 05/27/07 | 2,123.13 |
| 7 | 314788 | 06/15/07 | 06/29/07 | 3,855.76 | 11692 | 06/03/07 | 1,732.63 |
| 8 | 318838 | 06/29/07 | 07/11/07 | | 11722 | 06/10/07 | 2,243.84 |
| 9 | 318838 | 06/29/07 | 07/11/07 | 4,375.25 | 11754 | 06/17/07 | 2,131.41 |
| 10 | 321686 | 07/12/07 | 07/23/07 | 2,161.55 | 11786 | 06/24/07 | 2,161.55 |
| 11 | 323714 | 07/23/07 | 07/31/07 | | 11852 | 07/08/07 | 2,267.50 |
| 12 | 323714 | 07/23/07 | 07/31/07 | 4,386.75 | 11819 | 07/01/07 | 2,119.25 |
| | | | | $ 25,739.13 | | | $ 25,739.13 |