AHM - Summary of Invoices Paid in the Preference Period
Vendor - HIRERIGHT , INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 310248 | 05/30/07 | 06/08/07 | $ 41,587.25 | 277024 | 04/30/07 | $ 41,587.25 |
| 2 | 322218 | 07/16/07 | 07/24/07 | | 282395 | 05/31/07 | 40,063.25 |
| 3 | 322218 | 07/16/07 | 07/24/07 | | 287732 | 06/30/07 | 34,044.50 |
| 4 | 322218 | 07/16/07 | 07/24/07 | 73,848.00 | 270550 | 03/31/07 | (259.75) |
| | | | | $ 115,435.25 | | | $ 115,435.25 |