AHM - Summary of Invoices Paid in the Preference Period
Vendor - HBM II FULFILLMENT CENTER
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305433 | 05/12/07 | 05/23/07 | | 4288 | 04/12/07 | $ 1,231.10 |
| 2 | 305433 | 05/12/07 | 05/23/07 | | 4272 | 04/12/07 | 618.43 |
| 3 | 305433 | 05/12/07 | 05/23/07 | | 4279 | 04/12/07 | 588.75 |
| 4 | 305433 | 05/12/07 | 05/23/07 | | 4289 | 04/12/07 | 513.73 |
| 5 | 305433 | 05/12/07 | 05/23/07 | | 4269 | 04/12/07 | 479.16 |
| 6 | 305433 | 05/12/07 | 05/23/07 | | 4280 | 04/12/07 | 420.31 |
| 7 | 305433 | 05/12/07 | 05/23/07 | | 4283 | 04/12/07 | 221.45 |
| 8 | 305433 | 05/12/07 | 05/23/07 | 4,223.72 | 4287 | 04/12/07 | 150.79 |
| 9 | 305512 | 05/14/07 | 05/23/07 | | 4327 | 04/19/07 | 2,624.14 |
| 10 | 305512 | 05/14/07 | 05/23/07 | | 4312 | 04/19/07 | 2,574.62 |
| 11 | 305512 | 05/14/07 | 05/23/07 | | 4305 | 04/12/07 | 2,067.73 |
| 12 | 305512 | 05/14/07 | 05/23/07 | | 4328 | 04/19/07 | 1,786.18 |
| 13 | 305512 | 05/14/07 | 05/23/07 | | 4316 | 04/19/07 | 1,448.36 |
| 14 | 305512 | 05/14/07 | 05/23/07 | | 4290 | 04/12/07 | 1,238.31 |
| 15 | 305512 | 05/14/07 | 05/23/07 | | 4364 | 04/27/07 | 1,164.03 |
| 16 | 305512 | 05/14/07 | 05/23/07 | | 4319 | 04/19/07 | 1,049.95 |
| 17 | 305512 | 05/14/07 | 05/23/07 | | 4373 | 04/30/07 | 1,024.75 |
| 18 | 305512 | 05/14/07 | 05/23/07 | | 4367 | 04/30/07 | 892.73 |
| 19 | 305512 | 05/14/07 | 05/23/07 | | 4295 | 04/12/07 | 769.20 |
| 20 | 305512 | 05/14/07 | 05/23/07 | | 4336 | 05/11/07 | 740.39 |
| 21 | 305512 | 05/14/07 | 05/23/07 | | 4356 | 04/26/07 | 479.16 |
| 22 | 305512 | 05/14/07 | 05/23/07 | | 4355 | 04/26/07 | 479.16 |
| 23 | 305512 | 05/14/07 | 05/23/07 | | 4365 | 04/27/07 | 438.68 |
| 24 | 305512 | 05/14/07 | 05/23/07 | | 4332 | 04/19/07 | 393.72 |
| 25 | 305512 | 05/14/07 | 05/23/07 | | 4340 | 04/26/07 | 355.40 |
| 26 | 305512 | 05/14/07 | 05/23/07 | | 4340 | 04/26/07 | 355.39 |
| 27 | 305512 | 05/14/07 | 05/23/07 | | 4353 | 04/26/07 | 350.85 |
| 28 | 305512 | 05/14/07 | 05/23/07 | | 4293 | 04/12/07 | 330.12 |
| 29 | 305512 | 05/14/07 | 05/23/07 | | 4341 | 04/26/07 | 290.74 |
| 30 | 305512 | 05/14/07 | 05/23/07 | | 4313 | 04/19/07 | 290.22 |
| 31 | 305512 | 05/14/07 | 05/23/07 | | 4369 | 04/30/07 | 278.20 |
| 32 | 305512 | 05/14/07 | 05/23/07 | | 4363 | 04/27/07 | 264.07 |
| 33 | 305512 | 05/14/07 | 05/23/07 | | 4257 | 04/30/07 | 237.60 |
| 34 | 305512 | 05/14/07 | 05/23/07 | | 4317 | 04/19/07 | 224.08 |
| 35 | 305512 | 05/14/07 | 05/23/07 | | 4292 | 04/12/07 | 221.71 |
| 36 | 305512 | 05/14/07 | 05/23/07 | | 4360 | 04/26/07 | 220.48 |
| 37 | 305512 | 05/14/07 | 05/23/07 | | 4291 | 04/12/07 | 211.32 |
| 38 | 305512 | 05/14/07 | 05/23/07 | | 4291 | 04/12/07 | 211.31 |
| 39 | 305512 | 05/14/07 | 05/23/07 | | 4354 | 04/26/07 | 203.53 |
| 40 | 305512 | 05/14/07 | 05/23/07 | | 4329 | 04/19/07 | 188.33 |
| 41 | 305512 | 05/14/07 | 05/23/07 | | 4366 | 04/27/07 | 162.82 |
| 42 | 305512 | 05/14/07 | 05/23/07 | | 4339 | 04/26/07 | 138.59 |
| 43 | 305512 | 05/14/07 | 05/23/07 | | 4314 | 04/19/07 | 104.51 |
| 44 | 305512 | 05/14/07 | 05/23/07 | | 4306 | 04/12/07 | 102.41 |
| 45 | 305512 | 05/14/07 | 05/23/07 | | 4368 | 04/30/07 | 98.02 |
| 46 | 305512 | 05/14/07 | 05/23/07 | | 4337 | 04/19/07 | 90.90 |