AHM - Summary of Invoices Paid in the Preference Period
Vendor - Home Depot Incentives Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304777 | 05/10/07 | 05/16/07 | 20,000.00 | MP GIFT CARDS | 05/10/07 | 20,000.00 |
| 2 | 318125 | 06/27/07 | 07/13/07 | 10,000.00 | 400 GIFT CARDS | 06/27/07 | 10,000.00 |
| | | | | $ 30,000.00 | | | $ 30,000.00 |