AHM - Summary of Invoices Paid in the Preference Period
Vendor - HUFFMAN ASSOCIATES LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303412 | 05/02/07 | 05/09/07 | $ 43,500.00 | 330 | 04/02/07 | $ 43,500.00 |
| 2 | 307304 | 05/21/07 | 05/29/07 | 42,000.00 | 318 | 05/05/07 | 42,000.00 |
| 3 | 312798 | 06/08/07 | 06/18/07 | 40,500.00 | 342 | 05/14/07 | 40,500.00 |
|   |   |   |   | $ 126,000.00 |   |   | $ 126,000.00 |