AHM - Summary of Invoices Paid in the Preference Period
Vendor - INCO-CHECK, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | | Invoice Number | Invoice Date | Invoice Amount Paid | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 309832 | 05/25/07 | 05/30/07 | $ | 24,181.50 | 17756 | 04/01/07 | $ | 24,181.50 |
| 2 | 314005 | 06/13/07 | 06/21/07 | | 22,733.00 | 18038 | 06/01/07 | | 22,733.00 |
| 3 | 321651 | 07/12/07 | 07/24/07 | | 20,796.50 | 18300 | 06/01/07 | | 20,796.50 |
| | | | | $ | 67,711.00 | | | $ | 67,711.00 |