AHM - Summary of Invoices Paid in the Preference Period
Vendor - INFOHIGHWAY COMMUNICATIONS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 309309 | 05/24/07 | 05/31/07 | $ 23,265.79 | 1121511 | 05/01/07 | $ 23,265.79 |
| 2 | 315876 | 06/21/07 | 06/26/07 |   23,528.59 | 1147891 | 06/01/07 |   23,528.59 |
|   |        |          |          | $ 46,794.38 |         |          | $ 46,794.38 |