AHM - Summary of Invoices Paid in the Preference Period
Vendor - INN ON BILTMORE ESTATE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 325159 | 07/24/07 | 07/30/07 | $ 60,639.34 | 18F539/707 | 07/17/07 | $ 60,639.34 |
|   |   |   |   | $ 60,639.34 |   |   | $ 60,639.34 |