AHM - Summary of Invoices Paid in the Preference Period
Vendor - INNER WORKINGS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302477 | 05/01/07 | 05/08/07 | | 1016231 | 03/09/07 | $ 2,031.64 |
| 2 | 302477 | 05/01/07 | 05/08/07 | | 1016271 | 03/08/07 | 1,162.53 |
| 3 | 302477 | 05/01/07 | 05/08/07 | 3,832.12 | 1016731 | 03/07/07 | 637.95 |
| 4 | 304644 | 05/10/07 | 05/17/07 | | 940381 | 03/21/07 | 10,265.06 |
| 5 | 304644 | 05/10/07 | 05/17/07 | | 1025951 | 03/15/07 | 2,397.75 |
| 6 | 304644 | 05/10/07 | 05/17/07 | | 1025671 | 03/16/07 | 267.85 |
| 7 | 304644 | 05/10/07 | 05/17/07 | | 111196 | 04/20/07 | 20.15 |
| 8 | 304644 | 05/10/07 | 05/17/07 | 12,962.49 | 1013481 | 03/19/07 | 11.68 |
| 9 | 305789 | 05/15/07 | 05/22/07 | | 1018681 | 03/19/07 | 1,021.16 |
| 10 | 305789 | 05/15/07 | 05/22/07 | | 1052071 | 03/26/07 | 744.94 |
| 11 | 305789 | 05/15/07 | 05/22/07 | 1,783.32 | 1038291 | 03/20/07 | 17.22 |
| 12 | 309425 | 05/24/07 | 05/31/07 | 29,083.44 | INVOICE | 05/24/07 | 29,083.44 |
| 13 | 312386 | 06/07/07 | 06/18/07 | | 1042911 | 03/16/07 | 12,516.26 |
| 14 | 312386 | 06/07/07 | 06/18/07 | | 1086471 | 06/06/07 | 3,949.44 |
| 15 | 312386 | 06/07/07 | 06/18/07 | | 1017031 | 03/15/07 | 1,321.59 |
| 16 | 312386 | 06/07/07 | 06/18/07 | | 1046151 | 03/30/07 | 1,091.57 |
| 17 | 312386 | 06/07/07 | 06/18/07 | | 1065641 | 03/30/07 | 797.96 |
| 18 | 312386 | 06/07/07 | 06/18/07 | | 993911 | 03/16/07 | 302.79 |
| 19 | 312386 | 06/07/07 | 06/18/07 | | 993911 | 03/16/07 | 127.52 |
| 20 | 312386 | 06/07/07 | 06/18/07 | 20,230.60 | 1061361 | 03/30/07 | 123.47 |
| 21 | 312800 | 06/08/07 | 06/19/07 | | 1123591 | 05/09/07 | 11,470.80 |
| 22 | 312800 | 06/08/07 | 06/19/07 | | 1051001 | 03/30/07 | 4,112.96 |
| 23 | 312800 | 06/08/07 | 06/19/07 | | 986741 | 04/04/07 | 3,645.77 |
| 24 | 312800 | 06/08/07 | 06/19/07 | | 115774 | 05/15/07 | 895.58 |
| 25 | 312800 | 06/08/07 | 06/19/07 | | 1103751 | 05/11/07 | 389.60 |
| 26 | 312800 | 06/08/07 | 06/19/07 | 20,679.70 | 1092851 | 04/05/07 | 164.99 |
| 27 | 313031 | 06/08/07 | 06/18/07 | 15,741.82 | INVOICE | 06/06/07 | 15,741.82 |
| 28 | 314006 | 06/13/07 | 06/21/07 | | 1067681 | 04/25/07 | 6,961.78 |
| 29 | 314006 | 06/13/07 | 06/21/07 | | 1115461 | 04/13/07 | 2,151.63 |
| 30 | 314006 | 06/13/07 | 06/21/07 | | 1141741 | 05/01/07 | 1,782.37 |
| 31 | 314006 | 06/13/07 | 06/21/07 | | 1125531 | 05/01/07 | 1,407.23 |
| 32 | 314006 | 06/13/07 | 06/21/07 | | 1133751 | 05/01/07 | 1,330.16 |
| 33 | 314006 | 06/13/07 | 06/21/07 | | 1111811 | 05/01/07 | 1,241.84 |
| 34 | 314006 | 06/13/07 | 06/21/07 | | 1127961 | 05/01/07 | 744.94 |
| 35 | 314006 | 06/13/07 | 06/21/07 | | 1132371 | 05/01/07 | 484.69 |
| 36 | 314006 | 06/13/07 | 06/21/07 | | 1111851 | 04/17/07 | 477.75 |
| 37 | 314006 | 06/13/07 | 06/21/07 | | 1108231 | 05/01/07 | 327.34 |
| 38 | 314006 | 06/13/07 | 06/21/07 | | 1102101 | 04/12/07 | 278.94 |
| 39 | 314006 | 06/13/07 | 06/21/07 | | 1143901 | 05/04/07 | 265.84 |
| 40 | 314006 | 06/13/07 | 06/21/07 | 17,693.70 | 1120361 | 04/27/07 | 239.19 |
| 41 | 317099 | 06/22/07 | 07/03/07 | | 1167141 | 05/30/07 | 7,157.52 |
| 42 | 317099 | 06/22/07 | 07/03/07 | | 1215091 | 06/01/07 | 1,453.80 |
| 43 | 317099 | 06/22/07 | 07/03/07 | | 1150341 | 05/25/07 | 1,165.63 |
| 44 | 317099 | 06/22/07 | 07/03/07 | | 1179561 | 05/28/07 | 525.66 |
| 45 | 317099 | 06/22/07 | 07/03/07 | 10,537.17 | 1186731 | 05/31/07 | 234.56 |
| 46 | 317749 | 06/26/07 | 07/06/07 | | 1038521 | 03/16/07 | 3,949.44 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - INNER WORKINGS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 317749 | 06/26/07 | 07/06/07 | | 1142971 | 05/24/07 | 3,676.41 |
| 48 | 317749 | 06/26/07 | 07/06/07 | | 1156201 | 05/24/07 | 2,130.30 |
| 49 | 317749 | 06/26/07 | 07/06/07 | | 113908 | 05/31/07 | 341.96 |
| 50 | 317749 | 06/26/07 | 07/06/07 | | 1161181 | 05/24/07 | 243.66 |
| 51 | 317749 | 06/26/07 | 07/06/07 | 10,403.25 | 1154331 | 05/24/07 | 61.48 |
| 52 | 318298 | 06/28/07 | 07/10/07 | | 120528 | 05/30/07 | 2,487.82 |
| 53 | 318298 | 06/28/07 | 07/10/07 | | 1168681 | 05/31/07 | 1,009.24 |
| 54 | 318298 | 06/28/07 | 07/10/07 | | 1145571 | 05/24/07 | 993.98 |
| 55 | 318298 | 06/28/07 | 07/10/07 | | 1197391 | 06/07/07 | 614.15 |
| 56 | 318298 | 06/28/07 | 07/10/07 | | 1235391 | 06/07/07 | 428.88 |
| 57 | 318298 | 06/28/07 | 07/10/07 | | 1222131 | 06/01/07 | 286.43 |
| 58 | 318298 | 06/28/07 | 07/10/07 | | 1232151 | 06/07/07 | 178.82 |
| 59 | 318298 | 06/28/07 | 07/10/07 | | 1228391 | 06/06/07 | 131.98 |
| 60 | 318298 | 06/28/07 | 07/10/07 | | 121344 | 05/30/07 | 62.31 |
| 61 | 318298 | 06/28/07 | 07/10/07 | 6,213.13 | 1224641 | 06/07/07 | 19.52 |
| 62 | 319147 | 07/02/07 | 07/12/07 | 3,754.51 | 1170071 | 05/24/07 | 3,754.51 |
| 63 | 319583 | 07/03/07 | 07/11/07 | 15,345.32 | INVOICE | 07/03/07 | 15,345.32 |
| 64 | 319856 | 07/05/07 | 07/17/07 | | 1202021 | 06/11/07 | 7,036.59 |
| 65 | 319856 | 07/05/07 | 07/17/07 | | 1228931 | 06/12/07 | 3,431.08 |
| 66 | 319856 | 07/05/07 | 07/17/07 | | 1234351 | 06/12/07 | 251.14 |
| 67 | 319856 | 07/05/07 | 07/17/07 | 10,737.42 | 1234961 | 06/12/07 | 18.61 |
| 68 | 319857 | 07/05/07 | 07/17/07 | 1,086.25 | 1195141 | 05/29/07 | 1,086.25 |
| 69 | 320091 | 07/06/07 | 07/17/07 | 704.07 | 1180371 | 06/07/07 | 704.07 |
| 70 | 320783 | 07/10/07 | 07/23/07 | | 1252001 | 06/19/07 | 512.66 |
| 71 | 320783 | 07/10/07 | 07/23/07 | | 1254131 | 06/15/07 | 275.14 |
| 72 | 320783 | 07/10/07 | 07/23/07 | | 1263901 | 06/19/07 | 232.27 |
| 73 | 320783 | 07/10/07 | 07/23/07 | 1,154.77 | 1255231 | 06/19/07 | 134.70 |
| 74 | 323552 | 07/23/07 | 08/01/07 | | 1252091 | 06/29/07 | 309.90 |
| 75 | 323552 | 07/23/07 | 08/01/07 | 487.10 | 1225941 | 06/29/07 | 177.20 |
| 76 | 324962 | 07/24/07 | 08/01/07 | | 1266921 | 06/29/07 | 2,407.43 |
| 77 | 324962 | 07/24/07 | 08/01/07 | | 1276691 | 06/29/07 | 2,036.51 |
| 78 | 324962 | 07/24/07 | 08/01/07 | | 1260181 | 06/29/07 | 1,557.64 |
| 79 | 324962 | 07/24/07 | 08/01/07 | | 1248061 | 07/23/07 | 1,311.10 |
| 80 | 324962 | 07/24/07 | 08/01/07 | | 1234001 | 06/15/07 | 1,023.98 |
| 81 | 324962 | 07/24/07 | 08/01/07 | | 1264911 | 06/29/07 | 811.37 |
| 82 | 324962 | 07/24/07 | 08/01/07 | | 1270231 | 06/29/07 | 811.37 |
| 83 | 324962 | 07/24/07 | 08/01/07 | | 1285771 | 07/05/07 | 807.65 |
| 84 | 324962 | 07/24/07 | 08/01/07 | | 1221661 | 06/29/07 | 544.66 |
| 85 | 324962 | 07/24/07 | 08/01/07 | | 1275681 | 06/29/07 | 369.33 |
| 86 | 324962 | 07/24/07 | 08/01/07 | | 1185191 | 06/29/07 | 265.41 |
| 87 | 324962 | 07/24/07 | 08/01/07 | 12,014.35 | 1285571 | 06/30/07 | 67.90 |
| | | | | $ 194,444.53 | | | $ 194,444.53 |