AHM - Summary of Invoices Paid in the Preference Period
Vendor - SUCCESS STRATEGIES INSTITUTE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 306426 | 05/16/07 | 05/24/07 | $ 5,000.00 | 73 | 05/08/07 | $ 5,000.00 |
| 2 | 306427 | 05/16/07 | 05/24/07 | 5,000.00 | 74 | 05/08/07 | 5,000.00 |
| 3 | 307562 | 05/21/07 | 06/13/07 | 12,000.00 | 72 | 05/08/07 | 12,000.00 |
| 4 | 310700 | 05/31/07 | 06/13/07 | | 47 | 03/26/07 | 5,000.00 |
| 5 | 310700 | 05/31/07 | 06/13/07 | | 47 | 03/26/07 | 2,500.00 |
| 6 | 310700 | 05/31/07 | 06/13/07 | | 47 | 03/26/07 | 2,500.00 |
| 7 | 310700 | 05/31/07 | 06/13/07 | | 47 | 03/26/07 | 1,250.00 |
| 8 | 310700 | 05/31/07 | 06/13/07 | | 47 | 03/26/07 | 1,250.00 |
| 9 | 310700 | 05/31/07 | 06/13/07 | | 47 | 03/26/07 | 1,250.00 |
| 10 | 310700 | 05/31/07 | 06/13/07 | 15,000.00 | 47 | 03/26/07 | 1,250.00 |
| 11 | 315322 | 06/19/07 | 06/29/07 | | TOM F.EVENT6/18 | 06/08/07 | 3,508.91 |
| 12 | 315322 | 06/19/07 | 06/29/07 | 7,017.81 | TOM F.EVENT6/18 | 06/08/07 | 3,508.90 |
| 13 | 322916 | 07/18/07 | 07/23/07 | 77,840.00 | 84 | 07/01/07 | 77,840.00 |
| | | | | $ 121,857.81 | | | $ 121,857.81 |