AHM - Summary of Invoices Paid in the Preference Period
Vendor - Symplegades
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 312763 | 06/08/07 | 06/19/07 | | AHM047 | 05/31/07 | 8,887.50 |
| 2 | 312763 | 06/08/07 | 06/19/07 | | AHM048 | 05/31/07 | 6,255.00 |
| 3 | 312763 | 06/08/07 | 06/19/07 | | AHM050 | 05/31/07 | 5,985.00 |
| 4 | 312763 | 06/08/07 | 06/19/07 | | AHM051 | 05/31/07 | 5,512.50 |
| 5 | 312763 | 06/08/07 | 06/19/07 | 31,545.00 | AHM049 | 05/31/07 | 4,905.00 |
| | | | | $ 31,545.00 | | | $ 31,545.00 |