AHM - Summary of Invoices Paid in the Preference Period
Vendor - Radian
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303545 | 05/03/07 | 05/10/07 | $ 6,778.80 | 1621488/PLANTE | 05/03/07 | $ 6,778.80 |
| 2 | 303830 | 05/04/07 | 05/08/07 | 71,596.72 | RENEWALS MAR07 | 05/04/07 | 71,596.72 |
| 3 | 304101 | 05/07/07 | 05/10/07 | 283.65 | 1520363 | 05/07/07 | 283.65 |
| 4 | 304102 | 05/07/07 | 05/10/07 | 410.26 | 1505089 | 05/07/07 | 410.26 |
| 5 | 304103 | 05/07/07 | 05/10/07 | 3,282.37 | 1504123 | 05/07/07 | 3,282.37 |
| 6 | 304104 | 05/07/07 | 05/11/07 | 23,595.46 | 1646514 | 05/07/07 | 23,595.46 |
| 7 | 304428 | 05/08/07 | 05/15/07 | 634.29 | 800348 | 05/08/07 | 634.29 |
| 8 | 304848 | 05/10/07 | 05/16/07 | 18,980.50 | 1316224/KLEIN | 05/10/07 | 18,980.50 |
| 9 | 304849 | 05/10/07 | 05/16/07 | 2,162.40 | 1658374/MEHTA | 05/10/07 | 2,162.40 |
| 10 | 306770 | 05/17/07 | 05/30/07 | 1,838.15 | 1303912 | 05/17/07 | 1,838.15 |
| 11 | 309475 | 05/24/07 | 06/04/07 | 70,080.01 | 641426 | 05/24/07 | 70,080.01 |
| 12 | 311289 | 06/04/07 | 06/11/07 | 182.40 | 1696840/GOWIN | 06/04/07 | 182.40 |
| 13 | 311290 | 06/04/07 | 06/12/07 | 9,706.00 | 1561449/SINGH | 06/04/07 | 9,706.00 |
| 14 | 311291 | 06/04/07 | 06/12/07 | 11,269.80 | 1681986/BLACK | 06/04/07 | 11,269.80 |
| 15 | 311292 | 06/04/07 | 06/11/07 | 4,432.20 | 1701611/ALCALDE | 06/04/07 | 4,432.20 |
| 16 | 312581 | 06/07/07 | 06/15/07 | 740.90 | 1655953 | 06/07/07 | 740.90 |
| 17 | 315097 | 06/18/07 | 06/21/07 | 622,125.64 | 1614668 | 06/18/07 | 622,125.64 |
| 18 | 315098 | 06/18/07 | 06/27/07 | 1,105.80 | 1119777 | 06/18/07 | 1,105.80 |
| 19 | 320218 | 07/06/07 | 07/11/07 | 8,437.20 | 1719302/GAINES | 07/02/07 | 8,437.20 |
| 20 | 320219 | 07/06/07 | 07/11/07 | 2,398.20 | 1776103/HARVEY | 07/02/07 | 2,398.20 |
| 21 | 321440 | 07/11/07 | 07/25/07 | 3,387.10 | 1769380 | 07/11/07 | 3,387.10 |
| 22 | 321476 | 07/11/07 | 07/18/07 | 1,005.00 | 1744994/JOHNSON | 07/11/07 | 1,005.00 |
| 23 | 322109 | 07/13/07 | 07/25/07 | 66,813.19 | MP20218 | 07/13/07 | 66,813.19 |
| 24 | 322110 | 07/13/07 | 07/24/07 | 787.27 | 1355147 | 07/13/07 | 787.27 |
| 25 | 322111 | 07/13/07 | 07/25/07 | 46,229.75 | MP20218 | 07/13/07 | 46,229.75 |
| 26 | 322112 | 07/13/07 | 07/25/07 | 64,982.44 | MP20218 | 07/13/07 | 64,982.44 |
| 27 | 322113 | 07/13/07 | 07/30/07 | 66,339.56 | MP20218 | 07/13/07 | 66,339.56 |
| 28 | 322114 | 07/13/07 | 07/25/07 | 9,278.99 | 1762193 | 07/13/07 | 9,278.99 |
| 29 | 322348 | 07/16/07 | 07/24/07 | 130,031.78 | LP PRIM JUNE | 07/16/07 | 130,031.78 |
| 30 | 323391 | 07/20/07 | 07/26/07 | 39,992.10 | 53211964 | 07/20/07 | 39,992.10 |
| 31 | 323392 | 07/20/07 | 07/26/07 | 68,718.99 | 53210739 | 07/20/07 | 68,718.99 |
| 32 | 324795 | 07/23/07 | 07/26/07 | 537,998.30 | 1240263 | 07/23/07 | 537,998.30 |
| 33 | 325181 | 07/24/07 | 07/30/07 | 2,000.00 | 322113 | 07/24/07 | 2,000.00 |
| 34 | 326066 | 07/26/07 | 07/31/07 | 855.00 | 1616317 | 07/26/07 | 855.00 |
| | | | | $ 1,898,460.22 | | | $ 1,898,460.22 |