AHM - Summary of Invoices Paid in the Preference Period
Vendor - Radian Guaranty, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 306372 | 05/16/07 | 05/24/07 | $ 9,317.71 | 1710324 | 05/16/07 | $ 9,317.71 |
| 2 | 307119 | 05/18/07 | 05/24/07 | 7,453.71 | 1664035 | 05/18/07 | 7,453.71 |
| 3 | 307120 | 05/18/07 | 05/24/07 | 12,383.32 | 1676549 | 05/18/07 | 12,383.32 |
| 4 | 309476 | 05/24/07 | 06/01/07 | 1,953.00 | 1754837 | 05/24/07 | 1,953.00 |
| 5 | 310065 | 05/29/07 | 06/04/07 | 5,764.50 | 1663856 | 05/29/07 | 5,764.50 |
| 6 | 311342 | 06/04/07 | 06/08/07 | 8,463.10 | 1735972 | 06/04/07 | 8,463.10 |
| 7 | 315434 | 06/19/07 | 06/25/07 | 855.00 | 1760292 | 06/19/07 | 855.00 |
| 8 | 317304 | 06/22/07 | 07/02/07 | 7,770.00 | 1768925 | 06/22/07 | 7,770.00 |
| 9 | 317305 | 06/22/07 | 07/02/07 | 6,664.76 | 1777073 | 06/22/07 | 6,664.76 |
| 10 | 318205 | 06/27/07 | 07/02/07 | 71.57 | 1355147 | 06/27/07 | 71.57 |
| 11 | 319302 | 07/02/07 | 07/09/07 | 16,330.32 | 1802377 | 07/02/07 | 16,330.32 |
| 12 | 320978 | 07/10/07 | 07/26/07 | 14,964.08 | 1727056 | 07/10/07 | 14,964.08 |
| 13 | 322116 | 07/13/07 | 07/25/07 | 27,075.75 | MP20218 | 07/13/07 | 27,075.75 |
|  |  |  |  | $ 119,066.82 |  |  | $ 119,066.82 |