AHM - Summary of Invoices Paid in the Preference Period
Vendor - Radian Services LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303668 | 05/04/07 | 05/15/07 | $ 130.00 | 20218228042007 | 04/20/07 | $ 130.00 |
| 2 | 303958 | 05/07/07 | 05/16/07 | 140.00 | 20218222042007 | 04/20/07 | 140.00 |
| 3 | 305333 | 05/12/07 | 05/22/07 | 9,909.68 | 20218332042007 | 04/20/07 | 9,909.68 |
| 4 | 306585 | 05/17/07 | 05/31/07 | 10.00 | 20218048042007 | 04/20/07 | 10.00 |
| 5 | 306872 | 05/18/07 | 05/30/07 | | 20218309092305 | 09/23/05 | 11,501.23 |
| 6 | 306872 | 05/18/07 | 05/30/07 | | 20218309071205 | 07/12/05 | 11,459.60 |
| 7 | 306872 | 05/18/07 | 05/30/07 | | 20218309102005 | 10/20/05 | 8,943.44 |
| 8 | 306872 | 05/18/07 | 05/30/07 | | 20218309071406 | 07/14/06 | 7,715.74 |
| 9 | 306872 | 05/18/07 | 05/30/07 | 43,535.67 | 20218309082206 | 08/22/06 | 3,915.66 |
| 10 | 308899 | 05/23/07 | 06/04/07 | 9,702.41 | 20218332011107 | 01/11/07 | 9,702.41 |
| 11 | 309807 | 05/25/07 | 06/04/07 | 10,612.13 | 20218309061506 | 06/15/06 | 10,612.13 |
| 12 | 309918 | 05/29/07 | 06/08/07 | | 20218309061605 | 06/16/05 | 18,609.01 |
| 13 | 309918 | 05/29/07 | 06/08/07 | 35,545.81 | 20218309082405 | 08/24/05 | 16,936.80 |
| 14 | 309940 | 05/29/07 | 06/11/07 | 40.00 | 20218032042007 | 04/20/07 | 40.00 |
| 15 | 311892 | 06/06/07 | 06/15/07 | 1,992.68 | 20218332051707 | 05/17/07 | 1,992.68 |
| 16 | 313206 | 06/11/07 | 06/20/07 | 390.00 | 20218230051707 | 05/17/07 | 390.00 |
| 17 | 315266 | 06/19/07 | 06/29/07 | 1,575.00 | 20218230042007 | 04/20/07 | 1,575.00 |
| 18 | 318826 | 06/29/07 | 07/11/07 | 40.00 | 20218230061407 | 06/14/07 | 40.00 |
| 19 | 319111 | 07/02/07 | 07/11/07 | 1,450.00 | 20218332061407 | 06/14/07 | 1,450.00 |
| 20 | 321669 | 07/12/07 | 07/23/07 | 200.00 | 20218228061407 | 06/14/07 | 200.00 |
| 21 | 323834 | 07/23/07 | 08/01/07 | 40.00 | 20218032051707 | 05/17/07 | 40.00 |
| | | | | $ 115,313.38 | | | $ 115,313.38 |