AHM - Summary of Invoices Paid in the Preference Period
Vendor - Rapid Access Communication Ent
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 300804 | 04/25/07 | 05/08/07 | | 1579 | 03/26/07 | $ 139,096.49 |
| 2 | 300804 | 04/25/07 | 05/08/07 | | 1562 | 03/21/07 | 77,559.88 |
| 3 | 300804 | 04/25/07 | 05/08/07 | | 1577 | 03/26/07 | 56,878.22 |
| 4 | 300804 | 04/25/07 | 05/08/07 | | 1580 | 03/26/07 | 54,812.18 |
| 5 | 300804 | 04/25/07 | 05/08/07 | 344,989.21 | 1578 | 03/26/07 | 16,642.44 |
| 6 | 308686 | 05/22/07 | 06/01/07 | | 1557 | 03/01/07 | 21,587.59 |
| 7 | 308686 | 05/22/07 | 06/01/07 | | 1557 | 03/01/07 | 21,587.59 |
| 8 | 308686 | 05/22/07 | 06/01/07 | 51,332.92 | 1558 | 03/01/07 | 8,157.74 |
| 9 | 313512 | 06/12/07 | 06/21/07 | 4,040.96 | 1626 | 06/05/07 | 4,040.96 |
| | | | | $ 400,363.09 | | | $ 400,363.09 |