AHM - Summary of Invoices Paid in the Preference Period
Vendor - Reckson Operating Ptnrship LP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 308384 | 05/22/07 | 05/30/07 | | | 05/13/07 | $ 110,131.03 |
| 2 | 308384 | 05/22/07 | 05/30/07 | 113,578.09 | 42007 | 04/20/07 | 3,447.06 |
| 3 | 316616 | 06/21/07 | 06/26/07 | 110,131.03 | | 06/13/07 | 110,131.03 |
| 4 | 318226 | 06/27/07 | 07/09/07 | | 51707 | 05/17/07 | 8,840.12 |
| 5 | 318226 | 06/27/07 | 07/09/07 | | BAL RENT 2/07 | 02/01/07 | 3,724.23 |
| 6 | 318226 | 06/27/07 | 07/09/07 | | BAL DUE 6/07 | 06/01/07 | 3,343.47 |
| 7 | 318226 | 06/27/07 | 07/09/07 | | 881183 | 02/01/07 | 3,260.64 |
| 8 | 318226 | 06/27/07 | 07/09/07 | | 41522 | 03/01/07 | 2,996.61 |
| 9 | 318226 | 06/27/07 | 07/09/07 | | 42569 | 04/01/07 | 2,996.61 |
| 10 | 318226 | 06/27/07 | 07/09/07 | | 128748 | 05/01/07 | 2,996.61 |
| 11 | 318226 | 06/27/07 | 07/09/07 | | 259836 | 07/01/07 | 2,996.61 |
| 12 | 318226 | 06/27/07 | 07/09/07 | | 881183 | 02/01/07 | 2,996.61 |
| 13 | 318226 | 06/27/07 | 07/09/07 | | 8825459 | 01/01/07 | 2,395.92 |
| 14 | 318226 | 06/27/07 | 07/09/07 | | 41522 | 03/01/07 | 2,060.64 |
| 15 | 318226 | 06/27/07 | 07/09/07 | | 42569 | 04/01/07 | 2,060.64 |
| 16 | 318226 | 06/27/07 | 07/09/07 | | 128748 | 05/01/07 | 2,060.64 |
| 17 | 318226 | 06/27/07 | 07/09/07 | | 259836 | 07/01/07 | 2,060.64 |
| 18 | 318226 | 06/27/07 | 07/09/07 | | 8825459 | 01/01/07 | 2,060.64 |
| 19 | 318226 | 06/27/07 | 07/09/07 | | 258824 | 06/01/07 | 1,681.47 |
| 20 | 318226 | 06/27/07 | 07/09/07 | | 61807 | 06/18/07 | 1,475.86 |
| 21 | 318226 | 06/27/07 | 07/09/07 | | 111706 | 11/17/06 | 1,473.64 |
| 22 | 318226 | 06/27/07 | 07/09/07 | | 11907 | 01/19/07 | 956.82 |
| 23 | 318226 | 06/27/07 | 07/09/07 | 53,079.31 | 21607 | 02/16/07 | 640.89 |
| 24 | 324564 | 07/23/07 | 07/30/07 | | | 07/13/07 | 110,131.03 |
| 25 | 324564 | 07/23/07 | 07/30/07 | | | 07/13/07 | 2,996.61 |
| 26 | 324564 | 07/23/07 | 07/30/07 | 113,539.99 | | 07/13/07 | 412.35 |
| | | | | $ 390,328.42 | | | $ 390,328.42 |