AHM - Summary of Invoices Paid in the Preference Period
Vendor - Regent Woodland Hills, LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303574 | 05/03/07 | 05/10/07 | | MAR RNT/ SEC DP | 05/03/07 | 11,360.00 |
| 2 | 303574 | 05/03/07 | 05/10/07 | 17,915.00 | MAR RNT/ SEC DP | 05/03/07 | 6,555.00 |
| 3 | 314110 | 06/13/07 | 06/18/07 | | 1549IN | 05/25/07 | 5,514.05 |
| 4 | 314110 | 06/13/07 | 06/18/07 | | 1549IN | 05/25/07 | 5,158.64 |
| 5 | 314110 | 06/13/07 | 06/18/07 | | 1549IN | 05/25/07 | 4,580.00 |
| 6 | 314110 | 06/13/07 | 06/18/07 | 16,484.49 | 1549IN | 05/25/07 | 1,231.80 |
| 7 | 319317 | 07/02/07 | 07/10/07 | | 1706IN | 06/28/07 | 2,428.00 |
| 8 | 319317 | 07/02/07 | 07/10/07 | | 1706IN | 06/28/07 | 1,024.00 |
| 9 | 319317 | 07/02/07 | 07/10/07 | 3,807.68 | 1706IN | 06/28/07 | 355.68 |
| 10 | 320610 | 07/09/07 | 07/13/07 | 191.38 | 1696IN | 06/25/07 | 191.38 |
| 11 | 320674 | 07/09/07 | 07/12/07 | | 1631IN | 06/25/07 | 4,575.00 |
| 12 | 320674 | 07/09/07 | 07/12/07 | | 1631IN | 06/25/07 | 3,165.87 |
| 13 | 320674 | 07/09/07 | 07/12/07 | | 1631IN | 06/25/07 | 2,028.20 |
| 14 | 320674 | 07/09/07 | 07/12/07 | 11,146.37 | 1631IN | 06/25/07 | 1,377.30 |
| 15 | 324567 | 07/23/07 | 08/01/07 | 6,267.92 | | 07/13/07 | 6,267.92 |
| | | | | $ 55,812.84 | | | $ 55,812.84 |