AHM - Summary of Invoices Paid in the Preference Period
Vendor - Resume Mirror
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305335 | 05/12/07 | 05/25/07 | 29,000.00 | 2007-1357 | 03/15/07 | 29,000.00 |
|   |   |   |   | $ 29,000.00 |   |   | $ 29,000.00 |