AHM - Summary of Invoices Paid in the Preference Period
Vendor - Richard Michael Group, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303671 | 05/04/07 | 05/15/07 | | 9710 | 04/18/07 | $ 12,169.00 |
| 2 | 303671 | 05/04/07 | 05/15/07 | | 9614 | 04/18/07 | 12,112.25 |
| 3 | 303671 | 05/04/07 | 05/15/07 | | 9546 | 04/11/07 | 11,156.50 |
| 4 | 303671 | 05/04/07 | 05/15/07 | | 9520 | 04/04/07 | 7,544.25 |
| 5 | 303671 | 05/04/07 | 05/15/07 | | 9629 | 04/18/07 | 5,870.50 |
| 6 | 303671 | 05/04/07 | 05/15/07 | | 9561 | 04/11/07 | 5,571.50 |
| 7 | 303671 | 05/04/07 | 05/15/07 | | 9533 | 04/04/07 | 4,570.75 |
| 8 | 303671 | 05/04/07 | 05/15/07 | | 9729 | 04/25/07 | 3,334.00 |
| 9 | 303671 | 05/04/07 | 05/15/07 | | 9614 | 04/18/07 | 3,249.00 |
| 10 | 303671 | 05/04/07 | 05/15/07 | | 9710 | 04/18/07 | 3,143.00 |
| 11 | 303671 | 05/04/07 | 05/15/07 | | 9729 | 04/25/07 | 2,485.91 |
| 12 | 303671 | 05/04/07 | 05/15/07 | | 9629 | 04/18/07 | 2,384.00 |
| 13 | 303671 | 05/04/07 | 05/15/07 | | 9629 | 04/18/07 | 1,696.77 |
| 14 | 303671 | 05/04/07 | 05/15/07 | | 9533 | 04/04/07 | 1,043.00 |
| 15 | 303671 | 05/04/07 | 05/15/07 | | 9520 | 04/04/07 | 1,027.00 |
| 16 | 303671 | 05/04/07 | 05/15/07 | | 9614 | 04/18/07 | 1,017.23 |
| 17 | 303671 | 05/04/07 | 05/15/07 | | 9546 | 04/11/07 | 758.25 |
| 18 | 303671 | 05/04/07 | 05/15/07 | 79,320.51 | 9561 | 04/11/07 | 187.60 |
| 19 | 303962 | 05/07/07 | 05/15/07 | | 9793 | 05/02/07 | 11,154.40 |
| 20 | 303962 | 05/07/07 | 05/15/07 | | 9776 | 05/02/07 | 10,861.75 |
| 21 | 303962 | 05/07/07 | 05/15/07 | | 9776 | 05/02/07 | 1,784.24 |
| 22 | 303962 | 05/07/07 | 05/15/07 | 24,858.39 | 9793 | 05/02/07 | 1,058.00 |
| 23 | 306091 | 05/16/07 | 05/25/07 | | 9830 | 05/09/07 | 7,741.00 |
| 24 | 306091 | 05/16/07 | 05/25/07 | 9,271.88 | 9830 | 05/09/07 | 1,530.88 |
| 25 | 311061 | 06/04/07 | 06/12/07 | | 9910 | 05/16/07 | 12,085.51 |
| 26 | 311061 | 06/04/07 | 06/12/07 | | 9976 | 05/23/07 | 7,572.42 |
| 27 | 311061 | 06/04/07 | 06/12/07 | | 9927 | 05/16/07 | 5,300.88 |
| 28 | 311061 | 06/04/07 | 06/12/07 | | 9993 | 05/23/07 | 4,683.00 |
| 29 | 311061 | 06/04/07 | 06/12/07 | | 9993 | 05/23/07 | 4,583.85 |
| 30 | 311061 | 06/04/07 | 06/12/07 | | 9927 | 05/16/07 | 2,919.23 |
| 31 | 311061 | 06/04/07 | 06/12/07 | | 9976 | 05/23/07 | 2,431.96 |
| 32 | 311061 | 06/04/07 | 06/12/07 | 41,353.12 | 9910 | 05/16/07 | 1,776.27 |
| 33 | 313551 | 06/12/07 | 06/19/07 | | 10102 | 06/06/07 | 4,063.89 |
| 34 | 313551 | 06/12/07 | 06/19/07 | 5,048.01 | 10133 | 06/06/07 | 984.12 |
| 35 | 315760 | 06/21/07 | 07/03/07 | | 9811 | 05/09/07 | 9,853.52 |
| 36 | 315760 | 06/21/07 | 07/03/07 | | 10061 | 05/30/07 | 6,018.84 |
| 37 | 315760 | 06/21/07 | 07/03/07 | | 9811 | 05/09/07 | 2,868.64 |
| 38 | 315760 | 06/21/07 | 07/03/07 | | 10061 | 05/30/07 | 2,635.00 |
| 39 | 315760 | 06/21/07 | 07/03/07 | | 10168 | 06/13/07 | 2,476.20 |
| 40 | 315760 | 06/21/07 | 07/03/07 | | 9811 | 05/09/07 | 1,707.79 |
| 41 | 315760 | 06/21/07 | 07/03/07 | | 10060 | 05/30/07 | 1,638.72 |
| 42 | 315760 | 06/21/07 | 07/03/07 | 28,176.77 | 10168 | 06/13/07 | 978.06 |
| 43 | 317326 | 06/25/07 | 07/06/07 | | 10220 | 06/20/07 | 2,635.00 |
| 44 | 317326 | 06/25/07 | 07/06/07 | 4,274.67 | 10220 | 06/20/07 | 1,639.67 |
| | | | | $ 192,303.35 | | | $ 192,303.35 |