AHM - Summary of Invoices Paid in the Preference Period
Vendor - RMIC Corporation
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 323138 | 07/19/07 | 07/25/07 | 29,070.00 | VARIOUS | 07/19/07 | 29,070.00 |
|   |        |          |          | $ 29,070.00 |         |          | $ 29,070.00 |