AHM - Summary of Invoices Paid in the Preference Period
Vendor - Rural Development
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 300396 | 04/23/07 | 05/31/07 | $ 3,446.92 | 1645823/WILSON | 04/23/07 | $ 3,446.92 |
| 2 | 302659 | 05/01/07 | 05/08/07 | 2,755.10 | 1719574/LOCKWOD | 05/01/07 | 2,755.10 |
| 3 | 302660 | 05/01/07 | 05/15/07 | 3,373.26 | 1521410/MILLER | 05/01/07 | 3,373.26 |
| 4 | 302661 | 05/01/07 | 05/15/07 | 2,387.74 | 1676906/RAINEY | 05/01/07 | 2,387.74 |
| 5 | 302662 | 05/01/07 | 05/15/07 | 2,928.56 | 1657817/MCADAMS | 05/01/07 | 2,928.56 |
| 6 | 302663 | 05/01/07 | 05/15/07 | 1,557.14 | 1630876/EDGE | 05/01/07 | 1,557.14 |
| 7 | 304586 | 05/09/07 | 05/23/07 | 4,734.84 | 1633861/O'LAUGH | 05/09/07 | 4,734.84 |
| 8 | 304587 | 05/09/07 | 05/18/07 | 2,630.62 | 1584872/BRYANT | 05/09/07 | 2,630.62 |
| 9 | 304588 | 05/09/07 | 05/18/07 | 3,607.66 | 1508332/WALDROP | 05/09/07 | 3,607.66 |
| 10 | 305268 | 05/11/07 | 05/21/07 | 24.00 | 1404742/MCKNIGH | 05/11/07 | 24.00 |
| 11 | 305269 | 05/11/07 | 05/22/07 | 816.32 | 1647711/DUNN | 05/11/07 | 816.32 |
| 12 | 306047 | 05/15/07 | 05/30/07 | 3,220.12 | 1629688/MATZ | 05/15/07 | 3,220.12 |
| 13 | 306048 | 05/15/07 | 05/22/07 | 2,836.72 | 1739667/BOND | 05/15/07 | 2,836.72 |
| 14 | 306049 | 05/15/07 | 05/22/07 | 2,853.96 | 1700012/ZENS | 05/15/07 | 2,853.96 |
| 15 | 306050 | 05/15/07 | 05/25/07 | 1,648.92 | 1710239/OLIVER | 05/15/07 | 1,648.92 |
| 16 | 306051 | 05/15/07 | 05/30/07 | 2,285.70 | 1735901/ORR | 05/15/07 | 2,285.70 |
| 17 | 306822 | 05/17/07 | 05/30/07 | 2,397.94 | 1534136/BARRETT | 05/17/07 | 2,397.94 |
| 18 | 307548 | 05/21/07 | 05/30/07 | 4,112.24 | 1717096/HAM | 05/21/07 | 4,112.24 |
| 19 | 310545 | 05/30/07 | 06/12/07 | 3,000.00 | 1750580/GILES | 05/30/07 | 3,000.00 |
| 20 | 310546 | 05/30/07 | 07/24/07 | 3,141.60 | 1692048/TIERNEY | 05/30/07 | 3,141.60 |
| 21 | 310726 | 05/31/07 | 07/20/07 | 3,916.80 | 1660689/ZYLLO | 05/31/07 | 3,916.80 |
| 22 | 311376 | 06/04/07 | 06/12/07 | 1,458.60 | 1751413/MENDEZ | 06/04/07 | 1,458.60 |
| 23 | 314146 | 06/13/07 | 06/28/07 | 3,619.78 | 1784888/RICHBUR | 06/13/07 | 3,619.78 |
| 24 | 314147 | 06/13/07 | 06/28/07 | 3,198.04 | 1542368/WARD | 06/13/07 | 3,198.04 |
| 25 | 317973 | 06/26/07 | 07/17/07 | 2,445.62 | 1592222/WORDEN | 06/26/07 | 2,445.62 |
| 26 | 318141 | 06/27/07 | 07/16/07 | 1,977.54 | 1730196/BOULTON | 06/27/07 | 1,977.54 |
| 27 | 318142 | 06/27/07 | 07/13/07 | 3,427.20 | 1653590/GOODWIN | 06/27/07 | 3,427.20 |
| 28 | 319649 | 07/03/07 | 07/27/07 | 1,632.64 | 1674969/WARREN | 07/03/07 | 1,632.64 |
| 29 | 319650 | 07/03/07 | 07/20/07 | 1,102.04 | 1705407/CORBIN | 07/03/07 | 1,102.04 |
| 30 | 319651 | 07/03/07 | 07/20/07 | 1,163.26 | 1740717/BAIRD | 07/03/07 | 1,163.26 |
| 31 | 321477 | 07/11/07 | 07/27/07 | 1,426.52 | 1751687/MCCORD | 07/11/07 | 1,426.52 |
| 32 | 321478 | 07/11/07 | 07/31/07 | 3,637.74 | 1757198/LOCKHAR | 07/11/07 | 3,637.74 |
| 33 | 321479 | 07/11/07 | 07/27/07 | 1,413.26 | 1757577/ANDERSO | 07/11/07 | 1,413.26 |
| 34 | 321907 | 07/12/07 | 07/20/07 | 75.44 | 1542368/1579778 | 07/12/07 | 75.44 |
| 35 | 322334 | 07/16/07 | 08/01/07 | 1,753.06 | 1763080/HUGHES | 07/16/07 | 1,753.06 |
| 36 | 322706 | 07/17/07 | 08/01/07 | 3,363.42 | 1461633/MILLER | 07/17/07 | 3,363.42 |
| | | | | $ 89,370.32 | | | $ 89,370.32 |