AHM - Summary of Invoices Paid in the Preference Period
Vendor - ILINC COMMUNICATIONS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 313417 | 06/12/07 | 06/18/07 | $ 2,701.42 | 1058929 | 05/06/07 | $ 2,701.42 |
| 2 | 313418 | 06/12/07 | 06/18/07 | 15,727.09 | 1058241 | 04/06/07 | 15,727.09 |
| 3 | 315558 | 06/20/07 | 07/05/07 | 40.52 | 1059737 | 06/06/07 | 40.52 |
| 4 | 315559 | 06/20/07 | 07/06/07 | | 1059056 | 05/06/07 | 56,992.51 |
| 5 | 315559 | 06/20/07 | 07/06/07 | | 1059056 | 05/06/07 | 54,269.72 |
| 6 | 315559 | 06/20/07 | 07/06/07 | 114,214.05 | 1059056 | 05/06/07 | 2,951.82 |
| 7 | 315560 | 06/20/07 | 07/03/07 | 23,627.76 | 1059858 | 06/06/07 | 23,627.76 |
| | | | | $ 156,310.84 | | | $ 156,310.84 |