AHM - Summary of Invoices Paid in the Preference Period
Vendor - INSIGHT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303367 | 05/02/07 | 05/11/07 | $ 906.26 | 201320989 | 02/09/07 | $ 906.26 |
| 2 | 306171 | 05/16/07 | 05/31/07 | | 201707823 | 04/26/07 | 717.10 |
| 3 | 306171 | 05/16/07 | 05/31/07 | | 201697980 | 04/25/07 | 549.94 |
| 4 | 306171 | 05/16/07 | 05/31/07 | | 201692769 | 04/24/07 | 353.50 |
| 5 | 306171 | 05/16/07 | 05/31/07 | 1,858.84 | 201708790 | 04/26/07 | 238.30 |
| 6 | 308961 | 05/23/07 | 05/30/07 | | 201727711 | 05/01/07 | 3,187.93 |
| 7 | 308961 | 05/23/07 | 05/30/07 | | 201753062 | 05/07/07 | 2,314.15 |
| 8 | 308961 | 05/23/07 | 05/30/07 | | 201745411 | 05/04/07 | 1,721.48 |
| 9 | 308961 | 05/23/07 | 05/30/07 | | 201743471 | 05/03/07 | 1,332.10 |
| 10 | 308961 | 05/23/07 | 05/30/07 | | 201755485 | 05/07/07 | 578.54 |
| 11 | 308961 | 05/23/07 | 05/30/07 | | 201727153 | 05/01/07 | 226.43 |
| 12 | 308961 | 05/23/07 | 05/30/07 | | 201743472 | 05/03/07 | 204.64 |
| 13 | 308961 | 05/23/07 | 05/30/07 | | 201730892 | 05/01/07 | 198.87 |
| 14 | 308961 | 05/23/07 | 05/30/07 | | 201745836 | 05/04/07 | 195.96 |
| 15 | 308961 | 05/23/07 | 05/30/07 | | 201730893 | 05/01/07 | 186.30 |
| 16 | 308961 | 05/23/07 | 05/30/07 | | 201745412 | 05/04/07 | 166.62 |
| 17 | 308961 | 05/23/07 | 05/30/07 | | 201734919 | 05/02/07 | 135.56 |
| 18 | 308961 | 05/23/07 | 05/30/07 | | 201753609 | 05/07/07 | 133.56 |
| 19 | 308961 | 05/23/07 | 05/30/07 | | 201746808 | 05/04/07 | 129.53 |
| 20 | 308961 | 05/23/07 | 05/30/07 | | 201753063 | 05/07/07 | 126.75 |
| 21 | 308961 | 05/23/07 | 05/30/07 | | 201746809 | 05/04/07 | 119.41 |
| 22 | 308961 | 05/23/07 | 05/30/07 | | 201734147 | 05/02/07 | 89.55 |
| 23 | 308961 | 05/23/07 | 05/30/07 | | 201747305 | 05/04/07 | 43.05 |
| 24 | 308961 | 05/23/07 | 05/30/07 | | 201740729 | 05/03/07 | 41.00 |
| 25 | 308961 | 05/23/07 | 05/30/07 | 11,168.79 | 201727712 | 05/01/07 | 37.36 |
| 26 | 309753 | 05/25/07 | 06/05/07 | | 201781247 | 05/14/07 | 2,206.31 |
| 27 | 309753 | 05/25/07 | 06/05/07 | | 201795292 | 05/16/07 | 768.23 |
| 28 | 309753 | 05/25/07 | 06/05/07 | | 201763705 | 05/09/07 | 681.17 |
| 29 | 309753 | 05/25/07 | 06/05/07 | | 201759183 | 05/08/07 | 479.69 |
| 30 | 309753 | 05/25/07 | 06/05/07 | | 201793359 | 05/16/07 | 391.31 |
| 31 | 309753 | 05/25/07 | 06/05/07 | | 201780694 | 05/14/07 | 385.14 |
| 32 | 309753 | 05/25/07 | 06/05/07 | | 201795847 | 05/17/07 | 325.90 |
| 33 | 309753 | 05/25/07 | 06/05/07 | | 201784153 | 05/14/07 | 255.45 |
| 34 | 309753 | 05/25/07 | 06/05/07 | | 201786478 | 05/15/07 | 194.57 |
| 35 | 309753 | 05/25/07 | 06/05/07 | | 201797986 | 05/17/07 | 176.36 |
| 36 | 309753 | 05/25/07 | 06/05/07 | | 201798572 | 05/17/07 | 172.20 |
| 37 | 309753 | 05/25/07 | 06/05/07 | | 201764946 | 05/09/07 | 135.25 |
| 38 | 309753 | 05/25/07 | 06/05/07 | | 201764944 | 05/09/07 | 134.10 |
| 39 | 309753 | 05/25/07 | 06/05/07 | | 201775809 | 05/11/07 | 133.56 |
| 40 | 309753 | 05/25/07 | 06/05/07 | | 201782003 | 05/14/07 | 133.56 |
| 41 | 309753 | 05/25/07 | 06/05/07 | | 201800515 | 05/17/07 | 133.04 |
| 42 | 309753 | 05/25/07 | 06/05/07 | | 201782002 | 05/14/07 | 130.39 |
| 43 | 309753 | 05/25/07 | 06/05/07 | | 201759181 | 05/08/07 | 129.53 |
| 44 | 309753 | 05/25/07 | 06/05/07 | | 201775808 | 05/11/07 | 126.75 |
| 45 | 309753 | 05/25/07 | 06/05/07 | | 201787903 | 05/15/07 | 113.70 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - INSIGHT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 46 | 309753 | 05/25/07 | 06/05/07 |  | 201787905 | 05/15/07 | 113.70 |
| 47 | 309753 | 05/25/07 | 06/05/07 |  | 201759182 | 05/08/07 | 113.20 |
| 48 | 309753 | 05/25/07 | 06/05/07 |  | 201797985 | 05/17/07 | 112.70 |
| 49 | 309753 | 05/25/07 | 06/05/07 |  | 201787904 | 05/15/07 | 112.40 |
| 50 | 309753 | 05/25/07 | 06/05/07 |  | 201787902 | 05/15/07 | 109.48 |
| 51 | 309753 | 05/25/07 | 06/05/07 |  | 201790343 | 05/15/07 | 93.86 |
| 52 | 309753 | 05/25/07 | 06/05/07 |  | 201798571 | 05/17/07 | 79.83 |
| 53 | 309753 | 05/25/07 | 06/05/07 |  | 201776262 | 05/11/07 | 38.28 |
| 54 | 309753 | 05/25/07 | 06/05/07 | 8,017.28 | 201778100 | 05/11/07 | 37.62 |
| 55 | 310867 | 06/01/07 | 06/12/07 |  | 201804409 | 05/18/07 | 786.69 |
| 56 | 310867 | 06/01/07 | 06/12/07 | 915.88 | 201805136 | 05/18/07 | 129.19 |
| 57 | 312792 | 06/08/07 | 06/15/07 |  | 201809108 | 05/21/07 | 834.23 |
| 58 | 312792 | 06/08/07 | 06/15/07 |  | 201826589 | 05/24/07 | 677.21 |
| 59 | 312792 | 06/08/07 | 06/15/07 |  | 201807445 | 05/21/07 | 558.93 |
| 60 | 312792 | 06/08/07 | 06/15/07 |  | 201821067 | 05/23/07 | 484.84 |
| 61 | 312792 | 06/08/07 | 06/15/07 |  | 201821066 | 05/23/07 | 484.84 |
| 62 | 312792 | 06/08/07 | 06/15/07 |  | 201823493 | 05/23/07 | 440.85 |
| 63 | 312792 | 06/08/07 | 06/15/07 |  | 201814956 | 05/22/07 | 247.27 |
| 64 | 312792 | 06/08/07 | 06/15/07 |  | 201811515 | 05/21/07 | 186.51 |
| 65 | 312792 | 06/08/07 | 06/15/07 |  | 201823495 | 05/23/07 | 156.89 |
| 66 | 312792 | 06/08/07 | 06/15/07 |  | 201817848 | 05/23/07 | 150.49 |
| 67 | 312792 | 06/08/07 | 06/15/07 |  | 201814955 | 05/22/07 | 142.76 |
| 68 | 312792 | 06/08/07 | 06/15/07 |  | 201827102 | 05/24/07 | 142.76 |
| 69 | 312792 | 06/08/07 | 06/15/07 |  | 201809845 | 05/21/07 | 131.99 |
| 70 | 312792 | 06/08/07 | 06/15/07 |  | 201814954 | 05/22/07 | 129.40 |
| 71 | 312792 | 06/08/07 | 06/15/07 |  | 201826588 | 05/24/07 | 110.08 |
| 72 | 312792 | 06/08/07 | 06/15/07 |  | 201813028 | 05/22/07 | 67.12 |
| 73 | 312792 | 06/08/07 | 06/15/07 | 5,008.90 | 201826590 | 05/24/07 | 62.73 |
| 74 | 314405 | 06/14/07 | 06/25/07 |  | 201845408 | 05/30/07 | 2,376.77 |
| 75 | 314405 | 06/14/07 | 06/25/07 |  | 201843799 | 05/30/07 | 1,214.21 |
| 76 | 314405 | 06/14/07 | 06/25/07 |  | 201836167 | 05/29/07 | 602.23 |
| 77 | 314405 | 06/14/07 | 06/25/07 |  | 201846288 | 05/30/07 | 600.48 |
| 78 | 314405 | 06/14/07 | 06/25/07 |  | 201836166 | 05/29/07 | 494.95 |
| 79 | 314405 | 06/14/07 | 06/25/07 |  | 201843798 | 05/30/07 | 356.11 |
| 80 | 314405 | 06/14/07 | 06/25/07 |  | 201831681 | 05/25/07 | 310.76 |
| 81 | 314405 | 06/14/07 | 06/25/07 |  | 201828676 | 05/29/07 | 168.12 |
| 82 | 314405 | 06/14/07 | 06/25/07 |  | 201831683 | 05/25/07 | 138.60 |
| 83 | 314405 | 06/14/07 | 06/25/07 |  | 201831682 | 05/25/07 | 130.15 |
| 84 | 314405 | 06/14/07 | 06/25/07 |  | 201831680 | 05/25/07 | 130.15 |
| 85 | 314405 | 06/14/07 | 06/25/07 |  | 201836541 | 05/29/07 | 129.98 |
| 86 | 314405 | 06/14/07 | 06/25/07 |  | 201843801 | 05/30/07 | 111.24 |
| 87 | 314405 | 06/14/07 | 06/25/07 |  | 201833590 | 05/25/07 | 106.78 |
| 88 | 314405 | 06/14/07 | 06/25/07 |  | 201843800 | 05/30/07 | 84.80 |
| 89 | 314405 | 06/14/07 | 06/25/07 |  | 201836542 | 05/29/07 | 79.50 |
| 90 | 314405 | 06/14/07 | 06/25/07 |  | 201838675 | 05/29/07 | 47.34 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - INSIGHT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 91 | 314405 | 06/14/07 | 06/25/07 | 7,120.26 | 201841534 | 05/30/07 | 38.09 |
| 92 | 315561 | 06/20/07 | 07/03/07 | | 201873608 | 06/06/07 | 7,378.94 |
| 93 | 315561 | 06/20/07 | 07/03/07 | | 201870305 | 06/06/07 | 2,841.09 |
| 94 | 315561 | 06/20/07 | 07/03/07 | | 201873607 | 06/06/07 | 2,262.36 |
| 95 | 315561 | 06/20/07 | 07/03/07 | | 201871346 | 06/06/07 | 714.63 |
| 96 | 315561 | 06/20/07 | 07/03/07 | | 201870304 | 06/06/07 | 444.17 |
| 97 | 315561 | 06/20/07 | 07/03/07 | | 201855734 | 06/01/07 | 137.06 |
| 98 | 315561 | 06/20/07 | 07/03/07 | | 201877476 | 06/07/07 | 135.97 |
| 99 | 315561 | 06/20/07 | 07/03/07 | | 201877150 | 06/07/07 | 113.36 |
| 100 | 315561 | 06/20/07 | 07/03/07 | | 201855736 | 06/01/07 | 110.29 |
| 101 | 315561 | 06/20/07 | 07/03/07 | | 201855735 | 06/01/07 | 110.29 |
| 102 | 315561 | 06/20/07 | 07/03/07 | | 201873606 | 06/06/07 | 108.13 |
| 103 | 315561 | 06/20/07 | 07/03/07 | | 201852564 | 05/31/07 | 92.50 |
| 104 | 315561 | 06/20/07 | 07/03/07 | 14,515.78 | 201867797 | 06/05/07 | 66.99 |
| 105 | 318289 | 06/28/07 | 07/12/07 | 523.61 | 201881482 | 06/08/07 | 523.61 |
| 106 | 319388 | 07/03/07 | 07/17/07 | | 201885274 | 06/11/07 | 3,317.84 |
| 107 | 319388 | 07/03/07 | 07/17/07 | | 201916927 | 06/18/07 | 3,007.56 |
| 108 | 319388 | 07/03/07 | 07/17/07 | | 201888221 | 06/11/07 | 2,389.97 |
| 109 | 319388 | 07/03/07 | 07/17/07 | | 201923195 | 06/19/07 | 1,089.15 |
| 110 | 319388 | 07/03/07 | 07/17/07 | | 201919981 | 06/19/07 | 229.92 |
| 111 | 319388 | 07/03/07 | 07/17/07 | | 201908296 | 06/15/07 | 193.54 |
| 112 | 319388 | 07/03/07 | 07/17/07 | | 201903648 | 06/14/07 | 159.41 |
| 113 | 319388 | 07/03/07 | 07/17/07 | | 201903647 | 06/14/07 | 156.78 |
| 114 | 319388 | 07/03/07 | 07/17/07 | | 201903646 | 06/14/07 | 145.25 |
| 115 | 319388 | 07/03/07 | 07/17/07 | | 201893195 | 06/12/07 | 134.35 |
| 116 | 319388 | 07/03/07 | 07/17/07 | | 201888223 | 06/11/07 | 127.13 |
| 117 | 319388 | 07/03/07 | 07/17/07 | | 201903645 | 06/14/07 | 122.33 |
| 118 | 319388 | 07/03/07 | 07/17/07 | | 201915209 | 06/18/07 | 121.02 |
| 119 | 319388 | 07/03/07 | 07/17/07 | | 201915210 | 06/18/07 | 94.22 |
| 120 | 319388 | 07/03/07 | 07/17/07 | 11,371.70 | 201888222 | 06/11/07 | 83.23 |
| 121 | 319842 | 07/05/07 | 07/17/07 | | 201940160 | 06/23/07 | 1,011.65 |
| 122 | 319842 | 07/05/07 | 07/17/07 | 1,113.97 | 201937366 | 06/22/07 | 102.32 |
| 123 | 322190 | 07/16/07 | 07/30/07 | | 201952669 | 06/27/07 | 2,266.19 |
| 124 | 322190 | 07/16/07 | 07/30/07 | | 201967698 | 06/29/07 | 850.70 |
| 125 | 322190 | 07/16/07 | 07/30/07 | | 201971643 | 06/30/07 | 588.22 |
| 126 | 322190 | 07/16/07 | 07/30/07 | | 201943239 | 06/25/07 | 482.17 |
| 127 | 322190 | 07/16/07 | 07/30/07 | | 201959067 | 06/28/07 | 459.14 |
| 128 | 322190 | 07/16/07 | 07/30/07 | | 201948094 | 06/26/07 | 439.64 |
| 129 | 322190 | 07/16/07 | 07/30/07 | | 201965148 | 06/29/07 | 330.12 |
| 130 | 322190 | 07/16/07 | 07/30/07 | | 201958057 | 06/28/07 | 282.97 |
| 131 | 322190 | 07/16/07 | 07/30/07 | | 201965465 | 06/29/07 | 280.39 |
| 132 | 322190 | 07/16/07 | 07/30/07 | | 201965454 | 06/29/07 | 253.50 |
| 133 | 322190 | 07/16/07 | 07/30/07 | | 201965464 | 06/29/07 | 253.50 |
| 134 | 322190 | 07/16/07 | 07/30/07 | | 201964594 | 06/29/07 | 237.09 |
| 135 | 322190 | 07/16/07 | 07/30/07 | | 201965143 | 06/29/07 | 196.09 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - INSIGHT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 136 | 322190 | 07/16/07 | 07/30/07 | | | 06/29/07 | 184.01 |
| 137 | 322190 | 07/16/07 | 07/30/07 | | 201952670 | 06/27/07 | 182.50 |
| 138 | 322190 | 07/16/07 | 07/30/07 | | 201965145 | 06/29/07 | 182.17 |
| 139 | 322190 | 07/16/07 | 07/30/07 | | 201965147 | 06/29/07 | 182.05 |
| 140 | 322190 | 07/16/07 | 07/30/07 | | 201965142 | 06/29/07 | 180.36 |
| 141 | 322190 | 07/16/07 | 07/30/07 | | 201964595 | 06/29/07 | 177.34 |
| 142 | 322190 | 07/16/07 | 07/30/07 | | 201965144 | 06/29/07 | 176.33 |
| 143 | 322190 | 07/16/07 | 07/30/07 | | 201963038 | 06/29/07 | 175.83 |
| 144 | 322190 | 07/16/07 | 07/30/07 | | 201953543 | 06/27/07 | 170.07 |
| 145 | 322190 | 07/16/07 | 07/30/07 | | 201946337 | 06/26/07 | 166.37 |
| 146 | 322190 | 07/16/07 | 07/30/07 | | 201953541 | 06/27/07 | 165.81 |
| 147 | 322190 | 07/16/07 | 07/30/07 | | 201953542 | 06/27/07 | 161.03 |
| 148 | 322190 | 07/16/07 | 07/30/07 | | 201950372 | 06/26/07 | 78.33 |
| 149 | 322190 | 07/16/07 | 07/30/07 | | 201950371 | 06/26/07 | 78.33 |
| 150 | 322190 | 07/16/07 | 07/30/07 | | 201953834 | 06/27/07 | 56.71 |
| 151 | 322190 | 07/16/07 | 07/30/07 | | 201961382 | 06/28/07 | 46.61 |
| 152 | 322190 | 07/16/07 | 07/30/07 | 9,290.14 | 201956224 | 06/27/07 | 6.57 |
| 153 | 323170 | 07/20/07 | 07/31/07 | | 201976846 | 07/03/07 | 268.93 |
| 154 | 323170 | 07/20/07 | 07/31/07 | | 201946844 | 07/03/07 | 266.45 |
| 155 | 323170 | 07/20/07 | 07/31/07 | | 201946839 | 07/03/07 | 265.83 |
| 156 | 323170 | 07/20/07 | 07/31/07 | | 201976840 | 07/03/07 | 265.68 |
| 157 | 323170 | 07/20/07 | 07/31/07 | | 201976838 | 07/03/07 | 264.94 |
| 158 | 323170 | 07/20/07 | 07/31/07 | | 201976431 | 07/03/07 | 263.87 |
| 159 | 323170 | 07/20/07 | 07/31/07 | | 201976873 | 07/03/07 | 263.55 |
| 160 | 323170 | 07/20/07 | 07/31/07 | | 201976841 | 07/03/07 | 263.35 |
| 161 | 323170 | 07/20/07 | 07/31/07 | | 201976847 | 07/03/07 | 263.35 |
| 162 | 323170 | 07/20/07 | 07/31/07 | | 201976848 | 07/03/07 | 263.02 |
| 163 | 323170 | 07/20/07 | 07/31/07 | | 201976845 | 07/03/07 | 261.21 |
| 164 | 323170 | 07/20/07 | 07/31/07 | | 201976849 | 07/03/07 | 259.09 |
| 165 | 323170 | 07/20/07 | 07/31/07 | | 201980203 | 07/05/07 | 250.75 |
| 166 | 323170 | 07/20/07 | 07/31/07 | | 201946842 | 07/03/07 | 248.44 |
| 167 | 323170 | 07/20/07 | 07/31/07 | | 201980204 | 07/05/07 | 248.44 |
| 168 | 323170 | 07/20/07 | 07/31/07 | | 201976843 | 07/03/07 | 248.44 |
| 169 | 323170 | 07/20/07 | 07/31/07 | 4,412.07 | 201972080 | 07/02/07 | 246.73 |
| | | | | $ 76,223.48 | | | $ 76,223.48 |