AHM - Summary of Invoices Paid in the Preference Period
Vendor - Intercity Agency, Inc
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303416 | 05/02/07 | 05/10/07 | | 79960 | 04/23/07 | $ 128,660.06 |
| 2 | 303416 | 05/02/07 | 05/10/07 | 129,891.06 | 79870 | 04/10/07 | 1,231.00 |
| 3 | 307736 | 05/22/07 | 05/30/07 | | 80087 | 05/07/07 | 11,200.00 |
| 4 | 307736 | 05/22/07 | 05/30/07 | | 80083 | 05/07/07 | 1,500.00 |
| 5 | 307736 | 05/22/07 | 05/30/07 | | 79953 | 04/20/07 | 1,500.00 |
| 6 | 307736 | 05/22/07 | 05/30/07 | | 79862 | 04/09/07 | 1,500.00 |
| 7 | 307736 | 05/22/07 | 05/30/07 | | 80084 | 05/07/07 | 1,250.00 |
| 8 | 307736 | 05/22/07 | 05/30/07 | | 80081 | 05/07/07 | 1,000.00 |
| 9 | 307736 | 05/22/07 | 05/30/07 | | 79926 | 04/18/07 | 500.00 |
| 10 | 307736 | 05/22/07 | 05/30/07 | | 80080 | 05/07/07 | 500.00 |
| 11 | 307736 | 05/22/07 | 05/30/07 | | 80066 | 05/03/07 | 400.00 |
| 12 | 307736 | 05/22/07 | 05/30/07 | | 79950 | 04/20/07 | 400.00 |
| 13 | 307736 | 05/22/07 | 05/30/07 | | 79935 | 04/18/07 | 400.00 |
| 14 | 307736 | 05/22/07 | 05/30/07 | | 79928 | 04/18/07 | 400.00 |
| 15 | 307736 | 05/22/07 | 05/30/07 | | 79934 | 04/18/07 | 400.00 |
| 16 | 307736 | 05/22/07 | 05/30/07 | | 80061 | 05/03/07 | 250.00 |
| 17 | 307736 | 05/22/07 | 05/30/07 | | 80059 | 05/03/07 | 250.00 |
| 18 | 307736 | 05/22/07 | 05/30/07 | | 80085 | 05/07/07 | 250.00 |
| 19 | 307736 | 05/22/07 | 05/30/07 | | 80065 | 05/03/07 | 200.00 |
| 20 | 307736 | 05/22/07 | 05/30/07 | | 80064 | 05/03/07 | 200.00 |
| 21 | 307736 | 05/22/07 | 05/30/07 | | 79929 | 04/18/07 | 200.00 |
| 22 | 307736 | 05/22/07 | 05/30/07 | | 80021 | 04/27/07 | 179.00 |
| 23 | 307736 | 05/22/07 | 05/30/07 | | 80088 | 05/07/07 | 100.00 |
| 24 | 307736 | 05/22/07 | 05/30/07 | | 80063 | 05/03/07 | 100.00 |
| 25 | 307736 | 05/22/07 | 05/30/07 | | 80062 | 05/03/07 | 100.00 |
| 26 | 307736 | 05/22/07 | 05/30/07 | | 80060 | 05/03/07 | 100.00 |
| 27 | 307736 | 05/22/07 | 05/30/07 | | 79924 | 04/18/07 | 100.00 |
| 28 | 307736 | 05/22/07 | 05/30/07 | | 79925 | 04/18/07 | 100.00 |
| 29 | 307736 | 05/22/07 | 05/30/07 | | 79932 | 04/18/07 | 100.00 |
| 30 | 307736 | 05/22/07 | 05/30/07 | | 79930 | 04/18/07 | 100.00 |
| 31 | 307736 | 05/22/07 | 05/30/07 | 23,299.00 | 79939 | 04/18/07 | 20.00 |
| 32 | 313310 | 06/11/07 | 06/12/07 | | 80093 | 05/08/07 | 357,359.00 |
| 33 | 313310 | 06/11/07 | 06/12/07 | | 80092 | 05/07/07 | 200,121.00 |
| 34 | 313310 | 06/11/07 | 06/12/07 | | 80140 | 05/15/07 | 142,274.00 |
| 35 | 313310 | 06/11/07 | 06/12/07 | | 80094 | 05/08/07 | 100,000.00 |
| 36 | 313310 | 06/11/07 | 06/12/07 | | 80016 | 04/27/07 | 85,389.00 |
| 37 | 313310 | 06/11/07 | 06/12/07 | | 80107 | 05/10/07 | 50,000.00 |
| 38 | 313310 | 06/11/07 | 06/12/07 | | 80108 | 05/10/07 | 50,000.00 |
| 39 | 313310 | 06/11/07 | 06/12/07 | | 80141 | 05/15/07 | 1,114.00 |
| 40 | 313310 | 06/11/07 | 06/12/07 | 986,825.00 | 80115 | 05/11/07 | 568.00 |
| 41 | 315476 | 06/19/07 | 06/22/07 | 85,389.00 | 80221 | 05/31/07 | 85,389.00 |
| 42 | 316900 | 06/21/07 | 06/25/07 | 5,632.00 | 79729 | 03/26/07 | 5,632.00 |
| 43 | 319593 | 07/03/07 | 07/09/07 | 85,389.00 | 80480 | 06/21/07 | 85,389.00 |
| 44 | 321656 | 07/12/07 | 07/17/07 | | 80317 | 06/07/07 | 9,000.00 |
| 45 | 321656 | 07/12/07 | 07/17/07 | | 80321 | 06/07/07 | 3,600.00 |
| 46 | 321656 | 07/12/07 | 07/17/07 | | 80319 | 06/07/07 | 2,700.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Intercity Agency, Inc
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 321656 | 07/12/07 | 07/17/07 | | 80316 | 06/07/07 | 2,700.00 |
| 48 | 321656 | 07/12/07 | 07/17/07 | | 80356 | 06/11/07 | 2,250.00 |
| 49 | 321656 | 07/12/07 | 07/17/07 | | 80322 | 06/07/07 | 1,350.00 |
| 50 | 321656 | 07/12/07 | 07/17/07 | | 80323 | 06/07/07 | 1,350.00 |
| 51 | 321656 | 07/12/07 | 07/17/07 | | 80320 | 06/07/07 | 1,350.00 |
| 52 | 321656 | 07/12/07 | 07/17/07 | | 80318 | 06/07/07 | 1,090.00 |
| 53 | 321656 | 07/12/07 | 07/17/07 | | 80315 | 06/07/07 | 180.00 |
| 54 | 321656 | 07/12/07 | 07/17/07 | | 80324 | 06/07/07 | 180.00 |
| 55 | 321656 | 07/12/07 | 07/17/07 | 25,600.00 | 80370 | 06/12/07 | (150.00) |
| | | | | $ 1,342,025.06 | | | $ 1,342,025.06 |