AHM - Summary of Invoices Paid in the Preference Period
Vendor - Sheraton Chicago Northwest
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 300556 | 04/24/07 | 05/10/07 | | 3257/8098 | 04/16/07 | $ 768.15 |
| 2 | 300556 | 04/24/07 | 05/10/07 | | 3258/7913 | 04/16/07 | 305.28 |
| 3 | 300556 | 04/24/07 | 05/10/07 | 1,226.07 | 3258/7913 | 04/16/07 | 152.64 |
| 4 | 302946 | 05/02/07 | 05/14/07 | | 3050/8736 | 01/12/07 | 27,451.90 |
| 5 | 302946 | 05/02/07 | 05/14/07 | 44,675.40 | 3050/8736 | 01/12/07 | 17,223.50 |
| 6 | 305458 | 05/12/07 | 05/29/07 | | 3309/8098 | 05/08/07 | 610.56 |
| 7 | 305458 | 05/12/07 | 05/29/07 | | 3309/8098 | 05/08/07 | 457.92 |
| 8 | 305458 | 05/12/07 | 05/29/07 | 1,221.12 | 3309/8098 | 05/08/07 | 152.64 |
| 9 | 306589 | 05/17/07 | 06/05/07 | | 3319-9292 | 04/25/07 | 770.10 |
| 10 | 306589 | 05/17/07 | 06/05/07 | 1,540.20 | 3319-9292 | 04/25/07 | 770.10 |
| 11 | 313212 | 06/11/07 | 06/25/07 | 152.64 | 3358/7913 | 05/23/07 | 152.64 |
| 12 | 313557 | 06/12/07 | 06/25/07 | | 3373-7913 | 06/01/07 | 457.92 |
| 13 | 313557 | 06/12/07 | 06/25/07 | 763.20 | 3373-7913 | 06/01/07 | 305.28 |
| 14 | 314231 | 06/14/07 | 06/28/07 | | 7913/3384 | 06/06/07 | 600.66 |
| 15 | 314231 | 06/14/07 | 06/28/07 | 1,058.58 | 7913/3384 | 06/06/07 | 457.92 |
| 16 | 318008 | 06/27/07 | 07/16/07 | | 8096/3395 | 06/11/07 | 915.84 |
| 17 | 318008 | 06/27/07 | 07/16/07 | | 8096/3395 | 06/11/07 | 305.28 |
| 18 | 318008 | 06/27/07 | 07/16/07 | | 8096/3395 | 06/11/07 | 152.64 |
| 19 | 318008 | 06/27/07 | 07/16/07 | | 8096/3395 | 06/11/07 | 152.64 |
| 20 | 318008 | 06/27/07 | 07/16/07 | 1,679.04 | 8096/3395 | 06/11/07 | 152.64 |
| 21 | 321749 | 07/12/07 | 07/30/07 | | 8098/3450 | 07/06/07 | 457.92 |
| 22 | 321749 | 07/12/07 | 07/30/07 | 763.20 | 8098/3450 | 07/06/07 | 305.28 |
| | | | | $ 53,079.45 | | | $ 53,079.45 |