AHM - Summary of Invoices Paid in the Preference Period
Vendor - STANDARD AND POOR'S
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 307352 | 05/21/07 | 05/29/07 | $ 1,300.00 | 30270787 | 04/01/07 | $ 1,300.00 |
| 2 | 307589 | 05/22/07 | 05/30/07 | 225,000.00 | 10406721 | 05/02/07 | 225,000.00 |
| 3 | 320491 | 07/09/07 | 07/17/07 |  | 10407010 | 06/18/07 | 280,000.00 |
| 4 | 320491 | 07/09/07 | 07/17/07 | 413,000.00 | 10406965 | 06/05/07 | 133,000.00 |
|   |   |   |   | $ 639,300.00 |   |   | $ 639,300.00 |