AHM - Summary of Invoices Paid in the Preference Period
Vendor - S-Tron
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303240 | 05/03/07 | 05/15/07 | 1,162.29 | 2530 | 04/23/07 | 1,162.29 |
| 2 | 304286 | 05/08/07 | 05/15/07 | | 2575 | 05/03/07 | 574.26 |
| 3 | 304286 | 05/08/07 | 05/15/07 | 1,038.32 | 2574 | 05/03/07 | 464.06 |
| 4 | 305348 | 05/12/07 | 05/21/07 | 4,202.70 | 2584 | 05/09/07 | 4,202.70 |
| 5 | 308920 | 05/23/07 | 05/31/07 | 6,576.16 | 2608 | 05/18/07 | 6,576.16 |
| 6 | 309963 | 05/29/07 | 06/06/07 | | 2610 | 05/21/07 | 377.50 |
| 7 | 309963 | 05/29/07 | 06/06/07 | 740.91 | 2612 | 05/21/07 | 363.41 |
| 8 | 314698 | 06/15/07 | 07/02/07 | 361.25 | 2661 | 06/07/07 | 361.25 |
| 9 | 317338 | 06/25/07 | 07/11/07 | | 2672 | 06/19/07 | 499.68 |
| 10 | 317338 | 06/25/07 | 07/11/07 | 858.77 | 2669 | 06/19/07 | 359.09 |
| 11 | 318027 | 06/27/07 | 07/11/07 | | 2671 | 06/19/07 | 12,350.66 |
| 12 | 318027 | 06/27/07 | 07/11/07 | 16,963.96 | 2670 | 06/19/07 | 4,613.30 |
| 13 | 320492 | 07/09/07 | 07/16/07 | 602.87 | 2677 | 06/25/07 | 602.87 |
| 14 | 321767 | 07/12/07 | 07/23/07 | 1,659.99 | 2717 | 07/05/07 | 1,659.99 |
| | | | | $ 34,167.22 | | | $ 34,167.22 |