AHM - Summary of Invoices Paid in the Preference Period
Vendor - THE GROWTH SOLUTIONS GROUP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303757 | 05/04/07 | 05/14/07 | | 1014 | 02/09/07 | $ 6,037.50 |
| 2 | 303757 | 05/04/07 | 05/14/07 | | 1013 | 02/09/07 | 3,850.00 |
| 3 | 303757 | 05/04/07 | 05/14/07 | | 1011 | 02/09/07 | 3,762.50 |
| 4 | 303757 | 05/04/07 | 05/14/07 | | 1011 | 02/09/07 | 2,275.00 |
| 5 | 303757 | 05/04/07 | 05/14/07 | | 1013 | 02/09/07 | 2,100.00 |
| 6 | 303757 | 05/04/07 | 05/14/07 | | 1013 | 02/09/07 | 2,100.00 |
| 7 | 303757 | 05/04/07 | 05/14/07 | | 1011 | 02/09/07 | 670.74 |
| 8 | 303757 | 05/04/07 | 05/14/07 | | 1014 | 02/09/07 | 660.96 |
| 9 | 303757 | 05/04/07 | 05/14/07 | | 1013 | 02/09/07 | 356.15 |
| 10 | 303757 | 05/04/07 | 05/14/07 | | 1013 | 02/09/07 | 356.14 |
| 11 | 303757 | 05/04/07 | 05/14/07 | | 1013 | 02/09/07 | 356.14 |
| 12 | 303757 | 05/04/07 | 05/14/07 | | 1011 | 02/09/07 | 355.54 |
| 13 | 303757 | 05/04/07 | 05/14/07 | | 1015 | 02/11/07 | 208.43 |
| 14 | 303757 | 05/04/07 | 05/14/07 | | 1015 | 02/11/07 | 208.43 |
| 15 | 303757 | 05/04/07 | 05/14/07 | | 1015 | 02/11/07 | 208.43 |
| 16 | 303757 | 05/04/07 | 05/14/07 | | 1015 | 02/11/07 | 208.43 |
| 17 | 303757 | 05/04/07 | 05/14/07 | | 1015 | 02/11/07 | 208.43 |
| 18 | 303757 | 05/04/07 | 05/14/07 | | 1015 | 02/11/07 | 208.42 |
| 19 | 303757 | 05/04/07 | 05/14/07 | | 1015 | 02/11/07 | 208.42 |
| 20 | 303757 | 05/04/07 | 05/14/07 | | 1014 | 02/09/07 | 44.14 |
| 21 | 303757 | 05/04/07 | 05/14/07 | | 1011 | 02/09/07 | 7.35 |
| 22 | 303757 | 05/04/07 | 05/14/07 | 24,398.49 | 1011 | 02/09/07 | 7.34 |
| 23 | 313698 | 06/12/07 | 06/18/07 | | 1031 | 06/05/07 | 5,512.50 |
| 24 | 313698 | 06/12/07 | 06/18/07 | | 1031 | 06/05/07 | 5,512.50 |
| 25 | 313698 | 06/12/07 | 06/18/07 | | 1031 | 06/05/07 | 5,512.50 |
| 26 | 313698 | 06/12/07 | 06/18/07 | | 1031 | 06/05/07 | 3,675.00 |
| 27 | 313698 | 06/12/07 | 06/18/07 | | 1031 | 06/05/07 | 3,675.00 |
| 28 | 313698 | 06/12/07 | 06/18/07 | | 1031 | 06/05/07 | 1,837.50 |
| 29 | 313698 | 06/12/07 | 06/18/07 | 27,562.50 | 1031 | 06/05/07 | 1,837.50 |
| 30 | 318463 | 06/28/07 | 07/05/07 | | 1032 | 06/18/07 | 11,025.00 |
| 31 | 318463 | 06/28/07 | 07/05/07 | | 1032 | 06/18/07 | 5,512.50 |
| 32 | 318463 | 06/28/07 | 07/05/07 | | 1032 | 06/18/07 | 5,512.50 |
| 33 | 318463 | 06/28/07 | 07/05/07 | | 1032 | 06/18/07 | 1,837.50 |
| 34 | 318463 | 06/28/07 | 07/05/07 | | 1032 | 06/18/07 | 1,837.50 |
| 35 | 318463 | 06/28/07 | 07/05/07 | 27,562.50 | 1032 | 06/18/07 | 1,837.50 |
| | | | | $ 79,523.49 | | | $ 79,523.49 |