AHM - Summary of Invoices Paid in the Preference Period
Vendor - INTEX SOLUTIONS INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304242 | 05/08/07 | 05/18/07 | | 71130 | 05/01/07 | $ 9,504.69 |
| 2 | 304242 | 05/08/07 | 05/18/07 | 13,849.69 | 17239 | 05/01/07 | 4,345.00 |
| 3 | 307738 | 05/22/07 | 05/31/07 | 51,325.31 | 52331 | 05/01/07 | 51,325.31 |
| 4 | 312802 | 06/08/07 | 06/22/07 | | 52434 | 06/01/07 | 51,325.31 |
| 5 | 312802 | 06/08/07 | 06/22/07 | | 71385 | 06/01/07 | 9,504.69 |
| 6 | 312802 | 06/08/07 | 06/22/07 | 65,175.00 | 17429 | 06/01/07 | 4,345.00 |
| 7 | 322191 | 07/16/07 | 08/01/07 | | 52512 | 07/01/07 | 51,325.31 |
| 8 | 322191 | 07/16/07 | 08/01/07 | | 71594 | 07/01/07 | 9,504.69 |
| 9 | 322191 | 07/16/07 | 08/01/07 | 65,175.00 | 17618 | 07/01/07 | 4,345.00 |
| | | | | $ 195,525.00 | | | $ 195,525.00 |