AHM - Summary of Invoices Paid in the Preference Period
Vendor - IRON MOUNTAIN RECORDS MGMT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302478 | 05/01/07 | 05/09/07 | $ 37.21 | GW65393 | 03/31/07 | $ 37.21 |
| 2 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 2,376.53 |
| 3 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 1,358.10 |
| 4 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 623.72 |
| 5 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 565.88 |
| 6 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 301.70 |
| 7 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 231.38 |
| 8 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 197.18 |
| 9 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 196.17 |
| 10 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 180.00 |
| 11 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 105.00 |
| 12 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 97.49 |
| 13 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 95.00 |
| 14 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 94.16 |
| 15 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 94.04 |
| 16 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 91.55 |
| 17 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 90.57 |
| 18 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 90.57 |
| 19 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 90.54 |
| 20 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 90.54 |
| 21 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 90.54 |
| 22 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 90.54 |
| 23 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 90.54 |
| 24 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 90.54 |
| 25 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 90.54 |
| 26 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 90.54 |
| 27 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 90.54 |
| 28 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 90.54 |
| 29 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 70.90 |
| 30 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 60.00 |
| 31 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 49.23 |
| 32 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 48.89 |
| 33 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 48.42 |
| 34 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 48.42 |
| 35 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 48.42 |
| 36 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 48.42 |
| 37 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 47.08 |
| 38 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 47.08 |
| 39 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 40 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 41 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 42 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 43 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 44 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 45 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 46 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - IRON MOUNTAIN RECORDS MGMT
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 48 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 49 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 50 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 51 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 52 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 53 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 54 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 55 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 56 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 57 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 58 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 59 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 60 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 61 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 62 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 63 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.27 |
| 64 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.00 |
| 65 | 303396 | 05/02/07 | 05/11/07 | | GV58930GV59000 | 02/28/07 | 45.00 |
| 66 | 303396 | 05/02/07 | 05/11/07 | 9,478.05 | GV58930GV59000 | 02/28/07 | 45.00 |
| 67 | 303419 | 05/02/07 | 05/11/07 | | GK91673-GK91748 | 01/31/07 | 10,091.31 |
| 68 | 303419 | 05/02/07 | 05/11/07 | 10,189.64 | EZ60757 | 07/31/06 | 98.33 |
| 69 | 304243 | 05/08/07 | 05/17/07 | 105.00 | HE30405 | 04/30/07 | 105.00 |
| 70 | 304244 | 05/08/07 | 05/16/07 | 52.50 | HC70140 | 04/30/07 | 52.50 |
| 71 | 304245 | 05/08/07 | 05/18/07 | 101.25 | HD10049 | 04/30/07 | 101.25 |
| 72 | 304646 | 05/10/07 | 05/21/07 | 40.00 | HE51763 | 04/30/07 | 40.00 |
| 73 | 305437 | 05/12/07 | 05/22/07 | 9,316.12 | HH28572HH28652 | 04/30/07 | 9,316.12 |
| 74 | 305520 | 05/14/07 | 05/23/07 | 472.50 | HH03057 | 04/30/07 | 472.50 |
| 75 | 307308 | 05/21/07 | 05/30/07 | 140.00 | HC95806HC95808 | 04/30/07 | 140.00 |
| 76 | 312388 | 06/07/07 | 06/18/07 | 339.10 | HK63131 | 05/31/07 | 339.10 |
| 77 | 312517 | 06/07/07 | 06/13/07 | 12,265.77 | HR39894HR39977 | 05/31/07 | 12,265.77 |
| 78 | 312805 | 06/08/07 | 06/18/07 | 140.00 | HJ90619HJ90621 | 05/31/07 | 140.00 |
| 79 | 313529 | 06/12/07 | 06/19/07 | 432.00 | HN31209 | 05/31/07 | 432.00 |
| 80 | 313530 | 06/12/07 | 06/18/07 | 1,006.94 | HK41219 | 05/31/07 | 1,006.94 |
| 81 | 313531 | 06/12/07 | 06/18/07 | 53.13 | HK27859 | 05/31/07 | 53.13 |
| 82 | 314009 | 06/13/07 | 06/21/07 | 100.00 | HK71306 | 05/31/07 | 100.00 |
| 83 | 317100 | 06/22/07 | 07/03/07 | 40.48 | HM09859 | 05/31/07 | 40.48 |
| 84 | 322208 | 07/16/07 | 07/24/07 | 200.00 | HS32156HS32158 | 06/30/07 | 200.00 |
| 85 | 322209 | 07/16/07 | 07/26/07 | 376.97 | HT15734 | 06/30/07 | 376.97 |
| 86 | 322803 | 07/18/07 | 07/25/07 | 12.88 | HS29651 | 06/30/07 | 12.88 |
| 87 | 322804 | 07/18/07 | 07/26/07 | 105.62 | HS81757 | 06/30/07 | 105.62 |
| 88 | 323554 | 07/23/07 | 08/01/07 | 407.71 | HX11888 | 06/30/07 | 407.71 |
| 89 | 323555 | 07/23/07 | 08/01/07 | 25.31 | HJ97227 | 06/30/07 | 25.31 |
| 90 | 324963 | 07/24/07 | 08/01/07 | 320.67 | HU87518 | 06/30/07 | 320.67 |
| 91 | 324964 | 07/24/07 | 08/01/07 | 53.45 | HS55599 | 06/30/07 | 53.45 |
| | | | | $ 45,812.30 | | | $ 45,812.30 |