AHM - Summary of Invoices Paid in the Preference Period
Vendor - IM- OFF SITE DATA  PROTECTION
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305787 | 05/15/07 | 05/23/07 | $ 1,973.40 | 101427435 | 04/30/07 | $ 1,973.40 |
| 2 | 309325 | 05/24/07 | 06/04/07 | 20.00 | 101435204 | 04/30/07 | 20.00 |
| 3 | 311546 | 06/05/07 | 06/14/07 | 14,460.18 | 101410371 | 04/25/07 | 14,460.18 |
| 4 | 314263 | 06/14/07 | 06/25/07 | | 101341416 | 02/25/07 | 14,554.36 |
| 5 | 314263 | 06/14/07 | 06/25/07 | 26,059.17 | 101416142 | 04/30/07 | 11,504.81 |
| 6 | 315579 | 06/20/07 | 07/02/07 | 284.98 | 101470253 | 05/31/07 | 284.98 |
| 7 | 317114 | 06/22/07 | 07/02/07 | | 101381593 | 03/31/07 | 5,308.65 |
| 8 | 317114 | 06/22/07 | 07/02/07 | | 101416327 | 04/30/07 | 5,176.34 |
| 9 | 317114 | 06/22/07 | 07/02/07 | 10,783.66 | 101341203 | 02/21/07 | 298.67 |
| 10 | 319854 | 07/05/07 | 07/19/07 | 11,259.30 | 101451124 | 05/31/07 | 11,259.30 |
| 11 | 322187 | 07/16/07 | 07/24/07 | | 101451281 | 05/31/07 | 5,406.62 |
| 12 | 322187 | 07/16/07 | 07/24/07 | 7,284.22 | 101498187 | 06/30/07 | 1,877.60 |
| | | | | $ 72,124.91 | | | $ 72,124.91 |