AHM - Summary of Invoices Paid in the Preference Period
Vendor - J Laurie Commercial Floors Inc
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 320094 | 07/06/07 | 07/18/07 | 27,900.00 | FW073851 | 06/21/07 | 27,900.00 |
|   |   |   |   | $ 27,900.00 |   |   | $ 27,900.00 |