AHM - Summary of Invoices Paid in the Preference Period
Vendor - F & R LANDSCAPING, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302443 | 05/01/07 | 05/10/07 | | 14752 | 04/06/07 | $ 2,081.97 |
| 2 | 302443 | 05/01/07 | 05/10/07 | 2,473.02 | 14820 | 04/17/07 | 391.05 |
| 3 | 310630 | 05/31/07 | 06/11/07 | | 14937 | 05/15/07 | 7,060.63 |
| 4 | 310630 | 05/31/07 | 06/11/07 | 12,491.88 | 14936 | 05/15/07 | 5,431.25 |
| 5 | 312851 | 06/08/07 | 06/21/07 | | 14960 | 05/23/07 | 3,258.75 |
| 6 | 312851 | 06/08/07 | 06/21/07 | | 14938 | 05/20/07 | 2,081.97 |
| 7 | 312851 | 06/08/07 | 06/21/07 | | 14985 | 05/28/07 | 1,846.63 |
| 8 | 312851 | 06/08/07 | 06/21/07 | | 14961 | 05/23/07 | 814.69 |
| 9 | 312851 | 06/08/07 | 06/21/07 | 8,740.69 | 14962 | 05/23/07 | 738.65 |
| 10 | 317144 | 06/22/07 | 07/09/07 | 1,702.15 | 15038 | 06/07/07 | 1,702.15 |
| 11 | 318405 | 06/28/07 | 07/16/07 | | 15097 | 06/19/07 | 3,801.88 |
| 12 | 318405 | 06/28/07 | 07/16/07 | | 15091 | 06/20/07 | 2,081.97 |
| 13 | 318405 | 06/28/07 | 07/16/07 | | 14903 | 05/08/07 | 754.94 |
| 14 | 318405 | 06/28/07 | 07/16/07 | 6,780.00 | 15075 | 06/12/07 | 141.21 |
| 15 | 320703 | 07/09/07 | 07/19/07 | | 15099 | 06/19/07 | 4,888.13 |
| 16 | 320703 | 07/09/07 | 07/19/07 | | 15119 | 06/26/07 | 1,846.63 |
| 17 | 320703 | 07/09/07 | 07/19/07 | | 15105 | 06/19/07 | 1,678.26 |
| 18 | 320703 | 07/09/07 | 07/19/07 | | 15113 | 06/26/07 | 630.03 |
| 19 | 320703 | 07/09/07 | 07/19/07 | 9,461.26 | 15106 | 06/19/07 | 418.21 |
| | | | | $ 41,649.00 | | | $ 41,649.00 |