AHM - Summary of Invoices Paid in the Preference Period
Vendor - Kalee Investments Cool Springs
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 308163 | 05/22/07 | 05/25/07 | | | 05/13/07 | 7,773.08 |
| 2 | 308163 | 05/22/07 | 05/25/07 | 8,317.81 | | 05/13/07 | 544.73 |
| 3 | 316394 | 06/21/07 | 06/26/07 | | | 06/13/07 | 7,773.08 |
| 4 | 316394 | 06/21/07 | 06/26/07 | 8,317.81 | | 06/13/07 | 544.73 |
| 5 | 319178 | 07/02/07 | 07/09/07 | 458.42 | OPE EXP | 06/22/07 | 458.42 |
| 6 | 324355 | 07/23/07 | 07/30/07 | | | 07/13/07 | 7,773.08 |
| 7 | 324355 | 07/23/07 | 07/30/07 | 8,317.81 | | 07/13/07 | 544.73 |
| | | | | $ 25,411.85 | | | $ 25,411.85 |