# **<u>EXHIBIT A</u>**

751885

**Exhibit A**
**Postpetition REO Transfers**

| REF # | LSAM # | Unifi # | MSP # | Borrower | Address | City | State | Zip | UPB | REO Rcvd Dt | JPM Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1001190773 | 0001190773 | N/A | | 2196 STARLINE DRIVE | DECATUR | GA | 30032 | 131,888 | 12/6/2006 | 2/4/08 | $79,665.42 | |
| 2 | 1001325326 | 0001325326 | N/A | | 10511 PAVONIA DRIVE | HOUSTON | TX | 77095 | 228,000 | 12/6/2006 | 2/4/08 | $147,160.23 | |
| 3 | 1001279059 | 0001279059 | N/A | | 22947 EMILY TRACE LANE | KATY | TX | 77494 | 315,827 | 12/7/2006 | 2/4/08 | $239,443.78 | |
| 4 | 1001277391 | 0001277391 | N/A | | 4334 CALIFORNIA AVENUE | SAINT LOUIS | MO | 63111 | 51,940 | 1/19/2007 | 2/4/08 | $15,039.82 | |
| 5 | 1001275928 | 0001275928 | N/A | | 519 WEST TARO LANE | PHOENIX | AZ | 85027 | 199,240 | 2/15/2007 | 5/12/08 | $140,311.92 | |
| 6 | 1001312991 | 0001312991 | 0031196389 | | 2558 Fern Valley Road | Chula Vista | CA | 91915 | 692,800 | 3/1/2007 | 10/13/08 | $436,963.41 | |
| 7 | 1001354080 | 0001354080 | N/A | | 6 NEW LIGHT PLACE | SPRING | TX | 77382 | 461,440 | 3/14/2007 | 3/17/08 | $300,460.66 | |
| 8 | 1001262736 | 0001262736 | 0031120249 | | 5913 W FETLOCK TRL | PHOENIX | AZ | 85085 | 645,000 | 3/16/2007 | N/A | $0.00 | |
| 9 | 1001241169 | 1241169 | 31086952 | DAVID BROWN | 11932 N 147TH LN | SURPRISE | AZ | 85379 | 245,600 | 3/16/07 | n/a | $0.00 | |
| 10 | 1001284082 | 0001284082 | N/A | | 15077 NORTH 173RD DRIVE | SURPRISE | AZ | 85388 | 256,000 | 3/22/2007 | 5/12/08 | $118,019.56 | |
| 11 | 1001252137 | 0001252137 | N/A | | 839 DIAMOND DRIVE | CAMARILLO | CA | 93010 | 870,000 | 3/23/2007 | 2/4/08 | $679,343.71 | |
| 12 | 1001301988 | 0001301988 | N/A | | 57 DAWN AVENUE | FOUR OAKS | NC | 27524 | 116,643 | 3/26/2007 | 2/4/08 | $108,073.44 | |
| 13 | 1001255314 | 0001255314 | 0031108665 | | 504 VERANDA WAY B-104 | NAPLES | FL | 34104 | 279,433 | 4/16/2007 | N/A | $73,466.70 | Wired to the Escrow account on 6/29/09 |
| 14 | 1001235815 | 0001235815 | N/A | | 1783 Helena Street | Jacksonville | FL | 32208 | 64,000 | 4/16/2007 | No wire date avail | $30,310.18 | |
| 15 | 1001311417 | 0001311417 | N/A | | 422 GIRARD STREET #102 | GAITHERSBUR | MD | 20877 | 176,000 | 4/18/2007 | 2/4/08 | $136,406.97 | |
| 16 | 1001271385 | 0001271385 | N/A | | 4224 BLAKE DRIVE | MODESTO | CA | 95356 | 656,000 | 4/19/2007 | 4/28/08 | $387,070.97 | |
| 17 | 1001218297 | 0001218297 | N/A | | 34450 WINDKNOB COURT | WESLEY CHAP | FL | 33544 | 188,900 | 4/30/2007 | 5/12/08 | $127,375.14 | |
| 18 | 1001194238 | 1194238 | 310180211 | IRVEN HILL | 8300 MACARTHUR BLVD | OAKLAND | CA | 94605 | 598,351 | 5/22/07 | n/a | $0.00 | |
| 19 | 1001268208 | 0001268208 | 0031128176 | | 68100 Espada Road | Cathedral City | CA | 92234 | 260,000 | 5/23/2007 | N/A | $0.00 | |
| 20 | 1001190349 | 0001190349 | N/A | | 3965 OAK TERRACE | WEST BLOOMF | MI | 48323 | 180,800 | 6/18/2007 | 2/4/08 | $123,355.23 | |
| 21 | 1001344265 | 0001344265 | N/A | | 10906 COLLINGTON DRIVE | MIDLOTHIAN | VA | 23112 | 351,928 | 6/20/2007 | 4/21/08 | $242,644.92 | |
| 22 | 1001279688 | 1279688 | 31144413 | Juan Carlos Vergara | 3515 SHOMA DRIVE #319 | West Palm Beach | FL | 33402 | 231,703 | 06/28/07 | n/a | $0.00 | |
| 23 | 1001202709 | 0001202709 | N/A | | 311 W. MASON | JACKSON | MI | 49203 | 69,300 | 7/3/2007 | n/a | $0.00 | |
| 24 | 1001406847 | 0001406847 | N/A | | 9275 DIXIE VALLEY ROAD | CHILCOOT | CA | 96105 | 316,000 | 7/11/2007 | 5/5/08 | $220,126.09 | |
| 25 | 1001528675 | 0001528675 | N/A | | 1686 SHIRLEY STREET SW | ATLANTA | GA | 30310 | 144,900 | 7/12/2007 | 2/4/08 | $102,785.83 | |
| 26 | 1001364486 | 0001364486 | N/A | | 1380 AIRPORT ROAD UNIT D1 | HOT SPRINGS | AR | 71913 | 412,500 | 7/12/2007 | 7/2/08 | $270,929.28 | |
| 27 | 1001365604 | 0001365604 | N/A | | 1380 AIRPORT ROAD UNIT D2 | HOT SPRINGS | AR | 71913 | 408,750 | 7/12/2007 | 7/2/08 | $274,641.10 | |
| 28 | 1001459084 | 0001459084 | 0031405228 | | 173 GOULD AVENUE | WARWICK | RI | 02888 | 188,000 | 7/12/2007 | 9/4/08 | $131,701.93 | |
| 29 | 1001348085 | 1348085 | 31253586 | JOSHUA COLVIN | 8720 E PRESERVE WAY | SCOTTSDALE | AZ | 85262 | 700,000 | 7/16/07 | n/a | $0.00 | |
| 30 | 1001201912 | 0001201912 | 0031028830 | | 7407 S UNION AVE | CHICAGO | IL | 60621 | 193,497 | 7/17/2007 | N/A | $0.00 | |
| 31 | 1001524648 | 0001524648 | N/A | | 5008 WOODWARD ST. | WAYNE | MI | 48184 | 91,200 | 7/18/2007 | 4/8/08 | $27,132.30 | |
| 32 | 1001331175 | 0001331175 | 0031225766 | | 44754 GENOA AVE & 858 | LANCASTER | CA | 93534 | 315,898 | 7/18/2007 | N/A | $50,329.03 | Wired to the Escrow account on 5/26/09 |
| 33 | 1001296157 | 0001296157 | N/A | | 10602 SOUTH LONGWOOD DR | CHICAGO | IL | 60643 | 370,160 | 7/20/2007 | 3/31/08 | $262,668.11 | |
| 34 | 1001236869 | 0001236869 | 0031080419 | | 606 KING RICHARD RD | BRANDON | MS | 39042 | 94,426 | 7/25/2007 | N/A | $18,659.79 | Wired to the Escrow account on 5/11/09 |
| 35 | 1001251003 | 0001251003 | N/A | | 1303 EAST VILLA THERESA DR | PHOENIX | AZ | 85022 | 454,900 | 7/26/2007 | 2/4/08 | $454,900.00 | |
| 36 | 1001333084 | 0001333084 | N/A | | 109 LAIRD | MADISON | MS | 39110 | 402,500 | 7/26/2007 | 2/4/08 | $384,904.08 | |
| 37 | 1001346144 | 0001346144 | 0031250160 | | 7218 E LINDNER AVE | MESA | AZ | 85209 | 235,345 | 7/31/2007 | N/A | $136,555.52 | Wired to the Escrow account on 3/23/09 |
| 38 | 1001315747 | 0001315747 | N/A | | 1232, 1234, 1234 1/2 | Los Angeles | CA | 90001 | 356,930 | 7/31/2007 | No wire date avail | $356,930.00 | |

| REF # | LSAM # | Unifi # | MSP # | Borrower | Address | City | State | Zip | UPB | REO Rcvd Dt | JPM Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | 1001293237 | 0001293237 | 0031164296 | | 6553 CALHOUN | DEARBORN | MI | 48126 | 188,800 | 8/1/2007 | N/A | $17,204.03 | Wired to the Escrow account on 11/24/08 |
| 40 | 1001527933 | 0001527933 | 0031495294 | | 35725 VERDE VISTA WAY | WILDOMAR | CA | 92595 | 394,500 | 8/3/2007 | week of 2/2/09 | $169,507.05 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 41 | 1001533395 | 0001533395 | N/A | | 904 Lendall Lane | Fredericksbrg | VA | 22405 | 363,387 | 8/6/2007 | 5/12/08 | $236,242.33 | |
| 42 | 1001457439 | 1457439 | 31403033 | MOHAMED BAKSH | 5194 FENWOOD LN | ORLANDO | FL | 32814 | 619,750 | 8/6/07 | n/a | $0.00 | |
| 43 | 1001471192 | 0001471192 | N/A | | 4920 SOUTH COTTONWOOD LANE | Holladay | UT | 84117 | 704,000 | 8/7/2007 | 2/4/08 | $468,122.11 | |
| 44 | 1001230445 | 0001230445 | 0031070261 | | 364 LAKESHORE DRIVE | Brick | NJ | 08723 | 277,875 | 8/7/2007 | 9/4/08 | $203,811.37 | |
| 45 | 1001476898 | 1476898 | 31427081 | MICHAEL MALEK | 24125 WAGON WHEEL CT | EUSTIS | FL | 32726 | 975,000 | 8/7/07 | n/a | $0.00 | |
| 46 | 1001323926 | 0001323926 | N/A | | 130 Mahonia Circle | Sacramento | CA | 95835 | 363,300 | 8/9/2007 | 3/31/08 | $247,551.28 | |
| 47 | 1001432600 | 1432600 | 31367659 | JUAN DIAZ | 11610 W MONROE ST | AVONDALE | AZ | 85323 | 270,750 | 8/13/07 | n/a | $0.00 | |
| 48 | 1001243417 | 0001243417 | N/A | | 13785 Lucky Lake Drive | Lake Forest | IL | 60045 | 840,000 | 8/17/2007 | 2/4/08 | $918,131.51 | |
| 49 | 1001485840 | 0001485840 | 0031437411 | | 2323 N BUSH ST | SANTA ANA | CA | 92703 | 548,000 | 8/22/2007 | N/A | $296,582.05 | Wired to the Escrow account on 12/2/08 |
| 50 | 1001556615 | 0001556615 | 0031539356 | | 16465 Vintage Dr | Fenton | MI | 48430 | 270,750 | 8/23/2007 | 9/15/08 | $128,251.89 | |
| 51 | 1001564894 | 0001564894 | 0031552441 | | 7540 NEWBERRY LN | LANHAM | MD | 20706 | 300,000 | 8/23/2007 | N/A | $0.00 | |
| 52 | 1001399895 | 0001399895 | 0031325806 | | 124 ROBERTS CIR | GEORGETOWN | TX | 78628 | 371,000 | 8/24/2007 | N/A | $0.00 | |
| 53 | 1001314737 | 0001314737 | 0031199417 | | 454 N WARREN AVE | BROCKTON | MA | 02301 | 311,920 | 8/24/2007 | n/a | $168,834.56 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 54 | 1001529162 | 0001529162 | 0031496912 | | 4317 WALNUT BLVD | WALNUT CREEK | CA | 94596 | 975,000 | 8/24/2007 | n/a | $555,654.69 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 55 | 1001497554 | 1497554 | 31453483 | RAMON MERCEDES | 30 -32 MANCHESTER ST | LAWRENCE | MA | 01841 | 231,000 | 8/24/07 | n/a | $0.00 | |
| 56 | 1001560334 | 1560334 | 31545056 | ALAN GLASER | 1519 W WILLOW RIDGE DR | PHOENIX | AZ | 85041 | 639,999 | 8/24/07 | n/a | $0.00 | |
| 57 | 1001508092 | 0001508092 | 0031467798 | | 7113 VIA CAMPANILE AVE | LAS VEGAS | NV | 89131 | 840,000 | 8/27/2007 | n/a | $404,431.28 | Wired to the Escrow account on 4/6/09 |
| 58 | 1000868720 | 0000868720 | N/A | | 1226 Boyd Galloway Road | Grimesland | NC | 27837 | 268,000 | 8/29/2007 | 6/3/08 | $268,000.00 | |
| 59 | 1001109346 | 0001109346 | N/A | | 3116 OSCEOLA DRIVE | Plano | TX | 75074 | 145,731 | 9/4/2007 | 2/4/08 | $131,047.23 | |
| 60 | 1000710306 | 0000710306 | 0030363576 | | 1985 KINGSTON ST | AURORA | CO | 80010 | 134,599 | 9/4/2007 | n/a | $87,866.19 | Wired to the Escrow account on 3/2/09 |
| 61 | 1001502712 | 0001502712 | 0031460470 | | 3734 Iowa Ave. | Saint Louis | MO | 63118 | 87,500 | 9/5/2007 | n/a | $0.00 | |
| 62 | 1001393183 | 0001393183 | 0031317191 | | 1343 E LUPINE AVE | PHOENIX | AZ | 85020 | 975,000 | 9/10/2007 | n/a | $275,186.95 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 63 | 1001488359 | 0001488359 | 0031440860 | | 23302 S 156TH ST | CHANDLER | AZ | 85249 | 1,000,000 | 9/12/2007 | n/a | $259,939.29 | Wired to the Escrow account on 4/13/09 |
| 64 | 1001304743 | 1304743 | 31182876 | RAFAEL NICOLS | 11230 W APACHE ST | AVONDALE | AZ | 85323 | 172,000 | 9/13/07 | n/a | $0.00 | |
| 65 | 1001444434 | 1444434 | 31383508 | NAFI AHMED | 2221 88TH AVE | OAKLAND | CA | 94605 | 564,000 | 9/14/07 | n/a | $0.00 | |
| 66 | 1001337145 | 1337145 | 31235880 | SPIROS GIANATOS | 6661 W TROPICANA AVE | LAS VEGAS | NV | 89103 | 148,000 | 9/18/07 | n/a | $0.00 | |
| 67 | 1001338340 | 1338340 | 31237829 | KIMBERLY KARKKAINEN | 10457 ARMAND AVE | LAS VEGAS | NV | 89129 | 239,400 | 9/18/07 | n/a | $0.00 | |

| REF # | LSAM # | Unifi # | MSP # | Borrower | Address | City | State | Zip | UPB | REO Rcvd Dt | JPM Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 1001559073 | 0001559073 | 0031542905 | | 14240 RAMHURST DR | LA MIRADA | CA | 90638 | 508,000 | 9/19/2007 | n/a | $279,269.61 | Wired to the Escrow account on 6/12/09 |
| 69 | 1001562212 | 1562212 | 31548241 | KIMBERLY SWAN | 6953 W GELDING LN | COOLIDGE | AZ | 85228 | 417,000 | 9/21/07 | | $0.00 | |
| 70 | 1001413238 | 0001413238 | 0031342736 | | 6509 AVENAL AVE | OAKLAND | CA | 94605 | 372,000 | 9/21/2007 | n/a | $62,521.41 | Wired to the Escrow account on 3/2/09 |
| 71 | 1001415992 | 0001415992 | N/A | | 22 Black Walnut Lane | Napa | CA | 94559 | 484,000 | 9/24/2007 | 4/8/08 | $394,288.62 | |
| 72 | 1001173163 | 00011173163 | 0030990691 | | 3872 E MORELOS ST | GILBERT | AZ | 85297 | 243,025 | 9/24/2007 | n/a | $122,458.34 | Funds remitted to the Escrow on 4/27/09 |
| 73 | 1001478146 | 0001478146 | 0031428717 | | 20314 N 61ST AVE | GLENDALE | AZ | 85308 | 262,009 | 9/26/2007 | 1/5/09 | $150,722.49 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 74 | 1001431820 | 0001431820 | N/A | | 255 Edwards Ave | Spartanburg | SC | 29306 | 50,400 | 10/1/2007 | 2/4/08 | $524.07 | |
| 75 | 1001417957 | 0001417957 | N/A | | 160 Sherwood Loop | Mcdonough | GA | 30253 | 87,123 | 10/2/2007 | 4/21/08 | $51,490.00 | |
| 76 | 1001426457 | 1426457 | 31359649 | ELLA SWYGERT | 1605 MALLARD CT | JONESBORO | GA | 30236 | 125,100 | 10/2/07 | n/a | $0.00 | |
| 77 | 1001411193 | 0001411193 | N/A | | 2523 West Broad Avenue | Spokane | WA | 99205 | 97,428 | 10/5/2007 | 3/17/08 | $87,819.13 | |
| 78 | 1001428715 | 0001428715 | N/A | | 11320 Strasburg | Erie | MI | 48133 | 230,851 | 10/12/2007 | 2/25/08 | $134,791.07 | |
| 79 | 1001346354 | 0001346354 | N/A | | 8943 Firestreak Drive | Charlotte | NC | 28216 | 148,500 | 10/16/2007 | 2/4/08 | $148,500.00 | |
| 80 | 1001439454 | 1439454 | 31377237 | MACK SMITH | 7932 EL RENO AVE | ELVERTA | CA | 95626 | 291,576 | 10/25/07 | | $0.00 | |
| 81 | 1001514649 | 0001514649 | 0031475932 | | 3329 STREAMWOOD CT | ANTIOCH | CA | 94531 | 457,500 | 10/30/2007 | n/a | $106,900.96 | Wired to the Escrow account on 5/11/09 |
| 82 | 1001089020 | 1089020 | 30845523 | ROSALIA ABREU | 1777 RT 6 | CARMEL | NY | 10512 | 409,500 | 11/2/07 | n/a | $0.00 | |
| 83 | 1001308686 | 1308686 | 31189350 | KEVIN BYRNE | 18801 CAP CT | COUNTRY CLUB HILLS | IL | 60478 | 388,400 | 11/5/07 | n/a | $0.00 | |
| 84 | 1001310909 | 1310909 | 31192644 | REGINALD MCGILL | 8737 W BLUEFIELD AVE | PEORIA | AZ | 85382 | 164,500 | 11/5/07 | n/a | $0.00 | |
| 85 | 1000785577 | 0000785577 | N/A | | 1134 Shawnee Trace | Grand Prairie | TX | 75051 | 74,682 | 11/6/2007 | 3/24/08 | $42,899.82 | |
| 86 | 1001004755 | 0001004755 | N/A | | 440 CRAVEN STREET | Durham | NC | 27704 | 107,683 | 11/6/2007 | 6/17/08 | $65,720.91 | |
| 87 | 1001364698 | 0001364698 | 0031277478 | | 4559 PARADISE SHOALS RD | SMYRNA | GA | 30080 | 1,824,743 | 11/6/2007 | week of 2/2/09 | $405,499.17 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 88 | 1001408953 | 0001408953 | 0031337371 | | 2244 CYPRESS AVE | SAN PABLO | CA | 94806 | 389,200 | 11/8/2007 | N/A | $0.00 | |
| 89 | 1001267917 | 0001267917 | 0031127632 | | 49 BEACONSFIELD CT | LINCOLNSHIRE | IL | 60069 | 370,876 | 11/12/2007 | n/a | $245,143.04 | Wired to the Escrow account on 2/23/09 |
| 90 | 1001610118 | 0001610118 | 0031610439 | | 2777 PARADISE RD 408 | LAS VEGAS | NV | 89109 | 540,000 | 11/13/2007 | N/A | $281,919.96 | Wired to the Escrow account on 11/3/08 |
| 91 | 1001232090 | 1232090 | 31073158 | MARIA MORI | 1010 WASHINGTON AVE | PLAINVIEW | NY | 11803 | 1,000,000 | 11/13/07 | n/a | $0.00 | |
| 92 | 1001464430 | 0001464430 | 0031412380 | | 100 N W 129TH AVE | MIAMI | FL | 33182 | 629,519 | 11/14/2007 | n/a | $192,665.32 | Wired to the Escrow account on 5/18/09 |
| 93 | 1001487200 | 0001487200 | 0031439169 | | 12807 LAMPTON LN | FORT WASHINGTON | MD | 20744 | 311,785 | 11/20/2007 | n/a | $177,002.01 | Wired to the Escrow account on 7/8/09 |
| 94 | 1001283883 | 0001283883 | N/A | | 308 Highland Avenue | Burlington | NC | 27217 | 92,373 | 11/28/2007 | 7/2/08 | $57,078.25 | |

| REF # | LSAM # | Unifi # | MSP # | Borrower | Address | City | State | Zip | UPB | REO Rcvd Dt | JPM Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | 1001325995 | 0001325995 | N/A | | 6305 Gormley Place | Springfield | VA | 22152 | 375,900 | 12/3/2007 | 6/9/08 | $310,099.80 | |
| 96 | 1001214368 | 0001214368 | 0031044928 | | 1205 W DARWIN ST | CHARLESTON | SC | 29412 | 224,000 | 12/3/2007 | N/A | $0.00 | |
| 97 | 1001396817 | 0001396817 | 0031321995 | | 3613 E MONONA DR | PHOENIX | AZ | 85050 | 379,975 | 12/3/2007 | n/a | $248,653.45 | Funds remitted to the Escrow on 4/27/09 |
| 98 | 1001385884 | 0001385884 | 0031306855 | | 1610 LINE CIR | DECATUR | GA | 30032 | 181,274 | 12/4/2007 | n/a | $50,711.39 | Wired to the Escrow account on 3/9/09 |
| 99 | 1001517087 | 0001517087 | 0031479249 | | 338 BROADMOOR WAY | MCDONOUGH | GA | 30253 | 644,000 | 12/4/2007 | n/a | $255,711.62 | Wired to the Escrow account on 5/11/09 |
| 100 | 1001291797 | 0001291797 | 0031161813 | | 2910 Loch Lomond Drive | Conyers | GA | 30094 | 340,000 | 12/4/2007 | n/a | $163,116.99 | Wired to the Escrow account on 5/26/09 |
| 101 | 1001419879 | 0001419879 | N/A | | 119 East Bahama Street, Unit 4 | South Padre Island | TX | 78597 | 165,200 | 12/6/2007 | 2/4/08 | $159,806.30 | |
| 102 | 1001421854 | 1421854 | 31353824 | ARTUR ZIETEK | 125 WOLF | DES PLAINES | IL | 60016 | 364,000 | 12/7/07 | n/a | $0.00 | |
| 103 | 1001442335 | 1442335 | 31381106 | KEVIN CHO | 26828 PINE CLIFF PL | VALENCIA | CA | 91381 | 1,085,913 | 12/7/07 | n/a | $0.00 | |
| 104 | 1001384300 | 1384300 | 31304686 | AIVAR KRISENKO | 9195 COLLINS AVE UNIT 101 | SURFSIDE | FL | 33154 | 412,500 | 12/10/07 | n/a | $0.00 | |
| 105 | 1001559177 | 0001559177 | N/A | | 28 Balfour Street | Dorchester | MA | 02125 | 320,000 | 12/11/2007 | 5/5/08 | $225,418.20 | |
| 106 | 1001439015 | 0001439015 | N/A | | 3802 EAST CHICKADEE ROAD | Gilbert | AZ | 85297 | 276,500 | 12/11/2007 | 7/2/08 | $183,910.93 | |
| 107 | 1001399466 | 0001399466 | 0031325368 | | 7504 VIA SIGNORELLI ST | LAS VEGAS | NV | 89131 | 1,000,000 | 12/11/2007 | 10/20/08 | $504,565.73 | |
| 108 | 1001470719 | 0001470719 | 0031419518 | | 5575 W 79TH ST | LOS ANGELES | CA | 90045 | 776,250 | 12/11/2007 | n/a | $308,262.98 | Wired to the Escrow account on 6/29/09 |
| 109 | 1001373355 | 0001373355 | 0031289895 | | 510 N LAWLER AVE | CHICAGO | IL | 60644 | 161,000 | 12/14/2007 | n/a | $0.00 | |
| 110 | 1001453051 | 0001453051 | N/A | | 7896 Hollywood Street | Commerce City | CO | 80022 | 136,000 | 12/19/2007 | 4/21/08 | $41,723.10 | |
| 111 | 1001394208 | 0001394208 | 0031318736 | | 3727 LA SOLIDAD WAY | SACRAMENTO | CA | 95820 | 203,000 | 12/21/2007 | n/a | $18,364.46 | Wired to the Escrow account on 5/1/09 |
| 112 | 1001353520 | 0001353520 | N/A | | 14607 Southeast Rivershore | Vancouver | WA | 98683 | 1,625,000 | 12/28/2007 | 5/12/08 | $1,625,000.00 | |
| 113 | 1001532023 | 0001532023 | 0031501315 | | 540 W AVE UNIT 2211 | MIAMI BEACH | FL | 33139 | 855,000 | 1/2/2008 | n/a | $337,346.14 | Wired to the Escrow account on 3/9/09 |
| 114 | 1001487259 | 1487259 | 31439235 | RONALD FROHLICH | 6430 WATERCREST WAY 402 | BRADENTON | FL | 34202 | 464,000 | 1/2/08 | n/a | $0.00 | |
| 115 | 1001468202 | 1468202 | 31416597 | IRYNA VARABYOVA | 16530 S SATURN CIR | LABELLE | FL | 33935 | 223,250 | 1/7/08 | n/a | $0.00 | |
| 116 | 1001426683 | 0001426683 | 0031359946 | | 8735 CYPRESS WALK CT | TAMARAC | FL | 33321 | 239,950 | 1/24/2008 | n/a | $42,981.35 | Wired to the Escrow account on 7/8/09 |
| 117 | 1001469201 | 0001469201 | 0031417660 | | 4556 S MICHIGAN AVE | CHICAGO | IL | 60653 | 640,000 | 1/29/2008 | 10/27/08 | $228,553.87 | |
| 118 | 1001353981 | 0001353981 | N/A | | 2924 FITZHUGH AVENUE | Fort Worth | TX | 76105 | 43,200 | 2/14/2008 | 2/4/08 | $33,779.94 | |
| 119 | 1001570450 | 0001570450 | 0031560741 | | 1057 HAGUE AVE. | Saint Paul | MN | 55104 | 296,000 | 2/25/2008 | 8/4/08 | $188,461.58 | |
| 120 | 1001602973 | 0001602973 | 0031601032 | | 4700 RIVER CREEK TERR | BELTSVILLE | MD | 20705 | 735,150 | 3/3/2008 | 1/5/09 | $491,543.52 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 121 | 1001604080 | 0001604080 | 0031602410 | | 3411 -13 FREMONT AVE N | MINNEAPOLIS | MN | 55412 | 210,000 | 3/20/2008 | n/a | $13,357.82 | Wired to the Escrow account on 4/21/09. Loan #31177033 for $53k was remitted to JP Morgan since loan converted to REO post 12/1/08 |

| REF # | LSAM # | Unifi # | MSP # | Borrower | Address | City | State | Zip | UPB | REO Rcvd Dt | JPM Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 122 | 1000932542 | 0000932542 | N/A | | 1913 JAMAICA STREET | Aurora | CO | 80010 | 141,070 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 123 | 1001123156 | 0001123156 | N/A | | 3045 Janice Avenue | Baltimore | MD | 21230 | 55,000 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 124 | 1001275324 | 0001275324 | N/A | | 7850 W Oakton St | Niles | IL | 60714 | 262,500 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 125 | 1001334914 | 0001334914 | N/A | | 619 ELATI STREET | Denver | CO | 80204 | 163,800 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 126 | 1001392537 | 0001392537 | N/A | | 4350 N Broadway St | Chicago | IL | 60613 | 455,000 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 127 | 1001409042 | 0001409042 | N/A | | 7001 SW 82nd Court | Miami | FL | 33143 | 800,000 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 128 | 1001487419 | 0001487419 | N/A | | 151 SOUTH KING STREET | DENVER | CO | 80219 | 132,000 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 129 | 1001490577 | 0001490577 | N/A | | 12617 Jamestown St | Blaine | MN | 55449 | 543,750 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 130 | 1001517913 | 0001517913 | N/A | | 4448 SOUTH PRAIRIE | Chicago | IL | 60653 | 532,500 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 131 | 1001028688 | 0001028688 | N/A | | 2094 Ladera Drive | Lincoln | CA | 95648 | 738,075 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 132 | 1001192151 | 0001192151 | N/A | | 1340 Derrick Court | Marion | SC | 29571 | 78,614 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 133 | 1001208021 | 0001208021 | N/A | | 8730 SW 147th TERRACE #101 | Beaverton | OR | 97007 | 191,178 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 134 | 1001270043 | 0001270043 | N/A | | 42 WASHINGTON STREET | Westfield | MA | 01085 | 196,700 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |

| REF # | LSAM # | Unifi # | MSP # | Borrower | Address | City | State | Zip | UPB | REO Rcvd Dt | JPM Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 135 | 1001292971 | 0001292971 | N/A | | 806 Oakleigh Beach Road | Dundalk | MD | 21222 | 525,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 136 | 1001308651 | 0001308651 | N/A | | 72 East Vanston Road | Stoughton | MA | 02072 | 319,920 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 137 | 1001311697 | 0001311697 | N/A | | 127 Quasar Circle | Sacramento | CA | 95822 | 143,998 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 138 | 1001326465 | 0001326465 | N/A | | 9013 WEST CHEERY LYNN ROAD | Phoenix | AZ | 85037 | 157,494 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 139 | 1001351587 | 0001351587 | N/A | | 19815 Mountville Drive | Maple Heights | OH | 44137 | 92,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 140 | 1001357091 | 0001357091 | N/A | | 2190 Harpoon Drive | Stafford | VA | 22554 | 375,300 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 141 | 1001368032 | 0001368032 | N/A | | 427 NW 20th Street | Cape Coral | FL | 33909 | 182,925 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 142 | 1001422819 | 0001422819 | N/A | | 3739 Sandy Shoals Lane | Decatur | GA | 30034 | 128,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 143 | 1001450240 | 0001450240 | N/A | | 516-518 East Isabella Street | Salisbury | MD | 21801 | 101,600 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 144 | 1001460955 | 0001460955 | N/A | | 127 ACKERMAN AVENUE | RIDGEWOOD | NJ | 07450 | 540,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 145 | 1001461929 | 0001461929 | N/A | | 1706 Eureka Street | Modesto | CA | 95358 | 252,886 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 146 | 1001476198 | 0001476198 | N/A | | 93 Stella Street | Providence | RI | 02909 | 160,682 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |

| REF # | LSAM # | Unifi # | MSP # | Borrower | Address | City | State | Zip | UPB | REO Rcvd Dt | JPM Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 147 | 1001485428 | 0001485428 | N/A | | 1303 Quail Hunt Drive | Riverdale | GA | 30296 | 131,284 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 148 | 1001486637 | 0001486637 | N/A | | 1250 SOUTH MIAMI AVE #1004 | Miami | FL | 33130 | 552,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 149 | 1001497438 | 0001497438 | N/A | | 25401 S.W. 217th Avenue | Homestead | FL | 33031 | 559,301 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 150 | 1001512202 | 0001512202 | N/A | | 8208 Deerpointe Drive | Toledo | OH | 43617 | 160,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 151 | 1001530648 | 0001530648 | N/A | | 9432 Pace Avenue | Los Angeles | CA | 90002 | 315,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 152 | 1001549144 | 0001549144 | N/A | | 155 IROQOUIS DRIVE | ISLAMORADA | FL | 33036 | 716,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 153 | 1001570837 | 0001570837 | N/A | | 6040 NORTH JERICHO ROAD | Meridian | ID | 83646 | 660,100 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 154 | 1001704251 | 0001704251 | N/A | | 21081 Larchmont Drive | Lake Forest | CA | 92630 | 452,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 155 | 1001417394 | 0001417394 | 0031348170 | | 13989 HEARTHSTONE LN | HARTLAND | MI | 48353 | 182,400 | 4/3/2008 | n/a | $122,705.89 | Wired to the Escrow account on 3/23/09 |
| 156 | 1001379131 | 0001379131 | 0031297534 | | 921 Stanley Avenue | Pontiac | MI | 48342 | 66,951 | 4/9/2008 | n/a | $0.00 | |
| 157 | 1001357263 | 0001357263 | N/A | | 3169 VARCROFT ROAD | Knightdale | NC | 27545 | 175,457 | 4/9/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 158 | 1001412707 | 0001412707 | 0031341886 | | 7244 383RD ST | NORTH BRANCH | MN | 55056 | 206,250 | 4/11/2008 | N/A | $101,557.55 | Wired to the Escrow account on 11/24/08 |
| 159 | 1001169760 | 1169760 | 30985238 | Michael Konkol Jr | 3119 Less Traveled Trail | Indian Trail | NC | 28079 | 153,886 | 05/16/08 | n/a | $0.00 | |
| 160 | 1001339895 | 0001339895 | 0031240146 | | 3432 BANEBERRY CIR | SHAKOPEE | MN | 55379 | 342,882 | 6/14/2008 | n/a | $220,959.50 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 161 | 1001300475 | 0001300475 | 0031175714 | | 5916 RAMPOLLA DR | LAS VEGAS | NV | 89141 | 248,500 | 8/29/2008 | n/a | $103,628.48 | Wired to the Escrow account on 3/9/09 |

| REF # | LSAM # | Unifi # | MSP # | Borrower | Address | City | State | Zip | UPB | REO Rcvd Dt | JPM Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 162 | 1001477334 | 0001477334 | 0031427719 | | 4486 PT LOMA AVE | SAN DIEGO | CA | 92107 | 650,000 | 9/30/2008 | n/a | $574,691.62 | Wired to the Escrow account on 2/23/09 |
| 163 | 1001574407 | 0001574407 | 0031566185 | | 2067 Placer Street | Redding | CA | 96001 | 311,200 | 10/21/2008 | n/a | $167,022.55 | Wired to the Escrow account on 3/16/09 |
| 164 | 1001246429 | 0001246429 | 0031094303 | | 1532 Vala Circle | Las Vegas | NV | 89101 | 195,518 | 10/27/2008 | n/a | $42,620.92 | Wired to the Escrow account on 4/21/09. Loan #31177033 for $53k was remitted to JP Morgan since loan converted to REO post 12/1/08 |
| 165 | 1001498198 | 1498198 | 31454291 | KADIATU TIMBO | 5635 Harrington Falls Lane | Alexandria | VA | 22312 | 500,600 | 11/4/08 | n/a | $0.00 | |
| 166 | 1001370489 | 0001370489 | 0031286131 | | 695 Amberidge Trail NW | Atlanta | GA | 30328 | 315,000 | 11/5/2008 | n/a | $228,851.44 | Wired to the Escrow account on 7/8/09 |
| 167 | 1001338390 | 1338390 | 31237894 | BONIFACIO PEDRO | 10945 WEST ALMERIA ROAD | Avondale | AZ | 85323 | 182,000 | 11/11/08 | n/a | $0.00 | |
| 168 | 1001406343 | 0001406343 | N/A | | 2106 West Tracy Lane | Phoenix | AZ | 85023 | 179,200 | 3rd Party Sale | 2/4/08 | $178,840.94 | |
| 169 | 1001327722 | 0001327722 | N/A | | 5055 West Hacienda Avenue | Las Vegas | NV | 89118 | 168,000 | Short Sale | 2/4/08 | $128,151.72 | |