# **EXHIBIT B**

751885

**Exhibit B**
**Postpetition REO Transfers**

| REF # | LSAM # | Unifi # | MSP # | Address | City | State | Zip | UPB | REO Rcvd Dt | JPM Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1001190773 | 0001190773 | N/A | 2196 STARLINE DRIVE | DECATUR | GA | 30032 | 131,888 | 12/6/2006 | 2/4/08 | $79,665.42 | |
| 2 | 1001325326 | 0001325326 | N/A | 10511 PAVONIA DRIVE | HOUSTON | TX | 77095 | 228,000 | 12/6/2006 | 2/4/08 | $147,160.23 | |
| 3 | 1001279059 | 0001279059 | N/A | 22947 EMILY TRACE LANE | KATY | TX | 77494 | 315,827 | 12/7/2006 | 2/4/08 | $239,443.78 | |
| 4 | 1001277391 | 0001277391 | N/A | 4334 CALIFORNIA AVENUE | SAINT LOUIS | MO | 63111 | 51,940 | 1/19/2007 | 2/4/08 | $15,039.82 | |
| 5 | 1001275928 | 0001275928 | N/A | 519 WEST TARO LANE | PHOENIX | AZ | 85027 | 199,240 | 2/15/2007 | 5/12/08 | $140,311.92 | |
| 6 | 1001312991 | 0001312991 | 0031196389 | 2558 Fern Valley Road | Chula Vista | CA | 91915 | 692,800 | 3/1/2007 | 10/13/08 | $436,963.41 | |
| 7 | 1001354080 | 0001354080 | N/A | 6 NEW LIGHT PLACE | SPRING | TX | 77382 | 461,440 | 3/14/2007 | 3/17/08 | $300,460.66 | |
| 8 | 1001284082 | 0001284082 | N/A | 15077 NORTH 173RD DRIVE | SURPRISE | AZ | 85388 | 256,000 | 3/22/2007 | 5/12/08 | $118,019.56 | |
| 9 | 1001252137 | 0001252137 | N/A | 839 DIAMOND DRIVE | CAMARILLO | CA | 93010 | 870,000 | 3/23/2007 | 2/4/08 | $679,343.71 | |
| 10 | 1001301988 | 0001301988 | N/A | 57 DAWN AVENUE | FOUR OAKS | NC | 27524 | 116,643 | 3/26/2007 | 2/4/08 | $108,073.44 | |
| 11 | 1001235815 | 0001235815 | N/A | 1783 Helena Street | Jacksonville | FL | 32208 | 64,000 | 4/16/2007 | No wire date avail | $30,310.18 | |
| 12 | 1001311417 | 0001311417 | N/A | 422 GIRARD STREET #102 | GAITHERSBUR | MD | 20877 | 176,000 | 4/18/2007 | 2/4/08 | $136,406.97 | |
| 13 | 1001271385 | 0001271385 | N/A | 4224 BLAKE DRIVE | MODESTO | CA | 95356 | 656,000 | 4/19/2007 | 4/28/08 | $387,070.97 | |
| 14 | 1001218297 | 0001218297 | N/A | 34450 WINDKNOB COURT | WESLEY CHAP | FL | 33544 | 188,900 | 4/30/2007 | 5/12/08 | $127,375.14 | |
| 15 | 1001190349 | 0001190349 | N/A | 3965 OAK TERRACE | WEST BLOOMF | MI | 48323 | 180,800 | 6/18/2007 | 2/4/08 | $123,355.23 | |
| 16 | 1001344265 | 0001344265 | N/A | 10906 COLLINGTON DRIVE | MIDLOTHIAN | VA | 23112 | 351,928 | 6/20/2007 | 4/21/08 | $242,644.92 | |
| 17 | 1001406847 | 0001406847 | N/A | 9275 DIXIE VALLEY ROAD | CHILCOOT | CA | 96105 | 316,000 | 7/11/2007 | 5/5/08 | $220,126.09 | |
| 18 | 1001528675 | 0001528675 | N/A | 1686 SHIRLEY STREET SW | ATLANTA | GA | 30310 | 144,900 | 7/12/2007 | 2/4/08 | $102,785.83 | |
| 19 | 1001364486 | 0001364486 | N/A | 1380 AIRPORT ROAD UNIT D1 | HOT SPRINGS | AR | 71913 | 412,500 | 7/12/2007 | 7/2/08 | $270,929.28 | |
| 20 | 1001365604 | 0001365604 | N/A | 1380 AIRPORT ROAD UNIT D2 | HOT SPRINGS | AR | 71913 | 408,750 | 7/12/2007 | 7/2/08 | $274,641.10 | |
| 21 | 1001459084 | 0001459084 | 0031405228 | 173 GOULD AVENUE | WARWICK | RI | 02888 | 188,000 | 7/12/2007 | 9/4/08 | $131,701.93 | |
| 22 | 1001524648 | 0001524648 | N/A | 5008 WOODWARD ST. | WAYNE | MI | 48184 | 91,200 | 7/18/2007 | 4/8/08 | $27,132.30 | |
| 23 | 1001296157 | 0001296157 | N/A | 10602 SOUTH LONGWOOD DR | CHICAGO | IL | 60643 | 370,160 | 7/20/2007 | 3/31/08 | $262,668.11 | |
| 24 | 1001251003 | 0001251003 | N/A | 1303 EAST VILLA THERESA DI | PHOENIX | AZ | 85022 | 454,900 | 7/26/2007 | 2/4/08 | $454,900.00 | |
| 25 | 1001333084 | 0001333084 | N/A | 109 LAIRD | MADISON | MS | 39110 | 402,500 | 7/26/2007 | 2/4/08 | $384,904.08 | |
| 26 | 1001315747 | 0001315747 | N/A | 1232, 1234, 1234 1/2 | Los Angeles | CA | 90001 | 356,930 | 7/31/2007 | No wire date avail | $356,930.00 | |
| 27 | 1001533395 | 0001533395 | N/A | 904 Lendall Lane | Fredericksbrg | VA | 22405 | 363,387 | 8/6/2007 | 5/12/08 | $236,242.33 | |
| 28 | 1001471192 | 0001471192 | N/A | 4920 SOUTH COTTONWOOD L | Holladay | UT | 84117 | 704,000 | 8/7/2007 | 2/4/08 | $468,122.11 | |
| 29 | 1001230445 | 0001230445 | 0031070261 | 364 LAKESHORE DRIVE | Brick | NJ | 8723 | 277,875 | 8/7/2007 | 9/4/08 | $203,811.37 | |
| 30 | 1001323926 | 0001323926 | N/A | 130 Mahonia Circle | Sacramento | CA | 95835 | 363,300 | 8/9/2007 | 3/31/08 | $247,551.28 | |
| 31 | 1001243417 | 0001243417 | N/A | 13785 Lucky Lake Drive | Lake Forest | IL | 60045 | 840,000 | 8/17/2007 | 2/4/08 | $918,131.51 | |
| 32 | 1001556615 | 0001556615 | 0031539356 | 16465 Vintage Dr | Fenton | MI | 48430 | 270,750 | 8/23/2007 | 9/15/08 | $128,251.89 | |
| 33 | 1000868720 | 0000868720 | N/A | 1226 Boyd Galloway Road | Grimesland | NC | 27837 | 268,000 | 8/29/2007 | 6/3/08 | $268,000.00 | |
| 34 | 1001109346 | 0001109346 | N/A | 3116 OSCEOLA DRIVE | Plano | TX | 75074 | 145,731 | 9/4/2007 | 2/4/08 | $131,047.23 | |
| 35 | 1001415992 | 0001415992 | N/A | 22 Black Walnut Lane | Napa | CA | 94559 | 484,000 | 9/24/2007 | 4/8/08 | $394,288.62 | |
| 36 | 1001431820 | 0001431820 | N/A | 255 Edwards Ave | Spartanburg | SC | 29306 | 50,400 | 10/1/2007 | 2/4/08 | $524.07 | |
| 37 | 1001417957 | 0001417957 | N/A | 160 Sherwood Loop | Mcdonough | GA | 30253 | 87,123 | 10/2/2007 | 4/21/08 | $51,490.00 | |
| 38 | 1001411193 | 0001411193 | N/A | 2523 West Broad Avenue | Spokane | WA | 99205 | 97,428 | 10/5/2007 | 3/17/08 | $87,819.13 | |
| 39 | 1001428715 | 0001428715 | N/A | 11320 Strasburg | Erie | MI | 48133 | 230,851 | 10/12/2007 | 2/25/08 | $134,791.07 | |
| 40 | 1001346354 | 0001346354 | N/A | 8943 Firestreak Drive | Charlotte | NC | 28216 | 148,500 | 10/16/2007 | 2/4/08 | $148,500.00 | |
| 41 | 1007855577 | 0007855577 | N/A | 1134 Shawnee Trace | Grand Prairie | TX | 75051 | 74,682 | 11/6/2007 | 3/24/08 | $42,899.82 | |
| 42 | 1001004755 | 0001004755 | N/A | 440 CRAVEN STREET | Durham | NC | 27704 | 107,683 | 11/6/2007 | 6/17/08 | $65,720.91 | |
| 43 | 1001283883 | 0001283883 | N/A | 308 Highland Avenue | Burlington | NC | 27217 | 92,373 | 11/28/2007 | 7/2/08 | $57,078.25 | |
| 44 | 1001325995 | 0001325995 | N/A | 6305 Gormley Place | Springfield | VA | 22152 | 375,900 | 12/3/2007 | 6/9/08 | $310,099.80 | |

| REF # | LSAM # | Unifi # | MSP # | Address | City | State | Zip | UPB | REO Rcvd Dt | JPM Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | 1001419879 | 0001419879 | N/A | 119 East Bahama Street, Unit 4 | South Padre Island | TX | 78597 | 165,200 | 12/6/2007 | 2/4/08 | $159,806.30 | |
| 46 | 1001559177 | 0001559177 | N/A | 28 Balfour Street | Dorchester | MA | 02125 | 320,000 | 12/11/2007 | 5/5/08 | $225,418.20 | |
| 47 | 1001439015 | 0001439015 | N/A | 3802 EAST CHICKADEE ROAD | Gilbert | AZ | 85297 | 276,500 | 12/11/2007 | 7/2/08 | $183,910.93 | |
| 48 | 1001399466 | 0001399466 | 0031325368 | 7504 VIA SIGNORELLI ST | LAS VEGAS | NV | 89131 | 1,000,000 | 12/11/2007 | 10/20/08 | $504,565.73 | |
| 49 | 1001453051 | 0001453051 | N/A | 7896 Hollywood Street | Commerce City | CO | 80022 | 136,000 | 12/19/2007 | 4/21/08 | $41,723.10 | |
| 50 | 1001353520 | 0001353520 | N/A | 14607 Southeast Rivershore | Vancouver | WA | 98683 | 1,625,000 | 12/28/2007 | 5/12/08 | $1,625,000.00 | |
| 51 | 1001469201 | 0001469201 | 0031417660 | 4556 S MICHIGAN AVE | CHICAGO | IL | 60653 | 640,000 | 1/29/2008 | 10/27/08 | $228,553.87 | |
| 52 | 1001353981 | 0001353981 | N/A | 2924 FITZHUGH AVENUE | Fort Worth | TX | 76105 | 43,200 | 2/14/2008 | 2/4/08 | $33,779.94 | |
| 53 | 1001570450 | 0001570450 | 0031560741 | 1057 HAGUE AVE. | Saint Paul | MN | 55104 | 296,000 | 2/25/2008 | 8/4/08 | $188,461.58 | |
| 54 | 1001406343 | 0001406343 | N/A | 2106 West Tracy Lane | Phoenix | AZ | 85023 | 179,200 | 3d Party Sale | 2/4/08 | $178,840.94 | |
| 55 | 1001327722 | 0001327722 | N/A | 5055 West Hacienda Avenue | Las Vegas | NV | 89118 | 168,000 | Short Sale | 2/4/08 | $128,151.72 | |