# **EXHIBIT C**

751885

**Exhibit C**
**Postpetition REO Transfers to Escrow Account**

| REF # | LSAM # | Unifi # | MSP # | Address | City | State | Zip | UPB | REO Rcvd Dt | Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1001255314 | 0001255314 | 0031108665 | 504 VERANDA WAY B-104 | NAPLES | FL | 34104 | 279,433 | 4/16/2007 | N/A | $73,466.70 | Wired to the Escrow account on 6/29/09 |
| 2 | 1001331175 | 0001331175 | 0031225766 | 44754 GENOA AVE & 858 | LANCASTER | CA | 93534 | 315,898 | 7/18/2007 | N/A | $50,329.03 | Wired to the Escrow account on 5/26/09 |
| 3 | 1001236869 | 0001236869 | 0031080419 | 606 KING RICHARD RD | BRANDON | MS | 39042 | 94,426 | 7/25/2007 | N/A | $18,659.79 | Wired to the Escrow account on 5/11/09 |
| 4 | 1001346144 | 0001346144 | 0031250160 | 7218 E LINDNER AVE | MESA | AZ | 85209 | 235,345 | 7/31/2007 | N/A | $136,555.52 | Wired to the Escrow account on 3/23/09 |
| 5 | 1001293237 | 0001293237 | 0031164296 | 6553 CALHOUN | DEARBORN | MI | 48126 | 188,800 | 8/1/2007 | N/A | $17,204.03 | Wired to the Escrow account on 11/24/08 |
| 6 | 1001527933 | 0001527933 | 0031495294 | 35725 VERDE VISTA WAY | WILDOMAR | CA | 92595 | 394,500 | 8/3/2007 | week of 2/2/09 | $169,507.05 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 7 | 1001485840 | 0001485840 | 0031437411 | 2323 N BUSH ST | SANTA ANA | CA | 92703 | 548,000 | 8/22/2007 | N/A | $296,582.05 | Wired to the Escrow account on 12/2/08 |
| 8 | 1001314737 | 0001314737 | 0031199417 | 454 N WARREN AVE | BROCKTON | MA | 02301 | 311,920 | 8/24/2007 | n/a | $168,834.56 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 9 | 1001529162 | 0001529162 | 0031496912 | 4317 WALNUT BLVD | WALNUT CREEK | CA | 94596 | 975,000 | 8/24/2007 | n/a | $555,654.69 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 10 | 1001508092 | 0001508092 | 0031467798 | 7113 VIA CAMPANILE AVE | LAS VEGAS | NV | 89131 | 840,000 | 8/27/2007 | n/a | $404,431.28 | Wired to the Escrow account on 4/6/09 |
| 11 | 1000710306 | 0000710306 | 0030363576 | 1985 KINGSTON ST | AURORA | CO | 80010 | 134,599 | 9/4/2007 | n/a | $87,866.19 | Wired to the Escrow account on 3/2/09 |
| 12 | 1001393183 | 0001393183 | 0031317191 | 1343 E LUPINE AVE | PHOENIX | AZ | 85020 | 975,000 | 9/10/2007 | n/a | $275,186.95 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 13 | 1001488359 | 0001488359 | 0031440860 | 23302 S 156TH ST | CHANDLER | AZ | 85249 | 1,000,000 | 9/12/2007 | n/a | $259,939.29 | Wired to the Escrow account on 4/13/09 |
| 14 | 1001559073 | 0001559073 | 0031542905 | 14240 RAMHURST DR | LA MIRADA | CA | 90638 | 508,000 | 9/19/2007 | n/a | $279,269.61 | Wired to the Escrow account on 6/12/09 |
| 15 | 1001413238 | 0001413238 | 0031342736 | 6509 AVENAL AVE | OAKLAND | CA | 94605 | 372,000 | 9/21/2007 | n/a | $62,521.41 | Wired to the Escrow account on 3/2/09 |
| 16 | 1001173163 | 0001173163 | 0030990691 | 3872 E MORELOS ST | GILBERT | AZ | 85297 | 243,025 | 9/24/2007 | n/a | $122,458.34 | Funds remitted to the Escrow on 4/27/09 |
| 17 | 1001478146 | 0001478146 | 0031428717 | 20314 N 61ST AVE | GLENDALE | AZ | 85308 | 262,009 | 9/26/2007 | 1/5/09 | $150,722.49 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 18 | 1001514649 | 0001514649 | 0031475932 | 3329 STREAMWOOD CT | ANTIOCH | CA | 94531 | 457,500 | 10/30/2007 | n/a | $106,900.96 | Wired to the Escrow account on 5/11/09 |
| 19 | 1001364698 | 0001364698 | 0031277478 | 4559 PARADISE SHOALS RD | SMYRNA | GA | 30080 | 1,824,743 | 11/6/2007 | week of 2/2/09 | $405,499.17 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 20 | 1001267917 | 0001267917 | 0031127632 | 49 BEACONSFIELD CT | LINCOLNSHIRE | IL | 60069 | 370,876 | 11/12/2007 | n/a | $245,143.04 | Wired to the Escrow account on 2/23/09 |
| 21 | 1001610118 | 0001610118 | 0031610439 | 2777 PARADISE RD 408 | LAS VEGAS | NV | 89109 | 540,000 | 11/13/2007 | N/A | $281,919.96 | Wired to the Escrow account on 11/3/08 |
| 22 | 1001464430 | 0001464430 | 0031412380 | 100 N W 129TH AVE | MIAMI | FL | 33182 | 629,519 | 11/14/2007 | n/a | $192,665.32 | Wired to the Escrow account on 5/18/09 |
| 23 | 1001487200 | 0001487200 | 0031439169 | 12807 LAMPTON LN | FORT WASHINGTON | MD | 20744 | 311,785 | 11/20/2007 | n/a | $177,002.01 | Wired to the Escrow account on 7/8/09 |

| REF # | LSAM # | Unifi # | MSP # | Address | City | State | Zip | UPB | REO Rcvd Dt | Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 1001396817 | 0001396817 | 0031321995 | 3613 E MONONA DR | PHOENIX | AZ | 85050 | 379,975 | 12/3/2007 | n/a | $248,653.45 | Funds remitted to the Escrow on 4/27/09 |
| 25 | 1001385884 | 0001385884 | 0031306855 | 1610 LINE CIR | DECATUR | GA | 30032 | 181,274 | 12/4/2007 | n/a | $50,711.39 | Wired to the Escrow account on 3/9/09 |
| 26 | 1001517087 | 0001517087 | 0031479249 | 338 BROADMOOR WAY | MCDONOUGH | GA | 30253 | 644,000 | 12/4/2007 | n/a | $255,711.62 | Wired to the Escrow account on 5/11/09 |
| 27 | 1001291797 | 0001291797 | 0031161813 | 2910 Loch Lomond Drive | Conyers | GA | 30094 | 340,000 | 12/4/2007 | n/a | $163,116.99 | Wired to the Escrow account on 5/26/09 |
| 28 | 1001470719 | 0001470719 | 0031419518 | 5575 W 79TH ST | LOS ANGELES | CA | 90045 | 776,250 | 12/11/2007 | n/a | $308,262.98 | Wired to the Escrow account on 6/29/09 |
| 29 | 1001394208 | 0001394208 | 0031318736 | 3727 LA SOLIDAD WAY | SACRAMENTO | CA | 95820 | 203,000 | 12/21/2007 | n/a | $18,364.46 | Wired to the Escrow account on 5/11/09 |
| 30 | 1001532023 | 0001532023 | 0031501315 | 540 W AVE UNIT 2211 | MIAMI BEACH | FL | 33139 | 855,000 | 1/2/2008 | n/a | $337,346.14 | Wired to the Escrow account on 3/9/09 |
| 31 | 1001426683 | 0001426683 | 0031359946 | 8735 CYPRESS WALK CT | TAMARAC | FL | 33321 | 239,950 | 1/24/2008 | n/a | $42,981.35 | Wired to the Escrow account on 7/8/09 |
| 32 | 1001602973 | 0001602973 | 0031601032 | 4700 RIVER CREEK TERR | BELTSVILLE | MD | 20705 | 735,150 | 3/3/2008 | 1/5/09 | $491,543.52 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 33 | 1001604080 | 0001604080 | 0031602410 | 3411 -13 FREMONT AVE N | MINNEAPOLIS | MN | 55412 | 210,000 | 3/20/2008 | n/a | $13,357.82 | Wired to the Escrow account on 4/21/09. Loan #3117033 for $53k was remitted to JP Morgan since loan converted to REO post 12/1/08 |
| 34 | 1000932542 | 0000932542 | N/A | 1913 JAMAICA STREET | Aurora | CO | 80010 | 141,070 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 35 | 1001123156 | 0001123156 | N/A | 3045 Janice Avenue | Baltimore | MD | 21230 | 55,000 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 36 | 1001490577 | 0001490577 | N/A | 12617 Jamestown St | Blaine | MN | 55449 | 543,750 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 37 | 1001392537 | 0001392537 | N/A | 4350 N Broadway St | Chicago | IL | 60613 | 455,000 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 38 | 1001517913 | 0001517913 | N/A | 4448 SOUTH PRAIRIE | Chicago | IL | 60653 | 532,500 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 39 | 1001334914 | 0001334914 | N/A | 619 ELATI STREET | Denver | CO | 80204 | 163,800 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 40 | 1001487419 | 0001487419 | N/A | 151 SOUTH KING STREET | DENVER | CO | 80219 | 132,000 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 41 | 1001409042 | 0001409042 | N/A | 7001 SW 82nd Court | Miami | FL | 33143 | 800,000 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |

| REF # | LSAM # | Unifi # | MSP # | Address | City | State | Zip | UPB | REO Rcvd Dt | Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 1001275324 | 0001275324 | N/A | 7850 W Oakton St | Niles | IL | 60714 | 262,500 | 3/24/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 43 | 1001208021 | 0001208021 | N/A | 8730 SW 147th TERRACE #101 | Beaverton | OR | 97007 | 191,178 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 44 | 1001368032 | 0001368032 | N/A | 427 NW 20th Street | Cape Coral | FL | 33909 | 182,925 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 45 | 1001422819 | 0001422819 | N/A | 3739 Sandy Shoals Lane | Decatur | GA | 30034 | 128,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 46 | 1001292971 | 0001292971 | N/A | 806 Oakleigh Beach Road | Dundalk | MD | 21222 | 525,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 47 | 1001497438 | 0001497438 | N/A | 25401 S.W. 217th Avenue | Homestead | FL | 33031 | 559,301 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 48 | 1001549144 | 0001549144 | N/A | 155 IROQOUIS DRIVE | ISLAMORADA | FL | 33036 | 716,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 49 | 1001028688 | 0001028688 | N/A | 2094 Ladera Drive | Lincoln | CA | 95648 | 738,075 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 50 | 1001530648 | 0001530648 | N/A | 9432 Pace Avenue | Los Angeles | CA | 90002 | 315,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 51 | 1001351587 | 0001351587 | N/A | 19815 Mountville Drive | Maple Heights | OH | 44137 | 92,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 52 | 1001192151 | 0001192151 | N/A | 1340 Derrick Court | Marion | SC | 29571 | 78,614 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 53 | 1001570837 | 0001570837 | N/A | 6040 NORTH JERICHO ROAD | Meridian | ID | 83646 | 660,100 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 54 | 1001486637 | 0001486637 | N/A | 1250 SOUTH MIAMI AVE #1004 | Miami | FL | 33130 | 552,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 55 | 1001461929 | 0001461929 | N/A | 1706 Eureka Street | Modesto | CA | 95358 | 252,886 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 56 | 1001326465 | 0001326465 | N/A | 9013 WEST CHEERY LYNN ROAD | Phoenix | AZ | 85037 | 157,494 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 57 | 1001476198 | 0001476198 | N/A | 93 Stella Street | Providence | RI | 2909 | 160,682 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |

| REF # | LSAM # | Unifi # | MSP # | Address | City | State | Zip | UPB | REO Rcvd Dt | Wire Date | Total Proceeds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | 1001460955 | 0001460955 | N/A | 127 ACKERMAN AVENUE | RIDGEWOOD | NJ | 7450 | 540,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 59 | 1001485428 | 0001485428 | N/A | 1303 Quail Hunt Drive | Riverdale | GA | 30296 | 131,284 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 60 | 1001311697 | 0001311697 | N/A | 127 Quasar Circle | Sacramento | CA | 95822 | 143,998 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 61 | 1001450240 | 0001450240 | N/A | 516-518 East Isabella Street | Salisbury | MD | 21801 | 101,600 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 62 | 1001357091 | 0001357091 | N/A | 2190 Harpoon Drive | Stafford | VA | 22554 | 375,300 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 63 | 1001308651 | 0001308651 | N/A | 72 East Vanston Road | Stoughton | MA | 2072 | 319,920 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 64 | 1001512202 | 0001512202 | N/A | 8208 Deerpointe Drive | Toledo | OH | 43617 | 160,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 65 | 1001270043 | 0001270043 | N/A | 42 WASHINGTON STREET | Westfield | MA | 1085 | 196,700 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 66 | 1001704251 | 0001704251 | N/A | 21081 Larchmont Drive | Lake Forest | CA | 92630 | 452,000 | 4/2/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 67 | 1001417394 | 0001417394 | 0031348170 | 13989 HEARTHSTONE LN | HARTLAND | MI | 48353 | 182,400 | 4/3/2008 | n/a | $122,705.89 | Wired to the Escrow account on 3/23/09 |
| 68 | 1001357263 | 0001357263 | N/A | 3169 VARCROFT ROAD | Knightdale | NC | 27545 | 175,457 | 4/9/2008 | n/a | $0.00 | Included in March 2008 loan sale. Proceeds in escrow account (total $5,775,405.46) |
| 69 | 1001412707 | 0001412707 | 0031341886 | 7244 383RD ST | NORTH BRANCH | MN | 55056 | 206,250 | 4/11/2008 | N/A | $101,557.55 | Wired to the Escrow account on 11/24/08 |
| 70 | 1001339895 | 0001339895 | 0031240146 | 3432 BANEBERRY CIR | SHAKOPEE | MN | 55379 | 342,882 | 6/14/2008 | n/a | $220,959.50 | Funds then remitted to Escrow on both 2/3/09 and 2/9/09 |
| 71 | 1001300475 | 0001300475 | 0031175714 | 5916 RAMPOLLA DR | LAS VEGAS | NV | 89141 | 248,500 | 8/29/2008 | n/a | $103,628.48 | Wired to the Escrow account on 3/9/09 |
| 72 | 1001477334 | 0001477334 | 0031427719 | 4486 PT LOMA AVE | SAN DIEGO | CA | 92107 | 650,000 | 9/30/2008 | n/a | $574,691.62 | Wired to the Escrow account on 2/23/09 |
| 73 | 1001574407 | 0001574407 | 0031566185 | 2067 Placer Street | Redding | CA | 96001 | 311,200 | 10/21/2008 | n/a | $167,022.55 | Wired to the Escrow account on 3/16/09 |
| 74 | 1001246429 | 0001246429 | 0031094303 | 1532 Vala Circle | Las Vegas | NV | 89101 | 195,518 | 10/27/2008 | n/a | $42,620.92 | Wired to the Escrow account on 4/21/09. Loan #31177033 for $53k was remitted to JP Morgan since loan converted to REO post 12/1/08 |
| 75 | 1001370489 | 0001370489 | 0031286131 | 695 Amberidge Trail NW | Atlanta | GA | 30328 | 315,000 | 11/5/2008 | n/a | $228,851.44 | Wired to the Escrow account on 7/8/09 |