# EXHIBIT D

751885

**Exhibit D**
**Escrow Account Deposit Reconciliation**

| Date | Credit/(Debit) | Balance | Comments |
|---|---:|---:|---|
| 3/19/08 | $ 5,775,405.46 | $ 5,775,405.46 | Proceeds from the March 2008 loan sale |
| 4/10/08 | 11,018.03 | 5,786,423.49 | Interest earned |
| 5/12/08 | 15,017.06 | 5,801,440.55 | Interest earned |
| 5/31/08 | 8,945.51 | 5,810,386.06 | Interest earned |
| 6/30/08 | 14,152.59 | 5,824,538.65 | Interest earned |
| 7/31/08 | 14,660.56 | 5,839,199.21 | Interest earned |
| 8/31/08 | 14,697.46 | 5,853,896.67 | Interest earned |
| 9/30/08 | 14,258.57 | 5,868,155.24 | Interest earned |
| 10/31/08 | 14,770.34 | 5,882,925.58 | Interest earned |
| 11/3/08 | 281,919.96 | 6,164,845.54 | REO liquidation proceeds |
| 11/3/08 | (15.00) | 6,164,830.54 | Wire fee |
| 11/24/08 | 118,761.58 | 6,283,592.12 | REO liquidation proceeds |
| 11/24/08 | (15.00) | 6,283,577.12 | Wire fee |
| 11/30/08 | 14,030.97 | 6,297,608.09 | Interest earned |
| 12/2/08 | 296,582.05 | 6,594,190.14 | REO liquidation proceeds |
| 12/2/08 | (15.00) | 6,594,175.14 | Wire fee |
| 12/31/08 | 11,952.04 | 6,606,127.18 | Interest earned |
| 1/31/09 | 8,930.44 | 6,615,057.62 | Interest earned |
| 2/3/09 | 2,376,541.54 | 8,991,599.16 | REO liquidation proceeds |
| 2/3/09 | (15.00) | 8,991,584.16 | Wire fee |
| 2/9/09 | 61,366.39 | 9,052,950.55 | REO liquidation proceeds |
| 2/9/09 | (15.00) | 9,052,935.55 | Wire fee |
| 2/23/09 | 819,834.66 | 9,872,770.21 | REO liquidation proceeds |
| 2/23/09 | (15.00) | 9,872,755.21 | Wire fee |
| 2/28/09 | 10,069.10 | 9,882,824.31 | Interest earned |
| 3/2/09 | 150,387.60 | 10,033,211.91 | REO liquidation proceeds |
| 3/2/09 | (15.00) | 10,033,196.91 | Wire fee |
| 3/9/09 | 491,686.01 | 10,524,882.92 | REO liquidation proceeds |
| 3/9/09 | (15.00) | 10,524,867.92 | Wire fee |
| 3/16/09 | 167,022.55 | 10,691,890.47 | REO liquidation proceeds |
| 3/16/09 | (15.00) | 10,691,875.47 | Wire fee |
| 3/23/09 | 259,261.41 | 10,951,136.88 | REO liquidation proceeds |
| 3/23/09 | (15.00) | 10,951,121.88 | Wire fee |
| 3/31/09 | 11,121.14 | 10,962,243.02 | Interest earned |
| 4/6/09 | 404,431.28 | 11,366,674.30 | REO liquidation proceeds |
| 4/6/09 | (15.00) | 11,366,659.30 | Wire fee |
| 4/13/09 | 259,939.29 | 11,626,598.59 | REO liquidation proceeds |

| Date | Credit/(Debit) | Balance | Comments |
|---|---:|---:|---|
| 4/13/09 | (15.00) | 11,626,583.59 | Wire fee |
| 4/21/09 | 55,978.74 | 11,682,562.33 | REO liquidation proceeds |
| 4/21/09 | (15.00) | 11,682,547.33 | Wire fee |
| 4/27/09 | 371,111.79 | 12,053,659.12 | REO liquidation proceeds |
| 4/27/09 | (15.00) | 12,053,644.12 | Wire fee |
| 4/30/09 | 11,048.28 | 12,064,692.40 | Interest earned |
| 5/1/09 | 18,364.46 | 12,083,056.86 | REO liquidation proceeds |
| 5/1/09 | (15.00) | 12,083,041.86 | Wire fee |
| 5/11/09 | 381,272.37 | 12,464,314.23 | REO liquidation proceeds |
| 5/11/09 | (15.00) | 12,464,299.23 | Wire fee |
| 5/18/09 | 192,665.32 | 12,656,964.55 | REO liquidation proceeds |
| 5/18/09 | (15.00) | 12,656,949.55 | Wire fee |
| 5/26/09 | 213,446.02 | 12,870,395.57 | REO liquidation proceeds |
| 5/26/09 | (15.00) | 12,870,380.57 | Wire fee |
| 5/31/09 | 10,521.03 | 12,880,901.60 | Interest earned |
| 6/12/09 | 279,269.61 | 13,160,171.21 | REO liquidation proceeds |
| 6/12/09 | (15.00) | 13,160,156.21 | Wire fee |
| 6/29/09 | 73,466.70 | 13,233,622.91 | REO liquidation proceeds |
| 6/29/09 | (15.00) | 13,233,607.91 | Wire fee |
| 6/29/09 | 308,262.98 | 13,541,870.89 | REO liquidation proceeds |
| 7/8/09 | 228,851.44 | 13,770,722.33 | REO liquidation proceeds |
| 7/8/09 | (15.00) | 13,770,707.33 | Wire fee |
| 7/8/09 | 42,981.35 | 13,813,688.68 | REO liquidation proceeds |
| 7/8/09 | 177,002.01 | 13,990,690.69 | REO liquidation proceeds |

| | |
|---|---:|
| Liquidation $ | 13,805,812.57 |
| Interest Ear | 185,193.12 |
| Fees | (315.00) |
| Escrow Tot $ | **13,990,690.69** |