AHM - Summary of Invoices Paid in the Preference Period
Vendor - KELLY SERVICES INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305351 | 05/12/07 | 05/22/07 | $ 348.00 | 17486924 | 04/30/07 | $ 348.00 |
| 2 | 305352 | 05/12/07 | 05/23/07 | | 17436861 | 04/30/07 | 1,779.42 |
| 3 | 305352 | 05/12/07 | 05/23/07 | | 17436866 | 04/30/07 | 1,136.11 |
| 4 | 305352 | 05/12/07 | 05/23/07 | | 16419355 | 04/23/07 | 789.60 |
| 5 | 305352 | 05/12/07 | 05/23/07 | | 16301038 | 04/23/07 | 248.16 |
| 6 | 305352 | 05/12/07 | 05/23/07 | | 17310827 | 04/30/07 | 180.48 |
| 7 | 305352 | 05/12/07 | 05/23/07 | 4,165.25 | 50450212 | 12/18/06 | 31.48 |
| 8 | 305353 | 05/12/07 | 05/22/07 | | 17203998 | 04/30/07 | 979.07 |
| 9 | 305353 | 05/12/07 | 05/22/07 | | 16572620 | 04/23/07 | 909.46 |
| 10 | 305353 | 05/12/07 | 05/22/07 | | 16479979 | 04/23/07 | 473.06 |
| 11 | 305353 | 05/12/07 | 05/22/07 | 2,826.89 | 15554137 | 04/16/07 | 465.30 |
| 12 | 305354 | 05/12/07 | 05/22/07 | | 17487567 | 04/30/07 | 2,100.00 |
| 13 | 305354 | 05/12/07 | 05/22/07 | | 17486957 | 04/30/07 | 1,087.50 |
| 14 | 305354 | 05/12/07 | 05/22/07 | | 17486952 | 04/30/07 | 1,057.50 |
| 15 | 305354 | 05/12/07 | 05/22/07 | | 17486932 | 04/30/07 | 1,006.74 |
| 16 | 305354 | 05/12/07 | 05/22/07 | | 17486978 | 04/30/07 | 861.87 |
| 17 | 305354 | 05/12/07 | 05/22/07 | | 17487570 | 04/30/07 | 840.71 |
| 18 | 305354 | 05/12/07 | 05/22/07 | | 17486973 | 04/30/07 | 811.81 |
| 19 | 305354 | 05/12/07 | 05/22/07 | | 17486981 | 04/30/07 | 789.60 |
| 20 | 305354 | 05/12/07 | 05/22/07 | | 17486960 | 04/30/07 | 740.25 |
| 21 | 305354 | 05/12/07 | 05/22/07 | | 17486965 | 04/30/07 | 696.54 |
| 22 | 305354 | 05/12/07 | 05/22/07 | | 17486940 | 04/30/07 | 489.56 |
| 23 | 305354 | 05/12/07 | 05/22/07 | | 17486945 | 04/30/07 | 473.76 |
| 24 | 305354 | 05/12/07 | 05/22/07 | | 17486986 | 04/30/07 | 348.75 |
| 25 | 305354 | 05/12/07 | 05/22/07 | | 17486929 | 04/30/07 | 348.00 |
| 26 | 305354 | 05/12/07 | 05/22/07 | | 15543817 | 04/16/07 | 134.21 |
| 27 | 305354 | 05/12/07 | 05/22/07 | 11,805.58 | 8471658 | 02/26/07 | 18.78 |
| 28 | 305765 | 05/15/07 | 05/23/07 | | 15493997 | 04/16/07 | 1,297.20 |
| 29 | 305765 | 05/15/07 | 05/23/07 | | 15494008 | 04/16/07 | 1,225.29 |
| 30 | 305765 | 05/15/07 | 05/23/07 | | 14425479 | 04/09/07 | 1,182.64 |
| 31 | 305765 | 05/15/07 | 05/23/07 | | 14425466 | 04/09/07 | 882.66 |
| 32 | 305765 | 05/15/07 | 05/23/07 | | 13460840 | 04/02/07 | 643.67 |
| 33 | 305765 | 05/15/07 | 05/23/07 | | 14317098 | 04/09/07 | 338.40 |
| 34 | 305765 | 05/15/07 | 05/23/07 | | 15375897 | 04/16/07 | 321.48 |
| 35 | 305765 | 05/15/07 | 05/23/07 | 6,109.89 | 14611123 | 04/09/07 | 218.55 |
| 36 | 305767 | 05/15/07 | 05/22/07 | | 14570592 | 04/09/07 | 893.60 |
| 37 | 305767 | 05/15/07 | 05/22/07 | | 14582857 | 04/09/07 | 620.40 |
| 38 | 305767 | 05/15/07 | 05/22/07 | | 14484922 | 04/09/07 | 496.32 |
| 39 | 305767 | 05/15/07 | 05/22/07 | 2,491.13 | 13521356 | 04/02/07 | 480.81 |
| 40 | 305769 | 05/15/07 | 05/23/07 | 289.05 | 15684491 | 04/16/07 | 289.05 |
| 41 | 305771 | 05/15/07 | 05/24/07 | 925.33 | 15643831 | 04/16/07 | 925.33 |
| 42 | 305772 | 05/15/07 | 05/22/07 | | 15544310 | 04/16/07 | 2,100.00 |
| 43 | 305772 | 05/15/07 | 05/22/07 | | 15543791 | 04/16/07 | 1,108.26 |
| 44 | 305772 | 05/15/07 | 05/22/07 | | 15544315 | 04/16/07 | 996.72 |
| 45 | 305772 | 05/15/07 | 05/22/07 | | 15543825 | 04/16/07 | 893.60 |
| 46 | 305772 | 05/15/07 | 05/22/07 | | 15543833 | 04/16/07 | 856.22 |
| 47 | 305772 | 05/15/07 | 05/22/07 | | 15543812 | 04/16/07 | 789.60 |
| 48 | 305772 | 05/15/07 | 05/22/07 | | 15543804 | 04/16/07 | 740.25 |
| 49 | 305772 | 05/15/07 | 05/22/07 | | 15543820 | 04/16/07 | 710.29 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - KELLY SERVICES INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 50 | 305772 | 05/15/07 | 05/22/07 | | 14361000 | 04/09/07 | 668.34 |
| 51 | 305772 | 05/15/07 | 05/22/07 | | 14371827 | 04/09/07 | 592.20 |
| 52 | 305772 | 05/15/07 | 05/22/07 | | 15543809 | 04/16/07 | 549.90 |
| 53 | 305772 | 05/15/07 | 05/22/07 | | 15543775 | 04/16/07 | 523.71 |
| 54 | 305772 | 05/15/07 | 05/22/07 | | 15543770 | 04/16/07 | 435.00 |
| 55 | 305772 | 05/15/07 | 05/22/07 | | 15543783 | 04/16/07 | 435.00 |
| 56 | 305772 | 05/15/07 | 05/22/07 | | 15543788 | 04/16/07 | 406.08 |
| 57 | 305772 | 05/15/07 | 05/22/07 | | 15543796 | 04/16/07 | 313.20 |
| 58 | 305772 | 05/15/07 | 05/22/07 | | 15543838 | 04/16/07 | 240.00 |
| 59 | 305772 | 05/15/07 | 05/22/07 | | 15432826 | 04/16/07 | 30.21 |
| 60 | 305772 | 05/15/07 | 05/22/07 | 12,414.58 | 11497588 | 03/19/07 | 26.00 |
| 61 | 305796 | 05/15/07 | 05/23/07 | | 16613098 | 04/23/07 | 282.00 |
| 62 | 305796 | 05/15/07 | 05/23/07 | 564.00 | 17633624 | 04/30/07 | 282.00 |
| 63 | 305797 | 05/15/07 | 05/22/07 | | 17606984 | 04/30/07 | 620.40 |
| 64 | 305797 | 05/15/07 | 05/22/07 | | 16585275 | 04/23/07 | 566.12 |
| 65 | 305797 | 05/15/07 | 05/22/07 | 1,667.33 | 17499430 | 04/30/07 | 480.81 |
| 66 | 305798 | 05/15/07 | 05/22/07 | 702.18 | 17486879 | 04/30/07 | 702.18 |
| 67 | 305931 | 05/15/07 | 05/22/07 | | 13235320 | 04/02/07 | 2,443.73 |
| 68 | 305931 | 05/15/07 | 05/22/07 | | 12230249 | 03/26/07 | 1,804.30 |
| 69 | 305931 | 05/15/07 | 05/22/07 | | 14212443 | 04/09/07 | 1,666.12 |
| 70 | 305931 | 05/15/07 | 05/22/07 | | 14212435 | 04/09/07 | 1,025.09 |
| 71 | 305931 | 05/15/07 | 05/22/07 | | 12230244 | 03/26/07 | 1,011.68 |
| 72 | 305931 | 05/15/07 | 05/22/07 | | 13235317 | 04/02/07 | 989.47 |
| 73 | 305931 | 05/15/07 | 05/22/07 | 8,955.09 | 12230236 | 03/26/07 | 14.70 |
| 74 | 305932 | 05/15/07 | 05/22/07 | | 13512319 | 04/02/07 | 1,290.22 |
| 75 | 305932 | 05/15/07 | 05/22/07 | | 13511738 | 04/02/07 | 1,105.14 |
| 76 | 305932 | 05/15/07 | 05/22/07 | | 13511720 | 04/02/07 | 1,063.85 |
| 77 | 305932 | 05/15/07 | 05/22/07 | | 13511733 | 04/02/07 | 967.26 |
| 78 | 305932 | 05/15/07 | 05/22/07 | | 13511725 | 04/02/07 | 930.60 |
| 79 | 305932 | 05/15/07 | 05/22/07 | | 13511712 | 04/02/07 | 886.19 |
| 80 | 305932 | 05/15/07 | 05/22/07 | 6,920.06 | 13511717 | 04/02/07 | 676.80 |
| 81 | 306276 | 05/16/07 | 05/25/07 | | 16419363 | 04/23/07 | 1,143.86 |
| 82 | 306276 | 05/16/07 | 05/25/07 | | 15494003 | 04/16/07 | 789.60 |
| 83 | 306276 | 05/16/07 | 05/25/07 | 2,546.11 | 16419350 | 04/23/07 | 612.65 |
| 84 | 306278 | 05/16/07 | 05/25/07 | | 15266711 | 04/16/07 | 1,634.39 |
| 85 | 306278 | 05/16/07 | 05/25/07 | | 16198835 | 04/23/07 | 1,628.05 |
| 86 | 306278 | 05/16/07 | 05/25/07 | | 16198830 | 04/23/07 | 1,025.09 |
| 87 | 306278 | 05/16/07 | 05/25/07 | | 15266708 | 04/16/07 | 940.72 |
| 88 | 306278 | 05/16/07 | 05/25/07 | | 13229513 | 04/02/07 | 556.95 |
| 89 | 306278 | 05/16/07 | 05/25/07 | 6,335.10 | 14206796 | 04/09/07 | 549.90 |
| 90 | 306279 | 05/16/07 | 05/25/07 | | 16469223 | 04/23/07 | 2,100.00 |
| 91 | 306279 | 05/16/07 | 05/25/07 | | 16468618 | 04/23/07 | 1,290.22 |
| 92 | 306279 | 05/16/07 | 05/25/07 | | 16469210 | 04/23/07 | 1,068.11 |
| 93 | 306279 | 05/16/07 | 05/25/07 | | 16468647 | 04/23/07 | 1,048.35 |
| 94 | 306279 | 05/16/07 | 05/25/07 | | 16468605 | 04/23/07 | 968.67 |
| 95 | 306279 | 05/16/07 | 05/25/07 | | 16468675 | 04/23/07 | 922.85 |
| 96 | 306279 | 05/16/07 | 05/25/07 | | 16469228 | 04/23/07 | 853.93 |
| 97 | 306279 | 05/16/07 | 05/25/07 | | 16468600 | 04/23/07 | 829.08 |
| 98 | 306279 | 05/16/07 | 05/25/07 | | 16468670 | 04/23/07 | 808.99 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - KELLY SERVICES INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 99 | 306279 | 05/16/07 | 05/25/07 | | 16468662 | 04/23/07 | 789.60 |
| 100 | 306279 | 05/16/07 | 05/25/07 | | 16468654 | 04/23/07 | 740.25 |
| 101 | 306279 | 05/16/07 | 05/25/07 | | 16468667 | 04/23/07 | 719.45 |
| 102 | 306279 | 05/16/07 | 05/25/07 | | 16359759 | 04/23/07 | 592.20 |
| 103 | 306279 | 05/16/07 | 05/25/07 | | 16468592 | 04/23/07 | 549.90 |
| 104 | 306279 | 05/16/07 | 05/25/07 | | 16468659 | 04/23/07 | 504.08 |
| 105 | 306279 | 05/16/07 | 05/25/07 | | 16348810 | 04/23/07 | 496.32 |
| 106 | 306279 | 05/16/07 | 05/25/07 | | 16468639 | 05/04/07 | 478.17 |
| 107 | 306279 | 05/16/07 | 05/25/07 | | 16468597 | 04/23/07 | 442.04 |
| 108 | 306279 | 05/16/07 | 05/25/07 | | 16468621 | 04/23/07 | 417.60 |
| 109 | 306279 | 05/16/07 | 05/25/07 | | 16468642 | 04/23/07 | 348.00 |
| 110 | 306279 | 05/16/07 | 05/25/07 | | 16468613 | 04/23/07 | 70.78 |
| 111 | 306279 | 05/16/07 | 05/25/07 | | 8471674 | 02/26/07 | 22.00 |
| 112 | 306279 | 05/16/07 | 05/25/07 | 16,064.60 | 9432188 | 03/05/07 | 4.01 |
| 113 | 306536 | 05/17/07 | 05/29/07 | 95.96 | 17546248 | 04/30/07 | 95.96 |
| 114 | 306537 | 05/17/07 | 05/29/07 | 232.50 | 16468626 | 04/23/07 | 232.50 |
| 115 | 306700 | 05/17/07 | 05/22/07 | | 13391425 | 04/02/07 | 1,338.80 |
| 116 | 306700 | 05/17/07 | 05/22/07 | | 12534256 | 03/26/07 | 1,277.18 |
| 117 | 306700 | 05/17/07 | 05/22/07 | | 15543759CORREC | 04/16/07 | 1,228.82 |
| 118 | 306700 | 05/17/07 | 05/22/07 | | 15543767 | 04/24/07 | 1,200.33 |
| 119 | 306700 | 05/17/07 | 05/22/07 | | 15543762 | 04/16/07 | 1,114.61 |
| 120 | 306700 | 05/17/07 | 05/22/07 | | 15543747 | 04/16/07 | 829.08 |
| 121 | 306700 | 05/17/07 | 05/22/07 | | 13567771 | 04/02/07 | 801.45 |
| 122 | 306700 | 05/17/07 | 05/22/07 | | 15543754 | 04/16/07 | 676.80 |
| 123 | 306700 | 05/17/07 | 05/22/07 | | 15544307 | 04/16/07 | 327.83 |
| 124 | 306700 | 05/17/07 | 05/22/07 | | 8471695 | 02/26/07 | 82.21 |
| 125 | 306700 | 05/17/07 | 05/22/07 | | 14361005 | 04/09/07 | 81.56 |
| 126 | 306700 | 05/17/07 | 05/22/07 | | 44529001 | 11/06/06 | 71.57 |
| 127 | 306700 | 05/17/07 | 05/22/07 | | 38534657 | 09/25/06 | 22.00 |
| 128 | 306700 | 05/17/07 | 05/22/07 | | 39531645 | 10/02/06 | 22.00 |
| 129 | 306700 | 05/17/07 | 05/22/07 | | 8471653 | 02/26/07 | 11.43 |
| 130 | 306700 | 05/17/07 | 05/22/07 | | 44528883 | 11/06/06 | 4.18 |
| 131 | 306700 | 05/17/07 | 05/22/07 | 9,094.03 | 44528888 | 11/06/06 | 4.18 |
| 132 | 307316 | 05/21/07 | 05/30/07 | 988.79 | 17593781 | 04/30/07 | 988.79 |
| 133 | 307317 | 05/21/07 | 05/29/07 | 922.14 | 16348807 | 04/23/07 | 922.14 |
| 134 | 307318 | 05/21/07 | 05/29/07 | | 17363453 | 04/30/07 | 1,827.36 |
| 135 | 307318 | 05/21/07 | 05/29/07 | 2,195.48 | 17486916 | 04/30/07 | 368.12 |
| 136 | 307749 | 05/22/07 | 05/30/07 | | 18482807 | 05/07/07 | 2,100.00 |
| 137 | 307749 | 05/22/07 | 05/30/07 | | 18482245 | 05/07/07 | 1,503.96 |
| 138 | 307749 | 05/22/07 | 05/30/07 | | 18482224 | 05/07/07 | 1,218.00 |
| 139 | 307749 | 05/22/07 | 05/30/07 | | 18482216 | 05/07/07 | 1,184.40 |
| 140 | 307749 | 05/22/07 | 05/30/07 | | 18482203 | 05/07/07 | 1,020.52 |
| 141 | 307749 | 05/22/07 | 05/30/07 | | 18482174 | 05/07/07 | 949.64 |
| 142 | 307749 | 05/22/07 | 05/30/07 | | 18482252 | 05/07/07 | 908.04 |
| 143 | 307749 | 05/22/07 | 05/30/07 | | 18482810 | 05/07/07 | 885.66 |
| 144 | 307749 | 05/22/07 | 05/30/07 | | 18482182 | 05/07/07 | 879.84 |
| 145 | 307749 | 05/22/07 | 05/30/07 | | 18482158 | 05/07/07 | 854.46 |
| 146 | 307749 | 05/22/07 | 05/30/07 | | 18482229 | 05/07/07 | 829.08 |
| 147 | 307749 | 05/22/07 | 05/30/07 | | 18482802 | 05/07/07 | 729.68 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - KELLY SERVICES INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 148 | 307749 | 05/22/07 | 05/30/07 | | 18482232 | 05/07/07 | 696.54 |
| 149 | 307749 | 05/22/07 | 05/30/07 | | 18482190 | 05/07/07 | 672.57 |
| 150 | 307749 | 05/22/07 | 05/30/07 | | 18482211 | 05/07/07 | 435.00 |
| 151 | 307749 | 05/22/07 | 05/30/07 | | 18482257 | 05/07/07 | 333.25 |
| 152 | 307749 | 05/22/07 | 05/30/07 | | 18482208 | 05/07/07 | 261.00 |
| 153 | 307749 | 05/22/07 | 05/30/07 | 15,644.24 | 18482237 | 05/07/07 | 182.60 |
| 154 | 308883 | 05/23/07 | 06/01/07 | | 18430582 | 05/07/07 | 1,173.12 |
| 155 | 308883 | 05/23/07 | 06/01/07 | | 18430587 | 05/07/07 | 992.65 |
| 156 | 308883 | 05/23/07 | 06/01/07 | 2,299.59 | 18430590 | 05/07/07 | 133.82 |
| 157 | 308884 | 05/23/07 | 06/05/07 | 126.90 | 17486908 | 04/30/07 | 126.90 |
| 158 | 308885 | 05/23/07 | 06/04/07 | | 17486911 | 04/30/07 | 1,173.88 |
| 159 | 308885 | 05/23/07 | 06/04/07 | | 17486887 | 04/30/07 | 911.57 |
| 160 | 308885 | 05/23/07 | 06/04/07 | | 17486903 | 04/30/07 | 892.53 |
| 161 | 308885 | 05/23/07 | 06/04/07 | | 17486890 | 04/30/07 | 861.87 |
| 162 | 308885 | 05/23/07 | 06/04/07 | | 17487562 | 04/30/07 | 803.70 |
| 163 | 308885 | 05/23/07 | 06/04/07 | 4,669.55 | 18482195 | 05/07/07 | 26.00 |
| 164 | 309003 | 05/23/07 | 05/30/07 | 620.40 | 17363458 | 04/30/07 | 620.40 |
| 165 | 309330 | 05/24/07 | 06/04/07 | 500.55 | 18631338 | 05/07/07 | 500.55 |
| 166 | 309331 | 05/24/07 | 06/05/07 | 573.87 | 18359047 | 05/07/07 | 573.87 |
| 167 | 309760 | 05/25/07 | 06/05/07 | | 18482179 | 05/07/07 | 1,255.79 |
| 168 | 309760 | 05/25/07 | 06/05/07 | | 19473144 | 05/14/07 | 972.92 |
| 169 | 309760 | 05/25/07 | 06/05/07 | | 19473722 | 05/14/07 | 925.33 |
| 170 | 309760 | 05/25/07 | 06/05/07 | | 19473149 | 05/14/07 | 917.91 |
| 171 | 309760 | 05/25/07 | 06/05/07 | | 19473156 | 05/14/07 | 883.03 |
| 172 | 309760 | 05/25/07 | 06/05/07 | | 19473136 | 05/14/07 | 803.70 |
| 173 | 309760 | 05/25/07 | 06/05/07 | | 19473131 | 05/14/07 | 702.18 |
| 174 | 309760 | 05/25/07 | 06/05/07 | 7,019.22 | 19473151 | 05/14/07 | 558.36 |
| 175 | 310257 | 05/30/07 | 06/12/07 | | 18202569 | 05/07/07 | 1,539.22 |
| 176 | 310257 | 05/30/07 | 06/12/07 | | 19186923 | 05/14/07 | 1,494.80 |
| 177 | 310257 | 05/30/07 | 06/12/07 | | 19595123 | 05/14/07 | 1,221.41 |
| 178 | 310257 | 05/30/07 | 06/12/07 | | 19186915 | 05/14/07 | 910.04 |
| 179 | 310257 | 05/30/07 | 06/12/07 | | 18202564 | 05/07/07 | 902.37 |
| 180 | 310257 | 05/30/07 | 06/12/07 | | 19483978 | 05/14/07 | 504.08 |
| 181 | 310257 | 05/30/07 | 06/12/07 | | 18493572 | 05/07/07 | 380.00 |
| 182 | 310257 | 05/30/07 | 06/12/07 | 7,066.13 | 19595115 | 05/14/07 | 114.21 |
| 183 | 310258 | 05/30/07 | 06/11/07 | 245.95 | 17486882 | 04/30/07 | 245.95 |
| 184 | 310261 | 05/30/07 | 06/11/07 | 1,020.52 | 18589846 | 05/07/07 | 1,020.52 |
| 185 | 310262 | 05/30/07 | 06/11/07 | 2,047.32 | 18359042 | 05/07/07 | 2,047.32 |
| 186 | 310636 | 05/31/07 | 06/11/07 | | 19421494 | 05/14/07 | 648.80 |
| 187 | 310636 | 05/31/07 | 06/11/07 | 1,280.84 | 19421486 | 05/14/07 | 632.04 |
| 188 | 310637 | 05/31/07 | 06/11/07 | | 19473727 | 05/14/07 | 2,100.00 |
| 189 | 310637 | 05/31/07 | 06/11/07 | | 19473201 | 05/14/07 | 1,297.20 |
| 190 | 310637 | 05/31/07 | 06/11/07 | | 19421481 | 05/07/07 | 1,144.92 |
| 191 | 310637 | 05/31/07 | 06/11/07 | | 19473177 | 05/14/07 | 1,082.88 |
| 192 | 310637 | 05/31/07 | 06/11/07 | | 19473180 | 05/14/07 | 983.10 |
| 193 | 310637 | 05/31/07 | 06/11/07 | | 19473730 | 05/14/07 | 877.73 |
| 194 | 310637 | 05/31/07 | 06/11/07 | | 19473214 | 05/14/07 | 871.03 |
| 195 | 310637 | 05/31/07 | 06/11/07 | | 19473185 | 05/14/07 | 752.94 |
| 196 | 310637 | 05/31/07 | 06/11/07 | | 19473169 | 05/14/07 | 703.97 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - KELLY SERVICES INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 197 | 310637 | 05/31/07 | 06/11/07 | | 19473193 | 05/14/07 | 691.96 |
| 198 | 310637 | 05/31/07 | 06/11/07 | | 19473219 | 05/14/07 | 632.39 |
| 199 | 310637 | 05/31/07 | 06/11/07 | | 19473172 | 05/14/07 | 348.00 |
| 200 | 310637 | 05/31/07 | 06/11/07 | | 19473222 | 05/14/07 | 325.50 |
| 201 | 310637 | 05/31/07 | 06/11/07 | | 19473164 | 05/14/07 | 261.00 |
| 202 | 310637 | 05/31/07 | 06/11/07 | | 18482153 | 05/07/07 | 70.78 |
| 203 | 310637 | 05/31/07 | 06/11/07 | | 18482161 | 05/07/07 | 26.00 |
| 204 | 310637 | 05/31/07 | 06/11/07 | 12,195.40 | 17486895 | 04/30/07 | 26.00 |
| 205 | 311537 | 06/05/07 | 06/18/07 | 877.73 | 19581297 | 05/14/07 | 877.73 |
| 206 | 311538 | 06/05/07 | 06/15/07 | | 19347467 | 05/14/07 | 3,197.88 |
| 207 | 311538 | 06/05/07 | 06/15/07 | | 16469215 | 04/23/07 | 233.33 |
| 208 | 311538 | 06/05/07 | 06/15/07 | 3,457.21 | 19473206 | 05/14/07 | 26.00 |
| 209 | 311548 | 06/05/07 | 06/18/07 | 1,342.52 | 20193918 | 05/21/07 | 1,342.52 |
| 210 | 311549 | 06/05/07 | 06/14/07 | | 17067828 | 05/01/07 | 9,500.00 |
| 211 | 311549 | 06/05/07 | 06/14/07 | | 20419453 | 05/21/07 | 1,161.84 |
| 212 | 311549 | 06/05/07 | 06/14/07 | | 20419458 | 05/21/07 | 759.99 |
| 213 | 311549 | 06/05/07 | 06/14/07 | | 20419461 | 05/21/07 | 644.75 |
| 214 | 311549 | 06/05/07 | 06/14/07 | 12,085.36 | 18482240 | 05/07/07 | 18.78 |
| 215 | 312121 | 06/06/07 | 06/15/07 | | 20471504 | 05/21/07 | 1,732.50 |
| 216 | 312121 | 06/06/07 | 06/15/07 | | 20470951 | 05/21/07 | 1,321.53 |
| 217 | 312121 | 06/06/07 | 06/15/07 | | 20470928 | 05/21/07 | 1,108.26 |
| 218 | 312121 | 06/06/07 | 06/15/07 | | 20470931 | 05/21/07 | 1,009.20 |
| 219 | 312121 | 06/06/07 | 06/15/07 | | 20470964 | 05/21/07 | 797.00 |
| 220 | 312121 | 06/06/07 | 06/15/07 | | 20471509 | 05/21/07 | 787.84 |
| 221 | 312121 | 06/06/07 | 06/15/07 | | 20470915 | 05/21/07 | 772.28 |
| 222 | 312121 | 06/06/07 | 06/15/07 | | 20470936 | 05/21/07 | 752.94 |
| 223 | 312121 | 06/06/07 | 06/15/07 | | 20470944 | 05/21/07 | 646.13 |
| 224 | 312121 | 06/06/07 | 06/15/07 | | 20470910 | 05/21/07 | 435.00 |
| 225 | 312121 | 06/06/07 | 06/15/07 | | 20470969 | 05/21/07 | 372.00 |
| 226 | 312121 | 06/06/07 | 06/15/07 | | 20470923 | 05/21/07 | 348.00 |
| 227 | 312121 | 06/06/07 | 06/15/07 | 10,230.73 | 20470949 | 05/21/07 | 148.05 |
| 228 | 312390 | 06/07/07 | 06/15/07 | | 21385542 | 05/28/07 | 2,100.00 |
| 229 | 312390 | 06/07/07 | 06/15/07 | | 21385042 | 05/28/07 | 1,297.20 |
| 230 | 312390 | 06/07/07 | 06/15/07 | | 21385026 | 05/28/07 | 1,087.50 |
| 231 | 312390 | 06/07/07 | 06/15/07 | | 21385021 | 05/28/07 | 1,057.50 |
| 232 | 312390 | 06/07/07 | 06/15/07 | | 20470865 | 05/21/07 | 810.05 |
| 233 | 312390 | 06/07/07 | 06/15/07 | | 21385047 | 05/28/07 | 797.00 |
| 234 | 312390 | 06/07/07 | 06/15/07 | | 21385034 | 05/28/07 | 752.94 |
| 235 | 312390 | 06/07/07 | 06/15/07 | | 21385039 | 05/28/07 | 678.21 |
| 236 | 312390 | 06/07/07 | 06/15/07 | | 21385547 | 05/28/07 | 534.04 |
| 237 | 312390 | 06/07/07 | 06/15/07 | | 21385054 | 05/28/07 | 434.00 |
| 238 | 312390 | 06/07/07 | 06/15/07 | | 21385013 | 05/28/07 | 348.00 |
| 239 | 312390 | 06/07/07 | 06/15/07 | 10,157.44 | 21385018 | 05/28/07 | 261.00 |
| 240 | 312809 | 06/08/07 | 06/19/07 | | 20470878 | 05/21/07 | 1,171.23 |
| 241 | 312809 | 06/08/07 | 06/19/07 | | 20470907 | 05/21/07 | 922.69 |
| 242 | 312809 | 06/08/07 | 06/19/07 | | 20470886 | 05/21/07 | 911.57 |
| 243 | 312809 | 06/08/07 | 06/19/07 | | 20470873 | 05/21/07 | 835.43 |
| 244 | 312809 | 06/08/07 | 06/19/07 | | 20470899 | 05/21/07 | 683.15 |
| 245 | 312809 | 06/08/07 | 06/19/07 | | 20471496 | 05/21/07 | 539.33 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - KELLY SERVICES INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 246 | 312809 | 06/08/07 | 06/19/07 | 5,493.45 | 20470894 | 05/21/07 | 430.05 |
| 247 | 313534 | 06/12/07 | 06/18/07 | 909.46 | 21484050 | 05/28/07 | 909.46 |
| 248 | 314010 | 06/13/07 | 06/19/07 | 363.78 | 21372461 | 05/28/07 | 363.78 |
| 249 | 314271 | 06/14/07 | 06/25/07 | 26.00 | 19473198 | 05/14/07 | 26.00 |
| 250 | 314272 | 06/14/07 | 06/25/07 | 26.00 | 21384974 | 05/28/07 | 26.00 |
| 251 | 314273 | 06/14/07 | 06/25/07 | 261.07 | 21384990 | 05/28/07 | 261.07 |
| 252 | 314969 | 06/18/07 | 07/02/07 | | 21333737 | 05/28/07 | 1,173.12 |
| 253 | 314969 | 06/18/07 | 07/02/07 | | 22395136 | 06/04/07 | 1,020.84 |
| 254 | 314969 | 06/18/07 | 07/02/07 | | 21333745 | 05/28/07 | 654.88 |
| 255 | 314969 | 06/18/07 | 07/02/07 | | 46322900 | 11/20/06 | 627.45 |
| 256 | 314969 | 06/18/07 | 07/02/07 | | 2133740 | 05/28/07 | 620.40 |
| 257 | 314969 | 06/18/07 | 07/02/07 | | 22395144 | 06/04/07 | 91.78 |
| 258 | 314969 | 06/18/07 | 07/02/07 | 4,248.19 | 22395172 | 06/04/07 | 59.72 |
| 259 | 314971 | 06/18/07 | 06/29/07 | | 21148171 | 05/28/07 | 1,526.53 |
| 260 | 314971 | 06/18/07 | 06/29/07 | | 22237457 | 06/04/07 | 1,221.22 |
| 261 | 314971 | 06/18/07 | 06/29/07 | | 22237452 | 06/04/07 | 741.31 |
| 262 | 314971 | 06/18/07 | 06/29/07 | 3,507.84 | 21148168 | 05/28/07 | 18.78 |
| 263 | 314972 | 06/18/07 | 06/28/07 | | 22445118 | 06/04/07 | 1,078.65 |
| 264 | 314972 | 06/18/07 | 06/28/07 | | 22445113 | 06/04/07 | 702.18 |
| 265 | 314972 | 06/18/07 | 06/28/07 | | 21268545 | 05/28/07 | 620.40 |
| 266 | 314972 | 06/18/07 | 06/28/07 | | 19347470 | 05/14/07 | 620.40 |
| 267 | 314972 | 06/18/07 | 06/28/07 | | 20346537 | 05/21/07 | 604.89 |
| 268 | 314972 | 06/18/07 | 06/28/07 | | 22445105 | 06/04/07 | 516.06 |
| 269 | 314972 | 06/18/07 | 06/28/07 | | 22332865 | 06/04/07 | 496.32 |
| 270 | 314972 | 06/18/07 | 06/28/07 | | 17486937 | 04/30/07 | 245.94 |
| 271 | 314972 | 06/18/07 | 06/28/07 | | 16468589 | 04/23/07 | 233.33 |
| 272 | 314972 | 06/18/07 | 06/28/07 | 5,214.52 | 21268552 | 05/28/07 | 96.35 |
| 273 | 315186 | 06/18/07 | 06/22/07 | | 6446025 | 02/12/07 | 2,100.00 |
| 274 | 315186 | 06/18/07 | 06/22/07 | | 7435555 | 02/19/07 | 2,100.00 |
| 275 | 315186 | 06/18/07 | 06/22/07 | | 6445592 | 02/12/07 | 2,064.98 |
| 276 | 315186 | 06/18/07 | 06/22/07 | | 7435100 | 02/19/07 | 1,374.60 |
| 277 | 315186 | 06/18/07 | 06/22/07 | | 7435126 | 02/19/07 | 1,348.50 |
| 278 | 315186 | 06/18/07 | 06/22/07 | | 6445576 | 02/12/07 | 1,205.55 |
| 279 | 315186 | 06/18/07 | 06/22/07 | | 6445589 | 02/12/07 | 949.12 |
| 280 | 315186 | 06/18/07 | 06/22/07 | | 6445548 | 02/12/07 | 930.60 |
| 281 | 315186 | 06/18/07 | 06/22/07 | | 6446033 | 02/12/07 | 925.33 |
| 282 | 315186 | 06/18/07 | 06/22/07 | | 6445571 | 02/12/07 | 705.71 |
| 283 | 315186 | 06/18/07 | 06/22/07 | | 6445555 | 02/12/07 | 696.54 |
| 284 | 315186 | 06/18/07 | 06/22/07 | | 7435142 | 02/19/07 | 696.54 |
| 285 | 315186 | 06/18/07 | 06/22/07 | | 7435105 | 02/19/07 | 690.90 |
| 286 | 315186 | 06/18/07 | 06/22/07 | | 7435134 | 02/19/07 | 682.79 |
| 287 | 315186 | 06/18/07 | 06/22/07 | | 6445550 | 02/12/07 | 676.80 |
| 288 | 315186 | 06/18/07 | 06/22/07 | | 7435563 | 02/19/07 | 676.80 |
| 289 | 315186 | 06/18/07 | 06/22/07 | | 6445522 | 02/12/07 | 611.94 |
| 290 | 315186 | 06/18/07 | 06/22/07 | | 6445563 | 02/12/07 | 592.20 |
| 291 | 315186 | 06/18/07 | 06/22/07 | | 6445543 | 02/12/07 | 585.00 |
| 292 | 315186 | 06/18/07 | 06/22/07 | | 7435139 | 02/19/07 | 582.33 |
| 293 | 315186 | 06/18/07 | 06/22/07 | | 6445535 | 02/12/07 | 512.33 |
| 294 | 315186 | 06/18/07 | 06/22/07 | | 6445519 | 02/12/07 | 478.50 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - KELLY SERVICES INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 295 | 315186 | 06/18/07 | 06/22/07 | | 7435113 | 02/19/07 | 453.75 |
| 296 | 315186 | 06/18/07 | 06/22/07 | | 6445514 | 02/12/07 | 382.80 |
| 297 | 315186 | 06/18/07 | 06/22/07 | | 7435118 | 02/19/07 | 382.80 |
| 298 | 315186 | 06/18/07 | 06/22/07 | | 7435097 | 02/19/07 | 365.40 |
| 299 | 315186 | 06/18/07 | 06/22/07 | | 743512 | 02/19/07 | 363.78 |
| 300 | 315186 | 06/18/07 | 06/22/07 | 23,495.59 | 6445597 | 02/12/07 | 360.00 |
| 301 | 315582 | 06/20/07 | 07/02/07 | 515.71 | 22395149 | 06/04/07 | 515.71 |
| 302 | 315583 | 06/20/07 | 07/03/07 | | 20590753 | 05/21/07 | 612.65 |
| 303 | 315583 | 06/20/07 | 07/03/07 | | 21496609 | 05/28/07 | 496.32 |
| 304 | 315583 | 06/20/07 | 07/03/07 | | 23432052 | 06/11/07 | 465.30 |
| 305 | 315583 | 06/20/07 | 07/03/07 | | 21397922 | 05/28/07 | 465.30 |
| 306 | 315583 | 06/20/07 | 07/03/07 | | 22458611 | 06/04/07 | 294.69 |
| 307 | 315583 | 06/20/07 | 07/03/07 | 2,427.32 | 20482290 | 05/21/07 | 93.06 |
| 308 | 315584 | 06/20/07 | 07/02/07 | | 23419377 | 06/11/07 | 2,100.00 |
| 309 | 315584 | 06/20/07 | 07/02/07 | | 23418952 | 06/11/07 | 1,297.20 |
| 310 | 315584 | 06/20/07 | 07/02/07 | | 22445162 | 06/04/07 | 930.90 |
| 311 | 315584 | 06/20/07 | 07/02/07 | | 23419380 | 06/11/07 | 909.46 |
| 312 | 315584 | 06/20/07 | 07/02/07 | | 22445159 | 06/04/07 | 905.22 |
| 313 | 315584 | 06/20/07 | 07/02/07 | | 23418957 | 06/11/07 | 819.21 |
| 314 | 315584 | 06/20/07 | 07/02/07 | | 23418945 | 06/11/07 | 687.38 |
| 315 | 315584 | 06/20/07 | 07/02/07 | | 22395164 | 06/04/07 | 496.32 |
| 316 | 315584 | 06/20/07 | 07/02/07 | | 22395151 | 06/04/07 | 381.17 |
| 317 | 315584 | 06/20/07 | 07/02/07 | | 23418960 | 06/11/07 | 341.00 |
| 318 | 315584 | 06/20/07 | 07/02/07 | | 22432756 | 06/04/07 | 126.90 |
| 319 | 315584 | 06/20/07 | 07/02/07 | 9,047.83 | 22395156 | 06/04/07 | 53.07 |
| 320 | 315593 | 06/20/07 | 07/03/07 | 448.38 | 7176498 | 02/19/07 | 448.38 |
| 321 | 315594 | 06/20/07 | 07/02/07 | | 22445654 | 06/04/07 | 1,680.00 |
| 322 | 315594 | 06/20/07 | 07/02/07 | | 22445175 | 06/04/07 | 1,297.20 |
| 323 | 315594 | 06/20/07 | 07/02/07 | | 21385005 | 05/28/07 | 898.89 |
| 324 | 315594 | 06/20/07 | 07/02/07 | | 21384987 | 05/28/07 | 892.53 |
| 325 | 315594 | 06/20/07 | 07/02/07 | | 21385000 | 05/28/07 | 803.70 |
| 326 | 315594 | 06/20/07 | 07/02/07 | | 22445134 | 06/04/07 | 759.29 |
| 327 | 315594 | 06/20/07 | 07/02/07 | | 21384982 | 05/28/07 | 745.54 |
| 328 | 315594 | 06/20/07 | 07/02/07 | | 9433442 | 03/05/07 | 740.25 |
| 329 | 315594 | 06/20/07 | 07/02/07 | | 21385539 | 05/28/07 | 734.96 |
| 330 | 315594 | 06/20/07 | 07/02/07 | | 9433459 | 03/05/07 | 733.91 |
| 331 | 315594 | 06/20/07 | 07/02/07 | | 21384966 | 05/28/07 | 702.18 |
| 332 | 315594 | 06/20/07 | 07/02/07 | | 22445139 | 06/04/07 | 700.60 |
| 333 | 315594 | 06/20/07 | 07/02/07 | | 22445121 | 06/04/07 | 676.80 |
| 334 | 315594 | 06/20/07 | 07/02/07 | | 22445147 | 06/04/07 | 664.13 |
| 335 | 315594 | 06/20/07 | 07/02/07 | | 22445183 | 06/04/07 | 626.75 |
| 336 | 315594 | 06/20/07 | 07/02/07 | | 22445167 | 06/04/07 | 609.12 |
| 337 | 315594 | 06/20/07 | 07/02/07 | | 9433447 | 03/05/07 | 609.12 |
| 338 | 315594 | 06/20/07 | 07/02/07 | | 21384979 | 05/28/07 | 587.97 |
| 339 | 315594 | 06/20/07 | 07/02/07 | | 22445659 | 06/04/07 | 586.91 |
| 340 | 315594 | 06/20/07 | 07/02/07 | | 22445170 | 06/04/07 | 549.90 |
| 341 | 315594 | 06/20/07 | 07/02/07 | | 21384995 | 05/28/07 | 542.85 |
| 342 | 315594 | 06/20/07 | 07/02/07 | | 22445647 | 06/04/07 | 475.88 |
| 343 | 315594 | 06/20/07 | 07/02/07 | | 22445126 | 06/04/07 | 451.20 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - KELLY SERVICES INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 344 | 315594 | 06/20/07 | 07/02/07 | | 22445188 | 06/04/07 | 387.50 |
| 345 | 315594 | 06/20/07 | 07/02/07 | | 22445154 | 06/04/07 | 348.00 |
| 346 | 315594 | 06/20/07 | 07/02/07 | 18,109.68 | 22445142 | 06/04/07 | 304.50 |
| 347 | 317102 | 06/22/07 | 07/16/07 | | 23368017 | 06/11/07 | 637.85 |
| 348 | 317102 | 06/22/07 | 07/16/07 | | 23368020 | 06/11/07 | 616.36 |
| 349 | 317102 | 06/22/07 | 07/16/07 | 1,843.59 | 23368025 | 06/11/07 | 589.38 |
| 350 | 317117 | 06/22/07 | 07/02/07 | | 23418890 | 06/11/07 | 1,575.70 |
| 351 | 317117 | 06/22/07 | 07/02/07 | | 23418937 | 06/11/07 | 1,009.20 |
| 352 | 317117 | 06/22/07 | 07/02/07 | | 23418911 | 06/11/07 | 996.73 |
| 353 | 317117 | 06/22/07 | 07/02/07 | | 23418932 | 06/20/07 | 981.36 |
| 354 | 317117 | 06/22/07 | 07/02/07 | | 23418887 | 06/11/07 | 975.02 |
| 355 | 317117 | 06/22/07 | 07/02/07 | | 23418882 | 06/11/07 | 943.29 |
| 356 | 317117 | 06/22/07 | 07/02/07 | | 23418895 | 06/11/07 | 924.26 |
| 357 | 317117 | 06/22/07 | 07/02/07 | | 23419372 | 06/11/07 | 835.43 |
| 358 | 317117 | 06/22/07 | 07/02/07 | | 23418908 | 06/11/07 | 778.32 |
| 359 | 317117 | 06/22/07 | 07/02/07 | | 23418940 | 06/11/07 | 765.63 |
| 360 | 317117 | 06/22/07 | 07/02/07 | | 23418924 | 06/11/07 | 580.64 |
| 361 | 317117 | 06/22/07 | 07/02/07 | | 23418916 | 06/11/07 | 452.40 |
| 362 | 317117 | 06/22/07 | 07/02/07 | | 23418929 | 06/11/07 | 348.00 |
| 363 | 317117 | 06/22/07 | 07/02/07 | 11,268.21 | 23418903 | 06/11/07 | 102.23 |
| 364 | 317755 | 06/26/07 | 07/06/07 | | 23533912 | 06/11/07 | 620.40 |
| 365 | 317755 | 06/26/07 | 07/06/07 | | 22555437 | 06/04/07 | 496.32 |
| 366 | 317755 | 06/26/07 | 07/06/07 | | 16193344 | 04/23/07 | 58.91 |
| 367 | 317755 | 06/26/07 | 07/06/07 | 1,224.62 | 10201960 | 03/12/07 | 48.99 |
| 368 | 317756 | 06/26/07 | 07/06/07 | | 21268537 | 05/28/07 | 1,649.70 |
| 369 | 317756 | 06/26/07 | 07/06/07 | | 21268540 | 05/28/07 | 41.29 |
| 370 | 317756 | 06/26/07 | 07/06/07 | 1,716.99 | 8471711 | 02/26/07 | 26.00 |
| 371 | 317767 | 06/26/07 | 07/09/07 | 1,297.20 | 23368012 | 06/11/07 | 1,297.20 |
| 372 | 317768 | 06/26/07 | 07/06/07 | | 20346532 | 05/21/07 | 1,937.34 |
| 373 | 317768 | 06/26/07 | 07/06/07 | | 22332860 | 06/04/07 | 968.67 |
| 374 | 317768 | 06/26/07 | 07/06/07 | 2,928.01 | 21268532 | 05/28/07 | 22.00 |
| 375 | 318308 | 06/28/07 | 07/16/07 | | 23560936 | 06/11/07 | 110.05 |
| 376 | 318308 | 06/28/07 | 07/16/07 | 187.55 | 21522974 | 05/28/07 | 77.50 |
| 377 | 318309 | 06/28/07 | 07/10/07 | | 23080799 | 06/12/07 | 2,671.88 |
| 378 | 318309 | 06/28/07 | 07/10/07 | | 24397296 | 06/18/07 | 793.13 |
| 379 | 318309 | 06/28/07 | 07/10/07 | | 24283988 | 06/18/07 | 620.40 |
| 380 | 318309 | 06/28/07 | 07/10/07 | | 23303548 | 06/11/07 | 620.40 |
| 381 | 318309 | 06/28/07 | 07/10/07 | 4,862.88 | 10455111 | 03/12/07 | 157.07 |
| 382 | 319148 | 07/02/07 | 07/12/07 | 1,161.84 | 24345936 | 06/18/07 | 1,161.84 |
| 383 | 319150 | 07/02/07 | 07/16/07 | | 24397304 | 06/18/07 | 2,100.00 |
| 384 | 319150 | 07/02/07 | 07/16/07 | | 24396822 | 06/18/07 | 1,297.20 |
| 385 | 319150 | 07/02/07 | 07/16/07 | | 24396806 | 06/18/07 | 1,061.40 |
| 386 | 319150 | 07/02/07 | 07/16/07 | | 24396780 | 06/18/07 | 1,052.25 |
| 387 | 319150 | 07/02/07 | 07/16/07 | | 24396801 | 06/18/07 | 1,032.12 |
| 388 | 319150 | 07/02/07 | 07/16/07 | | 24397309 | 06/18/07 | 988.79 |
| 389 | 319150 | 07/02/07 | 07/16/07 | | 24396769 | 06/18/07 | 972.92 |
| 390 | 319150 | 07/02/07 | 07/16/07 | | 24396756 | 06/18/07 | 955.98 |
| 391 | 319150 | 07/02/07 | 07/16/07 | | 24396764 | 06/18/07 | 835.43 |
| 392 | 319150 | 07/02/07 | 07/16/07 | | 24396772 | 06/18/07 | 829.08 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - KELLY SERVICES INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 393 | 319150 | 07/02/07 | 07/16/07 | | 24396777 | 06/18/07 | 778.32 |
| 394 | 319150 | 07/02/07 | 07/16/07 | | 24396814 | 06/18/07 | 765.63 |
| 395 | 319150 | 07/02/07 | 07/16/07 | | 24396819 | 06/18/07 | 687.38 |
| 396 | 319150 | 07/02/07 | 07/16/07 | | 24396785 | 06/18/07 | 435.00 |
| 397 | 319150 | 07/02/07 | 07/16/07 | | 24396827 | 06/18/07 | 387.50 |
| 398 | 319150 | 07/02/07 | 07/16/07 | | 24396793 | 06/18/07 | 364.32 |
| 399 | 319150 | 07/02/07 | 07/16/07 | 14,891.32 | 24396798 | 06/18/07 | 348.00 |
| 400 | 319422 | 07/03/07 | 07/16/07 | | 24345944 | 06/18/07 | 632.04 |
| 401 | 319422 | 07/03/07 | 07/16/07 | 1,191.63 | 24345949 | 06/18/07 | 559.59 |
| 402 | 319863 | 07/05/07 | 07/17/07 | | 23207434 | 06/11/07 | 1,621.70 |
| 403 | 319863 | 07/05/07 | 07/17/07 | 2,063.74 | 24409653 | 06/18/07 | 442.04 |
| 404 | 320395 | 07/09/07 | 07/16/07 | 620.40 | 25329780 | 06/25/07 | 620.40 |
| 405 | 320396 | 07/09/07 | 07/16/07 | 282.00 | 24533700 | 06/18/07 | 282.00 |
| 406 | 320787 | 07/10/07 | 07/23/07 | 465.30 | 25391819 | 06/25/07 | 465.30 |
| 407 | 321213 | 07/11/07 | 07/23/07 | | 24507670 | 06/18/07 | 620.40 |
| 408 | 321213 | 07/11/07 | 07/23/07 | 868.56 | 25488578 | 06/25/07 | 248.16 |
| 409 | 322149 | 07/13/07 | 07/19/07 | 774.45 | 26233148 | 07/02/07 | 774.45 |
| 410 | 322195 | 07/16/07 | 07/24/07 | | 24384383 | 07/02/07 | 2,100.00 |
| 411 | 322195 | 07/16/07 | 07/24/07 | | 25379434 | 06/25/07 | 1,394.50 |
| 412 | 322195 | 07/16/07 | 07/24/07 | | 26333906 | 07/02/07 | 1,297.20 |
| 413 | 322195 | 07/16/07 | 07/24/07 | | 25379418 | 06/25/07 | 1,035.30 |
| 414 | 322195 | 07/16/07 | 07/24/07 | | 26333893 | 07/02/07 | 1,009.20 |
| 415 | 322195 | 07/16/07 | 07/24/07 | | 25379413 | 06/25/07 | 1,006.74 |
| 416 | 322195 | 07/16/07 | 07/24/07 | | 26333885 | 07/02/07 | 981.36 |
| 417 | 322195 | 07/16/07 | 07/24/07 | | 25379939 | 06/25/07 | 925.33 |
| 418 | 322195 | 07/16/07 | 07/24/07 | | 26333898 | 07/02/07 | 778.32 |
| 419 | 322195 | 07/16/07 | 07/24/07 | | 26334388 | 07/02/07 | 703.24 |
| 420 | 322195 | 07/16/07 | 07/24/07 | | 26333901 | 07/02/07 | 549.90 |
| 421 | 322195 | 07/16/07 | 07/24/07 | | 26333914 | 07/02/07 | 387.50 |
| 422 | 322195 | 07/16/07 | 07/24/07 | 12,446.99 | 26333880 | 07/02/07 | 278.40 |
| 423 | 322231 | 07/16/07 | 07/23/07 | | 25178398 | 06/25/07 | 676.80 |
| 424 | 322231 | 07/16/07 | 07/23/07 | 1,323.99 | 24188547 | 06/18/07 | 647.19 |
| 425 | 322232 | 07/16/07 | 07/24/07 | 448.38 | 25379384 | 06/25/07 | 448.38 |
| 426 | 322433 | 07/17/07 | 07/23/07 | | 26289587 | 07/02/07 | 690.21 |
| 427 | 322433 | 07/17/07 | 07/23/07 | 1,231.65 | 26289582 | 07/02/07 | 541.44 |
| 428 | 322434 | 07/17/07 | 07/25/07 | | 23303535 | 06/11/07 | 1,806.21 |
| 429 | 322434 | 07/17/07 | 07/25/07 | | 24283983 | 06/18/07 | 1,277.46 |
| 430 | 322434 | 07/17/07 | 07/25/07 | | 26333851 | 07/02/07 | 1,004.65 |
| 431 | 322434 | 07/17/07 | 07/25/07 | | 25329777 | 06/25/07 | 859.40 |
| 432 | 322434 | 07/17/07 | 07/25/07 | | 26333869 | 07/02/07 | 793.13 |
| 433 | 322434 | 07/17/07 | 07/25/07 | | 26333849 | 07/02/07 | 778.32 |
| 434 | 322434 | 07/17/07 | 07/25/07 | | 26333844 | 07/02/07 | 727.56 |
| 435 | 322434 | 07/17/07 | 07/25/07 | | 26333864 | 07/02/07 | 721.22 |
| 436 | 322434 | 07/17/07 | 07/25/07 | | 26333856 | 07/02/07 | 721.22 |
| 437 | 322434 | 07/17/07 | 07/25/07 | | 26334375 | 07/02/07 | 719.10 |
| 438 | 322434 | 07/17/07 | 07/25/07 | | 26333877 | 07/02/07 | 647.05 |
| 439 | 322434 | 07/17/07 | 07/25/07 | | 25269044 | 06/25/07 | 620.40 |
| 440 | 322434 | 07/17/07 | 07/25/07 | | 26233143 | 07/02/07 | 620.40 |
| 441 | 322434 | 07/17/07 | 07/25/07 | | 23303543 | 06/11/07 | 215.75 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - KELLY SERVICES INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 442 | 322434 | 07/17/07 | 07/25/07 | | 2633872 | 07/02/07 | 130.50 |
| 443 | 322434 | 07/17/07 | 07/25/07 | 11,589.30 | | 07/05/07 | (53.07) |
| 444 | 323558 | 07/23/07 | 08/01/07 | | 27322270 | 07/09/07 | 558.36 |
| 445 | 323558 | 07/23/07 | 08/01/07 | 829.08 | 27322267 | 07/09/07 | 270.72 |
| 446 | 323560 | 07/23/07 | 07/31/07 | | 27371272 | 07/09/07 | 727.56 |
| 447 | 323560 | 07/23/07 | 07/31/07 | 1,349.37 | 27371277 | 07/09/07 | 621.81 |
| 448 | 324966 | 07/24/07 | 07/31/07 | | 26345343 | 07/02/07 | 465.30 |
| 449 | 324966 | 07/24/07 | 07/31/07 | | 26148155 | 07/02/07 | 406.08 |
| 450 | 324966 | 07/24/07 | 07/31/07 | 1,080.77 | 27381961 | 07/09/07 | 209.39 |
| 451 | 324967 | 07/24/07 | 07/31/07 | | 27371777 | 07/09/07 | 1,680.00 |
| 452 | 324967 | 07/24/07 | 07/31/07 | | 25269036 | 06/25/07 | 1,142.10 |
| 453 | 324967 | 07/24/07 | 07/31/07 | | 27371319 | 07/09/07 | 904.80 |
| 454 | 324967 | 07/24/07 | 07/31/07 | | 27371314 | 07/09/07 | 879.84 |
| 455 | 324967 | 07/24/07 | 07/31/07 | | 27371280 | 07/09/07 | 782.55 |
| 456 | 324967 | 07/24/07 | 07/31/07 | | 27371772 | 07/09/07 | 697.95 |
| 457 | 324967 | 07/24/07 | 07/31/07 | | 27371327 | 07/09/07 | 641.55 |
| 458 | 324967 | 07/24/07 | 07/31/07 | | 26233135 | 07/02/07 | 634.50 |
| 459 | 324967 | 07/24/07 | 07/31/07 | | 25379926 | 06/25/07 | 634.50 |
| 460 | 324967 | 07/24/07 | 07/31/07 | | 27371322 | 07/09/07 | 609.12 |
| 461 | 324967 | 07/24/07 | 07/31/07 | | 27371298 | 07/09/07 | 592.20 |
| 462 | 324967 | 07/24/07 | 07/31/07 | | 27371293 | 07/09/07 | 587.97 |
| 463 | 324967 | 07/24/07 | 07/31/07 | | 27371285 | 07/09/07 | 575.28 |
| 464 | 324967 | 07/24/07 | 07/31/07 | | 25379389 | 06/25/07 | 571.05 |
| 465 | 324967 | 07/24/07 | 07/31/07 | | 27371306 | 07/09/07 | 556.80 |
| 466 | 324967 | 07/24/07 | 07/31/07 | | 27371301 | 07/09/07 | 512.33 |
| 467 | 324967 | 07/24/07 | 07/31/07 | 12,390.04 | 27371330 | 07/09/07 | 387.50 |
| 468 | 325160 | 07/24/07 | 07/30/07 | | 27264852/269049 | 06/25/07 | 595.73 |
| 469 | 325160 | 07/24/07 | 07/30/07 | 1,035.65 | 27264852/269049 | 06/25/07 | 439.92 |
| | | | | $ 357,588.87 | | | $ 357,588.87 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Kelly Services - Pasadena, CA
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305766 | 05/15/07 | 05/21/07 | | 13178363 | 04/02/07 | 1,015.20 |
| 2 | 305766 | 05/15/07 | 05/21/07 | | 14160352 | 04/09/07 | 507.60 |
| 3 | 305766 | 05/15/07 | 05/21/07 | | 14160357 | 04/09/07 | 338.40 |
| 4 | 305766 | 05/15/07 | 05/21/07 | | 14160345 | 04/09/07 | 32.71 |
| 5 | 305766 | 05/15/07 | 05/21/07 | | 12019790 | 03/22/07 | (0.64) |
| 6 | 305766 | 05/15/07 | 05/21/07 | | 12019873 | 03/22/07 | (1.20) |
| 7 | 305766 | 05/15/07 | 05/21/07 | 1,889.51 | 12019733 | 03/22/07 | (2.56) |
| 8 | 305770 | 05/15/07 | 05/21/07 | | 14520357 | 04/09/07 | 756.11 |
| 9 | 305770 | 05/15/07 | 05/21/07 | 1,489.31 | 15588676 | 04/16/07 | 733.20 |
| 10 | 305930 | 05/15/07 | 05/22/07 | | 12186073 | 03/26/07 | 1,324.35 |
| 11 | 305930 | 05/15/07 | 05/22/07 | 2,364.58 | 13190603 | 04/02/07 | 1,040.23 |
| 12 | 306277 | 05/16/07 | 05/24/07 | | 16148041 | 04/23/07 | 1,660.28 |
| 13 | 306277 | 05/16/07 | 05/24/07 | | 15224272 | 04/16/07 | 1,625.73 |
| 14 | 306277 | 05/16/07 | 05/24/07 | | 16157930 | 05/08/07 | 898.88 |
| 15 | 306277 | 05/16/07 | 05/24/07 | | 16514718 | 04/23/07 | 696.54 |
| 16 | 306277 | 05/16/07 | 05/24/07 | | 14172485 | 04/09/07 | 641.55 |
| 17 | 306277 | 05/16/07 | 05/24/07 | 5,553.19 | 14520352 | 04/09/07 | 30.21 |
| 18 | 307315 | 05/21/07 | 06/01/07 | | 17147554 | 04/30/07 | 846.00 |
| 19 | 307315 | 05/21/07 | 06/01/07 | | 18144241 | 05/07/07 | 713.81 |
| 20 | 307315 | 05/21/07 | 06/01/07 | 1,563.15 | 17147547 | 04/30/07 | 3.34 |
| 21 | 311536 | 06/05/07 | 06/14/07 | | 19128748 | 05/14/07 | 756.11 |
| 22 | 311536 | 06/05/07 | 06/14/07 | | 20133658 | 05/21/07 | 645.08 |
| 23 | 311536 | 06/05/07 | 06/14/07 | 1,431.40 | 19128743 | 05/14/07 | 30.21 |
| 24 | 312808 | 06/08/07 | 06/18/07 | | 21093534 | 05/28/07 | 994.05 |
| 25 | 312808 | 06/08/07 | 06/18/07 | 1,001.40 | 21093526 | 05/28/07 | 7.35 |
| 26 | 313533 | 06/12/07 | 06/18/07 | | 17157702 | 04/30/07 | 1,348.67 |
| 27 | 313533 | 06/12/07 | 06/18/07 | | 18156765 | 05/07/07 | 789.60 |
| 28 | 313533 | 06/12/07 | 06/18/07 | | 19141592 | 05/14/07 | 789.60 |
| 29 | 313533 | 06/12/07 | 06/18/07 | | 19141589 | 05/14/07 | 781.95 |
| 30 | 313533 | 06/12/07 | 06/18/07 | | 18156760 | 05/07/07 | 626.56 |
| 31 | 313533 | 06/12/07 | 06/18/07 | 4,893.18 | 12002762 | 03/23/06 | 556.80 |
| 32 | 314970 | 06/18/07 | 06/29/07 | 539.33 | 22185003 | 06/04/07 | 539.33 |
| 33 | 317103 | 06/22/07 | 07/03/07 | | 23152507 | 06/11/07 | 846.00 |
| 34 | 317103 | 06/22/07 | 07/03/07 | 872.16 | 23152502 | 06/11/07 | 26.16 |
| 35 | 317754 | 06/26/07 | 07/09/07 | | 20145095 | 05/21/07 | 631.68 |
| 36 | 317754 | 06/26/07 | 07/09/07 | | 21105101 | 05/28/07 | 315.84 |
| 37 | 317754 | 06/26/07 | 07/09/07 | | 20145090 | 05/21/07 | 160.40 |
| 38 | 317754 | 06/26/07 | 07/09/07 | 1,171.76 | 20145103 | 05/21/07 | 63.84 |
| 39 | 319149 | 07/02/07 | 07/13/07 | 846.00 | 24135027 | 06/18/07 | 846.00 |
| 40 | 322230 | 07/16/07 | 07/23/07 | | 25130480 | 06/25/07 | 814.28 |
| 41 | 322230 | 07/16/07 | 07/23/07 | 849.49 | 25130477 | 06/25/07 | 35.21 |
| 42 | 323559 | 07/23/07 | 07/31/07 | | 27132815 | 07/09/07 | 835.43 |
| 43 | 323559 | 07/23/07 | 07/31/07 | 1,512.23 | 26106419 | 07/02/07 | 676.80 |
| | | | | $ 25,976.69 | | | $ 25,976.69 |