AHM - Summary of Invoices Paid in the Preference Period
Vendor - King Office Services
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301598 | 04/27/07 | 05/11/07 | 250.00 | 203k135A024 | 04/17/07 | 250.00 |
| 2 | 301954 | 04/30/07 | 05/09/07 | 7,410.82 | 2031127001 | 04/04/07 | 7,410.82 |
| 3 | 302481 | 05/01/07 | 05/09/07 | 7,209.02 | 203K77001 | 04/17/07 | 7,209.02 |
| 4 | 304656 | 05/10/07 | 05/21/07 | 553.24 | 203346A012 | 04/17/07 | 553.24 |
| 5 | 306540 | 05/17/07 | 05/31/07 | 3,684.26 | KO202717002 | 04/01/07 | 3,684.26 |
| 6 | 309333 | 05/24/07 | 06/06/07 | | 2031187001 | 05/15/07 | 2,568.09 |
| 7 | 309333 | 05/24/07 | 06/06/07 | | 2031187001 | 05/15/07 | 2,568.08 |
| 8 | 309333 | 05/24/07 | 06/06/07 | | 203K1037001 | 05/15/07 | 1,207.05 |
| 9 | 309333 | 05/24/07 | 06/06/07 | | 2031207001 | 05/15/07 | 1,117.86 |
| 10 | 309333 | 05/24/07 | 06/06/07 | 8,146.67 | 2031407001 | 05/15/07 | 685.59 |
| 11 | 309763 | 05/25/07 | 06/06/07 | 1,363.19 | 203K587001 | 05/15/07 | 1,363.19 |
| 12 | 310263 | 05/30/07 | 06/12/07 | 4,908.00 | 203K426A001 | 05/15/07 | 4,908.00 |
| 13 | 312391 | 06/07/07 | 06/19/07 | 2,593.18 | 203K867001 | 05/29/07 | 2,593.18 |
| 14 | 313535 | 06/12/07 | 06/19/07 | | KO205407001 | 05/29/07 | 595.76 |
| 15 | 313535 | 06/12/07 | 06/19/07 | 855.76 | 203K135A025 | 05/15/07 | 260.00 |
| 16 | 317757 | 06/26/07 | 07/13/07 | 210.00 | 203K1037A0 | 06/15/07 | 210.00 |
| 17 | 319423 | 07/03/07 | 07/19/07 | 1,198.08 | 203K977001 | 06/15/07 | 1,198.08 |
| 18 | 322436 | 07/17/07 | 07/25/07 | | 203k426A003 | 07/16/07 | 710.00 |
| 19 | 322436 | 07/17/07 | 07/25/07 | 970.00 | 203K135A02 | 06/15/07 | 260.00 |
| | | | | $ 39,352.22 | | | $ 39,352.22 |