AHM - Summary of Invoices Paid in the Preference Period
Vendor - KOFAX IMAGE PRODUCTS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 319864 | 07/05/07 | 07/18/07 | | 248359 | 04/02/07 | $ 92,250.00 |
| 2 | 319864 | 07/05/07 | 07/18/07 | 151,687.50 | 255016 | 05/31/07 | 59,437.50 |
| | | | | $ 151,687.50 | | | $ 151,687.50 |