AHM - Summary of Invoices Paid in the Preference Period
Vendor - Ladenburg Thalmann & Company
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 312296 | 06/06/07 | 06/14/07 | 25,000.00 | EARLY TERMINATE | 06/06/07 | 25,000.00 |
|   |        |          |          | $ 25,000.00 |                |          | $ 25,000.00 |