AHM - Summary of Invoices Paid in the Preference Period
Vendor - Larry Elliot
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303844 | 05/04/07 | 05/21/07 | 30,000.00 | LEASE BUYOUT | 05/04/07 | 30,000.00 |
|   |        |          |          | $ 30,000.00 |              |          | $ 30,000.00 |