AHM - Summary of Invoices Paid in the Preference Period
Vendor - LeadPoint, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 318549 | 06/28/07 | 07/09/07 | | 723 | 06/15/07 | 9,000.00 |
| 2 | 318549 | 06/28/07 | 07/09/07 | | 722 | 06/15/07 | 6,250.00 |
| 3 | 318549 | 06/28/07 | 07/09/07 | 16,780.00 | 737 | 06/26/07 | 1,530.00 |
| 4 | 322740 | 07/17/07 | 07/24/07 | 2,500.00 | 788 | 07/17/07 | 2,500.00 |
| 5 | 322811 | 07/18/07 | 07/27/07 | 6,962.00 | 763 | 07/09/07 | 6,962.00 |
| | | | | $ 26,242.00 | | | $ 26,242.00 |