AHM - Summary of Invoices Paid in the Preference Period
Vendor - LEHR Construction Corp
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 325191 | 07/24/07 | 07/27/07 | | 38542 | 07/24/07 | 17,138.80 |
| 2 | 325191 | 07/24/07 | 07/27/07 | 34,276.00 | 38542 | 07/24/07 | 17,137.20 |
| | | | | $ 34,276.00 | | | $ 34,276.00 |