AHM - Summary of Invoices Paid in the Preference Period
Vendor - LENDERS CHOICE NETWORK
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304109 | 05/07/07 | 05/09/07 | 4,640.00 | INSPECTION | 05/07/07 | 4,640.00 |
| 2 | 304110 | 05/07/07 | 05/09/07 | 10,680.00 | INSPECTION | 05/07/07 | 10,680.00 |
| 3 | 311471 | 06/04/07 | 06/11/07 | 8,905.00 | INSPECTION | 06/04/07 | 8,905.00 |
| 4 | 311472 | 06/04/07 | 06/11/07 | 4,900.00 | INSPECTION | 06/04/07 | 4,900.00 |
| 5 | 321944 | 07/12/07 | 07/17/07 | 13,770.00 | INSPECTION | 07/12/07 | 13,770.00 |
| 6 | 321945 | 07/12/07 | 07/17/07 | 4,650.00 | INSPECTION | 07/12/07 | 4,650.00 |
|   |   |   |   | $ 47,545.00 |   |   | $ 47,545.00 |