AHM - Summary of Invoices Paid in the Preference Period
Vendor - LLOYD STAFFING
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302483 | 05/01/07 | 05/08/07 | | 1282582 | 04/01/07 | $ 5,509.59 |
| 2 | 302483 | 05/01/07 | 05/08/07 | 9,761.70 | 1282834 | 04/08/07 | 4,252.11 |
| 3 | 303402 | 05/02/07 | 05/09/07 | 1,858.70 | 1281344 | 02/25/07 | 1,858.70 |
| 4 | 304015 | 05/07/07 | 05/14/07 | | 1283077 | 05/04/07 | 5,199.96 |
| 5 | 304015 | 05/07/07 | 05/14/07 | 6,143.54 | 1283078 | 04/15/07 | 943.58 |
| 6 | 304016 | 05/07/07 | 05/14/07 | 7,000.00 | 7196 | 04/30/07 | 7,000.00 |
| 7 | 305448 | 05/12/07 | 05/18/07 | 4,552.99 | 1283314 | 04/22/07 | 4,552.99 |
| 8 | 307326 | 05/21/07 | 05/29/07 | 4,697.47 | 1283540 | 04/29/07 | 4,697.47 |
| 9 | 312815 | 06/08/07 | 06/18/07 | | 1284018 | 05/13/07 | 4,694.90 |
| 10 | 312815 | 06/08/07 | 06/18/07 | | 1283783 | 05/06/07 | 4,057.84 |
| 11 | 312815 | 06/08/07 | 06/18/07 | | 1284262 | 05/20/07 | 3,546.69 |
| 12 | 312815 | 06/08/07 | 06/18/07 | | 1284486 | 05/27/07 | 3,088.06 |
| 13 | 312815 | 06/08/07 | 06/18/07 | 16,481.49 | 1284487 | 05/27/07 | 1,094.00 |
| 14 | 312816 | 06/08/07 | 06/18/07 | 2,500.00 | 7249 | 05/30/07 | 2,500.00 |
| 15 | 315596 | 06/20/07 | 07/02/07 | | 1284706 | 06/03/07 | 3,388.80 |
| 16 | 315596 | 06/20/07 | 07/02/07 | 3,593.93 | 1284707 | 06/03/07 | 205.13 |
| 17 | 319866 | 07/05/07 | 07/13/07 | 2,959.83 | 1284945 | 06/10/07 | 2,959.83 |
| 18 | 324971 | 07/24/07 | 07/31/07 | 3,116.54 | 1285584 | 07/01/07 | 3,116.54 |
| | | | | $ 62,666.19 | | | $ 62,666.19 |