AHM - Summary of Invoices Paid in the Preference Period
Vendor - LIPA
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304452 | 05/09/07 | 05/15/07 | $ 394.71 | 3855003574 | 04/27/07 | $ 394.71 |
| 2 | 306261 | 05/16/07 | 05/24/07 | 5,038.72 | 2558000010 | 05/09/07 | 5,038.72 |
| 3 | 306262 | 05/16/07 | 05/24/07 | 66.45 | 592026770 | 05/07/07 | 66.45 |
| 4 | 307520 | 05/21/07 | 05/29/07 | 69,286.08 | 4/10/07-5/10/07 | 05/11/07 | 69,286.08 |
| 5 | 308692 | 05/22/07 | 06/06/07 | 4,121.29 | 4/10/07-5/10/07 | 05/11/07 | 4,121.29 |
| 6 | 308693 | 05/22/07 | 06/06/07 | 13,326.37 | 4/10/07-5/7/07 | 05/11/07 | 13,326.37 |
| 7 | 309174 | 05/23/07 | 06/01/07 | 4,714.56 | 25580000010 | 05/08/07 | 4,714.56 |
| 8 | 310138 | 05/30/07 | 06/08/07 | 334.11 | 2679002846 | 05/21/07 | 334.11 |
| 9 | 314204 | 06/14/07 | 06/22/07 | 651.72 | 3855003574 | 05/30/07 | 651.72 |
| 10 | 316968 | 06/22/07 | 06/29/07 | 5,337.72 | 2558000010 | 06/13/07 | 5,337.72 |
| 11 | 316969 | 06/22/07 | 06/29/07 | 112,507.03 | 2558001901 | 06/13/07 | 112,507.03 |
| 12 | 316970 | 06/22/07 | 06/29/07 | 141.15 | 5929026770 | 06/07/07 | 141.15 |
| 13 | 319507 | 07/03/07 | 07/13/07 | 459.80 | 2679002846 | 06/21/07 | 459.80 |
| 14 | 319686 | 07/05/07 | 07/13/07 | 23,602.75 | 2558000788 | 06/22/07 | 23,602.75 |
| 15 | 321373 | 07/11/07 | 07/18/07 | 677.68 | 3855003574 | 06/27/07 | 677.68 |
| 16 | 322757 | 07/17/07 | 07/25/07 | 112.11 | 5929026770 | 07/09/07 | 112.11 |
| 17 | 325642 | 07/26/07 | 08/01/07 | 26,321.31 | 2558000788 | 07/12/07 | 26,321.31 |
| | | | | $ 267,093.56 | | | $ 267,093.56 |