AHM - Summary of Invoices Paid in the Preference Period
Vendor - LOVALLO COMMUNICATION GROUP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304661 | 05/10/07 | 05/18/07 | | 60007 | 05/01/07 | $ 5,500.00 |
| 2 | 304661 | 05/10/07 | 05/18/07 | | 60007 | 05/01/07 | 5,500.00 |
| 3 | 304661 | 05/10/07 | 05/18/07 | 16,500.00 | 60007 | 05/01/07 | 5,500.00 |
| 4 | 312818 | 06/08/07 | 06/19/07 | | 60008 | 06/01/07 | 5,651.34 |
| 5 | 312818 | 06/08/07 | 06/19/07 | | 60008 | 06/01/07 | 5,651.33 |
| 6 | 312818 | 06/08/07 | 06/19/07 | 16,954.00 | 60008 | 06/01/07 | 5,651.33 |
| 7 | 320406 | 07/09/07 | 07/18/07 | | 60009 | 07/01/07 | 5,500.00 |
| 8 | 320406 | 07/09/07 | 07/18/07 | | 60009 | 07/01/07 | 5,500.00 |
| 9 | 320406 | 07/09/07 | 07/18/07 | 16,500.00 | 60009 | 07/01/07 | 5,500.00 |
| | | | | $ 49,954.00 | | | $ 49,954.00 |