AHM - Summary of Invoices Paid in the Preference Period
Vendor - L.S. CLARK SEARCH & STAFFING
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 312392 | 06/07/07 | 06/18/07 | | 717 | 05/29/07 | $ 16,000.00 |
| 2 | 312392 | 06/07/07 | 06/18/07 | | 715 | 05/29/07 | 15,000.00 |
| 3 | 312392 | 06/07/07 | 06/18/07 | | 716 | 05/29/07 | 13,600.00 |
| 4 | 312392 | 06/07/07 | 06/18/07 | | 714 | 06/01/07 | 13,000.00 |
| 5 | 312392 | 06/07/07 | 06/18/07 | 65,100.00 | 713 | 06/01/07 | 7,500.00 |
| 6 | 315477 | 06/19/07 | 07/10/07 | 8,600.00 | 712 | 06/01/07 | 8,600.00 |
| | | | | $ 73,700.00 | | | $ 73,700.00 |