AHM - Summary of Invoices Paid in the Preference Period
Vendor - MCKEE NELSON LLP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 323725 | 07/23/07 | 07/31/07 | | 505583 | 05/25/06 | $ 46,416.38 |
| 2 | 323725 | 07/23/07 | 07/31/07 | | 503377 | 12/16/05 | 40,607.48 |
| 3 | 323725 | 07/23/07 | 07/31/07 | 102,323.86 | 504153 | 02/16/06 | 15,300.00 |
| | | | | $ 102,323.86 | | | $ 102,323.86 |