AHM - Summary of Invoices Paid in the Preference Period
Vendor - MEETING MANAGMENT SERVICES
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301789 | 04/27/07 | 05/11/07 | $ 8,901.09 | 33007 | 03/30/07 | $ 8,901.09 |
| 2 | 309409 | 05/24/07 | 05/31/07 | 20,000.00 | 52107 | 05/21/07 | 20,000.00 |
| 3 | 309410 | 05/24/07 | 05/31/07 | 20,000.00 | 521072 | 05/21/07 | 20,000.00 |
| 4 | 322150 | 07/13/07 | 07/19/07 | 68,266.53 | 06 ACHIEVRS MTG | 06/28/07 | 68,266.53 |
| 5 | 322151 | 07/13/07 | 07/19/07 | 29,505.38 | 07 PRE CLUB TRP | 06/28/07 | 29,505.38 |
| | | | | $ 146,673.00 | | | $ 146,673.00 |