AHM - Summary of Invoices Paid in the Preference Period
Vendor - METAVANTE CORP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 300824 | 04/25/07 | 05/09/07 |  | BI00000126743 | 04/13/07 | $ 98,530.21 |
| 2 | 300824 | 04/25/07 | 05/09/07 | 120,352.71 | BI00000127598 | 04/13/07 | 21,822.50 |
| 3 | 307567 | 05/22/07 | 06/01/07 | 18,741.25 | BI00000130818 | 05/11/07 | 18,741.25 |
| 4 | 314219 | 06/14/07 | 06/26/07 |  | BI00000123714 | 03/21/07 | 18,342.50 |
| 5 | 314219 | 06/14/07 | 06/26/07 | 34,582.50 | BI00000118298 | 03/21/07 | 16,240.00 |
| 6 | 315783 | 06/21/07 | 07/05/07 | 98,530.21 | BI00000132930 | 06/07/07 | 98,530.21 |
| 7 | 323726 | 07/23/07 | 08/01/07 | 23,816.25 | BI00000134284 | 07/09/07 | 23,816.25 |
|   |   |   |   | $ 296,022.92 |   |   | $ 296,022.92 |