AHM - Summary of Invoices Paid in the Preference Period
Vendor - METROPOLITAN TEMPORARIES
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301965 | 04/30/07 | 05/08/07 | | 71246 | 04/08/07 | $ 2,887.65 |
| 2 | 301965 | 04/30/07 | 05/08/07 | | 71176 | 04/01/07 | 2,143.65 |
| 3 | 301965 | 04/30/07 | 05/08/07 | | 71248 | 04/08/07 | 1,413.60 |
| 4 | 301965 | 04/30/07 | 05/08/07 | | 71313 | 04/15/07 | 1,408.95 |
| 5 | 301965 | 04/30/07 | 05/08/07 | | 71377 | 04/15/07 | 1,190.40 |
| 6 | 301965 | 04/30/07 | 05/08/07 | | 71245 | 04/08/07 | 841.65 |
| 7 | 301965 | 04/30/07 | 05/08/07 | 10,183.50 | 71247 | 04/08/07 | 297.60 |
| 8 | 303693 | 05/04/07 | 05/14/07 | 827.93 | 71384 | 04/22/07 | 827.93 |
| 9 | 303951 | 05/07/07 | 05/15/07 | | 71385 | 04/22/07 | 2,777.66 |
| 10 | 303951 | 05/07/07 | 05/15/07 | | 71386 | 04/22/07 | 1,564.73 |
| 11 | 303951 | 05/07/07 | 05/15/07 | | 71389 | 04/22/07 | 1,395.00 |
| 12 | 303951 | 05/07/07 | 05/15/07 | | 71387 | 04/22/07 | 744.00 |
| 13 | 303951 | 05/07/07 | 05/15/07 | 6,806.89 | 71432 | 04/22/07 | 325.50 |
| 14 | 305310 | 05/12/07 | 05/22/07 | 2,777.66 | 71446 | 04/29/07 | 2,777.66 |
| 15 | 306578 | 05/17/07 | 05/25/07 | 872.83 | 71510 | 05/06/07 | 872.83 |
| 16 | 306838 | 05/18/07 | 05/30/07 | | 71512 | 05/06/07 | 3,813.00 |
| 17 | 306838 | 05/18/07 | 05/30/07 | | 71447 | 04/29/07 | 2,645.85 |
| 18 | 306838 | 05/18/07 | 05/30/07 | | 71511 | 05/06/07 | 2,513.26 |
| 19 | 306838 | 05/18/07 | 05/30/07 | | 71514 | 05/06/07 | 2,169.75 |
| 20 | 306838 | 05/18/07 | 05/30/07 | | 71388 | 04/22/07 | 2,114.07 |
| 21 | 306838 | 05/18/07 | 05/30/07 | | 71448 | 04/29/07 | 2,037.76 |
| 22 | 306838 | 05/18/07 | 05/30/07 | | 71513 | 05/06/07 | 1,320.60 |
| 23 | 306838 | 05/18/07 | 05/30/07 | | 71445 | 04/29/07 | 835.41 |
| 24 | 306838 | 05/18/07 | 05/30/07 | 18,193.70 | 71449 | 04/29/07 | 744.00 |
| 25 | 309339 | 05/24/07 | 06/05/07 | 2,009.46 | 71583 | 05/13/07 | 2,009.46 |
| 26 | 311555 | 06/05/07 | 06/26/07 | | 71584 | 05/13/07 | 3,092.25 |
| 27 | 311555 | 06/05/07 | 06/26/07 | | 71585 | 05/13/07 | 1,478.70 |
| 28 | 311555 | 06/05/07 | 06/26/07 | | 71633 | 05/13/07 | 857.86 |
| 29 | 311555 | 06/05/07 | 06/26/07 | 5,986.81 | 71587 | 05/13/07 | 558.00 |
| 30 | 313542 | 06/12/07 | 06/19/07 | | 71651 | 05/20/07 | 2,859.37 |
| 31 | 313542 | 06/12/07 | 06/19/07 | 3,497.37 | 71650 | 05/20/07 | 638.00 |
| 32 | 313820 | 06/13/07 | 06/19/07 | | 71653 | 05/20/07 | 4,752.30 |
| 33 | 313820 | 06/13/07 | 06/19/07 | | 71734 | 05/27/07 | 4,284.98 |
| 34 | 313820 | 06/13/07 | 06/19/07 | | 71654 | 05/20/07 | 1,515.90 |
| 35 | 313820 | 06/13/07 | 06/19/07 | | 71736 | 05/27/07 | 1,320.60 |
| 36 | 313820 | 06/13/07 | 06/19/07 | | 71649 | 05/20/07 | 842.90 |
| 37 | 313820 | 06/13/07 | 06/19/07 | 13,488.58 | 71652 | 05/20/07 | 771.90 |
| 38 | 314709 | 06/15/07 | 07/02/07 | | 71735 | 05/27/07 | 2,847.41 |
| 39 | 314709 | 06/15/07 | 07/02/07 | | 71586 | 05/13/07 | 2,124.38 |
| 40 | 314709 | 06/15/07 | 07/02/07 | | 71655 | 05/20/07 | 2,017.14 |
| 41 | 314709 | 06/15/07 | 07/02/07 | 8,820.44 | 71737 | 05/27/07 | 1,831.51 |
| 42 | 315247 | 06/19/07 | 06/28/07 | | 71802 | 06/03/07 | 3,682.80 |
| 43 | 315247 | 06/19/07 | 06/28/07 | | 71800 | 06/03/07 | 2,235.38 |
| 44 | 315247 | 06/19/07 | 06/28/07 | | 71803 | 06/03/07 | 1,113.75 |
| 45 | 315247 | 06/19/07 | 06/28/07 | | 71799 | 06/03/07 | 902.76 |
| 46 | 315247 | 06/19/07 | 06/28/07 | | 71733 | 05/27/07 | 902.76 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - METROPOLITAN TEMPORARIES
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 315247 | 06/19/07 | 06/28/07 |  | 71801 | 06/03/07 | 632.40 |
| 48 | 315247 | 06/19/07 | 06/28/07 | 10,009.25 | 71804 | 06/03/07 | 539.40 |
| 49 | 315753 | 06/21/07 | 07/06/07 |  | 71885 | 06/10/07 | 2,603.56 |
| 50 | 315753 | 06/21/07 | 07/06/07 |  | 68151 | 07/16/06 | 319.00 |
| 51 | 315753 | 06/21/07 | 07/06/07 |  | 68150 | 07/16/06 | 303.05 |
| 52 | 315753 | 06/21/07 | 07/06/07 | 3,293.40 | 68324 | 07/30/06 | 67.79 |
| 53 | 318316 | 06/28/07 | 07/10/07 |  | 71887 | 06/10/07 | 4,203.60 |
| 54 | 318316 | 06/28/07 | 07/10/07 |  | 71886 | 06/10/07 | 771.90 |
| 55 | 318316 | 06/28/07 | 07/10/07 | 5,733.45 | 71889 | 06/10/07 | 757.95 |
| 56 | 319109 | 07/02/07 | 07/10/07 | 2,931.16 | 71952 | 06/17/07 | 2,931.16 |
| 57 | 320454 | 07/09/07 | 07/17/07 | 744.00 | 71956 | 06/17/07 | 744.00 |
| 58 | 321158 | 07/11/07 | 07/17/07 | 2,847.41 | 72026 | 06/24/07 | 2,847.41 |
| 59 | 321963 | 07/13/07 | 07/25/07 |  | 71888 | 06/10/07 | 1,142.63 |
| 60 | 321963 | 07/13/07 | 07/25/07 |  | 72103 | 07/01/07 | 589.88 |
| 61 | 321963 | 07/13/07 | 07/25/07 |  | 71955 | 06/17/07 | 569.25 |
| 62 | 321963 | 07/13/07 | 07/25/07 | 2,829.76 | 72028 | 06/24/07 | 528.00 |
| 63 | 323727 | 07/23/07 | 07/31/07 | 2,221.37 | 72101 | 07/01/07 | 2,221.37 |
| 64 | 325025 | 07/24/07 | 07/31/07 |  | 69114 | 10/01/06 | 2,971.35 |
| 65 | 325025 | 07/24/07 | 07/31/07 |  | 70031 | 12/17/06 | 2,945.78 |
| 66 | 325025 | 07/24/07 | 07/31/07 |  | 70029 | 12/17/06 | 2,343.60 |
| 67 | 325025 | 07/24/07 | 07/31/07 |  | 70119 | 12/24/06 | 1,999.50 |
| 68 | 325025 | 07/24/07 | 07/31/07 |  | 72102 | 07/01/07 | 1,557.75 |
| 69 | 325025 | 07/24/07 | 07/31/07 |  | 72174 | 07/08/07 | 1,506.60 |
| 70 | 325025 | 07/24/07 | 07/31/07 |  | 72160 | 07/01/07 | 798.00 |
| 71 | 325025 | 07/24/07 | 07/31/07 |  | 70120 | 12/24/06 | 730.05 |
| 72 | 325025 | 07/24/07 | 07/31/07 |  | 72173 | 07/08/07 | 725.40 |
| 73 | 325025 | 07/24/07 | 07/31/07 |  | 72104 | 07/01/07 | 697.50 |
| 74 | 325025 | 07/24/07 | 07/31/07 |  | 69781 | 11/26/06 | 567.30 |
| 75 | 325025 | 07/24/07 | 07/31/07 |  | 70117 | 12/24/06 | 409.20 |
| 76 | 325025 | 07/24/07 | 07/31/07 | 17,586.83 | 70030 | 12/17/06 | 334.80 |
|  |  |  |  | $ 121,661.80 |  |  | $ 121,661.80 |