AHM - Summary of Invoices Paid in the Preference Period  
Vendor - MGIC INVESTORS SERVICES CORP  
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302933 | 05/02/07 | 05/11/07 | $ 25.00 | 2168586 | 03/31/07 | $ 25.00 |
| 2 | 303539 | 05/03/07 | 05/16/07 | 883.80 | 1344856/MONACO | 05/03/07 | 883.80 |
| 3 | 303540 | 05/03/07 | 05/16/07 | 3,148.04 | 983366/BLAUVELT | 05/03/07 | 3,148.04 |
| 4 | 303541 | 05/03/07 | 05/10/07 | 1,453.68 | 1256068/FLORES | 05/03/07 | 1,453.68 |
| 5 | 303952 | 05/07/07 | 05/15/07 |  | 2169422 | 04/30/07 | 17,411.27 |
| 6 | 303952 | 05/07/07 | 05/15/07 |  | 2169422 | 04/30/07 | 10,737.00 |
| 7 | 303952 | 05/07/07 | 05/15/07 |  | 2169422 | 04/30/07 | 9,395.00 |
| 8 | 303952 | 05/07/07 | 05/15/07 |  | 2169422 | 04/30/07 | 8,920.00 |
| 9 | 303952 | 05/07/07 | 05/15/07 |  | 2169422 | 04/30/07 | 8,402.50 |
| 10 | 303952 | 05/07/07 | 05/15/07 |  | 2169422 | 04/30/07 | 8,063.50 |
| 11 | 303952 | 05/07/07 | 05/15/07 | 65,505.27 | 2169422 | 04/30/07 | 2,576.00 |
| 12 | 303953 | 05/07/07 | 05/15/07 | 345.00 | 2169139 | 03/31/07 | 345.00 |
| 13 | 304255 | 05/08/07 | 05/17/07 |  | 2167897 | 04/15/07 | 5,300.00 |
| 14 | 304255 | 05/08/07 | 05/17/07 |  | 2167897 | 04/15/07 | 1,500.00 |
| 15 | 304255 | 05/08/07 | 05/17/07 |  | 2167897 | 04/15/07 | 960.00 |
| 16 | 304255 | 05/08/07 | 05/17/07 |  | 2167897 | 04/15/07 | 450.00 |
| 17 | 304255 | 05/08/07 | 05/17/07 |  | 2167897 | 04/15/07 | 450.00 |
| 18 | 304255 | 05/08/07 | 05/17/07 |  | 2167897 | 04/15/07 | 280.00 |
| 19 | 304255 | 05/08/07 | 05/17/07 |  | 2167897 | 04/15/07 | 225.00 |
| 20 | 304255 | 05/08/07 | 05/17/07 |  | 2167897 | 04/15/07 | 65.00 |
| 21 | 304255 | 05/08/07 | 05/17/07 |  | 2167897 | 04/15/07 | 65.00 |
| 22 | 304255 | 05/08/07 | 05/17/07 | 9,360.00 | 2167897 | 04/15/07 | 65.00 |
| 23 | 304256 | 05/08/07 | 05/17/07 | 25.00 | 2168897 | 04/30/07 | 25.00 |
| 24 | 304843 | 05/10/07 | 05/15/07 | 75.00 | 1695340/KNIGHT | 05/10/07 | 75.00 |
| 25 | 304844 | 05/10/07 | 05/15/07 | 75.00 | 1586581/ANGEL | 05/10/07 | 75.00 |
| 26 | 306453 | 05/16/07 | 05/23/07 | 75.00 | 1729186/STROKUS | 05/16/07 | 75.00 |
| 27 | 306454 | 05/16/07 | 05/23/07 | 75.00 | 1754280/PATTERS | 05/16/07 | 75.00 |
| 28 | 309507 | 05/24/07 | 05/31/07 | 50.00 | 1445 | 05/24/07 | 50.00 |
| 29 | 309936 | 05/29/07 | 06/08/07 | 70.00 | 2168875 | 05/15/07 | 70.00 |
| 30 | 313200 | 06/11/07 | 06/19/07 |  | 2170773 | 04/30/07 | 13,480.63 |
| 31 | 313200 | 06/11/07 | 06/19/07 |  | 2170773 | 04/30/07 | 8,747.25 |
| 32 | 313200 | 06/11/07 | 06/19/07 |  | 2170773 | 04/30/07 | 8,118.75 |
| 33 | 313200 | 06/11/07 | 06/19/07 |  | 2170773 | 04/30/07 | 7,165.00 |
| 34 | 313200 | 06/11/07 | 06/19/07 |  | 2170773 | 04/30/07 | 6,675.00 |
| 35 | 313200 | 06/11/07 | 06/19/07 |  | 2170773 | 04/30/07 | 6,467.50 |
| 36 | 313200 | 06/11/07 | 06/19/07 |  | 2169318 | 03/30/07 | 5,657.11 |
| 37 | 313200 | 06/11/07 | 06/19/07 |  | 2169318 | 03/30/07 | 1,221.73 |
| 38 | 313200 | 06/11/07 | 06/19/07 |  | 2169318 | 03/30/07 | 815.00 |
| 39 | 313200 | 06/11/07 | 06/19/07 |  | 2169318 | 03/30/07 | 730.00 |
| 40 | 313200 | 06/11/07 | 06/19/07 |  | 2169318 | 03/30/07 | 495.00 |
| 41 | 313200 | 06/11/07 | 06/19/07 |  | 2169318 | 03/30/07 | 400.00 |
| 42 | 313200 | 06/11/07 | 06/19/07 |  | 2169318 | 03/30/07 | 280.38 |
| 43 | 313200 | 06/11/07 | 06/19/07 |  | 2169318 | 03/30/07 | 220.00 |
| 44 | 313200 | 06/11/07 | 06/19/07 |  | 2169318 | 03/30/07 | 150.00 |
| 45 | 313200 | 06/11/07 | 06/19/07 |  | 2169318 | 03/30/07 | 140.00 |
| 46 | 313200 | 06/11/07 | 06/19/07 |  | 2169318 | 03/30/07 | 116.92 |
| 47 | 313200 | 06/11/07 | 06/19/07 |  | 2169318 | 03/30/07 | 108.65 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - MGIC INVESTORS SERVICES CORP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 48 | 313200 | 06/11/07 | 06/19/07 | | 2169318 | 03/30/07 | 96.73 |
| 49 | 313200 | 06/11/07 | 06/19/07 | | 2169318 | 03/30/07 | 70.00 |
| 50 | 313200 | 06/11/07 | 06/19/07 | | 2169318 | 03/30/07 | 65.00 |
| 51 | 313200 | 06/11/07 | 06/19/07 | | 2169318 | 03/30/07 | 55.00 |
| 52 | 313200 | 06/11/07 | 06/19/07 | | 2169318 | 03/30/07 | 55.00 |
| 53 | 313200 | 06/11/07 | 06/19/07 | | 2168874 | 03/30/07 | 55.00 |
| 54 | 313200 | 06/11/07 | 06/19/07 | | 2169318 | 03/30/07 | 43.46 |
| 55 | 313200 | 06/11/07 | 06/19/07 | | 2169318 | 03/30/07 | 21.73 |
| 56 | 313200 | 06/11/07 | 06/19/07 | | 2169318 | 03/30/07 | 21.73 |
| 57 | 313200 | 06/11/07 | 06/19/07 | | 2169318 | 03/30/07 | 21.73 |
| 58 | 313200 | 06/11/07 | 06/19/07 | 61,509.30 | 2169318 | 03/30/07 | 15.00 |
| 59 | 313543 | 06/12/07 | 06/19/07 | | 2166789 | 03/31/07 | 17,555.00 |
| 60 | 313543 | 06/12/07 | 06/19/07 | | 2165459 | 12/31/06 | 15,082.50 |
| 61 | 313543 | 06/12/07 | 06/19/07 | | 2166789 | 03/31/07 | 14,774.46 |
| 62 | 313543 | 06/12/07 | 06/19/07 | | 2168022 | 02/28/07 | 14,654.65 |
| 63 | 313543 | 06/12/07 | 06/19/07 | | 2165459 | 12/31/06 | 11,540.23 |
| 64 | 313543 | 06/12/07 | 06/19/07 | | 2165459 | 12/31/06 | 11,130.00 |
| 65 | 313543 | 06/12/07 | 06/19/07 | | 2166789 | 03/31/07 | 9,918.25 |
| 66 | 313543 | 06/12/07 | 06/19/07 | | 2165459 | 12/31/06 | 9,297.00 |
| 67 | 313543 | 06/12/07 | 06/19/07 | | 2168022 | 02/28/07 | 8,860.00 |
| 68 | 313543 | 06/12/07 | 06/19/07 | | 2166789 | 03/31/07 | 8,660.00 |
| 69 | 313543 | 06/12/07 | 06/19/07 | | 2166789 | 03/31/07 | 8,480.00 |
| 70 | 313543 | 06/12/07 | 06/19/07 | | 2168022 | 02/28/07 | 7,955.00 |
| 71 | 313543 | 06/12/07 | 06/19/07 | | 2165459 | 12/31/06 | 7,952.50 |
| 72 | 313543 | 06/12/07 | 06/19/07 | | 2165459 | 12/31/06 | 7,820.00 |
| 73 | 313543 | 06/12/07 | 06/19/07 | | 2168022 | 02/28/07 | 7,535.00 |
| 74 | 313543 | 06/12/07 | 06/19/07 | | 2168022 | 02/28/07 | 6,615.00 |
| 75 | 313543 | 06/12/07 | 06/19/07 | | 2166789 | 03/31/07 | 6,097.50 |
| 76 | 313543 | 06/12/07 | 06/19/07 | | 2168022 | 02/28/07 | 6,080.00 |
| 77 | 313543 | 06/12/07 | 06/19/07 | | 2166789 | 03/31/07 | 5,387.50 |
| 78 | 313543 | 06/12/07 | 06/19/07 | | 2165459 | 12/31/06 | 5,237.10 |
| 79 | 313543 | 06/12/07 | 06/19/07 | | 2166789 | 03/31/07 | 4,962.50 |
| 80 | 313543 | 06/12/07 | 06/19/07 | | 2165459 | 12/31/06 | 4,595.00 |
| 81 | 313543 | 06/12/07 | 06/19/07 | | 2168022 | 02/28/07 | 3,920.00 |
| 82 | 313543 | 06/12/07 | 06/19/07 | | 2165459 | 12/31/06 | 2,265.00 |
| 83 | 313543 | 06/12/07 | 06/19/07 | | 2165459 | 12/31/06 | 1,037.50 |
| 84 | 313543 | 06/12/07 | 06/19/07 | 207,636.69 | 2166789 | 03/31/07 | 225.00 |
| 85 | 314710 | 06/15/07 | 06/29/07 | | 2166200 | 01/31/07 | 60.00 |
| 86 | 314710 | 06/15/07 | 06/29/07 | 95.00 | 2166200 | 01/31/07 | 35.00 |
| 87 | 318822 | 06/29/07 | 07/16/07 | 10.00 | 2171884 | 05/31/07 | 10.00 |
| | | | | $ 350,416.78 | | | $ 350,416.78 |