AHM - Summary of Invoices Paid in the Preference Period
Vendor - MICHAEL JAMES INDUSTRIES INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 311888 | 06/06/07 | 06/13/07 | $ 91.71 | 17410 | 05/19/07 | $ 91.71 |
| 2 | 315599 | 06/20/07 | 07/02/07 | | 17309 | 04/30/07 | 7,931.06 |
| 3 | 315599 | 06/20/07 | 07/02/07 | 14,031.44 | 17311 | 05/01/07 | 6,100.38 |
| 4 | 315754 | 06/21/07 | 07/02/07 | | 16876 | 02/09/07 | 4,013.69 |
| 5 | 315754 | 06/21/07 | 07/02/07 | | 16978 | 03/05/07 | 2,099.18 |
| 6 | 315754 | 06/21/07 | 07/02/07 | | 16782 | 02/05/07 | 1,131.62 |
| 7 | 315754 | 06/21/07 | 07/02/07 | | 17587 | 05/12/07 | 1,075.00 |
| 8 | 315754 | 06/21/07 | 07/02/07 | | 16743 | 01/27/07 | 863.57 |
| 9 | 315754 | 06/21/07 | 07/02/07 | | 16890 | 02/17/07 | 841.84 |
| 10 | 315754 | 06/21/07 | 07/02/07 | | 16966 | 03/05/07 | 765.81 |
| 11 | 315754 | 06/21/07 | 07/02/07 | | 17586 | 06/09/07 | 666.24 |
| 12 | 315754 | 06/21/07 | 07/02/07 | | 17008 | 03/10/07 | 392.53 |
| 13 | 315754 | 06/21/07 | 07/02/07 | | 16754 | 01/27/07 | 301.98 |
| 14 | 315754 | 06/21/07 | 07/02/07 | | 17537 | 06/09/07 | 258.78 |
| 15 | 315754 | 06/21/07 | 07/02/07 | | 16790 | 02/05/07 | 195.53 |
| 16 | 315754 | 06/21/07 | 07/02/07 | | 16895 | 02/17/07 | 155.33 |
| 17 | 315754 | 06/21/07 | 07/02/07 | | 16760 | 01/27/07 | 146.64 |
| 18 | 315754 | 06/21/07 | 07/02/07 | 12,984.15 | 17280 | 04/27/07 | 76.41 |
| 19 | 317985 | 06/27/07 | 07/09/07 | 154.79 | 17577 | 06/16/07 | 154.79 |
| 20 | 320817 | 07/10/07 | 07/19/07 | 2,669.88 | 17536 | 06/09/07 | 2,669.88 |
| 21 | 321159 | 07/11/07 | 07/17/07 | | 17457 | 06/01/07 | 6,100.38 |
| 22 | 321159 | 07/11/07 | 07/17/07 | | 17424 | 05/23/07 | 4,545.96 |
| 23 | 321159 | 07/11/07 | 07/17/07 | | 17456 | 06/01/07 | 2,099.18 |
| 24 | 321159 | 07/11/07 | 07/17/07 | | 17593 | 06/21/07 | 2,078.01 |
| 25 | 321159 | 07/11/07 | 07/17/07 | | 17483 | 06/02/07 | 325.24 |
| 26 | 321159 | 07/11/07 | 07/17/07 | | 17535 | 06/09/07 | 301.98 |
| 27 | 321159 | 07/11/07 | 07/17/07 | 15,535.48 | 17496 | 06/02/07 | 84.73 |
| | | | | $ 45,467.45 | | | $ 45,467.45 |