AHM - Summary of Invoices Paid in the Preference Period
Vendor - MICROSOFT LICENSING GP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304515 | 05/09/07 | 05/11/07 | $ 1,929,946.98 | 9655212938 | 03/01/07 | $ 1,929,946.98 |
| 2 | 322909 | 07/18/07 | 07/20/07 | 64,958.00 | 9655212334 | 03/01/07 | 64,958.00 |
|   |   |   |   | $ 1,994,904.98 |   |   | $ 1,994,904.98 |