AHM - Summary of Invoices Paid in the Preference Period
Vendor - MODELYTICS INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305311 | 05/12/07 | 05/22/07 | | 209 | 04/30/07 | $ 35,000.00 |
| 2 | 305311 | 05/12/07 | 05/22/07 | | 210 | 04/30/07 | 24,000.00 |
| 3 | 305311 | 05/12/07 | 05/22/07 | 79,000.00 | 211 | 04/30/07 | 20,000.00 |
| 4 | 315621 | 06/20/07 | 07/03/07 | | 215 | 05/31/07 | 55,000.00 |
| 5 | 315621 | 06/20/07 | 07/03/07 | 79,000.00 | 216 | 05/31/07 | 24,000.00 |
| | | | | $ 158,000.00 | | | $ 158,000.00 |