AHM - Summary of Invoices Paid in the Preference Period
Vendor - Montage Manufacturing
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 319570 | 07/03/07 | 07/06/07 | 17,175.35 | 285 | 06/27/07 | 17,175.35 |
| 2 | 325413 | 07/25/07 | 07/30/07 | 17,175.35 | 324 | 07/09/07 | 17,175.35 |
|   |        |          |          | $ 34,350.70 |     |          | $ 34,350.70 |