AHM - Summary of Invoices Paid in the Preference Period
Vendor - MORTGAGE DATA MANAGEMENT CORP
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 307571 | 05/22/07 | 06/06/07 | $ 8,400.00 | 9341 | 05/03/07 | $ 8,400.00 |
| 2 | 321666 | 07/12/07 | 07/23/07 | | 9520 | 05/29/07 | 13,547.43 |
| 3 | 321666 | 07/12/07 | 07/23/07 | | 9703 | 06/15/07 | 13,517.40 |
| 4 | 321666 | 07/12/07 | 07/23/07 | | 9701 | 06/19/07 | 9,110.70 |
| 5 | 321666 | 07/12/07 | 07/23/07 | | 9700 | 06/19/07 | 7,863.86 |
| 6 | 321666 | 07/12/07 | 07/23/07 | | 9699 | 06/19/07 | 7,327.10 |
| 7 | 321666 | 07/12/07 | 07/23/07 | 52,568.34 | 9520 | 05/29/07 | 1,201.85 |
| 8 | 323690 | 07/23/07 | 08/01/07 | | 9599 | 06/11/07 | 14,318.21 |
| 9 | 323690 | 07/23/07 | 08/01/07 | 28,525.16 | 9763 | 07/11/07 | 14,206.95 |
| | | | | $ 89,493.50 | | | $ 89,493.50 |