AHM- Summary of Invoices Paid in the Preference Period
Vendor- Mortgage Success Source LLC db/a MORTGAGE MARKET GUIDE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 309428 | 05/24/07 | 05/29/07 | $30,330.00 | APR, MAY, JUNE | 03/26/07 | $30,330.00 |
| 2 | 315786 | 06/21/07 | 07/05/07 | 4,125.00 | JUNE,JULY,AUG | 06/15/07 | 4,125.00 |
| 3 | 322911 | 07/18/07 | 07/25/07 | 30,450.00 | JULY, AUG, SEPT | 06/13/07 | 30,450.00 |
|   |   |   |   | $64,905.00 |   |   | $64,905.00 |