AHM- Summary of Invoices Paid in the Preference Period
Vendor- MOUNTAINVIEW CORP CENTRE SIERA
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 308272 | 05/22/07 | 05/25/07 | | | 05/13/07 | $12,767.43 |
| 2 | 308272 | 05/22/07 | 05/25/07 | 15,869.90 | | 05/13/07 | 3,102.47 |
| 3 | 316501 | 06/21/07 | 06/26/07 | | | 06/13/07 | 12,767.43 |
| 4 | 316501 | 06/21/07 | 06/26/07 | 15,869.90 | | 06/13/07 | 3,102.47 |
| 5 | 319587 | 07/03/07 | 07/12/07 | | RENT 5/07-7/07 | 07/03/07 | 12,228.00 |
| 6 | 319587 | 07/03/07 | 07/12/07 | | RENT 5/07-7/07 | 07/03/07 | 3,179.28 |
| 7 | 319587 | 07/03/07 | 07/12/07 | | A/C 4/07 | 04/16/07 | 825.00 |
| 8 | 319587 | 07/03/07 | 07/12/07 | 16,332.28 | KEYS | 05/23/07 | 100.00 |
| 9 | 324456 | 07/23/07 | 08/01/07 | | | 07/13/07 | 12,767.43 |
| 10 | 324456 | 07/23/07 | 08/01/07 | | | 07/13/07 | 4,076.00 |
| 11 | 324456 | 07/23/07 | 08/01/07 | | | 07/13/07 | 3,102.47 |
| 12 | 324456 | 07/23/07 | 08/01/07 | 21,005.66 | | 07/13/07 | 1,059.76 |
| | | | | $69,077.74 | | | $69,077.74 |