AHM - Summary of Invoices Paid in the Preference Period
Vendor - R.J. Foote Floor-In-Fashion
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 306796 | 05/17/07 | 05/22/07 | $ 2,473.07 | 433494 | 05/16/07 | $ 2,473.07 |
| 2 | 307128 | 05/18/07 | 05/22/07 | | 433495 | 05/16/07 | 22,680.90 |
| 3 | 307128 | 05/18/07 | 05/22/07 | 41,926.64 | 433493 | 05/16/07 | 19,245.74 |
| 4 | 312952 | 06/08/07 | 06/12/07 | | 433500 | 06/05/07 | 14,018.33 |
| 5 | 312952 | 06/08/07 | 06/12/07 | | 433503 | 06/05/07 | 8,792.76 |
| 6 | 312952 | 06/08/07 | 06/12/07 | | 433499 | 06/06/07 | 7,031.84 |
| 7 | 312952 | 06/08/07 | 06/12/07 | | 433501 | 06/05/07 | 4,423.75 |
| 8 | 312952 | 06/08/07 | 06/12/07 | 36,069.75 | 433502 | 06/05/07 | 1,803.07 |
| 9 | 325414 | 07/25/07 | 07/27/07 | | 433526 | 07/20/07 | 47,539.73 |
| 10 | 325414 | 07/25/07 | 07/27/07 | 49,766.54 | 433527 | 07/20/07 | 2,226.81 |
| | | | | $ 130,236.00 | | | $ 130,236.00 |