AHM - Summary of Invoices Paid in the Preference Period
Vendor - Qwest Business Svcs
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302776 | 05/02/07 | 05/08/07 | | 2089391239 | 04/16/07 | $ 244.91 |
| 2 | 302776 | 05/02/07 | 05/08/07 | | 2089391239 | 04/16/07 | 183.71 |
| 3 | 302776 | 05/02/07 | 05/08/07 | | 2089391239 | 04/16/07 | 130.98 |
| 4 | 302776 | 05/02/07 | 05/08/07 | 657.85 | 2089391239 | 04/16/07 | 98.25 |
| 5 | 302777 | 05/02/07 | 05/09/07 | 160.72 | 2535826805 | 04/16/07 | 160.72 |
| 6 | 302778 | 05/02/07 | 05/08/07 | | 3036945032 | 04/16/07 | 26.64 |
| 7 | 302778 | 05/02/07 | 05/08/07 | | 3036945032 | 04/16/07 | 19.03 |
| 8 | 302778 | 05/02/07 | 05/08/07 | 49.48 | 3036945032 | 04/16/07 | 3.81 |
| 9 | 302779 | 05/02/07 | 05/08/07 | | 3037431600 | 04/07/07 | 20.51 |
| 10 | 302779 | 05/02/07 | 05/08/07 | | 3037431600 | 04/07/07 | 17.50 |
| 11 | 302779 | 05/02/07 | 05/08/07 | | 3037431600 | 04/07/07 | 2.93 |
| 12 | 302779 | 05/02/07 | 05/08/07 | 43.44 | 3037431600 | 04/07/07 | 2.50 |
| 13 | 302780 | 05/02/07 | 05/08/07 | 56.20 | 3037580444 | 04/07/07 | 56.20 |
| 14 | 302781 | 05/02/07 | 05/08/07 | 570.58 | 3039488339 | 04/16/07 | 570.58 |
| 15 | 302782 | 05/02/07 | 05/08/07 | 359.00 | 3076381801 | 04/16/07 | 359.00 |
| 16 | 302783 | 05/02/07 | 05/09/07 | 56.71 | 3603520450 | 04/10/07 | 56.71 |
| 17 | 302784 | 05/02/07 | 05/09/07 | | 3603528442 | 04/10/07 | 334.84 |
| 18 | 302784 | 05/02/07 | 05/09/07 | 392.78 | 3603528442 | 04/10/07 | 57.94 |
| 19 | 302785 | 05/02/07 | 05/09/07 | | 3606710848 | 04/10/07 | 411.93 |
| 20 | 302785 | 05/02/07 | 05/09/07 | 436.93 | 3606710848 | 04/10/07 | 25.00 |
| 21 | 302786 | 05/02/07 | 05/09/07 | 40.93 | 3606711243 | 04/10/07 | 40.93 |
| 22 | 302787 | 05/02/07 | 05/09/07 | | 3606714246 | 04/10/07 | 417.51 |
| 23 | 302787 | 05/02/07 | 05/09/07 | | 3606714246 | 04/10/07 | 52.94 |
| 24 | 302787 | 05/02/07 | 05/09/07 | 515.45 | 3606714246 | 04/10/07 | 45.00 |
| 25 | 302788 | 05/02/07 | 05/09/07 | 53.93 | 4065494191 | 04/16/07 | 53.93 |
| 26 | 302789 | 05/02/07 | 05/09/07 | 349.44 | 4065879261 | 04/16/07 | 349.44 |
| 27 | 302790 | 05/02/07 | 05/09/07 | 35.96 | 4066265603 | 04/10/07 | 35.96 |
| 28 | 302791 | 05/02/07 | 05/09/07 | 575.62 | 4067286001 | 04/16/07 | 575.62 |
| 29 | 302792 | 05/02/07 | 05/09/07 | | 4809988200 | 04/16/07 | 598.91 |
| 30 | 302792 | 05/02/07 | 05/09/07 | 663.91 | 4809988200 | 04/16/07 | 65.00 |
| 31 | 302793 | 05/02/07 | 05/09/07 | 598.47 | 5036750707 | 04/14/07 | 598.47 |
| 32 | 302794 | 05/02/07 | 05/09/07 | 270.94 | 5058300239 | 04/16/07 | 270.94 |
| 33 | 302795 | 05/02/07 | 05/09/07 | 37.01 | 5058803100 | 04/16/07 | 37.01 |
| 34 | 302796 | 05/02/07 | 05/09/07 | | 5058808669 | 04/16/07 | 142.41 |
| 35 | 302796 | 05/02/07 | 05/09/07 | | 5058808669 | 04/16/07 | 44.12 |
| 36 | 302796 | 05/02/07 | 05/09/07 | | 5058808669 | 04/16/07 | 14.23 |
| 37 | 302796 | 05/02/07 | 05/09/07 | | 5058808669 | 04/16/07 | 14.23 |
| 38 | 302796 | 05/02/07 | 05/09/07 | | 5058808669 | 04/16/07 | 4.41 |
| 39 | 302796 | 05/02/07 | 05/09/07 | 223.81 | 5058808669 | 04/16/07 | 4.41 |
| 40 | 302797 | 05/02/07 | 05/09/07 | | 5092485863 | 04/11/07 | 511.33 |
| 41 | 302797 | 05/02/07 | 05/09/07 | 661.33 | 5092485863 | 04/11/07 | 150.00 |
| 42 | 302799 | 05/02/07 | 05/09/07 | | 5094553641 | 04/17/07 | 281.58 |
| 43 | 302799 | 05/02/07 | 05/09/07 | 306.58 | 5094553641 | 04/17/07 | 25.00 |
| 44 | 302800 | 05/02/07 | 05/09/07 | 97.98 | 5095225383 | 04/17/07 | 97.98 |
| 45 | 302801 | 05/02/07 | 05/08/07 | 341.03 | 6022160107 | 04/16/07 | 341.03 |
| 46 | 302802 | 05/02/07 | 05/08/07 | | 6022981162 | 04/13/07 | 310.98 |
| 47 | 302802 | 05/02/07 | 05/08/07 | 405.98 | 6022981162 | 04/13/07 | 95.00 |
| 48 | 302803 | 05/02/07 | 05/09/07 | 47.13 | 6027492807 | 04/16/07 | 47.13 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Qwest Business Svcs
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 49 | 302804 | 05/02/07 | 05/09/07 | 48.74 | 6028709770 | 04/16/07 | 48.74 |
| 50 | 302805 | 05/02/07 | 05/08/07 | 942.85 | 6029435212 | 04/16/07 | 942.85 |
| 51 | 302806 | 05/02/07 | 05/08/07 | 269.98 | 7195426820 | 04/16/07 | 269.98 |
| 52 | 302807 | 05/02/07 | 05/08/07 | | 7204820103 | 04/16/07 | 159.46 |
| 53 | 302807 | 05/02/07 | 05/08/07 | | 7204820103 | 04/16/07 | 113.89 |
| 54 | 302807 | 05/02/07 | 05/08/07 | 296.12 | 7204820103 | 04/16/07 | 22.77 |
| 55 | 302808 | 05/02/07 | 05/08/07 | 182.47 | 7204930524 | 04/13/07 | 182.47 |
| 56 | 302809 | 05/02/07 | 05/08/07 | | 9702237365 | 04/16/07 | 90.94 |
| 57 | 302809 | 05/02/07 | 05/08/07 | 145.68 | 9702237365 | 04/16/07 | 54.74 |
| 58 | 302810 | 05/02/07 | 05/08/07 | 420.96 | 9702429111 | 04/16/07 | 420.96 |
| 59 | 303296 | 05/02/07 | 05/10/07 | 503.99 | 2083217020 | 04/16/07 | 503.99 |
| 60 | 303297 | 05/02/07 | 05/10/07 | | 2084538960 | 04/16/07 | 571.36 |
| 61 | 303297 | 05/02/07 | 05/10/07 | 805.21 | 2084538960 | 04/16/07 | 233.85 |
| 62 | 303298 | 05/02/07 | 05/10/07 | | 2084616082 | 04/16/07 | 42.04 |
| 63 | 303298 | 05/02/07 | 05/10/07 | 80.03 | 2084616082 | 04/16/07 | 37.99 |
| 64 | 303299 | 05/02/07 | 05/11/07 | 86.86 | 4804834209 | 04/13/07 | 86.86 |
| 65 | 303300 | 05/02/07 | 05/11/07 | | 4805632167 | 04/16/07 | 192.48 |
| 66 | 303300 | 05/02/07 | 05/11/07 | 211.73 | 4805632167 | 04/16/07 | 19.25 |
| 67 | 303301 | 05/02/07 | 05/11/07 | 94.46 | 5057843943 | 04/16/07 | 94.46 |
| 68 | 303302 | 05/02/07 | 05/10/07 | 326.57 | 5058885484 | 04/16/07 | 326.57 |
| 69 | 303303 | 05/02/07 | 05/11/07 | | 6058821034 | 04/16/07 | 222.92 |
| 70 | 303303 | 05/02/07 | 05/11/07 | 313.91 | 6058821034 | 04/16/07 | 90.99 |
| 71 | 303304 | 05/02/07 | 05/10/07 | | 6239356224 | 04/16/07 | 710.00 |
| 72 | 303304 | 05/02/07 | 05/10/07 | | 6239356224 | 04/16/07 | 642.27 |
| 73 | 303304 | 05/02/07 | 05/10/07 | 1,400.26 | 6239356224 | 04/16/07 | 47.99 |
| 74 | 305006 | 05/11/07 | 05/22/07 | 268,273.23 | 828741466 | 04/11/07 | 268,273.23 |
| 75 | 305007 | 05/11/07 | 05/21/07 | | 2089394674 | 04/16/07 | 1,421.16 |
| 76 | 305007 | 05/11/07 | 05/21/07 | 1,640.40 | 2089394674 | 04/16/07 | 219.24 |
| 77 | 305008 | 05/11/07 | 05/21/07 | 597.10 | 3032323508 | 04/19/07 | 597.10 |
| 78 | 305009 | 05/11/07 | 05/21/07 | | 3036957541 | 04/22/07 | 1,037.83 |
| 79 | 305009 | 05/11/07 | 05/21/07 | 1,186.09 | 3036957541 | 04/22/07 | 148.26 |
| 80 | 305010 | 05/11/07 | 05/21/07 | 167.09 | 3037160875 | 04/19/07 | 167.09 |
| 81 | 305011 | 05/11/07 | 05/21/07 | | 3039733983 | 04/25/07 | 355.36 |
| 82 | 305011 | 05/11/07 | 05/21/07 | 566.85 | 3039733983 | 04/25/07 | 211.49 |
| 83 | 305012 | 05/11/07 | 05/21/07 | | 3193633863 | 04/25/07 | 67.94 |
| 84 | 305012 | 05/11/07 | 05/21/07 | 110.69 | 3193633863 | 04/25/07 | 42.75 |
| 85 | 305013 | 05/11/07 | 05/21/07 | 161.95 | 3606908513 | 04/22/07 | 161.95 |
| 86 | 305014 | 05/11/07 | 05/22/07 | | 4805560234 | 04/22/07 | 1,335.12 |
| 87 | 305014 | 05/11/07 | 05/22/07 | 2,095.12 | 4805560234 | 04/22/07 | 760.00 |
| 88 | 305015 | 05/11/07 | 05/21/07 | 1,430.87 | 5058812033 | 04/16/07 | 1,430.87 |
| 89 | 305016 | 05/11/07 | 05/21/07 | 42.99 | 5072876833 | 04/22/07 | 42.99 |
| 90 | 305017 | 05/11/07 | 05/21/07 | | 5094678180 | 04/23/07 | 66.62 |
| 91 | 305017 | 05/11/07 | 05/21/07 | | 5094678180 | 04/23/07 | 33.30 |
| 92 | 305017 | 05/11/07 | 05/21/07 | | 5094678180 | 04/23/07 | 28.66 |
| 93 | 305017 | 05/11/07 | 05/21/07 | 142.91 | 5094678180 | 04/23/07 | 14.33 |
| 94 | 305018 | 05/11/07 | 05/22/07 | 466.41 | 6024316760 | 04/16/07 | 466.41 |
| 95 | 305019 | 05/11/07 | 05/21/07 | | 6059961865 | 04/22/07 | 21.91 |
| 96 | 305019 | 05/11/07 | 05/21/07 | 29.21 | 6059961865 | 04/22/07 | 7.30 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Qwest Business Svcs
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 97 | 305020 | 05/11/07 | 05/21/07 | | 7195931681 | 04/13/07 | 130.88 |
| 98 | 305020 | 05/11/07 | 05/21/07 | | 7195931681 | 04/13/07 | 93.48 |
| 99 | 305020 | 05/11/07 | 05/21/07 | | 7195931681 | 04/13/07 | 35.25 |
| 100 | 305020 | 05/11/07 | 05/21/07 | | 7195931681 | 04/13/07 | 25.17 |
| 101 | 305020 | 05/11/07 | 05/21/07 | | 7195931681 | 04/13/07 | 18.69 |
| 102 | 305020 | 05/11/07 | 05/21/07 | 308.50 | 7195931681 | 04/13/07 | 5.03 |
| 103 | 305021 | 05/11/07 | 05/25/07 | 523.04 | 8015715039 | 04/16/07 | 523.04 |
| 104 | 305022 | 05/11/07 | 05/21/07 | | 8017336304 | 04/19/07 | 531.47 |
| 105 | 305022 | 05/11/07 | 05/21/07 | 551.47 | 8017336304 | 04/19/07 | 20.00 |
| 106 | 305023 | 05/11/07 | 05/21/07 | | 9702256850 | 04/16/07 | 419.44 |
| 107 | 305023 | 05/11/07 | 05/21/07 | 519.44 | 9702256850 | 04/16/07 | 100.00 |
| 108 | 305024 | 05/11/07 | 05/21/07 | 659.88 | 9702459563 | 04/16/07 | 659.88 |
| 109 | 306658 | 05/17/07 | 05/25/07 | | 3034511955 | 04/28/07 | 768.77 |
| 110 | 306658 | 05/17/07 | 05/25/07 | 831.71 | 3034511955 | 04/28/07 | 62.94 |
| 111 | 306659 | 05/17/07 | 05/29/07 | 30.76 | 4807864338 | 04/25/07 | 30.76 |
| 112 | 306660 | 05/17/07 | 05/25/07 | | 5037386159 | 04/28/07 | 143.13 |
| 113 | 306660 | 05/17/07 | 05/25/07 | 227.33 | 5037386159 | 04/28/07 | 84.20 |
| 114 | 306661 | 05/17/07 | 05/25/07 | | 6519822503 | 05/01/07 | 92.11 |
| 115 | 306661 | 05/17/07 | 05/25/07 | 130.10 | 6519822503 | 05/01/07 | 37.99 |
| 116 | 309058 | 05/23/07 | 05/30/07 | 629.04 | 3036940960 | 04/28/07 | 629.04 |
| 117 | 309059 | 05/23/07 | 05/31/07 | 120.80 | 3606931089 | 04/29/07 | 120.80 |
| 118 | 309588 | 05/25/07 | 06/04/07 | | 3033389091 | 05/01/07 | 487.96 |
| 119 | 309588 | 05/25/07 | 06/04/07 | 553.41 | 3033389091 | 05/01/07 | 65.45 |
| 120 | 309589 | 05/25/07 | 06/04/07 | | 3037431600 | 05/07/07 | 19.88 |
| 121 | 309589 | 05/25/07 | 06/04/07 | 22.72 | 3037431600 | 05/07/07 | 2.84 |
| 122 | 309590 | 05/25/07 | 06/04/07 | | 3037580444 | 04/26/07 | 10.00 |
| 123 | 309590 | 05/25/07 | 06/04/07 | 19.87 | 3037580444 | 04/26/07 | 9.87 |
| 124 | 309591 | 05/25/07 | 06/05/07 | | 4808991492 | 05/07/07 | 585.00 |
| 125 | 309591 | 05/25/07 | 06/05/07 | 855.61 | 4808991492 | 05/07/07 | 270.61 |
| 126 | 309592 | 05/25/07 | 06/04/07 | | 5032316009 | 05/02/07 | 345.16 |
| 127 | 309592 | 05/25/07 | 06/04/07 | 429.36 | 5032316009 | 05/02/07 | 84.20 |
| 128 | 309593 | 05/25/07 | 06/04/07 | 156.92 | 5032976540 | 05/05/07 | 156.92 |
| 129 | 309594 | 05/25/07 | 06/04/07 | | 5095224993 | 04/17/07 | 22.58 |
| 130 | 309594 | 05/25/07 | 06/04/07 | 44.53 | 5095224993 | 04/17/07 | 21.95 |
| 131 | 309595 | 05/25/07 | 06/04/07 | | 5152671786 | 05/01/07 | 325.81 |
| 132 | 309595 | 05/25/07 | 06/04/07 | 434.42 | 5152671786 | 05/01/07 | 108.61 |
| 133 | 309596 | 05/25/07 | 06/04/07 | 461.41 | 5413823119 | 05/08/07 | 461.41 |
| 134 | 309597 | 05/25/07 | 06/04/07 | | 6053612016 | 05/04/07 | 317.89 |
| 135 | 309597 | 05/25/07 | 06/04/07 | | 6053612016 | 05/04/07 | 105.96 |
| 136 | 309597 | 05/25/07 | 06/04/07 | | 6053612016 | 05/04/07 | 39.70 |
| 137 | 309597 | 05/25/07 | 06/04/07 | 476.79 | 6053612016 | 05/04/07 | 13.24 |
| 138 | 309598 | 05/25/07 | 06/04/07 | 45.19 | 7195426820 | 05/04/07 | 45.19 |
| 139 | 310699 | 05/31/07 | 06/06/07 | 80.45 | 5093259055 | 04/17/07 | 80.45 |
| 140 | 310795 | 06/01/07 | 06/11/07 | | 5032464151 | 05/10/07 | 153.79 |
| 141 | 310795 | 06/01/07 | 06/11/07 | | 5032464151 | 05/10/07 | 130.12 |
| 142 | 310795 | 06/01/07 | 06/11/07 | | 5032464151 | 05/10/07 | 35.47 |
| 143 | 310795 | 06/01/07 | 06/11/07 | | 5032464151 | 05/10/07 | 11.83 |
| 144 | 310795 | 06/01/07 | 06/11/07 | 343.04 | 5032464151 | 05/10/07 | 11.83 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Qwest Business Svcs
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 145 | 310796 | 06/01/07 | 06/11/07 |  | 5092485863 | 05/11/07 | 503.32 |
| 146 | 310796 | 06/01/07 | 06/11/07 | 698.32 | 5092485863 | 05/11/07 | 195.00 |
| 147 | 310797 | 06/01/07 | 06/08/07 |  | 9528909008 | 05/10/07 | 265.40 |
| 148 | 310797 | 06/01/07 | 06/08/07 | 349.60 | 9528909008 | 05/10/07 | 84.20 |
| 149 | 311135 | 06/04/07 | 06/13/07 | 457.33 | 3193624266 | 05/10/07 | 457.33 |
| 150 | 311136 | 06/04/07 | 06/11/07 |  | 3603528442 | 05/10/07 | 334.26 |
| 151 | 311136 | 06/04/07 | 06/11/07 | 392.20 | 3603528442 | 05/10/07 | 57.94 |
| 152 | 311137 | 06/04/07 | 06/11/07 | 404.54 | 3606710848 | 05/10/07 | 404.54 |
| 153 | 311138 | 06/04/07 | 06/11/07 | 40.93 | 3606711243 | 05/10/07 | 40.93 |
| 154 | 311139 | 06/04/07 | 06/11/07 |  | 3606414246 | 05/10/07 | 415.59 |
| 155 | 311139 | 06/04/07 | 06/11/07 |  | 3606414246 | 05/10/07 | 52.94 |
| 156 | 311139 | 06/04/07 | 06/11/07 | 493.53 | 3606414246 | 05/10/07 | 25.00 |
| 157 | 311140 | 06/04/07 | 06/12/07 | 36.80 | 4066265603 | 05/10/07 | 36.80 |
| 158 | 311141 | 06/04/07 | 06/11/07 | 1,027.40 | 4254512030 | 05/07/07 | 1,027.40 |
| 159 | 311142 | 06/04/07 | 06/11/07 | 491.48 | 4254518007 | 05/07/07 | 491.48 |
| 160 | 311143 | 06/04/07 | 06/11/07 | 346.04 | 4254548353 | 05/08/07 | 346.04 |
| 161 | 311144 | 06/04/07 | 06/12/07 |  | 5152240204 | 05/04/07 | 1,400.20 |
| 162 | 311144 | 06/04/07 | 06/12/07 |  | 5152240204 | 05/04/07 | 466.73 |
| 163 | 311144 | 06/04/07 | 06/12/07 |  | 5152240204 | 05/04/07 | 30.00 |
| 164 | 311144 | 06/04/07 | 06/12/07 | 1,906.93 | 5152240204 | 05/04/07 | 10.00 |
| 165 | 311145 | 06/04/07 | 06/12/07 |  | 6022981162 | 05/13/07 | 308.96 |
| 166 | 311145 | 06/04/07 | 06/12/07 | 368.96 | 6022981162 | 05/13/07 | 60.00 |
| 167 | 311146 | 06/04/07 | 06/12/07 | 134.11 | 6128221032 | 05/07/07 | 134.11 |
| 168 | 311147 | 06/04/07 | 06/12/07 | 495.90 | 7193924531 | 05/01/07 | 495.90 |
| 169 | 311148 | 06/04/07 | 06/12/07 |  | 7195931681 | 05/13/07 | 132.54 |
| 170 | 311148 | 06/04/07 | 06/12/07 |  | 7195931681 | 05/13/07 | 94.67 |
| 171 | 311148 | 06/04/07 | 06/12/07 |  | 7195931681 | 05/13/07 | 35.25 |
| 172 | 311148 | 06/04/07 | 06/12/07 |  | 7195931681 | 05/13/07 | 25.17 |
| 173 | 311148 | 06/04/07 | 06/12/07 |  | 7195931681 | 05/13/07 | 18.93 |
| 174 | 311148 | 06/04/07 | 06/12/07 | 311.59 | 7195931681 | 05/13/07 | 5.03 |
| 175 | 311149 | 06/04/07 | 06/12/07 | 79.46 | 7204930524 | 05/13/07 | 79.46 |
| 176 | 311150 | 06/04/07 | 06/12/07 |  | 7635409447 | 05/10/07 | 398.65 |
| 177 | 311150 | 06/04/07 | 06/12/07 | 417.65 | 7635409447 | 05/10/07 | 19.00 |
| 178 | 312039 | 06/06/07 | 06/12/07 | 503.99 | 2083217020 | 05/16/07 | 503.99 |
| 179 | 312040 | 06/06/07 | 06/12/07 |  | 2084538960 | 05/16/07 | 260.38 |
| 180 | 312040 | 06/06/07 | 06/12/07 | 329.63 | 2084538960 | 05/16/07 | 69.25 |
| 181 | 312041 | 06/06/07 | 06/12/07 |  | 2084616082 | 05/16/07 | 42.04 |
| 182 | 312041 | 06/06/07 | 06/12/07 | 80.03 | 2084616082 | 05/16/07 | 37.99 |
| 183 | 312042 | 06/06/07 | 06/13/07 | 160.72 | 2535826805 | 05/16/07 | 160.72 |
| 184 | 312043 | 06/06/07 | 06/13/07 |  | 3036945032 | 05/16/07 | 26.64 |
| 185 | 312043 | 06/06/07 | 06/13/07 |  | 3036945032 | 05/16/07 | 19.03 |
| 186 | 312043 | 06/06/07 | 06/13/07 | 49.48 | 3036945032 | 05/16/07 | 3.81 |
| 187 | 312044 | 06/06/07 | 06/12/07 | 565.98 | 3039488339 | 05/16/07 | 565.98 |
| 188 | 312045 | 06/06/07 | 06/12/07 | 359.00 | 3076381801 | 05/16/07 | 359.00 |
| 189 | 312046 | 06/06/07 | 06/12/07 | 52.82 | 4065494191 | 05/16/07 | 52.82 |
| 190 | 312047 | 06/06/07 | 06/12/07 | 351.47 | 4065879261 | 05/16/07 | 351.47 |
| 191 | 312048 | 06/06/07 | 06/12/07 |  | 4067286001 | 05/16/07 | 577.66 |
| 192 | 312048 | 06/06/07 | 06/12/07 | 597.66 | 4067286001 | 05/16/07 | 20.00 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Qwest Business Svcs
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 193 | 312049 | 06/06/07 | 06/13/07 | 86.43 | 4804834209 | 05/13/07 | 86.43 |
| 194 | 312050 | 06/06/07 | 06/13/07 | 598.47 | 5036750707 | 05/14/07 | 598.47 |
| 195 | 312051 | 06/06/07 | 06/13/07 | 362.84 | 5417704575 | 05/16/07 | 362.84 |
| 196 | 312052 | 06/06/07 | 06/12/07 | | 7204820103 | 05/16/07 | 158.71 |
| 197 | 312052 | 06/06/07 | 06/12/07 | | 7204820103 | 05/16/07 | 113.35 |
| 198 | 312052 | 06/06/07 | 06/12/07 | 294.72 | 7204820103 | 05/16/07 | 22.66 |
| 199 | 312053 | 06/06/07 | 06/12/07 | | 9702237365 | 05/16/07 | 90.94 |
| 200 | 312053 | 06/06/07 | 06/12/07 | 145.62 | 9702237365 | 05/16/07 | 54.68 |
| 201 | 312054 | 06/06/07 | 06/12/07 | 420.96 | 9702429111 | 05/16/07 | 420.96 |
| 202 | 312663 | 06/08/07 | 06/15/07 | | 3606908513 | 05/22/07 | 161.95 |
| 203 | 312663 | 06/08/07 | 06/15/07 | 226.95 | 3606908513 | 05/22/07 | 65.00 |
| 204 | 312664 | 06/08/07 | 06/15/07 | | 4805632167 | 05/16/07 | 192.48 |
| 205 | 312664 | 06/08/07 | 06/15/07 | 211.73 | 4805632167 | 05/16/07 | 19.25 |
| 206 | 312665 | 06/08/07 | 06/14/07 | 598.58 | 4809988200 | 05/16/07 | 598.58 |
| 207 | 312666 | 06/08/07 | 06/15/07 | 270.94 | 5058300239 | 05/16/07 | 270.94 |
| 208 | 312667 | 06/08/07 | 06/15/07 | 48.22 | 5058803100 | 05/16/07 | 48.22 |
| 209 | 312668 | 06/08/07 | 06/15/07 | | 5058808669 | 05/16/07 | 142.41 |
| 210 | 312668 | 06/08/07 | 06/15/07 | | 5058808669 | 05/16/07 | 44.12 |
| 211 | 312668 | 06/08/07 | 06/15/07 | | 5058808669 | 05/16/07 | 14.23 |
| 212 | 312668 | 06/08/07 | 06/15/07 | | 5058808669 | 05/16/07 | 14.23 |
| 213 | 312668 | 06/08/07 | 06/15/07 | | 5058808669 | 05/16/07 | 4.41 |
| 214 | 312668 | 06/08/07 | 06/15/07 | 223.81 | 5058808669 | 05/16/07 | 4.41 |
| 215 | 312669 | 06/08/07 | 06/14/07 | 1,237.22 | 5058812033 | 05/16/07 | 1,237.22 |
| 216 | 312670 | 06/08/07 | 06/14/07 | 326.57 | 5058885484 | 05/16/07 | 326.57 |
| 217 | 312671 | 06/08/07 | 06/15/07 | 80.45 | 5093259055 | 05/17/07 | 80.45 |
| 218 | 312672 | 06/08/07 | 06/15/07 | 281.58 | 5094553641 | 05/17/07 | 281.58 |
| 219 | 312673 | 06/08/07 | 06/15/07 | 97.98 | 5095225383 | 05/17/07 | 97.98 |
| 220 | 312674 | 06/08/07 | 06/14/07 | 341.03 | 6022160107 | 05/16/07 | 341.03 |
| 221 | 312675 | 06/08/07 | 06/15/07 | 55.69 | 6027492807 | 05/16/07 | 55.69 |
| 222 | 312676 | 06/08/07 | 06/15/07 | 48.35 | 6028709770 | 05/16/07 | 48.35 |
| 223 | 312677 | 06/08/07 | 06/14/07 | 942.85 | 6029435212 | 05/16/07 | 942.85 |
| 224 | 312678 | 06/08/07 | 06/15/07 | | 6058821034 | 05/16/07 | 220.19 |
| 225 | 312678 | 06/08/07 | 06/15/07 | 311.18 | 6058821034 | 05/16/07 | 90.99 |
| 226 | 312679 | 06/08/07 | 06/14/07 | | 6239356224 | 05/16/07 | 665.00 |
| 227 | 312679 | 06/08/07 | 06/14/07 | | 6239356224 | 05/16/07 | 638.39 |
| 228 | 312679 | 06/08/07 | 06/14/07 | 1,351.38 | 6239356224 | 05/16/07 | 47.99 |
| 229 | 312680 | 06/08/07 | 06/14/07 | 424.36 | 8015714812 | 05/16/07 | 424.36 |
| 230 | 312681 | 06/08/07 | 06/14/07 | 519.94 | 8017336304 | 05/19/07 | 519.94 |
| 231 | 312682 | 06/08/07 | 06/14/07 | | 9702256850 | 05/16/07 | 416.51 |
| 232 | 312682 | 06/08/07 | 06/14/07 | 576.51 | 9702256850 | 05/16/07 | 160.00 |
| 233 | 312683 | 06/08/07 | 06/14/07 | 531.96 | 9702459563 | 05/16/07 | 531.96 |
| 234 | 313021 | 06/08/07 | 06/14/07 | 1,863.44 | 5207906000 | 04/10/07 | 1,863.44 |
| 235 | 313022 | 06/08/07 | 06/14/07 | 1,511.47 | 5207906000 | 05/10/07 | 1,511.47 |
| 236 | 313421 | 06/12/07 | 06/19/07 | 94.46 | 5057843943 | 05/16/07 | 94.46 |
| 237 | 313941 | 06/13/07 | 06/20/07 | | 58906697 | 05/11/07 | 177,600.88 |
| 238 | 313941 | 06/13/07 | 06/20/07 | 255,641.66 | 58906697 | 05/11/07 | 78,040.78 |
| 239 | 313942 | 06/13/07 | 06/19/07 | | 2089391239 | 05/16/07 | 391.21 |
| 240 | 313942 | 06/13/07 | 06/19/07 | | 2089391239 | 05/16/07 | 293.44 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Qwest Business Svcs
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 241 | 313942 | 06/13/07 | 06/19/07 |  | 2089391239 | 05/16/07 | 39.57 |
| 242 | 313942 | 06/13/07 | 06/19/07 | 753.90 | 2089391239 | 05/16/07 | 29.68 |
| 243 | 313943 | 06/13/07 | 06/19/07 |  | 3036957541 | 05/22/07 | 1,037.15 |
| 244 | 313943 | 06/13/07 | 06/19/07 | 1,185.31 | 3036957541 | 05/22/07 | 148.16 |
| 245 | 313944 | 06/13/07 | 06/19/07 |  | 3039733983 | 05/25/07 | 309.85 |
| 246 | 313944 | 06/13/07 | 06/19/07 | 360.35 | 3039733983 | 05/25/07 | 50.50 |
| 247 | 313945 | 06/13/07 | 06/20/07 |  | 3193633863 | 05/25/07 | 67.94 |
| 248 | 313945 | 06/13/07 | 06/20/07 | 110.69 | 3193633863 | 05/25/07 | 42.75 |
| 249 | 313946 | 06/13/07 | 06/19/07 |  | 4805560234 | 05/22/07 | 1,320.84 |
| 250 | 313946 | 06/13/07 | 06/19/07 | 1,965.84 | 4805560234 | 05/22/07 | 645.00 |
| 251 | 313947 | 06/13/07 | 06/19/07 | 42.99 | 5072876833 | 05/22/07 | 42.99 |
| 252 | 313948 | 06/13/07 | 06/20/07 |  | 5094678180 | 05/23/07 | 66.62 |
| 253 | 313948 | 06/13/07 | 06/20/07 |  | 5094678180 | 05/23/07 | 33.30 |
| 254 | 313948 | 06/13/07 | 06/20/07 |  | 5094678180 | 05/23/07 | 28.66 |
| 255 | 313948 | 06/13/07 | 06/20/07 | 142.91 | 5094678180 | 05/23/07 | 14.33 |
| 256 | 313949 | 06/13/07 | 06/20/07 |  | 6059961865 | 05/22/07 | 14.71 |
| 257 | 313949 | 06/13/07 | 06/20/07 | 19.62 | 6059961865 | 05/22/07 | 4.91 |
| 258 | 313950 | 06/13/07 | 06/19/07 | 134.61 | 7203442442 | 05/04/07 | 134.61 |
| 259 | 313951 | 06/13/07 | 06/19/07 | 1,092.76 | 8017735533 | 05/19/07 | 1,092.76 |
| 260 | 315497 | 06/19/07 | 06/25/07 | 2,200.68 | 6028630067 | 06/11/07 | 2,200.68 |
| 261 | 315888 | 06/21/07 | 06/26/07 | 559.16 | 3032323508 | 05/19/07 | 559.16 |
| 262 | 315889 | 06/21/07 | 06/26/07 |  | 3034511955 | 05/28/07 | 513.31 |
| 263 | 315889 | 06/21/07 | 06/26/07 | 576.25 | 3034511955 | 05/28/07 | 62.94 |
| 264 | 315890 | 06/21/07 | 06/26/07 | 243.84 | 3036940960 | 05/28/07 | 243.84 |
| 265 | 315891 | 06/21/07 | 06/27/07 | 120.80 | 3606931089 | 05/29/07 | 120.80 |
| 266 | 315892 | 06/21/07 | 06/27/07 |  | 5032316009 | 06/02/07 | 358.93 |
| 267 | 315892 | 06/21/07 | 06/27/07 | 430.13 | 5032316009 | 06/02/07 | 71.20 |
| 268 | 315893 | 06/21/07 | 06/27/07 |  | 5037386159 | 05/28/07 | 143.13 |
| 269 | 315893 | 06/21/07 | 06/27/07 | 227.33 | 5037386159 | 05/28/07 | 84.20 |
| 270 | 315894 | 06/21/07 | 06/27/07 |  | 5152671786 | 06/01/07 | 325.81 |
| 271 | 315894 | 06/21/07 | 06/27/07 | 434.42 | 5152671786 | 06/01/07 | 108.61 |
| 272 | 315895 | 06/21/07 | 06/27/07 | 468.94 | 6024316760 | 05/16/07 | 468.94 |
| 273 | 315896 | 06/21/07 | 06/26/07 |  | 6519822503 | 06/01/07 | 92.11 |
| 274 | 315896 | 06/21/07 | 06/26/07 | 130.10 | 6519822503 | 06/01/07 | 37.99 |
| 275 | 317404 | 06/25/07 | 07/03/07 |  | 3033389091 | 06/01/07 | 489.42 |
| 276 | 317404 | 06/25/07 | 07/03/07 | 554.87 | 3033389091 | 06/01/07 | 65.45 |
| 277 | 317405 | 06/25/07 | 07/03/07 |  | 3037431600 | 06/07/07 | 117.87 |
| 278 | 317405 | 06/25/07 | 07/03/07 |  | 3037431600 | 06/07/07 | 22.45 |
| 279 | 317405 | 06/25/07 | 07/03/07 |  | 3037431600 | 06/07/07 | 16.84 |
| 280 | 317405 | 06/25/07 | 07/03/07 | 160.36 | 3037431600 | 06/07/07 | 3.20 |
| 281 | 317406 | 06/25/07 | 07/06/07 |  | 3606714246 | 06/10/07 | 415.89 |
| 282 | 317406 | 06/25/07 | 07/06/07 |  | 3606714246 | 06/10/07 | 52.94 |
| 283 | 317406 | 06/25/07 | 07/06/07 | 493.83 | 3606714246 | 06/10/07 | 25.00 |
| 284 | 317407 | 06/25/07 | 07/06/07 | 1,027.73 | 4254512030 | 06/07/07 | 1,027.73 |
| 285 | 317408 | 06/25/07 | 07/06/07 | 491.48 | 4254518007 | 06/07/07 | 491.48 |
| 286 | 317409 | 06/25/07 | 07/06/07 | 44.53 | 5095224993 | 05/17/07 | 44.53 |
| 287 | 317410 | 06/25/07 | 07/03/07 |  | 5152240204 | 06/04/07 | 1,397.95 |
| 288 | 317410 | 06/25/07 | 07/03/07 | 1,863.93 | 5152240204 | 06/04/07 | 465.98 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Qwest Business Svcs
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 289 | 317411 | 06/25/07 | 07/06/07 | 461.41 | 5413823119 | 06/08/07 | 461.41 |
| 290 | 317412 | 06/25/07 | 07/06/07 |  | 6053612016 | 06/04/07 | 315.84 |
| 291 | 317412 | 06/25/07 | 07/06/07 |  | 6053612016 | 06/04/07 | 105.28 |
| 292 | 317412 | 06/25/07 | 07/06/07 |  | 6053612016 | 06/04/07 | 39.70 |
| 293 | 317412 | 06/25/07 | 07/06/07 | 474.06 | 6053612016 | 06/04/07 | 13.24 |
| 294 | 317413 | 06/25/07 | 07/03/07 | 127.26 | 6128221032 | 06/07/07 | 127.26 |
| 295 | 317414 | 06/25/07 | 07/03/07 | 55.03 | 7195426820 | 06/04/07 | 55.03 |
| 296 | 318995 | 07/02/07 | 07/12/07 | 464.09 | 3193624266 | 06/10/07 | 464.09 |
| 297 | 318996 | 07/02/07 | 07/11/07 |  | 3603528442 | 06/10/07 | 333.34 |
| 298 | 318996 | 07/02/07 | 07/11/07 | 391.28 | 3603528442 | 06/10/07 | 57.94 |
| 299 | 318997 | 07/02/07 | 07/11/07 |  | 3606710848 | 06/10/07 | 408.69 |
| 300 | 318997 | 07/02/07 | 07/11/07 | 458.69 | 3606710848 | 06/10/07 | 50.00 |
| 301 | 318998 | 07/02/07 | 07/11/07 | 40.93 | 3606711243 | 06/10/07 | 40.93 |
| 302 | 318999 | 07/02/07 | 07/12/07 | 86.43 | 4804834209 | 06/13/07 | 86.43 |
| 303 | 319000 | 07/02/07 | 07/11/07 |  | 5032464151 | 06/10/07 | 153.79 |
| 304 | 319000 | 07/02/07 | 07/11/07 |  | 5032464151 | 06/10/07 | 130.12 |
| 305 | 319000 | 07/02/07 | 07/11/07 |  | 5032464151 | 06/10/07 | 35.47 |
| 306 | 319000 | 07/02/07 | 07/11/07 |  | 5032464151 | 06/10/07 | 11.83 |
| 307 | 319000 | 07/02/07 | 07/11/07 | 343.04 | 5032464151 | 06/10/07 | 11.83 |
| 308 | 319001 | 07/02/07 | 07/11/07 | 598.47 | 5036750707 | 06/14/07 | 598.47 |
| 309 | 319002 | 07/02/07 | 07/11/07 |  | 5092485863 | 06/11/07 | 504.80 |
| 310 | 319002 | 07/02/07 | 07/11/07 | 604.80 | 5092485863 | 06/11/07 | 100.00 |
| 311 | 319003 | 07/02/07 | 07/11/07 |  | 6022981162 | 06/13/07 | 309.80 |
| 312 | 319003 | 07/02/07 | 07/11/07 | 379.80 | 6022981162 | 06/13/07 | 70.00 |
| 313 | 319004 | 07/02/07 | 07/10/07 | 1,343.72 | 7195935826 | 06/13/07 | 1,343.72 |
| 314 | 319005 | 07/02/07 | 07/10/07 | 78.06 | 7204930524 | 06/13/07 | 78.06 |
| 315 | 319006 | 07/02/07 | 07/10/07 | 401.01 | 7635409447 | 06/10/07 | 401.01 |
| 316 | 319007 | 07/02/07 | 07/10/07 |  | 9528909008 | 06/10/07 | 283.28 |
| 317 | 319007 | 07/02/07 | 07/10/07 | 367.48 | 9528909008 | 06/10/07 | 84.20 |
| 318 | 319282 | 07/02/07 | 07/10/07 | 346.04 | 39241 | 06/08/07 | 346.04 |
| 319 | 319283 | 07/02/07 | 07/10/07 |  | 39240 | 06/07/07 | 365.00 |
| 320 | 319283 | 07/02/07 | 07/10/07 | 669.23 | 39240 | 06/07/07 | 304.23 |
| 321 | 319284 | 07/02/07 | 07/11/07 | 324.05 | 39234 | 06/01/07 | 324.05 |
| 322 | 319754 | 07/05/07 | 07/16/07 |  | 2084538960 | 06/16/07 | 267.47 |
| 323 | 319754 | 07/05/07 | 07/16/07 | 336.72 | 2084538960 | 06/16/07 | 69.25 |
| 324 | 319755 | 07/05/07 | 07/16/07 |  | 2089391239 | 06/16/07 | 460.00 |
| 325 | 319755 | 07/05/07 | 07/16/07 | 529.25 | 2089391239 | 06/16/07 | 69.25 |
| 326 | 319756 | 07/05/07 | 07/16/07 | 160.72 | 2535826805 | 06/16/07 | 160.72 |
| 327 | 319757 | 07/05/07 | 07/16/07 | 430.65 | 3036945032 | 06/16/07 | 430.65 |
| 328 | 319758 | 07/05/07 | 07/16/07 | 564.28 | 3039488339 | 06/16/07 | 564.28 |
| 329 | 319759 | 07/05/07 | 07/16/07 | 359.00 | 3076381801 | 06/16/07 | 359.00 |
| 330 | 319760 | 07/05/07 | 07/16/07 | 53.30 | 4065494191 | 06/16/07 | 53.30 |
| 331 | 319761 | 07/05/07 | 07/16/07 | 569.47 | 4067286001 | 06/16/07 | 569.47 |
| 332 | 319762 | 07/05/07 | 07/16/07 |  | 4805632167 | 06/16/07 | 192.48 |
| 333 | 319762 | 07/05/07 | 07/16/07 | 211.73 | 4805632167 | 06/16/07 | 19.25 |
| 334 | 319763 | 07/05/07 | 07/16/07 | 270.94 | 5058300239 | 06/16/07 | 270.94 |
| 335 | 319764 | 07/05/07 | 07/16/07 | 45.56 | 5058803100 | 06/16/07 | 45.56 |
| 336 | 319765 | 07/05/07 | 07/16/07 |  | 5058808669 | 06/16/07 | 142.41 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Qwest Business Svcs
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 337 | 319765 | 07/05/07 | 07/16/07 | | 5058808669 | 06/16/07 | 44.12 |
| 338 | 319765 | 07/05/07 | 07/16/07 | | 5058808669 | 06/16/07 | 14.23 |
| 339 | 319765 | 07/05/07 | 07/16/07 | | 5058808669 | 06/16/07 | 14.23 |
| 340 | 319765 | 07/05/07 | 07/16/07 | | 5058808669 | 06/16/07 | 4.41 |
| 341 | 319765 | 07/05/07 | 07/16/07 | 223.81 | 5058808669 | 06/16/07 | 4.41 |
| 342 | 319766 | 07/05/07 | 07/16/07 | 1,215.76 | 5058812033 | 06/16/07 | 1,215.76 |
| 343 | 319767 | 07/05/07 | 07/16/07 | 326.57 | 5058885484 | 06/16/07 | 326.57 |
| 344 | 319768 | 07/05/07 | 07/16/07 | 281.58 | 5094553641 | 06/17/07 | 281.58 |
| 345 | 319769 | 07/05/07 | 07/16/07 | 97.98 | 5095225383 | 06/17/07 | 97.98 |
| 346 | 319770 | 07/05/07 | 07/16/07 | 128.91 | 5417704575 | 06/16/07 | 128.91 |
| 347 | 319771 | 07/05/07 | 07/16/07 | 341.03 | 6022160107 | 06/16/07 | 341.03 |
| 348 | 319772 | 07/05/07 | 07/16/07 | 470.65 | 6024316760 | 06/16/07 | 470.65 |
| 349 | 319773 | 07/05/07 | 07/16/07 | 53.71 | 6027492807 | 06/16/07 | 53.71 |
| 350 | 319774 | 07/05/07 | 07/16/07 | 48.35 | 6028709770 | 06/16/07 | 48.35 |
| 351 | 319775 | 07/05/07 | 07/16/07 | 942.85 | 6029435212 | 06/16/07 | 942.85 |
| 352 | 319776 | 07/05/07 | 07/16/07 | | 6239356224 | 06/16/07 | 644.85 |
| 353 | 319776 | 07/05/07 | 07/16/07 | | 6239356224 | 06/16/07 | 430.00 |
| 354 | 319776 | 07/05/07 | 07/16/07 | 1,122.84 | 6239356224 | 06/16/07 | 47.99 |
| 355 | 319777 | 07/05/07 | 07/16/07 | 135.95 | 7203442442 | 06/04/07 | 135.95 |
| 356 | 319778 | 07/05/07 | 07/16/07 | 420.96 | 9702429111 | 06/16/07 | 420.96 |
| 357 | 319779 | 07/05/07 | 07/16/07 | 512.17 | 9702459563 | 06/16/07 | 512.17 |
| 358 | 320738 | 07/10/07 | 07/19/07 | | 58906697 | 06/11/07 | 171,384.57 |
| 359 | 320738 | 07/10/07 | 07/19/07 | 251,701.05 | 58906697 | 06/11/07 | 80,316.48 |
| 360 | 320739 | 07/10/07 | 07/17/07 | 503.99 | 2083217020 | 06/16/07 | 503.99 |
| 361 | 320740 | 07/10/07 | 07/17/07 | | 2084616082 | 06/16/07 | 42.04 |
| 362 | 320740 | 07/10/07 | 07/17/07 | 80.03 | 2084616082 | 06/16/07 | 37.99 |
| 363 | 320741 | 07/10/07 | 07/17/07 | 599.77 | 3032323508 | 06/19/07 | 599.77 |
| 364 | 320742 | 07/10/07 | 07/17/07 | 344.93 | 4065879261 | 06/16/07 | 344.93 |
| 365 | 320743 | 07/10/07 | 07/18/07 | 80.45 | 5093259055 | 06/17/07 | 80.45 |
| 366 | 320744 | 07/10/07 | 07/18/07 | | 6058821034 | 06/16/07 | 220.19 |
| 367 | 320744 | 07/10/07 | 07/18/07 | 311.18 | 6058821034 | 06/16/07 | 90.99 |
| 368 | 320745 | 07/10/07 | 07/18/07 | 425.55 | 8015714812 | 06/16/07 | 425.55 |
| 369 | 320746 | 07/10/07 | 07/17/07 | | 9702256850 | 06/16/07 | 426.04 |
| 370 | 320746 | 07/10/07 | 07/17/07 | 526.04 | 9702256850 | 06/16/07 | 100.00 |
| 371 | 321125 | 07/10/07 | 07/18/07 | 161.95 | 39255 | 06/22/07 | 161.95 |
| 372 | 321126 | 07/10/07 | 07/18/07 | | 39252 | 06/19/07 | 504.37 |
| 373 | 321126 | 07/10/07 | 07/18/07 | 524.37 | 39252 | 06/19/07 | 20.00 |
| 374 | 321127 | 07/10/07 | 07/19/07 | 130.21 | 39252 | 06/19/07 | 130.21 |
| 375 | 322473 | 07/17/07 | 07/24/07 | | 39261 | 06/28/07 | 143.13 |
| 376 | 322473 | 07/17/07 | 07/24/07 | 227.33 | 39261 | 06/28/07 | 84.20 |
| 377 | 322540 | 07/17/07 | 07/24/07 | | 39255 | 06/22/07 | 1,037.15 |
| 378 | 322540 | 07/17/07 | 07/24/07 | 1,185.31 | 39255 | 06/22/07 | 148.16 |
| 379 | 322541 | 07/17/07 | 07/24/07 | | 39258 | 06/25/07 | 309.85 |
| 380 | 322541 | 07/17/07 | 07/24/07 | 360.35 | 39258 | 06/25/07 | 50.50 |
| 381 | 322542 | 07/17/07 | 07/25/07 | | 39258 | 06/25/07 | 67.94 |
| 382 | 322542 | 07/17/07 | 07/25/07 | 110.69 | 39258 | 06/25/07 | 42.75 |
| 383 | 322543 | 07/17/07 | 07/24/07 | 33.19 | 39243 | 06/10/07 | 33.19 |
| 384 | 322544 | 07/17/07 | 07/24/07 | | 39255 | 06/22/07 | 1,320.84 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - Qwest Business Svcs
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 385 | 322544 | 07/17/07 | 07/24/07 | 2,015.84 | 39255 | 06/22/07 | 695.00 |
| 386 | 322545 | 07/17/07 | 07/24/07 | 42.99 | 39255 | 06/22/07 | 42.99 |
| 387 | 322546 | 07/17/07 | 07/25/07 | | 39256 | 06/23/07 | 99.92 |
| 388 | 322546 | 07/17/07 | 07/25/07 | 142.91 | 39256 | 06/23/07 | 42.99 |
| 389 | 322547 | 07/17/07 | 07/25/07 | | 39255 | 06/22/07 | 14.71 |
| 390 | 322547 | 07/17/07 | 07/25/07 | 19.62 | 39255 | 06/22/07 | 4.91 |
| 391 | 322604 | 07/17/07 | 07/24/07 | | 39261 | 07/20/07 | 439.92 |
| 392 | 322604 | 07/17/07 | 07/24/07 | | 39261 | 07/20/07 | 62.94 |
| 393 | 322604 | 07/17/07 | 07/24/07 | 527.86 | 39261 | 07/20/07 | 25.00 |
| 394 | 322605 | 07/17/07 | 07/24/07 | 243.49 | 39261 | 06/28/07 | 243.49 |
| 395 | 322606 | 07/17/07 | 07/25/07 | 120.80 | 39262 | 06/29/07 | 120.80 |
| 396 | 322607 | 07/17/07 | 07/25/07 | | 39265 | 07/02/07 | 344.07 |
| 397 | 322607 | 07/17/07 | 07/25/07 | 335.65 | 39265 | 07/02/07 | (8.42) |
| 398 | 322608 | 07/17/07 | 07/25/07 | | 39250 | 06/17/07 | 22.58 |
| 399 | 322608 | 07/17/07 | 07/25/07 | 44.53 | 39250 | 06/17/07 | 21.95 |
| 400 | 322609 | 07/17/07 | 07/25/07 | | 39264 | 07/01/07 | 325.65 |
| 401 | 322609 | 07/17/07 | 07/25/07 | 434.20 | 39264 | 07/01/07 | 108.55 |
| 402 | 323182 | 07/20/07 | 07/31/07 | 377.18 | 3073584998 | 06/10/07 | 377.18 |
| 403 | 323183 | 07/20/07 | 07/31/07 | 608.35 | 3073585055 | 06/27/07 | 608.35 |
| 404 | 325301 | 07/24/07 | 07/30/07 | 49.79 | 39267 | 07/04/07 | 49.79 |
| 405 | 325302 | 07/24/07 | 07/30/07 | 135.99 | 39267 | 07/04/07 | 135.99 |
| 406 | 325337 | 07/25/07 | 07/31/07 | 167.49 | 6515780272 | 07/01/07 | 167.49 |
| | | | | $ 877,016.67 | | | $ 877,016.67 |