AHM- Summary of Invoices Paid in the Preference Period
Vendor- NEXTAG INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305327 | 05/12/07 | 05/23/07 |  | INVLS24889 | 05/03/07 | 3,240.00 |
| 2 | 305327 | 05/12/07 | 05/23/07 | 6,444.00 | INVLS24866 | 04/30/07 | 3,204.00 |
| 3 | 306733 | 05/17/07 | 05/24/07 | 4,011.00 | INVLS24897 | 05/10/07 | 4,011.00 |
| 4 | 315529 | 06/20/07 | 07/10/07 |  | INVLS26396 | 06/14/07 | 5,142.00 |
| 5 | 315529 | 06/20/07 | 07/10/07 |  | INVLS26386 | 06/07/07 | 4,785.00 |
| 6 | 315529 | 06/20/07 | 07/10/07 | 10,227.00 | INVLS26363 | 05/31/07 | 300.00 |
| 7 | 318793 | 06/29/07 | 07/13/07 | 4,815.00 | INVLS26448 | 06/21/07 | 4,815.00 |
| 8 | 322036 | 07/13/07 | 07/31/07 | 3,321.00 | INVLS26460 | 06/28/07 | 3,321.00 |
|   |        |          |          | $28,818.00 |            |          | $28,818.00 |