AHM- Summary of Invoices Paid in the Preference Period
Vendor- NEXTEL COMMUNICATIONS, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 309310 | 05/24/07 | 06/01/07 | $ 8,324.35 | 843425316 | 04/15/07 | $ 8,324.35 |
| 2 | 309311 | 05/24/07 | 06/01/07 | 6,472.81 | 298061115 | 04/25/07 | 6,472.81 |
| 3 | 309312 | 05/24/07 | 06/01/07 | 33,563.94 | 180736327 | 04/16/07 | 33,563.94 |
| 4 | 313129 | 06/11/07 | 06/19/07 | 19,133.86 | 180736327 | 05/16/07 | 19,133.86 |
| 5 | 313939 | 06/13/07 | 06/20/07 | 9,813.85 | 298061115 | 05/25/07 | 9,813.85 |
| 6 | 315885 | 06/21/07 | 06/28/07 | 11,967.02 | 843425316 | 05/15/07 | 11,967.02 |
| 7 | 319750 | 07/05/07 | 07/16/07 | 6,920.05 | 298061115 | 06/25/07 | 6,920.05 |
| 8 | 319751 | 07/05/07 | 07/16/07 | 6,625.04 | 180736327 | 06/16/07 | 6,625.04 |
| | | | | $102,820.92 | | | $102,820.92 |