AHM- Summary of Invoices Paid in the Preference Period
Vendor- Novasoft Information Technology Corp.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 317993 | 06/27/07 | 07/12/07 | 181,421.74 | 405 | 05/18/07 | $ 149,584.24 |
| 2 | 317993 | 06/27/07 | 07/12/07 |  | 382 | 04/30/07 | 31,837.50 |
| 3 | 318825 | 06/29/07 | 07/12/07 | 9,648.75 | 363 | 04/01/07 | 9,648.75 |
|   |        |          |          | $191,070.49 |     |          | $191,070.49 |