AHM- Summary of Invoices Paid in the Preference Period
Vendor- OCEAN PLACE LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 318127 | 06/27/07 | 07/26/07 | $ 48,574.33 | AHM160204-M | 06/01/07 | $ 48,574.33 |
| | | | | $ 48,574.33 | | | $ 48,574.33 |