AHM- Summary of Invoices Paid in the Preference Period
Vendor- ODIE ENTERPRISES LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302603 | 05/01/07 | 05/15/07 | 240.00 | 4 | 04/18/07 | 240.00 |
| 2 | 308302 | 05/22/07 | 05/31/07 | | | 05/13/07 | 12,000.00 |
| 3 | 308302 | 05/22/07 | 05/31/07 | 12,240.00 | USAGAE TAX | 04/27/07 | 240.00 |
| 4 | 315992 | 06/21/07 | 07/05/07 | 240.00 | 1 | 06/06/07 | 240.00 |
| 5 | 316530 | 06/21/07 | 07/03/07 | 12,000.00 | | 06/13/07 | 12,000.00 |
| 6 | 320606 | 07/09/07 | 07/24/07 | 2,193.80 | 2 | 06/25/07 | 2,193.80 |
| | | | | $ 26,913.80 | | | $ 26,913.80 |