AHM- Summary of Invoices Paid in the Preference Period
Vendor- OFFICE FURNITURE NOW!
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 317302 | 06/22/07 | 07/02/07 | $48,977.96 | Internal mc | 06/22/07 | $48,977.96 |
|   |   |   |   | $48,977.96 |   |   | $48,977.96 |