AHM- Summary of Invoices Paid in the Preference Period
Vendor- THE OFFICE TEAM
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301190 | 04/26/07 | 05/17/07 | | 18017450 | 02/26/07 | $ 1,280.00 |
| 2 | 301190 | 04/26/07 | 05/17/07 | | 17970457 | 02/19/07 | 1,115.63 |
| 3 | 301190 | 04/26/07 | 05/17/07 | | 18086808 | 03/05/07 | 1,085.88 |
| 4 | 301190 | 04/26/07 | 05/17/07 | | 18023515 | 02/26/07 | 892.50 |
| 5 | 301190 | 04/26/07 | 05/17/07 | | 18133250 | 03/12/07 | 847.88 |
| 6 | 301190 | 04/26/07 | 05/17/07 | | 17900400 | 02/12/07 | 806.40 |
| 7 | 301190 | 04/26/07 | 05/17/07 | | 18117373 | 03/12/07 | 766.08 |
| 8 | 301190 | 04/26/07 | 05/17/07 | | 18018181 | 02/26/07 | 624.96 |
| 9 | 301190 | 04/26/07 | 05/17/07 | | 17953059 | 02/19/07 | 604.80 |
| 10 | 301190 | 04/26/07 | 05/17/07 | | 18063475 | 03/05/07 | 544.32 |
| 11 | 301190 | 04/26/07 | 05/17/07 | | 18117388 | 03/12/07 | 468.72 |
| 12 | 303015 | 05/02/07 | 05/10/07 | 9,037.17 | 18485110 | 04/24/07 | 1,087.35 |
| 13 | 303015 | 05/02/07 | 05/10/07 | | 18467866 | 04/23/07 | 564.30 |
| 14 | 303015 | 05/02/07 | 05/10/07 | | 18460550 | 04/23/07 | 306.90 |
| 15 | 303015 | 05/02/07 | 05/10/07 | 2,126.85 | 18459689 | 04/23/07 | 168.30 |
| 16 | 303016 | 05/02/07 | 05/10/07 | 73.92 | 18393939 | 04/16/07 | 73.92 |
| 17 | 303017 | 05/02/07 | 05/10/07 | | 18397744 | 04/16/07 | 690.00 |
| 18 | 303017 | 05/02/07 | 05/10/07 | | 18397746 | 04/16/07 | 690.00 |
| 19 | 303017 | 05/02/07 | 05/10/07 | | 18365146 | 04/09/07 | 690.00 |
| 20 | 303017 | 05/02/07 | 05/10/07 | 2,561.63 | 18397745 | 04/16/07 | 491.63 |
| 21 | 303719 | 05/04/07 | 05/14/07 | 640.77 | 18466670 | 04/16/07 | 640.77 |
| 22 | 303720 | 05/04/07 | 05/14/07 | | 18411316 | 04/16/07 | 756.80 |
| 23 | 303720 | 05/04/07 | 05/14/07 | | 18469898 | 04/23/07 | 605.44 |
| 24 | 303720 | 05/04/07 | 05/14/07 | | 18454994 | 04/23/07 | 144.05 |
| 25 | 303720 | 05/04/07 | 05/14/07 | 1,613.79 | 18454987 | 04/23/07 | 107.50 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- THE OFFICE TEAM
Exhibit A

| # | Check Number | Check Date | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|---|
| 26 | 303721 | 05/04/07 | 05/04/07 | 05/14/07 | 1,968.75 | 18459988 | 04/23/07 | 1,968.75 |
| 27 | 303721 | 05/04/07 | 05/04/07 | 05/14/07 | | 18459989 | 04/23/07 | 1,600.00 |
| 28 | 304296 | 05/08/07 | 05/08/07 | 05/15/07 | 3,568.75 | 18373949 | 04/10/07 | 915.45 |
| 29 | 304296 | 05/08/07 | 05/08/07 | 05/15/07 | | 18297337 | 04/02/07 | 831.30 |
| 30 | 304296 | 05/08/07 | 05/08/07 | 05/15/07 | | 18444763 | 04/19/07 | 765.00 |
| 31 | 304296 | 05/08/07 | 05/08/07 | 05/15/07 | | 18500433 | 04/26/07 | 734.40 |
| 32 | 304297 | 05/08/07 | 05/08/07 | 05/15/07 | 3,246.15 | 18454566 | 04/23/07 | 709.41 |
| 33 | 304297 | 05/08/07 | 05/08/07 | 05/21/07 | 1,399.41 | 18454567 | 04/23/07 | 690.00 |
| 34 | 305169 | 05/11/07 | 05/11/07 | 05/21/07 | | 18520756 | 04/30/07 | 696.30 |
| 35 | 305169 | 05/11/07 | 05/11/07 | 05/21/07 | | 18520757 | 04/30/07 | 178.20 |
| 36 | 305169 | 05/11/07 | 05/11/07 | 05/21/07 | 1,039.50 | 18520758 | 04/30/07 | 165.00 |
| 37 | 305417 | 05/12/07 | 05/21/07 | 05/21/07 | 527.88 | 18447592 | 04/23/07 | 527.88 |
| 38 | 306270 | 05/16/07 | 05/16/07 | 05/25/07 | | 18523931 | 04/30/07 | 621.00 |
| 39 | 306270 | 05/16/07 | 05/16/07 | 05/25/07 | 1,173.00 | 18523930 | 04/30/07 | 552.00 |
| 40 | 306410 | 05/16/07 | 05/22/07 | 05/22/07 | | 18280585 | 04/06/07 | 11,000.00 |
| 41 | 306410 | 05/16/07 | 05/22/07 | 05/22/07 | | 18523073 | 04/30/07 | (169.12) |
| 42 | 306410 | 05/16/07 | 05/22/07 | 05/22/07 | 10,217.68 | OA-154030 | 04/10/07 | (613.20) |
| 43 | 307373 | 05/21/07 | 06/04/07 | 06/04/07 | 3,060.00 | 18517181 | 04/30/07 | 1,600.00 |
| 44 | 307373 | 05/21/07 | 06/04/07 | 06/04/07 | | 18561288 | 05/07/07 | 1,460.00 |
| 45 | 307436 | 05/21/07 | 05/30/07 | 05/30/07 | 690.00 | 18579744 | 05/07/07 | 690.00 |
| 46 | 307754 | 05/22/07 | 05/30/07 | 05/30/07 | 1,867.50 | 18572787 | 05/07/07 | 1,867.50 |
| 47 | 308967 | 05/23/07 | 05/29/07 | 05/29/07 | | 18540748 | 05/01/07 | 804.76 |
| 48 | 308967 | 05/23/07 | 05/29/07 | 05/29/07 | | 18556896 | 05/03/07 | 376.92 |
| 49 | 308967 | 05/23/07 | 05/29/07 | 05/29/07 | 1,483.22 | 18503910 | 04/30/07 | 301.54 |
| 50 | 308968 | 05/23/07 | 05/30/07 | 05/30/07 | | 18576458 | 05/07/07 | 382.80 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- THE OFFICE TEAM
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 51 | 308968 | 05/23/07 | 05/30/07 | | 18576459 | 05/07/07 | 118.80 |
| 52 | 308968 | 05/23/07 | 05/30/07 | 610.50 | 18591786 | 05/07/07 | 108.90 |
| 53 | 310268 | 05/30/07 | 06/12/07 | | 18579504 | 05/07/07 | 706.73 |
| 54 | 310268 | 05/30/07 | 06/12/07 | 1,028.64 | 18614872 | 05/14/07 | 321.91 |
| 55 | 310269 | 05/30/07 | 06/12/07 | | 18630380 | 05/14/07 | 389.40 |
| 56 | 310269 | 05/30/07 | 06/12/07 | 749.10 | 18630381 | 05/14/07 | 359.70 |
| 57 | 310270 | 05/30/07 | 06/08/07 | | 18627639 | 05/14/07 | 1,600.00 |
| 58 | 310270 | 05/30/07 | 06/08/07 | | 18575023 | 05/07/07 | 676.50 |
| 59 | 310270 | 05/30/07 | 06/08/07 | | 18652922 | 05/15/07 | 615.00 |
| 60 | 310270 | 05/30/07 | 06/08/07 | 3,057.25 | 18630860 | 05/14/07 | 165.75 |
| 61 | 311021 | 06/01/07 | 06/08/07 | 1,061.44 | 18696921 | 06/01/07 | 1,061.44 |
| 62 | 311586 | 06/05/07 | 06/15/07 | | 18509955 | 04/30/07 | 688.00 |
| 63 | 311586 | 06/05/07 | 06/15/07 | | 18620535 | 05/14/07 | 688.00 |
| 64 | 311586 | 06/05/07 | 06/15/07 | | 18565726 | 05/07/07 | 670.80 |
| 65 | 311586 | 06/05/07 | 06/15/07 | | 18504405 | 04/30/07 | 151.36 |
| 66 | 311586 | 06/05/07 | 06/15/07 | 2,335.76 | 18501327 | 04/26/07 | 137.60 |
| 67 | 311587 | 06/05/07 | 06/14/07 | | 18651616 | 05/15/07 | 1,676.75 |
| 68 | 311587 | 06/05/07 | 06/14/07 | | 18359681 | 04/09/07 | 1,672.00 |
| 69 | 311587 | 06/05/07 | 06/14/07 | | 18459995 | 04/23/07 | 1,662.50 |
| 70 | 311587 | 06/05/07 | 06/14/07 | | 18572786 | 05/07/07 | 1,577.00 |
| 71 | 311587 | 06/05/07 | 06/14/07 | | 18333619 | 04/05/07 | 1,520.00 |
| 72 | 311587 | 06/05/07 | 06/14/07 | | 18360437 | 04/09/07 | 882.00 |
| 73 | 311587 | 06/05/07 | 06/14/07 | | 18284254 | 04/02/07 | 882.00 |
| 74 | 311587 | 06/05/07 | 06/14/07 | | 18461591 | 04/23/07 | 791.28 |
| 75 | 311587 | 06/05/07 | 06/14/07 | | 18240910 | 03/26/07 | 786.24 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- THE OFFICE TEAM
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 76 | 311587 | 06/05/07 | 06/14/07 |  | 18560935 | 05/07/07 | 756.00 |
| 77 | 311587 | 06/05/07 | 06/14/07 |  | 18302045 | 04/02/07 | 728.88 |
| 78 | 311587 | 06/05/07 | 06/14/07 | 13,237.05 | 18596348 | 06/08/07 | 302.40 |
| 79 | 312417 | 06/07/07 | 06/18/07 |  | 18654981 | 05/15/07 | 716.16 |
| 80 | 312417 | 06/07/07 | 06/18/07 | 1,427.61 | 18693758 | 05/21/07 | 711.45 |
| 81 | 312418 | 06/07/07 | 06/18/07 |  | 18517188 | 04/30/07 | 1,935.00 |
| 82 | 312418 | 06/07/07 | 06/18/07 |  | 18517195 | 04/30/07 | 1,648.25 |
| 83 | 312418 | 06/07/07 | 06/18/07 |  | 18687126 | 05/21/07 | 1,600.00 |
| 84 | 312418 | 06/07/07 | 06/18/07 |  | 18423608 | 04/16/07 | 1,520.00 |
| 85 | 312418 | 06/07/07 | 06/18/07 |  | 18240310 | 03/26/07 | 1,115.63 |
| 86 | 312418 | 06/07/07 | 06/18/07 |  | 18216876 | 03/21/07 | 1,041.25 |
| 87 | 312418 | 06/07/07 | 06/18/07 |  | 18185393 | 03/19/07 | 806.40 |
| 88 | 312418 | 06/07/07 | 06/18/07 |  | 18396953 | 04/16/07 | 806.40 |
| 89 | 312418 | 06/07/07 | 06/18/07 |  | 18505339 | 04/30/07 | 665.28 |
| 90 | 312418 | 06/07/07 | 06/18/07 |  | 18376384 | 04/10/07 | 505.75 |
| 91 | 312418 | 06/07/07 | 06/18/07 |  | 18394164 | 04/16/07 | 401.63 |
| 92 | 312418 | 06/07/07 | 06/18/07 |  | 18277476 | 03/29/07 | 266.00 |
| 93 | 312418 | 06/07/07 | 06/18/07 | 12,429.19 | 18485945 | 04/24/07 | 117.60 |
| 94 | 312419 | 06/07/07 | 06/18/07 | 702.94 | 18635293 | 05/14/07 | 702.94 |
| 95 | 312872 | 06/08/07 | 06/18/07 |  | 18523073 CA | 04/30/07 | 266.50 |
| 96 | 312872 | 06/08/07 | 06/15/07 |  | 18523073 A | 04/30/07 | 266.50 |
| 97 | 312872 | 06/08/07 | 06/15/07 | 435.62 | 18523073 | 04/30/07 | (97.38) |
| 98 | 312982 | 06/08/07 | 06/18/07 | 1,643.52 | 18726141 | 06/08/07 | 1,643.52 |
| 99 | 313175 | 06/11/07 | 06/19/07 | 2,053.13 | 18627638 | 05/14/07 | 2,053.13 |
| 100 | 313175 | 06/11/07 | 06/19/07 | 3,920.63 | 18687125 | 05/21/07 | 1,867.50 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- THE OFFICE TEAM
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 101 | 313604 | 06/12/07 | 06/18/07 | | 18771164 | 05/30/07 | 13,600.00 |
| 102 | 313604 | 06/12/07 | 06/18/07 | | 18686383 | 05/21/07 | 828.75 |
| 103 | 313604 | 06/12/07 | 06/18/07 | | 18764213 | 05/30/07 | 543.25 |
| 104 | 313604 | 06/12/07 | 06/18/07 | 15,382.00 | 18722310 | 05/24/07 | 410.00 |
| 105 | 314099 | 06/13/07 | 06/20/07 | | 18698432 | 06/13/07 | 884.00 |
| 106 | 314099 | 06/13/07 | 06/20/07 | | 18639562 | 06/13/07 | 795.60 |
| 107 | 314099 | 06/13/07 | 06/20/07 | | 18751855 | 06/13/07 | 707.20 |
| 108 | 314099 | 06/13/07 | 06/20/07 | 3,094.00 | 18804046 | 06/13/07 | 707.20 |
| 109 | 314533 | 06/15/07 | 06/29/07 | | 18739115 | 05/28/07 | 817.70 |
| 110 | 314840 | 06/15/07 | 06/29/07 | 674.05 | 18790414 | 06/04/07 | 674.05 |
| 111 | 314977 | 06/18/07 | 06/29/07 | | 18727458 | 05/28/07 | 1,170.00 |
| 112 | 314977 | 06/18/07 | 06/29/07 | | 18727459 | 05/28/07 | 560.00 |
| 113 | 314977 | 06/18/07 | 06/29/07 | 2,131.63 | 18394154 | 04/16/07 | 401.63 |
| 114 | 317770 | 06/26/07 | 07/09/07 | 331.50 | 18846812 | 06/11/07 | 331.50 |
| 115 | 317902 | 06/26/07 | 07/05/07 | 530.40 | 18858548 | 06/26/07 | 530.40 |
| 116 | 318089 | 06/27/07 | 07/11/07 | 168.00 | 18721857 | 05/24/07 | 168.00 |
| 117 | 318203 | 06/27/07 | 07/02/07 | 462.24 | 18942194 | 06/27/07 | 462.24 |
| 118 | 319123 | 07/02/07 | 07/12/07 | 28.27 | 18832119 | 06/07/07 | 28.27 |
| 119 | 319124 | 07/02/07 | 07/11/07 | | 18834413 | 06/11/07 | 533.00 |
| 120 | 319124 | 07/02/07 | 07/11/07 | 1,030.25 | 18891848 | 06/18/07 | 497.25 |
| 121 | 320523 | 07/09/07 | 07/16/07 | 840.00 | 18656603 | 05/15/07 | 840.00 |
| 122 | 320524 | 07/09/07 | 07/17/07 | | 18740045 | 05/28/07 | 2,004.50 |
| 123 | 320524 | 07/09/07 | 07/17/07 | | 18687124 | 05/21/07 | 1,444.00 |
| 124 | 320524 | 07/09/07 | 07/17/07 | | 18847334 | 06/11/07 | 850.85 |
| 125 | 320524 | 07/09/07 | 07/17/07 | | 18871673 | 06/12/07 | 806.40 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- THE OFFICE TEAM
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 126 | 320524 | 07/09/07 | 07/17/07 |  | 18773879 | 05/31/07 | 645.12 |
| 127 | 320524 | 07/09/07 | 07/17/07 | 6,365.75 | 18616739 | 05/14/07 | 614.88 |
| 128 | 321218 | 07/11/07 | 07/20/07 |  | 18841472 | 06/11/07 | 688.00 |
| 129 | 321218 | 07/11/07 | 07/20/07 |  | 18724993 | 05/28/07 | 688.00 |
| 130 | 321218 | 07/11/07 | 07/20/07 |  | 18731896 | 05/28/07 | 550.40 |
| 131 | 321218 | 07/11/07 | 07/20/07 | 2,476.80 | 18784694 | 06/04/07 | 550.40 |
| 132 | 321219 | 07/11/07 | 07/19/07 |  | 18870988 | 06/12/07 | 1,847.75 |
| 133 | 321219 | 07/11/07 | 07/19/07 |  | 18910774 | 06/18/07 | 1,560.00 |
| 134 | 321219 | 07/11/07 | 07/19/07 |  | 18958750 | 06/25/07 | 1,520.00 |
| 135 | 321219 | 07/11/07 | 07/19/07 |  | 18791166 | 07/04/07 | 1,415.50 |
| 136 | 321219 | 07/11/07 | 07/19/07 |  | 18909985 | 06/18/07 | 812.18 |
| 137 | 321219 | 07/11/07 | 07/19/07 | 7,800.55 | 18825917 | 06/06/07 | 645.12 |
| 138 | 322000 | 07/13/07 | 07/24/07 |  | 18957994 | 06/25/07 | 828.75 |
| 139 | 322000 | 07/13/07 | 07/24/07 | 1,292.85 | 18945748 | 06/25/07 | 464.10 |
| 140 | 322238 | 07/16/07 | 07/24/07 | 784.55 | 19011465 | 07/02/07 | 784.55 |
| 141 | 322266 | 07/16/07 | 07/25/07 |  | 18992672 | 06/27/07 | 749.00 |
| 142 | 322266 | 07/16/07 | 07/25/07 |  | 18992679 | 06/27/07 | 749.00 |
| 143 | 322266 | 07/16/07 | 07/25/07 |  | 18997891 | 06/28/07 | 637.72 |
| 144 | 322266 | 07/16/07 | 07/25/07 | 2,572.28 | 18992673 | 06/27/07 | 436.56 |
| 145 | 322282 | 07/16/07 | 07/25/07 |  | 18908880 | 06/18/07 | 353.60 |
| 146 | 322282 | 07/16/07 | 07/25/07 | 464.88 | 18951445 | 06/25/07 | 111.28 |
| 147 | 322444 | 07/17/07 | 07/26/07 | 1,600.00 | 19013173 | 07/02/07 | 1,600.00 |
| 148 | 322779 | 07/17/07 | 07/24/07 | 671.96 | TEMP AGE | 07/17/07 | 671.96 |
| 149 | 322836 | 07/18/07 | 07/26/07 |  | 19012246 | 07/02/07 | 674.05 |
| 150 | 322836 | 07/18/07 | 07/26/07 | 839.80 | 19053694 | 07/09/07 | 165.75 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- THE OFFICE TEAM
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 151 | 323388 | 07/20/07 | 07/31/07 | 252.52 | 19000400 | 07/20/07 | 252.52 |
| 152 | 325478 | 07/25/07 | 07/30/07 | 868.84 | 191474474 | 07/25/07 | 868.84 |
|  |  |  |  | $ 138,447.29 |  |  | $ 138,447.29 |