AHM- Summary of Invoices Paid in the Preference Period
Vendor- OFFICES BY DESIGN LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 306268 | 05/16/07 | 06/19/07 | 377.00 | 841 | 04/30/07 | 377.00 |
| 2 | 314015 | 06/13/07 | 06/22/07 | | 817 | 03/01/07 | 20,142.09 |
| 3 | 314015 | 06/13/07 | 06/22/07 | | 866 | 05/31/07 | 6,646.72 |
| 4 | 314015 | 06/13/07 | 06/22/07 | 27,165.81 | 856 | 05/31/07 | 377.00 |
| | | | | $27,542.81 | | | $27,542.81 |