AHM- Summary of Invoices Paid in the Preference Period
Vendor- ON GUARD SECURITY SERVICES, INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303018 | 05/02/07 | 05/14/07 | | 538042407 | 04/24/07 | $ 13,345.67 |
| 2 | 303018 | 05/02/07 | 05/14/07 | | 520042407 | 04/24/07 | 6,615.26 |
| 3 | 303018 | 05/02/07 | 05/14/07 | | 1305042407 | 04/24/07 | 4,920.71 |
| 4 | 303018 | 05/02/07 | 05/14/07 | | 270042407 | 04/24/07 | 4,327.62 |
| 5 | 303018 | 05/02/07 | 05/14/07 | 30,768.03 | | | 1,558.77 |
| 6 | 305419 | 05/12/07 | 05/22/07 | | 538050107 | 05/01/07 | 13,684.58 |
| 7 | 305419 | 05/12/07 | 05/22/07 | | 520050107 | 05/01/07 | 7,482.09 |
| 8 | 305419 | 05/12/07 | 05/22/07 | | 1305050107 | 05/01/07 | 5,350.87 |
| 9 | 305419 | 05/12/07 | 05/22/07 | | 270050107 | 05/01/07 | 4,409.09 |
| 10 | 305419 | 05/12/07 | 05/22/07 | 33,074.69 | ESD050107 | 05/01/07 | 2,148.06 |
| 11 | 306272 | 05/16/07 | 05/29/07 | | SV-2 043007 | 04/30/07 | 4,686.87 |
| 12 | 306272 | 05/16/07 | 05/29/07 | | SV-1 043007 | 04/30/07 | 4,686.87 |
| 13 | 306272 | 05/16/07 | 05/29/07 | | EX 041607 KC | 04/30/07 | 448.92 |
| 14 | 306272 | 05/16/07 | 05/29/07 | 9,834.98 | EX 041607 KC | 04/30/07 | 12.32 |
| 15 | 307374 | 05/21/07 | 06/01/07 | | 538050807 | 05/08/07 | 14,056.08 |
| 16 | 307374 | 05/21/07 | 06/01/07 | | 520050807 | 05/08/07 | 7,482.09 |
| 17 | 307374 | 05/21/07 | 06/01/07 | | 1305050807 | 05/08/07 | 5,996.10 |
| 18 | 307374 | 05/21/07 | 06/01/07 | | 270050807 | 05/08/07 | 4,343.91 |
| 19 | 307374 | 05/21/07 | 06/01/07 | | ESD 050807 | 05/08/07 | 1,596.79 |
| 20 | 307374 | 05/21/07 | 06/01/07 | | EX 032107 KC | 04/30/07 | 241.70 |
| 21 | 307374 | 05/21/07 | 06/01/07 | | EX 043007 UNI | 04/30/07 | 104.61 |
| 22 | 307374 | 05/21/07 | 06/01/07 | | EX 041307 JM | 04/30/07 | 59.50 |
| 23 | 307374 | 05/21/07 | 06/01/07 | | EX 043007 JM | 05/01/07 | 59.30 |
| 24 | 307374 | 05/21/07 | 06/01/07 | | EX 032107 KC | 04/30/07 | 34.01 |
| 25 | 307374 | 05/21/07 | 06/01/07 | | EX 042707 KC | 05/01/07 | 26.10 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- ON GUARD SECURITY SERVICES, INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 26 | 307374 | 05/21/07 | 06/01/07 | 34,025.19 | EX 042007 JM | 04/30/07 | 25.00 |
| 27 | 310271 | 05/30/07 | 06/08/07 | | 538051507 | 05/15/07 | 14,129.94 |
| 28 | 310271 | 05/30/07 | 06/08/07 | | 520051507 | 05/15/07 | 7,306.12 |
| 29 | 310271 | 05/30/07 | 06/08/07 | | SV-1051507 | 05/15/07 | 6,249.16 |
| 30 | 310271 | 05/30/07 | 06/08/07 | | 130505 1507 | 05/15/07 | 5,996.10 |
| 31 | 310271 | 05/30/07 | 06/08/07 | | 270051507 | 05/15/07 | 4,327.62 |
| 32 | 310271 | 05/30/07 | 06/08/07 | 39,567.71 | ESD 051507 | 05/15/07 | 1,558.77 |
| 33 | 311588 | 06/05/07 | 06/15/07 | | 538052207 | 05/22/07 | 14,423.23 |
| 34 | 311588 | 06/05/07 | 06/15/07 | | 520052207 | 05/22/07 | 8,264.19 |
| 35 | 311588 | 06/05/07 | 06/15/07 | | 130505 2207 | 05/22/07 | 4,692.60 |
| 36 | 311588 | 06/05/07 | 06/15/07 | | 270052207 | 05/22/07 | 4,327.62 |
| 37 | 311588 | 06/05/07 | 06/15/07 | 33,285.42 | ESD052207 | 05/22/07 | 1,577.78 |
| 38 | 314019 | 06/13/07 | 06/25/07 | | 538052907 | 05/29/07 | 13,762.79 |
| 39 | 314019 | 06/13/07 | 06/25/07 | | 520052907 | 05/29/07 | 7,345.22 |
| 40 | 314019 | 06/13/07 | 06/25/07 | | 270052907 | 05/29/07 | 4,327.62 |
| 41 | 314019 | 06/13/07 | 06/25/07 | | 130505 2907 | 05/29/07 | 3,754.08 |
| 42 | 314019 | 06/13/07 | 06/25/07 | | ESD052907 | 05/29/07 | 1,558.77 |
| 43 | 314019 | 06/13/07 | 06/25/07 | | EX060507 JM | 06/05/07 | 296.39 |
| 44 | 314019 | 06/13/07 | 06/25/07 | 31,159.75 | EX053007UNI | 05/30/07 | 114.88 |
| 45 | 314978 | 06/18/07 | 07/09/07 | | 538060507 | 06/05/07 | 11,342.62 |
| 46 | 314978 | 06/18/07 | 07/09/07 | | 520060507 | 06/05/07 | 11,044.99 |
| 47 | 314978 | 06/18/07 | 07/09/07 | | 130506 0507 | 06/05/07 | 4,692.60 |
| 48 | 314978 | 06/18/07 | 07/09/07 | | 270060507 | 06/05/07 | 4,327.62 |
| 49 | 314978 | 06/18/07 | 07/09/07 | 32,966.60 | ESD060507 | 06/05/07 | 1,558.77 |
| 50 | 315218 | 06/19/07 | 06/29/07 | | 538061207 | 06/12/07 | 11,203.58 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- ON GUARD SECURITY SERVICES, INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 51 | 315218 | 06/19/07 | 06/29/07 | | 52061207 | 06/12/07 | 11,044.99 |
| 52 | 315218 | 06/19/07 | 06/29/07 | | SV2061507 | 06/15/07 | 6,249.16 |
| 53 | 315218 | 06/19/07 | 06/29/07 | | 1305061207 | 06/12/07 | 4,692.60 |
| 54 | 315218 | 06/19/07 | 06/29/07 | | 27061207 | 06/12/07 | 4,327.62 |
| 55 | 315218 | 06/19/07 | 06/29/07 | 39,095.73 | ESD061207 | 06/12/07 | 1,577.78 |
| 56 | 320162 | 07/06/07 | 07/23/07 | | 53806 1907 | 06/19/07 | 11,340.45 |
| 57 | 320162 | 07/06/07 | 07/23/07 | | 538 061907 | 06/26/07 | 11,203.58 |
| 58 | 320162 | 07/06/07 | 07/23/07 | | 52061907 | 06/19/07 | 11,044.99 |
| 59 | 320162 | 07/06/07 | 07/23/07 | | 520 062607 | 06/26/07 | 11,044.99 |
| 60 | 320162 | 07/06/07 | 07/23/07 | | SV2 062707 | 06/27/07 | 6,249.16 |
| 61 | 320162 | 07/06/07 | 07/23/07 | | 1305061907 | 06/19/07 | 4,741.48 |
| 62 | 320162 | 07/06/07 | 07/23/07 | | 1305 0620607 | 06/26/07 | 4,692.60 |
| 63 | 320162 | 07/06/07 | 07/23/07 | | 270061907 | 06/19/07 | 4,327.62 |
| 64 | 320162 | 07/06/07 | 07/23/07 | | 270 062607 | 06/26/07 | 4,327.62 |
| 65 | 320162 | 07/06/07 | 07/23/07 | | EX 062707 UNI | 06/27/07 | 2,862.37 |
| 66 | 320162 | 07/06/07 | 07/23/07 | | ESD 061907 | 06/19/07 | 1,634.81 |
| 67 | 320162 | 07/06/07 | 07/23/07 | | ESD 062607 | 06/26/07 | 1,634.81 |
| 68 | 320162 | 07/06/07 | 07/23/07 | 75,261.80 | EX 062707 JM | 06/27/07 | 157.32 |
| 69 | 322283 | 07/16/07 | 07/30/07 | 6,249.16 | SV2053007 | 05/30/07 | 6,249.16 |
| 70 | 322819 | 07/18/07 | 07/30/07 | | 53807 0307 | 07/03/07 | 11,360.00 |
| 71 | 322819 | 07/18/07 | 07/30/07 | | 520070307 | 07/03/07 | 11,044.99 |
| 72 | 322819 | 07/18/07 | 07/30/07 | | 538071007 | 07/10/07 | 10,529.02 |
| 73 | 322819 | 07/18/07 | 07/30/07 | | 520071007 | 07/10/07 | 9,604.62 |
| 74 | 322819 | 07/18/07 | 07/30/07 | | 1305070307 | 07/03/07 | 4,692.60 |
| 75 | 322819 | 07/18/07 | 07/30/07 | | 270071007 | 07/10/07 | 4,484.04 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- ON GUARD SECURITY SERVICES, INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 76 | 322819 | 07/18/07 | 07/30/07 | | 270070307 | 07/03/07 | 4,327.62 |
| 77 | 322819 | 07/18/07 | 07/30/07 | | 1305071007 | 07/10/07 | 3,617.21 |
| 78 | 322819 | 07/18/07 | 07/30/07 | | ESD071007 | 07/10/07 | 1,672.83 |
| 79 | 322819 | 07/18/07 | 07/30/07 | | ESD070307 | 07/03/07 | 1,634.81 |
| 80 | 322819 | 07/18/07 | 07/30/07 | | HP070407 | 07/04/07 | 984.00 |
| 81 | 322819 | 07/18/07 | 07/30/07 | 64,142.24 | EX071007JM | 07/10/07 | 190.50 |
| | | | Total Check | $ 429,431.30 | | | $ 429,431.30 |

| Wire Number | Wire Date | Wire Amount |
|---|---|---|
| 7817 | 08/03/07 | 199,744.15 |
| | Total Wires | $ 199,744.15 |

Total  $ 629,175.45