AHM- Summary of Invoices Paid in the Preference Period
Vendor- OPTIMOST LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 307375 | 05/21/07 | 05/30/07 | $ 8,000.00 | 2630 | 04/15/07 | $ 8,000.00 |
| 2 | 309364 | 05/24/07 | 06/05/07 | | 2674 | 05/15/07 | 4,000.00 |
| 3 | 309364 | 05/24/07 | 06/05/07 | 8,000.00 | 2674 | 05/15/07 | 4,000.00 |
| 4 | 309529 | 05/24/07 | 05/30/07 | | 2336 | 01/15/07 | 8,000.00 |
| 5 | 309529 | 05/24/07 | 05/30/07 | | 2468 | 02/15/07 | 8,000.00 |
| 6 | 309529 | 05/24/07 | 05/30/07 | 24,000.00 | 2568 | 03/15/07 | 8,000.00 |
| 7 | 318605 | 06/28/07 | 07/06/07 | 8,000.00 | 2815 | 06/15/07 | 8,000.00 |
| | | | | $ 48,000.00 | | | $ 48,000.00 |