AHM- Summary of Invoices Paid in the Preference Period
Vendor- ORLANDO CENTRAL SERVICES, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 308309 | 05/22/07 | 05/29/07 | | | 05/13/07 | 9,836.23 |
| 2 | 308309 | 05/22/07 | 05/29/07 | | | 05/13/07 | 747.00 |
| 3 | 308309 | 05/22/07 | 05/29/07 | 11,271.14 | | 05/13/07 | 687.91 |
| 4 | 308310 | 05/22/07 | 05/29/07 | | | 05/13/07 | 1,939.89 |
| 5 | 308310 | 05/22/07 | 05/29/07 | | | 05/13/07 | 147.00 |
| 6 | 308310 | 05/22/07 | 05/29/07 | 2,222.54 | | 05/13/07 | 135.65 |
| 7 | 308311 | 05/22/07 | 05/29/07 | | | 05/13/07 | 4,232.65 |
| 8 | 308311 | 05/22/07 | 05/29/07 | | | 05/13/07 | 322.00 |
| 9 | 308311 | 05/22/07 | 05/29/07 | 4,850.70 | | 05/13/07 | 296.05 |
| 10 | 316539 | 06/21/07 | 06/26/07 | | | 06/13/07 | 9,836.23 |
| 11 | 316539 | 06/21/07 | 06/26/07 | | | 06/13/07 | 747.00 |
| 12 | 316539 | 06/21/07 | 06/26/07 | 11,271.14 | | 06/13/07 | 687.91 |
| 13 | 316540 | 06/21/07 | 06/26/07 | | | 06/13/07 | 1,939.89 |
| 14 | 316540 | 06/21/07 | 06/26/07 | | | 06/13/07 | 147.00 |
| 15 | 316540 | 06/21/07 | 06/26/07 | 2,222.54 | | 06/13/07 | 135.65 |
| 16 | 316541 | 06/21/07 | 06/26/07 | | | 06/13/07 | 4,232.65 |
| 17 | 316541 | 06/21/07 | 06/26/07 | | | 06/13/07 | 322.00 |
| 18 | 316541 | 06/21/07 | 06/26/07 | 4,850.70 | | 06/13/07 | 296.05 |
| 19 | 324492 | 07/23/07 | 07/30/07 | | | 07/13/07 | 9,836.23 |
| 20 | 324492 | 07/23/07 | 07/30/07 | | | 07/13/07 | 747.00 |
| 21 | 324492 | 07/23/07 | 07/30/07 | 11,271.14 | | 07/13/07 | 687.91 |
| 22 | 324493 | 07/23/07 | 07/30/07 | | | 07/13/07 | 1,939.89 |
| 23 | 324493 | 07/23/07 | 07/30/07 | | | 07/13/07 | 147.00 |
| 24 | 324493 | 07/23/07 | 07/30/07 | 2,222.54 | | 07/13/07 | 135.65 |
| 25 | 324494 | 07/23/07 | 07/30/07 | | | 07/13/07 | 4,232.65 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- ORLANDO CENTRAL SERVICES, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 26 | 324494 | 07/23/07 | 07/30/07 | 4,850.70 | | 07/13/07 | 322.00 |
| 27 | 324494 | 07/23/07 | 07/30/07 | | | 07/13/07 | 296.05 |
| | | | | $55,033.14 | | | $55,033.14 |