AHM- Summary of Invoices Paid in the Preference Period
Vendor- OUTSOURCE SOLUTIONS LLC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 306284 | 05/16/07 | 05/21/07 | $ 97,425.00 | 3 | 04/30/07 | $ 97,425.00 |
| 2 | 309766 | 05/25/07 | 06/05/07 | | INVOICE 2 | 04/16/07 | 89,175.00 |
| 3 | 309766 | 05/25/07 | 06/05/07 | 133,350.00 | INVOICE 1 | 04/02/07 | 44,175.00 |
| | | | | $ 230,775.00 | | | $ 230,775.00 |