AHM- Summary of Invoices Paid in the Preference Period
Vendor- PACIFIC YGNACIO CORPORATION
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304547 | 05/09/07 | 05/24/07 | 520.00 | PARKING 5/07 | 05/01/07 | 520.00 |
| 2 | 308316 | 05/22/07 | 06/06/07 | | | 05/13/07 | 8,708.25 |
| 3 | 308316 | 05/22/07 | 06/06/07 | | 2006 CAM REC | 05/17/07 | 5,020.00 |
| 4 | 308316 | 05/22/07 | 06/06/07 | | | 05/13/07 | 715.00 |
| 5 | 308316 | 05/22/07 | 06/06/07 | | | 05/13/07 | 623.00 |
| 6 | 308316 | 05/22/07 | 06/06/07 | 15,086.25 | TDF 1669 | 04/30/07 | 20.00 |
| 7 | 313805 | 06/12/07 | 06/25/07 | | JUNE BAL | 06/01/07 | 5,040.00 |
| 8 | 313805 | 06/12/07 | 06/25/07 | | JUNE BAL | 06/01/07 | 520.00 |
| 9 | 313805 | 06/12/07 | 06/25/07 | 5,603.99 | TDF1680 | 05/31/07 | 43.99 |
| 10 | 316546 | 06/21/07 | 07/06/07 | | | 06/13/07 | 8,708.25 |
| 11 | 316546 | 06/21/07 | 07/06/07 | | | 06/13/07 | 715.00 |
| 12 | 316546 | 06/21/07 | 07/06/07 | 10,046.25 | | 06/13/07 | 623.00 |
| | | | | $31,256.49 | | | $31,256.49 |