AHM- Summary of Invoices Paid in the Preference Period
Vendor- FBOP Corp. d/b/a PARK NATIONAL BANK
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 310118 | 05/29/07 | 06/11/07 | | 39234 | 06/01/07 | $ 11,346.53 |
| 2 | 310118 | 05/29/07 | 06/11/07 | | 39234 | 06/01/07 | 5,773.65 |
| 3 | 310118 | 05/29/07 | 06/11/07 | | 39234 | 06/01/07 | 3,428.84 |
| 4 | 310118 | 05/29/07 | 06/11/07 | 21,576.47 | 39234 | 06/01/07 | 1,027.45 |
| 5 | 316554 | 06/21/07 | 07/02/07 | | | 06/13/07 | 11,346.53 |
| 6 | 316554 | 06/21/07 | 07/02/07 | | | 06/13/07 | 5,773.65 |
| 7 | 316554 | 06/21/07 | 07/02/07 | 20,549.02 | | 06/13/07 | 3,428.84 |
| 8 | 324506 | 07/23/07 | 07/31/07 | | | 07/13/07 | 11,346.53 |
| 9 | 324506 | 07/23/07 | 07/31/07 | | | 07/13/07 | 5,773.65 |
| 10 | 324506 | 07/23/07 | 07/31/07 | 20,549.02 | | 07/13/07 | 3,428.84 |
| | | | | $ 62,674.51 | | | $ 62,674.51 |