AHM - Summary of Invoices Paid in the Preference Period
Vendor - Remax
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301778 | 04/27/07 | 05/08/07 | 282.50 | H&L-0407 | 04/19/07 | 282.50 |
| 2 | 302159 | 04/30/07 | 05/09/07 | | | 04/20/07 | 128.32 |
| 3 | 302159 | 04/30/07 | 05/09/07 | 256.63 | | 04/20/07 | 128.31 |
| 4 | 308375 | 05/22/07 | 05/30/07 | 586.67 | | 05/14/07 | 586.67 |
| 5 | 308394 | 05/22/07 | 05/30/07 | 2,000.00 | | 05/13/07 | 2,000.00 |
| 6 | 308399 | 05/22/07 | 06/01/07 | 500.00 | | 05/13/07 | 500.00 |
| 7 | 308400 | 05/22/07 | 06/11/07 | 1,500.00 | | 05/13/07 | 1,500.00 |
| 8 | 308402 | 05/22/07 | 05/30/07 | 500.00 | | 05/13/07 | 500.00 |
| 9 | 308403 | 05/22/07 | 05/29/07 | 900.00 | | 05/13/07 | 900.00 |
| 10 | 308405 | 05/22/07 | 05/29/07 | 750.00 | | 05/13/07 | 750.00 |
| 11 | 308406 | 05/22/07 | 05/31/07 | 500.00 | | 05/13/07 | 500.00 |
| 12 | 308407 | 05/22/07 | 05/31/07 | 500.00 | | 05/13/07 | 500.00 |
| 13 | 308408 | 05/22/07 | 05/31/07 | | | 05/13/07 | 1,700.00 |
| 14 | 308408 | 05/22/07 | 05/31/07 | 2,100.00 | | 05/13/07 | 400.00 |
| 15 | 308409 | 05/22/07 | 05/30/07 | 700.00 | | 05/13/07 | 700.00 |
| 16 | 308410 | 05/22/07 | 05/29/07 | 995.00 | | 05/13/07 | 995.00 |
| 17 | 308411 | 05/22/07 | 06/01/07 | 1,500.00 | | 05/13/07 | 1,500.00 |
| 18 | 308412 | 05/22/07 | 06/04/07 | 2,000.00 | | 05/13/07 | 2,000.00 |
| 19 | 308413 | 05/22/07 | 05/29/07 | 2,200.00 | | 05/13/07 | 2,200.00 |
| 20 | 308414 | 05/22/07 | 06/04/07 | 2,700.00 | | 05/13/07 | 2,700.00 |
| 21 | 308415 | 05/22/07 | 05/30/07 | 5,800.00 | | 05/13/07 | 5,800.00 |
| 22 | 308416 | 05/22/07 | 06/05/07 | | | 05/13/07 | 350.00 |
| 23 | 308416 | 05/22/07 | 06/05/07 | 650.00 | | 05/13/07 | 300.00 |
| 24 | 308417 | 05/22/07 | 06/04/07 | 2,000.00 | | 05/13/07 | 2,000.00 |
| 25 | 312445 | 06/07/07 | 06/27/07 | 282.50 | H&L-0507 | 05/16/07 | 282.50 |
| 26 | 313807 | 06/12/07 | 06/20/07 | | 39569 | 06/01/07 | 327.90 |
| 27 | 313807 | 06/12/07 | 06/20/07 | 577.26 | 39173 | 06/01/07 | 249.36 |
| 28 | 316607 | 06/21/07 | 06/27/07 | 586.67 | | 06/14/07 | 586.67 |
| 29 | 316626 | 06/21/07 | 06/29/07 | 2,000.00 | | 06/13/07 | 2,000.00 |
| 30 | 316631 | 06/21/07 | 06/26/07 | 500.00 | | 06/13/07 | 500.00 |
| 31 | 316634 | 06/21/07 | 07/03/07 | 500.00 | | 06/13/07 | 500.00 |
| 32 | 316635 | 06/21/07 | 06/26/07 | 900.00 | | 06/13/07 | 900.00 |
| 33 | 316637 | 06/21/07 | 06/27/07 | 750.00 | | 06/13/07 | 750.00 |
| 34 | 316638 | 06/21/07 | 06/28/07 | 500.00 | | 06/13/07 | 500.00 |
| 35 | 316639 | 06/21/07 | 06/28/07 | 500.00 | | 06/13/07 | 500.00 |
| 36 | 316640 | 06/21/07 | 06/28/07 | | | 06/13/07 | 1,700.00 |
| 37 | 316640 | 06/21/07 | 06/28/07 | 2,100.00 | | 06/13/07 | 400.00 |
| 38 | 316641 | 06/21/07 | 07/02/07 | 396.61 | | 06/13/07 | 396.61 |
| 39 | 316642 | 06/21/07 | 07/03/07 | 995.00 | | 06/13/07 | 995.00 |
| 40 | 316643 | 06/21/07 | 07/05/07 | 1,500.00 | | 06/13/07 | 1,500.00 |
| 41 | 316644 | 06/21/07 | 06/29/07 | 2,000.00 | | 06/13/07 | 2,000.00 |
| 42 | 316645 | 06/21/07 | 07/03/07 | 2,200.00 | | 06/13/07 | 2,200.00 |
| 43 | 316646 | 06/21/07 | 07/03/07 | 2,700.00 | | 06/13/07 | 2,700.00 |
| 44 | 316647 | 06/21/07 | 06/26/07 | 5,800.00 | | 06/13/07 | 5,800.00 |
| 45 | 316648 | 06/21/07 | 06/28/07 | | | 06/13/07 | 350.00 |
| 46 | 316648 | 06/21/07 | 06/28/07 | 650.00 | | 06/13/07 | 300.00 |
| 47 | 316649 | 06/21/07 | 07/02/07 | 2,000.00 | | 06/13/07 | 2,000.00 |
| 48 | 317194 | 06/22/07 | 07/02/07 | | | 06/21/07 | 405.00 |
| 49 | 317194 | 06/22/07 | 07/02/07 | 514.50 | | 06/21/07 | 109.50 |

AHM - Summary of Invoices Paid in the Preference Period  
Vendor - Remax  
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 50 | 319318 | 07/02/07 | 07/09/07 | | 39114 | 02/26/07 | 270.00 |
| 51 | 319318 | 07/02/07 | 07/09/07 | 533.63 | 39114 | 02/26/07 | 263.63 |
| 52 | 324555 | 07/23/07 | 07/31/07 | 586.67 | | 07/14/07 | 586.67 |
| 53 | 324574 | 07/23/07 | 07/31/07 | 2,000.00 | | 07/13/07 | 2,000.00 |
| 54 | 324580 | 07/23/07 | 07/31/07 | 500.00 | | 07/13/07 | 500.00 |
| 55 | 324585 | 07/23/07 | 08/01/07 | 900.00 | | 07/13/07 | 900.00 |
| 56 | 324587 | 07/23/07 | 07/30/07 | 750.00 | | 07/13/07 | 750.00 |
| 57 | 324588 | 07/23/07 | 07/31/07 | 500.00 | | 07/13/07 | 500.00 |
| 58 | 324589 | 07/23/07 | 07/31/07 | 500.00 | | 07/13/07 | 500.00 |
| 59 | 324590 | 07/23/07 | 07/31/07 | | | 07/13/07 | 1,700.00 |
| 60 | 324590 | 07/23/07 | 07/31/07 | 2,100.00 | | 07/13/07 | 400.00 |
| 61 | 324591 | 07/23/07 | 07/30/07 | 995.00 | | 07/13/07 | 995.00 |
| 62 | 324593 | 07/23/07 | 08/01/07 | 2,000.00 | | 07/13/07 | 2,000.00 |
| 63 | 324596 | 07/23/07 | 07/31/07 | 5,800.00 | | 07/13/07 | 5,800.00 |
| 64 | 324597 | 07/23/07 | 08/01/07 | | | 07/13/07 | 350.00 |
| 65 | 324597 | 07/23/07 | 08/01/07 | 650.00 | | 07/13/07 | 300.00 |
| | | | | $ 74,688.64 | | | $ 74,688.64 |