AHM - Summary of Invoices Paid in the Preference Period
Vendor - Meredith & Grew
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 318849 | 06/29/07 | 07/18/07 | 39,915.00 | B7348 | 06/29/07 | 39,915.00 |
|   |        |          |          | $ 39,915.00 |       |          | $ 39,915.00 |