AHM- Summary of Invoices Paid in the Preference Period
Vendor- PIP, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301177 | 04/26/07 | 05/14/07 | | 20360 | 03/31/07 | $ 3,761.77 |
| 2 | 301177 | 04/26/07 | 05/14/07 | | 20437 | 04/06/07 | 924.50 |
| 3 | 301177 | 04/26/07 | 05/14/07 | 5,564.43 | 20393 | 04/03/07 | 878.16 |
| 4 | 301185 | 04/26/07 | 05/14/07 | | 20470 | 04/10/07 | 1,261.38 |
| 5 | 301185 | 04/26/07 | 05/14/07 | | 20234 | 03/16/07 | 542.01 |
| 6 | 301185 | 04/26/07 | 05/14/07 | | 20422 | 04/05/07 | 537.67 |
| 7 | 301185 | 04/26/07 | 05/14/07 | | 20370 | 04/02/07 | 391.46 |
| 8 | 301185 | 04/26/07 | 05/14/07 | | 20417 | 04/05/07 | 335.81 |
| 9 | 301185 | 04/26/07 | 05/14/07 | | 20466 | 04/10/07 | 176.71 |
| 10 | 301185 | 04/26/07 | 05/14/07 | | 20451 | 04/09/07 | 145.41 |
| 11 | 301185 | 04/26/07 | 05/14/07 | | 20504 | 04/16/07 | 116.37 |
| 12 | 301185 | 04/26/07 | 05/14/07 | | 20372 | 04/02/07 | 75.64 |
| 13 | 301185 | 04/26/07 | 05/14/07 | | 20468 | 04/10/07 | 60.34 |
| 14 | 301185 | 04/26/07 | 05/14/07 | | 20414 | 04/05/07 | 47.41 |
| 15 | 301185 | 04/26/07 | 05/14/07 | | 20231 | 03/16/07 | 45.26 |
| 16 | 301185 | 04/26/07 | 05/14/07 | | 20450 | 04/09/07 | 45.26 |
| 17 | 301185 | 04/26/07 | 05/14/07 | | 20234 | 03/16/07 | 42.00 |
| 18 | 301185 | 04/26/07 | 05/14/07 | | 20467 | 04/10/07 | 30.17 |
| 19 | 301185 | 04/26/07 | 05/14/07 | 3,873.21 | 20373 | 04/02/07 | 20.31 |
| 20 | 301194 | 04/26/07 | 05/14/07 | | 20361 | 03/31/07 | 452.55 |
| 21 | 301194 | 04/26/07 | 05/14/07 | | 20363 | 03/31/07 | 452.55 |
| 22 | 301194 | 04/26/07 | 05/14/07 | | 20441 | 04/06/07 | 362.04 |
| 23 | 301194 | 04/26/07 | 05/14/07 | | 20362 | 03/31/07 | 316.79 |
| 24 | 301194 | 04/26/07 | 05/14/07 | | 20413 | 04/05/07 | 181.02 |
| 25 | 301194 | 04/26/07 | 05/14/07 | | 20412 | 04/05/07 | 90.51 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- PIP, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 26 | 301194 | 04/26/07 | 05/14/07 |  | 20364 | 03/31/07 | 45.26 |
| 27 | 301194 | 04/26/07 | 05/14/07 |  | 20499 | 04/13/07 | 45.26 |
| 28 | 301194 | 04/26/07 | 05/14/07 |  | 20427 | 04/05/07 | 45.26 |
| 29 | 301194 | 04/26/07 | 05/14/07 | 2,036.50 | 20392 | 04/03/07 | 45.26 |
| 30 | 301641 | 04/27/07 | 05/14/07 |  | 20359 | 03/30/07 | 6,443.45 |
| 31 | 301641 | 04/27/07 | 05/14/07 |  | 20492 | 04/13/07 | 452.55 |
| 32 | 301641 | 04/27/07 | 05/14/07 | 7,066.25 | 20454 | 04/09/07 | 170.25 |
| 33 | 304035 | 05/07/07 | 05/14/07 |  | Cust Inv | 05/07/07 | 1,602.83 |
| 34 | 304035 | 05/07/07 | 05/14/07 | 3,205.65 | Cust Inv | 05/07/07 | 1,602.82 |
| 35 | 304328 | 05/08/07 | 05/14/07 | 21,167.85 | MP PORTAL | 05/08/07 | 21,167.85 |
| 36 | 305174 | 05/11/07 | 05/21/07 |  | 20572 | 04/23/07 | 229.36 |
| 37 | 305174 | 05/11/07 | 05/21/07 |  | 20592 | 04/24/07 | 168.94 |
| 38 | 305174 | 05/11/07 | 05/21/07 |  | 20612 | 04/26/07 | 135.77 |
| 39 | 305174 | 05/11/07 | 05/21/07 |  | 20610 | 04/26/07 | 135.77 |
| 40 | 305174 | 05/11/07 | 05/21/07 |  | 20532 | 04/18/07 | 135.77 |
| 41 | 305174 | 05/11/07 | 05/21/07 |  | 20549 | 04/20/07 | 119.60 |
| 42 | 305174 | 05/11/07 | 05/21/07 |  | 20552 | 04/20/07 | 90.51 |
| 43 | 305174 | 05/11/07 | 05/21/07 |  | 20634 | 04/27/07 | 90.51 |
| 44 | 305174 | 05/11/07 | 05/21/07 |  | 20601 | 04/25/07 | 90.51 |
| 45 | 305174 | 05/11/07 | 05/21/07 |  | 20608 | 04/25/07 | 90.51 |
| 46 | 305174 | 05/11/07 | 05/21/07 |  | 20581 | 05/24/07 | 85.12 |
| 47 | 305174 | 05/11/07 | 05/21/07 |  | 20621 | 04/26/07 | 76.16 |
| 48 | 305174 | 05/11/07 | 05/21/07 |  | 20633 | 04/27/07 | 74.35 |
| 49 | 305174 | 05/11/07 | 05/21/07 |  | 20583 | 04/24/07 | 72.73 |
| 50 | 305174 | 05/11/07 | 05/21/07 |  | 20635 | 04/27/07 | 47.41 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- PIP, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 51 | 305174 | 05/11/07 | 05/21/07 | | 20652 | 04/30/07 | 45.26 |
| 52 | 305174 | 05/11/07 | 05/21/07 | | 20631 | 04/27/07 | 45.26 |
| 53 | 305174 | 05/11/07 | 05/21/07 | | 20653 | 04/30/07 | 45.26 |
| 54 | 305174 | 05/11/07 | 05/21/07 | | 20651 | 04/30/07 | 45.26 |
| 55 | 305174 | 05/11/07 | 05/21/07 | | 20611 | 04/26/07 | 45.26 |
| 56 | 305174 | 05/11/07 | 05/21/07 | | 20613 | 04/26/07 | 45.26 |
| 57 | 305174 | 05/11/07 | 05/21/07 | | 20548 | 04/20/07 | 45.26 |
| 58 | 305174 | 05/11/07 | 05/21/07 | | 20547 | 04/20/07 | 45.26 |
| 59 | 305174 | 05/11/07 | 05/21/07 | | 20632 | 04/27/07 | 45.26 |
| 60 | 305174 | 05/11/07 | 05/21/07 | | 20650 | 04/30/07 | 45.26 |
| 61 | 305174 | 05/11/07 | 05/21/07 | | 20607 | 04/25/07 | 45.26 |
| 62 | 305174 | 05/11/07 | 05/21/07 | | 20551 | 04/20/07 | 45.26 |
| 63 | 305174 | 05/11/07 | 05/21/07 | | 20550 | 04/20/07 | 45.26 |
| 64 | 305174 | 05/11/07 | 05/21/07 | | 20654 | 04/30/07 | 45.26 |
| 65 | 305174 | 05/11/07 | 05/21/07 | | 20599 | 04/25/07 | 45.26 |
| 66 | 305174 | 05/11/07 | 05/21/07 | 2,367.18 | 20560 | 04/20/07 | 45.26 |
| 67 | 305424 | 05/12/07 | 05/21/07 | | 20662 | 04/30/07 | 659.43 |
| 68 | 305424 | 05/12/07 | 05/21/07 | 797.35 | 20566 | 04/23/07 | 137.92 |
| 69 | 306274 | 05/16/07 | 05/30/07 | 1,921.72 | 20641 | 04/27/07 | 1,921.72 |
| 70 | 307379 | 05/21/07 | 05/30/07 | | 20206 | 03/13/07 | 1,207.88 |
| 71 | 307379 | 05/21/07 | 05/30/07 | 1,253.14 | 20567 | 04/23/07 | 45.26 |
| 72 | 311232 | 06/04/07 | 06/13/07 | | 20511 | 04/17/07 | 6,443.45 |
| 73 | 311232 | 06/04/07 | 06/13/07 | | 20741 | 05/04/07 | 1,848.99 |
| 74 | 311232 | 06/04/07 | 06/13/07 | | 20740 | 05/04/07 | 1,248.07 |
| 75 | 311232 | 06/04/07 | 06/13/07 | | 20761 | 05/08/07 | 462.25 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- PIP, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 76 | 311232 | 06/04/07 | 06/13/07 | | 20696 | 05/02/07 | 391.13 |
| 77 | 311232 | 06/04/07 | 06/13/07 | | 20767 | 05/08/07 | 344.80 |
| 78 | 311232 | 06/04/07 | 06/13/07 | | 20784 | 05/10/07 | 282.02 |
| 79 | 311232 | 06/04/07 | 06/13/07 | | 20697 | 05/02/07 | 243.46 |
| 80 | 311232 | 06/04/07 | 06/13/07 | | 20677 | 05/01/07 | 193.95 |
| 81 | 311232 | 06/04/07 | 06/13/07 | | 20812 | 05/14/07 | 137.92 |
| 82 | 311232 | 06/04/07 | 06/13/07 | | 20769 | 05/08/07 | 131.46 |
| 83 | 311232 | 06/04/07 | 06/13/07 | | 20739 | 05/04/07 | 107.47 |
| 84 | 311232 | 06/04/07 | 06/13/07 | | 20701 | 05/02/07 | 98.05 |
| 85 | 311232 | 06/04/07 | 06/13/07 | | 20703 | 05/02/07 | 98.05 |
| 86 | 311232 | 06/04/07 | 06/13/07 | | 20680 | 05/01/07 | 90.51 |
| 87 | 311232 | 06/04/07 | 06/13/07 | | 20674 | 05/01/07 | 90.51 |
| 88 | 311232 | 06/04/07 | 06/13/07 | | 20735 | 05/04/07 | 90.51 |
| 89 | 311232 | 06/04/07 | 06/13/07 | | 20808 | 05/14/07 | 85.12 |
| 90 | 311232 | 06/04/07 | 06/13/07 | | 20836 | 05/15/07 | 74.35 |
| 91 | 311232 | 06/04/07 | 06/13/07 | | 20754 | 05/07/07 | 74.35 |
| 92 | 311232 | 06/04/07 | 06/13/07 | | 20768 | 05/08/07 | 60.34 |
| 93 | 311232 | 06/04/07 | 06/13/07 | | 20813 | 05/14/07 | 52.80 |
| 94 | 311232 | 06/04/07 | 06/13/07 | | 20676 | 05/01/07 | 45.26 |
| 95 | 311232 | 06/04/07 | 06/13/07 | | 20821 | 05/15/07 | 45.26 |
| 96 | 311232 | 06/04/07 | 06/13/07 | | 20810 | 05/14/07 | 45.26 |
| 97 | 311232 | 06/04/07 | 06/13/07 | | 20809 | 05/14/07 | 45.26 |
| 98 | 311232 | 06/04/07 | 06/13/07 | | 20826 | 05/15/07 | 45.26 |
| 99 | 311232 | 06/04/07 | 06/13/07 | | 20806 | 05/14/07 | 45.26 |
| 100 | 311232 | 06/04/07 | 06/13/07 | | 20807 | 05/14/07 | 45.26 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- PIP, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 101 | 311232 | 06/04/07 | 06/13/07 | | 20823 | 05/15/07 | 45.26 |
| 102 | 311232 | 06/04/07 | 06/13/07 | | 20719 | 05/03/07 | 45.26 |
| 103 | 311232 | 06/04/07 | 06/13/07 | | 20736 | 05/04/07 | 45.26 |
| 104 | 311232 | 06/04/07 | 06/13/07 | | 20678 | 05/01/07 | 45.26 |
| 105 | 311232 | 06/04/07 | 06/13/07 | | 20733 | 05/04/07 | 45.26 |
| 106 | 311232 | 06/04/07 | 06/13/07 | | 20679 | 05/01/07 | 45.26 |
| 107 | 311232 | 06/04/07 | 06/13/07 | | 20822 | 05/15/07 | 45.26 |
| 108 | 311232 | 06/04/07 | 06/13/07 | | 20683 | 05/01/07 | 45.26 |
| 109 | 311232 | 06/04/07 | 06/13/07 | | 20685 | 05/01/07 | 45.26 |
| 110 | 311232 | 06/04/07 | 06/13/07 | | 20738 | 05/04/07 | 45.26 |
| 111 | 311232 | 06/04/07 | 06/13/07 | | 20702 | 05/02/07 | 45.26 |
| 112 | 311232 | 06/04/07 | 06/13/07 | | 20820 | 05/15/07 | 45.26 |
| 113 | 311232 | 06/04/07 | 06/13/07 | | 20755 | 05/07/07 | 45.26 |
| 114 | 311232 | 06/04/07 | 06/13/07 | | 20759 | 05/08/07 | 45.26 |
| 115 | 311232 | 06/04/07 | 06/13/07 | | 20811 | 05/14/07 | 45.26 |
| 116 | 311232 | 06/04/07 | 06/13/07 | | 20753 | 05/07/07 | 45.26 |
| 117 | 311232 | 06/04/07 | 06/13/07 | | 20682 | 05/01/07 | 45.26 |
| 118 | 311232 | 06/04/07 | 06/13/07 | | 20825 | 05/15/07 | 45.26 |
| 119 | 311232 | 06/04/07 | 06/13/07 | | 20824 | 05/15/07 | 45.26 |
| 120 | 311232 | 06/04/07 | 06/13/07 | | 20690 | 05/01/07 | 45.26 |
| 121 | 311232 | 06/04/07 | 06/13/07 | | 20684 | 05/01/07 | 45.26 |
| 122 | 311232 | 06/04/07 | 06/13/07 | | 20737 | 05/04/07 | 45.26 |
| 123 | 311232 | 06/04/07 | 06/13/07 | | 20702 | 05/02/07 | 45.25 |
| 124 | 311232 | 06/04/07 | 06/13/07 | | 20699 | 05/02/07 | 29.08 |
| 125 | 311232 | 06/04/07 | 06/13/07 | 14,065.51 | 20698 | 05/02/07 | 29.08 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- PIP, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 126 | 311745 | 06/05/07 | 06/12/07 | 3,292.85 | CUSTOM INV | 06/05/07 | 3,292.85 |
| 127 | 312422 | 06/07/07 | 06/18/07 | 2,453.90 | 20771 | 05/08/07 | 2,453.90 |
| 128 | 312869 | 06/08/07 | 06/18/07 | 2,800.42 | 20704 | 05/02/07 | 2,800.42 |
| 129 | 313032 | 06/08/07 | 06/19/07 | 25,604.43 | MP PORTAL INV | 06/08/07 | 25,604.43 |
| 130 | 313607 | 06/12/07 | 06/19/07 | | 20914 | 05/23/07 | 4,599.11 |
| 131 | 313607 | 06/12/07 | 06/19/07 | | 20895 | 05/22/07 | 4,599.11 |
| 132 | 313607 | 06/12/07 | 06/19/07 | | 20912 | 05/23/07 | 1,236.97 |
| 133 | 313607 | 06/12/07 | 06/19/07 | | 20951 | 05/30/07 | 1,229.86 |
| 134 | 313607 | 06/12/07 | 06/19/07 | | 20914 | 05/23/07 | 979.45 |
| 135 | 313607 | 06/12/07 | 06/19/07 | | 20952 | 05/30/07 | 527.98 |
| 136 | 313607 | 06/12/07 | 06/19/07 | | 20866 | 05/17/07 | 488.81 |
| 137 | 313607 | 06/12/07 | 06/19/07 | | 20852 | 05/16/07 | 462.25 |
| 138 | 313607 | 06/12/07 | 06/19/07 | | 20859 | 05/17/07 | 350.19 |
| 139 | 313607 | 06/12/07 | 06/19/07 | | 20865 | 05/17/07 | 261.74 |
| 140 | 313607 | 06/12/07 | 06/19/07 | | 20909 | 05/23/07 | 255.37 |
| 141 | 313607 | 06/12/07 | 06/19/07 | | 20847 | 05/16/07 | 210.11 |
| 142 | 313607 | 06/12/07 | 06/19/07 | | 20882 | 05/21/07 | 154.84 |
| 143 | 313607 | 06/12/07 | 06/19/07 | | 20913 | 05/23/07 | 107.75 |
| 144 | 313607 | 06/12/07 | 06/19/07 | | 20940 | 05/29/07 | 85.12 |
| 145 | 313607 | 06/12/07 | 06/19/07 | | 20941 | 05/29/07 | 84.58 |
| 146 | 313607 | 06/12/07 | 06/19/07 | | 20907 | 05/23/07 | 74.35 |
| 147 | 313607 | 06/12/07 | 06/19/07 | | 20932 | 05/29/07 | 74.35 |
| 148 | 313607 | 06/12/07 | 06/19/07 | | 20875 | 05/18/07 | 74.35 |
| 149 | 313607 | 06/12/07 | 06/19/07 | | 20864 | 05/17/07 | 58.19 |
| 150 | 313607 | 06/12/07 | 06/19/07 | | 20908 | 05/23/07 | 45.26 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- PIP, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 151 | 313607 | 06/12/07 | 06/19/07 |  | 20873 | 05/18/07 | 45.26 |
| 152 | 313607 | 06/12/07 | 06/19/07 |  | 20939 | 05/29/07 | 45.26 |
| 153 | 313607 | 06/12/07 | 06/19/07 |  | 20934 | 05/29/07 | 45.26 |
| 154 | 313607 | 06/12/07 | 06/19/07 |  | 20933 | 05/29/07 | 45.26 |
| 155 | 313607 | 06/12/07 | 06/19/07 |  | 20850 | 05/16/07 | 45.26 |
| 156 | 313607 | 06/12/07 | 06/19/07 |  | 20910 | 05/23/07 | 45.26 |
| 157 | 313607 | 06/12/07 | 06/19/07 |  | 20849 | 05/16/07 | 45.26 |
| 158 | 313607 | 06/12/07 | 06/19/07 |  | 20906 | 05/23/07 | 45.26 |
| 159 | 313607 | 06/12/07 | 06/19/07 |  | 20938 | 05/29/07 | 45.26 |
| 160 | 313607 | 06/12/07 | 06/19/07 |  | 20874 | 05/18/07 | 45.26 |
| 161 | 313607 | 06/12/07 | 06/19/07 |  | 20936 | 05/29/07 | 45.26 |
| 162 | 313607 | 06/12/07 | 06/19/07 |  | 20848 | 05/16/07 | 45.26 |
| 163 | 313607 | 06/12/07 | 06/19/07 |  | 20878 | 05/18/07 | 45.26 |
| 164 | 313607 | 06/12/07 | 06/19/07 |  | 20877 | 05/18/07 | 45.26 |
| 165 | 313607 | 06/12/07 | 06/19/07 |  | 20937 | 05/29/07 | 45.26 |
| 166 | 313607 | 06/12/07 | 06/19/07 |  | 20935 | 05/29/07 | 45.26 |
| 167 | 313607 | 06/12/07 | 06/19/07 |  | 20851 | 05/16/07 | 45.26 |
| 168 | 313607 | 06/12/07 | 06/19/07 |  | 20876 | 05/18/07 | 45.26 |
| 169 | 313607 | 06/12/07 | 06/19/07 | 16,799.20 | 20846 | 05/16/07 | 24.78 |
| 170 | 314024 | 06/13/07 | 06/29/07 | 181.02 | 20863 | 05/17/07 | 181.02 |
| 171 | 315342 | 06/19/07 | 06/27/07 | 1,244.22 | CUSTOM INV | 06/19/07 | 1,244.22 |
| 172 | 318336 | 06/28/07 | 07/06/07 |  | 21021 | 06/06/07 | 316.79 |
| 173 | 318336 | 06/28/07 | 07/06/07 |  | 21080 | 06/14/07 | 310.32 |
| 174 | 318336 | 06/28/07 | 07/06/07 |  | 21047 | 06/12/07 | 250.37 |
| 175 | 318336 | 06/28/07 | 07/06/07 |  | 20967 | 05/31/07 | 242.63 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- PIP, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 176 | 318336 | 06/28/07 | 07/06/07 | | 21018 | 06/06/07 | 137.92 |
| 177 | 318336 | 06/28/07 | 07/06/07 | | 20972 | 05/31/07 | 133.87 |
| 178 | 318336 | 06/28/07 | 07/06/07 | | 21031 | 06/07/07 | 132.53 |
| 179 | 318336 | 06/28/07 | 07/06/07 | | 21078 | 06/14/07 | 116.37 |
| 180 | 318336 | 06/28/07 | 07/06/07 | | 21024 | 06/06/07 | 116.33 |
| 181 | 318336 | 06/28/07 | 07/06/07 | | 20990 | 06/04/07 | 90.51 |
| 182 | 318336 | 06/28/07 | 07/06/07 | | 21008 | 06/05/07 | 90.51 |
| 183 | 318336 | 06/28/07 | 07/06/07 | | 20979 | 06/01/07 | 90.51 |
| 184 | 318336 | 06/28/07 | 07/06/07 | | 21077 | 06/14/07 | 58.19 |
| 185 | 318336 | 06/28/07 | 07/06/07 | | 20960 | 05/30/07 | 49.57 |
| 186 | 318336 | 06/28/07 | 07/06/07 | | 21001 | 06/05/07 | 45.26 |
| 187 | 318336 | 06/28/07 | 07/06/07 | | 21041 | 06/11/07 | 45.26 |
| 188 | 318336 | 06/28/07 | 07/06/07 | | 21040 | 06/11/07 | 45.26 |
| 189 | 318336 | 06/28/07 | 07/06/07 | | 20989 | 06/04/07 | 45.26 |
| 190 | 318336 | 06/28/07 | 07/06/07 | | 21020 | 06/06/07 | 45.26 |
| 191 | 318336 | 06/28/07 | 07/06/07 | | 21035 | 06/08/07 | 45.26 |
| 192 | 318336 | 06/28/07 | 07/06/07 | | 21046 | 06/12/07 | 45.26 |
| 193 | 318336 | 06/28/07 | 07/06/07 | | 20986 | 06/04/07 | 45.26 |
| 194 | 318336 | 06/28/07 | 07/06/07 | | 21023 | 06/06/07 | 45.26 |
| 195 | 318336 | 06/28/07 | 07/06/07 | | 21019 | 06/06/07 | 45.26 |
| 196 | 318336 | 06/28/07 | 07/06/07 | | 21022 | 06/06/07 | 45.26 |
| 197 | 318336 | 06/28/07 | 07/06/07 | | 20997 | 06/05/07 | 45.26 |
| 198 | 318336 | 06/28/07 | 07/06/07 | 2,689.54 | 20972 | 05/31/07 | 10.00 |
| 199 | 319125 | 07/02/07 | 07/13/07 | 6,443.45 | 20837 | 05/15/07 | 6,443.45 |
| 200 | 320840 | 07/10/07 | 07/16/07 | 545.22 | CUSTOM INV | 07/03/07 | 545.22 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- PIP, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 201 | 320890 | 07/10/07 | 07/16/07 | 19,384.68 | MP PORTAL INV | 07/10/07 | 19,384.68 |
| 202 | 321225 | 07/11/07 | 07/24/07 | 2,099.90 | 20861 | 05/17/07 | 2,099.90 |
| 203 | 321225 | 07/11/07 | 07/24/07 | 2,389.90 | 20861 | 05/17/07 | 290.00 |
| 204 | 322287 | 07/16/07 | 07/24/07 | | 21032 | 06/07/07 | 2,066.11 |
| 205 | 322287 | 07/16/07 | 07/24/07 | | 21188 | 06/27/07 | 1,280.07 |
| 206 | 322287 | 07/16/07 | 07/24/07 | | 19960 | 02/13/07 | 613.59 |
| 207 | 322287 | 07/16/07 | 07/24/07 | | 21165 | 06/25/07 | 462.25 |
| 208 | 322287 | 07/16/07 | 07/24/07 | | 21184 | 06/27/07 | 379.58 |
| 209 | 322287 | 07/16/07 | 07/24/07 | | 21114 | 06/19/07 | 353.42 |
| 210 | 322287 | 07/16/07 | 07/24/07 | | 21187 | 06/27/07 | 176.71 |
| 211 | 322287 | 07/16/07 | 07/24/07 | | 21182 | 06/27/07 | 134.69 |
| 212 | 322287 | 07/16/07 | 07/24/07 | | 21121 | 06/20/07 | 74.35 |
| 213 | 322287 | 07/16/07 | 07/24/07 | | 21184 | 06/27/07 | 47.00 |
| 214 | 322287 | 07/16/07 | 07/24/07 | | 21192 | 06/28/07 | 45.26 |
| 215 | 322287 | 07/16/07 | 07/24/07 | | 21193 | 06/28/07 | 45.26 |
| 216 | 322287 | 07/16/07 | 07/24/07 | | 21130 | 06/20/07 | 45.26 |
| 217 | 322287 | 07/16/07 | 07/24/07 | | 21200 | 06/29/07 | 45.26 |
| 218 | 322287 | 07/16/07 | 07/24/07 | | 21123 | 06/20/07 | 45.26 |
| 219 | 322287 | 07/16/07 | 07/24/07 | | 21147 | 06/22/07 | 45.26 |
| 220 | 322287 | 07/16/07 | 07/24/07 | | 21147 | 06/22/07 | 45.26 |
| 221 | 322287 | 07/16/07 | 07/24/07 | | 21122 | 06/20/07 | 37.71 |
| 222 | 322287 | 07/16/07 | 07/24/07 | | 21090 | 06/18/07 | 24.78 |
| 223 | 322287 | 07/16/07 | 07/24/07 | 6,012.34 | 21181 | 06/27/07 | |
| | | | | $ 153,159.96 | | | $ 153,159.96 |