AHM- Summary of Invoices Paid in the Preference Period
Vendor- PGF SOLUTIONS, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302929 | 05/02/07 | 05/14/07 | 2,520.00 | AHM026 | 04/16/07 | 2,520.00 |
| 2 | 306524 | 05/17/07 | 05/25/07 | | AHM029 | 05/07/07 | 3,360.00 |
| 3 | 306524 | 05/17/07 | 05/25/07 | | AHM028 | 04/30/07 | 3,150.00 |
| 4 | 306524 | 05/17/07 | 05/25/07 | 9,310.00 | AHM027 | 04/23/07 | 2,800.00 |
| 5 | 317312 | 06/22/07 | 06/26/07 | | AHM034 | 06/11/07 | 3,990.00 |
| 6 | 317312 | 06/22/07 | 06/26/07 | | AHM030 | 05/14/07 | 3,150.00 |
| 7 | 317312 | 06/22/07 | 06/26/07 | | AHM035 | 06/18/07 | 2,940.00 |
| 8 | 317312 | 06/22/07 | 06/26/07 | | AHM031 | 05/21/07 | 2,800.00 |
| 9 | 317312 | 06/22/07 | 06/26/07 | | AHM032 | 05/29/07 | 2,800.00 |
| 10 | 317312 | 06/22/07 | 06/26/07 | 17,710.00 | AHM033 | 06/04/07 | 2,030.00 |
| | | | | $ 29,540.00 | | | $ 29,540.00 |