**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------------x
In re:                                                          :       Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :       Case No. 07-11047 (CSS)
a Delaware Corporation, et at.,[1]                  :
                                                                :       Jointly Administered
        Debtors.                                         :
                                                                :
                                                                :
                                                                :
                                                                :
                                                                :
---------------------------------------------------------------------------x

**ORDER GRANTING MOTION OF ZC REAL ESTATE TAX
SOLUTIONS LIMITED FOR AN ORDER, PURSUANT TO SECTIONS
105(a) AND 365(b) OF THE BANKRUPTCY CODE AND THE ORDER
ENTERED APPROVING THE SALE OF THE DEBTORS' MORTGAGE
SERVICING BUSINESS, COMPELLING PAYMENT OF CURE CLAIM**

Upon consideration of the *Motion of ZC Real Estate Tax Solutions Limited For an Order, Pursuant to Sections 105(a) and 365(b) of the Bankruptcy Code and the Order Entered Approving the Sale of the Debtors' Mortgage Servicing Business, Compelling Payment of Cure Claim* (the "Motion")[2] filed by ZC Real Estate Tax Solutions Limited ("ZC"), for entry of an order, pursuant to sections 105(a) and 365(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, and the *Order Pursuant to Sections 105, 363, 364, 365, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of the Debtors' Mortgage Servicing Business*

---

[1]     The other Debtors in these cases are: American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Corp., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

*Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and unexpired Leases Related Thereto, and (B) Granting Certain Related Relief* [Docket No. 1711], directing the immediate payment of the Cure Claim due and owing to ZC in the amount of $1,145,804.15 (the "Cure Claim"), and the Court having determined that the relief requested in the Motion is appropriate; and due and adequate notice of the Motion having been provided; and it appearing that no other or further notice of the Motion need be provided, and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted in its entirety.

2. Payment of the Cure Claim shall be made to ZC from funds held in the Cure Escrow within five (5) days of the date of this Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: August __, 2009
      Wilmington, Delaware

                The Honorable Christopher S. Sontchi
                United States Bankruptcy Judge