IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware Corporation, et at.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Proposed Objection Deadline: August 10,** |
| | : | **2009 at 4:00 P.M. (ET)** |
| | : | **Proposed Hearing Date: August 11,** |
| | : | **2009 at 10:30 A.M. (ET)** |

---------------------------------------------------------------------------x

**NOTICE OF MOTION OF ZC REAL ESTATE TAX SOLUTIONS LIMITED FOR AN ORDER, PURSUANT TO SECTIONS 105(a) AND 365(b) OF THE BANKRUPTCY CODE AND THE ORDER ENTERED APPROVING THE SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS, COMPELLING PAYMENT OF CURE CLAIM**

**TO:**   (I) COUNSEL TO THE DEBTORS; (II) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (IV) COUNSEL TO THE OFFICIAL COMMITTEE OF BORROWERS; (V) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT; (VI) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B)

PLEASE TAKE NOTICE that ZC Real Estate Tax Solutions Limited ("ZC") has filed the *Motion of ZC Real Estate Tax Solutions Limited For an Order, Pursuant to Sections 105(a) and 365(b) of the Bankruptcy Code and the Order Entered Approving the Sale of the Debtors' Mortgage Servicing Business, Compelling Payment of Cure Claim* (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (prevailing Eastern Time) on August 10, 2009**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

A HEARING ON THE MOTION IS PROPOSED TO BE HELD ON **AUGUST 11, 2009 AT 10:30 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE

---

[1] The other Debtors in these cases are: American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Corp., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

CHRISTOPHER S. SONCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 3, 2009

           HUNTON & WILLIAMS LLP

           /s/ Michael G. Wilson
           Michael G. Wilson (DE. No. 4022)
           Riverfront Plaza, East Tower
           951 East Byrd Street
           Richmond, Virginia 23219-4074
           (804) 788-8200

           -and-

           Richard P. Norton (admitted *pro hac vice*)
           Scott H. Bernstein, Esq.
           200 Park Avenue, 53rd Floor
           New York, New York 10166-0136
           (212) 309-1000

           *Attorneys for ZC Real Estate Tax Solutions*
             *Limited*