**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------x
In re:                                                                              :         Chapter 11
                                                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,     :         Case No. 07-11047 (CSS)
a Delaware Corporation, et at.,[1]                                   :
                                                                                           :         Jointly Administered
                    Debtors.                                                   :
                                                                                           :
                                                                                           :
                                                                                           :
                                                                                           :
                                                                                           :
---------------------------------------------------------------------x

**MOTION PURSUANT TO DEL. BANKR. L.R. 9006-1(e) FOR AN ORDER
SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER
THE MOTION OF ZC REAL ESTATE TAX SOLUTIONS LIMITED FOR AN ORDER,
PURSUANT TO SECTIONS 105(a) AND 365(b) OF THE BANKRUPTCY CODE
AND THE ORDER ENTERED APPROVING THE SALE OF THE DEBTORS'
MORTGAGE SERVICING BUSINESS, COMPELLING PAYMENT OF CURE CLAIM**

ZC Real Estate Tax Solutions Limited ("ZC"), by and through its undersigned attorneys, hereby submits this motion (the "Motion to Shorten Time"), pursuant to Del. Bankr. L.R. 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C. § 105(a), for entry of an order (the "Proposed Order"), in substantially the form filed simultaneously herewith, shortening the applicable notice period for the *Motion of ZC Real Estate Tax Solutions Limited For an Order, Pursuant to Sections 105(a) and 365(b) of the Bankruptcy Code and the Order Entered Approving the Sale of the Debtors' Mortgage Servicing Business, Compelling Payment of Cure Claim* (the "Motion," filed contemporaneously herewith)[2] so that the matter may be heard on

---

[1]   The other Debtors in these cases are:  American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Corp., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

August 11, 2009 at 10:30 a.m. (prevailing Eastern Time), which is the date set by the Court as the next omnibus hearing date in the above-captioned case, or as soon thereafter as the Court will allow. In support of the Motion to Shorten, ZC respectfully represents as follows:

1. Local Rule 2002-1(b) requires that all motions filed in chapter 11 cases (except matters specified in Fed. R. Bankr. P. 2002(a)(1), (4), (5), (7), 2002(b) and 2002(f) and Local Rules 4001-1 and 9013-1) shall be served only upon counsel for debtor, the United States Trustee, counsel for all official committees, all parties who file a request for service of notices under Fed. R. Bankr. P. 2002(i) and all parties whose rights are affected by the motion.

2. Local Rule 9006-1(c) requires that all motion papers be filed and served in accordance with Local Rule 2002-1(b) at least fifteen (15) days (eighteen (18) days if service is by mail; sixteen (16) days if service is by overnight delivery) prior to the hearing date. Pursuant to Local Rule 9006-1(e) however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice, and the Court will rule on such a motion promptly without need for a hearing.

3. ZC submits that there is sufficient cause to justify shortening the notice period for the hearing on the Motion. As stated in the Motion, ZC is entitled to payment of its Cure Claim from funds being held in the Cure Escrow pursuant to the Sale Order and section 365(b) of the Bankruptcy Code. Nearly two years have passed since the Court entered the Sale Order. Since the Confirmation Order was entered in February 2009, ZC was informed that claims against the Cure Escrow were below the $10 million being held in escrow. There appears to be no reason for further delay of payment to ZC.

4. ZC has continued to request payment of its Cure Claim. Recently, ZC was informed that payment on its Cure Claim would not be forthcoming even though it has been

almost two years since the sale of the Servicing Business and claims against the Cure Escrow are below $10 million.  ZC was compelled to file its Motion and seek immediate relief from the Court on the next omnibus hearing date.

5.  The reorganized Debtors have been aware of ZC's issues since the outset of this case.  Furthermore, the reorganized Debtors have been on notice that ZC would be filing the Motion on shortened notice and have indicated that they would not oppose the request to shorten time.

6.  The next omnibus hearing date is scheduled for August 11, 2009 at 10:30 a.m. (prevailing Eastern Time).  The following omnibus hearing date is not scheduled until September.

7.  Accordingly, ZC requests that the Court exercise its discretion and enter an order (a) shortening the notice period for the Motion to enable ZC to be heard on August 11, 2009 at 10:30 a.m. (prevailing Eastern Time), which is the date set by the Court as the next omnibus hearing date, and (b) setting the deadline for filing responses and objections to the Motion as August 10, 2009 at 4:00 p.m. (prevailing Eastern Time).

WHEREFORE, ZC respectfully requests that the Court enter an Order (i) granting the relief requested herein, and (ii) granting such other and further relief as the Court may deem just and proper.

Dated:  August 3, 2009            Respectfully submitted,

                                         HUNTON & WILLIAMS LLP

                                         */s/ Michael G. Wilson*
                                         Michael G. Wilson (DE. No. 4022)
                                         Riverfront Plaza, East Tower
                                         951 East Byrd Street
                                         Richmond, Virginia 23219-4074
                                         (804) 788-8200

-and-

Richard P. Norton (admitted *pro hac vice*)
Scott H. Bernstein, Esq.
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for ZC Real Estate Tax Solutions
  Limited*