**<u>PROPOSED ORDER</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------------------x
In re:                                      :      Chapter 11
                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,      :      Case No. 07-11047 (CSS)
a Delaware Corporation, et at.,¹            :
                                            :      Jointly Administered
                Debtors.                    :
                                            :
                                            :
                                            :
                                            :
------------------------------------------------------------------------x
```

**ORDER GRANTING MOTION PURSUANT TO DEL. BANKR. L.R. 9006-1(e) FOR
AN ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO
CONSIDER THE MOTION OF ZC REAL ESTATE TAX SOLUTIONS LIMITED FOR
AN ORDER, PURSUANT TO SECTIONS 105(a) AND 365(b) OF THE BANKRUPTCY
CODE AND THE ORDER ENTERED APPROVING THE SALE OF THE DEBTORS'
MORTGAGE SERVICING BUSINESS, COMPELLING PAYMENT OF CURE CLAIM**

Upon consideration of the *Motion Pursuant to Del. Bankr. L.R. 9006-1(e) For an Order
Shortening the Time For Notice of the Hearing To Consider the Motion of ZC Real Estate Tax
Solutions Limited For an Order, Pursuant to Sections 105(a) and 365(b) of the Bankruptcy Code
and the Order Entered Approving the Sale of the Debtors' Mortgage Servicing Business,
Compelling Payment of Cure Claim* (the "Motion to Shorten Time"), [2] and the Court having
determined that the relief requested in the Motion to Shorten Time is appropriate; and due and
adequate notice of the Motion to Shorten Time having been provided; and it appearing that no
other or further notice of the Motion to Shorten Time need be provided, and after due

---

[1]  The other Debtors in these cases are:  American Home Mortgage Investment Corp., American Home
Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Corp.,
American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract
Corp.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
Motion to Shorten Time.

deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.      The Motion to Shorten Time is granted in its entirety.

2.      A hearing to consider the Motion shall be held on August 11, 2009 at 10:30 a.m. (prevailing Eastern Time).

3.      Written responses and objections to the Motion shall be filed and served no later than 4:00 p.m. (prevailing Eastern Time) on August 10, 2009.

4.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: August __, 2009
      Wilmington, Delaware

                                                              The Honorable Christopher S. Sontchi
                                                              United States Bankruptcy Judge