AHM - Summary of Invoices Paid in the Preference Period
Vendor - Purchase Power
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 312431 | 06/07/07 | 06/18/07 | $ 54,685.29 | 800090900023228 | 06/06/07 | $ 54,685.29 |
| 2 | 317775 | 06/26/07 | 07/09/07 | 163,296.02 | 00232285 5/23/7 | 05/23/07 | 163,296.02 |
|   |   |   |   | $ 217,981.31 |   |   | $ 217,981.31 |