AHM - Summary of Invoices Paid in the Preference Period
Vendor - Quantitative Risk Management
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 322451 | 07/17/07 | 07/24/07 |  | AHM011 | 06/07/07 | $ 135,000.00 |
| 2 | 322451 | 07/17/07 | 07/24/07 | 270,000.00 | AHM012 | 06/07/07 | 135,000.00 |
|   |        |          |          | $ 270,000.00 |       |          | $ 270,000.00 |