AHM - Summary of Invoices Paid in the Preference Period
Vendor - Progress Software
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 312373 | 06/07/07 | 06/12/07 | | 726174 | 05/23/07 | $ 17,275.50 |
| 2 | 312373 | 06/07/07 | 06/12/07 | 20,263.75 | 726175 | 05/23/07 | 2,988.25 |
| 3 | 322423 | 07/17/07 | 07/27/07 | | 733379 | 06/29/07 | 11,608.03 |
| 4 | 322423 | 07/17/07 | 07/27/07 | 12,958.03 | 731063 | 06/18/07 | 1,350.00 |
| 5 | 323957 | 07/23/07 | 07/31/07 | | 733451 | 06/29/07 | 81,631.69 |
| 6 | 323957 | 07/23/07 | 07/31/07 | 98,837.89 | 733451 | 06/29/07 | 17,206.20 |
| | | | | $ 132,059.67 | | | $ 132,059.67 |