AHM - Summary of Invoices Paid in the Preference Period
Vendor - Postage By Phone Plus
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 312428 | 06/07/07 | 06/18/07 | $ 43,090.44 | 800090900076224 | 04/23/07 | $ 43,090.44 |
| 2 | 317772 | 06/26/07 | 07/09/07 | 62,443.07 | 00762240 5/23/7 | 05/23/07 | 62,443.07 |
|   |   |   |   | $ 105,533.51 |   |   | $ 105,533.51 |