AHM- Summary of Invoices Paid in the Preference Period
Vendor- P.M.C. Investigations & Security Inc.
Exhibit A

| # | Check Number | Check Date | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|---|
| 1 | 296519 | 04/11/07 | | 07/20/07 | | 220B | 04/10/07 | $ 10,438.86 |
| 2 | 296519 | 04/11/07 | | 07/20/07 | | 221B | 04/10/07 | 10,384.55 |
| 3 | 296519 | 04/11/07 | | 07/20/07 | | 220A | 04/10/07 | 6,191.63 |
| 4 | 296519 | 04/11/07 | | 07/20/07 | | 221A | 04/10/07 | 6,191.63 |
| 5 | 296519 | 04/11/07 | | 07/20/07 | | 220E | 04/10/07 | 5,255.49 |
| 6 | 296519 | 04/11/07 | | 07/20/07 | | 220D | 04/10/07 | 5,105.38 |
| 7 | 296519 | 04/11/07 | | 07/20/07 | | 221D | 04/10/07 | 5,061.93 |
| 8 | 296519 | 04/11/07 | | 07/20/07 | | 11 | 04/10/07 | 4,193.91 |
| 9 | 296519 | 04/11/07 | | 07/20/07 | | 220C | 04/10/07 | 4,084.30 |
| 10 | 296519 | 04/11/07 | | 07/20/07 | | 221C | 04/10/07 | 4,084.30 |
| 11 | 296860 | 04/12/07 | | 07/10/07 | 6,490.73 | 221E | 04/11/07 | 6,490.73 |
| 12 | 297320 | 04/13/07 | | 07/02/07 | 60,991.98 | 222B | 04/12/07 | 11,340.45 |
| 13 | 297320 | 04/13/07 | | 07/02/07 | | 223B | 04/12/07 | 8,472.75 |
| 14 | 297320 | 04/13/07 | | 07/02/07 | | 223E | 04/12/07 | 6,649.40 |
| 15 | 297320 | 04/13/07 | | 07/02/07 | | 222A | 04/12/07 | 6,191.63 |
| 16 | 297320 | 04/13/07 | | 07/02/07 | | 222E | 04/12/07 | 5,321.44 |
| 17 | 297320 | 04/13/07 | | 07/02/07 | | 222D | 04/12/07 | 5,040.20 |
| 18 | 297320 | 04/13/07 | | 07/02/07 | | 223D | 04/12/07 | 4,844.68 |
| 19 | 297320 | 04/13/07 | | 07/02/07 | | 223A | 04/12/07 | 4,779.50 |
| 20 | 297320 | 04/13/07 | | 07/02/07 | | 12 | 04/12/07 | 4,193.91 |
| 21 | 297320 | 04/13/07 | | 07/02/07 | | 222C | 04/12/07 | 4,084.30 |
| 22 | 297320 | 04/13/07 | | 07/02/07 | 63,959.76 | 223C | 04/12/07 | 3,041.50 |
| | | | | | $ 131,442.47 | | | $ 131,442.47 |