AHM- Summary of Invoices Paid in the Preference Period
Vendor- PLANNED OFFICE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301178 | 04/26/07 | 05/10/07 |  | 557 | 04/12/07 | $ 1,125.00 |
| 2 | 301178 | 04/26/07 | 05/10/07 | 2,056.50 | 558 | 04/12/07 | 931.50 |
| 3 | 301643 | 04/27/07 | 05/11/07 | 150.00 | 556 | 04/12/07 | 150.00 |
| 4 | 303727 | 05/04/07 | 05/16/07 |  | 560 | 04/20/07 | 266.00 |
| 5 | 303727 | 05/04/07 | 05/16/07 |  | 559 | 04/20/07 | 160.00 |
| 6 | 303727 | 05/04/07 | 05/16/07 | 586.00 | 559 | 04/20/07 | 160.00 |
| 7 | 304112 | 05/07/07 | 05/15/07 |  | 565 | 04/25/07 | 23,102.68 |
| 8 | 304112 | 05/07/07 | 05/15/07 | 25,377.68 | 564 | 04/24/07 | 2,275.00 |
| 9 | 304305 | 05/08/07 | 05/16/07 |  | 562 | 04/24/07 | 681.00 |
| 10 | 304305 | 05/08/07 | 05/16/07 | 1,013.00 | 563 | 04/24/07 | 332.00 |
| 11 | 307764 | 05/22/07 | 05/31/07 |  | 568 | 05/03/07 | 9,737.00 |
| 12 | 307764 | 05/22/07 | 05/31/07 |  | 567 | 05/03/07 | 1,625.00 |
| 13 | 307764 | 05/22/07 | 05/31/07 |  | 566 | 05/03/07 | 1,625.00 |
| 14 | 307764 | 05/22/07 | 05/31/07 |  | 571 | 05/04/07 | 931.50 |
| 15 | 307764 | 05/22/07 | 05/31/07 |  | 570 | 05/03/07 | 410.08 |
| 16 | 307764 | 05/22/07 | 05/31/07 | 14,598.58 | 569 | 05/03/07 | 270.00 |
| 17 | 312426 | 06/07/07 | 06/21/07 |  | 574 | 05/22/07 | 606.00 |
| 18 | 312426 | 06/07/07 | 06/21/07 | 1,156.00 | 573 | 01/22/07 | 550.00 |
| 19 | 315976 | 06/21/07 | 07/11/07 | 376.61 | 580 | 06/06/07 | 315.00 |
| 20 | 315976 | 06/21/07 | 07/11/07 |  | 581 | 06/06/07 | 61.61 |
| 21 | 318093 | 06/27/07 | 07/18/07 | 1,595.00 | 582 | 06/11/07 | 810.00 |
| 22 | 318093 | 06/27/07 | 07/18/07 |  | 584 | 06/15/07 | 785.00 |
| 23 | 319127 | 07/02/07 | 07/18/07 | 1,435.00 | 583 | 06/15/07 | 1,435.00 |
|  |  |  |  | $ 48,344.37 |  |  | $ 48,344.37 |