AHM- Summary of Invoices Paid in the Preference Period
Vendor- PLACEMENT SOLUTION, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303020 | 05/02/07 | 05/14/07 | | 41507 | 04/17/07 | 3,888.23 |
| 2 | 303020 | 05/02/07 | 05/14/07 | | 40107 | 04/04/07 | 3,524.40 |
| 3 | 303020 | 05/02/07 | 05/14/07 | | 40807 | 04/11/07 | 2,475.00 |
| 4 | 303020 | 05/02/07 | 05/14/07 | | 49097 | 04/11/07 | 770.00 |
| 5 | 303020 | 05/02/07 | 05/14/07 | 11,422.82 | 49036 | 04/04/07 | 765.19 |
| 6 | 307381 | 05/21/07 | 06/05/07 | | 42207 | 04/25/07 | 3,304.13 |
| 7 | 307381 | 05/21/07 | 06/05/07 | | 49158 | 04/17/07 | 770.00 |
| 8 | 307381 | 05/21/07 | 06/05/07 | 4,555.38 | 49217 | 04/25/07 | 481.25 |
| 9 | 313608 | 06/12/07 | 06/20/07 | 3,254.63 | 52007 | 05/23/07 | 3,254.63 |
| 10 | 314843 | 06/15/07 | 07/02/07 | | 52707 | 05/30/07 | 2,742.30 |
| 11 | 314843 | 06/15/07 | 07/02/07 | 3,329.43 | 49483 | 05/30/07 | 587.13 |
| 12 | 314981 | 06/18/07 | 07/02/07 | 308.00 | 49426 | 05/23/07 | 308.00 |
| 13 | 319126 | 07/02/07 | 07/11/07 | | 60307 | 06/05/07 | 2,504.70 |
| 14 | 319126 | 07/02/07 | 07/11/07 | | 61007 | 06/13/07 | 1,584.00 |
| 15 | 319126 | 07/02/07 | 07/11/07 | | 49599 | 06/13/07 | 736.32 |
| 16 | 319126 | 07/02/07 | 07/11/07 | 5,354.40 | 49539 | 06/05/07 | 529.38 |
|   |   |   |   | $ 28,224.66 |   |   | $ 28,224.66 |