## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                      :    Case No. 07-11047 (CSS)
a Delaware Corporation, et at.,[1]                          :
                                                            :    Jointly Administered
           Debtors.                                         :
                                                            :
------------------------------------------------------------------------x

### AMENDED AFFIDAVIT OF SERVICE

Constance Andonian being duly sworn, deposes and says:

1.  I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

2.  On August 3, 2009, I filed the *Motion of ZC Real Estate Tax Solutions Limited For an Order, Pursuant to Sections 105(a) and 365(b) of the Bankruptcy Code and the Order Entered Approving the Sale of the Debtors' Mortgage Servicing Business, Compelling Payment of Cure Claim* [Docket No. 7863] and the *Motion Pursuant to Del. Bankr. L.R. 9006-1(e) for an Order Shortening the Time for* Notice of Hearing to Consider the *Motion of ZC Real Estate Tax Solutions Limited For an Order, Pursuant to Sections 105(a) and 365(b) of the Bankruptcy Code and the Order Entered Approving the Sale of the Debtors' Mortgage Servicing Business, Compelling Payment of Cure Claim* [Docket No. 7864] with the Clerk of Court using the CM/ECF system which sent a notification of such filing to all parties requesting electronic service via the Court's CM/ECF system. I also served true and correct copies on the parties listed on the annexed service list by overnight mail.

Dated: New York, New York                        _____
       August 4, 2009                                    Constance Andonian

Sworn to before me on this
4th day of August 2009

_____
         Notary Public

YESENIA M. CALDWELL
Notary Public, State of New York
No. 01CA6005557
Qualified in Kings County
Commission Expires April 13, 20' 10

---

[1]  The other Debtors in these cases are: American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Corp., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

## SERVICE LIST

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floors
New York, NY  10022

Thomas G. Macauley, Esq.
Virginia W. Guldi, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
P. O. Box 1028
Wilmington, DE  19899

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2207 - Lockbox #35
Wilmington, DE  19801

Pauline K. Morgan, Esq.
Patrick Jackson, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE  19899

North Fork
275 Broadhollow Road
Melville, NY  11747
Attn:  Michael Weisbrod

Margot B. Schonholtz, Esq.
Myron Kirschbaum, Esq.
Scott D. Talmadge, Esq.
Ana Alfonso, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022-3596