AHM - Summary of Invoices Paid in the Preference Period
Vendor - BELLSOUTH
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301218 | 04/26/07 | 05/08/07 | | 9856263933 | 04/08/07 | $ 457.13 |
| 2 | 301218 | 04/26/07 | 05/08/07 | 914.25 | 9856263933 | 04/08/07 | 457.12 |
| 3 | 302749 | 05/02/07 | 05/14/07 | 136.23 | 2516351389 | 04/10/07 | 136.23 |
| 4 | 302750 | 05/02/07 | 05/10/07 | 1,157.29 | 5617914980 | 04/11/07 | 1,157.29 |
| 5 | 302751 | 05/02/07 | 05/14/07 | | 7316862020 | 04/16/07 | 201.62 |
| 6 | 302751 | 05/02/07 | 05/14/07 | | 7316862020 | 04/16/07 | 47.10 |
| 7 | 302751 | 05/02/07 | 05/14/07 | | 7316862020 | 04/16/07 | 33.62 |
| 8 | 302751 | 05/02/07 | 05/14/07 | 290.19 | 7316862020 | 04/16/07 | 7.85 |
| 9 | 303281 | 05/02/07 | 05/17/07 | 362.46 | 2285949502 | 04/11/07 | 362.46 |
| 10 | 304959 | 05/11/07 | 05/24/07 | 812.97 | 2516395289 | 04/20/07 | 812.97 |
| 11 | 304960 | 05/11/07 | 05/22/07 | 21.73 | 3212550108 | 04/16/07 | 21.73 |
| 12 | 304961 | 05/11/07 | 05/22/07 | 49.96 | 3367744561 | 04/19/07 | 49.96 |
| 13 | 304962 | 05/11/07 | 05/22/07 | | 3368560243 | 04/19/07 | 253.05 |
| 14 | 304962 | 05/11/07 | 05/22/07 | 348.95 | 3368560243 | 04/19/07 | 95.90 |
| 15 | 304963 | 05/11/07 | 05/24/07 | 586.49 | 7705075757 | 04/20/07 | 586.49 |
| 16 | 304964 | 05/11/07 | 05/24/07 | | 7706422042 | 04/20/07 | 630.79 |
| 17 | 304964 | 05/11/07 | 05/24/07 | 720.74 | 7706422042 | 04/20/07 | 89.95 |
| 18 | 304965 | 05/11/07 | 05/23/07 | 50.20 | 9543565171 | 04/20/07 | 50.20 |
| 19 | 306657 | 05/17/07 | 05/30/07 | 40,290.05 | 404R165850 | 04/16/07 | 40,290.05 |
| 20 | 315846 | 06/21/07 | 06/28/07 | | 404R165850 | 05/16/07 | 36,814.16 |
| 21 | 315846 | 06/21/07 | 06/28/07 | | 404R165850 | 05/16/07 | 2,913.96 |
| 22 | 315846 | 06/21/07 | 06/28/07 | 40,108.72 | 404R165850 | 05/16/07 | 380.60 |
| | | | | $ 85,850.23 | | | $ 85,850.23 |