AHM - Summary of Invoices Paid in the Preference Period
Vendor - MERS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 307115 | 05/18/07 | 05/24/07 | | IN000164696 | 05/18/07 | $ 104,370.45 |
| 2 | 307115 | 05/18/07 | 05/24/07 | 82,485.85 | CREDIT11/27/06 | 11/27/06 | (21,884.60) |
| 3 | 308745 | 05/22/07 | 05/24/07 | 3.95 | R00003049 | 05/22/07 | 3.95 |
| 4 | 308746 | 05/22/07 | 05/24/07 | 21,884.60 | IN000164696 | 05/22/07 | 21,884.60 |
| 5 | 314465 | 06/14/07 | 06/22/07 | 104,594.30 | IN000167691 | 06/14/07 | 104,594.30 |
| 6 | 314650 | 06/15/07 | 06/29/07 | 108.90 | IN000167518 | 06/05/07 | 108.90 |
| 7 | 321438 | 07/11/07 | 07/16/07 | 97,608.25 | IN000173592 | 07/11/07 | 97,608.25 |
| 8 | 325024 | 07/24/07 | 08/01/07 | 4.95 | IN000171401 | 07/05/07 | 4.95 |
| | | | | $ 306,690.80 | | | $ 306,690.80 |