## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | ) Jointly Administered |
| | ) |
| | ) Response Deadline: 8/4/09 at 4:00 p.m. |
| Debtors. | ) Hearing Date: 8/11/09 at 10:30 a.m. |
| | ) Related to Docket No. 7609 |

### RESPONSE OF LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR IN OPPOSITION TO DEBTORS' THIRTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The Los Angeles County Treasurer and Tax Collector ("Los Angeles County"), by and through its undersigned counsel, hereby objects to the *Debtors' Thirty-Eighth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* ("Omnibus Objection") [Docket No. 7609] and, in support thereof, respectfully states as follows:

1. On August 6, 2007 ("Petition Date"), the above-captioned debtors ("Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.

2. Prior to the Petition Date, Los Angeles County was owed secured taxes in the amount of $292,044.76 and unsecured taxes in the amount of $256.39.

3. On or about December 4, 2007, Los Angeles County timely filed a proof of claim, which has been designated by the Debtors as Claim No. 8832, in the amount of $107,421.79 for outstanding secured taxes owed to Los Angeles County by the Debtors ("Original Secured Proof of Claim"). Subsequently, as set forth in the chart below, Los Angeles County filed proofs of claim that amended the Original Secured Proof of Claim:

| Claim No. | Dated Filed | Amount | Type | Status |
|---|---|---|---|---|
| 8832 | 12/4/07 | $107,421.79 | Secured | Timely Filed Original Claim - Amended by Claim No. 10517 |
| 10517 | 9/11/08 | $298,176.83 | Secured | 1st Amended Claim - Amended by Claim No. 10553 |
| 10553 | 9/15/08 | $304,363.41 | Secured | 2nd Amended Claim- Amended by Claim No. 10705 |
| 10705 | 4/24/09 | $324,612.16 | Secured | 3rd Amended Claim- Amended by Claim No. 10726 |
| 10726 | 6/22/09 | $292,044.76 | Secured | 4th Amended Claim- Final "Surviving Claim" |

4. In the Omnibus Objection, the Debtors object to Proofs of Claim Nos. 10553 and 10705 on the basis that the Proofs of Claim are late filed claims. This classification is incorrect. Proofs of Claim Nos. 10553 and 10705 are amended claims, not late filed claims.

5. On or about August 21, 2007, Los Angeles County timely filed a proof of claim, which has been designated by the Debtors as Claim No. 158, in the amount of $197.61 for outstanding unsecured taxes owed to Los Angeles County by the Debtors ("Original Unsecured Proof of Claim"). Subsequently, Los Angeles County filed a proof of claim that amended the Original Unsecured Proof of Claim, which has been designated by the Debtors as Claim No. 10516, in the amount of $256.39.

6. In the Omnibus Objection, the Debtors object to Proof of Claim Nos. 10516 on the basis that Proof of Claim No. 10516 is a late filed claim. This classification is incorrect. Proof of Claim No. 10516 is an amended claim, not a late filed claim and should be designated as the "surviving claim" that amends the Original Unsecured Proof of Claim.

WHEREFORE, Los Angeles County respectfully requests that the Court overrule the Omnibus Objection as it applies to Los Angeles County's Proofs of Claims identified above and that the Court grant Los Angeles County such further and additional relief as the Court may deem just and proper.

Dated: August 4, 2009

CONNOLLY BOVE LODGE & HUTZ LLP

Jeffrey C. Wisler (No. 2795)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

-and-

Barry S. Glaser
Steckbauer Weinhart Jaffe, LLP
333 S. Hope Street
36th Floor
Los Angeles, CA 90071
(213) 229-2868

*Attorneys for Los Angeles County Treasurer and Tax Collector*

#707083v1