## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on this 4th day of August, 2009, a copy of the **Response of Los Angeles County Treasurer and Tax Collector in Opposition to Debtors' Thirty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** was served upon the following persons in the manner indicated:

Marc J. Phillips (No. 4445)

**VIA HAND DELIVERY**
Sean M. Beach, Esquire
Margaret Whiteman Greecher, Esquire
Alex D. Thaler, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

#707340v1