AHM - Summary of Invoices Paid in the Preference Period
Vendor - EXPERIAN
Exhibit A

|    | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302034 | 04/30/07 | 05/08/07 | $ 28,988.76 | MS80100386 | 04/18/07 | $ 28,988.76 |
| 2 | 302035 | 04/30/07 | 05/09/07 | 3,570.04 | CD7120017176 | 03/30/07 | 3,570.04 |
| 3 | 307403 | 05/21/07 | 05/31/07 | 106.09 | CD8010007521 | 04/27/07 | 106.09 |
| 4 | 307404 | 05/21/07 | 05/30/07 | 3,049.85 | CD8010017042 | 04/27/07 | 3,049.85 |
| 5 | 316824 | 06/21/07 | 07/09/07 | 2,000.00 | Mortgage File | 06/07/07 | 2,000.00 |
| 6 | 320113 | 07/06/07 | 07/19/07 | 106.00 | CD8020007522 | 06/01/07 | 106.00 |
| 7 | 325153 | 07/24/07 | 07/30/07 |  | MS80400261 | 07/12/07 | 29,415.51 |
| 8 | 325153 | 07/24/07 | 07/30/07 |  | MS80201071 | 05/29/07 | 1,629.36 |
| 9 | 325153 | 07/24/07 | 07/30/07 | 32,674.23 | MS80300203 | 06/12/07 | 1,629.36 |
| 10 | 325154 | 07/24/07 | 07/30/07 |  | MS80300909 | 06/26/07 | 10,303.35 |
| 11 | 325154 | 07/24/07 | 07/30/07 |  | MS80300909 | 06/26/07 | 10,303.35 |
| 12 | 325154 | 07/24/07 | 07/30/07 |  | MS80300320 | 06/13/07 | 4,073.44 |
| 13 | 325154 | 07/24/07 | 07/30/07 |  | MS80300320 | 06/13/07 | 4,073.43 |
| 14 | 325154 | 07/24/07 | 07/30/07 | 30,910.04 | MS80201025 | 05/25/07 | 2,156.47 |
| 15 | 325156 | 07/24/07 | 07/31/07 | 2,568.70 | 435135 | 07/03/07 | 2,568.70 |
| 16 | 325157 | 07/24/07 | 07/31/07 | 2,984.43 | CD8030016960 | 06/29/07 | 2,984.43 |
|   |   |   |   | $ 106,958.14 |   |   | $ 106,958.14 |