AHM - Summary of Invoices Paid in the Preference Period
Vendor - MORTGAGE CONTRACTING SERVICES
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305223 | 05/11/07 | 05/16/07 | $ 371.00 | 811140 | 05/11/07 | $ 371.00 |
| 2 | 306365 | 05/16/07 | 05/21/07 | 57.52 | 2340389 | 05/16/07 | 57.52 |
| 3 | 310748 | 05/31/07 | 06/06/07 | 30,075.00 | 2612-2678 | 05/31/07 | 30,075.00 |
| 4 | 311338 | 06/04/07 | 06/07/07 | 1,908.00 | 790266 | 06/04/07 | 1,908.00 |
| 5 | 311809 | 06/05/07 | 06/08/07 | 31,694.00 | 2679-2739 | 06/05/07 | 31,694.00 |
| 6 | 311810 | 06/05/07 | 06/08/07 | 1,885.00 | 615538 | 06/05/07 | 1,885.00 |
| 7 | 320974 | 07/10/07 | 07/13/07 | 37,234.00 | 2740-2795 | 07/10/07 | 37,234.00 |
|   |   |   |   | $ 103,224.52 |   |   | $ 103,224.52 |