AHM - Summary of Invoices Paid in the Preference Period
Vendor - Promotional Products Partners
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305299 | 05/12/07 | 05/29/07 | $ 360.00 | PPP14995 | 04/23/07 | $ 360.00 |
| 2 | 306737 | 05/17/07 | 05/29/07 | | PPP15212 | 05/07/07 | 690.75 |
| 3 | 306737 | 05/17/07 | 05/29/07 | | PPP15037 | 04/25/07 | 464.00 |
| 4 | 306737 | 05/17/07 | 05/29/07 | 1,598.75 | PPP14562 | 03/20/07 | 444.00 |
| 5 | 309426 | 05/24/07 | 05/29/07 | 90,160.77 | INVOICE | 05/24/07 | 90,160.77 |
| 6 | 309840 | 05/25/07 | 06/05/07 | | PPP14620 | 05/25/07 | 12,585.00 |
| 7 | 309840 | 05/25/07 | 06/05/07 | | PPP14620 | 05/25/07 | 10,535.00 |
| 8 | 309840 | 05/25/07 | 06/05/07 | | PPP14518 | 05/25/07 | 9,418.00 |
| 9 | 309840 | 05/25/07 | 06/05/07 | | PPP14816 | 05/25/07 | 9,418.00 |
| 10 | 309840 | 05/25/07 | 06/05/07 | | PPP15184 | 05/25/07 | 9,418.00 |
| 11 | 309840 | 05/25/07 | 06/05/07 | | PPP14519 | 05/25/07 | 9,418.00 |
| 12 | 309840 | 05/25/07 | 06/05/07 | | PPP15016 | 05/25/07 | 5,990.00 |
| 13 | 309840 | 05/25/07 | 06/05/07 | 71,557.00 | PPP14818 | 05/25/07 | 4,775.00 |
| 14 | 311620 | 06/05/07 | 06/18/07 | | PPP9172 | 01/31/06 | 7,119.79 |
| 15 | 311620 | 06/05/07 | 06/18/07 | 12,428.34 | PPP8274 | 11/28/05 | 5,308.55 |
| 16 | 312140 | 06/06/07 | 06/18/07 | | PPP7740 | 09/12/05 | 2,755.55 |
| 17 | 312140 | 06/06/07 | 06/18/07 | 4,062.05 | PPP6266 | 06/09/05 | 1,306.50 |
| 18 | 313314 | 06/11/07 | 06/18/07 | | INVOICE | 06/11/07 | 66,129.15 |
| 19 | 313314 | 06/11/07 | 06/18/07 | 92,392.34 | INVOICE | 06/11/07 | 26,263.19 |
| 20 | 313640 | 06/12/07 | 06/20/07 | | PPP-15283 | 05/07/07 | 2,248.97 |
| 21 | 313640 | 06/12/07 | 06/20/07 | | PPP-15425 | 05/22/07 | 1,860.00 |
| 22 | 313640 | 06/12/07 | 06/20/07 | | PPP-15423 | 05/24/07 | 1,781.00 |
| 23 | 313640 | 06/12/07 | 06/20/07 | | PPP-15198 | 05/03/07 | 1,395.00 |
| 24 | 313640 | 06/12/07 | 06/20/07 | | PPP-15284 | 05/07/07 | 1,177.95 |
| 25 | 313640 | 06/12/07 | 06/20/07 | | PPP-15151 | 05/04/07 | 984.50 |
| 26 | 313640 | 06/12/07 | 06/20/07 | | PPP-15267 | 05/07/07 | 681.80 |
| 27 | 313640 | 06/12/07 | 06/20/07 | | PPP-15163 | 05/04/07 | 410.00 |
| 28 | 313640 | 06/12/07 | 06/20/07 | | PPP-15077 | 05/01/07 | 264.00 |
| 29 | 313640 | 06/12/07 | 06/20/07 | | PPP-15153 | 05/04/07 | 260.50 |
| 30 | 313640 | 06/12/07 | 06/20/07 | 11,238.72 | PPP-15133 | 05/03/07 | 175.00 |
| 31 | 314470 | 06/14/07 | 06/28/07 | | PPP15696 | 06/14/07 | 3,690.00 |
| 32 | 314470 | 06/14/07 | 06/28/07 | 6,650.00 | PPP15697 | 06/14/07 | 2,960.00 |
| 33 | 314557 | 06/15/07 | 07/02/07 | 139.00 | PPP15428 | 05/25/07 | 139.00 |
| 34 | 316849 | 06/21/07 | 06/28/07 | | PPP15703 | 06/21/07 | 7,925.00 |
| 35 | 316849 | 06/21/07 | 06/28/07 | | PPP15698 | 06/21/07 | 6,510.00 |
| 36 | 316849 | 06/21/07 | 06/28/07 | | PPP15704 | 06/21/07 | 4,175.00 |
| 37 | 316849 | 06/21/07 | 06/28/07 | | PPP15700 | 06/21/07 | 3,166.50 |
| 38 | 316849 | 06/21/07 | 06/28/07 | 24,926.50 | PPP15698 | 06/21/07 | 3,150.00 |
| 39 | 317903 | 06/26/07 | 07/09/07 | 1,350.00 | PPP15695 | 06/26/07 | 1,350.00 |
| 40 | 318085 | 06/27/07 | 07/05/07 | | INVOICE | 06/26/07 | 35,717.65 |
| 41 | 318085 | 06/27/07 | 07/05/07 | 67,935.00 | INVOICE | 06/26/07 | 32,217.35 |
| 42 | 318891 | 06/29/07 | 07/09/07 | | PPP15764 | 06/29/07 | 3,310.00 |
| 43 | 318891 | 06/29/07 | 07/09/07 | | PPP15885 | 06/29/07 | 2,925.00 |
| 44 | 318891 | 06/29/07 | 07/09/07 | 6,705.00 | PPP15764 | 06/29/07 | 470.00 |
| | | | | $ 391,503.47 | | | $ 391,503.47 |