AHM - Summary of Invoices Paid in the Preference Period
Vendor - TEK SYSTEMS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303269 | 05/03/07 | 05/14/07 | | MX01705468 | 04/20/07 | $ 5,520.00 |
| 2 | 303269 | 05/03/07 | 05/14/07 | 8,240.00 | MX01703383 | 04/14/07 | 2,720.00 |
| 3 | 306596 | 05/17/07 | 05/29/07 | 5,520.00 | MX01711624 | 04/27/07 | 5,520.00 |
| 4 | 308922 | 05/23/07 | 06/05/07 | 2,800.00 | MX01698741 | 04/13/07 | 2,800.00 |
| 5 | 309932 | 05/29/07 | 06/08/07 | 5,520.00 | MX01718365 | 05/04/07 | 5,520.00 |
| 6 | 311583 | 06/05/07 | 06/18/07 | 5,520.00 | MX01726900 | 05/11/07 | 5,520.00 |
| 7 | 314245 | 06/14/07 | 06/25/07 | 5,520.00 | MX01733776 | 05/18/07 | 5,520.00 |
| 8 | 314794 | 06/15/07 | 06/29/07 | 5,520.00 | MX01740371 | 05/25/07 | 5,520.00 |
| 9 | 315820 | 06/21/07 | 07/05/07 | | MX01747160 | 06/01/07 | 5,520.00 |
| 10 | 315820 | 06/21/07 | 07/05/07 | 9,586.00 | MX01755053 | 06/08/07 | 4,066.00 |
| 11 | 320813 | 07/10/07 | 07/19/07 | | MX01768659 | 06/22/07 | 5,520.00 |
| 12 | 320813 | 07/10/07 | 07/19/07 | 11,040.00 | MX01762485 | 06/15/07 | 5,520.00 |
| 13 | 325418 | 07/25/07 | 07/30/07 | 5,520.00 | MX01677819-A | 03/23/07 | 5,520.00 |
| | | | | $ 64,786.00 | | | $ 64,786.00 |