AHM - Summary of Invoices Paid in the Preference Period
Vendor - VICOM COMPUTER SERVICES, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302930 | 05/02/07 | 05/09/07 | $ 11,806.78 | 15162c78103 | 04/17/07 | $ 11,806.78 |
| 2 | 308964 | 05/23/07 | 05/31/07 | 171,067.96 | 15162C78411 | 04/24/07 | 171,067.96 |
| 3 | 308965 | 05/23/07 | 05/31/07 | 18,738.45 | 15162C78644 | 04/26/07 | 18,738.45 |
| 4 | 311226 | 06/04/07 | 06/13/07 | 25,281.49 | 15162C78744 | 05/02/07 | 25,281.49 |
| 5 | 312374 | 06/07/07 | 06/13/07 | 16,097.05 | 15162C78491 | 04/26/07 | 16,097.05 |
| 6 | 312375 | 06/07/07 | 06/13/07 | 27,830.70 | 15162C78645 | 04/26/07 | 27,830.70 |
| 7 | 312376 | 06/07/07 | 06/15/07 | 1,814.86 | 15162C79207 | 05/11/07 | 1,814.86 |
| 8 | 312377 | 06/07/07 | 06/13/07 | 59,029.41 | 15162C78863 | 05/08/07 | 59,029.41 |
| 9 | 312378 | 06/07/07 | 06/13/07 | 12,248.47 | 15162C79206 | 05/11/07 | 12,248.47 |
| 10 | 312379 | 06/07/07 | 06/13/07 | 10,187.33 | 15162C79208 | 05/11/07 | 10,187.33 |
| 11 | 312380 | 06/07/07 | 06/13/07 | 28,668.58 | 15162C78492 | 04/26/07 | 28,668.58 |
| 12 | 312381 | 06/07/07 | 06/13/07 | 27,855.80 | 15162C78730 | 05/02/07 | 27,855.80 |
| 13 | 312382 | 06/07/07 | 06/15/07 | 300.21 | 15162C79076 | 05/09/07 | 300.21 |
| 14 | 313514 | 06/12/07 | 06/20/07 | 2,361.96 | 15162C79505 | 05/22/07 | 2,361.96 |
| 15 | 313515 | 06/12/07 | 06/20/07 | 7,815.95 | 15162C79297 | 05/18/07 | 7,815.95 |
| 16 | 313516 | 06/12/07 | 06/20/07 | 24,895.52 | 15162C76794 | 03/16/07 | 24,895.52 |
| 17 | 313517 | 06/12/07 | 06/20/07 | 35,825.39 | 15162C77800 | 04/09/07 | 35,825.39 |
| 18 | 313518 | 06/12/07 | 06/20/07 | 209.29 | 15162C76538 | 03/12/07 | 209.29 |
| 19 | 319392 | 07/03/07 | 07/18/07 | 27,780.84 | 15162C80456 | 06/15/07 | 27,780.84 |
| 20 | 319393 | 07/03/07 | 07/18/07 | 76,060.31 | 15162C80317 | 06/12/07 | 76,060.31 |
| 21 | 319394 | 07/03/07 | 07/18/07 | 1,029.87 | 15162C79934 | 06/01/07 | 1,029.87 |
| 22 | 322424 | 07/17/07 | 07/25/07 | 43.45 | 15162C80703 | 06/26/07 | 43.45 |
| 23 | 323962 | 07/23/07 | 08/01/07 | 380.19 | 15162C80468 | 06/20/07 | 380.19 |
| | | | | $ 587,329.86 | | | $ 587,329.86 |