AHM - Summary of Invoices Paid in the Preference Period
Vendor - WEBB MASON
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 309128 | 05/23/07 | 05/25/07 | $ 1,088.22 | 6/07NOTIHOGAR | 05/15/07 | $ 1,088.22 |
| 2 | 309294 | 05/23/07 | 05/30/07 | 174,455.22 | INVOICE | 05/23/07 | 174,455.22 |
| 3 | 314181 | 06/13/07 | 06/19/07 | 34,777.39 | HOMEBEAT PSTGE | 06/13/07 | 34,777.39 |
| 4 | 314446 | 06/14/07 | 06/20/07 | 13,520.42 | INVOICE | 06/14/07 | 13,520.42 |
| 5 | 315344 | 06/19/07 | 06/26/07 | 37,324.88 | INVOICE | 06/19/07 | 37,324.88 |
| 6 | 316808 | 06/21/07 | 06/26/07 | 245,529.33 | INVOICE | 06/15/07 | 245,529.33 |
| 7 | 318087 | 06/27/07 | 07/05/07 | 167.46 | ASCEND BAL | 06/27/07 | 167.46 |
| 8 | 318867 | 06/29/07 | 07/06/07 | 3,191.18 | ADVISOR-06-07 | 06/25/07 | 3,191.18 |
| 9 | 324764 | 07/23/07 | 07/30/07 |  | INVOICE | 07/23/07 | 163,360.22 |
| 10 | 324764 | 07/23/07 | 07/30/07 | 168,381.16 | INVOICE | 07/20/07 | 5,020.94 |
| 11 | 326086 | 07/26/07 | 07/30/07 | 33,919.99 | 6/07HOMEBEAT | 07/26/07 | 33,919.99 |
|  |  |  |  | $ 712,355.25 |  |  | $ 712,355.25 |