AHM - Summary of Invoices Paid in the Preference Period
Vendor - D.W. Consulting, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302498 | 05/01/07 | 05/08/07 | 3,300.00 | 78 | 04/17/07 | 3,300.00 |
| 2 | 305925 | 05/15/07 | 05/22/07 |  | 79 | 04/23/07 | 3,525.00 |
| 3 | 305925 | 05/15/07 | 05/22/07 | 6,900.00 | 80 | 04/27/07 | 3,375.00 |
| 4 | 316823 | 06/21/07 | 06/25/07 |  | 85 | 06/18/07 | 3,900.00 |
| 5 | 316823 | 06/21/07 | 06/25/07 |  | 86 | 06/18/07 | 3,337.50 |
| 6 | 316823 | 06/21/07 | 06/25/07 |  | 82 | 05/21/07 | 3,112.50 |
| 7 | 316823 | 06/21/07 | 06/25/07 |  | 83 | 05/29/07 | 3,075.00 |
| 8 | 316823 | 06/21/07 | 06/25/07 |  | 81 | 05/14/07 | 3,000.00 |
| 9 | 316823 | 06/21/07 | 06/25/07 | 19,200.00 | 84 | 06/04/07 | 2,775.00 |
| 10 | 326030 | 07/26/07 | 07/31/07 |  | 88 | 07/02/07 | 3,375.00 |
| 11 | 326030 | 07/26/07 | 07/31/07 |  | 87 | 06/25/07 | 2,887.50 |
| 12 | 326030 | 07/26/07 | 07/31/07 | 7,687.50 | 89 | 07/09/07 | 1,425.00 |
|  |  |  |  | $ 37,087.50 |  |  | $ 37,087.50 |