AHM- Summary of Invoices Paid in the Preference Period
Vendor- NATIONAL ASSOCIATION OF MORTGAGE BROKERS a/k/a NAMB
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 317321 | 06/25/07 | 07/12/07 | $ 62,500.00 | 270207 | 06/01/07 | $ 62,500.00 |
| 2 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 2,761.11 |
| 3 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.56 |
| 4 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.56 |
| 5 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.56 |
| 6 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.56 |
| 7 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.56 |
| 8 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.56 |
| 9 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.56 |
| 10 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.56 |
| 11 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.56 |
| 12 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.55 |
| 13 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.55 |
| 14 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.55 |
| 15 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.55 |
| 16 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.55 |
| 17 | 325386 | 07/25/07 | 07/30/07 | | TRDSHW 11/6/07 | 07/25/07 | 1,380.55 |
| 18 | 325386 | 07/25/07 | 07/30/07 | 24,850.00 | TRDSHW 11/6/07 | 07/25/07 | 1,380.55 |
| | | | | $ 87,350.00 | | | $ 87,350.00 |