AHM - Summary of Invoices Paid in the Preference Period
Vendor - Larmee Executive Search
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304014 | 05/07/07 | 05/15/07 | 28,750.00 | TL157 | 04/27/07 | 28,750.00 |
| | | | | $ 28,750.00 | | | $ 28,750.00 |