AHM - Summary of Invoices Paid in the Preference Period

Vendor - THACHER PROFFIITT & WOOD LLP

Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | | Invoice Number | Invoice Date | Invoice Amount Paid | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 301659 | 04/27/07 | 05/08/07 | $ | 160,000.00 | 53328 | 04/20/07 | $ | 160,000.00 |
| 2 | 307355 | 05/21/07 | 05/30/07 | | | 54186 | 05/09/07 | | 250,000.00 |
| 3 | 307355 | 05/21/07 | 05/30/07 | | 252,397.00 | 52874 | 04/11/07 | | 2,397.00 |
| 4 | 309949 | 05/29/07 | 06/11/07 | | 8,222.70 | 54816 | 05/18/07 | | 8,222.70 |
| 5 | 313571 | 06/12/07 | 06/20/07 | | 120,000.00 | 55084 | 05/31/07 | | 120,000.00 |
| | | | | $ | 540,619.70 | | | $ | 540,619.70 |