AHM - Summary of Invoices Paid in the Preference Period
Vendor - WAREHOUSELINE, LTD
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 309375 | 05/24/07 | 06/06/07 | $ 89,154.00 | MS APR 07 | 05/14/07 | $ 89,154.00 |
| 2 | 315068 | 06/18/07 | 06/26/07 | 88,488.00 | MS MAY07 | 06/14/07 | 88,488.00 |
| 3 | 323300 | 07/20/07 | 07/26/07 | 83,394.00 | MSJUNE07 | 07/11/07 | 83,394.00 |
|   |   |   |   | $ 261,036.00 |   |   | $ 261,036.00 |