AHM- Summary of Invoices Paid in the Preference Period
Vendor- PBCC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 300527 | 04/24/07 | 05/09/07 | $ 196,742.69 | 200703 | 04/23/07 | $ 196,742.69 |
| 2 | 322839 | 07/18/07 | 07/30/07 | 162,413.39 | 200706 | 06/23/07 | 162,413.39 |
|   |        |          |          | $ 359,156.08 |        |          | $ 359,156.08 |