AHM- Summary of Invoices Paid in the Preference Period
Vendor- Open Access Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 308685 | 05/22/07 | 05/31/07 | $ 28,028.02 | 23972 | 04/01/07 | $ 28,028.02 |
| 2 | 313420 | 06/12/07 | 06/18/07 | | 24202 | 06/01/07 | 28,032.42 |
| 3 | 313420 | 06/12/07 | 06/18/07 | 56,060.44 | 24089 | 05/01/07 | 28,028.02 |
| 4 | 320737 | 07/10/07 | 07/18/07 | 22,150.41 | 24324 | 07/01/07 | 22,150.41 |
| | | | | $ 106,238.87 | | | $ 106,238.87 |