AHM- Summary of Invoices Paid in the Preference Period
Vendor- OAKWOOD WORLDWIDE d/b/a OAKWOOD CORPORATE HOUSING
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304374 | 05/08/07 | 05/11/07 | $ 2,730.00 | 9689531O424 | 04/24/07 | $ 2,730.00 |
| 2 | 304540 | 05/09/07 | 05/14/07 | | 9673273O5O2 | 05/02/07 | 4,800.00 |
| 3 | 304540 | 05/09/07 | 05/14/07 | | 9673260O430 | 04/30/07 | 4,800.00 |
| 4 | 304540 | 05/09/07 | 05/14/07 | | 9673278O5O3 | 05/03/07 | 4,800.00 |
| 5 | 304540 | 05/09/07 | 05/14/07 | | 9673261O43O | 04/30/07 | 4,800.00 |
| 6 | 304540 | 05/09/07 | 05/14/07 | | 9673270O5O1 | 05/01/07 | 4,632.00 |
| 7 | 304540 | 05/09/07 | 05/14/07 | | 7612911O423 | 04/23/07 | 4,050.00 |
| 8 | 304540 | 05/09/07 | 05/14/07 | | 7613130O5O2 | 05/02/07 | 3,210.00 |
| 9 | 304540 | 05/09/07 | 05/14/07 | | 9072344O430 | 04/30/07 | 2,700.00 |
| 10 | 307130 | 05/18/07 | 05/24/07 | | 9673282O5O5 | 05/16/07 | 4,800.00 |
| 11 | 307130 | 05/18/07 | 05/24/07 | 9,540.00 | 9673280O5O4 | 05/16/07 | 4,740.00 |
| 12 | 312520 | 06/07/07 | 06/13/07 | | 7613450O523 | 05/23/07 | 4,350.00 |
| 13 | 312520 | 06/07/07 | 06/13/07 | | 7613429O521 | 05/21/07 | 4,050.00 |
| 14 | 312520 | 06/07/07 | 06/13/07 | 11,100.00 | 9073927O528 | 05/28/07 | 2,700.00 |
| 15 | 316905 | 06/21/07 | 06/26/07 | | 9673343O6O1 | 06/01/07 | 4,889.00 |
| 16 | 316905 | 06/21/07 | 06/26/07 | | 9673348O6O3 | 06/03/07 | 4,800.00 |
| 17 | 316905 | 06/21/07 | 06/26/07 | | 9673352O6O3 | 06/03/07 | 4,800.00 |
| 18 | 316905 | 06/21/07 | 06/26/07 | | 9673337O53O | 05/30/07 | 4,800.00 |
| 19 | 316905 | 06/21/07 | 06/26/07 | | 9673345O6O2 | 06/02/07 | 4,800.00 |
| 20 | 316905 | 06/21/07 | 06/26/07 | | 9673332O529 | 05/29/07 | 4,776.00 |
| 21 | 316905 | 06/21/07 | 06/26/07 | | 9673349O6O3 | 06/03/07 | 4,650.00 |
| 22 | 316905 | 06/21/07 | 06/26/07 | | 9673291O51O | 05/10/07 | 4,650.00 |
| 23 | 316905 | 06/21/07 | 06/26/07 | | 7613359O516 | 05/16/07 | 4,050.00 |
| 24 | 316905 | 06/21/07 | 06/26/07 | | 7613516O529 | 05/29/07 | 3,510.00 |
| 25 | 316905 | 06/21/07 | 06/26/07 | | 7613615O6O1 | 06/01/07 | 3,210.00 |

AHM- Summary of Invoices Paid in the Preference Period
Vendor- OAKWOOD WORLDWIDE d/b/a OAKWOOD CORPORATE HOUSING
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 26 | 316905 | 06/21/07 | 06/26/07 | | 96899340524 | 05/24/07 | 2,730.00 |
| 27 | 316905 | 06/21/07 | 06/26/07 | | 9673322052 | 05/25/07 | 2,240.00 |
| 28 | 316905 | 06/21/07 | 06/26/07 | 53,905.00 | 7613615060 | 06/01/07 | - |
| 29 | 318602 | 06/28/07 | 07/03/07 | 4,500.00 | 9673294051 | 05/12/07 | 4,500.00 |
| 30 | 318854 | 06/29/07 | 07/03/07 | | 9673411062 | 06/24/07 | 4,800.00 |
| 31 | 318854 | 06/29/07 | 07/03/07 | | 9673378061 | 06/11/07 | 4,500.00 |
| 32 | 318854 | 06/29/07 | 07/03/07 | | 7613450052 | 05/23/07 | 4,350.00 |
| 33 | 318854 | 06/29/07 | 07/03/07 | | 7613866062 | 06/22/07 | 3,480.00 |
| 34 | 318854 | 06/29/07 | 07/03/07 | | 9680323062 | 06/23/07 | 2,730.00 |
| 35 | 318854 | 06/29/07 | 07/03/07 | 19,995.00 | 7613769061 | 06/14/07 | 135.00 |
| 36 | 321817 | 07/12/07 | 07/18/07 | | 9673438070 | 07/03/07 | 4,800.00 |
| 37 | 321817 | 07/12/07 | 07/18/07 | | 9673440070 | 07/03/07 | 4,800.00 |
| 38 | 321817 | 07/12/07 | 07/18/07 | 14,250.00 | 9673439070 | 07/03/07 | 4,650.00 |
| 39 | 322078 | 07/13/07 | 07/18/07 | | 9673421062 | 06/28/07 | 4,800.00 |
| 40 | 322078 | 07/13/07 | 07/18/07 | | 9673424062 | 06/29/07 | 4,800.00 |
| 41 | 322078 | 07/13/07 | 07/18/07 | | 7613931062 | 06/28/07 | 3,510.00 |
| 42 | 322078 | 07/13/07 | 07/18/07 | 13,920.00 | 7613885062 | 06/24/07 | 810.00 |
| 43 | 323294 | 07/20/07 | 07/24/07 | | 9673474071 | 07/11/07 | 4,583.16 |
| 44 | 323294 | 07/20/07 | 07/24/07 | 9,178.80 | 9673469070 | 07/09/07 | 4,365.99 |
| 45 | 323294 | 07/20/07 | 07/24/07 | | 9697277071 | 07/10/07 | 229.65 |
| 46 | 324830 | 07/23/07 | 07/26/07 | 963.00 | 7614150070 | 07/09/07 | 963.00 |
| | | | | $173,873.80 | | | $173,873.80 |