IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | : : : | Case No. 07-11047 (CSS) (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| BEAR STEARNS MORTGAGE CAPITAL CORP., BEAR STEARNS & CO. INC., BEAR STEARNS INTERNATIONAL LIMITED, and STRATEGIC MORTGAGE OPPORTUNITIES, REIT, INC., | : : : : : : | |
| Appellants, | : | |
| v. | : | Civ. Act. No. 08-925-JJF |
| AMERICAN HOME MORTGAGE INVESTMENT CORP., and AMERICAN HOME MORTGAGE ACCEPTANCE, INC., | : : : : | |
| Appellees. | : | |

FILED 2009 AUG -4 PM 3:51 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

**FINAL ORDER**

At Wilmington, this **31** day of July 2009, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the October 30, 2008 Order of the Bankruptcy Court is **AFFIRMED**.

[signature]
UNITED STATES DISTRICT JUDGE