AHM - Summary of Invoices Paid in the Preference Period
Vendor - HOMEBUYERS MARKETING, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305434 | 05/12/07 | 05/23/07 | $ 460,402.98 | APRIL PIPELINE | 05/01/07 | $ 460,402.98 |
| 2 | 305515 | 05/14/07 | 05/24/07 | | 5307MAF | 05/03/07 | 1,000.00 |
| 3 | 305515 | 05/14/07 | 05/24/07 | | 5307MAF | 05/03/07 | 500.00 |
| 4 | 305515 | 05/14/07 | 05/24/07 | | 5307MAF | 05/03/07 | 500.00 |
| 5 | 305515 | 05/14/07 | 05/24/07 | | 5307MAF | 05/03/07 | 500.00 |
| 6 | 305515 | 05/14/07 | 05/24/07 | | 5307MAF | 05/03/07 | 500.00 |
| 7 | 305515 | 05/14/07 | 05/24/07 | | 5307MAF | 05/03/07 | 500.00 |
| 8 | 305515 | 05/14/07 | 05/24/07 | | 5307MAF | 05/03/07 | 500.00 |
| 9 | 305515 | 05/14/07 | 05/24/07 | | 5307MAF | 05/03/07 | 500.00 |
| 10 | 305515 | 05/14/07 | 05/24/07 | | 5307MAF | 05/03/07 | 250.00 |
| 11 | 305515 | 05/14/07 | 05/24/07 | 5,000.00 | 5307MAF | 05/03/07 | 250.00 |
| 12 | 312797 | 06/08/07 | 06/21/07 | 471,501.24 | MAYPIPELINE | 05/01/07 | 471,501.24 |
| 13 | 314507 | 06/14/07 | 06/21/07 | | 6507MAF | 06/05/07 | 1,000.00 |
| 14 | 314507 | 06/14/07 | 06/21/07 | | 6507MAF | 06/05/07 | 1,000.00 |
| 15 | 314507 | 06/14/07 | 06/21/07 | | 6507MAF | 06/05/07 | 500.00 |
| 16 | 314507 | 06/14/07 | 06/21/07 | | 6507MAF | 06/05/07 | 500.00 |
| 17 | 314507 | 06/14/07 | 06/21/07 | | 6507MAF | 06/05/07 | 500.00 |
| 18 | 314507 | 06/14/07 | 06/21/07 | | 6507MAF | 06/05/07 | 500.00 |
| 19 | 314507 | 06/14/07 | 06/21/07 | | 6507MAF | 06/05/07 | 500.00 |
| 20 | 314507 | 06/14/07 | 06/21/07 | 5,000.00 | 6507MAF | 06/05/07 | 500.00 |
| | | | | $ 941,904.22 | | | $ 941,904.22 |