AHM - Summary of Invoices Paid in the Preference Period
Vendor - MORTGAGE GUARANTY INS. CO.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304089 | 05/07/07 | 05/10/07 | $ 180.86 | 1103269 | 05/07/07 | $ 180.86 |
| 2 | 304090 | 05/07/07 | 05/10/07 | 2,788.38 | 1148170 | 05/07/07 | 2,788.38 |
| 3 | 304091 | 05/07/07 | 05/10/07 | 254.44 | 1682459 | 05/07/07 | 254.44 |
| 4 | 304092 | 05/07/07 | 05/10/07 | 1,191.19 | 1655197 | 05/07/07 | 1,191.19 |
| 5 | 304093 | 05/07/07 | 05/10/07 | 28,913.19 | 1577880 | 05/07/07 | 28,913.19 |
| 6 | 304094 | 05/07/07 | 05/10/07 | 18,272.21 | 1691817 | 05/07/07 | 18,272.21 |
| 7 | 304095 | 05/07/07 | 05/10/07 | 14,567.67 | 1690240 | 05/07/07 | 14,567.67 |
| 8 | 304532 | 05/09/07 | 05/14/07 | 26,498.76 | 1647392 | 05/09/07 | 26,498.76 |
| 9 | 304533 | 05/09/07 | 05/14/07 | 26,944.87 | 16717852 | 05/09/07 | 26,944.87 |
| 10 | 304534 | 05/09/07 | 05/14/07 | 7,362.90 | 1720176 | 05/09/07 | 7,362.90 |
| 11 | 304784 | 05/10/07 | 05/14/07 | 5,255.65 | 872892 | 05/10/07 | 5,255.65 |
| 12 | 305947 | 05/15/07 | 05/18/07 | 22,985.76 | 1697441 | 05/15/07 | 22,985.76 |
| 13 | 306364 | 05/16/07 | 05/23/07 | 14,779.65 | 1689176 | 05/16/07 | 14,779.65 |
| 14 | 306765 | 05/17/07 | 05/24/07 | 1,524.63 | 1421873 | 05/17/07 | 1,524.63 |
| 15 | 306766 | 05/17/07 | 05/24/07 | 2,907.20 | 824780 | 05/17/07 | 2,907.20 |
| 16 | 307116 | 05/18/07 | 05/23/07 | 7,122.15 | 1712478 | 05/18/07 | 7,122.15 |
| 17 | 307117 | 05/18/07 | 05/23/07 | 19,366.36 | 1722460 | 05/18/07 | 19,366.36 |
| 18 | 307118 | 05/18/07 | 05/24/07 | 4,273.50 | 1601461 | 05/18/07 | 4,273.50 |
| 19 | 307499 | 05/21/07 | 05/24/07 | 559,529.86 | 719603 | 05/21/07 | 559,529.86 |
| 20 | 309465 | 05/24/07 | 06/01/07 | 9,698.69 | 854178 | 05/24/07 | 9,698.69 |
| 21 | 309466 | 05/24/07 | 06/01/07 | 639.47 | 1659173 | 05/24/07 | 639.47 |
| 22 | 309467 | 05/24/07 | 06/01/07 | 273.94 | 1689399 | 05/24/07 | 273.94 |
| 23 | 309468 | 05/24/07 | 06/01/07 | 1,094.09 | 1582873 | 05/24/07 | 1,094.09 |
| 24 | 309469 | 05/24/07 | 05/31/07 | 4,071.59 | 1232385 | 05/24/07 | 4,071.59 |
| 25 | 310063 | 05/29/07 | 06/01/07 | 13,249.65 | 1693994 | 05/29/07 | 13,249.65 |
| 26 | 311288 | 06/04/07 | 06/11/07 | 1,211.04 | 1725780/GULIAN | 06/04/07 | 1,211.04 |
| 27 | 311337 | 06/04/07 | 06/07/07 | 7,271.50 | 1711732 | 06/04/07 | 7,271.50 |
| 28 | 312567 | 06/07/07 | 06/14/07 | 38,743.83 | 1656296 | 06/07/07 | 38,743.83 |
| 29 | 312568 | 06/07/07 | 06/14/07 | 38,151.33 | 1595131 | 06/07/07 | 38,151.33 |
| 30 | 312569 | 06/07/07 | 06/14/07 | 33,661.51 | 1630878 | 06/07/07 | 33,661.51 |
| 31 | 312981 | 06/08/07 | 06/14/07 | 20,811.41 | 1718601 | 06/08/07 | 20,811.41 |
| 32 | 313734 | 06/12/07 | 06/18/07 | 313.98 | 1249180 | 06/12/07 | 313.98 |
| 33 | 313735 | 06/12/07 | 06/18/07 | 3,476.87 | 1300554 | 06/12/07 | 3,476.87 |
| 34 | 315715 | 06/20/07 | 06/25/07 | 3,972.60 | 1729146 | 06/20/07 | 3,972.60 |
| 35 | 317292 | 06/22/07 | 06/28/07 | 25,328.13 | 1759173 | 06/22/07 | 25,328.13 |
| 36 | 317899 | 06/26/07 | 07/02/07 | 54.16 | 1579769 | 06/26/07 | 54.16 |
| 37 | 317900 | 06/26/07 | 07/02/07 | 166.24 | 1712495 | 06/26/07 | 166.24 |
| 38 | 317901 | 06/26/07 | 07/03/07 | 5,537.25 | 1757347 | 06/26/07 | 5,537.25 |
| 39 | 318536 | 06/28/07 | 07/03/07 | 2,691.00 | 1781425 | 06/28/07 | 2,691.00 |
| 40 | 318537 | 06/28/07 | 07/02/07 | 506,555.81 | 1629032 | 06/28/07 | 506,555.81 |
| 41 | 319617 | 07/03/07 | 07/09/07 | 6.18 | 1725315 | 07/03/07 | 6.18 |
| 42 | 319618 | 07/03/07 | 07/11/07 | 244.39 | 24325199 | 07/03/07 | 244.39 |
| 43 | 319933 | 07/05/07 | 07/10/07 | 4,050.00 | 1757623 | 07/05/07 | 4,050.00 |
| 44 | 320627 | 07/09/07 | 07/11/07 | 8,651.39 | 1707503 | 07/09/07 | 8,651.39 |
| 45 | 322106 | 07/13/07 | 07/24/07 | 28,013.17 | 1707503 | 07/13/07 | 28,013.17 |
| 46 | 322959 | 07/18/07 | 07/23/07 | 775,796.96 | JUNE + PRIOR | 07/18/07 | 775,796.96 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - MORTGAGE GUARANTY INS. CO.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 47 | 323384 | 07/20/07 | 07/24/07 | 8,303.15 | 1289410 | 07/20/07 | 8,303.15 |
| 48 | 325477 | 07/25/07 | 08/01/07 | 15,405.31 | 1708638 | 07/25/07 | 15,405.31 |
|  |  |  |  | $ 2,322,163.87 |  |  | $ 2,322,163.87 |