AHM- Summary of Invoices Paid in the Preference Period
Vendor- OCWEN Federal Bank
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 297058 | 04/12/07 | 05/10/07 | 200.00 | 1713626/CRITLEN | 04/12/07 | 200.00 |
| 2 | 303498 | 05/03/07 | 05/08/07 | 38,792.72 | 1615183/PEACE | 05/03/07 | 38,792.72 |
|   |   |   |   | $ 38,992.72 |   |   | $ 38,992.72 |