IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
          Debtors.                                                     :
---------------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF DOCKET NO. 7335

PLEASE TAKE NOTICE THAT the undersigned hereby withdraws the Motion of American Home Mortgage Corp. for an Order, Pursuant to Sections 105, 363, 365 and 1146(a) of the Bankruptcy Code, (i) Authorizing the Sale of the Property Free and Clear of Liens, Claims, Encumbrances and Other Interests; (ii) Approving the Terms of the Purchase Agreement; (iii) Authorizing the Assumption and Assignment of and Transfer of the Debtors' Interests in Certain Real Property Leases; (iv) Authorizing the Exemption of the Sale form Stamp and Similar Taxes; and (v) Granting Related Relief filed on April 30, 2009.

Dated: Wilmington, Delaware     YOUNG CONAWAY STARGATT & TAYLOR, LLP
       August 6, 2009

                                /s/ Margaret Whiteman Greecher
                                Sean M. Beach (No. 4070)
                                Matthew B. Lunn (No. 4119)
                                Margaret Whiteman Greecher (No. 4652)
                                Patrick A. Jackson (No. 4976)
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                Wilmington, Delaware 19801
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253

                                Counsel for Debtors and Debtors in Possession