AHM- Summary of Invoices Paid in the Preference Period
Vendor- Tribune ND, Inc. f/k/a Newsday, Inc.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303518 | 05/03/07 | 05/08/07 | | 656310001 | 03/16/07 | $ 2,658.80 |
| 2 | 303518 | 05/03/07 | 05/08/07 | | 735682001 | 03/16/07 | 1,728.22 |
| 3 | 303518 | 05/03/07 | 05/08/07 | 6,115.24 | 656310002 | 03/18/07 | 1,728.22 |
| 4 | 304054 | 05/07/07 | 05/11/07 | | 609018001 | 03/02/07 | 2,658.80 |
| 5 | 304054 | 05/07/07 | 05/11/07 | | 686088001 | 03/23/07 | 2,658.80 |
| 6 | 304054 | 05/07/07 | 05/11/07 | | 609018002 | 03/04/07 | 1,728.22 |
| 7 | 304054 | 05/07/07 | 05/11/07 | | 634231001 | 03/11/07 | 1,728.22 |
| 8 | 304054 | 05/07/07 | 05/11/07 | 10,502.26 | 686088002 | 03/25/07 | 1,728.22 |
| 9 | 305326 | 05/12/07 | 05/17/07 | | 866608001 | 04/20/07 | 3,128.00 |
| 10 | 305326 | 05/12/07 | 05/17/07 | | 764286001 | 04/06/07 | 2,658.80 |
| 11 | 305326 | 05/12/07 | 05/17/07 | | 802955001 | 04/13/07 | 2,658.80 |
| 12 | 305326 | 05/12/07 | 05/17/07 | | 866608002 | 04/22/07 | 2,033.20 |
| 13 | 305326 | 05/12/07 | 05/17/07 | | 764286002 | 04/08/07 | 1,728.22 |
| 14 | 305326 | 05/12/07 | 05/17/07 | 13,935.24 | 802955002 | 04/15/07 | 1,728.22 |
| 15 | 306336 | 05/16/07 | 05/21/07 | | 924140001 | 04/27/07 | 3,128.00 |
| 16 | 306336 | 05/16/07 | 05/21/07 | | 990391001 | 05/04/07 | 2,658.80 |
| 17 | 306336 | 05/16/07 | 05/21/07 | | 924140002 | 04/28/07 | 2,033.20 |
| 18 | 306336 | 05/16/07 | 05/21/07 | 9,548.22 | 990391002 | 05/06/07 | 1,728.22 |
| 19 | 312442 | 06/07/07 | 06/14/07 | 3,128.00 | 97626001 | 05/20/07 | 3,128.00 |
| | | | | $ 43,228.96 | | | $ 43,228.96 |