IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :   Ref. No. 7600
---------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 7600**

       The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code for an Order Authorizing and Directing the Filing Under Seal the Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Motion") has been received.  The Court's docket which was last updated August 6, 2009, reflects that no objections to the Motion have been filed.  Objections to the Motion were to be filed and served no later than August 4, 2009 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       August 6, 2009

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ Margaret Whiteman Greecher
                        James L. Patton, Jr. (No. 2202)
                        Pauline K. Morgan (No. 3650)
                        Sean M. Beach (No. 4070)
                        Margaret Whiteman Greecher (No. 4652)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253

                        Counsel for Debtors and
                        Debtors in Possession