IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
         Debtors.                                                      :
                                                                       :   Ref. No. 7613
---------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 7613**

       The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation with AHM SPV II, LLC and Bank of America National Association, Successor by Merger to LaSalle Bank National Association, as Trustee, Resolving All Claims and Disputes Relating to the Broadhollow Property (the "Motion") has been received. The Court's docket which was last updated August 6, 2009, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than August 3, 2009 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
August 6, 2009

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ Margaret Whiteman Greecher
          James L. Patton, Jr. (No. 2202)
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Margaret Whiteman Greecher (No. 4652)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and
          Debtors in Possession