# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
    Debtors.                                        :
                                                                       :   **Ref. Docket Nos. 5181 & 6110**
---------------------------------------------------------------------- x

## NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS'
## THIRTEENTH OMNIBUS OBJECTION TO CLAIMS

PLEASE TAKE NOTICE that that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby partially withdraw the *Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 5181] solely with respect to the following proof of claim (the "Claim") without prejudice to the Debtors' right to object again (i) to the extent the amount asserted in the Claim exceeds the maximum amount allowable under the *Amended Plan of Liquidation of the Debtors Dated as of February 18, 2009* [D.I. 7029], as may be amended; (ii) to the extent the Claim is duplicative of another claim filed in these chapter 11 cases; and/or (iii) to the extent the Claim becomes subject to disallowance pursuant to 11 U.S.C. § 502(d):

| **Claimant Name** | **Claim Number** |
|---|---|
| Nomura Credit & Capital Co., Inc. | 9038 |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Dated: August 7, 2009
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

     /s/ Patrick A. Jackson
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession