**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al*., [1] | : | Case No. 07-11047 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re: Docket No. 7614** |
| | : | |

**CERTIFICATE OF NO OBJECTION TO APPLICATION FOR AN ORDER
AUTHORIZING THE *NUNC PRO TUNC* RETENTION AND EMPLOYMENT OF THE
RECEIVABLE MANAGEMENT SERVICES CORPORATION AS COLLECTIONS AGENT
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS [DKT. NO. 7614]**

I, *David W. Carickhoff*, hereby certify as follows:

1.  The Application for Authorization to Retain Receivable Management Services Corporation as Collections Agent for the Official Committee of Unsecured Creditors (the *"Application"*) was filed on July 15, 2009 and docketed at Docket Number 7614. Objections to the Application, if any, were to be filed and served on the undersigned on or before August 4, 2009.

2.  The undersigned certifies that he has caused a review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon and that he has not received any answer, objection or other responsive pleading to the Application.

---

1  The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21807383v.1

- 2 -

3. Accordingly, the undersigned respectfully requests that the Court enter an order approving the Application substantially in the form attached thereto at its earliest convenience.

Dated:   August 7, 2009

        BLANK ROME LLP

        */s/ David W. Carickhoff*
        Bonnie Glantz Fatell (No. 3809)
        David W. Carickhoff (No. 3715)
        1201 Market Street, Suite 800
        Wilmington, Delaware 19801
        Telephone:    (302) 425-6400
        Facsimile:    (302) 425-6464

        -and

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Mark T. Power
        488 Madison Avenue
        New York, New York 10022
        Telephone:    (212) 478-7200
        Facsimile:    (212) 478-7400

        *Counsel for the Official Committee of Unsecured Creditors*

- 2 -
128189.01600/21807383v.1