**<u>EXHIBIT C</u>**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|-----------:|-----------|
| 9/2/2008 | Schnitzer, Edward L | CAR | 10.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 18; DATE: 9/15/2008 |
| 9/2/2008 | Zawadzki, Jeffrey | CAR | 56.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 561069; DATE: 9/15/2008 |
| 9/3/2008 | Zawadzki, Jeffrey | CAR | 56.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 561069; DATE: 9/15/2008 |
| 9/8/2008 | Indelicato, Mark S | CAR | 116.54 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 103515; DATE: 9/16/2008 |
| 9/9/2008 | Schnitzer, Edward L | CAR | 11.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 18; DATE: 9/15/2008 |
| 9/9/2008 | Indelicato, Mark S | CAR | 116.28 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 103918; DATE: 9/23/2008 |
| 9/9/2008 | Zawadzki, Jeffrey | CAR | 56.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 562674; DATE: 9/30/2008 |
| 9/10/2008 | Zawadzki, Jeffrey | CAR | 56.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 562674; DATE: 9/30/2008 |
| 9/11/2008 | Zawadzki, Jeffrey | CAR | 56.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 562674; DATE: 9/30/2008 |
| 9/11/2008 | Smith, Jason | CAR | 65.28 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 562674; DATE: 9/30/2008 |
| 9/15/2008 | Schnitzer, Edward L | CAR | 10.00 | VENDOR: PETTY CASH; INVOICE#: 093001; DATE: 10/1/2008 |
| 9/17/2008 | Power, Mark | CAR | 8.00 | VENDOR: PETTY CASH; INVOICE#: 093001; DATE: 10/1/2008 |
| 9/17/2008 | Power, Mark | CAR | 17.00 | VENDOR: PETTY CASH; INVOICE#: 093001; DATE: 10/1/2008 |
| 9/19/2008 | Indelicato, Mark S | CAR | 120.36 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 103918; DATE: 9/23/2008 |
| 9/20/2008 | Schnitzer, Edward L | CAR | 19.00 | VENDOR: PETTY CASH; INVOICE#: 093001; DATE: 10/1/2008 |
| 9/22/2008 | Zawadzki, Jeffrey | CAR | 51.00 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 562674; DATE: 9/30/2008 |
| 9/25/2008 | Schnitzer, Edward L | CAR | 11.00 | VENDOR: PETTY CASH; INVOICE#: 093001; DATE: 10/1/2008 |
| | | | **835.96** | |
| 9/11/2008 | Tucker, Jason L. | COMP | 642.12 | VENDOR: Superior Glacier; INVOICE#: 541259; DATE: 9/11/2008 |
| 9/16/2008 | Goggin, Carla M. | COMP | 263.17 | VENDOR: INSIGHT; INVOICE#: 900882902; DATE: 9/16/2008 |
| 9/29/2008 | Tucker, Jason L. | COMP | 736.95 | VENDOR: Superior Glacier; INVOICE#: 541527; DATE: 9/29/2008 |
| 9/29/2008 | Tucker, Jason L. | COMP | 184.24 | VENDOR: Superior Glacier; INVOICE#: 541526; DATE: 9/29/2008 |
| 9/29/2008 | Tucker, Jason L. | COMP | 1,381.78 | VENDOR: Superior Glacier; INVOICE#: 541524; DATE: 9/29/2008 |
| 9/30/2008 | Tucker, Jason L. | COMP | 138.18 | VENDOR: Superior Glacier; INVOICE#: 541652; DATE: 9/30/2008 |

|  | | | **3,346.44** | |
|---|---|---|---|---|
| 9/11/2008 | Power, Mark | COUR | 21.20 | VENDOR: DELUXE DELIVERY SYSTEMS, INC.; INVOICE#: 073894; DATE: 9/14/2008 |
| 9/18/2008 | Tucker, Jason L. | COUR | 6.89 | VENDOR: DELUXE DELIVERY SYSTEMS, INC.; INVOICE#: 074456; DATE: 9/30/2008 |
|  | | | **28.09** | |
| 9/2/2008 | | DUPL | 0.20 | |
| 9/2/2008 | | DUPL | 0.30 | |
| 9/2/2008 | | DUPL | 0.30 | |
| 9/2/2008 | | DUPL | 0.20 | |
| 9/2/2008 | | DUPL | 1.30 | |
| 9/2/2008 | | DUPL | 1.90 | |
| 9/2/2008 | | DUPL | 0.10 | |
| 9/2/2008 | | DUPL | 0.50 | |
| 9/2/2008 | | DUPL | 0.20 | |
| 9/2/2008 | | DUPL | 0.20 | |
| 9/2/2008 | | DUPL | 0.30 | |
| 9/2/2008 | | DUPL | 1.20 | |
| 9/2/2008 | | DUPL | 0.60 | |
| 9/2/2008 | | DUPL | 0.20 | |
| 9/2/2008 | | DUPL | 0.20 | |
| 9/2/2008 | | DUPL | 0.50 | |
| 9/2/2008 | | DUPL | 0.90 | |
| 9/2/2008 | | DUPL | 0.30 | |
| 9/2/2008 | | DUPL | 0.10 | |
| 9/2/2008 | | DUPL | 0.20 | |
| 9/2/2008 | | DUPL | 1.60 | |
| 9/2/2008 | | DUPL | 1.20 | |
| 9/2/2008 | | DUPL | 0.10 | |
| 9/4/2008 | | DUPL | 0.30 | |
| 9/4/2008 | | DUPL | 0.30 | |
| 9/4/2008 | | DUPL | 0.80 | |
| 9/4/2008 | | DUPL | 0.10 | |
| 9/4/2008 | | DUPL | 0.20 | |
| 9/4/2008 | | DUPL | 0.40 | |
| 9/4/2008 | | DUPL | 1.70 | |
| 9/4/2008 | | DUPL | 3.20 | |
| 9/4/2008 | | DUPL | 0.40 | |
| 9/4/2008 | | DUPL | 1.60 | |
| 9/5/2008 | | DUPL | 1.30 | |
| 9/5/2008 | | DUPL | 0.10 | |
| 9/5/2008 | | DUPL | 0.50 | |
| 9/5/2008 | | DUPL | 4.70 | |
| 9/5/2008 | | DUPL | 0.20 | |
| 9/5/2008 | | DUPL | 0.60 | |
| 9/5/2008 | | DUPL | 0.10 | |
| 9/5/2008 | | DUPL | 0.10 | |
| 9/8/2008 | | DUPL | 1.70 | |
| 9/8/2008 | | DUPL | 0.20 | |

| | | |
|---|---|---|
| 9/8/2008 | DUPL | 0.10 |
| 9/8/2008 | DUPL | 0.70 |
| 9/8/2008 | DUPL | 1.50 |
| 9/8/2008 | DUPL | 0.20 |
| 9/8/2008 | DUPL | 0.20 |
| 9/8/2008 | DUPL | 0.10 |
| 9/8/2008 | DUPL | 0.20 |
| 9/8/2008 | DUPL | 0.50 |
| 9/8/2008 | DUPL | 1.90 |
| 9/8/2008 | DUPL | 0.30 |
| 9/8/2008 | DUPL | 1.40 |
| 9/8/2008 | DUPL | 0.30 |
| 9/8/2008 | DUPL | 0.10 |
| 9/8/2008 | DUPL | 0.10 |
| 9/8/2008 | DUPL | 1.60 |
| 9/8/2008 | DUPL | 0.30 |
| 9/8/2008 | DUPL | 0.40 |
| 9/8/2008 | DUPL | 0.40 |
| 9/8/2008 | DUPL | 4.00 |
| 9/8/2008 | DUPL | 214.60 |
| 9/8/2008 | DUPL | 79.20 |
| 9/8/2008 | DUPL | 89.20 |
| 9/8/2008 | DUPL | 0.20 |
| 9/9/2008 | DUPL | 0.10 |
| 9/9/2008 | DUPL | 0.30 |
| 9/9/2008 | DUPL | 3.30 |
| 9/9/2008 | DUPL | 1.30 |
| 9/9/2008 | DUPL | 0.10 |
| 9/9/2008 | DUPL | 0.10 |
| 9/9/2008 | DUPL | 0.10 |
| 9/9/2008 | DUPL | 15.60 |
| 9/9/2008 | DUPL | 0.30 |
| 9/9/2008 | DUPL | 3.90 |
| 9/9/2008 | DUPL | 1.20 |
| 9/9/2008 | DUPL | 1.30 |
| 9/9/2008 | DUPL | 1.10 |
| 9/9/2008 | DUPL | 0.90 |
| 9/9/2008 | DUPL | 0.10 |
| 9/9/2008 | DUPL | 0.30 |
| 9/9/2008 | DUPL | 0.10 |
| 9/9/2008 | DUPL | 0.20 |
| 9/9/2008 | DUPL | 0.20 |
| 9/9/2008 | DUPL | 0.20 |
| 9/9/2008 | DUPL | 0.30 |
| 9/9/2008 | DUPL | 0.30 |
| 9/9/2008 | DUPL | 0.30 |
| 9/9/2008 | DUPL | 0.30 |
| 9/9/2008 | DUPL | 0.30 |
| 9/9/2008 | DUPL | 0.30 |

| | | |
|---|---|---|
| 9/9/2008 | DUPL | 0.30 |
| 9/9/2008 | DUPL | 0.30 |
| 9/9/2008 | DUPL | 1.00 |
| 9/9/2008 | DUPL | 12.30 |
| 9/9/2008 | DUPL | 0.60 |
| 9/9/2008 | DUPL | 4.00 |
| 9/9/2008 | DUPL | 4.50 |
| 9/10/2008 | DUPL | 0.40 |
| 9/10/2008 | DUPL | 0.30 |
| 9/10/2008 | DUPL | 0.10 |
| 9/10/2008 | DUPL | 3.60 |
| 9/10/2008 | DUPL | 3.00 |
| 9/10/2008 | DUPL | 0.20 |
| 9/10/2008 | DUPL | 0.60 |
| 9/10/2008 | DUPL | 0.50 |
| 9/10/2008 | DUPL | 3.60 |
| 9/10/2008 | DUPL | 0.10 |
| 9/10/2008 | DUPL | 0.60 |
| 9/10/2008 | DUPL | 0.40 |
| 9/10/2008 | DUPL | 0.60 |
| 9/10/2008 | DUPL | 0.90 |
| 9/10/2008 | DUPL | 0.60 |
| 9/10/2008 | DUPL | 3.00 |
| 9/10/2008 | DUPL | 1.70 |
| 9/10/2008 | DUPL | 9.30 |
| 9/10/2008 | DUPL | 3.00 |
| 9/10/2008 | DUPL | 0.80 |
| 9/10/2008 | DUPL | 1.00 |
| 9/10/2008 | DUPL | 0.70 |
| 9/10/2008 | DUPL | 288.60 |
| 9/11/2008 | DUPL | 9.90 |
| 9/11/2008 | DUPL | 15.10 |
| 9/11/2008 | DUPL | 0.20 |
| 9/11/2008 | DUPL | 0.20 |
| 9/11/2008 | DUPL | 0.50 |
| 9/11/2008 | DUPL | 0.20 |
| 9/11/2008 | DUPL | 0.60 |
| 9/11/2008 | DUPL | 0.10 |
| 9/11/2008 | DUPL | 0.10 |
| 9/11/2008 | DUPL | 0.60 |
| 9/11/2008 | DUPL | 0.30 |
| 9/11/2008 | DUPL | 0.20 |
| 9/11/2008 | DUPL | 0.30 |
| 9/11/2008 | DUPL | 5.70 |
| 9/11/2008 | DUPL | 6.00 |
| 9/11/2008 | DUPL | 0.20 |
| 9/11/2008 | DUPL | 0.30 |
| 9/11/2008 | DUPL | 2.40 |
| 9/11/2008 | DUPL | 1.80 |

| | | |
|---|---|---|
| 9/11/2008 | DUPL | 0.60 |
| 9/11/2008 | DUPL | 3.60 |
| 9/11/2008 | DUPL | 5.10 |
| 9/11/2008 | DUPL | 0.20 |
| 9/12/2008 | DUPL | 0.30 |
| 9/12/2008 | DUPL | 0.20 |
| 9/12/2008 | DUPL | 0.80 |
| 9/12/2008 | DUPL | 1.00 |
| 9/12/2008 | DUPL | 0.10 |
| 9/12/2008 | DUPL | 1.80 |
| 9/12/2008 | DUPL | 0.80 |
| 9/12/2008 | DUPL | 0.90 |
| 9/12/2008 | DUPL | 0.10 |
| 9/12/2008 | DUPL | 1.90 |
| 9/12/2008 | DUPL | 0.20 |
| 9/12/2008 | DUPL | 0.10 |
| 9/12/2008 | DUPL | 0.40 |
| 9/12/2008 | DUPL | 0.10 |
| 9/12/2008 | DUPL | 0.10 |
| 9/12/2008 | DUPL | 0.10 |
| 9/12/2008 | DUPL | 0.10 |
| 9/12/2008 | DUPL | 0.10 |
| 9/12/2008 | DUPL | 0.10 |
| 9/12/2008 | DUPL | 0.10 |
| 9/12/2008 | DUPL | 0.20 |
| 9/12/2008 | DUPL | 0.30 |
| 9/12/2008 | DUPL | 1.00 |
| 9/12/2008 | DUPL | 0.20 |
| 9/12/2008 | DUPL | 8.50 |
| 9/12/2008 | DUPL | 3.10 |
| 9/12/2008 | DUPL | 1.80 |
| 9/12/2008 | DUPL | 2.70 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 0.40 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 0.20 |
| 9/15/2008 | DUPL | 0.40 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 0.70 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 0.20 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 0.20 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 1.20 |

| Date | Type | Amount |
|------|------|--------|
| 9/15/2008 | DUPL | 1.10 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 4.90 |
| 9/15/2008 | DUPL | 1.40 |
| 9/15/2008 | DUPL | 0.30 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 0.20 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 0.10 |
| 9/15/2008 | DUPL | 1.90 |
| 9/15/2008 | DUPL | 0.20 |
| 9/15/2008 | DUPL | 0.30 |
| 9/15/2008 | DUPL | 0.40 |
| 9/15/2008 | DUPL | 0.30 |
| 9/15/2008 | DUPL | 0.30 |
| 9/15/2008 | DUPL | 0.30 |
| 9/15/2008 | DUPL | 0.20 |
| 9/15/2008 | DUPL | 0.30 |
| 9/15/2008 | DUPL | 0.30 |
| 9/15/2008 | DUPL | 0.50 |
| 9/15/2008 | DUPL | 0.30 |
| 9/15/2008 | DUPL | 0.30 |
| 9/15/2008 | DUPL | 0.40 |
| 9/15/2008 | DUPL | 0.30 |
| 9/15/2008 | DUPL | 0.40 |
| 9/15/2008 | DUPL | 0.30 |
| 9/16/2008 | DUPL | 0.30 |
| 9/16/2008 | DUPL | 0.30 |
| 9/16/2008 | DUPL | 0.10 |
| 9/16/2008 | DUPL | 0.20 |
| 9/16/2008 | DUPL | 0.30 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.20 |
| 9/16/2008 | DUPL | 0.20 |
| 9/16/2008 | DUPL | 0.10 |

| | | |
|---|---|---|
| 9/16/2008 | DUPL | 0.10 |
| 9/16/2008 | DUPL | 0.10 |
| 9/16/2008 | DUPL | 0.90 |
| 9/16/2008 | DUPL | 0.20 |
| 9/16/2008 | DUPL | 0.20 |
| 9/16/2008 | DUPL | 0.20 |
| 9/16/2008 | DUPL | 0.30 |
| 9/16/2008 | DUPL | 0.80 |
| 9/16/2008 | DUPL | 0.20 |
| 9/16/2008 | DUPL | 0.80 |
| 9/16/2008 | DUPL | 0.20 |
| 9/16/2008 | DUPL | 0.20 |
| 9/16/2008 | DUPL | 0.10 |
| 9/16/2008 | DUPL | 0.20 |
| 9/16/2008 | DUPL | 0.20 |
| 9/16/2008 | DUPL | 0.70 |
| 9/16/2008 | DUPL | 0.30 |
| 9/16/2008 | DUPL | 48.50 |
| 9/17/2008 | DUPL | 0.10 |
| 9/17/2008 | DUPL | 0.50 |
| 9/17/2008 | DUPL | 0.50 |
| 9/17/2008 | DUPL | 3.50 |
| 9/17/2008 | DUPL | 0.50 |
| 9/17/2008 | DUPL | 0.10 |
| 9/17/2008 | DUPL | 0.40 |
| 9/17/2008 | DUPL | 0.40 |
| 9/17/2008 | DUPL | 0.40 |
| 9/17/2008 | DUPL | 2.60 |
| 9/17/2008 | DUPL | 0.30 |
| 9/17/2008 | DUPL | 0.20 |
| 9/17/2008 | DUPL | 0.40 |
| 9/17/2008 | DUPL | 2.60 |
| 9/17/2008 | DUPL | 0.70 |
| 9/17/2008 | DUPL | 0.20 |
| 9/17/2008 | DUPL | 0.70 |
| 9/17/2008 | DUPL | 2.30 |
| 9/17/2008 | DUPL | 4.20 |
| 9/17/2008 | DUPL | 4.20 |
| 9/18/2008 | DUPL | 0.90 |
| 9/18/2008 | DUPL | 0.90 |
| 9/18/2008 | DUPL | 0.20 |
| 9/18/2008 | DUPL | 0.20 |
| 9/18/2008 | DUPL | 0.10 |
| 9/18/2008 | DUPL | 76.90 |
| 9/22/2008 | DUPL | 0.40 |
| 9/22/2008 | DUPL | 0.20 |
| 9/22/2008 | DUPL | 1.80 |
| 9/22/2008 | DUPL | 1.60 |
| 9/22/2008 | DUPL | 0.30 |

| | | |
|---|---|---|
| 9/22/2008 | DUPL | 0.30 |
| 9/22/2008 | DUPL | 1.30 |
| 9/22/2008 | DUPL | 0.20 |
| 9/22/2008 | DUPL | 0.20 |
| 9/22/2008 | DUPL | 0.60 |
| 9/22/2008 | DUPL | 0.60 |
| 9/22/2008 | DUPL | 0.60 |
| 9/22/2008 | DUPL | 1.60 |
| 9/22/2008 | DUPL | 0.20 |
| 9/22/2008 | DUPL | 0.20 |
| 9/22/2008 | DUPL | 3.30 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.30 |
| 9/23/2008 | DUPL | 6.50 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.60 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.50 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.30 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.30 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.30 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.40 |
| 9/23/2008 | DUPL | 0.10 |

| | | |
|---|---|---|
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 6.00 |
| 9/23/2008 | DUPL | 1.10 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.10 |
| 9/23/2008 | DUPL | 0.40 |
| 9/23/2008 | DUPL | 12.50 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.20 |
| 9/23/2008 | DUPL | 0.70 |
| 9/23/2008 | DUPL | 1.10 |
| 9/23/2008 | DUPL | 0.40 |
| 9/23/2008 | DUPL | 1.20 |
| 9/23/2008 | DUPL | 0.40 |
| 9/23/2008 | DUPL | 0.30 |
| 9/23/2008 | DUPL | 0.30 |
| 9/24/2008 | DUPL | 0.70 |
| 9/24/2008 | DUPL | 0.10 |
| 9/24/2008 | DUPL | 0.10 |
| 9/24/2008 | DUPL | 2.40 |
| 9/24/2008 | DUPL | 0.10 |
| 9/25/2008 | DUPL | 1.00 |
| 9/25/2008 | DUPL | 0.40 |
| 9/25/2008 | DUPL | 2.60 |
| 9/25/2008 | DUPL | 0.10 |
| 9/25/2008 | DUPL | 0.40 |
| 9/25/2008 | DUPL | 0.20 |
| 9/25/2008 | DUPL | 0.10 |
| 9/25/2008 | DUPL | 1.20 |
| 9/25/2008 | DUPL | 0.30 |
| 9/25/2008 | DUPL | 0.10 |
| 9/25/2008 | DUPL | 0.10 |
| 9/25/2008 | DUPL | 0.10 |
| 9/25/2008 | DUPL | 0.10 |
| 9/25/2008 | DUPL | 0.20 |
| 9/25/2008 | DUPL | 0.30 |
| 9/25/2008 | DUPL | 0.20 |
| 9/25/2008 | DUPL | 0.10 |
| 9/25/2008 | DUPL | 0.10 |
| 9/25/2008 | DUPL | 0.30 |

| | | |
|---|---|---|
| 9/25/2008 | DUPL | 0.30 |
| 9/26/2008 | DUPL | 0.40 |
| 9/26/2008 | DUPL | 0.20 |
| 9/26/2008 | DUPL | 0.30 |
| 9/26/2008 | DUPL | 0.10 |
| 9/26/2008 | DUPL | 0.30 |
| 9/26/2008 | DUPL | 0.10 |
| 9/26/2008 | DUPL | 0.30 |
| 9/26/2008 | DUPL | 0.30 |
| 9/26/2008 | DUPL | 14.60 |
| 9/26/2008 | DUPL | 0.20 |
| 9/26/2008 | DUPL | 0.20 |
| 9/26/2008 | DUPL | 0.10 |
| 9/26/2008 | DUPL | 0.10 |
| 9/26/2008 | DUPL | 11.30 |
| 9/26/2008 | DUPL | 0.30 |
| 9/26/2008 | DUPL | 0.30 |
| 9/29/2008 | DUPL | 30.80 |
| 9/29/2008 | DUPL | 15.40 |
| 9/29/2008 | DUPL | 0.20 |
| 9/29/2008 | DUPL | 0.20 |
| 9/29/2008 | DUPL | 0.20 |
| 9/29/2008 | DUPL | 0.40 |
| 9/29/2008 | DUPL | 0.10 |
| 9/29/2008 | DUPL | 11.60 |
| 9/29/2008 | DUPL | 0.20 |
| 9/29/2008 | DUPL | 0.40 |
| 9/29/2008 | DUPL | 0.30 |
| 9/29/2008 | DUPL | 15.40 |
| 9/29/2008 | DUPL | 15.00 |
| 9/29/2008 | DUPL | 0.20 |
| 9/29/2008 | DUPL | 11.60 |
| 9/29/2008 | DUPL | 11.10 |
| 9/29/2008 | DUPL | 0.10 |
| 9/29/2008 | DUPL | 1.20 |
| 9/29/2008 | DUPL | 0.10 |
| 9/29/2008 | DUPL | 0.10 |
| 9/29/2008 | DUPL | 0.20 |
| 9/29/2008 | DUPL | 0.20 |
| 9/29/2008 | DUPL | 0.10 |
| 9/29/2008 | DUPL | 0.30 |
| 9/29/2008 | DUPL | 0.50 |
| 9/29/2008 | DUPL | 0.50 |
| 9/29/2008 | DUPL | 0.30 |
| 9/29/2008 | DUPL | 0.50 |
| 9/29/2008 | DUPL | 0.50 |
| 9/29/2008 | DUPL | 0.30 |
| 9/29/2008 | DUPL | 0.10 |
| 9/29/2008 | DUPL | 0.10 |

| | | | |
|---|---|---|---|
| 9/29/2008 | | DUPL | 0.30 |
| 9/29/2008 | | DUPL | 0.10 |
| 9/29/2008 | | DUPL | 0.10 |
| 9/29/2008 | | DUPL | 0.10 |
| 9/29/2008 | | DUPL | 0.30 |
| 9/29/2008 | | DUPL | 0.20 |
| 9/29/2008 | | DUPL | 0.20 |
| 9/29/2008 | | DUPL | 0.30 |
| 9/29/2008 | | DUPL | 0.20 |
| 9/29/2008 | | DUPL | 0.20 |
| 9/29/2008 | | DUPL | 0.10 |
| 9/29/2008 | | DUPL | 0.30 |
| 9/29/2008 | | DUPL | 0.20 |
| 9/29/2008 | | DUPL | 0.20 |
| 9/30/2008 | | DUPL | 0.20 |
| 9/30/2008 | | DUPL | 0.30 |
| 9/30/2008 | | DUPL | 0.20 |
| 9/30/2008 | | DUPL | 0.30 |
| 9/30/2008 | | DUPL | 0.20 |
| 9/30/2008 | | DUPL | 0.20 |
| 9/30/2008 | | DUPL | 2.20 |
| 9/30/2008 | | DUPL | 0.20 |
| 9/30/2008 | | DUPL | 0.20 |
| 9/30/2008 | | DUPL | 0.20 |
| 9/30/2008 | | DUPL | 0.10 |
| 9/30/2008 | | DUPL | 0.10 |
| 9/30/2008 | | DUPL | 0.10 |
| 9/30/2008 | | DUPL | 0.30 |
| 9/30/2008 | | DUPL | 0.30 |
| 9/30/2008 | | DUPL | 0.30 |
| 9/30/2008 | | DUPL | 0.20 |
| 9/30/2008 | | DUPL | 0.20 |
| 9/30/2008 | | DUPL | 0.10 |
| 9/30/2008 | | DUPL | 4.00 |
| | | | **1,303.10** |
| 9/26/2008 | Malatak, Robert J. | FAX | **4.00** |
| 9/8/2008 | Keary, Emmet | LEXI | 357.48 | VENDOR: LEXIS - NEXIS; INVOICE#: 0809031274; DATE: 9/30/2008 |
| 9/10/2008 | Keary, Emmet | LEXI | 290.00 | VENDOR: LEXIS - NEXIS; INVOICE#: 0809031274; DATE: 9/30/2008 |
| 9/19/2008 | Zawadzki, Jeffrey | LEXI | 53.97 | VENDOR: LEXIS - NEXIS; INVOICE#: 0809031274; DATE: 9/30/2008 |
| 9/25/2008 | Schnitzer, Edward L | LEXI | 64.65 | VENDOR: LEXIS - NEXIS; INVOICE#: 0809031274; DATE: 9/30/2008 |
| | | | **766.10** |
| 9/2/2008 | Keary, Emmet | MEAL | 11.88 | VENDOR: EMMET KEARY; INVOICE#: 25; DATE: 9/8/2008 |

| Date | Name | Type | Amount | Vendor Info |
|------|------|------|--------|-------------|
| 9/2/2008 | Zawadzki, Jeffrey | MEAL | 24.22 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 393996; DATE: 9/7/2008 |
| 9/2/2008 | Keary, Emmet | MEAL | 34.97 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 393996; DATE: 9/7/2008 |
| 9/4/2008 | Indelicato, Mark S | MEAL | 16.31 | VENDOR: INDELICATO; INVOICE#: 21; DATE: 9/29/2008 |
| 9/5/2008 | Indelicato, Mark S | MEAL | 12.65 | VENDOR: INDELICATO; INVOICE#: 21; DATE: 9/29/2008 |
| 9/8/2008 | Keary, Emmet | MEAL | 16.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 395009; DATE: 9/14/2008 |
| 9/9/2008 | Schnitzer, Edward L | MEAL | 13.15 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 395009; DATE: 9/14/2008 |
| 9/9/2008 | Zawadzki, Jeffrey | MEAL | 24.22 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 395009; DATE: 9/14/2008 |
| 9/10/2008 | Zawadzki, Jeffrey | MEAL | 23.10 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 395009; DATE: 9/14/2008 |
| 9/19/2008 | Indelicato, Mark S | MEAL | 307.85 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 400628; DATE: 9/21/2008 |
| 9/21/2008 | Kang, Christina | MEAL | 15.80 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 400628; DATE: 9/21/2008 |
| 9/22/2008 | Zawadzki, Jeffrey | MEAL | 21.44 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 401823; DATE: 9/28/2008 |
| 9/23/2008 | Schnitzer, Edward L | MEAL | 30.01 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 401823; DATE: 9/28/2008 |
| 9/24/2008 | Schnitzer, Edward L | MEAL | 23.10 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 401823; DATE: 9/28/2008 |
| 9/26/2008 | Indelicato, Mark S | MEAL | 10.77 | VENDOR: INDELICATO; INVOICE#: 23; DATE: 10/27/2008 |
| 9/29/2008 | Keary, Emmet | MEAL | 34.97 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 408908; DATE: 10/5/2008 |
| 9/29/2008 | Smith, Jason | MEAL | 22.89 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 408908; DATE: 10/5/2008 |
| 9/29/2008 | Keary, Emmet | MEAL | 14.08 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 408908; DATE: 10/5/2008 |

| Date | Name | Type | Amount | Vendor/Invoice |
|---|---|---|---|---|
| 9/29/2008 | Janice O'Kane | MEAL | 25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 408908; DATE: 10/5/2008 |
| 9/29/2008 | Indelicato, Mark S | MEAL | 11.97 | VENDOR: INDELICATO; INVOICE#: 23; DATE: 10/27/2008 |
| 9/30/2008 | Keary, Emmet | MEAL | 12.03 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 408908; DATE: 10/5/2008 |
| 9/30/2008 | Indelicato, Mark S | MEAL | 13.33 | VENDOR: INDELICATO; INVOICE#: 23; DATE: 10/27/2008 |
| | | | **720.62** | |
| 9/15/2008 | Tucker, Jason L. | OSPRTG | 42.07 | VENDOR: Superior Glacier; INVOICE#: 541295; DATE: 9/15/2008 |
| 9/1/2008 | Power, Mark | SEAR | 21.44 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/2/2008 | Power, Mark | SEAR | 123.20 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/5/2008 | Power, Mark | SEAR | 0.80 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/11/2008 | Power, Mark | SEAR | 3.36 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/12/2008 | Power, Mark | SEAR | 4.80 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/25/2008 | Power, Mark | SEAR | 49.84 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/26/2008 | Power, Mark | SEAR | 2.56 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/29/2008 | Power, Mark | SEAR | 7.44 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/29/2008 | Power, Mark | SEAR | 16.56 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/29/2008 | Power, Mark | SEAR | 99.20 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/30/2008 | Power, Mark | SEAR | 2.56 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/30/2008 | Power, Mark | SEAR | 687.52 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/30/2008 | Power, Mark | SEAR | 34.88 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/30/2008 | Power, Mark | SEAR | 8.48 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| 9/30/2008 | Power, Mark | SEAR | 97.52 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10032008; DATE: 9/30/2008 |
| | | | **1,160.16** | |
| 9/2/2008 | Schnitzer, Edward L | TELE | 0.25 | 13025716630; 1 Mins. |
| 9/2/2008 | Zawadzki, Jeffrey | TELE | 0.75 | 13025716557; 3 Mins. |
| 9/2/2008 | Keary, Emmet | TELE | 1.75 | 13236508999; 7 Mins. |
| 9/2/2008 | Keary, Emmet | TELE | 0.50 | 13025716646; 2 Mins. |

| Date | Name | Type | Amount | Description |
|------|------|------|--------|-------------|
| 9/2/2008 | Zawadzki, Jeffrey | TELE | 0.25 | 13025716557; 1 Mins. |
| 9/2/2008 | Schnitzer, Edward L | TELE | 1.00 | 13025716630; 4 Mins. |
| 9/2/2008 | Keary, Emmet | TELE | 0.50 | 13056953264; 2 Mins. |
| 9/3/2008 | Zawadzki, Jeffrey | TELE | 1.25 | 13025716623; 5 Mins. |
| 9/8/2008 | Keary, Emmet | TELE | 0.25 | 13057745800; 1 Mins. |
| 9/8/2008 | Keary, Emmet | TELE | 0.25 | 16176699100; 1 Mins. |
| 9/15/2008 | Keary, Emmet | TELE | 0.50 | 12252930095; 2 Mins. |
| 9/15/2008 | Keary, Emmet | TELE | 6.00 | 16417153840; 24 Mins. |
| 9/18/2008 | Graziano, Marlena N | TELE | 0.25 | 16506929100; 1 Mins. |
| 9/22/2008 | Schnitzer, Edward L | TELE | 0.25 | 13025716646; 1 Mins. |
| 9/22/2008 | Zawadzki, Jeffrey | TELE | 1.00 | 13025716676; 4 Mins. |
| 9/25/2008 | Schnitzer, Edward L | TELE | 0.25 | 13025716753; 1 Mins. |
| 9/25/2008 | Schnitzer, Edward L | TELE | 1.50 | 13025716753; 6 Mins. |
| 9/26/2008 | Schnitzer, Edward L | TELE | 0.25 | 13025716621; 1 Mins. |
| | | | **16.75** | |
| 9/4/2008 | Keary, Emmet | TELE | 78.09 | VENDOR: AMERICAN EXPRESS; INVOICE#: 1101; DATE: 10/31/2008 |
| 9/4/2008 | Zawadzki, Jeffrey | TELE | 5.86 | VENDOR: AMERICAN EXPRESS; INVOICE#: 1101; DATE: 10/31/2008 |
| 9/5/2008 | Zawadzki, Jeffrey | TELE | 12.92 | VENDOR: AMERICAN EXPRESS; INVOICE#: 1101; DATE: 10/31/2008 |
| 9/15/2008 | Indelicato, Mark S | TELE | 25.00 | VENDOR: INDELICATO; INVOICE#: 21; DATE: 9/29/2008 |
| | | | **121.87** | |
| 9/13/2008 | Indelicato, Mark S | TRAV | 233.00 | VENDOR: INDELICATO; INVOICE#: 21; DATE: 9/29/2008 |
| 9/20/2008 | Zawadzki, Jeffrey | TRAV | 459.00 | VENDOR: INDELICATO; INVOICE#: 23; DATE: 10/27/2008 |
| | | | **692.00** | |
| Total: | | | **$ 9,037.16** | |