# EXHIBIT II

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
          Debtors.                                                     :
                                                                       :   **Ref. Docket No. _____**
---------------------------------------------------------------------- x

**ORDER SUSTAINING DEBTORS' FORTIETH OMNIBUS (NON-
SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION
502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003
AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Fortieth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, D, and E; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that, the Disputed Claims identified on the attached <u>Exhibits A</u>, <u>B</u>, <u>D</u> and <u>E</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Wrong Debtor Claims identified on the attached <u>Exhibit C</u> are hereby reassigned to the New Case Numbers listed in <u>Exhibit C</u>; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      August ___, 2009

                                          CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Exhibit A**

**Duplicative Claims**

| Name/Address of Claimant | Objectionable Claims ||||| Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10594 | 12/9/08 | 07-11047 | $4,427.08 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,427.08 (T) | 10591 | 12/11/08 | 07-11047 | $4,427.08 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,427.08 (T) |
| LAVAN, EILEEN M<br>165 CROWELL STREET<br>HEMPSTEAD, NY 11550 | 10710 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$6,041.25 (P)<br>- (U)<br>$6,041.25 (T) | 4052 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$6,041.25 (P)<br>- (U)<br>$6,041.25 (T) |
| **Totals:** | 2 Claims | | | $4,427.08 (S)<br>- (A)<br>$6,041.25 (P)<br>- (U)<br>$10,468.33 (T) | | | | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 2904 | 11/20/07 | 07-11047 | $5,083.50 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,083.50 (T) | 10374 | 4/29/08 | 07-11047 | $1,813.51 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,813.51 (T) |
| MARTIN COUNTY, FLORIDA<br>LARRY C. O'STEEN<br>MARTIN COUNTY TAX COLLECTOR<br>3485 SE WILLOUGHBY BLVD.<br>STUART, FL 34994 | 2104 | 11/13/07 | 07-11051 | $1,516.15 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,516.15 (T) | 2884 | 11/14/07 | 07-11051 | $1,516.15 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,516.15 (T) |
| PHELAN HALLINAN & SCHMIEG, LLP<br>ATTN JUDITH T ROMANO, ESQUIRE<br>1617 JOHN F KENNEDY BLVD<br>SUITE 1400<br>PHILADELPHIA, PA 19103 | 2959 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$7,370.44 (U)<br>$7,370.44 (T) | 5560 | 12/14/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$10,419.00 (U)<br>$10,419.00 (T) |
| Totals: | 3 Claims | | | $6,599.65 (S)<br>- (A)<br>- (P)<br>$7,370.44 (U)<br>$13,970.09 (T) | | | | $3,329.66 (S)<br>- (A)<br>- (P)<br>$10,419.00 (U)<br>$13,748.66 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Exhibit C**

**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| AMERICAN EXPRESS BANK, FSB<br>ATTN, SANRDA K CURTIN, ESQ<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 5255 | 12/11/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$198,933.87 (U)<br>$198,933.87 (T) | 07-11051 |
| ZINTER, CONNIE L<br>2149 N 128TH ST<br>SEATTLE, WA 98133 | 2488 | 11/19/07 | No Case | - (S)<br>- (A)<br>$1,012.50 (P)<br>- (U)<br>$1,012.50 (T) | 07-11051 |
| **Totals:** | 2 Claims | | | - (S)<br>- (A)<br>$1,012.50 (P)<br>$198,933.87 (U)<br>$199,946.37 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Exhibit D**

**Satisfied Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 37 | 8/21/07 | 07-11050 | $3,862.04 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,862.04 (T) | Claim relates to unpaid real estate taxes for the years 2006 and 2007. Debtor paid the 2006 taxes in August 2007 and the 2007 taxes in December 2007. Debtor verified payment of these taxes on the Tarrant County website. |
| Totals: | 1 Claim | | | $3,862.04 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,862.04 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Late Filed Claims

| Name/Address of Claimant | Objectionable Claims ||||| 
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
| ADAMS COUNTY TREASURER<br>450 S 4TH AVENUE<br>BRIGHTON, CO 80601 | 10721 | 5/19/09 | 07-11047 | $4,457.77 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,457.77 (T) | 2/4/2008 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O ELENA P. LAZAROU, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | 10172 | 4/2/08 | 07-11047 | $1,003.75 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,003.75 (T) | 1/11/2008 |
| KEY EQUIPMENT FINANCE, INC.<br>ATTN RITA ROBLES<br>1000 S. MCCASLIN BLVD<br>SUPERIOR, CO 80027 | 9626 | 1/15/08 | 07-11047 | $34,626.96 (S)<br>- (A)<br>- (P)<br>- (U)<br>$34,626.96 (T) | 1/11/2008 |
| Totals: | 3 Claims | | | $40,088.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$40,088.48 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.