# EXHIBIT III

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              :    Jointly Administered
                                                              :
         Debtors.                                             :    Ref. Docket No. _____
------------------------------------------------------------ x
```

## ORDER SUSTAINING DEBTORS' FORTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the forty-first omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, D, E, F, G, and H; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A and H are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit B is hereby modified to the dollar values listed under the column titled "Modified Amount" in Exhibit B; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit C are hereby reclassified to the priority levels indicated in the column titled "Reclassified Amount" in set forth in Exhibit C; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit D is hereby (i) reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit D; and (ii) reassigned to the case number listed under the column titled "New Case Number" in Exhibit D; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit E is hereby (i) modified to the dollar values under the column titled "Modified Amount" in Exhibit E; and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit E; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit F is hereby (i) modified to the dollar values under the column titled "Modified Amount" in Exhibit F; and (ii) reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit F; and it is further

2

ORDERED that the Disputed Claim identified on the attached Exhibit G is hereby (i) modified to the dollar values under the column titled "Modified Amount" in Exhibit G; (ii) reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit G; and (iii) reassigned to the case number listed under the column titled "New Case Number" in Exhibit G; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      August ___, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

# EXHIBIT A

## Exhibit A

### No Liability Claims

| Name/Address of Claimant | Objectionable Claims | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| FISHMAN, BRIAN<br>1695 PARTAGE PASS<br>DEERFIELD, IL 60015 | 1305 | 9/28/07 | 07-11051 | $10,835.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$10,835.09 (T) | Claim relates to unpaid commissions for July 2007. Commissions for July were paid on 8/7/07 pursuant to claimant's commission plan and claimant received $9,938.78 in his paycheck issued on that date. Per Debtor's books and records, amounts claimed do not reflect the amounts claimant was entitled to, and received, on 8/7/07. |
| FRANKLIN COUNTY, OHIO TREASURER<br>373 S HIGH ST, 17TH FLOOR<br>COLUMBUS, OH 43215 | 10712 | 5/11/09 | 07-11050 | $8,126.57 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,126.57 (T) | Claim relates to 2008 and 2009 real estate taxes for five parcels. Debtor does not have an interest in the properties for the claimed tax years as AHMSI was sold in November 2007. |
| HOFFMAN, DANIEL F.<br>2456 GREENRIDGE DRIVE<br>MEDFORD, OR 97504 | 10139 | 3/24/08 | No Case | $279,634.90 (S)<br>- (A)<br>- (P)<br>- (U)<br>$279,634.90 (T) | The Claim appears to assert amounts owing to the Debtors, not amounts□owing to the Claimant. The Debtors believe that the claim was filed□based on a misunderstanding of the Bar Date Notice. The Debtors have□reviewed their books and records and have determined no independent□basis for liability. The Debtors have not received any responses to□correspondence to the Claimant seeking additional information regarding□the basis of the Claim.□ |
| LA COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 10726 | 6/22/09 | 07-11047 | $292,044.76 (S)<br>- (A)<br>- (P)<br>- (U)<br>$292,044.76 (T) | Claim relates to 2005, 2006, 2007 and 2008 real estate taxes for 77 parcels. As per the Debtors' books and records the real estate taxes for the parcels are not the Debtors' responsibility to pay as the loans have been either been sold, escrows were waived and are the borrower's responsibility to pay or Debtor no longer has an interest in the properties for the claimed tax years as AHMSI was sold in November 2007. |
| OAKLAND COUNTY TREASURER<br>ATTN DIANE L ROARK, DEPUTY TREASURER<br>1200 N TELEGRAPH ROAD<br>DEPARTMENT 479<br>PONTIAC, MI 48341 | 10559 | 10/2/08 | 07-11047 | $29,049.59 (S)<br>- (A)<br>- (P)<br>- (U)<br>$29,049.59 (T) | Claim relates to unpaid real estate and personal property taxes. Modified to match the Debtors' books and records for the outstanding 2007 personal property taxes. All other taxes have been paid. Amounts asserted are the same as those contained in claim 1078, which was reduced and allowed in the amount of $171.66 by order of this Court on 7/17/2009 (D.I. 7544). |
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 10420 | 6/17/08 | 07-11052 | - (S)<br>$1,749.67 (A)<br>- (P)<br>- (U)<br>$1,749.67 (T) | A tax return was filed and claimant was paid the $1600.00 owed on 7/17/09. The check numbers for this payment are 337067 and 337068. Each check was in the amount of $800. |

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WILKINSON, FAITH C<br>8775 CELESTE RD<br>SARALAND, AL 36571 | 8025 | 1/9/08 | 07-11051 | $1,529.37 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,529.37 (T) | Claim relates to an expense report in the amount of $1,529.37. Debtor satisfied $129.35 and has no liability for the balance. The approved portion of the expense report was $129.35 and was paid to the employee on 9/10/07. The difference of $1,400.02 was rejected because it was for non-reimburseable and non-allowable items. |

**Totals:**            7 Claims

$621,220.28 (S)
$1,749.67 (A)
- (P)
- (U)
$622,969.95 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

**Modified Amount Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | | | **Objectionable Claim** | | | |
| KING COUNTY, WASHINGTON<br>KING COUNTY<br>LINDA CRANE NELSEN<br>500 FOURTH AVE.<br>SEATTLE, WA 98104 - 15 | 10143 | 3/25/08 | 07-11051 | $5,113.63 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,113.63 (T) | $1,704.84 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,704.84 (T) | Claim relates to personal property taxes and real estate taxes. Debtor's books and records reflect that the personal property taxes are still outstanding. Payment of the other real estate taxes was verified on the Kings County website. |
| **Totals:** | 1 Claim | | | $5,113.63 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,113.63 (T) | $1,704.84 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,704.84 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| | | | | **Objectionable Claims** | | |
| GARCIA, NICOLE<br>2759 N JERUSALEM RD<br>EAST MEADOW, NY 11554 | 971 | 9/18/07 | 07-11054 | $1,422.75 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,422.75 (T) | - (S)<br>- (A)<br>$1,422.75 (P)<br>- (U)<br>$1,422.75 (T) | Claim relates to payout of unused vacation time and is entitled to priority pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SAPRE, PRAVIN<br>47805 RED RUN DR<br>CANTON, MI 48187 | 6684 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$18,097.92 (P)<br>$18,097.92 (U)<br>$18,097.92 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,147.92 (U)<br>$18,097.92 (T) | Claim relates to 4 weeks of pay and unpaid expenses due under claimant's employment contract. Pursuant to section 507(a)(4) of the Bankruptcy Code the claim will be reclassified to $10,950.00 unsecured priority and the remainder of $7147.92 will be reclassified to unsecured nonpriority. |
| Totals: | 2 Claims | | | $1,422.75 (S)<br>- (A)<br>$18,097.92 (P)<br>- (U)<br>$19,520.67 (T) | - (S)<br>- (A)<br>$12,372.75 (P)<br>$7,147.92 (U)<br>$19,520.67 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Reclassified Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claim — Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| CORPORATE CENTER V, L.L.C. BY: AMERICAN NEVADA COMPANY LLC ATTN: PHILIP N. RALSTON, EXEC. VP/TRES. 901 NORTH GREEN VALLEY PARKWAY, STE 200 HENDERSON, NV 89074 | 8775 | 1/11/08 | 07-11047 | $10,734.00 (S) - (A) - (P) - (U) $10,734.00 (T) | 07-11051 | - (S) - (A) - (P) $10,734.00 (U) $10,734.00 (T) | Claim relates to unpaid payments owed claimant pursuant to a promissory note executed in connection with the rental of a branch office from claimant. The claim will be reclassified to unsecured nonpriority. |
| **Totals:** | 1 Claim | | | $10,734.00 (S) - (A) - (P) - (U) $10,734.00 (T) | | - (S) - (A) - (P) $10,734.00 (U) $10,734.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Modified Amount Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | — Objectionable Claim — | | | | |
| BOWLES, PIERRE L.<br>137 HOUSTON CT<br>GRIFFIN, GA  302249595 | 1075 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$4,500.00 (P)<br>- (U)<br>$4,500.00 (T) | 07-11051 | - (S)<br>- (A)<br>$3,412.50 (P)<br>- (U)<br>$3,412.50 (T) | Claim relates to unpaid commission for a loan. Pursuant to claimant's commission plan, claimant is entitled to 50% of fees received by the Debtor. Debtor received $6825 in fees according to its books and records, and the claim is therefore modified to $3,412.50. |

—— Objectionable Claim ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BOWMAN, MONICA<br>PO BOX 1288<br>SANTA CRUZ, CA 95061 | 1420 | 10/4/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$28,507.31 (U)<br>$39,457.31 (T) | 07-11051 | - (S)<br>- (A)<br>$825.00 (P)<br>- (U)<br>$825.00 (T) | Claim relates to unwarranted payroll reversal, payroll deductions, 2006-2007 loan officer ("LO") deductions, appraisal deductions and unpaid commissions. Regarding payroll reversal, on 5/10/07 the employee was paid $5485.95 and $8488.60 via direct deposit. She was entitled to pay in the amount of $5,485.95 but the $8488.60 was a wire error and was therefore immediately reversed. Regarding payroll deductions, claimant was reimbursed on 7/13/07 for the deductions related to Lisa Turner - those deductions were made in error. Regarding the LO deductions, claimant is not entitled to reimbursement for amounts deducted in 2006 and 2007.  An LO deduction is generally for marketing materials that are not reimbursable and are listed on the pay stub as an LO Deduction to adjust the gross income. Regarding the appraisal deductions, Debtor agrees that the employee is entitled to reimbursement in the amount of $825.00. Regarding the commissions, the commission on the claimed loans was paid in claimant's paychecks dated 12/22/06, 7/25/07 and 8/10/07. No other commission is outstanding. |
| JEFFERSON COUNTY TREASURER<br>ATTN: DAVE VILLANO, DEPUTY TREASURER<br>100 JEFFERSON COUNTY PARKWAY<br>GOLDEN, CO 80419 | 10439 | 7/22/08 | 07-11047 | - (S)<br>- (A)<br>$1,529.74 (P)<br>- (U)<br>$1,529.74 (T) | 07-11051 | - (S)<br>- (A)<br>$1,067.70 (P)<br>- (U)<br>$1,067.70 (T) | Claim relates to 2007 personal property taxes. Modified to match the tax bill attached to claimant's proof of claim. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA, FL 34478-0970 | 10684 | 3/9/09 | 07-11047 | $9,277.65 (S)<br>- (A)<br>- (P)<br>- (U)<br>$9,277.65 (T) | 07-11051 | $276.19 (S)<br>- (A)<br>- (P)<br>$276.19 (T) | Claim relates to 2007, 2008 and 2009 taxes on personal property owned by the Debtor and 2007 and 2008 real estate taxes for five parcels belonging to borrowers. The Debtor's books and records reflect that $276.19 is due for 2007 personal property tax. The Debtor disposed of the personal property in 2007, and as a result, has no liability for 2008 and 2009 personal property taxes. The Debtors are not liable for the real estate taxes for the five parcels because the loans for those five parcels have been (i) paid off, (ii) sold, or (iii) the borrowers waived their rights to escrow accounts such that the borrowers are responsible for the real estate taxes. □ |
| MECKLENBURG COUNTY<br>TTN CITY-COUNTY NC TAX COLLECTOR<br>PO BOX 31637<br>CHARLOTTE, NC 28231 | 9687 | 1/17/08 | 07-11047 | $12,381.06 (S)<br>- (A)<br>- (P)<br>- (U)<br>$12,381.06 (T) | 07-11051 | $11,426.33 (S)<br>- (A)<br>- (P)<br>- (U)<br>$11,426.33 (T) | Claim relates to personal property taxes. Modified to match personal property tax bills attached to the proof of claim. |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 9915 | 2/5/08 | 07-11047 | - (S)<br>$5,554.09 (A)<br>- (P)<br>- (U)<br>$5,554.09 (T) | 07-11051 | - (S)<br>$805.44 (A)<br>- (P)<br>$4,748.65 (U)<br>$5,554.09 (T) | Claim relates to rent on a lease agreement. Modified to match Debtor's books and records for leased equipment covering 8/7/07 through lease rejection date 8/31/07. |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN.<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 10034 | 3/3/08 | 07-11047 | - (S)<br>$12,352.03 (A)<br>- (P)<br>- (U)<br>$12,352.03 (T) | 07-11051 | - (S)<br>$1,047.59 (A)<br>- (P)<br>$11,304.44 (U)<br>$12,352.03 (T) | Claim relates to rent on a lease agreement. Modified to match Debtor's books and records for leased equipment covering 8/7/07 through lease rejection date 8/31/07. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| **Totals:** | | 7 Claims | | $21,658.71 (S) | | $11,702.52 (S) | |
| | | | | $17,906.12 (A) | | $1,853.03 (A) | |
| | | | | $16,979.74 (P) | | $5,305.20 (P) | |
| | | | | $28,507.31 (U) | | $16,053.09 (U) | |
| | | | | $85,051.88 (T) | | $34,913.84 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

# Exhibit F

## Modified Amount Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| LEWIS, BETH D 787 KIMBALL HIGHLAND PARK, IL 60035 | 3268 | 11/26/07 | 07-11051 | $10,950.00 (S) - (A) - (P) $18,756.95 (U) $29,706.95 (T) | - (S) - (A) $4,114.21 (P) - (U) $4,114.21 (T) | Claim relates to unpaid commissions for July 2007. Employee was paid $25,592.74 of the commission in her paycheck dated 8/7/07. The remaining balance of $4,114.21 is owed to the claimant and should be classified as unsecured priority. |
| SCHALLER, CHRIS 3516 HOYLAKE DRIVE SPRINGFIELD, IL 62712 | 10556 | 9/29/08 | 07-11051 | - (S) - (A) $9,865.23 (P) - (U) $9,865.23 (T) | - (S) - (A) $1,351.00 (P) $6,055.98 (U) $7,406.98 (T) | Claim relates to unpaid commission and expense reports. Claimant is entitled to a $1351.00 commission for the claimed loan. Claimant was paid $99.00 of the claimed expenses on 8/7/07, but the remaining amount is not entitled to priority and has been reclassified to unsecured nonpriority. |
| **Totals:** | **2 Claims** | | | $10,950.00 (S) - (A) $9,865.23 (P) $18,756.95 (U) $39,572.18 (T) | - (S) - (A) $5,465.21 (P) $6,055.98 (U) $11,521.19 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

# Exhibit G

## Modified Amount, Reclassified, Wrong Debtor Claim

| Name/Address of Claimant | Objectionable Claim | | | | | |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| DOMOTOR, SHELLEY J.<br>6412 CALLOWAY DR<br>MCKINNEY, TX 750709422 | 7505 | 1/7/08 | No Case | $5,480.77 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,480.77 (T) | 07-11051 | - (S)<br>- (A)<br>$2,923.08 (P)<br>- (U)<br>$2,923.08 (T) | (S) Claim relates to unpaid wages. Debtor's books and records reflect that claimant is owed $2,923.08 for vacation pay and claimant has not provided any documentation supporting a claim for a different amount. Modified to match Debtors' books and records for remaining vacation time. Claimant is not entitled to payout of sick/personal time per company policy. |
| **Totals:** | 1 Claim | | | $5,480.77 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,480.77 (T) | | - (S)<br>- (A)<br>$2,923.08 (P)<br>- (U)<br>$2,923.08 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT H

# Exhibit H

## Insufficient Documentation Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | | | Objectionable Claim | | |
| RE/MAX METROPOLITAN<br>ATTN: CHUCK CACCHIONE<br>8300 HALL ROAD<br>UTICA, MI 48317 | 2716 | 11/19/07 | No Case | $330.93 (S)<br>- (A)<br>- (P)<br>- (U)<br>$330.93 (T) | Claimant asserts a claim for services performed, but only attached the bar date notice to its proof of claim. Debtor was unable to find other documentation regarding the claim. There is therefore insufficient documentation to assess validity of the claim. |
| **Totals:** | 1 Claim | | | $330.93 (S)<br>- (A)<br>- (P)<br>- (U)<br>$330.93 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.