**<u>EXHIBIT B</u>**

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136827

For professional services rendered from October 1, through October 31, 2008 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 73,114.00 |
| 003 | RETENTIONS | | 75.00 |
| 006 | SALES OF ASSETS | | 8,253.50 |
| 007 | PROFESSIONAL FEES | | 5,925.50 |
| 009 | LITIGATION | | 26,950.50 |
| 010 | PLAN AND DISCLOSURE STATEMENT | | 21,539.00 |
| 011 | EMPLOYEE ISSUES | | 4,813.00 |
| 012 | CLAIMS ADMINISTRATION | | 2,351.00 |
| 013 | INVESTIGATION OF COMPANY | | 80,365.00 |
| | **Total Time** | $ | 223,386.50 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 122.34 |
| | CARFARE | | 280.28 |
| | COMPUTER/HARD DRIVE/SUPPLIES | | 921.19 |
| | CONSULTANT FEES | | 17,500.00 |
| | COURIER SERVICE | | 21.20 |
| | DUPLICATING | | 1,322.60 |
| | LEXIS | | 578.43 |
| | MEALS | | 568.47 |
| | OUTSIDE PRINTING | | 203.31 |
| | OVERNIGHT DELIVERY | | 63.41 |
| | TRAVEL | | 849.00 |
| | VELOBIND | | 52.25 |
| | **Total Disbursements** | $ | 22,482.48 |
| | **TOTAL BILL** | $ | 245,868.98 |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136827

For professional services rendered from October 1, through October 31, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
002        CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/01/08 | Creating a new calendar of upcoming motions and hearing dates [2.6] drafting summary of motion to approve the disclosure statement for committee [1.2] reading disclosure statement motion [1.1] | EK | 4.90 | 1,568.00 |
| 10/01/08 | Review various joinders to motion for borrowers' committee and reply in support of motion and meeting with MSI re: same (.80); review and revise minutes from various committee meetings (2.20); review proposed stipulation regarding allowing an additional $5 million of defense costs under D&O insurance and meeting with MSI re: same (.50); review debtors' proposed common interest agreement re: Ross administration claim and meeting with MSI re: same (.50); review debtors' revised order re: Traxi retention and meeting with MSI re: same (.20); various emails and meetings with EK re: Triad Matte (.40). | ELS | 4.60 | 2,415.00 |
| 10/01/08 | Review of letter to insurer with attachments provided by debtors to insurer re potential claims (.50). | JPM | 0.50 | 367.50 |
| 10/01/08 | Review email from JXZ regarding Committee meeting (.10) review order sustaining debtors' 16 omnibus objection to claims (.10) review amended agenda for 10/2 hearing and prepare (.40) review docket and calendar maintenance (.30) file maintenance (.20) | JS | 1.10 | 269.50 |
| 10/01/08 | Review hearing agenda (.20). | JXZ | 0.20 | 75.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/01/08 | Telephone conversation with Beach and Brady in preparation for hearing (.20); review Borrowers papers in preparation for hearing (.40); attend hearing on request for adjournment (.50); meeting with ELS regarding pending motions (.20); telephone conversation with Lunn regarding Triad dismissal (.10). | MSI | 1.30 | 968.50 |
| 10/01/08 | Review various pleadings filed in connection with borrower's committee motion (.6); discuss same with MSI (.1) | MTP | 0.70 | 521.50 |
| 10/02/08 | Drafting Committee minutes [1.3] | EK | 1.30 | 416.00 |
| 10/02/08 | Review and revise debtors' draft common interest agreement re: Ross administration claim. | ELS | 0.60 | 315.00 |
| 10/02/08 | Review certification of counsel (.10) review and circulate orders entered (.30) calendar events (.10) | JS | 0.50 | 122.50 |
| 10/02/08 | Review recent orders (.20). | JXZ | 0.20 | 75.00 |
| 10/02/08 | Review pleadings and attend omnibus hearing before the court on various matters. | MSI | 1.50 | 1,117.50 |
| 10/02/08 | Travel to and from (@ 50%) and attend omnibus hearing (3.3) | MTP | 3.30 | 2,458.50 |
| 10/03/08 | Reading and examining latest status reports [1.1] examining Young Conaway's latest expense [.8] reading 17 omnibus objections [.3] | EK | 2.20 | 704.00 |
| 10/03/08 | Legal research on standing to bring equitable subordination claims. | ELS | 0.50 | 262.50 |
| 10/03/08 | Review docket (.10) review certifications of counsel DI 6182 & 6183 (.10) update critical dates (.20) | JS | 0.40 | 98.00 |
| 10/03/08 | Review minutes, summaries and motions filed (.90); review issues on borrowers motion (.70); draft e-mail to the committee regarding status (.20). | MSI | 1.80 | 1,341.00 |
| 10/06/08 | Drafting examining and summary of the Len Manfredini claim and [1.8] | EK | 1.80 | 576.00 |
| 10/06/08 | Review Agenda for hearing and prepare for hearing (.50) review and circulate objection to objection of LaSalle Bank (.10) review docket (.20) | JS | 0.80 | 196.00 |
| 10/06/08 | Review hearing agenda. | JXZ | 0.10 | 37.50 |
| 10/07/08 | Examining the U.S. Trustees statement re the Committee of Borrowers [.3] drafting summary of the U.S. Trustee's response to the Committee of Borrowers motion [.4] examining correspondence to Judge Sontchi and Mr. McMahon re Thomas Perez [.3] examining expenses motion of Weiner Proksky [.4] examining the revised proposed form of order approving disclosure statement [.6] drafting committee minutes [2.6] e-mails to Debtor re upcoming motions [.4] | EK | 5.00 | 1,600.00 |
| 10/07/08 | Prepare for disclosure statement hearing and hearing on motion for borrowers' committee. | ELS | 2.50 | 1,312.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/07/08 | Review amended agenda and further preparation for hearing (.40) update docket and calendar events (.50) review statement of the US Trustee to the motion for an order appointing an official committee of borrowers (.30) | JS | 1.20 | 294.00 |
| 10/07/08 | Review transcript provided by Brady regarding appointment of Borrower's committee (.60); review pleadings and case law in preparation for hearing (1.60). | MSI | 2.20 | 1,639.00 |
| 10/07/08 | Review UST's statement re appointment of borrowers committee and counsel's fee motion and discus with MSI & ELS | MTP | 0.60 | 447.00 |
| 10/08/08 | Prepare for disclosure statement and motion for borrowers' committee hearing and meeting with MSI and debtors' attorneys re: same (2.50); attend hearing (3.00); travel to and from hearings at 1/2 time (1.80). | ELS | 7.30 | 3,832.50 |
| 10/08/08 | Meetings with MTP and MSI regarding borrowers committee motion (.10); review US Trustee and Maryland responses (.20); review docket and recent motion (.10). | JXZ | 0.40 | 150.00 |
| 10/08/08 | Review material and case law in preparation for argument on borrower's motion for the committee (1.60); attend hearing regarding same (3.00). | MSI | 4.60 | 3,427.00 |
| 10/08/08 | Strategy meeting with MSI, ELS & JXZ re borrowers motion | MTP | 0.20 | 149.00 |
| 10/09/08 | Examining amended chapter 11 plan of liquidation [.6] | EK | 0.60 | 192.00 |
| 10/09/08 | Review agenda for oral argument and arrange for ELS to appear telephonically (.30) review docket and recent pleadings (.30). | JS | 0.60 | 147.00 |
| 10/09/08 | Review committee update (.10); e-mails with ELS and M. Whitman regarding global stay relief (.20); review hearing agenda (.10). | JXZ | 0.40 | 150.00 |
| 10/09/08 | Revise and edit proposed order appointing the borrowers committee (.20); draft and respond to numerous e-mails regarding same (.20); review alternatives (.50); revise minutes (.60); review motions and summaries for committee (.60); draft e-mail update to the committee regarding hearing (.40); numerous e-mails to committee members regarding status (.10). | MSI | 2.60 | 1,937.00 |
| 10/10/08 | Examining application for compensation of Kroll Zolfo Cooper [.3] drafting Committee minutes [1.9] examining order granting Committee of Borrowers [.2] examining various recent docket entries [.9] | EK | 3.30 | 1,056.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/10/08 | Review Docket (.20) review notice of submission of proof of claim (.10) review and circulate certification of counsel regarding motion for Order Appointing an Official Committee of Borrowers (.20) review and circulate omnibus objection to claims 20 DI6215 and 21 DI6216 (.30) review and circulate order sustaining debtors' fifteenth omnibus objection to claims (.10) review and circulate Order Approving Stipulation, Inter Alia, Lease Rejection, Surrender of Premises and Abandonment of Property (.10) review and circulate order sustaining motion of Gil Quentin Alvarez for leave to file late proof of claim (.10) review order granting motion for an order appoint official committee of borrowers (.20) review and circulate objection to debtor's 19 omnibus objection to claims (.10) calendar events (.30) file maintenance (.80) | JS | 2.50 | 612.50 |
| 10/10/08 | Review Debtors response to global relief stay motion and numerous e-mails with MTP, MSI and M. Whitman regarding same (.30); review Bekins complaint (.10); review COC and proposed order regarding borrowers committee and e-mails with ELS regarding same (.10). | JXZ | 0.50 | 187.50 |
| 10/10/08 | Review insurance motion, minutes and summaries to the committee (.70); telephone conversation with creditors regarding status (.20); draft e-mail to the committee regarding same (.20). | MSI | 1.10 | 819.50 |
| 10/10/08 | Attention to numerous e-mails re our suggestion for a global stay relief order on foreclosures | MTP | 1.10 | 819.50 |
| 10/11/08 | E-mails with MTP and MSI regarding global relief stay motion (.10). | JXZ | 0.10 | 37.50 |
| 10/13/08 | Examining the motion and exhibits of American Lien Fund to lift the stay [.9] drafting memo of the American Lien Fund motion for the Creditors Committee [1.2] updating various committee calendars [.3] | EK | 2.40 | 768.00 |
| 10/13/08 | Review and revise various committee meeting minutes (1.20); review American Lien Fund's motion for relief from stay, meeting with MSI re: same and email to debtors' counsel re: same (.40); review AHM complaint against Bekins (.30). | ELS | 1.90 | 997.50 |
| 10/13/08 | Review docket (.20) Review relief from stay motion DI 6223 (.10) update critical dates (.20) meeting with ELS and EK re up coming events (.30) | JS | 0.70 | 171.50 |
| 10/13/08 | Review docket and recent orders and motions (.30); calendar maintenance (.10). | JXZ | 0.40 | 150.00 |
| 10/14/08 | Drafting Blanket stay relief objection [1.1] examining Blanket stay relief motion [.3] reading Debtors objection to stay relief motion [.3] discussing objection with MTP [.2] reviewing July minutes for ELS [.4] | EK | 3.30 | 1,056.00 |
| 10/14/08 | Phone call with debtors re: Bekins complaint (.10); finalize various committee meeting minutes (.30); appear telephonically for summary judgment arguments in AHM/Bear Stearns matter and draft email to MTP and MSI re: same (1.30). | ELS | 1.70 | 892.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/14/08 | E-mails with S. Beach regarding escrow issues (.10); review and telephone conversation with BDO regarding update e-mail from BDO on various issues (.40); review various e-mails from ELS regarding status of various motions and litigations (.20); meeting with ELS regarding same (.10); telephone conversation with creditors regarding status (.30). | MSI | 1.10 | 819.50 |
| 10/14/08 | Attention to draft modification to global stay relief order and motion review EK summary for Bear Stearns oral argument | MTP | 0.50 | 372.50 |
| 10/15/08 | Drafting AHM minutes for May 29, June 12, July 3, July 17, July 31, August 8, August 14, August 28 and September 3 [4.2] e-mailing minutes to the Committee [.2] | EK | 4.40 | 1,408.00 |
| 10/15/08 | Review revised Natixis settlement agreement and revised 9019 motion. | ELS | 0.20 | 105.00 |
| 10/15/08 | Review and circulate docket and recently filed pleadings (.50) | JS | 0.50 | 122.50 |
| 10/15/08 | E-mails and meetings with ID regarding Global stay relief motion (.20); review docket and as filed stay relief opposition and e-mails with ELS regarding same (.20). | JXZ | 0.40 | 150.00 |
| 10/15/08 | Telephone conversation with Beach regarding outstanding issues, escrows and plan (.30); meeting with EK regarding objection to motion for blanket relief (.20); revise and edit same (.30); review settlement with Natixis (.20); meeting with ELS Regarding same (.10); telephone conversation with claimant regarding status (.20); review items to draft memo to the committee (.60). | MSI | 2.00 | 1,490.00 |
| 10/16/08 | Natixis - meeting with MSI and MTP re; proposed settlement (.30); draft email re: same (.20); and legal research re: affect of allowance of claim on potential litigation (.60). | ELS | 1.10 | 577.50 |
| 10/16/08 | Review docket and various motions for relief from stay (.90) circulate and file re same (.80) | JS | 1.70 | 416.50 |
| 10/16/08 | Review docket and recent motions (.40); review Iron Mountain stipulation (.10). | JXZ | 0.50 | 187.50 |
| 10/16/08 | Review e-mails and respond regarding status (.30); e-mails regarding meeting (.10). | MSI | 0.40 | 298.00 |
| 10/17/08 | Drafting committee minutes [.8] | EK | 0.80 | 256.00 |
| 10/17/08 | Review of order and docket re: DB appeal (.20); Natixis - continue legal research on affect of claim allowance on Chapter 5 claims and meeting with MSI re: same (.90); Meeting with JXZ and MTP re: blanket stay relief proposed order (.20). | ELS | 1.30 | 682.50 |
| 10/17/08 | Review and circulate docket and recent pleadings (1.10) file maintenance (.20) | JS | 1.30 | 318.50 |
| 10/17/08 | Review docket (.10). | JXZ | 0.10 | 37.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/17/08 | Telephone conversation with Beach regarding status of various motions, hearings and appointment of borrowers' committee (.30); meeting with ELS regarding settlement language (10); review e-mails regarding same (.10). | MSI | 0.50 | 372.50 |
| 10/17/08 | Discussion with ELS & JXZ re global stay relief motion | MTP | 0.20 | 149.00 |
| 10/20/08 | Examining Lou Manfredini preference claim and emails to debtors [.8] updating calendars for creditors committee [.3] emails and phone calls with Suse Boyle - AHM employee [.4] drafting creditors committee minutes [1.4] | EK | 2.90 | 928.00 |
| 10/20/08 | Review and revise proposed settlement agreement, assignment agreement and stipulation of dismissal for Attorney Title Company matter and emails re: same. | ELS | 0.90 | 472.50 |
| 10/20/08 | Review notice agenda and prepare for hearing (.80) review motion to extend time for Filing a Notice of Appeal from the Order Granting Motion for an Order Appointing Official Committee of Borrowers and calendar (.20) review and circulate docket and various orders terminating stay (.70) | JS | 1.70 | 416.50 |
| 10/20/08 | Review docket and motions (.10). | JXZ | 0.10 | 37.50 |
| 10/21/08 | Emails to ELS re: upcoming motions [.4] | EK | 0.40 | 128.00 |
| 10/21/08 | Review Order scheduling status report (.10) review various orders terminating stay (1.20) review and circulate certification of counsel regarding order approving interim fee request (.20) file maintenance (.70) | JS | 2.20 | 539.00 |
| 10/21/08 | Review appointment of borrowers committee (.10); review docket and recent orders (1.50); review hearing agenda (.10). | JXZ | 1.70 | 637.50 |
| 10/21/08 | Various e-mails with Beach regarding appointment of committee, issues to be addressed at hearing and strategy (.30); review BDO report and telephone conversation with BDO regarding same (.20); review motions on for hearing (.30). | MSI | 0.80 | 596.00 |
| 10/21/08 | Review notice of appointment of borrowers committee & e-mail MSI | MTP | 0.20 | 149.00 |
| 10/22/08 | Updating Committee calendars examining generic docket entries [1.1] sending emails to the Committee re meeting and BDO report [.2] examination of omnibus fee application [.1] emails organizing Committee [.2] discussing Committee call with MSI [.2] examining letter from K. Hefner [.2] | EK | 2.00 | 640.00 |
| 10/22/08 | Review Appointment of Official Creditor Committee of Borrowers (.10) review and create binder of Objections to amended plan of liquidation (.70) review various orders terminating stay (.70) file maintenance (.40) review docket (.20) review amended notice of hearing and calendar events (.20) | JS | 2.30 | 563.50 |
| 10/22/08 | Review docket and recent orders (.30). | JXZ | 0.30 | 112.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/22/08 | Review pleadings on borrower's committee and relief stay in preparation for omnibus hearing (.70); attend same (2.20); meeting with Beach regarding outstanding issues (.20); meeting with MTP regarding same (.20); telephone conversation with Berliner regarding status of borrower's motion and report; review BDO report (.30); prepare for meeting with borrower's counsel (.60); transportation back from Delaware (2.00 @ 50%) (1.00). | MSI | 5.20 | 3,874.00 |
| 10/22/08 | Strategy meeting with MSI re plan & case and meeting w/borrowers committee | MTP | 0.30 | 223.50 |
| 10/23/08 | Reading BDO report [.8] preparing for Committee call [.3] attending Committee call [.8] discussing AHM with MTP, MSI and ELS [.2] drafting AHM minutes [1.3] creating list of potential liquidating trustees counsel [.2] examination of various withdrawal of claims [.8] creating Committee list for prospective liquidating trustee counsel [.5] | EK | 4.90 | 1,568.00 |
| 10/23/08 | Meeting with Berliner and MSI re: borrowers' committee (.40); meeting with MSI, Berliner and borrowers' committee's attorney re: plan and status of case (1.50); meeting with MSI and MTP re: Natixis settlement and draft email to Zieg re: same (.50). | ELS | 2.40 | 1,260.00 |
| 10/23/08 | Review notices of withdrawal (.10); review orders (.10). | JXZ | 0.20 | 75.00 |
| 10/23/08 | Prepare for meeting with Borrowers committee counsel (.70); meeting with BDO prior to meeting (.50); review and edit BDO report to the committee (.30); meeting with counsel for the borrower's committee regarding update on case (2.00); attend committee meeting (.70); review and edit order appointing committee (.20); review e-mails regarding blanket relief order (.20). | MSI | 4.60 | 3,427.00 |
| 10/23/08 | Strategy discussion with MSI, ELS, EK and BDO re borrowers committee issues and Natixis settlement (1.8) attend committee meeting (.7) | MTP | 2.50 | 1,862.50 |
| 10/24/08 | Drafting AHM minutes for MSI [2.6] drafting questionnaire for AHM liquidating trustee counsel [.6] | EK | 2.20 | 704.00 |
| 10/24/08 | Emails with debtors' counsel re: Bekins adversary. | ELS | 0.30 | 157.50 |
| 10/24/08 | Review docket and recently filed pleadings (1.20) update calendar events (.20) | JS | 1.40 | 343.00 |
| 10/24/08 | Review financial analysis (.30). | JXZ | 0.30 | 112.50 |
| 10/24/08 | Review issues raised by the Committee to borrower's committee requests (1.30); telephone conversation with Beach regarding same (.20); review issues on the proposed order (.20). | MSI | 1.70 | 1,266.50 |
| 10/24/08 | E-mail exchange re issues raised by borrowers committee and review requests; discuss with MSI | MTP | 1.10 | 819.50 |
| 10/25/08 | Review and revise draft protective order re: Ross administration claim. | ELS | 0.40 | 210.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/27/08 | Examining the Diepholz motion and correspondence [1.1] discussing calendar's motions with Jason Smith [.3] multiple e-mails to MTP, ELS, MSI and JXZ re schedule [.4] drafting committee minutes [1.6] calls with Suze Boyle re: claim [.3] | EK | 3.40 | 1,088.00 |
| 10/27/08 | Review of D&O law firm submission re: fees and expenses paid so far and explanation of status of actions. | ELS | 0.20 | 105.00 |
| 10/27/08 | Review and circulate docket and recent pleadings (.80) update calendar (.40) meeting with EK regarding upcoming events (.30) | JS | 1.50 | 367.50 |
| 10/27/08 | Review and edit latest draft of the Borrowers' order. | MSI | 0.30 | 223.50 |
| 10/28/08 | Examining list of the Debtors ordinary course professionals for consistency issue [.4] examination of motion to extend time to file the plan and inserting dates into the calendars | EK | 1.00 | 320.00 |
| 10/28/08 | Telephone conference with Beach and Brady to go over strategy dealing with Borrowers' counsel (.50); emails with ELS re: D&O issues on insurance (.10). | MSI | 0.60 | 447.00 |
| 10/28/08 | Strategy call with YCST & MSI re plan modifications | MTP | 0.50 | 372.50 |
| 10/29/08 | Monitor docket and recently filed pleadings (.40) | JS | 0.40 | 98.00 |
| 10/29/08 | Review case update (.10); review global relief for stay order (.10); calendar maintenance (.10). | JXZ | 0.30 | 112.50 |
| 10/30/08 | Discussing Lou Manfredini and e-mails with Nath Grow [.4] preference issue research [1.8] examining proof of claim filed by D1 6474 [.3] drafting Committee minutes [1.2] | EK | 3.70 | 1,184.00 |
| 10/30/08 | Initial review of court opinion in AHM/Wells Fargo and Bear Stearns matters. | ELS | 0.20 | 105.00 |
| 10/30/08 | Monitor docket and recent pleadings (.80) | JS | 0.80 | 196.00 |
| 10/30/08 | Review Wells opinion and order (.50); review docket and recent motions (.20). | JXZ | 0.70 | 262.50 |
| 10/30/08 | Review Borrowers' order and RBC order (.30); telephone conference with Beach re: same and reviewed changes (.20). | MSI | 0.50 | 372.50 |
| 10/30/08 | Review Judge's decision re Wells motion | MTP | 0.40 | 298.00 |
| 10/31/08 | Examining the Debtors 20th omnibus claims objection [.2] examining Georgia Dep't of Revenue proof of claim, [.2] examining the dates that has been adjusted the debtors [.2] examination of motion to approve sales procedures [.8] drafting memo of motion to approve sales procedures [1.3] | EK | 2.70 | 864.00 |
| 10/31/08 | review response to debtors 12th omnibus objection (.20) review and circulate motion to approve sale procedures (1.40) calendar events (.30) review motion to shorten time for notice for motion to approve sale procedures (.20) file maintenance (.50) | JS | 1.60 | 392.00 |
| 10/31/08 | Review of borrower's order (.20); telephone conversation with Beach regarding outstanding issues (.20); review decision from the Court (.50). | MSI | 0.90 | 670.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| | TOTAL HOURS | | 155.20 | |
| | TOTAL SERVICES ....................................................... $ | | | 73,114.00 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $121.34 |
| CARFARE | $42.62 |
| CONSULTANT FEES | $17,500.00 |
| DUPLICATING | $136.50 |
| LEXIS | $578.43 |
| MEALS | $447.72 |
| TRAVEL | $849.00 |
| TOTAL DISBURSEMENTS ........................................... $ | 19,675.61 |
| TOTAL FEES & DISBURSEMENTS ............................. $ | 92,789.61 |

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 23.20 | 245.00 | 5,684.00 |
| 550 | Keary | 53.20 | 320.00 | 17,024.00 |
| 493 | Zawadzki | 6.90 | 375.00 | 2,587.50 |
| 486 | Schnitzer | 26.10 | 525.00 | 13,702.50 |
| 226 | McCahey | 0.50 | 735.00 | 367.50 |
| 260 | Indelicato | 33.70 | 745.00 | 25,106.50 |
| 364 | Power | 11.60 | 745.00 | 8,642.00 |
| ATTY TOTAL | | 155.20 | | 73,114.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136827

For professional services rendered from October 1, through October 31, 2008 in connection with the following:

>703159   AMERICAN HOME MORTGAGE HOLDINGS, INC.
>003      RETENTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/30/08 | Review supplemental OCP list (.10); review OCP affidavit (.10). | JXZ | 0.20 | 75.00 |

|  |  | TOTAL HOURS | 0.20 | |
|--|--|-------------|------|--|

TOTAL SERVICES .......................................................................... $     75.00

DISBURSEMENT SUMMARY

| LONG DISTANCE TELEPHONE CHARGES | $0.75 |
|---------------------------------|-------|
| DUPLICATING | $0.30 |

TOTAL DISBURSEMENTS ............................................................ $      1.05

TOTAL FEES & DISBURSEMENTS............................................. $     76.05

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.20 | 375.00 | 75.00 |

ATTY TOTAL                    0.20                         75.00

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136827

For professional services rendered from October 1, through October 31, 2008 in connection with the following:

> 703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
> 006          SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/10/08 | Meeting with MTP and telephone conversation with debtors regarding remaining loans. | MSI | 0.60 | 447.00 |
| 10/10/08 | Attention to e-mails re sale of remaining group of one off loans (.7); conference call with Debtors re same (.6) | MTP | 1.30 | 968.50 |
| 10/16/08 | Review proposal regarding liquidation of the balance of owned loans (.30); telephone conversation with YCST and Kroll regarding same (.70); review e-mail from Lunn regarding contract of sale on Illinois property (.20); e-mail to RJK regarding same (.20). | MSI | 1.40 | 1,043.00 |
| 10/16/08 | Attention to various pleadings re proposed sale of mortgage loans | MTP | 1.80 | 1,341.00 |
| 10/17/08 | Review e-mails regarding sale of loans (.10); review revisions to sale contract of Illinois property (.80); telephone conversation with M. Lunn regarding same (.10); review comments from RJK (.20). | MSI | 1.20 | 894.00 |
| 10/20/08 | Review real estate contract and call to M. Lunn regarding comments. | MSI | 0.70 | 521.50 |
| 10/21/08 | Telephone conversation with Lunn regarding comments and objections of the committee to sale of Illinois real estate property (.20); review same (.20). | MSI | 0.40 | 298.00 |
| 10/22/08 | Telephone conversation with Lunn regarding issues on sales (.10); review e-mail from Stemple regarding construction loans (.10). | MSI | 0.20 | 149.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/23/08 | Review revised purchase agreement for AH Bank, conference with MSI regarding same | DDG | 0.60 | 417.00 |
| 10/24/08 | Review revisions to American Home Bank SPA (0.9); miscellaneous conferences and e-mails regarding same (0.3) | DDG | 1.20 | 834.00 |
| 10/27/08 | Revise Bank SPA and send comments to Cadwalader | DDG | 0.80 | 556.00 |
| 10/28/08 | Review Storero comments, e-mails to Cadwalader regarding same | DDG | 0.10 | 69.50 |
| 10/28/08 | Review comments to sale agreement. | MSI | 0.40 | 298.00 |
| 10/29/08 | Review revised Bank sale agreement | DDG | 0.30 | 208.50 |
| 10/30/08 | Conference with Weissman, e-mails with Storero and Weissman regarding draft Bank sale agreement | DDG | 0.30 | 208.50 |

TOTAL HOURS                    11.30

TOTAL SERVICES ........................................................................ $    8,253.50


## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 426 | Grubman | 3.30 | 695.00 | 2,293.50 |
| 260 | Indelicato | 4.90 | 745.00 | 3,650.50 |
| 364 | Power | 3.10 | 745.00 | 2,309.50 |
| ATTY TOTAL | | 11.30 | | 8,253.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136827

For professional services rendered from October 1, through October 31, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
007        PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/01/08 | Review Allen & Overy fee application (.30) update summary fee chart (.10) | JS | 0.40 | 98.00 |
| 10/02/08 | Review and circulate YCST's August Fee application (.60) update summary fee chart (.20) calendar event (.10) | JS | 0.90 | 220.50 |
| 10/02/08 | Review fee applications, draft summaries and e-mails with MSI regarding same (1.20). | JXZ | 1.20 | 450.00 |
| 10/07/08 | Review and circulate Weiner Brodsky interim fee application (.40) update calendar event (.10) | JS | 0.50 | 122.50 |
| 10/09/08 | Attention to fee applications (.10). | JXZ | 0.10 | 37.50 |
| 10/10/08 | Review Kroll August fee application and update summary fee chart (.40) | JS | 0.40 | 98.00 |
| 10/13/08 | Review Milestone advisors July and August fee application and update summary fee chart (.80) update calendar events (.10) | JS | 0.90 | 220.50 |
| 10/14/08 | Review Pricewaterhouse Cooper's august fee application and update summary fee chart (.50) | JS | 0.50 | 122.50 |
| 10/16/08 | Review fee applications, draft summaries and e-mails with MTP regarding same (1.20). | JXZ | 1.20 | 450.00 |
| 10/16/08 | Review fee application summaries and e-mail JXZ re issues with same | MTP | 0.70 | 521.50 |
| 10/17/08 | Examination of Natixis motion re hearing [.7] examination of Citibank's motion to lift the stay [.8] examination of National City's motion to lift the stay [.7] examination of motion of Merscoup to have admin claims paid [.5] | EK | 2.00 | 640.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/24/08 | Review and update summary fee chart regarding Kroll's September fee application. | JS | 0.50 | 122.50 |
| 10/24/08 | Review fee applications and draft summaries (1.20). | JXZ | 1.20 | 450.00 |
| 10/27/08 | E-mail with MTP regarding recent fee applications (.10). | JXZ | 0.10 | 37.50 |
| 10/29/08 | Examination of compensation sought by Quinn Emanuel [.6] examination of compensation by Allen & Overy [.5] drafting memo on the fees sought [.4] examining interim fee application of Kilpatrick [.4] drafting adversaries synopsis memo [2.2] examination of Quinn Emanuels fee application [.5] drafting committee minutes [1.7] | EK | 6.30 | 2,016.00 |
| 10/29/08 | AHM v. Bank of America review docket and certification of counsel (.30) Monitor all adversary dockets (.20) | JS | 0.50 | 122.50 |
| 10/29/08 | Review Quinn Emanuel August fee app (.30) review Allen Overy September fee application (.30) update summary fee chart (.20) | JS | 0.80 | 196.00 |

TOTAL HOURS                18.20

TOTAL SERVICES .......................................................................$      5,925.50


### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 5.40 | 245.00 | 1,323.00 |
| 550 | Keary | 8.30 | 320.00 | 2,656.00 |
| 493 | Zawadzki | 3.80 | 375.00 | 1,425.00 |
| 364 | Power | 0.70 | 745.00 | 521.50 |
| ATTY TOTAL | | 18.20 | | 5,925.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136827

For professional services rendered from October 1, through October 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
009         LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/01/08 | E-mails to Harrison Denmar re stipulation of dismissal of action [.3] talking to MSI re TRIAD guaranty [.3] | EK | 0.60 | 192.00 |
| 10/01/08 | Review issues regarding various litigations and discuss same with MTP. | MSI | 0.40 | 298.00 |
| 10/01/08 | Discuss litigation issues & strategy with MSI | MTP | 0.40 | 298.00 |
| 10/02/08 | Edit draft of common interest agreement. | RJM | 1.10 | 616.00 |
| 10/03/08 | Telephone conference with debtors' counsel re document production issues (.20); confer with A. Power re document review and related issues (.20). | RJM | 0.40 | 224.00 |
| 10/06/08 | Examining motion re committee of borrowers [.8], examining disclosure statement motion re hearing [1.2] examining LaSalle motion and objection [.9] | EK | 2.90 | 928.00 |
| 10/07/08 | Team meeting re document production and review (.40); telephone conference with R. Knuts re document production (.20). | RJM | 0.60 | 336.00 |
| 10/08/08 | Telephone conference with R. Knuts re document production issues. | RJM | 0.30 | 168.00 |
| 10/09/08 | Examining AHM complaint against Bekins [.8] drafting a summary of the litigation for the Creditors' Committee [1.1] reading JPMorgan Chase deposition notice [.2] | EK | 2.10 | 672.00 |
| 10/09/08 | Review complaint against Bekins Moving (.40) update files for new adversary case (.20) update calendar (.10) | JS | 0.70 | 171.50 |
| 10/09/08 | Review draft order re appointment of borrowers committee | MTP | 0.20 | 149.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/10/08 | Examining nineteenth objection to claims [.4] researching law regarding global stay relief motion [2.2] | EK | 2.60 | 832.00 |
| 10/10/08 | AHM v. Wells Fargo review docket and notice of agenda (.20) | JS | 0.20 | 49.00 |
| 10/13/08 | Drafting on objection to the Blanket motion to lift the stay [2.9] researching case law re Blanket stay motion [1.2] | EK | 4.10 | 1,312.00 |
| 10/14/08 | Drafting adversary summaries for ELS [.2] | EK | 2.20 | 704.00 |
| 10/14/08 | Conferences with JLT re document production. | RJM | 0.20 | 112.00 |
| 10/15/08 | Reading responses to the Debtors' 15th claims objection [.6] drafting Blanket objection changes [.4] | EK | 1.00 | 320.00 |
| 10/16/08 | Examination of various foreclosure notices re second lien issues [2.7] JPMorgan Chase discovery examination [.6] e-mails to Bonnie Fatell re: objection filing [.2] | EK | 3.50 | 1,120.00 |
| 10/16/08 | Confer with JLT re additional document production (.10); review email from Allen & Overy re document production (.10). | RJM | 0.20 | 112.00 |
| 10/20/08 | Conference with ZGN, AMC (0,2); begin review of litigation documents (0.4) | DDG | 0.60 | 417.00 |
| 10/20/08 | Drafting memo re Citi mortgage motion for relief [1.3] examining Citi mortgage motion for automatic stay relief [.4] drafting update memo of adversary proceedings for ELS [1.6] | EK | 3.30 | 1,056.00 |
| 10/20/08 | Review analysis of DB proposal regarding litigation (.60); telephone conversation with S. Beach and J. Tessie regarding same (1.10). | MSI | 1.70 | 1,266.50 |
| 10/21/08 | Review purchase agreement, escrow agreement, complaint and answers regarding Waterfield/Union Federal | DDG | 3.20 | 2,224.00 |
| 10/21/08 | Emails to Nath Grow re Lou Manfredini re preference issues [.3] examining orders for the court lifting the automatic stay with respect to real property [1.6] | EK | 1.90 | 608.00 |
| 10/22/08 | Examination of Iron Mountain objection to Plan [.8] examining orders to lift the stay re real property [.7] | EK | 1.50 | 480.00 |
| 10/22/08 | Review material on Waterfield litigation and meeting with DDG regarding same. | MSI | 0.70 | 521.50 |
| 10/23/08 | Meet with ZGN, AMC regarding Union Federal/Waterfield litigation (1.7); miscellaneous conferences and e-mails with ZGN, AMC, MSI regarding same (0.2) | DDG | 1.90 | 1,320.50 |
| 10/23/08 | Emails to Debtors re adversaries [.3] | EK | 0.30 | 96.00 |
| 10/23/08 | Review issues related to the Waterfield litigation. | MSI | 2.30 | 1,713.50 |
| 10/24/08 | Examination of the Allen Overy re: removal of Allen & Overy for MTP [1.1] discussing Allen & Overy with MTP | EK | 1.30 | 416.00 |
| 10/24/08 | Discuss assignment with EK re Allen & Overy's involvement in SEC issues | MTP | 0.50 | 372.50 |
| 10/24/08 | Review emails from JLT re status of AHM production. | RJM | 0.10 | 56.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/27/08 | Prepare for meeting with ZGN, AMC regarding Union Federal litigation (0.9); meet with ZGN and AMC (0.3); follow up e-mails (0.1) | DDG | 1.30 | 903.50 |
| 10/27/08 | Examination of the Debtor's 18th & 19th objections to claims and drafting memo [1.2] examination of Allen & Overy retention for MTP [.8] | EK | 2.00 | 640.00 |
| 10/28/08 | Review BDO e-mails, respond to MSI, ZGN, AMC (0.5); miscellaneous e-mails and calls regarding meeting with Cadwalader (0.1) | DDG | 0.60 | 417.00 |
| 10/28/08 | Examining the court trans for the hearing dated 9/15/08 [.1] examining order and underlying motion terminating the automatic stay in relation to certain real properties [1.1] | EK | 1.20 | 384.00 |
| 10/28/08 | Review letter from Allen & Overy re new document production. | RJM | 0.10 | 56.00 |
| 10/29/08 | Review and revise AMC list of questions/document requests (1.5); miscellaneous conferences and e-mails with Cadwalader, ZGN, AMC regarding meeting (0.3) | DDG | 1.80 | 1,251.00 |
| 10/30/08 | Conferences and e-mails with MSI regarding initial analysis of Union Federal litigation | DDG | 0.10 | 69.50 |
| 10/30/08 | E-mails w/Harrison Denham e AHM adversaries [.2] drafting summary of recent litigation for MSI [1.9] examination transcript of hearing dated 10/02/08 and 10/22/08 [.3] | EK | 2.40 | 768.00 |
| 10/30/08 | AHM v. Wells Fargo review docket and Letter opinion/order (.30) AHM v. Bank of America review docket and order approving 3rd stipulation (.20) circulate and file maintenance (.20) | JS | 0.70 | 171.50 |
| 10/30/08 | Telephone conference with DDG re: Waterfield litigation (.10); review answers to the complaint (2.00). | MSI | 2.10 | 1,564.50 |
| 10/31/08 | Telephone conversation with BDO regarding Waterfield litigation (.30); e-mails with ZGN regarding same (.40); review additional documents based on conversation with BDO (1.40). | MSI | 2.10 | 1,564.50 |

TOTAL HOURS                    57.40

TOTAL SERVICES ........................................................ $    26,950.50

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                    $0.25

DUPLICATING                    $55.50

MEALS                    $110.24

TOTAL DISBURSEMENTS ............................................. $    165.99

TOTAL FEES & DISBURSEMENTS ............................................. $    27,116.49

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 1.60 | 245.00 | 392.00 |
| 550 | Keary | 32.90 | 320.00 | 10,528.00 |
| 952 | Malatak | 3.00 | 560.00 | 1,680.00 |
| 426 | Grubman | 9.50 | 695.00 | 6,602.50 |
| 260 | Indelicato | 9.30 | 745.00 | 6,928.50 |
| 364 | Power | 1.10 | 745.00 | 819.50 |
| ATTY TOTAL | | 57.40 | | 26,950.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136827

For professional services rendered from October 1, through October 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
010         PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/01/08 | Extensive meeting with MTP regarding EPD/breach issues (.40); review e-mails containing analysis from certain parties (.40); plan regarding same and questions from committee (1.10); review disclosure objections (.80). | MSI | 2.70 | 2,011.50 |
| 10/01/08 | Conference call with Debtors re EPD/breach protocol (.7); discussions with MSI re issues on same (.4); review e-mails from members counsel & debtors re plan issues (.5) | MTP | 1.60 | 1,192.00 |
| 10/02/08 | Settlement conference call with Countrywide re Protocol for determining damage amount. | JO | 2.00 | 600.00 |
| 10/02/08 | Review plan and disclosure issues (.80); meeting with MTP to discuss EPD and breach issues (.30). | MSI | 1.10 | 819.50 |
| 10/03/08 | E-mail with MSI regarding disclosure statement hearing (.10). | JXZ | 0.10 | 37.50 |
| 10/03/08 | Review plan issues and disclosure issues in preparation for hearing on 10/08/08. | MSI | 1.10 | 819.50 |
| 10/06/08 | Review objection to discovery statement. | JXZ | 0.40 | 150.00 |
| 10/06/08 | Review e-mails regarding questions on plan from committee and respond (.40); review disclosure issues (.60); review issues related to borrowers motion (.40). | MSI | 1.40 | 1,043.00 |
| 10/07/08 | Conference call with JPM on EPD/breach claims (1); Conference call with Wells Fargo on EPD/breach claims (.5). | JO | 1.50 | 450.00 |
| 10/07/08 | Review and circulate exhibit to notice of filing revised proposed form of order approving the disclosure statement (.30) | JS | 0.30 | 73.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/07/08 | Telephone conversation with Beach regarding issues on disclosure statement and plan (.30); review and edit additional language circulated by JPM (.40); review objections in preparation for hearing (1.10); review latest drafts of the plan and the disclosure statement (1.40); review changes to solicitation procedures and disclosure order (.80); telephone conversation with YCST regarding comments to same (.20). | MSI | 4.20 | 3,129.00 |
| 10/07/08 | Call with YCST, Kroll and Sidley Austin responding to Wells Fargo's issues with Disclosure Stmt and Plan (1.0); call with YCST, Kroll re same (.5) | MTP | 1.50 | 1,117.50 |
| 10/07/08 | Work on plan & disclosure statement issues & litigation designations language | MTP | 1.70 | 1,266.50 |
| 10/08/08 | Reviewing EPD/breach section in disclosure statement. | JO | 0.50 | 150.00 |
| 10/08/08 | Review objections to disclosure statement and plan changes in preparation for disclosure hearing (1.20); meeting with MTP regarding same (.30). | MSI | 1.50 | 1,117.50 |
| 10/08/08 | Review disclosure statement objections and discuss same with MSI | MTP | 0.80 | 596.00 |
| 10/09/08 | Telephone conversation with YCST to discuss plan alternative in light of adjourned disclosure hearing (.80); meeting with MTP regarding same (.30). | MSI | 1.10 | 819.50 |
| 10/09/08 | Conference call with YCST & follow up meeting with MSI re plan issues | MTP | 1.00 | 745.00 |
| 10/13/08 | Review EPD issues and alternative structure for borrowers. | MSI | 0.70 | 521.50 |
| 10/16/08 | Review plan issues to resolve disputes to objections. | MSI | 1.20 | 894.00 |
| 10/16/08 | Attention to revisions to protocol to address some objections (.9); calls with YCST re same (.5) | MTP | 1.40 | 1,043.00 |
| 10/22/08 | Review objection to plan (.10). | JXZ | 0.10 | 37.50 |
| 10/22/08 | Review EPD issues and plan protocols. | MSI | 0.60 | 447.00 |
| 10/22/08 | Revise protocol language in plan; e-mail & discuss with YCST | MTP | 1.30 | 968.50 |
| 10/24/08 | Review and discuss with BDO change in projections. | MSI | 0.40 | 298.00 |
| 10/24/08 | Review changes to protocol section of plan & discuss with Chipman & Sidley & YCST | MTP | 1.60 | 1,192.00 |

TOTAL HOURS                    31.80

TOTAL SERVICES .................................................... $    21,539.00

DISBURSEMENT SUMMARY

CARFARE                                                    $237.66

TOTAL DISBURSEMENTS ........................................ $      237.66

DISBURSEMENT SUMMARY

TOTAL FEES & DISBURSEMENTS.............................................$     21,776.66


## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 0.30 | 245.00 | 73.50 |
| 583 | Orbach | 4.00 | 300.00 | 1,200.00 |
| 493 | Zawadzki | 0.60 | 375.00 | 225.00 |
| 260 | Indelicato | 16.00 | 745.00 | 11,920.00 |
| 364 | Power | 10.90 | 745.00 | 8,120.50 |
| ATTY TOTAL | | 31.80 | | 21,539.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136827

For professional services rendered from October 1, through October 31, 2008 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
|  | 011 | EMPLOYEE ISSUES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/08 | Review documents and e-mails with JT regarding document production (.20); review docket and affidavits (.10). | JXZ | 0.30 | 112.50 |
| 10/06/08 | Email W. DuBoss re: document production. | JXZ | 0.10 | 37.50 |
| 10/08/08 | E-mails with JT and W. Dubois regarding document production (.10). | JXZ | 0.10 | 37.50 |
| 10/10/08 | E-mails with M. Olsen regarding depositions (.10). | JXZ | 0.10 | 37.50 |
| 10/10/08 | Review issues with WARN litigation including discovery and liquidation analysis (.60); telephone conversation with R. Roupinian regarding same (.10). | MSI | 0.70 | 521.50 |
| 10/13/08 | Review research regarding treatment of damages (.50). | JXZ | 0.50 | 187.50 |
| 10/13/08 | Review Judge Gross decision of administrative priority for WARN claims (.90); review chart regarding potential exposure (.70). | MSI | 1.60 | 1,192.00 |
| 10/14/08 | E-mails with L. Eden and S. Tucker regarding privilege log (.10). | JXZ | 0.10 | 37.50 |
| 10/14/08 | Telephone conversation with BDO regarding various issues on liquidation analysis (.20); review settlement structures (.70). | MSI | 0.90 | 670.50 |
| 10/15/08 | Review privilege log and index (.20); e-mails and meeting with JT regarding document production (.10). | JXZ | 0.30 | 112.50 |
| 10/15/08 | Review issues related to settlement and plan structure. | MSI | 0.80 | 596.00 |
| 10/16/08 | E-mails with JT and W. Dubois regarding document production (.10). | JXZ | 0.10 | 37.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/17/08 | E-mail with ELS regarding WARN research (.10). | JXZ | 0.10 | 37.50 |
| 10/20/08 | Review docket (.10); meeting with NCR regarding document review (.10). | JXZ | 0.20 | 75.00 |
| 10/21/08 | Research WARN issues (.20); review documents regarding WARN (.30). | JXZ | 0.50 | 187.50 |
| 10/22/08 | E-mail with S. Reidenberg regarding discovery (.10). | JXZ | 0.10 | 37.50 |
| 10/24/08 | E-mails with MSI regarding depositions (.10); e-mail with JT regarding document production (.10). | JXZ | 0.20 | 75.00 |
| 10/28/08 | E-mails regarding document production (.10). | JXZ | 0.10 | 37.50 |
| 10/30/08 | Review documents regarding WARN issues (.30). | JXZ | 0.30 | 112.50 |
| 10/31/08 | Review liquidation analysis (.70); telephone conversation with Berliner regarding changes to distribute to WARN plaintiff's (.20). | MSI | 0.90 | 670.50 |

TOTAL HOURS                                8.00

TOTAL SERVICES ........................................................ $      4,813.00

DISBURSEMENT SUMMARY

DUPLICATING                                                    $4.20

TOTAL DISBURSEMENTS ............................................ $      4.20

TOTAL FEES & DISBURSEMENTS ............................ $      4,817.20

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 3.10 | 375.00 | 1,162.50 |
| 260 | Indelicato | 4.90 | 745.00 | 3,650.50 |
| ATTY TOTAL | | 8.00 | | 4,813.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136827

For professional services rendered from October 1, through October 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
012         CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/01/08 | Review order (.10). | JXZ | 0.10 | 37.50 |
| 10/02/08 | Conference call with Chipman, Debtors & Countrywide & JO to review issues with claim and EPD/breach protocol (1.8); discussion with MSI re protocol issues (.2) | MTP | 2.00 | 1,490.00 |
| 10/13/08 | Preliminary review of Omni claims objections (.30). | JXZ | 0.30 | 112.50 |
| 10/15/08 | Review responses to claims objections (.40). | JXZ | 0.40 | 150.00 |
| 10/16/08 | Review responses to claims objections (.10). | JXZ | 0.10 | 37.50 |
| 10/16/08 | Meeting with MSI and ELS re proposed settlement with Natixis | MTP | 0.30 | 223.50 |
| 10/22/08 | Review response (.10). | JXZ | 0.10 | 37.50 |
| 10/24/08 | Review responses and motions to compel (.30). | JXZ | 0.30 | 112.50 |
| 10/27/08 | Review orders regarding Omni objections (.40). | JXZ | 0.40 | 150.00 |

TOTAL HOURS                          4.00

TOTAL SERVICES ........................................................... $      2,351.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 1.70 | 375.00 | 637.50 |
| 364 | Power | 2.30 | 745.00 | 1,713.50 |
| ATTY TOTAL | | 4.00 | | 2,351.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136827

For professional services rendered from October 1, through October 31, 2008 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
013          INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/01/08 | Document review. | AP | 7.30 | 1,971.00 |
| 10/01/08 | Review of debtors' documents (1.0). | JPM | 1.00 | 735.00 |
| 10/02/08 | Document review. | AP | 7.00 | 1,890.00 |
| 10/02/08 | Reviewed Bernstein's e-mails. | CJK | 1.50 | 727.50 |
| 10/02/08 | Compare redacted documents to privilege log as requested by attorney. | JLT | 7.00 | 1,645.00 |
| 10/02/08 | Review of schedules of documents produced by debtors (.40); review of emails re debtors' costs of providing additional documents (.50). | JPM | 0.90 | 661.50 |
| 10/03/08 | Document review. | AP | 5.80 | 1,566.00 |
| 10/03/08 | Reviewed JT's e-mails regarding update of database and privilege log (.20); reviewed letter from Allen & Overy regarding additional information provided and privilege log (.200; reviewed privilege log (.80); e-mail correspondence with JPM, RJM and AP regarding e-mail descriptions and meeting (.10). | CJK | 1.30 | 630.50 |
| 10/03/08 | Prepare AHM production documents for addition to Concordance database; check list of documents against privilege log as requested by attorney; coordinate with outside vendor to verify that we received erroneous load files from AHM. | JLT | 4.00 | 940.00 |
| 10/06/08 | Document review; research American Home Mortgage custodian position. | AP | 3.90 | 1,053.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/06/08 | Reviewed tagged e-mails of Bernstein. | CJK | 0.80 | 388.00 |
| 10/06/08 | Prepare reports for vendor of errors within AHM production delivery load files; coordinate with vendor to see if errors can be fixed and re delivered for addition to Concordance database. | JLT | 1.00 | 235.00 |
| 10/06/08 | Confer with RJM re review of Debtors' documents (.30); review of various internal emails and attachments re Debtors' documents (.50); review of Debtors' emails (.50). | JPM | 1.30 | 955.50 |
| 10/07/08 | Email to Allen & Overy re outstanding documents; discussion with JT about documents; meeting with RJM, JPM and CJR re update and document review; document review. | AP | 3.70 | 999.00 |
| 10/07/08 | Conference with JPM, RJM and AP regarding status of e-mail review (.80); reviewed JT's chart regarding information provided to BDO (.20); telephone conversation and e-mail with JT regarding Strauss' e-mails (.20); reviewed AP's e-mail to Allen & Overy regarding additional document request (.10). | CJK | 4.30 | 2,085.50 |
| 10/07/08 | Prepare AHM production deliveries for vendor; coordinate with IT to get supplemental productions loaded into database for attorney review; prepare AHM documents to forward to BDO; print out documents of interest as identified by attorneys; create tage in Hozie, Bernstein, Strauss e-mail database for attorney review. | JLT | 6.50 | 1,527.50 |
| 10/07/08 | Confer with RJM, CJK and AP re review of debtors' documents (.50); review of various emails and attachments from JT and AP re debtors' documents, by classification and other indicia (.50); review of documents pulled by CJK and AP (2.0). | JPM | 3.00 | 2,205.00 |
| 10/08/08 | Conference call with RJM and Allen & Overy; email re update JPM on conference call; document review. | AP | 8.40 | 2,268.00 |
| 10/08/08 | Reviewed AP's e-mail regarding conference call with Allen & Overy (.10); reviewed Strauss' e-mails (4.00). | CJK | 4.10 | 1,988.50 |
| 10/08/08 | Coordinate with vendor to determine if AHM data deliveries can be edited, or if the data must be resent. | JLT | 1.00 | 235.00 |
| 10/08/08 | Confer with AP re Debtors' documents (.20); review of email from AP re conference call with Debtors' counsel (.10); review of Debtors' documents pulled by AP and CJK (2.0). | JPM | 2.30 | 1,690.50 |
| 10/09/08 | Document review. | AP | 7.90 | 2,133.00 |
| 10/09/08 | Reviewed Strauss' e-mails. | CJK | 3.00 | 1,455.00 |
| 10/09/08 | Coordinate with vendor to determine cost of coding data that AHM wiped the meta-data from for redactions; check price lists for thesibility. | JLT | 1.00 | 235.00 |
| 10/09/08 | Review of Debtors' documents and prepare notes re same (4.0). | JPM | 4.00 | 2,940.00 |
| 10/10/08 | Letter to BDO with relevant documents to send over. | AP | 0.40 | 108.00 |
| 10/10/08 | Review of AHM documents and notes (2.3). | JPM | 2.30 | 1,690.50 |
| 10/13/08 | E-mail correspondence with JT regarding new document production form AHM and reviewed attachment letters. | CJK | 0.40 | 194.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/14/08 | Updated list of received documents. | AP | 0.20 | 54.00 |
| 10/14/08 | E-mail correspondence with JT regarding information organized. | CJK | 0.10 | 48.50 |
| 10/14/08 | Coordinate with IT to get updated data form AHM loaded into Concordance database; prepare hard copy documents from AHM for attorney review; log disc deliveries into tracking index. | JLT | 3.00 | 705.00 |
| 10/14/08 | Review of AHM documents and revise notes re same (2.0). | JPM | 2.00 | 1,470.00 |
| 10/15/08 | Reviewed Strauss' e-mails. | CJK | 5.00 | 2,425.00 |
| 10/15/08 | Review of Mary Feder emails (debtor's officer in charge of investor relations) (1.5). | JPM | 1.50 | 1,102.50 |
| 10/15/08 | Confer with MSI re: action plan, and e-mails to DDG re: same. | ZGN | 0.20 | 128.00 |
| 10/16/08 | Document review. | AP | 0.30 | 81.00 |
| 10/16/08 | Reviewed Strauss' e-mails. | CJK | 2.50 | 1,212.50 |
| 10/16/08 | Review revised mortgage; prepare correspondence. | RJK | 0.50 | 320.00 |
| 10/17/08 | Document review (Friedman emails). | AP | 4.90 | 1,323.00 |
| 10/17/08 | Reviewed JPM's notes of some significant documents that have been pulled so far during document and e-mail review (.30); reviewed Strauss' e-mails (2.00). | CJK | 2.30 | 1,115.50 |
| 10/17/08 | Confer with MSI re investigation issues (.20); email to MSI, AP, RJM and CJK forwarding notes on debtors' documents, and review of notes (.40); review of debtors' documents and notes re debtors' business (2.3). | JPM | 2.90 | 2,131.50 |
| 10/17/08 | Meeting re: comments to mortgage. | RJK | 0.30 | 192.00 |
| 10/20/08 | Meeting with ZGN and DDG to discuss investigation of AHM claims against Union Federal (.20); organized documents pertaining to investigation for review and analysis (1.20); reviewed litigation summary (.20). | AMS | 1.60 | 512.00 |
| 10/20/08 | Document review (Friedman emails). | AP | 2.70 | 729.00 |
| 10/20/08 | Review of notes re AHM and documents (1.4). | JPM | 1.40 | 1,029.00 |
| 10/21/08 | Document review. | AP | 0.90 | 243.00 |
| 10/21/08 | Reviewed Strauss' e-mails. | CJK | 3.00 | 1,455.00 |
| 10/22/08 | Document review. | AP | 6.80 | 1,836.00 |
| 10/23/08 | Review litigation materials re: lawsuit with Union Federal over purchase price adjustments (1.10); locate court filing for ZGN re: litigations cited in Union Federal's answer (1.10); meeting with ZGN and DDG to discuss case (1.90). | AMS | 4.10 | 1,312.00 |
| 10/23/08 | Document review (Friedman emails). | AP | 1.80 | 486.00 |
| 10/23/08 | Review motion to dismiss, schedules, and various documents (3.0); meet with DDG and AMS re: same (1.0). | ZGN | 4.00 | 2,560.00 |
| 10/24/08 | Reviewed litigation materials concerning pending lawsuit with Union Federal. | AMS | 1.50 | 480.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/24/08 | Document review (employment agreements). | AP | 0.50 | 135.00 |
| 10/24/08 | Review latest revising to purchase agreement and prepare comments to the same; prepare correspondence re: same. | RJK | 0.50 | 320.00 |
| 10/26/08 | Reviewed complaint, counterclaims and answer in purchase price adjustments litigation with Union Federal. | AMS | 1.60 | 512.00 |
| 10/27/08 | Drafted questions to raise at meeting with Cadwalader (1.00); reviewed ZGN's notes and meeting with ZGN and DDG to discuss case (.30). | AMS | 1.30 | 416.00 |
| 10/27/08 | Email to CJK, RJM and JPM re document production from AHM and BDO; call to Michele Michaelis and email to CJK, RJM, JPM re AHM sale tax returns. | AP | 1.50 | 405.00 |
| 10/27/08 | Review of AP email re status of debtors' production and responded to same (.40); confer with AP re corrupted documents provided by debtors, and AP follow-up email re same (.50); review of documents pulled by AP and CJK (2.5); emails with AP re debtors' tax returns (.20). | JPM | 3.60 | 2,646.00 |
| 10/27/08 | Prepare additional comments to contract of sale; prepare correspondence re: same. | RJK | 0.50 | 320.00 |
| 10/27/08 | Prepare for and attend meeting with AMS and DDG. | ZGN | 2.00 | 1,280.00 |
| 10/28/08 | Drafted questions for meeting with Cadwalader concerning the Union Federal litigation. | AMS | 1.20 | 384.00 |
| 10/28/08 | Email to RJM and JPM re document review and meeting lis pendens property legal descriptions. | AP | 0.10 | 27.00 |
| 10/28/08 | Reviewed Strauss' e-mails. | CJK | 4.50 | 2,182.50 |
| 10/28/08 | Review of debtors' updated log of documents produced to government and debtors' counsel's cover letter (.70); emails with RJM, CJK and AP re debtors' documents (.50); confer with RJM re debtors' documents (.30); review of notes re debtors' documents (1.0); review of debtors' documents (1.5). | JPM | 4.00 | 2,940.00 |
| 10/29/08 | Reviewed Strauss' e-mails (3.00); reviewed Strauss' e-mails that were tagged of interest (.50); reviewed Allen & Overy's 10/27 letter to RJM regarding updated document production and enclosed index (.60). | CJK | 4.10 | 1,988.50 |
| 10/29/08 | Review of debtors' documents (2.0). | JPM | 2.00 | 1,470.00 |
| 10/30/08 | Document review; meeting with Jason Tucker, CJK, RJM and JPM re document review status; letter to Robert Knuts at A&O re new document production; memo to file re contents of emails. | AP | 4.70 | 1,269.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/30/08 | Conference with JPM, RJM and APP regarding document review (.70); reviewed e-mails tagged by APP as of interest (.50); reviewed AHM's organizational charts (.10); e-mail correspondence and conference with JT regarding Federer e-mails (.30); checked EDNY docket for relevant filings in shareholder suits against AHM, Strauss and Hozie and reviewed complaints and other pertinent filings (1.80); e-mail report to JPM, RJM and APP regarding allegations of shareholders in consolidated class action complaint (.50). | CJK | 3.90 | 1,891.50 |
| 10/30/08 | Meeting with RJM, CJK, AP, and JT re debtors' documents (.50); telephone conference with D. Berliner of BDO re investigation of debtors (.30); review of portions of debtors' privilege log (.50); review of class action complaint filed against AHM (1.2); review of debtors' organizational chart (.30); review of notes re debtors' documents (.80). | JPM | 3.60 | 2,646.00 |
| 10/31/08 | Document review; email to Robert Knuts; email to RJM. | AP | 2.30 | 621.00 |
| 10/31/08 | Review of AP letter to debtors requesting additional documents (.10); review of debtors' documents (1.0). | JPM | 1.10 | 808.50 |

TOTAL HOURS                191.60

TOTAL SERVICES ........................................................... $      80,365.00

DISBURSEMENT SUMMARY

COMPUTER/HARD DRIVE/SUPPLIES                                          $921.19

COURIER SERVICE                                                       $21.20

DUPLICATING                                                          $1,126.10

MEALS                                                                 $10.51

OUTSIDE PRINTING                                                     $203.31

OVERNIGHT DELIVERY                                                    $63.41

VELOBIND                                                              $52.25

TOTAL DISBURSEMENTS ......................................... $       2,397.97

TOTAL FEES & DISBURSEMENTS ........................... $      82,762.97

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 565 | Tucker | 23.50 | 235.00 | 5,522.50 |

| 543 | Power    | 71.10  | 270.00 | 19,197.00 |
|-----|----------|--------|--------|-----------|
| 967 | Schrag   | 11.30  | 320.00 | 3,616.00  |
| 931 | Kang     | 40.80  | 485.00 | 19,788.00 |
| 428 | Newman   | 6.20   | 640.00 | 3,968.00  |
| 497 | Kisch    | 1.80   | 640.00 | 1,152.00  |
| 226 | McCahey  | 36.90  | 735.00 | 27,121.50 |
| ATTY TOTAL | | 191.60 | | 80,365.00 |