**<u>EXHIBIT C</u>**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 10/1/2008 | Indelicato, Mark S | CAR | 118.32 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 104454; DATE: 10/7/2008 |
| 10/7/2008 | Schnitzer, Edward I | CAR | 11.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 20; DATE: 10/8/2008 |
| 10/7/2008 | Indelicato, Mark S | CAR | 119.34 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 104883; DATE: 10/21/2008 |
| 10/8/2008 | Schnitzer, Edward I | CAR | 31.62 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 104621; DATE: 10/14/2008 |
| | | | **280.28** | |
| 10/16/2008 | Tucker, Jason L. | COMP | 368.48 | VENDOR: Superior Glacier; INVOICE#: 541823; DATE: 10/16/2008 |
| 10/16/2008 | Tucker, Jason L. | COMP | 552.71 | VENDOR: Superior Glacier; INVOICE#: 541824; DATE: 10/16/2008 |
| | | | **921.19** | |
| 10/30/2008 | Power, Mark | CONSUL | 15,000.00 | VENDOR: HALCYON CAPITAL GROUP, LLC; INVOICE#: 08-1; DATE: 10/30/2008 |
| 10/30/2008 | Power, Mark | CONSUL | 2,500.00 | VENDOR: HALCYON CAPITAL GROUP, LLC; INVOICE#: 08-2; DATE: 10/30/2008 |
| | | | **17,500.00** | |
| 10/13/2008 | Papalexis, Alison N | COUR | 21.20 | VENDOR: DELUXE DELIVERY SYSTEMS, INC.; INVOICE#: 075224; DATE: 10/19/2008 |
| 10/1/2008 | | DUPL | 7.50 | |
| 10/1/2008 | | DUPL | 0.20 | |
| 10/1/2008 | | DUPL | 7.90 | |
| 10/1/2008 | | DUPL | 2.00 | |
| 10/1/2008 | | DUPL | 0.10 | |
| 10/1/2008 | | DUPL | 0.20 | |
| 10/1/2008 | | DUPL | 2.20 | |
| 10/1/2008 | | DUPL | 0.40 | |
| 10/1/2008 | | DUPL | 0.10 | |
| 10/1/2008 | | DUPL | 0.10 | |
| 10/1/2008 | | DUPL | 0.10 | |
| 10/1/2008 | | DUPL | 0.70 | |
| 10/1/2008 | | DUPL | 1.20 | |
| 10/1/2008 | | DUPL | 10.40 | |
| 10/1/2008 | | DUPL | 10.70 | |
| 10/1/2008 | | DUPL | 0.10 | |
| 10/1/2008 | | DUPL | 16.00 | |
| 10/1/2008 | | DUPL | 2.00 | |
| 10/1/2008 | | DUPL | 0.10 | |
| 10/1/2008 | | DUPL | 0.30 | |
| 10/1/2008 | | DUPL | 0.30 | |
| 10/1/2008 | | DUPL | 0.20 | |
| 10/1/2008 | | DUPL | 0.40 | |
| 10/1/2008 | | DUPL | 1.90 | |
| 10/1/2008 | | DUPL | 0.30 | |

| | | |
|---|---|---|
| 10/1/2008 | DUPL | 0.10 |
| 10/1/2008 | DUPL | 1.40 |
| 10/1/2008 | DUPL | 0.30 |
| 10/1/2008 | DUPL | 0.30 |
| 10/1/2008 | DUPL | 0.30 |
| 10/1/2008 | DUPL | 0.30 |
| 10/1/2008 | DUPL | 0.30 |
| 10/1/2008 | DUPL | 0.30 |
| 10/1/2008 | DUPL | 14.20 |
| 10/2/2008 | DUPL | 0.90 |
| 10/2/2008 | DUPL | 0.50 |
| 10/2/2008 | DUPL | 0.20 |
| 10/2/2008 | DUPL | 0.20 |
| 10/2/2008 | DUPL | 0.10 |
| 10/2/2008 | DUPL | 0.10 |
| 10/2/2008 | DUPL | 0.10 |
| 10/2/2008 | DUPL | 0.10 |
| 10/2/2008 | DUPL | 0.30 |
| 10/2/2008 | DUPL | 0.10 |
| 10/3/2008 | DUPL | 25.60 |
| 10/3/2008 | DUPL | 0.20 |
| 10/3/2008 | DUPL | 41.10 |
| 10/3/2008 | DUPL | 0.30 |
| 10/3/2008 | DUPL | 0.30 |
| 10/3/2008 | DUPL | 4.30 |
| 10/3/2008 | DUPL | 4.60 |
| 10/3/2008 | DUPL | 0.30 |
| 10/3/2008 | DUPL | 4.00 |
| 10/6/2008 | DUPL | 0.40 |
| 10/6/2008 | DUPL | 0.60 |
| 10/6/2008 | DUPL | 0.40 |
| 10/6/2008 | DUPL | 0.50 |
| 10/6/2008 | DUPL | 0.10 |
| 10/6/2008 | DUPL | 0.30 |
| 10/6/2008 | DUPL | 0.30 |
| 10/6/2008 | DUPL | 0.50 |
| 10/6/2008 | DUPL | 0.10 |
| 10/6/2008 | DUPL | 0.70 |
| 10/6/2008 | DUPL | 403.40 |
| 10/7/2008 | DUPL | 0.10 |
| 10/7/2008 | DUPL | 1.30 |
| 10/7/2008 | DUPL | 0.70 |
| 10/7/2008 | DUPL | 1.00 |
| 10/7/2008 | DUPL | 0.10 |
| 10/7/2008 | DUPL | 0.10 |
| 10/7/2008 | DUPL | 0.10 |
| 10/7/2008 | DUPL | 0.10 |
| 10/7/2008 | DUPL | 0.10 |
| 10/7/2008 | DUPL | 0.10 |

| | | |
|---|---|---|
| 10/7/2008 | DUPL | 0.10 |
| 10/7/2008 | DUPL | 0.30 |
| 10/7/2008 | DUPL | 0.20 |
| 10/7/2008 | DUPL | 0.40 |
| 10/7/2008 | DUPL | 0.40 |
| 10/7/2008 | DUPL | 0.40 |
| 10/7/2008 | DUPL | 0.40 |
| 10/7/2008 | DUPL | 1.50 |
| 10/7/2008 | DUPL | 0.40 |
| 10/7/2008 | DUPL | 113.00 |
| 10/7/2008 | DUPL | 67.00 |
| 10/7/2008 | DUPL | 1.80 |
| 10/8/2008 | DUPL | 0.20 |
| 10/8/2008 | DUPL | 0.30 |
| 10/8/2008 | DUPL | 0.20 |
| 10/8/2008 | DUPL | 0.30 |
| 10/8/2008 | DUPL | 0.20 |
| 10/8/2008 | DUPL | 0.30 |
| 10/8/2008 | DUPL | 0.30 |
| 10/8/2008 | DUPL | 10.50 |
| 10/8/2008 | DUPL | 29.20 |
| 10/9/2008 | DUPL | 0.10 |
| 10/9/2008 | DUPL | 0.70 |
| 10/9/2008 | DUPL | 0.20 |
| 10/9/2008 | DUPL | 0.20 |
| 10/9/2008 | DUPL | 1.30 |
| 10/9/2008 | DUPL | 0.20 |
| 10/9/2008 | DUPL | 0.20 |
| 10/9/2008 | DUPL | 0.10 |
| 10/9/2008 | DUPL | 0.10 |
| 10/9/2008 | DUPL | 0.70 |
| 10/9/2008 | DUPL | 0.10 |
| 10/9/2008 | DUPL | 0.10 |
| 10/9/2008 | DUPL | 0.30 |
| 10/9/2008 | DUPL | 0.20 |
| 10/9/2008 | DUPL | 0.10 |
| 10/9/2008 | DUPL | 0.10 |
| 10/9/2008 | DUPL | 0.20 |
| 10/9/2008 | DUPL | 0.30 |
| 10/9/2008 | DUPL | 0.20 |
| 10/9/2008 | DUPL | 2.10 |
| 10/9/2008 | DUPL | 0.20 |
| 10/9/2008 | DUPL | 0.20 |
| 10/9/2008 | DUPL | 0.70 |
| 10/9/2008 | DUPL | 0.90 |
| 10/10/2008 | DUPL | 0.20 |
| 10/10/2008 | DUPL | 0.10 |
| 10/10/2008 | DUPL | 0.10 |
| 10/10/2008 | DUPL | 0.20 |

| Date | Type | Amount |
|---|---|---|
| 10/10/2008 | DUPL | 0.20 |
| 10/10/2008 | DUPL | 0.20 |
| 10/10/2008 | DUPL | 0.20 |
| 10/10/2008 | DUPL | 0.20 |
| 10/10/2008 | DUPL | 0.40 |
| 10/10/2008 | DUPL | 0.80 |
| 10/10/2008 | DUPL | 0.20 |
| 10/10/2008 | DUPL | 0.10 |
| 10/10/2008 | DUPL | 127.80 |
| 10/13/2008 | DUPL | 0.30 |
| 10/13/2008 | DUPL | 1.00 |
| 10/13/2008 | DUPL | 0.30 |
| 10/13/2008 | DUPL | 0.70 |
| 10/14/2008 | DUPL | 0.90 |
| 10/14/2008 | DUPL | 0.90 |
| 10/14/2008 | DUPL | 0.10 |
| 10/14/2008 | DUPL | 0.70 |
| 10/14/2008 | DUPL | 0.70 |
| 10/14/2008 | DUPL | 0.20 |
| 10/14/2008 | DUPL | 0.70 |
| 10/14/2008 | DUPL | 0.10 |
| 10/14/2008 | DUPL | 11.20 |
| 10/14/2008 | DUPL | 0.70 |
| 10/14/2008 | DUPL | 0.50 |
| 10/14/2008 | DUPL | 0.50 |
| 10/14/2008 | DUPL | 51.00 |
| 10/14/2008 | DUPL | 1.10 |
| 10/15/2008 | DUPL | 0.30 |
| 10/15/2008 | DUPL | 0.40 |
| 10/15/2008 | DUPL | 0.30 |
| 10/15/2008 | DUPL | 0.90 |
| 10/15/2008 | DUPL | 0.30 |
| 10/15/2008 | DUPL | 0.70 |
| 10/15/2008 | DUPL | 0.90 |
| 10/15/2008 | DUPL | 1.80 |
| 10/15/2008 | DUPL | 0.30 |
| 10/15/2008 | DUPL | 0.30 |
| 10/15/2008 | DUPL | 0.10 |
| 10/15/2008 | DUPL | 0.70 |
| 10/15/2008 | DUPL | 0.10 |
| 10/15/2008 | DUPL | 0.20 |
| 10/15/2008 | DUPL | 2.60 |
| 10/16/2008 | DUPL | 0.70 |
| 10/16/2008 | DUPL | 0.90 |
| 10/16/2008 | DUPL | 0.10 |
| 10/17/2008 | DUPL | 0.60 |
| 10/17/2008 | DUPL | 1.50 |
| 10/17/2008 | DUPL | 0.80 |
| 10/17/2008 | DUPL | 0.40 |

| Date | Type | Amount |
|---|---|---|
| 10/17/2008 | DUPL | 0.50 |
| 10/17/2008 | DUPL | 0.10 |
| 10/17/2008 | DUPL | 0.50 |
| 10/20/2008 | DUPL | 0.50 |
| 10/20/2008 | DUPL | 3.40 |
| 10/20/2008 | DUPL | 3.40 |
| 10/20/2008 | DUPL | 1.70 |
| 10/20/2008 | DUPL | 1.70 |
| 10/20/2008 | DUPL | 0.10 |
| 10/20/2008 | DUPL | 0.10 |
| 10/20/2008 | DUPL | 1.90 |
| 10/20/2008 | DUPL | 0.10 |
| 10/20/2008 | DUPL | 1.40 |
| 10/20/2008 | DUPL | 0.10 |
| 10/20/2008 | DUPL | 3.40 |
| 10/20/2008 | DUPL | 1.50 |
| 10/20/2008 | DUPL | 0.40 |
| 10/20/2008 | DUPL | 0.10 |
| 10/20/2008 | DUPL | 0.20 |
| 10/20/2008 | DUPL | 0.10 |
| 10/20/2008 | DUPL | 0.30 |
| 10/20/2008 | DUPL | 120.20 |
| 10/21/2008 | DUPL | 1.60 |
| 10/21/2008 | DUPL | 0.20 |
| 10/21/2008 | DUPL | 0.20 |
| 10/21/2008 | DUPL | 0.10 |
| 10/21/2008 | DUPL | 0.10 |
| 10/21/2008 | DUPL | 0.10 |
| 10/21/2008 | DUPL | 0.10 |
| 10/21/2008 | DUPL | 0.10 |
| 10/21/2008 | DUPL | 0.10 |
| 10/21/2008 | DUPL | 0.10 |
| 10/21/2008 | DUPL | 0.10 |
| 10/21/2008 | DUPL | 0.10 |
| 10/21/2008 | DUPL | 0.10 |
| 10/21/2008 | DUPL | 0.20 |
| 10/21/2008 | DUPL | 0.10 |
| 10/21/2008 | DUPL | 1.20 |
| 10/21/2008 | DUPL | 1.30 |
| 10/21/2008 | DUPL | 2.50 |
| 10/21/2008 | DUPL | 0.20 |
| 10/21/2008 | DUPL | 0.10 |
| 10/21/2008 | DUPL | 0.10 |
| 10/21/2008 | DUPL | 0.20 |
| 10/22/2008 | DUPL | 0.10 |
| 10/22/2008 | DUPL | 0.10 |
| 10/22/2008 | DUPL | 0.20 |
| 10/22/2008 | DUPL | 0.80 |
| 10/22/2008 | DUPL | 0.10 |

| | | |
|---|---|---|
| 10/22/2008 | DUPL | 0.10 |
| 10/22/2008 | DUPL | 0.70 |
| 10/22/2008 | DUPL | 0.10 |
| 10/22/2008 | DUPL | 3.20 |
| 10/22/2008 | DUPL | 0.20 |
| 10/23/2008 | DUPL | 7.20 |
| 10/23/2008 | DUPL | 0.10 |
| 10/23/2008 | DUPL | 0.50 |
| 10/23/2008 | DUPL | 0.40 |
| 10/23/2008 | DUPL | 0.70 |
| 10/23/2008 | DUPL | 0.60 |
| 10/23/2008 | DUPL | 0.10 |
| 10/23/2008 | DUPL | 1.50 |
| 10/23/2008 | DUPL | 0.60 |
| 10/23/2008 | DUPL | 0.50 |
| 10/23/2008 | DUPL | 2.40 |
| 10/23/2008 | DUPL | 0.20 |
| 10/23/2008 | DUPL | 0.50 |
| 10/23/2008 | DUPL | 1.70 |
| 10/23/2008 | DUPL | 6.40 |
| 10/24/2008 | DUPL | 0.60 |
| 10/24/2008 | DUPL | 0.30 |
| 10/24/2008 | DUPL | 0.90 |
| 10/24/2008 | DUPL | 13.90 |
| 10/27/2008 | DUPL | 0.20 |
| 10/27/2008 | DUPL | 4.50 |
| 10/28/2008 | DUPL | 8.40 |
| 10/28/2008 | DUPL | 8.40 |
| 10/28/2008 | DUPL | 0.20 |
| 10/28/2008 | DUPL | 0.70 |
| 10/28/2008 | DUPL | 0.20 |
| 10/28/2008 | DUPL | 0.30 |
| 10/29/2008 | DUPL | 26.60 |
| 10/30/2008 | DUPL | 16.80 |
| 10/30/2008 | DUPL | 0.20 |
| 10/30/2008 | DUPL | 0.80 |
| 10/30/2008 | DUPL | 0.10 |
| 10/30/2008 | DUPL | 0.10 |
| 10/30/2008 | DUPL | 1.00 |
| 10/30/2008 | DUPL | 0.10 |
| 10/30/2008 | DUPL | 0.10 |
| 10/30/2008 | DUPL | 0.30 |
| 10/30/2008 | DUPL | 0.10 |
| 10/30/2008 | DUPL | 0.40 |
| 10/30/2008 | DUPL | 0.10 |
| 10/30/2008 | DUPL | 0.70 |
| 10/30/2008 | DUPL | 0.20 |
| 10/30/2008 | DUPL | 0.10 |
| 10/30/2008 | DUPL | 0.30 |

| Date | Name | Code | Amount | Description |
|------|------|------|--------|-------------|
| 10/30/2008 | | DUPL | 0.70 | |
| 10/30/2008 | | DUPL | 0.10 | |
| 10/30/2008 | | DUPL | 1.50 | |
| 10/30/2008 | | DUPL | 0.20 | |
| 10/30/2008 | | DUPL | 0.20 | |
| 10/30/2008 | | DUPL | 0.20 | |
| 10/30/2008 | | DUPL | 0.20 | |
| 10/30/2008 | | DUPL | 1.90 | |
| 10/30/2008 | | DUPL | 0.30 | |
| 10/30/2008 | | DUPL | 2.70 | |
| 10/30/2008 | | DUPL | 0.20 | |
| 10/30/2008 | | DUPL | 0.40 | |
| 10/30/2008 | | DUPL | 10.00 | |
| 10/30/2008 | | DUPL | 0.20 | |
| 10/30/2008 | | DUPL | 0.10 | |
| 10/31/2008 | | DUPL | 0.70 | |
| 10/31/2008 | | DUPL | 0.70 | |
| 10/31/2008 | | DUPL | 0.20 | |
| 10/31/2008 | | DUPL | 2.20 | |
| 10/31/2008 | | DUPL | 0.40 | |
| 10/31/2008 | | DUPL | 0.20 | |
| 10/31/2008 | | DUPL | 0.20 | |
| 10/31/2008 | | DUPL | 1.60 | |
| | | | **1,322.60** | |
| 10/17/2008 | Schnitzer, Edward I | LEXI | 111.43 | VENDOR: LEXIS - NEXIS; INVOICE#: 0810005417; DATE: 10/31/2008 |
| 10/20/2008 | Keary, Emmet | LEXI | 457.78 | VENDOR: LEXIS - NEXIS; INVOICE#: 0810005417; DATE: 10/31/2008 |
| 10/31/2008 | Smith, Jason | LEXI | 9.22 | VENDOR: LEXIS NEXIS COURT LINK; INVOICE#: EA-345116; DATE: 11/1/2008 |
| | | | **578.43** | |
| 10/1/2008 | Keary, Emmet | MEAL | 12.03 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 408908; DATE: 10/5/2008 |
| 10/2/2008 | Keary, Emmet | MEAL | 31.68 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 408908; DATE: 10/5/2008 |
| 10/2/2008 | Keary, Emmet | MEAL | 12.68 | VENDOR: EMMET KEARY; INVOICE#: 26; DATE: 10/28/2008 |
| 10/2/2008 | Keary, Emmet | MEAL | 12.68 | VENDOR: EMMET KEARY; INVOICE#: 26; DATE: 10/28/2008 |
| 10/3/2008 | Keary, Emmet | MEAL | 12.03 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 408908; DATE: 10/5/2008 |
| 10/4/2008 | Newman, Zachary I | MEAL | 10.51 | VENDOR: NEWMAN, ZACHARY G.; INVOICE#: 13; DATE: 1/21/2009 |
| 10/8/2008 | Schnitzer, Edward I | MEAL | 8.90 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 20; DATE: 10/8/2008 |

| Date | Name | Type | Amount | Vendor |
|------|------|------|--------|--------|
| 10/10/2008 | Janice O'Kane | MEAL | 17.54 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 410085; DATE: 10/12/2008 |
| 10/13/2008 | Keary, Emmet | MEAL | 33.86 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 414157; DATE: 10/19/2008 |
| 10/13/2008 | Keary, Emmet | MEAL | 12.03 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 414157; DATE: 10/19/2008 |
| 10/15/2008 | Keary, Emmet | MEAL | 19.82 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 414157; DATE: 10/19/2008 |
| 10/20/2008 | Keary, Emmet | MEAL | 7.97 | VENDOR: EMMET KEARY; INVOICE#: 26; DATE: 10/28/2008 |
| 10/22/2008 | Indelicato, Mark S | MEAL | 14.36 | VENDOR: PETTY CASH; INVOICE#: 10128; DATE: 10/28/2008 |
| 10/23/2008 | Keary, Emmet | MEAL | 16.20 | VENDOR: EMMET KEARY; INVOICE#: 26; DATE: 10/28/2008 |
| 10/23/2008 | Indelicato, Mark S | MEAL | 289.75 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 415263; DATE: 10/26/2008 |
| 10/24/2008 | Indelicato, Mark S | MEAL | 10.77 | VENDOR: INDELICATO; INVOICE#: 24; DATE: 11/21/2008 |
| 10/30/2008 | Keary, Emmet | MEAL | 19.82 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 420701; DATE: 11/2/2008 |
| 10/30/2008 | Janice O'Kane | MEAL | 25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 420701; DATE: 11/2/2008 |
| | | | **568.47** | |
| 10/7/2008 | Tucker, Jason L. | ODEL | **63.41** | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 29959-28870; DATE: 10/20/2008 |
| 10/14/2008 | Tucker, Jason L. | OSPRTG | **203.31** | VENDOR: Superior Glacier; INVOICE#: 541793; DATE: 10/14/2008 |
| 10/2/2008 | Keary, Emmet | TELE | 0.11 | VENDOR: AMERICAN EXPRESS; INVOICE#: 120108; DATE: 12/3/2008 |
| 10/4/2008 | Power, Mark | TELE | (44.50) | Cancellation of: VENDOR: POWER, MARK T.; INVOICE#: 13; DATE: 9/16/2008 |
| 10/7/2008 | Indelicato, Mark S | TELE | 51.00 | VENDOR: INDELICATO; INVOICE#: 23; DATE: 10/27/2008 |
| 10/7/2008 | Indelicato, Mark S | TELE | 25.00 | VENDOR: INDELICATO; INVOICE#: 23; DATE: 10/27/2008 |
| 10/7/2008 | Power, Mark | TELE | 28.06 | VENDOR: AMERICAN EXPRESS; INVOICE#: 120108; DATE: 12/3/2008 |
| 10/14/2008 | Power, Mark | TELE | 57.50 | VENDOR: POWER, MARK T.; INVOICE#: 15; DATE: 12/1/2008 |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 10/16/2008 | Keary, Emmet | TELE | 0.23 | VENDOR: AMERICAN EXPRESS; INVOICE#: 120108; DATE: 12/3/2008 |
| 10/23/2008 | Keary, Emmet | TELE | 3.83 | VENDOR: AMERICAN EXPRESS; INVOICE#: 120108; DATE: 12/3/2008 |
| 10/23/2008 | Keary, Emmet | TELE | 41.96 | VENDOR: AMERICAN EXPRESS; INVOICE#: 120108; DATE: 12/3/2008 |
| 10/24/2008 | Power, Mark | TELE | (44.50) | Cancellation of: VENDOR: COURTCALL, INC.; INVOICE#: 2303587; DATE: 8/11/2008 |
| | | | **118.69** | |
| 10/8/2008 | Schnitzer, Edward I | TRAV | 298.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 20; DATE: 10/8/2008 |
| 10/8/2008 | Indelicato, Mark S | TRAV | 298.00 | VENDOR: INDELICATO; INVOICE#: 23; DATE: 10/27/2008 |
| 10/22/2008 | Indelicato, Mark S | TRAV | 253.00 | VENDOR: INDELICATO; INVOICE#: 22; DATE: 10/22/2008 |
| | | | **849.00** | |
| 10/17/2008 | Schnitzer, Edward I | TELE | 0.25 | 13025716753; 1 Mins. |
| 10/17/2008 | Schnitzer, Edward I | TELE | 0.25 | 13025763588; 1 Mins. |
| 10/20/2008 | Schnitzer, Edward I | TELE | 0.25 | 13025763588; 1 Mins. |
| 10/22/2008 | Keary, Emmet | TELE | 0.25 | 13025716753; 1 Mins. |
| 10/22/2008 | Keary, Emmet | TELE | 0.75 | 19084749700; 3 Mins. |
| 10/22/2008 | Keary, Emmet | TELE | 0.50 | 18454636500; 2 Mins. |
| 10/22/2008 | Keary, Emmet | TELE | 0.75 | 12033782002; 3 Mins. |
| 10/23/2008 | Smith, Jason | TELE | 0.40 | 17184722800; 4 Mins. |
| 10/29/2008 | Keary, Emmet | TELE | 0.25 | 15615160072; 1 Mins. |
| | | | **3.65** | |
| 10/7/2008 | Tucker, Jason L. | VELO | 35.75 | |
| 10/14/2008 | Tucker, Jason L. | VELO | 16.50 | |
| | | | **52.25** | |
| | | | 22,482.48 | |