**EXHIBIT B**

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136828

For professional services rendered from November 1, through November 30, 2008 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 33,671.50 |
| 003 | RETENTIONS | | 112.50 |
| 006 | SALES OF ASSETS | | 14,423.00 |
| 007 | PROFESSIONAL FEES | | 3,605.50 |
| 009 | LITIGATION | | 26,467.00 |
| 010 | PLAN AND DISCLOSURE STATEMENT | | 35,337.00 |
| 011 | EMPLOYEE ISSUES | | 3,993.00 |
| 012 | CLAIMS ADMINISTRATION | | 3,307.50 |
| 013 | INVESTIGATION OF COMPANY | | 95,252.00 |
| | **Total Time** | $ | 216,169.00 |
| | | | |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 142.41 |
| | CARFARE | | 580.42 |
| | COURIER SERVICE | | 25.44 |
| | DUPLICATING | | 2,820.10 |
| | LEXIS | | 3.99 |
| | MEALS | | 191.15 |
| | OVERNIGHT DELIVERY | | 33.59 |
| | POSTAGE | | 12.62 |
| | SEARCH FEES | | 0.64 |
| | TRAVEL | | 476.00 |
| | **Total Disbursements** | $ | 4,286.36 |
| | | | |
| | **TOTAL BILL** | $ | **220,455.36** |

# HAHN & HESSEN LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136828

For professional services rendered from November 1, through November 30, 2008 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
| | 002 | CREDITORS COMMITTEE |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/03/08 | Review docket and recent pleadings (.50) | JS | 0.50 | 122.50 |
| 11/03/08 | Review committee update. | JXZ | 0.20 | 75.00 |
| 11/04/08 | Meeting with MSI and email re: D&O insurance stipulation and report re: fees paid (.30); review and summarize decision in Wells Fargo Bear Stearns matter (.60). | ELS | 0.90 | 472.50 |
| 11/04/08 | Review docket and recent pleadings (.80) per ELS review omnibus dates to ensure they were calendared (.30) | JS | 1.10 | 269.50 |
| 11/04/08 | Meeting with ELS Regarding summaries (.10); review docket and numerous orders (.40); review recent opinion and draft summary (.30); review hearing agenda (.10). | JXZ | 0.90 | 337.50 |
| 11/04/08 | Review Northwest decision (.60); review interaction with BofA settlement (.20); meeting with ELS regarding summaries (.10). | MSI | 0.90 | 670.50 |
| 11/04/08 | Review & revise summary of Wells decision (.3); review Court's Northwest decision & discuss with Beach (.7) | MTP | 1.00 | 745.00 |
| 11/05/08 | Revise summary of court decision on Wells Fargo interpleader. | ELS | 0.50 | 262.50 |
| 11/05/08 | Calendar events (.20) Review docket and most recent pleadings (.60). | JS | 0.80 | 196.00 |
| 11/05/08 | Review recent motions and draft summaries (1.50). | JXZ | 1.50 | 562.50 |
| 11/05/08 | Review and edit summary of the recent decisions in AHM for the committee. | MSI | 0.40 | 298.00 |
| 11/05/08 | Drafted a joinder of objection to motion for NCCCC's administrative claim. | NR | 0.90 | 243.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/06/08 | Review docket - circulate and review recent pleadings (1.0) file maintenance (.40) | JS | 1.40 | 343.00 |
| 11/06/08 | Review financial analysis (.20); meeting preparation (.40); attend committee call (.70); review docket and opinions and circulate same (.20). | JXZ | 1.50 | 562.50 |
| 11/06/08 | Revise and edit summaries to the Committee (.30); draft e-mail to the Committee regarding outstanding issues (.30); prepare for and attend telephonic meeting of the Committee (.80). | MSI | 1.40 | 1,043.00 |
| 11/06/08 | Review BDO update report (.4); participate in Committee weekly call (.7) | MTP | 1.10 | 819.50 |
| 11/07/08 | Review Agenda and prepare for hearing (1.2) review docket and recent pleadings (.80) file maintenance (.60) calendar events (.30) | JS | 2.90 | 710.50 |
| 11/07/08 | Review hearing agenda (.10); review docket and recent notices, COC's and orders (.40). | JXZ | 0.50 | 187.50 |
| 11/07/08 | Review calendar, motions filed and objections. | MSI | 0.40 | 298.00 |
| 11/10/08 | Bekins moving solutions stipulation examination (.9) drafting memo of Bekins for Committee [.8] adjusting calendars for various Committee hearing and objections [.6] drafting memo re Iron Mountain agreement [.7] examining omnibus objection to claims filed by AHM [.7]. | EK | 3.80 | 1,216.00 |
| 11/10/08 | Review docket and recently filed pleadings. | JS | 0.80 | 196.00 |
| 11/10/08 | Review 9019 motion (.20); review docket and recent orders (.30); calendar maintenance (.10). | JXZ | 0.60 | 225.00 |
| 11/10/08 | Revise and edit confidentiality agreement with ELS (.30); review pending motions (.20). | MSI | 0.50 | 372.50 |
| 11/11/08 | Review and revise EK summary of Bekins settlement. | ELS | 0.20 | 105.00 |
| 11/11/08 | Review docket and recently filed pleadings (.30) review agenda for disclosure statement hearing (.20) prepare MSI and ELS for hearing (1.80). | JS | 2.00 | 490.00 |
| 11/11/08 | Review notice of appeal (.10); review operating reports (.20). | JXZ | 0.30 | 112.50 |
| 11/11/08 | Review summaries and pending motions (.30); telephone conversation with Lunn regarding hearing and NAT City objection (.20); meeting with ELS regarding hearing (.10). | MSI | 0.60 | 447.00 |
| 11/12/08 | Examination of the Debtors' operating reports re: meeting and updates; e-mails to Creditors Committee [.3]. examining various responses to the Debtors' omnibus objections [.4] examination of recent entries sent from Kathy Senese [2.2]. | EK | 2.90 | 928.00 |
| 11/12/08 | Review pleadings in preparation for 11/12 hearing and appear telephonically at hearing. | ELS | 0.80 | 420.00 |
| 11/12/08 | Review docket (.60) update critical dates memo (1.20) file maintenance (.40). | JS | 2.20 | 539.00 |
| 11/12/08 | Calendar maintenance (.10); review operating reports (.20). | JXZ | 0.30 | 112.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/12/08 | Review e-mails regarding updates on various issues. | MSI | 0.30 | 223.50 |
| 11/13/08 | Examining order approving sale procedures [.4] drafting committee minutes [1.9]. | EK | 2.30 | 736.00 |
| 11/13/08 | Review docket (.40). | JS | 0.40 | 98.00 |
| 11/13/08 | Review recent orders (.30); review committee update (.10). | JXZ | 0.40 | 150.00 |
| 11/13/08 | Revise and edit update memo to the committee (.70); e-mail to T. Moss regarding same and plan (.10); revise and edit motion summary (.10). | MSI | 0.90 | 670.50 |
| 11/13/08 | Pulled newspaper articles for MSI re Lehman Brothers v. 1st Alliance in Bankruptcy. | NR | 0.70 | 189.00 |
| 11/14/08 | Called with George Schultz re: shareholder [.4] examination of George Schultz's claim [.3] e-mails with MTP re George Schultz [.2] examination of Notice of Hearing and updating various Committee calendars [.3] drafting AHM Committee minutes [1.7]. | EK | 2.90 | 928.00 |
| 11/14/08 | Review letter from Borrowers' committee counsel to debtors and meeting with MSI re: same (.30); draft memo re: meeting with Borrowers' committee counsel (.40). | ELS | 0.70 | 367.50 |
| 11/14/08 | Review docket (.10); attention to meeting minutes (.20). | JXZ | 0.30 | 112.50 |
| 11/14/08 | Review materials in preparation for borrower's committee counsel (.40); meeting with same and BDO (2.50); review summaries to the committee (.20). | MSI | 3.10 | 2,309.50 |
| 11/17/08 | Phone to MSI re Bekins [.1] updating creditors' committee calendars and e-mails to JS, ELS [.6] researching American lien issue re settlement for ELS [.8] drafting creditors committee minutes [1.3]. | EK | 2.80 | 896.00 |
| 11/17/08 | Review docket recently filed pleadings (.80). | JS | 0.80 | 196.00 |
| 11/17/08 | Review opposition to motion to compel (.30); review recent notices (.10). | JXZ | 0.40 | 150.00 |
| 11/18/08 | Examining various foreclosures for ELS re second lien issue [2.2]. | EK | 2.20 | 704.00 |
| 11/18/08 | Review debtors' draft objection to American Lien's motion and meeting with MSI re: same. | ELS | 0.30 | 157.50 |
| 11/18/08 | Review docket and recent pleadings (.80). | JS | 0.80 | 196.00 |
| 11/18/08 | Telephone conversation with Beach, Brady and MTP to discuss borrower's committee issues, LPMI, WARN and disclosure statement; review memo regarding borrower's meeting. | MSI | 1.50 | 1,117.50 |
| 11/18/08 | Case strategy call with YCST & MSI | MTP | 1.50 | 1,117.50 |
| 11/19/08 | Preparing and e-mailing Dennis Drebsky the AHM Contact List [.1] incorporating MSI's comments and sending e-mails to the Committee re: Bekin motion [.3] reading BDO report [.3] sending committee meeting e-mail to the committee [.2] call with AHM shareholder re claim [.4]. | EK | 1.30 | 416.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/19/08 | Phone call with Beach re: objection to ALF motion for relief and review Ross's response to the motion. | ELS | 0.40 | 210.00 |
| 11/19/08 | File maintenance (.30) monitor docket (.30) review objection DI 6592 (.20) | JS | 0.80 | 196.00 |
| 11/20/08 | Preparing for Committee meeting [.6] sending agenda e-mail to the Committee [.2] e-mail with D. Berliner re meeting [.2] reading the latest version of the disclosure statement [1.1] examine the omnibus objection to claims [.3] | EK | 2.40 | 768.00 |
| 11/20/08 | E-mails summary drafting on the state of the various EPDs for MTP [.5] making changes to various stipulations for Al Jacobs [.7] drafting the EMC stipulation [1.1] e-mails with Todd Brents re stipulation with EMC [.2] calls with Henry Colvin re duplicative claims [.3] examining the multiple U.S. Bank's claims [2.1]. | EK | 5.90 | 1,888.00 |
| 11/20/08 | Review summary motion (.10); committee call (.80). | JXZ | 0.90 | 337.50 |
| 11/20/08 | Review and edit BDO weekly report in preparation for committee meeting (.40); review pleadings and calendar regarding same (.40); attend committee meeting to update committee on pending issues (.80). | MSI | 1.60 | 1,192.00 |
| 11/20/08 | Review BDO report (.3); participate in part of Committee weekly call (.6) | MTP | 0.90 | 670.50 |
| 11/21/08 | Review email from ELS re Citimortgage letter objection (.10) production for ELS (.30) Review Agenda of matters for hearing (.30) prepare for hearing (.60) review omnibus order setting hearing dates (.20) update calendar events (.40) review docket and recent pleadings (.60) | JS | 2.50 | 612.50 |
| 11/21/08 | Review hearing agenda (.10); review 9019 motion (.20); review scheduling order (.10). | JXZ | 0.50 | 187.50 |
| 11/24/08 | Reading various foreclosure notices re: 2nd lien issue [.7] examining agenda for hearing and examining various motions to be heard [1.1] examination of Traxi's compensation application [.2]. | EK | 2.00 | 640.00 |
| 11/24/08 | Review hearing agenda (.10). | JXZ | 0.10 | 37.50 |
| 11/25/08 | Examination of motion to appoint a Committee of Borrowers' counsel and drafting memo [.7] examination of emails sent by Kathy Senese re docket entries [.8] examination of motion to amend chapter 11 plan [.8] examination of disclosure statement with respect to the chapter 11 plan [.5] docket review of various motions filed and altering the various Committee calendars [.8]. | EK | 3.60 | 1,152.00 |
| 11/25/08 | Review docket (.20) | JS | 0.20 | 49.00 |
| 11/25/08 | Draft extensive e-mail to committee regarding disclosure hearing. | MSI | 0.80 | 596.00 |
| 11/25/08 | Review MSI update e-mail to Committee on disclosure statement hearing | MTP | 0.30 | 223.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/26/08 | Examination of submission of proofs of claims by Debtors [.3] examination of fee request and memo for Quinn Emanuel [.6] drafting Committee minutes [.7]. | EK | 1.60 | 512.00 |
| 11/26/08 | review proof of claim regarding 23rd omnibus objection to claim (.10) monitor docket and pleadings filed (.40) file maintenance (.50) | JS | 1.00 | 245.00 |
| 11/26/08 | Review Committee update (.10). | JXZ | 0.10 | 37.50 |

TOTAL HOURS          83.00

TOTAL SERVICES ........................................................................ $     33,671.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $142.41 |
| CARFARE | $264.18 |
| DUPLICATING | $134.60 |
| LEXIS | $3.99 |
| MEALS | $159.40 |
| POSTAGE | $12.62 |

TOTAL DISBURSEMENTS ............................................... $     717.20

TOTAL FEES & DISBURSEMENTS ........................................... $     34,388.70

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|------|------|-------|-----------------|-------------|
| 556 | Smith | 18.20 | 245.00 | 4,459.00 |
| 544 | Rigano | 1.60 | 270.00 | 432.00 |
| 550 | Keary | 33.70 | 320.00 | 10,784.00 |
| 493 | Zawadzki | 8.50 | 375.00 | 3,187.50 |
| 486 | Schnitzer | 3.80 | 525.00 | 1,995.00 |
| 260 | Indelicato | 12.40 | 745.00 | 9,238.00 |
| 364 | Power | 4.80 | 745.00 | 3,576.00 |
| ATTY TOTAL | | 83.00 | | 33,671.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136828

For professional services rendered from November 1, through November 30, 2008 in connection with the following:

| | | |
|---|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. | |
| 003 | RETENTIONS | |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/08 | Review retention application (.10). | JXZ | 0.10 | 37.50 |
| 11/24/08 | Review retention application (.20). | JXZ | 0.20 | 75.00 |
| | TOTAL HOURS | | 0.30 | |
| | TOTAL SERVICES ................................................................$ | | | 112.50 |

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 0.30 | 375.00 | 112.50 |
| ATTY TOTAL | | 0.30 | | 112.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136828

For professional services rendered from November 1, through November 30, 2008 in connection with the following:

| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 006 | SALES OF ASSETS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/03/08 | Attention to pleadings re proposed sale of whole loans; and e-mail comments to YCST | MTP | 1.80 | 1,341.00 |
| 11/04/08 | Review sale motion and bid procedures (.80). | JXZ | 0.80 | 300.00 |
| 11/04/08 | Telephone conversation with Lunn regarding issues on sale of real property. | MSI | 0.20 | 149.00 |
| 11/05/08 | Miscellaneous conferences and e-mails with MTP, Beach, Kostoulis regarding second liens sale (0.6); review motion, procedures, purchase agreement and precedents, prepare comments (2.7) | DDG | 3.30 | 2,293.50 |
| 11/05/08 | Telephone conversation with M. Lunn regarding issues on sale of real property. | MSI | 0.20 | 149.00 |
| 11/05/08 | Conference call with YCST & DDG re issues with loan sale (.5); review various sale motion pleadings (1.6) | MTP | 2.10 | 1,564.50 |
| 11/07/08 | Conference with Grear regarding purchase agreement issues (0.3); review revised agreement (0.3). | DDG | 0.60 | 417.00 |
| 11/10/08 | Review proposed revisions to form APA for sale of non-performing seconds (.5). | MTP | 0.50 | 372.50 |
| 11/12/08 | Review revised purchase agreement for American Home Bank (0.9); miscellaneous conferences and e-mails with MSI, Cadwalader regarding same (0.5). | DDG | 1.40 | 973.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/12/08 | Review revised draft of M2 asset purchase agreement (1.20); meeting with DDG to discuss comments and telephone conversation with J. Weisman regarding same (.80); draft e-mail to Berliner regarding same (.10). | MSI | 2.10 | 1,564.50 |
| 11/12/08 | Review revised APA for sale of Thrift & e-mail DDG with questions | MTP | 1.00 | 745.00 |
| 11/13/08 | E-mails with MSI, Storero regarding Bank sale. | DDG | 0.10 | 69.50 |
| 11/13/08 | Review e-mail from Lunn regarding open points on sale of Chicago (.20); telephone conversation with Lunn regarding same (.20). | MSI | 0.40 | 298.00 |
| 11/14/08 | Review analysis of bank liquidation option, misc. e-mails with MSI re: same. | DDG | 0.30 | 208.50 |
| 11/14/08 | Telephone conversation with Milestone, YCSt and Kroll and BDO to go over economic issues with M2 proposal (.70); telephone conversation with DDG regarding same (.10). | MSI | 0.80 | 596.00 |
| 11/14/08 | Review bank liquidation analysis (.5); call with Kroll, Milestone, YCST, BDO to review same (.7) | MTP | 1.20 | 894.00 |
| 11/17/08 | Review e-mail on sale of Chicago property (.10). | MSI | 0.10 | 74.50 |
| 11/21/08 | Review revised stock purchase agreement, e-mail to CW&T regarding same. | DDG | 0.30 | 208.50 |
| 11/25/08 | Miscellaneous e-mails with MSI, BDO, Milestone regarding sale of bank. | DDG | 0.20 | 139.00 |
| 11/26/08 | Conference call with Milestone, Young Conaway, MSI re: sale of bank. | DDG | 0.40 | 278.00 |
| 11/26/08 | Telephone conversation with Milestone, Kroll, YCST and BDO regarding alternatives regarding the sale of AHM Bank (.80); review e-mails regarding same and contract issues (.40). | MSI | 1.20 | 894.00 |
| 11/26/08 | Conference call with Debtors & BDO re sale of the bank (.8) strategy call with BDO & MSI re alternatives (.4) | MTP | 1.20 | 894.00 |

TOTAL HOURS                                    20.20

TOTAL SERVICES ..................................................... $   14,423.00

DISBURSEMENT SUMMARY

DUPLICATING                                                        $8.60

SEARCH FEES                                                        $0.64

TOTAL DISBURSEMENTS ....................................... $    9.24

TOTAL FEES & DISBURSEMENTS ............................. $   14,432.24

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 0.80 | 375.00 | 300.00 |
| 426 | Grubman | 6.60 | 695.00 | 4,587.00 |
| 260 | Indelicato | 5.00 | 745.00 | 3,725.00 |
| 364 | Power | 7.80 | 745.00 | 5,811.00 |
| ATTY TOTAL | | 20.20 | | 14,423.00 |

# HAHN & HESSEN LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136828

For professional services rendered from November 1, through November 30, 2008 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
|  | 007 | PROFESSIONIAL FEES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/08 | Review Weiner Brodsky fee application (.40) update summary fee chart (.20) | JS | 0.60 | 147.00 |
| 11/07/08 | Review fee applications; draft summaries and e-mail MTP regarding same (.90). | JXZ | 0.90 | 337.50 |
| 11/07/08 | Review JXZ e-mail re fee summaries | MTP | 0.20 | 149.00 |
| 11/13/08 | Draft HH 14th Monthly fee application. | JS | 3.00 | 735.00 |
| 11/17/08 | Edits to June (.30) July (.20) and August (.30) fee applications. | JS | 0.80 | 196.00 |
| 11/18/08 | Review Milestone's October fee application (.40) update summary fee chart (.10). | JS | 0.50 | 122.50 |
| 11/18/08 | Calendar maintenance (.10). | JXZ | 0.10 | 37.50 |
| 11/18/08 | Calendar maintenance (.10). | JXZ | 0.10 | 37.50 |
| 11/21/08 | Review Kilpatrick October fee application (.40) update summary fee chart (.20) | JS | 0.60 | 147.00 |
| 11/24/08 | Drafting a memo re the stipulation of American Lien Fund [1.1] examining various responses to the Debtors' objections to claims [.5] examining the transcript of the Wells v AHM hearing [1.3]. | EK | 2.90 | 928.00 |
| 11/25/08 | Review fee applications, draft summaries and e-mails with ELS regarding same (1.20). | JXZ | 1.20 | 450.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/26/08 | Review Quinn Emanuel's September fee application (.30) review Weiner Brodsky's October fee application (.30) review PricewaterhouseCoopers' October fee application (.20) update summary fee chart (.50) | JS | 1.30 | 318.50 |

|  |  | TOTAL HOURS | 12.20 |  |
|--|--|-------------|-------|--|

TOTAL SERVICES ..........................................................$   3,605.50

DISBURSEMENT SUMMARY

DUPLICATING                                                                $27.10

TOTAL DISBURSEMENTS ........................................$   27.10

TOTAL FEES & DISBURSEMENTS ...........................$   3,632.60

## SUMMARY OF ATTORNEY TIME

| ATTORNEY |  | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 6.80 | 245.00 | 1,666.00 |
| 550 | Keary | 2.90 | 320.00 | 928.00 |
| 493 | Zawadzki | 2.30 | 375.00 | 862.50 |
| 364 | Power | 0.20 | 745.00 | 149.00 |
| ATTY TOTAL |  | 12.20 |  | 3,605.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136828

For professional services rendered from November 1, through November 30, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
009        LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/03/08 | Review emails from JT re document production. | RJM | 0.10 | 56.00 |
| 11/04/08 | Prepare for (1.7) and attend (4.0) meeting with Cadwalader regarding Union Federal litigation. | DDG | 5.70 | 3,961.50 |
| 11/04/08 | AHM v. Bekins Moving - check docket and review motion to approve settlement (.40). | JS | 0.40 | 98.00 |
| 11/04/08 | Meeting with ZGN regarding meeting with Caldwalder regarding Waterfield litigation (.40); review issues regarding same (.60). | MSI | 1.00 | 745.00 |
| 11/04/08 | Review email exchange between JT and Allen & Overy re: document production. | RJM | 0.10 | 56.00 |
| 11/05/08 | Meeting with ZGN, AC, MSI regarding Union Federal litigation. | DDG | 1.80 | 1,251.00 |
| 11/05/08 | AHM v. Koch - review declaration sworn statement (.30) review docket (.20). | JS | 0.50 | 122.50 |
| 11/05/08 | Meeting with ZGN and DDG to discuss Waterfield litigation and review pleadings. | MSI | 1.90 | 1,415.50 |
| 11/07/08 | Review email from JPM re class action complaint. | RJM | 0.10 | 56.00 |
| 11/10/08 | Review transcript and letter sent by Cadwalader. | DDG | 0.60 | 417.00 |
| 11/10/08 | Drafting memo re: American Lien Fund matter [1.1] memo re: appeal in Bear Stearns adversary [1.2]. | EK | 2.30 | 736.00 |
| 11/10/08 | AHM v. Wells Fargo - review docket and notice of appeal (.40) circulate (.20). | JS | 0.60 | 147.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/10/08 | Review email from JT re various production issues. | RJM | 0.10 | 56.00 |
| 11/12/08 | Miscellaneous conferences and e-mails regarding Union Federal litigation. | DDG | 0.10 | 69.50 |
| 11/12/08 | Examination of all of the AHM adversaries re status and recent entries for memo [2.2]. | EK | 2.20 | 704.00 |
| 11/13/08 | Review objections filed by the borrowers and the Lehman case in preparation for meeting with borrower's counsel. | MSI | 1.60 | 1,192.00 |
| 11/14/08 | Examination of the objection to motion of MERS [.8] examination of Wells Fargo litigation [1.1]. | EK | 1.90 | 608.00 |
| 11/17/08 | Adversary research re: memo on adversary progress [1.1]. | EK | 1.10 | 352.00 |
| 11/18/08 | Examination and summary drafting of the latest Broadhollow & Wells Fargo adversary developments [1.6]. | EK | 1.60 | 512.00 |
| 11/19/08 | Review BDO report (1.0); review additional hot documents identified by AHM team (4.4). | RJM | 5.40 | 3,024.00 |
| 11/20/08 | Continue review of relevant documents (5.1); telephone conference with BDO, JPM, AP and CJK re investigation and BDO's memorandum (1.1); H&H team meeting re investigation (.50). | RJM | 6.70 | 3,752.00 |
| 11/21/08 | Telephone conference with BDO and AHM team re BDO report and strategy (1.5); continue review of relevant documents (.80). | RJM | 2.30 | 1,288.00 |
| 11/24/08 | Review DNT engagement letters and review/consider motion re 2004 discovery (.40); continue review of relevant documents (3.9). | RJM | 4.30 | 2,408.00 |
| 11/25/08 | Continue review of relevant documents. | RJM | 2.50 | 1,400.00 |
| 11/26/08 | Examination of Citi Mortgage and drafting update memo re proceeding [1.2] phone call with Thomas Hora (Citi's counsel re discovery material requests [.2] examination of various recent docket entries in the Wells Fargo adversary proceeding [.6]. | EK | 2.00 | 640.00 |
| 11/26/08 | Commence drafting motion for Rule 2004 discovery from D&T. | RJM | 2.50 | 1,400.00 |

TOTAL HOURS                                    49.40

TOTAL SERVICES ...........................................................$    26,467.00

DISBURSEMENT SUMMARY

DUPLICATING                                                          $29.10

TOTAL DISBURSEMENTS ...........................................$       29.10

TOTAL FEES & DISBURSEMENTS ...........................................$    26,496.10

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 1.50 | 245.00 | 367.50 |
| 550 | Keary | 11.10 | 320.00 | 3,552.00 |
| 952 | Malatak | 24.10 | 560.00 | 13,496.00 |
| 426 | Grubman | 8.20 | 695.00 | 5,699.00 |
| 260 | Indelicato | 4.50 | 745.00 | 3,352.50 |
| ATTY TOTAL | | 49.40 | | 26,467.00 |

# HAHN & HESSEN LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136828

For professional services rendered from November 1, through November 30, 2008 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 010 | PLAN AND DISCLOSURE STATEMENT |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/06/08 | Review notice. | JXZ | 0.10 | 37.50 |
| 11/07/08 | Telephone conversation with Borrower's counsel regarding outstanding issues including plan objections (.30); review plan issues regarding same (.40). | MSI | 0.70 | 521.50 |
| 11/10/08 | Conference call with Trustees, Young Conaway, Kroll and Debtors to review in detail the EPD/breach protocol and respond to any questions. | MTP | 0.80 | 596.00 |
| 11/12/08 | Review plan issues in preparation for meeting with borrower counsel including separate trust. | MSI | 1.30 | 968.50 |
| 11/14/08 | Meeting with MSI, Berliner and Borrowers' committee counsel re: their plan objections. | ELS | 2.70 | 1,417.50 |
| 11/17/08 | Review and edit e-mail on meeting with borrower's committee counsel (.20); meeting with MTP regarding LMPI issue (.20); review exhibits and e-mails sent by Beach (.40). | MSI | 0.80 | 596.00 |
| 11/17/08 | Discussion with MSI re how CPMI works re Borrowers objection | MTP | 0.30 | 223.50 |
| 11/18/08 | Document review (Johnson emails). | AP | 5.80 | 1,566.00 |
| 11/20/08 | Begin reviewing revised plan (.90); review 11/10 Citi Mortgage letter re: objections to plan (.40); review Borrowers' committee objection to disclosure statement (.20); review BDO report for 11/20 committee call (.40). | ELS | 1.90 | 997.50 |
| 11/20/08 | Meeting with MSI regarding plan (.10); review disclosure statement objections (.40). | JXZ | 0.50 | 187.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/20/08 | Began review of modified plan and disclosure statements (1.40); meeting with ELS regarding same (.20); review plan support letters and meeting with MTP regarding same (.30). | MSI | 1.90 | 1,415.50 |
| 11/20/08 | Review & revise plan support letter and discuss with MSI | MTP | 1.00 | 745.00 |
| 11/21/08 | Review and revise proposed plan support letter to all creditors and email same to MSI (.50); begin review of redlined amended plan (2.20); conference call with MSI, debtors' counsel and outside counsel re: TILA, RESPA and other concerns of Borrowers' committee (1.30). | ELS | 4.00 | 2,100.00 |
| 11/21/08 | Call with ELS regarding plan (.10). | JXZ | 0.10 | 37.50 |
| 11/21/08 | Review plan and disclosure statement (1.30). | JXZ | 1.30 | 487.50 |
| 11/21/08 | Revise and edit committee support letter (.30); review and edit plan (1.10); and disclosure statement (1.80); draft e-mails regarding same (.30). | MSI | 3.50 | 2,607.50 |
| 11/21/08 | Final review of plan support letter | MTP | 0.50 | 372.50 |
| 11/22/08 | Review plan and disclosure statement (2.90). | JXZ | 2.90 | 1,087.50 |
| 11/23/08 | Review amended plan and amended disclosure statement. | ELS | 2.60 | 1,365.00 |
| 11/23/08 | Review disclosure statement (.90). | JXZ | 0.90 | 337.50 |
| 11/24/08 | Review amended plan, amended disclosure statement and pending objections (.60); meeting with MSI re: amended plan and amended disclosure statement (.50); conference call with MSI and debtors' counsel re: amended plan, amended disclosure statement, objections to same and potential resolution of borrowers' committee's objections (1.20); review of various blacklines of disclosure statement and emails re: borrowers' committee's objections (1.90); review of proposed exhibits to solicitation order and emails/phone calls with debtors' counsel re: same (1.40). | ELS | 5.60 | 2,940.00 |
| 11/24/08 | Review agenda for 11/25 disclosure hearing (.30) review disclosure documents (.50) prepare MSI and ELS for hearing (1.30) | JS | 2.10 | 514.50 |
| 11/24/08 | Review plan and disclosure statement and e-mails with MSI and ELS regarding same (.70). | JXZ | 0.70 | 262.50 |
| 11/24/08 | Review latest drafts of the plan and disclosure statement (2.30); meeting with ELS regarding same (.40); telephone conversation with Beach and Jackson regarding committee comments (.80); review schedule of objections and issues raised (.70); review procedure issues (.70). | MSI | 4.90 | 3,650.50 |
| 11/24/08 | Review revised plan and disclosure statement and discuss with MSI | MTP | 2.20 | 1,639.00 |
| 11/25/08 | Travel to and from disclosure hearing (1.80); preparation for hearing and meeting with MSI re: same (1.90); attend disclosure hearing and meetings with MSI re: same (2.60). | ELS | 6.30 | 3,307.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/25/08 | Review amended plan and disclosure statement and forward to ELS (2.20) calendar events (.20) | JS | 2.40 | 588.00 |
| 11/25/08 | Review borrower's objection, revised order and procedures and changes to the disclosure statement in preparation for disclosure hearing (2.40); attend disclosure hearing (2.50); transportation back to NY (1.80 @ 505) (.90). | MSI | 5.80 | 4,321.00 |
| 11/26/08 | Review e-mails regarding disclosure order (.20); telephone conversation with creditors regarding same (.40). | MSI | 0.60 | 447.00 |

TOTAL HOURS      64.20

TOTAL SERVICES ........................................................................$    35,337.00

## DISBURSEMENT SUMMARY

| | |
|--|--|
| CARFARE | $316.24 |
| DUPLICATING | $15.50 |
| MEALS | $31.75 |
| TRAVEL | $476.00 |

TOTAL DISBURSEMENTS ............................................$    839.49

TOTAL FEES & DISBURSEMENTS ..............................................$    36,176.49

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 4.50 | 245.00 | 1,102.50 |
| 543 | Power | 5.80 | 270.00 | 1,566.00 |
| 493 | Zawadzki | 6.50 | 375.00 | 2,437.50 |
| 486 | Schnitzer | 23.10 | 525.00 | 12,127.50 |
| 260 | Indelicato | 19.50 | 745.00 | 14,527.50 |
| 364 | Power | 4.80 | 745.00 | 3,576.00 |
| ATTY TOTAL | | 64.20 | | 35,337.00 |

# HAHN & HESSEN LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136828

For professional services rendered from November 1, through November 30, 2008 in connection with the following:

|  | |  |
|---|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. | |
| 011 | EMPLOYEE ISSUES | |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/04/08 | Attention to WARN document production (.20). | JXZ | 0.20 | 75.00 |
| 11/06/08 | Meeting with MSI regarding settlement discussions (.10). | JXZ | 0.10 | 37.50 |
| 11/06/08 | Review proposed liquidation analysis to send to S. Miller (.30); draft e-mail to Beach and Holt regarding same (.10). | MSI | 0.40 | 298.00 |
| 11/10/08 | E-mails with JT regarding WARN production (.10); review docket and certification regarding opt-out and list of opt-outs (.20); review liquidation analysis (.10). | JXZ | 0.40 | 150.00 |
| 11/10/08 | Telephone conversation with Beach regarding changes to WARN chart (.20); review and edit same (.10). | MSI | 0.30 | 223.50 |
| 11/11/08 | E-mails with JT regarding document production (.10). | JXZ | 0.10 | 37.50 |
| 11/13/08 | Review liquidity analysis for WARN plaintiffs (.10). | JXZ | 0.10 | 37.50 |
| 11/13/08 | Revise and edit memo to S. Miller and others containing spread sheet outlining financial condition of debtors. | MSI | 0.80 | 596.00 |
| 11/14/08 | E-mails, calls and meetings with MSI, D. Berliner and class counsel regarding WARN issues (1.20); review documents regarding WARN action (.50). | JXZ | 1.70 | 637.50 |
| 11/14/08 | Meeting with Berliner regarding summary of numbers for WARN plaintiff's (.20); telephone conversation with M. Olsen, R. Roupinian, S. Miller, BDO and JXZ to walk through financial information (.90). | MSI | 1.10 | 819.50 |
| 11/18/08 | Meeting with MSI regarding settlement/litigation strategy (.20). | JXZ | 0.20 | 75.00 |
| 11/20/08 | Call with RJM regarding litigation (.10). | JXZ | 0.10 | 37.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/26/08 | Telephone conversation with S. Miller and M. Olsen regarding discussion of potential settlement (40); telephone conversation with debtor and BDO regarding same (.30); review plan implications (.60). | MSI | 1.30 | 968.50 |

|  | TOTAL HOURS |  | 6.80 |  |

TOTAL SERVICES ..................................................................$   3,993.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                   $2.20

TOTAL DISBURSEMENTS ......................................................$   2.20

TOTAL FEES & DISBURSEMENTS ...........................................$   3,995.20


## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 493 | Zawadzki | 2.90 | 375.00 | 1,087.50 |
| 260 | Indelicato | 3.90 | 745.00 | 2,905.50 |
| ATTY TOTAL | | 6.80 | | 3,993.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136828

For professional services rendered from November 1, through November 30, 2008 in connection with the following:

|  | |
|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 012 | CLAIMS ADMINISTRATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/04/08 | Review recent responses (.10). | JXZ | 0.10 | 37.50 |
| 11/07/08 | Review recent responses (.50); review notice of withdrawal (.10). | JXZ | 0.60 | 225.00 |
| 11/10/08 | Meeting with MSI re: revisions to protective order re: Ross administration claim and email same to Ross counsel. | ELS | 0.30 | 157.50 |
| 11/10/08 | Review omnibus claims objections (.70). | JXZ | 0.70 | 262.50 |
| 11/11/08 | Drafting stipulation to file late claim and sending to Beekman and David Stratton, Gary Lee [1.3] received phone calls from the Debtors' counsel re: Lynn Hochbaum [.2] e-mails to ELS re Berkins' motion [.2] drafting AHM Committee minutes [1.6] examining debtor-in-possession operating reports [.7] | EK | 4.00 | 1,280.00 |
| 11/12/08 | Review response to claims objections (.10). | JXZ | 0.10 | 37.50 |
| 11/14/08 | Discussion/e-mail with EK re handling late claims filed by Schulz | MTP | 0.50 | 372.50 |
| 11/17/08 | Review recent responses (.10). | JXZ | 0.10 | 37.50 |
| 11/20/08 | Discussion with EK re EPD/breach protocol estimates | MTP | 0.50 | 372.50 |
| 11/21/08 | Review recent response (.10); review recent order (.40); review omnibus claims objections (.80). | JXZ | 1.30 | 487.50 |
| 11/24/08 | Review recent responses (.10). | JXZ | 0.10 | 37.50 |

TOTAL HOURS                     8.30

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| | TOTAL SERVICES ................................................................$ | | | 3,307.50 |

DISBURSEMENT SUMMARY

| | | | |
|---|---|---|---|
| DUPLICATING | | | $32.20 |
| | | | ——— |
| TOTAL DISBURSEMENTS ...........................................$ | | | 32.20 |
| TOTAL FEES & DISBURSEMENTS .............................$ | | | 3,339.70 |

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 550 | Keary | 4.00 | 320.00 | 1,280.00 |
| 493 | Zawadzki | 3.00 | 375.00 | 1,125.00 |
| 486 | Schnitzer | 0.30 | 525.00 | 157.50 |
| 364 | Power | 1.00 | 745.00 | 745.00 |
| ATTY TOTAL | | 8.30 | | 3,307.50 |

# HAHN & HESSEN LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136828

For professional services rendered from November 1, through November 30, 2008 in connection with the following:

|  | |
|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 013 | INVESTIGATION OF COMPANY |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/03/08 | Document review; meeting with JT re document production to BDO. | AP | 7.20 | 1,944.00 |
| 11/03/08 | Reviewed Mary Feder's e-mails. | CJK | 6.00 | 2,910.00 |
| 11/03/08 | Review data loads from AHM to trouble-shoot problems; enter descriptions of documents in Concordance database in preparation for delivery to BDO. | JLT | 5.00 | 1,175.00 |
| 11/03/08 | Review of documents pulled from review of debtors' documents (1.8). | JPM | 1.80 | 1,323.00 |
| 11/04/08 | Meeting with counsel for Cadwalader re: status of Union Federal litigation and next steps. | AMS | 4.00 | 1,280.00 |
| 11/04/08 | Document review. | AP | 7.40 | 1,998.00 |
| 11/04/08 | Reviewed Mary Feder's e-mails (5.0); e-mail correspondence with JT regarding data received from AHM (.10). | CJK | 5.10 | 2,473.50 |
| 11/04/08 | Review of class action complaint (.80). | JPM | 0.80 | 588.00 |
| 11/04/08 | Prepare for meeting (1.0); travel to meeting and confer with DDG and AMS re: same (1.0); attend and participate in meeting with Cadwalader (2.5); travel back to the office and confer with AMS re: same (.5). | ZGN | 5.00 | 3,200.00 |
| 11/05/08 | Meeting with MSI, ZGN and DDG to discuss meeting with Cadwalader re: Union Federal litigation. | AMS | 1.90 | 608.00 |
| 11/05/08 | Document review; meeting with JT re document production to BDO. | AP | 1.40 | 378.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/05/08 | Reviewed Mary Feder's e-mails. | CJK | 5.00 | 2,425.00 |
| 11/05/08 | Notes re class action complaint against AHM (1.3). | JPM | 1.30 | 955.50 |
| 11/05/08 | Meeting with MSI re: debriefing meeting after meeting with Cadwalader. | ZGN | 1.00 | 640.00 |
| 11/06/08 | Document review; meeting with JT re BDO document production; letter to Michele Michaelis re same. | AP | 1.50 | 405.00 |
| 11/06/08 | Reviewed Mary Feder's e-mails. | CJK | 4.00 | 1,940.00 |
| 11/06/08 | Review of debtors' documents and prepare and revise notes re same (2.0); email to BDO re class action complaint (.20). | JPM | 2.20 | 1,617.00 |
| 11/07/08 | Document review (Johnson emails). | AP | 3.50 | 945.00 |
| 11/07/08 | Reviewed JPM's e-mail to BDO regarding class action suit by AHM shareholders (.10); review Mary Feder's e-mails (2.50). | CJK | 2.60 | 1,261.00 |
| 11/07/08 | Prepare documents for delivery to BDO Consulting as requested by attorney; inventory review database files and quality check update files delivered by AHM to replace incomplete data deliveries. | JLT | 7.00 | 1,645.00 |
| 11/07/08 | Emails with BDO re class action complaint (.20); revised notes re AHM documents (.80) | JPM | 1.00 | 735.00 |
| 11/10/08 | Discussion with JPM re document production to BDO; document review (Johnson emails). | AP | 5.90 | 1,593.00 |
| 11/10/08 | Reviewed Mary Feder's e-mails (1.00); e-mail report to JPM and RJM regarding Mary Feder's e-mails (.50); checked docket in shareholder's suit against AHM (.20). | CJK | 1.70 | 824.50 |
| 11/10/08 | Check AHM e-mail database and create log of deliveries from Allen & Overy LLP; discuss data errors with tech at Allen & Overy LLP; check AHM_WARN database for missing pages; review AHM-WARN database for data errors. | JLT | 6.00 | 1,410.00 |
| 11/10/08 | Confer with AP re various document issues (.30); review of AHM documents (1.7). | JPM | 2.00 | 1,470.00 |
| 11/11/08 | Document review (Johnson emails). | AP | 3.10 | 837.00 |
| 11/11/08 | Reviewed Tom McDonagh's e-mails. | CJK | 6.00 | 2,910.00 |
| 11/11/08 | Review of CJK email re debtors' document review and responded to same (.30); confer with RJM re document review (.20); review of debtors' documents (2.7). | JPM | 3.20 | 2,352.00 |
| 11/12/08 | Document review (Johnson emails). | AP | 3.00 | 810.00 |
| 11/12/08 | Emails with BDO (.20); confer with RJM re BDO meeting (.10); review of AHM notes (1.10). | JPM | 1.40 | 1,029.00 |
| 11/13/08 | Document review (Johnson emails). | AP | 5.00 | 1,350.00 |
| 11/13/08 | Reviewed Allen & Overy's 11/13 letter regarding additional document production (.10); e-mail correspondence with JT regarding same (.10); reviewed Tom McDonagh's e-mails (5.0). | CJK | 5.20 | 2,522.00 |
| 11/13/08 | Emails with JT re debtors' production (.20); review of AHM financial issues (1.5); review of AHM documents (.50). | JPM | 2.20 | 1,617.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/14/08 | Document review (Johnson emails). | AP | 1.50 | 405.00 |
| 11/14/08 | E-mail correspondence with JT regarding new database of documents and e-mails (.10); reviewed JPM's e-mail to BDO regarding additional document production and board materials (.10); reviewed notes of board culled by JPM (.30); reviewed Tom McDonagh's e-mails (2.50). | CJK | 3.00 | 1,455.00 |
| 11/14/08 | Review of documents provided by independent directors (4.0); emails with BDO re directors' documents (.60). | JPM | 4.60 | 3,381.00 |
| 11/15/08 | Review of AHM documents. | JPM | 2.00 | 1,470.00 |
| 11/16/08 | E-mail correspondence with JT, JPM and RJM regarding board of Directors documents. | CJK | 0.10 | 48.50 |
| 11/17/08 | Reviewed Tom McDonagh's e-mails. | CJK | 5.00 | 2,425.00 |
| 11/17/08 | Emails with RJM and BDO re debtors' documents (.30); review of debtors' documents (1.5); emails with JT re debtors' documents (.20). | JPM | 2.00 | 1,470.00 |
| 11/18/08 | Reviewed BDO's draft memo regarding potential causes of action/issues. | CJK | 1.20 | 582.00 |
| 11/18/08 | Assemble binders for attorney review; prepare document subsets for delivery to BDO as requested by attorney. | JLT | 7.00 | 1,645.00 |
| 11/18/08 | Review of BDO memorandum (1.0); conferences (2) with JT re debtors' documents (.20); review of debtors' documents (1.0). | JPM | 2.20 | 1,617.00 |
| 11/19/08 | Document review (Johnson emails). | AP | 4.40 | 1,188.00 |
| 11/19/08 | Reviewed Tom McDonagh's e-mails (4.0); reviewed Mary Feder's e-mails tagged of interest (.30). | CJK | 4.30 | 2,085.50 |
| 11/19/08 | Review of notes and BDO memorandum re investigation and findings (1.2); review of AHM director documents (1.0). | JPM | 2.20 | 1,617.00 |
| 11/20/08 | Conference call with JPM, RJM, CJK and BDO consultants. | AP | 1.50 | 405.00 |
| 11/20/08 | Telephone conversation with BDO, JPM, RJM and AP regarding draft BDO report on potential causes of action (1.10); conference with RJM regarding same (.30); e-mail correspondence with JT regarding relevant documents for BDO (.10); reviewed Tom McDonagh's e-mails (3.0); checked docket in shareholder's class action suit (.20). | CJK | 4.70 | 2,279.50 |
| 11/20/08 | Prepare for call with BDO (1.0); confer with RJM re same (.10); met with RJM, CJ, AP and JT to discuss issues (.20); conference call with BDO to review their memorandum (.90); follow-up internal discussion with RJM, CJK and AP (.20); emailed Rule 7004 application in NC (.10); review of documents from debtors re directors (2.5). | JPM | 5.00 | 3,675.00 |
| 11/21/08 | Document review (Johnson emails). | AP | 0.20 | 54.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/21/08 | Telephone conversation with BDO, JPM and RJM regarding BDO's draft memo regarding potential causes of action (1.50); reviewed docket in shareholder's class action suit for identity of Deloitte's counsel (.10); e-mail correspondence with JPM and RJM regarding same (.10); reviewed JPM's e-mail to BDO regarding article on Alt-A loans and reviewed article (.50); reviewed Tom McDonagh's e-mails (2.50). | CJK | 4.70 | 2,279.50 |
| 11/21/08 | Conference call with BDO and RJM and CJK re BDO memorandum (1.2); review of documents from Mary Feder file (1.0); review of directors' documents (2.5); review of 10-K and 10-Q (1.0); prepare notes re debtors' documents (1.0); email to BDO re debtors' documents (.30). | JPM | 7.00 | 5,145.00 |
| 11/22/08 | Review of directors' documents produced by debtors (1.0). | JPM | 1.00 | 735.00 |
| 11/24/08 | Document review (Johnson emails). | AP | 4.00 | 1,080.00 |
| 11/24/08 | Prepare documents for attorney review; prepare documents for shipment to BDO as requested by attorney. | JLT | 7.00 | 1,645.00 |
| 11/24/08 | Review of Debtors information re loss reserves and repurchase reserve (1.5); revise notes re director documents (.50); review of documents pulled by CJK (1.5). | JPM | 3.50 | 2,572.50 |
| 11/24/08 | E-mails re: conference call with Cadwalader. | ZGN | 0.40 | 256.00 |
| 11/25/08 | Document review (Johnson emails). | AP | 0.30 | 81.00 |
| 11/25/08 | Reviewed JT's letter to BDO regarding additional documents (.10); e-mail correspondence with JT regarding same (.10); reviewed Rule 2004 motion filed in New Century to prepare similar motion seeking information from Deloitte and Touche (.30). | CJK | 0.50 | 242.50 |
| 11/25/08 | Prepare attorney review binder sets for records; send three boxes and Concordance database to BDO consulting; return external hard drive from Sam Lau (BDO) to IT, and complete chain of custody form. | JLT | 3.00 | 705.00 |
| 11/25/08 | Review of notes re AHM. | JPM | 1.50 | 1,102.50 |
| 11/26/08 | Document review (Johnson review). | AP | 2.80 | 756.00 |
| 11/26/08 | Reviewed Tom McDonagh's e-mails (4.0); e-mail correspondence with JPM, RJM and BDO regarding Rule 2004 motion (.10). | CJK | 4.10 | 1,988.50 |
| 11/26/08 | Confer with RJM re Deloitte and Rule 2004 request (.20); emails with BDO re same (.30); review of previous Rule 2004 orders (1.2). | JPM | 1.70 | 1,249.50 |
| 11/28/08 | Emails to RJM, AP and CJK re Rule 2004/Deloitte (.30); email to BDO re same (.30). | JPM | 0.60 | 441.00 |

TOTAL HOURS                    212.40

TOTAL SERVICES ........................................................................$    95,252.00

DISBURSEMENT SUMMARY

| | |
|---|---:|
| COURIER SERVICE | $25.44 |
| DUPLICATING | $2,570.80 |
| OVERNIGHT DELIVERY | $33.59 |

TOTAL DISBURSEMENTS ...............................................$    2,629.83

TOTAL FEES & DISBURSEMENTS ...........................................$    97,881.83

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---:|---:|---:|
| 565 | Tucker | 35.00 | 235.00 | 8,225.00 |
| 543 | Power | 52.70 | 270.00 | 14,229.00 |
| 967 | Schrag | 5.90 | 320.00 | 1,888.00 |
| 931 | Kang | 63.20 | 485.00 | 30,652.00 |
| 428 | Newman | 6.40 | 640.00 | 4,096.00 |
| 226 | McCahey | 49.20 | 735.00 | 36,162.00 |
| ATTY TOTAL | | 212.40 | | 95,252.00 |