**EXHIBIT C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 11/5/2008 | Smith, Jason | CAR | 67.32 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 105689; DATE: 11/11/2008 |
| 11/12/2008 | Smith, Jason | CAR | 70.38 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 106263; DATE: 11/25/2008 |
| 11/21/2008 | Zawadzki, Jeffrey | CAR | 56.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 569092; DATE: 11/30/2008 |
| 11/24/2008 | Schnitzer, Edward L. | CAR | 11.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 24; DATE: 11/25/2008 |
| 11/24/2008 | Indelicato, Mark S | CAR | 118.37 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 106624; DATE: 12/2/2008 |
| 11/25/2008 | Schnitzer, Edward L. | CAR | 15.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 24; DATE: 11/25/2008 |
| 11/25/2008 | Smith, Jason | CAR | 70.38 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 106624; DATE: 12/2/2008 |
| 11/25/2008 | Indelicato, Mark S | CAR | 171.87 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 107086; DATE: 12/16/2008 |
| | | | **580.42** | |
| 11/25/2008 | Tucker, Jason L. | COUR | 25.44 | VENDOR: DELUXE DELIVERY SYSTEMS, INC.; INVOICE#: 077003; DATE: 11/30/2008 |
| 11/3/2008 | | DUPL | 0.10 | |
| 11/3/2008 | | DUPL | 0.20 | |
| 11/3/2008 | | DUPL | 1.90 | |
| 11/3/2008 | | DUPL | 1.80 | |
| 11/3/2008 | | DUPL | 2.10 | |
| 11/3/2008 | | DUPL | 2.00 | |
| 11/3/2008 | | DUPL | 0.10 | |
| 11/3/2008 | | DUPL | 0.20 | |
| 11/3/2008 | | DUPL | 0.40 | |
| 11/3/2008 | | DUPL | 2.20 | |
| 11/3/2008 | | DUPL | 0.20 | |
| 11/3/2008 | | DUPL | 0.20 | |
| 11/3/2008 | | DUPL | 0.20 | |
| 11/3/2008 | | DUPL | 0.10 | |
| 11/3/2008 | | DUPL | 0.20 | |
| 11/3/2008 | | DUPL | 0.10 | |
| 11/3/2008 | | DUPL | 0.10 | |
| 11/3/2008 | | DUPL | 0.10 | |
| 11/3/2008 | | DUPL | 0.10 | |
| 11/3/2008 | | DUPL | 1.10 | |
| 11/3/2008 | | DUPL | 0.10 | |
| 11/3/2008 | | DUPL | 0.10 | |
| 11/3/2008 | | DUPL | 0.10 | |

| Date | Type | Amount |
|---|---|---:|
| 11/3/2008 | DUPL | 0.10 |
| 11/3/2008 | DUPL | 0.10 |
| 11/3/2008 | DUPL | 0.10 |
| 11/3/2008 | DUPL | 0.10 |
| 11/3/2008 | DUPL | 3.10 |
| 11/3/2008 | DUPL | 0.20 |
| 11/3/2008 | DUPL | 0.20 |
| 11/3/2008 | DUPL | 0.10 |
| 11/3/2008 | DUPL | 0.20 |
| 11/3/2008 | DUPL | 0.50 |
| 11/3/2008 | DUPL | 0.20 |
| 11/3/2008 | DUPL | 0.10 |
| 11/3/2008 | DUPL | 0.20 |
| 11/3/2008 | DUPL | 0.10 |
| 11/3/2008 | DUPL | 0.10 |
| 11/3/2008 | DUPL | 0.10 |
| 11/3/2008 | DUPL | 0.10 |
| 11/3/2008 | DUPL | 9.30 |
| 11/3/2008 | DUPL | 0.20 |
| 11/3/2008 | DUPL | 1.90 |
| 11/3/2008 | DUPL | 30.10 |
| 11/4/2008 | DUPL | 0.10 |
| 11/4/2008 | DUPL | 0.10 |
| 11/4/2008 | DUPL | 0.10 |
| 11/4/2008 | DUPL | 0.50 |
| 11/4/2008 | DUPL | 0.30 |
| 11/4/2008 | DUPL | 0.10 |
| 11/4/2008 | DUPL | 0.10 |
| 11/4/2008 | DUPL | 0.20 |
| 11/4/2008 | DUPL | 0.20 |
| 11/4/2008 | DUPL | 0.30 |
| 11/4/2008 | DUPL | 409.80 |
| 11/4/2008 | DUPL | 0.60 |
| 11/5/2008 | DUPL | 0.20 |
| 11/5/2008 | DUPL | 0.50 |
| 11/5/2008 | DUPL | 2.00 |
| 11/5/2008 | DUPL | 0.50 |
| 11/5/2008 | DUPL | 2.00 |
| 11/5/2008 | DUPL | 0.30 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.50 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.20 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.30 |
| 11/5/2008 | DUPL | 3.20 |
| 11/5/2008 | DUPL | 0.40 |
| 11/5/2008 | DUPL | 0.50 |
| 11/5/2008 | DUPL | 0.40 |

| Date | Type | Amount |
|---|---|---|
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.30 |
| 11/5/2008 | DUPL | 0.30 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.80 |
| 11/5/2008 | DUPL | 1.00 |
| 11/5/2008 | DUPL | 1.40 |
| 11/5/2008 | DUPL | 0.90 |
| 11/5/2008 | DUPL | 0.50 |
| 11/5/2008 | DUPL | 0.60 |
| 11/5/2008 | DUPL | 0.80 |
| 11/5/2008 | DUPL | 0.60 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 2.10 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.20 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.30 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.20 |
| 11/5/2008 | DUPL | 1.30 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.50 |
| 11/5/2008 | DUPL | 0.50 |
| 11/5/2008 | DUPL | 0.40 |
| 11/5/2008 | DUPL | 0.20 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.40 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 1.60 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.30 |
| 11/5/2008 | DUPL | 0.30 |
| 11/5/2008 | DUPL | 0.30 |
| 11/5/2008 | DUPL | 0.20 |
| 11/5/2008 | DUPL | 0.30 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.20 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.20 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.50 |
| 11/5/2008 | DUPL | 0.10 |
| 11/5/2008 | DUPL | 0.40 |
| 11/6/2008 | DUPL | 0.20 |

| Date | Type | Amount |
|---|---|---|
| 11/6/2008 | DUPL | 1.10 |
| 11/6/2008 | DUPL | 1.10 |
| 11/6/2008 | DUPL | 0.70 |
| 11/6/2008 | DUPL | 1.10 |
| 11/6/2008 | DUPL | 3.40 |
| 11/6/2008 | DUPL | 1.70 |
| 11/6/2008 | DUPL | 0.10 |
| 11/6/2008 | DUPL | 0.20 |
| 11/6/2008 | DUPL | 0.10 |
| 11/6/2008 | DUPL | 0.40 |
| 11/6/2008 | DUPL | 0.20 |
| 11/6/2008 | DUPL | 0.30 |
| 11/6/2008 | DUPL | 0.20 |
| 11/6/2008 | DUPL | 0.20 |
| 11/6/2008 | DUPL | 0.20 |
| 11/6/2008 | DUPL | 4.30 |
| 11/6/2008 | DUPL | 0.40 |
| 11/6/2008 | DUPL | 0.10 |
| 11/6/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 1.50 |
| 11/7/2008 | DUPL | 0.30 |
| 11/7/2008 | DUPL | 0.10 |
| 11/7/2008 | DUPL | 0.10 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 0.30 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 0.10 |
| 11/7/2008 | DUPL | 0.40 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 1.10 |
| 11/7/2008 | DUPL | 0.60 |
| 11/7/2008 | DUPL | 0.30 |
| 11/7/2008 | DUPL | 0.60 |
| 11/7/2008 | DUPL | 0.60 |
| 11/7/2008 | DUPL | 3.80 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 0.10 |
| 11/7/2008 | DUPL | 0.10 |
| 11/7/2008 | DUPL | 0.10 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 0.10 |
| 11/7/2008 | DUPL | 0.10 |

| Date | Type | Amount |
|---|---|---|
| 11/7/2008 | DUPL | 0.10 |
| 11/7/2008 | DUPL | 0.10 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 0.20 |
| 11/7/2008 | DUPL | 0.80 |
| 11/7/2008 | DUPL | 0.10 |
| 11/7/2008 | DUPL | 0.50 |
| 11/7/2008 | DUPL | 0.10 |
| 11/7/2008 | DUPL | 0.10 |
| 11/7/2008 | DUPL | 16.40 |
| 11/7/2008 | DUPL | 4.30 |
| 11/10/2008 | DUPL | 0.50 |
| 11/10/2008 | DUPL | 0.10 |
| 11/10/2008 | DUPL | 2.20 |
| 11/10/2008 | DUPL | 6.70 |
| 11/10/2008 | DUPL | 0.20 |
| 11/10/2008 | DUPL | 0.10 |
| 11/10/2008 | DUPL | 0.30 |
| 11/10/2008 | DUPL | 0.20 |
| 11/10/2008 | DUPL | 0.80 |
| 11/10/2008 | DUPL | 0.20 |
| 11/10/2008 | DUPL | 0.30 |
| 11/10/2008 | DUPL | 0.70 |
| 11/10/2008 | DUPL | 6.40 |
| 11/10/2008 | DUPL | 3.00 |
| 11/10/2008 | DUPL | 0.40 |
| 11/10/2008 | DUPL | 0.50 |
| 11/10/2008 | DUPL | 0.50 |
| 11/10/2008 | DUPL | 0.20 |
| 11/10/2008 | DUPL | 1.20 |
| 11/10/2008 | DUPL | 0.20 |
| 11/10/2008 | DUPL | 16.60 |
| 11/10/2008 | DUPL | 0.10 |
| 11/10/2008 | DUPL | 0.20 |
| 11/10/2008 | DUPL | 0.20 |
| 11/10/2008 | DUPL | 1.10 |
| 11/11/2008 | DUPL | 1.20 |
| 11/11/2008 | DUPL | 0.10 |
| 11/11/2008 | DUPL | 0.10 |
| 11/11/2008 | DUPL | 0.20 |
| 11/11/2008 | DUPL | 0.50 |
| 11/11/2008 | DUPL | 0.10 |
| 11/11/2008 | DUPL | 0.10 |
| 11/11/2008 | DUPL | 0.10 |
| 11/11/2008 | DUPL | 0.10 |
| 11/11/2008 | DUPL | 1.00 |
| 11/11/2008 | DUPL | 0.10 |
| 11/11/2008 | DUPL | 0.10 |
| 11/11/2008 | DUPL | 0.10 |

| Date | Type | Amount |
|---|---|---|
| 11/11/2008 | DUPL | 0.70 |
| 11/11/2008 | DUPL | 0.10 |
| 11/11/2008 | DUPL | 0.70 |
| 11/11/2008 | DUPL | 0.10 |
| 11/11/2008 | DUPL | 0.10 |
| 11/11/2008 | DUPL | 0.70 |
| 11/11/2008 | DUPL | 0.60 |
| 11/11/2008 | DUPL | 0.30 |
| 11/11/2008 | DUPL | 0.30 |
| 11/11/2008 | DUPL | 0.60 |
| 11/12/2008 | DUPL | 0.20 |
| 11/12/2008 | DUPL | 0.70 |
| 11/12/2008 | DUPL | 0.60 |
| 11/12/2008 | DUPL | 0.70 |
| 11/12/2008 | DUPL | 0.70 |
| 11/12/2008 | DUPL | 0.70 |
| 11/12/2008 | DUPL | 0.20 |
| 11/12/2008 | DUPL | 0.70 |
| 11/12/2008 | DUPL | 0.70 |
| 11/12/2008 | DUPL | 0.20 |
| 11/12/2008 | DUPL | 0.70 |
| 11/12/2008 | DUPL | 0.20 |
| 11/12/2008 | DUPL | 0.10 |
| 11/12/2008 | DUPL | 0.70 |
| 11/12/2008 | DUPL | 0.70 |
| 11/12/2008 | DUPL | 0.50 |
| 11/12/2008 | DUPL | 1.60 |
| 11/12/2008 | DUPL | 1.60 |
| 11/13/2008 | DUPL | 0.40 |
| 11/13/2008 | DUPL | 0.70 |
| 11/13/2008 | DUPL | 0.70 |
| 11/13/2008 | DUPL | 0.70 |
| 11/13/2008 | DUPL | 0.70 |
| 11/13/2008 | DUPL | 0.90 |
| 11/13/2008 | DUPL | 2.00 |
| 11/13/2008 | DUPL | 0.30 |
| 11/13/2008 | DUPL | 0.30 |
| 11/13/2008 | DUPL | 1.00 |
| 11/13/2008 | DUPL | 0.10 |
| 11/13/2008 | DUPL | 1.60 |
| 11/13/2008 | DUPL | 0.20 |
| 11/13/2008 | DUPL | 1.90 |
| 11/13/2008 | DUPL | 0.10 |
| 11/14/2008 | DUPL | 0.30 |
| 11/14/2008 | DUPL | 0.50 |
| 11/14/2008 | DUPL | 1.30 |
| 11/14/2008 | DUPL | 6.30 |
| 11/14/2008 | DUPL | 1.30 |
| 11/14/2008 | DUPL | 0.20 |

| Date | Type | Amount |
|---|---|---|
| 11/14/2008 | DUPL | 1.00 |
| 11/14/2008 | DUPL | 0.60 |
| 11/14/2008 | DUPL | 1.60 |
| 11/14/2008 | DUPL | 1.10 |
| 11/14/2008 | DUPL | 7.90 |
| 11/14/2008 | DUPL | 1.40 |
| 11/14/2008 | DUPL | 3.30 |
| 11/14/2008 | DUPL | 0.50 |
| 11/17/2008 | DUPL | 0.20 |
| 11/17/2008 | DUPL | 0.20 |
| 11/17/2008 | DUPL | 0.10 |
| 11/17/2008 | DUPL | 0.70 |
| 11/17/2008 | DUPL | 0.10 |
| 11/17/2008 | DUPL | 0.10 |
| 11/17/2008 | DUPL | 0.10 |
| 11/17/2008 | DUPL | 0.10 |
| 11/17/2008 | DUPL | 0.70 |
| 11/17/2008 | DUPL | 0.20 |
| 11/17/2008 | DUPL | 258.40 |
| 11/17/2008 | DUPL | 572.50 |
| 11/17/2008 | DUPL | 321.80 |
| 11/18/2008 | DUPL | 1.00 |
| 11/18/2008 | DUPL | 0.30 |
| 11/18/2008 | DUPL | 0.50 |
| 11/18/2008 | DUPL | 1.30 |
| 11/18/2008 | DUPL | 6.30 |
| 11/18/2008 | DUPL | 0.10 |
| 11/18/2008 | DUPL | 1.60 |
| 11/18/2008 | DUPL | 0.50 |
| 11/18/2008 | DUPL | 0.10 |
| 11/18/2008 | DUPL | 0.10 |
| 11/18/2008 | DUPL | 0.10 |
| 11/18/2008 | DUPL | 3.20 |
| 11/18/2008 | DUPL | 0.20 |
| 11/18/2008 | DUPL | 4.50 |
| 11/18/2008 | DUPL | 2.60 |
| 11/18/2008 | DUPL | 0.30 |
| 11/18/2008 | DUPL | 0.30 |
| 11/18/2008 | DUPL | 0.20 |
| 11/18/2008 | DUPL | 0.20 |
| 11/18/2008 | DUPL | 2.40 |
| 11/18/2008 | DUPL | 0.20 |
| 11/18/2008 | DUPL | 0.20 |
| 11/18/2008 | DUPL | 0.30 |
| 11/18/2008 | DUPL | 0.70 |
| 11/18/2008 | DUPL | 0.10 |
| 11/18/2008 | DUPL | 0.10 |
| 11/18/2008 | DUPL | 0.70 |
| 11/18/2008 | DUPL | 0.20 |

| Date | Type | Amount |
|---|---|---|
| 11/18/2008 | DUPL | 0.10 |
| 11/18/2008 | DUPL | 0.70 |
| 11/18/2008 | DUPL | 0.10 |
| 11/18/2008 | DUPL | 0.10 |
| 11/18/2008 | DUPL | 0.70 |
| 11/18/2008 | DUPL | 2.60 |
| 11/18/2008 | DUPL | 0.70 |
| 11/18/2008 | DUPL | 0.20 |
| 11/18/2008 | DUPL | 0.20 |
| 11/18/2008 | DUPL | 0.80 |
| 11/18/2008 | DUPL | 0.20 |
| 11/18/2008 | DUPL | 0.70 |
| 11/18/2008 | DUPL | 0.10 |
| 11/18/2008 | DUPL | 123.10 |
| 11/18/2008 | DUPL | 0.30 |
| 11/18/2008 | DUPL | 31.10 |
| 11/18/2008 | DUPL | 594.00 |
| 11/19/2008 | DUPL | 0.40 |
| 11/19/2008 | DUPL | 0.50 |
| 11/19/2008 | DUPL | 1.10 |
| 11/19/2008 | DUPL | 0.10 |
| 11/19/2008 | DUPL | 0.30 |
| 11/19/2008 | DUPL | 0.60 |
| 11/19/2008 | DUPL | 0.50 |
| 11/19/2008 | DUPL | 0.10 |
| 11/19/2008 | DUPL | 0.10 |
| 11/19/2008 | DUPL | 0.10 |
| 11/19/2008 | DUPL | 0.30 |
| 11/19/2008 | DUPL | 0.10 |
| 11/19/2008 | DUPL | 0.10 |
| 11/19/2008 | DUPL | 2.30 |
| 11/19/2008 | DUPL | 0.70 |
| 11/19/2008 | DUPL | 0.70 |
| 11/19/2008 | DUPL | 0.30 |
| 11/19/2008 | DUPL | 0.20 |
| 11/19/2008 | DUPL | 0.50 |
| 11/19/2008 | DUPL | 0.20 |
| 11/19/2008 | DUPL | 1.10 |
| 11/19/2008 | DUPL | 0.10 |
| 11/19/2008 | DUPL | 0.60 |
| 11/20/2008 | DUPL | 0.10 |
| 11/20/2008 | DUPL | 0.10 |
| 11/20/2008 | DUPL | 11.10 |
| 11/20/2008 | DUPL | 11.30 |
| 11/20/2008 | DUPL | 2.50 |
| 11/20/2008 | DUPL | 0.20 |
| 11/20/2008 | DUPL | 1.40 |
| 11/20/2008 | DUPL | 0.40 |
| 11/20/2008 | DUPL | 7.90 |

| Date | Name | Type | Amount | Vendor Info |
|---|---|---|---:|---|
| 11/20/2008 | | DUPL | 5.60 | |
| 11/20/2008 | | DUPL | 1.20 | |
| 11/20/2008 | | DUPL | 0.50 | |
| 11/20/2008 | | DUPL | 0.20 | |
| 11/20/2008 | | DUPL | 0.10 | |
| 11/20/2008 | | DUPL | 0.10 | |
| 11/20/2008 | | DUPL | 0.10 | |
| 11/20/2008 | | DUPL | 2.60 | |
| 11/20/2008 | | DUPL | 0.20 | |
| 11/20/2008 | | DUPL | 1.10 | |
| 11/20/2008 | | DUPL | 0.90 | |
| 11/20/2008 | | DUPL | 0.90 | |
| 11/20/2008 | | DUPL | 62.20 | |
| 11/21/2008 | | DUPL | 0.60 | |
| 11/21/2008 | | DUPL | 0.40 | |
| 11/21/2008 | | DUPL | 0.30 | |
| 11/21/2008 | | DUPL | 3.00 | |
| 11/21/2008 | | DUPL | 2.80 | |
| 11/21/2008 | | DUPL | 0.10 | |
| 11/21/2008 | | DUPL | 0.10 | |
| 11/21/2008 | | DUPL | 0.10 | |
| 11/24/2008 | | DUPL | 4.00 | |
| 11/24/2008 | | DUPL | 0.30 | |
| 11/24/2008 | | DUPL | 1.10 | |
| 11/24/2008 | | DUPL | 0.60 | |
| 11/24/2008 | | DUPL | 8.00 | |
| 11/24/2008 | | DUPL | 1.10 | |
| 11/24/2008 | | DUPL | 0.40 | |
| 11/24/2008 | | DUPL | 4.10 | |
| 11/24/2008 | | DUPL | 0.60 | |
| 11/24/2008 | | DUPL | 0.20 | |
| 11/24/2008 | | DUPL | 0.20 | |
| 11/24/2008 | | DUPL | 0.60 | |
| 11/25/2008 | | DUPL | 71.40 | |
| 11/26/2008 | | DUPL | 0.20 | |
| 11/26/2008 | | DUPL | 0.20 | |
| 11/26/2008 | | DUPL | 0.30 | |
| 11/26/2008 | | DUPL | 0.60 | |
| 11/26/2008 | | DUPL | 0.20 | |
| 11/26/2008 | | DUPL | 0.70 | |
| | | | **2,820.10** | |
| 11/13/2008 | Rigano, Nicholas C. | LEXI | 3.99 | VENDOR: LEXIS - NEXIS; INVOICE#: 0811010470; DATE: 11/30/2008 |
| 11/5/2008 | Smith, Jason | MEAL | 21.16 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 423449; DATE: 11/9/2008 |

| Date | Name | Type | Amount | Description |
|---|---|---|---:|---|
| 11/10/2008 | Keary, Emmet | MEAL | 12.03 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 427431; DATE: 11/16/2008 |
| 11/14/2008 | Keary, Emmet | MEAL | 14.34 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 427431; DATE: 11/16/2008 |
| 11/17/2008 | Keary, Emmet | MEAL | 14.34 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 428818; DATE: 11/16/2008 |
| 11/20/2008 | Indelicato, Mark S | MEAL | 7.61 | VENDOR: INDELICATO; INVOICE#: 25; DATE: 1/6/2009 |
| 11/24/2008 | Keary, Emmet | MEAL | 35.01 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 433215; DATE: 11/30/2008 |
| 11/24/2008 | Power, Mark | MEAL | 25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 433215; DATE: 11/30/2008 |
| 11/24/2008 | Indelicato, Mark S | MEAL | 14.67 | VENDOR: INDELICATO; INVOICE#: 25; DATE: 1/6/2009 |
| 11/25/2008 | Smith, Jason | MEAL | 17.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 433215; DATE: 11/30/2008 |
| 11/25/2008 | Keary, Emmet | MEAL | 12.03 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 433215; DATE: 11/30/2008 |
| 11/25/2008 | Indelicato, Mark S | MEAL | 7.53 | VENDOR: INDELICATO; INVOICE#: 25; DATE: 1/6/2009 |
| 11/26/2008 | Indelicato, Mark S | MEAL | 9.55 | VENDOR: INDELICATO; INVOICE#: 25; DATE: 1/6/2009 |
| | | | **191.15** | |
| 11/7/2008 | Power, Annie | ODEL | 17.76 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 2-991-84708; DATE: 11/17/2008 |
| 11/10/2008 | Tucker, Jason L. | ODEL | 15.83 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 2-991-84708; DATE: 11/17/2008 |
| | | | **33.59** | |
| 11/4/2008 | Power, Mark | POST | 5.90 | |
| 11/5/2008 | Power, Mark | POST | 6.72 | |
| | | | **12.62** | |
| 11/5/2008 | Power, Mark | SEAR | 0.64 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| 11/4/2008 | Schnitzer, Edward L. | TELE | 0.25 | 13025715007; 1 Mins. |
| 11/10/2008 | Smith, Jason | TELE | 0.25 | 18047712310; 1 Mins. |
| 11/14/2008 | Keary, Emmet | TELE | 0.25 | 15033163932; 1 Mins. |
| 11/14/2008 | Zawadzki, Jeffrey | TELE | - | 18773588255; 51 Mins. |
| 11/17/2008 | Keary, Emmet | TELE | 1.00 | 17168411597; 4 Mins. |
| 11/18/2008 | Schnitzer, Edward L. | TELE | 0.50 | 13025715007; 2 Mins. |
| 11/26/2008 | Schnitzer, Edward L. | TELE | 0.25 | 13025716621; 1 Mins. |
| | | | **2.50** | |

| Date | Name | Type | Amount | Details |
|---|---|---|---:|---|
| 11/6/2008 | Indelicato, Mark S | TELE | 51.47 | VENDOR: AMERICAN EXPRESS; INVOICE#: 1201008; DATE: 12/30/2008 |
| 11/20/2008 | Keary, Emmet | TELE | 63.44 | VENDOR: AMERICAN EXPRESS; INVOICE#: 1201008; DATE: 12/30/2008 |
| 11/25/2008 | Power, Mark | TELE | 25.00 | VENDOR: POWER, MARK T.; INVOICE#: 15; DATE: 12/1/2008 |
| | | | **139.91** | |
| 11/25/2008 | Indelicato, Mark S | TRAV | 223.00 | VENDOR: INDELICATO; INVOICE#: 25; DATE: 1/6/2009 |
| 11/25/2008 | Indelicato, Mark S | TRAV | 223.00 | VENDOR: INDELICATO; INVOICE#: 25; DATE: 1/6/2009 |
| 11/26/2008 | Indelicato, Mark S | TRAV | 15.00 | VENDOR: INDELICATO; INVOICE#: 25; DATE: 1/6/2009 |
| 11/26/2008 | Indelicato, Mark S | TRAV | 15.00 | VENDOR: INDELICATO; INVOICE#: 25; DATE: 1/6/2009 |
| | | | **476.00** | |
| | | | 4,286.36 | |