UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 07-11047-CSS |
| AMERICAN HOME MORTGAGE | | |
| HOLDINGS, INC. | * | (Chapter 11) |
| a Delaware corporation, *et al.*, | | |
| Debtor | * | |
| *********** | | |
| CITIMORTGAGE, INC. | * | |
| Movant | | |
| v. | * | |
| | | Objections due by: August 7, 2009 4:00 PM |
| AMERICAN HOME MORTGAGE | * | Hearing Date: September 8, 2009 10:00 AM |
| HOLDINGS, INC., *et al* | | |
| Debtor | * | |

**LINE WITHDRAWING
MOTION FOR RELIEF FROM AUTOMATIC STAY
UNDER SECTION 362 OF THE BANKRUPTCY CODE WITH
RESPECT TO REAL PROPERTY LOCATED AT
8862 BROOKS DRIVE, MONTGOMERY, TX 77316**

Citimortgage, Inc. (hereinafter "Movant"), by its undersigned counsel, respectfully withdraws its Motion for Relief from Stay. Counsel was not aware that this Honorable Court had entered a "Blanket" Order Terminating the Automatic Stay.

    Respectfully submitted,

    MORRIS|HARDWICK|SCHNEIDER

    /s/ *Lisa R. Hatfiled*
    Lisa R. Hatfield (DE No. 4967)
    284 East Main Street
    Newark, Delaware 19771
    (302) 444-4602
    (302) 444-4603-facsimile
    (866) 503-4930 (toll free)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 10, 2009, copies of the foregoing Line Withdrawing Motion for Relief from Automatic Stay Under § 361 of the Bankruptcy Code was served upon the parties listed on the below in the manner stated:

VIA US MAIL
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
Trustee

VIA US MAIL
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for Debtor

VIA US MAIL
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney for Plaintiff

VIA US MAIL
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

       Respectfully submitted,

       MORRIS|HARDWICK|SCHNEIDER

       /s/ *Lisa R. Hatfiled*_____
       Lisa R. Hatfield (DE No. 4967)
       284 East Main Street
       Newark, Delaware 19771
       (302) 444-4602
       (302) 444-4603-facsimile
       (866) 503-4930 (toll free)