UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re                                                                                                  Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS,                    Case No. 07-11047 (CSS)
INC., et al.,[1]                                                                             (Jointly Administered)

                                                            Debtors.        Ref. No. 7614
---------------------------------------------------------------------x

**ORDER AUTHORIZING THE COMMITTEE TO RETAIN AND EMPLOY THE
RECEIVABLE MANAGEMENT SERVICES CORPORATION AS ITS
COLLECTIONS AGENT *NUNC PRO TUNC* TO JULY 1, 2009**

Upon consideration of the application (the "*Application*") of The Official Committee of Unsecured Creditors (the "*Committee*") of American Home Mortgage Holdings, Inc., et al. (the "*Debtors*") for the entry of an order authorizing the Committee to retain The Receivable Management Services Corporation ("*RMS*") as its collection agent with respect to the Avoidance Actions[2] effective as of July 1, 2009, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1(a); and upon the declaration of Hugh Kelly (the "*Kelly Declaration*") annexed to the Application; and adequate notice of the Application having been provided to the Office of the United States Trustee, counsel to the Debtors, and those entities filing notices of appearance pursuant to Bankruptcy Rule 2002 in these cases; and it appearing that no other and further notice is required and such notice is deemed proper and sufficient under the circumstances; and the Court being satisfied based upon

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

703159.008-1708016.2

the representations made in the Application, the Kelly Declaration and the record that (i) the retention of RMS is necessary and in the best interest of the Debtors' estates, creditors and all parties-in-interest; (ii) RMS represents or holds no adverse interest to the Debtors and their estates, and (iii) RMS is disinterested as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1103(b) of the Bankruptcy Code; and after due deliberation, and sufficient cause appearing therefor; it is hereby;

**ORDERED**, that the Committee is authorized to retain RMS as its collections agent with respect to the Avoidance Actions on the terms and conditions set forth in the Application and the Engagement Letter, effective as of July 1, 2009; and it is further

**ORDERED**, that RMS shall be compensated in accordance with the procedures set forth in Section 330 and 331 of the Bankruptcy Code, such Bankruptcy Rules and Local Rules as may then be applicable, and any orders of this Court.

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
August 10, 2009

_____
UNITED STATES BANKRUPTCY JUDGE