IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
                    Debtors.                                        :
                                                                    :   Ref. Docket No.: 7613
                                                                    :
------------------------------------------------------------------- x

**ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 9019(a) AUTHORIZING AND APPROVING
STIPULATION BETWEEN (I) AMERICAN HOME MORTGAGE CORP.,
(II) AMERICAN HOME MORTGAGE HOLDINGS, INC., (III) AHM SPV II, LLC, AND
(IV) BANK OF AMERICA NATIONAL ASSOCIATION, SUCCESSOR BY MERGER
TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, RESOLVING ALL
CLAIMS AND DISPUTES RELATING TO THE BROADHOLLOW PROPERTY**

Upon consideration of the motion (the "Motion") of the above-captioned debtors and debtors-in-possession (the "Debtors"), pursuant to sections 105(a) and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order approving the *Stipulation Between (I) American Home Mortgage Corp., (II) American Home Mortgage Holdings, Inc., (III) AHM SPV II, LLC, and (IV) Bank of America National Association, Successor by Merger to LaSalle Bank National Association, as Trustee, Resolving all Claims and Disputes Relating to the Broadhollow Property*, attached hereto as Exhibit A (the "Stipulation")[1]; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this proceeding is a core proceeding under 28 U.S.C. § 157(b); and due and sufficient notice of the Motion having been

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

given under the circumstances; and after due deliberation and cause appearing therefor, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED that, pursuant to sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, the Stipulation attached hereto as <u>Exhibit A</u> is hereby APPROVED; and it is further

ORDERED that the Parties are hereby authorized to take all actions and execute all documents or instruments necessary to carry out the provisions of the Stipulation; and it is further

ORDERED that the automatic stay imposed by section 362(a) is hereby modified to the extent necessary to permit the Parties to carry out the provisions of the Stipulation; and it is further

ORDERED that, notwithstanding the 10-day stay provided in Bankruptcy Rule 6004(h), this Order shall become effective immediately upon entry by this Court; and it is further

ORDERED that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: 8/10, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

## Exhibit A

**The Stipulation**