**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | **Ref. Docket No. 7042** |

---

**CERTIFICATION OF COUNSEL SUBMITTING CONSENT ORDER GRANTING MOTION OF ZC REAL ESTATE TAX SOLUTIONS LIMITED FOR AN ORDER, PURSUANT TO SECTIONS 105(a) AND 365(b) OF THE BANKRUPTCY CODE AND THE ORDER ENTERED APPROVING THE SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS, COMPELLING PAYMENT OF CURE CLAIM**

The undersigned counsel hereby certifies as follows:

1. On August 3, 2009, ZC Real Estate Tax Solutions Limited ("ZC") filed the Motion of ZC Real Estate Tax Solutions Limited For an Order, Pursuant to Sections 105(a) and 365(b) of the Bankruptcy Code and the Order Entered Approving the Sale of the Debtors' Mortgage Servicing Business, Compelling Payment of Cure Claim [D.I. 7863] (the "Motion").[2] The Motion is currently scheduled for hearing on August 11, 2009.

2. The Debtors, the Official Committee of Unsecured Creditors, and Bank of America, N.A., as Administrative Agent do not object to the relief requested in the Motion, but requested certain revisions to the form of order granting the motion that would (i) clarify that the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

payment sought by ZC would fully satisfy all claims of ZC against the Cure Escrow and (ii) instruct the escrow agent under the Cure Escrow Agreement to make the requested payment upon presentation of the order. Counsel for the parties conferred and ultimately agreed upon the form of order attached hereto as <u>Exhibit A</u>. A blackline of the revised order against the original order submitted with the Motion is attached hereto as <u>Exhibit B</u>.

3. Objections to the Motion, if any, were to be filed no later than 4:00 p.m. on August 10, 2009. As of the filing of this certification, no objections to the relief sought in the Motion have been filed.

WHEREFORE, the Debtors respectfully request that the Court enter the Order attached hereto as <u>Exhibit A</u> at its earliest convenience, without further notice or hearing. The undersigned is available to answer any questions the Court may have regarding the foregoing.

Dated: Wilmington, Delaware
       August 10, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*

Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors and
Debtors in Possession

**<u>Exhibit A</u>**

**Revised Order Granting ZC Motion**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware Corporation, et at.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Ref. Docket No. 7863** |
| | : | |

------------------------------------------------------------------------x

### ORDER GRANTING MOTION OF ZC REAL ESTATE TAX SOLUTIONS LIMITED FOR AN ORDER, PURSUANT TO SECTIONS 105(a) AND 365(b) OF THE BANKRUPTCY CODE AND THE ORDER ENTERED APPROVING THE SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS, COMPELLING PAYMENT OF CURE CLAIM

Upon consideration of the *Motion of ZC Real Estate Tax Solutions Limited For an Order, Pursuant to Sections 105(a) and 365(b) of the Bankruptcy Code and the Order Entered Approving the Sale of the Debtors' Mortgage Servicing Business, Compelling Payment of Cure Claim* (the "Motion")[2] filed by ZC Real Estate Tax Solutions Limited ("ZC"), for entry of an order, pursuant to sections 105(a) and 365(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, and the *Order Pursuant to Sections 105, 363, 364, 365, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and unexpired Leases Related Thereto, and (B) Granting Certain Related*

---

[1] The other Debtors in these cases are: American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), American Home Mortgage Corp., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

*Relief* [Docket No. 1711], directing the immediate payment of the Cure Claim due and owing to ZC in the amount of $1,145,804.15, and the Court having determined that the relief requested in the Motion is appropriate; and due and adequate notice of the Motion having been provided; and it appearing that no other or further notice of the Motion need be provided, and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted in its entirety.

2. ZC is deemed to have an Allowed Cure Claim (as that term is defined in the Cure Escrow Agreement) in the amount of $1,145,804.15.

3. Capital One, N.A., successor by merger to North Fork Bank, the escrow agent (the "Escrow Agent") under the Cure Escrow Agreement is directed to deliver via wire transfer the sum of $1,145,804.15 to ZC from the Cure Escrow account within five (5) business days of its receipt of this Order.

4. In accordance with the Cure Escrow Agreement, the Escrow Agent is authorized to release the funds from the Cure Escrow as set forth herein.

5. Upon receipt of the funds as set forth herein, ZC's claim against the Cure Escrow shall be satisfied in full.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: August __, 2009
      Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

## Exhibit B

**Redline Indicating Changes from Original Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------- | x | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware Corporation, et at.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | Ref. Docket No. 7863 |
| -------------------------------------------------------------------x | | |

**ORDER GRANTING MOTION OF ZC REAL ESTATE TAX
SOLUTIONS LIMITED FOR AN ORDER, PURSUANT TO SECTIONS
105(a) AND 365(b) OF THE BANKRUPTCY CODE AND THE ORDER
ENTERED APPROVING THE SALE OF THE DEBTORS' MORTGAGE
SERVICING BUSINESS, COMPELLING PAYMENT OF CURE CLAIM**

Upon consideration of the *Motion of ZC Real Estate Tax Solutions Limited For an Order, Pursuant to Sections 105(a) and 365(b) of the Bankruptcy Code and the Order Entered Approving the Sale of the Debtors' Mortgage Servicing Business, Compelling Payment of Cure Claim* (the "Motion")[2] filed by ZC Real Estate Tax Solutions Limited ("ZC"), for entry of an order, pursuant to sections 105(a) and 365(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, and the *Order Pursuant to Sections 105, 363, 364, 365, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain*

---

[1] The other Debtors in these cases are: American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), American Home Mortgage Corp., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

*Executory Contracts and unexpired Leases Related Thereto, and (B) Granting Certain Related Relief* [Docket No. 1711], directing the immediate payment of the Cure Claim due and owing to ZC in the amount of $~~1,145,804.15 (the "Cure Claim"),~~1,145,804.15, and the Court having determined that the relief requested in the Motion is appropriate; and due and adequate notice of the Motion having been provided; and it appearing that no other or further notice of the Motion need be provided, and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted in its entirety.

2. ZC is deemed to have an Allowed Cure Claim (as that term is defined in the Cure Escrow Agreement) in the amount of $1,145,804.15.

3. ~~2. Payment of the Cure Claim shall be made to ZC from funds held in the Cure Escrow~~ Capital One, N.A., successor by merger to North Fork Bank, the escrow agent (the "Escrow Agent") under the Cure Escrow Agreement is directed to deliver via wire transfer the sum of $1,145,804.15 to ZC from the Cure Escrow account within five (5) business days of ~~the date~~ its receipt of this Order.

4. In accordance with the Cure Escrow Agreement, the Escrow Agent is authorized to release the funds from the Cure Escrow as set forth herein.

5. Upon receipt of the funds as set forth herein, ZC's claim against the Cure Escrow shall be satisfied in full.

6. ~~3.~~ This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: August __, 2009  
      Wilmington, Delaware                                _____  
                                                         The Honorable Christopher S. Sontchi  
                                                         United States Bankruptcy Judge

Document comparison done by Workshare DeltaView on Monday, August 10, 2009 2:07:28 PM

| Input: | |
|---|---|
| Document 1 | file://C:/Documents and Settings/pjack/Desktop/ZCRETS/28067770_1.DOC |
| Document 2 | file://C:/Documents and Settings/pjack/Desktop/ZCRETS/AmericanHomeCureEscrow - Proposed Form of Order Compel.DOC |
| Rendering set | standard |

| Legend: |  |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
|  | Count |
| Insertions | 13 |
| Deletions | 7 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 20 |