UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE, INC., et al., | ) ) | Bankruptcy Case No. 07-11047 (CSS) (Jointly Administered) |
| | ) | |
| Debtors. | ) | Related D.I. 7565 |

### NOTICE OF WITHDRAWAL OF
### CBS OUTDOOR INC.'S MOTION TO COMPEL PAYMENT
### OF ADMINISTRATIVE EXPENSES [D.I. 7565]

CBS Outdoor Inc., hereby withdrawals its Motion to Compel Payment of Administrative Expenses [D.I. 7565] scheduled for hearing before the Court on August 11, 2009.

Date: 8/10/09

/s/ Daniel C. Kerrick
Daniel C. Kerrick (DE Id. No. 5027)
Ciconte, Wasserman & Scerba, LLC
1300 King Street
Wilmington, DE 19801
(302) 658-7101
Attorneys for Movants,
CBS Outdoor, Inc.