## CERTIFICATE OF SERVICE

I, Daniel C. Kerrick, do hereby certify that on the 10th day of August, 2009, copies of this

Notice of Withdrawal of CBS Outdoor Inc.'s Motion to Compel Payment of Administrative

Expenses (D.I. 7565) were served as follows:

### HAND DELIVERY
Sean M. Beach, Esquire
Margaret Whiteman Greecher, Esquire
Patrick A. Jackson, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Counsel for the Debtors

### HAND DELIVERY
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lock Box 35
Wilmington, D E 19801

*/s/ Daniel C. Kerrick*
Daniel C. Kerrick (ID# 5027)