## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                               : Chapter 11

:

AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)

a Delaware corporation, et al.,[1]                   :

:  Jointly Administered

Debtors.                                    :

:  **Ref. Docket No.: 7609 and 7876**

------------------------------------------------------------- x

## DEBTORS' CERTIFICATION OF COUNSEL REGARDING REVISED ORDER WITH RESPECT TO THE DEBTORS' THIRTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On July 10, 2009, the above-captioned debtors and debtors in possession (the "Debtors")

filed their Thirty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section

502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3307, and Local Rule 3007-1

[Docket No. 7609] (the "Objection"). By the Objection, the Debtors sought, *inter alia*, to

disallow proofs of claim numbers 10553, 10516 and 10705 (collectively, the "Claims") filed by

Los Angeles County on the grounds that these claims were late filed claims.

On August 4, 2009, the Los Angeles County Treasurer and Tax Collector ("Los Angeles

County") filed a response to the Objection [Docket No. 7876] (the "Response"). In the

Response, Los Angeles County argued that the Claims were timely filed because they amended

and superseded the previously filed timely claim number 8832. Los Angeles County further

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

argued that claim number 10726 amended and superseded all claims previously filed by Los Angeles.

In addition, Los Angeles County has requested changes to the treatment of the Claims and the Debtors have consented to moving claim numbers 10553 and 10705 from the Late Filed to the Amended Exhibit, identifying claim number 10726 as the surviving claim. A revised form of order (the "Revised Order") with exhibits reflecting the changes described above is attached hereto as Exhibit A.

The undersigned hereby certifies that, as of the date hereof, no other answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon. Responses to the Objection were to be filed and served no later than 4:00 p.m. on August 4, 2009.

It is hereby respectfully requested that the Revised Order be entered at the earliest convenience of the Court.

Dated:  August 10, 2009
        Wilmington Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
Alex D. Thaler (No. 5279)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

**Revised Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Ref. Docket No. 7609** |

------------------------------------------------------------------------ x

## ORDER SUSTAINING DEBTORS' THIRTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-eighth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, D, and E; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that, the Disputed Claims identified on the attached Exhibits A, C, D and E are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Wrong Debtor Claims identified on the attached Exhibit B are hereby reassigned to the New Case Numbers listed in Exhibit B; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that the Debtors reserve the right to object to any of the Disputed Claims on any grounds in future omnibus objections to claims; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       August ___, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## Exhibit A

### Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10553 | 9/23/08 | 07-11047 | $304,363.41 (S)<br>- (A)<br>- (P)<br>- (U)<br>$304,363.41 (T) | 10726 | 6/22/09 | 07-11047 | $292,044.76 (S)<br>- (A)<br>- (P)<br>- (U)<br>$292,044.76 (T) |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10705 | 4/27/09 | 07-11047 | $324,612.16 (S)<br>- (A)<br>- (P)<br>- (U)<br>$324,612.16 (T) | 10726 | 6/22/09 | 07-11047 | $292,044.76 (S)<br>- (A)<br>- (P)<br>- (U)<br>$292,044.76 (T) |
| MOBILE COUNTY<br>MARILYN E. WOOD, REVENUE COMMISSIONER<br>PO BOX DRAWER 1169<br>MOBILE, AL 36633-1169 | 1398 | 10/2/07 | 07-11050 | $150.38 (S)<br>- (A)<br>- (P)<br>- (U)<br>$150.38 (T) | 1604 | 9/17/07 | 07-11050 | $150.38 (S)<br>- (A)<br>- (P)<br>- (U)<br>$150.38 (T) |
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 S IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | 103 | 8/27/07 | 07-11047 | $906.65 (S)<br>- (A)<br>- (P)<br>- (U)<br>$906.65 (T) | 10001 | 2/25/08 | 07-11047 | $655.33 (S)<br>- (A)<br>- (P)<br>- (U)<br>$655.33 (T) |
| POLK COUNTY FLORIDA TAX COLLECTOR<br>JOE G TEDDER CFC / SARI E MEADOR<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | 1265 | 9/24/07 | No Case | $49.21 (S)<br>- (A)<br>- (P)<br>- (U)<br>$49.21 (T) | 1512 | 10/3/07 | 07-11051 | $90.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$90.20 (T) |
| SNOHOMISH COUNTY TREASURER<br>ATTN DEBI GAHRINGER, BANKRUPTCY OFFICER<br>3000 ROCKEFELLER AVE M/S 501<br>EVERETT, WA 98201-4060 | 156 | 8/24/07 | 07-11047 | $430.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$430.88 (T) | 1248 | 9/20/07 | 07-11051 | $430.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$430.88 (T) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W. GRAND BLVD, 10-200<br>DETROIT, MI 48202 | 9663 | 1/15/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$20,701.44 (U)<br>$20,701.44 (T) | 10881 | 2/18/09 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$19,615.05 (U)<br>$19,615.05 (T) |

Case 07-11047-CSS   Doc 7927   Filed 08/10/09   Page 8 of 17

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| TRUSTEES OF MALL ROAD TRUST<br>C/O J. DAVID FOLDS<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET, NW<br>WASHINGTON, DC 20006 | 8484 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$20,497.43 (U)<br>$20,497.43 (T) | 10570 | 11/6/06 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$36,709.34 (U)<br>$36,709.34 (T) |
| WHEELER, MICHAEL JAMES<br>9180 LOS LAGOS CIRCLE<br>GRANITE BAY, CA 95746 | 7319 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$363,131.73 (U)<br>$374,081.73 (T) | 7613 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$363,131.73 (U)<br>$374,081.73 (T) |
| Totals: | 9 Claims | | | $630,512.69 (S)<br>- (A)<br>$10,950.00 (P)<br>$404,330.60 (U)<br>$1,045,793.29 (T) | | | | $585,416.31 (S)<br>- (A)<br>$10,950.00 (P)<br>$419,455.12 (U)<br>$1,015,822.43 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**
**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims | | | New Case Number |
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Case Number |
| CLARK COUNTY TREASURER<br>DOUG LASHER, TREASURER<br>PO BOX 5000<br>VANCOUVER, WA 98666 | 1636 | 10/16/07 | 07-11047 | $151.11 (S)<br>- (A)<br>- (P)<br>- (U)<br>$151.11 (T) | 07-11051 |
| COUNTY OF DENTON<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY STE 100 - PO BOX 1269<br>ROUND ROCK, TX 78680 | 24 | 8/15/07 | 07-11047 | $104.06 (S)<br>- (A)<br>- (P)<br>- (U)<br>$104.06 (T) | 07-11051 |
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | 1720 | 10/22/07 | 07-11047 | $278.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$278.58 (T) | 07-11051 |
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | 1721 | 10/22/07 | 07-11047 | $83.73 (S)<br>- (A)<br>- (P)<br>- (U)<br>$83.73 (T) | 07-11051 |
| MOORE COUNTY TAX DEPARTMENT<br>ATTN ESTHER R. CUMMINGS,<br>DEPUTY TAX ADMINISTRATOR<br>PO BOX 428<br>CARTHAGE, NC 28327 | 4292 | 12/3/07 | No Case | - (S)<br>- (A)<br>$212.28 (P)<br>- (U)<br>$212.28 (T) | 07-11051 |
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 S IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | 10001 | 2/25/08 | 07-11047 | $655.33 (S)<br>- (A)<br>- (P)<br>- (U)<br>$655.33 (T) | 07-11051 |
| POTTER COUNTY ET AL<br>DLAYNE PEEPLES<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 | 176 | 8/28/07 | 07-11047 | $282.01 (S)<br>- (A)<br>- (P)<br>- (U)<br>$282.01 (T) | 07-11051 |

| | | | | | |
|---|---|---|---|---|---|

Objectionable Claims ——————————— New Case Number

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
|---|---|---|---|---|---|
| SNOHOMISH COUNTY TREASURER<br>ATTN DEBI GAHRINGER, BANKRUPTCY OFFICER<br>3000 ROCKEFELLER AVE M/S 501<br>EVERETT, WA 98201-4060 | 1246 | 9/20/07 | 07-11047 | $430.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$430.88 (T) | 07-11051 |
| SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN CECILIA BAESA<br>CREDIT AND PAYMENT SERVICES<br>300 N LONE HILL AVE<br>SAN DIMAS, CA 91773 | 586 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$532.17 (P)<br>- (U)<br>$532.17 (T) | 07-11051 |
| THURSTON COUNTY TREASURER<br>ATTN SUSAN SHEFLER, REVENUE OFFICER<br>2000 LAKERIDGE DR SW<br>OLYMPIA, WA 98502 | 640 | 9/11/07 | 07-11047 | $545.92 (S)<br>- (A)<br>- (P)<br>- (U)<br>$545.92 (T) | 07-11051 |
| Totals: | 10 Claims | | | $2,531.62 (S)<br>- (A)<br>$844.45 (P)<br>- (U)<br>$3,376.07 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## Exhibit C

### No Documentation Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| | | | —— Objectionable Claims —— | | |
| TEHRANI, HANRI Y.<br>125 S CLARK DR<br>BEVERLY HILLS, CA 90211-2603 | 7037 | 1/4/08 | No Case | $659.80 (S)<br>- (A)<br>- (P)<br>- (U)<br>$659.80 (T) | No documentation provided.  Debtors unable to assess basis or validity of claim. |
| **Totals:** | 1 Claim | | | $659.80 (S)<br>- (A)<br>- (P)<br>- (U)<br>$659.80 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Printed on 7/10/2009 at 9:16:29AM*

# EXHIBIT D

# Exhibit D

## Satisfied Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HANCOCK, MICHAEL G.<br>109 ESKER RD<br>HAMPTON, NH 03842 | 463 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$375.00 (P)<br>- (U)<br>$375.00 (T) | Debtor received initial deposit via credit card on 7/11/07. Debtor then received a chargeback on 9/27/07. Debtor sent a letter to the borrower letting them know that we would be objecting to the claim and we did not receive a response. |
| POLK COUNTY FLORIDA<br>JOE G TEDDER CFC TAX COLLECTOR<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | 1512 | 10/3/07 | 07-11051 | $90.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$90.20 (T) | Debtor paid claimant $90.39 on 6/26/09, check number 337039. |
| QUINLAN, JEFFREY S.<br>10401 LONG HOME RD<br>LOUISVILLE, KY 402914023 | 2243 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$295.00 (P)<br>- (U)<br>$295.00 (T) | Debtor received initial deposit via credit card on 6/12/07. Debtor then received a chargeback on 9/22/07. Debtor sent a letter to the borrower letting them know that we would be objecting to the claim and we did not receive a response. |
| QUINLAN, JEFFREY S.<br>3714 WILLOW AVENUE<br>JEFFERSONTOWN, KY 40299 | 2244 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$295.00 (P)<br>- (U)<br>$295.00 (T) | Debtor received initial deposit via credit card on 7/18/07. Debtor then received a chargeback on 9/22/07. Debtor sent a letter to the borrower letting them know that we would be objecting to the claim and we did not receive a response. |
| THERMOLICE, JEAN<br>4510 THREE LAKES CIRCLE<br>ORLANDO, FL 32808 | 1061 | 9/20/07 | No Case | - (S)<br>- (A)<br>$250.00 (P)<br>- (U)<br>$250.00 (T) | Claimant was refunded their loan origination fee of $250.00 on 6/18/08. Debtor sent an e-mail to the borrower letting them know that we would be objecting to the claim and we did not receive a response. |
| **Totals:** | **5 Claims** | | | $90.20 (S)<br>- (A)<br>$1,215.00 (P)<br>- (U)<br>$1,305.20 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Late Filed Claim

| | | Objectionable Claim | | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
| WOLF, KRISTIN<br>622 SOUTH 8TH<br>PETERSBURG, IL 62675 | 10418 | 6/13/08 | 07-11047 | $1,176.87 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,176.87 (T) | January 11, 2008 |
| **Totals:** | | 1 Claim | | $1,176.87 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,176.87 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.