IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    :   Jointly Administered
        Debtors.                                    :
---------------------------------------------------------------------- x

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 11, 2009 AT 10:30 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.  Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to
    Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
    3007-1 [D.I. 4028, 5/12/08]

    Response Deadline:   June 4, 2008 at 4:00 p.m.

    Related Documents:

        a)      Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

    Responses Filed:     See Exhibit B, attached

    Status: An Order has been entered that partially sustains the Objection.  With respect to
        the remainder of the relief requested and the remaining responses set forth on
        Exhibit B, this matter will be adjourned to September 8, 2009 at 10:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

2.     Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to September 8, 2009 at 10:00 a.m.

3.     Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

    a)    Notice of Submission of Claims [D.I. 6206, 10/10/08]

    b)    Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

    c)    Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

Responses Filed:    See Exhibit I, attached

Status: Orders have been entered that partially sustain the Objection.  The remainder of this matter will be adjourned to September 8, 2009 at 10:00 a.m.

4.     Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:    November 5, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

    

Responses Filed:      See Exhibit J, attached

Status: An Order has been entered that partially sustains the Objection.  The remainder of this matter will be adjourned to September 8, 2009 at 10:00 a.m.

5.   Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:   November 5, 2008 at 4:00 p.m.

Objections Filed:      None

Status: This matter will be adjourned by agreement to September 8, 2009 at 10:00 a.m.

6.   Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Related Document:

   a)      Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:      See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned to September 8, 2009 at 10:00 a.m.

7.   Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6620 11/21/08]

Responses Deadline:   December 15, 2008 at 4:00 p.m.

Related Document:

   a)      Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

Responses Filed:      See Exhibit L, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned to September 8, 2009 at 10:00 a.m.

8. Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

   a)    Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:    See Exhibit M, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned to September 8, 2009 at 10:00 a.m.

9. Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

   a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit N, attached

Status: An Order has been entered that partially sustains the Objection.  The remainder of this matter will be adjourned to September 8, 2009 at 10:00 a.m.

10. Bayview Loan Servicing, LLC's Motion for Relief from Stay [D.I. 7097, 3/13/09]

Objection Deadline:    March 30, 2009 at 4:00 p.m.

Objections Filed:

   a)    Limited Objection of the Debtors [D.I. 7197, 3/30/09]

   b)    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Limited Objection [D.I. 7201, 3/30/09]

Status: This matter has been resolved. The parties anticipate submitting a revised form of order under certification of counsel to the Court.

11.    Motion of American Home Mortgage Corp. for an Order, Pursuant to Sections 105, 363, 365 and 1146(a) of the Bankruptcy Code, (i) Authorizing the Sale of the Property Free and Clear of Liens, Claims, Encumbrances and Other Interests; (ii) Approving the Terms of the Purchase Agreement; (iii) Authorizing the Assumption and Assignment of and Transfer of the Debtors' Interests in Certain Real Property Leases; (iv) Authorizing the Exemption of the Sale form Stamp and Similar Taxes; and (v) Granting Related Relief [D.I. 7335, 4/30/09]

Objection Deadline:   May 29, 2009 at 4:00 p.m.

Related Document:

    a)      Notice of Withdrawal [D.I. 7903, 8/6/09]

Objections Filed:

    a)      Limited Objection by Park National Bank [D.I. 7460, 5/29/09]

    b)      Exhibit A to Limited Objection by Park National Bank [D.I. 7468, 6/1/09]

Status: This matter has been withdrawn.

12.    Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:   May 29, 2009 at 4:00 p.m.

Related Documents:

    a)      Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7506, 6/5/09]

    b)      Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7550, 6/19/09]

Responses Filed:      See Exhibit Q, attached

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit S, this matter will be adjourned to September 8, 2009 at 10:00 a.m.

DB02:8416585.2                                                              066585.1001

13.    Debtors' Thirty-Seventh Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7473, 6/10/09]

Response Deadline:    June 25, 2009 at 4:00 p.m.

Related Documents:

    a)    Certification of Counsel [D.I. 7582, 6/30/09]

    b)    Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 7584, 7/1/09]

Responses Filed:    See Exhibit R, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit R, this matter will be adjourned to September 8, 2009 at 10:00 a.m.

14.    Motion of ZC Real Estate Tax Solutions Limited for an Order, Pursuant to Sections 105(a) and 365(b) of the Bankruptcy Code and the Order Entered Approving the Sale of the Debtors' Mortgage Servicing Business, Compelling Payment of Cure Claim [D.I. 7683, 8/3/09]

Objection Deadline:    August 10, 2009 at 4:00 p.m.

Objections Filed:

    a)    Informal Response of the Debtors

Related Document:

    b)    Certification of Counsel [D.I. 7924, 8/10/09]

Status: **A Certification of Counsel has been filed.  No hearing is required.**

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

15.    Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code for an Order Authorizing and Directing the Filing Under Seal  the Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7600, 7/6/09]

Objection Deadline: August 4, 2009 at 4:00 p.m.

Related Documents:

a)    Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08] [See Agenda matter no. **19**]

b)    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 4661, 6/17/08] [See Agenda matter no. **20**]

c)    Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08] [See Agenda matter no. **21**]

d)    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08] [See Agenda matter no. **22**]

e)    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08] [See Agenda matter no. **23**]

f)    Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08] [See Agenda matter no. **24**]

g)    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09] [See Agenda matter no. **25**]

h)    Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09] [See Agenda matter no. **26**]

i)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

j)    Certificate of No Objection [D.I. 7908, 8/6/09]

      **k)**      **Order Pursuant to Section 107 of the Bankruptcy Code Authorizing and Directing that the Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims be Filed Under Seal [D.I. 7921, 8/10/09]**

Objections Filed:    None

Status: **An Order has been entered**.  No hearing is required.

16.    Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation with AHM SPV II, LLC and Bank of America National Association, Successor by Merger to LaSalle Bank National Association, as Trustee, Resolving All Claims and Disputes Relating to the Broadhollow Property [D.I. 7613, 7/14/09]

Objection Deadline:    August 3, 2009 at 4:00 p.m.

Related Documents:

      a)      Certificate of No Objection [D.I. 7909, 8/6/09]

      **b)**      **Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a) Authorizing and Approving Stipulation Between (I) American Home Mortgage Corp., (II) American Home Mortgage Holdings, Inc., (III0 AHM SPV II, LLC, and (IV) Bank of America National Association, Successor by Merger to LaSalle Bank National Association , as Trustee, Resolving All Claims and Disputes Relating to the Broadhollow Property [D.I. 7923, 8/10/09]**

Objections Filed:    None

Status: **An Order has been entered**.  No hearing is required.

17.    Application for an Order Authorizing the Nunc Pro Tunc Retention and Employment of the Receivable Management Services Corporation as Collections Agent for the Official Committee of Unsecured Creditors [D.I. 7614, 7/15/09]

Objection Deadline:    August 4, 2009 at 4:00 p.m.

Related Documents:

      a)      Certificate of No Objection [D.I. 7911, 8/7/09]

      **b)**      **Order Authorizing the Committee to Retain and Employ the Receivable Management Services Corporation as its Collections Agent Nunc Pro Tunc to July 1, 2009 [D.I. 79822, 8/10/09]**

      

Objections Filed:     None

Status: **An Order has been entered**.  No hearing is required.

## CONTESTED MATTERS GOING FORWARD

18.     Interim Fee Requests, see attached Schedule 1 and Schedule 2

Objections Filed:

a)     Joint Objection of the Official Committee of Unsecured Creditors and the Debtors to the Applications of the Official Committee of Borrowers for Payment of Fess and Expenses of Their Legal Professionals in Excess the Court Determined Cap [D.I. 7345, 5/5/09]

Status: **Contested:**  This matter will be **adjourned at the direction of the Court** with respect to those fee applications listed on Schedule 1, items (K), (L) and (M) **to September 8, 2009 at 10:00 a.m.**

**Uncontested:**  In light of the Judge's ruling at the hearing on June 5, 2009 and the subsequent order, the Fee Examiner is currently reviewing all fee applications filed since the Petition Date.  As such, the Fee Examiner has not been in a position to review and make a recommendation to the Court with respect to all of the fee applications set for this hearing.  The Fee Examiner has agreed with the Debtors that the best way to proceed is to allow the hearing to go forward with respect to the fee applications currently before the Court, as well as subsequent interim fee application requests, without prejudice to the Fee Examiner's review and recommendations to the Court at the final fee application hearing with respect to all fees and expenses.  As such, the professionals will request that the Court approve the uncontested fee applications set for hearing subject to the final fee application hearing.

19.     Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

Response Deadline:     May 20, 2008 at 4:00 p.m.

Related Documents:

a)     Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

b)     Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09] [See Agenda matter no. **15**]

Responses Filed:        See Exhibit A, attached

Status: An Order has been entered that partially sustains the Objection.  This matter will be going forward as indicated on Exhibit A.

20.     Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:     July 10, 2008 at 4:00 p.m.

Related Document:

        a)      Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

        b)      Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09] [See Agenda matter no. **15**]

Responses Filed:        See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection.  This matter will be going forward as indicated on Exhibit D.

21.     Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:     July 10, 2008 at 4:00 p.m.

Related Documents:

        a)      Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5169, 7/17/08]

        b)      Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09] [See Agenda matter no. **15**]

Responses Filed:        See Exhibit E, attached

Status:  An Order has been entered that partially sustains the Objection.  This matter will be going forward as indicated on Exhibit E.

22.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5463, 8/18/08]

b)    Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

c)    Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

d)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09] [See Agenda matter no. **15**]

Responses Filed:    See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection.  This matter will be going forward as indicated on Exhibit F.

23.    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

b)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the

Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09] [See Agenda matter no. **15**]

Responses Filed:     Please see Exhibit G, attached

Status:  An Order has been entered that partially sustains the Objection.  This matter will be going forward as indicated on Exhibit G.

24.     Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:     September 25, 2008 at 4:00 p.m.

Related Document:

a)      Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

b)      Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09] [See Agenda matter no. **15**]

Responses Filed:  See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection.  This matter will be going forward as indicated on Exhibit H.

25.     Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:     March 30, 2009 at 4:00 p.m.

Related Documents:

a)      Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

b)      Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

c)      Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

DB02:8416585.2                                                          066585.1001

d)      Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

e)      Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09] [See Agenda matter no. **15**]

Responses Filed:      See Exhibit O, attached.

Status: Orders have been entered that partially sustain the Objection. This matter will be going forward as indicated on Exhibit O.

26.      Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:      May 8, 2009 at 4:00 p.m.

Related Documents:

a)      Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

b)      Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09] [See Agenda matter no. **15**]

Responses Filed:      See Exhibit P, attached

Status: An Order has been entered that partially sustains the Objection. This matter will be going forward as indicated on Exhibit P.

27.      CBS Outdoor Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 7565, 6/22/09]

Objection Deadline:      August 4, 2009 at 4:00 p.m.

Objections Filed:

a)      Debtors' Objection to CBS Outdoor Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 7892, 8/4/09]

Status: This matter will be **withdrawn**.

DB02:8416585.2                                                                                          066585.1001

28.    Debtors' Thirty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7609, 8/10/09]

Response Deadline:    August 4, 2009 at 4:00 p.m.

Responses Filed:    See Exhibit S

**Related Document:**

a)    **Certification of Counsel [D.I. 7927, 8/10/09]**

Status: **A Certification of Counsel has been filed. No hearing is required.**

29.    Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7610, 8/10/09]

Response Deadline:    August 4, 2009 at 4:00 p.m.

Responses Filed:    See Exhibit T

**Related Document:**

a)    **Certification of Counsel [D.I. 7928, 8/10/09]**

Status: **A Certification of Counsel has been filed. No hearing is required.**

Dated: Wilmington, Delaware
         August 11, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Margaret Whiteman Greecher*
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

### Exhibit A, Fifth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
| 1 | Robert Sullivan | 4339, 6/2/08 | Going forward |

### Exhibit B, Seventh Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
|   | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

### Exhibit C, Eighth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
|   | Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit D, Tenth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
| 1 | Audrey Andrews | 4984, 7/7/08 | Going forward |
|   | Samuel A. Case | 5054, 7/9/08 | Adjourned |

### Exhibit E, Eleventh Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
|   | Kathleen Heck | 5016, 7/9/08 | Adjourned |
| 1 | Thomas Furey | 5056, 7/14/08 | Going forward |

### Exhibit F, Thirteenth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
|   | Countrywide | 5337, 8/8/08 | Adjourned |
|   | FGIC | 5351, 8/11/08 | Adjourned |
|   | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|   | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|   | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
|   | Nomura Credit & Capital |  | The Objection has been withdrawn |
|   | GE Money Bank |  | Adjourned |
| 1 | Calvin Kammeyer |  | Going forward |
| 2 | Minda Boxer |  | Going forward |
|   | AT&T Global Services |  | Adjourned |

DB02:8416585.2

066585.1001

### Exhibit G, Fifteenth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Joseph Dionisio | 5521, 8/21/08 | Adjourned |
|   | California Cleaning Concepts | 5543, 8/26/08 | Adjourned |
| 1 | Tammy Pederson | 5794, 9/8/08 | Going forward |
|   | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|   | Beverly Creswell | 5815, 9/11/08 | Adjourned |
|   | John Johnston | 5818, 9/11/08 | Adjourned |
|   | Michael Kalmonson | 5816, 9/11/08 | Adjourned |
|   | Grailing Carter | 5947, 9/17/08 | Adjourned |
|   | Office Max |   | Adjourned |
|   | Judie McGaha |   | Adjourned |

### Exhibit H, Seventeenth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned |
| 1 | Robert Sweeney | 6123, 9/26/08 | Going forward |
|   | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |
|   | American Express Travel Related Services |   | Adjourned |

### Exhibit I, Nineteenth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Eric Segall | 6230, 10/15/08 | Adjourned |
|   | Jeffrey Harmon | 6231, 10/15/08 | Adjourned |
|   | Paul Parotti | 6233, 10/15/08 | Adjourned |
|   | Baron O'Brien | 6235, 10/15/08 | Adjourned |
|   | American Express Travel Related Svc. Co. |   | Adjourned |

DB02:8416585.2
066585.1001

### Exhibit J, Twenty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robert Carleton, Michael Ostrowski and Victor Diamond | 6497, 11/5/08 | Adjourned |
|  | Connie Zinter | 6499, 11/5/08 | Adjourned |
|  | Letort Mortgage Group Inc. |  | Adjourned |
|  | Southern Horizon Financial Group, LLC |  | Adjourned |

### Exhibit K, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned |
|  | Scott Jossart |  | Adjourned |

### Exhibit L, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector |  | Adjourned |

### Exhibit M, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. |  | Adjourned |

DB02:8416585.2

066585.1001

### Exhibit N, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned |
|  | James Rucker | 6969, 2/10/09 | Adjourned |
|  | Credit Suisse |  | Adjourned |
|  | Sharaine Hughes |  | Adjourned |

### Exhibit O, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |
| 1 | Champion & Associates | 7190, 3/30/09 | **Adjourned** |
|  | Adele Elder-Hill | 7194, 3/30/09 | Adjourned |
| 2 | Faith Camille Wilkinson | 7202, 3/31/09 | Going forward |
|  | Randall Barwick | 7207, 3/31/09 | Adjourned |
|  | Douglas Huston |  | Adjourned |
|  | David Michaud |  | Adjourned |
|  | Voyager Indemnity Insurance Co. |  | Adjourned |
|  | Joseph Bartoletta |  | Adjourned |
|  | Promotional Products Partners |  | Adjourned |

### Exhibit P, Thirty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Eileen Lavan | 7340, 4/30/09 | Going forward |
|  | State of Hawaii | 7341, 4/30/09 | Adjourned |

### Exhibit Q, Thirty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bexar County | 7447, 5/28/09 | Adjourned |
|  | EMC | 7466, 5/29/09 | Adjourned |
|  | Jennifer Luke | 7467, 5/29/09 | Adjourned |
|  | Lee County |  | Adjourned |

DB02:8416585.2    066585.1001

### Exhibit R, Thirty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Marion County Treasurer | 7566, 6/24/09 | Adjourned |
|  | James Zimmerman |  | Adjourned |

### Exhibit S, Thirty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Los Angeles County Treasurer and Tax Collector | 7876, 8/4/09 | Resolved |

### Exhibit T, Thirty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Cavalier Telephone |  | **Resolved** |

DB02:8416585.2                                                          066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :   Jointly Administered
        Debtors.                                :
------------------------------------------------------------- x
```

**Schedule 1**
**Index to Fee Applications**


A.    **Sixth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to
      the Debtors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115;
      3/17/09]**

      1.    Sixteenth Fee Application for the Period November 1, 2008 through November
           31, 2008 [D.I. 6792, 12/30//08]

      2.    Certificate of No Objection [D.I. 6884, 1/22/09]

      3.    Seventeenth Fee Application for the Period December 1, 2008 through December
           31, 2008 [D.I. 6939, 2/4/09]

      4.    Certificate of No Objection [D.I. 7069, 3/3/09]

      5.    Eighteenth Fee Application for the Period January 1, 2009 through January 31,
           2009 [D.I. 7091, 3/12/09]

      6.    Certificate of No Objection [D.I. 7228, 4/3/09]

B.    **Sixth Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special
      Counsel to the Debtors for the Period November 1, 2008 through January 31, 2009
      [D.I. 7115, 3/17/09]**

      1.    Fee Application for the Period November 1, 2008 through January 31, 2009 [D.I.
           7113, 3/17/09]

      2.    Certificate of No Objection [D.I. 7298, 4/20/09]

066585.1001

C.  **Sixth Interim Fee Request of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115; 3/17/09]**

    1.  Fifteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6767, 12/22/08]

    2.  Certificate of No Objection [D.I. 6847, 1/14/09]

    3.  Sixteenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6919, 1/30/09]

    4.  Certificate of No Objection [D.I. 7106, 3/16/09]

    5.  Seventeenth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7092, 3/12/09]

    6.  Certificate of No Objection [D.I. 7311, 4/23/09]

    Status: Order Approving Interim Fee Requests Regarding Professionals [D.I. 7503]

D.  **Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period November 1, 208 through January 31, 209 [D.I. 7115, 3/17/09]**

    1.  Sixteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 7005, 2/13/09]

    2.  Certificate of No Objection [D.I. 7108, 3/16/09]

    3.  Seventeenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 7102, 3/13/09]

    4.  Certificate of No Objection [D.I. 7289, 4/17/09]

    5.  Eighteenth Monthly Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7103, 3/13/09]

    6.  Certificate of No Objection [D.I. 7290, 4/17/09]

DB02:8416585.2

066585.1001

E.  **Sixth Interim Fee Request of Milestone Advisors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115, 3/17/09]**

1.  Sixteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6771, 12/23/08]

2.  Certificate of No Objection [D.I. 6849. 1/15/09]

3.  Seventeenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 7050, 2/24/09]

4.  Certificate of No Objection [D.I. 7119, 3/18/09]

5.  Eighteenth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7051, 2/24/09]

6.  Certificate of No Objection [D.I. 7118, 3/18/09]

Status: Order Approving Interim Fee Requests Regarding Professionals [D.I. 7503]

F.  **Sixth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Period November 1, 2008 through January 31, 2009 [D.I. 7115, 3/17/09]**

1.  Fifteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6923, 2/2/09]

2.  Certificate of No Objection [D.I. 7054, 2/25/09]

3.  Sixteenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6924, 2/2/09]

4.  Certificate of No Objection [D.I. 7055, 2/25/09]

Status: Order Approving Interim Fee Requests Regarding Professionals [D.I. 7503]

G.  **Fourth Interim Fee Request of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors, for the Period November 1, 2008 through December 31, 2008 [D.I. 7115; 3/17/09]**

1.  Eighth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6759, 12/19/08]

2.  Certificate of No Objection [D.I. 6833, 1/12/09]

3.  Ninth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 7048, 2/24/09]

4.  Certificate of No Objection [D.I. 7121, 3/18/09]

DB02:8416585.2    066585.1001

**H.** **Second Interim Fee Application of Kilpatrick Stockton LLP as Counsel for the Debtors and Debtors-In-Possession for Compensation and Reimbursement of Expenses for the Period November 1, 2008 through December 31, 2008 [D.I. 7115, 3/17/09]**

    1.    Third Fee Application for the Period November 1, 2008 through November 30, 2008

    2.    Certificate of No Objection [D.I. 6932, 2/4/09]

    3.    Fourth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6866, 1/20/09]

    4.    Certificate of No Objection [D.I. 6998, 2/12/09]

Status: Order Approving Interim Fee Requests Regarding Professionals [D.I. 7503]

**I.** **Second Interim Fee Application of Traxi, LLC as counsel of the Debtors for Compensation and Reimbursement of Expenses for the Period November 1, 2008 through January 31, 2009 [D.I. 7115, 3/17/09]**

    1.    Second Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6720, 12/16/08]

    2.    Certificate of No Objection [D.I. 6815, 1/7/09]

    3.    Third Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6865, 1/20/09]

    4.    Certificate of No Objection [D.I. 6997, 2/12/09]

    5.    Fourth Fee Application for January 1, 2009 through January 31, 2009 [D.I. 7049, 2/24/09]

    6.    Certificate of No Objection [D.I. 7120, 3/18/09]

Status: Order Approving Interim Fee Requests Regarding Professionals [D.I. 7585]

**J.** **Sixth Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period November 1, 2008 through January 31, 2009 [D.I. 7114; 3/17/09]**

    1.    Fourteenth Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 6887, 1/23/09]

    2.    Certificate of No Objection [D.I. 7044, 2/24/09]

    3.    Fifteenth Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 6918, 1/30/09]

    

4.      Certificate of No Objection [D.I. 7045, 2/24/09]

5.      Sixteenth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7046, 2/24/09

6.      Certificate of No Objection [D.I. 7149, 3/24/09]

**K.**     **First Interim Fee Application of Zuckerman Spaeder LLP, Counsel to the Borrowers' Committee, for Compensation and Reimbursement of Expenses for the Period October 22, 2008 through March 31, 2008 [D.I. 7287, 4/17/09]**

**L.**     **First- Interim Fee Application of Gilbert Oshinsky LLP, Counsel to the Borrowers' Committee, for Compensation and Reimbursement of Expenses for the Period October 22, 2008 through February 28, 2009 [D.I. 7286; 4/17/09]**

1.      First Fee Application for the Period October 22, 2008 through October 31, 2008 [D.I. 7024, 2/17/09]

2.      Second Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 7025, 2/17/09]

3.      Third Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 7026, 2/17/09]

4.      Fourth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7027, 2/17/09]

5.      Fifth Fee Application for the Period February 1, 2009 through February 28, 2009 [D.I. 7235, 4/7/09]

**M.**     **First and Final Application of Margot Saunders for Allowance of Fees and Reimbursement of Expenses as Testifying Expert on Behalf of the Official Committee of Borrowers for the Period January 20, 2009 through February 28, 2009 [D.I. 7371, 5/11/09]**

     

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :   Jointly Administered
          Debtors.                                              :
--------------------------------------------------------------- x
```

**Schedule 2**
**Index to Fee Applications**

A.    **Seventh Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors for the Period February 1, 2009 through April 30, 2009 [D.I. 7528, 6/15/09]**

      1.    Nineteen Fee Application for the Period February 1, 2009 through February 28, 2009 [D.I. 7168, 3/27/09]

      2.    Certificate of No Objection [D.I. 7410, 5/19/09]

      3.    Twentieth Fee Application for the Period March 1, 2009 through March 31, 2009 [D.I. 7374, 5/11/09]

      4.    Certificate of No Objection [D.I. 7487, 6/3/09]

      5.    Twenty-First Fee Application for the Period April 1, 2009 through April 31, 2009 [D.I. 7520, 6/11/09]

      6.    Certificate of No Objection [D.I. 7603, 7/7/09]

B.    **Seventh Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors for the Period February 1, 2009 through April 30, 2009 [D.I. 7528, 6/15/09]**

      1.    Fee Application for the Period February 1, 2009 through April 30, 2009 [D.I. 7527, 6/15/09]

      2.    Certificate of No Objection [D.I. 7611, 7/17/09]

DB02:8416585.2                                                                                        066585.1001

C.     **Seventh Interim Fee Request of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period February 1, 2009 through April 30, 2009 [D.I. 7528; 6/15/09]**

    1.     Eighteenth Fee Application for the Period February 1, 2009 through February 28, 2009 [D.I. 7182, 3/30/09]

    2.     Certificate of No Objection [D.I. 7409, 5/19/09]

    3.     Nineteenth Fee Application for the Period March 1, 2009 through March 31, 2009 [D.I. 7343, 5/4/09]

    4.     Certificate of No Objection [D.I. 7470, 6/1/09]

    5.     Twentieth Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 7469, 6/1/09]

    6.     Certificate of No Objection [D.I. 7568, 6/24/09]

D.     **Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period February 1, 2009 through April 30, 2009 [D.I. 7528, 6/15/09]**

    1.     Nineteenth Fee Application for the Period February 1, 2009 through February 28, 2009[D.I. 7275, 4/15/09]

    2.     Certificate of No Objection [D.I. 7418, 5/20/09]

    3.     Twentieth Fee Application for the Period March 1, 2009 through March 31, 2009 [D.I. 7517, 6/10/09]

    4.     Certificate of No Objection [D.I. 7596, 7/2/09]

    5.     Twenty-First Monthly Application for the Period April 1, 2009 through April 30, 2009 [D.I. 7518, 6/10/09]

    6.     Certificate of No Objection [D.I. 7597, 7/2/09]

E.     **Seventh Interim Fee Request of Milestone Advisors for the Period February 1, 2009 through March 31, 2009 [D.I. 7528, 6/15/09]**

    1.     Nineteenth Fee Application for the Period February 1, 2009 through February 28, 2009 [D.I. 7215, 3/31/09]

    2.     Certificate of No Objection [D.I. 7312, 4/23/09]

    3.     Twentieth Fee Application for the Period March 1, 2009 through March 31, 2009 [D.I. 7254, 4/15/09]

    4.     Certificate of No Objection [D.I. 7274, 5/8/09]

066585.1001

F.    **Seventh Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Period January 1, 2009 through April 30, 2009 [D.I. 7528, 6/15/09]**

    1.    Seventeenth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7219, 4/1/09]

    2.    Certificate of No Objection [D.I. 7412, 5/19/09]

    3.    Eighteenth Fee Application for the Period February 1, 2009 through February 28, 2009 [D.I. 7255, 4/9/09]

    4.    Certificate of No Objection [D.I. 7413, 5/19/09]

    5.    Nineteenth Fee Application for the Period March 1, 2009 through March 31, 2009 [D.I. 7509, 6/5/09]

    6.    Certificate of No Objection [D.I. 7592, 7/2/09]

    7.    Twentieth Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 7516, 6/10/09]

    8.    Certificate of No Objection [D.I. 7598, 7/2/09]

G.    **Fifth Interim Fee Request of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors, for the Period February 1, 2009 through April 30, 2009 [D.I. 7528, 6/15/09]**

    1.    Tenth Fee Application for the Period February 1, 2009 through March 31, 2009 [D.I. 7414, 5/19/09]

    2.    Certificate of No Objection [D.I. 7524, 6/12/09]

    3.    Eleventh Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 7519, 6/10/09]

    4.    Certificate of No Objection [D.I. 7599, 7/2/09]

H.    **Interim Fee Application of Kilpatrick Stockton LLP as Counsel for the Debtors and Debtors-In-Possession for Compensation and Reimbursement of Expenses for the Period January 1, 2009 through April 30, 2009 [D.I. 7528, 6/15/09]**

    1.    Fifth Fee Application for the Period January 1, 2009 through April 30, 2009 [D.I. 7508, 6/5/09]

    2.    Certificate of No Objection [D.I. 7593, 7/2/09]

DB02:8416585.2    066585.1001

I.    **Third Interim Fee Application of Traxi, LLC as counsel of the Debtors for Compensation and Reimbursement of Expenses for the Period February 1, 2009 through April 30, 2009 [D.I. 7528, 6/15/09]**

    1.    Fifth Fee Application for the Period February 1, 2009 through February 28, 2009 [D.I. 7127, 3/19/09]

    2.    Certificate of No Objection [D.I. 7288, 4/17/09]

    3.    Sixth Fee Application for the Period March 1, 2009 through March 31, 2009 [D.I. 7320, 4/24/09]

    4.    Certificate of No Objection [D.I. 7419, 5/20/09]

    5.    Seventh Fee Application for April 1, 2009 through April 30, 2009 [D.I. 7421, 5/20/09]

    6.    Certificate of No Objection [D.I. 7523, 6/12/09]

J.    **Seventh Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period February 1, 2009 through April 30, 2009 [D.I. 7526; 6/15/09]**

    1.    Seventeenth Fee Application for the Period February 1, 2009 through February 28, 2009 [D.I. 7110, 3/17/09]

    2.    Certificate of No Objection [D.I. 7333, 4/29/09]

    3.    Eighteenth Fee Application for the Period March 1, 2009 through March 31, 2009 [D.I. 7309, 4/22/09]

    4.    Certificate of No Objection [D.I. 7408, 5/19/09]

    5.    Nineteenth Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 7406, 5/19/09]

    6.    Certificate of No Objection [D.I. 7602, 7/6/09]

DB02:8416585.2                                                                066585.1001