# EXHIBIT A

## Exhibit A
### Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10553 | 9/23/08 | 07-11047 | $304,363.41 (S)<br>- (A)<br>- (P)<br>- (U)<br>$304,363.41 (T) | 10726 | 6/22/09 | 07-11047 | $292,044.76 (S)<br>- (A)<br>- (P)<br>- (U)<br>$292,044.76 (T) |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 10705 | 4/27/09 | 07-11047 | $324,612.16 (S)<br>- (A)<br>- (P)<br>- (U)<br>$324,612.16 (T) | 10726 | 6/22/09 | 07-11047 | $292,044.76 (S)<br>- (A)<br>- (P)<br>- (U)<br>$292,044.76 (T) |
| MOBILE COUNTY<br>MARILYN E. WOOD, REVENUE COMMISSIONER<br>PO BOX DRAWER 1169<br>MOBILE, AL 36633-1169 | 1398 | 10/2/07 | 07-11050 | $150.38 (S)<br>- (A)<br>- (P)<br>- (U)<br>$150.38 (T) | 1604 | 9/17/07 | 07-11050 | $150.38 (S)<br>- (A)<br>- (P)<br>- (U)<br>$150.38 (T) |
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 S IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | 103 | 8/27/07 | 07-11047 | $906.65 (S)<br>- (A)<br>- (P)<br>- (U)<br>$906.65 (T) | 10001 | 2/25/08 | 07-11047 | $655.33 (S)<br>- (A)<br>- (P)<br>- (U)<br>$655.33 (T) |
| POLK COUNTY FLORIDA TAX COLLECTOR<br>JOE G TEDDER CFC / SARI E MEADOR<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | 1265 | 9/24/07 | No Case | $49.21 (S)<br>- (A)<br>- (P)<br>- (U)<br>$49.21 (T) | 1512 | 10/3/07 | 07-11051 | $90.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$90.20 (T) |
| SNOHOMISH COUNTY TREASURER<br>ATTN DEBI GAHRINGER, BANKRUPTCY OFFICER<br>3000 ROCKEFELLER AVE M/S 501<br>EVERETT, WA 98201-4060 | 156 | 8/24/07 | 07-11047 | $430.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$430.88 (T) | 1248 | 9/20/07 | 07-11051 | $430.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$430.88 (T) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W. GRAND BLVD., 10-200<br>DETROIT, MI 48202 | 9663 | 1/15/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$20,701.44 (U)<br>$20,701.44 (T) | 10681 | 2/18/09 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$19,615.05 (U)<br>$19,615.05 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| TRUSTEES OF MALL ROAD TRUST<br>C/O J. DAVID FOLDS<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET, NW<br>WASHINGTON, DC 20006 | 8484 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$20,497.43 (U)<br>$20,497.43 (T) | 10570 | 11/6/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$36,709.34 (U)<br>$36,709.34 (T) |
| WHEELER, MICHAEL JAMES<br>9180 LOS LAGOS CIRCLE<br>GRANITE BAY, CA 95746 | 7319 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$363,131.73 (U)<br>$374,081.73 (T) | 7613 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$363,131.73 (U)<br>$374,081.73 (T) |
| Totals: | 9 Claims | | | $630,512.69 (S)<br>- (A)<br>$10,950.00 (P)<br>$404,330.60 (U)<br>$1,045,793.29 (T) | | | | $585,416.31 (S)<br>- (A)<br>$10,950.00 (P)<br>$419,456.12 (U)<br>$1,015,822.43 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**
**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims ||| New Case Number |
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Case Number |
| CLARK COUNTY TREASURER<br>DOUG LASHER, TREASURER<br>PO BOX 5000<br>VANCOUVER, WA 98666 | 1636 | 10/16/07 | 07-11047 | $151.11 (S)<br>- (A)<br>- (P)<br>- (U)<br>$151.11 (T) | 07-11051 |
| COUNTY OF DENTON<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY STE 100 - PO BOX 1269<br>ROUND ROCK, TX 78680 | 24 | 8/15/07 | 07-11047 | $104.06 (S)<br>- (A)<br>- (P)<br>- (U)<br>$104.06 (T) | 07-11051 |
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | 1720 | 10/22/07 | 07-11047 | $278.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$278.58 (T) | 07-11051 |
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | 1721 | 10/22/07 | 07-11047 | $83.73 (S)<br>- (A)<br>- (P)<br>- (U)<br>$83.73 (T) | 07-11051 |
| MOORE COUNTY TAX DEPARTMENT<br>ATTN ESTHER R. CUMMINGS,<br>DEPUTY TAX ADMINISTRATOR<br>PO BOX 428<br>CARTHAGE, NC 28327 | 4292 | 12/3/07 | No Case | - (S)<br>- (A)<br>$212.28 (P)<br>- (U)<br>$212.28 (T) | 07-11051 |
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 S IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | 10001 | 2/25/08 | 07-11047 | $655.33 (S)<br>- (A)<br>- (P)<br>- (U)<br>$655.33 (T) | 07-11051 |
| POTTER COUNTY ET AL<br>D'LAYNE PEEPLES<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 | 176 | 8/28/07 | 07-11047 | $282.01 (S)<br>- (A)<br>- (P)<br>- (U)<br>$282.01 (T) | 07-11051 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| | | | | | Case Number |
| SNOHOMISH COUNTY TREASURER<br>ATTN DEBI GAHRINGER, BANKRUPTCY OFFICER<br>3000 ROCKEFELLER AVE M/S 501<br>EVERETT, WA 98201-4060 | 1248 | 9/20/07 | 07-11047 | $430.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$430.88 (T) | 07-11051 |
| SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN CECILIA BAESA<br>CREDIT AND PAYMENT SERVICES<br>300 N LONE HILL AVE<br>SAN DIMAS, CA 91773 | 586 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$632.17 (P)<br>- (U)<br>$632.17 (T) | 07-11051 |
| THURSTON COUNTY TREASURER<br>ATTN SUSAN SHEFLER, REVENUE OFFICER<br>2000 LAKERIDGE DR SW<br>OLYMPIA, WA 98502 | 640 | 9/11/07 | 07-11047 | $545.92 (S)<br>- (A)<br>- (P)<br>- (U)<br>$545.92 (T) | 07-11051 |
| **Totals:** | **10 Claims** | | | $2,531.62 (S)<br>- (A)<br>$844.45 (P)<br>- (U)<br>$3,376.07 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## Exhibit C

### No Documentation Claim

**—— Objectionable Claims ——**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| TEHRANI, HANRI Y.<br>125 S CLARK DR<br>BEVERLY HILLS, CA 90211-2603 | 7037 | 1/4/08 | No Case | $659.80 (S)<br>- (A)<br>- (P)<br>- (U)<br>$659.80 (T) | No documentation provided. Debtors unable to assess basis or validity of claim. |
| Totals: | | 1 Claim | | $659.80 (S)<br>- (A)<br>- (P)<br>- (U)<br>$659.80 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Satisfied Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HANCOCK, MICHAEL G.<br>109 ESKER RD<br>HAMPTON, NH 03842 | 463 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$375.00 (P)<br>- (U)<br>$375.00 (T) | Debtor received initial deposit via credit card on 7/11/07. Debtor then received a chargeback on 9/27/07. Debtor sent a letter to the borrower letting them know that we would be objecting to the claim and we did not receive a response. |
| POLK COUNTY FLORIDA<br>JOE G TEDDER CFC TAX COLLECTOR<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | 1512 | 10/3/07 | 07-11051 | $90.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$90.20 (T) | Debtor paid claimant $90.39 on 6/26/09, check number 337039. |
| QUINLAN, JEFFREY S.<br>10401 LONG HOME RD<br>LOUISVILLE, KY 40291-4023 | 2243 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$295.00 (P)<br>- (U)<br>$295.00 (T) | Debtor received initial deposit via credit card on 6/12/07. Debtor then received a chargeback on 9/22/07. Debtor sent a letter to the borrower letting them know that we would be objecting to the claim and we did not receive a response. |
| QUINLAN, JEFFREY S.<br>3714 WILLOW AVENUE<br>JEFFERSONTOWN, KY 40299 | 2244 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$295.00 (P)<br>- (U)<br>$295.00 (T) | Debtor received initial deposit via credit card on 7/18/07. Debtor then received a chargeback on 9/22/07. Debtor sent a letter to the borrower letting them know that we would be objecting to the claim and we did not receive a response. |
| THERMOLICE, JEAN<br>4510 THREE LAKES CIRCLE<br>ORLANDO, FL 32808 | 1061 | 9/20/07 | No Case | - (S)<br>- (A)<br>$250.00 (P)<br>- (U)<br>$250.00 (T) | Claimant was refunded their loan origination fee of $250.00 on 6/18/08. Debtor sent an e-mail to the borrower letting them know that we would be objecting to the claim and we did not receive a response. |
| **Totals:** | **5 Claims** | | | $90.20 (S)<br>- (A)<br>$1,215.00 (P)<br>- (U)<br>$1,305.20 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| WOLF, KRISTIN<br>622 SOUTH 8TH<br>PETERSBURG, IL 62675 | 10418 | 6/13/08 | 07-11047 | $1,176.87 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,176.87 (T) | January 11, 2008 |
| Totals: | 1 Claim | | | $1,176.87 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,176.87 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.