# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :    Case No. 07-11047 (CSS)
a Delaware Corporation, et at.,[1]                            :
                                                              :    Jointly Administered
         Debtors.                                             :
                                                              :    **Ref. Docket No. 7863**
---------------------------------------------------------------x

### ORDER GRANTING MOTION OF ZC REAL ESTATE TAX SOLUTIONS LIMITED FOR AN ORDER, PURSUANT TO SECTIONS 105(a) AND 365(b) OF THE BANKRUPTCY CODE AND THE ORDER ENTERED APPROVING THE SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS, COMPELLING PAYMENT OF CURE CLAIM

Upon consideration of the *Motion of ZC Real Estate Tax Solutions Limited For an Order, Pursuant to Sections 105(a) and 365(b) of the Bankruptcy Code and the Order Entered Approving the Sale of the Debtors' Mortgage Servicing Business, Compelling Payment of Cure Claim* (the "Motion")[2] filed by ZC Real Estate Tax Solutions Limited ("ZC"), for entry of an order, pursuant to sections 105(a) and 365(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, and the *Order Pursuant to Sections 105, 363, 364, 365, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and unexpired Leases Related Thereto, and (B) Granting Certain Related*

---

[1]  The other Debtors in these cases are: American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), American Home Mortgage Corp., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

*Relief* [Docket No. 1711], directing the immediate payment of the Cure Claim due and owing to ZC in the amount of $1,145,804.15, and the Court having determined that the relief requested in the Motion is appropriate; and due and adequate notice of the Motion having been provided; and it appearing that no other or further notice of the Motion need be provided, and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted in its entirety.

2. ZC is deemed to have an Allowed Cure Claim (as that term is defined in the Cure Escrow Agreement) in the amount of $1,145,804.15.

3. Capital One, N.A., successor by merger to North Fork Bank, the escrow agent (the "Escrow Agent") under the Cure Escrow Agreement is directed to deliver via wire transfer the sum of $1,145,804.15 to ZC from the Cure Escrow account within five (5) business days of its receipt of this Order.

4. In accordance with the Cure Escrow Agreement, the Escrow Agent is authorized to release the funds from the Cure Escrow as set forth herein.

5. Upon receipt of the funds as set forth herein, ZC's claim against the Cure Escrow shall be satisfied in full.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: August 11, 2009
       Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge