**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| AMERICAN HOME MORTGAGE : | Case No. 07- 11047 (CSS) |
| HOLDINGS, INC. : | |
| : | (Jointly Administered) |
| Debtors. : | |
| : | Re: D.I. No. 7926 |

**NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF ORDER, TO THE EXTENT NECESSARY, AUTHORIZING THE USE OF THE PROCEEDS OF THE D&O POLICIES TO FUND THE SECURITIES LITIGATION SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiffs, the Teachers Retirement System of Oklahoma and the Oklahoma Police & Pension & Retirement System, by and through undersigned counsel, hereby withdraws the following docket entry number as the document was filed in error.

Docket No. 7926, Motion for Entry of Order, to the Extent Necessary, Authorizing the Use of the Proceeds of the D&O Policies to Fund the Securities Litigation Settlement [Filed 8/10/2009].

Dated: August 11, 2009          CROSS & SIMON, LLC
       Wilmington, Delaware

                                By: _CPS_____
                                Christopher P. Simon (No. 3697)
                                913 North Market Street, 11th Floor
                                Wilmington, Delaware 19899-1380
                                302-777-4200
                                302-777-4224 (facsimile)
                                csimon@crosslaw.com

                                *Bankruptcy Counsel for Co-Lead Plaintiffs*