SIGN - IN - SHEET

CASE NAME: American Home Mortgage
CASE NO: 07-11047 (CSS)

COURTROOM LOCATION: 6
DATE: 8/11/09 @ 10:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard P. Norton | Hunton & Williams LLP | ZC Real Estate Tax Solutions |
| Marc Phillips | Connolly Bove Lodge & Hutz | LA County Treasurer & Tax Collector |
| M. Max Rifkin | Greenberg Traurig | WLR Recovery Fund |
| David Carickhoff | Blank Rome | Creditors' Committee |
| Sean Beach | YCST | Debtors |
| Michael Nesburg | " | " |
| Margaret Greecher | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 08/11/2009
Calendar Time: 10:30 AM

Amended Calendar 08/11/2009 05:20 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2986695 | Pamela Chepiga | Allen & Overy, LLP | Interested Party, Allen & Overy, LLP / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2997518 | Thomas Korf | Traxi, LLC | Financial Advisor, Traxi, LLC / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2819453 | Robert J. Moore | Milbank, Tweed, Hadley & McCloy, | Creditor, ABN AMRO Bank N.V. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2819393 | Fred Neufeld | Milbank, Tweed, Hadley & McCloy, | Creditor, ABN AMRO Bank N.V. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2997336 | Robert Sweeney | Robert Sweeney - In Pro Per | In Propria Persona, Robert E. Sweeney / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2998667 | Christopher Updike | Cadwalader Wickersham Taft LLP | Debtor, American Mortgage Holdings, Inc., et al / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2999740 | Olga Urbieta | Quinn Emanuel Urquhart Oliver | Debtor, American Home Mortgage Holdings / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2998451 | Eileen Wanerka | Young, Conaway Stargatt & Taylor, | Client, Eileen Wanerka (Client) / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2995851 | Eugene Weil | Milestone Advisors | Debtor, American Home Mortgage Holdings, Inc. / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2999058 | Jeffrey Zawadzki | Hahn & Hessen | Creditor, Official Committee of Unsecured Creditors / LIVE |

Serenia Taylor

CourtConfCal2007

Page 1 of 3