**EXHIBIT A**

**Sixth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 11/1/08-11/30/08<br>12/30/08<br>6792 | 257,801.50 | 62,217.95 |
| 12/1/08-12/31/08<br>2/4/09<br>6939 | 256,820.50 | 15,216.68 |
| 1/1/09-1/31/09<br>3/12/09<br>7091 | 369,523.50 | 44,979.68 |
| Totals | 884,145.50 | 122,414.31 |

**Seventh Interim Fee Request of Young Conaway Stargatt & Taylor, LLP**

| 2/1/09-2/28/09<br>3/27/09<br>7168 | 495,279.50 | 46,083.33 |
|---|---:|---:|
| 3/1/09-3/31/09<br>5/11/09<br>7374 | 298,532.00 | 48,159.60 |
| 4/1/09-4/30/09<br>6/11/09<br>7520 | 380,321.00 | 37,238.86 |
| Totals | 1,174,132.50 | 131,481.79 |

**Seventh Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 1/1/09-1/31/09<br>4/1/09<br>7219 | 15,830.00 | 2,527.36 |
| 2/1/09-2/28/09<br>4/9/09<br>7255 | 4,991.00 | 45.20 |
| 3/1/09-3/31/09<br>6/5/09<br>7509 | 2,671.50 | 252.55 |
| 4/1/09-4/30/09<br>6/10/09<br>7516 | 2,849.00 | 47.64 |
| Totals | 26,341.50 | 2,872.75 |

**Seventh Interim Fee Request Of Allen & Overy, LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/09-2/28/09<br>3/30/09<br>7182 | 33,881.00 | 69,793.37 |
| 3/1/09-3/31/09<br>5/4/09<br>7343 | 7,231.50 | 32,657.12 |
| 4/1/09-4/30/09<br>6/1/09<br>7469 | 16,126.00 | 72,638.23 |
| Totals | 57,238.50 | 175,088.72 |

**Third Interim Fee Request of Traxi LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/09-2/28/09<br>3/19/09<br>7127 | 33,575.00 | 4,970.00 |
| 3/1/09-3/31/09<br>4/24/09<br>7320 | 35,583.00 | 156.00 |
| 4/1/09-4/30/09<br>5/20/09<br>7421 | 31,938.00 | 159.00 |
| Totals | 101,096.00 | 5,285.00 |

**Third Interim Fee Request of Kilpatrick Stockton LLP (formerly Muldoon Murphy & Aguggia LLP), Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 1/1/09-4/30/09<br>6/5/09<br>7508 | 4,860.00 | 5.70 |
| Totals | 4,860.00 | 5.70 |

**Seventh Interim Fee Request of Milestone Advisors LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/09-2/28/09<br>3/31/09<br>7215 | 100,000.00 | 1,920.93 |
| 3/1/09-3/31/09<br>4/15/09<br>7274 | 100,000.00 | 36.58 |
| Totals | 200,000.00 | 1,957.51 |

## Fourth Interim Fee Request of PricewaterhouseCoopers LLP

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 11/1/08-11/30/08<br>12/19/08<br>6759 | 8,855.00 | 0.00 |
| 12/1/08-12/31/08<br>7048<br>2/24/09 | 47,115.50 | 128.72 |
| Totals | 55,970.50 | 128.72 |

## Fifth Interim Fee Request of PricewaterhouseCoopers LLP

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/09-3/31/09<br>5/19/09<br>7414 | 26,607.00 | 83.70 |
| 4/1/09-4/30/09<br>6/10/09<br>7519 | 19,677.50 | 0.00 |
| Totals | 46,284.50 | 83.70 |

**Sixth Interim Fee Request of Cadwalader, Wickersham & Taft LLP**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 11/1/08-1/31/09<br>3/17/09<br>#7113 | 446,623.00 | 4,994.86 |
| Totals | 446,623.00 | 4,994.86 |

**Seventh Interim Fee Request of Cadwalader, Wickersham & Taft LLP**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/09-4/30/09<br>6/15/09<br>7527 | 1,687,243.00 | 7,312.25 |
| Totals | 1,687,243.00 | 7,312.25 |

**Sixth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 11/1/08-11/30/08<br>7005<br>2/13/09 | 12,811.00 | 4,296.32 |
| 12/1/08-12/31/08<br>7102<br>3/13/09 | 29,893.00 | 648.22 |
| 1/1/09-1/31/09<br>7103<br>3/13/09 | 21,954.00 | 430.75 |
| Totals | 64,658.00 | 5,375.29 |

**Seventh Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/09-2/28/09<br>4/15/09<br>7275 | 81,855.50 | 3,522.61 |
| 3/1/09-3/31/09<br>6/10/09<br>7517 | 36,994.50 | 9,809.67 |
| 4/1/09-4/30/09<br>6/10/09<br>7518 | 58,816.00 | 2,939.45 |
| Totals | 177,666.00 | 16,271.73 |

**Sixth Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 11/1/08-11/30/09<br>1/23/09<br>6887 | 91,064.50 | 1,521.51 |
| 12/1/08-12/31/08<br>1/30/09<br>6918 | 86,601.00 | 1,577.06 |
| 1/1/09-1/31/09<br>2/24/09<br>7046 | 169,019.25 | 1,611.01 |
| Totals | 346,684.75 | 4,709.58 |

**Seventh Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/09-2/28/09<br>3/17/09<br>7110 | 143,971.00 | 2,336.50 |
| 3/1/09-3/31/09<br>4/22/09<br>7309 | 180,780.50 | 1,681.00 |
| 4/1/09-4/30/09<br>5/19/09<br>7406 | 135,662.50 | 2,109.30 |
| Totals | 460,414.00 | 6,126.80 |