IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
    Debtors.                                                       :
                                                                   :   **Ref. Docket Nos. 7280, 7340,**
                                                                   :   **7399. 7588 and 7629**
------------------------------------------------------------------ x

### THIRD ORDER SUSTAINING DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-third omnibus (substantive) objection (the "Objection") [Docket No. 7280] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto filed by Eileen Lavan [Docket No. 7340]; and the Court having sustained the Objection in part [Docket No. 7399] on May 15, 2009; and the Objection having been adjourned with respect to various proofs of claim including claim number 4052 ("Claim 4052") filed by Ms. Lavan; and the Debtors having filed their supplemental declaration in support of the Objection [Docket No. 7629]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 4052 is hereby modified so that Eileen Lavan shall be entitled to a $4,027.46 priority unsecured claim against American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that the Objection with respect to the proof of claim filed by the State of Hawaii [Claim No. 10019] is hereby adjourned; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
August 11, 2009

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE