IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
   Debtors.                                                      :
                                                                 :   **Ref. Docket Nos. 5447, 5794,**
                                                                 :   **6217, 7112, 7282, 7395, 7612,**
---------------------------------------------------------------- x   **and 7629**

### SEVENTH ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the fifteenth omnibus (substantive) objection (the "Objection") [Docket No. 5447] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto filed by Tammy Pedersen [Docket No. 5794]; and the Court having sustained the Objection in part [Docket No. 6217] on October 10, 2008; and the Objection having been adjourned with respect to various proofs of claim including number 183 ("Claim 183") filed by Ms. Pedersen; and the Debtors having filed their supplemental declaration in support of the Objection [Docket No. 7629]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 183, filed by Ms. Pedersen, is hereby disallowed and expunged in its entirety; and it is further

ORDERED that the Objection to the proofs of claim filed by Joseph Dionisio [Claim No. 3240], California Cleaning Concepts [Claim No. 2114], Shervonne Powell [Claim No. 10340], Beverly Creswell [Claim No. 8497], John Johnston [Claim Nos. 7961 and 8772], Michael Kalmonson [Claim No. 708], Grailing Carter [Claim No. 10305], Office Max [Claim No. 9838], and Judie McGaha [Claim No. 527] is hereby adjourned; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       August 11, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE