| | |
|---|---|
| ZACHARY MOSNER, WSBA# 9566<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104-3188<br>(206) 389-2198 | Judge Brendan Linehan Shannon<br>Chapter 11 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>HANCOCK FABRICS, INC.,<br><br>Debtors. | CASE NO. 07-10353-BLS<br><br>NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM SERVICE LISTS |

**Please Take Notice** that the State of Washington hereby withdraws it appearance as an Interested Party.

**Please Take Further Notice** that the undersigned hereby requests that the following address be removed from the court's master mailing matrix: Zachary Mosner, Assistant Attorney General, 800 Fifth Avenue, Suite 2000, Seattle, Washington, 98104-3188. The State of Washington further requests that the following email address be removed from the noticing list: bcumosner@atg.wa.gov. In addition, the undersigned requests that it be removed from the service lists of the Debtor, Debtor's Counsel, and all other interested parties.

DATED this 11th day of August, 2009.

ROBERT M. MCKENNA
Attorney General

/s/ Zachary Mosner

ZACHARY MOSNER, WSBA No. 9566
Assistant Attorney General
Bankruptcy & Collections Unit

1  I, Kathryn Ferrier, submitted the attached document through Electronic Case Filing on August 12, 2009. By filing electronically, it was served on all parties registered with ECF in this case. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2009.

Kathryn Ferrier

Legal Assistant