**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| In re: | : | |
| | : | Chapter 11 Case |
| AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., *et al.* [1], | : | No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors | : | |
| | : | **Hearing Date: September 8, 2009 @ 11:00 a.m.** |
| ------------------------------------------------------- x | | **Objections due: September 1, 2009 @ 4:00 p.m.** |

**NOTICE OF JOINT MOTION OF THE DEBTORS AND THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY
OF AN ORDER APPROVING THE SETTLEMENT AND COMPROMISE
WITH FORMER OFFICERS AND DIRECTORS OF AHM INVESTMENT**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

The Debtors, including American Home Mortgage Investment Corp. ("AHM Investment"), and the Official Committee of Unsecured Creditors of the Debtors (the "Committee") filed the *Joint Motion of the Debtors and Official Committee of Unsecured Creditors for Entry of an Order Approving the Settlement and Compromise with Former Officers and Directors of AHM Investment* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Motion is attached hereto.

Any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel for the Committee and upon counsel for the Debtors on or before **September 1, 2009 at 4:00 p.m. (EST)**.

---

[1]   The Debtors are American Home Mortgage Holdings, Inc., American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

128189.01600/21808978v.1

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE BANKRUPTCY COURT, FIFTH FLOOR, COURTROOM NO. 6, ON **SEPTEMBER 8, 2009 AT 11:00 A.M. EASTERN TIME.**

Dated: August 13, 2009         BLANK ROME LLP

*/s/ David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400

        -and-

HAHN & HESSEN LLP
John P. McCahey
Mark S. Indelicato
Mark T. Power
Edward L. Schnitzer
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Official Committee of Unsecured Creditors*

128189.01600/21808978v.1