IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | Jointly Administered |
| Debtors[1]. | ) | |
| | | **Re: Docket No. \_\_\_\_\_** |

## ORDER APPROVING SETTLEMENT WITH FORMER OFFICERS AND DIRECTORS OF AHM INVESTMENT

Upon consideration of the *Joint Motion of the Debtors and Official Committee of Unsecured Creditors For Entry of an Order Approving the Settlement and Compromise With Former Officers and Directors of AHM Investment* (the "Motion"); and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and it appearing that the relief requested is in the best interest of the Debtors' estates and their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Agreement[2] is approved in all respects pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 9019; and it is further

ORDERED, that the parties to the Agreement shall have all rights and privileges as set forth therein; and it is further

---

1 The Debtors are American Home Mortgage Holdings, Inc., American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

2  Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

128189.01600/40183051v.1

2

ORDERED, that in the event the Debtors' estates do not have sufficient funds available to pay allowed administrative and priority claims to enable the Amended Plan to become effective, the Debtors shall be permitted, subject to obtaining the consent of the Committee, to use the proceeds of the Settlement Sum to pay such costs and expenses of the Debtors' estates for which the Debtors are authorized to pay under the Bankruptcy Code or pursuant to order of this Court; and it is further

ORDERED, that the Debtors and the Committee are authorized to take any and all such action necessary under the Agreement to effectuate the Agreement; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: September ___, 2009

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge