1

2 ZACHARY MOSNER, WSBA# 9566                                    Judge Christopher S. Sonchi
  Assistant Attorney General                                                               Chapter 11
3 Bankruptcy & Collections Unit
  800 Fifth Avenue, Suite 2000
4 Seattle, Washington 98104-3188
  (206) 389-2198

5
                    UNITED STATES BANKRUPTCY COURT
6                          DISTRICT OF DELAWARE

7 In re

8     AMERICAN HOME MORTGAGE, INC.,           CASE NO. 07-11047-CSS
      and DONALD IMWOLD,
9                                              NOTICE OF WITHDRAWAL AND
                                               REQUEST FOR REMOVAL FROM
10                                   Debtors.  SERVICE LISTS

11
        **Please Take Notice** that the State of Washington hereby withdraws it appearance as an
12
   Interested Party.
13
        **Please Take Further Notice** that the undersigned hereby requests that the following address
14
   be removed from the court's master mailing matrix: Zachary Mosner, Assistant Attorney General, 800
15
   Fifth Avenue, Suite 2000, Seattle, Washington, 98104-3188.  The State of Washington further
16
   requests that the following email address be removed from the noticing list: bcumosner@atg.wa.gov.
17
   In addition, the undersigned requests that it be removed from the service lists of the Debtor, Debtor's
18
   Counsel, and all other interested parties.
19
        DATED this 11th day of August, 2009.
20
                                                ROBERT M. MCKENNA
21                                              Attorney General

22                                              /s/ Zachary Mosner

23                                              ZACHARY MOSNER, WSBA No. 9566
                                                Assistant Attorney General
24                                              Bankruptcy & Collections Unit

25

26

1 | I, Kathryn Ferrier, submitted the attached document through Electronic Case Filing on August 12, 2009. By filing electronically, it was served on all parties registered with ECF in this case. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2009.

Kathryn Ferrier

Legal Assistant