# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 07- 11047 (CSS) |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC. ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | Re: D.I. No. 7934 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE: )
) SS
COUNTY OF NEW CASTLE: )

Stephanie L. Breckenridge, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, Bankruptcy co-counsel for the Co-Lead Plaintiffs, the Teachers Retirement System of Oklahoma and the Oklahoma Police Pension & Retirement System, in the above-captioned matter, and that on the 11th day of August, 2009, she caused a copy of the following document to be served upon the attached service list by first class mail or as otherwise indicated:

1) Joint Motion for Entry of Order, to the Extent Necessary, Authorizing the Use of the Proceeds of the D&O Policies to Fund the Securities Litigation Settlement, the Notice, and exhibit C attached thereto [D.I. No. 7934].

*/s/ Stephanie L. Breckenridge*
Stephanie L. Breckenridge

Sworn to and subscribed before me this 14th day of August, 2009.

Notary Public _Heather F. Greenleaf_

My Commission Expires: _April 18, 2010_

HEATHER F. GREENLEAF
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 18, 2010