## SERVICE LIST

A.G. Edwards & Sons, Inc.
Attn: Jonathan Griffith
2801 Market Street, 9th Fl, F Bldg.
St. Louis, MO 63103
*First Class Mail*

Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(Merrill Lynch)
*Hand Delivery*

Ms. Karen D. Adams
Attn: Lorraine Gonzalez, Tax Collector Clerk I
Merced County Tax Collector
2222 "M" Street
Merced, CA 95340
(Merced County Tax Collector)
*First Class Mail*

Elihu E. Allinson, III, Esq.
Sullivan - Hazeltine - Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
(Chavez; Trister)
*First Class Mail*

Gil Quentin Alvarez
542 Mount Argyll Court
Apopka, FL 32712
*First Class Mail*

Geoffrey Aaronson
100 SE 2nd St., 27th Fl
Miami, FL 33131
Craven-Shaffer North Bay Village
*First Class Mail*

Benjamin C. Ackerly, Esq
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
(Calyon)
*First Class Mail*

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
(Bexar County)
*First Class Mail*

Jonathan Alter, Esq
Bingham McCutchen
One State Street
Hartford, CT 06103
(Travelers)
*First Class Mail*

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
(UBS Securities)
*First Class Mail*

## SERVICE LIST

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Deutsche Bank)
*First Class Mail*

Douglas Badaszewski
c/o Plymouth Park Tax Services LLC
PPTS 361, LLC
35 Airport Road, Suite 150
Morristown, NJ 07960
(PPTS FX, Plymouth Park Tax Services)
*First Class Mail*

Thomas D. Barnett
Draper & Goldberg, P.L.L.C.
512 East Market Street
PO Box 947
Georgetown, DE 19947
*First Class Mail*

Michael J. Barrie
Richard A. Barkasy
Schnader Harrison Segal & Lewis LLP
824 N. Market St., Suite 1001
Wilmington, DE 19801
(Liberty Property)
*Hand Delivery*

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201
(Empire Blue Cross Blue Shield)
*First Class Mail*

Lee S Attanasio, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Morgan Stanley
*First Class Mail*

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
(Cedar Hill City, Carroll ISD, Arlington ISD)
*First Class Mail*

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
(WLR Recovery)
*First Class Mail*

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
(Moody)
*First Class Mail*

Stuart Berman, Esq.
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
(Institutional Investors Group)
*First Class Mail*

## SERVICE LIST

Harold Berzow, Esq.
Ruskin Moscou Faltischek
East Tower, 15th Fl
1425 RexCorp Plaza
Uniondale, NY 11556
(Waldner)
*First Class Mail*

Peter Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
(Richtree Enterprises)
*First Class Mail*

Joseph J. Bodnar
Law Offices of Joseph J. Bodnar
1201 Orange Street, Ste. 400
Wilmington, DE 19801
(Greenwich Capital; Royal Bank of Scotland)
*Hand Delivery*

J. William Boone, Esq.
Bess Parrish, Esq.
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
(LaSalle Bank)
*First Class Mail*

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
Wells Fargo, Washington Mutual, Inland US
Management, LLC
*Hand Delivery*

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601
(AON Consulting)
*First Class Mail*

Hilary B. Bonial, Esq.
Tyler Jones, Esq.
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
(EMC, CitiMortgage, Bank of America)
*First Class Mail*

Rebecca Booth, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(MERS)
*First Class Mail*

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Don Beskrone, Esq.
Benjamin W. Keenan, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(UBS Securities LLC; Morgan Stanley; CIFG;
Lehman)
(DB Structured)
*Hand Delivery*

Ms. Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
(Time Warner Telecom Inc.)
*First Class Mail*

## SERVICE LIST

James T. Brako
Governmental Center
Tax Collector Palm Beach County
301 North Olive Avenue, 3rd Floor
P.O. Box 3715
West Palm Beach, FL 33402-3715
(Amme Gannon)
*First Class Mail*

Barry E. Bressler
Schnader Harrison Segal & Lewis LLP
1600 Market St., Suite 3600
Philadelphia, PA 19103-7286
(Liberty Property)
*First Class Mail*

Charles J. Brown, III, Esq.
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
(AT&T)
*Hand Delivery*

Juliet Buck
Nomura Credit & Capital, Inc.
2 World Financial Center, Building B
New York, NY 10281
(Creditor Committee Member)
*First Class Mail*

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Calyon)
*Hand Delivery*

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
ABN AMRO Bank
*First Class Mail*

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(ORIX Capital Markets, LLC.)
*First Class Mail*

Dean Brunel, Esq.
75 Central Street, Unit One
Somerville, MA 02143
(McPherson, Inc.)
*First Class Mail*

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Propex)
*Hand Delivery*

Mary F. Caloway, Esq.
Eric Lopez Schnable, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(HSBC, HSI Asset)
*Hand Delivery*

## SERVICE LIST

John Capitano
Kennedy Covington Lobdell & Hickman
214 N. Tryon Street, 47th Fl.
Charlotte, NC 28202
(NNN VF Four Resource Square, LLC)
*First Class Mail*

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Wells Fargo)
*First Class Mail*

Ling Chow
Andrew Pickering
Robert Heller
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019
*First Class Mail*

Jeffrey Cianciulli, Esq.
Wier & Partners LLP
824 Market Street
PO Box 708
Wilmington, DE 19801
(National City Capital)
*Hand Delivery*

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Societe Generale)
*First Class Mail*

John T. Carroll, III, Esq.
Cozen O'Connor
Chase Manhattan Center, Suite 1400
1201 N. Market Street
Wilmington, DE 19801
Citibank, N.A.
*Hand Delivery*

William E. Chipman, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(Countrywide Home Loans)
*Hand Delivery*

Shawn M. Christianson
Buchalter Nemer P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
(Oracle USA)
*First Class Mail*

Joseph Cioffi, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(Alcone Marketing Group)
*First Class Mail*

Ronald L. Cohen, Esq.
Arlene Alves, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)
*First Class Mail*

## SERVICE LIST

Ronald L. Cohen, Esq.
Arlene Alves, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)
*First Class Mail*

Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
(CSHV Southpark LLC)
*First Class Mail*

Katherine A. Constantine, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(U.S. Bank National Association)
*First Class Mail*

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)
*Hand Delivery*

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036
(Bank of New York)
*First Class Mail*

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
ABN AMBRO Bank N.V.
*Hand Delivery*

Nancy Connery, Esq.
Schoeman, Updike & Kaufman, LLP
60 East 42nd St.
New York, NY 10165
(STWB, Inc.)
*First Class Mail*

Kelley Cornish, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman; Bracebridge Capital)
*First Class Mail*

Michael A. Cox, AG
Julius O. Curling, Assistant to the Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detriot, MI 48202
(State of Michigan Department of Treasury)
*First Class Mail*

Donna Culver, Esq.
Robert J. Dehney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Financial Guaranty Insurance Co.; Assured Guaranty)
*Hand Delivery*

## SERVICE LIST

Julius O. Curling, Esq.
Assistant Attorney General
State of Michigan, Department of Treasury
3030 W. Grand Boulevard, Suite 10-200
Cadillac Place
Detroit, MI 48202
(State of Michigan, Department of Treasury)
*First Class Mail*

Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(Societe Generale)
*Hand Delivery*

Eric M. Davis, Esq.
Jason Liberi, Esq.
Robert A. Weber, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(Waterfield Shareholders)
*Hand Delivery*

Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005
(GNMA)
*First Class Mail*

Adam Currier, Esq.
258 Spielman Highway
PO Box 2033
Burlington, CT 06013
Trister
*First Class Mail*

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
(AT&T Corp.)
*First Class Mail*

Douglas Davis, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman; Bracebridge Capital, LLC)
*First Class Mail*

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
(taxing Authorities, State of Texas, Montgomery County)
*First Class Mail*

John Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253
(Harris County, Angelina County)
*First Class Mail*

Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
(IKON Financial Services)
*First Class Mail*

## SERVICE LIST

Kristi J. Doughty, Esq
Whittington & Aulgur
313 N. Dupont Hwy., Suite 110
P.O. Box 617
Odessa, DE 19730-1617
(First Horizon Home Loan)
*First Class Mail*

Adam Elgart, Esq.
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713
*First Class Mail*

Alyssa Englund, Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(WestLB)
*First Class Mail*

J. Cory Falgowski, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Federal Home Loan Mortgage Corp)
*Hand Delivery*

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
Deutsche Bank
*First Class Mail*

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
*First Class Mail*

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101
(Washington Mutual)
*First Class Mail*

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899
(CitiMortgage, Inc.)
*Hand Delivery*

Federal Deposit Ins. Corp.
Attn: Officer, General or Managing Agent
1601 Bryan Street
Dallas, TX 75201
*First Class Mail*

## SERVICE LIST

Federal Deposit Ins. Corp.
Division of Resolution & receiverships
Frank Campagna
1910 Pacific Avenue, Suite 1600
Dallas, TX 75201
*First Class Mail*


Matthew S. Ferguson, Esq
Terry D. Lawson, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10018
(Bear Stearns Mortgage Capital Corp and EMC
Mortgage Corp.)
*First Class Mail*


Stuart Finestone, Esq.
Finestone & Morris
3340 Peachtree Road, NE, Suite 2540 Tower Place
Atlanta, GA 30326
(Tower Place)
*First Class Mail*


J. David Folds, Esq.
McKenna Long & Aldridge LLP
1900 K. Street, NW
Washington, DC 20006
(Kingstowne Office Building K LLC; Boston
Properties Limited Partnership)
*First Class Mail*


Susan R. Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032
(Aldine Independent School District)
*First Class Mail*


Mark E. Felger, Esq.
Jeffrey R. Waxman, Esq.
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Special Conflicts Counsel
*Hand Delivery*


Lori Fife, Esquire
Howard B. Comet, Esq.
Ronit Berkovich, Esq.
Christopher J. Marcus, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)
*First Class Mail*


Norman P. Fivel, Esq.
Assistant Attorney General
NYS Dept. of Law
The Capitol
Albany, NY 12224
(NY State Dept. of Taxation)
*First Class Mail*


Ray Fredericks
1600 Pacific Highway, Room 162
San Diego, CA 92101
*First Class Mail*


Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606
*First Class Mail*

## SERVICE LIST

Flora Garcia
Office the Tax Collector
940 west Main Street, Suite 106
El Centro, CA 92243
(Imperial County)
*First Class Mail*

Garth Gersten, Esq.
Womble Carlyle Sandridge & Rice PLLC
2530 Meridian Parkway, Suite 400
Research Triangle Park, NC 27713
(Triad Guaranty Insurance Corp.)
*First Class Mail*

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)
*First Class Mail*

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
*First Class Mail*

Stefanie Birbrower Greer, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(CIFG)
*First Class Mail*

Nicole Gazzo, Esq.
Steven J. Baum, P.C.
220 Northpointe Parkway, Suite G
Amherst, NY 14228
First Horizon Home Loan
*First Class Mail*

William Goldman, Esq.
Andrew Stern, Esq.
Sidley Austin
787 Seventh Avenue
New York, NY 10019
(Bear Stearns; EMC)
*First Class Mail*

Eric Gorman, Esq
Felicia Perlman, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(Waterfield Shareholders)
*First Class Mail*

Robert E. Greenberg, Esq.
Friedlander, Misler, Sloan, Kletzkin & Ochsman,
PLLC
1101 Seventeenth Street, N.W., Suite 700
Washington, DC 20036-4704
(Realty Associates Fund VII, L.P.)
*First Class Mail*

Whitney Groff, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
(America's Servicing Company)
*First Class Mail*

## SERVICE LIST

Arnold Gulkowitz, Esq.
Brian Goldberg
Dickstein Shapiro
1177 Avenue of the Americas
New York, NY 10036
(Greenwich Capital Markets, Inc.)
***First Class Mail***

James Hardy
Galaxy Associates
1220 Ensenada Avenue
Laguna Beach, CA 92651
***First Class Mail***

A. Michelle Hart, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
(EMC Mortgage; CitiMortgage; America's Servicing
Company)
***First Class Mail***

Phyllis A. Hayes
RMS
307 International Circle, Suite 270
Hunt Valley, MD 21030
(EMC Corp, IBS)
***First Class Mail***

Patrick Healy
Wilmington Trust Co.
1100 North Market Street
Rodney Square North
Wilmington, DE 19801
***Hand Delivery***

Kurt F. Gwynne, Esq
Kathleen Murphy, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Palmer House Hilton
***Hand Delivery***

Lee Harrington, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)
***First Class Mail***

Lisa R. Hatfield, Esq.
Wittstadt & Wittstadt, P.A.
284 East Main Street
Newark, DE 19711
***First Class Mail***

William A. Hazeltine, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
(MERS)
***First Class Mail***

James D. Heaney, VP
Law Debenture Trust Company of New York
400 Madison Avenue, 4th Fl.
New York, NY 10017
***First Class Mail***

## SERVICE LIST

Matthew Helland, Esq.
Nichols Kaster & Anderson
80 South 8th Street, SUite 4600
Minneapolis, MN 55402
*First Class Mail*

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
(Cutisha Cauthorne)
(Mark Watson & Kelly Watson)
*First Class Mail*

Richard Holley, Esq.
Ogonna Atamoh, Esq.
Santoro Driggs Walch Kearney Holley & Thompson
400 South Fourth Street, 3rd Fl
Las Vegas, NV 89101
(Corporate Center V, LLC)
*First Class Mail*

Nancy Hotchkiss, Esq.
Trainor Robertson
980 Fulton Avenue
Sacramento, CA 95825
(Cowifi Ironpoint)
*First Class Mail*

James E. Huggett, Esq.
Sally E. Sobczyk, Esq.
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
(Counsel for Columbia River Bank)
*First Class Mail*

Adam Hiller
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, DE 19899
*First Class Mail*

Frederick D. Holden, Jr
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
(Indymac)
*First Class Mail*

Thomas Horan, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899
*Hand Delivery*

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801
(WARN Act Claimants)
*Hand Delivery*

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Citigroup Global Markets Inc)
*Hand Delivery*

## SERVICE LIST

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
*First Class Mail*

Daniel Israeli
Vantium Capital
9 West 57th St., 37th Floor
New York, NY 10019
*First Class Mail*

Laura Davis Jones, Esq.
Curtis Hehn, Esq.
Pachulski, Stang, Ziehl, Young & Jones  LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
(IndyMac)
*Hand Delivery*

Michael Katz, Esq.
MBK and Associates
1136 Washington Avenue, Suite 905
St. Louis, Missouri 63101
(Hamid Hamrah)
*First Class Mail*

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102
*First Class Mail*

Internal Revenue Service
Insolvency Section
11601 Roosevelt Blvd., Mail Drop N781
PO Box 21126
Philadelphia, PA 19114
*First Class Mail*

Susan Power Johnston, Esq.
Amanda Weiss, Esq.
Covington & Burling LLP
The New York Times Build., 620 Eighth Avenue
New York, NY 10018
(Wilmington Trust)
*First Class Mail*

Lance N. Jurich, Esq.
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4164
(Merrill Lynch)
*First Class Mail*

Steven W. Kelly, Esq.
Silver & DeBoskey
1801 York Street
Denver, CO 80206
(Gateway Canyon, Inc.)
*First Class Mail*

Richardo I. Kilpatrick, Esq.
Attorneys for Orca Steel Processing, LLC
Leonora K. Baughman, Esq.
Kilpatrick & Associates
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
(Wayne County Treasurer)
*First Class Mail*

## SERVICE LIST

Shelley A. Kinsella, Esq.
Cooche & Taylor
824 North Market Street, 1000
Wilmington, DE 19801
(Wilmington Trust)
*Hand Delivery*

Hersh Kozlov
WolfBlock LLP
1940 Route 70 70 East, Suite 200
Cherry Hill, NJ 08003
(Bancorp)
*First Class Mail*

David Kuney, Esq.
Sidley Austin
1501 K. St. N.W.
Washington, DC 20005
(EMC)
*First Class Mail*

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)
*Hand Delivery*

Lisa G. Laukitis, Esq.
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
Citicorp Center
New York, NY 10022
(Citigroup Global)
*First Class Mail*

Steven K. Kortanek, Esq.
Kevin J. Mangan, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
CSFB
*Hand Delivery*

John Krigsman
First American Capital LLC
7286 Siena Way
Boulder, CO 80301
*First Class Mail*

Jeff Kurtzman, Esq.
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
(Goldman Sachs)
(CGIC)
*Hand Delivery*

Michael R. Lastowski, Esq.
Christopher M. Winter, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Bear Stearns; Impac)
*Hand Delivery*

Barbara LaWall, Esq
Terri A. Roberts, Esq.
German Yusufov, Esq.
Pima County Civil Division
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701
(Pima County)
*First Class Mail*

## SERVICE LIST

Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
(GE Capital Information; ZC Real Estate Tax Solutions)
*Hand Delivery*

Thomas J. Leanse, Esq.
Dustin P. Branch
Katten Muchin Rosenman
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(RREEF Management Company)
*First Class Mail*

Raymond H. Lemisch, Esq.
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 810
Wilmingtont, DE 19801
(DDR Entities)
*Hand Delivery*

Scott K. Levine, Esq
Platzer Swergold Karlin Levine Goldberg & Jaslow
1065 Avenue of Americas, 18th Fl.
New York, NY 10018
(De Lage Financial Services, Inc.)
*First Class Mail*

Nancy F. Loftus, Esq.
Assistant County Attorney
Deprt of Tax Admin - Fairfax Co.
12000 Governmnet Center Parkway, Suite 549
Fairfax, VA 22035
*First Class Mail*

Elena P. Lazarou, Esq
Reed Smith LLP
599 Lexington Avenue, 27th Floor
New York, NY 10022
GECC
*First Class Mail*

Steven Lefkofsky, Esq.
31500 Northwestern Highway, Suite 105
Farmington Hills, MI 48334
(Creditor Inner Workings)
*First Class Mail*

Stephen D. Lerner, Esq.
Elliot Smith, Esq
Squire Sanders & Dempsey L.L.P.
312 Walnut Street, suite 3500
Cincinnati, OH 45202
(FSI Realty Funding, Inc.)
*First Class Mail*

Frederick Linfesty, Esq.
Iron Mountain Information Management
745 Atlantic Avenue
Boston, MA 02111
*First Class Mail*

Gaston P. Loomis, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(GECC)
*Hand Delivery*

## SERVICE LIST

Sherry D. Lowe, Esq.
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053
(National City Commercial Capital Company, LLC)
*First Class Mail*

Thomas G. Macauley, Esq.
Virginia W. Guldi, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
PO Box 1028
Wilmington, DE 19899
(Borrowers Committee)
*Hand Delivery*

Kevin Mangan, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Triad Guaranty Insurance Corp.)
(Duke University Federal Credit Union)
*Hand Delivery*

Michael Margoll, Esq.
Moss Codilis LLP
6560 Greenwood Plaza, Suite 100
Englewood, CO 80111
*First Class Mail*

Eloise May, Esq.
Wiles & Wiles
800 Kennesaw Avenue, NW, Suite 400
Marietta, GA 30060
(A- Colonial 300/500 Owner)
*First Class Mail*

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
American Corporate Record Center
*First Class Mail*

Sean D. Malloy, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue East, Suite2100
Cleveland, OH 44140
(Certain Participants of Non-Qualified Deferred Comp Plan)
*First Class Mail*

Jeffrey S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(Trustee to Lehman)
*First Class Mail*

Madison Martin, Esq.
Stites & Harbison PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
(Suntrust Bank)
*First Class Mail*

David McCall, Esq.
Gay McCall Isaacks Gordon & Roberts, P.C.
777 E. 15th Street
Plano, TX 75074
(Frisco ISD)
*First Class Mail*

## SERVICE LIST

Robert A. McCall
Peabody & Arnold, LLP
600 Atlantic Ave.
Boston, MA 02210
(Champion & Asso.)
*First Class Mail*

Laura L. McCloud, Esq.
c/o Tennessee Attorney General's Office, Bankruptcy Division
Tennessee Department of Labor & Workforce Development-Unemployment Ins.
P.O. Box 20207
Nashville, TN 37202-0207
Tennessee Department of Labor & Workforce Development-Unemployment Ins.
*First Class Mail*

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
(Iron Mountain Information Management, Inc.)
*First Class Mail*

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103
*First Class Mail*

Lisa C. McLaughlin, Esq.
Stephen W. Spence, Esq.
Phillips, Goldman & Spence, P.A.
1509 Highway One
Dewey Beach, DE 19971
(FRMC Financial)
*First Class Mail*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

Dana McRae
County of Santa Cruz
701 Ocean Street, Room 150
Santa Cruz, CA 95060
*First Class Mail*

Gregory Meacham, Esq.
McGrath Meacham & Smith
414 Shoup Avenue
PO Box 50731
Idaho Falls, ID 83405
(Security Connections)
*First Class Mail*

Sari E. Meador
Tax Collector for Polk County, Florida
Office of Joe G. Tedder, CFC
P.O. Box 2016
Bartow, FL 33831
(Pol County)
*First Class Mail*

Rachel B. Mersky, Esq.
Monzack Mersky McLauglin and Browder
400 Commerce Center, 1201 Orange Street
P.O. Box 2031
Wilmington, DE 19899-2031
(A-Colonial 300/500 Owner)
*Hand Delivery*

## SERVICE LIST

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
(Barclays Bank PLC and Barclays Capital)
*First Class Mail*

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
(Empire HealthChoice Assurance/Empire Blue
Cross)
*First Class Mail*

Lee Mondshein, Esq.
7600 Jericho Turnpike
Woodbury, NY 11797
(Hauppauge Woodlands Asso.)
*First Class Mail*

Martin A. Mooney
Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203
(DCFS Trust)
*First Class Mail*

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(ABN AMRO Bank)
*First Class Mail*

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Security Connections
*Hand Delivery*

Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Pennsylvania Attorney General' s Office
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
*First Class Mail*

Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market St./Ste. 1401 Mellon Bank Ctr
P.O. Box 1070
Wilmington, DE 19899
(Kodiak Funding LP)
*Hand Delivery*

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
(Debtors' Counsel)
*Hand Delivery*

Christopher B. Mosley, Esq
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76102
(City of Fort Worth)
*First Class Mail*

## SERVICE LIST

Tina N. Moss, Esq.
Pryor Cashman Sherman & Flynn, LLP
410 Park Avenue
New York, NY 10022
(Law Debenture Trust Company of New York)
*First Class Mail*

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108
Sovereign Bank
*First Class Mail*

David M. Neumann, Esq
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(DDR Entities)
*First Class Mail*

Janice D. Newell
 Cecil Ingram
ADA County Treasurer
200 W. Front Street, Room 3191
Boise, ID 83702
*First Class Mail*

Jeffrey J. Newton, Esq.
Hollie N. Hawn, Esq.
County Attorney for Broward County
115 South Andrews Ave., Suite 423
Governmental Center
Fort Lauderdale, FL 33301
(Broward County Revenue Collection Division,
Bankruptcy & Litigation Section)
*First Class Mail*

Andrea Niedermeyer, Esq.
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201
(Sun Life Assurance)
*First Class Mail*

Jami B. Nimeroff, Esq.
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 4000
Wilmington, DE 19801
(Microsoft)
*First Class Mail*

North Fork
Attn: Michael Weisbrod
275 Broadhollow Road
Melville, NY 11747
(Bank)
*First Class Mail*

William Novotny, Esq.
Mariscal, Weeks, McIntyre & Freidlander, P.A.
2901 N. Central Avenue, Suite 200
Phoenix, AZ 85012
(Waterfall Shopping Center, Inc.)
*First Class Mail*

Kim Nuner
Nevada County Office ot the Treasurer
950 Maidu Avenue
PO Box 908
Nevada City, CA 95959
*First Class Mail*

## SERVICE LIST

Larry J. Nyhan, Esq.
Matthew Clemente, Esq.
David Hall, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Societe Generale)
*First Class Mail*

Joseph O'Neil, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(GMAC)
*Hand Delivery*

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
(Morgan Stanley)
*First Class Mail*

Jr Tally F Parker
Parker & Marks PC
1333 Corporate Drive, Suite 209
Irving, TX 75038
(City of Irving)
*First Class Mail*

Andrew Petrie, Esq.
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202
(CitiMortgage)
*First Class Mail*

Kathleen O'Connell, Esq.
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA 30308
Suntrust Bank
*First Class Mail*

Office of Thrift Supervision
Attn: Officer, General or Managing Agent
1700 G Street, NW
Washington, DC 20552
*First Class Mail*

Ricardo Palacio, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(United Guaranty Services, Inc.)
*Hand Delivery*

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
(Calyon)
*First Class Mail*

John Philip, Esq.
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN 38117
*First Class Mail*

## SERVICE LIST

Steven Pite, Esq.
John Duncan, Esq.
Pite Duncan LLP
525 E. Main Street
PO Box 12289
El Cajon, CA 92022
***First Class Mail***

Thomas J. Polis, Esq.
Polis & Associates
19800 MacArthur Boulevard
Suite 1000
Irvine, CA 92612
(Rexco, LLC)
***First Class Mail***

Susan D. Profant, CFCA, CLA, Paralegal
c/o Ken Burton, Jr., Manatee County Tax Collector
819 U.S. 301 Blvd. West
P.O. Box 25300
Bradenton, FL 34206-5300
(Ken Burton, Jr., Manatee County Tax Collector)
***First Class Mail***

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755
(County of Denton)
***First Class Mail***

Michael Reynolds, Esq.
Snell & Wilmer LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
(Galaxy Associates)
***First Class Mail***

Dana S. Plon, Esq.
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102
Fidelity Court Associates
***First Class Mail***

Mark Politan, Esq
Court Plaza North
Cole, Schotz, Meisel, Forman & Leonard, P.A.
25 Main Street
Hackensack, NJ 07601
(Drew & Rogers)
***Hand Delivery***

Shawn Rediger, Esq.
Williams Kastner & GIbbs
601 Union Street, Suite 4100
Seattle, WA 98101
(Seattle Office Bellefield)
***First Class Mail***

Patrick J. Reilley, Esq
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
***Hand Delivery***

Richard T. Rice, Esq.
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101
(Triad Guaranty Insurance Corp.)
***First Class Mail***

## SERVICE LIST

Shawn Rice, Esq.
Rice & Gotzmer
605 N. 8th Street, Suite 350
Sheboygan, WI 53081
(Priority Sign)
*First Class Mail*

Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Impac; Bear Stearns
*Hand Delivery*

Fred B. Ringel, Esq.
Robinson Brog Leinwand Green Genovese & Gluck PC
1345 Avenue of the Americas
New York, NY 10105
(3445 North Causeway Limited Partners)
*First Class Mail*

Christine Roberts, Esq.
Olson Cannon Gormley & Desruisseaux
9950 West Cheyenne avenue
Las Vegas, NV 89129
(Clark County)
*First Class Mail*

Erin L. Roberts, Esq.
Womble Carlyle Sandridge & Rice PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, VA 22182
(Triad Guaranty Insurance Corp.)
*First Class Mail*

Martha E. Romero, Esq.
BMR Professional Building
Romero Law Firm
6516 Bright Avenue
Whittier, CA 90601
(Placer and Monterey County)
*First Class Mail*

Robert H. Rosenbaum, Esq.
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Suite 400
Berkshire Building
Riverdale Park, MD 20737-1385
(Charles County; Prince George County)
*First Class Mail*

Robert J. Rosenberg, Esq.
Noreen A. Kelly-Najah, Esq.
George Royle, Esq.
Michael J. Riela, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(Lehman Bros., Aurora Loan Services)
*First Class Mail*

Stephen W. Rosenblatt, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Box 22567
Jackson, MI 39225
(FNC, Inc.)
*First Class Mail*

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
(Deutsche Bank)
*First Class Mail*

## SERVICE LIST

Frederick B. Rosner, Esq
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(De Lage Landen; Bear Stearns)
*Hand Delivery*

Vadim Rubinstein, Esq.
Loeb & Loeb
345 Park Avenue
New York, NY 10154
(Merrill Lynch)
*First Class Mail*

Rumph
IKON Office Solutions
3920 Arkwright Road, Suite 400
Macon, GA 31210
(IKON Office Solutions, Inc.)
*First Class Mail*

Brian D. Salwowski, Esq.
Deputy Attorney General
Indiana Dept. of Revenue
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
(Indiana Department of Revenue)
*First Class Mail*

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE 19801
(Wells Fargo)
*Hand Delivery*

Rene Roupinian, Esq.
Jack A. Raisner, Esq.
Rene S. Roupinian, Esq.
Outten & Golden
3 Park Avenue, 29th Fl.
New York, NY 10016
*First Class Mail*

Samuel Rudman, Esq.
David Rosenfeld, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
(Institutional Investors Group)
*First Class Mail*

Thomas Salerno, Esq.
Two Renaissance Square
Squire Sanders & Dempsey L.L.P.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
*First Class Mail*

Charles Sawyer, Esq.
Dorsey & Whitney
50 South Sixth St., Suite 1500
Minneapolis, MN 55402
(U.S. Bank)
*First Class Mail*

Eric Lopez Schnabel, Esq.
Dorsey & Whitney
1105 North Market Street, 16th Fl.
Wilmington, DE 19801
(U.S. Bank National Asso.)
*Hand Delivery*

# SERVICE LIST

Margot B. Schonholtz, Esq.
Myron Kirschbaum, Esq.
Scott D. Talmadge, Esq.
Ana Alfonso, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
*First Class Mail*

Lisa Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006
(Goldman Sachs)
*First Class Mail*

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
(WestLB AG)
*First Class Mail*

Russell C. Silberglied, Esq.
Christopher Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Bank of New York)
*Hand Delivery*

Andrew Silverstein, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Deutsche Bank)
*First Class Mail*

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Barry N. Seidel
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(CIFG Assurance)
*First Class Mail*

Joseph E. Shickich, Jr., Esq
Riddell Williams, P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(Microsoft Corporation)
*First Class Mail*

Laurie S. Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)
*Hand Delivery*

Charles Ziegler, Esq.
1030 Lafayette St.
PO Box 53513
Lafayette, LA 70505
(Barbara Adams)
*First Class Mail*

## SERVICE LIST

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15230-2009
(GMAC)
*First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

David Stack
ABN AMRO Bank
101 Park Avenue, 6th Fl
New York, NY 10178
*First Class Mail*

State of Maryland
Office Unemployment Ins./Litigation and
Prosecution Dept.
1100 North Eutaw St., Room 401
Baltimore, MD 21201
*First Class Mail*

Weisbrod Stephen, Esq
W. Hunter Winstead
Gilbert Oshinsky
1100 New York Ave., NW
Suite 700
Washington, DC 20005-3987
(Borrower Committee)
*First Class Mail*

Linda Singer
Zuckerman Spaeder LLP
1800 M. Street, N.W., Suite 1000
Washington, DC 20036
Borrowers Committee
*First Class Mail*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(GMAC)
*First Class Mail*

Karen Stapleton
Assistant County Attorney
One Harrison Street, S.E.
5th Floor
Leesburg, VA 20175
(County of Loudoun, VA)
*First Class Mail*

Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611
(Fannie Mae)
*First Class Mail*

Richard Stern, Esquire
Michael Luskin, Esq.
Luskin, Stern & Eisler LLp
330 Madison Avenue,  Suite 3400
New York, NY 10017
(Societe Generale)
*First Class Mail*

## SERVICE LIST

Ralph Stone, Esq.
Thomas Ciarlone, Esq.
Shalov Stone & Bonner LLP
485 7th Avenue, Rm 1000
New York, NY 10018-7241
(Foster, Anderson, McBride, Hollingsworth,
Fitzgerald, Meketa)
*First Class Mail*

William D. Sullivan, Esq.
Elihu E. Allinson, III
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
(Norman Loftis)
*Hand Delivery*

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Bank of America)
*First Class Mail*

William F. Taylor, Jr
Renaissance Centre
McCarter & English, LLP
405 N. King Street, 8th Fl.
Wilmington, DE 19801
(Verizon Business Global)
*First Class Mail*

Prince Altee Thomas, Esq.
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(Spring-Ford Area School District)
(James Shaver)
*First Class Mail*

Nicola Suglia, Esq.
Fleischer Fleischer & Suglia
Plaza 1000 At Main Street, Suite 208
Voorhees, NJ 08043
*First Class Mail*

Eric M. Sutty, Esq.
Fox Rothschild
919 North Market Street, Suite 1600
Wilmington, DE 19801
(Natixis Real Estate)
*Hand Delivery*

William F. Taylor, Jr
Renaissance Centre
McCarter & English, LLP
405 N. King Street, 8th Fl.
Wilmington, DE 19801
(Verizon Business Global)
*First Class Mail*

Irving Thau
1139 Amalfi Drive
Pacific Palisades, CA 90272
*First Class Mail*

Christina Thompson, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(Inland US Management, LLC)
*Hand Delivery*

# SERVICE LIST

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
(Wells Fargo)
*First Class Mail*

Robert Trodella, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
(Washington Mutual Bank)
*First Class Mail*

Madeleine C. Wanslee, Esq.
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004
(Maricopa County)
*First Class Mail*

Peter Weinstock
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
(Bancorp)
*First Class Mail*

Marikae Toye
Deputy Attorney General
New Jersey Attorney General's Office
R.J. Hughes Justice Complex
PO Box 106
Trenton, NJ 08625
*First Class Mail*

S. James Wallace, Esq.
The Gulf Tower, 38th Fl.
Griffith McCague & Wallace
707 Grant Street
Pittsburgh, PA 15219
(Duquesne LIght Company)
*First Class Mail*

Christopher A. Ward, Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(McLain Partners; B. Frimmel)
*Hand Delivery*

Gilbert B. Weisman, Esq.
(American Express Travel Related Svcs Co Inc Corp
Card)
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355
(American Express Travel Related Svcs Co Inc Corp
Card)
(American Express Bank)
*First Class Mail*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
(Dallas County)
*First Class Mail*

Duane Werb, Esq.
Werb & Sullivan
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE 19801
(Elvin and Phyllis Valenzuela (Creditors))
(LaSalle Bank)
*Hand Delivery*

## SERVICE LIST

Steven Wilamowsky, Esq
Bingham McCutchen
399 Park Avenue
New York, NY 10022-4689
(DB Structured)
***First Class Mail***

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
Calyon, ZC Real Estate Tax Solutions
***First Class Mail***

Bruce Wilson, Esq.
Thomas T. Roubidoux, Esq.
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102
(Financial Guaranty Insurance Corporation)
***First Class Mail***

Amanda M. Winfree
William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(DB Structured; Lehman Bros.)
***Hand Delivery***

Daniel P. Winikka, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201
***First Class Mail***

Jonathan Winnick, Esq.
Bernstein Shur
100 Middle Street
Portland, ME 04104
***First Class Mail***

Donald A. Workman, Esq.
Jeffrey M. Sullivan, Esq.
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(Fidelity National)
(Mainstay Funds)
***First Class Mail***

William G. Wright, Esq.
John Weaver, Esq.
Farr, Burke, Gambacorta & Wright
PO Box 5375
Mount Laurel, NJ 08543
(Banc of America Leasing)
***First Class Mail***

Karon Wright, Esq.
Travis County Attorney
P.O. Box 1748
Austin, TX 78767
***First Class Mail***

Steven M. Yoder, Esq.
Eric Sutty, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(Bracebridge Capital, LLC; Natixis; Lehman)
***Hand Delivery***

## SERVICE LIST

Rafael Zahralddin-Aravena, Esq.
Elliott Greenleaf
1000 West Street, The Brandywine Bldg.
Wilmington, DE 19801
(FNC, Inc.)
*Hand Delivery*

Craig Ziady
Cummings Properties, LLC
200 West Cummings Park
Woburn, MA 01801
*First Class Mail*