**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x

In re:

AMERICAN HOME MORTGAGE HOLDINGS,                Chapter 11
INC., et al.,
                                                Case No. 07-11047 (CSS)

                          Debtors.

---------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

I, James E. Huggett, Esquire, hereby certify that on August 17, 2009, I served a

copy of the attached *RESPONSE OF KEVIN KERR TO DEBTORS' THIRTY-NINTH*

*OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE*

*BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE*

*3007-1* on the parties listed on the attached service list via first class mail.


              /s/James E. Huggett
        James E. Huggett, Esquire (#3956)

Sean M. Beach, Esq.
Margaret Whiteman Greecher, Esq.
Alex D. Thaler, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Mark Idelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen, LLP
488 Madison Ave, 14th and 15th Floors
New York, NY  10022

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801