UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., <u>et al.</u>, | Chapter 11 |
| | Objection Deadline: August 18, 2009 at 4:00 p.m. |
| Debtors. | Related Docket No. 7609 |

----------------------------------------------------------x

**RESPONSE OF MICHAEL WHEELER TO DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1 (DOCKET NO. 7609)**

Michael Wheeler ("Wheeler"), by and through his counsel, responds to the Debtors' Thirty-Eighth Omnibus Objection to Claims (the "Objection"; D.I. 7609) filed by American Home Mortgage Corp. ("Debtor") and states as follows:

**FACTUAL BACKGROUND**

1. Wheeler was an employee of American Home Mortgage from November 1, 2006 through August 3, 2007.

2. Wheeler was employed by the Debtor as a regional manager for the Western Retail Division.

3. Wheeler began his employment with American Home Mortgage on November 1, 2006 pursuant to the terms of his employment agreement with the Debtor.

4. Wheeler was laid off suddenly on August 3, 2007.

5. On August 6, 2007, the Debtor and its debtor-affiliates (the "Debtors") filed voluntary petitions under Chapter 11 of the Bankruptcy Code in this Court.

## THE CONTRACT

6. Pursuant to the terms of Wheeler's employment contract, upon information and belief, he was to receive (i) deferred compensation from the Debtor, (ii) paid vacation time from the Debtor and (iii) reimbursement for out-of-pocket business expenses from the Debtor.

## THE DEBTOR'S TERMINATION OF THE CONTRACT

7. The Debtor terminated Wheeler's employment contract on August 3, 2007 leaving Wheeler with unpaid (i) compensation, (ii) vacation time and (iii) business expenses.

## THE PROOFS OF CLAIMS AND THE OBJECTION

8. On January 7, 2008, Wheeler filed a proof of claim (POC 7319) against American Home Mortgage Holdings, Inc., seeking payment for unpaid compensation, benefits and expenses that he suffered as a result of the Debtor's termination of his employment. In the proof of claim, Wheeler asserted a priority claim in the amount of $10,950.00 and an unsecured non-priority claim in the amount of $363,131.73.

9. On July 10, 2007, the Debtors filed their Objection. In the Objection the Debtors assert that POC 7319 is a duplicate of POC 7613.

10. On January 7, 2008, Wheeler filed a proof of claim (POC 7613) against American Home Mortgage Corp. amending his previously filed claim (POC 983), seeking payment for unpaid compensation, benefits and expenses that he suffered as a result of the Debtor's termination of his employment. In the proof of claim, Wheeler asserted a priority claim in the amount of $10,950.00 and an unsecured non-priority claim in the amount of $363,131.73.

11. On July 10, 2007, the Debtors filed their Objection. In the Objection the Debtors assert that POC 7613 is a duplicate of POC 7319. Debtors seek approval from the Court to expunge POC 7319.

## RESPONSE TO THE OBJECTION

12. The debts claimed by Wheeler by way of proof of claim nos. 7319 and 7613 consist of the following:

    (1) $365,609.01 for unpaid deferred compensation;

    (2) $7,210.80 for unpaid vacation time; and

    (3) $1,261.92 for unreimbursed employee business expenses.

13. The total amount sought by Wheeler from the Debtors is $374,081.73 (priority claim amount of $10,950.00 and unsecured priority claim amount of $363,131.73).

14. Wheeler filed three claims against two different debtor entities (American Home Mortgage Holdings, Inc. and American Home Mortgage Corp.) for the same debts.

15. Wheeler's claim no. 983 has been expunged as a duplicate of 7613.

16. Wheeler filed the same claim against both American Home Mortgage Holdings, Inc. (POC 7319) and American Home Mortgage Corp. (POC 7613) as he is unable to determine the appropriate responsible debtor entity. Debtors have failed to indicate which Debtor is responsible for Wheeler's debt.

WHEREFORE, Wheeler respectfully requests that this Court enter an order (i) overruling the Objection, (ii) allowing Wheeler's priority claim in the amount of $10,950.00 and an unsecured claim in the amount of $363,131.73, and (iii) granting such other and further relief to Wheeler as is appropriate.

Wilmington, Delaware
Dated: August 17, 2009

                                        Respectfully submitted,
                                        MARGOLIS EDELSTEIN

                                        /s/James E. Huggett
                                        James E. Huggett (No. 3956)
                                        750 Shipyard Drive, Suite 102
                                        Wilmington, DE  19801
                                        Telephone: (302) 888-1112
                                        Facsimile: (302) 888-1119

                                        Counsel to Michael Wheeler