**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE HOLDINGS,      Chapter 11
INC., et al.

                                                                      Case No. 07-11047 (CSS)

                    Debtor.
--------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on August 17, 2009, I served a copy of the attached *RESPONSE OF MICHAEL WHEELER TO DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1* on the parties listed on the attached service list via first class mail.


                                                       /s/James E. Huggett
                                           James E. Huggett, Esquire (#3956)

Sean M. Beach, Esq.
Margaret Whiteman Greecher, Esq.
Alex D. Thaler, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Mark Idelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen, LLP
488 Madison Ave, 14th and 15th Floors
New York, NY  10022

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801