## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| American Home Mortgage Holdings, Inc. et al. ) | Case No. 07-11047 |
| ) | |
| Debtor. ) | Honorable Christopher S. Sontchi |
| ) | Jointly Administered |
| ) | |
| ) | Motion #7097 |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this 17th day of August, 2009, upon consideration of Bayview Loan Servicing, LLC, (Movant) Motion for Relief from Stay, due notice having been served, and any opposition having been resolved pursuant to the terms set forth below, upon consideration of the representation by the Debtors that they no longer have an interest in the subject property, and this Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. _To the extent that the automatic stay may apply_, the automatic stay of 11 U.S.C. §362(a) is hereby terminated for the sole purpose of allowing Bayview Loan Servicing, LLC, its successors and/or assigns, to pursue its state court remedies which may cause Movant to name the Debtors, American Home Mortgage Holdings, Inc., et al, as nominal defendants in a complaint to establish property boundaries for the following tract of land and/or property described as:

   **20.91 acres located on Meansville Road, Union, South Carolina.**

2. Movants may not pursue the Debtors for any judgment in their favor without first seeking a further modification of the automatic stay, except as might be permitted by existing and future orders of this Court (including, but not limited to, the Debtor's chapter 11 plan of liquidation).

3. Nothing in this order (i) shall constitute a determination that the Debtor holds any interest in the Property, or (ii) shall estop the Debtor from asserting or denying that they hold any interest in the Property.

*[signature: CSS]*

Honorable Christopher S. Sontchi
UNITED STATES BANKRUPTCY JUDGE

BY CONSENT AND AGREEMENT OF:

_/s/ Adam R. Elgart_                                      Dated: 8/10/09
Adam R. Elgart, Esquire
John G. Mulford, Esquire
Attorneys for Bayview Loan Servicing, LLC


_/s/ David Carickhoff_                                    Dated: 8/10/09
David Carickhoff, Esquire
Attorney for the Official Committee of Unsecured Creditors


_/s/ Margaret Whiteman-Greecher__                         Dated: 8/10/09
Margaret Whiteman Greecher, Esquire
Attorney for American Home Mortgage Holdings, Inc.