IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. No. 7630 |

**CERTIFICATE OF NO OBJECTION TO APPLICATION**
**RE: DOCKET NO. 7630**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Sixth Interim Application of Kilpatrick Stockton LLP as Counsel for the Debtors and Debtors-In-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim period June 1, 2009 through June 30, 2009 (the "Application"). The Court's docket which was last updated August 17, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than August 13, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($540.00) of requested fees ($675.00) and 100% of requested expenses ($5.50) on an interim basis without further Court order.

Dated: Wilmington, Delaware
August 17, 2009

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Ryan M. Bartley
        James L. Patton, Jr. (No. 2202)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Margaret B. Whiteman (No. 4652)
        Ryan M. Bartley (No. 4985)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession