IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
    Debtors.                                                             :
                                                                         : Ref. Docket Nos. 5569, 6123, 6178,
                                                                         : 6906, 7394 & 7629
------------------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL SUBMITTING FOURTH ORDER WITH RESPECT
TO DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On September 2, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Seventeenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 5569]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge the claim filed by Robert E. Sweeney ("Claim 7469") on the grounds that the Debtors had no liability with respect to the amounts for which Mr. Sweeney asserted he was entitled.

On or about September 25, 2008, Mr. Sweeney filed a response to the Objection [Docket No. 6123] (the "Response") in which he contends that he is entitled to $32,581.00 on account of unpaid commissions for July 2007. On October 2, 2008, the Court entered an order [Docket No.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

DB02:8600596.1                                                                       066585.1001   8/14/09
                                                                                                   7952

6178] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 7469.

On or about July 22, 2009, the Debtors filed their supplemental declaration in support of the Objection [Docket No. 7629]. On August 11, 2009, the Court held a hearing to consider, *inter alia*, the Objection as it relates to Claim 7649. After consideration of the Debtors' argument and Mr. Sweeney's response thereto, the Court entered a ruling on the record with respect to Claim 7649. A proposed form of order reflecting the Court's ruling is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: August 14, 2009
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

_____
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
          Debtors.                                                 :
                                                                   :   Ref. Docket Nos. 5569, 6123, 6178,
                                                                   :   6906, 7394 & 7629
------------------------------------------------------------------ x

**FOURTH ORDER WITH RESPECT TO DEBTORS' SEVENTEENTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b)
OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007,
AND LOCAL RULE 3007-1**

Upon consideration of the seventeenth omnibus (substantive) objection (the "Objection") [Docket No. 5569] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 6178] on October 2, 2008; and the Objection having been adjourned with respect to various proofs of claim including claim number 7469 ("Claim 7469") filed by Mr. Sweeney; and the Debtors having filed their supplemental declaration in support of the Objection [Docket No. 7629]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having conducted a hearing on August 11, 2009 to consider the Objection and Claim 7469; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 7469 is hereby reclassified and allowed in the amount and priority against American Home Mortgage Corp. (Case No. 07-11051) as follows: (i) $10,950.00, unsecured, priority; and (ii) $21,631.00, unsecured, non-priority; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_, 2009

                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE