**EXHIBIT B**

# HAHN & HESSEN LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136829

For professional services rendered from December 1, through December 31, 2008 in connection with the following:

| | | | |
|---|---|---|---:|
| 001 | GENERAL | $ | 1,160.00 |
| 002 | CREDITORS COMMITTEE | | 36,628.50 |
| 003 | RETENTIONS | | 411.50 |
| 006 | SALES OF ASSETS | | 9,549.50 |
| 007 | PROFESSIONIAL FEES | | 5,472.50 |
| 009 | LITIGATION | | 17,122.00 |
| 010 | PLAN AND DISCLOSURE STATEMENT | | 18,404.00 |
| 011 | EMPLOYEE ISSUES | | 5,642.50 |
| 012 | CLAIMS ADMINISTRATION | | 2,481.00 |
| 013 | INVESTIGATION OF COMPANY | | 95,542.00 |
| | **Total Time** | $ | 192,413.50 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 173.20 |
| | CARFARE | | 360.55 |
| | DUPLICATING | | 400.20 |
| | LEXIS | | 785.56 |
| | MEALS | | 319.01 |
| | OVERNIGHT DELIVERY | | 46.54 |
| | SEARCH FEES | | 371.68 |
| | TRAVEL | | 320.00 |
| | **Total Disbursements** | $ | 2,776.74 |
| | **TOTAL BILL** | $ | **195,190.24** |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136829

For professional services rendered from December 1, through December 31, 2008 in connection with the following:

703159          AMERICAN HOME MORTGAGE HOLDINGS, INC.
001             GENERAL

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/09/08 | Review pleadings for 12/10 hearing (.40); phone call with P. Jackson re: status of DB matter and meeting with MSI re: same (.40). | ELS | 0.80 | 420.00 |
| 12/12/08 | Phone call with Tuesdell re: trustee interviews. | ELS | 0.70 | 367.50 |
| 12/12/08 | E-mail from Truesdell re Liquidity Trustee interviews | MTP | 0.20 | 149.00 |
| 12/29/08 | Email exchange with Beach re Triad call and open info requests. | MTP | 0.30 | 223.50 |

TOTAL HOURS                                    2.00

TOTAL SERVICES ........................................................$      1,160.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $35.06 |
| CARFARE | $90.78 |
| DUPLICATING | $12.60 |
| MEALS | $56.99 |
| OVERNIGHT DELIVERY | $13.13 |
| SEARCH FEES | $7.36 |

DISBURSEMENT SUMMARY

TOTAL DISBURSEMENTS ............................................................$       215.92

TOTAL FEES & DISBURSEMENTS ............................................$    1,375.92

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 486 | Schnitzer | 1.50 | 525.00 | 787.50 |
| 364 | Power | 0.50 | 745.00 | 372.50 |
| ATTY TOTAL | | 2.00 | | 1,160.00 |

# HAHN & HESSEN LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136829

For professional services rendered from December 1, through December 31, 2008 in connection with the following:

|  | |
|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 002 | CREDITORS COMMITTEE |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/08 | Examination of various recent docket entries concerning various motions and updating the various Committee calendars [1.1] examination of JPMorgan stipulation, motion & order re litigation & drafting memo [1.3] examination of Young Conaway's latest fee application [.7]. | EK | 3.10 | 992.00 |
| 12/01/08 | Conference call with Beach and Allen Overy attorneys re: SEC investigation and Borrowers' Committee request for related documents and emails re: same. | ELS | 0.40 | 210.00 |
| 12/01/08 | Prepare for meeting with EK and MSI (.30) meeting with EK and MSI on upcoming events, objection deadlines and hearings (.30) Pull and review Disclosure order for ELS (.50) review docket and recent pleadings (.70) Search for Purchase agreements for DDG (1.20) | JS | 3.00 | 735.00 |
| 12/01/08 | Review pending motions and meeting with EK regarding same. | MSI | 0.30 | 223.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/02/08 | Examining letter to the court requesting updated claims registrar and connected issues [.2] examining list of ordinary course professionals [.3] emails to Brett Fallon re discovered documents of CMI [.3] examining Kroll application for compensation [.4] examining motion MERS to compel [.9] drafting summary for the Committee of the motion to compel [.8] examination of AHM motion to settle with community development administration [.7] drafting summary for the committee of the motion to settle with the community development association [.8] examining motion to settle with Natixis [.9] drafting the summary of the motion to settle with Natixis and the Debtors [1.1]. | EK | 6.40 | 2,048.00 |
| 12/02/08 | Meeting with MSI re: second D&O insurance stipulation and emails re: same (.30); phone calls/emails with Natixis attorney, debtors' attorney and MSI/MTP re: Natixis settlement (.40). | ELS | 0.70 | 367.50 |
| 12/02/08 | Various meeting with ELS regarding outstanding issues and claims. | MSI | 0.40 | 298.00 |
| 12/02/08 | Discussion with ELS & MSI re proposed settlement of claim (.2). | MTP | 0.20 | 149.00 |
| 12/03/08 | Sending various emails to ELS, JXZ, JS re forthcoming motions [.3] examination of the various responses to the Debtors' rejection of certain claims [.6] examination of the changes to the CB Richard Ellis retention agreement to sell Debtor property [.4] examination of Allen & Overy's latest fee application and drafting a memo [.5] drafting Committee minutes [1.8]. | EK | 3.60 | 1,152.00 |
| 12/03/08 | Review of revised D&O stipulation; meeting with MSI re: same and email to debtors' counsel re: same (.30); review email re: borrowers' committee request for certain documents provided to the SEC and meeting with MSI re: same (.30); conference call with MSI, Beach and Jackson re: Borrowers' committee request for certain documents provided to the SEC and meeting with MSI re: same (.40). | ELS | 1.00 | 525.00 |
| 12/03/08 | Review Omnibus Objection to claims Maricopa county treasurers (.10) review supplemental engagement agreement regarding CB Richard Ellis retention (.20) review objection to debtors' omnibus objection to claims (.10) monitor docket and recent pleadings (.30) | JS | 0.70 | 171.50 |
| 12/03/08 | Review docket and recent motions (.50). | JXZ | 0.50 | 187.50 |
| 12/03/08 | Telephone conversation with P. Jackson, Beach and ELS regarding requests from the Borrower's committee for SEC documents and other outstanding issues (.40); telephone conversation with creditors regarding disclosure order (.10); review subpoena's (.40). | MSI | 0.90 | 670.50 |
| 12/04/08 | Talking to MSI and drafting an email to the Committee re update [.3] examining various objections to claims [.4] drafting AHM minutes [1.3]. | EK | 2.00 | 640.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/04/08 | Review motion summaries (.30); draft extensive update e-mail to the committee (.90); meeting with MTP regarding same (.20). | MSI | 1.40 | 1,043.00 |
| 12/04/08 | Review and discuss with MSI re update e-mail to the Committee | MTP | 0.50 | 372.50 |
| 12/05/08 | Review hearing agenda (.10). | JXZ | 0.10 | 37.50 |
| 12/05/08 | Review docket and recent motions and orders (.20). | JXZ | 0.20 | 75.00 |
| 12/07/08 | Drafting the Committee's minutes [1.2] examination of the objection deadlines pending and the motions that are scheduled for hearing and updating the Committee's calendars (1.6). | EK | 2.80 | 896.00 |
| 12/08/08 | Examination of docket entries emailed by Kathy Senese [1.2] editing 2 summaries of motions before the court for the Committees attention and emailing to the Committee [.9] emails to Susan Johnson re the motion summaries [.2] examining the transcript of hearing dated 11/25/08 [.1] talking with AHM creditor re the plan and disclosure statement [.5] | EK | 2.90 | 928.00 |
| 12/08/08 | Meeting with MSI re: summaries and American Title Insurance settlements and review and revise same. | ELS | 0.70 | 367.50 |
| 12/08/08 | Review notice of agenda for hearing on 12/10 (.20) prepare for hearing (.80) review docket and pleadings filed (.30) | JS | 1.30 | 318.50 |
| 12/08/08 | Review hearing agenda (.10); review motion summaries (.10). | JXZ | 0.20 | 75.00 |
| 12/08/08 | Review issues raised by borrower's committee and effect on plan (.70); meeting with ELS regarding outstanding motions and position of the committee (.20). | MSI | 0.90 | 670.50 |
| 12/09/08 | Examination of order authorizing the employment of Zuckerman LLP [.2] examination of the order approving the settlement with Bekins [.3] examination of the order authorizing the replacement of Kroll Zolfo Cooper [.3] examination of letter to the Court re creditors' being ignored [.2] drafting Committee minutes [.6] | EK | 1.60 | 512.00 |
| 12/09/08 | Prepare telephonic appearance for ELS for 12/10/08 hearing (.20) review and circulate DI 6687 Order granting retention of Gilbert Oshinsky and Zuckerman Saeder (.30) review order authorizing the replacement of Kroll Zolfo (.10) review DI 6691 Letter requesting investigation (.10) review and mark motion to appear pro hac (.10) review DI 6695 response to debtors' omnibus objection to claims (.10) review DI 6696 response to debtors' omnibus objection to claims 22 (.10) motion docket (.30) file maintenance (.50) | JS | 1.80 | 441.00 |
| 12/09/08 | Review recent orders (.20); review Committee update (.10). | JXZ | 0.30 | 112.50 |
| 12/10/08 | Took call from Robert Bird - AHM creditor re disclosure statement [.5] examination of recent docket entries and emails received from Kathy Senese re: various motion and order [.9] | EK | 1.40 | 448.00 |
| 12/10/08 | Phone call with creditor re: plan. | ELS | 0.20 | 105.00 |
| 12/10/08 | Review and monitor docket (.20). | JS | 0.20 | 49.00 |
| 12/10/08 | Attention to creditor inquiries (.10). | JXZ | 0.10 | 37.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/10/08 | Review motions and summaries. | MSI | 0.30 | 223.50 |
| 12/10/08 | Prepare for (.5); travel to and from and attend omnibus hearing before BJ Sontchi (4.5); draft email to Committee and respond to various questions re our recommendation to approve sale to Vantium (1.). | MTP | 6.00 | 4,470.00 |
| 12/11/08 | Prepared for Committee call [.4] attended Committee call [1.1] drafted Committee minutes [13] read BDO report before AHM meeting [.6] sending out reminder + Committee agenda [.2] emails with Susan Johnson re: agenda [.1] calls w/ELS re: AHM call [.2] | EK | 3.90 | 1,248.00 |
| 12/11/08 | Creditors' Committee call. | ELS | 1.10 | 577.50 |
| 12/11/08 | Attention to creditor inquiries (1.00); review financial update (.30). | JXZ | 1.30 | 487.50 |
| 12/11/08 | Review and edit BDO report to the committee (.60); telephone conversation with M. Michaelis regarding same (.10); prepare for and attend committee meeting to discuss WARN issues and liquidating trustee (1.10). | MSI | 1.80 | 1,341.00 |
| 12/11/08 | Prepare for and participate in Committee conference call | MTP | 1.10 | 819.50 |
| 12/12/08 | Examination of various fee applications for ELS in order to ensure accurate billing [1.2] emails to H&H team re objection deadlines [.2]. | EK | 1.40 | 448.00 |
| 12/15/08 | Examination of various ancillary motions and updating various Committee calendars [.8] Examination and memo drafting the Debtors' fifth quarterly fee applications and discussing the matter with the Debtors [.9]. | EK | 1.70 | 544.00 |
| 12/15/08 | Attention to creditor inquiries (1.10). | JXZ | 1.10 | 412.50 |
| 12/16/08 | Examination of various docket entries and documents sent to H&H [.6] Updating the various Committee litigation calendars and discussing with the Debtors imminent objections deadlines that are approaching [.8] Examination of Traxi's latest monthly fee applications and memo drafting [.7]Examination of BDO's latest interim fee applications and memo drafting [.5]Examination of the Debtors' various latest operating reports [1.1] Examination of the various documents sent by Kathy Senese related to current litigation [.7] | EK | 4.40 | 1,408.00 |
| 12/16/08 | Attention to creditor inquiries (2.30); review operating reports (.20). | JXZ | 2.50 | 937.50 |
| 12/16/08 | Telephone conversation with Beach regarding proposal from Triad (.20); telephone conversation with Berliner regarding same and WARN issues (.30). | MSI | 0.50 | 372.50 |
| 12/17/08 | Review creditor correspondence (.20); review recent motions (.20); review operating reports (.20); attention to creditor inquiries (1.20). | JXZ | 1.80 | 675.00 |
| 12/17/08 | Telephone conversation with Beach and Fernandes regarding Triad proposal and issues (.30); discuss same with MTP (.10). | MSI | 0.40 | 298.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/18/08 | Attention to creditor inquiries (2.70); review docket (.10). | JXZ | 2.80 | 1,050.00 |
| 12/19/08 | Examination of the PriceWaterHouse Coopers' application for compensation and drafting memo [.8] Examination of Hennigan, Bennett & Dorman's application for compensation and drafting memo [.7] Examination of motions before the Court and emailing Susan Johnson re: same [.9]. | EK | 2.40 | 768.00 |
| 12/19/08 | Meeting with ELS regarding agenda and hearing. | MSI | 0.20 | 149.00 |
| 12/22/08 | Emails from P Healy re: BG fee application [.2] Emails to Bifferato re fee applications [.1] Examining Allen & Overy's latest expenses and drafting memo [.6]. | EK | 0.90 | 288.00 |
| 12/22/08 | Review of MTP email re mediation of class action securities lawsuit and respond to same (.30); review of notes re class action lawsuit (1.3). | JPM | 1.60 | 1,176.00 |
| 12/22/08 | Attention to creditor inquiries (.80); review docket/notices (.10). | JXZ | 0.90 | 337.50 |
| 12/22/08 | Meeting with MTP regarding Triad issues. | MSI | 0.20 | 149.00 |
| 12/23/08 | Examining the Order (and motion documents Approving the settlement with Ixis Real Estate [.4] Examining Order allow Debtors to extend time to remove actions [.3] Drafting Committee Minutes [1.8] Examination of Milestone Advisors Fee Application and drafting memo [.7] Examination of the Motion filed to Bifferato re: the Committee's conflicts counsel [.3]. | EK | 3.50 | 1,120.00 |
| 12/23/08 | Confer with RJM re mediation of class action lawsuit (.20); confer with RJM, MSI and MTP re same (.50); review complaint (.60). | JPM | 1.30 | 955.50 |
| 12/23/08 | Attention to Creditors inquiries (.50); review motion to allow (.10). | JXZ | 0.80 | 300.00 |
| 12/24/08 | Examination of documents sent by Kathy Senese [1.6]. | EK | 1.60 | 512.00 |
| 12/24/08 | Review draft questions for potential trustees. | ELS | 0.20 | 105.00 |
| 12/24/08 | Attention to creditor inquiries. | JXZ | 0.60 | 225.00 |
| 12/30/08 | Examination of the Debtors' latest fee applications and drafting memo [.7] | EK | 0.70 | 224.00 |
| 12/30/08 | Review M. Michaelis email with update from call with Zolfo Cooper (.1). | MTP | 0.20 | 149.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | TOTAL HOURS |  | 87.00 |  |
|  | TOTAL SERVICES ................................................................$ |  |  | 36,628.50 |

DISBURSEMENT SUMMARY

| LONG DISTANCE TELEPHONE CHARGES | $137.14 |
|---|---|
| CARFARE | $133.09 |
| DUPLICATING | $59.90 |

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| LEXIS | $24.34 |
| MEALS | $184.62 |
| SEARCH FEES | $205.04 |
| TRAVEL | $320.00 |

TOTAL DISBURSEMENTS ............................................................$    1,064.13

TOTAL FEES & DISBURSEMENTS ...........................................$    37,692.63

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---:|---:|---:|
| 556 | Smith | 7.00 | 245.00 | 1,715.00 |
| 550 | Keary | 44.30 | 320.00 | 14,176.00 |
| 493 | Zawadzki | 13.20 | 375.00 | 4,950.00 |
| 486 | Schnitzer | 4.30 | 525.00 | 2,257.50 |
| 226 | McCahey | 2.90 | 735.00 | 2,131.50 |
| 260 | Indelicato | 7.30 | 745.00 | 5,438.50 |
| 364 | Power | 8.00 | 745.00 | 5,960.00 |
| ATTY TOTAL | | 87.00 | | 36,628.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136829

For professional services rendered from December 1, through December 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
003         RETENTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/03/08 | Review OCP retention affidavit and supplemental OCP list (.20). | JXZ | 0.20 | 75.00 |
| 12/16/08 | Review OCP affidavit and supplemental OCP list (.20). | JXZ | 0.20 | 75.00 |
| 12/17/08 | Review OCP affidavit (.10). | JXZ | 0.10 | 37.50 |
| 12/19/08 | Fee application papers of Bifferato Gentilotti and sending to Wilmington Trust for signature [.7]. | EK | 0.70 | 224.00 |

TOTAL HOURS          1.20

TOTAL SERVICES .........................................................................$    411.50

DISBURSEMENT SUMMARY

MEALS                                                                    $17.16

TOTAL DISBURSEMENTS ............................................................$     17.16

TOTAL FEES & DISBURSEMENTS ............................................$    428.66

<u>SUMMARY OF ATTORNEY TIME</u>

| <u>ATTORNEY</u> | | <u>HOURS</u> | BILLED<br><u>PER HOUR</u> | BILL<br><u>AMOUNT</u> |
|---|---|---|---|---|
| 550 | Keary | 0.70 | 320.00 | 224.00 |
| 493 | Zawadzki | 0.50 | 375.00 | 187.50 |
| ATTY TOTAL | | 1.20 | | 411.50 |

# HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136829

For professional services rendered from December 1, through December 31, 2008 in connection with the following:

| | 703159 | AMERICAN HOME MORTAGE HOLDINGS, INC. |
| | 006 | SALES OF ASSETS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/05/08 | Miscellaneous e-mails regarding loan sale (0.1); conference call regarding same (0.3); review Vantium changes to purchase agreement (0.2). | DDG | 0.60 | 417.00 |
| 12/05/08 | Call from Vantium; attention to e-mails re problems with second sale | MTP | 0.30 | 223.50 |
| 12/09/08 | Miscellaneous conferences and e-mails regarding Vantuim loan purchase bid. | DDG | 0.20 | 139.00 |
| 12/09/08 | Meeting with MTP regarding alternatives to sale. | MSI | 0.20 | 149.00 |
| 12/09/08 | Discussions with DDG & MSI re how to handle second bid from Vantium; call to Vantium to up its number | MTP | 0.80 | 596.00 |
| 12/10/08 | Reviewing correspondence between Committee and H&H re: second lien loans [.4]. | EK | 0.40 | 128.00 |
| 12/10/08 | E-mails regarding sale of seconds (.10). | JXZ | 0.10 | 37.50 |
| 12/10/08 | Review e-mail and discuss sale with MTP. | MSI | 0.30 | 223.50 |
| 12/10/08 | Numerous e-mails with YCSTand DDG re issues and questions with Vantium transaction (.7). | MTP | 0.70 | 521.50 |
| 12/11/08 | Review asset disposition plan (0.2); conference call with MTP, Young, Conaway, Milestone re: loan sale issues (0.6); review BDO summary re: American Home Bank, WLR issues, loan sales (0.2). | DDG | 1.00 | 695.00 |
| 12/11/08 | Examining motion & order re: sale of assets of 2nd lien loans and summary [1.4]. | EK | 1.40 | 448.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/11/08 | Call with Debtors & DDG re loan sale issues | MTP | 0.60 | 447.00 |
| 12/14/08 | Review sale order (.10). | JXZ | 0.10 | 37.50 |
| 12/22/08 | E-mails and conferences with MTP, RK, Sean Beach re: Vantium dispute (1.0); review purchase agreement re: same (0.4). | DDG | 1.40 | 973.00 |
| 12/22/08 | Attention to issues with Vantium sale dispute | MTP | 1.00 | 745.00 |
| 12/23/08 | Miscellaneous e-mails and conferences with MTP, Grear re: Vantium dispute with respect to REO. | DDG | 1.10 | 764.50 |
| 12/23/08 | Attention to strategy issue with respect to sale of REO and review potential bidder list; call with Debtors & DDG | MTP | 1.20 | 894.00 |
| 12/24/08 | Miscellaneous conferences and e-mails with MTP, Grear, Vantium's counsel re: dispute over REO. | DDG | 0.80 | 556.00 |
| 12/24/08 | Email exchange with Vantium, YCST re issues with potential sale of defaulted seconds. | MTP | 0.40 | 298.00 |
| 12/24/08 | Call from home with Debtors & DDG re trying to resolve dispute with Vantium; call Mike Commarado resolving same | MTP | 0.70 | 521.50 |
| 12/30/08 | Email to BDO - MSI explaining possible strategy for WLR to acquire AHM thrift. | MTP | 0.20 | 149.00 |
| 12/31/08 | E-mails with MTP, conference. with MSI sale of AH Bank, Mount Prospect | DDG | 0.20 | 139.00 |
| 12/31/08 | Telephone conversation with Lunn regarding sale of Chicago property (.20); review e-mail regarding same (.20). | MSI | 0.40 | 298.00 |
| 12/31/08 | E-mails re issues with sale of bank | MTP | 0.20 | 149.00 |

TOTAL HOURS                          14.30

TOTAL SERVICES ........................................................................$    9,549.50

DISBURSEMENT SUMMARY

MEALS                                                                        $15.28

OVERNIGHT DELIVERY                                                          $33.41

TOTAL DISBURSEMENTS ...........................................................$    48.69

TOTAL FEES & DISBURSEMENTS ............................................$    9,598.19

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 550 | Keary | 1.80 | 320.00 | 576.00 |
| 493 | Zawadzki | 0.20 | 375.00 | 75.00 |
| 426 | Grubman | 5.30 | 695.00 | 3,683.50 |
| 260 | Indelicato | 0.90 | 745.00 | 670.50 |
| 364 | Power | 6.10 | 745.00 | 4,544.50 |
| ATTY TOTAL | | 14.30 | | 9,549.50 |

# HAHN & HESSEN LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136829

For professional services rendered from December 1, through December 31, 2008 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
|  | 007 | PROFESSIONIAL FEES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/08 | Review fee applications; draft summaries and e-mails with MTP regarding same (2.0). | JXZ | 2.00 | 750.00 |
| 12/01/08 | Review JXZ e-mail summary re fees | MTP | 0.10 | 74.50 |
| 12/02/08 | Edit H&H Tenth monthly fee application. | JS | 1.20 | 294.00 |
| 12/03/08 | Finalize H&H's May fee app (.60) emails to K.Senese regarding same (.10) | JS | 0.70 | 171.50 |
| 12/04/08 | Revise and finalize H&H's Eleventh, Twelfth and Thirteenth fee apps (6.40) meeting with MTP and MSI re same (.40) | JS | 6.80 | 1,666.00 |
| 12/04/08 | Work on monthly fees. | MSI | 0.80 | 596.00 |
| 12/05/08 | Prepare exhibits of H&Hs 11th, 12th and 13th fee apps for filing and notice (2.10) | JS | 2.10 | 514.50 |
| 12/08/08 | Review fee applications, draft summaries and emails MTP re: same. | JXZ | 0.80 | 300.00 |
| 12/08/08 | Review JXZ e-mail summary re fees | MTP | 0.20 | 149.00 |
| 12/11/08 | Breakdown fees for H&H | JS | 1.00 | 245.00 |
| 12/12/08 | E-mails regarding professional fees. | JXZ | 0.20 | 75.00 |
| 12/15/08 | Draft, revise and finalize H&H's Fourth quarterly fee application (1.80) | JS | 1.80 | 441.00 |
| 12/30/08 | Review YCST's November fee application(.60) update summary fee chart (.20) | JS | 0.80 | 196.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| | TOTAL HOURS | | 18.50 | |
| | TOTAL SERVICES ...................................................................$ | | | 5,472.50 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $0.50 |
| CARFARE | $70.38 |
| DUPLICATING | $90.90 |
| SEARCH FEES | $0.24 |
| | |
| TOTAL DISBURSEMENTS ............................................................$ | 162.02 |
| TOTAL FEES & DISBURSEMENTS ............................................$ | 5,634.52 |

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 556 | Smith | 14.40 | 245.00 | 3,528.00 |
| 493 | Zawadzki | 3.00 | 375.00 | 1,125.00 |
| 260 | Indelicato | 0.80 | 745.00 | 596.00 |
| 364 | Power | 0.30 | 745.00 | 223.50 |
| ATTY TOTAL | | 18.50 | | 5,472.50 |

# HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136829

For professional services rendered from December 1, through December 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
009         LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/01/08 | Prepare for conference with Cadwalader (0.2); conference call with Cadwalader and ZGN, conferences with ZGN and AC regarding call (0.9); review miscellaneous agreements, secondary sources regarding meaning of "subject to repurchase" (1.1); miscellaneous conferences and e-mails with AC, ZGN, JS regarding same (0.4) | DDG | 2.60 | 1,807.00 |
| 12/01/08 | Examination of Wells Fargo appeal litigation documents [.8] examination of the motion to compel assumption of Debtors' contracts [.7] drafting summary of the motion to compel the assumption of certain proceedings [.3] examining DBSP appeal brief [1.1] | EK | 3.80 | 1,216.00 |
| 12/02/08 | Examination of various orders granting relief from the automatic stay re second lien issue [.6] examining documents concerning whether AHM have equity in certain liens for ELS [1.6] examining CMI discovered documents [1.9]. | EK | 4.60 | 1,472.00 |
| 12/03/08 | Examination of the various motions concerned with the JPMC litigation & drafting a synopsis on its progression [1.4] examining the American Brokers stipulation for ELS [.5] examining foreclosures re 2nd lien issue [2.1] | EK | 4.00 | 1,280.00 |
| 12/04/08 | Examining the litigation concerning the motion to lift the stay as to tax sale and counterclaims and dratting memo summary [1.2]. | EK | 1.20 | 384.00 |
| 12/07/08 | Examination of the recent developments in AHM's adversaries [1.1]. | EK | 1.10 | 352.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/08/08 | Review AC memorandum, e-mails with ZGN and AC regarding same. | DDG | 0.30 | 208.50 |
| 12/09/08 | Calls to the debtor re adversaries [.3] examination of discovered materials in Wells adversary [1.3] | EK | 1.60 | 512.00 |
| 12/09/08 | Adv. Pro. 08-51462 review docket and order approving settlement (.20) | JS | 0.20 | 49.00 |
| 12/10/08 | Examination of Bekins adversary, order approving settlement - case closed [.8] drafting summary of the Wells Fargo adversary - case moved to U.S. District Court [1.3]. | EK | 2.10 | 672.00 |
| 12/10/08 | Adv. Pro. 07-51741 review DI 85 Notice of Docketing (.10) | JS | 0.10 | 24.50 |
| 12/15/08 | Meet with ZGN, MSI regarding Union Federal litigation. | DDG | 1.00 | 695.00 |
| 12/15/08 | Memo for ELS re: Motion to Approve a Settlement Between American Brokers Conduit and ATIF [.7] , Memo re: Motion to Further Extend the Time Within Which the Debtors May Remove Actions [.5], Memo re: Motion to Approve Compromise Between American Home Mortgage Corp and Community Development Administration [.6], Motion to Approve Settlement Between Natixis and the Debtors re: possible objection [1.2] Examination of the Motion of settlement with the Directors and memo [.9] | EK | 3.90 | 1,248.00 |
| 12/15/08 | Adv. pro. 07-51688 Review DI 91 Notice of service of discovery (.10) review DI 92 (.10) | JS | 0.20 | 49.00 |
| 12/15/08 | Meeting with ZGN and DDG to discuss possible issues on Waterfield litigation and memo to the committee. | MSI | 1.10 | 819.50 |
| 12/16/08 | Review and comments on ZGN memo to committee re: Union Federal. | DDG | 0.90 | 625.50 |
| 12/17/08 | Review Waterfield financial statements (0.2); review D'Urso case, memoranda of law regarding recoupment, escrow agreement; e-mail to MSI, ZGN, AC regarding same (0.8). | DDG | 1.00 | 695.00 |
| 12/18/08 | Adv. Pro. 08-50634 review docket and CNO DI 6 (.10) Adv. Pro. 08-50633 review docket and CNO (.10) | JS | 0.20 | 49.00 |
| 12/19/08 | Examination of the Debtors' various objection to claims and the objections to those claims [1.2] Examination of DBSP's letter to Judge Sontchi re: MLPSA and the status conference [.6] Examination of recent various docket entries and updating various Committee Calendars [.8] Drafting Committee Minutes [2.5]. | EK | 5.10 | 1,632.00 |
| 12/22/08 | Examination of the Debtors' objection to claims and examination of the various responses and examination various court orders [1.2] Examining Court order re: Natixis Compromise [.4] Examining Court order re: Community Development Association stipulation [.3]. | EK | 1.90 | 608.00 |
| 12/22/08 | E-mail with JPM & MSI re my views on mediation with D&O carrier re D&O claims settlement | MTP | 0.50 | 372.50 |
| 12/23/08 | Review designation of record. | JXZ | 0.10 | 37.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/23/08 | Discussion with JPM, MSI, RJM re mediation of D&O claims | MTP | 0.50 | 372.50 |
| 12/24/08 | Review revised ZGN memo, provide comments re: same. | DDG | 0.40 | 278.00 |
| 12/24/08 | Email exchange with P. Carnin re D&O litigation mediation (.2). | MTP | 0.20 | 149.00 |
| 12/29/08 | Examining the Objection filed against the Chapter 11 plan and drafting memo [1.9] | EK | 1.90 | 608.00 |
| 12/29/08 | Adv Pro. 08-50634 review docket and DI 7 Order (.20) review Adv. 08-50633 review docket and DI 16 Order approving stipulation (.20) | JS | 0.40 | 98.00 |
| 12/30/08 | Review memo on Waterfield (.70); telephone conversation with ZGN regarding same (.10). | MSI | 0.80 | 596.00 |
| 12/31/08 | E-mails with Zimmer and ZGN re: update on Union Federal litigation | DDG | 0.20 | 139.00 |
| 12/31/08 | Adv Pro. 07-51738 review docket and DI 37 - Stipulation (.20) review DI 38 Certification of counsel (.10) | JS | 0.30 | 73.50 |

TOTAL HOURS     42.20

TOTAL SERVICES ........................................................................$    17,122.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $0.50 |
| DUPLICATING | $27.80 |
| MEALS | $38.33 |
| SEARCH FEES | $42.00 |

TOTAL DISBURSEMENTS ...........................................................$    108.63

TOTAL FEES & DISBURSEMENTS ...........................................$    17,230.63

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 556 | Smith | 1.40 | 245.00 | 343.00 |
| 550 | Keary | 31.20 | 320.00 | 9,984.00 |
| 493 | Zawadzki | 0.10 | 375.00 | 37.50 |
| 426 | Grubman | 6.40 | 695.00 | 4,448.00 |
| 260 | Indelicato | 1.90 | 745.00 | 1,415.50 |

| 364 | Power | 1.20 | 745.00 | 894.00 |
|-----|-------|------|--------|--------|
| ATTY TOTAL | | 42.20 | | 17,122.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136829

For professional services rendered from December 1, through December 31, 2008 in connection with the following:

> 703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
> 010          PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/08 | Review solicitation order (.10). | JXZ | 0.10 | 37.50 |
| 12/01/08 | Telephone conversation with creditors regarding confirmation process (.40); review order and numerous e-mails with committee members regarding same (.20); review plan and allocation issues (.60). | MSI | 1.20 | 894.00 |
| 12/02/08 | Examination of the disclosure statement and approved order re ELS [1.3]. | EK | 1.30 | 416.00 |
| 12/02/08 | Emails re: order approving disclosure statement, disclosure statement and plan to committee. | ELS | 0.30 | 157.50 |
| 12/08/08 | Email correspondence with potential plan trustee. | ELS | 0.30 | 157.50 |
| 12/08/08 | E-mail exchange with YCST, MSI, Borrowers counsel re Borrowers Committee's wish list for plan | MTP | 0.80 | 596.00 |
| 12/09/08 | Answering calls from various creditors re: plan and disclosure statement [.9] | EK | 0.90 | 288.00 |
| 12/10/08 | Attend to phone messages (5x) and calls (2x) from creditors re AHM plan and disclosure statement (.5). | MTP | 0.50 | 372.50 |
| 12/11/08 | Examination of the various objections to the plan's being filed [.9]. | EK | 0.90 | 288.00 |
| 12/11/08 | Prepare a binder for objections to the plan of reorganization (.70) | JS | 0.70 | 171.50 |
| 12/11/08 | Meeting with MTP regarding plan confirmation issues (.10). | JXZ | 0.10 | 37.50 |
| 12/11/08 | Discuss research assignment with JXZ | MTP | 0.20 | 149.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/12/08 | Phone calls with various creditors re: plan. | ELS | 1.10 | 577.50 |
| 12/12/08 | Take telephone calls from various creditors regarding plan and ballot questions. | JS | 0.80 | 196.00 |
| 12/12/08 | Multiple (8x) calls from creditors re questions on plan | MTP | 1.00 | 745.00 |
| 12/14/08 | E-mails regarding ballots (.10). | JXZ | 0.10 | 37.50 |
| 12/15/08 | Talking on the phone with AHM Creditors re: plan documents and explaining the processes [.6]. | EK | 0.60 | 192.00 |
| 12/15/08 | Telephone conversation with creditor regarding ballots and plan (.20); telephone conversation with Beach regarding outstanding plan issues and borrower's committee issues (.20); review plan and JPM issue (.40). | MSI | 0.80 | 596.00 |
| 12/16/08 | Review of amended plan and disclosure statement (2.5). | JPM | 2.50 | 1,837.50 |
| 12/16/08 | Discussion with Beach re issues with Triad | MTP | 0.20 | 149.00 |
| 12/17/08 | Conference call with Debtors & MSI re Triad settlement proposal | MTP | 0.50 | 372.50 |
| 12/19/08 | Conference call with MSI, MTP, Beach, Jackson borrower's committee counsel regarding their suggested revisions to plan. | ELS | 1.00 | 525.00 |
| 12/19/08 | Review term sheet provided by borrower's counsel regarding items borrowers want addressed (.40); attend conference call with borrower's regarding same (1.10). | MSI | 1.50 | 1,117.50 |
| 12/19/08 | Review term sheet (.5); conference call with YCST, MSI, ELS, Borrowers' counsel re their wish list for plan changes (1.1) | MTP | 1.60 | 1,192.00 |
| 12/23/08 | Review objection. | JXZ | 0.10 | 37.50 |
| 12/23/08 | Review and analyze issues raised by the Borrowers' Committee and plan issues (1.40); review emails from Beach on issues raised by Calyon (.30). | MSI | 1.70 | 1,266.50 |
| 12/24/08 | Email exchange with YCST & Drebsky re DBNT EPD/breach claims. | MTP | 0.20 | 149.00 |
| 12/29/08 | Phone calls with unsecured creditors re: disclosure statement (.50); communications with prospective plan trustees (.30). | ELS | 0.80 | 420.00 |
| 12/29/08 | Revise and edit questionnaire for proposed liquidating trustee (.60); emails to numerous parties re: same (.70); telephone conference with several candidates re: inquiries and additional information (.30). | MSI | 1.60 | 1,192.00 |
| 12/30/08 | E-mail to committee regarding 1/5/08 meeting (.20); numerous e-mails for potential liquidating trustees (.80); reviewed borrower issue (.70). | MSI | 1.70 | 1,266.50 |
| 12/30/08 | Forward various e-mails re plan Trustee candidates | MTP | 0.30 | 223.50 |
| 12/31/08 | Meeting with MSI re: trustee interviews and draft email to candidates re: conflicts and interviews (.90); draft email to committee re: interview times (.20); phone call with creditor re: ballots (.30). | ELS | 1.40 | 735.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/31/08 | Telephone conversation with various parties for liquidating trustee (.80); review submissions (.60); meeting with ELS regarding same and meeting (.30); telephone conversation with Beach regarding borrowers, Triad and various disputes (.40); review confirmation issues (.60). | MSI | 2.70 | 2,011.50 |

TOTAL HOURS      29.50

TOTAL SERVICES ......................................................... $   18,404.00

DISBURSEMENT SUMMARY

DUPLICATING      $0.20

MEALS      $6.63

TOTAL DISBURSEMENTS ......................................... $   6.83

TOTAL FEES & DISBURSEMENTS ........................... $   18,410.83

## SUMMARY OF ATTORNEY TIME

| | ATTORNEY | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 1.50 | 245.00 | 367.50 |
| 550 | Keary | 3.70 | 320.00 | 1,184.00 |
| 493 | Zawadzki | 0.40 | 375.00 | 150.00 |
| 486 | Schnitzer | 4.90 | 525.00 | 2,572.50 |
| 226 | McCahey | 2.50 | 735.00 | 1,837.50 |
| 260 | Indelicato | 11.20 | 745.00 | 8,344.00 |
| 364 | Power | 5.30 | 745.00 | 3,948.50 |
| | ATTY TOTAL | 29.50 | | 18,404.00 |

# Hahn & Hessen LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136829

For professional services rendered from December 1, through December 31, 2008 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|  | 011 | EMPLOYEE ISSUES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/01/08 | Calendar maintenance (.10); conference call with debtors regarding WARN issues (.70); call with D. Berliner regarding settlement scenarios (.10). | JXZ | 0.90 | 337.50 |
| 12/01/08 | Review issues on proposed settlement and plan structure to develop alternatives (.70); telephone conversation with S. Holtz and S. Beach regarding same (.60); telephone conversation with Berliner regarding same (.20). | MSI | 1.50 | 1,117.50 |
| 12/02/08 | Taking calls from AHM employees re claims [.5]. | EK | 0.50 | 160.00 |
| 12/04/08 | Telephone conversation with Berliner regarding various assumptions in WARN analysis (.20); review analysis prepared by BDO (.60). | MSI | 0.80 | 596.00 |
| 12/05/08 | E-mails with MSI and M. Olsen regarding discovery (.10). | JXZ | 0.10 | 37.50 |
| 12/05/08 | Review analysis prepared by BDO regarding alternatives to plaintiff settlement proposal (.60); draft e-mails regarding same (.20). | MSI | 0.80 | 596.00 |
| 12/08/08 | Meeting with MSI re: settlement scenarios (.10); email JT re: discovery (.10); research WARN issues and email RJM re: same (.40). | JXZ | 0.60 | 225.00 |
| 12/08/08 | Review analysis by BDO on potential WARN settlement (.40); telephone conversation with BDO regarding same, changes and presentation to debtor (.40). | MSI | 0.80 | 596.00 |
| 12/09/08 | Emails MSI, D. Berliner re: settlement scenarios. | JXZ | 0.10 | 37.50 |
| 12/09/08 | Review issues on settlement alternatives. | MSI | 0.60 | 447.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/11/08 | Review settlement scenarios (.20). | JXZ | 0.20 | 75.00 |
| 12/14/08 | E-mail JLT regarding document production (.10); e-mail with J. Randolph regarding privilege log (.10). | JXZ | 0.20 | 75.00 |
| 12/15/08 | E-mail with L. Eden regarding discovery (.10). | JXZ | 0.10 | 37.50 |
| 12/17/08 | E-mails with LR regarding document production (.10); review settlement scenarios and e-mails regarding same (.20). | JXZ | 0.30 | 112.50 |
| 12/19/08 | Telephone conversation with BDO regarding adjustments to settlement proposal (.30); review and edit sheet regarding same (.60). | MSI | 0.90 | 670.50 |
| 12/22/08 | Review WARN counter-proposal (.10). | JXZ | 0.10 | 37.50 |
| 12/22/08 | Review revised settlement chart to plaintiff's counsel (.30); draft memo regarding same (.30). | MSI | 0.60 | 447.00 |
| 12/23/08 | Email JT re: document production. | JXZ | 0.10 | 37.50 |

TOTAL HOURS 9.20

TOTAL SERVICES ........................................................................$    5,642.50


## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|------|------|-------|----------|-------|
| 550 | Keary | 0.50 | 320.00 | 160.00 |
| 493 | Zawadzki | 2.70 | 375.00 | 1,012.50 |
| 260 | Indelicato | 6.00 | 745.00 | 4,470.00 |
| ATTY TOTAL | | 9.20 | | 5,642.50 |

# HAHN & HESSEN LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136829

For professional services rendered from December 1, through December 31, 2008 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 012    | CLAIMS ADMINISTRATION                  |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/03/08 | Review recent order (.10). | JXZ | 0.10 | 37.50 |
| 12/08/08 | Examination of the overall claims objected to by the debtors [1.3] examination of the various objected to claims an epiq solutions [.6]. | EK | 1.90 | 608.00 |
| 12/08/08 | Review responses. | JXZ | 0.40 | 150.00 |
| 12/08/08 | Retrieved Circuit City employees order, motion, objection for WARN analysis. | NR | 0.40 | 108.00 |
| 12/10/08 | Review recent responses (.20). | JXZ | 0.20 | 75.00 |
| 12/11/08 | Examination of the Debtors objection to the 20th, 21st and 19th claims objections [.8] examining epiq systems re: claims administration [1.2]. | EK | 2.00 | 640.00 |
| 12/17/08 | Review claims objections (.90). | JXZ | 0.90 | 337.50 |
| 12/23/08 | Review omnibus claims objections (.50); review motion to allow (.10); review recent omnibus orders/responses (.80). | JXZ | 1.40 | 525.00 |

TOTAL HOURS                                                7.30

TOTAL SERVICES ........................................................................$    2,481.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                         $7.50

DISBURSEMENT SUMMARY

SEARCH FEES                                                                      $6.00

TOTAL DISBURSEMENTS ............................................................$        13.50

TOTAL FEES & DISBURSEMENTS ............................................$      2,494.50


## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 544 | Rigano | 0.40 | 270.00 | 108.00 |
| 550 | Keary | 3.90 | 320.00 | 1,248.00 |
| 493 | Zawadzki | 3.00 | 375.00 | 1,125.00 |
| ATTY TOTAL | | 7.30 | | 2,481.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136829

For professional services rendered from December 1, through December 31, 2008 in connection with the following:

    703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
    013         INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/01/08 | Meeting with ZGN and DDG re: analysis of AHM's claims and next steps (.20); Researched subject to repurchase and contract interpretation case law for ZGN and DDG. | AMS | 5.60 | 1,792.00 |
| 12/01/08 | Document review (Johnson emails). | AP | 3.40 | 918.00 |
| 12/01/08 | E-mail correspondence with BDO and JT regarding additional information provided to BDO. | CJK | 0.10 | 48.50 |
| 12/01/08 | Pull AHMIQ 10-K reports for 2004-2006 off SEC web-site as requested by attorney and send copies to records. | JLT | 2.00 | 470.00 |
| 12/01/08 | Review of issues re 2004 request of Deloitte (1.0); review of documents re AHM's financial reporting (1.5). | JPM | 2.50 | 1,837.50 |
| 12/01/08 | Prepare for, participate, and discuss conference call with Cadwalader re: status of litigation and related issues. | ZGN | 1.00 | 640.00 |
| 12/02/08 | Reviewed cases re: definition of subject to repurchase and contract interpretation principles; began drafting memo to DDG and ZGN summarizing findings. | AMS | 4.10 | 1,312.00 |
| 12/02/08 | Document review (Johnson emails). | AP | 0.50 | 135.00 |
| 12/02/08 | E-mail correspondence with BDO and JPM regarding Rule 2004 document request. | CJK | 0.10 | 48.50 |
| 12/02/08 | Review e-mail collections sent from AHM to determine what loads have mis-aligned coding in order to send a comprehensive list to Chris Redlich for update load file. | JLT | 5.00 | 1,175.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/02/08 | Review of memorandum from AHM re documents to be requested from Deloitte and compare to schedule in NC case (1.0); emails with BDO re same (.30). | JPM | 1.30 | 955.50 |
| 12/03/08 | Document review (Johnson emails). | AP | 8.00 | 2,160.00 |
| 12/03/08 | Reviewed Tom McDonagh's e-mails. | CJK | 6.00 | 2,910.00 |
| 12/04/08 | Document review (Johnson emails). | AP | 1.70 | 459.00 |
| 12/04/08 | Reviewed Tom McDonagh's e-mails. | CJK | 1.50 | 727.50 |
| 12/04/08 | Prepare document schedule to be requested of Deloitte (2.2); emails with RJM re Rule 2004 motion (.20); telephone conference with BDO (M. Michaelis) re same (.10). | JPM | 2.50 | 1,837.50 |
| 12/04/08 | Commence drafts Rule 2004 motion requesting discovery from Deloitte and in connection with same review BDO report, Deloitte engagement letters and corporate filings. | RJM | 4.10 | 2,296.00 |
| 12/05/08 | Document review (Johnson emails). | AP | 2.00 | 540.00 |
| 12/05/08 | E-mail correspondence with JPM, RJM and BDO regarding Rule 2004 document requests (.20); reviewed draft request (.30). | CJK | 0.50 | 242.50 |
| 12/05/08 | Conference call with MSI, debtors' counsel, Borrowers' Committee counsel and debtors' securities counsel re: SEC investigation. | ELS | 0.70 | 367.50 |
| 12/05/08 | Search binder sets and database for document cited in BDO report; reconcile AHM e-mails to create list of volumes that need replacement deliveries; send AHM documents to Records department. | JLT | 6.00 | 1,410.00 |
| 12/05/08 | Revise and edit schedule of documents to be requested of Deloitte (1.5); confer with RJM re Deloitte (.20); emails with BDO re Deloitte (.50); review of Deloitte issues (1.5). | JPM | 3.70 | 2,719.50 |
| 12/05/08 | Review of JPM's notes regarding class action complaint and cover e-mail to BDO and review draft schedule of documents prepared by JPM for Deloittte 2004 motion. | RJM | 0.60 | 336.00 |
| 12/08/08 | Finalized memo to ZGN and DDG re: "subject to repurchase" and contract interpretation case law; conducted additional research re: conditions precedent for subject to repurchase and drafted memo summarizing same. | AMS | 4.20 | 1,344.00 |
| 12/08/08 | Document review (Johnson emails). | AP | 1.80 | 486.00 |
| 12/08/08 | Reviewed Tom McDonagh's e-mails. | CJK | 4.00 | 1,940.00 |
| 12/08/08 | Revise document request for Deloitte (.30); review of Deloitte issues (1.0); confer with RJM (.20); review of debtors' documents (2.0). | JPM | 3.50 | 2,572.50 |
| 12/08/08 | Finalize first draft of motion papers for Rate 2004 discovery and review/edit related revised document list for BDO. | RJM | 2.50 | 1,400.00 |
| 12/09/08 | Researched Rule 2004 examination issue; document review (Johnson emails). | AP | 9.20 | 2,484.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/09/08 | E-mail correspondence with JPM regarding any requirement for conference to make Rule 2004 motion (.30); research Delaware local rules regarding same (.20). | CJK | 0.50 | 242.50 |
| 12/09/08 | Several revisions to Committee's motion for Rule 2004 Order re Deloitte (5.5); several conferences with RJM re same (.80); telephone conference with Deloitte's counsel re request (.30); telephone conference with M. Michaelis of BDO re document request for Deloitte (.20); emails with BDO re same (.20); confer with MSI re same (.10); review of plan (.50). | JPM | 7.60 | 5,586.00 |
| 12/09/08 | Discuss SEC doc request with ELS & MSI | MTP | 0.20 | 149.00 |
| 12/09/08 | Conference with JPM re Rule 2004 examination of Deloitte (.30); conference with AP re research re same (.20); review H&H memos and read additional cases re the impact of plan confirmation on Rule 2004 (2.40); telephone to local counsel re 2004 motion (.20); conference with ELS re plan confirmation (.10). | RJM | 3.20 | 1,792.00 |
| 12/10/08 | Document review (Johnson emails). | AP | 2.50 | 675.00 |
| 12/10/08 | Research for form to comply with Delaware local rule 2004-1 certification (1.0); e-mail correspondence with JPM, RJM and BDO regarding draft Rule 2004 motion and reviewed draft motion papers (.50). | CJK | 1.50 | 727.50 |
| 12/10/08 | Review of issues re Deloitte/Rule 2004/Plan confirmation (1.5); telephone conference with M. Michaelis (BDO) re Deloitte document request (.50); revised document request (.50); revised notice of motion, motion, and order (1.0); several conferences with RJM re Deloitte issues (.50); emails with counsel for Deloitte re document request (.50); internal emails re Deloitte motion (.30); confer with CJK re motion (.20); email to M. Michaelis (BDO) re Deloitte motion (.20). | JPM | 5.20 | 3,822.00 |
| 12/10/08 | Review email from Deloitte's counsel re document demand (.10); telephone conference with BDO re document demand to Deloitte (.60); strategy conference with JPM (.20); continue editing Deloitte Rule 2004 motion and in connection with same reviewed proposed liquidation plan and relevant case law (1.80); conference with CJK re 2004 motion (.10). | RJM | 2.80 | 1,568.00 |
| 12/11/08 | Reviewed Tom McDonagh's e-mails. | CJK | 4.00 | 1,940.00 |
| 12/11/08 | Review of documents re Deloitte issues (1.0); review of Rule 2004 draft re Deloitte (1.0); review of AHM documents (2.0). | JPM | 4.00 | 2,940.00 |
| 12/12/08 | Reviewed Tom McDonagh's e-mails. | CJK | 3.00 | 1,455.00 |
| 12/12/08 | Review of RJM memorandum re potential issues to research and respond to same (.30); review of AHM issues (1.5). | JPM | 1.80 | 1,323.00 |
| 12/12/08 | Reviewed key documents including BDO materials, emails and BDO analyses as well as certain case law and statutes and in connection with same developed areas/topic for legal research. | RJM | 3.50 | 1,960.00 |
| 12/15/08 | Document review (Johnson emails). | AP | 5.00 | 1,350.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/15/08 | Review of issues re debtors (1.5); confer with RJM re potential legal issues (.40); emails with Deloitte attorney re document request (.20). | JPM | 2.10 | 1,543.50 |
| 12/15/08 | Conference with JPM re potential research issues. | RJM | 0.20 | 112.00 |
| 12/15/08 | Meeting with MSI and DG re: status of update memorandum (.4); prepare for meeting (.3); draft update memorandum to the creditors committee (1.5). | ZGN | 2.20 | 1,408.00 |
| 12/16/08 | Reviewed ZGN's draft memo and provided comments. | AMS | 0.80 | 256.00 |
| 12/16/08 | Document review (Johnson emails). | AP | 3.50 | 945.00 |
| 12/16/08 | Review of documents requested from Deloitte (.8); email from RJM re research (.30). | JPM | 1.10 | 808.50 |
| 12/16/08 | Finalize and transmit copy of memorandum to creditors' committee to MSI and DG for review and comments (1.0). | ZGN | 1.00 | 640.00 |
| 12/17/08 | Document review (Johnson emails). | AP | 4.80 | 1,296.00 |
| 12/17/08 | Reviewed drat Rule 2004 motion (.50); reviewed Tom McDonagh's e-mails (3.0); e-mail correspondence with JPM and RJM regarding notice under local rule 2004 (.20). | CJK | 3.70 | 1,794.50 |
| 12/17/08 | Telephone conference with M. Michaelis (BDO) re Deloitte (.20); emails with counsel for Deloitte (.20); internal emails re Delaware local bankruptcy rule re 2004 lexams (.30); review of documents pulled by AP and CJK (2.5). | JPM | 3.20 | 2,352.00 |
| 12/17/08 | Conference with JPM re Deloitte production and related 2004 discovery motion and review CJK's detailed email re same. | RJM | 0.20 | 112.00 |
| 12/18/08 | Document review (Johnson emails). | AP | 4.50 | 1,215.00 |
| 12/18/08 | Telephone conference with attorney for Deloitte re Committee's document request (.40); confer with RJM (.10); and CJK (.10) re same; telephone conference with M. Michaelis (BDO) re same (.20); review of Deloitte document issues (.80); review of notes re accounting issues (1.0). | JPM | 2.60 | 1,911.00 |
| 12/19/08 | Document review (Johnson emails). | AP | 2.80 | 756.00 |
| 12/19/08 | Reviewed JPM's e-mail to Deloitte's counsel regarding production of documents. | CJK | 0.10 | 48.50 |
| 12/19/08 | Detailed e-mail to counsel in Deloitte & Touche re: production of documents to Committee (1.20); review of issues relating to accounting (1.50) | JPM | 2.70 | 1,984.50 |
| 12/19/08 | Review detailed emails from JPM re Deloitte production. | RJM | 0.10 | 56.00 |
| 12/20/08 | Reviewed JPM's e-mail correspondence with Deloitte's counsel regarding production of documents. | CJK | 0.20 | 97.00 |
| 12/20/08 | E-mails with counsel for Deloitte re: production of documents (.50) | JPM | 0.50 | 367.50 |
| 12/22/08 | Document review (Johnson emails). | AP | 3.80 | 1,026.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/22/08 | Various emails (internally and with counsel for Deloitte) re production of documents to Committee (2.3); review of requests and draft motion (1.0). | JPM | 3.30 | 2,425.50 |
| 12/22/08 | Review emails from Deloitte and JPM re document production, telephone to Debtors' counsel re same, and conference with JPM re same. | RJM | 0.30 | 168.00 |
| 12/22/08 | Revise memo to creditors' committee (.5). | ZGN | 0.50 | 320.00 |
| 12/23/08 | Document review (Johnson emails). | AP | 4.50 | 1,215.00 |
| 12/23/08 | Checked docket for status of shareholders' class action against AHM (.40); e-mail report to SJM regarding same (.20). | CJK | 0.60 | 291.00 |
| 12/23/08 | Review of documents (3.0). | JPM | 3.00 | 2,205.00 |
| 12/23/08 | Conduct research re enjoins settlement of insurance proceeds and review AHM's insurance policies in connection with same (.60); meeting with JPM, MP and MSI re upcoming mediation (.90); review docket entries in securities class action case (.10). | RJM | 1.60 | 896.00 |
| 12/24/08 | Document review (Johnson emails). | AP | 5.00 | 1,350.00 |
| 12/29/08 | Document review (Johnson emails). | AP | 2.70 | 729.00 |
| 12/29/08 | Review draft confidentiality letter from counsel for Deloitte (.70); numerous emails with RJM and MSI re same (.50); prepare detailed comments to draft and circulated internally (1.5). | JPM | 2.70 | 1,984.50 |
| 12/29/08 | E-mails to and telephone call with MSI re: memorandum to creditors' committee (.5). | ZGN | 0.50 | 320.00 |
| 12/30/08 | Document review (Johnson emails). | AP | 7.30 | 1,971.00 |
| 12/30/08 | Emails with RJM, MSI and CJK re draft confidentiality letter from Deloitte counsel (.40); telephone conference with MSI re same (.20); revised comments to draft confidentiality letter and sent to counsel to Deloitte (1.0). | JPM | 1.60 | 1,176.00 |
| 12/31/08 | Document review (Johnson emails). | AP | 2.00 | 540.00 |
| 12/31/08 | E-mails with DDG re: scheduling call with AHM's counsel concerning status of investigation (.2). | ZGN | 0.20 | 128.00 |

TOTAL HOURS                              208.80

TOTAL SERVICES ........................................................$    95,542.00

DISBURSEMENT SUMMARY

CARFARE                                                          $66.30

DUPLICATING                                                     $201.30

LEXIS                                                           $761.22

SEARCH FEES                                                     $111.04