**EXHIBIT C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 12/1/2008 | Power, Annie | CAR | $66.30 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 570533; DATE: 12/15/2008 |
| 12/6/2008 | Smith, Jason | CAR | $70.38 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 106794; DATE: 12/9/2008 |
| 12/10/2008 | Power, Mark | CAR | $11.00 | VENDOR: POWER, MARK T.; INVOICE#: 17; DATE: 1/28/2009 |
| 12/11/2008 | Keary, Emmet | CAR | $45.39 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 572222; DATE: 12/31/2008 |
| 12/12/2008 | Keary, Emmet | CAR | $10.40 | VENDOR: EMMET KEARY; INVOICE#: 27; DATE: 1/6/2009 |
| 12/23/2008 | Power, Mark | CAR | $90.78 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 107733; DATE: 12/30/2008 |
| 12/30/2008 | Smith, Jason | CAR | $66.30 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 108108; DATE: 1/13/2009 |
| | | | $360.55 | |
| 12/1/2008 | | DUPL | $0.20 | |
| 12/1/2008 | | DUPL | $0.10 | |
| 12/1/2008 | | DUPL | $0.20 | |
| 12/1/2008 | | DUPL | $0.60 | |
| 12/1/2008 | | DUPL | $0.30 | |
| 12/1/2008 | | DUPL | $2.40 | |
| 12/1/2008 | | DUPL | $8.20 | |
| 12/1/2008 | | DUPL | $2.20 | |
| 12/1/2008 | | DUPL | $3.00 | |
| 12/1/2008 | | DUPL | $3.30 | |
| 12/1/2008 | | DUPL | $0.60 | |
| 12/1/2008 | | DUPL | $0.60 | |
| 12/1/2008 | | DUPL | $0.10 | |
| 12/1/2008 | | DUPL | $0.10 | |
| 12/1/2008 | | DUPL | $1.00 | |
| 12/1/2008 | | DUPL | $0.10 | |
| 12/1/2008 | | DUPL | $0.10 | |
| 12/1/2008 | | DUPL | $0.10 | |
| 12/1/2008 | | DUPL | $0.10 | |
| 12/1/2008 | | DUPL | $0.10 | |
| 12/1/2008 | | DUPL | $0.20 | |
| 12/1/2008 | | DUPL | $0.10 | |
| 12/1/2008 | | DUPL | $0.10 | |
| 12/1/2008 | | DUPL | $0.10 | |
| 12/1/2008 | | DUPL | $0.10 | |
| 12/1/2008 | | DUPL | $0.70 | |
| 12/1/2008 | | DUPL | $0.10 | |
| 12/1/2008 | | DUPL | $14.10 | |
| 12/1/2008 | | DUPL | $5.30 | |
| 12/1/2008 | | DUPL | $1.40 | |
| 12/1/2008 | | DUPL | $0.80 | |
| 12/1/2008 | | DUPL | $0.50 | |
| 12/1/2008 | | DUPL | $0.70 | |

| Date | Type | Amount |
|---|---|---|
| 12/1/2008 | DUPL | $0.60 |
| 12/1/2008 | DUPL | $1.60 |
| 12/1/2008 | DUPL | $1.10 |
| 12/1/2008 | DUPL | $7.70 |
| 12/1/2008 | DUPL | $140.70 |
| 12/2/2008 | DUPL | $7.60 |
| 12/2/2008 | DUPL | $0.20 |
| 12/2/2008 | DUPL | $0.20 |
| 12/2/2008 | DUPL | $0.10 |
| 12/2/2008 | DUPL | $1.40 |
| 12/2/2008 | DUPL | $1.10 |
| 12/2/2008 | DUPL | $1.30 |
| 12/2/2008 | DUPL | $1.60 |
| 12/2/2008 | DUPL | $0.80 |
| 12/2/2008 | DUPL | $0.10 |
| 12/2/2008 | DUPL | $3.90 |
| 12/3/2008 | DUPL | $3.60 |
| 12/3/2008 | DUPL | $1.60 |
| 12/3/2008 | DUPL | $1.00 |
| 12/3/2008 | DUPL | $0.30 |
| 12/3/2008 | DUPL | $0.30 |
| 12/3/2008 | DUPL | $0.40 |
| 12/3/2008 | DUPL | $1.10 |
| 12/3/2008 | DUPL | $1.60 |
| 12/3/2008 | DUPL | $0.30 |
| 12/4/2008 | DUPL | $4.00 |
| 12/4/2008 | DUPL | $0.90 |
| 12/4/2008 | DUPL | $1.60 |
| 12/4/2008 | DUPL | $3.60 |
| 12/4/2008 | DUPL | $4.00 |
| 12/4/2008 | DUPL | $3.60 |
| 12/4/2008 | DUPL | $3.60 |
| 12/4/2008 | DUPL | $4.00 |
| 12/4/2008 | DUPL | $3.60 |
| 12/4/2008 | DUPL | $4.00 |
| 12/4/2008 | DUPL | $1.60 |
| 12/4/2008 | DUPL | $0.10 |
| 12/4/2008 | DUPL | $0.90 |
| 12/4/2008 | DUPL | $0.10 |
| 12/5/2008 | DUPL | $1.10 |
| 12/5/2008 | DUPL | $0.50 |
| 12/5/2008 | DUPL | $3.80 |
| 12/5/2008 | DUPL | $0.10 |
| 12/5/2008 | DUPL | $2.20 |
| 12/5/2008 | DUPL | $0.60 |
| 12/5/2008 | DUPL | $1.50 |
| 12/5/2008 | DUPL | $0.20 |
| 12/5/2008 | DUPL | $1.50 |
| 12/5/2008 | DUPL | $0.20 |
| 12/5/2008 | DUPL | $0.30 |
| 12/5/2008 | DUPL | $1.60 |
| 12/5/2008 | DUPL | $4.00 |

| Date | Type | Amount |
|---|---|---|
| 12/5/2008 | DUPL | $1.00 |
| 12/5/2008 | DUPL | $0.10 |
| 12/5/2008 | DUPL | $3.60 |
| 12/5/2008 | DUPL | $1.60 |
| 12/5/2008 | DUPL | $0.10 |
| 12/5/2008 | DUPL | $0.50 |
| 12/5/2008 | DUPL | $0.40 |
| 12/5/2008 | DUPL | $1.60 |
| 12/5/2008 | DUPL | $0.20 |
| 12/5/2008 | DUPL | $1.50 |
| 12/8/2008 | DUPL | $0.50 |
| 12/8/2008 | DUPL | $0.30 |
| 12/8/2008 | DUPL | $0.10 |
| 12/8/2008 | DUPL | $0.10 |
| 12/8/2008 | DUPL | $0.20 |
| 12/8/2008 | DUPL | $0.20 |
| 12/8/2008 | DUPL | $0.10 |
| 12/8/2008 | DUPL | $0.10 |
| 12/8/2008 | DUPL | $1.50 |
| 12/8/2008 | DUPL | $0.20 |
| 12/8/2008 | DUPL | $1.20 |
| 12/8/2008 | DUPL | $6.20 |
| 12/8/2008 | DUPL | $1.50 |
| 12/8/2008 | DUPL | $0.30 |
| 12/8/2008 | DUPL | $0.10 |
| 12/8/2008 | DUPL | $1.10 |
| 12/8/2008 | DUPL | $0.20 |
| 12/8/2008 | DUPL | $0.40 |
| 12/8/2008 | DUPL | $0.10 |
| 12/8/2008 | DUPL | $0.30 |
| 12/8/2008 | DUPL | $0.80 |
| 12/8/2008 | DUPL | $0.20 |
| 12/8/2008 | DUPL | $1.10 |
| 12/8/2008 | DUPL | $1.10 |
| 12/8/2008 | DUPL | $0.20 |
| 12/8/2008 | DUPL | $1.10 |
| 12/8/2008 | DUPL | $0.20 |
| 12/8/2008 | DUPL | $0.50 |
| 12/9/2008 | DUPL | $2.20 |
| 12/9/2008 | DUPL | $1.00 |
| 12/9/2008 | DUPL | $0.50 |
| 12/9/2008 | DUPL | $0.80 |
| 12/9/2008 | DUPL | $0.20 |
| 12/9/2008 | DUPL | $0.30 |
| 12/9/2008 | DUPL | $0.20 |
| 12/9/2008 | DUPL | $2.90 |
| 12/9/2008 | DUPL | $0.60 |
| 12/9/2008 | DUPL | $0.30 |
| 12/9/2008 | DUPL | $0.60 |
| 12/9/2008 | DUPL | $1.00 |
| 12/9/2008 | DUPL | $0.50 |
| 12/9/2008 | DUPL | $0.90 |

| Date | Type | Amount |
|---|---|---|
| 12/9/2008 | DUPL | $1.20 |
| 12/9/2008 | DUPL | $0.10 |
| 12/9/2008 | DUPL | $0.30 |
| 12/9/2008 | DUPL | $4.80 |
| 12/9/2008 | DUPL | $0.10 |
| 12/9/2008 | DUPL | $0.50 |
| 12/9/2008 | DUPL | $1.00 |
| 12/9/2008 | DUPL | $0.70 |
| 12/9/2008 | DUPL | $1.00 |
| 12/9/2008 | DUPL | $1.50 |
| 12/9/2008 | DUPL | $0.20 |
| 12/9/2008 | DUPL | $0.20 |
| 12/10/2008 | DUPL | $1.40 |
| 12/10/2008 | DUPL | $0.20 |
| 12/10/2008 | DUPL | $1.00 |
| 12/10/2008 | DUPL | $1.00 |
| 12/10/2008 | DUPL | $1.40 |
| 12/10/2008 | DUPL | $0.30 |
| 12/10/2008 | DUPL | $1.00 |
| 12/10/2008 | DUPL | $0.40 |
| 12/10/2008 | DUPL | $0.90 |
| 12/10/2008 | DUPL | $0.20 |
| 12/10/2008 | DUPL | $2.00 |
| 12/10/2008 | DUPL | $0.10 |
| 12/10/2008 | DUPL | $0.10 |
| 12/10/2008 | DUPL | $1.40 |
| 12/10/2008 | DUPL | $0.50 |
| 12/11/2008 | DUPL | $1.90 |
| 12/12/2008 | DUPL | $0.10 |
| 12/15/2008 | DUPL | $0.30 |
| 12/15/2008 | DUPL | $2.00 |
| 12/15/2008 | DUPL | $1.40 |
| 12/16/2008 | DUPL | $0.20 |
| 12/17/2008 | DUPL | $1.40 |
| 12/17/2008 | DUPL | $0.90 |
| 12/17/2008 | DUPL | $0.40 |
| 12/17/2008 | DUPL | $0.10 |
| 12/17/2008 | DUPL | $0.10 |
| 12/18/2008 | DUPL | $0.10 |
| 12/18/2008 | DUPL | $0.20 |
| 12/18/2008 | DUPL | $0.40 |
| 12/18/2008 | DUPL | $3.50 |
| 12/18/2008 | DUPL | $0.20 |
| 12/18/2008 | DUPL | $0.40 |
| 12/18/2008 | DUPL | $7.20 |
| 12/19/2008 | DUPL | $0.20 |
| 12/22/2008 | DUPL | $0.30 |
| 12/24/2008 | DUPL | $0.20 |
| 12/29/2008 | DUPL | $4.80 |
| 12/29/2008 | DUPL | $1.50 |
| 12/29/2008 | DUPL | $1.50 |
| 12/29/2008 | DUPL | $16.10 |

| Date | Name | Code | Amount | Description |
|---|---|---|---|---|
| 12/29/2008 | | DUPL | $0.80 | |
| 12/29/2008 | | DUPL | $0.80 | |
| 12/29/2008 | | DUPL | $0.10 | |
| 12/29/2008 | | DUPL | $0.10 | |
| 12/30/2008 | | DUPL | $0.10 | |
| 12/30/2008 | | DUPL | $0.30 | |
| 12/30/2008 | | DUPL | $1.80 | |
| 12/30/2008 | | DUPL | $2.20 | |
| 12/31/2008 | | DUPL | $0.10 | |
| 12/31/2008 | | DUPL | $1.30 | |
| 12/31/2008 | | DUPL | $0.20 | |
| | | | $400.20 | |
| 12/8/2008 | Schrag C, Alison M. | LEXI | $662.11 | VENDOR: LEXIS - NEXIS; INVOICE#: 0812037195; DATE: 12/31/2008 |
| 12/9/2008 | Malatak, Robert J. | LEXI | $6.83 | VENDOR: LEXIS - NEXIS; INVOICE#: 0812037195; DATE: 12/31/2008 |
| 12/9/2008 | Power, Annie | LEXI | $92.28 | VENDOR: LEXIS - NEXIS; INVOICE#: 0812037195; DATE: 12/31/2008 |
| 12/29/2008 | Smith, Jason | LEXI | $24.34 | VENDOR: LEXIS - NEXIS; INVOICE#: 0812037195; DATE: 12/31/2008 |
| | | | $785.56 | |
| 12/2/2008 | Keary, Emmet | MEAL | $34.97 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 436862; DATE: 12/7/2008 |
| 12/2/2008 | Keary, Emmet | MEAL | $14.65 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 436862; DATE: 12/7/2008 |
| 12/7/2008 | Keary, Emmet | MEAL | $8.66 | VENDOR: EMMET KEARY; INVOICE#: 27; DATE: 1/6/2009 |
| 12/8/2008 | Keary, Emmet | MEAL | $15.28 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 439430; DATE: 12/14/2008 |
| 12/9/2008 | Keary, Emmet | MEAL | $34.46 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 439430; DATE: 12/14/2008 |
| 12/9/2008 | Keary, Emmet | MEAL | $15.28 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 439430; DATE: 12/14/2008 |
| 12/10/2008 | Keary, Emmet | MEAL | $15.28 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 439430; DATE: 12/14/2008 |
| 12/11/2008 | Keary, Emmet | MEAL | $17.16 | VENDOR: EMMET KEARY; INVOICE#: 27; DATE: 1/6/2009 |
| 12/17/2008 | Keary, Emmet | MEAL | $19.45 | VENDOR: EMMET KEARY; INVOICE#: 27; DATE: 1/6/2009 |
| 12/18/2008 | Smith, Jason | MEAL | $11.71 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 441178; DATE: 12/21/2008 |
| 12/18/2008 | Keary, Emmet | MEAL | $33.49 | VENDOR: EMMET KEARY; INVOICE#: 27; DATE: 1/6/2009 |

| Date | Name | Type | Amount | Details |
|---|---|---|---|---|
| 12/22/2008 | Keary, Emmet | MEAL | $38.82 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 443048; DATE: 12/28/2008 |
| 12/22/2008 | Zawadzki, Jeffrey | MEAL | $11.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 443048; DATE: 12/28/2008 |
| 12/22/2008 | Keary, Emmet | MEAL | $15.28 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 443048; DATE: 12/28/2008 |
| 12/23/2008 | Zawadzki, Jeffrey | MEAL | $12.08 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 443048; DATE: 12/28/2008 |
| 12/30/2008 | Keary, Emmet | MEAL | $14.39 | VENDOR: EMMET KEARY; INVOICE#: 27; DATE: 1/6/2009 |
| 12/30/2008 | Indelicato, Mark S | MEAL | $6.63 | VENDOR: INDELICATO; INVOICE#: 27; DATE: 1/28/2009 |
| | | | $319.01 | |
| 12/5/2008 | Gilbert, Sarah | ODEL | $33.41 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-015-36059; DATE: 12/15/2008 |
| 12/29/2008 | Schnitzer, Edward L. | ODEL | $12.36 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000V9211E019; DATE: 1/3/2009 |
| 12/29/2008 | Schnitzer, Edward L. | ODEL | $0.77 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000V9211E019; DATE: 1/3/2009 |
| | | | $46.54 | |
| 12/1/2008 | Power, Mark | SEAR | $0.88 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| 12/1/2008 | Power, Mark | SEAR | $8.88 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| 12/1/2008 | Power, Mark | SEAR | $0.24 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| 12/1/2008 | Power, Mark | SEAR | $41.84 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| 12/1/2008 | Power, Mark | SEAR | $3.28 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| 12/5/2008 | Power, Mark | SEAR | $0.96 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| 12/5/2008 | Power, Mark | SEAR | $0.16 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| 12/5/2008 | Power, Mark | SEAR | $33.04 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 12/8/2008 | Power, Mark | SEAR | $6.00 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| 12/16/2008 | Power, Mark | SEAR | $2.32 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| 12/22/2008 | Power, Mark | SEAR | $1.76 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| 12/23/2008 | Power, Mark | SEAR | $67.28 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| 12/30/2008 | Power, Mark | SEAR | $6.00 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| 12/31/2008 | Power, Mark | SEAR | $199.04 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312008; DATE: 12/31/2008 |
| | | | $371.68 | |
| 12/2/2008 | Keary, Emmet | TELE | $0.50 | 13028886888; 2 Mins. |
| 12/3/2008 | Schnitzer, Edward L. | TELE | $0.25 | 13026564433; 1 Mins. |
| 12/3/2008 | Schnitzer, Edward L. | TELE | $1.50 | 13025716753; 6 Mins. |
| 12/3/2008 | Schnitzer, Edward L. | TELE | $0.25 | 13025716621; 1 Mins. |
| 12/3/2008 | Schnitzer, Edward L. | TELE | $0.25 | 13025716621; 1 Mins. |
| 12/3/2008 | Schnitzer, Edward L. | TELE | $5.25 | 13025716621; 21 Mins. |
| 12/5/2008 | Smith, Jason | TELE | $0.25 | 12155695415; 1 Mins. |
| 12/5/2008 | Smith, Jason | TELE | $0.25 | 12155695415; 1 Mins. |
| 12/5/2008 | Smith, Jason | TELE | $0.25 | 12155695415; 1 Mins. |
| 12/9/2008 | Schnitzer, Edward L. | TELE | $1.00 | 13025763588; 4 Mins. |
| 12/10/2008 | Keary, Emmet | TELE | $1.25 | 17035998473; 5 Mins. |
| 12/11/2008 | Zawadzki, Jeffrey | TELE | $0.75 | 19168376893; 3 Mins. |
| 12/11/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 14102422212; 1 Mins. |
| 12/11/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 17324492884; 1 Mins. |
| 12/11/2008 | Keary, Emmet | TELE | $0.25 | 15624964765; 1 Mins. |
| 12/12/2008 | Schnitzer, Edward L. | TELE | $0.50 | 14104390003; 2 Mins. |
| 12/12/2008 | Schnitzer, Edward L. | TELE | $0.75 | 14104390003; 3 Mins. |
| 12/12/2008 | Smith, Jason | TELE | $0.30 | 16462822500; 3 Mins. |
| 12/12/2008 | Smith, Jason | TELE | $2.00 | 17732760383; 8 Mins. |
| 12/12/2008 | Schnitzer, Edward L. | TELE | $1.00 | 17709552009; 4 Mins. |
| 12/12/2008 | Schnitzer, Edward L. | TELE | $2.00 | 15613691614; 8 Mins. |
| 12/12/2008 | Schnitzer, Edward L. | TELE | $1.00 | 13025716753; 4 Mins. |
| 12/12/2008 | Smith, Jason | TELE | $1.70 | 15168223093; 17 Mins. |
| 12/12/2008 | Schnitzer, Edward L. | TELE | $0.40 | 15168223093; 4 Mins. |
| 12/12/2008 | Schnitzer, Edward L. | TELE | $2.00 | 17082545564; 8 Mins. |
| 12/15/2008 | Zawadzki, Jeffrey | TELE | $0.50 | 12246271331; 2 Mins. |
| 12/15/2008 | Zawadzki, Jeffrey | TELE | $0.50 | 18478244686; 2 Mins. |
| 12/15/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 18435730810; 1 Mins. |
| 12/15/2008 | Zawadzki, Jeffrey | TELE | $1.00 | 18435730810; 4 Mins. |
| 12/16/2008 | Zawadzki, Jeffrey | TELE | $3.25 | 17132491656; 13 Mins. |
| 12/16/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 15746749355; 1 Mins. |
| 12/16/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 13058766608; 1 Mins. |
| 12/16/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 12032291421; 1 Mins. |

| Date | Name | Type | Amount | Details |
|---|---|---|---|---|
| 12/16/2008 | Zawadzki, Jeffrey | TELE | $1.25 | 15093401974; 5 Mins. |
| 12/16/2008 | Zawadzki, Jeffrey | TELE | $2.50 | 17063593918; 10 Mins. |
| 12/16/2008 | Zawadzki, Jeffrey | TELE | $1.50 | 16512153961; 6 Mins. |
| 12/16/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 13107286266; 1 Mins. |
| 12/16/2008 | Zawadzki, Jeffrey | TELE | $0.75 | 17603531030; 3 Mins. |
| 12/17/2008 | Zawadzki, Jeffrey | TELE | $0.50 | 19046307295; 2 Mins. |
| 12/17/2008 | Zawadzki, Jeffrey | TELE | $0.50 | 18174395107; 2 Mins. |
| 12/17/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 17138619927; 1 Mins. |
| 12/17/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 19045484551; 1 Mins. |
| 12/17/2008 | Zawadzki, Jeffrey | TELE | $1.00 | 17138619927; 4 Mins. |
| 12/17/2008 | Zawadzki, Jeffrey | TELE | $0.50 | 18174395107; 2 Mins. |
| 12/18/2008 | Zawadzki, Jeffrey | TELE | $1.25 | 14102422212; 5 Mins. |
| 12/18/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 12012535020; 1 Mins. |
| 12/18/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 12147586682; 1 Mins. |
| 12/18/2008 | Zawadzki, Jeffrey | TELE | $0.50 | 15595823611; 2 Mins. |
| 12/18/2008 | Zawadzki, Jeffrey | TELE | $0.50 | 18316498449; 2 Mins. |
| 12/18/2008 | Zawadzki, Jeffrey | TELE | $0.75 | 13142267413; 3 Mins. |
| 12/18/2008 | Zawadzki, Jeffrey | TELE | $0.50 | 13177864388; 2 Mins. |
| 12/18/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 19145523370; 1 Mins. |
| 12/18/2008 | Zawadzki, Jeffrey | TELE | $1.00 | 19415523370; 4 Mins. |
| 12/23/2008 | Zawadzki, Jeffrey | TELE | $1.50 | 15036187799; 6 Mins. |
| 12/23/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 17602301865; 1 Mins. |
| 12/23/2008 | Zawadzki, Jeffrey | TELE | $0.25 | 12813986111; 1 Mins. |
| 12/24/2008 | Zawadzki, Jeffrey | TELE | $2.25 | 17609946511; 9 Mins. |
| 12/24/2008 | Zawadzki, Jeffrey | TELE | $1.50 | 12813986111; 6 Mins. |
| 12/29/2008 | Schnitzer, Edward L. | TELE | $0.25 | 13128614480; 1 Mins. |
| 12/29/2008 | Schnitzer, Edward L. | TELE | $2.25 | 18472531841; 9 Mins. |
| 12/29/2008 | Smith, Jason | TELE | $0.25 | 12155695415; 1 Mins. |
| 12/29/2008 | Schnitzer, Edward L. | TELE | $1.50 | 19729216114; 6 Mins. |
| 12/29/2008 | Schnitzer, Edward L. | TELE | $0.25 | 12173416480; 1 Mins. |
| 12/30/2008 | Schnitzer, Edward L. | TELE | $0.25 | 12173416480; 1 Mins. |
| 12/30/2008 | Schnitzer, Edward L. | TELE | $0.50 | 12173416480; 2 Mins. |
| 12/30/2008 | Schnitzer, Edward L. | TELE | $0.25 | 13025716621; 1 Mins. |
|  |  |  | $56.15 |  |
| 12/8/2008 | Power, Mark | TELE | $15.52 | VENDOR: AMERICAN EXPRESS; INVOICE#: 02001; DATE: 2/2/2009 |
| 12/8/2008 | Power, Mark | TELE | $19.54 | VENDOR: AMERICAN EXPRESS; INVOICE#: 02001; DATE: 2/2/2009 |
| 12/15/2008 | Power, Mark | TELE | $81.99 | VENDOR: AMERICAN EXPRESS; INVOICE#: 02001; DATE: 2/2/2009 |
|  |  |  | $117.05 |  |
| 12/10/2008 | Power, Mark | TRAV | $320.00 | VENDOR: POWER, MARK T.; INVOICE#: 16; DATE: 12/29/2008 |

**$2,776.74**