**EXHIBIT B**

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136831

For professional services rendered from January 1, through January 31, 2009 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 33,522.00 |
| 006 | SALES OF ASSETS | | 2,860.50 |
| 007 | PROFESSIONIAL FEES | | 3,095.50 |
| 009 | LITIGATION | | 11,375.50 |
| 010 | PLAN AND DISCLOSURE STATEMENT | | 110,729.50 |
| 011 | EMPLOYEE ISSUES | | 10,080.00 |
| 012 | CLAIMS ADMINISTRATION | | 1,372.50 |
| 013 | INVESTIGATION OF COMPANY | | 88,912.00 |
| | **Total Time** | $ | 261,947.50 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 366.03 |
| | CARFARE | | 1,577.79 |
| | COMPUTER/HARD DRIVE/SUPPLIES | | 1,625.63 |
| | COURIER SERVICE | | 13.78 |
| | DUPLICATING | | 667.00 |
| | LEXIS | | 1,622.56 |
| | MEALS | | 1,021.21 |
| | OVERNIGHT DELIVERY | | 23.51 |
| | POSTAGE | | 0.42 |
| | SEARCH FEES | | 0.32 |
| | TELECOPY PAGES | | 3.00 |
| | TRAIN FARE | | 204.00 |
| | TRAVEL | | 357.00 |
| | VELOBIND | | 41.25 |
| | **Total Disbursements** | $ | 7,523.50 |
| | **TOTAL BILL** | $ | **269,471.00** |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue    (33rd floor)
New York, NY 10022

Invoice number: 136831

For professional services rendered from January 1, through January 31, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
002         CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/05/09 | Prepare for committee meeting and trustee candidate interviews (.90); attend committee meeting and trustee interviews (3.9). | ELS | 4.80 | 2,520.00 |
| 01/05/09 | Review docket (.40) review Oklahoma Police Pension's limited objection (.40) review notice of deposition (.10) Make note of transcript filed (.10) file maintenance (.50) | JS | 1.50 | 367.50 |
| 01/05/09 | Attention to creditor inquiries (1.30); review deposition notices and calendar maintenance (.20); review objection to D&O stipulation (.20); review scheduling order (.10); review trustee affidavits and e-mails with ELS, MTP and committee members regarding same (1.40). | JXZ | 3.20 | 1,200.00 |
| 01/05/09 | Review materials in preparation for committee meeting (.80); pre-meeting with Sass and Drebsky (.30); attend committee meeting to choose a liquidating trustee (3.3). | MSI | 4.60 | 3,427.00 |
| 01/05/09 | Prepare for and attend Committee meeting to interview candidates for Liquidating Trustee position (4.0) | MTP | 4.00 | 2,980.00 |
| 01/06/09 | Attention to creditor inquiries (1.40). | JXZ | 1.40 | 525.00 |
| 01/06/09 | Telephone conversation with S. Sasso regarding liquidating trustee issues (.30); review e-mails regarding same and respond to inquiries (.20). | MSI | 0.50 | 372.50 |
| 01/06/09 | Confer call with Debtors, Triad, MSI, ELS re settlement proposal & plan issues (.7); follow up call with BDO, MSI, ELS (.5) | MTP | 1.20 | 894.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/09 | Conference call with debtors' counsel and Borrowers' committee counsel re: depositions (.60); conference call with MSI, MTP and debtors' counsel re: response to Borrowers' committee term sheet (2.00); review Trister motion for relief from stay (.20). | ELS | 2.80 | 1,470.00 |
| 01/07/09 | Re calendar events according to order rescheduling omnibus hearing dates (.30) review and monitor docket and recent pleadings (.90) file maintenance (.10) review notice of filing schedule of EPD/Breach Claim voting amounts (.20) | JS | 1.70 | 416.50 |
| 01/07/09 | Attention to creditor inquiries (.50); meeting with MTP regarding creditor issues (.10); review AP docket (.10). | JXZ | 0.70 | 262.50 |
| 01/08/09 | Conference call with MTP, MSI, Debtors' counsel and Borrowers' Committee re: term sheet (1.30); emails re; Wells Fargo funding (.20). | ELS | 1.50 | 787.50 |
| 01/08/09 | Review and monitor docket (.20). | JS | 0.20 | 49.00 |
| 01/08/09 | Attention to creditor inquiries (1.0). | JXZ | 1.00 | 375.00 |
| 01/08/09 | Telephone conversation with creditors regarding status. | MSI | 0.20 | 149.00 |
| 01/09/09 | Emails re: Borrowers' Committee depositions. | ELS | 0.20 | 105.00 |
| 01/09/09 | Review agenda of hearing (.80) prepare for hearing (1.20) review omnibus objection to claims DI 6823 (.40) DI6825 (.20) DI 6826 (.30) file maintenance (.80). | JS | 3.70 | 906.50 |
| 01/09/09 | Review docket and notices (.10). | JXZ | 0.10 | 37.50 |
| 01/12/09 | Review order approving stipulation re insurance policy in favor of insured persons (.20) review order approving settlement agreement DI 6831 (.10) review response to omnibus objection to claims DI 6852 (.10) review and monitor docket (.20) file maintenance (.50). | JS | 1.10 | 269.50 |
| 01/12/09 | Attention to creditor inquiries (1.80). | JXZ | 1.80 | 675.00 |
| 01/12/09 | Review hearing agenda (.10). | JXZ | 0.10 | 37.50 |
| 01/13/09 | Review docket (.30) Review Order approving interim fee request (.10) review order sustaining debtors' 27th omnibus objection to claims (.10) review order sustaining 26th omnibus fee request (.20) file maintenance (.30). | JS | 1.00 | 245.00 |
| 01/14/09 | Attention to creditor inquiries (.50). | JXZ | 0.50 | 187.50 |
| 01/14/09 | Telephone conversation and e-mails with creditors regarding various issues and status (.30); review motions filed (.10). | MSI | 0.40 | 298.00 |
| 01/15/09 | Conference call with debtors and Triad attorneys re: settlement offer and plan ramifications. | ELS | 0.50 | 262.50 |
| 01/15/09 | Researching known/unkown creditor notice issue. | JO | 1.00 | 300.00 |
| 01/15/09 | Review docket (.40) update contact list (.10). | JS | 0.50 | 122.50 |
| 01/15/09 | Attend committee call (1.00); attention to creditor inquiries (.20); review committee update (.20). | JXZ | 1.40 | 525.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/15/09 | Draft e-mail to committee (.20); attend committee meeting to discuss plan issues (.90); telephone conversation with Berliner regarding status (.20); review report (.20). | MSI | 1.50 | 1,117.50 |
| 01/15/09 | Review BDO report & MSI e-mail update to Committee (.7); participate in Committee conference call (1.0) | MTP | 1.70 | 1,266.50 |
| 01/16/09 | Review and monitor docket (.30). | JS | 0.30 | 73.50 |
| 01/20/09 | Meeting with MSI re: Borrowers' Committee application for more funds (.20); draft objection to Borrowers' Committee application for more funds (2.90). | ELS | 3.10 | 1,627.50 |
| 01/20/09 | Review and monitor docket (.60) update critical dates memo (.40) file maintenance (.30) | JS | 1.30 | 318.50 |
| 01/20/09 | Review docket and notices (.10). | JXZ | 0.10 | 37.50 |
| 01/21/09 | Review edits to objection to Borrowers' committee application for more funds (.30); conference call with MSI, MTP and debtors re: Borrowers' committee and confirmation (1.20); meeting with MSI and MTP re: confirmation (.30); begin preparing for depositions of Borrowers' committee witnesses including searches for information regarding their proposed witnesses (.40). | ELS | 2.20 | 1,155.00 |
| 01/21/09 | Researching known/unknown creditor notice issue for response to confirmation objection (3.5); Drafted brief memo on same (.8). | JO | 4.30 | 1,290.00 |
| 01/21/09 | Review email from ELS re Borrowers committee (.10) review docket (.30) create binder of borrowers committee pleadings and production documents (1.80). | JS | 2.20 | 539.00 |
| 01/21/09 | Review borrowers motion to increase (.30); attention to creditor inquiries (.20). | JXZ | 0.50 | 187.50 |
| 01/22/09 | Review email from K. Senese (.20) review debtors monthly operating reports (.40) review borrowers committee's objection to plan (.20) review and monitor docket (.50) update calendar (.20) file maintenance (.50) | JS | 2.00 | 490.00 |
| 01/22/09 | Review update (.50); committee call (.60); call with D. Berliner regarding open issues (.20); attention to creditor inquiries (.10). | JXZ | 1.40 | 525.00 |
| 01/22/09 | Review and edit BOD report in preparation for meeting (.40); attend meeting of the committee to address confirmation and plan issues (.80); meeting with JXZ regarding additional research and review same (.20). | MSI | 1.40 | 1,043.00 |
| 01/22/09 | Participate in Committee conference call | MTP | 0.60 | 447.00 |
| 01/23/09 | Attention to creditor inquiries (.50). | JXZ | 0.50 | 187.50 |
| 01/26/09 | Review and revise draft 1/22 committee meeting minutes (.20); review notice of settlement re: Richard Levy & Associates, email to debtors re: same and review underlying complaint and orders re: dismissal (1.20). | ELS | 1.40 | 735.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/26/09 | Review documents and draft meeting minutes (1.60); attention to creditor inquiries (.40); review hearing agenda (.10); review committee update (.10). | JXZ | 2.20 | 825.00 |
| 01/26/09 | Update e-mail to the committee regarding status of confirmation. | MSI | 0.20 | 149.00 |
| 01/27/09 | monitor and review docket (.50) update calendar events (.20) file maintenance (.20) | JS | 0.90 | 220.50 |
| 01/27/09 | Calendar maintenance (.10); attention to creditor inquiries (.30); review and revise notice of deposition and e-mails with ELS regarding same (.20). | JXZ | 0.60 | 225.00 |
| 01/28/09 | Meeting with MSI re: AHM settlements, claims deposition (.30); phone call with debtors' counsel re: DuPont settlement and NH settlement (.30). | ELS | 0.60 | 315.00 |
| 01/28/09 | Review agenda canceling hearing (.10) monitor docket and pleadings (.60) file maintenance (.40) | JS | 1.10 | 269.50 |
| 01/28/09 | Review responses to claims objections (.10); review hearing agenda (.10). | JXZ | 0.20 | 75.00 |
| 01/28/09 | Meeting with ELS re: motions and potential settlements. | MSI | 0.30 | 223.50 |
| 01/30/09 | Attention to creditor inquiries (.10); review/revise objection to Borrowers motion; review debtors' comments/exhibit; numerous meetings/calls/emails with ELS, MSI, M. Whitman re: same (1.00). | JXZ | 1.10 | 412.50 |

TOTAL HOURS                73.30

TOTAL SERVICES ....................................................................... $    33,522.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $362.03 |
| CARFARE | $816.82 |
| DUPLICATING | $466.40 |
| LEXIS | $724.94 |
| MEALS | $895.81 |
| POSTAGE | $0.42 |
| TRAVEL | $357.00 |
| VELOBIND | $41.25 |

TOTAL DISBURSEMENTS ............................................. $    3,664.67

TOTAL FEES & DISBURSEMENTS ............................. $    37,186.67

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 17.50 | 245.00 | 4,287.50 |
| 583 | Orbach | 5.30 | 300.00 | 1,590.00 |
| 493 | Zawadzki | 16.80 | 375.00 | 6,300.00 |
| 486 | Schnitzer | 17.10 | 525.00 | 8,977.50 |
| 260 | Indelicato | 9.10 | 745.00 | 6,779.50 |
| 364 | Power | 7.50 | 745.00 | 5,587.50 |
| | | | | |
| ATTY TOTAL | | 73.30 | | 33,522.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136831

For professional services rendered from January 1, through January 31, 2009 in connection with the following:

> 703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
> 006         SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/05/09 | E-mails with MTP, Beach re: Vantium. | DDG | 0.10 | 69.50 |
| 01/13/09 | Miscellaneous e-mails with Grear, Beach, MTP regarding Vantium issues. | DDG | 0.40 | 278.00 |
| 01/13/09 | E-mails with YCST re update on Vanitum sale | MTP | 0.20 | 149.00 |
| 01/14/09 | Miscellaneous e-mails and conferences with Grear, Beach, Evangelos, MTP regarding Vantium issues | DDG | 1.30 | 903.50 |
| 01/14/09 | Calls/e-mail with YCST, Commarado, DDG re resolving disputes with Vantium on loan sale | MTP | 1.00 | 745.00 |
| 01/15/09 | Conference with Kostoulas regarding Vantium (0.1); conference with MTP regarding further loan sales, e-mails regarding same (0.3). | DDG | 0.40 | 278.00 |
| 01/15/09 | Discuss open items on loan sale with DDG | MTP | 0.30 | 223.50 |
| 01/20/09 | E-mails with Kostoulas regarding Vantium. | DDG | 0.10 | 69.50 |
| 01/20/09 | Review update regarding loan sales (.20). | JXZ | 0.20 | 75.00 |
| 01/29/09 | Miscellaneous e-mails regarding new loan sale, form of agreement | DDG | 0.10 | 69.50 |

TOTAL HOURS                                    4.10

TOTAL SERVICES ........................................................$    2,860.50

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                                $3.25

MEALS                                                          $15.28

TOTAL DISBURSEMENTS ............................................. $       18.53

TOTAL FEES & DISBURSEMENTS ............................. $    2,879.03


SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 0.20 | 375.00 | 75.00 |
| 426 | Grubman | 2.40 | 695.00 | 1,668.00 |
| 364 | Power | 1.50 | 745.00 | 1,117.50 |
| ATTY TOTAL | | 4.10 | | 2,860.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136831

For professional services rendered from January 1, through January 31, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
007         PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/02/09 | Review numerous fee applications and draft summaries (3.10). | JXZ | 3.10 | 1,162.50 |
| 01/04/09 | Review fee applications (.30). | JXZ | 0.30 | 112.50 |
| 01/05/09 | Review fee applications, draft summaries and e-mails with MTP regarding same (.60). | JXZ | 0.60 | 225.00 |
| 01/05/09 | Review & respond with question re JXZ summary on fee applications | MTP | 0.20 | 149.00 |
| 01/07/09 | Review Zolfo Cooper's November fee application (.30) update summary fee chart (.20) | JS | 0.50 | 122.50 |
| 01/12/09 | Prepare for fee hearing (1.20) update summary fee chart (.30). | JS | 1.50 | 367.50 |
| 01/13/09 | Review fee order (.10); review fee application, draft summary and e-mail MTP regarding same (.50). | JXZ | 0.60 | 225.00 |
| 01/13/09 | Review JXZ summary of fee applications | MTP | 0.20 | 149.00 |
| 01/20/09 | Review Kilpatrick Stockton December fee application (.30) review Traxi, LLC December fee application (.20) update summary fee chart (.20). | JS | 0.70 | 171.50 |
| 01/23/09 | Review BDO's November fee application (.20) update summary fee chart (.10) | JS | 0.30 | 73.50 |
| 01/23/09 | Review fee applications, draft summaries and e-mails regarding same (.90). | JXZ | 0.90 | 337.50 |

TOTAL HOURS                                        8.90

| DATE | SERVICES | | ATTY | HOURS | VALUE |
|------|----------|---|------|-------|-------|
| | TOTAL SERVICES ........................................................$ | | | | 3,095.50 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 556 | Smith | 3.00 | 245.00 | 735.00 |
| 493 | Zawadzki | 5.50 | 375.00 | 2,062.50 |
| 364 | Power | 0.40 | 745.00 | 298.00 |
| ATTY TOTAL | | 8.90 | | 3,095.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136831

For professional services rendered from January 1, through January 31, 2009 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
009        LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/02/09 | Review and revise memo to the committee on Waterfield litigation. | MSI | 0.80 | 596.00 |
| 01/05/09 | Conference call with ZGN, Cadwalder regarding Union Federal litigation (0.4); review revised ZGN memo, MSI e-mail regarding same (0.3). | DDG | 0.70 | 486.50 |
| 01/05/09 | Review Broad Hollow stipulation and order (.10). | JXZ | 0.10 | 37.50 |
| 01/05/09 | Revise and edit memo on the Waterfield litigation (.70). | MSI | 0.70 | 521.50 |
| 01/05/09 | Review revised draft confidentiality agreement for Deloitte and confer with JPM re same (.50); finalize draft of Rule 2004 motion re Deloitte and review Daiseyteh case in connection with same (2.5); telephone conference with D. Carrickhoff re motion (.10). | RJM | 3.10 | 1,736.00 |
| 01/06/09 | Review and edit memo and meeting with ZGN regarding same (.70); meeting with MTP, JPM and RJM to discuss mediation of director claims (.60). | MSI | 1.30 | 968.50 |
| 01/06/09 | Prepare for and attend mediation (5.1); confer with MTP, MSI and JPM re settlement strategy (.90). | RJM | 6.00 | 3,360.00 |
| 01/07/09 | Meeting with JPM and telephone conversation with director's counsel regarding mediation and potential settlement issues (.40); meeting with MTP regarding same (.10). | MSI | 0.50 | 372.50 |
| 01/12/09 | Monitor Adv Proceedings (.20) review order approving settlement agreement, assignment re Attorneys' Title Insurance Fund, Inc (.20) file maintenance (.10). | JS | 0.50 | 122.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/12/09 | Telephone conference with BDO re Deloitte document production (.20); confer with MSI re status of mediation (.10). | RJM | 0.30 | 168.00 |
| 01/13/09 | Telephone conference with BDO re Deloitte production and confer with JT re same (.30); telephone conference with Deloitte's counsel re production (.10). | RJM | 0.40 | 224.00 |
| 01/15/09 | Meeting with JPM regarding proposal from D&O carrier; discuss same with MTP. | MSI | 0.30 | 223.50 |
| 01/15/09 | Confer with JT re Deloitte document production. | RJM | 0.20 | 112.00 |
| 01/16/09 | Confer with JT re document production from Deloitte and emails with Deloitte's counsel and BDO re same. | RJM | 0.40 | 224.00 |
| 01/19/09 | Review and edit Waterfiled litigation memo to the committee. | MSI | 0.60 | 447.00 |
| 01/20/09 | Pulled case from Lexis for DDG. | CM | 0.10 | 27.00 |
| 01/20/09 | Review recent case and underlying documents regarding offset issue (0.7); e-mails to ZGN, MSI regarding same (0.2). | DDG | 0.90 | 625.50 |
| 01/20/09 | Confer with JT re issues concerning Deloitte production and emails with BDO re same. | RJM | 0.20 | 112.00 |
| 01/29/09 | Status conference with JPM, CJK and AP. | RJM | 1.50 | 840.00 |
| 01/30/09 | research complaint for ELS (.70) | JS | 0.70 | 171.50 |

TOTAL HOURS          19.30

TOTAL SERVICES ........................................................$    11,375.50

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                    $0.75

CARFARE                                                                    $119.14

DUPLICATING                                                            $0.20

LEXIS                                                                          $766.87

TOTAL DISBURSEMENTS ...........................................$    886.96

TOTAL FEES & DISBURSEMENTS ............................$    12,262.46

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 1.20 | 245.00 | 294.00 |
| 542 | Manion | 0.10 | 270.00 | 27.00 |

| 493 | Zawadzki | 0.10 | 375.00 | 37.50 |
|-----|----------|------|--------|-------|
| 952 | Malatak | 12.10 | 560.00 | 6,776.00 |
| 426 | Grubman | 1.60 | 695.00 | 1,112.00 |
| 260 | Indelicato | 4.20 | 745.00 | 3,129.00 |
| ATTY TOTAL | | 19.30 | | 11,375.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue    (33rd floor)
New York, NY 10022

Invoice number: 136831

For professional services rendered from January 1, through January 31, 2009 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
010    PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/02/09 | Telephone conversation with N. Gilmore regarding position of liquidating trustee (.60); telephone conversation with Jacobs and Myers regarding same (.30); review various submissions (.70). | MSI | 1.60 | 1,192.00 |
| 01/05/09 | Review objection to plan confirmation (.20). | JXZ | 0.20 | 75.00 |
| 01/05/09 | Review discovery requests and issues raised by borrowers in preparation for 1/6/09 call. | MSI | 0.60 | 447.00 |
| 01/06/09 | Conference with MTP, MSI, debtors and Borrowers Committee re: depositions and negotiations (.60); conference call with MTP, MSI, Triad attorneys and debtors re: insurance (.60); conference call with Berliner, MTP and MSI re: Strauss, Triad and overall costs (.60). | ELS | 1.80 | 945.00 |
| 01/06/09 | Review documents in preparation for call with the borrower's counsel (.30); participate in same and telephone conversation with Beach regarding issues (.80); telephone conversation with counsel for Triad regarding issues on insurance and review same (1.10); telephone conversation with Berliner regarding same (.40); telephone conversation with Beach, M. Greenberg, P. Jackson and MTP regarding plan and borrower issues (.80); review plan issues and strategy (1.20). | MSI | 4.60 | 3,427.00 |
| 01/06/09 | Conference call with YCST, MSI, ELS, Borrowers' counsel re discovery schedule (.7); | MTP | 0.70 | 521.50 |
| 01/06/09 | Call with YCST & MSI re plan issues | MTP | 0.80 | 596.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/07/09 | Review borrower issues in preparation for call (.30); telephone conversation with YCST to discuss issues raised by borrower's and proposed fix (2.00); meeting with MTP and ELS regarding same (.30). | MSI | 2.60 | 1,937.00 |
| 01/07/09 | Call with Debtors, Borrowers counsel re discovery schedule (.6); H&H team meeting re what we can live with on Borrowers term sheet and our counter offer (2.2) | MTP | 2.80 | 2,086.00 |
| 01/08/09 | Extensive telephone conversation with borrower's counsel to discuss issues raised on plan (1.60); telephone conversation with Beach regarding same, litigation and confirmation (.30); review same (.30). | MSI | 2.20 | 1,639.00 |
| 01/08/09 | Meeting with MSI, ELS, YCST & Borrowers counsel re our counter on plan term sheet (1.5) | MTP | 1.50 | 1,117.50 |
| 01/12/09 | Review emails from Borrowers' committee counsel re: settlement proposal. | ELS | 0.40 | 210.00 |
| 01/12/09 | Begin review of draft plan trustee agreement. | ELS | 0.20 | 105.00 |
| 01/12/09 | Review extensive e-mail from borrower's counsel regarding outstanding points (.30); telephone conversation with Beach regarding same and other confirmation issues (.20); review numerous e-mails with additional points (.20). | MSI | 0.70 | 521.50 |
| 01/12/09 | E-mails with Borrowers counsel re counter on plan term sheet | MTP | 0.50 | 372.50 |
| 01/13/09 | Review liquidating trust agreement. | DDG | 1.40 | 973.00 |
| 01/13/09 | Meeting with DG re: AHM plan trustee agreement and review of same (3.20); emails and phone calls with debtors' counsel re: Borrowers' Committee scheduled deposition (.30). | ELS | 3.50 | 1,837.50 |
| 01/13/09 | Review draft trust agreement and discussions with ELS regarding same (1.40); telephone conversation with counsel for the borrowers regarding proposal (.40); review borrower alternatives (.60); telephone conversation with Beach regarding same (.20); review plan issues (.80). | MSI | 3.40 | 2,533.00 |
| 01/13/09 | Attention to e-mails re plan discovery; review document requests | MTP | 1.20 | 894.00 |
| 01/14/09 | Conference with ELS regarding trust agreement (0.6); conferences with AXA, ST regarding specific sections of trust agreement, e-mails with ELS regarding same (0.4). | DDG | 1.00 | 695.00 |
| 01/14/09 | Review draft plan trustee agreement (1.60); meet with DG re: comments to draft plan trustee agreement (.60); meet with ST re: her comments to draft plan trust agreement and review such comments (.50); prepare revised draft plan trust agreement (3.60). | ELS | 6.30 | 3,307.50 |
| 01/14/09 | Conference call with MSI, debtors' counsel and Borrowers' Committee counsel re: term sheet and 1/15 deposition and meeting with MTP and MSI re: same. | ELS | 1.10 | 577.50 |
| 01/14/09 | Prepare binder of all objections to confirmation (1.40). | JS | 1.40 | 343.00 |
| 01/14/09 | Review docket and recent objections to confirmation (.60). | JXZ | 0.60 | 225.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/14/09 | Extensive telephone conversation with Beach, Jackson and MTP to go over borrower issues, plan issues and Triad proposal (2.00); extensive telephone conversation with borrowers counsel and debtors counsel to go over open issues (.60); review issues on Trust Agreement (.40); review objections to confirmation (.70); review borrower issues and discuss with MTP (.60). | MSI | 4.30 | 3,203.50 |
| 01/14/09 | Call with Borrowers' counsel, YCST, MSI, ELS re plan negotiations and discovery schedule (1.5) | MTP | 1.50 | 1,117.50 |
| 01/14/09 | Compare terms in Liquidating Trust Agreements. | ST | 2.00 | 750.00 |
| 01/15/09 | Review changes to liquidating trust. | DDG | 0.70 | 486.50 |
| 01/15/09 | Trustee agreements - emails and meeting with MSI re: edits to trustee agreement (.60); travel to and from Delaware for Borrowers' committee deposition of debtors 30(b)(6) witness re: confirmation (2.10); meeting with Jackson, Beach, Fernandez re: deposition and attend deposition of Fernandez (6.20); meeting with Borrowers' committee counsel (.30). | ELS | 9.20 | 4,830.00 |
| 01/15/09 | Attention to confirmation objections (.30). | JXZ | 0.30 | 112.50 |
| 01/15/09 | Review issues on LTA (.80); telephone conversation with debtor and Triad regarding issues on proposal (.40); review objections (.40); telephone conversation with Beach and MTP regarding same (.30). | MSI | 1.90 | 1,415.50 |
| 01/15/09 | Call with Triad & YCST re further settlement negotiation | MTP | 0.50 | 372.50 |
| 01/16/09 | Conference with ELS regarding liquidating trust agreement. | DDG | 0.40 | 278.00 |
| 01/16/09 | Meeting with DG re: plan trustee agreement and revise same (1.30); conference call with MTP, MSI and debtors' counsel re: borrowers' committee and plan objections (1.60). | ELS | 2.90 | 1,522.50 |
| 01/16/09 | Review DB's Limited objection to amended chapter 11 plan (.30) review California taxing authorities limited objection to plan (.20) file maintenance (.20). | JS | 0.70 | 171.50 |
| 01/16/09 | Revise and edit liquidating trust agreement (1.20); telephone conversation numerous times with Beach, Jackson and Greecher regarding same, plan, borrowers and objections (1.70); review and edit same (.70). | MSI | 3.60 | 2,682.00 |
| 01/19/09 | Review revisions to liquidating trust, B of A stipulation, miscellaneous e-mails regarding same (0.5); conference call with Alfonso, Young Conaway regarding trust, stipulation, miscellaneous other confirmation issues (1.0). | DDG | 1.50 | 1,042.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/19/09 | Review latest draft of the Liquidating Trust Agreement (1.30); telephone conversation with YCST regarding comments and issues raised by the US Trustee, borrower's committee and outstanding objections (1.30); telephone conversation with YCST and J. McMahon regarding issued on plan (.90); review latest draft of BofA stipulation (.40); e-mail with Jackson regarding same (.20); telephone conversation with A. Alfonso, YCST and DDG regarding issues on Liquidating Trust Agreement and confirmation issues (1.0); review Mass case on option Arm issues (1.20). | MSI | 6.30 | 4,693.50 |
| 01/20/09 | Revise Plan provisions regarding liquidating trust and trustee (0.5); conference with ELS regarding same (0.1). | DDG | 0.60 | 417.00 |
| 01/20/09 | Meeting with MSI re: US Trustee objections and latest dialogue with Borrowers' Committee (.30); review revised trustee agreement and revised plan (.70); conference call with MSI, Beach and Jackson re: Borrowers' and objections to plan (.40). | ELS | 1.40 | 735.00 |
| 01/20/09 | Review Exhibit - Appendix of supplemental plan documents and attachments (1.40) | JS | 1.40 | 343.00 |
| 01/20/09 | Review objections to plan confirmation (.30). | JXZ | 0.30 | 112.50 |
| 01/20/09 | Review latest draft of the plan (1.40); review borrower's motion to expand cap (.40); review latest draft of trust agreement (.80); meeting with ELS regarding objection to the borrower's motion (.30); extensive telephone conversations (2x) with Jackson and Beach regarding strategy (1.20); continue review of objections and borrower issues (1.40). | MSI | 5.50 | 4,097.50 |
| 01/20/09 | Review Borrower Committee's motion for larger budget (.5); strategy meeting/call with ELS & MSI & Debtors (1.5); review revised plan (1.0) | MTP | 3.00 | 2,235.00 |
| 01/21/09 | Review limited objection to confirmation by JPMorgan (.30) upload into hearing binder re same: (.20). | JS | 0.50 | 122.50 |
| 01/21/09 | Review objection to plan confirmation (.40). | JXZ | 0.40 | 150.00 |
| 01/21/09 | Review numerous e-mails on borrower's issues (.40); meeting with ELS regarding same (.30); review and edit objection to motion (.80); meeting with JO regarding additional research on notice issues (.20); review memo and cases regarding same (.60); numerous conversations with Jackson and Beach regarding confirmation (1.50); revise and edit latest draft of the pan (.70); meeting with ELS regarding confirmation issues (.20). | MSI | 4.20 | 3,129.00 |
| 01/21/09 | Review various pleadings to start to prepare outline for confirmation hearing | MTP | 1.20 | 894.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/22/09 | Meeting and emails re: teleconference on borrowers' committee request for additional funds (.90); review emails and pleadings re: Borrowers' committee potential witnesses (.80); review emails re: Borrowers' committee requests for SEC production (.20); committee conference call (.60); review Graves' law suit (.30); emails with Borrowers' committee counsel and debtors' counsel re: deposition schedule (.30); conference call with MSI, MTP and debtors' counsel re: plan confirmation objections (1.30); review Borrowers' committee objection and exhibits and selected case law (2.80); review article on predatory lending by Borrowers' committee proposed expert (1.50). | ELS | 8.70 | 4,567.50 |
| 01/22/09 | Meeting with MSI and ELS regarding plan issues (.20); research plan issues and e-mails with MSI regarding same (1.50). | JXZ | 1.70 | 637.50 |
| 01/22/09 | Review motion and proposed response in preparation for telephonic hearing (.70); attend telephonic hearing to address borrower's committee's motion to increase cap (.60); telephone conversation with Beach regarding same (.10); review borrowers objection to confirmation (1.70); extensive telephone conversation with Kroll and YCST regarding objections and strategy (1.40); meeting with ELS regarding same (.30); review e-mails from JO regarding research on notice issue (.30); review confirmation issues (.80). | MSI | 5.90 | 4,395.50 |
| 01/22/09 | Multiple call/e-mails with YCST, ELS, MSI re strategy issues with respect to confirmation hearing (3.4) | MTP | 3.40 | 2,533.00 |
| 01/23/09 | Conference calls with MTP, MSI and debtors' re: Borrowers' Committee objection and confirmation hearing (2.10); review emails from Borrowers' Committee re: potential exhibits and conference hearing (.40); emails to Borrowers' Committee re: scheduling depositions (.40). | ELS | 2.90 | 1,522.50 |
| 01/23/09 | Reviewing American Homes Plan and objection to Plan Confirmation. | JO | 1.50 | 450.00 |
| 01/23/09 | Review Morgan Stanley's limited objection to plan (.20) update plan summary chart (.20) review and monitor docket (.50) update critical dates (.20) file maintenance (.30). | JS | 1.40 | 343.00 |
| 01/23/09 | Review objections to plan confirmation (.60). | JXZ | 0.60 | 225.00 |
| 01/23/09 | Conference calls with Beach, MTP and Greecher regarding plan, borrower and confirmation issues (1.20); numerous calls with Beach regarding same (.60); telephone conversation with Greecher, MTP, B. Fernandes and K. Nystrom (.70); review objections (1.60); prepare for confirmation hearing (1.10); meeting with ELS regarding same (.30); review research on issues and information on expert (.90). | MSI | 6.40 | 4,768.00 |
| 01/23/09 | Numerous calls/e-mails re preparation and strategy for contested confirmation hrg | MTP | 1.80 | 1,341.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/26/09 | Email to JO and JXZ re: brief in support of plan and meeting re: same (.90); emails and phone calls with debtors re: depositions of Borrowers' Committee witness (.90); review documents produced by Borrowers' committee (1.60); review Dandridge loan file in preparation for deposition of Dandridge (2.50). | ELS | 5.90 | 3,097.50 |
| 01/26/09 | Meeting with ELS and JXZ to discuss response to Borrowers Committee objection to Plan. | JO | 0.50 | 150.00 |
| 01/26/09 | Produce objection to borrows committee production documents binders for ELS (3.0) review docket and recent pleadings (.50) review email from K. Senese re: agenda for hearing (.10) review agenda (.20) review email from MSI re meeting (.10) | JS | 3.90 | 955.50 |
| 01/26/09 | Review documents and meetings and e-mails with ELS and JO regarding plan issues (.60); review numerous objections and preliminary draft of reply (2.50). | JXZ | 3.10 | 1,162.50 |
| 01/26/09 | Meeting with ELS regarding view of documents and confirmation issues (.40); telephone conversation with Beach and Jackson regarding same (.80); review documents, objections and borrower issues (3.10); review and edit borrower's order (.30). | MSI | 4.60 | 3,427.00 |
| 01/27/09 | Emails re: depositions of Borrower committee witnesses and review notices of depositions re: same (1.40); emails and phone call with debtors' counsel re: bar day notice and certain borrowers (.50); emails with debtors' counsel re: borrowers who filed claims and their votes on the plan (.30). | ELS | 2.20 | 1,155.00 |
| 01/27/09 | Drafting response to Borrowers Committee objection to Plan. | JO | 5.60 | 1,680.00 |
| 01/27/09 | produce plan supplemental exhibit for ELS (.60) | JS | 0.60 | 147.00 |
| 01/27/09 | Review notice (.10); draft brief in support (.30). | JXZ | 0.40 | 150.00 |
| 01/27/09 | Review numerous emails re: discovery with the Borrowers (.30); telephone conference with Jackson and Beach re: same (.10); meeting with ELS re: same (.20); review and analyze issues (.70). | MSI | 1.30 | 968.50 |
| 01/28/09 | Conference with JO regarding Plan issue | DDG | 0.10 | 69.50 |
| 01/28/09 | Phone calls with debtors' counsel re: motion to deem claim filed timely and general discussions re: notice on Borrowers and meeting with MSI re: same (1.30); begin review of Borrowers' committee expert report (.40). | ELS | 1.70 | 892.50 |
| 01/28/09 | Drafting response to Borrowers Committee objection to Plan. | JO | 4.00 | 1,200.00 |
| 01/28/09 | E-mails with JO and ELS regarding plan issues (.20). | JXZ | 0.20 | 75.00 |
| 01/28/09 | Meeting with ELS re: depositions and issues (.10); review same and issues (1.10). | MSI | 1.20 | 894.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/29/09 | Continue review of Borrowers Committee expert report and emails re: same (1.50); prepare for Dandridge deposition (.30); begin review of Graves loan documentation (.60); emails and meeting re: committee and debtors confirmation hearing witnesses and email to Borrowers Committee re: same (.40); revisions to objection to Borrowers Committee application to increase cap (1.30). | ELS | 4.10 | 2,152.50 |
| 01/29/09 | Drafting response to Borrowers Committee objection to Plan. | JO | 1.50 | 450.00 |
| 01/29/09 | Attention to objections (.30); review research regarding plan issues (.50). | JXZ | 0.80 | 300.00 |
| 01/29/09 | Review e-mails and documents produced. | MSI | 1.10 | 819.50 |
| 01/29/09 | Review Borrowers' expert report | MTP | 1.00 | 745.00 |
| 01/30/09 | Emails with debtors' counsel re: late filed proof of claim (.20); emails with debtors' counsel re: objection to Borrowers motion to increase cap (.30); prepare for and take deposition of Florence Dandridge (4.10); travel to and from Staten Island deposition of Dandridge (at 1/2 time) (1.30); meeting with MSI re: Dandridge deposition (.30). | ELS | 6.20 | 3,255.00 |
| 01/30/09 | Preliminary review of Borrowers' expert report (.90); numerous calls/meetings with MSI, ELS re: Borrowers objection and review documents re: same (.60). | JXZ | 1.50 | 562.50 |
| 01/30/09 | Review Sauter's expert report (1.20); meeting with ELS regarding same, deposition and post deposition discussion (.60); review documents from borrowers' and confirmation issues (.80). | MSI | 2.60 | 1,937.00 |
| 01/30/09 | Review Patrick's revised protocol language; e-mails re same | MTP | 0.50 | 372.50 |
| 01/31/09 | Review documents produced by Borrowers' Committee in preparation for deposition of Saunders and Graves. | ELS | 3.50 | 1,837.50 |

TOTAL HOURS                                 187.80

TOTAL SERVICES ........................................................$      110,729.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| CARFARE | $641.83 |
| DUPLICATING | $16.30 |
| LEXIS | $28.83 |
| MEALS | $110.12 |
| TRAIN FARE | $204.00 |

TOTAL DISBURSEMENTS ............................................$       1,001.08

TOTAL FEES & DISBURSEMENTS.............................$     111,730.58

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 9.90 | 245.00 | 2,425.50 |
| 583 | Orbach | 13.10 | 300.00 | 3,930.00 |
| 493 | Zawadzki | 10.10 | 375.00 | 3,787.50 |
| 586 | Tishco | 2.00 | 375.00 | 750.00 |
| 486 | Schnitzer | 62.00 | 525.00 | 32,550.00 |
| 426 | Grubman | 5.70 | 695.00 | 3,961.50 |
| 260 | Indelicato | 64.60 | 745.00 | 48,127.00 |
| 364 | Power | 20.40 | 745.00 | 15,198.00 |
| ATTY TOTAL | | 187.80 | | 110,729.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136831

For professional services rendered from January 1, through January 31, 2009 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
011        EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/03/09 | Review WARN research (.30). | JXZ | 0.30 | 112.50 |
| 01/05/09 | Review WARN document production and e-mails with JT regarding same (.30). | JXZ | 0.30 | 112.50 |
| 01/06/09 | E-mails with JT and W. Dubois regarding document production (.10). | JXZ | 0.10 | 37.50 |
| 01/07/09 | Review stipulation from R. Roupinian extending discovery. | MSI | 0.30 | 223.50 |
| 01/08/09 | E-mail with JT and LR regarding discovery (.10). | JXZ | 0.10 | 37.50 |
| 01/08/09 | Review and respond to e-mails from R. Roupinian regarding extension and settlement (.30); telephone conversation with Beach regarding same (.20). | MSI | 0.50 | 372.50 |
| 01/09/09 | Telephonic discussion with plaintiff regarding settlement alternatives (.60); e-mail and telephone conversation with BDO regarding same (.20). | MSI | 0.80 | 596.00 |
| 01/12/09 | E-mail with LR regarding document production (.10); review docket/certification and list of opt-outs (.20). | JXZ | 0.30 | 112.50 |
| 01/13/09 | Review revised proposal from BDO and discuss same with Berliner. | MSI | 0.30 | 223.50 |
| 01/14/09 | Telephone conversation with Miller and Olsen regarding meeting and settlement. | MSI | 0.20 | 149.00 |
| 01/15/09 | E-mail with JT regarding document production (.10). | JXZ | 0.10 | 37.50 |
| 01/15/09 | Several e-mails and discussions with Beach regarding meeting and discussion. | MSI | 0.30 | 223.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/16/09 | Telephone conversation with S. Miller and M. Olsen regarding meeting. | MSI | 0.20 | 149.00 |
| 01/19/09 | Review documents regarding WARN (.50). | JXZ | 0.50 | 187.50 |
| 01/21/09 | Review notice (.10). | JXZ | 0.10 | 37.50 |
| 01/23/09 | Review documents regarding WARN issues (.30). | JXZ | 0.30 | 112.50 |
| 01/23/09 | E-mails and call with Olsen regarding meeting (.20); e-mails with debtor and BDO regarding same (.20); review latest analysis (.40). | MSI | 0.80 | 596.00 |
| 01/26/09 | Numerous e-mails regarding WARN conference (.10). | JXZ | 0.10 | 37.50 |
| 01/26/09 | Numerous e-mails to YCST regarding meeting, proposals and issues with WARN plaintiff's (.20); review proposals to respond to Holtz (.30). | MSI | 0.50 | 372.50 |
| 01/28/09 | E-mails and meetings with MSI and conference call with debtors regarding WARN issues (.70); review documents regarding WARN liability analysis (.30). | JXZ | 1.00 | 375.00 |
| 01/28/09 | Telephone conference with Yost, BDO and Kroll to discuss strategy for meeting with WARN plaintiffs (.90); telephone conference with M. Micheles re: same (.10); review materials in preparation for the meeting (.60); meeting with JXZ re: same (.20). | MSI | 1.80 | 1,341.00 |
| 01/29/09 | Review documents regarding WARN liability (.80); meeting with debtors, WARN plaintiffs and MSI regarding settlement (4.50). | JXZ | 5.30 | 1,987.50 |
| 01/29/09 | Review material in preparation for meeting with WARN plaintiffs (.60); attend meeting with debtor and WARN plaintiffs (2.70). | MSI | 3.30 | 2,458.50 |
| 01/30/09 | Meeting with MSI re: WARN issues and review documents re: same. | JXZ | 0.50 | 187.50 |

TOTAL HOURS                18.00

TOTAL SERVICES ..........................................................................$    10,080.00

DISBURSEMENT SUMMARY

OVERNIGHT DELIVERY                                                    $23.51

TOTAL DISBURSEMENTS ............................................................$        23.51

TOTAL FEES & DISBURSEMENTS .............................................$    10,103.51

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 9.00 | 375.00 | 3,375.00 |
| 260 | Indelicato | 9.00 | 745.00 | 6,705.00 |
| ATTY TOTAL | | 18.00 | | 10,080.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136831

For professional services rendered from January 1, through January 31, 2009 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 012    | CLAIMS ADMINISTRATION                  |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/05/09 | Review notices and responses to claims objections (.30). | JXZ | 0.30 | 112.50 |
| 01/06/09 | Review response to claims objection (.10). | JXZ | 0.10 | 37.50 |
| 01/09/09 | Review EPD breach claims schedule (.10). | JXZ | 0.10 | 37.50 |
| 01/12/09 | Review omnibus objections and responses; e-mails and calls with EK and ELS regarding same (1.30). | JXZ | 1.30 | 487.50 |
| 01/20/09 | Review responses to claims objections (.20). | JXZ | 0.20 | 75.00 |
| 01/21/09 | Review responses and notices (.20). | JXZ | 0.20 | 75.00 |
| 01/23/09 | Review docket and notice (.10). | JXZ | 0.10 | 37.50 |
| 01/27/09 | Phone call with Promotional Products claimant re: status of claim and emails to debtors' attorney re: same. | ELS | 0.40 | 210.00 |
| 01/27/09 | Meeting with ELS regarding claims (.10); review response (.10); review motion to allow and e-mail with N. Grow regarding same (.60). | JXZ | 0.80 | 300.00 |

|  | TOTAL HOURS | 3.50 |  |
|--|-------------|------|--|

TOTAL SERVICES ........................................................................ $   1,372.50

## DISBURSEMENT SUMMARY

SEARCH FEES                                                                $0.32

DISBURSEMENT SUMMARY

TOTAL DISBURSEMENTS ............................................................ $        0.32

TOTAL FEES & DISBURSEMENTS............................................. $     1,372.82

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 3.10 | 375.00 | 1,162.50 |
| 486 | Schnitzer | 0.40 | 525.00 | 210.00 |
| ATTY TOTAL | | 3.50 | | 1,372.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 5, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 136831

For professional services rendered from January 1, through January 31, 2009 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
013     INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/02/09 | Review of emails and materials re mediation of class action lawsuit and invitation to Committee; telephone conference to Paul Curnin (attorney for Michael Strauss) re invitation (.50). | JPM | 0.50 | 367.50 |
| 01/02/09 | Attention to e-mails with JPM re invitation to mediate class action litigation (.3) | MTP | 0.30 | 223.50 |
| 01/05/09 | Document review (Johnson emails). | AP | 2.00 | 540.00 |
| 01/05/09 | Confer with MTP re class action mediation (.30); telephone conference with counsel for Strauss (Paul Curnin) re mediation (.30); confer with RJM re mediation (.20); review of materials provided by Curnin and complaint and notes re class action lawsuit (3.5); emails with JAM re mediation (.30). | JPM | 4.60 | 3,381.00 |
| 01/05/09 | Review of revised confidentiality stipulation provided by Deloitte (1.0); confer with RJM re same (.30); confer with RJM re finalizing Rule 2004 application (.30); confer with MSI re confidentiality agreement (.30); telephone conference with attorney for Deloitte (.10). | JPM | 2.00 | 1,470.00 |
| 01/05/09 | Strategy discussion with JPM re D&O claims mediation | MTP | 0.30 | 223.50 |
| 01/05/09 | Revise memorandum to creditors committee based on DDG's comments (.8); status call with Cadwalader lawyers (.5). | ZGN | 1.30 | 832.00 |
| 01/06/09 | Document review (Johnson emails). | AP | 2.00 | 540.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/06/09 | E-mail correspondence with JPM regarding motions to dismiss filed by various defendants in the shareholder litigation (.10); reviewed motions filed by Johnston, Deloitte & Touche, Hozie, Strauss, Bernstein and outside directors (2.00); reviewed JPM's letter to Deloitte & Touche's counsel regarding confidentiality agreement (.10). | CJK | 2.10 | 1,018.50 |
| 01/06/09 | Telephone conference with counsel for Deloitte re confidentiality agreement revisions (.30); review of revised draft (.40); several emails with Deloitte counsel re further changes (.50); confer with RJM re revisions (.20); confer with MSI re revisions (.20). | JPM | 1.60 | 1,176.00 |
| 01/06/09 | Attendance at mediation of class action lawsuit (4.8); confer with MTP, MSI and RJM re questions by D&O insurers for settlement proposal of estate's claims (.70); review of Allied Case re D&O insurance proceeds, property of estate (.30). | JPM | 5.80 | 4,263.00 |
| 01/06/09 | Attend mediation session on D&O claims with JPM (5.0); follow up discussion with JPM, MSI, RJM (.6) | MTP | 5.60 | 4,172.00 |
| 01/06/09 | Confer with MSI and review MSI's comments to memo to creditors' committee re: Union Federal litigation (.2). | ZGN | 0.20 | 128.00 |
| 01/07/09 | Retrieved bonus information of AHM employees for JPM. | AP | 0.40 | 108.00 |
| 01/07/09 | Document review (Johnson emails). | AP | 6.00 | 1,620.00 |
| 01/07/09 | Print out attachments to documents of interest as requested by attorney; coordinate reconciliation of AHM_WARN production database so attorney can begin review; send update load file from vendor to IT for addition to Concordance database. | JLT | 3.00 | 705.00 |
| 01/07/09 | Emails with MTP re class action lawsuit (.20); conference with MSI re class action lawsuit (.10); telephone confer with MSI, counsel for Strauss and Hozie re potential settlement of estate's claim against directors and officers as part of class action lawsuit (.50); confer with AP about documents re bonus (.10); review of notes re directors and officers documents (1.0). | JPM | 1.90 | 1,396.50 |
| 01/07/09 | Review of finalized Deloitte confidentiality letter and letter to Deloitte's counsel forwarding executed copy (.40); confer with RJM re letter (.20); email to BDO and internally re terms of confidentiality agreement (.40); review emails re Deloitte production (.30). | JPM | 1.30 | 955.50 |
| 01/07/09 | E-mails with JPM re mediation strategy (.2); discussions with MSI & JPM re results of their call with counsel for senior officers (.2) | MTP | 0.40 | 298.00 |
| 01/08/09 | Document review (johnson emails). | AP | 8.50 | 2,295.00 |
| 01/08/09 | Review of email from debtors' counsel consenting to Deloitte production to Committee (.10); confer with MSI re same (.10); email to Deloitte's attorney forwarding same and asking if sufficient (.10); emails with ELS and MTP re Wells Fargo Funding (.20). | JPM | 0.50 | 367.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/08/09 | Review of debtors' documents re bonuses (1.0); outline settlement terms proposal re insurance proceeds (.40); confer with MSI re same (.10); review of documents, notes re company management (1.3). | JPM | 2.80 | 2,058.00 |
| 01/09/09 | Document review (Johnson emails). | AP | 4.00 | 1,080.00 |
| 01/09/09 | Email to MSI and MTP re proposed settlement proposal to directors and officers (.40); telephone conference with MTP (.10); review of notes re directors and officers (1.0). | JPM | 1.50 | 1,102.50 |
| 01/09/09 | E-mails with JPM re strategy on settling D&O claims | MTP | 0.50 | 372.50 |
| 01/12/09 | Proofread and provided comments on ZGN memo to Committee (.9); reviewed court documents to clarify and expound upon factual statements contained in memo to Committee (.3). | AMS | 1.20 | 384.00 |
| 01/12/09 | Document review (Johnson emails). | AP | 6.90 | 1,863.00 |
| 01/12/09 | Emails with Deloitte attorney re production of documents (.30); emails with BDO, RJM and JT re issues as to format of production (.50); confer with RJM re same (.10). | JPM | 0.90 | 661.50 |
| 01/12/09 | Review of issues re demand under insurance policy (.50); confer with MTP (.10) and MSI (.10) re same; conference call with MSI and attorney for Strauss forwarding Committee's demand (.30). | JPM | 1.00 | 735.00 |
| 01/12/09 | Discussion of settlement negotiations on D&O claims with JPM | MTP | 0.20 | 149.00 |
| 01/13/09 | Document review (Johnson emails). | AP | 8.60 | 2,322.00 |
| 01/13/09 | Review of documents produced by debtors of Robert Johnson selected by AP (2.0); emails re Deloitte production (.30); and confer with RJM re same (.10). | JPM | 2.40 | 1,764.00 |
| 01/14/09 | Located and forwarded documents from court docket to ZGN re: Waterfield. | AMS | 0.30 | 96.00 |
| 01/14/09 | Document review (Johnson emails). | AP | 7.50 | 2,025.00 |
| 01/14/09 | Telephone conference with mediator of class action lawsuit re Committee's settlement position (.40); confer with MSI (.10), MTP (.10) and RJM (.10) re review of class action complaint (.70). | JPM | 1.40 | 1,029.00 |
| 01/14/09 | Review of documents from debtors pulled by AP (1.3). | JPM | 1.30 | 955.50 |
| 01/14/09 | Further edits and finalizing memo to creditors' committee. | ZGN | 1.00 | 640.00 |
| 01/15/09 | Document review (Johnson emails). | AP | 8.90 | 2,403.00 |
| 01/15/09 | Emails re production by Deloitte (.30). | JPM | 0.30 | 220.50 |
| 01/15/09 | Numerous telephone conferences with attorney for Strauss and mediator re settlement of Debtors' claims and mediation (1.0); various conferences and emails with MTP and MSI (1.0); review of trial demand letter (.30); review of AHM notes, BDO memorandum and other documents re AHM (1.5). | JPM | 3.80 | 2,793.00 |
| 01/15/09 | Discussion with MSI re settling D&O claims | MTP | 0.20 | 149.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/16/09 | Document review (Johnson emails). | AP | 8.10 | 2,187.00 |
| 01/16/09 | Review of emails re Deloitte production (.20); confer with JT re Deloitte production (.20). | JPM | 0.40 | 294.00 |
| 01/16/09 | Attendance at mediation at JAMS re debtors' claim against directors and officers (5.5); confer with MSI (.10) and RJM (.10) re same. | JPM | 5.70 | 4,189.50 |
| 01/16/09 | Attend mediation session on D&O claims with JPM | MTP | 5.50 | 4,097.50 |
| 01/20/09 | Document review (Johnson emails). | AP | 2.40 | 648.00 |
| 01/20/09 | E-mail correspondence with JPM, RJM and JT regarding documents from D&T (.20); reviewed Bob Johnson e-mails tagged by AP as being of interest (1.50); reviewed JPM's letter to D&T counsel regarding. Confidentiality agreement (.20). | CJK | 1.90 | 921.50 |
| 01/20/09 | Confer with JT re Deloitte documents and various emails re same (.50); review of documents pulled by AP (1.5). | JPM | 2.00 | 1,470.00 |
| 01/20/09 | Draft language concerning carve-out of claims (.3); forward language to MSI for review (.1). | ZGN | 0.40 | 256.00 |
| 01/21/09 | Document review (Johnson emails). | AP | 8.00 | 2,160.00 |
| 01/21/09 | Completed review of Tom McDonagh's e-mails. | CJK | 3.00 | 1,455.00 |
| 01/21/09 | Various emails re Deloitte production and confidentiality agreement (.40); review of confidentiality agreement with Deloitte (.40). | JPM | 0.80 | 588.00 |
| 01/21/09 | Revision to status memorandum. | ZGN | 0.50 | 320.00 |
| 01/22/09 | Document review (Johnson emails). | AP | 5.30 | 1,431.00 |
| 01/22/09 | E-mail report to JPM and RJM regarding Tom McDonagh's e-mails (1.50); reviewed Tom McDonagh's e-mails that were tagged as being of interest (.50); e-mail correspondence with JPM and RJM (.10). | CJK | 2.10 | 1,018.50 |
| 01/22/09 | Emails with CJK re McDonough documents reviewed (.40); review of selected documents (.70). | JPM | 1.10 | 808.50 |
| 01/23/09 | E-mail correspondence with JPM, RJM and AP regarding meeting. | CJK | 0.10 | 48.50 |
| 01/26/09 | Document review (Johnson emails). | AP | 4.00 | 1,080.00 |
| 01/26/09 | E-mail correspondence with JPM and RJM regarding meeting. | CJK | 0.10 | 48.50 |
| 01/26/09 | Emails re meeting (.20); confer with JT re Deloitte documents (.20); review of documents pulled by CJK (1.5). | JPM | 1.90 | 1,396.50 |
| 01/27/09 | Document review (Johnson emails). | AP | 8.00 | 2,160.00 |
| 01/27/09 | Print out McDonagh e-mails tagged by attorney. | JLT | 1.00 | 235.00 |
| 01/27/09 | Review of areas for further review (.70). | JPM | 0.70 | 514.50 |
| 01/28/09 | Document review (Johnson emails). | AP | 0.30 | 81.00 |
| 01/28/09 | E-mail correspondence with JPM, BDO, JT and RJM regarding D&T documents. | CJK | 0.10 | 48.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/28/09 | Email to BDO re Deloitte documents (.20); confer with RJM re investigation issues (.20); review of numerous documents and notes re investigation to date and areas that should be further pursued (3.0). | JPM | 3.40 | 2,499.00 |
| 01/29/09 | Status meeting with RJM, CJK and JPM (1.50); document review (Johnson emails) (4.5); began researching dividend/preference issue (.8). | AP | 6.80 | 1,836.00 |
| 01/29/09 | Conference with JPM/RJM re: information reviewed thus far and strategy (1.60); prepared for meeting (.30); search/review of AHM's SEC and bankruptcy filings for information re: types of mortgages originated and volume (4.00); email conversation with JPM/RJM re: meeting (.10). | CJK | 5.90 | 2,861.50 |
| 01/29/09 | Emails with BDO re Deloitte production (.30); review of Deloitte request (.70); review of issues re AHM's loan quality and delinquencies (1.5); meet with RJM, CJK and AP re investigation (1.0). | JPM | 3.50 | 2,572.50 |
| 01/30/09 | Researched preference/dividend issue. | AP | 1.40 | 378.00 |
| 01/30/09 | Reviewed email database for information re: types of loans offered/originated by AHM and volume/dollars. | CJK | 5.00 | 2,425.00 |

TOTAL HOURS      194.40

TOTAL SERVICES ........................................................................ $   88,912.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| COMPUTER/HARD DRIVE/SUPPLIES | $1,625.63 |
| COURIER SERVICE | $13.78 |
| DUPLICATING | $184.10 |
| LEXIS | $101.92 |
| TELECOPY PAGES | $3.00 |

TOTAL DISBURSEMENTS ........................................................ $   1,928.43

TOTAL FEES & DISBURSEMENTS ............................................ $   90,840.43

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 565 | Tucker | 4.00 | 235.00 | 940.00 |
| 543 | Power | 99.10 | 270.00 | 26,757.00 |