**EXHIBIT C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---:|---|
| 1/5/2009 | Indelicato, Mark S | CAR | $118.01 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 108375; DATE: 1/30/2009 |
| 1/5/2009 | Zawadzki, Jeffrey | CAR | $53.04 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 573599; DATE: 1/15/2009 |
| 1/6/2009 | McCahey, John P | CAR | $8.00 | VENDOR: PETTY CASH; INVOICE#: 012209; DATE: 1/23/2009 |
| 1/6/2009 | Indelicato, Mark S | CAR | $118.32 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 108108; DATE: 1/13/2009 |
| 1/6/2009 | Power, Mark | CAR | $90.78 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 108108; DATE: 1/13/2009 |
| 1/7/2009 | Indelicato, Mark S | CAR | $118.73 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 108108; DATE: 1/13/2009 |
| 1/7/2009 | Power, Mark | CAR | $115.26 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 108108; DATE: 1/13/2009 |
| 1/9/2009 | McCahey, John P | CAR | $8.50 | VENDOR: PETTY CASH; INVOICE#: 030509; DATE: 3/9/2009 |
| 1/13/2009 | Schnitzer, Edward L. | CAR | $11.00 | VENDOR: PETTY CASH; INVOICE#: 012209; DATE: 1/23/2009 |
| 1/13/2009 | Power, Mark | CAR | $17.00 | VENDOR: POWER, MARK T.; INVOICE#: 17; DATE: 1/28/2009 |
| 1/13/2009 | Power, Mark | CAR | $52.07 | VENDOR: POWER, MARK T.; INVOICE#: 17; DATE: 1/28/2009 |
| 1/14/2009 | Schnitzer, Edward L. | CAR | $12.00 | VENDOR: PETTY CASH; INVOICE#: 012209; DATE: 1/23/2009 |
| 1/14/2009 | Indelicato, Mark S | CAR | $120.77 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 108375; DATE: 1/30/2009 |
| 1/15/2009 | Schnitzer, Edward L. | CAR | $7.00 | |
| 1/15/2009 | Schnitzer, Edward L. | CAR | $16.00 | |
| 1/15/2009 | Indelicato, Mark S | CAR | $117.71 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 108375; DATE: 1/30/2009 |
| 1/16/2009 | Power, Mark | CAR | $8.00 | VENDOR: POWER, MARK T.; INVOICE#: 18; DATE: 3/5/2009 |
| 1/20/2009 | Schnitzer, Edward L. | CAR | $12.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 28; DATE: 1/30/2009 |
| 1/20/2009 | Indelicato, Mark S | CAR | $117.30 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 108639; DATE: 1/27/2009 |
| 1/23/2009 | Schnitzer, Edward L. | CAR | $12.00 | VENDOR: PETTY CASH; INVOICE#: 012209; DATE: 1/23/2009 |
| 1/23/2009 | Schnitzer, Edward L. | CAR | $12.40 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 26; DATE: 1/26/2009 |
| 1/26/2009 | Indelicato, Mark S | CAR | $133.42 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109711; DATE: 2/24/2009 |
| 1/27/2009 | Schnitzer, Edward L. | CAR | $11.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 27; DATE: 1/29/2009 |
| 1/27/2009 | Schnitzer, Edward L. | CAR | $11.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 28; DATE: 1/30/2009 |
| 1/27/2009 | Zawadzki, Jeffrey | CAR | $48.96 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 576462; DATE: 2/15/2009 |
| 1/28/2009 | Schnitzer, Edward L. | CAR | $11.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 27; DATE: 1/29/2009 |

| Date | Name | Type | Amount | Description |
|---|---|---|---:|---|
| 1/28/2009 | Schnitzer, Edward L. | CAR | $11.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 28; DATE: 1/30/2009 |
| 1/29/2009 | Indelicato, Mark S | CAR | $119.14 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |
| 1/30/2009 | Schnitzer, Edward L. | CAR | $75.48 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 108913; DATE: 2/3/2009 |
| 1/31/2009 | Schnitzer, Edward L. | CAR | $10.90 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 29; DATE: 2/5/2009 |
| | | | $1,577.79 | |
| 1/21/2009 | Tucker, Jason L. | COMP | $1,625.63 | VENDOR: RVM, INCORPORATED; INVOICE#: 10944; DATE: 1/21/2009 |
| 1/20/2009 | Tucker, Jason L. | COUR | $13.78 | VENDOR: DELUXE DELIVERY SYSTEMS, INC.; INVOICE#: 079840; DATE: 1/31/2009 |
| 1/6/2009 | | DUPL | $8.10 | |
| 1/6/2009 | | DUPL | $0.10 | |
| 1/6/2009 | | DUPL | $0.20 | |
| 1/7/2009 | | DUPL | $0.20 | |
| 1/7/2009 | | DUPL | $0.20 | |
| 1/7/2009 | | DUPL | $0.10 | |
| 1/7/2009 | | DUPL | $0.30 | |
| 1/7/2009 | | DUPL | $4.60 | |
| 1/8/2009 | | DUPL | $1.40 | |
| 1/8/2009 | | DUPL | $0.10 | |
| 1/8/2009 | | DUPL | $0.10 | |
| 1/8/2009 | | DUPL | $0.20 | |
| 1/9/2009 | | DUPL | $85.90 | |
| 1/12/2009 | | DUPL | $0.60 | |
| 1/14/2009 | | DUPL | $0.20 | |
| 1/15/2009 | | DUPL | $0.30 | |
| 1/15/2009 | | DUPL | $0.20 | |
| 1/15/2009 | | DUPL | $0.50 | |
| 1/15/2009 | | DUPL | $3.40 | |
| 1/15/2009 | | DUPL | $0.30 | |
| 1/15/2009 | | DUPL | $0.30 | |
| 1/15/2009 | | DUPL | $0.10 | |
| 1/15/2009 | | DUPL | $0.70 | |
| 1/15/2009 | | DUPL | $0.30 | |
| 1/15/2009 | | DUPL | $0.30 | |
| 1/15/2009 | | DUPL | $0.10 | |
| 1/15/2009 | | DUPL | $0.70 | |
| 1/16/2009 | | DUPL | $0.10 | |
| 1/16/2009 | | DUPL | $0.10 | |
| 1/16/2009 | | DUPL | $0.10 | |
| 1/16/2009 | | DUPL | $0.20 | |
| 1/20/2009 | | DUPL | $0.10 | |
| 1/20/2009 | | DUPL | $0.10 | |
| 1/20/2009 | | DUPL | $1.20 | |
| 1/20/2009 | | DUPL | $2.30 | |
| 1/20/2009 | | DUPL | $0.30 | |
| 1/20/2009 | | DUPL | $5.70 | |

| Date | Name | Type | Amount |
|---|---|---|---|
| 1/20/2009 | | DUPL | $12.40 |
| 1/20/2009 | | DUPL | $3.50 |
| 1/20/2009 | | DUPL | $3.20 |
| 1/20/2009 | | DUPL | $4.60 |
| 1/20/2009 | | DUPL | $3.90 |
| 1/20/2009 | | DUPL | $5.00 |
| 1/20/2009 | | DUPL | $0.10 |
| 1/20/2009 | | DUPL | $0.20 |
| 1/20/2009 | | DUPL | $0.40 |
| 1/20/2009 | | DUPL | $0.50 |
| 1/20/2009 | | DUPL | $1.40 |
| 1/20/2009 | | DUPL | $0.60 |
| 1/20/2009 | | DUPL | $0.40 |
| 1/20/2009 | | DUPL | $0.40 |
| 1/20/2009 | | DUPL | $0.50 |
| 1/20/2009 | | DUPL | $0.60 |
| 1/20/2009 | | DUPL | $0.40 |
| 1/20/2009 | | DUPL | $0.90 |
| 1/20/2009 | | DUPL | $0.30 |
| 1/21/2009 | | DUPL | $8.40 |
| 1/21/2009 | | DUPL | $0.50 |
| 1/21/2009 | | DUPL | $0.30 |
| 1/21/2009 | | DUPL | $0.20 |
| 1/21/2009 | | DUPL | $2.80 |
| 1/21/2009 | | DUPL | $1.10 |
| 1/21/2009 | | DUPL | $0.50 |
| 1/21/2009 | | DUPL | $0.20 |
| 1/21/2009 | | DUPL | $0.70 |
| 1/21/2009 | | DUPL | $0.50 |
| 1/21/2009 | | DUPL | $0.10 |
| 1/21/2009 | | DUPL | $0.50 |
| 1/21/2009 | | DUPL | $0.20 |
| 1/21/2009 | | DUPL | $1.10 |
| 1/22/2009 | Zawadzki, Jeffrey | DUPL | $1.80 |
| 1/22/2009 | | DUPL | $1.80 |
| 1/22/2009 | | DUPL | $0.10 |
| 1/22/2009 | | DUPL | $0.40 |
| 1/22/2009 | | DUPL | $0.30 |
| 1/22/2009 | | DUPL | $0.10 |
| 1/22/2009 | | DUPL | $0.10 |
| 1/22/2009 | | DUPL | $0.10 |
| 1/22/2009 | | DUPL | $0.10 |
| 1/22/2009 | | DUPL | $0.10 |
| 1/22/2009 | | DUPL | $0.90 |
| 1/22/2009 | | DUPL | $0.40 |
| 1/22/2009 | | DUPL | $0.40 |
| 1/22/2009 | | DUPL | $0.40 |
| 1/22/2009 | | DUPL | $1.30 |
| 1/22/2009 | | DUPL | $0.70 |
| 1/22/2009 | | DUPL | $0.10 |
| 1/22/2009 | | DUPL | $0.10 |
| 1/22/2009 | | DUPL | $0.20 |

| Date | Type | Amount |
|---|---|---|
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.50 |
| 1/22/2009 | DUPL | $1.00 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.50 |
| 1/22/2009 | DUPL | $1.00 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $1.00 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.30 |
| 1/22/2009 | DUPL | $1.00 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.30 |
| 1/22/2009 | DUPL | $0.30 |
| 1/22/2009 | DUPL | $0.30 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $3.30 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.30 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.50 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.10 |

| Date | Type | Amount |
|---|---|---|
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $1.50 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $1.50 |
| 1/22/2009 | DUPL | $1.80 |
| 1/22/2009 | DUPL | $1.50 |
| 1/22/2009 | DUPL | $1.50 |
| 1/22/2009 | DUPL | $1.50 |
| 1/22/2009 | DUPL | $1.50 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.60 |
| 1/22/2009 | DUPL | $0.60 |
| 1/22/2009 | DUPL | $0.60 |
| 1/22/2009 | DUPL | $0.60 |
| 1/22/2009 | DUPL | $0.60 |
| 1/22/2009 | DUPL | $0.30 |
| 1/22/2009 | DUPL | $3.30 |
| 1/22/2009 | DUPL | $1.00 |
| 1/22/2009 | DUPL | $1.00 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.30 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.90 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.70 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.80 |
| 1/22/2009 | DUPL | $1.40 |
| 1/22/2009 | DUPL | $0.80 |
| 1/22/2009 | DUPL | $0.40 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $4.60 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |

| Date | Type | Amount |
|---|---|---|
| 1/22/2009 | DUPL | $0.80 |
| 1/22/2009 | DUPL | $0.80 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $0.40 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.40 |
| 1/22/2009 | DUPL | $0.20 |
| 1/22/2009 | DUPL | $0.60 |
| 1/22/2009 | DUPL | $0.10 |
| 1/22/2009 | DUPL | $3.60 |
| 1/22/2009 | DUPL | $0.30 |
| 1/22/2009 | DUPL | $1.50 |
| 1/22/2009 | DUPL | $0.70 |
| 1/23/2009 | DUPL | $3.50 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.50 |
| 1/23/2009 | DUPL | $0.60 |
| 1/23/2009 | DUPL | $0.50 |
| 1/23/2009 | DUPL | $0.60 |
| 1/23/2009 | DUPL | $0.50 |
| 1/23/2009 | DUPL | $0.40 |
| 1/23/2009 | DUPL | $1.80 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.20 |
| 1/23/2009 | DUPL | $0.50 |
| 1/23/2009 | DUPL | $0.60 |
| 1/23/2009 | DUPL | $0.50 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.20 |
| 1/23/2009 | DUPL | $0.70 |
| 1/23/2009 | DUPL | $0.30 |
| 1/23/2009 | DUPL | $0.20 |
| 1/23/2009 | DUPL | $0.30 |
| 1/23/2009 | DUPL | $0.50 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $3.30 |
| 1/23/2009 | DUPL | $2.90 |
| 1/23/2009 | DUPL | $3.50 |
| 1/23/2009 | DUPL | $1.50 |
| 1/23/2009 | DUPL | $12.40 |

| Date | Type | Amount |
|---|---|---|
| 1/23/2009 | DUPL | $6.30 |
| 1/23/2009 | DUPL | $3.20 |
| 1/23/2009 | DUPL | $1.10 |
| 1/23/2009 | DUPL | $2.30 |
| 1/23/2009 | DUPL | $1.50 |
| 1/23/2009 | DUPL | $0.40 |
| 1/23/2009 | DUPL | $0.50 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $5.10 |
| 1/23/2009 | DUPL | $12.40 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.50 |
| 1/23/2009 | DUPL | $1.20 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.20 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.20 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.40 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.20 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.20 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.20 |
| 1/23/2009 | DUPL | $0.20 |
| 1/23/2009 | DUPL | $0.20 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |
| 1/23/2009 | DUPL | $0.10 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 1/23/2009 | | DUPL | $1.90 |
| 1/23/2009 | | DUPL | $0.10 |
| 1/23/2009 | | DUPL | $0.60 |
| 1/23/2009 | | DUPL | $0.10 |
| 1/23/2009 | | DUPL | $0.20 |
| 1/23/2009 | | DUPL | $0.30 |
| 1/23/2009 | | DUPL | $0.30 |
| 1/23/2009 | | DUPL | $0.30 |
| 1/23/2009 | | DUPL | $0.10 |
| 1/23/2009 | | DUPL | $0.10 |
| 1/23/2009 | | DUPL | $0.20 |
| 1/23/2009 | | DUPL | $0.10 |
| 1/23/2009 | | DUPL | $0.10 |
| 1/23/2009 | | DUPL | $0.50 |
| 1/23/2009 | | DUPL | $0.20 |
| 1/23/2009 | | DUPL | $0.10 |
| 1/23/2009 | | DUPL | $1.10 |
| 1/23/2009 | | DUPL | $1.10 |
| 1/23/2009 | | DUPL | $0.10 |
| 1/23/2009 | | DUPL | $0.90 |
| 1/23/2009 | | DUPL | $1.10 |
| 1/23/2009 | | DUPL | $1.20 |
| 1/23/2009 | | DUPL | $1.20 |
| 1/23/2009 | | DUPL | $0.10 |
| 1/23/2009 | | DUPL | $0.10 |
| 1/23/2009 | | DUPL | $0.10 |
| 1/23/2009 | | DUPL | $0.20 |
| 1/23/2009 | | DUPL | $0.10 |
| 1/23/2009 | | DUPL | $0.90 |
| 1/23/2009 | | DUPL | $0.30 |
| 1/26/2009 | Zawadzki, Jeffrey | DUPL | $4.10 |
| 1/26/2009 | | DUPL | $0.30 |
| 1/26/2009 | | DUPL | $27.80 |
| 1/26/2009 | | DUPL | $0.30 |
| 1/26/2009 | | DUPL | $18.60 |
| 1/26/2009 | | DUPL | $6.40 |
| 1/26/2009 | | DUPL | $8.20 |
| 1/26/2009 | | DUPL | $8.20 |
| 1/26/2009 | | DUPL | $55.20 |
| 1/26/2009 | | DUPL | $0.10 |
| 1/26/2009 | | DUPL | $0.20 |
| 1/26/2009 | | DUPL | $0.20 |
| 1/26/2009 | | DUPL | $0.30 |
| 1/26/2009 | | DUPL | $4.60 |
| 1/26/2009 | | DUPL | $2.10 |
| 1/26/2009 | | DUPL | $3.30 |
| 1/26/2009 | | DUPL | $1.60 |
| 1/26/2009 | | DUPL | $3.80 |
| 1/26/2009 | | DUPL | $1.70 |
| 1/26/2009 | | DUPL | $3.00 |
| 1/26/2009 | | DUPL | $1.60 |
| 1/26/2009 | | DUPL | $0.30 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 1/26/2009 | | DUPL | $0.20 |
| 1/26/2009 | | DUPL | $0.60 |
| 1/26/2009 | | DUPL | $0.80 |
| 1/26/2009 | | DUPL | $0.10 |
| 1/26/2009 | | DUPL | $0.40 |
| 1/26/2009 | | DUPL | $7.60 |
| 1/26/2009 | | DUPL | $5.90 |
| 1/26/2009 | | DUPL | $0.80 |
| 1/26/2009 | | DUPL | $1.50 |
| 1/26/2009 | | DUPL | $1.40 |
| 1/26/2009 | | DUPL | $1.40 |
| 1/26/2009 | | DUPL | $0.60 |
| 1/26/2009 | | DUPL | $1.10 |
| 1/26/2009 | | DUPL | $4.10 |
| 1/26/2009 | | DUPL | $2.00 |
| 1/26/2009 | | DUPL | $0.20 |
| 1/26/2009 | | DUPL | $1.60 |
| 1/26/2009 | | DUPL | $0.50 |
| 1/26/2009 | | DUPL | $0.30 |
| 1/27/2009 | Schnitzer, Edward L. | DUPL | $9.00 |
| 1/27/2009 | Tucker, Jason L. | DUPL | $52.40 |
| 1/27/2009 | | DUPL | $0.10 |
| 1/27/2009 | | DUPL | $0.10 |
| 1/27/2009 | | DUPL | $0.40 |
| 1/27/2009 | | DUPL | $0.10 |
| 1/27/2009 | | DUPL | $0.10 |
| 1/27/2009 | | DUPL | $0.10 |
| 1/27/2009 | | DUPL | $0.20 |
| 1/27/2009 | | DUPL | $0.60 |
| 1/28/2009 | | DUPL | $3.00 |
| 1/28/2009 | | DUPL | $2.70 |
| 1/28/2009 | | DUPL | $3.00 |
| 1/28/2009 | | DUPL | $2.60 |
| 1/28/2009 | | DUPL | $0.20 |
| 1/28/2009 | | DUPL | $3.30 |
| 1/28/2009 | | DUPL | $4.40 |
| 1/28/2009 | | DUPL | $0.10 |
| 1/28/2009 | | DUPL | $1.10 |
| 1/28/2009 | | DUPL | $1.60 |
| 1/28/2009 | | DUPL | $0.90 |
| 1/28/2009 | | DUPL | $3.20 |
| 1/28/2009 | | DUPL | $0.20 |
| 1/28/2009 | | DUPL | $0.90 |
| 1/28/2009 | | DUPL | $0.40 |
| 1/29/2009 | Power, Annie | DUPL | $0.10 |
| 1/29/2009 | Schnitzer, Edward L. | DUPL | $3.30 |
| 1/29/2009 | | DUPL | $3.20 |
| 1/29/2009 | | DUPL | $9.60 |
| 1/29/2009 | | DUPL | $0.80 |
| 1/29/2009 | | DUPL | $0.40 |
| 1/29/2009 | | DUPL | $1.70 |
| 1/29/2009 | | DUPL | $2.00 |

| Date | Name | Type | Amount | Details |
|---|---|---|---|---|
| 1/30/2009 | Graziano, Marlena N. | DUPL | $1.60 | |
| 1/30/2009 | | DUPL | $1.80 | |
| 1/30/2009 | | DUPL | $0.20 | |
| 1/30/2009 | | DUPL | $1.50 | |
| 1/30/2009 | | DUPL | $2.10 | |
| 1/30/2009 | | DUPL | $0.90 | |
| 1/30/2009 | | DUPL | $2.10 | |
| 1/30/2009 | | DUPL | $2.10 | |
| 1/30/2009 | | DUPL | $1.60 | |
| 1/30/2009 | | DUPL | $2.10 | |
| 1/30/2009 | | DUPL | $2.10 | |
| 1/30/2009 | | DUPL | $2.10 | |
| 1/30/2009 | | DUPL | $2.80 | |
| 1/30/2009 | | DUPL | $2.10 | |
| 1/30/2009 | | DUPL | $0.40 | |
| 1/30/2009 | | DUPL | $1.00 | |
| 1/30/2009 | | DUPL | $0.20 | |
| 1/30/2009 | | DUPL | $1.40 | |
| 1/30/2009 | | DUPL | $0.50 | |
| 1/30/2009 | | DUPL | $0.60 | |
| 1/30/2009 | | DUPL | $1.80 | |
| 1/30/2009 | | DUPL | $1.40 | |
| 1/30/2009 | | DUPL | $0.40 | |
| 1/30/2009 | | DUPL | $0.50 | |
| 1/30/2009 | | DUPL | $0.60 | |
| 1/30/2009 | | DUPL | $1.30 | |
| 1/30/2009 | | DUPL | $0.30 | |
| 1/30/2009 | | DUPL | $0.70 | |
| 1/30/2009 | | DUPL | $0.60 | |
| 1/30/2009 | | DUPL | $0.30 | |
| 1/30/2009 | | DUPL | $0.20 | |
| 1/31/2009 | | DUPL | $0.10 | |
| 1/31/2009 | | DUPL | $0.10 | |
| | | | $667.00 | |
| 1/30/2009 | Tucker, Jason L. | FAX | $3.00 | |
| 1/14/2009 | Power, Mark | LEXI | $753.26 | VENDOR: LEXIS - NEXIS; INVOICE#: 0901058628; DATE: 1/31/2009 |
| 1/15/2009 | Orbach, Joseph | LEXI | $164.82 | VENDOR: LEXIS - NEXIS; INVOICE#: 0901058628; DATE: 1/31/2009 |
| 1/20/2009 | Manion, Christopher A. | LEXI | $13.61 | VENDOR: LEXIS - NEXIS; INVOICE#: 0901058628; DATE: 1/31/2009 |
| 1/22/2009 | Smith, Jason | LEXI | $553.11 | VENDOR: LEXIS - NEXIS; INVOICE#: 0901058628; DATE: 1/31/2009 |
| 1/22/2009 | Zawadzki, Jeffrey | LEXI | $28.83 | VENDOR: LEXIS - NEXIS; INVOICE#: 0901058628; DATE: 1/31/2009 |
| 1/23/2009 | Schnitzer, Edward L. | LEXI | $7.01 | VENDOR: LEXIS - NEXIS; INVOICE#: 0901058628; DATE: 1/31/2009 |
| 1/30/2009 | Power, Annie | LEXI | $101.92 | VENDOR: LEXIS - NEXIS; INVOICE#: 0901058628; DATE: 1/31/2009 |
| | | | $1,622.56 | |

| Date | Name | Type | Amount | Vendor Info |
|---|---|---|---|---|
| 1/5/2009 | Zawadzki, Jeffrey | MEAL | $19.77 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 449923; DATE: 1/11/2009 |
| 1/5/2009 | Indelicato, Mark S | MEAL | $435.70 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 449923; DATE: 1/11/2009 |
| 1/5/2009 | Indelicato, Mark S | MEAL | $19.11 | VENDOR: INDELICATO; INVOICE#: 27; DATE: 1/28/2009 |
| 1/6/2009 | Keary, Emmet | MEAL | $15.28 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 449923; DATE: 1/11/2009 |
| 1/8/2009 | Keary, Emmet | MEAL | $15.28 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 449923; DATE: 1/11/2009 |
| 1/9/2009 | Keary, Emmet | MEAL | $16.47 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 449923; DATE: 1/11/2009 |
| 1/12/2009 | Keary, Emmet | MEAL | $10.85 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 453577; DATE: 1/18/2009 |
| 1/13/2009 | Schnitzer, Edward L. | MEAL | $20.88 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 453577; DATE: 1/18/2009 |
| 1/14/2009 | Schnitzer, Edward L. | MEAL | $18.06 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 453577; DATE: 1/18/2009 |
| 1/14/2009 | Power, Mark | MEAL | $25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 453577; DATE: 1/18/2009 |
| 1/15/2009 | Schnitzer, Edward L. | MEAL | $13.00 | |
| 1/15/2009 | Schnitzer, Edward L. | MEAL | $8.50 | |
| 1/15/2009 | Power, Mark | MEAL | $17.26 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 453577; DATE: 1/18/2009 |
| 1/16/2009 | Indelicato, Mark S | MEAL | $16.86 | VENDOR: INDELICATO; INVOICE#: 27; DATE: 1/28/2009 |
| 1/20/2009 | Schnitzer, Edward L. | MEAL | $20.88 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 460658; DATE: 1/25/2009 |
| 1/20/2009 | Keary, Emmet | MEAL | $15.86 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 460658; DATE: 1/25/2009 |
| 1/20/2009 | Indelicato, Mark S | MEAL | $21.66 | VENDOR: INDELICATO; INVOICE#: 28; DATE: 2/26/2009 |
| 1/22/2009 | Schnitzer, Edward L. | MEAL | $23.10 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 460658; DATE: 1/25/2009 |
| 1/22/2009 | Indelicato, Mark S | MEAL | $12.33 | VENDOR: INDELICATO; INVOICE#: 28; DATE: 2/26/2009 |
| 1/23/2009 | Indelicato, Mark S | MEAL | $7.53 | VENDOR: INDELICATO; INVOICE#: 28; DATE: 2/26/2009 |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 1/26/2009 | Schnitzer, Edward L. | MEAL | $27.39 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 463619; DATE: 2/1/2009 |
| 1/28/2009 | Zawadzki, Jeffrey | MEAL | $24.21 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 463619; DATE: 2/1/2009 |
| 1/28/2009 | Indelicato, Mark S | MEAL | $11.13 | VENDOR: INDELICATO; INVOICE#: 28; DATE: 2/26/2009 |
| 1/29/2009 | Zawadzki, Jeffrey | MEAL | $11.80 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 463619; DATE: 2/1/2009 |
| 1/29/2009 | Indelicato, Mark S | MEAL | $192.46 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 463619; DATE: 2/1/2009 |
| | | | $1,021.21 | |
| 1/29/2009 | Zawadzki, Jeffrey | ODEL | $23.51 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-073-90052; DATE: 2/2/2009 |
| 1/13/2009 | Zawadzki, Jeffrey | POST | $0.42 | |
| 1/12/2009 | Power, Mark | SEAR | $0.32 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| 1/9/2009 | Keary, Emmet | TELE | $0.75 | 17028662500; 3 Mins. |
| 1/9/2009 | Keary, Emmet | TELE | $3.00 | 12147444200; 12 Mins. |
| 1/9/2009 | Schnitzer, Edward L. | TELE | $0.25 | 13025716621; 1 Mins. |
| 1/9/2009 | Schnitzer, Edward L. | TELE | $0.25 | 13023837657; 1 Mins. |
| 1/12/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 14076256729; 1 Mins. |
| 1/12/2009 | Keary, Emmet | TELE | $0.50 | 16174821776; 2 Mins. |
| 1/12/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 19723458566; 1 Mins. |
| 1/12/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 13107884608; 3 Mins. |
| 1/12/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 12033682000; 1 Mins. |
| 1/12/2009 | Zawadzki, Jeffrey | TELE | $2.50 | 17275424421; 10 Mins. |
| 1/12/2009 | Zawadzki, Jeffrey | TELE | $1.25 | 18038312371; 5 Mins. |
| 1/12/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 14076256729; 1 Mins. |
| 1/12/2009 | Zawadzki, Jeffrey | TELE | $1.25 | 18179152452; 5 Mins. |
| 1/12/2009 | Zawadzki, Jeffrey | TELE | $0.50 | 12033682000; 2 Mins. |
| 1/12/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 12017884377; 3 Mins. |
| 1/12/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 14152175106; 3 Mins. |
| 1/12/2009 | Keary, Emmet | TELE | $0.30 | 15166718187; 3 Mins. |
| 1/12/2009 | Zawadzki, Jeffrey | TELE | $1.75 | 19723458566; 7 Mins. |
| 1/12/2009 | Keary, Emmet | TELE | $0.25 | 19086530344; 1 Mins. |
| 1/13/2009 | Keary, Emmet | TELE | $0.10 | 16465961235; 1 Mins. |
| 1/14/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 13025716621; 1 Mins. |
| 1/14/2009 | Schnitzer, Edward L. | TELE | $0.25 | 13025763588; 1 Mins. |
| 1/15/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 14076256729; 1 Mins. |
| 1/15/2009 | Keary, Emmet | TELE | $0.50 | 17028662500; 2 Mins. |
| 1/15/2009 | Zawadzki, Jeffrey | TELE | $0.50 | 17739919362; 2 Mins. |
| 1/21/2009 | Keary, Emmet | TELE | $0.25 | 19785702095; 1 Mins. |
| 1/22/2009 | Smith, Jason | TELE | $0.00 | 18665826878; 4 Mins. |
| 1/22/2009 | Smith, Jason | TELE | $0.50 | 13022522927; 2 Mins. |
| 1/23/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 19547755213; 1 Mins. |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 1/23/2009 | Zawadzki, Jeffrey | TELE | $3.00 | 19545849979; 12 Mins. |
| 1/23/2009 | Schnitzer, Edward L. | TELE | $0.50 | 13025716621; 2 Mins. |
| 1/26/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 16305625368; 3 Mins. |
| 1/26/2009 | Schnitzer, Edward L. | TELE | $0.25 | 13025715033; 1 Mins. |
| 1/29/2009 | Schnitzer, Edward L. | TELE | $0.75 | 13025716712; 3 Mins. |
| | | | $23.90 | |
| 1/5/2009 | Schnitzer, Edward L. | TELE | $99.79 | VENDOR: AMERICAN EXPRESS; INVOICE#: 030309; DATE: 3/1/2009 |
| 1/15/2009 | Power, Mark | TELE | $25.57 | VENDOR: AMERICAN EXPRESS; INVOICE#: 030309; DATE: 3/1/2009 |
| 1/15/2009 | Power, Mark | TELE | $25.57 | VENDOR: AMERICAN EXPRESS; INVOICE#: 030309; DATE: 3/1/2009 |
| 1/22/2009 | Schnitzer, Edward L. | TELE | $136.15 | VENDOR: AMERICAN EXPRESS; INVOICE#: 030309; DATE: 3/1/2009 |
| 1/22/2009 | Zawadzki, Jeffrey | TELE | $55.05 | VENDOR: AMERICAN EXPRESS; INVOICE#: 030309; DATE: 3/1/2009 |
| | | | $342.13 | |
| 1/15/2009 | Schnitzer, Edward L. | TRAIN | $204.00 | |
| 1/13/2009 | Power, Mark | TRAV | $357.00 | VENDOR: POWER, MARK T.; INVOICE#: 17; DATE: 1/28/2009 |
| 1/5/2009 | Schnitzer, Edward L. | VELO | $41.25 | |

**$7,523.50**