**EXHIBIT B**

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 12, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138697

For professional services rendered from February 1, through February 28, 2009 in connection with the following:

| | | | | |
|---|---|---|---|---:|
| 001 | GENERAL | | $ | 147.00 |
| 002 | CREDITORS COMMITTEE | | | 19,117.00 |
| 003 | RETENTIONS | | | 225.00 |
| 006 | SALES OF ASSETS | | | 5,216.50 |
| 007 | PROFESSIONIAL FEES | | | 3,817.50 |
| 009 | LITIGATION | | | 2,767.50 |
| 010 | PLAN AND DISCLOSURE STATEMENT | | | 178,369.50 |
| 011 | EMPLOYEE ISSUES | | | 8,810.50 |
| 012 | CLAIMS ADMINISTRATION | | | 1,807.50 |
| 013 | INVESTIGATION OF COMPANY | | | 44,822.00 |
| | **Total Time** | | $ | 265,100.00 |
| | LONG DISTANCE TELEPHONE CHARGES | | $ | 227.50 |
| | CARFARE | | | 2,052.28 |
| | HOTEL FEE | | | 2,305.39 |
| | LEXIS | | | 1,783.84 |
| | MEALS | | | 467.58 |
| | REPORTS FEE | | | 2,317.75 |
| | SEARCH FEES | | | 14.16 |
| | TELECOPY PAGES | | | 2.00 |
| | TELEPHONE CONFERENCE CALL | | | 175.48 |
| | TRAVEL | | | 2,102.80 |
| | **Total Disbursements** | | $ | 11,448.78 |
| | **TOTAL BILL** | | $ | **276,548.78** |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 12, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue    (33rd floor)
New York, NY 10022

Invoice number: 138697

For professional services rendered from February 1, through February 28, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
001         GENERAL

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/06/09 | Arrange for ELS and MSI to appear on a hearing set last minute (.30) prepare for hearing (.30) | JS | 0.60 | 147.00 |

to
— CC

| | | | |
|---|---|---|---|
| TOTAL HOURS | | 0.60 | |
| TOTAL SERVICES .................................................................. $ | | | 147.00 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $0.50 |
| CARFARE | $651.88 |
| LEXIS | $10.68 |
| MEALS | $425.56 |
| REPORTS FEE | $986.85 |
| TELEPHONE CONFERENCE CALL | $87.47 |

| | |
|---|---|
| TOTAL DISBURSEMENTS ........................................................... $ | 2,162.94 |
| TOTAL FEES & DISBURSEMENTS ............................................. $ | 2,309.94 |

<u>SUMMARY OF ATTORNEY TIME</u>

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 0.60 | 245.00 | 147.00 |
| ATTY TOTAL | | 0.60 | | 147.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 12, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138697

For professional services rendered from February 1, through February 28, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
002         CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/09 | Review AP docket/stipulation (.10); review recent motions (.40). | JXZ | 0.50 | 187.50 |
| 02/02/09 | Review response to debtors' omnibus objection to claims 28th (.10) review and monitor docket (.30) file maintenance (.20) | JS | 0.60 | 147.00 |
| 02/02/09 | Review docket and notice (.10). | JXZ | 0.10 | 37.50 |
| 02/04/09 | Review Committee update (.10); review hearing agenda (.10). | JXZ | 0.20 | 75.00 |
| 02/05/09 | Review Borrowers' committee motion for production of documents produced to SEC; meeting with MSI re; same and conference call with MSI and debtors re: same (1.20); committee call (.80). | ELS | 2.00 | 1,050.00 |
| 02/05/09 | E-mails with M. Whiteman regarding agenda (.10); draft committee update (.10); calendar maintenance (.10); committee call and meeting with MSI regarding open issues (.80); review borrower motion for document production (.30). | JXZ | 1.40 | 525.00 |
| 02/05/09 | Review Borrowers' document production motion re SEC production by Debtors (.5) participate in call with YCST re same (.7); participate in Committee call (.8) | MTP | 2.00 | 1,490.00 |
| 02/06/09 | Exchanged calls with arbitrator in class action lawsuit. | JPM | 0.10 | 73.50 |
| 02/06/09 | Attention to creditor inquiries (.10); review financial update (.10); review scheduling order (.10); review docket, recent notices and motions (.30); draft minutes (.90). | JXZ | 1.50 | 562.50 |
| 02/10/09 | Review of issues re D&O class action suit and mediation; settlement offers to Committee (1.0). | JPM | 1.00 | 735.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/10/09 | Review Objection to response in opposition of James Rucker DI 6969 (.10) review order granting leave to file reply DI 6970 (.10) review responses to 28th omnibus objections to claims (.30) review supplemental list of ordinary course professionals (.10) review response to omnibus objection DI 6993 (.10) filed maintenance (.80) calendar events (.20) | JS | 1.70 | 416.50 |
| 02/10/09 | Review docket and orders (.20). | JXZ | 0.20 | 75.00 |
| 02/10/09 | Attention to creditor inquiries (.20). | JXZ | 0.20 | 75.00 |
| 02/11/09 | review order denying in part and granting in part motion in limine DI 6985 (.10) review order denying motion in limine DI 6987 (.20) review pleadings to be heard on 17th hearing and prepare for hearing (.80) update critical dates (.30) file maintenance (.40) | JS | 1.80 | 441.00 |
| 02/11/09 | Review docket and recent orders (.10); review status report (.10). | JXZ | 0.20 | 75.00 |
| 02/11/09 | Draft e-mail to Committee re successful result at confirmation hearing | MTP | 0.50 | 372.50 |
| 02/12/09 | Review hearing agenda. | JXZ | 0.10 | 37.50 |
| 02/13/09 | review agenda for 2/17 hearing (.20) review amended supplement plan document (.30) review motion to allow for an order deeming proof of claims (.10) monitor docket (.20) calendar events (.30) file maintenance (.50) | JS | 1.60 | 392.00 |
| 02/13/09 | Draft minutes. | JXZ | 0.40 | 150.00 |
| 02/13/09 | Review motions filed by Rush. | MSI | 0.20 | 149.00 |
| 02/17/09 | Revise minutes (.10); preliminary review of MORs (.20); review hearing agenda (.10). | JXZ | 0.40 | 150.00 |
| 02/17/09 | Review agenda and motion by borrowers to increase cap (.40); attend telephonic hearing regarding same (1.00). | MSI | 1.40 | 1,043.00 |
| 02/18/09 | Emails and phone call with debtors' counsel re: rush motion to amend claim. | ELS | 0.30 | 157.50 |
| 02/18/09 | Review committee update (.10); circulate meeting agenda (.10); review docket and recent notices (.10); attention to creditor inquiries (.20). | JXZ | 0.50 | 187.50 |
| 02/18/09 | Review update from BDO on discussions with Kroll. | MSI | 0.30 | 223.50 |
| 02/19/09 | Conference call with debtors' counsel re: Rush's federal court action (1.10); Review Borrowers' committee fee applications for October, November, December and January (1.10); Committee call (.60); meeting with MSI re: Borrowers' committee fee application and Rush matter (.30). | ELS | 3.10 | 1,627.50 |
| 02/19/09 | Committee call. | JO | 0.50 | 150.00 |
| 02/19/09 | Review scheduling order (.10); draft minutes (.90); meeting preparation (.20); committee call (.50); review financial update (.20). | JXZ | 1.90 | 712.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/19/09 | Review and edit BDO report in preparation for committee meeting (.30); attend committee meeting to provide update (.70). | MSI | 1.00 | 745.00 |
| 02/19/09 | Participate in Committee call | MTP | 0.60 | 447.00 |
| 02/23/09 | Review of notes, telephone conference with mediator re Committee settlement proposal re directors and officers (.50). | JPM | 0.50 | 367.50 |
| 02/23/09 | Review docket/certifications (.10). | JXZ | 0.10 | 37.50 |
| 02/23/09 | Telephone conversation with creditors regarding status (.30); meeting with MTP regarding strategy (.30). | MSI | 0.60 | 447.00 |
| 02/23/09 | Case strategy meeting with MSI | MTP | 0.30 | 223.50 |
| 02/24/09 | Review fee examiner's order and emails re: same. | ELS | 0.30 | 157.50 |
| 02/24/09 | Review and distribute official committee of borrowers employment motion (.40) review cert of counsel re order confirming the amended plan (.30) review DI 7038 statement (.10) review transcript notice and email to verify if counsel would like a copy (.10) review and distribute Order confirming the amended chapter 11 plan (.40) review cno DI 7043 (.10) review motion for payment of admin expenses (.10) review order directing appointment of fee examiner (.10) calendar events and update critical dates memo (1.80) | JS | 3.40 | 833.00 |
| 02/24/09 | Review stipulation (.10); calendar maintenance (.10); e-mails with JO regarding pending motions (.10); review recent motions and draft committee summaries (.60). | JXZ | 0.90 | 337.50 |
| 02/24/09 | Review fee auditor order and telephone conversation with Beach regarding strategy. | MSI | 0.30 | 223.50 |
| 02/25/09 | Review Order scheduling omnibus hearing dates and update calendar and critical dates memo (.30) review and monitor docket and recent pleadings (.40) file maintenance (.70) | JS | 1.40 | 343.00 |
| 02/25/09 | E-mail with D. Berliner regarding update (.10); review scheduling order (.10). | JXZ | 0.20 | 75.00 |
| 02/26/09 | Review docket and motions to allow claims and motions for relief from stay and numerous e-mails with ELS and M. Greecher regarding same (1.10); review committee update (.10); e-mail with D. Berliner regarding open issues (.10); meetings and calls with ELS and M. Greecher regarding opposition/response papers (.50); review motions, research issues and draft committee responses (3.90); review Citi motion (.30); revise response (.30). | JXZ | 6.30 | 2,362.50 |
| 02/27/09 | Meeting with JXZ re: response to Dobben's motions. | ELS | 0.20 | 105.00 |
| 02/27/09 | Review motion for protective order DI7063 (.20) review and monitor docket (.20) file maintenance (.40) | JS | 0.80 | 196.00 |
| 02/27/09 | Meetings with ELS and MSI regarding responses and revisions regarding same (1.30); attention to creditor inquiries (.40); review mediation notice and call ELS regarding same (.10). | JXZ | 1.80 | 675.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/27/09 | Telephone conference with S. Sass re: status and issues as liquidating trustee. | MSI | 0.30 | 223.50 |

TOTAL HOURS ...... 43.70

TOTAL SERVICES ........................................................................ $ 19,117.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $170.50 |
| CARFARE | $434.44 |
| HOTEL FEE | $2,305.39 |
| LEXIS | $515.81 |
| MEALS | $20.88 |
| REPORTS FEE | $1,330.90 |
| SEARCH FEES | $1.52 |
| TELECOPY PAGES | $2.00 |
| TELEPHONE CONFERENCE CALL | $88.01 |
| TRAVEL | $722.00 |

TOTAL DISBURSEMENTS ............................................................ $ 5,591.45

TOTAL FEES & DISBURSEMENTS ............................................. $ 24,708.45

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 556 | Smith | 11.30 | 245.00 | 2,768.50 |
| 583 | Orbach | 0.50 | 300.00 | 150.00 |
| 493 | Zawadzki | 16.90 | 375.00 | 6,337.50 |
| 486 | Schnitzer | 5.90 | 525.00 | 3,097.50 |
| 226 | McCahey | 1.60 | 735.00 | 1,176.00 |
| 260 | Indelicato | 4.10 | 745.00 | 3,054.50 |
| 364 | Power | 3.40 | 745.00 | 2,533.00 |
| ATTY TOTAL | | 43.70 | | 19,117.00 |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 12, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138697

For professional services rendered from February 1, through February 28, 2009 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
003        RETENTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/09 | Review Supplemental retention affidavit. | JXZ | 0.10 | 37.50 |
| 02/11/09 | Review supplemental list of OCP's (.10). | JXZ | 0.10 | 37.50 |
| 02/24/09 | Review retention application and affidavits (.40). | JXZ | 0.40 | 150.00 |

TOTAL HOURS                         0.60

TOTAL SERVICES ......................................................................... $     225.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 493 | Zawadzki | 0.60 | 375.00 | 225.00 |
| ATTY TOTAL | | 0.60 | | 225.00 |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 12, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138697

For professional services rendered from February 1, through February 28, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
006         SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/02/09 | Review loan sale agreement, e-mail to Kostoulas, Grear and MTP regarding same | DDG | 0.90 | 625.50 |
| 02/02/09 | E-mails with DDG re revised Vantium APA | MTP | 0.30 | 223.50 |
| 02/03/09 | Review changes to loan sale agreement, e-mails and conferences with Kostoulas regarding same | DDG | 0.50 | 347.50 |
| 02/05/09 | Conferences, e-mails with Kostoulas regarding loan sale agreement | DDG | 0.40 | 278.00 |
| 02/13/09 | E-mails regarding loan sale stalking horse agreements, begin review of same | DDG | 0.60 | 417.00 |
| 02/17/09 | Review loan sale agreements, conference with Kostoulas (0.5); review JPMC loan transfer agreement, conference with Grear (0.5) | DDG | 1.00 | 695.00 |
| 02/18/09 | Review loan sale agreement, conference with Kostoulas regarding same | DDG | 0.70 | 486.50 |
| 02/20/09 | Conference with Grear regarding Vantium loan sale issue, e-mails with MTP regarding same | DDG | 0.20 | 139.00 |
| 02/20/09 | E-mails with DDG re update on Vantium sale | MTP | 0.20 | 149.00 |
| 02/24/09 | Review Vantium comments regarding loan purchase agreements | DDG | 0.70 | 486.50 |
| 02/24/09 | Review sale motion; draft summary and e-mails with ELS and MSI regarding same (.50). | JXZ | 0.50 | 187.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/25/09 | Conference with Kostoulas regarding loan sale issues, e-mails regarding same | DDG | 0.60 | 417.00 |
| 02/26/09 | Review comments from purchaser regarding construction loans, conference with Kostoulas regarding same (0.9); e-mails with Kostoulas regarding Vantium issues (0.2) | DDG | 1.10 | 764.50 |

TOTAL HOURS                    7.70

TOTAL SERVICES ........................................................................ $    5,216.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.50 | 375.00 | 187.50 |
| 426 | Grubman | 6.70 | 695.00 | 4,656.50 |
| 364 | Power | 0.50 | 745.00 | 372.50 |
| ATTY TOTAL | | 7.70 | | 5,216.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 12, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138697

For professional services rendered from February 1, through February 28, 2009 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
007        PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/09 | Review certifications. | JXZ | 0.10 | 37.50 |
| 02/02/09 | Review Weiner Brodsky's November fee app (.30) review Weiner Brodsky's fee app for 11/25 through 12/31/08 (.20) update summary fee chart (.20) calendar events (.20) | JS | 0.90 | 220.50 |
| 02/04/09 | E-mails regarding fee hearing (.10). | JXZ | 0.10 | 37.50 |
| 02/09/09 | Review multiple fee applications and draft summaries. | JXZ | 2.40 | 900.00 |
| 02/11/09 | E-mails with MTP regarding fee applications (.10). | JXZ | 0.10 | 37.50 |
| 02/12/09 | Attention to fee applications. | JXZ | 0.10 | 37.50 |
| 02/17/09 | review Quinn Emanuel fee app for November (.30) update summary fee chart (.10) email with accounting regarding our fee summaries (.10) review fee summaries to minimize errors (.50) | JS | 1.00 | 245.00 |
| 02/18/09 | Review fee applications (.40). | JXZ | 0.40 | 150.00 |
| 02/19/09 | Review fee applications, draft summaries and e-mail with MTP regarding same (1.70); meeting with ELS and MSI regarding applications (.10). | JXZ | 1.80 | 675.00 |
| 02/19/09 | E-mails with JXZ re fee application issues | MTP | 0.50 | 372.50 |
| 02/24/09 | Review Pricewaterhouse's December fee app (.30) review Traxi January fee app (.20) review Milestone's December fee app (.30) review Milestones' January fee app (.30) update summary fee chart (.50) | JS | 1.60 | 392.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/24/09 | Review order regarding fee examiner and e-mails and calls regarding same (.10); review fee applications and draft summary (.50); review docket/certifications (.10). | JXZ | 0.70 | 262.50 |
| 02/25/09 | Review fee applications and draft summaries (.90); review docket and certifications (.10); meeting with ELS regarding fee issues (.10). | JXZ | 1.10 | 412.50 |
| 02/27/09 | E-mail with MSI regarding fees (.10). | JXZ | 0.10 | 37.50 |

TOTAL HOURS      10.90

TOTAL SERVICES ........................................................................ $   3,817.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 3.50 | 245.00 | 857.50 |
| 493 | Zawadzki | 6.90 | 375.00 | 2,587.50 |
| 364 | Power | 0.50 | 745.00 | 372.50 |
| ATTY TOTAL | | 10.90 | | 3,817.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 12, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue    (33rd floor)
New York, NY 10022

Invoice number: 138697

For professional services rendered from February 1, through February 28, 2009 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
009          LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/02/09 | Miscellaneous e-mails and conferences with JO regarding Section 553 set-off issue, prepare materials for JO review | DDG | 0.40 | 278.00 |
| 02/02/09 | Researching setoff issue for AHM case against Union Federal and Waterfield (2.5); Discussing same with DDG (.5). | JO | 3.00 | 900.00 |
| 02/03/09 | Miscellaneous e-mails with JO, MSI, ZGN regarding Section 553, discovery issues (0.3); review EMC letter and attachments (0.4) | DDG | 0.70 | 486.50 |
| 02/03/09 | Researching setoff issue for AHM case against Union Federal and Waterfield (.9); Discussing same with DDG (.3). | JO | 1.20 | 360.00 |
| 02/26/09 | Emails with BDO re Deloitte papers (.20). | JPM | 0.20 | 147.00 |
| 02/26/09 | Meeting with ZGN re: status of Waterfield litigation. | MSI | 0.20 | 149.00 |
| 02/27/09 | Review motion for protective order regarding depositions. | MSI | 0.60 | 447.00 |

TOTAL HOURS                    6.30

TOTAL SERVICES ........................................................................$    2,767.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 583 | Orbach | 4.20 | 300.00 | 1,260.00 |
| 426 | Grubman | 1.10 | 695.00 | 764.50 |
| 226 | McCahey | 0.20 | 735.00 | 147.00 |
| 260 | Indelicato | 0.80 | 745.00 | 596.00 |
| ATTY TOTAL | | 6.30 | | 2,767.50 |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 12, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138697

For professional services rendered from February 1, through February 28, 2009 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
010    PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/09 | Preparation for expert and Graves depositions. | ELS | 1.90 | 997.50 |
| 02/01/09 | Review Countrywide stipulation (.10); review SEC objection (.20); review voting tabulations and email ELS re: same (.30). | JXZ | 0.60 | 225.00 |
| 02/01/09 | Review Countrywide stipulation (.1) | MTP | 0.10 | 74.50 |
| 02/02/09 | Review liquidating trust and related plan provision | DDG | 0.70 | 486.50 |
| 02/02/09 | Prepare for Saunders and Graves deposition and attend/participate in both depositions (6.40); travel to and from Saunders and Graves depositions in DC (at 1/2 time) (2.70). | ELS | 9.10 | 4,777.50 |
| 02/02/09 | Drafting response to Borrowers Committee objection to Plan. | JO | 4.30 | 1,290.00 |
| 02/02/09 | Meeting with JO regarding reply papers (.20); review plan objections and draft reply papers (4.90). | JXZ | 5.10 | 1,912.50 |
| 02/02/09 | Extensive telephone conversation with Beach regarding strategy and issues on confirmation (.80); review legal issues needed to deal with confirmation (.90); review documents regarding same (1.60). | MSI | 3.30 | 2,458.50 |
| 02/02/09 | Call with YCST & MSI re plan strategy issues (.8); review various pleadings re same (.7) | MTP | 1.50 | 1,117.50 |
| 02/03/09 | Conference with ELS regarding trust and plan provisions, review changes | DDG | 0.30 | 208.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/03/09 | Meeting with MTP, MSI and BDO re: 2/4 deposition (1.80); meeting with DDG re: edits to plan trust agreement and revise same (.90); review and revise brief in support of confirmation and meetings with JXZ re: same (3.50); initial review of debtors' brief in support of the plan (.30); review Dandridge deposition transcripts (.30); emails with Borrowers' committee re: deposition transcripts and exhibits (.50). | ELS | 7.30 | 3,832.50 |
| 02/03/09 | Reviewing Debtors response to borrower committees objection to Plan. | JO | 0.30 | 90.00 |
| 02/03/09 | Review objections; research plan issues; draft reply papers and numerous meetings and e-mails with ELS and JO regarding same (10.90). | JXZ | 10.90 | 4,087.50 |
| 02/03/09 | Review and analyze plan issues including comments from BofA (1.10); meeting with BDO planning confirmation hearing (2.00); telephone conversation with Jackson regarding same (.20); review depositions and meeting with ELS regarding same (.80); review e-mails from Borrower and telephone conversation with Borrower's counsel regarding same (.40). | MSI | 4.50 | 3,352.50 |
| 02/03/09 | Meeting with MSI, Berliner, ELS re tomorrows deposition and confirmation issues (2.0); | MTP | 2.00 | 1,490.00 |
| 02/04/09 | Review and revise our brief in support of plan (2.50); defend Michaelis deposition and meeting with Michaelis re: same (3.30); AHM conference call re: Bank of America comments, Borrowers committee comments and db/voting issue (1.10); conference call with MSI, DB and Jackson re: db's proposed comments (.40); review and revise plan trust agreement and send same to debtors (.70); review and provide comments to debtors' brief in support of confirmation (2.60); meeting with MSI re; comments to our brief and meeting with JO re: same (.40); review latest version of plan (.30). | ELS | 11.30 | 5,932.50 |
| 02/04/09 | Drafting Committee brief in support of Plan confirmation. | JO | 2.40 | 720.00 |
| 02/04/09 | Review Debtors brief/objections and draft reply papers (5.90). | JXZ | 5.90 | 2,212.50 |
| 02/04/09 | Telephone conversation with Beach, Jackson, MTP and OMM regarding strategy on borrowers and confirmation (1.00); review and edit comments to the plan (.80); review and edit comments to the confirmation order (.70); revise and edit committee brief (1.40); revise and edit debtors brief (.80); meeting with ELS and JO regarding same (.40); review EPD changes and telephone conversation with Drebsky and Rosenthal regarding same (.30). | MSI | 5.40 | 4,023.00 |
| 02/04/09 | Work on amended plan and confirmation order (1.7); work on Committee's Reply brief in support of plan (4.5); calls with Debtor, MSI, ELS re strategy (1.0) | MTP | 7.20 | 5,364.00 |
| 02/05/09 | Review changes to trust agreement | DDG | 0.10 | 69.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/05/09 | Review debtors' motion in limite to exclude Saunders testimony and report (.30); email to Borrowers re: documents requested at Graves' deposition (.50); review Michaelis email re: corrections to deposition transcript (.40); edits to brief in support of plan and meetings re: same (.70). | ELS | 1.90 | 997.50 |
| 02/05/09 | Drafting brief in support of Plan confirmation (2.7); Committee call discussing Plan confirmation (.6) | JO | 3.30 | 990.00 |
| 02/05/09 | Review motion in limine (.40); review revised plan (.50); meetings with MTP, MSI, ELS and JO regarding reply; review research and draft reply (6.70). | JXZ | 7.60 | 2,850.00 |
| 02/05/09 | Review and edit issues in debtors brief in support of confirmation (2.30); amended trust (.60); amended plan (.60); telephone conversation with M. Greecher regarding same (.20); telephone conversation with Beach regarding issues with borrowers on EPA and notice (.30); review borrower's motion for SEC production (.30); meeting with ELS regarding same (.10); telephone conversation with Beach, Dorsey and ELS regarding same (.10); revise and edit several drafts of committee brief (2.20); meeting with MTP regarding same (.20). | MSI | 6.80 | 5,066.00 |
| 02/05/09 | Review motion in limine and strategy meeting with H&H team re our reply; prepare for cross examination and direct testimony | MTP | 8.40 | 6,258.00 |
| 02/06/09 | Travel to and from Delaware for Pasternak deposition (at 1/2 time)(1.5); attend Pasternak deposition (3.80); appear telephonically at court hearing regarding Borrowers' request for SEC documents and their second set of interrogatories (.70); meeting with MTP and MSI re: confirmation hearing strategy (.90); prepare documents for confirmation hearing (.70); prepare for confirmation hearing by reviewing motion to exclude Saunders and deposition transcripts of Graves and Dandridge (3.10); emails to Borrowers' committee re: production of settlement agreement relating to Graves lawsuit (.50). | ELS | 11.20 | 5,880.00 |
| 02/06/09 | Put together a binder with all of the AHM docs, latest plan and disclosure statement, objections to plan, confirmation order, motion in limine and deposition transcripts for prepare MTP, MSI and ELS for confirmation hearing | JS | 4.80 | 1,176.00 |
| 02/06/09 | Review plan objections; plan research; prepare hearing binders and meetings and e-mails with MTP, MSI and ELS regarding same (2.80). | JXZ | 2.80 | 1,050.00 |
| 02/06/09 | Review emergency motion for discovery by borrowers committee (.30); attend hearing regarding same (.80); meeting with ELS regarding same (.10); numerous conversations with YCST regarding planning for confirmation hearing and resolving objections (.80); telephone conversation with I. Levee to resolve objections (.20); telephone conversation with A. Alfonso regarding changes to plan (.20); review and prepare for confirmation hearing (2.60); review BDO report (.40). | MSI | 5.40 | 4,023.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/06/09 | Strategy meeting with ELS & MSI (1.); review various deposition transcripts and outline same (5.0) | MTP | 6.00 | 4,470.00 |
| 02/06/09 | Lexis Research: download and forward cases to JZ. | SGT | 0.40 | 98.00 |
| 02/07/09 | Conference call with MSI, MTP and debtors re: confirmation hearing (1.50); prepare for confirmation hearing (.50); legal research re: lay witness under FRE 701 (.50); legal research re: continuation of automatic stay post-confirmation (.90). | ELS | 3.40 | 1,785.00 |
| 02/07/09 | Telephone conversation with YCST, Kroll, MTP and ELS regarding strategy and planning for confirmation hearing (1.50); review deposition transcript and report (1.00). | MSI | 2.50 | 1,862.50 |
| 02/07/09 | Conference call with MSI & ELS & Debtors re confirmation strategy (1.5); finish review of deposition transcripts and prepare direct and cross examination outlines (3.6) | MTP | 5.10 | 3,799.50 |
| 02/08/09 | Prepare for confirmation hearing. | ELS | 1.60 | 840.00 |
| 02/08/09 | Review documents regarding plan (.70). | JXZ | 0.70 | 262.50 |
| 02/08/09 | Review and prepare legal arguments for hearing including review of briefs (2.50); review final changes to plan and trust agreement (1.30); review case law and research regarding same (1.80); review motion in limine (.60); review various transcripts in preparation for hearing (2.40). | MSI | 8.60 | 6,407.00 |
| 02/08/09 | Review various objections and supporting pleadings and prepare for confirmation hearing | MTP | 2.60 | 1,937.00 |
| 02/09/09 | Prepare for and attend confirmation hearing including meetings with MTP, MSI, BDO and debtors. | ELS | 14.50 | 7,612.50 |
| 02/09/09 | review DI 6964 (.20) review plan supplement and distribute (.70) review motion in limine DI 6966 and exhibits and distribute (1.20) review objection opposition to debtors motion in limine (.30) review response to debtors' 28 omnibus objection (.10) review responses to debtors 28th (.20) review and monitor docket and pleadings (.40) file maintenance (.50) calendar events (.40) | JS | 4.00 | 980.00 |
| 02/09/09 | Retrieve/review Borrower Committee reply papers and motions (1.90); review documents re: plan and emails ELS re: same (.40). | JXZ | 2.30 | 862.50 |
| 02/09/09 | Review material and prepare for confirmation hearing (1.50); meeting with MTP, ELS, Berliner and Michaelis regarding strategy on hearing (1.10); review response to motion in limine, motion to file brief in response and opposition (1.80); attend confirmation hearing (8.00); meeting regarding strategy for day 2 hearing (.60). | MSI | 13.00 | 9,685.00 |
| 02/09/09 | Prepare for and attend confirmation hearing and multiple strategy sessions | MTP | 14.20 | 10,579.00 |
| 02/10/09 | Prepare for and attend confirmation hearing including meetings with MTP, MSI, BDO and debtors. | ELS | 14.90 | 7,822.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/10/09 | Prepare last minute documents and binders for hearing on confirmation of the plan (3.40) | JS | 3.40 | 833.00 |
| 02/10/09 | Review documents regarding plan and e-mails with ELS regarding same (.20); draft PHV motion and e-mails with ELS and K. Senese regarding same (.50). | JXZ | 0.70 | 262.50 |
| 02/10/09 | Review and draft argument for hearing (1.40); meeting at YCST to discuss strategy (.80); attend confirmation hearing (7.20); meeting with YCST regarding strategy (.70). | MSI | 10.10 | 7,524.50 |
| 02/10/09 | Prepare for and attend confirmation hearing and preparation & strategy sessions with MSI, ELS, BDO & Debtors | MTP | 12.90 | 9,610.50 |
| 02/11/09 | Prepare for and attend confirmation hearing including meetings with MTP, MSI, BDO and debtors (7.20); travel back from AHM confirmation hearing in Delaware (at 1/2 time (1.40). | ELS | 8.60 | 4,515.00 |
| 02/11/09 | Attend confirmation hearing telephonically (2.10); review emails re: same (.20); review changes to confirmation order and discuss same with securities plaintiff's counsel (.40). | MSI | 2.70 | 2,011.50 |
| 02/11/09 | Prepare for and attend confirmation hearing (7.0); return to NYC (@ 50%) (1.5) | MTP | 8.50 | 6,332.50 |
| 02/12/09 | Revise and edit language proposed by securities plaintiffs (.30); draft emails to Beach re: same (.30); review issues on confirmation order (.50); review emails from BDO re: same (.10). | MSI | 1.20 | 894.00 |
| 02/13/09 | Review plan supplement. | JXZ | 0.20 | 75.00 |
| 02/13/09 | Review revisions to comments from securities litigants (.40); review changes to the plan (.40); review proposed order (.80). | MSI | 1.60 | 1,192.00 |
| 02/13/09 | Review motion filed by Rush and various objections filed to confirmation | MTP | 0.90 | 670.50 |
| 02/16/09 | Revise and edit plan (.90); revise and edit confirmation order (1.40); telephone conversation with Jackson and Beach regarding comments to same (.60). | MSI | 2.90 | 2,160.50 |
| 02/17/09 | Review latest changes to the plan and confirmation order (.70); review numerous e-mails from debtors counsel and securities litigants regarding comments to order (.30); review same (.20); telephone conversation with Beach regarding same (.20). | MSI | 1.40 | 1,043.00 |
| 02/17/09 | Work on revised plan & confirmation order; e-mails re same | MTP | 1.50 | 1,117.50 |
| 02/18/09 | Review amended plan (.30). | JXZ | 0.30 | 112.50 |
| 02/18/09 | Review numerous e-mails regarding final language to order and plan from the borrower's committee and lead plaintiff (.80); telephone conversation with Beau and Jackson regarding same (.40). | MSI | 1.20 | 894.00 |
| 02/19/09 | Review final changes and comments to confirmation order. | MSI | 0.30 | 223.50 |
| 02/19/09 | Review final changes to confirmation order | MTP | 0.50 | 372.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/20/09 | Review and respond to numerous e-mails regarding issues on order (.40); telephone conversation with Beach regarding same and additional issues (.20). | MSI | 0.60 | 447.00 |
| 02/23/09 | Review confirmation order as entered (.30); telephone conversation with Beach regarding same and strategy (.20). | MSI | 0.50 | 372.50 |
| 02/23/09 | Review revised confirmation order entered by BJ Sontchi and discuss/e-mail with ELS & MSI | MTP | 0.70 | 521.50 |
| 02/24/09 | E-mails with MSI regarding reserves (.10); review confirmation order (1.30). | JXZ | 1.40 | 525.00 |
| 02/26/09 | Attention to review of American Home Mortgage documents. | CAJ | 2.10 | 1,102.50 |
| 02/26/09 | Attention to review of Triad documents. | CAJ | 0.40 | 210.00 |
| 02/26/09 | Conference call with debtor and JXZ re: Dobben's motions; meeting with JXZ re: same and review and revise JXZ's draft reply. | ELS | 1.10 | 577.50 |
| 02/26/09 | Review confirmation/consummation issues. | MSI | 1.30 | 968.50 |
| 02/27/09 | Finish review of available Triad documents. | CAJ | 0.80 | 420.00 |
| 02/27/09 | Continue with review of docket for American Home Mortgage (.70); begin outline to "action items" (1.40). | CAJ | 2.10 | 1,102.50 |
| 02/27/09 | Review plan and confirmation order (.70). | JXZ | 0.70 | 262.50 |

TOTAL HOURS      300.80

TOTAL SERVICES ................................................................. $    178,369.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $56.50 |
| CARFARE | $817.22 |
| LEXIS | $28.36 |
| MEALS | $8.78 |
| SEARCH FEES | $12.64 |
| TRAVEL | $1,380.80 |

TOTAL DISBURSEMENTS ............................................ $    2,304.30

TOTAL FEES & DISBURSEMENTS ............................................ $    180,673.80

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 281 | Thompson | 0.40 | 245.00 | 98.00 |
| 556 | Smith | 12.20 | 245.00 | 2,989.00 |
| 583 | Orbach | 10.30 | 300.00 | 3,090.00 |
| 493 | Zawadzki | 39.20 | 375.00 | 14,700.00 |
| 486 | Schnitzer | 86.80 | 525.00 | 45,570.00 |
| 588 | Jarvinen | 5.40 | 525.00 | 2,835.00 |
| 426 | Grubman | 1.10 | 695.00 | 764.50 |
| 260 | Indelicato | 73.30 | 745.00 | 54,608.50 |
| 364 | Power | 72.10 | 745.00 | 53,714.50 |
| ATTY TOTAL | | 300.80 | | 178,369.50 |

# Hahn & Hessen LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

August 12, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138697

For professional services rendered from February 1, through February 28, 2009 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 011    | EMPLOYEE ISSUES                        |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/09 | Emails JLT re: discovery (.10); review liability analysis (.20). | JXZ | 0.30 | 112.50 |
| 02/02/09 | Meeting with MSI regarding WARN issues (.20). | JXZ | 0.20 | 75.00 |
| 02/02/09 | Meeting with JXZ regarding needed research on WARN issues (.20). | MSI | 0.20 | 149.00 |
| 02/03/09 | Researching WARN Act issue of liability. | JO | 4.20 | 1,260.00 |
| 02/03/09 | Meeting with JO regarding WARN issues (.30); e-mails with M. Michaelis and M. Minella regarding Margin calls (.10). | JXZ | 0.40 | 150.00 |
| 02/04/09 | Researching WARN Act claim priority issues. | JO | 3.80 | 1,140.00 |
| 02/04/09 | E-mails with MSI and JO regarding WARN issues (.10); attention to discovery matters (.10). | JXZ | 0.20 | 75.00 |
| 02/04/09 | Numerous meetings with JO regarding additional research (.60); review memo regarding same (.30). | MSI | 0.90 | 670.50 |
| 02/05/09 | Researching WARN class claims. | JO | 1.00 | 300.00 |
| 02/06/09 | Review documents regarding WARN issues (.40). | JXZ | 0.40 | 150.00 |
| 02/09/09 | Emails re: WARN issues. | JXZ | 0.10 | 37.50 |
| 02/13/09 | Email MSI re: discovery. | JXZ | 0.10 | 37.50 |
| 02/17/09 | Telephone conversation with Beach regarding WARN issues (.10); review same (.10). | MSI | 0.20 | 149.00 |
| 02/18/09 | E-mails with MSI and S. Holt regarding WARN issues (.20); calendar maintenance (.10). | JXZ | 0.30 | 112.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/19/09 | Conference call with Scott, Sean MSI and JXZ re Warn Class claims (.7); Drafting Warn Class claims memo (.8) | JO | 1.50 | 450.00 |
| 02/19/09 | Conference call with debtors regarding litigation strategy (.50); various meetings with JO and MSI regarding WARN issues and research (.40); e-mails with M. Olsen regarding discovery (.10). | JXZ | 1.00 | 375.00 |
| 02/19/09 | Telephone conversation with Beach and Holtz regarding strategy with WARN plaintiffs (.70); meeting with JO and JXZ regarding strategy regarding same (.20). | MSI | 0.90 | 670.50 |
| 02/23/09 | E-mails with M. Michaelis regarding margin calls (.10). | JXZ | 0.10 | 37.50 |
| 02/24/09 | Review margin calls (.10); e-mails with T. Cheek and M. Michaelis regarding time line (.10); review scheduling order and e-mails regarding same (.20). | JXZ | 0.40 | 150.00 |
| 02/24/09 | Review and edit scheduling order (.30); e-mail to YCST regarding comments (.20); e-mails with Beach regarding strategy (.10). | MSI | 0.60 | 447.00 |
| 02/25/09 | E-mails with M. Stewart and T. Check regarding margin calls (.10); calendar maintenance (.10); meeting with MSI regarding WARN issues (.10); conference call with WARN plaintiffs (.30); conference call with debtors (.20). | JXZ | 0.80 | 300.00 |
| 02/25/09 | Telephone conversation with Miller, Olson and Rappinion regarding issues related reserve and discovery (.60); telephone conversation with S. Holts and S. Beach regarding same (.20); meeting with JXZ regarding same (.10). | MSI | 0.90 | 670.50 |
| 02/26/09 | Drafting memo on Warn Act issues. | JO | 0.70 | 210.00 |
| 02/26/09 | Meeting with JO regarding WARN issues (.10); review documents regarding WARN (.40). | JXZ | 0.50 | 187.50 |
| 02/26/09 | Telephone conference with Miller, Rappinow and Olsen re: issues on timing and proposed settlement. | MSI | 0.30 | 223.50 |
| 02/27/09 | Review issue on WARN (.70); discussion with Berliner re: alternative settlement (.20). | MSI | 0.90 | 670.50 |

TOTAL HOURS                     20.90

TOTAL SERVICES .......................................................... $     8,810.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| CARFARE | $20.22 |
| LEXIS | $123.69 |
| MEALS | $12.36 |

TOTAL DISBURSEMENTS ............................................ $       156.27

TOTAL FEES & DISBURSEMENTS ............................................ $     8,966.77

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 583 | Orbach | 11.20 | 300.00 | 3,360.00 |
| 493 | Zawadzki | 4.80 | 375.00 | 1,800.00 |
| 260 | Indelicato | 4.90 | 745.00 | 3,650.50 |
| ATTY TOTAL | | 20.90 | | 8,810.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

August 12, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138697

For professional services rendered from February 1, through February 28, 2009 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
012          CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/09 | Review recent orders, motions and responses. | JXZ | 0.70 | 262.50 |
| 02/04/09 | E-mail with ELS regarding motion to allow (.10). | JXZ | 0.10 | 37.50 |
| 02/06/09 | Review Calyon response (.40); review responses to claims objection (.20); review motions to allow claim (.30). | JXZ | 0.90 | 337.50 |
| 02/09/09 | Review recent responses to claims objections. | JXZ | 0.10 | 37.50 |
| 02/10/09 | Review recent responses to claims objections (.30). | JXZ | 0.30 | 112.50 |
| 02/11/09 | Review recent responses to claims objections (.20). | JXZ | 0.20 | 75.00 |
| 02/17/09 | Review motion to amend and emails ELS re: same (.40); review recent orders (.20). | JXZ | 0.60 | 225.00 |
| 02/18/09 | E-mails with MSI and ELS regarding motion to amend (.10). | JXZ | 0.10 | 37.50 |
| 02/19/09 | E-mails with ELS and M. Whitman regarding claims (.10); review notices (.20). | JXZ | 0.30 | 112.50 |
| 02/24/09 | Emails with JXZ and MSI re: Dobbin motion to deem claim timely filed | ELS | 0.20 | 105.00 |
| 02/24/09 | Review responses to claims objections (.10); review protective order (.10); review borrower claims and e-mails and meeting with ELS regarding same (.30); review motion to allow (.40); review recent notice (.10). | JXZ | 1.00 | 375.00 |
| 02/26/09 | Researching for filing proof of claim is consent to jurisdiction. | JO | 0.30 | 90.00 |

TOTAL HOURS          4.80

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|

TOTAL SERVICES ......................................................... $    1,807.50

DISBURSEMENT SUMMARY

LEXIS    $85.96

TOTAL DISBURSEMENTS ........................................... $    85.96

TOTAL FEES & DISBURSEMENTS ............................ $    1,893.46

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 583 | Orbach | 0.30 | 300.00 | 90.00 |
| 493 | Zawadzki | 4.30 | 375.00 | 1,612.50 |
| 486 | Schnitzer | 0.20 | 525.00 | 105.00 |
| ATTY TOTAL | | 4.80 | | 1,807.50 |

# HAHN & HESSEN LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

August 12, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138697

For professional services rendered from February 1, through February 28, 2009 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
013          INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/02/09 | Continued researching dividend as preference issue (4.8); document review (Johnson emails) (3.5). | AP | 8.30 | 2,241.00 |
| 02/02/09 | Reviewed Concordance e-mail database for information regarding types/volumes of mortgage loans originated by AHM. | CJK | 6.00 | 2,910.00 |
| 02/02/09 | Continue review of various relevant e-mails mined from AHM production (1.10). | RJM | 1.10 | 616.00 |
| 02/03/09 | Document review (Johnson emails). | AP | 2.40 | 648.00 |
| 02/03/09 | Reviewed Concordance e-mail database for information regarding AHM's loan originations. | CJK | 6.00 | 2,910.00 |
| 02/03/09 | Emails with AP re preference/dividend research (.20). | JPM | 0.20 | 147.00 |
| 02/03/09 | Continue review of various relevant e-mails mined from AHM production (.90). | RJM | 0.90 | 504.00 |
| 02/04/09 | Conference with RJM regarding loan originations information (.40); prepared chart summarizing types/volumes of mortgage loan products originated by AHM (3.00). | CJK | 3.40 | 1,649.00 |
| 02/04/09 | Confer with AP and ELS re dividend preference issue re Strauss (.40); emails with BDO re Deloitte work papers (.20); confer with CJK and RJM re AHM loan quality (.20). | JPM | 0.80 | 588.00 |
| 02/04/09 | Conference with CJK regarding mortgage analysis strategy (.30); continue review of relevant documents mined from AHM database (.50). | RJM | 0.80 | 448.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/05/09 | Reviewed Concordance database for information describing guidelines/requirements/policies for the various mortgage loan products offered by AHM. | CJK | 3.00 | 1,455.00 |
| 02/05/09 | Conference call with BDO re Deloitte production and follow-up conference with RJM (.40). | JPM | 0.40 | 294.00 |
| 02/05/09 | Telephone conversation with BDO regarding Deloitte production (.50); conference with JT regarding Deloitte production (.20); continue review of relevant e-mails mined from AHM production (.60). | RJM | 1.30 | 728.00 |
| 02/06/09 | Researched dividend/preference issue. | AP | 3.40 | 918.00 |
| 02/06/09 | Reviewed Concordance database for AHM's descriptions/policies regarding various mortgage products offered by AHM. | CJK | 2.00 | 970.00 |
| 02/06/09 | Review of memorandum from BDO re Deloitte workpapers (.40); review of email from BDO re Deloitte workpapers (.10); telephone conference with attorney for Deloitte re production (.40). | JPM | 0.90 | 661.50 |
| 02/09/09 | Began drafting dividend memo. | AP | 5.80 | 1,566.00 |
| 02/09/09 | E-mail correspondence with JPM, MTP and RJM regarding mediation (.20); e-mail correspondence with JT regarding D&T document production (.10); reviewed/prepared summary of loan products offered/originated by AHM (4.00). | CJK | 4.30 | 2,085.50 |
| 02/09/09 | Telephone conferences (2) with arbitrator re class action mediation (.40); email to MSI and MTP re same (.20); review of notes re mediation (1.0); email with MTP re mediation (.30). | JPM | 1.90 | 1,396.50 |
| 02/09/09 | Review of email from JT re Deloitte documents (.30); review BDO memorandum re same (.30). | JPM | 0.60 | 441.00 |
| 02/09/09 | E-mail exchange with JPM re mediation of D&O claims | MTP | 0.60 | 447.00 |
| 02/10/09 | Continued researching and drafting memo re dividend issue. | AP | 4.70 | 1,269.00 |
| 02/11/09 | Continued drafting memo avoidable dividends. | AP | 3.40 | 918.00 |
| 02/11/09 | Emails with MTP re class action mediation (.10); confer with MSI re class action mediation, AHM settlement (.10); review of earlier emails re settlement (.20). | JPM | 0.40 | 294.00 |
| 02/11/09 | Telephone conferences with Deloitte counsel (.10); email to BDO re Deloitte production (.20); confer with RJM re AHM charter, D&O liability (.20); respond to MTP email re D&O liability under Md. law (.50); review of notes re AHM (.40); review of Deloitte, Committee confidentiality agreement and internal emails re 40-day window for motion to permit sharing of documents with Trustee now that plan is confirmed (.50). | JPM | 1.90 | 1,396.50 |
| 02/11/09 | E-mails with JPM, MSI re settlement negotiations with D&Os | MTP | 0.30 | 223.50 |
| 02/12/09 | Drafted and edited memo to JPM re avoidable dividends. | AP | 6.50 | 1,755.00 |
| 02/12/09 | Confer with MTP re class action mediation (.20); telephone conference with mediator (.10). | JPM | 0.30 | 220.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/12/09 | Telephone conference with counsel for Deloitte (Skadden) re issues raised by BDO re production (.30); telephone conference with BDO (M. Michaelis) re issues raised by it as to Deloitte production (.20); review of BDO memorandum re Deloitte (.30). | JPM | 0.80 | 588.00 |
| 02/12/09 | Discussion with JPM re settlement negotiations | MTP | 0.20 | 149.00 |
| 02/13/09 | Completed memo to JPM re avoiding dividend payments. | AP | 3.90 | 1,053.00 |
| 02/13/09 | E-mail correspondence with JPM, MTP and RJM regarding settlement. | CJK | 0.20 | 97.00 |
| 02/13/09 | Email to BDO re Deloitte documents (.10); review of Skadden emails re same (.20). | JPM | 0.30 | 220.50 |
| 02/13/09 | Telephone conference with mediator (3) re potential settlement with directors and officers (.60); internal emails re same (.50); review of previous emails re settlement (.40). | JPM | 1.50 | 1,102.50 |
| 02/17/09 | Confer with CJK re debtors' loan quality issues (.30); review of Annie Power memorandum re dividends avoidance (.50). | JPM | 0.80 | 588.00 |
| 02/18/09 | Telephone conference with BDO re Deloitte documents (.10); telephone conference with Deloitte's counsel re confirmation of plan (.20); review confidentiality agreement re timing for motion to turn over to Trustee (.30); emails with counsel for Deloitte re request to turn over Deloitte documents to Trustee (.50). | JPM | 1.10 | 808.50 |
| 02/18/09 | Attend to settlement issues and internal email re proposed counteroffer to be given to mediator re director and officer claims (.50). | JPM | 0.50 | 367.50 |
| 02/19/09 | Confer with MSI re counter-proposal re directors and officers (.10). | JPM | 0.10 | 73.50 |
| 02/20/09 | Telephone conference to mediator re directors and officers settlement proposal (.10). | JPM | 0.10 | 73.50 |
| 02/23/09 | Discussion with JPM re dividend memo and NY fraudulent conveyance law (.20); began researching NY fraudulent conveyance issue (1.8). | AP | 2.00 | 540.00 |
| 02/23/09 | Review of AP memorandum and review of cases re presumptive lack of good faith for payments made to officers (.70); confer with AP re further research re dividends paid to insiders (.30). | JPM | 1.00 | 735.00 |
| 02/24/09 | Researched NY fraudulent conveyance issue. | AP | 3.00 | 810.00 |
| 02/24/09 | Prepared memo to file summarizing reviews of e-mails of Bernstein, Strauss, Feder and McDonagh (3.00). | CJK | 3.00 | 1,455.00 |
| 02/25/09 | Researched fraudulent conveyance issue. | AP | 4.80 | 1,296.00 |
| 02/25/09 | Left message for Michaelis at BDO regarding information about AHM loan products (.10); reviewed APP's memo regarding whether dividend payments to Strauss constitute preferences or fraudulent transfers (.60); reviewed descriptions of AHM's non-conforming ARM products (3.00). | CJK | 3.70 | 1,794.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/26/09 | Researched NY fraudulent conveyance issue. | AP | 2.10 | 567.00 |
| 02/26/09 | Summarized loan non-conforming ARM products offered by AHM. | CJK | 2.00 | 970.00 |
| 02/26/09 | Review contract and provide comments re: same. | RJK | 1.00 | 640.00 |
| 02/27/09 | Messages for M. Michaelis regarding call (.10); reviewed recent Delaware decision in re Citigroup and liability of directors for losses arising from company's exposure to sub prime market (1.20); e-mail correspondence with JPM, RJM and BDO regarding status call (.10). | CJK | 1.40 | 679.00 |
| 02/27/09 | Review of AP email re dividend/fraudulent conveyance issues (.50); emails with BDO re Deloitte (.20). | JPM | 0.70 | 514.50 |

TOTAL HOURS   105.80

TOTAL SERVICES ........................................................... $   44,822.00

DISBURSEMENT SUMMARY

CARFARE   $128.52

LEXIS   $1,019.34

TOTAL DISBURSEMENTS ........................................... $   1,147.86

TOTAL FEES & DISBURSEMENTS ............................. $   45,969.86

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 543 | Power | 50.30 | 270.00 | 13,581.00 |
| 931 | Kang | 35.00 | 485.00 | 16,975.00 |
| 952 | Malatak | 4.10 | 560.00 | 2,296.00 |
| 497 | Kisch | 1.00 | 640.00 | 640.00 |
| 226 | McCahey | 14.30 | 735.00 | 10,510.50 |
| 364 | Power | 1.10 | 745.00 | 819.50 |
| ATTY TOTAL | | 105.80 | | 44,822.00 |