# **EXHIBIT C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 2/2/2009 | Schnitzer, Edward L. | CAR | $40.10 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 29; DATE: 2/5/2009 |
| 2/2/2009 | Schnitzer, Edward L. | CAR | $16.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 29; DATE: 2/5/2009 |
| 2/2/2009 | Schnitzer, Edward L. | CAR | $15.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 29; DATE: 2/5/2009 |
| 2/2/2009 | Schnitzer, Edward L. | CAR | $47.94 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |
| 2/2/2009 | Indelicato, Mark S | CAR | $118.63 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |
| 2/2/2009 | Power, Mark | CAR | $98.94 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |
| 2/2/2009 | Zawadzki, Jeffrey | CAR | $48.96 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 576462; DATE: 2/15/2009 |
| 2/3/2009 | Zawadzki, Jeffrey | CAR | $53.04 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 576462; DATE: 2/15/2009 |
| 2/4/2009 | Orbach, Joseph | CAR | $20.22 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 469056; DATE: 2/8/2009 |
| 2/4/2009 | Schnitzer, Edward L. | CAR | $10.80 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 30; DATE: 2/17/2009 |
| 2/4/2009 | Schnitzer, Edward L. | CAR | $10.75 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 30; DATE: 2/17/2009 |
| 2/4/2009 | Power, Mark | CAR | $94.45 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |
| 2/4/2009 | Orbach, Joseph | CAR | $51.00 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |
| 2/4/2009 | Indelicato, Mark S | CAR | $133.62 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |
| 2/5/2009 | Indelicato, Mark S | CAR | $119.34 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |
| 2/5/2009 | Power, Mark | CAR | $87.72 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |
| 2/5/2009 | Smith, Jason | CAR | $67.32 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |
| 2/5/2009 | Zawadzki, Jeffrey | CAR | $53.04 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 576462; DATE: 2/15/2009 |
| 2/6/2009 | Schnitzer, Edward L. | CAR | $7.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 30; DATE: 2/17/2009 |
| 2/6/2009 | Schnitzer, Edward L. | CAR | $7.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 30; DATE: 2/17/2009 |
| 2/6/2009 | Smith, Jason | CAR | $67.32 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |
| 2/6/2009 | Schnitzer, Edward L. | CAR | $28.56 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |
| 2/6/2009 | Indelicato, Mark S | CAR | $117.30 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |
| 2/6/2009 | Power, Mark | CAR | $99.45 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109177; DATE: 2/10/2009 |

| Date | Name | Type | Amount | Vendor Info |
|---|---|---|---:|---|
| 2/6/2009 | Zawadzki, Jeffrey | CAR | $48.96 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 577788; DATE: 2/28/2009 |
| 2/7/2009 | Schnitzer, Edward L. | CAR | $12.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 31; DATE: 2/19/2009 |
| 2/9/2009 | Schnitzer, Edward L. | CAR | $7.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 31; DATE: 2/19/2009 |
| 2/9/2009 | Schnitzer, Edward L. | CAR | $35.70 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109535; DATE: 2/17/2009 |
| 2/10/2009 | Indelicato, Mark S | CAR | $161.67 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 109535; DATE: 2/17/2009 |
| 2/10/2009 | Power, Annie | CAR | $70.38 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 576462; DATE: 2/15/2009 |
| 2/10/2009 | Indelicato, Mark S | CAR | $12.00 | VENDOR: PETTY CASH; INVOICE#: 030509; DATE: 3/9/2009 |
| 2/11/2009 | Power, Annie | CAR | $58.14 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 576462; DATE: 2/15/2009 |
| 2/11/2009 | Power, Mark | CAR | $156.21 | VENDOR: POWER, MARK T.; INVOICE#: 18; DATE: 3/5/2009 |
| 2/13/2009 | Schnitzer, Edward L. | CAR | $9.40 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 32; DATE: 2/26/2009 |
| 2/26/2009 | Zawadzki, Jeffrey | CAR | $67.32 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 579268; DATE: 3/15/2009 |
| | | | $2,052.28 | |
| 2/3/2009 | Power, Mark | FAX | $2.00 | |
| 2/11/2009 | Power, Mark | HOT | $506.80 | VENDOR: POWER, MARK T.; INVOICE#: 18; DATE: 3/5/2009 |
| 2/11/2009 | Power, Mark | HOT | $921.34 | VENDOR: POWER, MARK T.; INVOICE#: 18; DATE: 3/5/2009 |
| 2/12/2009 | Power, Mark | HOT | $273.90 | VENDOR: POWER, MARK T.; INVOICE#: 18; DATE: 3/5/2009 |
| 2/12/2009 | Power, Mark | HOT | $603.35 | VENDOR: POWER, MARK T.; INVOICE#: 18; DATE: 3/5/2009 |
| | | | $2,305.39 | |
| 2/4/2009 | Orbach, Joseph | LEXI | $85.96 | VENDOR: LEXIS - NEXIS; INVOICE#: 902052418; DATE: 2/28/2009 |
| 2/5/2009 | Orbach, Joseph | LEXI | $123.69 | VENDOR: LEXIS - NEXIS; INVOICE#: 902052418; DATE: 2/28/2009 |
| 2/5/2009 | Zawadzki, Jeffrey | LEXI | $28.36 | VENDOR: LEXIS - NEXIS; INVOICE#: 902052418; DATE: 2/28/2009 |
| 2/6/2009 | Zawadzki, Jeffrey | LEXI | $10.68 | VENDOR: LEXIS - NEXIS; INVOICE#: 902052418; DATE: 2/28/2009 |
| 2/7/2009 | Schnitzer, Edward L. | LEXI | $156.63 | VENDOR: LEXIS - NEXIS; INVOICE#: 902052418; DATE: 2/28/2009 |
| 2/25/2009 | Zawadzki, Jeffrey | LEXI | $2.15 | VENDOR: LEXIS - NEXIS; INVOICE#: 902052418; DATE: 2/28/2009 |
| 2/26/2009 | Orbach, Joseph | LEXI | $357.03 | VENDOR: LEXIS - NEXIS; INVOICE#: 902052418; DATE: 2/28/2009 |
| 2/26/2009 | Rigano, Nicholas C. | LEXI | $1,019.34 | VENDOR: LEXIS - NEXIS; INVOICE#: 902052418; DATE: 2/28/2009 |
| | | | $1,783.84 | |

| Date | Name | Type | Amount | Vendor Info |
|---|---|---|---|---|
| 2/2/2009 | Zawadzki, Jeffrey | MEAL | $12.58 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 469056; DATE: 2/8/2009 |
| 2/3/2009 | Schnitzer, Edward L. | MEAL | $22.17 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 469056; DATE: 2/8/2009 |
| 2/3/2009 | Zawadzki, Jeffrey | MEAL | $13.19 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 469056; DATE: 2/8/2009 |
| 2/3/2009 | Schnitzer, Edward L. | MEAL | $145.23 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 469056; DATE: 2/8/2009 |
| 2/4/2009 | Schnitzer, Edward L. | MEAL | $20.88 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 469056; DATE: 2/8/2009 |
| 2/4/2009 | Schnitzer, Edward L. | MEAL | $130.91 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 469056; DATE: 2/8/2009 |
| 2/4/2009 | Indelicato, Mark S | MEAL | $8.78 | VENDOR: INDELICATO; INVOICE#: 28; DATE: 2/26/2009 |
| 2/5/2009 | Zawadzki, Jeffrey | MEAL | $20.90 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 469056; DATE: 2/8/2009 |
| 2/6/2009 | Zawadzki, Jeffrey | MEAL | $23.65 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 469056; DATE: 2/8/2009 |
| 2/9/2009 | Podair, Lee | MEAL | $12.36 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 470232; DATE: 2/15/2009 |
| 2/10/2009 | Zawadzki, Jeffrey | MEAL | $12.36 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 470232; DATE: 2/15/2009 |
| 2/19/2009 | Zawadzki, Jeffrey | MEAL | $12.36 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 474102; DATE: 2/22/2009 |
| 2/24/2009 | Zawadzki, Jeffrey | MEAL | $10.97 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 478520; DATE: 3/1/2009 |
| 2/26/2009 | Zawadzki, Jeffrey | MEAL | $21.24 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 478520; DATE: 3/1/2009 |
|  |  |  | $467.58 |  |
| 2/10/2009 | Schnitzer, Edward L. | REP | $1,330.90 | VENDOR: TSG REPORTING, INC.; INVOICE#: 020209-63559; DATE: 2/10/2009 |
| 2/26/2009 | Schnitzer, Edward L. | REP | $986.85 | VENDOR: ELLEN GRAUER COURT REPORTING CO.; INVOICE#: 20090558EU; DATE: 2/26/2009 |
|  |  |  | $2,317.75 |  |
| 2/11/2009 | Power, Mark | SEAR | $12.64 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| 2/25/2009 | Power, Mark | SEAR | $1.52 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
|  |  |  | $14.16 |  |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 2/5/2009 | Zawadzki, Jeffrey | TELCON | $39.10 | VENDOR: AMERICAN EXPRESS; INVOICE#: 040109; DATE: 4/1/2009 |
| 2/7/2009 | Zawadzki, Jeffrey | TELCON | $69.70 | VENDOR: AMERICAN EXPRESS; INVOICE#: 040109; DATE: 4/1/2009 |
| 2/13/2009 | Schnitzer, Edward L. | TELCON | $17.77 | VENDOR: AMERICAN EXPRESS; INVOICE#: 040109; DATE: 4/1/2009 |
| 2/19/2009 | Zawadzki, Jeffrey | TELCON | $0.44 | VENDOR: AMERICAN EXPRESS; INVOICE#: 040109; DATE: 4/1/2009 |
| 2/19/2009 | Zawadzki, Jeffrey | TELCON | $40.90 | VENDOR: AMERICAN EXPRESS; INVOICE#: 040109; DATE: 4/1/2009 |
| 2/25/2009 | Indelicato, Mark S | TELCON | $7.57 | VENDOR: AMERICAN EXPRESS; INVOICE#: 040109; DATE: 4/1/2009 |
| | | | $175.48 | |
| 2/3/2009 | Graziano, Marlena N. | TELE | $0.25 | 13025943100; 1 Mins. |
| 2/3/2009 | Schnitzer, Edward L. | TELE | $0.25 | 13025763588; 1 Mins. |
| 2/3/2009 | Graziano, Marlena N. | TELE | $0.25 | 13025943100; 1 Mins. |
| 2/3/2009 | Schnitzer, Edward L. | TELE | $0.25 | 13025763588; 1 Mins. |
| 2/4/2009 | Schnitzer, Edward L. | TELE | $0.25 | 13025716554; 1 Mins. |
| 2/4/2009 | Schnitzer, Edward L. | TELE | $25.25 | 13025716554; 101 Mins. |
| 2/4/2009 | Schnitzer, Edward L. | TELE | $4.25 | 13025716554; 17 Mins. |
| 2/4/2009 | Schnitzer, Edward L. | TELE | $0.25 | 13025716554; 1 Mins. |
| 2/4/2009 | Schnitzer, Edward L. | TELE | $25.25 | 13025716554; 101 Mins. |
| 2/4/2009 | Schnitzer, Edward L. | TELE | $4.25 | 13025716554; 17 Mins. |
| 2/5/2009 | Schnitzer, Edward L. | TELE | $1.00 | 13024256434; 4 Mins. |
| 2/5/2009 | Schnitzer, Edward L. | TELE | $1.00 | 13024256434; 4 Mins. |
| 2/10/2009 | Zawadzki, Jeffrey | TELE | $0.50 | 15613461529; 2 Mins. |
| 2/10/2009 | Zawadzki, Jeffrey | TELE | $0.50 | 15613461529; 2 Mins. |
| 2/13/2009 | Smith, Jason | TELE | $0.25 | 13022522888; 1 Mins. |
| 2/13/2009 | Smith, Jason | TELE | $0.25 | 13022522888; 1 Mins. |
| 2/27/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 19155325757; 3 Mins. |
| 2/27/2009 | Zawadzki, Jeffrey | TELE | $0.50 | 12533778606; 2 Mins. |
| 2/27/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 19253255178; 3 Mins. |
| 2/27/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 19155325757; 3 Mins. |
| 2/27/2009 | Zawadzki, Jeffrey | TELE | $0.50 | 12533778606; 2 Mins. |
| 2/27/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 19253255178; 3 Mins. |
| | | | $68.00 | |
| 2/13/2009 | Indelicato, Mark S | TELE | $31.50 | VENDOR: INDELICATO; INVOICE#: 28; DATE: 2/26/2009 |
| 2/13/2009 | Indelicato, Mark S | TELE | $25.00 | VENDOR: INDELICATO; INVOICE#: 28; DATE: 2/26/2009 |
| 2/17/2009 | Indelicato, Mark S | TELE | $103.00 | VENDOR: INDELICATO; INVOICE#: 29; DATE: 3/30/2009 |
| | | | $159.50 | |
| 2/2/2009 | Schnitzer, Edward L. | TRAV | $679.20 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 29; DATE: 2/5/2009 |
| 2/6/2009 | Schnitzer, Edward L. | TRAV | $238.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 30; DATE: 2/17/2009 |
| 2/9/2009 | Indelicato, Mark S | TRAV | $402.00 | VENDOR: INDELICATO; INVOICE#: 28; DATE: 2/26/2009 |
| 2/10/2009 | Schnitzer, Edward L. | TRAV | $335.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 31; DATE: 2/19/2009 |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 2/11/2009 | Schnitzer, Edward L. | TRAV | $15.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 31; DATE: 2/19/2009 |
| 2/11/2009 | Indelicato, Mark S | TRAV | ($50.40) | VENDOR: INDELICATO; INVOICE#: 28; DATE: 2/26/2009 |
| 2/12/2009 | Power, Mark | TRAV | $15.00 | VENDOR: POWER, MARK T.; INVOICE#: 18; DATE: 3/5/2009 |
| 2/12/2009 | Power, Mark | TRAV | $67.00 | VENDOR: POWER, MARK T.; INVOICE#: 18; DATE: 3/5/2009 |
| 2/24/2009 | Power, Mark | TRAV | $402.00 | VENDOR: POWER, MARK T.; INVOICE#: 18; DATE: 3/5/2009 |
| | | | $2,102.80 | |
| | | | **$11,448.78** | |