**<u>EXHIBIT B</u>**

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138703

For professional services rendered from March 1, through March 31, 2009 in connection with the
following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 28,530.50 |
| 003 | RETENTIONS | | 150.00 |
| 006 | SALES OF ASSETS | | 19,912.00 |
| 007 | PROFESSIONIAL FEES | | 4,059.50 |
| 009 | LITIGATION | | 7,700.50 |
| 010 | PLAN AND DISCLOSURE STATEMENT | | 9,007.50 |
| 011 | EMPLOYEE ISSUES | | 10,642.00 |
| 012 | CLAIMS ADMINISTRATION | | 4,678.50 |
| 013 | INVESTIGATION OF COMPANY | | 39,191.00 |
| 014 | TRIAD WORKOUT | | 5,119.50 |
| | **Total Time** | $ | 128,991.00 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 85.00 |
| | CARFARE | | 404.94 |
| | CORRESPONDING COUNSEL | | 99.00 |
| | DUPLICATING | | 666.20 |
| | LEXIS | | 33.84 |
| | MEALS | | 269.22 |
| | OVERNIGHT DELIVERY | | 15.98 |
| | REPORTS FEE | | 651.50 |
| | SEARCH FEES | | 512.80 |
| | TELEPHONE CONFERENCE CALL | | 86.30 |
| | **Total Disbursements** | $ | 2,824.78 |
| | **TOTAL BILL** | $ | **131,815.78** |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138703

For professional services rendered from March 1, through March 31, 2009 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
002           CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/02/09 | Meeting with JO and JS re: this week's objection deadlines (.20); meeting with JXZ re: response to Dobben motions (.30). | ELS | 0.50 | 262.50 |
| 03/02/09 | Reviewing American Home docket and Saunders retention application. | JO | 0.70 | 210.00 |
| 03/02/09 | Review docket and pleadings (.40) update calendar maintenance (.80) meeting with ELS re upcoming events (.30) | JS | 1.50 | 367.50 |
| 03/02/09 | Review docket and recent motion (.50); review documents and revise response papers and e-mails with MSI, ELS and M. Greedcher regarding same (.70); calendar maintenance (.10). | JXZ | 1.30 | 487.50 |
| 03/03/09 | Phone call with Borrowers' Committee counsel re: proposed Saunders order and draft email re: same (.40); review and revise proposed response to such motion (.30). | ELS | 0.70 | 367.50 |
| 03/03/09 | Drafting response to Saunders retention application | JO | 1.00 | 300.00 |
| 03/03/09 | Review docket and recent pleadings (.20) | JS | 0.20 | 49.00 |
| 03/03/09 | Attention to creditor inquiries (.20); review recent motions and meeting with ELS regarding same (.60). | JXZ | 0.80 | 300.00 |
| 03/03/09 | Review e-mail from BDO on the Bank (.10); review e-mails from S. Sasso regarding same (.20); review various e-mails regarding issues on cap on retention of Sanders (.20); meeting with ELS regarding same (.10). | MSI | 0.60 | 447.00 |
| 03/03/09 | Conference call with Borrowers' counsel re proposed order and review difference & discuss with MSI & ELS (.6); review BDO update on Thrift sale efforts (.2); | MTP | 0.80 | 596.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/04/09 | review memorandum opinion affirming Court's Order DI 7070 and 7171 (.30) review and monitor docket (.20) arrange for ELS to appear telephonically to the 3/6 status conference (.20) | JS | 0.70 | 171.50 |
| 03/04/09 | Revise motion summary (.10); e-mail committee update (.10); review district order (.10); attention to creditor inquiries (.30). | JXZ | 0.60 | 225.00 |
| 03/04/09 | Review e-mail from BDO regarding update (.30); telephone conversation with Beach regarding Bank, settlement with D&O's, issues with Ross and confirmation issues (.20); review same (.40); meeting with DDG regarding same (.20). | MSI | 1.10 | 819.50 |
| 03/05/09 | Reviewing WLR admin claim (2.4); Discussing claim with DDG (.4). | JO | 2.80 | 840.00 |
| 03/05/09 | Review docket (.10); review update (.10); revise minutes (.20). | JXZ | 0.40 | 150.00 |
| 03/05/09 | Telephone conversation with Beach regarding outstanding issues (.20); telephone conversation with Berliner regarding update (.20). | MSI | 0.40 | 298.00 |
| 03/06/09 | Emails and phone calls re: Rush motion to amend, Dobbens' motions and Lamacchia motion (.60); telephonic appearance re: DB remand (.50). | ELS | 1.10 | 577.50 |
| 03/06/09 | Review certification of counsel DI 7079 (.10) review limited objection to amended emergency motion of Dobben (.10) review reservation of rights to the motion of Dobben (.10) review 30th omnibus objection to claims (.10) review 31th omnibus objection to claims (.10) review and monitor docket and pleadings (.30) file maintenance (.40) | JS | 1.20 | 294.00 |
| 03/06/09 | Attention to creditor inquiries (.20); meeting with MSI regarding minutes (.10). | JXZ | 0.30 | 112.50 |
| 03/06/09 | Telephone conversation with creditor regarding status (.10); meeting with ELS regarding various issues and settlements (.20). | MSI | 0.30 | 223.50 |
| 03/09/09 | Reviewing Young Conaway memo on Ross admin claim. | JO | 0.60 | 180.00 |
| 03/09/09 | Attention to creditor inquiries (.40). | JXZ | 0.40 | 150.00 |
| 03/10/09 | Review notes and draft minutes (3.40); review docket/certifications (.10). | JXZ | 3.50 | 1,312.50 |
| 03/10/09 | Review and edit BDO report to committee. | MSI | 0.40 | 298.00 |
| 03/11/09 | Conference call with Young Conaway to discuss Ross admin claim (1); Discussing claims with MSI and MTP (.2). | JO | 1.20 | 360.00 |
| 03/11/09 | Review hearing agenda (.10). | JXZ | 0.10 | 37.50 |
| 03/11/09 | Review BDO report for Committee; strategy call with BDO, MSI, DDG re WL Ross claim (.8) | MTP | 1.10 | 819.50 |
| 03/12/09 | Review BDO report and attend committee conference call. | ELS | 0.90 | 472.50 |
| 03/12/09 | Meeting with BDO re Ross admin claim (2.1); Committee call (.6). | JO | 2.70 | 810.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/12/09 | Draft committee update (.10); review financial report (.40); e-mails regarding Dobben matter (.10); review Calyon opposition papers (.50); prepare for and attend committee call (.60); e-mails regarding trustee conference (.100; review notes and draft minutes (1.00). | JXZ | 2.80 | 1,050.00 |
| 03/12/09 | Meeting with BDO to discuss Ross claim and post confirmation strategy (2.50); review material and participate in committee meeting by conference call (.70); meeting with MTP regarding strategy (.10). | MSI | 3.30 | 2,458.50 |
| 03/12/09 | Attention to e-mails re Committee update (.3); participate in Committee call (.6); discuss one strategy with MSI | MTP | 1.00 | 745.00 |
| 03/13/09 | Telephonic appearance at 3/13 hearing. | ELS | 0.60 | 315.00 |
| 03/13/09 | E-mail M. Stewart regarding committee updates (.10); attention to creditor inquiries (.30). | JXZ | 0.40 | 150.00 |
| 03/16/09 | Review and revise minutes (.30). | JXZ | 0.30 | 112.50 |
| 03/16/09 | Call to Mike Morris re status of effective date efforts | MTP | 0.30 | 223.50 |
| 03/17/09 | Attention to creditor inquiries (.30). | JXZ | 0.30 | 112.50 |
| 03/18/09 | E-mails and calls with MTP, MSI and ELS regarding committee call (.10); review committee update (.10); e-mails with MSI and ELS regarding litigation matters (.10); draft litigation summary (.40). | JXZ | 0.70 | 262.50 |
| 03/18/09 | Telephone conversation with Beach regarding outstanding issues (.30); e-mails with BDO regarding same (.20); draft updated e-mail to the committee (.50); telephone conversation with creditor regarding status of claim (.10). | MSI | 1.10 | 819.50 |
| 03/18/09 | E-mails with JXZ re scheduling Committee call | MTP | 0.10 | 74.50 |
| 03/19/09 | Reviewing adversary proceedings status and drafting summary. | JO | 1.30 | 390.00 |
| 03/19/09 | Email CJK re Deloitte issues (.20). | JPM | 0.20 | 147.00 |
| 03/19/09 | Review DBSP order on demand (.60). | JXZ | 0.60 | 225.00 |
| 03/20/09 | Summarizing status of AHM litigation. | JO | 0.20 | 60.00 |
| 03/20/09 | Review/revise litigation summary and meetings with JO and MSI regarding same (1.20). | JXZ | 1.20 | 450.00 |
| 03/20/09 | Telephone conversation with creditors regarding status. | MSI | 0.20 | 149.00 |
| 03/22/09 | E-mail with D. Berliner regarding MOR's (.10); review AP dockets and pleadings (.50). | JXZ | 0.50 | 187.50 |
| 03/23/09 | Reviewing docket. | JO | 0.20 | 60.00 |
| 03/23/09 | Meeting preparation (.60); meeting with trustee and BDO regarding open issues and plan confirmation (4.40); review docket (.10). | JXZ | 5.10 | 1,912.50 |
| 03/23/09 | Attend case meeting with BDO, Sass, MSI, JXZ, ELS | MTP | 4.50 | 3,352.50 |
| 03/24/09 | Telephone conversation with B. Fernanded and S. Beach regarding trustee willingness to sit on the bank's board. | MSI | 0.20 | 149.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/25/09 | Review financial report (.20); e-mails with MSI and D. Berliner regarding open issues (.10); draft/circulate committee update (.10). | JXZ | 0.40 | 150.00 |
| 03/26/09 | Committee call (.40); review notes and draft minutes (.80). | JXZ | 1.20 | 450.00 |
| 03/27/09 | Telephone conversation with Beach and Jackson regarding fee auditor and order (.30); review and edit same (.10); telephone conversation with Beach regarding issues on administration claims and bank board (.20); telephone conversation with Fernandes regarding same (.10). | MSI | 0.70 | 521.50 |
| 03/30/09 | Reviewing docket and drafting joinders to Debtors objections. | JO | 1.00 | 300.00 |
| 03/30/09 | Attention to creditor inquiries (1.00); review RFS motions/debtors responses (.20); review hearing agenda (.10); review scheduling order (.10); review docket and miscellaneous orders (.10). | JXZ | 1.50 | 562.50 |
| 03/30/09 | Various e-mails with S. Sass regarding meeting and status. | MSI | 0.20 | 149.00 |
| 03/30/09 | Review Triad SEC filings (.8); conference call with Triad counsels; CJ and S. Beach re next steps (.5); review two Committee joinders in Debtor's opposition (.3); review BDO update e-mail (.3) | MTP | 1.90 | 1,415.50 |
| 03/31/09 | Attention to creditor inquiries. | JXZ | 0.10 | 37.50 |

TOTAL HOURS 60.00

TOTAL SERVICES ...................................................................... $    28,530.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $85.00 |
| CARFARE | $224.40 |
| CORRESPONDING COUNSEL | $99.00 |
| DUPLICATING | $123.20 |
| MEALS | $251.17 |
| OVERNIGHT DELIVERY | $15.98 |
| REPORTS FEE | $651.50 |
| SEARCH FEES | $398.40 |
| TELEPHONE CONFERENCE CALL | $86.30 |

TOTAL DISBURSEMENTS ............................................. $    1,934.95

TOTAL FEES & DISBURSEMENTS.............................. $    30,465.45

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 3.60 | 245.00 | 882.00 |
| 583 | Orbach | 11.70 | 300.00 | 3,510.00 |
| 493 | Zawadzki | 22.50 | 375.00 | 8,437.50 |
| 486 | Schnitzer | 3.80 | 525.00 | 1,995.00 |
| 226 | McCahey | 0.20 | 735.00 | 147.00 |
| 260 | Indelicato | 8.50 | 745.00 | 6,332.50 |
| 364 | Power | 9.70 | 745.00 | 7,226.50 |
| ATTY TOTAL | | 60.00 | | 28,530.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138703

For professional services rendered from March 1, through March 31, 2009 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
003     RETENTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/03/09 | Meeting with ELS regarding fee application/response (.10); e-mails with T. Macauley and ELS regarding Saunders applications (.10). | JXZ | 0.20 | 75.00 |
| 03/19/09 | Review Saunders retention order (.10). | JXZ | 0.10 | 37.50 |
| 03/23/09 | Review supplemental OCP list (.10). | JXZ | 0.10 | 37.50 |

|  |  |  |  |  |
|--|--|--|--|--|
| | TOTAL HOURS | | 0.40 | |
| | TOTAL SERVICES .......................................................... $ | | | 150.00 |

DISBURSEMENT SUMMARY
SEARCH FEES                                                                                     $3.76

TOTAL DISBURSEMENTS ......................................... $          3.76

TOTAL FEES & DISBURSEMENTS............................. $        153.76

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 0.40 | 375.00 | 150.00 |
| ATTY TOTAL | | 0.40 | | 150.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138703

For professional services rendered from March 1, through March 31, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
006         SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/02/09 | Review contract and e-mail to Lunn regarding same. | MSI | 0.40 | 298.00 |
| 03/03/09 | Review and edit revised sales contract (.50); e-mail to Matt Lunn regarding comments (.10). | MSI | 0.60 | 447.00 |
| 03/03/09 | E-mails with Commarato re update on Vantium's stalking horse bid | MTP | 0.20 | 149.00 |
| 03/04/09 | Miscellaneous e-mails and conferences with MSI, ST regarding bank liquidation issues, review files and background materials regarding same (1.1); miscellaneous e-mails and conferences with MSI regarding WLR administrative claim, review memos and charts regarding same (0.6); miscellaneous e-mails regarding loan sales (0.1) | DDG | 1.80 | 1,251.00 |
| 03/05/09 | Review motion and response, charts regarding WLR administrative claim (0.6); miscellaneous conferences with JO and MSI regarding same (0.3); conference with ST regarding AH Bank issues (0.2) | DDG | 1.10 | 764.50 |
| 03/05/09 | Research HOLA and bank transfer of asset issues. | ST | 3.00 | 1,125.00 |
| 03/06/09 | Review proposed Vantium changes, e-mails and conference with Kostoulas regarding same | DDG | 0.50 | 347.50 |
| 03/06/09 | Comments, researching bank law issues. | ST | 2.00 | 750.00 |
| 03/09/09 | Review Young Conaway analysis of WLR claims, underlying documents (1.1); conference with ST regarding bank liquidation issues, review FDIC material (0.4) | DDG | 1.50 | 1,042.50 |
| 03/09/09 | Discussion w/ DDG; additional research. | ST | 1.00 | 375.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/11/09 | Prepare for conference call, BDO meeting regarding WLR claim (0.4); participate on conference call meeting regarding WLR claim, conference with MSI, ELS, JO regarding conference call (1.0) | DDG | 1.40 | 973.00 |
| 03/11/09 | Review material and participate in conference call with Debtor, YCST, DDG and MTP regarding strategy on Ross claim (.80); meeting with MTP regarding same (.10). | MSI | 0.90 | 670.50 |
| 03/12/09 | Meet with BDO, MSI, JO, MTP regarding WLR claim, miscellaneous confirmation issues (1.8); review revised loan sale agreements, conference with Kostoulas regarding same (0.5) | DDG | 2.30 | 1,598.50 |
| 03/12/09 | Summarize research memo for DDG and Mark. | ST | 0.80 | 300.00 |
| 03/14/09 | Misc. e-mails regarding ABN loan sale issue | DDG | 0.30 | 208.50 |
| 03/15/09 | Conference with Kostoulas, e-mails regarding ABN loan sale issue | DDG | 0.40 | 278.00 |
| 03/16/09 | Miscellaneous e-mails regarding ABN construction loan issues, delinquent taxes | DDG | 0.20 | 139.00 |
| 03/16/09 | Telephone conversation with M. Lunn regarding comment to proposed asset purchase agreement on sale of property. | MSI | 0.20 | 149.00 |
| 03/16/09 | E-mails re bid procedures for Vantium sale and ABN loan sale; discuss same with DDG | MTP | 0.60 | 447.00 |
| 03/17/09 | Review stipulations with ABN, conferences and e-mails with MTP, MSI, Kostoulas regarding same and regarding delinquent taxes | DDG | 1.00 | 695.00 |
| 03/19/09 | Miscellaneous conferences and e-mails with Weissmann, MSI, Storero, Berliner regarding new AH Bank SPA, review and comment regarding same | DDG | 1.40 | 973.00 |
| 03/19/09 | Review FFE sale order (.10); review sale/liquidation comparison regarding Bank and e-mails regarding same (.20). | JXZ | 0.30 | 112.50 |
| 03/24/09 | Review DDG's comments to bank sale (.20); review same (.90); e-mails with Lunn regarding Mount Prospect property (.10). | MSI | 1.20 | 894.00 |
| 03/26/09 | Review revised AH Bank SPA, e-mails with MSI regarding same | DDG | 0.90 | 625.50 |
| 03/26/09 | Review changes to the American Home Bank documents (.80); telephone conversation with J. Wesserman regarding same (.20); e-mail to BDO regarding same (.10). | MSI | 1.10 | 819.50 |
| 03/26/09 | Review proposed changes to Thrift APA & related documents | MTP | 1.50 | 1,117.50 |
| 03/27/09 | Review and edit Bank APA (1.40); review DDG e-mails (.20); telephone conversation with J. Weisman regarding same (.10). | MSI | 1.70 | 1,266.50 |
| 03/30/09 | Review drafts of revised SPA, conferences with MSI, Weissmann re: same | DDG | 0.90 | 625.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/30/09 | Telephone conversation with DDG regarding Bank sale (.10); telephone conversation with J. Weisman regarding same (.10); review and edit additional changes to the asset purchase agreement (.60). | MSI | 0.80 | 596.00 |
| 03/31/09 | Review revisions to schedules, APA | DDG | 0.40 | 278.00 |
| 03/31/09 | Review additional changes to the Bank sale agreement (.60); review emails and telephone conference with DDG re: same (.20). | MSI | 0.80 | 596.00 |

TOTAL HOURS                    31.20

TOTAL SERVICES ........................................................................ $    19,912.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                    $4.20

SEARCH FEES                                                                    $3.12

TOTAL DISBURSEMENTS ............................................................ $    7.32

TOTAL FEES & DISBURSEMENTS............................................ $    19,919.32

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.30 | 375.00 | 112.50 |
| 586 | Tishco | 6.80 | 375.00 | 2,550.00 |
| 426 | Grubman | 14.10 | 695.00 | 9,799.50 |
| 260 | Indelicato | 7.70 | 745.00 | 5,736.50 |
| 364 | Power | 2.30 | 745.00 | 1,713.50 |
| ATTY TOTAL | | 31.20 | | 19,912.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138703

For professional services rendered from March 1, through March 31, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
007         PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/02/09 | review application for compensation filed by Zolfo Cooper for January (.30) update summary fee chart (.20) | JS | 0.50 | 122.50 |
| 03/02/09 | Meeting with ELS and JO regarding fee application (.10). | JXZ | 0.10 | 37.50 |
| 03/03/09 | Review docket and certifications (.10); review fee application; draft summary and e-mail MTP regarding same (.60). | JXZ | 0.70 | 262.50 |
| 03/03/09 | Review summary of professional fees | MTP | 0.30 | 223.50 |
| 03/05/09 | Drafting H&H's September fee application (2.0) reviewing time entries of H&H's professionals during the month of October (1.20) draft H&H's October fee application (.50) | JS | 3.70 | 906.50 |
| 03/09/09 | Review fee applications (.10). | JXZ | 0.10 | 37.50 |
| 03/13/09 | Review fee applications and draft summaries (1.30). | JXZ | 1.30 | 487.50 |
| 03/15/09 | E-mail with MTP regarding fee issue (.10). | JXZ | 0.10 | 37.50 |
| 03/16/09 | E-mails with MSI regarding fee applications (.10); review docket and certifications (.10). | JXZ | 0.20 | 75.00 |
| 03/16/09 | E-mails with JXZ re fee disputes | MTP | 0.20 | 149.00 |
| 03/19/09 | Retrieve/review fee applications, draft summaries and e-mails with MSI regarding same (1.10); review certifications (.10). | JXZ | 1.20 | 450.00 |
| 03/23/09 | Review fee applications, draft summaries and e-mail with MTP regarding same (.70); e-mail with MSI regarding certain fee applications (.10). | JXZ | 0.80 | 300.00 |
| 03/24/09 | Review certification (.10); review docket/fee applications and e-mail MSI regarding same (.50). | JXZ | 0.60 | 225.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/27/09 | E-mails with Beach re fee auditor | MTP | 0.20 | 149.00 |
| 03/30/09 | Review certifications (.10); review proposed fee examiner order (.10). | JXZ | 0.20 | 75.00 |
| 03/30/09 | Work on monthly statements | MTP | 0.70 | 521.50 |

TOTAL HOURS                        10.90

TOTAL SERVICES ........................................................................ $    4,059.50

DISBURSEMENT SUMMARY

DUPLICATING                                                            $23.50

SEARCH FEES                                                           $45.68

TOTAL DISBURSEMENTS ........................................................... $    69.18

TOTAL FEES & DISBURSEMENTS ............................................. $    4,128.68


SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 556 | Smith | 4.20 | 245.00 | 1,029.00 |
| 493 | Zawadzki | 5.30 | 375.00 | 1,987.50 |
| 364 | Power | 1.40 | 745.00 | 1,043.00 |
| ATTY TOTAL | | 10.90 | | 4,059.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138703

For professional services rendered from March 1, through March 31, 2009 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
009        LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/04/09 | Review material in preparation for call with SEC. | MSI | 0.40 | 298.00 |
| 03/04/09 | Commence review of letter from BDO and telephone conference with BDO re same. | RJM | 2.10 | 1,176.00 |
| 03/06/09 | Review and analyzing memo from P. Jackson regarding Ross claim (1.60); review documents regarding same (.50). | MSI | 2.10 | 1,564.50 |
| 03/09/09 | Continue review of issues related to Ross claim and means of estimation. | MSI | 1.30 | 968.50 |
| 03/13/09 | Review/analyze report prepared by BDO re results of document review and review related documents (2.1); telephone conference with BDO to discuss litigation strategy (.50). | RJM | 2.60 | 1,456.00 |
| 03/16/09 | Meeting with ZGN and telephone conversation with D. Koft regarding Waterfield litigation (.40); telephone conversation and e-mails with Beach regarding same (.20). | MSI | 0.60 | 447.00 |
| 03/17/09 | Telephone conversation with Beach, Nystrom and Fernandez regarding Waterfield litigation (.30); telephone conversation with L. Belavocca regarding same (.20); e-mails with ZGN regarding same (.10). | MSI | 0.60 | 447.00 |
| 03/19/09 | Meeting with ZGN regarding issues on Waterfield and discussion with Beach regarding same, fee auction and outstanding issues (.60); telephone conversation with creditors regarding status (.20). | MSI | 0.80 | 596.00 |
| 03/20/09 | Telephone conversation with D. Palmor regarding issues on Waterfield litigation (.10); meeting with ZGN regarding same (.20); review letter from Cadwalader regarding same (.20). | MSI | 0.50 | 372.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/23/09 | Review litigation summaries (.50); retrieve/review subpoenas and e-mails with ELS regarding same (.20). | JXZ | 0.70 | 262.50 |
| 03/26/09 | E-mails with D. Kopf. | ZGN | 0.10 | 64.00 |
| 03/31/09 | Email conversation with BDO/JPM/RJM re: information request from accounting employees. | CJK | 0.10 | 48.50 |

TOTAL HOURS                                         11.90

TOTAL SERVICES ........................................................................ $      7,700.50

DISBURSEMENT SUMMARY

DUPLICATING                                                                              $32.20

MEALS                                                                                    $7.53

SEARCH FEES                                                                              $34.80

TOTAL DISBURSEMENTS ........................................................... $          74.53

TOTAL FEES & DISBURSEMENTS........................................... $       7,775.03

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.70 | 375.00 | 262.50 |
| 931 | Kang | 0.10 | 485.00 | 48.50 |
| 952 | Malatak | 4.70 | 560.00 | 2,632.00 |
| 428 | Newman | 0.10 | 640.00 | 64.00 |
| 260 | Indelicato | 6.30 | 745.00 | 4,693.50 |
| ATTY TOTAL | | 11.90 | | 7,700.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138703

For professional services rendered from March 1, through March 31, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
010         PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/03/09 | Continue to draft action item list for Plan Trustee. | CAJ | 4.10 | 2,152.50 |
| 03/04/09 | Continue drafting action item list. | CAJ | 1.40 | 735.00 |
| 03/05/09 | Finalize action item list for Plan Trustee. | CAJ | 0.80 | 420.00 |
| 03/09/09 | Telephone conversation with S. Weilbotz regarding plan issues (.10); review effective date issues (.60). | MSI | 0.70 | 521.50 |
| 03/12/09 | Meeting with CJ regarding issues to address on confirmation. | MSI | 0.20 | 149.00 |
| 03/13/09 | Review extensive memo on post effective date duties of the liquidating trustee. | MSI | 1.60 | 1,192.00 |
| 03/23/09 | Meeting with S. Sass as proposed plan trustee and BDO to discuss post effective date planning issues and review materials in preparation for same. | MSI | 4.70 | 3,501.50 |
| 03/25/09 | Review potential ombudsman candidates and e-mails with MTP regarding same (.30). | JXZ | 0.30 | 112.50 |
| 03/29/09 | E-mails with JXZ re Ombudsman interviewer | MTP | 0.30 | 223.50 |

TOTAL HOURS                    14.10

TOTAL SERVICES ........................................................................ $      9,007.50

DISBURSEMENT SUMMARY
CARFARE                                                                      $180.54

<u>DISBURSEMENT SUMMARY</u>

DUPLICATING                                                                    $404.10

TOTAL DISBURSEMENTS ...........................................$          584.64

TOTAL FEES & DISBURSEMENTS...........................................$       9,592.14


<u>SUMMARY OF ATTORNEY TIME</u>

| <u>ATTORNEY</u> | | <u>HOURS</u> | <u>BILLED PER HOUR</u> | <u>BILL AMOUNT</u> |
|---|---|---|---|---|
| 493 | Zawadzki | 0.30 | 375.00 | 112.50 |
| 588 | Jarvinen | 6.30 | 525.00 | 3,307.50 |
| 260 | Indelicato | 7.20 | 745.00 | 5,364.00 |
| 364 | Power | 0.30 | 745.00 | 223.50 |
| ATTY TOTAL | | 14.10 | | 9,007.50 |

# HAHN & HESSEN LLP

### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138703

For professional services rendered from March 1, through March 31, 2009 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 011 | EMPLOYEE ISSUES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/05/09 | Calendar maintenance (.10); e-mails regarding discovery schedule (.10); review documents regarding WARN (.40); review memo regarding WARN issues (.20). | JXZ | 0.80 | 300.00 |
| 03/06/09 | Meeting with MSI regarding WARN issues (.20); review documents and conference calls with Plaintiffs regarding reserve/litigation issues and meetings with MSI regarding same (.50); conference call with BDO regarding WARN issues (.10). | JXZ | 0.80 | 300.00 |
| 03/06/09 | Telephone conversation (2x) with S. Miller and group regarding potential estimation reserve (.40); telephone conversation with Beach regarding same (.20); e-mail to BDO regarding same (.20); review documents regarding proposed time line in response to issues raised by the plaintiff's (1.10). | MSI | 1.90 | 1,415.50 |
| 03/07/09 | E-mail with MSI regarding time line (.10). | JXZ | 0.10 | 37.50 |
| 03/09/09 | Review initial disclosures (.10); review board minutes, revised time line, analysis of settlement scenarios and e-mails regarding same (.50); review documents regarding WARN (1.20); review docket/pleadings and draft reserve stipulation (2.30); calls and meetings with MSI regarding WARN issues (.20); review daily rate analysis (.10). | JXZ | 4.40 | 1,650.00 |
| 03/09/09 | Meeting with JXZ regarding time line and potential exposure (.20); review e-mail and daily calculation prepared by BDO and analysis (.40); review issues and develop counter proposal (.50). | MSI | 1.10 | 819.50 |
| 03/10/09 | Review and revise reserve stipulation and meeting, calls and e-mails with MSI, ELS and S. Beach regarding same (.60). | JXZ | 0.60 | 225.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/10/09 | Review and analyze potential areas of recovery (.80); review proposed reserve stipulation (.30); meeting with JXZ regarding comments and strategy regarding same (.20). | MSI | 1.30 | 968.50 |
| 03/11/09 | Review documents regarding WARN (.20). | JXZ | 0.20 | 75.00 |
| 03/12/09 | Review/revise reserve stipulation and e-mails and calls with ELS, S. Beach, MSI and M. Olsen regarding same (.50). | JXZ | 0.50 | 187.50 |
| 03/12/09 | Meeting with BDO regarding changes to numbers and proposed settlement issues. | MSI | 0.40 | 298.00 |
| 03/17/09 | Review/revise reserve stipulation and e-mails regarding same (.30); e-mails with M. Olsen and MSI regarding discovery issues (.10). | JXZ | 0.40 | 150.00 |
| 03/17/09 | Review revisions to stipulation from M. Olsen (.20); e-mails with JXZ regarding same (.10); discussion with Olsen regarding discovery, stipulation and discovery on claim (.20); review same (.20); review e-mails (.10). | MSI | 0.80 | 596.00 |
| 03/19/09 | Review documents regarding WARN issues (1.00). | JXZ | 1.00 | 375.00 |
| 03/19/09 | Review material and e-mails in preparation for the call with the debtor. | MSI | 0.80 | 596.00 |
| 03/20/09 | Conference call with debtors and BDO regarding WARN issues (.70); meeting with MSI regarding litigation and settlement strategy (.20); call with M. Olsen regarding discovery (.10). | JXZ | 1.00 | 375.00 |
| 03/20/09 | Review material for call with Debtor (.30); pre-call with BDO (.30); telephone conversation with YCST regarding various issues on WARN including settlement issues (.60); telephone conversation with M. Olsen and S. Miller regarding same (20); meeting with JXZ regarding same (.10). | MSI | 1.50 | 1,117.50 |
| 03/20/09 | Telephone conversation with S. Sass regarding meeting to go over outstanding issues (.20); review summary of litigation for 3/23 meeting (.40); meeting with JXZ regarding same (.10); review Waterfield litigation summary (.20); review and organize items for meeting with Sass (.40). | MSI | 1.30 | 968.50 |
| 03/23/09 | Review revised scheduling order and e-mails with MSI and debtors regarding same (.20). | JXZ | 0.20 | 75.00 |
| 03/24/09 | E-mails with S. Holt and MSI regarding scheduling order (.10); call with MSI regarding litigation strategy (.10). | JXZ | 0.20 | 75.00 |
| 03/25/09 | E-mail with M. Olsen regarding scheduling order (.10). | JXZ | 0.10 | 37.50 |

TOTAL HOURS                19.40

TOTAL SERVICES .......................................................................... $        10,642.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                                    $5.00

MEALS                                                                                          $10.52

DISBURSEMENT SUMMARY

TOTAL DISBURSEMENTS ............................................................ $         15.52

TOTAL FEES & DISBURSEMENTS............................................ $     10,657.52

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 10.30 | 375.00 | 3,862.50 |
| 260 | Indelicato | 9.10 | 745.00 | 6,779.50 |
| ATTY TOTAL | | 19.40 | | 10,642.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138703

For professional services rendered from March 1, through March 31, 2009 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
012        CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/05/09 | Review rush order and revisions, comment and numerous e-mails with ELS and M. Greecher regarding same (.30); review claims estimations (.10). | JXZ | 0.40 | 150.00 |
| 03/06/09 | Meeting with M. Greecher regarding same (.30); revise committee response and e-mail with D. Carickhoff regarding same (.10). | JXZ | 0.50 | 187.50 |
| 03/09/09 | Review claims objections (1.10); review borrower claims orders (.10); calendar maintenance (.10); e-mail MSI regarding WLR claim (.10). | JXZ | 1.40 | 525.00 |
| 03/10/09 | Review YCST memo re: WLR claim. | ELS | 1.60 | 840.00 |
| 03/10/09 | Review YCST memo on WL Ross admin claim analysis | MTP | 0.50 | 372.50 |
| 03/10/09 | Conference call with Debtors to go over their analysis of WL Ross claim and potential settlement parameter and follow up discussion with MSI & ELS | MTP | 1.30 | 968.50 |
| 03/11/09 | Conference call with MTP, MSI, DG, JO, BDO and debtors' counsel re: Ross administration claim (1.10); meeting with MTP, MSI and JO re: same (.30). | ELS | 1.40 | 735.00 |
| 03/13/09 | Review claims and e-mails with S. Beach, CJK and MSI regarding same (.10). | JXZ | 0.10 | 37.50 |
| 03/16/09 | Review claims register and e-mails with B. Tuttle and M. Greecher regarding same (.40). | JXZ | 0.40 | 150.00 |
| 03/17/09 | Review response to claims objections (.10); review orders on claims (.10). | JXZ | 0.20 | 75.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/19/09 | Review claims order (.10); e-mails with CJK regarding individual claims (.10). | JXZ | 0.20 | 75.00 |
| 03/20/09 | Review documents and e-mails with ELS and CJK regarding claims (.10). | JXZ | 0.10 | 37.50 |
| 03/23/09 | Review responses to claims objections (.20); review trustee rejection claim stipulation (.10). | JXZ | 0.30 | 112.50 |
| 03/24/09 | Review responses to claims objections (.10). | JXZ | 0.10 | 37.50 |
| 03/25/09 | Review responses to claims objections (.10). | JXZ | 0.10 | 37.50 |
| 03/27/09 | Review responses to objections (.10). | JXZ | 0.10 | 37.50 |
| 03/30/09 | Review responses to claims objections (.50); preliminary review of Debtors responses to cure claims (.20); review claims order (.10). | JXZ | 0.80 | 300.00 |

TOTAL HOURS                                             9.50

TOTAL SERVICES ........................................................................ $    4,678.50

DISBURSEMENT SUMMARY

SEARCH FEES                                                                        $0.24

TOTAL DISBURSEMENTS ...................................................... $         0.24

TOTAL FEES & DISBURSEMENTS............................................ $    4,678.74

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 4.70 | 375.00 | 1,762.50 |
| 486 | Schnitzer | 3.00 | 525.00 | 1,575.00 |
| 364 | Power | 1.80 | 745.00 | 1,341.00 |
| ATTY TOTAL | | 9.50 | | 4,678.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138703

For professional services rendered from March 1, through March 31, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
013         INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/02/09 | Document review (Johnson emails). | AP | 3.80 | 1,026.00 |
| 03/03/09 | Document review (Johnson emails). | AP | 1.80 | 486.00 |
| 03/03/09 | E-mail correspondence with M. Michaelis of BDO (.60); telephone conversation with BDO regarding loan products offered by AHM (.50); e-mail correspondence with JPM, RJM and BDO regarding status conference call (.10); reviewed AHM product guidelines for choice loans (3.50). | CJK | 4.70 | 2,279.50 |
| 03/03/09 | Emails with BDO re Deloitte (.20); review of Deloitte issues (1.5); confer with AP re dividend research (.10); review of emails between CJK and BDO (.10). | JPM | 1.90 | 1,396.50 |
| 03/04/09 | Conference call with BDO, CJK and RJM re Deloitte & Touche malpractice claim. | AP | 1.70 | 459.00 |
| 03/04/09 | Document review (Johnson emails). | AP | 5.50 | 1,485.00 |
| 03/04/09 | Conference call with JPM, RJM and BDO regarding status (1.00); e-mail correspondence with Michaelis of BDO regarding call (.10); reviewed the product mix matrices referred to by BDO (.50); reviewed draft of BDO's 3/4 report (.80); reviewed Concordance database/documents regarding AHM's loss reserve policies (2.00); reviewed AHM's public filings regarding loan origination/description/background (1.50). | CJK | 5.90 | 2,861.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/04/09 | Prepare for conference call with BDO re investigation (.70); conference call with BDO re Deloitte and Debtors' finances (1.0); follow-up conference with RJM, AP and CJK (.50); confer with CJK re loan quality issues (.10); review BDO reports (1.0); confer with MSI re Deloitte (.10). | JPM | 3.40 | 2,499.00 |
| 03/05/09 | Researched malpractice SOL issue. | AP | 2.10 | 567.00 |
| 03/05/09 | Document review (Johnson emails). | AP | 3.60 | 972.00 |
| 03/05/09 | Search for and review of AHM product guidelines (2.00); reviewed guidelines (2.00); prepared memo/report of guidelines/description of AHM products (3.00). | CJK | 7.00 | 3,395.00 |
| 03/05/09 | Review of memoranda by BDO and documents referred to therein (1.8). | JPM | 1.80 | 1,323.00 |
| 03/06/09 | Email to JPM re D&T malpractice SOL. | AP | 0.20 | 54.00 |
| 03/06/09 | Document review (Johnson emails). | AP | 0.90 | 243.00 |
| 03/06/09 | Reviewed APP memo regarding statute of limitation on potential claim against D&T (.20); e-mail correspondence with JPM, RJM and APP regarding same (.20); drafted report regarding AHM's product originations (4.00). | CJK | 4.40 | 2,134.00 |
| 03/06/09 | Review of BDO reports, AHM financial statements and public filings re loan delinquency issues (2.5); telephone conference with M. Michaelis (BDO) re KPMG issues (.30); review emails from AP re KPMG statute of limitations issues (.30); and follow-up emails re same (.20). | JPM | 3.30 | 2,425.50 |
| 03/06/09 | Review memo re AHM loan products | MTP | 0.50 | 372.50 |
| 03/09/09 | Researched accrual of accountant malpractice SOL. | AP | 0.60 | 162.00 |
| 03/09/09 | Review of BDO reports re Deloitte, accounting issues (1.0). | JPM | 1.00 | 735.00 |
| 03/09/09 | Telephone conference with Paul Curnan (attorney for Strauss) re settlement discussions of D&O claims (.40); emails with MTP re same (.30); confer with MSI re same (.10). | JPM | 0.80 | 588.00 |
| 03/09/09 | E-mail exchange with JPM & discussion with MSI re D&O settlement terms and net worth disclosure (.5) | MTP | 0.50 | 372.50 |
| 03/10/09 | Email to JPM re accountant malpractice SOL (.10); research re same (1.4); document review (Johnson emails) (1.0). | AP | 2.50 | 675.00 |
| 03/10/09 | E-mail correspondence with BDO, JPM and RJM regarding accounting employees that may have information regarding AHM's loss reserve policy (.10); reviewed BDO's list of employees (.10); e-mail correspondence with BDO, JPM and RJM regarding Friday conference call (.10). | CJK | 0.30 | 145.50 |
| 03/10/09 | Emails with BDO re Deloitte and review of attached materials re accounting personnel (.30); review of confidentiality agreement with Deloitte and draft letter to Deloitte requesting turnover of Deloitte documents to Liquidating Trustee (1.5); review of documents re loan quality (2.2); emails with AP re Deloitte statute of limitations issues (.30). | JPM | 4.30 | 3,160.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/11/09 | Document review (Johnson emails). | AP | 4.70 | 1,269.00 |
| 03/11/09 | Telephone conference with counsel for Strauss re potential settlement (.10). | JPM | 0.10 | 73.50 |
| 03/12/09 | Document review (Johnson emails). | AP | 4.60 | 1,242.00 |
| 03/12/09 | Emails with BDO re Deloitte (.10); prepare for conference call with BDO re Deloitte (.20). | JPM | 0.30 | 220.50 |
| 03/12/09 | Emails with MTP re D&O potential settlement (.20); telephone conference with Paul Curnan (counsel for Strauss) re potential D&O settlement (.30). | JPM | 0.50 | 367.50 |
| 03/12/09 | E-mail exchange with JPM re D&O settlement issues | MTP | 0.30 | 223.50 |
| 03/13/09 | Document review (Johnson emails). | AP | 3.00 | 810.00 |
| 03/13/09 | Telephone conversation with BDO, JPM and RJM regarding D&T (.80); e-mail correspondence with JPM, RJM, MSI, JMC and JXZ regarding any claims against four accounting employees or counsel (.10); reviewed APP's e-mail report regarding review of Bob Johnson's e-mails (.30). | CJK | 1.20 | 582.00 |
| 03/13/09 | Conference call with BDO re accounting issues (.30); follow-up discussion with MSI (.10); review of emails from MSI and CJK (.10). | JPM | 0.50 | 367.50 |
| 03/13/09 | Confer with MTP re settlement discussions with Strauss attorney (.10). | JPM | 0.10 | 73.50 |
| 03/13/09 | Discussion with JPM re what I can recommend to Committee on D&O settlement | MTP | 0.10 | 74.50 |
| 03/13/09 | Call with Doug Kopf and follow-up discussions with MSI and D. Kopt re: continuation of representation. | ZGN | 0.50 | 320.00 |
| 03/16/09 | E-mail correspondence with JXZ regarding proofs of claim filed by four accounting employees (.10); reviewed proofs of claim (.10). | CJK | 0.20 | 97.00 |
| 03/16/09 | Exchanged calls with Strauss counsel re potential settlement (.20). | JPM | 0.20 | 147.00 |
| 03/16/09 | Emails with AP re document review (.20). | JPM | 0.20 | 147.00 |
| 03/16/09 | Various phone calls with MSI and D. Kopf (continuation of representation). | ZGN | 0.30 | 192.00 |
| 03/17/09 | Telephone conference with Paul Curnan, attorney for Strauss re potential settlement (.20). | JPM | 0.20 | 147.00 |
| 03/18/09 | Telephone conference with Paul Curnin re potential settlement of D&O claims (.40); confer with MSI, MTP and RJM re same (.50). | JPM | 0.90 | 661.50 |
| 03/18/09 | Meeting with JPM, RJM, MSI re final recommendation on D&O settlement | MTP | 0.50 | 372.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/19/09 | Conference with ELS regarding issues regarding reaching out to AHM accounting employees (.30); e-mail correspondence with JPM regarding same (.20); e-mail correspondence with BDO regarding four accounting employees and whether they have counsel (.10). | CJK | 0.60 | 291.00 |
| 03/20/09 | Telephone conference with ELS re interview of AHM controller personnel (.20); emails with ELS re same (.20); emails with ELS and JXZ re Deloitte issues (.20). | JPM | 0.60 | 441.00 |
| 03/20/09 | Emails and conference with MTP re Trust's settlement offer to D&Os (.30); telephone conference with Strauss attorney re settlement offers of D&O claims (.40). | JPM | 0.70 | 514.50 |
| 03/20/09 | Discuss D&O settlement with JPM (.3) | MTP | 0.30 | 223.50 |
| 03/30/09 | Telephone conference with Paul Curnin (Strauss) re mediation of estate's claims against officers and Directors and settlement position (.30); emails with MTP re mediation (.20). | JPM | 0.50 | 367.50 |
| 03/30/09 | E-mails with JPM re D&O settlement negotiations | MTP | 0.20 | 149.00 |

TOTAL HOURS 83.80

TOTAL SERVICES ......................................................................... $ 39,191.00

### DISBURSEMENT SUMMARY

| | |
|---|---|
| DUPLICATING | $74.00 |
| LEXIS | $33.84 |
| SEARCH FEES | $26.80 |

TOTAL DISBURSEMENTS ............................................................. $ 134.64

TOTAL FEES & DISBURSEMENTS............................................. $ 39,325.64

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 543 | Power | 35.00 | 270.00 | 9,450.00 |
| 931 | Kang | 24.30 | 485.00 | 11,785.50 |
| 428 | Newman | 0.80 | 640.00 | 512.00 |
| 226 | McCahey | 21.30 | 735.00 | 15,655.50 |
| 364 | Power | 2.40 | 745.00 | 1,788.00 |

ATTY TOTAL                    83.80                    39,191.00

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138703

For professional services rendered from March 1, through March 31, 2009 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
014           TRIAD WORKOUT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/05/09 | Attention to receipt/review of correspondence from Womble Carlyle re responding to February 11 e-mail inquiry (.10); legal research re elements of whether "party breached insurance agreement on massive scale" (2.20); begin drafting list of action items (.30). | CAJ | 2.60 | 1,365.00 |
| 03/05/09 | Review CAJ draft action list | MTP | 0.20 | 149.00 |
| 03/06/09 | Additional legal research re failure of purpose. | CAJ | 0.30 | 157.50 |
| 03/16/09 | Attention to financial research on Triad and draft action item list. | CAJ | 2.90 | 1,522.50 |
| 03/17/09 | Pull, review and analyze 2008 10-K (filed today) (.80); communications to/from MTP re same (.10); meeting with MTP to discuss strategy (.30); research re Illinois Department of Insurance documents (.40). | CAJ | 1.60 | 840.00 |
| 03/17/09 | Strategy meeting with CAJ re Triad | MTP | 0.40 | 298.00 |
| 03/25/09 | Communications from/to MTP, re: Friday conference call. | CAJ | 0.10 | 52.50 |
| 03/26/09 | Communications from/to MTP, re: Monday conference call. | CAJ | 0.10 | 52.50 |
| 03/30/09 | Prepare for conference call (.20); Attend conference call with MTP and counsel for Triad (.30); Mark-up list for contact sheet and speak with J. Smith to create contact sheet (.10); Begin drafting executive summary (.30). | CAJ | 0.90 | 472.50 |
| 03/31/09 | Continue drafting executive summary. | CAJ | 0.40 | 210.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
|      | TOTAL HOURS |   | 9.50 |       |
|      | TOTAL SERVICES ........................................................................ $ |   |   | 5,119.50 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|----------|-------|-----------------|-------------|
| 588 | Jarvinen | 8.90 | 525.00 | 4,672.50 |
| 364 | Power | 0.60 | 745.00 | 447.00 |
| ATTY TOTAL | | 9.50 | | 5,119.50 |