**EXHIBIT C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|-----------:|-----------|
| 3/10/2009 | Zawadzki, Jeffrey | CAR | $53.04 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 579268; DATE: 3/15/2009 |
| 3/11/2009 | Indelicato, Mark S | CAR | $180.54 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 110584; DATE: 3/17/2009 |
| 3/12/2009 | Zawadzki, Jeffrey | CAR | $53.04 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 580811; DATE: 3/31/2009 |
| 3/15/2009 | Zawadzki, Jeffrey | CAR | $53.04 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 579268; DATE: 3/15/2009 |
| 3/23/2009 | Zawadzki, Jeffrey | CAR | $65.28 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 580811; DATE: 3/31/2009 |
| | | | $404.94 | |
| 3/30/2009 | Indelicato, Mark S | CORR | $99.00 | VENDOR: JAMS, INC.; INVOICE#: 0001713200-400; DATE: 3/30/2009 |
| 3/5/2009 | | DUPL | $1.80 | |
| 3/5/2009 | | DUPL | $2.70 | |
| 3/5/2009 | | DUPL | $0.30 | |
| 3/5/2009 | | DUPL | $0.10 | |
| 3/5/2009 | | DUPL | $0.70 | |
| 3/5/2009 | | DUPL | $3.10 | |
| 3/5/2009 | | DUPL | $0.80 | |
| 3/5/2009 | | DUPL | $1.60 | |
| 3/5/2009 | | DUPL | $7.20 | |
| 3/5/2009 | | DUPL | $7.80 | |
| 3/5/2009 | | DUPL | $13.40 | |
| 3/5/2009 | | DUPL | $1.60 | |
| 3/5/2009 | | DUPL | $4.80 | |
| 3/5/2009 | | DUPL | $0.60 | |
| 3/5/2009 | | DUPL | $0.60 | |
| 3/5/2009 | | DUPL | $1.40 | |
| 3/5/2009 | | DUPL | $0.80 | |
| 3/5/2009 | | DUPL | $0.60 | |
| 3/5/2009 | | DUPL | $0.20 | |
| 3/5/2009 | | DUPL | $0.10 | |
| 3/5/2009 | | DUPL | $0.90 | |
| 3/5/2009 | | DUPL | $0.80 | |
| 3/5/2009 | | DUPL | $1.00 | |
| 3/5/2009 | | DUPL | $0.20 | |
| 3/5/2009 | | DUPL | $0.80 | |
| 3/5/2009 | Grubman, Don. D. | DUPL | $4.20 | |
| 3/5/2009 | | DUPL | $1.70 | |
| 3/5/2009 | | DUPL | $6.00 | |
| 3/5/2009 | | DUPL | $1.50 | |
| 3/5/2009 | | DUPL | $4.20 | |
| 3/5/2009 | | DUPL | $0.70 | |
| 3/5/2009 | | DUPL | $0.60 | |
| 3/5/2009 | | DUPL | $0.80 | |
| 3/5/2009 | | DUPL | $1.00 | |
| 3/5/2009 | | DUPL | $1.30 | |
| 3/5/2009 | | DUPL | $0.70 | |

| | | |
|---|---|---|
| 3/5/2009 | DUPL | $1.20 |
| 3/5/2009 | DUPL | $1.30 |
| 3/5/2009 | DUPL | $1.00 |
| 3/5/2009 | DUPL | $0.30 |
| 3/5/2009 | DUPL | $0.60 |
| 3/5/2009 | DUPL | $4.00 |
| 3/5/2009 | DUPL | $0.70 |
| 3/5/2009 | DUPL | $0.80 |
| 3/5/2009 | DUPL | $0.70 |
| 3/5/2009 | DUPL | $0.30 |
| 3/5/2009 | DUPL | $0.30 |
| 3/5/2009 | DUPL | $0.20 |
| 3/5/2009 | DUPL | $0.60 |
| 3/5/2009 | DUPL | $2.80 |
| 3/5/2009 | DUPL | $0.10 |
| 3/5/2009 | DUPL | $0.10 |
| 3/5/2009 | DUPL | $0.10 |
| 3/5/2009 | DUPL | $0.20 |
| 3/5/2009 | DUPL | $0.30 |
| 3/5/2009 | DUPL | $0.20 |
| 3/5/2009 | DUPL | $0.20 |
| 3/5/2009 | DUPL | $0.10 |
| 3/5/2009 | DUPL | $0.10 |
| 3/5/2009 | DUPL | $14.20 |
| 3/5/2009 | DUPL | $2.20 |
| 3/5/2009 | DUPL | $0.20 |
| 3/5/2009 | DUPL | $0.40 |
| 3/5/2009 | DUPL | $0.30 |
| 3/6/2009 | DUPL | $0.30 |
| 3/6/2009 | DUPL | $1.50 |
| 3/6/2009 | DUPL | $3.00 |
| 3/6/2009 | DUPL | $1.60 |
| 3/6/2009 | DUPL | $1.30 |
| 3/6/2009 | DUPL | $6.20 |
| 3/6/2009 | DUPL | $1.30 |
| 3/6/2009 | DUPL | $1.40 |
| 3/6/2009 | DUPL | $4.60 |
| 3/6/2009 | DUPL | $4.40 |
| 3/6/2009 | DUPL | $1.90 |
| 3/6/2009 | DUPL | $0.10 |
| 3/6/2009 | DUPL | $0.10 |
| 3/6/2009 | DUPL | $4.50 |
| 3/6/2009 | DUPL | $0.10 |
| 3/6/2009 | DUPL | $0.20 |
| 3/6/2009 | DUPL | $1.20 |
| 3/6/2009 | DUPL | $0.10 |
| 3/6/2009 | DUPL | $0.10 |
| 3/6/2009 | DUPL | $0.90 |
| 3/6/2009 | DUPL | $0.10 |
| 3/6/2009 | DUPL | $0.60 |
| 3/6/2009 | DUPL | $0.10 |
| 3/6/2009 | DUPL | $0.20 |

| | | |
|---|---|---|
| 3/6/2009 | DUPL | $0.80 |
| 3/6/2009 | DUPL | $0.20 |
| 3/6/2009 | DUPL | $0.10 |
| 3/6/2009 | DUPL | $0.30 |
| 3/6/2009 | DUPL | $0.10 |
| 3/6/2009 | DUPL | $0.80 |
| 3/6/2009 | DUPL | $0.20 |
| 3/6/2009 | DUPL | $0.20 |
| 3/6/2009 | DUPL | $0.70 |
| 3/6/2009 | DUPL | $0.10 |
| 3/6/2009 | DUPL | $0.20 |
| 3/6/2009 | DUPL | $0.20 |
| 3/6/2009 | DUPL | $0.10 |
| 3/6/2009 | DUPL | $0.40 |
| 3/6/2009 | DUPL | $0.20 |
| 3/6/2009 | DUPL | $0.10 |
| 3/6/2009 | DUPL | $0.20 |
| 3/6/2009 | DUPL | $2.30 |
| 3/6/2009 | DUPL | $0.40 |
| 3/9/2009 | DUPL | $1.90 |
| 3/9/2009 | DUPL | $0.90 |
| 3/9/2009 | DUPL | $0.70 |
| 3/9/2009 | DUPL | $1.90 |
| 3/9/2009 | DUPL | $0.70 |
| 3/9/2009 | DUPL | $0.90 |
| 3/9/2009 | DUPL | $0.20 |
| 3/9/2009 | DUPL | $0.50 |
| 3/9/2009 | DUPL | $0.20 |
| 3/9/2009 | DUPL | $1.20 |
| 3/9/2009 | DUPL | $0.40 |
| 3/9/2009 | DUPL | $3.40 |
| 3/9/2009 | DUPL | $0.80 |
| 3/9/2009 | DUPL | $1.50 |
| 3/9/2009 | DUPL | $1.60 |
| 3/9/2009 | DUPL | $1.60 |
| 3/9/2009 | DUPL | $1.60 |
| 3/9/2009 | DUPL | $0.60 |
| 3/9/2009 | DUPL | $0.50 |
| 3/9/2009 | DUPL | $2.60 |
| 3/9/2009 | DUPL | $2.60 |
| 3/9/2009 | DUPL | $2.60 |
| 3/9/2009 | DUPL | $0.20 |
| 3/9/2009 | DUPL | $0.30 |
| 3/9/2009 | DUPL | $0.30 |
| 3/9/2009 | DUPL | $0.30 |
| 3/9/2009 | DUPL | $0.30 |
| 3/9/2009 | DUPL | $1.30 |
| 3/9/2009 | DUPL | $0.30 |
| 3/9/2009 | DUPL | $1.30 |
| 3/9/2009 | DUPL | $0.30 |
| 3/9/2009 | DUPL | $2.40 |
| 3/9/2009 | DUPL | $0.30 |

| Date | Type | Amount |
|---|---|---|
| 3/9/2009 | DUPL | $0.30 |
| 3/9/2009 | DUPL | $0.80 |
| 3/9/2009 | DUPL | $0.30 |
| 3/9/2009 | DUPL | $0.60 |
| 3/9/2009 | DUPL | $1.40 |
| 3/9/2009 | DUPL | $0.30 |
| 3/9/2009 | DUPL | $0.40 |
| 3/9/2009 | DUPL | $0.30 |
| 3/9/2009 | DUPL | $0.30 |
| 3/9/2009 | DUPL | $0.30 |
| 3/9/2009 | DUPL | $0.10 |
| 3/9/2009 | DUPL | $0.80 |
| 3/9/2009 | DUPL | $0.90 |
| 3/9/2009 | DUPL | $1.30 |
| 3/9/2009 | DUPL | $0.40 |
| 3/9/2009 | DUPL | $0.20 |
| 3/9/2009 | DUPL | $0.40 |
| 3/9/2009 | DUPL | $0.20 |
| 3/9/2009 | DUPL | $1.40 |
| 3/9/2009 | DUPL | $0.70 |
| 3/9/2009 | DUPL | $0.40 |
| 3/9/2009 | DUPL | $0.60 |
| 3/10/2009 | DUPL | $1.60 |
| 3/10/2009 | DUPL | $0.20 |
| 3/10/2009 | DUPL | $0.50 |
| 3/10/2009 | DUPL | $2.50 |
| 3/10/2009 | DUPL | $1.50 |
| 3/10/2009 | DUPL | $1.60 |
| 3/10/2009 | DUPL | $1.10 |
| 3/10/2009 | DUPL | $0.10 |
| 3/10/2009 | DUPL | $0.80 |
| 3/10/2009 | DUPL | $0.60 |
| 3/10/2009 | DUPL | $0.20 |
| 3/10/2009 | DUPL | $1.10 |
| 3/10/2009 | DUPL | $0.20 |
| 3/10/2009 | DUPL | $0.20 |
| 3/11/2009 | DUPL | $3.40 |
| 3/11/2009 | DUPL | $4.20 |
| 3/11/2009 | DUPL | $0.80 |
| 3/11/2009 | DUPL | $0.60 |
| 3/11/2009 | DUPL | $1.70 |
| 3/11/2009 | DUPL | $1.60 |
| 3/11/2009 | DUPL | $1.60 |
| 3/11/2009 | DUPL | $0.20 |
| 3/11/2009 | DUPL | $1.20 |
| 3/11/2009 | DUPL | $1.20 |
| 3/11/2009 | DUPL | $2.20 |
| 3/11/2009 | DUPL | $2.80 |
| 3/11/2009 | DUPL | $2.40 |
| 3/11/2009 | DUPL | $0.20 |
| 3/11/2009 | DUPL | $0.20 |
| 3/11/2009 | DUPL | $1.50 |

| | | |
|---|---|---|
| 3/11/2009 | DUPL | $1.50 |
| 3/11/2009 | DUPL | $0.10 |
| 3/11/2009 | DUPL | $0.10 |
| 3/11/2009 | DUPL | $0.10 |
| 3/11/2009 | DUPL | $0.30 |
| 3/11/2009 | DUPL | $1.50 |
| 3/11/2009 | DUPL | $1.70 |
| 3/11/2009 | DUPL | $1.30 |
| 3/11/2009 | DUPL | $0.10 |
| 3/11/2009 | DUPL | $0.50 |
| 3/12/2009 | DUPL | $0.70 |
| 3/12/2009 | DUPL | $0.40 |
| 3/12/2009 | DUPL | $1.90 |
| 3/12/2009 | DUPL | $2.60 |
| 3/12/2009 | DUPL | $1.40 |
| 3/12/2009 | DUPL | $1.80 |
| 3/12/2009 | DUPL | $0.10 |
| 3/12/2009 | DUPL | $0.10 |
| 3/12/2009 | DUPL | $0.10 |
| 3/12/2009 | DUPL | $0.10 |
| 3/12/2009 | DUPL | $0.10 |
| 3/12/2009 | DUPL | $0.10 |
| 3/12/2009 | DUPL | $0.10 |
| 3/12/2009 | DUPL | $0.10 |
| 3/12/2009 | DUPL | $0.10 |
| 3/12/2009 | DUPL | $0.10 |
| 3/12/2009 | DUPL | $1.00 |
| 3/12/2009 | DUPL | $1.00 |
| 3/12/2009 | DUPL | $1.00 |
| 3/12/2009 | DUPL | $6.20 |
| 3/12/2009 | DUPL | $0.40 |
| 3/12/2009 | DUPL | $0.40 |
| 3/12/2009 | DUPL | $0.20 |
| 3/12/2009 | DUPL | $0.60 |
| 3/12/2009 | DUPL | $0.80 |
| 3/12/2009 | DUPL | $0.20 |
| 3/12/2009 | DUPL | $0.30 |
| 3/12/2009 | DUPL | $1.10 |
| 3/12/2009 | DUPL | $10.00 |
| 3/12/2009 | DUPL | $1.80 |
| 3/12/2009 | DUPL | $0.20 |
| 3/12/2009 | DUPL | $0.10 |
| 3/12/2009 | DUPL | $0.10 |
| 3/13/2009 | DUPL | $0.10 |
| 3/13/2009 | DUPL | $0.10 |
| 3/13/2009 | DUPL | $0.10 |
| 3/13/2009 | DUPL | $1.30 |
| 3/13/2009 | DUPL | $1.30 |
| 3/13/2009 | DUPL | $0.10 |
| 3/13/2009 | DUPL | $0.20 |
| 3/13/2009 Power, Annie | DUPL | $27.90 |
| 3/13/2009 | DUPL | $0.10 |

| Date | | Type | Amount |
|---|---|---|---|
| 3/13/2009 | | DUPL | $0.70 |
| 3/13/2009 | | DUPL | $0.10 |
| 3/13/2009 | | DUPL | $0.20 |
| 3/13/2009 | | DUPL | $0.30 |
| 3/16/2009 | | DUPL | $1.00 |
| 3/16/2009 | | DUPL | $0.50 |
| 3/16/2009 | | DUPL | $1.50 |
| 3/16/2009 | | DUPL | $0.20 |
| 3/16/2009 | | DUPL | $2.80 |
| 3/16/2009 | | DUPL | $0.40 |
| 3/16/2009 | | DUPL | $1.50 |
| 3/16/2009 | | DUPL | $1.20 |
| 3/16/2009 | | DUPL | $5.00 |
| 3/16/2009 | | DUPL | $0.30 |
| 3/16/2009 | | DUPL | $0.20 |
| 3/16/2009 | | DUPL | $0.20 |
| 3/16/2009 | | DUPL | $0.60 |
| 3/16/2009 | | DUPL | $0.30 |
| 3/16/2009 | | DUPL | $0.30 |
| 3/16/2009 | | DUPL | $2.00 |
| 3/16/2009 | | DUPL | $0.20 |
| 3/16/2009 | | DUPL | $0.30 |
| 3/16/2009 | | DUPL | $0.30 |
| 3/16/2009 | Power, Annie | DUPL | $2.40 |
| 3/16/2009 | | DUPL | $0.20 |
| 3/16/2009 | | DUPL | $0.70 |
| 3/16/2009 | | DUPL | $0.10 |
| 3/16/2009 | | DUPL | $0.30 |
| 3/17/2009 | | DUPL | $1.00 |
| 3/17/2009 | | DUPL | $0.60 |
| 3/17/2009 | | DUPL | $0.20 |
| 3/17/2009 | | DUPL | $0.40 |
| 3/17/2009 | | DUPL | $0.40 |
| 3/17/2009 | | DUPL | $0.30 |
| 3/17/2009 | | DUPL | $1.30 |
| 3/17/2009 | | DUPL | $13.00 |
| 3/17/2009 | | DUPL | $3.10 |
| 3/17/2009 | | DUPL | $0.30 |
| 3/17/2009 | | DUPL | $5.00 |
| 3/17/2009 | | DUPL | $0.90 |
| 3/17/2009 | | DUPL | $0.10 |
| 3/17/2009 | | DUPL | $0.80 |
| 3/17/2009 | | DUPL | $0.10 |
| 3/17/2009 | | DUPL | $1.80 |
| 3/17/2009 | | DUPL | $0.60 |
| 3/17/2009 | | DUPL | $0.60 |
| 3/17/2009 | | DUPL | $0.10 |
| 3/18/2009 | | DUPL | $1.00 |
| 3/18/2009 | | DUPL | $0.20 |
| 3/18/2009 | | DUPL | $0.10 |
| 3/18/2009 | | DUPL | $0.50 |
| 3/18/2009 | | DUPL | $4.20 |

| | | |
|---|---|---|
| 3/18/2009 | DUPL | $0.10 |
| 3/18/2009 | DUPL | $4.20 |
| 3/18/2009 | DUPL | $4.20 |
| 3/18/2009 | DUPL | $0.30 |
| 3/18/2009 | DUPL | $3.40 |
| 3/18/2009 | DUPL | $1.60 |
| 3/19/2009 | DUPL | $0.40 |
| 3/19/2009 | DUPL | $1.00 |
| 3/19/2009 | DUPL | $0.20 |
| 3/19/2009 | DUPL | $1.50 |
| 3/19/2009 | DUPL | $0.70 |
| 3/19/2009 | DUPL | $0.30 |
| 3/19/2009 | DUPL | $0.20 |
| 3/19/2009 | DUPL | $0.80 |
| 3/19/2009 | DUPL | $0.50 |
| 3/19/2009 | DUPL | $1.90 |
| 3/19/2009 | DUPL | $0.50 |
| 3/19/2009 | DUPL | $0.30 |
| 3/19/2009 | DUPL | $1.60 |
| 3/19/2009 | DUPL | $3.60 |
| 3/19/2009 | DUPL | $0.10 |
| 3/19/2009 | DUPL | $0.20 |
| 3/19/2009 | DUPL | $0.20 |
| 3/19/2009 | DUPL | $0.20 |
| 3/19/2009 | DUPL | $0.20 |
| 3/19/2009 | DUPL | $0.20 |
| 3/19/2009 | DUPL | $0.20 |
| 3/19/2009 | DUPL | $0.70 |
| 3/19/2009 | DUPL | $5.20 |
| 3/19/2009 | DUPL | $0.20 |
| 3/19/2009 | DUPL | $0.40 |
| 3/19/2009 | DUPL | $0.20 |
| 3/19/2009 | DUPL | $0.10 |
| 3/19/2009 | DUPL | $2.20 |
| 3/19/2009 | DUPL | $0.30 |
| 3/19/2009 | DUPL | $6.10 |
| 3/19/2009 | DUPL | $6.90 |
| 3/19/2009 | DUPL | $0.30 |
| 3/19/2009 | DUPL | $0.70 |
| 3/19/2009 | DUPL | $0.70 |
| 3/19/2009 | DUPL | $0.70 |
| 3/19/2009 | DUPL | $0.70 |
| 3/19/2009 | DUPL | $1.10 |
| 3/19/2009 | DUPL | $1.20 |
| 3/19/2009 | DUPL | $1.80 |
| 3/19/2009 | DUPL | $1.80 |
| 3/19/2009 | DUPL | $0.10 |
| 3/19/2009 | DUPL | $1.80 |
| 3/19/2009 | DUPL | $4.60 |
| 3/19/2009 | DUPL | $0.60 |
| 3/19/2009 | DUPL | $2.50 |
| 3/19/2009 | DUPL | $5.90 |

| | | |
|---|---|---|
| 3/19/2009 | DUPL | $4.10 |
| 3/19/2009 | DUPL | $0.40 |
| 3/19/2009 | DUPL | $2.70 |
| 3/19/2009 | DUPL | $0.80 |
| 3/19/2009 | DUPL | $0.80 |
| 3/19/2009 | DUPL | $1.20 |
| 3/19/2009 | DUPL | $2.00 |
| 3/19/2009 | DUPL | $5.60 |
| 3/19/2009 | DUPL | $1.80 |
| 3/19/2009 | DUPL | $1.80 |
| 3/19/2009 | DUPL | $0.20 |
| 3/19/2009 | DUPL | $0.20 |
| 3/19/2009 | DUPL | $0.10 |
| 3/19/2009 | DUPL | $0.30 |
| 3/19/2009 | DUPL | $0.20 |
| 3/19/2009 | DUPL | $4.50 |
| 3/19/2009 | DUPL | $4.50 |
| 3/19/2009 | DUPL | $0.50 |
| 3/19/2009 | DUPL | $4.90 |
| 3/19/2009 | DUPL | $1.10 |
| 3/19/2009 | DUPL | $1.60 |
| 3/19/2009 | DUPL | $0.10 |
| 3/20/2009 | DUPL | $0.50 |
| 3/20/2009 | DUPL | $0.50 |
| 3/20/2009 | DUPL | $0.10 |
| 3/20/2009 | DUPL | $0.30 |
| 3/20/2009 | DUPL | $0.10 |
| 3/20/2009 | DUPL | $0.10 |
| 3/20/2009 | DUPL | $0.10 |
| 3/20/2009 | DUPL | $0.10 |
| 3/20/2009 | DUPL | $0.10 |
| 3/20/2009 | DUPL | $0.10 |
| 3/20/2009 | DUPL | $0.40 |
| 3/20/2009 | DUPL | $0.40 |
| 3/20/2009 | DUPL | $1.40 |
| 3/20/2009 | DUPL | $0.30 |
| 3/20/2009 | DUPL | $0.10 |
| 3/20/2009 | DUPL | $0.30 |
| 3/20/2009 | DUPL | $0.90 |
| 3/20/2009 | DUPL | $0.80 |
| 3/20/2009 | DUPL | $0.60 |
| 3/20/2009 | DUPL | $0.10 |
| 3/20/2009 | DUPL | $0.80 |
| 3/20/2009 | DUPL | $0.30 |
| 3/20/2009 | DUPL | $0.80 |
| 3/20/2009 | DUPL | $0.60 |
| 3/20/2009 | DUPL | $0.80 |
| 3/20/2009 | DUPL | $0.80 |
| 3/20/2009 | DUPL | $0.30 |
| 3/20/2009 | DUPL | $1.00 |
| 3/20/2009 | DUPL | $0.90 |
| 3/20/2009 | DUPL | $1.00 |

| | | |
|---|---|---|
| 3/20/2009 | DUPL | $1.00 |
| 3/20/2009 | DUPL | $0.10 |
| 3/20/2009 | DUPL | $0.90 |
| 3/20/2009 | DUPL | $0.10 |
| 3/20/2009 | DUPL | $1.10 |
| 3/20/2009 | DUPL | $0.90 |
| 3/20/2009 | DUPL | $1.20 |
| 3/23/2009 | DUPL | $0.50 |
| 3/23/2009 | DUPL | $3.10 |
| 3/23/2009 | DUPL | $6.00 |
| 3/23/2009 | DUPL | $5.00 |
| 3/23/2009 | DUPL | $0.10 |
| 3/23/2009 | DUPL | $0.50 |
| 3/23/2009 | DUPL | $0.10 |
| 3/23/2009 | DUPL | $0.20 |
| 3/23/2009 | DUPL | $0.10 |
| 3/23/2009 | DUPL | $0.20 |
| 3/23/2009 | DUPL | $0.20 |
| 3/23/2009 | DUPL | $0.30 |
| 3/23/2009 | DUPL | $0.10 |
| 3/23/2009 | DUPL | $0.10 |
| 3/23/2009 | DUPL | $0.10 |
| 3/23/2009 | DUPL | $0.30 |
| 3/23/2009 | DUPL | $0.30 |
| 3/23/2009 | DUPL | $0.20 |
| 3/23/2009 | DUPL | $0.30 |
| 3/23/2009 | DUPL | $0.60 |
| 3/23/2009 | DUPL | $4.10 |
| 3/23/2009 | DUPL | $0.30 |
| 3/23/2009 | DUPL | $0.20 |
| 3/23/2009 | DUPL | $0.40 |
| 3/23/2009 | DUPL | $1.40 |
| 3/23/2009 | DUPL | $1.20 |
| 3/23/2009 | DUPL | $1.50 |
| 3/23/2009 | DUPL | $0.90 |
| 3/23/2009 | DUPL | $0.90 |
| 3/23/2009 | DUPL | $0.10 |
| 3/23/2009 | DUPL | $0.10 |
| 3/23/2009 | DUPL | $0.10 |
| 3/23/2009 | DUPL | $0.60 |
| 3/23/2009 | DUPL | $0.30 |
| 3/23/2009 | DUPL | $1.60 |
| 3/23/2009 | DUPL | $2.00 |
| 3/23/2009 | DUPL | $0.10 |
| 3/23/2009 | DUPL | $2.00 |
| 3/23/2009 | DUPL | $0.20 |
| 3/23/2009 | DUPL | $0.10 |
| 3/23/2009 | DUPL | $0.10 |
| 3/23/2009 | DUPL | $0.10 |
| 3/23/2009 | DUPL | $0.20 |
| 3/23/2009 | DUPL | $0.90 |
| 3/23/2009 | DUPL | $0.10 |

| | | |
|---|---|---|
| 3/23/2009 | DUPL | $2.50 |
| 3/23/2009 | DUPL | $0.50 |
| 3/24/2009 | DUPL | $0.10 |
| 3/24/2009 | DUPL | $0.10 |
| 3/24/2009 | DUPL | $0.20 |
| 3/24/2009 | DUPL | $0.10 |
| 3/24/2009 | DUPL | $0.50 |
| 3/24/2009 | DUPL | $0.40 |
| 3/24/2009 | DUPL | $0.90 |
| 3/24/2009 | DUPL | $1.10 |
| 3/24/2009 | DUPL | $2.20 |
| 3/24/2009 | DUPL | $0.10 |
| 3/24/2009 | DUPL | $1.30 |
| 3/24/2009 | DUPL | $0.10 |
| 3/24/2009 | DUPL | $2.30 |
| 3/24/2009 | DUPL | $0.10 |
| 3/24/2009 | DUPL | $2.20 |
| 3/24/2009 | DUPL | $0.20 |
| 3/24/2009 | DUPL | $1.40 |
| 3/24/2009 | DUPL | $0.20 |
| 3/24/2009 | DUPL | $0.50 |
| 3/24/2009 | DUPL | $4.30 |
| 3/24/2009 | DUPL | $1.40 |
| 3/24/2009 | DUPL | $1.40 |
| 3/24/2009 | DUPL | $0.10 |
| 3/24/2009 | DUPL | $0.10 |
| 3/24/2009 | DUPL | $3.40 |
| 3/25/2009 | DUPL | $0.50 |
| 3/25/2009 | DUPL | $1.50 |
| 3/25/2009 | DUPL | $0.20 |
| 3/25/2009 | DUPL | $0.20 |
| 3/25/2009 | DUPL | $0.60 |
| 3/25/2009 | DUPL | $0.50 |
| 3/25/2009 | DUPL | $0.60 |
| 3/25/2009 | DUPL | $0.40 |
| 3/25/2009 | DUPL | $0.40 |
| 3/25/2009 | DUPL | $0.40 |
| 3/25/2009 | DUPL | $0.10 |
| 3/25/2009 | DUPL | $0.40 |
| 3/25/2009 | DUPL | $0.70 |
| 3/25/2009 | DUPL | $0.20 |
| 3/26/2009 | DUPL | $0.60 |
| 3/26/2009 | DUPL | $0.10 |
| 3/26/2009 | DUPL | $0.50 |
| 3/26/2009 | DUPL | $0.20 |
| 3/26/2009 | DUPL | $1.10 |
| 3/26/2009 | DUPL | $1.40 |
| 3/26/2009 | DUPL | $0.50 |
| 3/26/2009 | DUPL | $1.80 |
| 3/26/2009 | DUPL | $0.40 |
| 3/26/2009 | DUPL | $8.20 |
| 3/26/2009 | DUPL | $0.70 |

| | | |
|---|---|---|
| 3/26/2009 | DUPL | $3.00 |
| 3/26/2009 | DUPL | $0.20 |
| 3/26/2009 | DUPL | $0.10 |
| 3/26/2009 | DUPL | $0.20 |
| 3/26/2009 | DUPL | $0.20 |
| 3/26/2009 | DUPL | $0.60 |
| 3/26/2009 | DUPL | $0.10 |
| 3/26/2009 | DUPL | $0.50 |
| 3/26/2009 | DUPL | $0.20 |
| 3/26/2009 | DUPL | $1.10 |
| 3/26/2009 | DUPL | $1.40 |
| 3/26/2009 | DUPL | $0.50 |
| 3/26/2009 | DUPL | $1.80 |
| 3/26/2009 | DUPL | $0.40 |
| 3/26/2009 | DUPL | $8.20 |
| 3/26/2009 | DUPL | $0.70 |
| 3/26/2009 | DUPL | $3.00 |
| 3/26/2009 | DUPL | $0.20 |
| 3/26/2009 | DUPL | $0.10 |
| 3/26/2009 | DUPL | $0.20 |
| 3/26/2009 | DUPL | $0.20 |
| 3/26/2009 | DUPL | $1.80 |
| 3/26/2009 | DUPL | $1.80 |
| 3/27/2009 | DUPL | $1.30 |
| 3/27/2009 | DUPL | $0.90 |
| 3/27/2009 | DUPL | $0.10 |
| 3/27/2009 | DUPL | $0.30 |
| 3/27/2009 | DUPL | $0.40 |
| 3/27/2009 | DUPL | $0.10 |
| 3/27/2009 | DUPL | $2.00 |
| 3/27/2009 | DUPL | $0.30 |
| 3/27/2009 | DUPL | $2.10 |
| 3/27/2009 | DUPL | $0.10 |
| 3/27/2009 | DUPL | $0.10 |
| 3/27/2009 | DUPL | $0.10 |
| 3/27/2009 | DUPL | $0.30 |
| 3/27/2009 | DUPL | $0.10 |
| 3/27/2009 | DUPL | $0.30 |
| 3/27/2009 | DUPL | $0.10 |
| 3/27/2009 | DUPL | $0.20 |
| 3/30/2009 | DUPL | $0.40 |
| 3/30/2009 | DUPL | $0.30 |
| 3/30/2009 | DUPL | $2.40 |
| 3/30/2009 | DUPL | $2.40 |
| 3/30/2009 | DUPL | $0.10 |
| 3/30/2009 | DUPL | $0.10 |
| 3/30/2009 | DUPL | $0.10 |
| 3/30/2009 | DUPL | $0.30 |
| 3/30/2009 | DUPL | $2.40 |
| 3/30/2009 | DUPL | $0.10 |
| 3/30/2009 | DUPL | $0.30 |
| 3/30/2009 | DUPL | $0.30 |

| Date | Name | Type | Amount | Details |
|------|------|------|--------|---------|
| 3/30/2009 | | DUPL | $0.40 | |
| 3/30/2009 | | DUPL | $0.50 | |
| 3/30/2009 | | DUPL | $0.50 | |
| 3/30/2009 | | DUPL | $0.30 | |
| 3/30/2009 | | DUPL | $0.10 | |
| 3/30/2009 | | DUPL | $0.80 | |
| 3/30/2009 | | DUPL | $0.10 | |
| 3/30/2009 | | DUPL | $0.10 | |
| 3/30/2009 | | DUPL | $3.30 | |
| 3/30/2009 | | DUPL | $0.20 | |
| 3/30/2009 | | DUPL | $0.20 | |
| 3/30/2009 | | DUPL | $1.70 | |
| 3/30/2009 | | DUPL | $0.10 | |
| 3/30/2009 | | DUPL | $2.60 | |
| 3/30/2009 | | DUPL | $0.60 | |
| 3/30/2009 | | DUPL | $0.90 | |
| 3/30/2009 | | DUPL | $0.10 | |
| 3/30/2009 | | DUPL | $0.20 | |
| 3/30/2009 | | DUPL | $0.10 | |
| 3/30/2009 | | DUPL | $0.10 | |
| 3/30/2009 | | DUPL | $0.10 | |
| 3/31/2009 | Graziano, Marlena N | DUPL | $0.70 | |
| 3/31/2009 | | DUPL | $1.90 | |
| 3/31/2009 | | DUPL | $3.40 | |
| 3/31/2009 | | DUPL | $2.40 | |
| 3/31/2009 | | DUPL | $0.10 | |
| 3/31/2009 | | DUPL | $0.20 | |
| 3/31/2009 | | DUPL | $0.10 | |
| 3/31/2009 | | DUPL | $0.70 | |
| 3/31/2009 | | DUPL | $0.10 | |
| 3/31/2009 | | DUPL | $0.70 | |
| 3/31/2009 | | DUPL | $1.80 | |
| 3/31/2009 | | DUPL | $0.10 | |
| | | | $666.20 | |
| 3/10/2009 | Power, Annie | LEXI | $33.84 | VENDOR: LEXIS - NEXIS; INVOICE#: 0903007635; DATE: 4/20/2009 |
| 3/6/2009 | Indelicato, Mark S | MEAL | $7.53 | VENDOR: INDELICATO; INVOICE#: 29; DATE: 3/30/2009 |
| 3/9/2009 | Zawadzki, Jeffrey | MEAL | $23.49 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 485879; DATE: 3/15/2009 |
| 3/10/2009 | Zawadzki, Jeffrey | MEAL | $21.44 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 485879; DATE: 3/15/2009 |
| 3/12/2009 | Zawadzki, Jeffrey | MEAL | $20.93 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 485879; DATE: 3/15/2009 |
| 3/20/2009 | Zawadzki, Jeffrey | MEAL | $10.97 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 489687; DATE: 3/22/2009 |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 3/20/2009 | Indelicato, Mark S | MEAL | $10.52 | VENDOR: INDELICATO; INVOICE#: 30; DATE: 4/27/2009 |
| 3/23/2009 | Zawadzki, Jeffrey | MEAL | $21.44 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 490808; DATE: 3/29/2009 |
| 3/23/2009 | Zawadzki, Jeffrey | MEAL | $152.90 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 490808; DATE: 3/29/2009 |
| | | | $269.22 | |
| 3/23/2009 | Zawadzki, Jeffrey | ODEL | $15.98 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-147-42889; DATE: 4/6/2009 |
| 3/4/2009 | Schnitzer, Edward L. | REP | $651.50 | VENDOR: ESQUIRE DEPOSITION SERVICES LLC; INVOICE#: EQ86131; DATE: 3/9/2009 |
| 3/9/2009 | Power, Mark | SEAR | $0.24 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| 3/12/2009 | Power, Mark | SEAR | $16.64 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| 3/16/2009 | Power, Mark | SEAR | $3.76 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| 3/19/2009 | Power, Mark | SEAR | $19.84 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| 3/23/2009 | Power, Mark | SEAR | $6.56 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| 3/23/2009 | Power, Mark | SEAR | $0.16 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| 3/24/2009 | Power, Mark | SEAR | $3.12 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| 3/24/2009 | Power, Mark | SEAR | $45.68 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| 3/30/2009 | Power, Mark | SEAR | $3.92 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| 3/30/2009 | Power, Mark | SEAR | $26.80 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| 3/31/2009 | Power, Mark | SEAR | $371.12 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| 3/31/2009 | Power, Mark | SEAR | $14.96 | VENDOR: PACER SERVICE CENTER; INVOICE#: 04032009; DATE: 3/31/2009 |
| | | | $512.80 | |
| 3/12/2009 | Zawadzki, Jeffrey | TELCON | $51.51 | VENDOR: AMERICAN EXPRESS; INVOICE#: 05012009; DATE: 5/8/2009 |
| 3/26/2009 | Zawadzki, Jeffrey | TELCON | $24.78 | VENDOR: AMERICAN EXPRESS; INVOICE#: 05012009; DATE: 5/8/2009 |
| 3/30/2009 | Jarvinen, Christophe | TELCON | $10.01 | VENDOR: AMERICAN EXPRESS; INVOICE#: 060109; DATE: 6/2/2009  -  TELEPHONE CONFEREN |
| | | | $86.30 | |
| 3/3/2009 | Zawadzki, Jeffrey | TELE | $2.00 | 14087793473; 8 Mins. |
| 3/3/2009 | Zawadzki, Jeffrey | TELE | $2.00 | 14087793473; 8 Mins. |
| 3/4/2009 | Zawadzki, Jeffrey | TELE | $0.50 | 15408697124; 2 Mins. |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 3/4/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 15408697124; 3 Mins. |
| 3/4/2009 | Zawadzki, Jeffrey | TELE | $0.50 | 15408697124; 2 Mins. |
| 3/4/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 15408697124; 3 Mins. |
| 3/5/2009 | Smith, Jason | TELE | $0.50 | 13024674200; 2 Mins. |
| 3/5/2009 | Smith, Jason | TELE | $0.50 | 13024674200; 2 Mins. |
| 3/9/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 12088593303; 1 Mins. |
| 3/9/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 12088593303; 1 Mins. |
| 3/11/2009 | Smith, Jason | TELE | $0.25 | 13022522887; 1 Mins. |
| 3/11/2009 | Smith, Jason | TELE | $3.50 | 13024674444; 14 Mins. |
| 3/11/2009 | Smith, Jason | TELE | $0.25 | 13022522887; 1 Mins. |
| 3/11/2009 | Smith, Jason | TELE | $3.50 | 13024674444; 14 Mins. |
| 3/13/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 12246271331; 3 Mins. |
| 3/13/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 12246271331; 3 Mins. |
| 3/19/2009 | Smith, Jason | TELE | $0.50 | 13022522900; 2 Mins. |
| 3/19/2009 | Smith, Jason | TELE | $2.00 | 13022522900; 8 Mins. |
| 3/19/2009 | Smith, Jason | TELE | $0.50 | 13022522900; 2 Mins. |
| 3/19/2009 | Smith, Jason | TELE | $2.00 | 13022522900; 8 Mins. |
| 3/24/2009 | Smith, Jason | TELE | $0.50 | 13022522888; 2 Mins. |
| 3/24/2009 | Smith, Jason | TELE | $0.50 | 13022522888; 2 Mins. |
| 3/30/2009 | Orbach, Joseph | TELE | $0.25 | 13025763416; 1 Mins. |
| 3/30/2009 | Orbach, Joseph | TELE | $0.25 | 13025716753; 1 Mins. |
| 3/30/2009 | Smith, Jason | TELE | $0.75 | 13022522888; 3 Mins. |
| 3/30/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 18474778337; 3 Mins. |
| 3/30/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 18479709797; 1 Mins. |
| 3/30/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 18479709797; 1 Mins. |
| 3/30/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 18479709797; 1 Mins. |
| 3/30/2009 | Orbach, Joseph | TELE | $0.25 | 13025763416; 1 Mins. |
| 3/30/2009 | Orbach, Joseph | TELE | $0.25 | 13025716753; 1 Mins. |
| 3/30/2009 | Smith, Jason | TELE | $0.75 | 13022522888; 3 Mins. |
| 3/30/2009 | Zawadzki, Jeffrey | TELE | $0.75 | 18474778337; 3 Mins. |
| 3/30/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 18479709797; 1 Mins. |
| 3/30/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 18479709797; 1 Mins. |
| 3/30/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 18479709797; 1 Mins. |
| | | | $28.50 | |
| 3/13/2009 | Power, Mark | TELE | $25.00 | VENDOR: POWER, MARK T.; INVOICE#: 19; DATE: 4/2/2009 |
| 3/20/2009 | Power, Mark | TELE | $31.50 | VENDOR: POWER, MARK T.; INVOICE#: 20; DATE: 5/12/2009 |
| | | | $56.50 | |

**$2,824.78**