**<u>EXHIBIT B</u>**

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138704

For professional services rendered from April 1, through April 30, 2009 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 21,000.50 |
| 003 | RETENTIONS | | 75.00 |
| 006 | SALES OF ASSETS | | 7,911.50 |
| 007 | PROFESSIONIAL FEES | | 7,592.50 |
| 009 | LITIGATION | | 7,493.50 |
| 010 | PLAN AND DISCLOSURE STATEMENT | | 1,267.50 |
| 011 | EMPLOYEE ISSUES | | 8,300.50 |
| 012 | CLAIMS ADMINISTRATION | | 2,709.50 |
| 013 | INVESTIGATION OF COMPANY | | 60,256.00 |
| 014 | TRIAD WORKOUT | | 4,679.00 |
| | **Total Time** | $ | 121,285.50 |
| | | | |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 29.75 |
| | CARFARE | | 318.33 |
| | CORRESPONDING COUNSEL | | 3,217.50 |
| | DUPLICATING | | 858.00 |
| | LEXIS | | 29.77 |
| | MEALS | | 129.41 |
| | POSTAGE | | 1.00 |
| | SEARCH FEES | | 3.92 |
| | TELECOPY PAGES | | 3.00 |
| | TELEPHONE CONFERENCE CALL | | 73.60 |
| | **Total Disbursements** | $ | 4,664.28 |
| | | | |
| | **TOTAL BILL** | $ | **125,949.78** |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138704

For professional services rendered from April 1, through April 30, 2009 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
002          CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/09 | Review order appointing fee examiner and establishing procedures for professional claims (.20) review motion to approve sale procedures, break-up fee, and scheduling hearing (.40) calendar maintenance (.10) circulate pleadings and monitor docket (.30) file maintenance (.30) | JS | 1.30 | 318.50 |
| 04/01/09 | Review Committee update (.10). | JXZ | 0.10 | 37.50 |
| 04/02/09 | Review Second Order re: 29th omnibus objection to claims (.10) review agenda for 4/6 hearing (.30) review objections to cure claims DI 7224 (.10) review response to omnibus objection to claims (.10) review and monitor docket (.10) prepare for hearing (.30) | JS | 1.00 | 245.00 |
| 04/02/09 | Review committee update (.10); review hearing agenda (.10); review docket/recent pleadings (.20); review scheduling order (.10); revise minutes (.10). | JXZ | 0.60 | 225.00 |
| 04/02/09 | Draft update to the committee on various outstanding issues; meeting with NCR regarding same. | MSI | 0.40 | 298.00 |
| 04/02/09 | Review update e-mail to Committee (.2); work on Triad letter (1.1); | MTP | 1.30 | 968.50 |
| 04/03/09 | Review affidavit of Pauline K. Morgan in support of the application for order approving the retention YCST (.10) review letter agreement DI 7244 (.10) Monitor docket and forward pleadings (.10) | JS | 0.30 | 73.50 |
| 04/03/09 | Review  and edit Triad letter | MSI | 0.50 | 372.50 |
| 04/06/09 | Attend telephone court hearing on various pending motions. | ELS | 0.40 | 210.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/06/09 | Meeting with ELS and JO re: critical and upcoming events (.20) review amended agenda and prepare for hearing (.30) monitor docket and pleadings filed (.10) file maintenance (.30) update critical dates memo (.40) | JS | 1.30 | 318.50 |
| 04/06/09 | Review consent order and emails to ELS re: same (.10); review hearing agenda (.10); review correspondence (.10). | JXZ | 0.30 | 112.50 |
| 04/06/09 | Meeting with ELS regarding hearing on. | MSI | 0.10 | 74.50 |
| 04/07/09 | Review second order sustaining debtors' 12th omnibus objection to claims (.10) review Orders DI7233 & 7234 (.20) review and forward supplemental declaration of Stephen Weisbrod (.10) | JS | 0.40 | 98.00 |
| 04/07/09 | Telephone conversation with Beach regarding issues with Ross, claims and the effective date (.30); review same (.20). | MSI | 0.50 | 372.50 |
| 04/07/09 | Update call with Beach & MSI (.3); | MTP | 0.30 | 223.50 |
| 04/08/09 | Review docket and pleadings and e-mails with MTP regarding same (.70). | JXZ | 0.70 | 262.50 |
| 04/08/09 | E-mail with JXZ re pending motions | MTP | 0.10 | 74.50 |
| 04/09/09 | Review certification of counsel re: motion of CitiFinancial Services for relief from stay (.10) review docket and recently filed pleadings (.70) update committee calendar (.20) | JS | 1.00 | 245.00 |
| 04/09/09 | Review committee update (.10); calendar maintenance (.10); review letter agreement (.20); attention to creditor inquiries (.30). | JXZ | 0.70 | 262.50 |
| 04/09/09 | Draft update to the committee on various outstanding issues (.50); e-mail with committee members regarding same (.20). | MSI | 0.70 | 521.50 |
| 04/10/09 | Review certification of counsel re debtors' 31st omnibus objection to claims (.10) review motion to approve sale procedures DI7258 and Motion to shorten notice (1.20) forward motion and update critical dates memo (.30) update calendar (.20) | JS | 1.80 | 441.00 |
| 04/10/09 | Review AP dockets (.10). | JXZ | 0.10 | 37.50 |
| 04/14/09 | Review Jackson motion for relief from the stay, meeting with MSI re: same; and phone call/emails with debtors' counsel re: same. | ELS | 0.70 | 367.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/14/09 | Forward K. Senese NHB Retention affidavit for filing (.10) Review emergency motion for relief Jackson (.10) review certification of counsel re: third order regarding 31st omnibus objection to claims (.10) review and forward order shortening the time for notice relating to DI7259 (.20) review certification of counsel re: consensual 3rd Order sustaining omnibus objection (.10) review second order re: debtors' 31st omnibus objection to claims (.10) review order regarding motion of CitiFinancial Services relief from stay (.10) review motion to allow relief to exercise recoupment rights (.10) monitor and review docket (.30) file maintenance (.40) update calendar events (.30) | JS | 1.90 | 465.50 |
| 04/15/09 | Review affidavit of Renick in support of order approving fee examiner (.20) review omnibus objection to claims (.30) review and monitor docket (.10) | JS | 0.60 | 147.00 |
| 04/15/09 | Review update e-mail from BDO based on their call with Kroll (.30); telephone conversation with Beach on various issues including settlement, effective date and sales (.30). | MSI | 0.60 | 447.00 |
| 04/16/09 | Review emails re: Jackson/Dobben and phone call with debtors' counsel re: same. | ELS | 0.40 | 210.00 |
| 04/16/09 | Prepare for conference call with Committee re D&O proposed settlement (.30); confer with MTP re same (.20); participate in Committee call (.50); emails with BDO and internal re bonus payment to Johnston (.30). | JPM | 1.30 | 955.50 |
| 04/16/09 | Review of CJK outline of appeal issues and confer with CJK are same (.40). | JPM | 0.40 | 294.00 |
| 04/16/09 | Review orders regarding omnibus objection to claims (.20) review agenda for 4/21 hearing date and prepare for hearing (.40) update critical dates memo and calendar (.30) | JS | 0.90 | 220.50 |
| 04/16/09 | Participate in Committee call re D&O settlement | MTP | 0.50 | 372.50 |
| 04/17/09 | Review agenda and email with ELS re: hearing (.20) prepare for hearing (.50) review docket and recent pleadings (1.30) calendar events (.20) | JS | 2.20 | 539.00 |
| 04/17/09 | Review hearing agenda and e-mails with ELS and MTP regarding same (.10); review committee update (.10); e-mails with MTP and D. Berliner regarding open issues (.10); review financial update (.20). | JXZ | 0.50 | 187.50 |
| 04/20/09 | Review debtors' proposed motion to compel DBNTC to retrieve loan files and pay for same (.30); review JXZ's emails re: Borrowers Committee fee applications and meeting re: same (.20). | ELS | 0.50 | 262.50 |
| 04/20/09 | Reviewing AHM Docket. | JO | 0.50 | 150.00 |
| 04/20/09 | Review hearing agenda (.10); review docket and recent pleadings (.20); attention to creditor inquiries (.60). | JXZ | 0.90 | 337.50 |
| 04/20/09 | Telephone conversation with Beach regarding issues surrounding settlement of dispute regarding Melville property. | MSI | 0.20 | 149.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/20/09 | Review draft motion to compel DBNT (.5); call D. Drebsky (.1) | MTP | 0.60 | 447.00 |
| 04/21/09 | Review docket and recent pleadings (.20) forward Renick affidavit to J. Renick (.10) review critical dates (.20) | JS | 0.50 | 122.50 |
| 04/21/09 | Attention to creditor inquiries (.50); calendar maintenance (.10). | JXZ | 0.60 | 225.00 |
| 04/21/09 | Telephone conversation with Beach regarding various open matters including Ross, WARN and sale of property. | MSI | 0.20 | 149.00 |
| 04/22/09 | Review docket and recent pleadings (.20) Review Order approving sale procedures DI7305 & 7306 and forward (1.0) update calendar (.30) | JS | 1.50 | 367.50 |
| 04/22/09 | Review e-mail update from BDO (.30); telephone conversation with Berliner regarding same (.20); review issues raised by settlement on Melville building (.30); review and respond to e-mails regarding expenses (.40). | MSI | 1.20 | 894.00 |
| 04/23/09 | Review debtors' draft objection to Jackson stay relief motion and reservation of rights re: Jackson late claim motion; phone call with debtors' counsel re: same; meeting with MSI re: same and review and revise proposed joinder re: same. | ELS | 0.80 | 420.00 |
| 04/23/09 | Reviewing Jackson motion and drafting objection joinder. | JO | 0.80 | 240.00 |
| 04/23/09 | Review certification of counsel re: DI 7313 (.10) review notice of auction and hearing (.40) update critical dates memo (.30) update calendar (.20) file maintenance (.30) | JS | 1.30 | 318.50 |
| 04/23/09 | Meeting with ELS and MSI regarding open issues (.20); review committee update (.10). | JXZ | 0.30 | 112.50 |
| 04/23/09 | Telephone conversation with Berliner regarding funding issues (.30); telephone conversation with Beach regarding same (.20); review e-mails regarding Cadwalader budget (.10); e-mail to committee regarding meeting (.10). | MSI | 0.70 | 521.50 |
| 04/24/09 | Review limited objection to emergency motion for relief (.10) review reservation of rights DI 7318 (.10) review and monitor docket and recent pleadings (.20) | JS | 0.40 | 98.00 |
| 04/24/09 | Meeting with Weisbrod re discuss various Borrowers' issues and our objection to their fees | MTP | 2.00 | 1,490.00 |
| 04/27/09 | Prepare for weekly case update meeting with ELS and JO (.40) attend weekly case update meeting with ELS and JO (.20) review docket and recent pleadings (.80) calendar maintenance (.30) | JS | 1.70 | 416.50 |
| 04/28/09 | Review committee update. | JXZ | 0.10 | 37.50 |
| 04/28/09 | Review BDO email on status. | MSI | 0.20 | 149.00 |
| 04/28/09 | Review BDO report to Committee and summary e-mail | MTP | 0.30 | 223.50 |
| 04/29/09 | Review correspondence (.10); review docket/recent pleadings (.30); review BDO update (.10). | JXZ | 0.50 | 187.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/30/09 | E-mail to Committee re Committee call and meeting/e-mails with MSI re same (.30); Committee meeting (.70); e-mails with debtors re objection to Borrowers' Committee fee applications and meeting with MSI re same (.60). | ELS | 1.60 | 840.00 |
| 04/30/09 | Committee call (.6); Reviewing proposed settlement (.2); Reviewing objection to Borrowers Committee Fees (.1) | JO | 0.90 | 270.00 |
| 04/30/09 | Review agenda (.10); review various reports/pleadings (.40); committee call and pre-post/call meetings MSI (.80). | JXZ | 1.30 | 487.50 |
| 04/30/09 | Review material in preparation for committee meeting and discuss same with JPM (.80); attend committee meeting to address lawsuit (.70); revise and edit memo to the committee (.30); telephone conference with Beach re: same (.20). | MSI | 2.00 | 1,490.00 |
| 04/30/09 | Participate in AHM Committee meeting re D&O litigation | MTP | 0.80 | 596.00 |

TOTAL HOURS                    46.30

TOTAL SERVICES .......................................................... $      21,000.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $29.75 |
| CARFARE | $182.98 |
| DUPLICATING | $217.30 |
| MEALS | $101.74 |
| POSTAGE | $1.00 |
| SEARCH FEES | $3.92 |
| TELECOPY PAGES | $3.00 |
| TELEPHONE CONFERENCE CALL | $73.60 |

TOTAL DISBURSEMENTS ............................................. $        613.29

TOTAL FEES & DISBURSEMENTS........................... $      21,613.79

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|------|-------|-----------------|-------------|
| 556 | Smith | 18.10 | 245.00 | 4,434.50 |
| 583 | Orbach | 2.20 | 300.00 | 660.00 |
| 493 | Zawadzki | 6.70 | 375.00 | 2,512.50 |

| 486 | Schnitzer | 4.40 | 525.00 | 2,310.00 |
| 226 | McCahey | 1.70 | 735.00 | 1,249.50 |
| 260 | Indelicato | 7.30 | 745.00 | 5,438.50 |
| 364 | Power | 5.90 | 745.00 | 4,395.50 |
| ATTY TOTAL | | 46.30 | | 21,000.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138704

For professional services rendered from April 1, through April 30, 2009 in connection with the following:

| | 703159 | AMERICAN HOME MORTAGE HOLDINGS, INC. |
| | 003 | RETENTIONS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/06/09 | Review supplemental retention affidavit. | JXZ | 0.10 | 37.50 |
| 04/09/09 | Review retention affidavit (.10). | JXZ | 0.10 | 37.50 |
| | TOTAL HOURS | | 0.20 | |
| | TOTAL SERVICES ......................................................................... $ | | | 75.00 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.20 | 375.00 | 75.00 |
| ATTY TOTAL | | 0.20 | | 75.00 |

# HAHN & HESSEN LLP

### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138704

For professional services rendered from April 1, through April 30, 2009 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
006        SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/09 | Telephone conversation with Beach regarding sale of the Bank and proposed procedures (.20); review schedule and e-mail from DDG (.30). | MSI | 0.50 | 372.50 |
| 04/02/09 | Preliminary review of AH Bank sale motion (.70); review notices of miscellaneous sales, draft summary and emails to ELS re: same (.30). | JXZ | 1.00 | 375.00 |
| 04/02/09 | Review sale motion for AHM Bank and contract. | MSI | 1.10 | 819.50 |
| 04/02/09 | Review draft motion to sell the Thrift and discuss with MSI | MTP | 0.90 | 670.50 |
| 04/03/09 | Email D. Berliner re: sale of mortgage backed securities. | JXZ | 0.10 | 37.50 |
| 04/03/09 | Review bidding procedures for the sale of the Bank (.60); review e-mails regarding same and telephone conversation with Beach (.20). | MSI | 0.80 | 596.00 |
| 04/03/09 | Review bid procedure order and discuss with MSI | MTP | 0.50 | 372.50 |
| 04/06/09 | Reviewing AHM docket and Sales Motion of AHM Bank. | JO | 0.70 | 210.00 |
| 04/09/09 | Review proposed motion, orders and procedures regarding loan sales, miscellaneous e-mails regarding same (1.2); review proposals to settle dispute with WLR, miscellaneous e-mails regarding same (0.3) | DDG | 1.50 | 1,042.50 |
| 04/09/09 | Review draft motion, bid procedures and orders re proposed auction sale of remaining loans; call with YCST re same | MTP | 1.50 | 1,117.50 |
| 04/10/09 | Miscellaneous conferences and e-mails with Young Conaway, MTP regarding loan sale issue regarding expense reimbursement | DDG | 0.20 | 139.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/10/09 | E-mail exchange with YCST, DDG re issues on loan and REO sale | MTP | 0.30 | 223.50 |
| 04/13/09 | Review sale pleadings. | MSI | 0.30 | 223.50 |
| 04/14/09 | E-mails with ELS regarding Bank sale (.10). | JXZ | 0.10 | 37.50 |
| 04/16/09 | Miscellaneous e-mails regarding Vantium expense reimbursement issue | DDG | 0.10 | 69.50 |
| 04/16/09 | Calls with Vantium & YCST re expense reimbursement issue | MTP | 0.40 | 298.00 |
| 04/20/09 | Preliminary review of sale motion and motion to shorten (.60). | JXZ | 0.60 | 225.00 |
| 04/22/09 | Review article regarding Bank sale (.10); review Bank and REO sale orders (.40); calendar maintenance (.10). | JXZ | 0.60 | 225.00 |
| 04/23/09 | Revise and edit draft motion for the sale of the Mt. Prospect property. | MSI | 0.80 | 596.00 |
| 04/27/09 | Review auction/sale notices. | JXZ | 0.10 | 37.50 |
| 04/27/09 | Review letter re: title issues with Mt. Prospect. | MSI | 0.30 | 223.50 |

TOTAL HOURS                                                   12.40

TOTAL SERVICES ......................................................................... $     7,911.50

## SUMMARY OF ATTORNEY TIME

| | ATTORNEY | HOURS | BILLED PER HOUR | BILL AMOUNT |
|------|----------|-------|-----------------|-------------|
| 583 | Orbach | 0.70 | 300.00 | 210.00 |
| 493 | Zawadzki | 2.50 | 375.00 | 937.50 |
| 426 | Grubman | 1.80 | 695.00 | 1,251.00 |
| 260 | Indelicato | 3.80 | 745.00 | 2,831.00 |
| 364 | Power | 3.60 | 745.00 | 2,682.00 |
| ATTY TOTAL | | 12.40 | | 7,911.50 |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138704

For professional services rendered from April 1, through April 30, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
007         PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/09 | Review Weiner Brodsky's January fee application and update summary fee chart (.30) | JS | 0.30 | 73.50 |
| 04/01/09 | Review fee applications, draft summaries and e-mails with MTP regarding same (.90). | JXZ | 0.90 | 337.50 |
| 04/02/09 | Review Bifferato's first fee application and update summary fee chart (.40) | JS | 0.40 | 98.00 |
| 04/02/09 | Review order appointing fee examiner. | JXZ | 0.10 | 37.50 |
| 04/03/09 | Review fee applications, draft summaries and emails with MSI re: same. | JXZ | 0.50 | 187.50 |
| 04/07/09 | Review Gilbert Oshinsky's Fifth monthly fee application (.30) update summary fee chart and forward to JXZ (.30) | JS | 0.60 | 147.00 |
| 04/09/09 | Review Weiner's February fee application (.30) update summary fee chart (.20) | JS | 0.50 | 122.50 |
| 04/09/09 | Call with ELS and meeting with MSI regarding professional fees (.10); review docket and numerous fee applications and draft schedule (1.10). | JXZ | 1.20 | 450.00 |
| 04/10/09 | Review fee applications, draft summaries and e-mails with MTP regarding same (.60). | JXZ | 0.60 | 225.00 |
| 04/10/09 | Review JXZ fee summary | MTP | 0.20 | 149.00 |
| 04/14/09 | Review Bifferato's 2nd monthly fee application (.30) update summary fee chart (.10) | JS | 0.40 | 98.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/15/09 | Review Quinn Emanuel's February fee application (.30) review Milestone's March fee application (.20) update summary fee chart (.20) | JS | 0.70 | 171.50 |
| 04/16/09 | Review Gilbert Oshinsky fee application (.30) review Zuckerman Spaeder fee application (.30) update summary fee chart (.30) | JS | 0.90 | 220.50 |
| 04/17/09 | Review certifications (.10). | JXZ | 0.10 | 37.50 |
| 04/20/09 | Review fee applications, draft summaries and e-mails with MSI and ELS regarding same (1.80); review certifications (.10). | JXZ | 1.90 | 712.50 |
| 04/22/09 | Review Bifferato's December fee application (.30) review BDO's March fee application (.30) review Zolfo Cooper's March fee application (.30) update summary fee chart (.30) | JS | 1.20 | 294.00 |
| 04/22/09 | Review fee applications and draft summaries (.80); e-mails with S. Beach and ELS regarding borrower committee fees (.10). | JXZ | 0.90 | 337.50 |
| 04/23/09 | Review Adorno & Yoss' fee application (.20) update summary fee chart (.20) calendar CNO date (.10) | JS | 0.50 | 122.50 |
| 04/23/09 | Review certifications (.10). | JXZ | 0.10 | 37.50 |
| 04/24/09 | Reviewing Borrowers' Committee Bills. | JO | 1.20 | 360.00 |
| 04/24/09 | Review Henningan's second fee application (.20) review Traxi's March fee application (.30) update summary fee chart (.20) calendar events (.10) | JS | 0.80 | 196.00 |
| 04/24/09 | Attention to fee applications (.10). | JXZ | 0.10 | 37.50 |
| 04/27/09 | Emails re: objection to Borrowers' Committee fees and review and revise draft objection to same. | ELS | 0.70 | 367.50 |
| 04/27/09 | Reviewing Borrowers' Committee Fee Applications and drafting objection. | JO | 3.30 | 990.00 |
| 04/27/09 | Review docket/emails ELS re: various response dates (.10); calendar maintenance (.10); review certifications (.10); review opposition papers emails/meetings re: same (.30); review fee applications, draft summaries and emails MSI re: same (.90). | JXZ | 1.50 | 562.50 |
| 04/28/09 | Emails re: objection to Borrower's Committee fees and review and revise objection to same. | ELS | 0.90 | 472.50 |
| 04/28/09 | Drafting objection to Borrowers' Committee Fees. | JO | 1.00 | 300.00 |
| 04/29/09 | Review certifications (.10); review Examiner's affidavit (.10). | JXZ | 0.20 | 75.00 |
| 04/30/09 | Revise and edit objection to fee of Borrower's Committee for exceeding the cap (.30); meeting with ELS re: same (.20). | MSI | 0.50 | 372.50 |

TOTAL HOURS      22.20

TOTAL SERVICES ........................................................................ $     7,592.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 6.30 | 245.00 | 1,543.50 |
| 583 | Orbach | 5.50 | 300.00 | 1,650.00 |
| 493 | Zawadzki | 8.10 | 375.00 | 3,037.50 |
| 486 | Schnitzer | 1.60 | 525.00 | 840.00 |
| 260 | Indelicato | 0.50 | 745.00 | 372.50 |
| 364 | Power | 0.20 | 745.00 | 149.00 |
| ATTY TOTAL | | 22.20 | | 7,592.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138704

For professional services rendered from April 1, through April 30, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
009         LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/09 | Review of various emails from team and from BDO re interview of AHM accounting personnel (.20). | JPM | 0.20 | 147.00 |
| 04/01/09 | Review notices of appearances in relating to Triad limitation and update service list for Triad/AHM litigation (2.70) review certification of counsel regarding trial schedules order (.20) | JS | 2.90 | 710.50 |
| 04/01/09 | Email to BDO re former employer interviews (.10). | RJM | 0.10 | 56.00 |
| 04/02/09 | Further update of contact list for Triad litigation (1.0) emails with CAJ re: same (.20). | JS | 1.20 | 294.00 |
| 04/06/09 | Meeting with ZGN regarding Waterfield; e-mail to Sass regarding same. | MSI | 0.20 | 149.00 |
| 04/07/09 | Review adversary proceeding dockets and pleadings (.30) review certificate of counsel regarding trial scheduling order (.20) calendar events (.10) | JS | 0.60 | 147.00 |
| 04/07/09 | Numerous e-mails regarding interviews with Paul Hastings to discuss Waterfield litigation. | MSI | 0.30 | 223.50 |
| 04/08/09 | Review spreadsheet on issues with Ross (.20); telephone conversation with Fernandes and Nystrom, YCST and BDO to discuss same and strategy (.90); review and respond to e-mails regarding same (.30). | MSI | 1.40 | 1,043.00 |
| 04/08/09 | Telephone conversation with S. Sass regarding issues on Waterfield litigation both before and after Paul Hastings call (.40); telephone conversation with D. Koff regarding strategy and theory of case (.90). | MSI | 1.30 | 968.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/13/09 | E-mails to Cadwalader regarding litigation issues. | MSI | 0.20 | 149.00 |
| 04/14/09 | Telephone conversation with creditors regarding status (.20); e-mails with Cadwalader regarding Waterfield issues and review same (.20); e-mail to Sass regarding same (.10). | MSI | 0.50 | 372.50 |
| 04/17/09 | Update contact list (.50) | JS | 0.50 | 122.50 |
| 04/20/09 | Review Cadwalader presentation on Waterfield litigation (.60); telephone conversation with D. Koff regarding issues (.10); telephone conversation with L. Belavoca regarding issues (.10). | MSI | 0.80 | 596.00 |
| 04/21/09 | Review presentation by Cadwalader (.30); extensive telephone conversation with Cadwalader, Sass and ZGN regarding issues to be addressed and discussion of strategy (1.30). | MSI | 1.60 | 1,192.00 |
| 04/24/09 | Telephone conference with L. Belavodka re: budget and strategy on the Waterfield litigation. | MSI | 0.20 | 149.00 |
| 04/27/09 | Review all adversary dockets for meeting with ELS (.40) | JS | 0.40 | 98.00 |
| 04/27/09 | Meeting with JPM re: stipulation (.10); review documents re: same (.10). | JXZ | 0.20 | 75.00 |
| 04/29/09 | Reviewed emails between AHM team re: SEC's complaint (.60); reviewed complaint and SEC's release (.80). | CJK | 1.40 | 679.00 |
| 04/29/09 | Review SEC complaint. | JXZ | 0.60 | 225.00 |
| 04/30/09 | Email correspondence with AHM team re: settlement (.10); email correspondence with RJM/BDO re: information request from accounting employees (.10). | CJK | 0.20 | 97.00 |

TOTAL HOURS                           14.80

TOTAL SERVICES ........................................................$      7,493.50

DISBURSEMENT SUMMARY

CARFARE                                                     $135.35

CORRESPONDING COUNSEL                          $3,217.50

DUPLICATING                                               $13.40

TOTAL DISBURSEMENTS ...........................................$      3,366.25

TOTAL FEES & DISBURSEMENTS............................$    10,859.75

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 5.60 | 245.00 | 1,372.00 |
| 493 | Zawadzki | 0.80 | 375.00 | 300.00 |
| 931 | Kang | 1.60 | 485.00 | 776.00 |
| 952 | Malatak | 0.10 | 560.00 | 56.00 |
| 226 | McCahey | 0.20 | 735.00 | 147.00 |
| 260 | Indelicato | 6.50 | 745.00 | 4,842.50 |
| ATTY TOTAL | | 14.80 | | 7,493.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138704

For professional services rendered from April 1, through April 30, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
010         PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/21/09 | Meeting with Jake Renick to give him overview of the case. | MSI | 0.70 | 521.50 |
| 04/24/09 | Telephone conference with Beach re: various effective date issues and conversation with Borrowers' counsel (.30); telephone conference with S. Wessbolt re: status and fees (.30); meeting with ELS re: joinder (.20). | MSI | 0.80 | 596.00 |
| 04/27/09 | Review plan/confirmation order. | JXZ | 0.40 | 150.00 |

TOTAL HOURS                1.90

TOTAL SERVICES .......................................................................... $     1,267.50

DISBURSEMENT SUMMARY
DUPLICATING                                              $570.50

TOTAL DISBURSEMENTS ............................................................. $      570.50

TOTAL FEES & DISBURSEMENTS............................................. $    1,838.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 0.40 | 375.00 | 150.00 |
| 260 | Indelicato | 1.50 | 745.00 | 1,117.50 |
| ATTY TOTAL | | 1.90 | | 1,267.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138704

For professional services rendered from April 1, through April 30, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
011         EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/09 | Review scheduling order and calendar maintenance (.20); meeting with MSI regarding WARN issues (.10). | JXZ | 0.30 | 112.50 |
| 04/02/09 | Emails with M. Minella, MSI re: discovery issues (.10); calendar maintenance (.10). | JXZ | 0.20 | 75.00 |
| 04/07/09 | Review scheduling order/calendar maintenance. | JXZ | 0.10 | 37.50 |
| 04/08/09 | Research WARN issues and e-mails with MSI regarding same (1.10). | JXZ | 1.10 | 412.50 |
| 04/09/09 | Review documents and e-mails with M. Olsen and S. Holt regarding reserve (.10); meeting with MSI regarding WARN issues (.10). | JXZ | 0.20 | 75.00 |
| 04/13/09 | Review documents regarding WARN issues (.20). | JXZ | 0.20 | 75.00 |
| 04/17/09 | Review documents regarding WARN (.20); review discovery notice (.10); e-mails with M. Minella regarding discovery (.10); review documents regarding reserve and e-mails with S. Beach, M. Olsen and MSI regarding same (.20). | JXZ | 0.60 | 225.00 |
| 04/20/09 | Attention to discovery issues (.10); e-mails with S. Beach and D. Carickhoff regarding reserve stipulation (.10). | JXZ | 0.20 | 75.00 |
| 04/21/09 | E-mail with S. Holt regarding WARN issues (.10). | JXZ | 0.10 | 37.50 |
| 04/23/09 | Review expert report (1.20); e-mails with S. Holt regarding time line (.10); review documents regarding WARN (.50). | JXZ | 1.80 | 675.00 |
| 04/23/09 | Review extensive time line information provided by debtor in preparation for call (1.60); review and respond to various e-mails regarding same (.20). | MSI | 1.80 | 1,341.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/24/09 | Meeting with MSI regarding WARN (.10); meeting with JO and e-mail with ELS regarding opposition papers (.10); review documents regarding WARN (2.30); meetings with MSI; call with debtors, BDO and MSI regarding WARN (1.00). | JXZ | 3.50 | 1,312.50 |
| 04/24/09 | Review of chart and WARN issues (.60); telephone conference with debtors and BDO re: same (.70); telephone conference with S. Miller and M. Olsen re: same (.20); meeting with JXZ re: same (.10). | MSI | 1.60 | 1,192.00 |
| 04/27/09 | Review documents re: WARN (.40); emails M. Olsen, S. Holt re: discovery (.10); calendar maintenance (.10). | JXZ | 0.60 | 225.00 |
| 04/28/09 | Emails re: meeting with plaintiffs (.10); review documents re: WARN (.40). | JXZ | 0.50 | 187.50 |
| 04/29/09 | Review documents re: WARN (.50); email M. Minella re: discovery (.10). | JXZ | 0.60 | 225.00 |
| 04/30/09 | Review documents re WARN and meeting with MSI re same (2.40). | JXZ | 2.40 | 900.00 |
| 04/30/09 | Review detailed events leading filing for WARN time line (1.40); review same with JXZ (.10). | MSI | 1.50 | 1,117.50 |

TOTAL HOURS 17.30

TOTAL SERVICES ........................................................................ $ 8,300.50

DISBURSEMENT SUMMARY

DUPLICATING $53.40

LEXIS $29.77

MEALS $27.67

TOTAL DISBURSEMENTS ............................................................ $ 110.84

TOTAL FEES & DISBURSEMENTS............................................. $ 8,411.34

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 12.40 | 375.00 | 4,650.00 |
| 260 | Indelicato | 4.90 | 745.00 | 3,650.50 |
| ATTY TOTAL | | 17.30 | | 8,300.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138704

For professional services rendered from April 1, through April 30, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
012         CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/09 | Review responses to claims objections (.30). | JXZ | 0.30 | 112.50 |
| 04/02/09 | Review debtors' objection to core claims (.20); review claims order (.10). | JXZ | 0.30 | 112.50 |
| 04/06/09 | Review notice. | JXZ | 0.10 | 37.50 |
| 04/07/09 | Review claims order. | JXZ | 0.10 | 37.50 |
| 04/08/09 | Conference call regarding dispute with WLR, settlement proposals, conference with MSI regarding same | DDG | 1.10 | 764.50 |
| 04/08/09 | Review notices of withdrawal (.10). | JXZ | 0.10 | 37.50 |
| 04/08/09 | Participate in conference call with Debtors, BDO, MSI & DDG re settlement of WLR settlement | MTP | 1.00 | 745.00 |
| 04/09/09 | Review numerous reply papers (.50). | JXZ | 0.50 | 187.50 |
| 04/10/09 | Review claims orders (.60). | JXZ | 0.60 | 225.00 |
| 04/17/09 | Review notices (.10). | JXZ | 0.10 | 37.50 |
| 04/20/09 | Review omnibus claims objections, responses to objections and claims orders (.90). | JXZ | 0.90 | 337.50 |
| 04/27/09 | Review reservation of rights. | JXZ | 0.10 | 37.50 |
| 04/29/09 | Review claims order. | JXZ | 0.10 | 37.50 |

TOTAL HOURS                     5.30

| DATE | SERVICES | | | ATTY | HOURS | VALUE |
|------|----------|--|--|------|-------|-------|
| | TOTAL SERVICES ........................................................... $ | | | | | 2,709.50 |

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 3.20 | 375.00 | 1,200.00 |
| 426 | Grubman | 1.10 | 695.00 | 764.50 |
| 364 | Power | 1.00 | 745.00 | 745.00 |
| ATTY TOTAL | | 5.30 | | 2,709.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138704

For professional services rendered from April 1, through April 30, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
013         INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/09 | E-mail correspondence with BDO regarding interviews of accounting employees. | CJK | 0.10 | 48.50 |
| 04/02/09 | Review of AHM documents pulled by AP and CJK (4.0). | JPM | 4.00 | 2,940.00 |
| 04/06/09 | Review of documents produced by AHM (2.5). | JPM | 2.50 | 1,837.50 |
| 04/07/09 | Telephone conference and emails with Michelle Michaelis of BDO re information for mediation (.30); telephone conference and emails with JAMS re mediation of AHM claims (.70); internal emails re same (.40); emails with Paul Curnin of Simpson firm re mediation (.30); review of notes re AHM (2.5). | JPM | 4.20 | 3,087.00 |
| 04/08/09 | E-mail correspondence with BDO regarding status of interviews of employees. | CJK | 0.10 | 48.50 |
| 04/08/09 | Review of materials from BDO re payment to insiders (.50); confer with MTP re mediation (.20); prepare for mediation of AHM claims against D&Os (4.0); emails with JAMS re mediation (.30); review fax from JAMS re mediation (.20); confer with MSI re invoice for mediation (.10); emails with MTP re AHM insurance (.10). | JPM | 5.40 | 3,969.00 |
| 04/08/09 | Review various materials and BDO report re potential claims against D&Os to  prepare for mediation sessions; outline claims on same | MTP | 4.40 | 3,278.00 |
| 04/08/09 | Discussion with JPM re various issues with D&O settlement | MTP | 0.50 | 372.50 |
| 04/08/09 | Participate in conference call with D. Kopf and MSI re: litigation. | ZGN | 0.80 | 512.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/09/09 | E-mail correspondence with JPM and RJM regarding settlement (.10); reviewed JPM's e-mail regarding settlement agreement and issues (.10). | CJK | 0.20 | 97.00 |
| 04/09/09 | Attend mediation of AHM claims against D&Os (7.20); email to BDO re settlement of D&O claims and request for information for payments to directors within preference period (.30); internal emails re D&O settlement (.20); email to MTP re settlement agreement (.30). | JPM | 8.00 | 5,880.00 |
| 04/09/09 | Several conversations with MTP and JPM regarding mediation/settlement with D&O's (.30); meeting with MTP regarding terms of settlement (.30). | MSI | 0.60 | 447.00 |
| 04/09/09 | Prepare for and attend mediation session with D& O carriers, and counsel for the directors to negotiate global settlement | MTP | 7.50 | 5,587.50 |
| 04/10/09 | E-mail correspondence with MSI, JPM and RJM regarding settlement. | CJK | 0.10 | 48.50 |
| 04/10/09 | Review settlement agreement term sheet between D&Os and AHM and issues raised thereby (.80); emails with MSI re D&O settlement (.40); emails with BDO re D&O payments (.20). | JPM | 1.40 | 1,029.00 |
| 04/13/09 | E-mail correspondence with JPM and MSI regarding memo to committee regarding settlement (.10). | CJK | 0.10 | 48.50 |
| 04/13/09 | Emails with MSI and RJM re memorandum for Committee outlining settlement issues (.30); detailed email to MSI re settlement issues (1.0). | JPM | 1.30 | 955.50 |
| 04/13/09 | Meeting with MTP regarding settlement and memo (.20); review terms of settlement (.20); telephone conversation with S. Sass regarding same (.20); e-mails with JPM regarding same (.10). | MSI | 0.70 | 521.50 |
| 04/13/09 | Discussion with MSI re D&O settlement issues | MTP | 0.20 | 149.00 |
| 04/14/09 | Emails with MSI and MTP re D&O settlement (.40); review of email from BDO re payments to D&Os (.20). | JPM | 0.60 | 441.00 |
| 04/14/09 | Review e-mails from JPM and discuss settlement issues with MTP (.20). | MSI | 0.20 | 149.00 |
| 04/14/09 | E-mails with MSI, JPM re language we want on net worth by D&Os | MTP | 0.30 | 223.50 |
| 04/15/09 | E-mail correspondence with BDO, JPM and RJM regarding insider payments (.10). | CJK | 0.10 | 48.50 |
| 04/15/09 | Telephone conference with attorney for Strauss re proposed D&O settlement (.20); confer with MSI re debtors' approval of settlement (.10); emails with BDO re payments within day period (.20); review of form settlement agreement (.30). | JPM | 0.80 | 588.00 |
| 04/15/09 | Review issues on settlement and causes of action (.40); meeting with JPM regarding same (.20). | MSI | 0.60 | 447.00 |
| 04/16/09 | E-mail correspondence with JPM, RJM and BDO regarding insider payments (.10). | CJK | 0.10 | 48.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/16/09 | E-mails with JPM & BDO re recommended D&O settlement and Johnston bonus (.6) | MTP | 0.60 | 447.00 |
| 04/17/09 | Telephone conference with Strauss' attorney re D&O settlement (.20); confer with MTP re bonus payment to R. Johnston (.20); emails with BDO re D&O settlement (.10). | JPM | 0.50 | 367.50 |
| 04/17/09 | Discussion with JPM re analysis of Johnston bonus (.2); discuss with ELS | MTP | 0.40 | 298.00 |
| 04/21/09 | E-mail correspondence with JPM, RJM and BDO regarding insider payments (.20). | CJK | 0.20 | 97.00 |
| 04/21/09 | Email with BDO re insider payments (.20); draft settlement agreement with board D&Os (3.5). | JPM | 3.70 | 2,719.50 |
| 04/21/09 | Participate in conference call with Cadwalader and MSI re: lawsuit (1.0). | ZGN | 1.00 | 640.00 |
| 04/22/09 | Telephone conference with attorney for Strauss (.10); telephone conference with MTP re D&O settlement (.20). | JPM | 0.30 | 220.50 |
| 04/22/09 | Call with JPM re Strauss' proposed counter language | MTP | 0.20 | 149.00 |
| 04/23/09 | Telephone conference with counsel for Strauss re D&O settlement and status of committee approval (.30); confer with MSI re same (.10); confer with MTP re D&O settlement (.10). | JPM | 0.50 | 367.50 |
| 04/24/09 | Reviewed BDO's draft letter to accounting employees (.10); conference with RJM re: same (.20); email conversations with RJM re: same (.10). | CJK | 0.40 | 194.00 |
| 04/24/09 | Review information concerning Johnston bonus payments and draft email to MSI/MTP re: same (.70); review debtor's objection to Jackson's motion and finalize joinder re: same (.40). | ELS | 1.10 | 577.50 |
| 04/24/09 | Review D&O settlement agreement (1.5). | JPM | 1.50 | 1,102.50 |
| 04/24/09 | Review and respond with questions to ELS's e-mail summary of Johnston bonus payments | MTP | 0.50 | 372.50 |
| 04/27/09 | Reviewed email conversation with BDO re: letter to accounting employees. | CJK | 0.10 | 48.50 |
| 04/27/09 | Substantial revision of draft AHM settlement agreement (4.5); confer with JXZ re issues of Plan for D&O settlement (.20). | JPM | 4.70 | 3,454.50 |
| 04/27/09 | Draft and edit memo to the committee re: the proposed settlement of D&O actions. | MSI | 2.50 | 1,862.50 |
| 04/27/09 | Review revised recommendation memo to Committee as settlement of D&O claims | MTP | 0.70 | 521.50 |
| 04/28/09 | Looked on SEC website for announcement re complaint against Hozie, Strauss, Bernstein and emailed JPM re same. | AP | 0.30 | 81.00 |
| 04/28/09 | Review SEC complaint against Hozie, Strauss and Bernstein. | ELS | 0.70 | 367.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/28/09 | Revise stipulation of settlement with D&Os (2.5); review SEC complaint against Strauss, Bernstein and Hozie (1.0); emails with MTP and others re same (.40); telephone conference with Strauss counsel re SEC filing (.10); review of MSI memorandum to Committee re D&O settlement and emailed suggested changes (.70). | JPM | 4.70 | 3,454.50 |
| 04/28/09 | Review SEC release re: AHM (.10); call JPM re: stipulation/review documents re: same (.10). | JXZ | 0.20 | 75.00 |
| 04/28/09 | Revise and edit committee memo re: various causes of action and proposed settlement (1.20); drafted email to JPM and MTP re: same (.20); review articles on SEC action (.30); numerous emails re: same (.20). | MSI | 1.90 | 1,415.50 |
| 04/28/09 | Review JPM e-mails and SEC complaint against three former AHM directors | MTP | 1.10 | 819.50 |
| 04/29/09 | Emails re: SEC complaint and related settlement with D&O and potential preference action against Johnston. | ELS | 0.70 | 367.50 |
| 04/29/09 | Numerous internal emails re SEC complaint against Strauss, Hozie and Bernstein and Johnston bonus payment (1.50); telephone conference with ELS re Johnston bonus payment as preference (.20); telephone conference with Strauss attorney re settlement, SEC isues, Johnston payment (.30); confer with MTP re issues re D&O settlement (.20); telephone conference with attorney for Johnston re bonus payment and exclusion from release (.30); revised D&O settlement stipulation (.40); review of materials from BDO re insider payments (.40); review of SEC complaint against Strauss, Bernstein & Hozie (.50); review of previous memoranda and documents re D&Os (.50). | JPM | 4.30 | 3,160.50 |
| 04/29/09 | Revise and edit memo to the Committee on settlement (.60); review emails, stay and complaint filed by the SEC (.30); draft several emails re: same (.30). | MSI | 1.20 | 894.00 |
| 04/29/09 | Discussions with JPM & MSI re D&O settlement | MTP | 0.30 | 223.50 |
| 04/30/09 | Review of D&O settlement memo and draft settlement agreement and meeting with MSI re same (1.60). | ELS | 1.60 | 840.00 |
| 04/30/09 | Prepare for AHM Creditors' Committee meeting (.30); emails with BDO re Johnston bonus payment (.20); revise settlement agreement with D&Os (.50); confer with MSI re D&O settlement (.20); conference call meeting with Creditors' Committee re D&O settlement and SEC complaint (.50); revise D&O settlement to exclude from Johnston release bonus payment (.50); internal emails forwarding draft settlement agreement for comment and outline several issues (.40); conference and emails with RJM re D&O settlement agreement (.20). | JPM | 2.80 | 2,058.00 |
| 04/30/09 | Review of emails between H&H and BDO re request for information from AHM former employees (.30). | JPM | 0.30 | 220.50 |
| 04/30/09 | Meeting JPM re D&O stipulation (.10). | JXZ | 0.10 | 37.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|

TOTAL HOURS    83.90

TOTAL SERVICES ................................................................ $   60,256.00

DISBURSEMENT SUMMARY
DUPLICATING    $3.40

TOTAL DISBURSEMENTS ........................................... $   3.40

TOTAL FEES & DISBURSEMENTS............................. $   60,259.40

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|------|-------|-----------------|-------------|
| 543 | Power | 0.30 | 270.00 | 81.00 |
| 493 | Zawadzki | 0.30 | 375.00 | 112.50 |
| 931 | Kang | 1.50 | 485.00 | 727.50 |
| 486 | Schnitzer | 4.10 | 525.00 | 2,152.50 |
| 428 | Newman | 1.80 | 640.00 | 1,152.00 |
| 226 | McCahey | 51.50 | 735.00 | 37,852.50 |
| 260 | Indelicato | 7.70 | 745.00 | 5,736.50 |
| 364 | Power | 16.70 | 745.00 | 12,441.50 |
| ATTY TOTAL | | 83.90 | | 60,256.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

August 6, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 138704

For professional services rendered from April 1, through April 30, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
014          TRIAD WORKOUT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/01/09 | Continue to research, re: letter w/r/t AHM-Triad (.70); Continue drafting and finalize first draft of correspondence (2.60); Communication to/from MTP, re: forward first draft (.10). | CAJ | 3.40 | 1,785.00 |
| 04/01/09 | Review and comment on CAJ draft e-mail re Triad | MTP | 0.40 | 298.00 |
| 04/02/09 | Review draft contact sheet drafted by JS and mark-up (.10); Attention to follow-up meeting with JS to review revised contact sheet (.10). | CAJ | 0.20 | 105.00 |
| 04/03/09 | Communications from/to MTP, re: proposed letter to create informal committee (.10); Attention to additional revisions to proposed letter (.10) and communication with Sass, Beach and D. Berliner, re: forward letter and review same (.10). | CAJ | 0.30 | 157.50 |
| 04/06/09 | Communications to/from S. Beach, re: proposed letter (.10); Revise letter based upon input from Messrs. Beach, Berliner, and Power (.20); Communication to counsel for Triad, re: forward same (.10). | CAJ | 0.40 | 210.00 |
| 04/13/09 | Review Triad mark-up of letter (.10) and communication with MTP, re: same (.10). | CAJ | 0.20 | 105.00 |
| 04/13/09 | Discuss Triad issues with CAJ | MTP | 0.20 | 149.00 |
| 04/17/09 | Communication with J. Smith, re: contact sheet (.10); Attention to revise proposed letter and Exhibit A based on comments by MTP (.10) and communications to Triad's counsel and internal parties forwarding same (.20). | CAJ | 0.40 | 210.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 04/20/09 | Communications from/to counsel for Triad, re: drafts (.10); Attention to receipt and review of comments to letter/exhibit from D. Berliner and communications to/from MTP, re: same (.20); Follow-up communications with Beach and Sass (.10). | CAJ | 0.40 | 210.00 |
| 04/20/09 | Review CAJ e-mails with Triad's counsel re comments | MTP | 0.10 | 74.50 |
| 04/22/09 | Receive/review communications, re: draft letter and Exhibit "A" (.10); Communication with Triad's counsel, re: same (.20). | CAJ | 0.30 | 157.50 |
| 04/28/09 | Communication to MTP, re: reminder to Rice (.10); Revise proposed letter, re: administrative costs and debtors/committee opposition to Triad claims (.50). | CAJ | 0.60 | 315.00 |
| 04/28/09 | Further revisions to Triad letter and review and revise contact list | MTP | 1.00 | 745.00 |
| 04/29/09 | Communication from/to counsel for Triad, re: forward revised letter (.20); Review revised contact sheet and communication to MTP, re: forward same (.10). | CAJ | 0.30 | 157.50 |

TOTAL HOURS                    8.20

TOTAL SERVICES ........................................................................ $      4,679.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|-----|-------|-----------------|-------------|
| 588 | Jarvinen | 6.50 | 525.00 | 3,412.50 |
| 364 | Power | 1.70 | 745.00 | 1,266.50 |
| ATTY TOTAL | | 8.20 | | 4,679.00 |