**EXHIBIT C**

| Date | TKPR Name | Cost Code | Total bill Amt | Narrative |
|---|---|---|---|---|
| 4/2/2009 | Zawadzki, Jeffrey | CAR | $53.04 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 582125; DATE: 4/15/2009 |
| 4/6/2009 | Power, Mark | CAR | $98.94 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 111521; DATE: 4/14/2009 |
| 4/9/2009 | Power, Mark | CAR | $8.00 | VENDOR: POWER, MARK T.; INVOICE#: 20; DATE: 5/12/2009 |
| 4/9/2009 | Power, Mark | CAR | $10.00 | VENDOR: POWER, MARK T.; INVOICE#: 20; DATE: 5/12/2009 |
| 4/23/2009 | Indelicato, Mark S | CAR | $135.35 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 112153; DATE: 4/28/2009 |
| 4/23/2009 | Schnitzer, Edward L. | CAR | $13.00 | PAYEE: EDWARD L. SCHNITZER; REQUEST#: 47512; DATE: 5/14/2009. |
| | | | $318.33 | |
| 4/9/2009 | McCahey, John P | CORR | $3,217.50 | VENDOR: JAMS, INC.; INVOICE#: 0001696604-400; DATE: 4/8/2009 |
| 4/1/2009 | | DUPL | $1.20 | |
| 4/1/2009 | | DUPL | $0.40 | |
| 4/1/2009 | | DUPL | $2.10 | |
| 4/1/2009 | | DUPL | $0.40 | |
| 4/2/2009 | | DUPL | $0.60 | |
| 4/2/2009 | | DUPL | $1.50 | |
| 4/2/2009 | | DUPL | $12.40 | |
| 4/2/2009 | | DUPL | $0.20 | |
| 4/2/2009 | | DUPL | $0.30 | |
| 4/2/2009 | | DUPL | $0.30 | |
| 4/2/2009 | | DUPL | $4.00 | |
| 4/2/2009 | | DUPL | $2.00 | |
| 4/2/2009 | | DUPL | $2.10 | |
| 4/2/2009 | | DUPL | $1.60 | |
| 4/2/2009 | | DUPL | $1.80 | |
| 4/2/2009 | | DUPL | $1.60 | |
| 4/2/2009 | | DUPL | $1.70 | |
| 4/2/2009 | | DUPL | $1.70 | |
| 4/2/2009 | | DUPL | $2.00 | |
| 4/3/2009 | | DUPL | $0.10 | |
| 4/3/2009 | | DUPL | $1.90 | |
| 4/3/2009 | | DUPL | $2.10 | |
| 4/3/2009 | | DUPL | $1.40 | |
| 4/3/2009 | | DUPL | $3.40 | |
| 4/3/2009 | | DUPL | $0.10 | |
| 4/3/2009 | | DUPL | $0.20 | |
| 4/3/2009 | | DUPL | $0.40 | |
| 4/3/2009 | | DUPL | $2.20 | |
| 4/3/2009 | | DUPL | $1.60 | |
| 4/3/2009 | | DUPL | $0.10 | |
| 4/6/2009 | Smith, Jason | DUPL | $16.20 | |
| 4/6/2009 | Power, Mark | DUPL | $1.60 | |
| 4/6/2009 | | DUPL | $1.40 | |
| 4/6/2009 | | DUPL | $1.80 | |

| Date | Type | Amount |
|---|---|---|
| 4/6/2009 | DUPL | $0.50 |
| 4/6/2009 | DUPL | $0.80 |
| 4/6/2009 | DUPL | $0.60 |
| 4/6/2009 | DUPL | $0.50 |
| 4/6/2009 | DUPL | $0.40 |
| 4/6/2009 | DUPL | $0.20 |
| 4/6/2009 | DUPL | $0.40 |
| 4/6/2009 | DUPL | $0.20 |
| 4/6/2009 | DUPL | $0.20 |
| 4/6/2009 | DUPL | $0.90 |
| 4/6/2009 | DUPL | $2.00 |
| 4/6/2009 | DUPL | $2.10 |
| 4/6/2009 | DUPL | $0.50 |
| 4/6/2009 | DUPL | $2.10 |
| 4/6/2009 | DUPL | $1.30 |
| 4/6/2009 | DUPL | $2.00 |
| 4/6/2009 | DUPL | $0.60 |
| 4/6/2009 | DUPL | $0.30 |
| 4/6/2009 | DUPL | $2.00 |
| 4/6/2009 | DUPL | $0.10 |
| 4/6/2009 | DUPL | $0.10 |
| 4/7/2009 | DUPL | $4.80 |
| 4/7/2009 | DUPL | $5.60 |
| 4/7/2009 | DUPL | $0.60 |
| 4/7/2009 | DUPL | $0.60 |
| 4/7/2009 | DUPL | $2.10 |
| 4/7/2009 | DUPL | $2.10 |
| 4/7/2009 | DUPL | $0.60 |
| 4/7/2009 | DUPL | $2.10 |
| 4/7/2009 | DUPL | $1.40 |
| 4/7/2009 | DUPL | $0.30 |
| 4/7/2009 | DUPL | $0.80 |
| 4/7/2009 | DUPL | $0.50 |
| 4/7/2009 | DUPL | $2.10 |
| 4/7/2009 | DUPL | $2.10 |
| 4/7/2009 | DUPL | $2.10 |
| 4/8/2009 | DUPL | $2.20 |
| 4/8/2009 | DUPL | $2.40 |
| 4/8/2009 | DUPL | $2.10 |
| 4/8/2009 | DUPL | $1.70 |
| 4/8/2009 | DUPL | $2.10 |
| 4/8/2009 | DUPL | $2.10 |
| 4/8/2009 | DUPL | $0.30 |
| 4/8/2009 | DUPL | $0.50 |
| 4/8/2009 | DUPL | $1.80 |
| 4/8/2009 | DUPL | $0.20 |
| 4/8/2009 | DUPL | $1.00 |
| 4/9/2009 | DUPL | $2.30 |
| 4/9/2009 | DUPL | $1.10 |
| 4/9/2009 | DUPL | $1.10 |
| 4/9/2009 | DUPL | $9.60 |
| 4/9/2009 | DUPL | $11.20 |

| Date | Type | Amount |
|---|---|---|
| 4/9/2009 | DUPL | $1.50 |
| 4/9/2009 | DUPL | $14.40 |
| 4/9/2009 | DUPL | $12.80 |
| 4/9/2009 | DUPL | $46.40 |
| 4/9/2009 | DUPL | $11.20 |
| 4/9/2009 | DUPL | $0.20 |
| 4/9/2009 | DUPL | $1.50 |
| 4/9/2009 | DUPL | $1.60 |
| 4/9/2009 | DUPL | $1.50 |
| 4/9/2009 | DUPL | $1.60 |
| 4/9/2009 | DUPL | $1.80 |
| 4/9/2009 | DUPL | $2.30 |
| 4/9/2009 | DUPL | $2.60 |
| 4/9/2009 | DUPL | $0.80 |
| 4/9/2009 | DUPL | $0.10 |
| 4/9/2009 | DUPL | $0.50 |
| 4/9/2009 | DUPL | $2.50 |
| 4/9/2009 | DUPL | $0.50 |
| 4/9/2009 | DUPL | $0.50 |
| 4/9/2009 | DUPL | $0.70 |
| 4/9/2009 | DUPL | $0.50 |
| 4/9/2009 | DUPL | $2.60 |
| 4/9/2009 | DUPL | $2.30 |
| 4/13/2009 | DUPL | $4.70 |
| 4/13/2009 | DUPL | $2.10 |
| 4/13/2009 | DUPL | $1.40 |
| 4/13/2009 | DUPL | $0.40 |
| 4/13/2009 | DUPL | $0.20 |
| 4/13/2009 | DUPL | $1.60 |
| 4/13/2009 | DUPL | $0.10 |
| 4/13/2009 | DUPL | $0.10 |
| 4/13/2009 | DUPL | $0.10 |
| 4/13/2009 | DUPL | $0.70 |
| 4/13/2009 | DUPL | $0.10 |
| 4/13/2009 | DUPL | $0.10 |
| 4/13/2009 | DUPL | $0.10 |
| 4/13/2009 | DUPL | $0.10 |
| 4/13/2009 | DUPL | $0.20 |
| 4/13/2009 | DUPL | $0.50 |
| 4/13/2009 | DUPL | $0.30 |
| 4/13/2009 | DUPL | $2.10 |
| 4/13/2009 | DUPL | $0.50 |
| 4/13/2009 | DUPL | $0.60 |
| 4/13/2009 | DUPL | $2.10 |
| 4/13/2009 | DUPL | $1.40 |
| 4/13/2009 | DUPL | $0.10 |
| 4/13/2009 | DUPL | $0.10 |
| 4/13/2009 | DUPL | $0.10 |
| 4/13/2009 | DUPL | $1.40 |
| 4/13/2009 | DUPL | $1.70 |
| 4/13/2009 | DUPL | $0.30 |
| 4/13/2009 | DUPL | $0.30 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 4/13/2009 | | DUPL | $0.10 |
| 4/13/2009 | | DUPL | $0.10 |
| 4/13/2009 | | DUPL | $0.30 |
| 4/13/2009 | | DUPL | $0.30 |
| 4/13/2009 | | DUPL | $1.00 |
| 4/13/2009 | | DUPL | $0.70 |
| 4/13/2009 | | DUPL | $1.30 |
| 4/13/2009 | | DUPL | $1.30 |
| 4/13/2009 | | DUPL | $1.60 |
| 4/13/2009 | | DUPL | $2.50 |
| 4/13/2009 | | DUPL | $0.40 |
| 4/13/2009 | | DUPL | $1.70 |
| 4/13/2009 | | DUPL | $1.80 |
| 4/13/2009 | | DUPL | $0.10 |
| 4/13/2009 | | DUPL | $2.20 |
| 4/13/2009 | | DUPL | $0.10 |
| 4/13/2009 | | DUPL | $2.20 |
| 4/13/2009 | | DUPL | $0.50 |
| 4/13/2009 | | DUPL | $0.20 |
| 4/13/2009 | | DUPL | $0.10 |
| 4/13/2009 | | DUPL | $0.10 |
| 4/13/2009 | | DUPL | $0.60 |
| 4/13/2009 | | DUPL | $2.30 |
| 4/13/2009 | | DUPL | $0.20 |
| 4/13/2009 | | DUPL | $0.90 |
| 4/13/2009 | | DUPL | $0.80 |
| 4/13/2009 | | DUPL | $4.30 |
| 4/13/2009 | | DUPL | $4.10 |
| 4/13/2009 | | DUPL | $3.20 |
| 4/13/2009 | | DUPL | $4.90 |
| 4/13/2009 | | DUPL | $1.30 |
| 4/13/2009 | | DUPL | $1.40 |
| 4/13/2009 | | DUPL | $1.40 |
| 4/13/2009 | | DUPL | $1.20 |
| 4/13/2009 | | DUPL | $0.40 |
| 4/13/2009 | | DUPL | $1.80 |
| 4/13/2009 | | DUPL | $2.00 |
| 4/13/2009 | | DUPL | $2.10 |
| 4/13/2009 | | DUPL | $0.70 |
| 4/13/2009 | | DUPL | $0.20 |
| 4/13/2009 | | DUPL | $0.40 |
| 4/14/2009 | Power, Mark | DUPL | $0.10 |
| 4/14/2009 | | DUPL | $0.20 |
| 4/14/2009 | | DUPL | $1.10 |
| 4/14/2009 | | DUPL | $0.20 |
| 4/14/2009 | | DUPL | $0.20 |
| 4/14/2009 | | DUPL | $0.20 |
| 4/14/2009 | | DUPL | $0.60 |
| 4/14/2009 | | DUPL | $0.10 |
| 4/14/2009 | | DUPL | $1.90 |
| 4/14/2009 | | DUPL | $0.40 |
| 4/14/2009 | | DUPL | $2.30 |

| Date | Type | Amount |
|---|---|---|
| 4/14/2009 | DUPL | $3.40 |
| 4/14/2009 | DUPL | $2.30 |
| 4/14/2009 | DUPL | $4.00 |
| 4/14/2009 | DUPL | $2.40 |
| 4/14/2009 | DUPL | $1.00 |
| 4/14/2009 | DUPL | $1.90 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.20 |
| 4/14/2009 | DUPL | $0.20 |
| 4/14/2009 | DUPL | $0.20 |
| 4/14/2009 | DUPL | $5.20 |
| 4/14/2009 | DUPL | $0.10 |
| 4/14/2009 | DUPL | $0.20 |
| 4/14/2009 | DUPL | $0.20 |
| 4/14/2009 | DUPL | $0.20 |
| 4/14/2009 | DUPL | $0.10 |
| 4/14/2009 | DUPL | $0.10 |
| 4/14/2009 | DUPL | $0.10 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.40 |
| 4/14/2009 | DUPL | $0.10 |
| 4/14/2009 | DUPL | $0.10 |
| 4/14/2009 | DUPL | $0.40 |
| 4/14/2009 | DUPL | $4.60 |
| 4/14/2009 | DUPL | $3.00 |
| 4/14/2009 | DUPL | $2.50 |
| 4/14/2009 | DUPL | $6.40 |
| 4/14/2009 | DUPL | $2.50 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.10 |
| 4/14/2009 | DUPL | $0.20 |
| 4/14/2009 | DUPL | $3.10 |
| 4/14/2009 | DUPL | $0.20 |
| 4/14/2009 | DUPL | $1.30 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $1.10 |
| 4/14/2009 | DUPL | $0.80 |
| 4/14/2009 | DUPL | $1.20 |
| 4/14/2009 | DUPL | $1.60 |
| 4/14/2009 | DUPL | $3.90 |
| 4/14/2009 | DUPL | $0.50 |
| 4/14/2009 | DUPL | $1.90 |
| 4/14/2009 | DUPL | $0.70 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.70 |
| 4/14/2009 | DUPL | $2.20 |
| 4/14/2009 | DUPL | $1.00 |
| 4/14/2009 | DUPL | $1.00 |
| 4/14/2009 | DUPL | $0.40 |
| 4/14/2009 | DUPL | $0.60 |
| 4/14/2009 | DUPL | $0.40 |
| 4/14/2009 | DUPL | $2.70 |

| Date | Type | Amount |
|---|---|---|
| 4/14/2009 | DUPL | $0.90 |
| 4/14/2009 | DUPL | $4.60 |
| 4/14/2009 | DUPL | $2.00 |
| 4/14/2009 | DUPL | $1.20 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $1.80 |
| 4/14/2009 | DUPL | $0.40 |
| 4/14/2009 | DUPL | $2.10 |
| 4/14/2009 | DUPL | $0.70 |
| 4/14/2009 | DUPL | $2.30 |
| 4/14/2009 | DUPL | $0.40 |
| 4/14/2009 | DUPL | $3.90 |
| 4/14/2009 | DUPL | $0.80 |
| 4/14/2009 | DUPL | $3.90 |
| 4/14/2009 | DUPL | $1.60 |
| 4/14/2009 | DUPL | $0.60 |
| 4/14/2009 | DUPL | $0.70 |
| 4/14/2009 | DUPL | $0.40 |
| 4/14/2009 | DUPL | $0.60 |
| 4/14/2009 | DUPL | $0.70 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.80 |
| 4/14/2009 | DUPL | $0.50 |
| 4/14/2009 | DUPL | $1.00 |
| 4/14/2009 | DUPL | $2.10 |
| 4/14/2009 | DUPL | $0.50 |
| 4/14/2009 | DUPL | $0.40 |
| 4/14/2009 | DUPL | $2.90 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.70 |
| 4/14/2009 | DUPL | $0.60 |
| 4/14/2009 | DUPL | $0.70 |
| 4/14/2009 | DUPL | $4.70 |
| 4/14/2009 | DUPL | $0.50 |
| 4/14/2009 | DUPL | $1.60 |
| 4/14/2009 | DUPL | $0.10 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.60 |
| 4/14/2009 | DUPL | $4.70 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.20 |
| 4/14/2009 | DUPL | $0.50 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.70 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.60 |
| 4/14/2009 | DUPL | $0.20 |
| 4/14/2009 | DUPL | $3.90 |
| 4/14/2009 | DUPL | $4.00 |
| 4/14/2009 | DUPL | $3.10 |

| Date | Type | Amount |
|---|---|---|
| 4/14/2009 | DUPL | $1.90 |
| 4/14/2009 | DUPL | $0.40 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.70 |
| 4/14/2009 | DUPL | $0.50 |
| 4/14/2009 | DUPL | $2.60 |
| 4/14/2009 | DUPL | $0.40 |
| 4/14/2009 | DUPL | $1.10 |
| 4/14/2009 | DUPL | $2.00 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.90 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $0.40 |
| 4/14/2009 | DUPL | $0.30 |
| 4/14/2009 | DUPL | $1.40 |
| 4/14/2009 | DUPL | $0.40 |
| 4/14/2009 | DUPL | $2.70 |
| 4/14/2009 | DUPL | $2.90 |
| 4/14/2009 | DUPL | $0.80 |
| 4/15/2009 | DUPL | $0.80 |
| 4/15/2009 | DUPL | $0.50 |
| 4/15/2009 | DUPL | $0.40 |
| 4/15/2009 | DUPL | $0.40 |
| 4/15/2009 | DUPL | $1.50 |
| 4/15/2009 | DUPL | $1.80 |
| 4/15/2009 | DUPL | $0.10 |
| 4/15/2009 | DUPL | $0.40 |
| 4/15/2009 | DUPL | $2.20 |
| 4/15/2009 | DUPL | $0.10 |
| 4/15/2009 | DUPL | $0.10 |
| 4/15/2009 | DUPL | $0.10 |
| 4/15/2009 | DUPL | $0.20 |
| 4/15/2009 | DUPL | $0.20 |
| 4/15/2009 | DUPL | $0.20 |
| 4/15/2009 | DUPL | $0.10 |
| 4/15/2009 | DUPL | $0.30 |
| 4/15/2009 | DUPL | $2.10 |
| 4/15/2009 | DUPL | $2.00 |
| 4/16/2009 | DUPL | $0.70 |
| 4/16/2009 | DUPL | $0.10 |
| 4/16/2009 | DUPL | $0.40 |
| 4/17/2009 | DUPL | $5.20 |
| 4/17/2009 | DUPL | $2.30 |
| 4/17/2009 | DUPL | $0.20 |
| 4/17/2009 | DUPL | $0.10 |
| 4/17/2009 | DUPL | $0.30 |
| 4/17/2009 | DUPL | $1.10 |
| 4/17/2009 | DUPL | $1.30 |
| 4/17/2009 | DUPL | $0.20 |
| 4/17/2009 | DUPL | $0.20 |
| 4/17/2009 | DUPL | $0.10 |
| 4/17/2009 | DUPL | $0.20 |

| Date | Type | Amount |
|---|---|---|
| 4/17/2009 | DUPL | $1.00 |
| 4/17/2009 | DUPL | $0.20 |
| 4/17/2009 | DUPL | $0.40 |
| 4/17/2009 | DUPL | $0.20 |
| 4/17/2009 | DUPL | $0.20 |
| 4/17/2009 | DUPL | $0.20 |
| 4/17/2009 | DUPL | $0.20 |
| 4/17/2009 | DUPL | $2.20 |
| 4/17/2009 | DUPL | $0.10 |
| 4/17/2009 | DUPL | $2.30 |
| 4/17/2009 | DUPL | $0.40 |
| 4/17/2009 | DUPL | $1.10 |
| 4/20/2009 | DUPL | $0.60 |
| 4/20/2009 | DUPL | $1.20 |
| 4/20/2009 | DUPL | $0.40 |
| 4/20/2009 | DUPL | $0.20 |
| 4/20/2009 | DUPL | $2.60 |
| 4/20/2009 | DUPL | $0.20 |
| 4/20/2009 | DUPL | $0.20 |
| 4/20/2009 | DUPL | $1.00 |
| 4/20/2009 | DUPL | $1.30 |
| 4/20/2009 | DUPL | $4.20 |
| 4/20/2009 | DUPL | $0.30 |
| 4/20/2009 | DUPL | $1.00 |
| 4/20/2009 | DUPL | $0.60 |
| 4/20/2009 | DUPL | $2.30 |
| 4/20/2009 | DUPL | $7.50 |
| 4/20/2009 | DUPL | $0.20 |
| 4/20/2009 | DUPL | $0.60 |
| 4/20/2009 | DUPL | $11.00 |
| 4/20/2009 | DUPL | $1.10 |
| 4/20/2009 | DUPL | $0.80 |
| 4/20/2009 | DUPL | $0.10 |
| 4/20/2009 | DUPL | $2.40 |
| 4/20/2009 | DUPL | $0.10 |
| 4/20/2009 | DUPL | $3.30 |
| 4/20/2009 | DUPL | $4.70 |
| 4/20/2009 | DUPL | $0.20 |
| 4/20/2009 | DUPL | $3.30 |
| 4/20/2009 | DUPL | $2.60 |
| 4/20/2009 | DUPL | $0.50 |
| 4/21/2009 | DUPL | $1.20 |
| 4/21/2009 | DUPL | $0.20 |
| 4/21/2009 | DUPL | $0.10 |
| 4/21/2009 | DUPL | $0.40 |
| 4/21/2009 | DUPL | $2.30 |
| 4/21/2009 | DUPL | $2.90 |
| 4/21/2009 | DUPL | $2.60 |
| 4/21/2009 | DUPL | $0.10 |
| 4/21/2009 | DUPL | $0.10 |
| 4/21/2009 | DUPL | $0.40 |
| 4/21/2009 | DUPL | $0.10 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 4/21/2009 | | DUPL | $0.10 |
| 4/21/2009 | | DUPL | $1.70 |
| 4/21/2009 | | DUPL | $1.50 |
| 4/21/2009 | | DUPL | $0.10 |
| 4/21/2009 | | DUPL | $2.30 |
| 4/22/2009 | | DUPL | $1.30 |
| 4/22/2009 | | DUPL | $0.20 |
| 4/22/2009 | | DUPL | $2.30 |
| 4/22/2009 | | DUPL | $1.00 |
| 4/22/2009 | | DUPL | $0.20 |
| 4/22/2009 | | DUPL | $0.40 |
| 4/22/2009 | | DUPL | $0.20 |
| 4/22/2009 | | DUPL | $0.20 |
| 4/22/2009 | | DUPL | $0.20 |
| 4/22/2009 | | DUPL | $0.20 |
| 4/22/2009 | | DUPL | $0.20 |
| 4/22/2009 | | DUPL | $2.30 |
| 4/22/2009 | | DUPL | $0.80 |
| 4/22/2009 | | DUPL | $0.20 |
| 4/22/2009 | | DUPL | $0.20 |
| 4/22/2009 | | DUPL | $2.50 |
| 4/22/2009 | | DUPL | $2.40 |
| 4/22/2009 | | DUPL | $0.40 |
| 4/22/2009 | | DUPL | $0.10 |
| 4/22/2009 | | DUPL | $0.10 |
| 4/22/2009 | | DUPL | $0.30 |
| 4/22/2009 | | DUPL | $0.70 |
| 4/22/2009 | | DUPL | $2.80 |
| 4/23/2009 | | DUPL | $1.20 |
| 4/23/2009 | | DUPL | $0.10 |
| 4/23/2009 | | DUPL | $2.30 |
| 4/23/2009 | | DUPL | $2.30 |
| 4/23/2009 | | DUPL | $2.60 |
| 4/23/2009 | | DUPL | $0.40 |
| 4/23/2009 | | DUPL | $2.10 |
| 4/23/2009 | | DUPL | $0.10 |
| 4/23/2009 | | DUPL | $2.50 |
| 4/23/2009 | | DUPL | $0.10 |
| 4/23/2009 | | DUPL | $2.30 |
| 4/23/2009 | | DUPL | $0.10 |
| 4/24/2009 | Zawadzki, Jeffrey | DUPL | $7.20 |
| 4/24/2009 | | DUPL | $0.10 |
| 4/24/2009 | | DUPL | $2.20 |
| 4/24/2009 | | DUPL | $0.40 |
| 4/24/2009 | | DUPL | $2.00 |
| 4/24/2009 | | DUPL | $1.30 |
| 4/24/2009 | | DUPL | $2.80 |
| 4/24/2009 | | DUPL | $0.40 |
| 4/24/2009 | | DUPL | $0.20 |
| 4/24/2009 | | DUPL | $1.50 |
| 4/24/2009 | | DUPL | $0.50 |
| 4/27/2009 | | DUPL | $0.30 |

| Date | Type | Amount |
|---|---|---|
| 4/27/2009 | DUPL | $0.80 |
| 4/27/2009 | DUPL | $0.60 |
| 4/27/2009 | DUPL | $0.10 |
| 4/27/2009 | DUPL | $3.00 |
| 4/27/2009 | DUPL | $0.60 |
| 4/27/2009 | DUPL | $1.10 |
| 4/27/2009 | DUPL | $0.60 |
| 4/27/2009 | DUPL | $1.80 |
| 4/27/2009 | DUPL | $2.00 |
| 4/27/2009 | DUPL | $0.80 |
| 4/27/2009 | DUPL | $1.10 |
| 4/27/2009 | DUPL | $1.20 |
| 4/27/2009 | DUPL | $0.40 |
| 4/27/2009 | DUPL | $0.20 |
| 4/27/2009 | DUPL | $0.20 |
| 4/27/2009 | DUPL | $0.30 |
| 4/27/2009 | DUPL | $0.30 |
| 4/27/2009 | DUPL | $0.20 |
| 4/27/2009 | DUPL | $0.20 |
| 4/27/2009 | DUPL | $0.20 |
| 4/27/2009 | DUPL | $0.40 |
| 4/27/2009 | DUPL | $0.10 |
| 4/27/2009 | DUPL | $0.60 |
| 4/27/2009 | DUPL | $0.40 |
| 4/27/2009 | DUPL | $0.40 |
| 4/27/2009 | DUPL | $0.90 |
| 4/27/2009 | DUPL | $0.40 |
| 4/27/2009 | DUPL | $0.10 |
| 4/27/2009 | DUPL | $0.60 |
| 4/27/2009 | DUPL | $4.30 |
| 4/27/2009 | DUPL | $1.80 |
| 4/27/2009 | DUPL | $11.30 |
| 4/27/2009 | DUPL | $12.10 |
| 4/27/2009 | DUPL | $12.10 |
| 4/27/2009 | DUPL | $0.60 |
| 4/27/2009 | DUPL | $1.50 |
| 4/27/2009 | DUPL | $1.50 |
| 4/27/2009 | DUPL | $0.10 |
| 4/27/2009 | DUPL | $1.80 |
| 4/27/2009 | DUPL | $0.10 |
| 4/27/2009 | DUPL | $0.10 |
| 4/27/2009 | DUPL | $0.50 |
| 4/27/2009 | DUPL | $0.50 |
| 4/27/2009 | DUPL | $0.20 |
| 4/27/2009 | DUPL | $1.10 |
| 4/27/2009 | DUPL | $0.10 |
| 4/27/2009 | DUPL | $0.20 |
| 4/27/2009 | DUPL | $2.60 |
| 4/27/2009 | DUPL | $14.90 |
| 4/27/2009 | DUPL | $6.00 |
| 4/27/2009 | DUPL | $1.80 |
| 4/27/2009 | DUPL | $2.40 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 4/27/2009 | | DUPL | $0.10 |
| 4/27/2009 | | DUPL | $0.10 |
| 4/27/2009 | | DUPL | $0.10 |
| 4/27/2009 | | DUPL | $0.90 |
| 4/27/2009 | | DUPL | $0.10 |
| 4/27/2009 | | DUPL | $0.60 |
| 4/27/2009 | | DUPL | $0.10 |
| 4/28/2009 | Zawadzki, Jeffrey | DUPL | $7.00 |
| 4/28/2009 | Zawadzki, Jeffrey | DUPL | $0.20 |
| 4/28/2009 | | DUPL | $0.60 |
| 4/28/2009 | | DUPL | $0.20 |
| 4/28/2009 | | DUPL | $0.10 |
| 4/28/2009 | | DUPL | $4.70 |
| 4/28/2009 | | DUPL | $1.50 |
| 4/28/2009 | | DUPL | $0.20 |
| 4/28/2009 | | DUPL | $1.30 |
| 4/28/2009 | | DUPL | $0.30 |
| 4/28/2009 | | DUPL | $0.10 |
| 4/28/2009 | | DUPL | $1.30 |
| 4/28/2009 | | DUPL | $2.10 |
| 4/28/2009 | | DUPL | $0.90 |
| 4/28/2009 | | DUPL | $6.70 |
| 4/28/2009 | | DUPL | $2.60 |
| 4/28/2009 | | DUPL | $0.90 |
| 4/28/2009 | | DUPL | $3.00 |
| 4/28/2009 | | DUPL | $0.80 |
| 4/28/2009 | | DUPL | $0.20 |
| 4/28/2009 | | DUPL | $0.20 |
| 4/28/2009 | | DUPL | $0.20 |
| 4/28/2009 | | DUPL | $2.60 |
| 4/28/2009 | | DUPL | $3.80 |
| 4/28/2009 | | DUPL | $1.30 |
| 4/28/2009 | | DUPL | $0.20 |
| 4/28/2009 | | DUPL | $0.20 |
| 4/28/2009 | | DUPL | $3.00 |
| 4/28/2009 | | DUPL | $0.20 |
| 4/28/2009 | | DUPL | $2.30 |
| 4/28/2009 | | DUPL | $2.30 |
| 4/28/2009 | | DUPL | $0.90 |
| 4/28/2009 | | DUPL | $0.50 |
| 4/29/2009 | | DUPL | $0.30 |
| 4/29/2009 | | DUPL | $0.50 |
| 4/29/2009 | | DUPL | $0.70 |
| 4/29/2009 | | DUPL | $0.70 |
| 4/29/2009 | | DUPL | $1.50 |
| 4/29/2009 | | DUPL | $1.30 |
| 4/29/2009 | | DUPL | $0.70 |
| 4/29/2009 | | DUPL | $2.30 |
| 4/29/2009 | | DUPL | $2.10 |
| 4/29/2009 | | DUPL | $2.10 |
| 4/29/2009 | | DUPL | $2.30 |
| 4/29/2009 | | DUPL | $1.30 |

| Date | Name | Type | Amount | Details |
|---|---|---|---|---|
| 4/29/2009 | | DUPL | $0.60 | |
| 4/29/2009 | | DUPL | $0.60 | |
| 4/29/2009 | | DUPL | $3.90 | |
| 4/29/2009 | | DUPL | $0.10 | |
| 4/29/2009 | | DUPL | $2.30 | |
| 4/29/2009 | | DUPL | $0.10 | |
| 4/29/2009 | | DUPL | $0.70 | |
| 4/30/2009 | | DUPL | $1.00 | |
| 4/30/2009 | | DUPL | $0.50 | |
| 4/30/2009 | | DUPL | $0.30 | |
| 4/30/2009 | | DUPL | $1.60 | |
| 4/30/2009 | | DUPL | $1.70 | |
| 4/30/2009 | | DUPL | $0.60 | |
| 4/30/2009 | | DUPL | $0.10 | |
| 4/30/2009 | | DUPL | $1.30 | |
| 4/30/2009 | | DUPL | $0.30 | |
| 4/30/2009 | | DUPL | $0.10 | |
| 4/30/2009 | | DUPL | $0.40 | |
| 4/30/2009 | | DUPL | $0.70 | |
| 4/30/2009 | | DUPL | $0.30 | |
| 4/30/2009 | | DUPL | $0.10 | |
| 4/30/2009 | | DUPL | $1.30 | |
| 4/30/2009 | | DUPL | $1.30 | |
| 4/30/2009 | | DUPL | $0.10 | |
| 4/30/2009 | | DUPL | $0.20 | |
| 4/30/2009 | | DUPL | $0.20 | |
| 4/30/2009 | | DUPL | $0.20 | |
| | | | **$858.00** | |
| 4/2/2009 | Smith, Jason | FAX | $3.00 | |
| 4/8/2009 | Zawadzki, Jeffrey | LEXI | $15.48 | VENDOR: LEXIS - NEXIS; INVOICE#: 090402123; DATE: 5/8/2009 |
| 4/15/2009 | Zawadzki, Jeffrey | LEXI | $14.29 | VENDOR: LEXIS - NEXIS; INVOICE#: 0905035250; DATE: 6/10/2009 |
| | | | **$29.77** | |
| 4/2/2009 | Zawadzki, Jeffrey | MEAL | $21.44 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 496752; DATE: 4/5/2009 |
| 4/13/2009 | Power, Mark | MEAL | $25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 502495; DATE: 4/19/2009 |
| 4/16/2009 | Power, Mark | MEAL | $25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 502495; DATE: 4/19/2009 |
| 4/21/2009 | Power, Mark | MEAL | $28.62 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 503553; DATE: 4/20/2009 |
| 4/21/2009 | Indelicato, Mark S | MEAL | $16.24 | VENDOR: INDELICATO; INVOICE#: 31; DATE: 5/20/2009 |
| 4/30/2009 | Indelicato, Mark S | MEAL | $11.43 | VENDOR: INDELICATO; INVOICE#: 31; DATE: 5/20/2009 |
| | | | **$129.41** | |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 4/24/2009 | Indelicato, Mark S | POST | $1.00 | |
| 4/7/2009 | Power, Mark | SEAR | $0.56 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302009; DATE: 6/30/2009 |
| 4/19/2009 | Power, Mark | SEAR | $0.16 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302009; DATE: 6/30/2009 |
| 4/27/2009 | Power, Mark | SEAR | $2.88 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302009; DATE: 6/30/2009 |
| 4/27/2009 | Power, Mark | SEAR | $0.32 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302009; DATE: 6/30/2009 |
| | | | $3.92 | |
| 4/16/2009 | Power, Mark | TELCON | $0.11 | VENDOR: AMERICAN EXPRESS; INVOICE#: 060109; DATE: 6/2/2009 |
| 4/16/2009 | Schnitzer, Edward L. | TELCON | $0.23 | VENDOR: AMERICAN EXPRESS; INVOICE#: 060109; DATE: 6/2/2009 - TELEPHONE CONFEREN |
| 4/27/2009 | Power, Mark | TELCON | $25.00 | VENDOR: POWER, MARK T.; INVOICE#: 21; DATE: 6/10/2009 |
| 4/30/2009 | Schnitzer, Edward L. | TELCON | $48.26 | VENDOR: AMERICAN EXPRESS; INVOICE#: 070709; DATE: 7/1/2009 |
| | | | $73.60 | |
| 4/2/2009 | Smith, Jason | TELE | $0.50 | 13027777770; 2 Mins. |
| 4/2/2009 | Smith, Jason | TELE | $0.25 | 13026525506; 1 Mins. |
| 4/2/2009 | Smith, Jason | TELE | $0.25 | 13027770313; 1 Mins. |
| 4/2/2009 | Smith, Jason | TELE | $0.50 | 13024674200; 2 Mins. |
| 4/15/2009 | Smith, Jason | TELE | $0.25 | 12155695415; 1 Mins. |
| 4/16/2009 | Graziano, Marlena N. | TELE | $0.25 | 14104043319; 1 Mins. |
| 4/20/2009 | Smith, Jason | TELE | $0.25 | 13022522888; 1 Mins. |
| 4/20/2009 | Smith, Jason | TELE | $0.25 | 13023398800; 1 Mins. |
| 4/20/2009 | Zawadzki, Jeffrey | TELE | $1.25 | 17733363000; 5 Mins. |
| 4/20/2009 | Smith, Jason | TELE | $0.25 | 13022522888; 1 Mins. |
| 4/20/2009 | Smith, Jason | TELE | $0.25 | 13022522888; 1 Mins. |
| 4/21/2009 | Zawadzki, Jeffrey | TELE | $0.25 | 12088593303; 1 Mins. |
| 4/27/2009 | Orbach, Joseph | TELE | $0.25 | 13025716753; 1 Mins. |
| | | | $4.75 | |
| 4/16/2009 | Indelicato, Mark S | TELE | $25.00 | VENDOR: INDELICATO; INVOICE#: 30; DATE: 4/27/2009 |

**$4,664.28**