## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | **Related to Docket No. 6485** |

### CERTIFICATION OF COUNSEL REGARDING ORDER AWARDING AND DIRECTING PAYMENT OF CERTAIN DISPUTED EXPENSES TO NORTHWEST TRUSTEE SERVICES, INC. IN ACCORDANCE WITH COURT'S OPINION DATED OCTOBER 31, 2008

Northwest Trustee Services, Inc. ("NWTS"), by and through its undersigned counsel, hereby submits the attached *Order Awarding and Directing Payment of Certain Disputed Expenses to Northwest Trustee Services, Inc. in Accordance with Court's Opinion Dated October 31, 2008* ("Order") and represents that the Order has been agreed to by the above-captioned debtors, the Official Committee of Unsecured Creditors, the Office of the United States Trustee and NWTS ("Parties"). The Parties respectfully request that the Court approve and enter the attached Order at its earliest convenience.

Dated: August 21, 2009          CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeffrey Wisler
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
*Attorneys for Northwest Trustee Services, Inc.*

#711545

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | **Related to Docket Nos. 6485** |

## ORDER AWARDING AND DIRECTING PAYMENT OF CERTAIN DISPUTED EXPENSES TO NORTHWEST TRUSTEE SERVICES, INC. IN ACCORDANCE WITH COURT'S OPINION DATED OCTOBER 31, 2008

For the reasons set forth in this Court's *Opinion*[1] dated October 31, 2008, which is incorporated by reference as if set forth in full herein:

IT IS HEREBY ORDERED that:

1. Northwest Trustee Services, Inc. ("NWTS") may recover the Disputed Expenses (as such term is defined in the Opinion), excluding mailing costs and the expenses actually incurred for borrowers that reinstated their loans prior to the date of invoice by to the above-captioned debtors (the "Allowed Expenses").

2. NWTS has determined that the Allowed Expenses for its (i) *First Quarterly Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period from August 6, 2007 through October 31, 2007;* and (ii) *Second Quarterly Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession*

---

[1] The Opinion constitutes the Court's findings of fact and conclusions of law, pursuant to Federal Rule of Bankruptcy Procedure 7052.

2

*for the Period from November 1, 2007 through January 31, 2008* (collectively, the "Applications"), total an amount equal to $378,038.32 ("Award").

3. The Debtors are directed to remit payment of the Award to within ten (10) days of the date of this Order.

4. Nothing in this Order shall impact the rights of the Debtors, or any other party in interest (including the United States Trustee), to object to the Award, or any other requested fees and expenses in connection with subsequent interim and final fee application processes, and such objections shall be governed by applicable law, including prior rulings in these cases to the extent such prior rulings have preclusive or other effect under applicable law.

IT IS SO ORDERED this ____ day of August, 2009.

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

#650594