**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____x
                               :
In re:                         :
                               :     Chapter 11
AMERICAN HOME MORTGAGE     :     Case No. 07-11047(CSS)
HOLDINGS, INC., *et al.*,     :     Jointly Administered
                               :
     Debtors.              :
_____x

## NOTICE OF WITHDRAWAL OF APPEARANCE

Margaret C. Lumsden herewith gives notice of her withdrawal as counsel for Progress Energy Carolinas, Inc. and requests to be removed from the list of parties receiving electronic notice of filings.

This the 24th day of August, 2009.

/s/ Margaret C. Lumsden
Unti & Lumsden LLP
302 Jefferson Street
Suite 200
Raleigh, NC 27605
(919) 828-3966