IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware corporation, *et al.*, ) | Case No. 07-11047 (CSS) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Related to Docket No. 7972** |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE ) | |
| ) SS | |
| NEW CASTLE COUNTY ) | |

     Maria E. Whalen, being duly sworn according to law, deposes and says that she is employed by the law firm of Connolly Bove Lodge & Hutz LLP, attorneys for Northwest Trustee Services, Inc. in the above-captioned matters, and that on the 25th day of August, 2009, she caused a copy of the following:

- ORDER AWARDING AND DIRECTING PAYMENT OF CERTAIN DISPUTED EXPENSES TO NORTHWEST TRUSTEE SERVICES, INC. IN ACCORDANCE WITH COURT'S OPINION DATED OCTOBER 31, 2008 [Docket No. 7972]

to be served upon the parties listed below in the manner indicated and upon the parties listed on the attached service list in the manner indicated.

*/s/ Maria E. Whalen*
Maria E. Whalen

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on this 25th day of August, 2009.

*/s/ Shirley Ann Jones*
Notary Public

**SHIRLEY ANNE JONES**
Notary Public - State of Delaware
My Commission Expires Nov. 8, 2009

## CERTIFICATE OF SERVICE

**BY HAND DELIVERY**

James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Jeffrey M. Levine, Esq.
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Alan Horn, Esq.
General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Mark S. Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017