IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | ) ) ) | Case No. 07-11047 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Connolly Bove Lodge & Hutz LLP and Steckbauer Weinhart Jaffe, LLP hereby appear as counsel to the **Los Angeles County Treasurer and Tax Collector** in the above-captioned cases, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), and hereby request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (d) and (f) and 3017(a) including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents filed with or brought before the Court in these cases. All such notices should be addressed as follows:

Marc J. Phillips, Esq.
Kelly M. Conlan, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-0380
mphillips@cblh.com
kconlan@cblh.com

Barry S. Glaser, Esq.
Steckbauer Weinhart Jaffe, LLP
333 S. Hope Street
36th Floor
Los Angeles, CA 90071
Telephone: (213) 229-2868
Facsimile: (213) 229-2870
bglaser@swjlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules

specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

Dated: August 28, 2009          CONNOLLY BOVE LODGE & HUTZ LLP

Marc J. Phillips (No. 4445)
Kelly M. Conlan (No. 4786)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware  19899
Telephone:  (302) 658-9141
Facsimile: (302) 658-0380

-and-

Barry S. Glaser
Steckbauer Weinhart Jaffe, LLP
333 S. Hope Street
36th Floor
Los Angeles, CA  90071
(213) 229-2868

*Attorneys for Los Angeles County Treasurer and Tax Collector*

#713322v1