## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on this 28th day of August, 2009, a copy of the **Response of Los Angeles County Treasurer and Tax Collector in Opposition to Debtors' Forty-First Omnibus Objection to Claims** was served upon the following persons in the manner indicated:

Marc J. Phillips (No. 4445)

**VIA HAND DELIVERY**
Sean M. Beach, Esquire
Margaret Whiteman Greecher, Esquire
Alex D. Thaler, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

#713641v1