IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | Hearing date: September 8, 2009 at 10:00 am (ET) |
| | ) | Objection Deadline: September 3, 2009 at 4:00 pm (ET) |
| Debtors. | ) | |

## NOTICE OF MOTION OF CITIMORTGAGE, INC. TO COMPEL AHM SERVICING TO RESPOND TO TWO REQUESTS FOR THE PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that on August 28, 2009, CitiMortgage, Inc. ("CitiMortgage"), by and through its undersigned counsel, filed and served the attached Motion of CitiMortgage, Inc. to Compel AHM Servicing to Respond to Two Requests for the Production of Documents (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801 ("the Court").

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, shall be in writing, filed with the Court and served so as to be received by the undersigned counsel, on or before 4:00 p.m. on September 3, 2009 Eastern Time.

PLEASE TAKE FURTHER NOTICE that in the event that a written objection is timely filed and served, a hearing to consider the Motion will be held at 10:00 a.m. Eastern Time on September 8, 2009, at which hearing only those objections made in writing and timely filed and served will be considered.

PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the Motion without a hearing if no written objection is timely filed and served as set forth above.

2303651/1

Dated: August 28, 2009

**MORRIS JAMES LLP**

*/s/ Brett D. Fallon*
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com

-and-

Andrew J. Petrie (*admitted pro hac vice*)
FEATHERSTONE PETRIE DESISTO LLP
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
Telephone: (303) 626-7139
Facsimile: (303) 626-7101
Email: apetrie@featherstonelaw.com

*Attorneys for CitiMortgage, Inc.*

2303651/1