# EXHIBIT 1

**File a Notice:**

07-11047-CSS American Home Mortgage Holdings, Inc. and Donald Imwold

Type: bk                         Chapter: 11 v                    Office: 1 (Delaware)
Assets: y                        Judge: CSS
Case Flag: MTRUNADV, CLMSAGNT, MEGA, LEAD, APPEAL., Sealed Doc(s)

**ORIGINAL**

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Brett Fallon entered on 6/17/2009 at 5:08 PM EDT and filed on 6/17/2009
**Case Name:**    American Home Mortgage Holdings, Inc. and Donald Imwold
**Case Number:**    07-11047-CSS
**Document Number:** 7538

**Docket Text:**
Notice of Service --*Notice of Service of CitiMortgage, Inc.'s Request for Production of Documents to American Home Mortgage Servicing, Inc. in Connection with Contested Matter over Proposed Purchaser's Cure Amounts* Filed by CitiMortgage, Inc.. (Attachments: # (1) Affidavit of Service) (Fallon, Brett)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\jld\My Documents\Citi NoS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/17/2009] [FileNumber=7345719-0]
[a357b92971f907b2f3b529cb1327349d50bc7353133a48c95a7dc6d52cb6f065b
c0cd21cb19750a8578d6140f10a964f1712d795895Bb59613b4b9da07]]
**Document description:**Affidavit of Service
**Original filename:**C:\Documents and Settings\jld\My Documents\Citi AoS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/17/2009] [FileNumber=7345719-1]
[49f64b8b5b7b62bdc20d7b4b85886118a0d4c8b975c725324f1d1f985912574790
11211bcb9b66d99c899ef6c2f3ca443f5ac33c3d9dd98ad1bc3fbc256cd]]

**07-11047-CSS Notice will be electronically mailed to:**

Geoffrey S. Aaronson on behalf of Creditor Craven-Shaffer-North Bay Village
gaaronson@aaronsonpa.com

David G. Aelvoet on behalf of Creditor Bexar County
davida@publicans.com

Elihu Ezekiel Allinson, III on behalf of Creditor Julia Trister
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

John R. Ashmead on behalf of Interested Party Deutsche Bank Trust Company Americas
ashmead@sewkis.com

Mary E. Augustine on behalf of Interested Party Hazeltine Gates LLC
maugustine@ciardilaw.com, vfrew@ciardilaw.com

Robert T. Aulgur on behalf of Creditor CitiMortgage, Inc
bk.service@aulgur.com

James F. Bailey on behalf of Interested Party Gloria Kirk
jbailey@jfbailey.com, jtravers@jfbailey.com

Elizabeth Banda on behalf of Creditor Arlington ISD
ebanda@pbfcm.com

William Wright Banks on behalf of Creditor Georgia Department of Revenue
wbanks@law.ga.gov, 02bf@law.ga.gov

Daniel I. Barness on behalf of Interested Party
dbarness@smhbhlaw.com

Michael Jason Barrie on behalf of Creditor Liberty Property Limited Partnership

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF SERVICE OF
## CITIMORTGAGE, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS TO AMERICAN HOME MORTGAGE SERVICING, INC. IN CONNECTION WITH CONTESTED MATTER OVER PROPOSED PURCHASER'S CURE AMOUNTS

**PLEASE TAKE NOTICE THAT** on May 2, 2009 CitiMortgage, Inc. served its

Request for Production of Documents to American Home Mortgage Servicing, Inc. in

Connection with Contested Matter Over Proposed Purchaser's Cure Amounts, and this Notice of

Service, via electronic mail upon Mark Minuti, Esquire (mminuti@saul.com) of Saul Ewing

LLP, P.O. Box 1266, Wilmington, Delaware 19899-1266.

[The remainder of this page was intentionally left blank.]

2249311

Dated:  June 17, 2009

**MORRIS JAMES LLP**

Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  (302) 888-6888
Facsimile:  (302) 571-1750
E-mail: bfallon@morrisjames.com

-and-

Andrew J. Petrie (*admitted pro hac vice*)
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, Colorado  80202-5424
Telephone:  (303) 626-7139
Facsimile:  (303) 626-7101
E-mail:  apetrie@featherstonelaw.com

*Attorneys for CitiMortgage, Inc.*

2249311

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047-CSS |
| HOLDINGS, INC., a Delaware corporation, et | ) |
| al., | ) **Docket No. 7248** |
| | ) |
| Debtors. | ) **Hearing Date:  June 5, 2009 at** |
| | ) **1:00 p.m. (EDT)** |
| | ) **Related to Docket Nos. 1711, 2166,** |
| | ) **2466, 4021, 4084 and 4738** |

**CITIMORTGAGE, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS TO
AMERICAN HOME MORTGAGE SERVICING, INC. IN CONNECTION WITH
CONTESTED MATTER OVER PROPOSED PURCHASER'S CURE AMOUNTS**

Pursuant to Fed. R. Civ. P. 34, as Bankruptcy Rules 7001, 7034, and 9014(c) make that

rule applicable to this contested matter [which contested matter arises pursuant to Docket

Nos. 1711, 2166, 2466, 4021, 4084, 4738 and 7248], and Del. Bankr. L.R. 7026-2(b) (and to the

extent applicable Del. Bankr. L.R. 7026-3), cure payment claimant CitiMortgage, Inc. submits

this request for production of documents to American Home Mortgage Servicing, Inc.

**DEFINITIONS**

A.      "AHM Servicing" shall mean American Home Mortgage Servicing, Inc., a

Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc.

B.      "CMI" shall mean CitiMortgage, Inc.

C.      "Documents" shall have the same meaning as set forth in Fed. R. Civ.

P. 34(a)(1)(A), and shall include "writings" and "recordings" as Fed. R. Evid. 1001(1) defines

those terms.

*///*

**REQUEST FOR PRODUCTION OF DOCUMENTS**

1.      All Documents that evidence, refer or otherwise relate to the loan documentation

AHM Servicing has delivered to CMI during the period beginning with the Initial Closing on

November 16, 2007 and continuing through the Final Closing on April 11, 2008, including, but

not limited to: (a) Documents showing the AHM Servicing and CMI loan numbers to which that

documentation refers; and (b) Documents that describe (by date, document name and/or

document type) the documents delivered, and identify the date on which AHM Servicing

delivered each document.

2.      All Documents that evidence, refer or otherwise relate to the involvement, if any,

of AHM Servicing, or the debtors from which it purchased servicing assets, in the debtors'

business decisions with respect to: (a) the grounds for and filing of the "Motion for an Order

Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of

Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of

Such Loans Upon Payment of Reasonable Costs and Expenses" [Docket No. 2395]; and (b) the

grounds for, any opposition to, and the continuance of the hearing on "CitiMortgage, Inc.'s

Motion to Lift the Automatic Stay and to Compel Debtors to Release Loan Documents" [Docket

No. 2155].

3.      All Documents that evidence, refer or otherwise relate to the reasons why AHM

Servicing delivered that loan documentation to CitiMortgage, and delivered it when it did

between the Initial Closing on November 16, 2007 and the Final Closing on April 11, 2008.

CMI asks that AHM Servicing produce the requested Documents within the time and in

the manner for which Fed. R. Civ. P. 34 provides, but, in all events, at the June 5, 2009 hearing.

///

Dated:  May 2, 2009

**FEATHERSTONE PETRIE DESISTO LLP**

Andrew J. Petrie (admitted *pro hac vice*)
600 Seventeenth St., Suite 2400-S
Denver, Colorado  80202-5424
Telephone:  303-626-7139
Facsimile:  303-626-7101
Email:  apetrie@featherstonelaw.com

- and -

**MORRIS JAMES LLP**

Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  302-888-6888
Facsimile:  302-571-1750
Email:  bfallon@morrisjames.com

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of May, 2009, service of the foregoing was effected by transmission via email, addressed to:

Mark Minuti
Saul Ewing LLP
P. O. Box 1266
Wilmington, Delaware  19899-1266
mminuti@saul.com

Jan Friend

- 4 -

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware corporation, | ) | Case No. 07-11047 (CSS) |
| et al., | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

----------------------------------------------------------------

**AFFIDAVIT OF JAMIE DAWSON, PARALEGAL**

| | | |
|---|---|---|
| STATE OF DELAWARE | : | |
| | : SS: | |
| NEW CASTLE COUNTY | : | |

     I, Jamie Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 17, 2009, I caused to be served:

**Notice of Service of
CitiMortgage, Inc's Request for Production of Documents to American Home Mortgage Servicing,
Inc. in Connection with Contested Matter Over Proposed Purchaser's Cure Amounts**

    Service was completed upon parties in the manner indicated thereon.

Date: June 17, 2009

                                    Jamie Dawson

SWORN AND SUBSCRIBED before me this 17th day of June, 2009

                         NOTARY

                         My commission expires:_____

**S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2012**

**VIA HAND DELIVERY**
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899