IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware corporation, | ) | Case No. 07-11047 (CSS) |
| et al., | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE       :
                        : SS:
NEW CASTLE COUNTY       :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on August 28, 2009, I caused to be served:

**CITIMORTGAGE, INC.'S MOTION TO COMPEL AHM SERVICING TO RESPOND TO TWO REQUESTS FOR PRODUCTION OF DOCUMENTS**

Service was completed upon parties on the attached list in the manner indicated thereon.

Date: August 28, 2009

_____
William Weller

SWORN AND SUBSCRIBED before me this 28th day of August, 2009.

_____
NOTARY
My commission expires: RUTH F. SALOTTO
Notary Public - State of Delaware
My Comm. Expires June 9, 2011

WWW/112908-0002/2303835/1 8/28/2009

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FACSIMILE** |
| Robert S. Brady, Esq. | Mark S. Indelicato, Esq. |
| James L. Patton, Jr., Esq. | Mark T. Power, Esq. |
| Pauline K. Morgan, Esq. | Hahn & Hessen LLP |
| Matthew B. Lunn, Esq. | 488 Madison Avenue |
| M. Blake Cleary, Esq. | New York, NY 10022 |
| Sean M. Beach, Esq. | Facsimile: (212) 478-7400 |
| Young Conaway Stargatt & Taylor, LLP | [Counsel for the Official Committee of Unsecured Creditors] |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE 19899-0391 | Stephen A. Weisbrod |
| Facsimile: (302) 571-1253 | Gilbert Oshinsky LLP |
| [Counsel to the Debtors] | 1100 New York Avenue, NW |
| | Suite 700 |
| Bonnie Glantz Fatell, Esq. | Washington, DC 20005 |
| Blank Rome LLP | Facsimile: (202) 772-3333 |
| 1201 Market Street, Suite 800 | [Counsel for the Borrowers Committee] |
| Wilmington, DE 19801 | |
| Facsimile: (302) 428-5110 | |
| [Counsel for the Official Committee of Unsecured Creditors] | |

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
[Counsel for the Borrowers Committee]

Joseph McMahon, Jr., Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
[United States Trustee]

Mark Minuti, Esq.
Lucian Murley, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
[Counsel to American Home Mortgage Servicing Inc., f/k/a AH Mortgage Acquisition Co. Inc.]