IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11

In re:                                                                  :
                                                                        :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                 :
HOLDINGS, INC., a Delaware corporation, et al.,            :   Jointly Administered
                                                                        :
        Debtors.                                                     :   **Ref. Dkt. No. 7934**
                                                                        :
                                                                        :
---------------------------------------------------------------- x

**JOINT RESERVATION OF RIGHTS REGARDING JOINT MOTION
FOR ENTRY OF ORDER AUTHORIZING, TO THE EXTENT NECESSARY,
THE USE OF THE PROCEEDS OF THE D&O POLICIES TO FUND THE
SECURITIES LITIGATION SETTLEMENT**

American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware

corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and

debtors in possession in the above cases (collectively, the "Debtors"),[1] and the Office Committee

of Unsecured Creditors (the "Committee") hereby file this reservation of rights (the "Reservation

of Rights") to the *Joint Motion for Entry of Order Authorizing, to the Extent Necessary, the Use

of Proceeds of the D&O Policies to Fund the Securities Litigation Settlement* [Docket No. 7934]

(the "Motion").[2]

        By the Motion, Lead Plaintiffs and the Settling Defendants (collectively, the

"Settling Defendants") seek Court authority to use the proceeds of the directors and officers

liability insurance policies (the "D&O Policies") to fund the Settlement related to the Securities

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc.
f/k/a American Home Mortgage Servicing, Inc. ("AHM SV"), a Maryland corporation (7267); American Home
Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited
liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak
Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Litigation filed in the United States District Court for the Eastern District of New York.  In

support of their Motion, the Settling Parties assert, among other things, that (i) the proceeds of

the D&O Policies is not property of the Debtors' estates and (ii) the primary D&O Policy

includes a priority of payments provision requiring that the Lead Plaintiffs' claims be paid before

those of other claimants.

Neither the Debtors nor the Committee oppose the relief requested by the Motion.

However, the Debtors and the Committee do not agree with the Settling Defendants' assertion

that the proceeds of the D&O Policies do not constitute property of the estate.  Accordingly, the

Debtors' and Committee's decision not to oppose the motion should not be construed to be an

admission of any facts or waiver of legal rights regarding this issue.

*Remainder of Page Left Blank By Intention*

The Debtors and the Committee hereby expressly reserve their rights, as well as the rights of any and all parties in interest, to assert that the proceeds of the D&O Policies constitute property of the estate at a subsequent time.   All parties' rights to contest such position are equally reserved.

Dated: Wilmington, Delaware
        August 31, 2009

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253


*Counsel to the Debtors and
Debtors in Possession*

BLANK ROME LLP

*/s/ David Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

        -and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Official Committee of
Unsecured Creditors*

DB02:8676337.1                                              066585.1001