IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
          Debtors.                                                       :
                                                                         : Ref. No. 7906
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 7906

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the Twenty-Second Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period May 1, 2009 through May 31, 2009 (the "Application"). The Court's docket which was last updated August 31, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than August 26, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($294,578.80) of requested fees ($368,223.50) and 100% of requested expenses ($30,169.49) on an interim basis without further Court order.

Dated: Wilmington, Delaware
      August 31, 2009

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ Margaret Whiteman Greecher
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Margaret Whiteman Greecher (No. 4652)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and
          Debtors in Possession