# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.,[1]* | Case No.  07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | |
| | **Hearing Date:  TBD** |
| | **Objection Deadline:  April 22, 2009** |

## NOTICE OF MONTHLY FEE APPLICATION AND EXPENSES INVOICE

TO: THE NOTICE PARTIES ATTACHED HERETO AS EXHIBIT 1.

PLEASE TAKE NOTICE that Bifferato LLC[2] (the "Applicant") has today filed this

Application as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for

Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the

Period of September 26, 2008 Through October 31, 2008 (the "Fee Application") with the

United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses or objections to this Fee

Application, if any, must be filed on or before **April 22, 2009, at 4:00 p.m.** (prevailing Eastern

Time) (the "Objection Deadline") Bankruptcy Court, 5th Floor, 824 Market Street, Wilmington,

Delaware 19801.

---

[1] The Debtors' in these cases, along with the last four digits of each Debtors' federal tax identification numbers are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland Corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland Corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland Corporation (7267); American Home Mortgage Corp. ("AHM Corporation"), a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware Limited Liability Company (1407); Homegate Settlement Services, Inc., a New York Corporation (7491); and Great Oak Abstract Corporation, a New York Corporation (8580).  The address for all of the Debtors' is 538 Broadhollow Road, Melville, New York  11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas  75063.

[2] Bifferato Gentilotti LLC changed its name to Bifferato LLC effective March 13, 2009.

D.I. 7225
4-2-09

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall certify in writing to the all parties who require notice that either no objection, or an objection, has been filed with the Court relative to this Notice, whichever is applicable, after which the Trustee shall pay to the Applicant an amount equal to the lesser of (i) eighty (80) percent of the fees and one-hundred (100) percent of the expenses requested in this Fee Application or (ii) eighty (80) percent of the fees and one-hundred (100) percent of the expenses not subject to an objection.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  April 2, 2009
Wilmington, Delaware

*Special Conflicts Counsel to the Official
Committee of Unsecured Creditors*

Ian Connor Bifferato (No. 3273)
Kevin G. Collins (No. 5149)
BIFFERATO LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 225-7600
(302) 254-5383 fax

# EXHIBIT 1

Alan Horn, Esq., General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Jeffrey M. Levine, Esq.
Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006

Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Victoria Counihan, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Joseph McMahon, Esq.
The Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.*,[1] <br><br> Debtors. | Case No. 07-11047 (CSS) <br><br> (Jointly Administered) <br><br> **Hearing Date: TBD** <br> **Objection Deadline: April 22, 2009** |

**FIRST MONTHLY APPLICATION OF BIFFERATO LLC[2] AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 26, 2008 THROUGH OCTOBER 31, 2008**

Authorized to provide
professional services to:        Special Conflicts Counsel to The Official Committee of Unsecured Creditors

Period for which compensation
and reimbursement is sought:        September 26, 2008 through October 31, 2008

Amount of Compensation
sought as actual, reasonable
and necessary:        $ 4,684.50

Less 20% Holdback per procedures
for interim compensation and
reimbursement of expenses        $936.90

TOTAL OF FEES        $3,747.60

---

[1] The Debtors' in these cases, along with the last four digits of each Debtors' federal tax identification numbers are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland Corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland Corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland Corporation (7267); American Home Mortgage Corp. ("AHM Corporation"), a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware Limited Liability Company (1407); Homegate Settlement Services, Inc., a New York Corporation (7491); and Great Oak Abstract Corporation, a New York Corporation (8580). The address for all of the Debtors' is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Bifferato Gentilotti LLC changed its name to Bifferato LLC effective March 13, 2009.

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary:                              $ 1,419.80

This is a(n):                           1st Monthly Fee Application

**PRIOR APPLICATION HISTORY**

| Date Filed | Period Covered | Requested | | Approved | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| Not Applicable | | | | | | |

**ATTACHMENT TO FEE APPLICATION**

| Name of Professional Person | Position | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Ian Connor Bifferato | Managing Director | 6.50 | $ 425.00 | $ 2,762.50 |
| Garvan F. McDaniel | Associate | 2.90 | $ 310.00 | $ 899.00 |
| Jennifer Randolph | Paralegal | 6.20 | $ 165.00 | $ 1,023.00 |
| | **TOTAL** | **15.60** | ********* | **$ 4,684.50** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.*,<br><br>Debtors. | Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |
| | **Hearing Date: TBD**<br>**Objection Deadline: April 22, 2009** |

**FIRST MONTHLY APPLICATION OF BIFFERATO LLC AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF <u>SEPTEMBER 26, 2008 THROUGH OCTOBER 31, 2008</u>**

Bifferato LLC ("Applicant"), as special conflicts counsel to The Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of American Home Mortgage Holdings, Inc., a Delaware Corporation, et. al. (the "Debtor"), submits its first monthly application for allowance of compensation and reimbursement of expenses for the period of September 26, 2008 through October 31, 2008 (the "Application"), and respectfully represents and alleges as follows:

### JURISDICTION

This Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

1. On August 6, 2007 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The cases are administered jointly pursuant to an Order of the Court.

2.  The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3.  On September 3, 2007, the Court entered an *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* ("Interim Compensation Order") [Docket No. 547].

**RELIEF REQUESTED**

4.  This Application is made for an allowance of compensation for professional services rendered for and on behalf of the Committee for the period of September 26, 2008 through October 31, 2008 (the "Fee Period"). In addition, Applicant seeks reimbursement of actual and necessary costs and expenses incurred during the Fee Period.

5.  Specifically, Applicant seeks an allowance of $4,684.50, less a twenty percent (20%) holdback in the amount of $936.90, for a total fee request of $3,747.60 for services rendered for the Fee Period. A detailed description of services rendered during the Fee Period is annexed hereto as **Exhibit "A"**. Applicant also seeks reimbursement of actual and necessary costs and expenses incurred during the Fee Period in the sum of $1,419.80. A schedule of disbursements incurred is annexed hereto as **Exhibit "B"**.

6.  Applicant is retained as special conflicts counsel to The Official Committee of Unsecured Creditors.

7.  Applicant has rendered professional services as special conflicts counsel to the Committee as requested and necessary and appropriate in furtherance of Committee's duties and functions in these chapter 11 cases.

8.  In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and

extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

## DISBURSEMENTS

9. Applicant incurred reasonable and necessary out-of-pocket expenses in the sum of $1,419.80 in connection with rendering legal services to the Committee during the Fee Period. A description of the expenses is set forth in **Exhibit "B"** annexed hereto. Such disbursements include postage, messenger service, photocopying, travel expenses, Federal Express and telecopy expenses. Applicant has sought to utilize the most cost efficient method of communication consistent with the necessary time constraints. Applicant's regular charge for photocopy expenses is $0.10 per page. Westlaw and Lexis charges represent computerized legal research facility charges for computer assisted research. Use of Westlaw and Lexis greatly enhances legal research and access to case law from all jurisdictions, and is cost efficient, saving substantial attorney research time. Other disbursements are itemized in the annexed schedule. These disbursements were necessary to effectively render legal services in this case.

10. Annexed hereto as **Exhibit "C"** and made part hereof is a Certification of Kevin G. Collins, Esq. submitted pursuant to Section 504 of the Bankruptcy Code.

11. During the course of this case, Applicant has incurred and paid its actual and necessary disbursements and expenses.

12. This is the Applicant's first monthly application pursuant to this Court's Order Interim Compensation Order. Applicant has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case, and there is no agreement or understanding between Applicant and any other person, other than members of the Applicant, for the sharing of compensation to be received for services rendered in this case.

WHEREFORE, Applicant respectfully requests that it be granted a first monthly allowance in the amount of $4,684.50 less a twenty percent (20%) holdback in the amount of $936.90, for a total fee request in the amount of $3,747.60 for professional services rendered to and on behalf of the Committee during the Fee Period, plus reimbursement of its actual, reasonable, and necessary expenses incurred in connection with services rendered during the Fee Period in the sum of $1,419.80, and that it be granted such other and further relief as the Court may deem just and proper.

Dated: April 2, 2009
      Wilmington, Delaware

Ian Connor Bifferato (#3273)
Kevin G. Collins (#5149)
BIFFERATO LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
302-225-7600
302-254-5383 (fax)

# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Management / Analysis | | |
| Fee Applications and Invoices- Bifferato LLC | | |
| Fee Applications and Invoices- Others | | |
| Employment and Retention Applications - Others | | |
| Pleading Review | 3.60 | $1,322.00 |
| Pleading Preparation | 3.80 | $931.50 |
| Electronic Filing/Service of Pleading | 1.30 | $214.50 |
| Committee Communication and Meetings | 4.60 | $1,369.00 |
| Other Communications | 0.30 | $49.50 |
| Mediation Preparation and Communications | | |
| Mediation Attendance | | |
| In-House Correspondence | 0.40 | $118.00 |
| Hearing Preparation | | |
| Hearing Attendance | 1.60 | $680.00 |
| Deposition Preparation | | |
| Deposition Attendance | | |
| Deposition Travel | | |
| **TOTAL** | **15.60** | **$4,684.50** |

BIFFERATO LLC
P.O. BOX 2165
WILMINGTON, DE  19899-2165
Phone (302) 225-7600 Fax (302) 254-5383
Federal Tax ID # 51-0378558

**PLEASE NOTE: Our firm name, telephone and
facsimile numbers have changed.
Our tax identification number remains the same.**

Page: 1
04/02/2009

Michael Morris, Esq.
Hennigan Bennett & Dorman
865 South Figueroa Street
Suite 2900
Los Angeles  CA  90017

Account No:    2008826-000B
Statement No:    238538

American Home Mortgage Holding

<u>Fees</u>

| | | Hours |
|---|---|---|
| **09/26/2008** | | |
| ICB | Review and finalize Response. | 0.20 |
| **09/29/2008** | | |
| JMR | Attention to retrieval and further preparation of 2002 Service List for filing. | 0.30 |
| JMR | Attention to set-up of M. Morris for telephonic appearance on Thursday, 10/2. | 0.20 |
| JMR | Attention to final preparation of Response for signature and filing. | 0.70 |
| JMR | Attention to electronic filing and service of the Response. | 0.90 |
| JMR | Ecorrespondence to M. Morris forwarding confirmation of filing response. Ecorrespondence same to A. Landis at M. Morris request. | 0.20 |
| ICB | E-correspondence with M. Morris regarding background of JP Morgan Lift Stay Motion and Response. | 0.30 |
| ICB | Review, finalize and execute Committee Response in connection with review of JP Morgan Lift Stay Motion, for filing and service. | 0.90 |
| **09/30/2008** | | |
| JMR | Retrieve and review Order Granting Omnibus Dates. | 0.20 |
| GFM | Teleconference with co-counsel regarding response, review and forward to ICB for final execution. | 0.40 |
| ICB | E-correspondence with M. Morris regarding status of Joint Prosecution Agreement and 10/2/08 Hearing. | 0.20 |
| ICB | Teleconference with M. Morris regarding background of avoidance action and factual investigation necessary and joint planning with Debtors' counsel. | 0.70 |
| JMR | Review docket and ecorrespondence to M. Morris regarding Application to Employ/Retain. | 0.20 |
| **10/01/2008** | | |
| JMR | Revise Stipulation for Joint Prosecution of Claims Against JP Morgan Chase Bank for ICB's signature. | 0.20 |
| JMR | Forward Stipulation to Debtor's counsel. | 0.10 |
| ICB | E-correspondence (multiple) with M. Morris regarding Joint Prosecution Agreement. | 0.30 |
| ICB | Pleadings Review, finalize and execute, Joint Prosecution Agreement regarding J.P. Morgan Avoidance proceedings. | 0.30 |

Michael Morris, Esq.

Account No:    2008826-000B
Statement No:    238538

American Home Mortgage Holding

| | | Hours |
|---|---|---|
| **10/02/2008** | | |
| ICB | Teleconference with M. Morris in advance of 10/2/08 Omnibus Hearing and telephone to Debtors' counsel regarding the same and expected issues to be presented at hearing. | 0.40 |
| ICB | Pleadings Review - Amended Agenda, forwarded by Debtors' counsel for 10/2/08 hearing. | 0.40 |
| ICB | Hearing - attend and participate in omnibus hearing. | 1.60 |
| **10/06/2008** | | |
| GFM | Draft retention application and declaration. | 2.10 |
| **10/13/2008** | | |
| JMR | Attention to retrieval of Notice of Deposition (JP Morgan), forward to M. Morris, and apply to calendars. | 0.30 |
| **10/16/2008** | | |
| JMR | Retrieve Administrative Order Establishing Procedures for Interim Compensation for review in preparation of BG's Employment Application. | 0.60 |
| JMR | Attention to final revisions to BG's Employment Application with Notice, Attachments, and proposed order. | 0.80 |
| **10/22/2008** | | |
| JMR | Attention to retrieval of docket report and Agenda for Hearing scheduled on 10/22 for ICB's review.  Ecorrespondence to M. Morris regarding hearing attendance. | 0.20 |
| JMR | In house conference with ICB regarding hearing on 10/22. | 0.20 |
| ICB | In house conference with JMR regarding hearing on 10/22. | 0.20 |
| ICB | Review Agenda for Hearing scheduled on 10/22. | 0.20 |
| ICB | Pleadings Review - revise and finalize BG retention application for review and execution by Committee Chair, filing and service. | 0.80 |
| **10/28/2008** | | |
| GFM | E-correspondence with co-counsel. | 0.20 |
| GFM | E-correspondence with J. Morse. | 0.20 |
| **10/29/2008** | | |
| JMR | Attention to final preparation of Notice of Particular Matters for electronic filing and service. | 0.40 |
| JMR | Attention to electronic filing and service of Notice of Particular Matters. | 0.60 |
| JMR | Ecorrespondence to co-counsel providing electronic confirmation of filing the Notice of Particular Matters. | 0.10 |
| | For Current Services Rendered | 15.60 |

4,684.50

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ian Connor Bifferato, Esq. | 6.50 | $425.00 | $2,762.50 |
| Garvan F. McDaniel | 2.90 | 310.00 | 899.00 |
| Jennifer M. Randolph | 6.20 | 165.00 | 1,023.00 |

Michael Morris, Esq.

American Home Mortgage Holding

### Expenses

| | | |
|---|---|---:|
| 09/29/2008 | Photocopies | 5.60 |
| 09/30/2008 | Print Charges | 26.60 |
| 10/22/2008 | Print Charges | 30.20 |
| 10/28/2008 | Photocopies | 0.80 |
| 10/29/2008 | Case expense costs - courier to trustee office - cert of counsel | 15.00 |
| | Total Expenses | 78.20 |

### Advances

| | | |
|---|---|---:|
| 09/30/2008 | Cost advanced on behalf of client - PARCELS Invoice #130698 - copy and postage of documents for service. | 1,331.60 |
| 09/30/2008 | Cost advanced on behalf of client - PARCELS Invoice #130773 - courier service charges to YCST and Landis. | 10.00 |
| | Total Advances | 1,341.60 |
| | Total Current Work | 6,104.30 |
| | Balance Due | $6,104.30 |

#### Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 4,684.50 | 78.20 | 1,341.60 | 0.00 | 0.00 |

**All invoices are due upon receipt.  Please remit payment at this time.**

Final Statement Run Totals 04/02/2009

| | |
|---|---:|
| Statements Printed: | 1 |
| Hours: | 15.60 |
| Fees: | 4,684.50 |
| Expenses: | 78.20 |
| Advances: | 1,341.60 |

# EXHIBIT B

**EXPENSE SUMMARY**

| Expense Category | Service Provider | Amount |
|---|---|---|
| Courier Service/Pleading & Document Service | Parcels | $1,341.60 |
| Courier Service | Bifferato LLC | $15.00 |
| Electronic Docket | Pacer Service Center | |
| Filing Fee | District Court (for BK Court Pro Hac) | |
| Photocopy Expense | Bifferato LLC | $63.20 |
| Postage Expense | Bifferato LLC | |
| Print Charges | Bifferato LLC | |
| Courier Service/Pleading & Document Service | LexisNexis | |
| **TOTAL** | ***** | **$1,419.80** |

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., a Delaware corporation, *et al.*, | Case No.  07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | |
| | **Hearing Date:  TBD**<br>**Objection Deadline:  April 22, 2009** |

## CERTIFICATION OF KEVIN G. COLLINS

Kevin G. Collins, pursuant to 28 U.S.C. § 1746, states as follows:

1.      I am a member of the law firm of Bifferato LLC, special conflicts counsel to The Official Committee of Unsecured Creditors  (the "Committee"), in the above-captioned matter.  I submit this Certification in connection with the Application of my firm for a first monthly allowance for services rendered to the Debtor during the period of September 26, 2008 through October 31, 2008.

2.      In accordance with Title 18 U.S.C. § 155 and the Rules of this Court, neither I nor any attorney of my firm has entered into any agreement, written or oral, express or implied, with the Debtors, any creditor, or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Committee.

3.      In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any attorney thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Court herein, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me, or any partner or associate of my firm.

4.    I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware and certify to the best of my knowledge and belief that this application complies with Local Rule 2016-2.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

Kevin G. Collins, Esq.(#5149)

Dated: April 2, 2009