# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.,* | Case No.  07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date:  TBD** <br> **Objection Deadline:  May 4, 2009** |

## NOTICE OF MONTHLY FEE APPLICATION AND EXPENSES INVOICE

TO: THE NOTICE PARTIES ATTACHED HERETO AS EXHIBIT 1.

PLEASE TAKE NOTICE that Bifferato LLC[1] (the "Applicant") has today filed this Application as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of November 1, 2008 Through November 31, 2008 (the "Fee Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses or objections to this Fee Application, if any, must be filed on or before **May 4, 2009, at 4:00 p.m.** (prevailing Eastern Time) (the "Objection Deadline") Bankruptcy Court, 5th Floor, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall certify in writing to the all parties who require notice that either no objection, or an objection, has been filed with the Court relative to this Notice, whichever is applicable, after which the Trustee shall pay to the Applicant an amount equal to the lesser of (i) eighty (80)

---

[1] Bifferato Gentilotti LLC changed its name to Bifferato LLC effective March 13, 2009.

D.I. 7262

percent of the fees and one-hundred (100) percent of the expenses requested in this Fee

Application or (ii) eighty (80) percent of the fees and one-hundred (100) percent of the expenses

not subject to an objection.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT

MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER

NOTICE OR HEARING.

Dated:  April 13, 2009
Wilmington, Delaware

*Special Conflicts Counsel to the Official*
*Committee of Unsecured Creditors*

Ian Connor Bifferato (No. 3273)
Kevin G. Collins (No. 5149)
BIFFERATO LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 225-7600
(302) 254-5383 fax

# EXHIBIT 1

Alan Horn, Esq., General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Jeffrey M. Levine, Esq.
Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006

Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Victoria Counihan, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Joseph McMahon, Esq.
The Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.,* | Case No.  07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date:  TBD**<br>**Objection Deadline:  May 4, 2009** |

**SECOND MONTHLY APPLICATION OF BIFFERATO LLC[1] AS SPECIAL
CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
NOVEMBER 1, 2008 THROUGH NOVEMBER 31, 2008**

| | |
|---|---|
| Authorized to provide professional services to: | Special Conflicts Counsel to The Official Committee of Unsecured Creditors |
| Period for which compensation and reimbursement is sought: | November 1, 2008 through November 31, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 586.00 |
| Less 20% Holdback per procedures for interim compensation and reimbursement of expenses | $117.20 |
| TOTAL OF FEES | $468.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 8.16 |
| This is a(n): | 2nd Monthly Fee Application |

---

[1]  Bifferato Gentilotti LLC changed its name to Bifferato LLC effective March 13, 2009.

## PRIOR APPLICATION HISTORY

| Date Filed | Period Covered | Requested | | Approved | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| **FIRST** 4/2/09 | September 26, 2008 through October 31, 2008 | $4,684.50 | $1,419.80 | $3,747.60 | $1,419.80 | |

## ATTACHMENT TO FEE APPLICATION

| Name of Professional Person | Position | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Garvan F. McDaniel | Associate | 0.40 | $ 310.00 | $ 124.00 |
| Jennifer Randolph | Paralegal | 2.80 | $ 165.00 | $ 462.00 |
| | **TOTAL** | **3.20** | ********* | **$ 586.00** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.,* | Case No.  07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date:  TBD** |
| | **Objection Deadline:  May 4, 2009** |

### SECOND MONTHLY APPLICATION OF BIFFERATO LLC[2] AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2008 THROUGH NOVEMBER 31, 2008

Bifferato LLC ("Applicant"), as special conflicts counsel to The Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of American Home Mortgage Holdings, Inc., a Delaware Corporation, et. al. (the "Debtor"), submits its second monthly application for allowance of compensation and reimbursement of expenses for the period of November 1, 2008 through November 31, 2008 (the "Application"), and respectfully represents and alleges as follows:

### JURISDICTION

This Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this proceeding and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

1.  On August 6, 2007 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The cases are administered jointly pursuant to an Order of the Court.

---

[2] Bifferato Gentilotti LLC has changed its name to Bifferato LLC effective March 13, 2009.

2.  The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3.  On September 3, 2007, the Court entered an *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* ("Interim Compensation Order") [Docket No. 547].

## RELIEF REQUESTED

4.  This Application is made for an allowance of compensation for professional services rendered for and on behalf of the Committee for the period of November 1, 2008 through November 31, 2008 (the "Fee Period"). In addition, Applicant seeks reimbursement of actual and necessary costs and expenses incurred during the Fee Period.

5.  Specifically, Applicant seeks an allowance of $586.00, less a twenty percent (20%) holdback in the amount of $117.20, for a total fee request of $468.80 for services rendered for the Fee Period. A detailed description of services rendered during the Fee Period is annexed hereto as **Exhibit "A"**. Applicant also seeks reimbursement of actual and necessary costs and expenses incurred during the Fee Period in the sum of $8.16. A schedule of disbursements incurred is annexed hereto as **Exhibit "B"**.

6.  Applicant is retained as special conflicts counsel to The Official Committee of Unsecured Creditors.

7.  Applicant has rendered professional services as special conflicts counsel to the Committee as requested and necessary and appropriate in furtherance of Committee's duties and functions in these chapter 11 cases.

8.  In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and

extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

## DISBURSEMENTS

9. Applicant incurred reasonable and necessary out-of-pocket expenses in the sum of $8.16 in connection with rendering legal services to the Committee during the Fee Period. A description of the expenses is set forth in **Exhibit "B"** annexed hereto. Such disbursements include postage, messenger service, photocopying, travel expenses, Federal Express and telecopy expenses. Applicant has sought to utilize the most cost efficient method of communication consistent with the necessary time constraints. Applicant's regular charge for photocopy expenses is $0.10 per page. Westlaw and Lexis charges represent computerized legal research facility charges for computer assisted research. Use of Westlaw and Lexis greatly enhances legal research and access to case law from all jurisdictions, and is cost efficient, saving substantial attorney research time.  Other disbursements are itemized in the annexed schedule.  These disbursements were necessary to effectively render legal services in this case.

10. Annexed hereto as **Exhibit "C"** and made part hereof is a Certification of Ian Conner Bifferato, Esq. submitted pursuant to Section 504 of the Bankruptcy Code.

11. During the course of this case, Applicant has incurred and paid its actual and necessary disbursements and expenses.

12. This is the Applicant's second monthly application pursuant to this Court's Order Interim Compensation Order. Applicant has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case, and there is no agreement or understanding between Applicant and any other person, other than members of the Applicant, for the sharing of compensation to be received for services rendered in this case.

WHEREFORE, Applicant respectfully requests that it be granted a second monthly allowance in the amount of $586.00 less a twenty percent (20%) holdback in the amount of $117.20, for a total fee request in the amount of $468.80 for professional services rendered to and on behalf of the Committee during the Fee Period, plus reimbursement of its actual, reasonable, and necessary expenses incurred in connection with services rendered during the Fee Period in the sum of $8.16, and that it be granted such other and further relief as the Court may deem just and proper.

Dated: April 13, 2009
      Wilmington, Delaware

                                     Ian Connor Bifferato (#3273)
                                     Kevin G. Collins (#5149)
                                     BIFFERATO LLC
                                     800 N. King Street, Plaza Level
                                     Wilmington, DE 19801
                                     302-225-7600
                                     302-254-5383 (fax)

# EXHIBIT A

BIFFERATO LLC
P.O. BOX 2165
WILMINGTON, DE  19899-2165
Phone (302) 225-7600 Fax (302) 254-5383
Federal Tax ID # 51-0378558

**PLEASE NOTE: Our firm name, telephone and
facsimile numbers have changed.
Our tax identification number remains the same.**

Page: 1
04/13/2009

Michael Morris, Esq.
Hennigan Bennett & Dorman
865 South Figueroa Street
Suite 2900
Los Angeles  CA  90017

Account No:        2008826-000B
Statement No:          238698

American Home Mortgage Holding

Previous Balance                                                                                              $6,104.30

<u>Fees</u>

|  |  | Hours |  |
|---|---|---|---|
| **11/04/2008** | | | |
| JMR | Attention to preparation and revision of BG's Employment Application for signature and filing. | 0.90 | |
| **11/05/2008** | | | |
| JMR | Retrieve and forward Notice of Deposition and Notice of Withdrawal to ICB/GFM for review. | 0.20 | |
| JMR | Attention to multiple changes to BG Employment Application for approval by Committee. | 0.80 | |
| JMR | Ecorrespondence (multiple) with Hahn & Hessen regarding BG Employment Application. | 0.30 | |
| GFM | Review and finalize retention application. | 0.40 | |
| JMR | Multiple ecorrespondence to and from Hahn & Hessen regarding the BG Employment Application for signature by Committee. | 0.40 | |
| **11/25/2008** | | | |
| JMR | Scan and forward ICB signature page to McGuire for filing of Stipulation. | 0.20 | |
| | For Current Services Rendered | 3.20 | 586.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Garvan F. McDaniel | 0.40 | $310.00 | $124.00 |
| Jennifer M. Randolph | 2.80 | 165.00 | 462.00 |

<u>Advances</u>

| | | |
|---|---|---|
| 11/30/2008 | Cost advanced on behalf of client - Pacer charge for electronic research and document retrieval from Court electronic case system. | 8.16 |
| | Total Advances | 8.16 |
| | Total Current Work | 594.16 |

Michael Morris, Esq.

American Home Mortgage Holding

Balance Due                                                              $6,698.46

| Fees | Expenses | Billing History Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 5,270.50 | 78.20 | 1,349.76 | 0.00 | 0.00 |

Final Statement Run Totals 04/13/2009

| | |
|---|---:|
| Statements Printed: | 1 |
| Hours: | 3.20 |
| Fees: | 586.00 |
| Advances: | 8.16 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Management / Analysis | | |
| Fee Applications and Invoices- Bifferato LLC | | |
| Fee Applications and Invoices- Others | | |
| Employment and Retention Applications - Others | 2.50 | $470.50 |
| Pleading Review | | |
| Pleading Preparation | | |
| Electronic Filing/Service of Pleading | | |
| Committee Communication and Meetings | 0.30 | $49.50 |
| Other Communications | | |
| Mediation Preparation and Communications | | |
| Mediation Attendance | | |
| In-House Correspondence | 0.40 | $66.00 |
| Hearing Preparation | | |
| Hearing Attendance | | |
| Deposition Preparation | | |
| Deposition Attendance | | |
| Deposition Travel | | |
| **TOTAL** | **3.20** | **$586.00** |

# EXHIBIT B

## EXPENSE SUMMARY

| Expense Category | Service Provider | Amount |
|---|---|---|
| Courier Service/Pleading & Document Service | Parcels | |
| Courier Service | Bifferato LLC | |
| Electronic Docket | Pacer Service Center | $8.16 |
| Filing Fee | District Court (for BK Court Pro Hac) | |
| Photocopy Expense | Bifferato LLC | |
| Postage Expense | Bifferato LLC | |
| Print Charges | Bifferato LLC | |
| Courier Service/Pleading & Document Service | LexisNexis | |
| **TOTAL** | ***** | **$8.16** |

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., a Delaware corporation, *et al.,* | Case No.  07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date:  TBD** <br> **Objection Deadline:  May 4, 2009** |

### CERTIFICATION OF IAN CONNOR BIFFERATO

Ian Connor Bifferato, pursuant to 28 U.S.C. § 1746, states as follows:

1.       I am the Managing Director of the law firm of Bifferato LLC, special conflicts counsel to The Official Committee of Unsecured Creditors (the "Committee"), in the above-captioned matter.  I submit this Certification in connection with the Application of my firm for a second monthly allowance for services rendered to the Debtor during the period of November 1, 2008 through November 31, 2008.

2.       In accordance with Title 18 U.S.C. § 155 and the Rules of this Court, neither I nor any attorney of my firm has entered into any agreement, written or oral, express or implied, with the Debtors, any creditor, or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Committee.

3.       In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any attorney thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Court herein, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me, or any partner or associate of my firm.

4.    I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware and certify to the best of my knowledge and belief that this application complies with Local Rule 2016-2.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

Ian Connor Bifferato, Esq. (#3273)

Dated: April 13, 2009