# EXHIBIT D

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Management / Analysis | 0.20 hrs | $33.00 |
| Fee Applications and Invoices- Bifferato LLC | 1.90 hrs | $313.50 |
| Employment and Retention Applications – Others | 3.60 hrs | $652.00 |
| Pleading Review | 4.80 hrs | $1,763.00 |
| Pleading Preparation | 3.80 hrs | $931.50 |
| Electronic Filing/Service of Pleading | 2.00 hrs | $330.00 |
| Committee Communication and Meetings | 6.50 hrs | $1,897.00 |
| Other Communications | 0.30 hrs | $49.50 |
| Mediation Preparation and Communications | 2.10 hrs | $685.50 |
| In-House Correspondence | 0.80 hrs | $184.00 |
| Hearing Attendance | 1.60 hrs | $680.00 |
| **TOTAL** | **27.60 hrs** | **$7,519.00** |