# EXHIBIT E

## EXPENSE SUMMARY

| Expense Category | Service Provider | Amount |
|---|---|---|
| Courier Service/Pleading & Document Service | Parcels | $3,344.35 |
| Courier Service | Bifferato LLC | $15.00 |
| Electronic Docket | Pacer Service Center | $21.12 |
| Photocopy Expense | Bifferato LLC | $142.60 |
| Postage Expense | Bifferato LLc | $18.50 |
| **TOTAL** | ***** | $3,541.57 |