# EXHIBIT F

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.,*[1] | Case No. 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. _____** |

### ORDER GRANTING FIRST INTERIM APPLICATION OF BIFFERATO LLC, AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 26, 2008 THROUGH DECEMBER 31, 2008

Bifferato LLC ("Bifferato"), having filed its First Interim Application as Special

Conflicts Counsel to the Official Committee of Unsecured Creditors, for Allowance of

Compensation of Services Rendered and Reimbursement of Expenses for the Period from

September 26, 2008 through December 31, 2008 (the "Application"); and the Court having

reviewed the Application, and the Court having been satisfied that sufficient notice of the

Application has been provided and that no other or further notice is required, and the Court

having afforded all persons with standing an opportunity to be heard on the Application at a

hearing held to consider approval of the Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

---

[1] The Debtors' in these cases, along with the last four digits of each Debtors' federal tax identification numbers are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland Corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland Corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland Corporation (7267); American Home Mortgage Corp. ("AHM Corporation"), a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware Limited Liability Company (1407); Homegate Settlement Services, Inc., a New York Corporation (7491); and Great Oak Abstract Corporation, a New York Corporation (8580). The address for all of the Debtors' is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

1.      The Application is GRANTED;

2.      Bifferato is awarded the sum of $7,519.00 and reimbursement of actual and necessary expenses of $3,541.57; for a total of $11,060.57;

4.      The Debtors are authorized and directed to pay Bifferato's interim allowance of compensation and expenses, less any amounts previously paid in connection with the compensation or expenses requested by the Application.

Dated: _____, 2009
      Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge