## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.,* | Case No.  07-11047 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:  September 21, 2009** |

## FOURTH MONTHLY APPLICATION OF BIFFERATO LLC[1] AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2009 THROUGH MARCH 31, 2009

| | |
|---|---|
| Authorized to provide professional services to: | Special Conflicts Counsel to The Official Committee of Unsecured Creditors |
| Period for which compensation and reimbursement is sought: | January 1, 2009 through March 31, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 8,161.50 |
| Less 20% Holdback per procedures for interim compensation and reimbursement of expenses | $1,632.30 |
| TOTAL OF FEES | $6,529.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 171.78 |
| This is a(n): | 4th Monthly Fee Application |

---

[1] Effective March 13, 2009, Bifferato Gentilotti changed its name to Bifferato LLC.

## PRIOR APPLICATION HISTORY

| Date Filed | Period Covered | Requested | | Approved | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| **FIRST** **4/2/09** **[D.I. 7225]** | September 26, 2008 through October 31, 2008 | $4,684.50 | $1,419.80 | $3,747.60 | $1,419.80 | 4/27/09 [D.I. 7322] |
| **SECOND** **4/13/09** **[D.I. 7262]** | November 1, 2008 through November 31, 2008 | $586.00 | $8.16 | $468.80 | $8.16 | 5/7/09 [D.I. 7348] |
| **THIRD** **4/22/09** **[D.I. 7308]** | December 1, 2009 through December 31, 2008 | $2,248.50 | $2,113.61 | $1,798.80 | $2,113.61 | 5/18/09 [D.I. 7404] |

**ATTACHMENT TO FEE APPLICATION**

| Name of Professional Person | Position | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Ian Connor Bifferato | Managing Director | 0.30 | $440.00 | $ 132.00 |
| Garvan F. McDaniel | Associate | 20.10 | $ 310.00 | $ 6,231.00 |
| Kevin Collins | Associate | 6.10 | $ 225.00 | $ 1,372.50 |
| Rachelle Schumacher | Paralegal | 0.60 | $ 200.00 | $ 120.00 |
| Jennifer Randolph | Paralegal | 1.80 | $ 170.00 | $ 306.00 |
| | **TOTAL** | **28.90** | ********* | **$ 8,161.50** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.,* | Case No. 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: September 21, 2009** |

### FOURTH MONTHLY APPLICATION OF BIFFERATO LLC[2] AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2009 THROUGH MARCH 31, 2009

Bifferato LLC ("Applicant"), as special conflicts counsel to The Official Committee of Unsecured Creditors ("the Committee"), appointed in the chapter 11 cases of American Home Mortgage Holdings, Inc., a Delaware Corporation, et. al. (the "Debtor"), submits its fourth monthly application for allowance of compensation and reimbursement of expenses for the period of January 1, 2009 through March 31, 2009 (the "Application"), and respectfully represents and alleges as follows:

#### JURISDICTION

This Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

---

[2] Effective March 13, 2009, Bifferato Gentilotti changed its name to Bifferato LLC.

## BACKGROUND

1. On August 6, 2007 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The cases are administered jointly pursuant to an Order of the Court.

2. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3. On September 3, 2007, the Court entered an *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* ("Interim Compensation Order") [Docket No. 547].

## RELIEF REQUESTED

4. This Application is made for an allowance of compensation for professional services rendered for and on behalf of the Committee for the period of January 1, 2009 through March 31, 2009 (the "Fee Period"). In addition, Applicant seeks reimbursement of actual and necessary costs and expenses incurred during the Fee Period.

5. Specifically, Applicant seeks an allowance of $8,161.50, less a twenty percent (20%) holdback in the amount of $1,632.30, for a total fee request of $6,529.20 for services rendered for the Fee Period. A detailed description of services rendered during the Fee Period is annexed hereto as **Exhibit A**. Applicant also seeks reimbursement of actual and necessary costs and expenses incurred during the Fee Period in the sum of $171.78. A schedule of disbursements incurred is annexed hereto as **Exhibit B**.

6. Applicant is retained as special conflicts counsel to The Official Committee of Unsecured Creditors.

7.  Applicant has rendered professional services as special conflicts counsel to the Committee as requested and necessary and appropriate in furtherance of Committee's duties and functions in these chapter 11 cases.

8.  In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

## DISBURSEMENTS

9.  Applicant incurred reasonable and necessary out-of-pocket expenses in the sum of $171.78 in connection with rendering legal services to the Committee during the Fee Period.  A description of the expenses is set forth in **Exhibit B** annexed hereto.  Such disbursements include postage, messenger service, photocopying, travel expenses, Federal Express and telecopy expenses. Applicant has sought to utilize the most cost efficient method of communication consistent with the necessary time constraints.  Applicant's regular charge for photocopy expenses is $0.10 per page. Westlaw and Lexis charges represent computerized legal research facility charges for computer assisted research.  Use of Westlaw and Lexis greatly enhances legal research and access to case law from all jurisdictions, and is cost efficient, saving substantial attorney research time.  Other disbursements are itemized in the annexed schedule.  These disbursements were necessary to effectively render legal services in this case.

10. During the course of this case, Applicant has incurred and paid its actual and necessary disbursements and expenses.

11. This is the Applicant's fourth monthly application pursuant to this Court's Order Interim Compensation Order.  Applicant has received no payment and no promises for payment from any

source for services rendered or to be rendered in any capacity whatsoever in connection with this case, and there is no agreement or understanding between Applicant and any other person, other than members of the Applicant, for the sharing of compensation to be received for services rendered in this case.

12. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.

WHEREFORE, Applicant respectfully requests that it be granted a fourth monthly allowance in the amount of $8,161.50 less a twenty percent (20%) holdback in the amount of $1,632.30, for a total fee request in the amount of $6,529.20 for professional services rendered to and on behalf of the Committee during the Fee Period, plus reimbursement of its actual, reasonable, and necessary expenses incurred in connection with services rendered during the Fee Period in the sum of $171.78, and that it be granted such other and further relief as the Court may deem just and proper.

Dated: September 1, 2009
      Wilmington, Delaware

BIFFERATO LLC

_____
Ian Connor Bifferato (#3273)
Thomas F. Driscoll III (#4703)
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 225-7600
Facsimile: (302) 254-5383