# EXHIBIT A

P.O. BOX 2165
WILMINGTON, DE 19899-2165
Phone (302) 225-7600 Fax (302) 254-5383
Federal Tax ID # 51-0378558

**PLEASE NOTE: Our firm name, telephone and facsimile numbers have changed.
Our tax identification number remains the same.**

Michael Morris, Esq.
Hennigan Bennett & Dorman
865 South Figueroa Street
Suite 2900
Los Angeles  CA  90017

Page: 1
09/01/2009
Account No:    2008826-000B
Statement No:       242883

American Home Mortgage Holding

Previous Balance                                                                                          $11,060.57

### Fees

|  |  |  | Hours |
|---|---|---|---|
| 01/05/2009 | GFM | Review emails finalizing mediation. | 0.30 |
|  | JMR | Attention to critical date management regarding re-noticed omnibus hearing date - from 1/27 to 1/28. | 0.10 |
| 01/13/2009 | JMR | Ecorrespondence (multiple) with J. Morse regarding changes in Hennigan's fee amount. Ecorrespondence with Debtor to advise of same and request change to proposed interim fee order. | 0.30 |
| 01/19/2009 | GFM | Finalize and execute CNO to retention, review docket to confirm no responses. | 0.20 |
|  | JMR | Attention to preparation of CNO to BG's Motion for Application. | 0.60 |
|  | JMR | Attention to electronic filing and service of the CNO. | 0.80 |
|  | GFM | Finalize and execute CNO. | 0.10 |
| 01/26/2009 | GFM | Review list of creditors. | 0.40 |
| 02/02/2009 | GFM | Review mediation statements and exhibits to prepare for mediation, telephone conference with co-counsel. | 3.10 |
|  | ICB | Ecorrespondence with M. Morris and GFM regarding 2/3 mediation. | 0.30 |
| 02/03/2009 | GFM | Prepare for and attend mediation conducted by Judge Gross. | 5.80 |
| 02/09/2009 | GFM | Hearing --attend first day of confirmation hearing. | 4.90 |
|  | RS | Assist GFM with hearing preparation including document preparation. | 0.60 |
| 02/10/2009 | GFM | Hearing ---attend second day of confirmation hearing. | 5.30 |

Case 07-11047-CSS    Doc 7992-1    Filed 09/01/09    Page 3 of 4

Michael Morris, Esq.

American Home Mortgage Holding

Page: 2
09/01/2009
Account No: 2008826-000B
Statement No: 242883

|  |  | Hours |  |
|---|---|---|---|
| 02/11/2009 KC | Attend final day of plan confirmation hearing. | 6.10 |  |
|  | For Current Services Rendered | 28.90 | 8,161.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ian Connor Bifferato, Esq. | 0.30 | $440.00 | $132.00 |
| Garvan F. McDaniel | 20.10 | 310.00 | 6,231.00 |
| Kevin Collins | 6.10 | 225.00 | 1,372.50 |
| Rachelle Schumacher | 0.60 | 200.00 | 120.00 |
| Jennifer M. Randolph | 1.80 | 170.00 | 306.00 |

Expenses

| 01/12/2009 | Photocopies | 5.10 |
|---|---|---|
| 01/19/2009 | Postage Expense | 5.90 |
| 01/19/2009 | Photocopies | 8.00 |
| 02/09/2009 | Print Charges | 106.70 |
|  | Total Expenses | 125.70 |

Advances

| 01/31/2009 | Cost advanced on behalf of client - Pacer charge for electronic research and document retrieval from Court electronic case system. | 19.60 |
|---|---|---|
| 02/28/2009 | Cost advanced on behalf of client - PACER charge for electronic research and document retrieval from Court electronic case system. | 22.32 |
| 03/31/2009 | Cost advanced on behalf of client - PACER charge for electronic research and document retrieval from Court electronic case system. | 4.16 |
|  | Total Advances | 46.08 |
|  | Total Current Work | 8,333.28 |
|  | Balance Due | $19,393.85 |

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 15,680.50 | 301.80 | 3,411.55 | 0.00 | 0.00 |

**All invoices are due upon receipt. Please remit payment at this time.**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Management / Analysis | 0.10 | $ 17.00 |
| Employment and Retention Applications - Others | 0.90 | $ 195.00 |
| Pleading Review | 0.40 | $ 124.00 |
| Electronic Filing/Service of Pleading | 0.80 | $ 136.00 |
| Other Communications | 0.30 | $ 51.00 |
| Mediation Preparation and Communications | 4.30 | $ 1,372.00 |
| Mediation Attendance | 5.20 | $ 1,612.00 |
| Hearing Preparation | 0.60 | $ 120.00 |
| Hearing Attendance | 16.30 | $ 4,534.50 |
| **TOTAL** | **28.90** | **$ 8,161.50** |