# EXHIBIT B

## EXPENSE SUMMARY

| Expense Category | Service Provider | Amount |
|---|---|---|
| Electronic Docket | Pacer Service Center | $ 46.08 |
| Photocopy Expense | Bifferato LLC | $ 13.10 |
| Postage Expense | Bifferato LLC | $ 5.90 |
| Print Charges | Bifferato LLC | $ 106.70 |
| TOTAL | ***** | $ 171.78 |