## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.,* | Case No.  07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Objection Deadline:  September 21, 2009** |

## NOTICE OF MONTHLY FEE APPLICATION AND EXPENSES INVOICE

TO: THE NOTICE PARTIES ATTACHED HERETO AS EXHIBIT 1.

PLEASE TAKE NOTICE that Bifferato LLC[1] (the "Applicant") has today filed this Application as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of January 1, 2009 Through March 31, 2009 (the "Fee Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses or objections to this Fee Application, if any, must be filed on or before **September 21, 2009, at 4:00 p.m.** (prevailing Eastern Time) ("the Objection Deadline") Bankruptcy Court, 5th Floor, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall certify in writing to the all parties who require notice that either no objection, or an objection, has been filed with the Court relative to this Notice, whichever is applicable, after which the Trustee shall pay to the Applicant an amount equal to the lesser of (i) eighty (80)

---

[1] Effective March 13, 2009, Bifferato Gentilotti LLC changed its name to Bifferato LLC.

percent of the fees and one-hundred (100) percent of the expenses requested in this Fee

Application or (ii) eighty (80) percent of the fees and one-hundred (100) percent of the expenses

not subject to an objection.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT

MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER

NOTICE OR HEARING.

Dated: September 1, 2009
      Wilmington, Delaware

                                   BIFFERATO LLC

                                   Ian Connor Bifferato (#3273)
                                   Thomas F. Driscoll III (#4703)
                                   800 N. King Street, Plaza Level
                                   Wilmington, DE 19801
                                   Telephone: (302) 225-7600
                                   Facsimile: (302) 254-5383

# EXHIBIT 1

Alan Horn, Esq., General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Jeffrey M. Levine, Esq.
Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006

Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Victoria Counihan, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Joseph McMahon, Esq.
The Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801