IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

### NOTICE OF SERVICE OF
### CITIMORTGAGE, INC.'S RESPONSES TO AMERICAN HOME MORTGAGE
### SERVICING, INC.'S FIRST REQUEST FOR PRODUCTION

**PLEASE TAKE NOTICE THAT** on August 31, 2009 counsel for CitiMortgage, Inc. served the *CitiMortgage, Inc.'s Responses to American Home Mortgage Servicing, Inc.'s First Request for Production*, and this *Notice of Service* via electronic mail and first-class mail, postage prepaid, upon counsel for the Purchaser, American Home Mortgage Servicing Inc., Mark Minuti, Esquire (mminuti@saul.com), of Saul Ewing LLP, P.O. Box 1266, Wilmington, Delaware 19899-1266.

[The remainder of this page was intentionally left blank.]

2304707

2

| | |
|---|---|
| Dated:  September 1, 2009 | **MORRIS JAMES LLP** |

**/s/ Brett D. Fallon #2480**
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  (302) 888-6888
Facsimile:   (302) 571-1750
E-mail: bfallon@morrisjames.com

-and-

Andrew J. Petrie (*admitted pro hac vice*)
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, Colorado  80202-5424
Telephone:  (303) 626-7139
Facsimile:   (303) 626-7101
E-mail:  apetrie@featherstonelaw.com

*Attorneys for CitiMortgage, Inc.*

2

2304707