IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware corporation, | ) | Case No. 07-11047 (CSS) |
| et al., | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF WILLIAM WELLER, PARALEGAL**

STATE OF DELAWARE      :
                       : SS:
NEW CASTLE COUNTY      :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on September 1, 2009, I caused to be served:

**NOTICE OF SERVICE OF
CITIMORTGAGE, INC.'S RESPONSES TO AMERICAN HOME MORTGAGE
SERVICING, INC.'S FIRST REQUEST FOR PRODUCTION**

Service was completed upon parties on the attached list in the manner indicated thereon.

Date: September 1, 2009

_____
William Weller

SWORN AND SUBSCRIBED before me this 1st day of September, 2009.

_____
NOTARY
My commission expires:_____

DEBORAH QUAINTANCE COOK
Notary Public - State of Delaware
My Comm. Expires May 11, 2011

WWW/112908-0002/2305936/1 9/1/2009

**VIA HAND DELIVERY**
Robert S. Brady, Esq.
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Matthew B. Lunn, Esq.
M. Blake Cleary, Esq.
Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Facsimile: (302) 571-1253
[Counsel to the Debtors]

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Facsimile: (302) 428-5110
[Counsel for the Official Committee of Unsecured Creditors]

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
[Counsel for the Borrowers Committee]

Joseph McMahon, Jr., Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
[United States Trustee]

Mark Minuti, Esq.
Lucian Murley, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
[Counsel to American Home Mortgage Servicing Inc., f/k/a AH Mortgage Acquisition Co. Inc.]

**VIA FIRST CLASS MAIL**
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: (212) 478-7400
[Counsel for the Official Committee of Unsecured Creditors]

Stephen A. Weisbrod
Gilbert Oshinsky LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Facsimile: (202) 772-3333
[Counsel for the Borrowers Committee]