# EXHIBIT A

MATTER:      87601-00001 AHM REGULATORY MATTERS
CURRENCY:    USD

DATE:        JULY 10, 2009

Detail by Activity

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Case Administration | | | | |
| 7/27/09 Latasha Cardona | 1.00 | 160.00 | B110 | Organized and labeled Bob Knuts AHM working files into boxes for offsite shipment. |
| ****** TOTAL CODE B110: | 1.00 | | | |
| Fee/Employment Applications | | | | |
| 7/09/09 Nicholas Mitchell | 0.40 | 154.00 | B160 | Began drafting AHM fee application. |
| 7/18/09 Nicholas Mitchell | 0.90 | 346.50 | B160 | Correspondence with A. Phillips, office of the Fee Examiner re: fee applications; transmission of previous fee applications to Fee Examiner. |
| 7/29/09 Pamela Chepiga | 0.20 | 170.00 | B160 | Attention to preparation of monthly invoice. |
| 7/30/09 Nicholas Mitchell | 0.80 | 308.00 | B160 | Revisions to June Fee app; sending same to Young Conaway. |
| ****** TOTAL CODE B160: | 2.30 | | | |
| Other Case Assessment, Development & Administration | | | | |
| 7/10/09 Nicholas Mitchell | 0.40 | 154.00 | L190 | Correspondence with S. Martinez and S. Beach re: SEC inquiry about former company employees. |
| 7/13/09 Nicholas Mitchell | 0.50 | 192.50 | L320 | Correspondence/discussion with S. Martinez of Kroll related to SEC inquiry. |
| 7/24/09 Pamela Chepiga | 0.10 | 85.00 | L190 | Telephone conference with Bob Gage re: request response. |
| 7/24/09 Pamela Chepiga | 0.10 | 85.00 | L190 | Emails with R. Knuts and C. Redlich re: status of hosted documents. |
| 7/24/09 Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with Bob Gage, counsel for S. Sakamoto, re: SEC interview and document request. |
| ****** TOTAL CODE L190: | 1.30 | | | |

Page 1

Page 2

MATTER:    87601-00001 AHM REGULATORY MATTERS
CURRENCY:  USD

DATE:      JULY 10, 2009

| Summary by Activity Code | Hours | Amount |
|---|---|---|
| (B110) Case Administration | 1.00 | $160.00 |
| (B160) Fee/Employment Applications | 2.30 | $978.50 |
| (L190) Other Case Assessment, Development & Administration | 1.30 | $686.50 |
| GRAND TOTAL | 4.60 | $1825.00 |

# EXHIBIT B

# EXHIBIT B

## Summary of Expenses Incurred
(July 1, 2009 – July 31, 2009) [1]

| Date Incurred | Expense | Amount |
|---|---|---|
| 6/30/09 | E-Discovery | $4,729.12 |
| 6/30/09 | E-Discovery | $4,222.50 |
| 7/06/09 | Telephone Charge for Court Conference Call | $37.50 |
| 7/07/09 | Document Reproduction | $1.50 |
| 7/07/09 | Document Reproduction | $1.30 |
| 7/07/09 | Document Reproduction | $3.00 |
| 7/07/09 | Document Reproduction | $3.10 |
| 7/13/09 | Telephone Charges | $0.09 |
| 7/18/09 | Document Reproduction | $2.90 |
| 7/18/09 | Document Reproduction | $2.40 |
| 7/28/09 | Document Reproduction | $1.40 |
| 7/28/09 | Document Reproduction | $1.40 |
| 7/28/09 | Document Reproduction | $1.40 |
| 7/28/09 | Document Reproduction | $1.40 |
| 7/29/09 | Document Reproduction | $2.60 |
| 7/30/09 | Document Reproduction | $1.40 |
| 7/30/09 | Document Reproduction | $1.40 |
| 7/30/09 | Document Reproduction | $1.10 |
| 7/30/09 | Document Reproduction | $1.30 |
| 7/30/09 | E-Discovery | $7,029.12 |
| 7/30/09 | Telephone Charges | $0.36 |
| 7/31/09 | Telephone Charges | $0.09 |
| | **TOTAL** | **$16,046.38** |

---

[1] Expenses for dates prior to July 1, 2009 have not been previously submitted to the Court, and reflect that the invoices for such expenses were only finalized in July.