# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Management / Analysis | 0.10 hrs | $17.00 |
| Employment and Retention Applications – Others | 0.90 hrs | $195.00 |
| Pleading Review | 0.40 hrs | $124.00 |
| Electronic Filing/Service of Pleading | 0.80 hrs | $136.00 |
| Other Communications | 0.30 hrs | $51.00 |
| Mediation Preparation and Communications | 4.30 hrs | $1,372.00 |
| Mediation Attendance | 5.20 hrs | $1,612.00 |
| Hearing Preparation | 0.60 hrs | $120.00 |
| Hearing Attendance | 16.30 hrs | $4,534.50 |
| **TOTAL** | **28.90 hrs** | **$8,161.50** |