# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category | Service Provider | Amount |
|---|---|---|
| Electronic Docket | Pacer Service Center | $46.08 |
| Photocopy Expense | Bifferato LLC | $13.10 |
| Postage Expense | Bifferato LLC | $5.90 |
| Print Charges | Bifferato LLC | $106.70 |
| **TOTAL** | ***** | **$171.78** |