IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | |
| *et al.*[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 7764** |

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 7764

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Application for Order Authorizing the Employment of Ferry, Joseph & Pearce, P.A., as Special Conflicts Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to July 6, 2009 (the "Application") has been received. The Court's docket which was last updated on September 2, 2009, reflects that no objections to the application have been filed. Objections to the Application were to be filed and served no later than September 1, 2009 at 4:00 p.m. (EST).

It is hereby respectfully requested that the order attached to the application be entered at the earliest convenience of the Court.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Rick S. Miller
Rick S. Miller (No. 3418)
Steven G. Weiler (No. 4934)
824 Market Street, Suite 1000
P. O. Box 1351
Wilmington, DE 19899
(302) 575-1555

Dated: September 2, 2009    Proposed Delaware Special Conflicts Counsel for the Official Committee of Unsecured Creditors

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.