Case 07-11047-CSS    Doc 7997-2    Filed 09/02/09    Page 1 of 1

# Notice Recipients

District/Off: 0311−1          User: Leslie                         Date Created: 9/2/2009
Case: 07−11047−CSS            Form ID: ntcBK                       Total: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          Quantum
                                                                                    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee         USTPREGION03.WL.ECF@USDOJ.GOV
                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          American Home Mortgage Holdings, Inc.         538 Broadhollow Road          Melville, NY 11747
aty         Curtis J Crowther       Young, Conaway, Stargatt &Taylor       The Brandywine Building        1000 West Street, 17th Floor        P.O. Box 391        Wilmington, DE 19899−0391
aty         Donald J. Bowman, Jr.       Young, Conaway, Stargatt &Taylor       1000 West Street       17th Floor        Wilmington, DE 19801
aty         Edward J. Kosmowski       Young, Conaway, Stargatt &Taylor       1000 West Street, 17th Floor       PO Box 391        Wilmington, DE 19899
aty         Edwin J. Harron       Young, Conaway, Stargatt &Taylor       The Brandywine Building       1000 West Street, 17th Floor        PO Box 391        Wilmington, DE 19899−0391
aty         Erin Edwards       Young, Conaway, Stargatt &Taylor       The Brandywine Building       17th Floor       1000 West Street        Wilmington, DE 19801
aty         Joel A. Waite       Young, Conaway, Stargatt &Taylor       The Brandywine Bldg.       1000 West Street, 17th Floor        PO Box 391        Wilmington, DE 19899−0391
aty         Kara Hammond Coyle       Young Conaway Stargatt &Taylor LLP       1000 West St., 17th Floor        Brandywine Building       Wilmington, DE 19801
aty         Kenneth J. Enos       Young, Conaway, Stargatt &Taylor       1000 West Street       17th Floor        Wilmington, DE 19801
aty         Margaret Whiteman Greecher       Young, Conaway, Stargatt &Taylor       1000 West Street       17th Floor        Wilmington, DE 19801
aty         Matthew Barry Lunn       Young, Conaway, Stargatt &Taylor       The Brandywine Building, 17th Floor       1000 West Street       PO Box 391       Wilmington, DE 19899
aty         Nathan D. Grow       Young Conaway Stargatt &Taylor, LLP       The Brandywine Bldg.       17th Floor        Wilmington, DE 19801−0391
aty         Patrick A. Jackson       Young Conaway Stargatt &Taylor, LLP       The Brandywine Bldg 17th Fl,1000 West St        Wilmington, DE 19801
aty         Pauline K. Morgan       Young, Conaway, Stargatt &Taylor       1000 West Street, 17th Floor       PO Box 391        Wilmington, DE 19899−0391
aty         Quinn Emanuel       Quinn Emanuel Urquhart Oliver &Hedges
aty         Robert S. Brady       Young, Conaway, Stargatt &Taylor       The Brandywine Bldg.       1000 West Street, 17th Floor        PO Box 391       Wilmington, DE 19899−0391
aty         Ryan M. Bartley       Young Conaway Stargatt &Taylor, LLP       The Brandywine Building       1000 West Street       17th Fl.        Wilmington, DE 19801
aty         Sean Matthew Beach       Young, Conaway, Stargatt &Taylor       The Brandywine Building, 17th Floor       1000 West Street       PO Box 391       Wilmington, DE 19899
aty         Sharon M Zieg       Young, Conaway, Stargatt &Taylor       The Brandywine Bldg., 17th Floor       1000 West Street       PO Box 391       Wilmington, DE 19899
aty         Travis N. Turner       Young Conaway Stargatt &Taylor, LLP       The Brandywine Bldg., 17th Fl.       1000 West Street        Wilmington, DE 19801
                                                                                    TOTAL: 20