IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | |
| *et al.*[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. _____ |

**ORDER AUTHORIZING THE EMPLOYMENT OF
FERRY, JOSEPH & PEARCE, P.A. AS SPECIAL CONFLICTS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, *NUNC PRO TUNC* AS OF JULY 6, 2009**

Upon review and consideration of the "Application for Order Authorizing the Employment of Ferry, Joseph & Pearce, P.A. as Delaware Special Conflicts Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* as of July 6, 2009" (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") seeking entry of an order pursuant to sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure authorizing and approving the employment and retention of Ferry, Joseph & Pearce, P.A. ("FJ&P") as special conflicts counsel to the Committee; and upon consideration of the Application and the Court being satisfied that FJ&P represents no interest adverse to the Committee with respect to the matters upon which it is to be engaged, and that the employment of FJ&P is necessary and in the best interest of the Committee and the Debtors' general unsecured creditors; and it appearing

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

that due notice of the Application having been given; and that no other or further notice need be given; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED that, in accordance with sections 328 and 1103 of the Bankruptcy Code, the Committee is hereby authorized to employ and retain FJ&P as Delaware special conflicts counsel upon the terms and conditions set forth in the Application and the Retainer Agreement, effective as of July 6, 2009.

Dated: Wilmington, Delaware
       September 2, 2009

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2