## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
AMERICAN HOME MORTGAGE                                   :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                          :
a Delaware corporation, et al.,¹                         :   Jointly Administered
                                                        :
         Debtors.                                       :   Ref. Docket No.: ____
                                                        :
------------------------------------------------------- x
```

## ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE FOR AN ORDER AUTHORIZING AND DIRECTING THE FILING UNDER SEAL OF THE SUPPLEMENTAL DECLARATION OF EILEEN WANERKA IN SUPPORT OF DEBTORS' THIRTEENTH, FIFTEENTH, NINETEENTH, TWENTY-FIRST, TWENTY-FIFTH, THIRTY-FIRST, THIRTY-FIFTH, AND THIRTY-SEVENTH OMNIBUS OBJECTIONS TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the motion (the "Motion") of the above-captioned debtors

and debtors in possession (the "Debtors") for entry of an order providing that the applicable

notice period for the *Debtor's Motion Pursuant to Section 107(b) of the Bankruptcy Code for an*

*Order Authorizing and Directing the Filing Under Seal of the Supplemental Declaration of*

*Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-*

*Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to*

*Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-*

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

*1* (the "Seal Motion")[2] be shortened pursuant to Rule 9006-1(e) of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"); and the Court having determined that granting the relief requested

by the Motion is in the best interest of the Debtors, their estates and Claimants; and it appearing

that due and adequate notice of this Motion and the Seal Motion has been given, and that no

other or further notice need be given; and after due deliberation and sufficient cause appearing

therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that a hearing on the Seal Motion will be held on September 8, 2009

at 10:00 a.m. (ET) prior to the start of the hearing in connection with the Objections; and it is

further

ORDERED that any responses to the Seal Motion must be made at such hearing;

and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising

from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_____9/3_____, 2009

Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] All capitalized terms included but not defined herein shall have the meaning ascribed to such terms in the Seal Motion.