# EXHIBIT A

## Exhibit A
### Duplicative Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10594 | 12/9/08 | 07-11047 | $4,427.08 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,427.08 (T) | 10591 | 12/11/08 | 07-11047 | $4,427.08 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,427.08 (T) |
| LAVAN, EILEEN M<br>165 CROWELL STREET<br>HEMPSTEAD, NY 11550 | 10710 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$6,041.25 (P)<br>- (U)<br>$6,041.25 (T) | 4052 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$6,041.25 (P)<br>- (U)<br>$6,041.25 (T) |
| Totals: | 2 Claims | | | $4,427.08 (S)<br>- (A)<br>$6,041.25 (P)<br>- (U)<br>$10,468.33 (T) | | | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B
### Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 2904 | 11/20/07 | 07-11047 | $5,083.50 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,083.50 (T) | 10374 | 4/29/08 | 07-11047 | $1,813.51 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,813.51 (T) |
| MARTIN COUNTY, FLORIDA<br>LARRY C. OSTEEN<br>MARTIN COUNTY TAX COLLECTOR<br>3485 SE WILLOUGHBY BLVD.<br>STUART, FL 34894 | 2104 | 11/13/07 | 07-11051 | $1,516.15 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,516.15 (T) | 2884 | 11/14/07 | 07-11051 | $1,516.15 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,516.15 (T) |
| PHELAN HALLINAN & SCHMIEG, LLP<br>ATTN JUDITH T ROMANO, ESQUIRE<br>1617 JOHN F KENNEDY BLVD<br>SUITE 1400<br>PHILADELPHIA, PA 19103 | 2959 | 11/21/07 | 07-11051 | * (S)<br>- (A)<br>- (P)<br>$7,370.44 (U)<br>$7,370.44 (T) | 5560 | 12/14/07 | 07-11050 | * (S)<br>- (A)<br>- (P)<br>$10,419.00 (U)<br>$10,419.00 (T) |
| Totals: | 3 Claims | | | $6,599.65 (S)<br>- (A)<br>- (P)<br>$7,370.44 (U)<br>$13,970.09 (T) | | | | $3,329.66 (S)<br>- (A)<br>- (P)<br>$10,419.00 (U)<br>$13,748.66 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Exhibit C**

**Wrong Debtor Claims**

| | | | Objectionable Claims | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| AMERICAN EXPRESS BANK, FSB ATTN, SANRDA K CURTIN, ESQ C/O BECKET & LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | 5255 | 12/11/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$198,933.87 (U)<br>$198,933.87 (T) | 07-11051 |
| ZINTER, CONNIE L 2149 N 128TH ST SEATTLE, WA 98133 | 2488 | 11/19/07 | No Case | - (S)<br>- (A)<br>$1,012.50 (P)<br>- (U)<br>$1,012.50 (T) | 07-11051 |
| Totals: | | 2 Claims | | - (S)<br>- (A)<br>$1,012.50 (P)<br>$198,933.87 (U)<br>$199,946.37 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Exhibit D**

**Satisfied Claim**

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 37 | 8/21/07 | 07-11050 | $3,862.04 | (S)<br>- (A)<br>- (P)<br>- (U) | Claim relates to unpaid real estate taxes for the years 2006 and 2007. Debtor paid the 2006 taxes in August 2007 and the 2007 taxes in December 2007. Debtor verified payment of these taxes on the Tarrant County website. |
| | | | | $3,862.04 | (T) | |
| **Totals:** | **1 Claim** | | | **$3,862.04** | **(S)** | |
| | | | | | **- (A)** | |
| | | | | | **- (P)** | |
| | | | | | **- (U)** | |
| | | | | **$3,862.04** | **(T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

DB02:8567063.1

066585.1001

## Exhibit E
### Late Filed Claims

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| ADAMS COUNTY TREASURER<br>450 9 4TH AVENUE<br>BRIGHTON, CO 80601 | 10721 | 5/19/09 | 07-11047 | $4,457.77 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,457.77 (T) | 2/4/2008 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O ELENA P. LAZAROU, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | 10172 | 4/2/08 | 07-11047 | $1,003.75 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,003.75 (T) | 1/11/2008 |
| KEY EQUIPMENT FINANCE, INC.<br>ATTN RITA ROBLES<br>1000 S. MCCASLIN BLVD<br>SUPERIOR, CO 80027 | 9626 | 1/15/08 | 07-11047 | $34,626.96 (S)<br>- (A)<br>- (P)<br>- (U)<br>$34,626.96 (T) | 1/11/2008 |
| Totals: | 3 Claims | | | $40,088.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$40,088.48 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.