IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE | : Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : |
| Corporation, <u>et al.</u>,[1] | : (Jointly Administered) |
| | : |
| | : RE: Docket Nos. 7317 and 7497 |
| Debtors. | |

## CERTIFICATE OF NO OBJECTION TO SECOND MONTHLY APPLICATION OF HENNIGAN, BENNETT & DORMAN LLP (RE: DKT. NO. 7317)

The undersigned hereby certifies that, other than the *Final Fee Examiner Fee Report Letter Regarding the Second Monthly Application of Hennigan, Bennett & Dorman LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for the Period From November 1, 2008 Through February 29, 2009 [Docket No. 7497]* (the "Fee Examiner Letter"), as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Second Monthly Application of Hennigan, Bennett & Dorman LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for the Period From November 1, 2008 Through February 29, 2009 [Docket No. 7317]* (the "Application") filed on April 24, 2009. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application,

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

757593

other than the Fee Examiner Letter, appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than May 14, 2009.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code, dated September 3, 2007 [Docket No. 547] and the Fee Examiner Letter, the Debtors are authorized to pay Hennigan, Bennett & Dorman LLP $51,548.17, which represents 80% of the fees requested ($61,528.50), as adjusted pursuant to the Fee Examiner Letter, and $2,325.37 which represents 100% of the expenses requested in the Application for the period of November 1, 2008 through February 28, 2009 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: Wilmington, Delaware
September 4, 2009

FERRY, JOSEPH & PEARCE, P.A.

/s/ Rick S. Miller
Rick S. Miller (No. 3418)
Steven G. Weiler (No. 4934)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19801
Telephone: (302) 575-1555

-and-

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
Michael A. Morris
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone: (213) 694-1200

*Special Conflicts Counsel to the
Official Committee of Unsecured Creditors*