## CERTIFICATE OF SERVICE

    I, Rick S. Miller, Esquire, hereby certify that on September 4, 2009, one copy of the foregoing **Certificate of No Objection to Second Monthly Application of Hennigan, Bennett & Dorman LLP (Re: Docket No. 7317)** was served on the following parties in the manner indicated:

**BY HAND DELIVERY**

James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Victoria W. Counihan, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801

**BY FIRST-CLASS U.S. MAIL**

Alan Horn, Esq., General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Jeffrey M. Levine, Esq.
Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

    Upon penalty of perjury I declare that the foregoing is true and correct.

    /s/Rick S. Miller
    Rick S. Miller (No. 3418)