**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| American Home Mortgage Holdings, Inc., *et al*., [1] | : Case No. 07-11047 (CSS) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Re: Docket No. 7948** |
| | : |

**CERTIFICATE OF NO OBJECTION TO JOINT MOTION OF THE DEBTORS AND
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER
APPROVING THE SETTLEMENT AND COMPROMISE WITH FORMER OFFICERS
AND DIRECTORS OF AHM INVESTMENT [DKT. NO. 7948]**

I, *Victoria A. Guilfoyle*, hereby certify as follows:

1. The **Joint Motion Of The Debtors And Official Committee Of Unsecured Creditors For Entry Of An Order Approving The Settlement And Compromise With Former Officers And Directors Of AHM Investment** (the *"Motion"*) was filed on August 13, 2009 and docketed at Docket Number 7948. Objections to the Motion, if any, were to be filed and served on the undersigned on or before September 1, 2009.

2. The undersigned certifies that she has caused a review of the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon and that she has not received any answer, objection or other responsive pleading to the Motion.

---

1  The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/40183692v.1

- 2 -

3.   Accordingly, the undersigned respectfully requests that the Court enter an order approving the Motion substantially in the form attached thereto at its earliest convenience.

Dated:   September 4, 2009

BLANK ROME LLP

*/s/ Victoria A. Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:   (302) 425-6464

-and

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, New York 10022
Telephone:   (212) 478-7200
Facsimile:   (212) 478-7400

*Counsel for the Official Committee of Unsecured Creditors*

128189.01600/40183692v.1