## VERIFICATION

STATE OF CALIFORNIA        )
                           ) SS:
COUNTY OF SAN MATEO        )

Joshua D. Morse, after being duly sworn according to law, deposes and says:

a) I am an associate with the applicant firm, Hennigan, Bennett & Dorman LLP, and have been admitted to the Bar of the State of California since 2000.

b) I have personally performed many of the legal services rendered by Hennigan, Bennett & Dorman LLP as special conflicts counsel to the Official Committee of Unsecured Creditors (collectively, the "Committee"), and am thoroughly familiar with all other work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_____
Joshua D. Morse

SWORN AND SUBSCRIBED before me
this 4th day of September, 2009.

_____
Notary Public
My Commission Expires: 25 June 012

CHRISTINE CHOP
Commission #1803869
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My commission expires June 25, 2012

757002