# EXHIBIT A

757002

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 9/3/2009

PROFESSIONAL SERVICES RENDERED

| Description | Amount |
| --- | ---: |
| 0010 - Case Administration | 68.00 |
| 0040 - Fee/Employment Application | 1,542.00 |
| 0050 - Fee/Employment Objections | 3,005.00 |
| 0120 - Litigation | 94,172.00 |
| TOTAL: | $98,787.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 9/3/2009

TIMEKEEPER SUMMARY

<u>0010 - Case Administration</u>

| Name | Hours | Amount |
|------|-------|--------|
| Jeanne E. Irving | 0.10 | $68.00 |
| TOTALS:  0010 - Case Administration | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 9/3/2009

<u>0010 - Case Administration</u>

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/24/2009 | Jeanne E. Irving | Review email from Mike Morris re status of collection of documents. | 0.10 | $68.00 |
| TOTALS:  0010 - Case Administration | | | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

0040 - Fee/Employment Application

| Name | Hours | Amount |
|------|-------|--------|
| Joshua D. Morse | 2.00 | $1,010.00 |
| Michael Morris | 0.70 | $532.00 |
| TOTALS:  0040 - Fee/Employment Application | 2.70 | $1,542.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 9/3/2009

0040 - Fee/Employment Application

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 4/8/2009 | Michael Morris | Telephone conference with Mr. Miller regarding local counsel. | 0.40 | $304.00 |
| 4/8/2009 | Michael Morris | Draft email correspondence to Mr. Miller regarding local counsel egagement. | 0.10 | $76.00 |
| 4/9/2009 | Michael Morris | Analysis of email correspondence from Mr. Miller. | 0.20 | $152.00 |
| 4/23/2009 | Joshua D. Morse | Review final invoice for fee application. | 0.40 | $202.00 |
| 4/23/2009 | Joshua D. Morse | Draft monthly fee application. | 0.40 | $202.00 |
| 4/23/2009 | Joshua D. Morse | Review and revise monthly fee application. | 0.30 | $151.50 |
| 4/24/2009 | Joshua D. Morse | Coordinate filing and service of monthly fee application. | 0.50 | $252.50 |
| 4/24/2009 | Joshua D. Morse | Review and revise fee application. | 0.40 | $202.00 |
| TOTALS:  0040 - Fee/Employment Application | | | 2.70 | $1,542.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 9/3/2009

<u>0050 - Fee/Employment Objections</u>

| Name | Hours | Amount |
|---|---|---|
| Joshua D. Morse | 5.80 | $2,929.00 |
| Michael Morris | 0.10 | $76.00 |
| TOTALS:  0050 - Fee/Employment Objections | 5.90 | $3,005.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

<u>0050 - Fee/Employment Objections</u>

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 6/2/2009 | Joshua D. Morse | Analysis of fee auditor letter. | 0.50 | $252.50 |
| 6/2/2009 | Joshua D. Morse | Analysis of entries subject to fee auditor letter. | 0.50 | $252.50 |
| 6/2/2009 | Joshua D. Morse | Telephone conference (vmm) with Ms. Phillips regarding fee auditor letter. | 0.10 | $50.50 |
| 6/2/2009 | Joshua D. Morse | Draft response to fee auditor letter. | 1.30 | $656.50 |
| 6/2/2009 | Joshua D. Morse | Review and revise response to fee auditor letter. | 0.80 | $404.00 |
| 6/2/2009 | Joshua D. Morse | Draft transmittal letter to accompany response to fee auditor letter. | 0.40 | $202.00 |
| 6/4/2009 | Joshua D. Morse | Review response to opposition to fee auditor letter; transmit same to Mr. Morris via e-mail. | 0.50 | $252.50 |
| 7/28/2009 | Michael Morris | Review fee examiner questions. | 0.10 | $76.00 |
| 7/28/2009 | Joshua D. Morse | Trade emails with internal group regarding fee examiner expense issues. | 0.20 | $101.00 |
| 7/30/2009 | Joshua D. Morse | Trade emails with internal group regarding fee examiner expense issues. | 0.50 | $252.50 |
| 7/31/2009 | Joshua D. Morse | Analysis of request from Fee Examiner for additional information justifying expenses and information responsive to such request. | 0.60 | $303.00 |
| 7/31/2009 | Joshua D. Morse | Review and respond to email correspondence from Ms. Phillips regarding request for additional information justifying expenses. | 0.20 | $101.00 |
| 7/31/2009 | Joshua D. Morse | Trade emails with Mr. Morris regarding Fee Examiner request for additional information justifying expenses. | 0.20 | $101.00 |

| | | | Hours | Fees |
|---|---|---|---|---|
| TOTALS:  0050 - Fee/Employment Objections | | | 5.90 | $3,005.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 9/3/2009

0120 - Litigation

| Name | Hours | Amount |
|---|---|---|
| Jeanne E. Irving | 65.90 | $44,812.00 |
| Joshua D. Morse | 54.40 | $27,472.00 |
| Michael Morris | 28.80 | $21,888.00 |
| TOTALS:  0120 - Litigation | 149.10 | $94,172.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 9/3/2009

## 0120 - Litigation

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/10/2009 | Michael Morris | Draft email correspondence to Mr. Beach regarding documents. | 0.20 | $152.00 |
| 3/18/2009 | Michael Morris | Trade emails with Mr. Beach regarding documents from Servicing and conference call regarding same. | 0.30 | $228.00 |
| 3/19/2009 | Michael Morris | Trade emails with Mr. Beach regarding expenses for documents, prior agreement, and JPM share. | 0.20 | $152.00 |
| 3/20/2009 | Michael Morris | Draft email correspondence to Ms. Irving regarding case status. | 0.20 | $152.00 |
| 3/20/2009 | Michael Morris | Trade emails with Mr. Beach regarding Servicing documents. | 0.20 | $152.00 |
| 3/23/2009 | Michael Morris | Draft email correspondence with Messrs. Beach and McGuire regarding Servicing documents. | 0.20 | $152.00 |
| 3/24/2009 | Michael Morris | Trade email with Mr. Beach regarding payment of Servicing expenses. | 0.30 | $228.00 |
| 3/25/2009 | Michael Morris | Trade emails with Mr. Beach regarding document request to Servicing. | 0.50 | $380.00 |
| 3/31/2009 | Michael Morris | Telephone conference with Messrs. Power and Bifferato regarding conflict waiver. | 0.30 | $228.00 |
| 4/6/2009 | Michael Morris | Analysis of email correspondence from Mr. Bifferato regarding conflict. | 0.30 | $228.00 |
| 4/7/2009 | Michael Morris | Draft email to Mr. Beach regarding status of plan. | 0.10 | $76.00 |
| 4/7/2009 | Michael Morris | Draft email correspondence to Mr. Morse and Ms. Irving regarding status of plan and complaint. | 0.20 | $152.00 |
| 4/8/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding local counsel. | 0.10 | $68.00 |
| 4/23/2009 | Jeanne E. Irving | Review email regarding documents available for review and review documents; telephone call with Mr. Morris regarding status. | 0.40 | $272.00 |
| 4/24/2009 | Michael Morris | Draft email correspondence to Ms. Irving regarding status. | 0.20 | $152.00 |
| 5/12/2009 | Michael Morris | Draft email correspondence to Mr. Beach regarding status of plan and Servicing issues. | 0.20 | $152.00 |
| 5/14/2009 | Michael Morris | Draft email correspondence to Miller regarding status. | 0.10 | $76.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/29/2009 | Michael Morris | Draft email correspondence to Mr. Beach regarding status of litigation. | 0.20 | $152.00 |
| 6/29/2009 | Michael Morris | Review and revise JPM Complaint in preparation for finalization and potential filing. | 0.50 | $380.00 |
| 6/29/2009 | Michael Morris | Draft email correspondence to Mr. Bennett and Ms. Irving regarding status and revised complaint. | 0.10 | $76.00 |
| 6/29/2009 | Joshua D. Morse | Review draft JPMorgan complaint. | 0.80 | $404.00 |
| 6/29/2009 | Joshua D. Morse | Telephone conference with Mr. Morris regarding JPMorgan complaint. | 0.30 | $151.50 |
| 6/30/2009 | Joshua D. Morse | Review and revise JPMorgan complaint. | 1.80 | $909.00 |
| 6/30/2009 | Joshua D. Morse | Review data supporting claims in JPMorgan complaint. | 1.40 | $707.00 |
| 6/30/2009 | Joshua D. Morse | Draft e-mail correspondence to Mr. Morris regarding open JPMorgan complaint issues. | 0.20 | $101.00 |
| 6/30/2009 | Joshua D. Morse | Draft e-mail correspondence to internal group transmitting revised JPMorgan complaint. | 0.10 | $50.50 |
| 7/1/2009 | Jeanne E. Irving | Review and revise draft complaint and review Mr. Morse's most recent comments on same. | 1.90 | $1,292.00 |
| 7/1/2009 | Jeanne E. Irving | Review and analyze memorandum summarizing claims, defenses, status and strategy. | 1.80 | $1,224.00 |
| 7/1/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding comments on complaint. | 0.10 | $68.00 |
| 7/1/2009 | Jeanne E. Irving | Review order regarding sale of JP Morgan Collateral. | 0.30 | $204.00 |
| 7/1/2009 | Jeanne E. Irving | Review JP Morgan amended Credit Agreement. | 0.30 | $204.00 |
| 7/1/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding status of case and revisions to complaint. | 0.30 | $204.00 |
| 7/1/2009 | Michael Morris | Telephone conference with Ms. Irving regarding status of case and revisions to complaint. | 0.30 | $228.00 |
| 7/2/2009 | Jeanne E. Irving | Review and analyze JP Morgan's mediation brief. | 0.20 | $136.00 |
| 7/2/2009 | Michael Morris | Draft email correspondence to Mr. Power regarding JPM litigation. | 0.20 | $152.00 |
| 7/2/2009 | Michael Morris | Draft email correspondence to Ms. Irving regarding mediation statement and standing issue. | 0.30 | $228.00 |
| 7/2/2009 | Michael Morris | Review stipulation regarding standing. | 0.40 | $304.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/3/2009 | Jeanne E. Irving | Review electronic correspondence from Mr. Morris regarding stipulation regarding creditors' committee's ability to pursue claims. | 0.10 | $68.00 |
| 7/3/2009 | Jeanne E. Irving | Draft email to Mr. Morris regarding plan and review response regarding plan and trust agreement. | 0.10 | $68.00 |
| 7/3/2009 | Michael Morris | Draft email correspondence to Mr. Power regarding documents from Servicing. | 0.20 | $152.00 |
| 7/3/2009 | Michael Morris | Draft email correspondence to Mr. Beach regarding call and Servicing. | 0.30 | $228.00 |
| 7/3/2009 | Michael Morris | Draft email correspondence to Ms. Irving regarding AHM plan and related documents. | 0.20 | $152.00 |
| 7/3/2009 | Joshua D. Morse | Review multiple emails from Mr. Morris regarding avoidance action stipulation negotiations. | 0.40 | $202.00 |
| 7/3/2009 | Joshua D. Morse | Review comments to avoidance action stipulation from Mr. Morris. | 0.30 | $151.50 |
| 7/3/2009 | Joshua D. Morse | Confirm standing to prosecute avoidance action pursuant to plan and confirmation order. | 0.70 | $353.50 |
| 7/5/2009 | Jeanne E. Irving | Legal research regarding substitution of plaintiffs. | 0.50 | $340.00 |
| 7/6/2009 | Jeanne E. Irving | Review and respond to various e-mails from Messrs. Morris and Morse regarding preparation of complaint and conference call regarding same. | 0.10 | $68.00 |
| 7/6/2009 | Jeanne E. Irving | Review and analyze plan and trust agreement. | 0.80 | $544.00 |
| 7/6/2009 | Jeanne E. Irving | Legal research regarding real party in interest and substitution of plaintiff. | 3.60 | $2,448.00 |
| 7/6/2009 | Jeanne E. Irving | Attend conference call with internal team regarding JPMorgan complaint and next steps. | 0.50 | $340.00 |
| 7/6/2009 | Michael Morris | Attend conference call with internal team regarding JPMorgan complaint and next steps. | 0.50 | $380.00 |
| 7/6/2009 | Michael Morris | Draft email correspondence to Mr. Miller regarding status of litigation and prepare for filing. | 0.20 | $152.00 |
| 7/6/2009 | Michael Morris | Draft email correspondence to Ms. Irving and Mr. Morse regarding conference call and open issues. | 0.30 | $228.00 |
| 7/6/2009 | Joshua D. Morse | Attend conference call with internal team regarding JPMorgan complaint and next steps. | 0.50 | $252.50 |

In Reference To:                                    DATE: 9/3/2009
                                      American Home Mortgage
                                   Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/6/2009 | Joshua D. Morse | Review and revise complaint; transmit email to internal group regarding same. | 1.40 | $707.00 |
| 7/6/2009 | Joshua D. Morse | Review email from Mr. Morris regarding avoidance action next steps. | 0.20 | $101.00 |
| 7/7/2009 | Jeanne E. Irving | Legal research regarding ratification by real party in interest and substitution of plaintiff. | 2.90 | $1,972.00 |
| 7/7/2009 | Jeanne E. Irving | Telephone conference with Messrs. Morris and Morse regarding complaint and exhibits. | 0.70 | $476.00 |
| 7/7/2009 | Jeanne E. Irving | Analysis of disclosure and discovery obligations and related time deadlines. | 2.90 | $1,972.00 |
| 7/7/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding start of discovery and motion to dismiss deadline. | 0.40 | $272.00 |
| 7/7/2009 | Michael Morris | Draft email to correspondence to Mr. Miller regarding conflict issues. | 0.20 | $152.00 |
| 7/7/2009 | Michael Morris | Conference call with Ms. Irving and Mr. Morse regarding issues in complaint, exhibits and filing preparation. | 0.70 | $532.00 |
| 7/7/2009 | Michael Morris | Research and review standing cases regarding issues of debtor as plaintiff. | 1.70 | $1,292.00 |
| 7/7/2009 | Michael Morris | Review schedules of foreclosures and transmit to Irving and Morse. | 0.30 | $228.00 |
| 7/7/2009 | Michael Morris | Telephone conference with Mr. Beach regarding comments to complaint and exhibits and conference call. | 0.20 | $152.00 |
| 7/7/2009 | Michael Morris | Email correspondence to Ms. Irving regarding report on exhibits. | 0.10 | $76.00 |
| 7/7/2009 | Joshua D. Morse | Conduct computer legal research regarding section 541 issue. | 1.40 | $707.00 |
| 7/7/2009 | Joshua D. Morse | Review schedules of JPMorgan REO properties. | 1.60 | $808.00 |
| 7/7/2009 | Joshua D. Morse | Attend conference call with internal team regarding JPMorgan complaint and next steps. | 0.70 | $353.50 |
| 7/7/2009 | Joshua D. Morse | Prepare draft exhibits to JPMorgan complaint. | 1.20 | $606.00 |
| 7/7/2009 | Joshua D. Morse | Review Ms. Irving's analysis of discovery timetable. | 0.60 | $303.00 |
| 7/7/2009 | Joshua D. Morse | Review revised JPMorgan complaint. | 0.70 | $353.50 |
| 7/8/2009 | Jeanne E. Irving | Conduct analysis of ratification by real party in interest and substitution of plaintiff. | 2.80 | $1,904.00 |
| 7/8/2009 | Jeanne E. Irving | Conduct legal research regarding ratification by real party in interest and substitution of plaintiff. | 3.30 | $2,244.00 |

In Reference To:                                DATE: 9/3/2009
                                      American Home Mortgage
                                      Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/8/2009 | Michael Morris | Review revised schedules to complaint and comment. | 0.70 | $532.00 |
| 7/8/2009 | Michael Morris | Telephone conference with Mr. Morse regarding REO schedules. | 0.40 | $304.00 |
| 7/8/2009 | Joshua D. Morse | Continue analysis of REO schedules. | 1.40 | $707.00 |
| 7/8/2009 | Joshua D. Morse | Prepare draft exhibits to JPMorgan complaint. | 0.90 | $454.50 |
| 7/8/2009 | Joshua D. Morse | Telephone conference with Mr. Morris regarding REO schedules. | 0.40 | $202.00 |
| 7/9/2009 | Jeanne E. Irving | Conduct analysis of proper status of plaintiff. | 2.10 | $1,428.00 |
| 7/9/2009 | Jeanne E. Irving | Conduct legal research regarding proper status of plaintiff. | 2.90 | $1,972.00 |
| 7/9/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding proper status of plaintiff. | 0.80 | $544.00 |
| 7/9/2009 | Michael Morris | Email correspondence with Mr. Power regarding standing issues and debtor plaintiff. | 0.30 | $228.00 |
| 7/9/2009 | Michael Morris | Email correspondence to Mr. Beach regarding exhibits and call. | 0.20 | $152.00 |
| 7/10/2009 | Jeanne E. Irving | Review e-mail from Mr. Morris regarding status of plaintiff. | 0.10 | $68.00 |
| 7/10/2009 | Jeanne E. Irving | Review and analysis of REO data received from Messrs. Morris and Morse. | 1.50 | $1,020.00 |
| 7/10/2009 | Michael Morris | Correspondence from Ms. Irving regarding standing analysis. | 0.50 | $380.00 |
| 7/10/2009 | Michael Morris | Review cases regarding standing and reply to Ms. Irving regarding same. | 0.80 | $608.00 |
| 7/10/2009 | Michael Morris | Review and revise complaint exhibits. | 0.70 | $532.00 |
| 7/13/2009 | Michael Morris | Email correspondence from Mr. Beach regarding 506 issues in complaint. | 0.20 | $152.00 |
| 7/13/2009 | Michael Morris | Email correspondence to Mr. Power regarding standing issue and 506. | 0.30 | $228.00 |
| 7/14/2009 | Jeanne E. Irving | Review e-mail from Mr. Morris regarding issues relating to complaint. | 0.10 | $68.00 |
| 7/14/2009 | Michael Morris | Email correspondence to Mr. Power regarding local counsel. | 0.20 | $152.00 |
| 7/14/2009 | Michael Morris | Revise complaint against JPM. | 0.80 | $608.00 |
| 7/15/2009 | Jeanne E. Irving | Review and analyze complaint. | 0.50 | $340.00 |
| 7/15/2009 | Jeanne E. Irving | Legal research regarding complaint | 0.90 | $612.00 |
| 7/15/2009 | Michael Morris | Email correspondence regarding conflict issues. | 0.20 | $152.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/15/2009 | Joshua D. Morse | Review and revise JPMorgan complaint. | 2.60 | $1,313.00 |
| 7/15/2009 | Joshua D. Morse | Analysis of revised REO schedules. | 1.20 | $606.00 |
| 7/15/2009 | Joshua D. Morse | Prepare exhibits to complaint. | 0.70 | $353.50 |
| 7/15/2009 | Joshua D. Morse | Analysis of emails regarding allegations to be included in JPMorgan complaint. | 0.70 | $353.50 |
| 7/15/2009 | Joshua D. Morse | Analysis of emails regarding REO data from debtors. | 0.40 | $202.00 |
| 7/15/2009 | Joshua D. Morse | Analysis of discovery procedures and schedule prepared by Ms. Irving. | 0.50 | $252.50 |
| 7/16/2009 | Jeanne E. Irving | Prepare for conference call with Messrs. Morris and Morse regarding the complaint and schedules to be attached. | 0.40 | $272.00 |
| 7/16/2009 | Jeanne E. Irving | Telephone conference with Messrs. Morris and Morse and exhibits. | 0.80 | $544.00 |
| 7/16/2009 | Jeanne E. Irving | Review e-mail from Mr. Morris to Committee counsel regarding Cybernetics case. | 0.10 | $68.00 |
| 7/16/2009 | Jeanne E. Irving | Draft e-mail to Mr. Morris regarding Cybernetics. | 0.20 | $136.00 |
| 7/16/2009 | Jeanne E. Irving | Review and analyze JP Morgan's mediation statement. | 0.30 | $204.00 |
| 7/16/2009 | Jeanne E. Irving | Legal research regarding standing issues. | 1.40 | $952.00 |
| 7/16/2009 | Michael Morris | Conference call with Ms. Irving and Mr. Morse regarding issues in complaint and exhibits. | 0.80 | $608.00 |
| 7/16/2009 | Michael Morris | Correspondence with Mr. Miller regarding timing of complaint. | 0.20 | $152.00 |
| 7/16/2009 | Michael Morris | Email correspondence to Mr. Power regarding issues in standing and complaint with research. | 0.50 | $380.00 |
| 7/16/2009 | Joshua D. Morse | Review proposed changes to JPMorgan complaint. | 1.50 | $757.50 |
| 7/16/2009 | Joshua D. Morse | Continue analysis of REO schedules. | 1.40 | $707.00 |
| 7/16/2009 | Joshua D. Morse | Attend conference call with internal team regarding JPMorgan complaint and next steps. | 0.80 | $404.00 |
| 7/16/2009 | Joshua D. Morse | Review email correspondence from Mr. Morris regarding additional plaintiff analysis. | 0.40 | $202.00 |
| 7/17/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Beach regarding conference call regarding complaint; review and respond to e-mail from Mr. Morris regarding same. | 0.10 | $68.00 |
| 7/17/2009 | Jeanne E. Irving | Legal research regarding standing issues. | 2.20 | $1,496.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/17/2009 | Michael Morris | Email correspondence to Mr. Beach regarding conference call. | 0.20 | $152.00 |
| 7/20/2009 | Jeanne E. Irving | Draft e-mail to Mr. Morris regarding standing issues. | 4.70 | $3,196.00 |
| 7/20/2009 | Jeanne E. Irving | Review e-mail from Mr. Morris regarding complaint and exhibits; review and analyze exhibits. | 0.20 | $136.00 |
| 7/20/2009 | Jeanne E. Irving | Review and revise complaint. | 0.60 | $408.00 |
| 7/20/2009 | Jeanne E. Irving | Legal research regarding declaratory relief standards. | 0.30 | $204.00 |
| 7/20/2009 | Michael Morris | Correspondence to Mr. Beach regarding open issues and comments on complaint and exhibits. | 0.50 | $380.00 |
| 7/20/2009 | Joshua D. Morse | Prepare exhibits to complaint. | 1.80 | $909.00 |
| 7/20/2009 | Joshua D. Morse | Analysis of email and spreadsheets from Mr. Morris regarding REO data. | 0.60 | $303.00 |
| 7/21/2009 | Jeanne E. Irving | Telephone conference with Messrs. Beach, Martinez, Morris and Morse regarding complaint and exhibits. | 0.50 | $340.00 |
| 7/21/2009 | Jeanne E. Irving | Legal research regarding declaratory relief standards. | 2.80 | $1,904.00 |
| 7/21/2009 | Jeanne E. Irving | Review and revise complaint. | 0.60 | $408.00 |
| 7/21/2009 | Jeanne E. Irving | Review stipulations and orders regarding JP Morgan. | 1.00 | $680.00 |
| 7/21/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding changes to complaint and discussion of standing issues. | 0.40 | $272.00 |
| 7/21/2009 | Michael Morris | Email correspondence to Mr. Miller regarding issue as proposed by counsel. | 0.20 | $152.00 |
| 7/21/2009 | Michael Morris | Conference call with Mr. Beach, Mr Martinez, Ms. Irving, etc., regarding complaint comments and filing. | 0.50 | $380.00 |
| 7/21/2009 | Michael Morris | Conference call with Mr. Martinez, Mr. Dokos regarding payments to JPM. | 0.50 | $380.00 |
| 7/21/2009 | Michael Morris | Memorandum to Ms. Irving regarding results of conference call. | 0.20 | $152.00 |
| 7/21/2009 | Michael Morris | Telephone conference with Mr. Morse regarding exhibits to JPMorgan complaint. | 0.40 | $304.00 |
| 7/21/2009 | Joshua D. Morse | Attend conference call with debtors regarding REO data. | 0.50 | $252.50 |

In Reference To:                    DATE: 9/3/2009
                                American Home Mortgage
                            Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/21/2009 | Joshua D. Morse | Telephone conference with Mr. Morris regarding exhibits to JPMorgan complaint. | 0.40 | $202.00 |
| 7/21/2009 | Joshua D. Morse | Draft email correspondence to internal group regarding exhibits to JPMorgan complaint. | 0.10 | $50.50 |
| 7/21/2009 | Joshua D. Morse | Continued analysis of exhibits to JPMorgan complaint. | 3.10 | $1,565.50 |
| 7/22/2009 | Jeanne E. Irving | Conduct analysis regarding standing. | 2.90 | $1,972.00 |
| 7/22/2009 | Jeanne E. Irving | Review and analyze draft exhibits to complaint. | 0.70 | $476.00 |
| 7/22/2009 | Jeanne E. Irving | Conduct legal research and analysis regarding standing. | 1.50 | $1,020.00 |
| 7/22/2009 | Jeanne E. Irving | Draft memorandum regarding procedure for obtaining derivative standing. | 1.40 | $952.00 |
| 7/22/2009 | Michael Morris | Revise complaint with co-plaintiffs. | 0.60 | $456.00 |
| 7/22/2009 | Michael Morris | Review changes to complaint. | 0.60 | $456.00 |
| 7/22/2009 | Michael Morris | Review revised exhibits. | 0.40 | $304.00 |
| 7/22/2009 | Michael Morris | Email correspondence to Ms. Irving and Mr. Morse regarding revised complaint. | 0.20 | $152.00 |
| 7/22/2009 | Joshua D. Morse | Trade emails with internal group regarding comments to JPMorgan complaint. | 0.30 | $151.50 |
| 7/22/2009 | Joshua D. Morse | Review and revise alternative version of JPMorgan complaint. | 0.90 | $454.50 |
| 7/22/2009 | Joshua D. Morse | Review and revise JPMorgan complaint. | 1.80 | $909.00 |
| 7/22/2009 | Joshua D. Morse | Review and revise exhibits to JPMorgan complaint. | 2.70 | $1,363.50 |
| 7/22/2009 | Joshua D. Morse | Transmit revised exhibits to JPMorgan complaint to internal group. | 0.10 | $50.50 |
| 7/22/2009 | Joshua D. Morse | Review Ms. Irving's comments to JPMorgan complaint. | 0.50 | $252.50 |
| 7/22/2009 | Joshua D. Morse | Review email correspondence from Mr. Morris regarding revised version of JPMorgan complaint. | 0.20 | $101.00 |
| 7/23/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Morris to status report on complaint. | 0.60 | $408.00 |
| 7/23/2009 | Jeanne E. Irving | Review of latest versions of exhibits to complaint. | 0.50 | $340.00 |
| 7/23/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding complaint and exhibits. | 0.20 | $136.00 |
| 7/23/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morse and Morris regarding comments on exhibits. | 0.20 | $136.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 9/3/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/23/2009 | Jeanne E. Irving | Legal research regarding standing issues. | 0.50 | $340.00 |
| 7/23/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding Third Circuit case acknowledging consensual derivative standing. | 0.30 | $204.00 |
| 7/23/2009 | Michael Morris | Review revised exhibits. | 0.20 | $152.00 |
| 7/23/2009 | Michael Morris | Prepare committee status report. | 0.80 | $608.00 |
| 7/23/2009 | Michael Morris | Email correspondence to Mr. Power regarding status report. | 0.20 | $152.00 |
| 7/23/2009 | Michael Morris | Email correspondence with Mr. Power regarding status report. | 0.20 | $152.00 |
| 7/23/2009 | Michael Morris | Email correspondence with Mr. Morse regarding complaint. | 0.10 | $76.00 |
| 7/23/2009 | Michael Morris | Telephone conference with Ms. Irving regarding complaint and exhibits. | 0.20 | $152.00 |
| 7/23/2009 | Joshua D. Morse | Review revised version of JPMorgan complaint sent to counsel to debtors. | 0.60 | $303.00 |
| 7/23/2009 | Joshua D. Morse | Review and respond to email correspondence from Mr. Morris regarding status update to committee. | 0.30 | $151.50 |
| 7/23/2009 | Joshua D. Morse | Review and revise exhibits to JPMorgan complaint. | 1.60 | $808.00 |
| 7/23/2009 | Joshua D. Morse | Trade emails with internal group regarding exhibits to JPMorgan complaint. | 0.30 | $151.50 |
| 7/23/2009 | Joshua D. Morse | Review analysis regarding derivative standing issues. | 0.80 | $404.00 |
| 7/24/2009 | Michael Morris | Conference call with debtor personnel regarding finalizing complaint comments and prepare for filing. | 0.60 | $456.00 |
| 7/24/2009 | Michael Morris | Email correspondence with Mr. Dokos regarding payments to JPM. | 0.30 | $228.00 |
| 7/24/2009 | Michael Morris | Email correspondence with Mr. Morse regarding revised exhibits. | 0.20 | $152.00 |
| 7/24/2009 | Michael Morris | Revise complaint with comments and changes. | 0.80 | $608.00 |
| 7/24/2009 | Joshua D. Morse | Attend conference call with debtors regarding JPMorgan complaint. | 0.60 | $303.00 |
| 7/24/2009 | Joshua D. Morse | Telephone conference with Mr. Martinez regarding exhibits to JPMorgan complaint. | 0.30 | $151.50 |
| 7/24/2009 | Joshua D. Morse | Review and revise exhibits to JPMorgan complaint. | 1.10 | $555.50 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/24/2009 | Joshua D. Morse | Draft email correspondence to internal group transmitting revised exhibits to JPMorgan complaint. | 0.10 | $50.50 |
| 7/27/2009 | Jeanne E. Irving | Review exhibits to complaint a draft e-mail to Messrs. Morse and Morris regarding same. | 0.20 | $136.00 |
| 7/27/2009 | Jeanne E. Irving | Review electronic correspondence from Messrs. Morse and Morris regarding exhibits. | 0.10 | $68.00 |
| 7/27/2009 | Jeanne E. Irving | Review latest version of Exhibit A to complaint. | 0.20 | $136.00 |
| 7/27/2009 | Michael Morris | Email correspondence to Mr. Power regarding filing and status report. | 0.20 | $152.00 |
| 7/27/2009 | Michael Morris | Review revised exhibits and email correspondence to Mr. Morse regarding comments column in exhibits. | 0.30 | $228.00 |
| 7/27/2009 | Michael Morris | Review and revise complaint in preparation for filing. | 0.50 | $380.00 |
| 7/27/2009 | Joshua D. Morse | Trade emails with internal group regarding exhibits to JPMorgan complaint. | 0.50 | $252.50 |
| 7/27/2009 | Joshua D. Morse | Review and revise exhibits to JPMorgan complaint. | 1.70 | $858.50 |
| 7/28/2009 | Jeanne E. Irving | Review and revise revised version of complaint, and review stipulations referenced herein. | 2.10 | $1,428.00 |
| 7/28/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding complaint. | 0.40 | $272.00 |
| 7/28/2009 | Jeanne E. Irving | Review and respond to e-mail from Messrs. Morse and Morris regarding interest on escrow funds. | 0.10 | $68.00 |
| 7/28/2009 | Michael Morris | Email correspondence with Mr. Morse and Ms. Irving regarding comments on complaint. | 0.20 | $152.00 |
| 7/28/2009 | Michael Morris | Review final complaint. | 0.30 | $228.00 |
| 7/28/2009 | Joshua D. Morse | Analysis of email from Mr. Morris regarding litigation fee structure. | 0.10 | $50.50 |
| 7/28/2009 | Joshua D. Morse | Review draft JPMorgan complaint and emails from internal group regarding same. | 0.90 | $454.50 |
| 7/28/2009 | Joshua D. Morse | Review and respond to email correspondence from Mr. Morris regarding comments to JPMorgan complaint. | 0.20 | $101.00 |
| 7/28/2009 | Joshua D. Morse | Review and respond to email correspondence from Ms. Irving regarding comments to JPMorgan complaint. | 0.20 | $101.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 9/3/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/29/2009 | Michael Morris | Correspondence to Messrs. Martinez and Beach regarding final version of complaint. | 0.30 | $228.00 |
| 7/29/2009 | Michael Morris | Correspondence with Mr. Morse regarding exhibits. | 0.10 | $76.00 |
| 7/29/2009 | Michael Morris | Correspondence to Mr. Miller regarding filing. | 0.10 | $76.00 |
| 7/29/2009 | Joshua D. Morse | Review final version of JPMorgan complaint. | 0.50 | $252.50 |
| 7/29/2009 | Joshua D. Morse | Review email correspondence from Mr. Morris regarding final version of JPMorgan complaint. | 0.20 | $101.00 |
| 7/30/2009 | Jeanne E. Irving | Review various e-mails from latest version of complaint and exhibits. | 0.10 | $68.00 |
| 7/30/2009 | Jeanne E. Irving | Review various e-mails regarding filing complaint. | 0.10 | $68.00 |
| 7/30/2009 | Michael Morris | Email correspondence with Mr. Power regarding filing of complaint. | 0.20 | $152.00 |
| 7/30/2009 | Michael Morris | Email correspondence with Mr. Miller regarding complaint filing. | 0.10 | $76.00 |
| 7/30/2009 | Michael Morris | Email correspondence with Mr. Morse regarding filing of complaint. | 0.10 | $76.00 |
| 7/30/2009 | Michael Morris | Telephone conference with Mr. McGuire regarding filing of complaint. | 0.20 | $152.00 |
| 7/30/2009 | Michael Morris | Correspondence with Mr. McGuire regarding service of complaint. | 0.20 | $152.00 |
| 7/30/2009 | Michael Morris | Telephone conference with Mr. Morse regarding final comments to JPMorgan complaint. | 0.30 | $228.00 |
| 7/30/2009 | Joshua D. Morse | Review and revise JPMorgan complaint and exhibits thereto. | 2.60 | $1,313.00 |
| 7/30/2009 | Joshua D. Morse | Telephone conference with Mr. Morris regarding final comments to JPMorgan complaint. | 0.30 | $151.50 |
| 7/30/2009 | Joshua D. Morse | Draft email correspondence to Mr. Miller regarding preparation of JPMorgan complaint for filing and service. | 0.20 | $101.00 |
| 7/30/2009 | Joshua D. Morse | Draft email correspondence to Mr. Beach regarding execution of JPMorgan complaint. | 0.10 | $50.50 |
| 7/31/2009 | Jeanne E. Irving | Review various e-mails regarding filing complaint. | 0.10 | $68.00 |
| 7/31/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Miller. | 0.10 | $68.00 |
| 7/31/2009 | Jeanne E. Irving | Telephone conferences with Messrs. Morris and Miller regarding pretrial status conference. | 0.20 | $136.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 9/3/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/31/2009 | Jeanne E. Irving | Review and analyze pretrial scheduling rules. | 0.60 | $408.00 |
| 7/31/2009 | Jeanne E. Irving | Draft e-mail to Ms. Ziady regarding calendaring deadlines. | 0.20 | $136.00 |
| 7/31/2009 | Jeanne E. Irving | Review e-mail from Mr. Miller regarding filing complaint. | 0.10 | $68.00 |
| 7/31/2009 | Jeanne E. Irving | Review and analyze JP Morgan mediation brief. | 2.50 | $1,700.00 |
| 7/31/2009 | Jeanne E. Irving | Develop strategy to gather evidence. | 0.30 | $204.00 |
| 7/31/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding objections to JP Morgan proofs of claim. | 0.10 | $68.00 |
| 7/31/2009 | Michael Morris | Email correspondence with Mr. Miller regarding filing. | 0.20 | $152.00 |
| 7/31/2009 | Michael Morris | Email correspondence with Mr. Miller and Ms. Irving regarding hearing date. | 0.20 | $152.00 |
| 7/31/2009 | Michael Morris | Telephone conferences with Mr. Miller and Ms. Irving regarding hearing date. | 0.20 | $152.00 |
| 7/31/2009 | Joshua D. Morse | Trade emails with Mr. Beach regarding execution of JPMorgan Complaint. | 0.20 | $101.00 |
| 7/31/2009 | Joshua D. Morse | Coordinate filing and service of JPMorgan Complaint. | 0.50 | $252.50 |
| 7/31/2009 | Joshua D. Morse | Trade emails with internal group confirming status conference date for JPMorgan complaint. | 0.30 | $151.50 |

TOTALS:  0120 - Litigation

149.10        $94,172.00