# EXHIBIT B

757002

PAGE 22                       In Reference To:                       DATE: 9/3/2009
                          American Home Mortgage
                       Our File Number:  AMERICA.AHM


COSTS ADVANCED

| Description | Amount |
|---|---:|
| Computerized Legal Research | 1,293.35 |
| Telephone | 34.90 |
| Postage | 0.61 |

TOTAL COSTS ADVANCED:                                                $1,328.86

PAGE 23                                In Reference To:                                DATE: 9/3/2009
                                  American Home Mortgage
                             Our File Number:  AMERICA.AHM

COSTS BY ACTIVITY

PAGE 24

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 9/3/2009

ACTIVITY: HLEG

| Date | Description | Amount |
|---|---|---|
| 07/02/09 | Computerized Legal Research For services rendered from 07/01/09 to 07/31/09 for Legal Research - WESTLAW. | $213.55 |
| 07/05/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/05/2009 | $10.58 |
| 07/05/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/05/2009 | $19.88 |
| 07/05/09 | Computerized Legal Research LEXIS LEGAL SERVICES-CLASSIC SURCHARGE on 07/05/2009 | $24.85 |
| 07/06/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/06/2009 | $31.73 |
| 07/06/09 | Computerized Legal Research LEXIS LEGAL SERVICES-COMBINED SEARCH COMPONEN T on 07/06/2009 | $55.84 |
| 07/06/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/06/2009 | $149.75 |
| 07/06/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/06/2009 | $7.05 |
| 07/06/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/06/2009 | $18.89 |
| 07/07/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/07/2009 | $41.03 |
| 07/07/09 | Computerized Legal Research For services rendered from 07/01/09 to 07/31/09 for Legal Research - WESTLAW. | $131.42 |
| 07/08/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 07/08/2009 | $1.76 |
| 07/08/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/08/2009 | $28.77 |
| 07/09/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 07/09/2009 | $1.76 |
| 07/09/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/09/2009 | $45.83 |
| 07/09/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/09/2009 | $58.80 |
| 07/16/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/16/2009 | $7.05 |
| 07/16/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/16/2009 | $35.82 |
| 07/17/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/17/2009 | $17.63 |
| 07/17/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/17/2009 | $40.76 |
| 07/17/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 7/17/2009 | $1.02 |

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 9/3/2009

| Date | Description | Amount |
|---|---|---|
| 07/17/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/ 17/2009 | $7.05 |
| 07/17/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 07/17/2009 | $26.44 |
| 07/20/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/ 20/2009 | $14.10 |
| 07/20/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/20/2009 | $49.77 |
| 07/21/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/ 21/2009 | $7.05 |
| 07/21/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/21/2009 | $47.25 |
| 07/22/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/ 22/2009 | $7.05 |
| 07/22/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/22/2009 | $36.10 |
| 07/23/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/ 23/2009 | $8.81 |
| 07/23/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/23/2009 | $99.27 |
| 07/28/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/28/2009 | $9.03 |
| 07/31/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/ 31/2009 | $10.58 |
| 07/31/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/31/2009 | $27.08 |

TOTAL: HLEG

$1,293.35

ACTIVITY: HTEL

| Date | Description | Amount |
|---|---|---|
| 03/12/09 | Telephone - - Conference call expense for February 17, 2009 Internal conference call. | $34.90 |

TOTAL: HTEL

$34.90

ACTIVITY: POS

| Date | Description | Amount |
|---|---|---|
| 06/02/09 | Postage Expense. | $0.61 |

TOTAL: POS

$0.61

PAGE 26                           In Reference To:                          DATE: 9/3/2009
                              American Home Mortgage
                          Our File Number: AMERICA.AHM

TOTAL ALL ACTIVITIES:                                                       $1,328.86