IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :  Jointly Administered
         Debtors.                                                      :
                                                                       :  Ref. Docket Nos. 5447, 5815 & 6217
---------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL EIGHTH ORDER
SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On January 10, 2008, Beverly Creswell filed claim numbered 8497 ("Claim 8497") asserting $6,556.78, of which $6,284.97 was for unpaid commissions and $271.81 for unreimbursed business expenses.

On August 15, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 5447]. By the Objection, the Debtors requested, *inter alia*, that the Court reduce and reclassify Claim 8497 on the grounds that a portion of the amounts claimed was fully satisfied.

On or about August 29, 2008, Ms. Creswell filed a response to the Objection [Docket No. 5815] (the "Response"), contending that she was not paid for specific, additional commissions.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

On October 10, 2008, the Court entered an order [Docket No. 6217] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 8497.

Following good faith negotiations and further review of the Debtors' relevant records, the parties have agreed to allow Claim 8497 in the following amounts and priority: (i) $6,284.97, unsecured, priority; and (ii) $271.81, unsecured, non-priority against American Home Mortgage Corp. (Case No. 07-11051). A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: September 4, 2009
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Michael S. Neiburg*

Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

DB02:8626891.1      066585.1001

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :    Jointly Administered
          Debtors.                                              :
                                                                :    Ref. Docket Nos. 5447, 5815, 6217,
                                                                :    7112, 7282, 7395, 7589, 7612, and
                                                                :    7941
---------------------------------------------------------------- x

**CONSENSUAL EIGHTH ORDER REGARDING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the fifteenth omnibus (substantive) objection (the "Objection") [Docket No. 5447] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 6217] on October 10, 2008; and the Objection having been adjourned with respect to various proofs of claim, including proof of claim numbered 8497 filed by Beverly Creswell ("Claim 8497"); and the Debtors and Ms. Creswell having agreed that Claim 8497 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

      ORDERED that Claim 8497 is hereby modified and allowed in the amount and priority against American Home Mortgage Corp. (Case No. 07-11051) as follows: (i) $6,284.97, unsecured, priority; and (ii) $271.81, unsecured, non-priority; and it is further

      ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       September __, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE