UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | x : : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>, | : : : : | Case No. 07-11047 (CSS) Jointly Administered |
| Debtors. | x |  |

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on September 4, 2009 service of the foregoing **American Home Mortgage Servicing, Inc.'s Reply to CitiMortgage, Inc.'s Motion to Compel AHM Servicing to Respond to Two Requests for the Production of Documents** was made on the parties on the attached service list in the manner indicated therein.

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

583711.1 9/4/09

## AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*
### Service List

**Via Hand Delivery:**
Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Robert S. Brady, Esquire
M. Blake Cleary, Esquire
Sean M. Beach, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

**Via Electronic Mail and First Class U.S. Mail:**
Andrew J. Petrie, Esquire
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202-5424

Mark Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022

Stephen A. Weisbrod, Esquire
Gilbert Oshinsky LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005

583711.1 9/4/09