IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                    :   Chapter 11

                                         :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                   :

                                         :   Jointly Administered

Debtors.                               :
------------------------------------------------------------------- x

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 8, 2009 AT 11:30 A.M. (ET)

## PLEASE NOTE THE TIME OF THE HEARING HAS CHANGED FROM 10:00 TO 11:30 A.M. AT THE DIRECTION OF THE COURT

## ADJOURNED/RESOLVED MATTERS

1.     Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

      Response Deadline:    June 4, 2008 at 4:00 p.m.

      Related Documents:

          a)       Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

      Responses Filed:      See Exhibit B, attached

      Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to October 13, 2009 at 10:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]   **Amendments appear in bold.**

2.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

      a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit C, this matter will be adjourned to October 13, 2009 at 10:00 a.m.

3.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

      a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection
To Claims [D.I. 5175, 7/18/08]

      b)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors'
Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit D, attached

Status: With respect to the remainder of the relief requested and the remaining responses
set forth on Exhibit D, this matter will be adjourned to October 13, 2009 at 10:00
a.m.

DB02:8665515.2                                                  066585.1001

4.      Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

 a) Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

 b) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:  See Exhibit H, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned to October 13, 2009 at 10:00 a.m.

5.      Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:    November 5, 2008 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned to October 13, 2009 at 10:00 a.m.

6.      Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Related Document:

 a) Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:      See Exhibit K, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned to October 13, 2009 at 10:00 a.m.

7.   Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:   February 10, 2009 at 4:00 p.m.

Related Document:

   a)   Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:      See Exhibit M, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned to October 13, 2009 at 10:00 a.m.

8.   Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:   February 10, 2009 at 4:00 p.m.

Related Document:

   a)   Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:      See Exhibit N, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit N, this matter will be adjourned to October 13, 2009 at 10:00 a.m.

9.    Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:    May 8, 2009 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09] [See Agenda matter no. **15**]

Responses Filed:    See Exhibit P, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit P, this matter will be adjourned to October 13, 2009 at 10:00 a.m.

10.    Application for Order Authorizing the Employment of Ferry, Joseph & Pearce, P.A. as Special Conflicts Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc as of July 6, 2009 [D.I. 7764, 7/30/09]

Objection Deadline:    September 1, 2009 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Certificate of No Objection [D.I. 7996, 9/2/09]

b)    Order Authorizing the Employment of Ferry, Joseph & Pearce, P.A. as Special Conflicts Counsel to the Official Committee of Unsecured Creditors [D.I. 7998, 9/2/09]

Status: An Order has been entered. No hearing is required.

11.    Interim Fee Requests, see attached Schedule 1

Objections Filed:

   a)    Joint Objection of the Official Committee of Unsecured Creditors and the
         Debtors to the Applications of the Official Committee of Borrowers for
         Payment of Fess and Expenses of Their Legal Professionals in Excess the
         Court Determined Cap [D.I. 7345, 5/5/09]

Status: This matter will be adjourned by agreement to October 13, 2009 at 10:00 a.m.

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

12.    Debtors' Fortieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
       502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
       1 [D.I. 7914, 8/7/09]

Response Deadline:    August 30, 2009 at 4:00 p.m.

Related Document:

   a)    Certificate of No Objection [D.I. 8002, 9/3/09]

Responses Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

13.    Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry
       of an Order Approving the Settlement and Compromise with Former Officers and
       directors of AHM Investment [D.I. 7948, 8/13/09]

Objection Deadline:    September 1, 2009 at 4:00 p.m.

**Related Document:**

   **a)    Certificate of No Objection [D.I. 8007, 9/4/09]**

Objections Filed:    None

Status: **The Court has indicated that an order approving the relief requested in this
matter has been entered.  No further hearing is required.**

14.     Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code for an Order
        Authorizing and Directing the Filing Under Seal of the Supplemental Declaration of
        Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First,
        Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and
        3007, and Local Rule 3007-1  [D.I. 7999, 9/2/09]

        Requested Objection Deadline:          September 8, 2009 at 10:00 a.m.

        Related Documents:

                a)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
                        Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,
                        Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
                        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                        Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

                b)      Order Shortening Time [D.I. 8003, 9/3/09]

        Objections Filed:       None as of the filing of this Agenda

        Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

15.     Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 4662, 6/17/08]

        Response Deadline:   July 10, 2008 at 4:00 p.m.

        Related Documents:

                a)      Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to
                        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                        Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5169, 7/17/08]

                b)      Supplemental Declaration of  Eileen Wanerka in Support of Debtors'
                        Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
                        Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
                        Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                        3007-1 [D.I. 7629, 7/22/09]

                c)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
                        Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,
                        Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
                        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy

DB02:8665515.2                                                                                    066585.1001

Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09] [See Agenda Item 14(a)]

Responses Filed:      See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. This matter will be going forward as indicated on Exhibit E.

16.   Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:   August 11, 2008 at 4:00 p.m.

Related Document:

a)      Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

b)      Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

c)      Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

d)      Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

e)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09] [See Agenda Item 14(a)]

Responses Filed:      See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection. This matter will be going forward as indicated on Exhibit F.

17.    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6217, 10/10/08]

b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09] [See Agenda Item 14(a)]

Responses Filed:    Please see Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection. This matter will be going forward as indicated on Exhibit G.

18.    Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

a)    Notice of Submission of Claims [D.I. 6206, 10/10/08]

b)    Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

c)    Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

DB02:8665515.2                                                                                                            066585.1001

    d)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09] [See Agenda Item 14(a)]

Responses Filed:     See Exhibit I, attached

Status: Orders have been entered that partially sustain the Objection. The remainder of this matter will be going forward as indicated on Exhibit I.

19.    Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:   November 5, 2008 at 4:00 p.m.

Related Documents:

    a)      Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

    b)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09] [See Agenda Item 14(a)]

Responses Filed:     See Exhibit J, attached

Status: An Order has been entered that partially sustains the Objection. The remainder of this matter will be going forward as indicated on Exhibit J.

20.    Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6620 11/21/08]

Responses Deadline:  December 15, 2008 at 4:00 p.m.

Related Documents:

    a)      Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

               

b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09] [See Agenda Item 14(a)]

Responses Filed:        See Exhibit L, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be going forward as indicated on Exhibit L.

21.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

b)    Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

c)    Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

d)    Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

e)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

f)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09] [See Agenda Item 14(a)]

Responses Filed:        See Exhibit O, attached.

DB02:8665515.2                                                                    066585.1001

Status: Orders have been entered that partially sustain the Objection. This matter will be going forward as indicated on Exhibit O.

22.    Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:    May 29, 2009 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7506, 6/5/09]

    b)    Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7550, 6/19/09]

    c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09] [See Agenda Item 14(a)]

Responses Filed:    See Exhibit Q, attached

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested this matter will be going forward as indicated on Exhibit Q.

23.    Debtors' Thirty-Seventh Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7473, 6/10/09]

Response Deadline:    June 25, 2009 at 4:00 p.m.

Related Documents:

    a)    Certification of Counsel [D.I. 7582, 6/30/09]

    b)    Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 7584, 7/1/09]

    c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy

Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09] [See Agenda Item 14(a)]

Responses Filed:    See Exhibit R, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be going forward as indicated on Exhibit R.

24.    Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7915, 8/7/09]

Response Deadline:    August 30, 2009 at 4:00 p.m.

Responses Filed:    See Exhibit S, attached

Status: This matter will be going forward.

25.    Lead Plaintiffs' and Settling Defendants' Joint Motion for Entry of Order Authorizing, to the Extent Necessary, the Use of the Proceeds of the D&O Policies to Fund the Securities Litigation Settlement [D.I. 7934, 8/11/09]

Objection Deadline:    August 31, 2009 at 4:00 p.m.

Objections/Responses Filed:

a)    Joint Reservation of Rights Regarding Defendants' Joint Motion for Entry of Order Authorizing, to the Extent Necessary, the Use of the Proceeds of the D&O Policies to Fund the Securities Litigation Settlement [D.I. 7988, 8/31/09]

Status: This matter will be going forward.

26.    Motion of CitiMortgage, Inc. to Compel AHM Servicing to Respond to Two Requests for the Production of Documents [D.I. 7986, 8/28/09]

Objection Deadline:    September 3, 2009 at 4:00 p.m.

Related Documents:

a)    Order Pursuant to Sections 105, 363, 364, 365, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Fee and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (B) Granting Certain Related Relief [D.I. 1711, 10/30/07]

13

    b)    Notice of (1) Debtors' Proposed Purchaser's Cure Amounts and (II) Deadline for Filing Objections to the Proposed Purchaser's Cure Amounts [D.I. 4084, 5/19/08]

    c)    CitiMortgage, Inc's Combined: (!) Statement of Cure Amount for Period Between Initial Closing and Final Closing; and (2) Objection to Debtors' Proposed Purchaser's Cure Amounts [D.I. 4738, 6/19/08]

    d)    Reply of American Home Mortgage Servicing, Inc. to CitiMortgage, Inc.'s Combined: (!) Statement of Cure Amount for Period Between Initial Closing and Final Closing; and (2) Objection to Debtors' Proposed Purchaser's Cure Amounts [D.I. 7248, 4/9/09]

Objections Filed:

    e)    **American Home Mortgage Servicing, Inc.'s Response to Citimortgage, Inc.'s Motion to Compel AHM Servicing to Respond to Two Requests for the Production of Documents [D.I. 8012, 9/4/09]**

Status: This matter will be going forward.

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Dated: Wilmington, Delaware
       September 4, 2009

*/s/ Margaret Whiteman Greecher*
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

066585.1001

### Exhibit B, Seventh Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

### Exhibit C, Eighth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit D, Tenth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Samuel A. Case | 5054, 7/9/08 | Adjourned |

### Exhibit E, Eleventh Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Kathleen Heck | 5016, 7/9/08 | Going forward |

### Exhibit F, Thirteenth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Countrywide | 5337, 8/8/08 | Adjourned |
|   | FGIC | 5351, 8/11/08 | Adjourned |
|   | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|   | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|   | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
| 1 | GE Money Bank |   | Going forward |
|   | AT&T Global Services |   | Adjourned |

### Exhibit G, Fifteenth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Joseph Dionisio | 5521, 8/21/08 | Going forward |
|   | California Cleaning Concepts | 5543, 8/26/08 | Adjourned |
|   | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|   | Beverly Creswell | 5815, 9/11/08 | Resolved |
|   | John Johnston | 5818, 9/11/08 | Adjourned |
| 2 | Michael Kalmonson | 5816, 9/11/08 | Going forward |

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Grailing Carter | 5947, 9/17/08 | Adjourned |
|   | Office Max | | Adjourned |
| 3 | Judie McGaha | | Going forward |

### Exhibit H, Seventeenth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned |
|   | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |
|   | American Express Travel Related Services | | Adjourned |

### Exhibit I, Nineteenth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Eric Segall | 6230, 10/15/08 | Adjourned |
|   | Jeffrey Harmon | 6231, 10/15/08 | Adjourned |
|   | Paul Parotti | 6233, 10/15/08 | Adjourned |
| 1 | Baron O'Brien | 6235, 10/15/08 | Going forward |
|   | American Express Travel Related Svc. Co. | | Adjourned |

### Exhibit J, Twenty-First Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Robert Carleton, Michael Ostrowski and Victor Diamond | 6497, 11/5/08 | **Withdrawn** |
|   | Connie Zinter | 6499, 11/5/08 | **Withdrawn** |
| 1 | Letort Mortgage Group Inc. | | Going forward |
|   | Southern Horizon Financial Group, LLC | | Adjourned |

### Exhibit K, Twenty-Second Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned |
|   | Scott Jossart | | Adjourned |

DB02:8665515.2

066585.1001

### Exhibit L, Twenty-Fifth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
| 1 | Riverside County Treasurer-Tax Collector | | Going forward |

### Exhibit M, Twenty-Eighth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
|   | DB Structured Products, Inc. | | Adjourned |

### Exhibit N, Twenty-Ninth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
|   | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned |
|   | James Rucker | 6969, 2/10/09 | Adjourned |
|   | Credit Suisse | | Adjourned |
|   | Sharaine Hughes | | Adjourned |

### Exhibit O, Thirty-First Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
|   | Norman Loftis | 7176, 3/30/09 | Adjourned |
| 1 | Champion & Associates | 7190, 3/30/09 | **Adjourned** |
| 2 | Adele Elder-Hill | 7194, 3/30/09 | Going forward |
|   | Randall Barwick | 7207, 3/31/09 | Adjourned |
|   | Douglas Huston | | Adjourned |
|   | David Michaud | | Adjourned |
|   | Joseph Bartoletta | | Adjourned |
| 3 | Promotional Products Partners | | Going forward |

### Exhibit P, Thirty-Third Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
|   | State of Hawaii | 7341, 4/30/09 | Adjourned |

### Exhibit Q, Thirty-Fifth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
|   | Bexar County | 7447, 5/28/09 | Adjourned |
|   | EMC | 7466, 5/29/09 | Adjourned |

DB02:8665515.2                                                                066585.1001

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Jennifer Luke | 7467, 5/29/09 | Going forward |
|   | Lee County |  | Adjourned |

### Exhibit R, Thirty-Seventh Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Marion County Treasurer | 7566, 6/24/09 | Adjourned |
| 1 | James Zimmerman |  | Going forward |

### Exhibit S, Forty-First Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Los Angeles County Treasurer and Tax Collector | 7985, 8/28/09 | **Adjourned** |
| 2 | CA Franchise Tax Board |  | **Resolved** |
| 3 | Franklin County |  | **Adjourned** |

DB02:8665515.2                                                          066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------- x
In re:                                         :  Chapter 11
                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,         :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                :
                                               :  Jointly Administered
      Debtors.                                 :
--------------------------------------------------------------- x
```

**Schedule 1**
**Index to Fee Applications**

A.    **First Interim Fee Application of Zuckerman Spaeder LLP, Counsel to the Borrowers' Committee, for Compensation and Reimbursement of Expenses for the Period October 22, 2008 through March 31, 2008 [D.I. 7287, 4/17/09]**

B.    **First- Interim Fee Application of Gilbert Oshinsky LLP, Counsel to the Borrowers' Committee, for Compensation and Reimbursement of Expenses for the Period October 22, 2008 through February 28, 2009 [D.I. 7286; 4/17/09]**

    1.    First Fee Application for the Period October 22, 2008 through October 31, 2008 [D.I. 7024, 2/17/09]

    2.    Second Fee Application for the Period November 1, 2008 through November 30, 2008 [D.I. 7025, 2/17/09]

    3.    Third Fee Application for the Period December 1, 2008 through December 31, 2008 [D.I. 7026, 2/17/09]

    4.    Fourth Fee Application for the Period January 1, 2009 through January 31, 2009 [D.I. 7027, 2/17/09]

    5.    Fifth Fee Application for the Period February 1, 2009 through February 28, 2009 [D.I. 7235, 4/7/09]

C.    **First and Final Application of Margot Saunders for Allowance of Fees and Reimbursement of Expenses as Testifying Expert on Behalf of the Official Committee of Borrowers for the Period January 20, 2009 through February 28, 2009 [D.I. 7371, 5/11/09]**

DB02:8665515.2                                                              066585.1001