UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                                                   Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS,                  Case No. 07-11047 (CSS)
INC., *et al.*,[1]                                                         (Jointly Administered)

                                          Debtors.
---------------------------------------------------------------x
KATHY S. KOCH, JARRETT PERRY,
GINA PULLIAM, MICHAEL S. SUROWIEC,                Adv. Pro. No. 07-51688 (CSS)
KATHLEEN WIELGUS, and PATRICIA WILLIAMS,
on their own behalf and on behalf of all other persons
similarly situated,

                                          Plaintiffs,

                        - against-

AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE,
INC., AMERICAN HOME MORTGAGE
SERVICING, INC., AMERICAN HOME
INVESTMENT CORP., and AMERICAN
HOME MORTGAGE HOLDINGS, INC.,
                                                                              Hearing Date:   October 13, 2009 at 10:00 a.m.
                                                                              Responses Due:  October 6, 2009 by 4:00 p.m.
                                          Defendants.
---------------------------------------------------------------x

**NOTICE OF JOINT MOTION PURSUANT TO SECTION 105 OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 9019 AND 7023 TO (I)
APPROVE A SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019, (II)
PRELIMINARILY APPROVE THE SETTLEMENT PURSUANT TO BANKRUPTCY
RULE 7023, (III) APPROVE THE FORM AND MANNER OF NOTICE TO CLASS
MEMBERS OF THE SETTLEMENT, (IV) SCHEDULE A FAIRNESS HEARING TO
CONSIDER FINAL APPROVAL OF THE SETTLEMENT, (V) FINALLY APPROVE**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

128189.01600/40183663v.1

## THE SETTLEMENT PURSUANT TO BANKRUPTCY RULE 7023 AFTER THE FAIRNESS HEARING, AND (VI) GRANT RELATED RELIEF

TO:  (i) the Office of the United States Trustee, and (ii) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

The above-captioned debtors and debtors-in-possession (the "*Debtors*"), the Official Committee of Unsecured Creditors of the Debtors (the "*Committee*") and class representatives Kathy S. Koch, Jarrett Perry, Gina Pulliam, Michael S. Surowiec, Kathleen Wielgus, and Patricia Williams (the "*Class Representatives*"), on behalf of themselves and similarly situated class members (together with the Class Representatives, the "*Class Members*"), filed their *Joint Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to (I) Approve a Settlement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approve the Settlement Pursuant to Bankruptcy Rule 7023, (III) Approve the Form and Manner of Notice to Class Members of the Settlement, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Bankruptcy Rule 7023 after the Fairness Hearing, and (VI) Grant Related Relief* (the "*Joint Motion*")[2] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "*Bankruptcy Court*"). The Joint Motion seeks entry of orders (a) approving the *Settlement and Release Agreement* (the "*Settlement Agreement*") among the Debtors, the Committee and the Class Representatives pursuant to Bankruptcy Rule 9019, (b) preliminarily approving the Settlement Agreement pursuant to Civil Rule 23, (c) approving the form and manner of notice to Class Members of the Settlement Agreement, (d) scheduling a fairness hearing (the "*Fairness Hearing*") to consider final approval of the Settlement Agreement pursuant to Civil Rule 23, and (e) after the Fairness Hearing, finally approving the Settlement Agreement pursuant to Civil Rule 23. A true and correct copy of the Joint Motion is filed and served herewith.

Objections and other responses to the relief requested in the Joint Motion, if any, must be in writing and be (i) filed with the Bankruptcy Court and (ii) also served upon the undersigned counsel for the Debtors, the Committee and Class Representatives so that they are received no later than **4:00 p.m. Eastern Time on October 6, 2009.**

**IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE JOINT MOTION WITHOUT FURTHER NOTICE OR HEARING.**

**IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE JOINT MOTION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE BANKRUPTCY COURT ON OCTOBER 13, 2009 AT 10:00 A.M. EASTERN TIME.**

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Joint Motion.

128189.01600/40183663v.1

Dated: September 3, 2009

YOUNG CONAWAY STARGATT & TAYLOR LLP

By: /s/ Scott A. Holt
Scott A. Holt (No. 3399)
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtors*

MARGOLIS EDELSTEIN

By: /s/ James E. Huggett
James E. Huggett (No. 3956)
750 S. Madison Street, Suite 102
Wilmington, DE 19801
Telephone: (302) 888-1112
Facsimile: (302) 888-1119

LANKENAU & MILLER LLP
Stuart J. Miller
132 Nassau Street, Suite 423
New York, NY 10038
Telephone: (212) 581-5005
Facsimile: (212) 581-2122

THE GARDNER FIRM, P.C.
Mary E. Olsen
M. Vance McCrary
J. Cecil Gardner
210 S. Washington Avenue
Post Office Drawer 3103
Mobile, AL 36652
Telephone: (251) 433-8100
Facsimile: (251) 433-8181

*Cooperating Attorneys for the NLG Maurice and Jane Sugar Law Center for Economic and Social Justice*

OUTTEN & GOLDEN LLP
Jack A. Raisner
Rene S. Roupinian
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

*Counsel for the Class Members*

3

BLANK ROME LLP

By: */s/ David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
Jeffrey Zawadzki
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Committee*

4