## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objection Deadline: September 24, 2009 at 4:00 p.m. (EST)** |

**APPLICATION OF BIFFERATO LLC[2], AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF (I) INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2009 THROUGH SEPTEMBER 2, 2009 AND (II) FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE RETENTION OF SEPTEMBER 26, 2008 THROUGH SEPTEMBER 4, 2009**

| | |
|---|---|
| Name of Applicant: | BIFFERATO LLC |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | September 26, 2008, *Nunc Pro Tunc* to September 4, 2009 |
| Interim period for which compensation and reimbursement is sought: | April1, 2009 through September 4, 2009 |
| Final period for which compensation and reimbursement is sought: | September 26, 2008 through September 4, 2009 |

---

[1] The Debtors' in these cases, along with the last four digits of each Debtors' federal tax identification numbers are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland Corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland Corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland Corporation (7267); American Home Mortgage Corp. ("AHM Corporation"), a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware Limited Liability Company (1407); Homegate Settlement Services, Inc., a New York Corporation (7491); and Great Oak Abstract Corporation, a New York Corporation (8580). The address for all of the Debtors' is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Effective, March 13, 2009, Bifferato Gentilotti LLC changed its name to Bifferato LLC.

Interim amount of compensation
sought as actual, reasonable and
necessary:                                        $3,252.50 [3]

Final amount of compensation sought
as actual, reasonable and necessary:    $18,933.00

Interim amount of expense reimbursement
sought as actual, reasonable and
necessary:                                        $233.03

Final amount of expense reimbursement
sought as actual, reasonable and
necessary:                                        $3,946.38

This is a third quarterly interim application for the period of April 1, 2009 through September 4, 2009 and a final application for the period of September 26, 2008 through August 11, 2009.

---

[3] This amount includes $1,200.00 for fees incurred or to be incurred by Applicant in connection with the preparation and filing of the final fee application and subsequent appearance at the hearing on the final fee application.

## INTERIM FEE APPLICATION PERIOD

| Name of Professional Person | Position | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Thomas F. Driscoll III | Associate | 0.30 hrs | $350.00 | $105.00 |
| Kevin Collins | Associate | 0.50 hrs | $225.00 | $112.50 |
| Rachelle Schumacher | Paralegal | 12.90 hrs | $200.00 | $2,580.00 |
| Gordon Lippincott | Legal Assistant | 0.20 hrs | $150.00 | $30.00 |
| Erica Myrick | Legal Assistant | 2.50 hrs | $170.00 | $425.00 |
| | TOTAL | 16.40 hrs | ************ | $3,252.50 |
| | ESTIMATED TOTAL | | | $4,452.50 |

## INTERIM EXPENSE SUMMARY

| Expense Category | Service Provider | Amount |
|---|---|---|
| Courier Service/Pleading & Document Service | Parcels | $ 75.95 |
| Courier Service | Bifferato LLC | $30.00 |
| Electronic Docket | Pacer Service Center | $ 16.48 |
| Photocopy Expense | Bifferato LLC | $ 5.00 |
| Postage Expense | Bifferato LLC | $ 45.60 |
| Print Charges | Bifferato LLC | $ 60.00 |
| TOTAL | ***** | $ 233.03 |

## FINAL FEE APPLICATION PERIOD

| Name of Professional Person | Position | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Ian Connor Bifferato | Managing Director | 7.50 hrs | $425.00 | $3,187.50 |
| Ian Connor Bifferato | Managing Director | 0.30 hrs | $440.00 | $132.00 |
| Garvan F. McDaniel | Associate | 27.10 hrs | $310.00 | $8,401.00 |
| Thomas F. Driscoll III | Associate | 0.30 hrs | $350.00 | $105.00 |
| Kevin Collins | Associate | 6.60 hrs | $225.00 | $1,485.00 |
| Jennifer Randolph | Paralegal | 13.10 hrs | $165.00 | $2,161.50 |
| Jennifer Randolph | Paralegal | 1.80 hrs | $170.00 | $306.00 |
| Rachelle Schumacher | Paralegal | 13.50 hrs | $200.00 | $2,700.00 |
| Erica Myrick | Legal Assistant | 2.50 hrs | $170.00 | $425.00 |
| Gordon Lippincott | Legal Assistant | 0.20 hrs | $150.00 | $30.00 |
| | TOTAL | 72.90 hrs | ************ | $18,933.00 |

## FINAL EXPENSE SUMMARY

| Expense Category | Service Provider | Amount |
|---|---|---|
| Courier Service/Pleading & Document Service | Parcels | $3,420.30 |
| Courier Service | Bifferato LLC | $45.00 |
| Electronic Docket/Research | Pacer Service Center | $83.68 |
| Photocopy Expense | Bifferato LLC | $160.70 |
| Printing Charges | Bifferato LLC | $70.00 |
| Postage Expense | Bifferato LLC | $166.70 |
| TOTAL | ***** | $3,946.38 |

## PRIOR APPLICATION HISTORY

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|
| **FIRST** 4/2/09 [D.I. 7225] | September 26, 2008 through October 31, 2008 | $4,684.50 | $1,419.80 | $3,747.60 | $1,419.80 | 4/27/09 [D.I. 7322] |
| **SECOND** 4/13/09 [D.I. 7262] | November 1, 2008 through November 31, 2008 | $586.00 | $8.16 | $468.80 | $8.16 | 5/7/09 [D.I. 7348] |
| **THIRD** 4/22/09 [D.I. 7308] | December 1, 2009 through December 31, 2008 | $2,248.50 | $2,113.61 | $1,798.80 | $2,113.61 | 5/18/09 [D.I. 7404] |
| **FOURTH** 9/1/09 [D.I. 7992] | January 1, 2009 through March 31, 2009 | $8,161.50 | $171.78 | $6,529.20 | $171.78 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.*,[4]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objection Deadline: September 24, 2009 at 4:00 p.m. (EST)** |

**APPLICATION OF BIFFERATO LLC[5], AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF (I) INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2009 THROUGH SEPTEMBER 2, 2009 AND (II) FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE RETENTION OF SEPTEMBER 26, 2008 THROUGH SEPTEMBER 4, 2009**

Bifferato LLC ("Applicant"), as special conflicts counsel to The Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of American Home Mortgage Holdings, Inc., a Delaware Corporation, et al. (the "Debtor"), submits its Fee Application for Allowance of (I) Interim Compensation and Reimbursement of Expenses for the Period of April 1, 2009 through September 4, 2009 (the "Interim Application Period") and (II) Final Compensation of Reimbursement of Expenses for the period of September 26, 2009 through September 4, 2009 (the "Final Application Period"), and respectfully represents and alleges as follows:

---

[4] The Debtors' in these cases, along with the last four digits of each Debtors' federal tax identification numbers are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland Corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland Corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland Corporation (7267); American Home Mortgage Corp. ("AHM Corporation"), a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware Limited Liability Company (1407); Homegate Settlement Services, Inc., a New York Corporation (7491); and Great Oak Abstract Corporation, a New York Corporation (8580). The address for all of the Debtors' is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[5] Effective, March 13, 2009, Bifferato Gentilotti LLC changed its name to Bifferato LLC.

## JURISDICTION

This Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

1. On August 6, 2007 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The cases are administered jointly pursuant to an Order of the Court.

2. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3. On September 3, 2007, the Court entered an *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* ("Interim Compensation Order") [Docket No. 547].

4. Applicant has filed and served monthly fee applications for all of the months through March 31, 2009 (collectively, the "Monthly Fee Applications"). Each of the Monthly Fee Application is incorporated by reference as if fully set forth herein.[6]

## COMPENSATION REQUESTED

5. Applicant seeks interim allowance of fees in the amount of $4,452.50 for legal services rendered on behalf of the Committee during the Interim Application Period. A detailed description of services rendered during the Interim Application Period is annexed hereto as **Exhibit A**. In addition, Application requests that the Debtors be authorized to pay $890.50 in fees representing the twenty percent (20%) "holdback" during such period.

---

[6] Copies of the Monthly Fee Applications may be obtained by written request to the undersigned counsel.

6. In addition, Applicant requests that this Court issue a final order approving and allowing Applicant total compensation in the amount of $18,933.00 for its work performed during the Final Application Period. A detailed description of services rendered during the Final Fee Period is annexed hereto as **Exhibit B**.

## EXPENSES

7. Applicant incurred reasonable and necessary out-of-pocket expenses in the sum of $233.03 in connection with rendering legal services to the Committee during the Interim Application Period. A description of the expenses is set forth in **Exhibit C**. Such disbursements include postage, messenger service, photocopying, travel expenses, Federal Express and telecopy expenses. Applicant has sought to utilize the most cost efficient method of communication consistent with the necessary time constraints. Applicant's regular charge for photocopy expenses is $0.10 per page. Westlaw and Lexis charges represent computerized legal research facility charges for computer assisted research. Use of Westlaw and Lexis greatly enhances legal research and access to case law from all jurisdictions, and is cost efficient, saving substantial attorney research time. Other disbursements are itemized in the annexed schedule. These disbursements were necessary to effectively render legal services in this case.

8. In addition, Applicant requests that this Court issue a final order approving and allowing Applicant total reimbursement of expenses in the total amount of $3,946.38 in connection with the work performed during the Final Application Period. A description of the expenses is set forth in **Exhibit D**.

9. Applicant is retained as special conflicts counsel to the Committee. In this role, Applicant has advised the Committee of Delaware local rules and procedures, filed all pleadings, and attended all hearings.

10. Furthermore, (the "Applicant") has rendered professional services as counsel to the Committee as requested and necessary and appropriate in furtherance of the Committee's duties and functions in these chapter 11 cases.

11. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

12.   This is the Applicant's final fee application pursuant to this Court's Order Interim Compensation Order. Applicant has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case, and there is no agreement or understanding between Applicant and any other person, other than members of the Applicant, for the sharing of compensation to be received for services rendered in this case.

13. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.

WHEREFORE, Applicant hereby respectfully requests that this Court enter an order: (a) approving and allowing (i) compensation of Bifferato LLC for its duly authorized, necessary and valuable service to the Committee during the Interim Application Period in the aggregate amount of $4,452.50 and (ii) reimbursement to Bifferato LLC for actual and necessary expenses incurred during the Interim Application Period in connection with aforesaid services in the aggregate amount of $233.03; (b) approving and allowing on a final basis (i) compensation of Bifferato LLC for its duly authorized, necessary and valuable service to the Committee during the Final Application Period in the aggregate amount of $18,933.00 and

(ii) reimbursement to Bifferato LLC for actual and necessary expenses incurred during the Final Application Period in connection with the aforesaid services in the aggregate amount of $3,946.38; (c) directing the Debtors to pay any unpaid amounts to Applicant; and (d) granting such other and further relief as the Court deems just and proper.

Dated: September 4, 2009
       Wilmington, Delaware

BIFFERATO LLC

_/s/ Ian Connor Bifferato_
Ian Connor Bifferato (#3273)
Thomas F. Driscoll III (#4703)
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 225-7600
Facsimile: (302) 254-5383