# EXHIBIT A

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Management / Analysis | 0.50 hrs | $100.00 |
| Fee Applications and Invoices- Bifferato LLC | 10.40 hrs | $2,080.50 |
| Fee Applications and Invoices- Others | 0.80 hrs | $160.00 |
| Pleading Review | 0.30 hrs | $60.00 |
| Pleading Preparation | 2.30 hrs | $460.00 |
| Electronic Filing/Service of Pleading | 2.00 hrs | $372.00 |
| Other Communications | 0.10 hrs | $20.00 |
| **TOTAL** | **16.40 hrs** | **$3,252.50** |

P.O. BOX 2165
WILMINGTON, DE 19899-2165
Phone (302) 225-7600 Fax (302) 254-5383
Federal Tax ID # 51-0378558

**PLEASE NOTE: Our firm name, telephone and facsimile numbers have changed.
Our tax identification number remains the same.**

Michael Morris, Esq.
Hennigan Bennett & Dorman
865 South Figueroa Street
Suite 2900
Los Angeles CA 90017

Page: 1
09/04/2009
Account No: 2008826-000B
Statement No: 242914

American Home Mortgage Holding

STATEMENT

Previous Balance $19,393.85

### Fees

| Date | | Description | Hours |
|---|---|---|---|
| 04/01/2009 | | | |
| | RS | Attention to Retrieval of Administrative Order Establishing Procedures for Interim Compensation and Reimbursement Expenses for preparation of Bifferato LLC's First Monthly Fee Application. | 0.40 |
| | RS | Review Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses in preparation of Bifferato LLC's First Monthly Fee Application. | 0.30 |
| | RS | Prepare Bifferato LLC's First Monthly Fee Application for electronic filing and service. | 1.10 |
| 04/02/2009 | | | |
| | KC | Review and execute fee application. | 0.30 |
| | RS | Finalize Bifferato LLC's First Monthly Fee Application for electronic filing and service. | 0.40 |
| | RS | Attention to electronic filing and service of Bifferato LLC's First Monthly Fee Application. | 0.20 |
| 04/07/2009 | | | |
| | RS | Review Court docket to obtain Omnibus Hearing date information. | 0.10 |
| | RS | Prepare Bifferato LLC's Second Monthly Fee Application for electronic filing and service. | 1.10 |
| 04/08/2009 | | | |
| | RS | Finalize Bifferato LLC's Second Monthly Fee Application for electronic filing and service. | 0.40 |
| 04/13/2009 | | | |
| | RS | Attention to electronic filing and service of Bifferato LLC's Second Monthly Fee Application. | 0.20 |
| 04/20/2009 | | | |
| | RS | Prepare Bifferato LLC's Third Monthly Fee Application for electronic filing and service. | 1.10 |

Michael Morris, Esq.

Account No: 2008826-000B
Statement No: 242914

American Home Mortgage Holding

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/21/2009 | | | |
| | TFD | Review and revise Bifferato December fee application | 0.30 |
| | RS | Revise Bifferato LLC's Third Monthly Fee Application for electronic filing and service. | 1.10 |
| 04/22/2009 | | | |
| | GL | Attention to service of Bifferato LLC's Third Monthly Fee Application. | 0.20 |
| | RS | Attention to electronic filing of Bifferato LLC's Third Monthly Fee Application. | 0.20 |
| | KC | Review and execute fee application. | 0.20 |
| 04/24/2009 | | | |
| | RS | Prepare Hennigan, Bennett & Dorman LLP's Second Monthly Fee Application for electronic filing and service. | 0.60 |
| | RS | Attention electronic filing and service of Hennigan, Bennett & Dorman LLP's Second Monthly Fee Application. | 0.20 |
| | RS | Ecorrespondence to co-counsel forwarding confirmation of electronic filing of Second Monthly Fee Application. | 0.10 |
| 04/27/2009 | | | |
| | RS | Prepare Certificate of No Objection for Bifferato LLC's First Monthly Fee Application for electronic filing and service. | 0.30 |
| | RS | Attention electronic filing and service of Certificate of No Objection for Bifferato LLC's First Monthly Fee Application. | 0.20 |
| 05/07/2009 | | | |
| | RS | Prepare Certificate of No Objection for Bifferato LLC's Second Monthly Fee Application for electronic filing and service. | 0.30 |
| | RS | Attention to electronic filing and service of Certificate of No Objection for Bifferato LLC's Second Monthly Fee Application. | 0.20 |
| 05/18/2009 | | | |
| | RS | Prepare Certificate of No Objection for Bifferato LLC's Third Monthly Fee Application for electronic filing and service. | 0.30 |
| | RS | Attention to electronic filing and service of Certificate of No Objection for Bifferato LLC's Third Monthly Fee Application. | 0.20 |
| 06/23/2009 | | | |
| | RS | Prepare Summary of prior monthly fee application filed to be submitted to the U.S. Trustee. | 0.80 |
| 06/25/2009 | | | |
| | RS | Prepare summary of prior monthly fee applications to submit to U.S. Trustee. | 0.80 |
| 06/29/2009 | | | |
| | RS | Prepare Summary of Prior Fee Applications for the U.S. Trustee. | 0.70 |
| 08/18/2009 | | | |
| | RS | Prepare Bifferato LLC's First Interim Fee Application for electronic filing and service. | 0.50 |

| | | | |
|---|---|---|---|
| Michael Morris, Esq. | | Page: | 3 |
| | | | 09/04/2009 |
| | | Account No: | 2008826-000B |
| | | Statement No: | 242914 |

American Home Mortgage Holding

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/26/2009 | | | | |
| | RS | Prepare Bifferato LLC's First Interim Application for electronic filing and service. | 0.50 | |
| 08/28/2009 | | | | |
| | RS | Prepare Bifferato LLC's First Interim Application for electronic filing and service. | 0.60 | |
| 09/01/2009 | | | | |
| | EM | Prepare Bifferato LLC's Fourth Monthly Fee Application for electronic filing and service. | 1.10 | |
| | EM | Attention to electronic filing and service of Bifferato LLC's First Interim Application. | 0.20 | |
| | EM | Attention to electonic filing and service of Bifferato LLC's Fourth Monthly Fee Application. | 0.20 | |
| 09/02/2009 | | | | |
| | EM | Prepare Bifferato LLC's Second Interim Application for electronic filing and service. | 0.80 | |
| | EM | Attention to electronic filing and service of Bifferato LLC's Second Interim Application. | 0.20 | |
| | | For Current Services Rendered | 16.40 | 3,252.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas F. Driscoll, III | 0.30 | $350.00 | $105.00 |
| Kevin Collins | 0.50 | 225.00 | 112.50 |
| Rachelle Schumacher | 12.90 | 200.00 | 2,580.00 |
| Gordon Lippincott | 0.20 | 150.00 | 30.00 |
| Erica Myrick | 2.50 | 170.00 | 425.00 |

Expenses

| Date | Description | Amount |
|---|---|---|
| 04/02/2009 | Print Charges | 24.00 |
| 04/06/2009 | Print Charges | 0.10 |
| 04/13/2009 | Print Charges | 22.00 |
| 04/13/2009 | Postage Expense | 15.10 |
| 04/20/2009 | Print Charges | 0.10 |
| 04/24/2009 | Print Charges | 3.80 |
| 04/24/2009 | Postage Expense | 10.00 |
| 04/27/2009 | Print Charges | 5.00 |
| 05/07/2009 | Print Charges | 5.00 |
| 05/07/2009 | Postage Expense | 10.00 |
| 05/18/2009 | Postage Expense | 10.50 |
| 05/18/2009 | Photocopies | 5.00 |
| 09/01/2009 | Case expense costs - courier to bankruptcy court - 1st Interim Fee App | 15.00 |
| 09/02/2009 | Case expense costs - courier to Judge Sontchi - 2nd Interim Application | 15.00 |
| | Total Expenses | 140.60 |

Michael Morris, Esq.

Page: 4
09/04/2009
Account No: 2008826-000B
Statement No: 242914

American Home Mortgage Holding

### Advances

| | | |
|---|---|---:|
| 04/24/2009 | Cost advanced on behalf of client - PARCELS Invoice #172476 - copy and postage of documents for service. | 75.95 |
| 04/30/2009 | Cost advanced on behalf of client - PACER charge for electronic research and document retrieval from Court electronic case system. | 14.80 |
| 05/31/2009 | Cost advanced on behalf of client - PACER charge for electronic research and document retrieval from Court electronic case system. | 1.68 |
| | Total Advances | 92.43 |
| | Total Current Work | 3,485.53 |

### Payments

| | | |
|---|---|---:|
| 05/22/2009 | Payment of fees apps 9/08 - 12/08. | -9,556.77 |

Balance Due                                                                                   $13,322.61

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 18,933.00 | 442.40 | 3,503.98 | 0.00 | 9,556.77 |

**All invoices are due upon receipt.  Please remit payment at this time.**