# EXHIBIT B

## FINAL COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Management / Analysis | 0.80 hrs | $150.00 |
| Fee Applications and Invoices- Bifferato LLC | 12.30 hrs | $2,394.00 |
| Fee Applications and Invoices- Others | 0.80 hrs | $160.00 |
| Employment and Retention Applications - Others | 4.50 hrs | $847.00 |
| Pleading Review | 5.50 hrs | $1,947.00 |
| Pleading Preparation | 6.10 hrs | $1,391.50 |
| Electronic Filing/Service of Pleading | 4.80 hrs | $838.00 |
| Committee Communication and Meetings | 6.50 hrs | $1,897.00 |
| Other Communications | 0.70 hrs | $120.50 |
| Mediation Preparation and Communications | 6.40 hrs | $2,057.50 |
| Mediation Attendance | 5.20 hrs | $1,612.00 |
| In-House Correspondence | 0.80 hrs | $184.00 |
| Hearing Preparation | 0.60 hrs | $120.00 |
| Hearing Attendance | 17.90 hrs | $5,214.50 |
| **TOTAL** | **72.90 hrs** | **$18,933.00** |