# EXHIBIT C

## INTERIM EXPENSE SUMMARY

| Expense Category | Service Provider | Amount |
|---|---|---|
| Courier Service/Pleading & Document Service | Parcels | $ 75.95 |
| Courier Service | Bifferato LLC | $30.00 |
| Electronic Docket | Pacer Service Center | $ 16.48 |
| Photocopy Expense | Bifferato LLC | $ 5.00 |
| Postage Expense | Bifferato LLC | $ 45.60 |
| Print Charges | Bifferato LLC | $ 60.00 |
| **TOTAL** | ***** | **$ 233.03** |