# EXHIBIT D

## FINAL EXPENSE SUMMARY

| Expense Category | Service Provider | Amount |
| --- | --- | --- |
| Courier Service/Pleading & Document Service | Parcels | $3,420.30 |
| Courier Service | Bifferato LLC | $45.00 |
| Electronic Docket/Research | Pacer Service Center | $83.68 |
| Photocopy Expense | Bifferato LLC | $160.70 |
| Printing Charges | Bifferato LLC | $70.00 |
| Postage Expense | Bifferato LLC | $166.70 |
| **TOTAL** | ***** | **$3,946.38** |