IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.*,[1]<br><br>Debtors. | Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** \_\_\_\_\_ |

ORDER GRANTING APPLICATION OF BIFFERATO LLC[2], AS SPECIAL
CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ALLOWANCE OF (I) INTERIM COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OF APRIL 1, 2009 THROUGH SEPTEMBER 4, 2009 AND (II) FINAL
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD OF
SEPTEMBER 26, 2009 THROUGH SEPTEMBER 4, 2009

Upon the application, dated September 4, 2009 (the "Application"), of Bifferato LLC (the "Applicant"), special conflicts counsel to the Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., a Delaware Corporation, et al. (the "Debtor"), in the above-captioned chapter 11 case, seeking any order allowing compensation and reimbursement of expenses pursuant to §§ 330 and 331 of chapter 11 of title 11 of the United States Code ("the Bankruptcy Code") for legal services performed during the period commencing (i) April 1, 2009 through and including September 4, 2009 (the "Interim

---

[1] The Debtors' in these cases, along with the last four digits of each Debtors' federal tax identification numbers are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland Corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland Corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland Corporation (7267); American Home Mortgage Corp. ("AHM Corporation"), a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware Limited Liability Company (1407); Homegate Settlement Services, Inc., a New York Corporation (7491); and Great Oak Abstract Corporation, a New York Corporation (8580). The address for all of the Debtors' is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Effective March 13, 2009, Bifferato Gentilotti LLC changed its name to Bifferato LLC.

Application Period") and (ii) September 26, 2008 through and including September 4, 2009 (the "Final Application Period"); and it appearing that the Court has jurisdiction to consider the Application and relief therein in accordance with 28 U.S.C. §§ 157 and 1334; and due notice of the Application having been provided and it appearing that no other or further notice need to be provided; and it further appearing that the relief requested in the Application is in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the amount of $3,252.50 is granted on a final basis for services rendered and $218.03 for reimbursement of expenses incurred with the rendition of such services during the Interim Application Period for a total award of $3,470.53; and it is further

**ORDERED**, that Application is granted on a final basis in the amount of $18,933.00 for professional services rendered and $3,931.38 for reimbursement expenses incurred with the rendition of such services during the Final Application Period for a total award of $22,864.38; and it is further

**ORDERED**, that the Debtors are authorized and directed to pay the allowed amounts set forth above, to the extent such amount has not yet been paid; and it is further

**ORDERED**, that the amount of compensation allowed to Applicant under this Order is provided pursuant to §§ 330 and 331 of the Bankruptcy Code.

Dated: _____, 2009
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge