# EXHIBIT A

# AHM FLOW POLICIES

| Master Policy Number | Effective Date of Coverage |
|---|---|
| 01-0107-0002 | 02/07/06 |
| 03-0111-0002 | 01/12/05 |
| 03-0111-0003 | 02/10/05 |
| 03-0111-0004 | 02/25/05 |
| 03-0111-0005 | 02/01/05 |
| 03-0111-0006 | 06/01/05 |
| 03-0111-0007 | 08/01/05 |
| 03-0111-0008 | 09/01/05 |
| 03-0111-0009 | 02/14/06 |
| 03-0111-0010 | 04/29/06 |
| 04-0049-0002 | 06/01/05 |
| 05-0167-0001 | 01/12/05 |
| 05-0167-0002 | 01/12/05 |
| 05-0167-0003 | 01/12/05 |
| 05-0167-0004 | 01/12/05 |
| 05-0167-0005 | 01/12/05 |
| 05-0167-0006 | 01/12/05 |
| 05-0167-0007 | 01/12/05 |
| 05-0167-0008 | 01/12/05 |
| 05-0167-0009 | 01/12/05 |
| 05-0167-0010 | 01/12/05 |
| 05-0167-0011 | 01/12/05 |
| 05-0167-0012 | 01/12/05 |
| 05-0167-0013 | 01/12/05 |
| 05-0167-0014 | 11/29/04 |
| 05-0167-0015 | 02/25/05 |
| 05-0167-0016 | 02/25/05 |
| 05-0167-0017 | 02/25/05 |
| 05-0167-0018 | 02/25/05 |
| 05-0167-0019 | 02/25/05 |
| 05-0167-0020 | 03/15/05 |
| 05-0167-0021 | 04/01/05 |
| 05-0167-0022 | 06/01/05 |
| 05-0167-0023 | 06/01/05 |
| 05-0167-0024 | 06/01/05 |
| 05-0167-0025 | 06/29/05 |
| 05-0167-0026 | 04/01/05 |
| 05-0167-0027 | 06/01/05 |
| 05-0167-0028 | 07/01/05 |
| 05-0167-0029 | 06/01/05 |
| 05-0167-0030 | 08/01/05 |

| | |
|---|---|
| 05-0167-0031 | 08/01/05 |
| 05-0167-0032 | 06/01/05 |
| 05-0167-0033 | 01/01/05 |
| 05-0167-0034 | 09/01/05 |
| 05-0167-0035 | 12/01/05 |
| 05-0167-0036 | 09/01/05 |
| 05-0167-0037 | 10/01/05 |
| 05-0167-0038 | 01/27/06 |
| 05-0167-0039 | 02/10/06 |
| 05-0167-0040 | 02/27/06 |
| 05-0167-0041 | 03/07/06 |
| 05-0167-0042 | 03/29/06 |
| 05-0167-0043 | 03/31/06 |
| 06-0192-0002 | 11/18/04 |
| 06-0192-0003 | 02/25/05 |
| 06-0192-0004 | 02/01/05 |
| 06-0192-0005 | 01/09/06 |
| 06-0192-0006 | 01/13/06 |
| 06-0192-0007 | 03/22/06 |
| 06-0192-0008 | 03/22/06 |
| 06-0192-0009 | 04/07/06 |
| 06-0192-0010 | 05/22/06 |
| 07-0028-0002 | 02/25/05 |
| 08-0030-0002 | 12/20/04 |
| 08-0030-0003 | 01/20/05 |
| 08-0030-0004 | 02/10/05 |
| 09-0423-0002 | 01/13/05 |
| 09-0423-0003 | 12/28/04 |
| 09-0423-0004 | 01/01/05 |
| 09-0423-0005 | 01/01/05 |
| 09-0423-0006 | 02/25/05 |
| 09-0423-0007 | 02/25/05 |
| 09-0423-0008 | 03/15/05 |
| 09-0423-0009 | 02/01/05 |
| 09-0423-0010 | 02/01/05 |
| 09-0423-0011 | 02/10/06 |
| 09-0423-0012 | 03/06/06 |
| 09-0423-0013 | 03/13/06 |
| 10-0368-0002 | 12/29/04 |
| 10-0368-0003 | 12/01/04 |
| 10-0368-0004 | 01/28/05 |
| 10-0368-0005 | 01/01/05 |
| 10-0368-0006 | 02/25/05 |
| 11-0007-0002 | 07/01/05 |
| 12-0019-0002 | 01/01/05 |
| 12-0019-0003 | 02/25/05 |
| 12-0019-0004 | 12/01/05 |
| 13-0330-0002 | 01/12/05 |

| | | |
|---|---|---|
| 13-0330-0003 | | 01/12/05 |
| 13-0330-0004 | | 01/03/05 |
| 13-0330-0005 | | 12/16/04 |
| 13-0330-0006 | | 12/28/04 |
| 13-0330-0007 | | 12/07/04 |
| 13-0330-0008 | | 01/01/05 |
| 13-0330-0009 | | 02/25/05 |
| 13-0330-0010 | | 02/25/05 |
| 13-0330-0011 | | 01/01/05 |
| 13-0330-0012 | | 02/25/05 |
| 13-0330-0013 | | 05/01/05 |
| 13-0330-0014 | | 05/01/05 |
| 13-0330-0015 | | 03/01/05 |
| 13-0330-0016 | | 11/01/05 |
| 13-0330-0017 | | 09/01/05 |
| 13-0330-0018 | | 09/01/05 |
| 14-0341-0002 | | 01/20/05 |
| 14-0341-0003 | | 01/01/05 |
| 14-0341-0004 | | 02/10/06 |
| 14-0341-0005 | | 03/10/06 |
| 15-0021-0002 | | 01/01/05 |
| 15-0023-0002 | | 10/17/05 |
| 15-0023-0003 | | 05/01/05 |
| 16-0116-0002 | | 02/25/05 |
| 16-0116-0003 | | 04/01/05 |
| 17-0232-0002 | | 02/01/05 |
| 17-0232-0003 | | 03/01/05 |
| 18-0003-0002 | | 10/24/05 |
| 20-0075-0001 | | 01/12/05 |
| 20-0075-0002 | | 01/12/05 |
| 20-0075-0003 | | 01/12/05 |
| 20-0184-0002 | | 11/02/04 |
| 20-0185-0002 | | 12/22/04 |
| 20-0185-0003 | | 12/02/04 |
| 20-0185-0004 | | 12/16/04 |
| 20-0185-0005 | | 02/08/05 |
| 20-0185-0006 | | 06/01/05 |
| 20-0185-0007 | | 06/01/05 |
| 20-0185-0008 | | 06/01/05 |
| 20-0185-0009 | | 06/01/05 |
| 20-0185-0010 | | 06/01/05 |
| 20-0185-0011 | | 09/01/05 |
| 20-0185-0012 | | 05/01/05 |
| 20-0185-0013 | | 05/01/05 |
| 20-0185-0014 | | 09/01/05 |
| 21-0012-0001 | | 01/12/05 |
| 21-0067-0002 | | 12/21/04 |
| 21-0067-0003 | | 12/23/04 |

| | |
|---|---|
| 21-0071-0002 | 02/01/05 |
| 22-0148-0002 | 12/10/04 |
| 22-0148-0003 | 06/01/05 |
| 22-0148-0004 | 12/28/05 |
| 23-0010-0002 | 01/12/05 |
| 23-0010-0005 | 01/12/05 |
| 23-0010-0006 | 01/12/05 |
| 23-0010-0007 | 01/12/05 |
| 23-0010-0008 | 01/12/05 |
| 23-0010-0010 | 01/12/05 |
| 23-0010-0011 | 01/12/05 |
| 23-0010-0012 | 02/25/05 |
| 23-0010-0013 | 04/01/05 |
| 23-0010-0014 | 04/01/05 |
| 23-0010-0015 | 08/01/05 |
| 23-0010-0016 | 10/01/05 |
| 25-0170-0002 | 02/10/05 |
| 25-0170-0003 | 02/25/05 |
| 25-0170-0004 | 03/01/05 |
| 25-0170-0005 | 11/01/05 |
| 25-0170-0006 | 01/05/06 |
| 26-0007-0002 | 03/01/05 |
| 26-0007-0003 | 09/01/05 |
| 28-0069-0002 | 02/01/05 |
| 28-0069-0003 | 06/01/05 |
| 28-0069-0004 | 07/01/05 |
| 28-0069-0005 | 10/01/05 |
| 28-0069-0006 | 02/01/06 |
| 29-0001-0002 | 06/01/05 |
| 29-0001-0003 | 10/24/05 |
| 30-0097-0002 | 01/12/05 |
| 30-0097-0003 | 01/12/05 |
| 30-0117-0005 | 02/01/05 |
| 30-0117-0006 | 09/01/05 |
| 30-1117-0002 | 12/14/04 |
| 30-1117-0003 | 06/01/05 |
| 30-1117-0004 | 06/01/05 |
| 31-0013-0002 | 03/09/06 |
| 32-0008-0001 | 09/22/05 |
| 33-0027-0004 | 01/12/05 |
| 33-0227-0002 | 01/12/05 |
| 33-0227-0003 | 01/12/05 |
| 33-0227-0004 | 01/12/05 |
| 33-0227-0005 | 01/12/05 |
| 33-3366-0002 | 11/11/04 |
| 33-3366-0003 | 01/18/05 |
| 33-3366-0004 | 01/20/05 |
| 33-3366-0005 | 01/20/05 |

| | |
|---|---|
| 33-3366-0006 | 01/12/05 |
| 33-3366-0007 | 11/24/04 |
| 33-3366-0008 | 12/23/04 |
| 33-3366-0009 | 01/01/05 |
| 33-3366-0010 | 02/10/05 |
| 33-3366-0011 | 02/25/05 |
| 33-3366-0012 | 03/16/06 |
| 35-0257-0002 | 01/20/05 |
| 35-0257-0003 | 01/01/05 |
| 35-0257-0004 | 02/25/05 |
| 35-0257-0005 | 03/15/05 |
| 35-0257-0006 | 07/01/05 |
| 35-0257-0007 | 08/01/05 |
| 35-0257-0008 | 04/01/05 |
| 35-0257-0009 | 10/01/05 |
| 36-0127-0002 | 02/01/05 |
| 37-0154-0002 | 01/01/05 |
| 37-0154-0003 | 12/23/04 |
| 37-0154-0004 | 02/25/05 |
| 37-0154-0005 | 02/10/06 |
| 37-0154-0006 | 03/07/06 |
| 37-0154-0007 | 03/16/06 |
| 38-0137-0002 | 01/12/05 |
| 38-0226-0002 | 01/04/05 |
| 38-0226-0003 | 01/20/05 |
| 38-0226-0004 | 01/01/05 |
| 38-0226-0005 | 02/25/05 |
| 38-0226-0006 | 06/01/05 |
| 38-0226-0007 | 06/01/05 |
| 38-0226-0008 | 06/01/05 |
| 38-0226-0009 | 04/01/05 |
| 38-0226-0010 | 02/01/05 |
| 38-0226-0011 | 02/01/05 |
| 38-0226-0012 | 03/01/05 |
| 38-0228-0002 | 03/15/05 |
| 40-0177-0002 | 01/20/05 |
| 40-0177-0003 | 01/20/05 |
| 40-0177-0004 | 02/25/05 |
| 41-0005-0002 | 05/01/05 |
| 41-0005-0003 | 09/01/05 |
| 42-0161-0002 | 01/12/05 |
| 42-0161-0003 | 02/25/05 |
| 43-0216-0002 | 01/12/05 |
| 43-0216-0003 | 01/12/05 |
| 43-0216-0004 | 01/12/05 |
| 43-0216-0005 | 01/12/05 |
| 43-0216-0006 | 01/12/05 |
| 43-0216-0007 | 01/12/05 |

| | |
|---|---|
| 43-0216-0008 | 01/12/05 |
| 43-0216-0009 | 11/16/04 |
| 43-0216-0010 | 02/25/05 |
| 43-0216-0011 | 02/01/05 |
| 43-0216-0012 | 02/01/05 |
| 43-0216-0013 | 02/01/05 |
| 43-0216-0014 | 02/01/05 |
| 43-0216-0015 | 03/01/05 |
| 43-0216-0016 | 02/01/05 |
| 43-0216-0017 | 02/01/05 |
| 43-0216-0018 | 05/01/05 |
| 43-0216-0019 | 03/02/06 |
| 43-0216-0020 | 01/30/06 |
| 43-0216-0021 | 03/07/06 |
| 43-0216-0022 | 03/27/06 |
| 43-0216-0023 | 03/27/06 |
| 43-0216-0024 | 01/30/06 |
| 43-0216-0025 | 03/27/06 |
| 43-0216-0026 | 08/21/06 |
| 44-0035-0002 | 12/03/04 |
| 44-0035-0003 | 02/25/05 |
| 46-0234-0002 | 01/01/05 |
| 46-0234-0003 | 02/10/05 |
| 46-0234-0004 | 06/01/05 |
| 46-0234-0005 | 02/01/05 |
| 46-0234-0006 | 01/27/06 |
| 47-0094-0002 | 02/25/05 |
| 47-0094-0003 | 10/20/05 |
| 47-0094-0004 | 02/01/05 |
| 47-0094-0005 | 10/20/05 |
| 47-0094-0006 | 11/01/05 |
| 50-0004-0002 | 05/01/05 |