## EXHIBIT B

## AHM BULK POLICIES

| Master Policy Number | Effective Date of Coverage |
|---|---:|
| 43-0373-0001 | 3/1/2006 |
| 43-0373-0002 | 3/1/2006 |
| 43-0373-0003 | 4/1/2006 |
| 43-0373-0004 | 6/1/2006 |
| 43-0373-0005 | 6/1/2006 |
| 43-0373-0006 | 7/1/2006 |
| 43-0373-0007 | 8/1/2006 |
| 43-0373-0008 | 9/1/2006 |
| 43-0373-0009 | 11/1/2006 |
| 43-0373-0010 | 12/1/2006 |
| 43-0373-0011 | 3/1/2007 |
| 43-0376-0002 | 3/1/2006 |