IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11

In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,                  :  Jointly Administered
                                                                 :
                    Debtors.                                     :  Doc. Ref. Nos. 148, 539, 551, 2187, 2773 and 7227
---------------------------------------------------------------- x

**FIFTH SUPPLEMENTAL AFFIDAVIT OF PAULINE K. MORGAN IN SUPPORT
OF THE APPLICATION FOR ORDER PURSUANT TO SECTION 327
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014
APPROVING THE RETENTION AND EMPLOYMENT OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP AS ATTORNEYS
FOR THE DEBTORS, _NUNC PRO TUNC_ TO THE PETITION DATE**

STATE OF DELAWARE          )
                           )
COUNTY OF NEW CASTLE       )

PAULINE K. MORGAN, being duly sworn, deposes and says:

1. I am a partner in the firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), The Brandywine Building, 17th Floor, 1000 West Street, Wilmington, Delaware 19801, and have been duly admitted to practice in the State of Delaware, the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit. This supplemental affidavit (the "Fifth Supplemental Affidavit") is submitted in support of the Debtors' Application for Order Pursuant to section 327 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors, _Nunc Pro Tunc_ to the Petition Date [Docket No. 148] (the "Application"). An Order approving the Application was entered by the Court on September 4, 2007 [Docket No. 551].

2. On August 13, 2007, Young Conaway filed an initial affidavit of Pauline K. Morgan in support of the Application, which was submitted with the Application. On August

31, 2007, Young Conaway filed a supplement affidavit of Pauline K. Morgan [Docket No. 539] in support of the Application. On November 28, 2007, Young Conaway filed its second supplemental affidavit of Pauline K. Morgan [Docket No. 2187], on January 24, 2008, its third supplemental affidavit of Pauline K. Morgan [Docket No.2773], and on April 3, 2009, its fourth supplemental affidavit of Pauline K. Morgan [Docket No. 7227] in support of the Application (collectively, the "Affidavits")

3. As stated in the Affidavits, Young Conaway conducted a series of searches in the Firm's conflicts databases to identify relationships with creditors and other parties-in-interest (or potential parties-in-interest) in these Chapter 11 cases. The Affidavits summarize the results of these searches. The purpose of this Fifth Supplemental Affidavit is to update and clarify the representations disclosed in the Affidavits; as demonstrated below, Young Conaway remains disinterested within the meaning of 11 U.S.C. § 101(14), and neither holds nor represents any interest adverse to the Debtors or their estates other than as described below.

4. DBSI, Inc. and/or certain of DBSI's affiliates (collectively, "DBSI") are creditors of the Debtors. Beginning on November 6, 2008 and on certain dates thereafter, DBSI and certain of its affiliates (collectively, the "DBSI Debtors") filed chapter 11 bankruptcy petitions with this court, which cases are jointly administered under Case No. 08-12687 (PJW). On December 2, 2008, an order was entered approving the DBSI Debtors' retention of Young Conaway as their bankruptcy counsel. Effective August 31, 2009, a chapter 11 trustee was appointed in the DBSI Debtors' cases. The DBSI Debtors' bankruptcy cases are wholly unrelated to Debtors' chapter 11 cases. Additionally, Young Conaway has a general waiver with respect to its representation of the Debtors and the DBSI Debtors. In the event that there is a dispute between DBSI and the Debtors, Young Conaway will not represent any party with respect to such dispute. As demonstrated below, Young Conaway remains disinterested within

the meaning of 11 U.S.C. 101(14), and neither holds nor represents any interest adverse to the Debtors or their estates.

5. Except as specifically disclosed in this Fifth Supplemental Affidavit and the previously filed Affidavits, to the best of my knowledge, neither I, the Firm, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their potential creditors, or any other parties in interest, or their representative attorneys and accountants, and the United States Trustee or any person employed in the office of the United States Trustee. To the extent that Young Conaway becomes aware of any additional relationships and/or connections that may be relevant to Young Conaway's representation of the Debtors, an additional supplemental affidavit will be filed.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Pauline K. Morgan

Sworn to before me this 4th day of September, 2009.

_____
Notary Public
My Commission Expires: _____

**MARLENE J. MAISTA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 21, 2013**

3