IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| | Re: Dkt. No. 6824 |
| Debtors. | |

---

For the reasons set forth in the Court's Findings of Fact and Conclusions of Law of this date, the Debtor's objection to the Repurchase Claims are sustained and the Repurchase Claims are expunged.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: September 8, 2009