IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :  Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                :
                                                                  :  Jointly Administered
        Debtors.                                                  :
                                                                  :  **Ref. Docket Nos. 5447, 5521,**
                                                                  :  **6217, 7112, 7282, 7395, 7612,**
----------------------------------------------------------------- x  **7941, and 8001**

## NINTH ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the fifteenth omnibus (substantive) objection (the "Objection") [Docket No. 5447] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto filed by Joseph Dionisio [Docket No. 5521]; and the Court having entered an order [Docket No. 6217] sustaining the Objection in part and adjourning the Objection with respect to various proofs of claim including claim number 3240 ("Claim 3240") filed by Mr. Dionisio; and the Debtors having filed their supplemental declaration in support of the Objection [Docket No. 8001]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 3240, filed by Mr. Dionisio, is hereby modified and reduced to an unsecured priority claim in the amount of $3,596.25; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that the Objection to the proofs of claim filed by Michael Kalmonson [Claim No. 708]; Judy McGaha [Claim No. 527]; California Cleaning Concepts [Claim No. 2114], Shervonne Powell [Claim No. 10340], John Johnston [Claim Nos. 7961 and 8772], Grailing Carter [Claim No. 10305], and Office Max [Claim No. 9838] is hereby adjourned; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       September 8, 2009

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE