# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 6009, 6235, 6462, 6704, 7387, and 8001** |

## FOURTH ORDER SUSTAINING DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the nineteenth omnibus (substantive) objection (the "Objection") [Docket No. 6009] of the above-captioned debtors and debtors in possession (the "Debtors"); and upon consideration of the response to the Objection filed by Baron O'Brien [Docket No. 6235]; and the Court having entered an order [Docket No. 6462] sustaining the Objection in part and adjourning the Objection with respect to various proofs of claim including number 6650 ("Claim 6650") filed by Baron O'Brien; and the Debtors having filed their supplemental declaration in support of the Objection [Docket No. 8001]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 6650, filed by Mr. O'Brien, is hereby modified, reduced and reclassified to a general unsecured claim in the amount of $125,138.44; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that the Objection with respect to the proofs of claim filed by Eric Segall [Claim No. 7365], Jeffrey A. Harmon [Claim No. 302], Paul Parotti [Claim No. 2353], and American Express Travel Related SVC Co. [Claim No. 9205] is hereby adjourned; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
September 8, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE