# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
Debtors.                                                         :
                                                                 :   **Ref. Docket Nos. 5181, 5463,**
                                                                 :   **5920, 6179, 6461, 7100, 7942,**
---------------------------------------------------------------- x   **and 8001**

## SEVENTH ORDER SUSTAINING DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirteenth omnibus (substantive) objection (the "Objection") [Docket No. 5181] of the above-captioned debtors and debtors in possession (the "Debtors"), and the Court having entered an order [Docket No. 5463] sustaining the Objection in part and adjourning the Objection with respect to various proofs of claim including claim number 2946 ("Claim 2946") filed by GE Money Bank/WMC Mortgage; and the Debtors having filed their supplemental declaration in support of the Objection [Docket No. 8001]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 2946, filed by GE Money Bank/WMC Mortgage, is hereby disallowed and expunged in its entirety; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that the Objection with respect to the proofs of claim filed by Countrywide Bank F.S.B. [Claim No. 9440], Financial Guaranty Insurance Company [Claim Nos. 8264, 8452, 8453, 8710, 8711 and 8712], MBIA Insurance Corporation [Claim Nos. 8270, 8271, 8272, 8724, 8725 and 8726], Deutsche Bank [Claim Nos. 9183, 9184, 9185, 9186, 9187, 9188 and 9189], Financial Guaranty Insurance Company as successor to IndyMac Bank F.S.B. [Claim No. 8677], and AT&T Global Services [Claim No. 9258] is hereby adjourned; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
September 8, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE