UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING, TO THE EXTENT NECESSARY, THE USE OF THE PROCEEDS OF THE D&O POLICIES TO FUND THE SECURITIES LITIGATION SETTLEMENT

Upon the joint motion (the "Motion"), dated August 10, 2009, of the Lead Plaintiffs[1] and the Settling Defendants for entry of an order authorizing, to the extent necessary, the use of the proceeds of the D&O Policies to fund the Settlement of the Securities Litigation; and the Court, having held a hearing to consider the relief requested therein, finds and determines the following:

a. Consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b).

b. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

c. The Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334.

d. Due and adequate notice of the Motion has been provided, and no further notice is necessary.

e. The legal and factual bases set forth in the Motion establish just and sufficient cause to grant the relief requested therein.

Therefore, it is hereby **ORDERED** that:

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion, unless defined otherwise herein.

1.  The Motion is granted, to the extent necessary, as set forth herein.

2.  The Settling Defendants are authorized to utilize the proceeds of the D&O Policies to fund the Settlement in *In re American Home Mortgage Securities Litigation*, Case No. 07-MD-1898 (TCP) in accordance with its terms.

Dated: September 8, 2009

CHRISTOPHER S. SONTCHI
United States Bankruptcy Judge