# EXHIBIT A

# Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| FISHMAN, BRIAN<br>1695 PARTAGE PASS<br>DEERFIELD, IL 60015 | 1305 | 9/28/07 | 07-11051 | $10,835.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$10,835.09 (T) | Claim relates to unpaid commissions for July 2007. Commissions for July were paid on 8/7/07 pursuant to claimant's commission plan and claimant received $9,938.78 in his paycheck issued on that date. Per Debtor's books and records, amounts claimed do not reflect the amounts claimant was entitled to, and received, on 8/7/07. |
| HOFFMAN, DANIEL F.<br>2456 GREENRIDGE DRIVE<br>MEDFORD, OR 97504 | 10139 | 3/24/08 | No Case | $279,634.90 (S)<br>- (A)<br>- (P)<br>- (U)<br>$279,634.90 (T) | The Claim appears to assert amounts owing to the Debtors, not amounts owing to the Claimant. The Debtors believe that the claim was filed based on a misunderstanding of the Bar Date Notice. The Debtors have reviewed their books and records and have determined no independent basis for liability. The Debtors have not received any responses to correspondence to the Claimant seeking additional information regarding the basis of the Claim. |
| OAKLAND COUNTY TREASURER<br>ATTN DIANE L ROARK, DEPUTY TREASURER<br>1200 N TELEGRAPH ROAD<br>DEPARTMENT 479<br>PONTIAC, MI 48341 | 10559 | 10/2/08 | 07-11047 | $29,049.59 (S)<br>- (A)<br>- (P)<br>- (U)<br>$29,049.59 (T) | Claim relates to unpaid real estate and personal property taxes. Modified to match the Debtors' books and records for the outstanding 2007 personal property taxes. All other taxes have been paid. Amounts asserted are the same as those contained in claim 1078, which was reduced and allowed in the amount of $171.66 by order of this Court on 7/17/2009 (D.I. 7544). |
| WILKINSON, FAITH C<br>8775 CELESTE RD<br>SARALAND, AL 36571 | 8025 | 1/9/08 | 07-11051 | $1,529.37 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,529.37 (T) | Claim relates to an expense report in the amount of $1529.37. Debtor satisfied $129.35 and has no liability for the balance. The approved portion of the expense report was $129.35 and was paid to the employee on 9/10/07. The difference of $1,400.02 was rejected because it was for non-reimburseable and non-allowable items. |
| **Totals:** | **4 Claims** | | | $321,048.95 (S)<br>- (A)<br>- (P)<br>- (U)<br>$321,048.95 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT B

# Exhibit B

## Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| KING COUNTY, WASHINGTON<br>KING COUNTY<br>LINDA CRANE NELSEN<br>500 FOURTH AVE.<br>SEATTLE, WA 98104 - 15 | 10143 | 3/25/08 | 07-11051 | $5,113.63 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,113.63 (T) | $1,704.84 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,704.84 (T) | Claim relates to personal property taxes and real estate taxes. Debtor's books and records reflect that the personal property taxes are still outstanding. Payment of the other real estate taxes was verified on the Kings County website. |
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 10420 | 6/17/08 | 07-11052 | - (S)<br>$1,749.67 (A)<br>- (P)<br>- (U)<br>$1,749.67 (T) | - (S)<br>$800.00 (A)<br>- (P)<br>- (U)<br>$800.00 (T) | A tax return was filed for years 2007, 2008, and 2009. Claimant was paid the $1,600 owed for years 2008 and 2009 on 7/17/09. The check numbers for this payment are 337067 and 337068. Each check was in the amount of $800. After contacting the claimant regarding the 2007 tax return, the debtor and the claimant have agreed to modify claim 10420 to an allowed administrative expense of $800 in full satisfaction of the claim. |
| Totals: | | 2 Claims | | $5,113.63 (S)<br>$1,749.67 (A)<br>- (P)<br>- (U)<br>$6,863.30 (T) | $1,704.84 (S)<br>$800.00 (A)<br>- (P)<br>- (U)<br>$2,504.84 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## Reclassified Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| GARCIA, NICOLE<br>2759 N JERUSALEM RD<br>EAST MEADOW, NY 11554 | 971 | 9/18/07 | 07-11054 | $1,422.75 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,422.75 (T) | - (S)<br>- (A)<br>$1,422.75 (P)<br>- (U)<br>$1,422.75 (T) | Claim relates to payout of unused vacation time and is entitled to priority pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SAPRE, PRAVIN<br>47805 RED RUN DR<br>CANTON, MI 48187 | 6684 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$18,097.92 (P)<br>- (U)<br>$18,097.92 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,147.92 (U)<br>$18,097.92 (T) | Claim relates to 4 weeks of pay and unpaid expenses due under claimant's employment contract. Pursuant to section 507(a)(4) of the Bankruptcy Code the claim will be reclassified to $10,950.00 unsecured priority and the remainder of $7147.92 will be reclassified to unsecured nonpriority. |
| **Totals:** | **2 Claims** | | | $1,422.75 (S)<br>- (A)<br>$18,097.92 (P)<br>- (U)<br>$19,520.67 (T) | - (S)<br>- (A)<br>$12,372.75 (P)<br>$7,147.92 (U)<br>$19,520.67 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Reclassified Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| CORPORATE CENTER V, L.L.C.<br>BY: AMERICAN NEVADA COMPANY LLC<br>ATTN: PHILLIP N. RALSTON, EXEC. VP/TRES.<br>901 NORTH GREEN VALLEY PARKWAY, STE 200<br>HENDERSON, NV 89074 | 8775 | 1/11/08 | 07-11047 | $10,734.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$10,734.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$10,734.00 (U)<br>$10,734.00 (T) | Claim relates to unpaid payments owed claimant pursuant to a promissory note executed in connection with the rental of a branch office from claimant. The claim will be reclassified to unsecured nonpriority. |
| Totals: | 1 Claim | | | $10,734.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$10,734.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$10,734.00 (U)<br>$10,734.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Modified Amount Wrong Debtor Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BOWLES, PIERRE L<br>137 HOUSTON CT<br>GRIFFIN, GA 302249595 | 1075 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$4,500.00 (P)<br>- (U)<br>$4,500.00 (T) | 07-11051 | - (S)<br>- (A)<br>$3,412.50 (P)<br>- (U)<br>$3,412.50 (T) | Claim relates to unpaid commission for a loan. Pursuant to claimant's commission plan, claimant is entitled to 50% of fees received by the Debtor. Debtor received $6825 in fees according to its books and records, and the claim is therefore modified to $3,412.50. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BOWMAN, MONICA<br>PO BOX 1288<br>SANTA CRUZ, CA 95061 | 1420 | 10/4/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>$28,507.31 (U)<br>$39,457.31 (T) | 07-11051 | - (S)<br>- (A)<br>$825.00 (P)<br>- (U)<br>$825.00 (T) | Claim relates to unwarranted payroll reversal, payroll deductions, 2006-2007 loan officer ("LO") deductions, appraisal deductions and unpaid commissions. Regarding payroll reversal, on 5/10/07 the employee was paid $5485.95 and $8488.60 via direct deposit. She was entitled to pay in the amount of $5,485.95 but the $8488.60 was a wire error and was therefore immediately reversed. Regarding payroll deductions, claimant was reimbursed on 7/13/07 for the deductions related to Lisa Turner - those deductions were made in error. Regarding the LO deductions, claimant is not entitled to reimbursement for amounts deducted in 2006 and 2007. An LO deduction is generally for marketing materials that are not reimburseable and are listed on the pay stub as an LO Deduction to adjust the gross income. Regarding the appraisal deductions, Debtor agrees that the employee is entitled to reimbursement in the amount of $825.00. Regarding the commissions, the commission on the claimed loans was paid in claimant's paychecks dated 12/22/06, 7/25/07 and 8/10/07. No other commission is outstanding. |
| JEFFERSON COUNTY TREASURER<br>ATTN: DAVE VILLANO, DEPUTY TREASURER<br>100 JEFFERSON COUNTY PARKWAY<br>GOLDEN, CO 80419 | 10439 | 7/22/08 | 07-11047 | - (S)<br>- (A)<br>$1,529.74 (P)<br>- (U)<br>$1,529.74 (T) | 07-11051 | - (S)<br>- (A)<br>$1,067.70 (P)<br>- (U)<br>$1,067.70 (T) | Claim relates to 2007 personal property taxes. Modified to match the tax bill attached to claimant's proof of claim. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA, FL 34478-0970 | 10684 | 3/9/09 | 07-11047 | $9,277.65 (S)<br>- (A)<br>- (P)<br>- (U)<br>$9,277.65 (T) | 07-11051 | $276.19 (S)<br>- (A)<br>- (P)<br>- (U)<br>$276.19 (T) | Claim relates to 2007, 2008 and 2009 taxes on personal property owned by the Debtor and 2007 and 2008 real estate taxes for five parcels belonging to borrowers. The Debtor's books and records reflect that $276.19 is due for 2007 personal property tax. The Debtor disposed of the personal property in 2007, and as a result, has no liability for 2008 and 2009 personal property taxes. The Debtors are not liable for the real estate taxes for the five parcels because the loans for those five parcels have been (i) paid off, (ii) sold, or (iii) the borrowers waived their rights to escrow accounts such that the borrowers are responsible for the real estate taxes. □ |
| MECKLENBURG COUNTY<br>TTN CITY-COUNTY NC TAX COLLECTOR<br>PO BOX 31637<br>CHARLOTTE, NC 28231 | 9687 | 1/17/08 | 07-11047 | $12,381.06 (S)<br>- (A)<br>- (P)<br>- (U)<br>$12,381.06 (T) | 07-11051 | $11,426.33 (S)<br>- (A)<br>- (P)<br>- (U)<br>$11,426.33 (T) | Claim relates to personal property taxes. Modified to match personal property tax bills attached to the proof of claim. |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 9915 | 2/5/08 | 07-11047 | - (S)<br>$5,554.09 (A)<br>- (P)<br>- (U)<br>$5,554.09 (T) | 07-11051 | - (S)<br>$805.44 (A)<br>- (P)<br>$4,748.65 (U)<br>$5,554.09 (T) | Claim relates to rent on a lease agreement. Modified to match Debtor's books and records for leased equipment covering 8/7/07 through lease rejection date 8/31/07. |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN.<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 10034 | 3/3/08 | 07-11047 | - (S)<br>$12,352.03 (A)<br>- (P)<br>- (U)<br>$12,352.03 (T) | 07-11051 | - (S)<br>$1,047.59 (A)<br>- (P)<br>$11,304.44 (U)<br>$12,352.03 (T) | Claim relates to rent on a lease agreement. Modified to match Debtor's books and records for leased equipment covering 8/7/07 through lease rejection date 8/31/07. |

―――― Objectionable Claim ――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| Totals: | | 7 Claims | | $21,658.71 (S)<br>$17,906.12 (A)<br>$16,979.74 (P)<br>$28,507.31 (U)<br>$85,051.88 (T) | | $11,702.52 (S)<br>$1,853.03 (A)<br>$5,305.20 (P)<br>$16,053.09 (U)<br>$34,913.84 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

# Exhibit F

## Modified Amount Reclassified Claims

| Name/Address of Claimant | Objectionable Claims | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| LEWIS, BETH D<br>787 KIMBALL<br>HIGHLAND PARK, IL 60035 | 3268 | 11/26/07 | 07-11051 | $10,950.00 (S)<br>- (A)<br>- (P)<br>$18,756.95 (U)<br>$29,706.95 (T) | - (S)<br>- (A)<br>$4,114.21 (P)<br>- (U)<br>$4,114.21 (T) | Claim relates to unpaid commissions for July 2007. Employee was paid $25,592.74 of the commission in her paycheck dated 8/7/07. The remaining balance of $4,114.21 is owed to the claimant and should be classified as unsecured priority. |
| SCHALLER, CHRIS<br>3616 HOYLAKE DRIVE<br>SPRINGFIELD, IL 62712 | 10556 | 9/29/08 | 07-11051 | - (S)<br>- (A)<br>$9,865.23 (P)<br>- (U)<br>$9,865.23 (T) | - (S)<br>- (A)<br>$1,351.00 (P)<br>$6,055.98 (U)<br>$7,406.98 (T) | Claim relates to unpaid commission and expense reports. Claimant is entitled to a $1351.00 commission for the claimed loan. Claimant was paid $99.00 of the claimed expenses on 8/7/07, but the remaining amount is not entitled to priority and has been reclassified to unsecured nonpriority. |
| Totals: | 2 Claims | | | $10,950.00 (S)<br>- (A)<br>$9,865.23 (P)<br>$18,756.95 (U)<br>$39,572.18 (T) | - (S)<br>- (A)<br>$5,465.21 (P)<br>$6,055.98 (U)<br>$11,521.19 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

DB02:8569343.2

066585.1001

## Exhibit G

### Modified Amount, Reclassified, Wrong Debtor Claim

| Name/Address of Claimant | Objectionable Claim | | | | | | |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
| DOMOTOR, SHELLEY J.<br>6412 CALLOWAY DR<br>MCKINNEY, TX 750709422 | 7505 | 1/7/08 | No Case | $5,480.77 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,480.77 (T) | 07-11051 | - (S)<br>- (A)<br>$2,923.08 (P)<br>- (U)<br>$2,923.08 (T) | Claim relates to unpaid wages. Debtor's books and records reflect that claimant is owed $2,923.08 for vacation pay and claimant has not provided any documentation supporting a claim for a different amount. Modified to match Debtors' books and records for remaining vacation time. Claimant is not entitled to payout of sick/personal time per company policy. |
| Totals: | 1 Claim | | | $5,480.77 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,480.77 (T) | | - (S)<br>- (A)<br>$2,923.08 (P)<br>- (U)<br>$2,923.08 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT H

DB02:8569343.2

066585.1001

# Exhibit H

## Insufficient Documentation Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| RE/MAX METROPOLITAN<br>ATTN: CHUCK CACCHIONE<br>8300 HALL ROAD<br>UTICA, MI 48317 | 2716 | 11/19/07 | No Case | $330.93 (S)<br>- (A)<br>- (P)<br>- (U)<br>$330.93 (T) | Claimant asserts a claim for services performed, but only attached the bar date notice to its proof of claim. Debtor was unable to find other documentation regarding the claim. There is therefore insufficient documentation to assess validity of the claim. |
| Totals: | 1 Claim | | | $330.93 (S)<br>- (A)<br>- (P)<br>- (U)<br>$330.93 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.