# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 9/8/09 @ 11:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Margaret Gretchen | YCST | Debtors |
| Jennifer Noel | | |
| Michael Nebiug | | |
| Patrick Jackson | | |
| Mark Minuti | Sculfwins LLP | American Home Mortgage Servicing Inc |
| Brett D. Fallon | Morris James LLP | CitiMortgage Inc |
| Andrew J. Doc | Featherstone Petrie DeSisto | CitiMortgage Inc |
| Steven Singer | Bernstein Litowitz Berger + Grossman | Lead Plaintiffs in Securities Class Action |
| T. Mac Bitton | Greenberg Traurig | |
| David Carickhoff | Blank Rome | Creditors' Committee |
| Edward Schnitzer (tele) | Hahn & Hessen | Committee |
| Eileen Wanerka (tele) | ? | |
| Michael Gomberg (tele) | | |
| Martha E. Romero | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Calendar Date: 09/08/2009
Calendar Time: 11:30 AM

Amended Calendar 09/08/2009 08:52 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3054071 | Michael Gomberg | (847) 970-9797 | Michael Gomberg - In Pro Per | In Propria Persona, Michael Gomberg / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3052010 | John McCahey | 212-478-7200 | Hahn & Hessen | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2819467 | Robert J. Moore | 213-892-4501 | Milbank, Tweed, Hadley & McCloy | Creditor, ABN AMRO Bank N.V. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2819402 | Fred Neufeld | 213-892-4344 | Milbank, Tweed, Hadley & McCloy | Creditor, ABN AMRO Bank N.V. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3053247 | Martha E. Romero | 562-907-6800 | Romero Law Firm | Creditor, California Taxing Authority / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3051994 | Edward Schnitzer | 212-478-7215 | Hahn & Hessen | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3048144 | Eileen Wanerka | 000-000-0000 | Unknown Law Firm - Please Update | Client, Eileen Wanerka (Client) / LIVE |