IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :    Jointly Administered
         Debtors.                                               :
----------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 10, 2008, I caused to be served:

   a) A creditor specific Customized Exhibit to Debtors' Twentieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

   b) "Notice of Debtors' Twentieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 10, 2008 [Docket No. 6215], to which is attached the "Debtors' Twentieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 10, 2008,

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit B.

T:\Clients\AHM\Affidavits\20th Omnibus Objection _ Aff_ 10-10-08.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."



Angharad Bowdler

Sworn to before me this
14th day of October, 2008

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175870
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES 11/22/2011

T:\Clients\AHM\Affidavits\20th Omnibus Objection _ Aff _ 10-10-08.doc

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) **Case No. 07-11047 (CSS)** |
| | ) |
| Debtors. | ) **Jointly Administered** |
| | ) |
| | ) **Objection Deadline: November 5, 2008 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: November 12, 2008 at 10:00 a.m. (ET)** |
| AHM OB20 10/10/2008 (merge2.txnum2) 4000001354 EPIQ Use - 1 | ) |

ARELLANO, FERNANDO C. JR.
6811 RUSSELFIELD LN
HOUSTON, TX 77049


### NOTICE OF DEBTORS' TWENTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: ARELLANO, FERNANDO C. JR.
6811 RUSSELFIELD LN
HOUSTON, TX 77049

**Basis For Objection:** Satisfied Claim - Claim has been satisfied postpetition

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim to be Expunged** | 1357 | $11,000.00 |

Debtors' books and records indicate these amounts were returned in November of 2007

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twentieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has already been satisfied post-petition in accordance with the Bankruptcy Code, applicable rules or an order of the Court, and therefore, the Debtors seek by this Objection to disallow your claim. The Objection seeks to alter your rights by disallowing your above listed claim in the "Claim to be Expunged" row.

    Responses to the Objection, if any, must be filed on or before **November 5, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 12, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 10, 2008
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

Page 1 of 3

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by October 10, 2008 and sent to the following:

ARELLANO, FERNANDO C. JR.
6811 RUSSELFIELD LN
HOUSTON, TX 77049

BASHA, SOUAD
4916 BUCHANAN ST
HOLLYWOOD, FL 33021

BISHOP WHITE & MARSHALL, P.S.
ATTN WILLIAM L. BISHOP, ATTORNEY
720 OLIVE WAY #1301
SEATTLE, WA 98111

BUTTE COUNTY TREASURER/TAX COLLECTOR
ATT STEPHANIE BROWN DEPUTY TAX COLLECTOR
25 COUNTY CENTER DR
BUTTE VALLEY, CA 95965

CALIDO BAY HOMEOWNERS ASSOCIATION
C/O LAW OFFICE OF WANDEN P TREANOR
1744 LINCOLN AVENUE
SAN RAFAEL, CA 94901

CITY OF DESOTO
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

CITY OF KNOXVILLE
DOUGLAS GORDON, ATTORNEY AT LAW
PO BOX 2084
KNOXVILLE, TN 37901

CITY OF MESQUITE AND MESQUITE ISD
ATTN GARY ALLMON GRIMES
SCHUERENBERG & GRIMES
120 W MAIN STE 201
MESQUITE, TX 75149

COLORADO INVESTORS REAL ESTATE SVCS, LLC
ATTN: GENE ZACHMAN
1630 A 30TH STREET, #601
BOULDER, CO 80301

COUNTY OF HILL
MICHAEL REED
MCCREARY VESELKA BRAGG & ALLEN, P.C.
700 JEFFREY WAY, SUITE 100- PO BOX 1269
ROUND ROCK, TX 78680

COUNTY OF SANTA CRUZ TAX COLLECTION DIV.
DANA MCRAE, COUNTY COUNSEL
701 OCEAN STREET, ROOM 150
SANTA CRUZ, CA 95060

DAVIS BROWN KOEHN SHORS & ROBERTS
ATTN MATTHEW E. LAUGHLIN, SHAREHOLDER
THE FINANCIAL CENTER
666 WALNUT ST., STE. 2500
DES MOINES, IA 50309-3989

DESOTO ISD
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

DOLORES COUNTY
ATTN JAMIE STIASNY
PO BOX 421
DOVE CREEK, CO 81324

DURHAM COUNTY TAX COLLECTOR
ATTN BECKY W. SMITH, BANKRUPTCY AGENT
PO BOX 3397
DURHAM, NC 27702-3090

EAST WEST HOLDINGS, LLC
LELLA AMISS E. PAPE, ESQUIRE
REES BROOME, PC
8133 LEESBURG PIKE, 9TH FLOOR
VIENNA, VA 22182

FBC MORTGAGE, LLC
JOE NUNZIATA
201 S. ORANGE AVE #1000
ORLANDO, FL 32801

FLAGLER COUNTY TAX COLLECTOR
SUZANNE JOHNSTON
P.O. BOX 846
BUNNELL, FL 32210

FREMONT TWP    151
ATTN PATTI J. SHINN
2512 E. GALBRAITH LINE RD
YALE, MI 48097

GREEVILLE CITY
TAX COLLECTOR
JEFFERY NIEBAUER
111 S. WASHINGTON STREET, PO BOX 875
GREEVILLE, NC 27835

GWINNETT COUNTY TAX COMMISSIONER
DEPARTMENT OF PROPERTY TAX
ATTN: WILLIAM HARPER, CLAIM PROCESSOR
P.O. BOX 372
LAWRENCEVILLE, GA 30046-0372

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by October 10, 2008 and sent to the following:

HARKWELL, RICHARD
12808 BRIGHTON WOODS DR.
ST. LOUIS, MO 63131

HARKWELL, RICHARD
C/O JOHN D. DEMMY, ESQ.
STEVENS & LEE, P.C.
1105 N. MARKET STREET, 7TH FLOOR
WILMINGTON, DE 19801

HARMONY HOMES R.E.
ATTN: DON NUSSER
1125 NANTUCKET PLACE
MODESTO, CA 95355

HARRISON, WILLIAM T.
2112 GALLOWAY
LIVERMORE, CA 94551

HAWKEYE IMPROVEMENTS & MAINTENANCE, LLC
ATTN: JAMES E. PATTEN
2 CLOVERHILL COURT
ST. PETERS, MO 63376

INDEPENDENT TITLE
4331 N FEDERAL HWY
FT LAUDERDALE, FL 33308

JASPER COUNTY
ATTN STEPHEN H HOLT
PO BOX 421
CARTHAGE, MO 64836

JOHN F. MICHAELS, CHARTERED
ATTN JOHN F. MICHAELS, PRESIDENT
4252 W 124TH TERRACE
LEAWOOD, KS 66209

JOHNS, BETTY
C/O INDYMAC BANK
2616 W MAIN ST # D
BOZEMAN, MT 59718

KOOTENAI COUNTY TREASURER
ATTN JETHELYN HARRINGTON, CIVIL ATTORNEY
C/O KOOTENAI COUNTY LEGAL SERVICES
PO BOX 9000
COEUR D ALENE, ID 83816-9000

LAW OFFICE OF DANIEL C CONSUEGRA
ATTN: DANIEL C. CONSUEGRA
9204 KING PALM DRIVE
TAMPA, FL 33619

LENAWEE COUNTY TREASURER
MARILYN J. WOODS
301 N. MAIN
ADRIAN, MI 49221

MACDOWELL, VALERIE H. & LOUIS G. III
481 SAILFISH COVE
SATELLITE BEACH, FL 32937

METROPOLITAN GOVERNMENT TRUSTEE
ATTN ANDREW D. MCCLANAHAN, ASST ATTORNEY
METROPOLITAN DEPT OF LAW
PO BOX 196300
NASHVILLE, TN 37219-6300

NATIONWIDE TITLE CLEARING INC
2100 ALT. 19 NORTH
ATTN ERIKA LANCE SVP ADMIN
PALM HARBOR, FL 34683

OAK ISLAND TOWN
OAK ISLAND TAX OFC
4601 E.OAK ISLAND DR
ATTN SHEILA M BELL TAX COLLECTOR
OAK ISLAND, NC 28465

PEND OREILLE COUNTY
PEND OREILLE CO TAX OFC
CHARLOTTE L DEMLOW, TREASURER
PO BOX 5080
NEWPORT, WA 99156

PICKENS COUNTY
ATTN J STEVE GRAVELY, DELQ TAX COLLECTOR
222 MCDANIEL AVE B6
PICKENS, SC 29671

PLYMOUTH PARK TAX SERVICES LLC
ATTN DOUGLAS BADASZEWSKI
35 AIRPORT RD, STE 150
MORRISTOWN, NJ 07960

POLK COUNTY TAX OFFICE
ATTN SUSAN DIRKS, CHIEF TAX CLERK
850 MAIN STREET
DALLAS, OR 97338

PUSTYLNIK, MICHAEL
1224 KNOLLWOOD RD.
DEERFIELD, IL 60015

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by October 10, 2008 and sent to the following:

RABBITT, PITZER & SNODGRASS PC
ATTNY AT LAW
100 SOUTH FOURTH STREET, STE 400
ST. LOUIS, MO  63102-1821

RBC CENTURA BANK
ATTN ALICE CHAMBERS
MORTGAGE LOANS
PO BOX 700
ROCKY MOUNT, NC  27802

SAFEGUARD PROPERTIES
650 SAFEGUARD PLAZA
BROOKLYN HEIGHTS, OH  44131

WANAQUE BOROUGH
ANTHONY FIORELLO, ATTORNEY
579 RINGWOOD AVE.
WANAQUE, NJ  07456

WANAQUE BOROUGH
ATTN ANTHONY FIORELLO, ATTORNEY
579 RINGWOOD AVE.
WANAQUE, NJ  07456

WILSON & ASSOCIATES
1521 MERRILL DRIVE
SUITE D-220
ATTN CHRISTOPHER L PALMER
LITTLE ROCK, AR  72211

YARLING & ROBINSON
ATTN CHARLES F. ROBINSON, JR.
MARKET SQUARE CENTER, STE 1535
151 NORTH DELAWARE STREET
INDIANAPOLIS, IN  46204

Total Parties: 49