IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
In re:                                                      :   Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                      :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                             :
                                                            :   Jointly Administered
         Debtors.                                           :
------------------------------------------------------------x
```

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 10, 2008, I caused to be served:

   a) A creditor specific Customized Exhibit to Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

   b) "Notice of Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 10, 2008 [Docket No. 6216], to which is attached the "Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 10, 2008,

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Angharad Bowdler*

Sworn to before me this
14th day of October, 2008

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 12-22-2011

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | **Case No. 07-11047 (CSS)** |
| ) | |
| Debtors. ) | **Jointly Administered** |
| ) | |
| ) | |
| ) | **Objection Deadline: November 5, 2008 at 4:00 p.m. (ET)** |
| AHM OB21 10/10/2008 (merge2.txnum2) 4000001213 EPIQ Use - 1 ) | **Hearing Date: November 12, 2008 at 10:00 a.m. (ET)** |

A & A APPRAISAL, INC.
ATTN DAVID SCHRAMM
7800 COWICHE CANYON RD
YAKIMA, WA  98908


# NOTICE OF DEBTORS' TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: A & A APPRAISAL, INC.
ATTN DAVID SCHRAMM
7800 COWICHE CANYON RD
YAKIMA, WA  98908

**Basis For Objection:** Reclassified Wrong Debtor Claim: Debtors' books and records show claim should be reclassified and reassigned to a new case number

| Claim to be Reclassified and Reassigned | Claim # | New Case # | Claim Amount | Reclassified Amount |
|---|---|---|---|---|
| | 1045 | 07-11053 | Priority - $2,550.00 | Unsecured - $2,550.00 |

No basis for priority claim exists under section 507 of the Bankruptcy Code

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors have determined, after review of their books and records, that your claim should be reclassified as indicated above in the column titled "Reclassified Amount." Additionally, the Debtors have determined that your claim should be reassigned to the case number listed above in the column titled "New Case Number." The Objection seeks to alter your rights by reclassifying and reassigning your claim as detailed above.

Responses to the Objection, if any, must be filed on or before **November 5, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 12, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 10, 2008
     Wilmington, Delaware

                                                            YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                                            Nathan D. Grow (No. 5014)
                                                            The Brandywine Building
                                                            1000 West Street, 17th Floor
                                                            Wilmington, Delaware 19801
                                                            Telephone: (302) 571-6756
                                                            Facsimile: (302) 571-1253

                                                            Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by October 10, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

A & A APPRAISAL, INC.
ATTN DAVID SCHRAMM
7800 COWICHE CANYON RD
YAKIMA, WA 98908

ANHOUSE APPRAISAL
ATTN MICHAEL ANHOUSE, PRESIDENT
201 BRECKENRIDGE LN, STE 200
LOUISVILLE, KY 40207

ANNE ARUNDEL COUNTY, MARYLAND
ATTN BOBBI WALLACE CHARNEY
BANKRUPTCY ADMINISTRATOR
P.O. BOX 2700, M.S. 1103
ANNAPOLIS, MD 21404

APPRAISALL
ATTN PRESIDENT
635 E. FIRST ST. SUITE 452
TUSTIN, CA 92780

ATLAS PRINCIPAL MORTGAGE, INC.
ATTN BRENDON R. PEARCE, COO
1710C PLUM LANE
REDLANDS, CA 92374

AUSTIN, CHRISTINA AND AUSTIN
425 HIGHLAND DR
BELLINGHAM, WA 98225

B&G POTASH, INC.
DBA B&G REAL ESTATE APPRAISALS, LLC
ATTN BRUCE J POTASH
PO BOX 27
BELLVALE, NY 10912

BARRAZA, RAFAEL
525 VICTORIA ST APT # 55
COSTA MESA, CA 92627

BARRINGTON TOWN
JOANN S KRUPSKI
DEPUTY TAX COLLECTOR
41 PROVINCE
BARRINGTON, NH 03825

BERKELEY COUNTY TAX COLLECTOR
ATTN: VIRGINIA R. HAMILTON
P.O. BOX 6122
MONCKS CORNER, SC 29461

CANTERBURY TOWN
ATTN CHERYL A. GORDON, TAX COLLECTOR
P.O. BOX 500
CANTERBURY, NH 03224

CARLETON, ROBERT
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

CASCADE APPRAISAL LLC
PO BOX 6187
BELLEVUE, WA 98008

CASWELL COUNTY
ATTN: VIRGINIA E. MCINTYRE
PO BOX 204
YANCYVILLE, NC 27379

CAUSEY APPRAISAL SERVICE
ATTN SARA E. CAUSEY
100 HACKNEY CIRCLE
WILMINGTON, DE 19803

CHAMBERLIN ASSOC. HOPYARD RD., L.P.
ATTN CHRISTINE CASTILLO
CORP. SECRETARY
5800 W LAS POSITAS BLVD., STE 34
PLEASANTON, CA 94588

CHARLES COUNTY, MARYLAND
C/O MEYERS, RODBELL & ROSENBAUM, P.A.
M. EVANS MEYERS
6801 KENILWORTH AVENUE, STE 400
RIVERDALE PARK, MD 20737-1385

CHARTER FUNDING A DBA OF FIRST MAGNUS FINANCIAL SE
3051 W. MAPLE LOOP DRIVE
# 125
LEHI, UT 84043

CITY OF MIDLAND
ATTN JAMES O. BRANSON III, CITY ATTORNEY
333 W. ELLSWORTH STREET
MIDLAND, MI 48640

CLAYTON COUNTY TAX COMMISSIONER
ATTN TERRY L BASKIN, TAX COMMISSIONER
CLAYTON COUNTY ADMINISTRATION, ANNEX 3
121 S MCDONOUGH ST, 2ND FL
JONESBORO, GA 30236

CLIFFORD, SHERRY
APPRAISALS UNLIMITED
9834 HANS
ELK GROVE, CA 95624-2905

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by October 10, 2008 and sent to the following:

**NOTICE OF DEBTORS' TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

CLISE AGENCY TRUST
C/O M. OWEN GABRIELSON
GRAHM & DUNN PC
2801 ALASKAN WAY, STE 300
SEATTLE, WA 98121-1128

COLDWELL BANKER
ATTN: MARCIA GILES
4090 MISSION BOULEVARD
SAN DIEGO, CA 92109

CRISTENSEN, J. MARK
APPRAISER
5433 S SKYLINE PKY
OGDEN, UT 84403

CROSSON & KOROPP
2600 DENALI ST # 101
ANCHORAGE, AK 99503

CULPEPER COUNTY
P.O. BOX 1447
CULPEPER, VA 22701

DALLAS COUNTY RECORDER
LORI BELGARDE, DEPUTY RECORDER
701 COURT
PO BOX 38
ADEL, IA 50003-0038

D'ARGENIO & ASSOCIATES, INC.
ATTN DENNIS D'ARGENIO
P.O. BOX 149
ELDERSBURG, MD 21784

DEA APPRAISALS
ATTN JEROME T DEA, JR
10906 CARIBOU LANE
ORLAND PARK, IL 60467

DIAMOND, VICTOR
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

DOBSON APPRAISAL SERVICES
ATTN MARK DOBSON, PRESIDENT
3380 E CAMPBELL ROAD
GILBERT, AZ 85234

EDWARDS, RALPH
8814 FARGO RD # 115
RICHMOND, VA 23229

EXPRESS APPRAISAL SERVICES
ATTN YOLANDA SMITH, OWNER
19451 JAMES CREEK COURT
BROOKEVILLE, MD 20833

GAUL, FRANCESCA
PELICAN APPRAISALS
1300 15TH CT # 5
KEY WEST, FL 33040

GEORGIA DEPARTMENT OF REVENUE
ATTN EUNICE NICHOLSON, REVENUE AGENT
P.O. BOX 161108
ATLANTA, GA 30321

GMAC MARTGAGE, LLC
C/O KATHLEEN T. KNEIS, ASSOCIATE
COUNSEL
465 SOUTH ST., STE 202
MORRISTOWN, NJ 07960

GWINNETT COUNTY TAX COMMISSIONER
DEPARTMENT OF PROPERTY TAX
ATTN: WILLIAM HARPER, CLAIM PROCESSOR
P.O. BOX 372
LAWRENCEVILLE, GA 30046

HALL STONEBRIAR ONE ASSOCIATES, LTD.
ATTN LAURIE D. BIDDLE
6801 GAYLORD PARKWAY
SUITE 406
FRISCO, TX 75034

HAMPTON TOWN
ATTN HARRY BAUM JR. - TAX COLLECTOR
P.O. BOX 94
HAMPTON, CT 06247

HAWLEY, DAVID R.
15389 HEMLOCK RT. RD
CHAGRIN FALLS, OH 44022

HELMKAMP & SWIFT INC
ATTN MARK R.
2817 BAYWOOD TRAIL
FORT WAYNE, IN 46845

HENDERSON APPRAISAL CO. INC.
5364 EHRLICH ROAD # 71
TAMPA, FL 33624

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Notices mailed by October 10, 2008 and sent to the following:

HUMETON, DAN
C/O CENTURY 21 MONEYWORLD
375 N. STEPHANIE, BLDG. 4
HENDERSON, NV 89014

J. SCOTT KINNAMON & ASSOCIATES
APPRAISAL SERVICES FOR HOMEGATE
ATTN JOHN SCHOTT KINNAMON
29350 DOGWOOD VIEW DR
CORDOVA, MD 21625

JASPER COUNTY
ATTN STEPHEN H HOLT
PO BOX 421
CARTHAGE, MO 64836

JOHNS, BETTY
8628 HUFFINE LANE # 70
BOZEMAN, MT 59718

JOHNS, BETTY
8628 HUFFINE LANE # 70
BOZEMAN, MT 59748

JOHNS, BETTY
8628 HUFFINE LANE # 70
BOZEMAN, MT 59718

KEY FINANCIAL COPORATION
ATTN LYNN RUSHMORE, PRESIDENT
3631 131ST AVE N
CLEARWATER, FL 33762

LABELLA, PATRICK A. JR.
24 COUNTRY RIDGE DR
MONROE, CT 06468

LAMA, CHOG TSERING
4110 CAROL DRIVE #A5
FULLERTON, CA 92833

LAROSA, VICTOR P
12910 E SUMMIT DR
SCOTTSDALE, AZ 85259

LETORT MORTGAGE GROUP INC
ATTN KARI DELANY, PRESIDENT
1701 SPRING ROAD
CARLISLE, PA 17013

LUSSIER, TRACY
4 OLD SUNDERLAND RD
MONTAGUE, MA 01351

MADERA COUNTY
ATTN TRACY KENNEDY DESMOND, TREASURER
200 W 4TH ST. 2ND FLOOR
MADERA, CA 93639

MAJEWSKI, PAUL
73 STORM JIB CT
BERKELEY TOWNSHIP, NJ 08721

MARK YOUNG APPRAISALS
ATTN MARK YOUNG
5 NEWMAN DR
BELLEVILLE, IL 62223

MICHIGAN RESIDENTIAL APPRAISAL SVCS, LLC
ATTN LESLIE FORYS, OWNER
PO BOX 5305
PLYMOUTH, MI 48170

MOBILE REGISTER, THE
LOCK BOX 1712
ATTN: JOYCE PRESNELL
MOBILE, AL 36601

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

OCEAN CITY TOWN
ATTN: MARTHA BENNETT
OCEAN CITY TAX OFC
BOX 5000
OCEAN CITY, MD 21843

OSTROWSKI, MICHAEL J.
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

PAWTUCKET CITY
ATTN MICHAELA BOLANO
INTEGRATIN SPECIALIST
PO BOX 1635
PROVIDENCE, RI 02901

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by October 10, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN JAMES M. FOSTER, CHIEF
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA  17128-0946

PINE CREEK AGAWAM L.P.
ATTN JEFFREY M STROLE, ASST VICE PRES.
380 UNION STREET
WEST SPRINGFIELD, MA  01089

POWELL, LEROY D.
17670 NE CHEHALEM DR
NEWBERG, OR  971326619

PRAIRIE PROFESSIONAL CENTRE
JAMES M. JOYCE/LILLIG & THORSNESS, LTD
1900 SPRINT RD
STE 200
OAK BROOK, IL  60523

R. W. COZZA APPRAISALS CORP.
ATTN RON W. COZZA
APPRAISER
8934 W COUNTRY CLUB TR
PEORIA, AZ  85383

RBC CENTURA BANK
ATTN ALICE CHAMBERS
MORTGAGE LOANS
PO BOX 700
ROCKY MOUNT, NC  27802

RESIDENTIAL APPRAISAL SERVICE
3303 MULBERRY ST
ATTN: STEVEN J MCADAMS
EDGEWATER, MD  21037

REYNOLDS, JOSHUA D.
1192 LENOR WAY
SAN JOSE, CA  95128

RILTTY APPRAISAL GROUP
ATTN W.A. STRICKLAND, PRESIDENT
PO BOX 19321
RALEIGH, NC  27619

ROGERS TOWNSHIP
ATTN THOMAS RADKA, TREASURER
1660 HEYTHALER HWY
ROGERS CITY, MI  49779

SALISBURY100 INC
ATTN MARK D BLADES, VP
5423 SAINT ANDREWS DR
SALISBURY, MD  218012466

SC APPRAISAL SERVICES
74930 COUNTRY CLUB DR STE 540
PALM DESERT, CA  92260

SCOTTDALE BOROUGH
ATTN JOANNE MASCEANTONIO ADMIN
ASSISTANT
26 HILL STREET
SCOTTDALE, PA  15683

SFM APPRAISALS
ATTN STEVEN F. MEISTER, OWNER
606 S PINE DR
FULLERTON, CA  92833

SHIELDS MARIANNE
2624 S HATCH
SPOKANE, WA  99220

SILVER'S APPRAISAL SERVICE
ATTN DENNIS G SILVER
38 O'DONALD RD
ASHEVILLE, NC  28806

SOUTHERN HORIZON FINANCIAL GROUP, LLC
1000 COBB PLACE BLVD
BLDG 400 SUITE 410
ATTN CHRISTOPHER GOSS
KENNESAW, GA  30144

STAFFSOLVE
ATTN TERRI WINKLER, CONTROLLER
333 N SAM HOUSTON PKWY
STE 110
HOUSTON, TX  77060

STOCKTON, LINDA D.
504 W. ORCHARD LN.
GREENWOOD, IN  46142

SUN LIFE ASSURANCE COMPANY OF CANDA
C/O COLLIERS PNKARD
C/O MICHAEL G MENKOWITZ/FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA  19103-3291

TRUSTEES OF MALL ROAD TRUST
C/O J. DAVID FOLDS
DLA PIPER US LLP
500 8TH ST. NW
WASHINGTON, DC  20004

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by October 10, 2008 and sent to the following:

NOTICE OF DEBTORS' TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Page 5 of 5

TYJ, ASSOCIATES, LP
132 JOHN ROBERT THOMAS DRIVE
EXTON, PA  19341

VERMA, MAMTA
73605 HIGHWAY 111
PALM DESERT, CA  92260

WEVALUEIT, INC
ATTN SUSAN PRIORE, PRESIDENT
PO BOX 217
MOUNTAIN LAKES, NJ  07046-0217

WILLIAMS, DEBORAH J.
315 CHESAPEAKE AVE
PRINCE FREDERICK, MD  20678

ZINTER, CONNIE L
2149 N 128TH ST
SEATTLE, WA  98133

Total Parties: 89