IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                      :    Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                             :
                                                            :    Jointly Administered
          Debtors.                                          :
                                                            :    Ref. No. 7962
------------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 7962

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to Twenty-Third Monthly Application of Quinn

Emanuel Urquhart Oliver & Hedges LLP as Special Investigatory Litigation and Conflicts

Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and

Reimbursement of Expenses Incurred for the Interim Period June 1, 2009 through June 30, 2009

(the "Application"). The Court's docket which was last updated September 10, 2009, reflects

that no objections to the Application have been filed. Objections to the Application were to be

filed and served no later than September 8, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures

for Interim Compensation and Reimbursement of Expenses of Professionals entered on

September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($12,586.80)

of requested fees ($15,733.50) and 100% of requested expenses ($541.57) on an interim basis

without further Court order.


Dated: Wilmington, Delaware
       September 10, 2009

          YOUNG CONAWAY STARGATT & TAYLOR, LLP


          /s/ Patrick A. Jackson
          James L. Patton, Jr. (No. 2202)
          Joel A. Waite (No. 2925)
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Kenneth Enos (No. 4544)
          Patrick A. Jackson (No. 4976)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and
          Debtors in Possession