**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                                                                 |     |                              |
| --------------------------------------------------------------- | --- | ---------------------------- |
| In re:                                                          | )   | Chapter 11                   |
|                                                                 | )   |                              |
| AMERICAN HOME MORTGAGE                                           | )   | Case No. 07-11047 (CSS)      |
| HOLDINGS, INC., a Delaware corporation,                         | )   |                              |
| et al.,                                                         | )   | Jointly Administered         |
|                                                                 | )   |                              |
| Debtors.                                                        | )   | **Re: Docket Nos. 7986 & 8012** |
|                                                                 | )   |                              |

**CERTIFICATION OF COUNSEL REGARDING**
**ORDER APPROVING MOTION OF CITIMORTGAGE, INC. TO**
**COMPEL AHM SERVICING TO RESPOND TO TWO REQUESTS FOR**
**PRODUCTION OF DOCUMENTS**

The undersigned, as counsel for CitiMortgage, Inc. ("CitiMortgage"), hereby certifies as follows:

1.      On August 28, 2009, CitiMortgage filed the *Motion of CitiMortgage, Inc. to Compel AHM Servicing to Respond to Two Requests for Production of Documents* (the "Motion") [D.I. No. 7986].

2.      On September 4, 2009, counsel for American Home Mortgage Servicing, Inc. (the "Purchaser" or "AHMS") filed its response to the Motion [D.I. 8012].

3.      The Court held a hearing on the Motion on September 8, 2009.

4.      At the hearing, and in consideration of the Motion, the Court approved the relief requested in the Motion and instructed the undersigned counsel to submit the order under certification.

5.      The proposed order, as attached to the Motion, is attached hereto as Exhibit A for the Court's review.  The undersigned has transmitted the proposed order to counsel for AHMS, and counsel for AHMS has advised that AHMS has no objection to the form of the order, but due to scheduling conflicts, he has been unable to confirm that AHMS is capable of responding to the discovery by September 28, 2009 as provided in this order.  Having waited three days from the

hearing and the order being reasonable and substantively the same as attached to the Motion, we believe the timing is fair and appropriate.

WHEREFORE, the undersigned counsel is available should the Court have any concerns with respect to the foregoing, and respectfully requests that the Court enter the annexed Order at the Court's earliest convenience.

Dated: September 11, 2009

**MORRIS JAMES LLP**

Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  (302) 888-6888
Facsimile:  (302) 571-1750
E-mail: bfallon@morrisjames.com

-and-

Andrew J. Petrie (*admitted pro hac vice*)
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, Colorado  80202-5424
Telephone:  (303) 626-7139
Facsimile:  (303) 626-7101
E-mail:  apetrie@featherstonelaw.com

Attorneys for CitiMortgage, Inc.