# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | **Re: Docket Nos. 7986 & 8012** |
| Debtors. | ) | |
| | ) | |
| ------------------------------------------------------ x | | |

### ORDER GRANTING CITIMORTGAGE INC.'S MOTION TO COMPEL AHM SERVICING TO RESPOND TO TWO REQUESTS FOR THE PRODUCTION OF DOCUMENTS

Upon CitiMortgage, Inc.'s Motion to Compel AHM Servicing to Respond to Two Requests for the Production of Documents ("Motion") [Docket No. 7986], due and sufficient notice of the Motion having been given and no other or further notice being required; and after due deliberation and good and just cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. AHM Servicing is hereby directed to respond CitiMortgage, Inc.'s first and third requests for production of documents and produce all responsive, non-privileged documents by September 28, 2009.

Dated: September ___, 2009

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2303752