## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) ) ) ) | Case No. 07-11047 (CSS) |
| Debtors. | ) ) | Jointly Administered |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

    I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on September 11, 2009, I caused to be served:

### CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING MOTION OF CITIMORTGAGE, INC. TO COMPEL AHM SERVICING TO RESPOND TO TWO REQUESTS FOR PRODUCTION OF DOCUMENTS

    Service was completed upon parties on the attached list in the manner indicated thereon.

Date: September 11, 2009

_____
William Weller

SWORN AND SUBSCRIBED before me this 11th day of September, 2009.

_____
NOTARY
My commission expires:_____

DEBORAH QUAINTANCE COOK
Notary Public - State of Delaware
My Comm. Expires May 11, 2011

**VIA HAND DELIVERY**
Robert S. Brady, Esq.
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Matthew B. Lunn, Esq.
M. Blake Cleary, Esq.
Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Facsimile: (302) 571-1253
[Counsel to the Debtors]

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Facsimile: (302) 428-5110
[Counsel for the Official Committee of Unsecured Creditors]

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
[Counsel for the Borrowers Committee]

Joseph McMahon, Jr., Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
[United States Trustee]

Mark Minuti, Esq.
Lucian Murley, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
[Counsel to American Home Mortgage Servicing Inc., f/k/a AH Mortgage Acquisition Co. Inc.]

**VIA FACSIMILE**
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: (212) 478-7400
[Counsel for the Official Committee of Unsecured Creditors]

Stephen A. Weisbrod
Gilbert Oshinsky LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Facsimile: (202) 772-3333
[Counsel for the Borrowers Committee]