IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

Debtors.

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

TWELFTH MONTHLY APPLICATION OF
PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD MAY 1, 2009 THORUGH JULY 31, 2009

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective February 12, 2008 by Order Entered March 27, 2008 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2009 through July 31, 2009[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $18,614.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:     X  monthly    __ interim

A total of 24.90 hours and $8,104.50 were expended for fee application preparation.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## SUMMARY OF FEE APPLICATIONS

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved | Approved Reduction |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/10/2008 [4624] | 02/14/2008-03/31/2008 | $66,589.50 | $0.00 | 07/09/08 [5025] | $66,589.50 | $0.00 | $0.00 |
| 2 | 06/10/2008 [4625] | 04/01/2008-04/30/2008 | $29,661.50 | $0.00 | 07/09/08 [5026] | $29,661.50 | $0.00 | $0.00 |
| 3 | 07/02/2008 [4973] | 05/01/2008-05/31/2008 | $13,985.00 | $0.00 | 07/31/08 [5284] | $13,985.00 | $0.00 | $0.00 |
| 4 | 08/21/2008 [5514] | 06/01/2008-07/31/2008 | $21,969.00 | $0.00 | 09/16/08 [5940] | $21,969.00 | $0.00 | $0.00 |
| 5 | 10/14/2008 [6227] | 08/01/2008-08/31/2008 | $48,781.50 | $0.00 | 11/07/08 [6533] | $48,781.50 | $0.00 | 0.00 |
| 6 | 10/22/2008 [6412] | 09/01/2008-09/30/2008 | $43,652.00 | $159.20 | 11/13/08 [6577] | $43,652.00 | $159.20 | 0.00 |
| 7 | 11/26/2008 [6639] | 10/01/2008-10/31/2008 | $18,465.00 | $0.00 | 12/18/08 [6756] | $18,465.00 | $0.00 | 0.00 |
| **Fourth Interim Fee Period[3]** | | | | | | | | |
| 8 | 12/18/2008 [6759] | 11/01/2008-11/30/2008 | $8,855.00 | $0.00 | 01/12/09 [6833] | $8,855.00 | $0.00 | 0.00 |
| 9 | 02/24/2009 [7048] | 12/01/2009-01/31/2009 | $47,115.50 | $128.72 | 3/18/09 [7121] | $47,115.50 | $128.72 | 0.00 |
| **Fifth Interim Fee Period** | | | | | | | | |
| 10 | 05/19/2009 [7414] | 02/01/2009-03/31/2009 | $26,607.00 | $83.70 | 6/12/09 [7524] | | | |
| 11 | 06/10/2009 [7519] | 04/01/2009-04/30/2009 | $19,677.50 | $0.00 | 7/2/09 [7599] | | | |
| 12 | 09/09/2009 [TBD] | 05/01/2009-07/31/2009 | $18,614.00 | $0.00 | | | | |
| | Total | | $363,972.50 | $ 371.62 | | $299,074.00 | $ 287.92 | $ 0.00 |

This is the twelfth fee application filed by PricewaterhouseCoopers LLP.

## SUMMARY BY PROJECT CATEGORY

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 7.70 | $12,178.00 |
| Real Estate Investment Trust Compliance | 14.50 | $6,255.00 |
| *Total Hours and Compensation for Real Estate Investment Trust Compliance* | *22.20* | *$10,509.50* |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 24.90 | $8,104.50 |
| *Total Hours and Compensation for Fee/Employment Applications* | *24.90* | *$8,104.50* |
| **Grand Total Hours and Compensation** | 47.10 | $18,614.00 |

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[4]

Debtors.

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**SUPPLEMENT TO THE TWELFTH MONTHLY APPLICATION OF
PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
TAX ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD MAY 1, 2009 THROUGH JULY 31, 2009**

PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), herby submits this Twelfth Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursements of Expenses as Tax Advisors for the Debtors and Debtors in Possession for the period May 1, 2009 through July 31, 2009 (the "Application"), pursuant to sections 327, 328, 329, 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of

---

[4] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

3

Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code (the "<u>Administrative Order</u>"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses promulgated by the Executive Office of the United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Application, PricewaterhouseCoopers, as tax advisors for the Debtors, seeks interim allowance and payment of compensation for tax advising services performed and expenses incurred during the period commencing May 1, 2009 through July 31, 2009 (the "<u>Compensation Period</u>"). In support hereof, PricewaterhouseCoopers respectfully represents the following:

## **BACKGROUND**

1. On August 6, 2007 (the "<u>Petition Date</u>") each of the Debtors filed with this Court a voluntary petition for relief under the Bankruptcy Code. Each Debtor is continuing to operate its business and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. The Debtors' cases have been consolidated for procedural purposes only and are being jointly administered pursuant to an order of this Court.

3. On August 14, 2007, the United States Trustee for the District of Delaware appointed an Official Committee of Unsecured Creditors (the "<u>Committee</u>"). No trustee or examiner has been appointed.

4. On April 30, 2008, the Debtors filed the *Application of the Debtors for an Order Pursuant to Sections 327(a) and 327(b) of the Bankruptcy Code Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Tax Advisors to the Debtors, Nunc Pro Tunc to April 1, 2008* (the "<u>Employment Application</u>"). PricewaterhouseCoopers was requested by the Debtors based upon the wealth of experience in providing accounting, tax and advisory

services in various restructurings and reorganizations and historically provided tax advisory services to the Debtors.

5. On March 27, 2008, this Court approved the retention of PricewaterhouseCoopers as tax advisors to the Debtors by entering the *Order Pursuant to Sections 327(a) and 328(b) of the Bankruptcy Code Authorizing Debtors' Employment and Retention of PricewaterhouseCoopers LLP as Debtors' Tax Advisors, Nunc Pro Tunc to April 1, 2008* (the "Retention Order")

## RELIEF REQUESTED

6. On September 3, 2007, this Court entered the Administrative Order. Pursuant to the procedures set forth in the Administrative Order, professionals may request monthly compensation and reimbursement, and the Notice Parties (as defined in the Administrative Order) may object to such requests. If an objection to a professional's request is not filed and served within twenty (20) days, the professional may file a certificate of no objection with the Court, after which the Debtors shall be authorized to pay such professional an amount equal to 80% of the fees and 100% of the expenses requested in the Monthly Fee Application.

7. Furthermore, the Administrative Order provides that professionals are to file and service upon notice parties an interim request (an "Interim Fee Application") for interim Court approval and allowance of the monthly fee applications during the interim fee period covered by the Interim Fee Application.

8. PricewaterhouseCoopers is filing the attached fee statement (the "Statement") for compensation for professional services rendered and reimbursement of disbursements made in these cases during the Compensation Period. The Statement contains detailed time logs describing the actual and necessary services provided by PricewaterhouseCoopers during the

covered period, as well as other detailed information required to be included in fee applications. The Statement is comprised of several exhibits which are attached hereto as **Exhibit A**:

- Exhibit A-1, provides a summary of the fees and expenses by project category;
- Exhibit A-2, provides the name and position of each professional, cumulative hours worked during the Compensation Period, hourly billing rates for the hourly compensation, and the corresponding fees requested; and
- Exhibit A-3, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity.

## DESCRIPTION OF SERVICES RENDERED

9.      PricewaterhouseCoopers professionals categorized their time devoted to this matter on behalf of the Debtors' estates to various project categories. These professional services are described below:

| Project Category and Task Code | Hours | Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 7.70 | $4,254.50 |
| Real Estate Investment Trust Compliance | 14.50 | $6,255.00 |
| *Total Hours and Compensation for Real Estate Investment Trust Compliance* | *22.20* | *$10,509.50* |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 24.90 | $8,104.50 |
| *Total Hours and Compensation for Fee/Employment Applications* | *24.90* | *$8,104.50* |
| **Grand Total Hours and Compensation** | **47.10** | **$18,614.00** |

### Tax Advisory Services

**Tax Consulting Services - 7.70 hours - $4,254.50**

10.     During the Compensation Period, PricewaterhouseCoopers professionals discussed and reviewed the Fee Examiner's request for detailed support of the services provided, reviewed IDR responses, and followed up with the NYS conciliator regarding the IDR.

**Real Estate Investment Trust Compliance - 14.50 hours - $6,255.00**

11.     During the Compensation Period, PricewaterhouseCoopers professionals reviewed the American Home Mortgage tax returns, researched REIT debt questions, and

reviewed workpapers regarding American Home Mortgage workpaper compliance.

## Bankruptcy Requirements and Obligations

**Monthly, Interim and Final Fee Applications - 24.90 hours - $8,104.50**

12. PricewaterhouseCoopers bankruptcy professionals finalized the tenth and eleventh fee application submissions (February through April 2009). Additionally, PricewaterhouseCoopers professionals reviewed the Fee Examiner requests and prepared the Fee Examiner narrative.

## ALLOWANCE FOR COMPENSATION

13. At this time, PricewaterhouseCoopers is seeking compensation equal to eighty percent (80%) of the $18,614.00 in fees for professional services rendered by PricewaterhouseCoopers during the Compensation Period as tax advisors to the Debtors in these chapter 11 cases, and one hundred percent (100%) of the $0.00 in expenditures incurred by PricewaterhouseCoopers professionals associated with the services provided to the Debtors, for a total of $14,891.20.

14. PricewaterhouseCoopers charged and now requests those fees that are reasonable and customary and charged by most tax advisors in this marketplace for similar Chapter 11 cases. The billing rates set forth in the various summaries of professionals and paraprofessionals rendering services during the covered period represent customary rates that are routinely billed to PricewaterhouseCoopers' many clients. The compensation requested in this Application does not exceed the reasonable value of the services rendered.

15. This Application covers the period from May 1, 2009 through and including July 31, 2009. Although every effort was made to include all fees and expenses form the covered

period in this application, some fees and/or expenses from the covered period might not be included in this fee application due to delays in processing time and receipt of invoices for expenses and/or for preparation for the instant application subsequent to the covered period. Accordingly, PricewaterhouseCoopers reserves the right to make further applications for allowance of fees and expenses not included herein. This Application is also made without prejudice to the PricewaterhouseCoopers' right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Administrative Order.

16. No agreement or understanding prohibited by section 504 of the Bankruptcy Code exists between PricewaterhouseCoopers and any other person for sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases, not shall PricewaterhouseCoopers share or agree to share the compensation paid or allowed for the Debtors' estates for such services with any other person in contravention of section 504 of the Bankruptcy Code. No agreement or understanding prohibited by 18 U.S.C. § 155 had been made by PricewaterhouseCoopers.

### CERTIFICATE OF COMPLIANCE AND WAIVER

17. To The best of their knowledge, PricewaterhouseCoopers believes that the instant application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.

WHEREFORE PricewaterhouseCoopers respectfully requests approval and payment of (a) interim compensation for professional services rendered as tax advisors for the Debtors in the

sum of $18,614.00 incurred during the Compensation Period, less a twenty percent (20%) holdback in the amount of $3,722.80, total fee award in the amount of $14,891.20; (b) reimbursement of actual and necessary expenses incurred in the sum of $0.00; and (c) such other and further relief as is just and proper.

Dated: September 8, 2009

New York, New York

*/s/ Thomas Geppel*
Thomas Geppel, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017
Telephone: (646) 471-3000

*Tax Advisors to the Debtors*

American Home Mortgage Holdings, et al (Case 07-11047)  Exhibit A-1
PricewaterhouseCoopers LLP - Tax Advisors
Summary by Project Category
For the Period May 1, 2009 through July 31, 2009

| Project Category and Task Code | Hours | Total Fees |
|---|---|---|
| *Tax Advisory Services* | | |
| Tax Consulting Services | 7.70 | $4,254.50 |
| Real Estate Investment Trust Compliance | 14.50 | $6,255.00 |
| *Total Hours and Compensation for Tax Advisory Services* | *22.20* | *$10,509.50* |
| *Fee/Employment Applications* | | |
| Monthly, Interim and Final Fee Applications | 24.90 | $8,104.50 |
| *Total Hours and Compensation for Fee/Employment Applications* | *24.90* | *$8,104.50* |
| **Grand Total Hours for and Compensation** | **47.10** | **$18,614.00** |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)                                       Exhibit A-2
PricewaterhouseCoopers LLP - Tax Advisor
Summary of Professionals
For the Period May 1, 2009 through July 31, 2009

| Professional | Rate | Hours | Total Fees |
|---|---:|---:|---:|
| *Partner* | | | |
| Jill M Hemphill | $700 | 1.50 | $1,050.00 |
| Richard Daniele | $700 | 1.50 | $1,050.00 |
| Thomas Geppel | $700 | 4.00 | $2,800.00 |
| *Senior Managing Director* | | | |
| John A Verde | $585 | 1.00 | $585.00 |
| *Director* | | | |
| Gregory Fetter | $485 | 2.30 | $1,115.50 |
| Michael Truscott | $485 | 7.50 | $3,637.50 |
| *Manager (Bankruptcy)* | | | |
| Andrea Clark Smith | $400 | 1.40 | $560.00 |
| *Senior Associate (Bankruptcy)* | | | |
| Shonda M Finseth | $290 | 8.50 | $2,465.00 |
| *Senior Associate* | | | |
| Christos Vorillas | $285 | 12.60 | $3,591.00 |
| Scott Singer | $285 | 5.50 | $1,567.50 |
| *Associate (Bankruptcy)* | | | |
| Subashi M Stendahl | $225 | 0.30 | $67.50 |
| *Professional Assistant (Bankruptcy)* | | | |
| Brian Randall Davis | $125 | 1.00 | $125.00 |
| **Grand Total Hours and Compensation** | | **47.10** | **$18,614.00** |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period May 1, 2009 through July 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 5/1/2009 | Christos Vorillas | Senior Associate | Respond to questions and send over copies of all of our correspondence with the state auditor and conciliator regarding the NYS assessment. | $285.00 | 0.50 | $142.50 |
| 5/1/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Update the March consolidator and exhibits based upon feedback from A. Smith (PwC). | $290.00 | 0.60 | $174.00 |
| 5/5/2009 | John A Verde | Senior Managing Director | Participate in American Home Mortgage conciliation conference follow-up. | $585.00 | 1.00 | $585.00 |
| 5/11/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | Continue to assemble the consolidator of American Home Mortgage for April. | $125.00 | 1.00 | $125.00 |
| 5/11/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | Assemble the consolidator of American Home Mortgage for April. | $125.00 | 0.00 | $0.00 |
| 5/11/2009 | Christos Vorillas | Senior Associate | Review open items concerning the new IDR sent from the state and forward to the client to begin information search. | $285.00 | 0.50 | $142.50 |
| 5/11/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Finalize the March 2009 fee application. | $290.00 | 0.60 | $174.00 |
| 5/11/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Revise Exhibit 3 based upon feedback received from G. Fetter (PwC). Revise the exhibits and post for review. | $290.00 | 0.40 | $116.00 |
| 5/12/2009 | Jill M Hemphill | Partner | Review of American Home Mortgage tax returns. | $700.00 | 1.50 | $1,050.00 |
| 5/12/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Finalize the February - March 2009 fee application for American Home Mortgage. | $290.00 | 0.30 | $87.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period May 1, 2009 through July 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 5/19/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Review the March 2009 monthly fee application. | $400.00 | 0.50 | $200.00 |
| 5/19/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Review the April 2009 consolidator and prepare the Narrative for American Home Mortgage. | $290.00 | 2.70 | $783.00 |
| 5/19/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Review the April 2009 consolidator for American Home Mortgage. | $290.00 | 1.50 | $435.00 |
| 5/28/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Follow-up email communications with YCST regarding filing monthly fee application. | $400.00 | 0.40 | $160.00 |
| 5/28/2009 | Christos Vorillas | Senior Associate | Review best response related to the new IDR sent from the State on the NYS audit. | $285.00 | 0.50 | $142.50 |
| 5/29/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Revise the April 2009 time consolidator and prepare the fee statement. | $290.00 | 1.50 | $435.00 |
| 6/2/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Revise the April 2009 time consolidator, narrative, and exhibits based upon feedback from G. Fetter (PwC). Distribute to T. Geppel (PwC) for signature. | $290.00 | 0.30 | $87.00 |
| 6/3/2009 | Christos Vorillas | Senior Associate | Discussion with the auditor and NYS conciliator concerning the IDR sent by the state and requesting more time to respond. | $285.00 | 0.20 | $57.00 |
| 6/3/2009 | Gregory Fetter | Director | Review response from the auditor and NYS conciliator. | $485.00 | 0.50 | $242.50 |
| 6/3/2009 | Subashi M Stendahl | Associate (Bankruptcy) | Finalize the April 2009 fee application documents. | $225.00 | 0.30 | $67.50 |
| 6/4/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Participate on American Home Mortgage court call. | $400.00 | 0.40 | $160.00 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period May 1, 2009 through July 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 6/8/2009 | Thomas Geppel | Partner | Discuss and review the Fee Examiner's request for detailed support of the services provided. | $700.00 | 2.00 | $1,400.00 |
| 6/11/2009 | Christos Vorillas | Senior Associate | Discussion with the state auditor concerning the effect of the expunged NYS claim in the bankruptcy court. | $285.00 | 0.50 | $142.50 |
| 6/23/2009 | Christos Vorillas | Senior Associate | Discussion with G. Fetter (PwC) regarding the Fee Examiner request. | $285.00 | 0.30 | $85.50 |
| 6/23/2009 | Gregory Fetter | Director | Discussion with C. Vorillas (PwC) regarding the Fee Examiner request. | $485.00 | 0.30 | $145.50 |
| 6/24/2009 | Christos Vorillas | Senior Associate | Draft the American Home Mortgage narrative for the Fee Examiner. | $285.00 | 1.50 | $427.50 |
| 6/24/2009 | Michael Truscott | Director | Research and respond to REIT debt question from client. | $485.00 | 1.00 | $485.00 |
| 6/25/2009 | Christos Vorillas | Senior Associate | Continue drafting of the American Home Mortgage narrative for the Fee Examiner. | $285.00 | 2.00 | $570.00 |
| 6/25/2009 | Michael Truscott | Director | Research and respond to REIT debt question from client. | $485.00 | 1.00 | $485.00 |
| 6/26/2009 | Christos Vorillas | Senior Associate | Finalize documentation for the Fee Examiner and send out to the applicable PwC offices. | $285.00 | 1.60 | $456.00 |
| 6/26/2009 | Gregory Fetter | Director | Review the Fee Examiner documentation. | $485.00 | 1.00 | $485.00 |
| 6/29/2009 | Christos Vorillas | Senior Associate | Update the narrative to reflect changes from the Fee Examiner by office. | $285.00 | 0.50 | $142.50 |
| 6/29/2009 | Michael Truscott | Director | Prepare Summary of Scope of Services, key personnel, and fees for American Home Mortgage. | $485.00 | 2.00 | $970.00 |

American Home Mortgage Holdings, Inc., et al (Case 07-11047)  
PricewaterhouseCoopers LLP - Tax Advisor  
Detail of Professional Services by Date  
For the Period May 1, 2009 through July 31, 2009

Exhibit A-3

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 6/29/2009 | Richard Daniele | Partner | Prepare the detailed summary of services per the Fee Examiner request. | $700.00 | 1.50 | $1,050.00 |
| 6/30/2009 | Christos Vorillas | Senior Associate | Review items related to the Fee Examiner summary being drafted. | $285.00 | 0.50 | $142.50 |
| 7/1/2009 | Christos Vorillas | Senior Associate | Draft the Fee Examiner Narrative and send over to Fee Examiner for his review and assessment of the fees. | $285.00 | 3.00 | $855.00 |
| 7/1/2009 | Michael Truscott | Director | Review Employment Tax work related to American Home Mortgage. | $485.00 | 0.50 | $242.50 |
| 7/6/2009 | Thomas Geppel | Partner | Discuss and review the Fee Examiner's request for detailed support of the services provided. | $700.00 | 1.00 | $700.00 |
| 7/8/2009 | Andrea Clark Smith | Manager (Bankruptcy) | Review American Home Mortgage June 2009 billing reports. | $400.00 | 0.10 | $40.00 |
| 7/9/2009 | Michael Truscott | Director | Review workpapers regarding American Home Mortgage compliance. | $485.00 | 1.00 | $485.00 |
| 7/9/2009 | Scott Singer | Senior Associate | Review workpapers regarding American Home Mortgage compliance. | $285.00 | 0.50 | $142.50 |
| 7/10/2009 | Michael Truscott | Director | Continue review of workpapers regarding American Home Mortgage compliance. | $485.00 | 1.00 | $485.00 |
| 7/10/2009 | Scott Singer | Senior Associate | Continue review of workpapers regarding American Home Mortgage compliance. | $285.00 | 1.50 | $427.50 |
| 7/14/2009 | Scott Singer | Senior Associate | Continue review of workpapers regarding American Home Mortgage compliance. | $285.00 | 2.50 | $712.50 |

Exhibit A-3

American Home Mortgage Holdings, Inc., et al (Case 07-11047)
PricewaterhouseCoopers LLP - Tax Advisor
Detail of Professional Services by Date
For the Period May 1, 2009 through July 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| 7/16/2009 | Christos Vorillas | Senior Associate | Discussion with Fee Examiner concerning new request of time sheet amounts for the bankruptcy court and gathering of data. | $285.00 | 1.00 | $285.00 |
| 7/16/2009 | Gregory Fetter | Director | Follow up on Fee Examiner information regarding American Home Mortgage. | $485.00 | 0.50 | $242.50 |
| 7/17/2009 | Michael Truscott | Director | Meeting with S. Singer (PwC) regarding American Home Mortgage work paper compliance. | $485.00 | 1.00 | $485.00 |
| 7/17/2009 | Scott Singer | Senior Associate | Meeting with M. Truscott (PwC) regarding American Home Mortgage work paper compliance. | $285.00 | 1.00 | $285.00 |
| 7/20/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | Prepare the Fee Examiner supporting documentation excel file. | $290.00 | 0.60 | $174.00 |
| 7/20/2009 | Thomas Geppel | Partner | Discuss and review the Fee Examiner's request for detailed support of the services provided. | $700.00 | 1.00 | $700.00 |
| **Grand Total Hours and Compensation** | | | | | **47.10** | **$18,614.00** |

## VERIFICATION OF FEE APPLICATION

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Thomas Geppel hereby respectfully certifies and verifies as follows:

1. I am a Partner in the applicant firm, PricewaterhouseCoopers LLP.

2. I have personally supervised many of the tax services and other hourly services rendered by PricewaterhouseCoopers LLP, as tax advisors to the Debtors and am familiar with all other work performed on behalf of the Partners and professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

THOMAS GEPPEL, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017

SWORN TO AND SUBSCRIBED before
me this 8th day of September 2009.

_____
Notary Public

My Commission Expires: _____

JUANA CRUZ
Notary Public, State of New York
No. 01CR5080926
Qualified in Nassau County
Commission Expires June 23, 20 11