# EXHIBIT I

**Declaration of Eileen Wanerka**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                        :
                                                          :    Jointly Administered
       Debtors.                                           :

---------------------------------------------------------------------- x

### DECLARATION OF EILEEN WANERKA IN SUPPORT OF DEBTORS' FORTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

I, Eileen Wanerka, pursuant to 28 U.S.C. § 1746, declare:

1.     I am an Assistant Vice President of the above-captioned debtors and debtors in possession (the "Debtors").  In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases.  I have read the Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), and am directly, or by and through my personnel or agents, familiar with the information contained therein, the proposed form of order (the "Proposed Order") and the exhibits attached thereto.

2.     Considerable resources and time have been expended in reviewing and reconciling the proofs of claim filed or pending against the Debtors in these cases.  The claims were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

personnel, including the Debtors' claims agent Epiq Bankruptcy Solutions, LLC ("Epiq"). These

efforts resulted in the identification of the "No Liability Claims", "Modified Amount Claim",

and "Modified Amount Wrong Debtor Claim," as defined in the Objection and identified on

Exhibits A, B, and C to the Proposed Order, respectively.

     3.     The information contained in Exhibits A, B, and C to the Proposed Order is true

and correct to the best of my knowledge.

     4.     The Debtors have reviewed the No Liability Claims, related supporting

documentation, and the Debtors' own books and records and determined that they have no record

of any liability on account of the claims identified in Exhibit A to the Proposed Order.

Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtors seek

to expunge and disallow in full the No Liability Claims.

     5.     The Debtors have reviewed the Modified Amount Claim, related supporting

documentation and the Debtors' own books and records and determined that the claim identified

in Exhibit B to the Proposed order should be modified to the amount listed in Exhibit B.

Accordingly, to prevent the claimant from receiving an unwarranted recovery, the Debtors seek

to reduce the Modified Amount Claim.

     6.     The Debtors have reviewed the Modified Amount Wrong Debtor Claim, related

supporting documentation, and the Debtors' own books and records and determined that the

claim identified in Exhibit C to the Proposed Order should be modified to the amount listed in

Exhibit C and reassigned to the new case number listed in Exhibit C. Accordingly, to prevent

the claimant from receiving an unwarranted recovery against the wrong Debtor, the Debtors seek

to expunge and disallow in part and reassign the Modified Amount Wrong Debtor Claim.

066585.1001

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September __11__, 2009

Eileen Wanerka
Assistant Vice President

DB02:8714222.1

066585.1001

# EXHIBIT II

**Certification of Counsel**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                            :   Chapter 11
                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,:   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                  :
                                                  :   Jointly Administered
        Debtors.                                  :
                                                  :
                                                  :
------------------------------------------------------------------ x
```

## CERTIFICATION OF COUNSEL REGARDING COMPLIANCE WITH ARTICLE 17 OF THE DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED AS OF FEBRUARY 18, 2009 IN CONNECTION WITH THE DEBTORS' FORTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Counsel for the above-captioned debtors and debtors in possession (the "Debtors")

hereby certifies that the Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to

Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-

1 (the "Objection")² complies with the Plan and the Confirmation Order.  Specifically, the

Debtors have (i) used reasonable efforts to contact borrower-claimants to obtain information

regarding the factual and legal bases of their asserted claims and (ii) made reasonable offers of

settlement with respect to any claims that rise to the level *prima facie* validity, giving due regard

for the *prima facie* validity of all properly filed proofs of claim and the costs and relative

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to such terms in the Objection.

hardships litigation would impose on the borrower-claimants. These borrower-claimants either refused such offers or failed to accept within the time stated in the respective offer.

Furthermore, the Debtors have served the Objection, along with a notice that apprises the claimant of his or her right to appear telephonically at the hearing on the Objection and a copy of the Bankruptcy Court's procedures regarding telephonic appearances, on the above-mentioned borrower-claimants. To avoid the unnecessary multiplication of costs relating to telephonic appearances, the Debtors will make reasonable efforts to notify the above-mentioned borrower-claimants as soon as practicable concerning any adjournment of the hearing on the Objection.

Dated:  September 11, 2009
       Wilmington Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

2