IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No. 7917 |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTEENTH MONTHLY APPLICATION OF HAHN & HESSEN LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Sixteenth Monthly Application of Hahn & Hessen LLP, Co-Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period November 1, 2008 through November 30, 2008 [Docket No. 7917]* filed on August 7, 2009 (the "Application").  The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 27, 2009 at 4:00 p.m.

128189.01600/21815453v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Debtors are authorized to pay Hahn & Hessen LLP $172,935.20, which represents 80% of the fees requested ($216,169.00) and $4,286.36 which represents 100% of the expenses requested in the Application for the period of November 1, 2008 through November 30, 2008 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    September 11, 2009  **BLANK ROME LLP**

By: */s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

And

Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Telephone:  (212) 478-7200
Facsimile:  (212) 478-7400

*Co-Counsel for the Official Committee of Unsecured Creditors*