IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No. 7968 |

**CERTIFICATE OF NO OBJECTION REGARDING TWENTY-FIRST MONTHLY APPLICATION OF HAHN & HESSEN LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2009 THROUGH APRIL 30, 2009  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Twenty-First Monthly Application of Hahn & Hessen LLP, Co-Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period April 1, 2009 through April 30, 2009 [Docket No. 7968]* filed on August 19, 2009 (the "Application").  The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 8, 2009 at 4:00 p.m.

128189.01600/21815458v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Debtors are authorized to pay Hahn & Hessen LLP $97,028.40, which represents 80% of the fees requested ($121,285.50) and $4,664.28 which represents 100% of the expenses requested in the Application for the period of April 1, 2009 through April 30, 2009 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:   September 11, 2009                     **BLANK ROME LLP**

                                                      By:   */s/ Bonnie Glantz Fatell*
                                                      Bonnie Glantz Fatell (DE No. 3809)
                                                      David W. Carickhoff (DE No. 3715)
                                                      1201 Market Street, Suite 800
                                                      Wilmington, DE  19801
                                                      Telephone:  (302) 425-6400
                                                      Facsimile:  (302) 425-6464

                                                             And

                                                      Mark S. Indelicato
                                                      Hahn & Hessen LLP
                                                      488 Madison Avenue
                                                      New York, NY  10022
                                                      Telephone:  (212) 478-7200
                                                      Facsimile:  (212) 478-7400

                                                      *Co-Counsel for the Official Committee of Unsecured Creditors*

128189.01600/21815458v.1