IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :    Chapter 11
In re:                                                           :
                                                                 :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :    Jointly Administered
                                                                 :
         Debtors.                                                :    Objection Deadline: October 5, 2009 at 4:00 p.m.
                                                                 x    Hearing Date: October 13, 2009 at 10:00 a.m.
---------------------------------------------------------------- 

## EIGHTH INTERIM QUARTERLY FEE REQUESTS
## OF DEBTORS' PROFESSIONALS

TO:    THE UNITED STATES TRUSTEE, COUNSEL FOR THE COMMITTEE, ALL
       PARTIES LISTED IN THE INTERIM COMPENSATION ORDER AND ALL OTHER
       PARTIES WHO REQUESTED NOTICE PURSUANT TO RULE 2002 OF THE
       FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to that certain Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331 of the Bankruptcy Code (the "Interim Compensation Order") [D.I. 547] and the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nun Pro Tunc Relief (the "Modified Interim Compensation Order") [D.I. 2985], the professionals retained by the above-captioned debtors and debtors-in-possession (the "Debtors") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:8713543.1                                                                                              066585.1001

(the "Fee Request") for all interim applications filed during the previous quarterly period covering the period from May 1, 2009 through and including July 31, 2009. Summaries of the fees and expenses subject to this Fee Request are summarized in the attachments hereto.

PLEASE TAKE NOTICE that pursuant to the Interim Compensation Order, the Debtors were authorized to pay, on an interim basis, 80% of the amount of compensation requested and 100% of the amount requested for reimbursement for expenses without further order from the Court upon the expiration of a 20-day objection period.

PLEASE TAKE FURTHER NOTICE that pursuant to the Modified Interim Compensation Order, the Debtors were authorized to pay certain foreclosure professionals, on an interim basis, 100% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order from the Court upon the expiration of a 20-day objection period.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before October 5, 2009, at 4:00 p.m.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Fee Request will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on <u>October 13, 2009 at 11:30 a.m.</u>

Dated: September 14, 2009
      Wilmington, Delaware

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Margaret Whiteman Greecher
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Margaret Whiteman Greecher (No. 4652)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                             :   Jointly Administered
    Debtors.                                                 :
                                                             :   **Objection Deadline: October 5, 2009 at 4:00 p.m.**
------------------------------------------------------------ x   **Hearing Date: October 13, 2009 at 10:00 a.m.**

## EIGHTH INTERIM FEE REQUEST
## OF YOUNG CONAWAY STARGATT & TAYLOR, LLP

Name of Applicant:                              Young Conaway Stargatt & Taylor, LLP

Authorized to Provide Professional Services to: Debtors and Debtors-in-Possession

Date of Retention:                              Effective as of August 6, 2007

Period for which compensation and               May 1, 2008 through July 31, 2009
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 5/1/09-5/31/09 8/6/09 7906 | 368,223.50 | 30,169.49 | 8/31/09 7990 | 294,578.80 | 30,169.49 | 73,644.70 |
| 6/1/09-6/30/09 8/31/09 7989 | 203,072.00 | 30,169.01 | Pending | 162,457.60 | 30,169.01 | 40,614.40 |
| 7/1/09-7/331/09 9/9/09 8035 | 111,479.50 | 6,867.04 | Pending | 89,183.60 | 6,867.04 | 22,295.90 |
| Totals | 682,775.00 | 67,205.54 | | 546,220.00 | 67,205.54 | 136,555.00 |

DB02:8713543.1                                                                                         066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
      Debtors.                                                   :
                                                                 :   **Objection Deadline: October 5, 2009 at 4:00 p.m.**
                                                                 :   **Hearing Date: October 13, 2009 at 10:00 a.m.**
---------------------------------------------------------------- x

## EIGHTH INTERIM FEE REQUEST
## OF LAW OFFICES OF WEINER BRODSKY SIDMAN KIDER PC

Name of Applicant:                                     Weiner Brodsky Sidman Kider PC

Authorized to Provide Professional Services to:        Debtors and Debtors-in-Possession

Date of Retention:                                     August 6, 2007

Period for which compensation and                      May 1, 2009 through May 31, 2009
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 5/1/09-5/31/09 7/27/09 7657 | 2,637.50 | 0.00 | 8/25/09 7978 | 2,110.00 | 0.00 | 527.50 |
| Totals | 2,637.50 | 0.00 | | 2,110.00 | 0.00 | 527.50 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :   **Objection Deadline: October 5, 2009 at 4:00 p.m.**
                                                                 :   **Hearing Date: October 13, 2009 at 10:00 a.m.**
---------------------------------------------------------------- x

## EIGHTH INTERIM FEE REQUEST
## OF LAW OFFICES OF CADWALADER, WICKERSHAM & TAFT LLP

Name of Applicant:                                  Cadwalader, Wickersham & Taft LLP

Authorized to Provide Professional Services to:     Debtors and Debtors-in-Possession

Date of Retention:                                  August 6, 2007

Period for which compensation and                   May 1, 2009 through July 31, 2009
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 5/1/09-7/31/09 9/14/09 8061 | 1,010,638.50 | 43,201.95 | Pending | 808,510.80 | 43,201.95 | 202,127.70 |
| Totals | 1,010,638.50 | 43,201.95 | | 808,510.80 | 43,201.95 | 202,127.70 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                             :  Jointly Administered
    Debtors.                                                 :
                                                             :  Objection Deadline: October 5, 2009 at 4:00 p.m.
                                                             :  Hearing Date: October 13, 2009 at 10:00 a.m.
------------------------------------------------------------ x

## EIGHTH INTERIM FEE REQUEST
## OF ALLEN & OVERY, LLP

Name of Applicant:                                    Allen & Overy, LLP

Authorized to Provide Professional Services to:       Debtors and Debtors-in-Possession

Date of Retention:                                    September 7, 2007

Period for which compensation and                     May 1, 2009 through July 31, 2009
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 5/1/09-5/31/09 6/19/09 7549 | 12,143.00 | 50.98 | 7/31/09 7804 | 9,714.40 | 50.98 | 2,428.60 |
| 6/1/09-6/30/09 7/31/09 7815 | 6,265.00 | 28,783.02 | 8/25/09 7980 | 5,012.00 | 28,783.02 | 1,253.00 |
| 7/1/09-7/31/09 9/1/09 7994 | 1,825.00 | 16,046.38 | Pending | 1,460.00 | 16,046.38 | 365.00 |
| Totals | 20,233.00 | 44,880.38 | | 16,186.40 | 44,880.38 | 4,046.60 |

DB02:8713543.1                                                                          066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :   Objection Deadline: October 5, 2009 at 4:00 p.m.
                                                                 :   Hearing Date: October 13, 2009 at 10:00 a.m.
---------------------------------------------------------------- x

## EIGHTH INTERIM FEE REQUEST
## OF QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

Name of Applicant:                                  Quinn Emanuel Urquhart Oliver & Hedges LLP

Authorized to Provide Professional Services to:     Debtors and Debtors-in-Possession

Date of Retention:                                  August 10, 2007

Period for which compensation and                   May 1, 2009 through July 31, 2009
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 5/1/09-5/31/09 8/18/09 7961 | 42,436.00 | 914.29 | 9/10/09 8044 | 33,948.80 | 914.29 | 8,487.20 |
| 6/1/09-6/30/09 8/18/09 7962 | 15,733.50 | 541.57 | 9/10/09 8045 | 12,586.80 | 541.57 | 3,146.70 |
| 7/1/09-7/31/09 9/14/09 8062 | 18,603.50 | 439.39 | Pending | 14,882.80 | 439.39 | 3,720.70 |
| Totals | 76,773.00 | 1895.25 | | 61,418.40 | 1895.25 | 15,354.60 |

DB02:8713543.1                                                                                             066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
       Debtors.                                                  :
                                                                 :  **Objection Deadline: October 5, 2009 at 4:00 p.m.**
                                                                 :  **Hearing Date: October 13, 2009 at 10:00 a.m.**
---------------------------------------------------------------- x

## EIGHTH INTERIM FEE REQUEST
## OF MILESTONE ADVISORS LLC

Name of Applicant:                                    Milestone Advisors LLC

Authorized to Provide Professional Services to:       Debtors and Debtors-in-Possession

Date of Retention:                                    August 6, 2007

Period for which compensation and                     April 1, 2009 through April 30, 2009
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 4/1/09-4/30/09 7/2/09 7595 | 100,000.00 | 2,876.79 | 7/27/09 7634 | 80,000.00 | 2,876.79 | 20,000.00 |
| Totals | 100,000.00 | 2,876.79 | | 80,000.00 | 2,876.79 | 20,000.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                    :
                                                                   : Jointly Administered
    Debtors.                                                       :
                                                                   : **Objection Deadline: October 5, 2009 at 4:00 p.m.**
------------------------------------------------------------------ x **Hearing Date: October 13, 2009 at 10:00 a.m.**

## SIXTH INTERIM FEE REQUEST
## OF PRICEWATERHOUSECOOPERS LLP

Name of Applicant:                                  PricewaterhouseCoopers LLP

Authorized to Provide Professional Services to:     Debtors and Debtors-in-Possession

Date of Retention:                                  February 12, 2008

Period for which compensation and                   May 1, 2009 through July 31, 2009
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 5/1/09-7/31/09 9/11/09 8047 | 18,614.00 | 0.00 | Pending | 14,891.20 | 0.00 | 3,722.80 |
| Totals | 18,614.00 | 0.00 |  | 14,891.20 | 0.00 | 3,722.80 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
     Debtors.                                                    :
                                                                 :   **Objection Deadline: October 5, 2009 at 4:00 p.m.**
---------------------------------------------------------------- x   **Hearing Date: October 13, 2009 at 10:00 a.m.**

## FOURTH INTERIM FEE REQUEST
## OF KILPATRICK STOCKTON LLP

Name of Applicant:                                  Kilpatrick Stockton LLP (formerly Muldoon Murphy & Aguggia LLP)

Authorized to Provide Professional Services to:     Debtors and Debtors-in-Possession

Date of Retention:                                  December 15, 2007

Period for which compensation and reimbursement is sought:   June 1, 2009 through June 30, 2009

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 6/1/09-6/30/09 7/24/09 7630 | 675.00 | 5.50 | 8/17/09 7956 | 540.00 | 5.50 | 135.00 |
| Totals | 675.00 | 5.50 | | 540.00 | 5.50 | 135.00 |

DB02:8713543.1                                                                                   066585.1001