# **<u>EXHIBIT A</u>**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

| | |
|---|---|
| American Home Mortgage Holdings, Inc., | July 6, 2009 through August 31, 2009 |
| Official Committee of Unsecured Creditors | |
| Hahn & Hessen, LLP | |
| 488 Madison Avenue | |
| New York, NY 10022 | Invoice No. 32463 |
| **Attention:**   Mark T. Power, Esquire | |

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 4.70 | 705.00 |
| B25 | Fee Applications, Applicant - | 11.40 | 2,330.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 7.90 | 2,645.00 |
| B7 | Employment Applications, Applicant - | <u>19.00</u> | <u>5,620.00</u> |
| | **Total** | **43.00** | **$11,300.00** |
| | **Grand Total** | **43.00** | **$11,300.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| David J. Ferry, Jr. | 450.00 | 0.10 | 45.00 |
| Rick S. Miller | 350.00 | 16.80 | 5,880.00 |
| Steven G. Weiler | 250.00 | 14.60 | 3,650.00 |
| Legal Assistant - DRS | 150.00 | 0.20 | 30.00 |
| Legal Assistant - MH | 150.00 | <u>11.30</u> | <u>1,695.00</u> |
| **Total** | | **43.00** | **$11,300.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                                           **$1,871.02**

| | | | |
|---|---|---|---|
| Invoice No. 32463 | Page 2 of 5 | | July 28, 2009 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-07-09 | *Employment Applications, Applicant* - E-mail correspondence with Mr. Morris re: retention issues | 0.20 | RSM |
| | *Employment Applications, Applicant* - Review sample retention docs | 0.20 | RSM |
| | *Employment Applications, Applicant* - Confer with SGW re: preparation of retention application | 0.10 | RSM |
| | *Employment Applications, Applicant* - Prepare memo to attorneys re: disclosures on retention application | 0.50 | RSM |
| | *Employment Applications, Applicant* - Confer with RSM re preparation of retention application as local special conflicts counsel for committee; review e-mails with lead counsel re same; review sample provided by Bifferato re same; review docket for recent omnibus order and obtain same; teleconference with D. Gadson re same; e-mail to legal assistant re same; prepare draft of same; confer with legal assistant re revising same; review docket to verify core service list | 4.00 | SGW |
| Jul-08-09 | *Employment Applications, Applicant* - E-mails to RSM re retention discussions | 0.10 | DJF |
| | *Fee Applications, Applicant* - Obtain interim compensation order from docket; review same | 0.30 | SGW |
| | *Employment Applications, Applicant* - Trade e-mails with D. Gadson re hearing date for Ferry, Joseph & Pearce's retention application; confer with RSM re same; assist with revising same; prepare draft motion to shorten notice re same for review by RSM | 2.40 | SGW |
| | *Employment Applications, Applicant* - Assist with format revisions to retention motion and related documents | 0.30 | MH |
| Jul-09-09 | *Employment Applications, Applicant* - Review draft retention application and revise same; review Court docket | 3.50 | RSM |
| Jul-10-09 | *Employment Applications, Applicant* - Revise and prepare retention application and declaration | 2.00 | RSM |
| | *Employment Applications, Applicant* - Prepare retention agreement | 0.50 | RSM |
| | *Employment Applications, Applicant* - E-mail to Mr. Morris and Mr. Power re: retention documents | 0.10 | RSM |
| | *Fee Applications, Applicant* - E-mail to RSM re preparation of monthly interim fee applications | 0.10 | SGW |
| | *Employment Applications, Applicant* - obtain current 2002 database list re retention application | 0.10 | SGW |
| | *Case Administration* - Start preparation of core list, 2002 list and respective service labels | 3.20 | MH |
| Jul-13-09 | *Case Administration* - Finalize service lists and labels documents | 1.50 | MH |
| Jul-14-09 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail from Mr. Morris | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review draft complaint | 0.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Morris re: draft complaint | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review sample of interim fee application | 0.20 | SGW |
| | *Employment Applications, Applicant* - Review motion to shorten notice re Ferry, Joseph & Pearce's retention application; revise service parties list of notice of same; review main case docket re same | 0.40 | SGW |

| Invoice No. 32463 | | Page 3 of 5 | | July 28, 2009 |
|---|---|---|---|---|
| Jul-15-09 | | *Employment Applications, Applicant* - E-mail correspondence with Mr. Zawadzki re: retention app | 0.10 | RSM |
| | | *Employment Applications, Applicant* - Revise retention application | 0.20 | RSM |
| | | *Employment Applications, Applicant* - E-ail to Mr. Zawadzki re: modified retention app | 0.10 | RSM |
| | | *Employment Applications, Applicant* - Revise motion to shorten notice re retention application; prepare draft order re same; review main case docket re same; follow-up discussion with RSM re filing of same | 0.40 | SGW |
| Jul-16-09 | | *Fee Applications, Applicant* - Confer with S. Weiler re: service issues | 0.30 | RSM |
| | | *Employment Applications, Applicant* - E-mail correspondence with Mr. Morris | 0.10 | RSM |
| | | *Employment Applications, Applicant* - Confer with RSM re service of retention application; contact Judge Sontchi's scheduling deputy for new hearing date re same; trade e-mails with same; revise application and motion to shorten notice re same; advise RSM and legal assistant re same; prepare certificate of no objection re same | 0.60 | SGW |
| Jul-21-09 | | *Employment Applications, Applicant* - E-mail to Mr. Morris re: retention application | 0.10 | RSM |
| | | *Employment Applications, Applicant* - E-mail from Mr. Morris re: retention application | 0.10 | RSM |
| | | *Fee Applications, Applicant* - Confer with legal assistant re preparation of 1st monthly fee application and compensation period covered | 0.10 | SGW |
| Jul-22-09 | | *Employment Applications, Applicant* - E-mail to SGW re retention app | 0.10 | RSM |
| | | *Employment Applications, Applicant* - Trade e-mails with RSM re cancellation of 7/31/09 hearing re Ferry, Joseph & Pearce's retention application; trade e-mails with Judge Sontchi's scheduling deputy re same; revise retention papers | 0.30 | SGW |
| Jul-27-09 | | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to Mr. Schnitzler re: conflict preference cases | 0.10 | RSM |
| | | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to check conflicts in preference cases | 0.10 | RSM |
| Jul-28-09 | | *Employment Applications, Applicant* - E-mail to Mr. Zawadzki re: retention | 0.10 | RSM |
| | | *Employment Applications, Applicant* - E-mail to Mr. Schnitzler re: retention | 0.10 | RSM |
| | | *Employment Applications, Applicant* - E-mail correspondence with Mr. Schnitzler re: retention app | 0.20 | RSM |
| | | *Fee Applications, Applicant* - Trade e-mails with RSM re preparation of Ferry, Joseph & Pearce's first monthly fee application and period covered and advise legal assistant re same | 0.20 | SGW |
| Jul-29-09 | | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Schnitzler | 0.10 | RSM |
| Jul-30-09 | | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Morris re: Chase suit | 0.10 | RSM |
| | | *Employment Applications, Applicant* - E-mail to Mr. Zawadzki re: retention app | 0.10 | RSM |
| | | *Employment Applications, Applicant* - Review retention application | 0.50 | RSM |
| | | *Employment Applications, Applicant* - Confer with SGW re: filing of retention app | 0.20 | RSM |
| | | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mails from | 0.80 | SGW |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | co-counsel re status of filing preference actions; confer with RSM re same; e-mail to RSM re filing preference actions; obtain and review local rules re same | | |
| | *Employment Applications, Applicant* - Revise Ferry, Joseph & Pearce's retention application; prepare same for filing; file and arrange for service of same | 1.00 | SGW |
| | *Employment Applications, Applicant* - Serve retention application | 0.30 | MH |
| Jul-31-09 | *Litigation/Adversary Proceedings (Non-Claims)* - Teleconference with Mr. Schnitzler re: GMAC tolling agreement | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Knuckey re: GMAC tolling agreement | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review revise, prepare and file Chase suit | 3.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Serve JP Morgan Chase complaint | 0.20 | DRS |
| Aug-03-09 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to Mr. Schnitzler re: Thacher complaint | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Teleconference with Ms. Celli re: Thacher complaint | 0.20 | RSM |
| | *Fee Applications, Applicant* - Confer with S. Weiler re need for task code billing | 0.10 | MH |
| | *Fee Applications, Applicant* - E-mail to S. Weiler requesting samples of other firms' task and expense codes | 0.10 | MH |
| Aug-04-09 | *Litigation/Adversary Proceedings (Non-Claims)* - Revise, prepare, and file Thacher Proffitt adversary | 1.50 | RSM |
| | *Fee Applications, Applicant* - Confer with legal assistant re inclusion of project and expense categories in monthly and interim fee applications; review similar professional fee applications on docket re same; review interim compensation order and local rule re same; confer with RSM re same | 1.60 | SGW |
| Aug-05-09 | *Fee Applications, Applicant* - Compare project category lists from court form and various firms with current accounting software task codes; memo to S. Weiler and RSM re same | 0.80 | MH |
| Aug-06-09 | *Fee Applications, Applicant* - Confer with SGW re: project codes for fee apps | 0.20 | RSM |
| | *Fee Applications, Applicant* - Review draft project categories re fee applications; docket review re recent project categories of similar professionals; confer with RSM and legal assistant re same | 0.50 | SGW |
| | *Fee Applications, Applicant* - E-mail to accounting department re set up task codes for billing | 0.10 | MH |
| | *Fee Applications, Applicant* - E-mail to accounting department to confirm copy/print charge defaulted to $.10 per page; review bill re previous copy/print charges at $.15 per page; revise same to $.10 | 0.40 | MH |
| Aug-11-09 | *Fee Applications, Applicant* - Review RSM and my time entries to insert project category codes | 0.20 | SGW |
| Aug-18-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Mr. Morris to Mr. Stennett | 0.10 | RSM |
| Aug-24-09 | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mail from Mr. Morris to Mr. Rath re: extension to answer complaint | 0.10 | RSM |
| Aug-25-09 | *Fee Applications, Applicant* - confer with MH re; fee application process | 0.20 | RSM |

**Invoice No. 32463**                **Page 5 of 5**                **July 28, 2009**

| Date | Description | Hours | Initials |
|---|---|---|---|
| Aug-26-09 | *Fee Applications, Applicant* - Confer with RSM re inclusion of project category descriptions in monthly and/or quarterly fee applications; review statements of similar professionals on docket re same; confer with legal assistant re same | 0.70 | SGW |
| | *Fee Applications, Applicant* - Trade e-mails with RSM re confirm attorneys' rates | 0.10 | MH |
| | *Fee Applications, Applicant* - Begin preparation of 1st and 2nd monthly fee application | 1.40 | MH |
| | *Fee Applications, Applicant* - Continue draft of 1st and 2nd monthly fee application and prepare related documents | 2.10 | MH |
| Aug-27-09 | *Fee Applications, Applicant* - Insert task codes to existing time entries re 1st and 2nd monthly fee application | 0.90 | MH |
| Aug-28-09 | *Fee Applications, Applicant* - e-mail correspondence with MH re: fee application | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review draft combined 1st and 2nd monthly fee application; revise same | 0.70 | SGW |
| | Totals | 43.00 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jul-30-09 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.80 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 2.40 |
| | Photocopy Cost | 3.60 |
| Jul-31-09 | U.S. Bankruptcy Court - filing fee (American Home Mortgage) | 250.00 |
| | Photocopy Cost | 5.70 |
| Aug-04-09 | U.S. Bankruptcy Court - filing fee (American Home Mortgage) | 250.00 |
| | Photocopy Cost | 0.90 |
| Aug-05-09 | Blue Marble Logistics - hand deliveries (Inv #12065) | 252.00 |
| Aug-11-09 | Photocopy Cost | 0.70 |
| Aug-13-09 | Cost Advance - Blue Marble Logistics - copies/service (Inv # 35292) | 1,095.02 |
| Aug-26-09 | Photocopy Cost | 1.10 |
| | Photocopy Cost | 2.30 |
| Aug-27-09 | Photocopy Cost | 0.80 |
| Aug-28-09 | Photocopy Cost | 0.80 |
| Aug-31-09 | Photocopy Cost | 1.20 |
| | Totals | $1,871.02 |

**Total Fees & Disbursements**                **$13,171.02**