HERITAGE REALTY MANAGEMENT
51 E. CAMPBELL AVENUE, SUITE 200
CAMPBELL, CA 95008

September 10, 2009

Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21030

RE: American Home Mortgage Holdings; Case No. 07-11047

Dear Sir/Madam:

Heritage Realty Management, LLC has no ownership interest in Heritage Village Offices. Heritage Realty Management is also not doing business as Heritage Village Offices as eluded to in the summons and complaint dated August 26, 2009.

Sincerely,

Miki Iric
Manager

CC: Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Blank Rome LLP
1201 Market Street Suite 800
Wilmington, DE 19801

824 Market Street, 3rd Floor
Wilmington, DE 19801