IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   : Jointly Administered
        Debtors.                                                   :
                                                                   : Ref. Docket Nos. 5447, 5816 & 6217
------------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL NINTH ORDER
SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On September 13, 2007, Michael Kalmonson filed claim numbered 708 ("Claim 708") asserting an unsecured priority claim in the amount of $10,096.00 on account of unused vacation time.

On August 15, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 5447]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge Claim 708 on the grounds that Mr. Kalmonson is not entitled to the amounts claimed according to the terms of the Debtors' vacation policy.

On or about September 8, 2008, Mr. Kalmonson filed a response to the Objection [Docket No. 5816] (the "Response"), contending that he is entitled to the full amount claimed

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

DB02: 8718947.1                                                                                      066585.1001

because he was a salaried employee and not a full-time commissioned employee. On October 10, 2008, the Court entered an order [Docket No. 6217] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 708.

Following good faith negotiations and further review of the Debtors' relevant records, the parties have agreed to allow Claim 708 as an unsecured priority claim in the amount of $2,884.62 against American Home Mortgage Corp. (Case No. 07-11051). A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: September 16, 2009
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Michael S. Neiburg*

Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :   Jointly Administered
    Debtors.                                                        :
                                                                    :   Ref. Docket Nos. 5447, 5816, 6217,
                                                                    :   7112, 7282, 7395, 7589, 7612, and
                                                                    :   7941
------------------------------------------------------------------- x

**CONSENSUAL NINTH ORDER REGARDING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the fifteenth omnibus (substantive) objection (the "Objection") [Docket No. 5447] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 6217] on October 10, 2008; and the Objection having been adjourned with respect to various proofs of claim, including proof of claim numbered 708 filed by Michael Kalmonson ("Claim 708"); and the Debtors and Mr. Kalmonson having agreed that Claim 708 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 708 is hereby modified and allowed as an unsecured priority claim in the amount of $2,884.62 against American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      September __, 2009

                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE