IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   **Ref. Docket Nos. 7084, 7234,**
                                                                       :   **7392, 7407, 7504, 7544, 7939,**
---------------------------------------------------------------------- x   **and 8001**

## CERTIFICATION OF COUNSEL SUBMITTING TENTH ORDER WITH RESPECT TO DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On March 6, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed their thirty-first omnibus (substantive) objection (the "Objection") [Docket No. 7084]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge claim numbered 10511 ("Claim 10511") filed by Promotional Products Partners, LLC ("Promotional Products") on the grounds that Promotional Products filed identical claims against multiple Debtors and that Claim 10511 pertained to the wrong Debtor and was duplicative of proof of claim numbered 202 ("Claim 202"), which had been filed against the correct Debtor. On April 6, 2009, the Court entered an order [Docket No. 7234] sustaining the Objection in part and adjourning the Objection with respect to various proofs of claim including Claim 10511.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

On or about September 3, 2009, the Debtors filed their supplemental declaration in support of the Objection [Docket No. 8001]. On September 8, 2009, the Court held a hearing to consider, *inter alia*, the Objection as it relates to Claim 10511. After consideration of the Debtors' argument and Promotional Product's response thereto, the Court entered a ruling on the record with respect to Claim 10511. A proposed form of order reflecting the Court's ruling is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: September 16, 2009
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Michael S. Neiburg*

---

Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   **Ref. Docket Nos. 7084, 7234,**
                                                                       :   **7392, 7407, 7504, 7544, 7939,**
---------------------------------------------------------------------- x   **and 8001**

### TENTH ORDER WITH RESPECT TO DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-first omnibus (substantive) objection (the "Objection") [Docket No. 7084] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 7234] on April 6, 2009; and the Objection having been adjourned with respect to various proofs of claim including claim number 10511 ("Claim 10511") filed by Promotional Products Partners, LLC; and the Debtors having filed their supplemental declaration in support of the Objection [Docket No. 8001]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having conducted a hearing on September 8, 2009 to consider the Objection and Claim 10511; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 10511 is hereby allowed and Promotional Products Partners, LLC shall have an allowed unsecured non-priority claim in the amount of $301,376.00 against American Home Mortgage Holdings Inc. (Case No. 07-11047); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      September __, 2009

                                               CHRISTOPHER S. SONTCHI
                                               UNITED STATES BANKRUPTCY JUDGE