IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :   Jointly Administered
                                                                 :
                          Debtors.                               :   Re: Docket Nos. 8021 & 8022

## NOTICE OF APPEAL

Calyon New York Branch, as Administrative Agent Pursuant to Repurchase Agreement ("Calyon") hereby appeals pursuant to 28 U.S.C. § 158(a) to the United States District Court for the District of Delaware from (i) the Findings of Fact and Conclusions of Law entered in these cases on the 8th day of September, 2009 [Docket No. 8021] (the "Findings of Fact and Conclusions of Law"); and (ii) the order entered in these cases on the 8th day of September, 2009 regarding the Findings of Fact and Conclusions of Law [Docket No. 8022] (the "Order").

The names of all parties to the Findings of Fact and Conclusions of Law, and the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

| Party | Counsel |
|---|---|
| **Appellants** | |
| Calyon New York Branch, as Administrative Agent Pursuant to Repurchase Agreement | Michael G. Busenkell (DE No. 3933)<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone: 302.252.4324<br>Facsimile: 302.252.4330<br><br>-and-<br><br>Benjamin C. Ackerly<br>Jason W. Harbour (DE No. 4176)<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 E. Byrd Street<br>Richmond, Virginia 23219-4074<br>Telephone: (804) 788-8200<br>Facsimile: (804) 788-8218 |
| **Appellees** | |
| Debtors and Debtors-in-Possession | John T. Dorsey (DE No. 2988)<br>Curtis J. Crowther (DE No. 3238)<br>Michelle S. Buicak (DE No. 4651)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |

Dated: Wilmington, Delaware
September 17, 2009

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

_____
Michael G. Busenkell (DE No. 3933)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: 302.252.4324
Facsimile: 302.252.4330

-and-

Benjamin C. Ackerly
Jason W. Harbour (DE No. 4176)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

*Counsel to Calyon New York Branch*

3