# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.*[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objections Due By: October 7, 2009 @ 4:00 p m.** |
| | : | **Hearing Date: To be Determined** |

---

## EIGHTH INTERIM APPLICATION OF BDO SEIDMAN, LLP, AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2009 THROUGH JULY 31, 2009

| | |
|---|---|
| *Name of Applicant*: | BDO Seidman, LLP |
| *Authorized to Provide Services to*: | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention*: | November 28, 2007, *nunc pro tunc*, to August 14, 2007 |
| *Period For Which Compensation And Reimbursement Are Sought*: | May 1, 2009 through July 31, 2009 |
| *Amount of Compensation Requested*: | $401,485.50 |
| *Amount of Expense Reimbursement Requested*: | $5,220.09 |

This is an interim application.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

| Monthly Fee Statement Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | CNO Date Filed [Dkt.] | Fees Authorized to be paid (80%) | Expenses Authorized to be paid (100%) | Holdback Amount |
|---|---|---|---|---|---|
| Twentieth Monthly 06/25/09 [Dkt. No. 7572], 05/01/09 through 05/31/09 | $118,646.50/$2,051.39 | 07/21/09; [7621] | $94,917.20* | $ 2,051.39 | $ 23,729.30 |
| Twenty-First Monthly 07/21/09 [Dkt. No. 7625] 06/01/09 through 06/30/09 | 108,411.00/1,563.30 | 08/19/09; [7963] | 86,728.80* | 1,563.30 | 21,682.20 |
| Twenty-Second Monthly 08/19/09 [Dkt. No. 7969] 07/01/09 through 07/31/09 | 174,428.00/1,605.40 | Objection deadline: 09/08/09; CNO Requested | 139,542.40 *Pending* | 1,605.40 *Pending* | 34,885.60 |
| **Totals** | **$401,485.50/$5,220.09** | | **$200,742.75** | **$5,220.09** | **$200,742.75** |

* Starting 5/1/09, all retained professionals in this case have agreed to a voluntary 50% deferral of fees until later in the year. BDO has been paid 50% of Fees Requested for the periods indicated.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| American Home Mortgage Holdings, Inc., *et al.*<sup>2</sup> | : Case No. 07-11047 (CSS) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Objections Due By: October 7, 2009 @ 4:00 p m.** |
| | : **Hearing Date: To be Determined** |

---

**EIGHTH INTERIM APPLICATION OF BDO SEIDMAN, LLP, AS FINANCIAL
ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM MAY 1, 2009 THROUGH JULY 31, 2009**

This Eighth Interim Application for Compensation and Reimbursement of Expenses ("*Interim Application*") is filed by BDO Seidman, LLP ("*BDO*"), Financial Advisors for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* (the "*Committee*"), requesting compensation and reimbursement of expenses for services provided and expenses incurred by BDO as financial advisors for the Committee for the period from May 1, 2009 through and including July 31, 2009 ("*Eighth Interim Period*").

**Background**

1.     On August 14, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors: Wilmington Trust Company, Bank of New York

---

[2] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

3

Trust Company[3], N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac Funding Corporation, Waldners[4] Business Environments, Inc., and United Parcel Service (Docket No. 156).

2.      Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome LLP ("*Blank Rome*") were selected by the Committee to serve as co-counsel to the Committee, and BDO was selected by the Committee to serve as financial advisor to the Committee.

3.      On September 27, 2007, the Committee filed the Application to Employ BDO Seidman, LLP as Financial Advisor to the Committee *Nunc Pro Tunc* to August 14, 2007 (Docket No. 966, the "*Retention Application*").  On November 28, 2007, an order, effective as of August 14, 2007 was duly signed and entered by this Court authorizing the retention of BDO (Docket No. 2201, the "*Retention Order*").

4.      BDO submits this Interim Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Court's administrative order pursuant to sections 105(a) and 331 of the Bankruptcy Code establishing procedures for interim compensation and reimbursement of expenses for professionals and committee members dated September 4, 2007 (the "*Administrative Order*") (Docket No. 547).

**Relief Requested**

5.      Pursuant to this Interim Application, BDO requests approval of allowance of compensation for actual and necessary professional services rendered in the amount of $401,485.50 and for reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $5,220.09 for the Eighth Interim Period.

---

[3] The Bank of New York Trust Company, N.A resigned from the Committee effective 11/13/07. The U.S. Trustee has appointed Law Debenture Trust Company of New York as a replacement member effective immediately.

[4] Waldners Business Environments, Inc. resigned from the Committee in the first quarter of 2008. The U.S. Trustee has not yet appointed a replacement.

6. A summary schedule of the time expended by all professionals and paraprofessionals engaged as financial advisors to the Committee is attached hereto and marked **Exhibit A**.

7. Pursuant to the terms of the Administrative Order, BDO filed and properly served three (3) monthly fee applications during the Eighth Interim Period.  In accordance with the Administrative Order, and as set forth in Local Rule 2016-2, each monthly fee application included (i) a detailed itemization of the service hours expended by matter and professional and (ii) a summary schedule of hours and fees categorized by project code.  Each monthly fee application also included a detailed chronological itemization of the services rendered by each professional and paraprofessional, calculated by tenths of an hour and categorized in accordance with the appropriate project code.  Every effort was made by BDO to categorize daily time entries in accordance with the correct project code.  However, in some instances, services overlap between project codes.  Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once. Time entries are edited for accuracy, to eliminate and correct errors (*i.e.*, time charged to the wrong project code), and for clarity.

8. A summary of the services covered by the within Interim Application, together with a summary of hours and fees categorized by project code, are attached hereto as **Exhibit B**.

9. A summary schedule and details of the out-of-pocket expenses incurred by BDO is attached hereto and marked **Exhibit C**.

**Status Of Prior Monthly Fee Applications**

10.     Pursuant to the Administrative Order, BDO filed its twentieth monthly fee application (Dkt. #7572) on June 25, 2009, pursuant to which BDO sought approval of 80% of the total compensation, $118,646.50 and 100% reimbursement of expenses expended by BDO, $2,051.39, for the period of May 1, 2009 through May 31, 2009.  A copy of the twentieth monthly fee application is available by on the docket or by written request to BDO.  Upon receiving no timely objections, on July 21, 2009, Blank Rome filed a Certificate of No Objection with the Court on behalf of BDO [Dkt. No. 7621].  BDO has been paid 50% of requested fees ($59,323.25), and 100% of requested expenses ($2,051.39).

11.     BDO filed its twenty-first monthly fee application (Dkt. #7625) on July 21, 2009, pursuant to which BDO sought approval of 80% of the total compensation, $108,411.00, and 100% reimbursement of expenses expended by BDO, $1,563.30, for the period of June 1, 2009 through June 30, 2009.  A copy of the twenty-first monthly fee application is available by on the docket or by written request to BDO.  Upon receiving no timely objections, on May 19, 2009, Blank Rome filed a Certificate of No Objection with the Court on behalf of BDO [Dkt. No. 7963].  BDO has been paid 50% of requested fees ($54,205.50), and 100% of requested expenses ($1,563.30).

12.     BDO filed its twenty-second monthly fee application (Dkt. #7969) on August 19, 2009, pursuant to which BDO sought approval of 80% of the total compensation, $174,428.00, and 100% reimbursement of expenses expended by BDO, $1,605.40, for the period of July 1, 2009 through July 31, 2009.  A copy of the twenty-second monthly fee application is available by on the docket or by written request to BDO.  Objections to the twenty-second monthly application must have been filed by September 8, 2009.  BDO has not yet been paid for services rendered to the Committee with respect to its twenty-second monthly fee application.

13. The total number of hours expended by BDO professionals and paraprofessionals in performing professional services for the Committee during the Eighth Interim Period was 1,467.9 hours at an average billing rate of approximately $273.51 per hour. The value of these services has been computed at the rates BDO customarily charges for similar services provided to other clients.

14. BDO submits that the services rendered were actual and necessary, that the compensation sought herein is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code and the expenses for which reimbursement is sought were actual and necessary. Moreover, BDO has reviewed the requirements of Del. Bankr. LR 2016-2, and the Administrative Order, and believes that this Interim Application complies with that rule and that order.

15. BDO seeks this Court's approval for the total fees for services rendered and disbursements in the amounts set forth above and an order requesting the Debtor to pay any outstanding unpaid fees and expenses for such period.

16. A copy of this Interim Application has been served upon the Debtor and the Notice Parties as defined in the Administrative Order. A copy of the Notice (only) of this Interim Application was served upon those parties listed on the 2002 Service List.

WHEREFORE, BDO respectfully requests that this Court enter an Order (i) approving this Interim Application, (ii) providing that an allowance be made to BDO in the sum of $401,485.50 as compensation for reasonable and necessary professional services rendered to the Committee and in the sum of $5,220.09 for reimbursement of actual and necessary costs and expenses incurred, for a total of $406,705.59 (iii) authorizing and directing the Debtor to pay

BDO the outstanding amount of such sums, and (iv) for such other relief as the Court deems proper and just.

Dated: September 15, 2009

**BDO SEIDMAN, LLP**

_____
David E. Berliner
Partner
BDO Seidman, LLP
135 West 50th Street, 20th Floor
New York, N.Y. 10020
Telephone Number:   (212) 885-8001
Facsimile Number:   (212) 515-2599

Financial Advisors for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*