IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: October 7, 2009 @ 4:00 p.m.**
: **Hearing Date: To be Determined**

**NOTICE OF EIGHTH INTERIM FEE APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2009 THROUGH JULY 31, 2009**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On September 17, 2009, the Eighth Interim Fee Application of BDO Seidman, LLP, Financial Advisor to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of May 1, 2009 through July 31, 2009 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By the Interim Application, BDO Seidman, LLP seeks the allowance and payment of compensation in the amount of $401,485.50 and reimbursement of expenses in the amount of $5,220.09 incurred in representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings,

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21816505v.1

Inc., *et al.* (the *"Debtors"*) during the period of May 1, 2009 through July 31, 2009 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **October 7, 2009 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Interim Application will be scheduled on a future date and time convenient with the Court.

Dated: September 17, 2009

                            BLANK ROME LLP

                            */s/ Bonnie Glantz Fatell*
                            Bonnie Glantz Fatell (No. 3809)
                            David W. Carickhoff (No. 3715)
                            1201 Market Street, Suite 800
                            Wilmington, Delaware 19801
                            Telephone:  (302) 425-6400
                            Facsimile:  (302) 425-6464

                            And

                            Mark S. Indelicato
                            Mark T. Power
                            Hahn & Hessen LLP
                            488 Madison Avenue
                            New York, NY 10022
                            Telephone: (212) 478-7200
                            Facsimile: (212) 478-7400

                            *Co-Counsel to the Official Committee of Unsecured*
                            *Creditors of American Home Mortgage, Inc., et al.*