**Exhibit A**

**AMERICAN HOME MORTGAGE**
**Time Summary**
**May 1, 2009 to July 31, 2009**

| Professional | Category | Hours | Rate** | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 50.6 | 610.00 | $30,866.00 |
| ROBERT M KLEIN | PARTNER | 1.4 | 600.00 | 840.00 |
| DAVID E BERLINER | PARTNER | 47.0 | 590.00 | 27,730.00 |
| MICHELE MICHAELIS | DIRECTOR | 97.9 | 395.00 | 38,670.50 |
| MICHELE MICHAELIS | DIRECTOR | 63.9 | 375.00 | 23,962.50 |
| ANTHONY LA MALFA | SENIOR MANAGER | 8.6 | 400.00 | 3,440.00 |
| CARL W BUSSE | MANAGER | 8.0 | 250.00 | 2,000.00 |
| CHRIS AWONG | SENIOR | 219.5 | 275.00 | 60,362.50 |
| CHRIS AWONG | SENIOR | 70.5 | 260.00 | 18,330.00 |
| MICHAEL TORELLO | SENIOR | 2.0 | 260.00 | 520.00 |
| MATTHEW J STEWART | SENIOR | 234.8 | 240.00 | 56,352.00 |
| SUSANNE CLEARY | SENIOR | 143.2 | 235.00 | 33,652.00 |
| SAM BROWN | SENIOR | 119.3 | 225.00 | 26,842.50 |
| JERRY D'AMATO III | SENIOR | 25.9 | 225.00 | 5,827.50 |
| MATTHEW J STEWART | SENIOR | 146.1 | 215.00 | 31,411.50 |
| JERRY D'AMATO III | SENIOR | 35.4 | 200.00 | 7,080.00 |
| NAUSHON E VANDERHOOP | SENIOR | 7.2 | 185.00 | 1,332.00 |

**Exhibit A**

**AMERICAN HOME MORTGAGE**
**Time Summary**
**May 1, 2009 to July 31, 2009**

| Professional | Category | Hours | Rate** | Amount |
|---|---|---|---|---|
| JARED FELDESMAN | STAFF | 10.6 | 200.00 | 2,120.00 |
| REBECCA EPSTEIN | STAFF | 3.5 | 195.00 | 682.50 |
| KEVIN REINLE | STAFF | 3.4 | 190.00 | 646.00 |
| JASON M FRIEDMAN | STAFF | 96.5 | 180.00 | 17,370.00 |
| WILLIAM T WILEY | STAFF | 19.6 | 180.00 | 3,528.00 |
| LOREN E FRIEDMAN | STAFF | 9.4 | 150.00 | 1,410.00 |
| MARISSA HERMANN | STAFF | 25.6 | 150.00 | 3,840.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 17.0 | 150.00 | 2,550.00 |
| | **SUBTOTAL:** | **1,466.9** | | **401,365.50** |
| *Travel Time (billed at ½ rate)* | | | | |
| MATTHEW J STEWART | SENIOR | 1.0 | 120.00 | 120.00 |
| | **SUBTOTAL:** | **1.0** | | **120.00** |
| | **TOTAL:** | **1,467.9** | | **$401,485.50** |

**BDO standard rate changes effective June 1, 2009.

**Exhibit B**

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
## May 1, 2009 to July 31, 2009

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| A. | ACCOUNTS PAYABLE | 18.2 | $5,184.50 |
| | Reviewed issues related to unsecured, priority and admin claims. Analyzed issues related to WL Ross Admin claim. Reviewed open claims to determine claim reserve required at Effective Date. Analysis of claims for purposes of projecting potential recoveries on claims. | | |
| B. | PREFERENCE ANALYSIS | 576.1 | 148,311.50 |
| | Preparation of schedules of potential preference payments to third parties and insiders for manual wires and checks. Prepared new value and ordinary course analysis for a sample of venders. Prepared summary reports for unsecured Creditors' Committee to highlight potential exposure and various reports for counsel. Assisted counsel in gathering and preparing information needed for demand letters to be sent to potential preference defendants. Responded to requested for information and preparation of analysis reports from counsel for various vendors. | | |
| C. | LITIGATION CONSULTING | 533.4 | 138,772.00 |
| | Special investigative work related to potential litigation issues regarding UCC investigation. Reviewed and analyzed various documents for potential causes of action. | | |
| D. | ASSET SALE/AUCTION | 27.7 | 8,273.00 |
| | Reviewed sales process and relevant documents including, but not limited to, various documents related to sale of AH Bank, miscellaneous loans, sale of assets, loan bids and miscellaneous loans. | | |
| E. | MEETINGS - DEBTOR | 57.3 | 20,845.50 |
| | Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information related to claims related issues, AH Bank, cash flow forecasts and other current issues. | | |
| F. | REPORT PREPARATION | 42.2 | 14,288.00 |
| | Preparation and review of reports to the Creditors' Committee, regarding the Company's current and projected cash flow results, asset sales, and other financial updates. | | |

**Exhibit B**

|    |                                                     | HOURS | AMOUNT |
|----|-----------------------------------------------------|------:|-------:|
| G. | MEETINGS WITH CREDITORS                             | 8.1   | 3,372.50 |

Meetings, discussions and correspondence with Creditors; Committee and professionals related to; case issues; financial update; claims; status of asset sales; status of Bank sales; WARN Act; and other open issues.

| H. | BUSINESS ANALYSIS | 114.7 | 32,386.50 |

Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, Monthly Operating Reports and other financial results. Reviewed and analyzed recent news articles and various documents, motions, applications, orders and objections filed with the Court. Reviewed and updated analysis regarding professional fee information. Findings were conveyed to Counsel and the Committee.

| I. | COUNSEL DISCUSSIONS & COURT HEARINGS | 53.8 | 21,476.50 |

Throughout the engagement we consulted with Counsel and Committee members regarding all pertinent matters related to ongoing work related to the Debtors' mortgage loans, asset sales/auctions; Effective Date issues; sale of AH Bank; Committee report preparation and meetings; business analyses; and various other open case issues.

| J. | FEE APPLICATIONS / MONTHLY STATEMENTS | 35.4 | 8,455.50 |

Preparation and review of monthly data for submission to the Debtor and other interested parties. Preparation and review of April 2009, May 2009 and June 2009 monthly applications. Preparation of Seventh Interim Application.

|    |                    |        |          |
|----|--------------------|-------:|---------:|
|    | **SUBTOTAL:**      | **1,466.9** | **401,365.50** |
|    | TRAVEL TIME        | 1.0    | 120.00   |

Professional time expended on travel, billed at one half the hourly rate of each professional.

|    |                    |        |          |
|----|--------------------|-------:|---------:|
|    | **SUBTOTAL:**      | **1.0** | **120.00** |
|    | **TOTAL:**         | **1,467.9** | **$401,485.50** |

**Exhibit C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
May 1, 2009 through July 31, 2009

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES – *Concordance Database Fees*     $4,500.00

6. OUT-OF-TOWN TRAVEL
   a. Transportation     435.90
   b. Lodging     180.28
   c. Meals     97.61

7. OUTSIDE SERVICES

8. LOCAL MEALS

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE     6.30
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS

**TOTAL**     **$5,220.09**

1

**Exhibit C**

**American Home Mortgage**
Eighth Interim Expense Details
May 1, 2009 through July 31, 2009 (by Accounting Date)

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 04/15/09 | 05/04/09 | Awong,Chris | Travel | $ 14.00 | Round trip ticket on LIRR to Melville |
| 04/15/09 | 05/04/09 | Awong,Chris | Travel | 9.77 | Cab to Penn Station |
| 04/15/09 | 05/04/09 | Awong,Chris | Travel | 8.00 | Cab to train station from Debtor |
| 04/15/09 | 05/04/09 | Awong,Chris | Travel | 8.00 | Cab from train station to Debtor Cab to Penn Station |
| 04/16/09 | 05/04/09 | Awong,Chris | Meals | 60.81 | Lunch with Simon Sakamoto of AHM |
| 04/17/09 | 05/04/09 | Awong,Chris | Travel | 8.00 | Cab to train station from Debtor |
| 04/17/09 | 05/04/09 | Awong,Chris | Travel | 9.30 | Cab to Penn Station |
| 04/17/09 | 05/04/09 | Awong,Chris | Travel | 8.00 | Cab from train station to Debtor |
| 04/17/09 | 05/04/09 | Awong,Chris | Travel | 14.00 | Round trip ticket on LIRR to Melville |
| 04/22/09 | 05/04/09 | Awong,Chris | Lodging | 9.39 | Hotel - Room Tax 4/22 - Hotel - Days Inn for business trip 4/22/09 through 4/24/09 |
| 04/22/09 | 05/04/09 | Awong,Chris | Lodging | 80.75 | Hotel - Room Charge 4/22 - Days Inn for business trip 4/22/09 through 4/24/09 |
| 04/23/09 | 05/04/09 | Awong,Chris | Lodging | 9.39 | Hotel - Room Tax 4/23 - Hotel - Days Inn for business trip 4/22/09 through 4/24/09 |
| 04/23/09 | 05/04/09 | Awong,Chris | Lodging | 80.75 | Hotel - Room Charge 4/23 - Days Inn for business trip 4/22/09 through 4/24/09 |
| 04/24/09 | 05/04/09 | Awong,Chris | Travel | 10.25 | Mobil Gas for business trip 4/22/09 through 4/24/09 |
| 04/24/09 | 05/04/09 | Awong,Chris | Travel | 215.98 | Avis Car Rental for business trip 4/22/09 through 4/24/09 |
| 04/24/09 | 05/04/09 | Awong,Chris | Travel | 5.00 | Midtown Tunnel Tolls for business trip 4/22/09 through 4/24/09 |

**Exhibit C**

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 05/31/09 | 05/31/09 | Berliner,David E | Technology Services | 1,500.00 | Concordance Database Monthly Hosting Fee |
| 06/22/09 | 06/23/09 | Michaelis,Michele | Meals | 36.80 | Lunch with BDO and Zolfo |
| 06/22/09 | 06/23/09 | Michaelis,Michele | Travel | 11.00 | Cab from train to AHM |
| 06/22/09 | 06/23/09 | Michaelis,Michele | Travel | 15.50 | Round trip ticket on LIRR to Melville (increase in LIRR fare) |
| 06/30/09 | 06/30/09 | Berliner,David E | Technology Services | 1,500.00 | Concordance Database Monthly Hosting Fee |
| 06/29/09 | 07/06/09 | La Malfa,Anthony | Local Travel | 6.30 | Travel to AHM meeting. |
| 06/12/09 | 07/23/09 | Awong,Chris | Travel | 8.00 | Cab to LIRR station from AHM |
| 06/12/09 | 07/23/09 | Awong,Chris | Travel | 9.30 | Cab to Penn Station |
| 06/12/09 | 07/23/09 | Awong,Chris | Travel | 8.00 | Cab from LIRR station to AHM |
| 06/12/09 | 07/23/09 | Awong,Chris | Travel | 14.00 | Round trip ticket on LIRR to Melville |
| 07/14/09 | 07/23/09 | Awong,Chris | Travel | 8.00 | Cab from LIRR station to AHM |
| 07/14/09 | 07/23/09 | Awong,Chris | Travel | 11.50 | Cab to Penn Station |
| 07/14/09 | 07/23/09 | Awong,Chris | Travel | 15.50 | Round trip ticket on LIRR to Melville (increase in LIRR fare) |
| 07/15/09 | 07/23/09 | Awong,Chris | Travel | 15.50 | Round trip ticket on LIRR to Melville (increase in LIRR fare) |
| 07/15/09 | 07/23/09 | Awong,Chris | Travel | 9.30 | Cab to Penn Station |
| 07/31/09 | 07/31/09 | Berliner,David E | Technology Services | 1,500.00 | Concordance Database Monthly Hosting Fee |

**$5,220.09**