## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                                    :    Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                     :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                         :
                                                                          :    Jointly Administered
      Debtors.                                                            :
                                                                          :    **Ref. Docket Nos. 7083, 7206**
                                                                          :    **and 7233**
------------------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL SECOND ORDER REGARDING THE DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On January 16, 2008, Richard Barrett-Snyder filed claim numbered 9682 ("Claim 9682") asserting an unsecured priority claim in the amount of $6,730.76 for unpaid transition pay and unused vacation time.

On March 6, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed their Thirtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 7084] (the "Objection"). By the Objection, the Debtors requested, *inter alia*, that the Court expunge Claim 9682 on the grounds that Mr. Barrett-Snyder had provided no supporting documentation and therefore Claim 9682 was not prima facie valid and should be disallowed and expunged in its entirety.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

On or about March 30, 2009, Mr. Barrett-Snyder filed a response to the Objection [Docket No. 7206] (the "Response") contending that he is entitled to two weeks worth of wages plus unused vacation pay pursuant to the terms of the termination letter attached to the Response. On April 6, 2009, the Court entered an order [Docket No. 7233] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 9682.

Following good faith negotiations, the parties have agreed that Claim 9682 should be modified and allowed as an unsecured priority claim in the amount of $4567.37. A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: Wilmington, Delaware
       September 17, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*

Margaret B. Whiteman-Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

Counsel for the Debtors and Debtors in Possession

2

## EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                                    :    Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                        :
                                                                          :    Jointly Administered
          Debtors.                                                        :
                                                                          :    **Ref. Docket Nos. 7083, 7206 and 7233**

------------------------------------------------------------------------ x

## CONSENSUAL SECOND ORDER REGARDING THE DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirtieth omnibus (substantive) objection [Docket No. 7083] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"); and the response thereto filed by Richard Barrett-Snyder [Docket No. 7206]; and the Court having sustaining the Objection in part [Docket No. 7233] on April 6, 2009; and the Objection having been adjourned with respect to proof of claim numbered 9682 filed by Mr. Barrett-Snyder ("Claim 9682"); and the Debtors and Mr. Barrett-Snyder having agreed that Claim 9682 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 9682 is hereby modified and allowed as an unsecured priority claim in the amount of $4,567.37 against American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      September ___, 2009

                                           _____
                                         CHRISTOPHER S. SONTCHI
                                         UNITED STATES BANKRUPTCY JUDGE

DB02:8637240.1                                                                                        066585.1001