## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                :
                                                :   Jointly Administered
        Debtors.                                :
                                                :   Ref. Docket Nos. 5447, 5816, 6217,
                                                :   7112, 7282, 7395, 7589, 7612, and
                                                :   7941
------------------------------------------------------------------ x
```

### CONSENSUAL NINTH ORDER REGARDING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the fifteenth omnibus (substantive) objection (the

"Objection") [Docket No. 5447] of the above-captioned debtors and debtors in possession (the

"Debtors"); and the Court having sustained the Objection in part [Docket No. 6217] on October

10, 2008; and the Objection having been adjourned with respect to various proofs of claim,

including proof of claim numbered 708 filed by Michael Kalmonson ("Claim 708"); and the

Debtors and Mr. Kalmonson having agreed that Claim 708 should receive the treatment set forth

herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 708 is hereby modified and allowed as an unsecured priority claim in the amount of $2,884.62 against American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
     September 18 2009

 

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DB02:8718947.1      066585.1001