# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
American Home Mortgage Holdings, Inc.

**Case No.:** 07−11047−CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Calyon New York Branch filed a Notice of Appeal on 9/17/09 regarding the Findings of Fact and Conclusions of Law. (docket #8021, 8022)

The Notice of Appeal may be viewed at docket number 8073. The order on appeal may be viewed at docket number 8021, 8022.

David D. Bird  
CLERK OF COURT

Date: 9/21/09  
(VAN−440)