# Notice Recipients

District/Off: 0311−1    User: Betsy    Date Created: 9/21/2009
Case: 07−11047−CSS    Form ID: van440    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty    Curtis J Crowther    Young, Conaway, Stargatt &Taylor    The Brandywine Building    1000 West Street, 17th Floor    P.O. Box 391    Wilmington, DE 19899−0391

TOTAL: 1