UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x
In re:                                                             :    Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :    Jointly Administered
         Debtors.                                                  :
                                                                   :    Hearing Date: October 13, 2009 at 10:00 a.m. (ET)
-------------------------------------------------------------------x    Objection Deadline: October 5, 2009 at 4:00 p.m. (ET)

## NOTICE OF MOTION

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF BORROWERS; (IV) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (V) COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION LENDER; (VI) THE OFFICES OF THE ATTORNEYS GENERAL OF THE FIFTY STATES AND THE DISTRICT OF COLUMBIA; (VII) THE FEDERAL TRADE COMMISSION; (VIII) WILBUR ROSS; (IX) THE SECURITIES AND EXCHANGE COMMISSION; (X) THE SPV; AND (XI) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(b)

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached **Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Certain Documents and Records** (the "Motion").

Responses to the Motion, if any, must be filed on or before **October 5, 2009 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 13, 2009 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 6th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
September 21, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Margaret Whiteman Greecher*
Robert S. Brady (No. 2847)
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession