IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                          :
                                                                :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,                 :  Jointly Administered
                                                                :
    Debtors.                                                    :  **Ref. Docket No. _____**
                                                                :
---------------------------------------------------------------- x

## ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF CERTAIN DOCUMENTS AND RECORDS

Upon consideration of the motion (the "Motion")[1] for an entry of an order, pursuant to 11 U.S.C. §§ 105, 363 and 554, authorizing the abandonment and destruction of certain documents and records; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court finding good and sufficient cause to grant the Motion, and good and adequate notice of the Motion having been given, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are authorized to immediately abandon and destroy the Documents and Records; and it is further

ORDERED that the Debtors may expend resources of the estate for the purposes of disposing of the Documents and Records; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this order.

Dated: _____, 2009
      Wilmington, Delaware

                                              The Honorable Christopher S. Sontchi
                                              United States Bankruptcy Judge