IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves for the admission *pro hac vice* of Raul A. Cuervo to represent American Security Insurance Company and Standard Guaranty Company in the above-captioned matter.

Dated: September 21, 2009

ASHBY & GEDDES, P.A.

/s/ Don A. Beskrone
Don A. Beskrone (I.D. #4380)
Gregory A. Taylor (I.D. #4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*Attorneys for American Security Insurance Company and Standard Guaranty Insurance Company*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: September ___, 2009

_____
Christopher S. Sontchi
United States Bankruptcy Court Judge

183122.1

## CERTIFICATION OF RAUL A. CUERVO TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and the Bar of the State of Florida, U.S. District Court for the District of Columbia, U.S. District Court for the Southern, Middle and Northern Districts of Florida, U.S. District Court for Colorado, and U.S. Court of Appeals for the District of Columbia and the Fifth and Eleventh Circuits, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Raul A. Cuervo
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC  20007-5208
Telephone: 202-295-6505
Facsimile: 202-965-8104
rac@jordenusa.com

183122.1