## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, <u>et al.</u>, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves for the admission *pro hac vice* of Robin M. Sanders to represent American Security Insurance Company and Standard Guaranty Company in the above-captioned matter.

Dated: September 21, 2009     ASHBY & GEDDES, P.A.

                 Don A. Beskrone (I.D. #4380)
                 Gregory A. Taylor (I.D. #4008)
                 500 Delaware Avenue, 8th Floor
                 P.O. Box 1150
                 Wilmington, Delaware 19899
                 Tel:  (302) 654-1888
                 Fax: (302) 654-2067

                 *Attorneys for American Security Insurance*
                 *Company*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: September ___, 2009     _____

                 Christopher S. Sontchi
                 United States Bankruptcy Court Judge

219816

## CERTIFICATION OF ROBIN M. SANDERS TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and the Bar of the State of Maryland, U.S. District Court for the District of Columbia, and U.S. District Court for the District of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Robin M. Sanders
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC  20007-5208
Telephone: 202-965-8119
Facsimile: 202-965-8104
rms@jordenusa.com