IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
         Debtors.                                                      :
                                                                       :   Ref. Docket Nos. 7084, 7207 and 7234
---------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ELEVENTH ORDER REGARDING THE DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On September 4, 2007, Randall Barwick filed claim numbered 305 ("Claim 305") asserting $20,000 for an unpaid bonus payment, of which $10,950 was classified as unsecured, priority and $9,050 as unsecured, non-priority.

On March 6, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed their Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 7084] (the "Objection"). By the Objection, the Debtors requested, *inter alia*, that the Court expunge Claim 305 on the grounds that Mr. Barwick was not employed by the Debtors on the scheduled payment date of the claimed bonus payment and therefore no amount was due and owing by the Debtors to Mr. Barwick.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

On or about March 30, 2009, Mr. Barwick filed a response to the Objection [Docket No. 7207] (the "Response") contending that he is entitled to the claimed bonus payment because such bonus was to be paid by the end of July 2007, a period during which he was still employed by the Debtors. On April 6, 2009, the Court entered an order [Docket No. 7234] sustaining the Objection in part and adjourning the Objection with respect to various proofs of claim, including Claim 305.

Following good faith negotiations and further review of the Debtors' relevant records, the parties have agreed to allow Claim 305 in the following amounts and priority against American Home Mortgage Corp. (Case No. 07-11051): (i) $5,000.00, unsecured, priority; and (ii) $15,000.00, unsecured, non-priority. A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: Wilmington, Delaware
September 21, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Michael S. Neiburg

Margaret B. Whiteman-Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
     Debtors.                                                    :
                                                                 :  Ref. Docket Nos. 7084, 7207, 7234, 7392,
                                                                 :  7407, 7544, and 7939
---------------------------------------------------------------- x

**CONSENSUAL ELEVENTH ORDER REGARDING THE DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the thirty-first omnibus (substantive) objection [Docket No. 7084] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having sustaining the Objection in part [Docket No. 7234] on April 6, 2009; and the Objection having been adjourned with respect to proof of claim numbered 305 filed by Randall Barwick ("Claim 305"); and the Debtors and Mr. Barwick having agreed that Claim 305 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 305 is hereby modified and allowed against American Home Mortgage Corp. (Case No. 07-11051) in the amounts and priority as follows: (i) $5,000.00 unsecured, priority; and (ii) $15,000.00 unsecured non-priority; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

        ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       September ___, 2009

                                                        _____
                                                        CHRISTOPHER S. SONTCHI
                                                        UNITED STATES BANKRUPTCY JUDGE