## **EXHIBIT B**

Document Storage Contract



ACCOUNT NUMBER 289

DATE March 22, 1989

RECEIVED FOR THE ACCOUNT OF:

American Home Mortgage
(Hereinafter called Depositor)

60 East 42nd Street
Number and Street

New York           N.Y.   10017
City               State  Zip

(212) 597-6300
Phone

TO BE STORED AT:

Moishe's Document Storage    Warehouse Name
(Hereinafter called The Company)

34-09 Queens Boulevard
Number and Street

L.I.C.              NY     11101
City                State  Zip

(718) 392-8180
Phone

Depositor declares that the value of any container including the contents thereof, transported, received, handled or stored hereunder or later received for the account of said depositor shall not exceed a value equal to the monthly storage charge per container.

Charges for storage and services shall be at the rates shown on the Company's Schedule of Charges dated 5/1/88 which is incorporated by this reference. Rates are subject to change on thirty (30) days written notice.

Depositor hereby acknowledges receiving a copy of this contract and has read its terms and conditions printed hereon, including the reverse side.

Depositor hereby accepts its terms and conditions and affixes his/her signature hereto.

ACCESS: The following persons listed below are authorized to have access to the goods stored in this account and may request additions, deletions or services to the account.

X  Michael Strauss          [signature]
   Printed Name              Signature

X  Leonard Schoe            [signature]
   Printed Name              Signature

X  GEROY JOHNSON            [signature]
   Printed Name              Signature

X  ALAN BACHMAN             [signature]
   Printed Name              Signature

   Printed Name              Signature

   Printed Name              Signature

   Printed Name              Signature

SIGN HERE X [signature]
   Depositor or Authorized Agent or
   Representative of Depositor

BY [signature]
   Authorized Agent or Representative
   of Company

## ADDITIONAL TERMS AND CONDITIONS OF CONTRACT

[illegible]

2

DB02:8746986.2

066585.1001



Schedule of Charges

**American Home Mortgage**
June 1, 2007
*through*
May 31, 2008

| Account #: 94100205 | | Date: | March 27, 2007 |
|---|---|---|---|
| **MONTHLY MINIMUM STORAGE:** | $2,950.00 | | |
| **Storage** | **Measurement in cubic ft** | **Rate** | **Unit** |
| 2 Cubic Foot Box | 2.0 | $1.21 | each |
| 3 Cubic Foot Box | 3.0 | $1.79 | each |
| 4 Cubic Foot Box | 4.0 | $2.80 | each |
| Archive Box | 1.2 | $0.68 | each |
| Check Deposit Box | 1.0 | $0.63 | each |
| Legal Box | 3.6 | $1.50 | each |
| Legal Transfile Box | 3.6 | $1.65 | each |

*Storage charges are based on a 30-day billing period and are adjusted to reflect the actual number of days in a month.*

| Handling Services | | Rate | Unit |
|---|---|---|---|
| Containers Added | | $3.03 | box |
| Container Access | | $3.03 | box |
| Container Refiled | | $3.03 | box |
| Files Added (any additional files being barcoded for the first time) | | $3.42 | item |
| Access File for Delivery or Files Refiled | | $3.42 | item |
| Rush Reference Surcharge (plus retrieval charges) | | $5.51 | item |
| Standard Destruction (plus retrieval charges) | | $4.20 | per cubic foot |
| Shredding (plus retrieval charges) | | $6.65 | per cubic foot |
| Permanent Removal (plus retrieval charges & record changes) | | $4.60 | per cubic foot |
| Late Reference | | $5.00 | per occurrence |
| **Delivery Services** | | **Rate** | **Unit** |
| Next Day Regular Service (Includes First Item)-order by 4:30 p.m., Receive next business day by 5:00 p.m. | | $103.01 | per trip |
| Each additional | | $3.20 | per item |
| A.M. Service-order by 4:30 p.m., Receive by 12:00 p.m. next business day | | $15.44 | trip surcharge |
| Same Day Service-order by 12:00 p.m., Receive by 5:00 p.m. that day | | $15.44 | trip surcharge |
| Morning Rush Service-order by 4:30 p.m., Receive next business day by 9:30 a.m. | | $74.97 | trip surcharge |
| Emergency Service-order by 4:30 p.m., Receive within 3 hours of request | | $74.97 | trip surcharge |
| **Materials** | | **Rate** | **Unit** |
| GRM 1-Archive Box | | $3.03 | each |
| GRM 4-Letter Box | | $4.41 | each |
| GRM 3-Legal Box | | $4.69 | each |
| GRM 8-Push Down Carton Archive | | $3.03 | each |
| Transmittal Forms | | $0.28 | each |
| Sheets of Barcode Labels | | $1.94 | each |
| **Other** | | **Rate** | **Unit** |
| Records Center Hourly Services | | $35.00 | per hour |
| Off-Hour opening-3 hour minimum | | $52.50 | per hour |
| Facsimile - Outgoing from records center, $5.00 minimum (first 10 pages) | | $0.55 | per page |
| Filefolder Tracking | | $0.02 | each |
| Client Access Room Charge (to be quoted upon request) | | | |
| Data Entry - from transmittal list (to be quoted upon request) | | | |
| Record Change (any manual database change) | | $0.77 | per line |
| Account Maintenance | | $20.00 | monthly |

*Standard GRM Hours: 8:30am to 5:00pm Monday Through Friday, excluding New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving and Christmas Day. During non-standard hours service is available Monday through Sunday, at the rate of first and a half the hourly rate. There is a 3-hour minimum charge. Any service not listed will be quoted upon request.*

Page 1 of 1

# EXHIBIT C

Access to Records Request

## Crowther, Curtis

| | |
|---|---|
| From: | Crowther, Curtis |
| Sent: | Thursday, August 06, 2009 11:56 AM |
| To: | 'QVICTOR@GRMIMS.COM' |
| Cc: | 'Martinez, Scott' |
| Subject: | American Home Mortgage |

Mrs. Victor:

This firm is bankruptcy counsel to American Home Mortgage ("AHM"). We have been advised that AHM has repeatedly requested access to records in storage at GRM INFORMATION MANAGEMENT SERVICES facilities but that such requests have either been ignored or refused.

Please be advised that AHM intends to file a motion with the United States Bankruptcy Court for the District of Delaware under Fed. R. Bankr. P. 2004 to inspect the files being held in storage. AHM needs to determine what is being held and the value, if any, of such items. This will be accomplished by a court order permitting the service of a subpoena to permit such an inspection. Under the Local Rules in this district, we are required to seek the consent of GRM to the relief requested prior to filing of the motion. Accoridngly, please advise whether GRM will either (a) voluntarily permit the inspection of such records held in storage at the GRM facilities at a mutually agreeable time, or (b) consent to the entry of the order under Fed. R. Bankr. P. 2004. In our view, if access is given, the necessity of the motion is removed.

Please note that AHM is **NOT** requesting to remove any records from storage at GRM at this time. Rather, the request is merely to inspect such records.

I look forward to hearing from you or someone at GRM on or before August 13, 2009 in response to this request. If we are unable to reach an agreement, AHM will have no option but to seek the relief requested by motion.

Curtis J. Crowther
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6755
Facsimile: 302-576-3445
ccrowther@ycst.com
www.YoungConaway.com

1