IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* 8083

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves for the admission *pro hac vice* of Raul A. Cuervo to represent American Security Insurance Company and Standard Guaranty Company in the above-captioned matter.

Dated: September 21, 2009

ASHBY & GEDDES, P.A.

Don A. Beskrone (I.D. #4380)
Gregory A. Taylor (I.D. #4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*Attorneys for American Security Insurance Company and Standard Guaranty Insurance Company*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: September 21, 2009

Christopher S. Sontchi
United States Bankruptcy Court Judge

183122.1