# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>American Home Mortgage Holdings, Inc. | **Case No.:** 07–11047–CSS<br><br>**Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Calyon New York Branch filed a Notice of Appeal on 9/17/09 regarding the Findings of Fact and Conclusions of Law. (docket #8021, 8022)

The Notice of Appeal may be viewed at docket number 8073. The order on appeal may be viewed at docket number 8021, 8022.

David D. Bird
CLERK OF COURT

Date: 9/21/09
(VAN–440)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Betsy              Page 1 of 1              Date Rcvd: Sep 21, 2009
Case: 07-11047               Form ID: van440          Total Noticed: 1

The following entities were noticed by first class mail on Sep 23, 2009.
aty          Curtis J Crowther,    Young, Conaway, Stargatt & Taylor,    The Brandywine Building,
              1000 West Street, 17th Floor,    P.O. Box 391,    Wilmington, DE  19899-0391

The following entities were noticed by electronic transmission.
NONE.                                                                                   TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2009**                    **Signature:**    *Joseph Speetjens*