*This is Judge Sontchi's Case 07-11047 CSS*

United States Bankruptcy Court District of Dela

824 Market Street Fifth flour

Wilmington, Delaware 19801

September 5, 2009

Re: American Home Mortgage Holdings Inc.

Dear Honorable Kevin J. Carey, Chief Judge;

I come before you with an issue that confuses me. Re: American Home Mortgage Holdings Inc. (Case number 07-11047) 4600 Regent Boulevard, Suite 200 Irving, TX 75063.

As in many failed banks in the United States, American Home Mortgage Holdings, Inc. have filed bankruptcy and hold toxic mortgage assets on their books. And the value of those assets has shrunk which result in short sales. American Home Mortgage Holdings Inc. owns and placed on the market for sale a home at 1195 Dinah, Fernley, NV 89408 (Lyon County) with a listing price of $117,000.

This home a has been on the market for more than 6 months and it has it's problems, such as: it is situated in a flood zone and has water erosion as a result of a recent flood, it is in need of carpet, there is missing light fixture, some holes in a wall, desperately needs paint inside and out and there is no landscaping what so ever.

Even with these problems I am still interested in purchasing this home. My credit score is 720; I am a State employee (of eight and half years, in good standing). I asked American Home Mortgage Holdings, Inc. for financing and they made it clear that they are not financing homes at this time. I was pre-approved by another bank for the asking price. I made an offer of the asking sales price of $117, 00. and planned on giving a down payment in the neighborhood of ten thousand dollars.

There were no other offers when I presented my written offer for this home. My offer was rejected and I was not given an explanation. Not even my realtor could tell me why my offer was rejected. Now this property is back on the market for sale with the same list price of $117, 00.

I am seeking clarification for the reason I am not able to purchase this home. Could it be the bankruptcy court has issued a freeze on all sales of real estate of American Home Mortgage Holdings, Inc.? Am I required to get approval from the Trustee before acquisition? Am I required to proceed with an attorney to acquire this property? Did American Home Mortgage Holdings, Inc. publish this property for sale in error? Is American Home Mortgage Holdings, Inc. hiding behind bankruptcy protection, claiming there are no interested buyers for their toxic listed properties, or etc.? I desire to know the answer to these questions and I request to know if the future price of this home will be the same, lesser or higher? I desire to be instructed on the proper manner or procedure necessary for me to acquire this property. If

you are unable to offer clarification with this issue, please forward it to the proper individual who can. I would like an answer within 20 days upon receipt.

Sincerely,

*Deborah Strode*

Deborah J Strode

1619 C Street

Sparks, NV 89431

775-848-5940

**RESIDENTIAL**                    Status  ACTIVE            List Price $117,990            Sold Price




Additional Photos

    

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 1195 Dinah Drive | # | **Area** Fernley | **DOM** 141 | **MLS #** |
| **Parcel #** | 02067309 | | **Acreage** 1.00 | **Taxes** 1843.56 | **Year Built** 1999 |
| **XST** | Dinah Dr | | | | **Stories** 1 Story |

| | | | | | |
|---|---|---|---|---|---|
| **Bedrooms #** | 3 | **Assessments** | 0.00 | **Type of Property** | Site/Stick Built |
| **# Full or 3/4 Baths** | 2 | **HOA** | No | **Elementary School** | Cottonwood |
| **# Half Baths** | 0 | **Assoc Fee $** | | **Middle School** | Fernley |
| **Total Living Space** | 1447 | **Assoc Trans Fee $** | | **High School** | Fernley |
| **# Carport** | 0 | **CC/R Restrictions** | Yes | **Horses Okay** | No |
| **# Garage** | 3 | **Garage Type(s)** | Attached | | |
| **Total Parking Capacity** | 3 | | | | |

### Interior Features

| | | | |
|---|---|---|---|
| **Living Rm** | Great Room, High Ceiling, Ceiling Fan | **Int.Features Incl.** | Drapes/Curtains, Blinds/Shades, Smoke Detectors,... |
| **Family Rm** | Great Room, High Ceiling | **Fireplace** | None |
| **Dining Rm** | Great Room, High Ceiling | **Laundry** | Yes, Laundry Room, Cabinets |
| **Master Br** | Walk-In Closet, High Ceiling, Ceiling Fan, Tub/Shower ... | **Floor Covering** | Carpet, Laminate |
| **Other Rms** | None | **Water Heater** | Natural Gas |
| **Kitchen** | Gas Range, Built-In Dishwasher, Garbage Disposal, Br... | **Heating&Cooling** | Natural Gas, Forced Air, Evap Cooling |

### Exterior Features

| | | | |
|---|---|---|---|
| **Ext.Features** | RV Access/Parking, Barn-Outbuildings | **Sprinklers** | None |
| **Fenced** | Partial | **Landscaped** | Yes, Partially Landscaped |
| **Patio/Deck** | Yes, Uncovered | **View** | |
| **Home-Owner Amenities** | No Amenities | | |

Wonderful ranch style home located on an acre. The exterior features RV parking, an out building for extra storage or a possible work area. The interior features an open floor plan, laminate flooring, built in shelves and desk, and a U-shaped kitchen with plenty of cabinetry. The master suite features vaulted ceilings and large walk-in closet. This home has a ton of potential! Some TLC is needed. Buyer to verify all information.

Information being provided is for consumers' personal, non-commercial use and may not be used for any purpose other than to identify prospective properties consumers may be interested in purchasing. Information deemed reliable but not guaranteed.
The seller of this property is represented by:    Realty Professionals                    The Ashton Team

# OFFER AND ACCEPTANCE AGREEMENT
## RESIDENTIAL PROPERTY

1 RECEIVED FROM STRODE, DEBORAH J.,
2 hereinafter designated as BUYER, the amount set forth below as EARNEST MONEY DEPOSIT on account of the PURCHASE PRICE
3 OF $ ONE HUNDRED SEVENTEEN THOUSAND AND NO/100 DOLLARS, for the real property
4 situated in the ☒ City, ☐ Unincorporated Area of FERNLEY, County of LYON
5 State of Nevada, described as 1195 DINAH DR. (A SINGLE FAMILY RESIDENCE),
6 APN 02067309 (legal description to be supplied in escrow).
7 BUYER ☒ does, ☐ does not intend to occupy the property as a residence.
8
9 **EARNEST MONEY DEPOSIT**     Evidenced by ☒ Check, or ☐ other     $ 500.00
10 payable to TITLE CO., held uncashed until acceptance and then deposited
11 within one (1) business day of acceptance with TITLE CO.
12 Authorized escrow holder to be selected by ☐ BUYER ☒ SELLER.
13
14 **DISPOSITION OF EARNEST MONEY DEPOSIT IN THE EVENT OF DEFAULT**
15 In the event BUYER shall default in the performance of this Agreement, SELLER may, subject to any rights of a BROKER herein,
16 retain such portion of the deposit to cover actual damages sustained, and/or take such actions as deemed appropriate by SELLER to
17 collect such actual damages. BUYER shall have the right to take such action as deemed appropriate by BUYER to recover such portion
18 of the deposit as may be allowed by law.
19
20 **BALANCE OF CASH DOWN PAYMENT** (not including closing costs)     $ NONE NEEDED USDA LOAN
21 Source of down payment THIS IS A U.S.D.A. LOAN NO DOWN PAYMENT REQUIRED
22
23 **CASH PURCHASE** The BUYER to provide evidence, satisfactory to SELLER, of sufficient cash available to complete this purchase
24 within NA days of written acceptance.
25

### FINANCING TERMS

26
27 **NEW FIRST LOAN PROCEEDS:** ☒ Conventional, ☐ FHA, ☐ VA, ☐ Rural, ☐ Private $ USDA LOAN
28 ☒ Fixed Rate for 30 years. Interest not to exceed 5:50 %.
29 ☐ Adjustable Rate for NA years. Initial Interest not to exceed NA % maximum lifetime rate not to exceed NA %.
30 Payment shall include: ☐ Interest only OR ☒ Principal and Interest
31
32 **NEW SECOND LOAN PROCEEDS:** ☐ Conventional, ☐ FHA, ☐ VA, ☐ Rural, ☐ Private $ NA
33 ☐ Fixed Rate for NA years. Interest not to exceed NA %.
34 ☐ Adjustable Rate for NA years. Initial Interest not to exceed NA % maximum lifetime rate not to exceed NA %.
35 Payment shall include: ☐ Interest only OR ☐ Principal and Interest
36
37 Taxes and Insurance shall be impounded monthly by lender or paid directly by BUYER.
38
39 BUYER to lock loan terms within 45 days of acceptance or BUYER agrees to pay prevailing rates.
40
41 BUYER to pay discount points not to exceed NONE %. SELLER to pay discount points not to exceed NONE %.
42 Any reduction in discount points at closing to be allocated proportionately.
43 Loan origination fee not to exceed 1:00 % paid by ☒ BUYER, ☐ SELLER.
44 SELLER agrees to pay up to $ NONE in fees which cannot be paid by the BUYER pursuant to FHA or VA regulation.
45 All remaining loan fees shall be paid as required by law, ordinance and/or regulation.
46 PMI, MIP, VA funding fee, if any, to be ☐ paid in cash, ☒ financed, ☐ paid monthly.
47
48 **OTHER** (Specify in Additional Terms and Conditions or Financing Addendum):     $ LOAN AMT. $119,340.00
49
50 **TOTAL PURCHASE PRICE** in the sum of (not including closing costs):     $ 117,000.00
51
52 **LOAN APPROVAL** Within five (5) days of acceptance, BUYER agrees to (1) submit a loan application, including all documentation,
53 to a lender of BUYER's choice, (2) authorize ordering of the appraisal and (3) furnish a pre-approval letter to SELLER based upon a
54 standard factual credit report and review of debt to income ratios.
55 This offer is conditioned upon BUYER's ability to deliver to SELLER a letter of loan approval which includes income verification and
56 verification of available funds, subject only to acceptable appraisal and lender review of preliminary report from title company
57 within 30 days of acceptance. By signing below, BUYER consents to the lender's release of loan status and conditions of approval
58 to the SELLER and Brokers.
59 If loan approval is not obtained within said time frame, SELLER reserves the right to terminate this Agreement. Both parties agree to
60 cancel the escrow and have earnest money deposit returned to BUYER less expenses incurred by BUYER.
61
62 **CLOSING** Close of escrow to be October 20, 2009. Unless otherwise agreed upon in writing, close of escrow
63 date shall not change from the originally agreed upon closing date. Both parties shall deposit with the authorized escrow holder all funds
64 and instruments necessary to complete the transaction in accordance with the terms herein.

Property Address 1195 DINAH, FERNLEY, NV 89408

Page 1 of 7       Buyer [  ] and Seller [___/___] have read this page.       RSAR© 05/09
                                                                                                    ROA 1/7

## ADDITIONAL CONTRACT TERMS

1  
2 **DEFINITIONS** The BROKER includes cooperating Brokers and all Licensees. DAYS means calendar days unless otherwise specified.
3 ACCEPTANCE means the date on which this Agreement and any other counter offers are fully executed and delivered. DELIVERED
4 means personally delivered to principals or respective Licensees, transmitted by facsimile machine, Electronic PostMark™, or mailed by
5 certified mail. In the event of fax transmission, delivery shall be deemed to be complete at the time noted on the confirmation sheet
6 generated by the sender's fax. In the event of certified mailing, delivery shall be deemed to have been made on the third day following the
7 date of mailing, evidenced by the postmark on the envelope containing the delivered material. RECEIPT means personally accepted by
8 the designated recipient or the authorized representative, in the case of personal delivery; accepted by the designated recipient's fax
9 machine; verification of Electronic PostMark™ or three (3) days following the date of mailing, evidenced by the postmark on the
10 envelope containing the delivered material, in the case of a certified mailing, not withstanding the date the recipient, or the authorized
11 representative, actually signs for the certified mailing.
12
13 **CONDITIONS SATISFIED/WAIVED IN WRITING**   Each condition, contingency, approval and disapproval shall be satisfied
14 according to its terms unless waived in writing by the beneficiating party within the time limits specified, or an extension in writing is
15 agreed to by the parties or, this Agreement shall terminate and all deposits be returned to BUYER less expenses incurred by BUYER to
16 the date of termination of this transaction. Each party shall diligently pursue the completion of this transaction.
17
18 **APPRAISAL BUYER Initial Required**
19      Included            Waived
20 [ ___ / ___ ]  [ ___ / ___ ]   Appraisal fee to be paid by ☒ **BUYER** ☐ **SELLER**.           It is expressly agreed,
21 notwithstanding any other provisions of this contract, the BUYER shall not be obligated to complete the purchase of the property or to
22 incur any penalty by forfeiture of earnest money deposit if the appraised value of the property (excluding closing costs) is less than the
23 amount specified as the purchase price. The BUYER shall, however, have the option of proceeding with the consummation of the contract
24 without regard to the amount of the appraised valuation.
25
26 **SALE OF OTHER PROPERTY**       BUYER must check one of the following:
27 ☒ A. This Agreement is not contingent upon conveyance of BUYER's property
28 OR
29 ☐ B. This Agreement is contingent upon conveyance of BUYER's property described as:
30 _____ which is
31 ☐ in escrow  OR
32 ☐ currently listed in an MLS System by a REALTOR®, or will be listed within _____ days of Acceptance.
33 SELLER ☐ shall OR ☐ shall not have the right to continue to offer this property for sale and accept written offers subject to the
34 BUYER's rights under this Agreement.
35 Should SELLER accept such an offer, the Acceptance shall be made subject to BUYER's rights under this Agreement, and written
36 notice of the contingent acceptance of any such offer shall be immediately delivered to BUYER's Broker.
37 If BUYER fails to deliver a written waiver of this contingency within _____ hours of the delivery of SELLER's notice to
38 BUYER or Broker, this Agreement shall terminate, earnest money deposit shall be returned to BUYER, less expenses incurred by
39 BUYER and escrow shall be terminated.
40 If BUYER delivers a timely waiver of this contingency, BUYER's earnest money deposit shall be increased to $ _____ ,
41 and BUYER shall pay the balance of that increased deposit within _____ hours of the delivery of the waiver.
42 Concurrent with the written waiver, BUYER must also deliver proof of adequate funds to close escrow and that the financing is
43 not conditioned upon the sale and/or closing of any property.
44 If BUYER fails to timely pay the increased deposit, the waiver and proof will be deemed ineffective and this Agreement shall
45 terminate, and ALL BUYER'S deposits will be refunded, less any expenses incurred by the BUYER.
46 If "B" is checked above, BUYER shall provide information regarding the listing or escrow on BUYER's property and related
47 escrows, including, but not limited to, closing date, loan status, inspections and all additional contingencies, within _____ days
48 of acceptance. BUYER authorizes SELLER or SELLER's Broker to obtain updates on BUYER's listing or escrow. If the escrow
49 on BUYER's property does not close by _____ , this Agreement will terminate unless the BUYER and SELLER otherwise
50 agree in writing.
51
52     Should BUYER waive this contingency, all inspections shall be completed within _____ days of the delivery of BUYER's
53 waiver of this contingency. If this contingency is waived, the close of original escrow date will hold unless otherwise agreed upon
54 in writing.
55
56 **SELLER'S REAL PROPERTY DISCLOSURE FORM**    The SELLER will provide BUYER, **at time of written acceptance,** a
57 completed **Seller's Real Property Disclosure Form** which, by this reference, shall be incorporated into this Agreement. BUYER shall
58 return an acknowledged copy to SELLER **within four (4) working days of receipt.**
59 **DISCLAIMER:** BUYER understands that the above **Seller's Real Property Disclosure Form** is for disclosure purposes and is not a
60 substitute for property inspections by experts, including, but not limited to, engineers, geologists, architects, general contractors, specialty
61 contractors such as roofing contractors and pest control operators. BUYER is urged to retain such experts that are believed appropriate.
62 BUYER understands and acknowledges the Brokers in the transaction cannot warrant the condition of the property or guarantee all defects
63 have been disclosed by SELLER. Both parties acknowledge Brokers will not be investigating the status of permits, location of property
64 lines, and/or code compliance.

Property Address _____ **1195 DINAH, FERNLEY, NV 89408** _____

1 **VESTED TITLE**    Title shall vest as designated in Escrow Instructions.
2
3 **EXAMINATION OF TITLE**    In addition to any encumbrances referred to herein, BUYER shall take title to the property subject to:
4 (1) Real Estate Taxes not yet due, and (2) Covenants, Conditions, & Restrictions (CC&Rs), rights of way, and easements of record, if
5 any, which do not materially affect the value or intended use of the property. **Within two (2) business days** of acceptance, SELLER
6 shall order a preliminary report from a title company and CC&Rs if applicable, for the property. **Within five (5) days** from BUYER's
7 receipt of the preliminary report and CC&Rs, all exceptions shall be deemed approved unless written objection is delivered to SELLER's
8 Broker within this five (5) day period. Should BUYER object to any exceptions, SELLER shall use due diligence to remove those
9 exceptions before close of escrow. If those exceptions cannot be removed before close of escrow, BUYER may elect to purchase, subject
10 to the existing exceptions or BUYER may elect to terminate all rights and obligations hereunder, and the deposit shall be returned to
11 BUYER, less expenses incurred by BUYER to the date of termination. If SELLER is unwilling or unable to remove such objections,
12 SELLER shall deliver written notification to BUYER's Broker **within ten (10) days of receipt of said objections.**
13
14 **CLOSING COSTS**
15 ☒ BUYER ☐ SELLER shall pay for a (Standard) owner's policy of title insurance.
16 ☒ BUYER ☐ SELLER shall pay for a (Standard) lender's policy of title insurance.
17 BUYER is aware additional coverage policies are available. All costs associated with additional coverage policies to be paid for by
18 ☒ BUYER, ☐ SELLER, ☐ other _____
19 Escrow Fee to be paid by ☒ BUYER, ☐ SELLER, ☐ split equally.
20 Transfer Tax(es) to be paid by ☒ BUYER, ☐ SELLER, ☐ other _____
21 All remaining closing costs shall be paid in customary manner as required by law, ordinance and/or regulation.
22
23 **BONDS AND ASSESSMENTS (Other than Common-Interest Communities)**    In the event there is a bond or assessment which has
24 an outstanding principal balance and is a lien upon this property, such bond or assessment shall be ☒ paid by SELLER,
25 or ☐ assumed by BUYER, ☐ other _____
26
27 **OMISSIONS FROM ESCROW INSTRUCTIONS**    The omission from escrow instructions of any provision herein shall not
28 preclude any party from enforcing that provision. All representations and warranties shall survive the conveyance of the property.
29
30 **PRORATION**    Any and all rents, taxes, interest, homeowner association fees, payments on bonds and assessments assumed by
31 BUYER, and other expenses of the property shall be prorated as of the date of recordation of the deed. Security deposits, advance rentals,
32 or considerations involving future lease credits shall be credited to BUYER at close of escrow.
33
34 **REASSESSMENT OF PROPERTY TAX**    The BUYER is advised the property may be reassessed upon change of ownership which
35 may result in a tax increase or decrease.
36
37 **SYSTEMS AND MAINTENANCE**    Until possession is delivered, SELLER shall maintain the property in its entirety, including, but
38 not limited to, all existing structures, landscaping, grounds, appliances and systems. SELLER agrees to deliver the property in a neat and
39 clean condition, and remove all debris and personal belongings removed. The following items are specifically excluded from the above:
40 **NO EXCLUSIONS**
41
42 **HOME WARRANTY CONTRACT**
43 **BUYER Initial Required**
44   Included          Waived
45 [ ___ / ___ ]   [ ___ / ___ ]   A home warranty contract, shall be selected by ☒ BUYER, ☐ SELLER and paid for by
46 ☒ BUYER, ☐ SELLER, ☐ other _____. The home warranty contract shall become effective
47 at close of escrow for not less than one year, at a price NOT to exceed $ 360.00 . The Brokers herein have informed both parties
48 that such protection programs are available, but do not approve or endorse any particular program.
49
50 **COMMON-INTEREST COMMUNITY DISCLOSURE**
51 The property ☐ is ☒ is not located in a Common-Interest Community.
52 If so, complete the following:
53 Association transfer fee to be paid by ☐ BUYER, ☐ SELLER, ☐ other  NA  . The amount of
54 any delinquent assessments including penalties, attorney's fees, and other charges provided for in the management documents shall be
55 paid current by the SELLER at close of escrow. SELLER must disclose knowledge of upcoming and pending assessments.
56 Existing Assessments levied shall be paid by ☐ BUYER, ☒ SELLER, ☐ other  NA
57 Assessments levied, but not yet due, shall be paid by ☐ BUYER, ☒ SELLER, ☐ other  NA
58 SELLER to provide BUYER common-interest community documents ("Resale Package") as required by NRS. BUYER to have five (5)
59 days from receipt of Resale Package for review. If the BUYER does not approve the Resale Package then written notice to cancel must be
60 given within that same 5 day period.
61
62 **AREA RECREATION PRIVILEGES AND RULES**    If applicable, SELLER shall relinquish, on or before close of escrow,
63 recreation privileges, passes, identification cards or keys for access to common-interest community facilities and general improvements.
64 Upon close of escrow, SELLER agrees to pay replacement charges for identification cards or keys that are not relinquished. BUYER
65 shall become familiar with the current common-interest community facilities and general improvement policies regarding recreation
66 privileges and associated costs prior to close of escrow.

Property Address _____ 1195 DINAH, FERNLEY, NV  89408 _____
Page 3 of 7          Buyer [ __ / __ ] and Seller [ __ / __ ] have read this page.          RSAR© 05/09
                                                                                              ROA 3/7

1 **ITEMS NOT ADDRESSED**   Items of a general maintenance or cosmetic nature which do not materially affect value or use of the
2 subject property, which existed at the time of acceptance and which are not expressly addressed in this Agreement are deemed accepted
3 by the BUYER.
4
5 **INSPECTIONS AND FINAL WALK-THROUGH**   Acceptance of this offer is subject to the following reserved right. BUYER may
6 have the property inspected and select the licensed contractors, certified building inspectors and/or other qualified professionals who will
7 inspect the property. The following is not an exhaustive list of possible inspections; therefore, the BUYER shall initial those **inspections**
8 **included and waived** AND add under "OTHER" any **additional inspections necessary to satisfy the BUYER**.
9 ☒ Within ___10___ days of the date of acceptance
10 OR ☐ according to the deadline inserted in the above "Sale of Other Property"
11 OR ☐ within _____ days of Lien Holder(s) Approval of Short Sale,
12 all inspections shall be completed and BUYER shall deliver to SELLER, at BUYER's sole expense, copies of all inspection reports and
13 written notice signed by BUYER providing for one of the following:
14   A. approval of the inspections without requiring any repairs; OR
15   B. approval of the inspections with an attached Notice of Required Repairs Form or an Addendum listing all required repairs to
16      which SELLER shall respond within 5 days of delivery; OR
17   C. termination of this Agreement including an explanation how the condition(s) revealed by any inspection report materially
18      and/or reasonably justify such a decision.
19 If any inspection is not completed and delivered to SELLER by the deadline set forth above, BUYER is deemed to have waived the right
20 to that inspection and SELLER is released from liability for the cost of repairs said inspection would have reasonably identified had it
21 been conducted, except as otherwise provided by law. If BUYER acts reasonably in terminating the Agreement based upon objectionable
22 conditions revealed by the inspection(s), BUYER is released from any and all obligations to SELLER and entitled to a refund of the
23 earnest money deposit, less expenses incurred by BUYER.
24
25 **BUYER Initial Required**
26  **Included**           **Waived**
27 [ ✓ / ____ ]  [ ____ / ____ ]  PEST INSPECTION                             Paid by: ☒ BUYER, ☐ SELLER
28 [ ✓ / ____ ]  [ ✓ / ____ ]  HOME INSPECTION                             Paid by: ☒ BUYER, ☐ SELLER
29 [ ____ / ____ ]  [ ✓ / ____ ]  HEATING SYSTEM INSPECTION                   Paid by: ☐ BUYER, ☐ SELLER
30 [ ____ / ____ ]  [ ✓ / ____ ]  COOLING SYSTEM INSPECTION                   Paid by: ☐ BUYER, ☐ SELLER
31 [ ____ / ____ ]  [ ✓ / ____ ]  OIL TANK TEST  Type _____        Paid by: ☐ BUYER, ☐ SELLER
32 If oil tank needs to be filled to perform test, BUYER ☐ will, ☐ will not reimburse SELLER.
33
34 [ ____ / ____ ]  [ ____ / ____ ]  WOODBURNING DEVICE INSPECTION           Paid by: ☐ BUYER, ☐ SELLER
35 In the event device does not meet all applicable codes and/or laws, the cost of its removal shall be the responsibility of the SELLER.
36 Stovepipe to be capped off at ceiling or fireplace to be restored to working order at SELLER's expense.
37
38 [ ____ / ____ ]  [ ✓ / ____ ]  FIREPLACE INSPECTION                        Paid by: ☐ BUYER, ☐ SELLER
39 [ ____ / ____ ]  [ ✓ / ____ ]  SURVEY Type _____                Paid by: ☐ BUYER, ☐ SELLER
40 [ ____ / ____ ]  [ ✓ / ____ ]  WELL QUANTITY                               Paid by: ☐ BUYER, ☐ SELLER
41 [ ____ / ____ ]  [ ✓ / ____ ]  WELL QUALITY                                Paid by: ☐ BUYER, ☐ SELLER
42 [ ____ / ____ ]  [ ✓ / ____ ]  SEPTIC PUMPING                              Paid by: ☐ BUYER, ☐ SELLER
43 [ ____ / ____ ]  [ ✓ / ____ ]  SEPTIC INSPECTION (pumping required)        Paid by: ☐ BUYER, ☐ SELLER
44 [ ____ / ____ ]  [ ✓ / ____ ]  OTHER _____              Paid by: ☐ BUYER, ☐ SELLER
45
46 [ ✓ / ____ ]  [ ____ / ____ ]  RE-INSPECTIONS                              Paid by: ☒ BUYER, ☐ SELLER
47
48 SELLER agrees to provide reasonable access to the property to BUYER, as well as inspectors representing BUYER, for both inspections
49 and re-inspections as provided in this Agreement and to representatives of lending institutions for appraisal purposes. SELLER agrees to
50 have all utilities in service the day of inspection and until close of escrow. BUYER shall have the right to a final walk-through inspection
51 **no later than ___3___ days prior to close of escrow to ensure compliance with the terms of this Agreement.**
52
53 **LIMITATION OF REPAIR COSTS**   The SELLER agrees to pay for and complete repairs in an amount NOT to exceed the total sum
54 of $ __none__ for all repair conditions indicated on Page 2, lines 18-24 (Appraisal Report); Page 3, lines 37-40 (System and
55 Maintenance); Page 4, lines 5-49 (Inspection and Final Walk Through); and/or any defect identified in the **Seller's Real Property**
56 **Disclosure Form** or discovered by SELLER but not disclosed in the **Seller's Real Property Disclosure Form** or which has been
57 discovered to be materially worse than was indicated.
58 In the event BUYER's required repairs are not completed by close of escrow, BUYER shall execute an Addendum directing how the
59 SELLER's funds for the remaining repairs shall be dispersed on behalf of the BUYER. The Brokers herein have no responsibility to assist
60 in the payment of any repair, correction or deferred maintenance on the subject property which may have been revealed by the above
61 inspections, agreed upon by the BUYER and SELLER or requested by one party.
62
63 **DESTRUCTION OF IMPROVEMENTS**   If the improvements of the property are destroyed, materially damaged, or found to be
64 materially defective prior **to close of escrow**, BUYER may terminate the Agreement by written notice delivered to SELLER's Broker,
65 and earnest money deposit shall be returned to BUYER. In the event BUYER does not elect to terminate the Agreement, BUYER shall be
66 entitled to receive, in addition to the property, any insurance proceeds payable on account of the damage, destruction and/or defect.

Property Address _____ 1195 DINAH, FERNLEY, NV 89408 _____

Page 4 of 7    Buyer [ ✓ / ____ ] and Seller [ ____ / ____ ] have read this page.    RSAR© 05/09
                                                                                     ROA 4/7

**OIL AND PROPANE**  If applicable, any oil or propane existing at time of written acceptance, allowing for normal use up to close of escrow, will be ☐ purchased by BUYER ☐ included in the purchase price. If fuel is purchased by BUYER, SELLER to contact fuel company to measure existing fuel no later than five (5) days prior to close of escrow. Fuel credit amount to be submitted to title company for credit to SELLER for remaining fuel.

**PHYSICAL POSSESSION**  Physical possession of the property, with keys to all property locks, community mailbox keys, alarms, and garage door opener(s), if applicable, shall be delivered to BUYER ☒ **upon recordation of the deed or** ☐ **by separate Agreement.**

**VERIFICATION OF INFORMATION**  **Any information relating to square footage, land or its use, and/or improvements of the land are approximate or estimates only**, and neither the SELLER nor the Brokers involved make any representation or guarantee regarding the accuracy. Any oral or written representations by SELLER or Brokers regarding age of improvements, size, and square footage of parcel or building, or location of property lines, may not be accurate. Apparent boundary line indicators such as fences, hedges, walls, or other barriers may not represent the true boundary lines. Brokers are not obligated to investigate the status of permits, zoning, or code compliance. BUYER to satisfy any concerns with conditions that are an important or critical element of the purchase decision. BUYER has not received or relied upon any representations by either Brokers or SELLER with respect to the condition of the property which are not contained in this Agreement or in any attachments. The information contained in the Multiple Listing Service, computer or advertisements, and feature sheets pertaining to this property are not warranted or guaranteed by the Brokers. Errors and/or omissions in inputting information, while uncommon, are possible. BUYER shall be responsible for verifying the accuracy of pertinent information. Deposit of all funds necessary to close escrow shall be deemed as final acceptance of the property. SELLER agrees to hold all Brokers in the transaction harmless and to defend and indemnify them from any claim, demand, action or proceedings resulting from any omission or alleged omission by SELLER's statements.

**FIXTURES**  All items permanently attached to the property as of this date, including, but not limited to, light fixtures, attached floor coverings, draperies, blinds and shades including window hardware, door and window screen(s), storm sash, combination doors, awnings, TV antenna(s), satellite dish, burglar, fire and smoke alarms, built-in pools and spas and related equipment, solar system(s), conforming woodstoves, attached fireplace screen(s), electric garage door opener(s) with control(s), outdoor plants and trees, (other than in movable containers), are included in the purchase price, free of liens, **EXCLUDING**  **NONE** _____

_____

_____

**PERSONAL PROPERTY**  The following personal property, on the premises when inspected by BUYER, is included in the purchase price and shall be transferred to BUYER free of liens at close of escrow with no warranty implied as to the condition of any personal property after close of escrow: **ANY AND ALL WINDOW COVERINGS, STOVE, DISHWASHER**_____

_____

**WATER RIGHTS**  Water rights, **if any**, to be included with the property unless specifically excluded by deed or mutual agreement.

**WATER METERS**  The BUYER may be required, at some future date, to incur the costs of installation of water meters and/or conversion to metered rates.

**WELLS**  Many factors may affect the performance of a well system. If the property includes a well, BUYER may be required, at some future date, to incur the costs of connecting the residence to a public water system. See Authorization for Release of Water Quality and Water Quantity Testing Results and Information Regarding Private Well and Septic System.

**ADDITIONAL FEES**  Some areas may include/impose additional fees or charges for the remediation of water systems.

**SEPTIC SYSTEMS**  If the property includes a septic system, BUYER may be required, at some future date, to incur the costs of connecting the residence's plumbing to a public sewer system. See Information Regarding Private Well and Septic System.

**At close of escrow, BUYER assumes all future costs associated with water meters, wells and septic systems.**

**PRIVATE ROADS**  If the property shares a common road or access driveway or right of way with other property, the SELLER shall disclose the existence of any road maintenance agreement.

**LAND USE REGULATION**  The BUYER is advised the property **may be** subject to the authority of the federal government, state, county, Tahoe Regional Planning Agency, city and/or the various courts having jurisdiction. These governmental entities, from time to time, have adopted and revised land use and environmental regulations that may apply to the property, and which, among other things, may restrict new construction, expansion, remodeling and rebuilding of buildings and other improvements. Due to the uncertain effect of land use and environmental regulations that may apply to the property and may affect BUYER's intended use of the property, the Broker makes no representations or warranties regarding the existing permissible uses or future revisions to the land use regulations.

**ENVIRONMENTAL CONDITIONS**  The BUYER is advised the property **may be** located in an area found to have special flood hazards as indicated by FEMA, avalanche conditions, freezing temperatures, snow loads, seismic activity and/or wildland fires. **It may be necessary to purchase additional insurance** in order to obtain a loan secured by the property from any federally regulated financial institution or a loan insured or guaranteed by an agency of the U.S. Government. **For further information, consult your lender, insurance carrier or other appropriate agency.**

Property Address _____**1195 DINAH, FERNLEY, NV  89408**_____

Page 5 of 7    Buyer [___/___] and Seller [___/___] have read this page.    RSAR© 05/09  ROA 5/7

1. TAX WITH...
2. $300.00 OR 2%...
3. WITHHOLDING...
4. the foregoing...
5. PROPERTY I...
6. ...
7. TAX DEFERRED...
8. property descri...
9. execution of do...
10. delay the closing, a...
11. party shall not be obligated to execute any note, contract, d...
12. survive the exchange. The other party shall be indemnified and held harmless against any liability...
13. account of the acquisition of ownership of the exchange property.
14.
15. **ADDITIONAL TERMS AND CONDITIONS:**
16. BUYER AND PROPERTY TO QUALIFY FOR SAID LOAN. SELLER TO PAY BUYERS CLOSING COSTS NOT TO
17. EXCEED 6% OF SALES PRICE.
18.
19.
20.
21.
22. **THE FOLLOWING HAVE BEEN RECEIVED AND ACKNOWLEDGED BY BUYER:**
23. ☐ Common Interest-Community Information Statement "Before You Purchase Property in a Common-Interest
24. Community Did You Know...."
25. ☒ Duties Owed by a Nevada Real Estate Licensee
26. ☒ Environmental Contact List
27. ☐ Information Regarding Private Well and Septic System
28. ☒ Residential Disclosure Guide
29. ☒ The New Reality of Property Insurance
30.
31. **THE FOLLOWING ADDENDA AND EXHIBITS ARE ATTACHED AND INCORPORATED**
32. ☐ Authorization of Release of Water Quality and Water Quantity Testing Results
33. ☐ Consent to Act
34. ☐ Financing Addendum
35. ☐ Lead Based Paint Addendum (if property built prior to 1978)
36. ☒ Range Land Disclosure
37. ☐ Used Manufactured/Mobile Home Disclosure
38. ☒ Other RIGHT TO FARM, TRUCKEE CANAL DISCLOSURE
39.
40.
41. **FAX TRANSMISSION** The facsimile transmission of a signed copy hereof or any counter offer/amendment to the other party or the
42. Broker shall constitute delivery of said signed document. Fax signatures may be accepted as originals.
43.
44. **TIME IS OF THE ESSENCE** Time is of the essence of this Agreement.
45.
46. **NEVADA LAW TO APPLY** Nevada law shall apply to the interpretation and enforcement of this Agreement.
47.
48. **DISPUTE RESOLUTION** For information purposes only. Parties are aware that the local Association of REALTORS® has a
49. Dispute Resolution Service (DRS) available should a dispute arise between BUYER and SELLER. A DRS brochure is available upon
50. request.
51.
52. **ATTORNEY FEES** In the event either party is required to engage the services of an attorney to enforce this Agreement, the
53. prevailing party in any proceeding shall be entitled to an award of reasonable attorney's fees, legal expenses and costs.
54.
55. **CODE OF ETHICS** Not all real estate licensees are REALTOR(S)®. A REALTOR® is a member of the National Association of
56. REALTORS® and therefore subscribes to a higher ethical standard in the industry, known as the REALTOR® Code of Ethics. To receive
57. a copy of the REALTOR® Code of Ethics, ask your real estate professional OR, the local Association of REALTORS®.
58.
59. **PROFESSIONAL CONSULTATION ADVISORY** A real estate Broker is qualified to advise on real estate. The parties are advised
60. to consult with appropriate professionals, including, but not limited to, engineers, surveyors, appraisers, lawyers, CPAs, or other
61. professionals, on specific topics, including, but not limited to, land use regulation, boundaries and setbacks, square footage, physical
62. condition, legal, tax, water rights and other consequences of the transaction.

Property Address __1195 DINAH, FERNLEY, NV 89408__

Page 6 of 7    Buyer [ X / ____ ] and Seller [ ____ / ____ ] have read this page.    RSAR© 05/09
ROA 6/7

Produced with ZipForm® by zipLogix, 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com

DEBORAH J. STR