## CERTIFICATE OF SERVICE

    I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made in the manner indicated on September 25, 2009 on:

**Via CM/ECF and United States Mail**

James Patton, Esq.
Pauline Morgan
Sean M. Beach, Esq.
Curtis Crowther, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


    Under penalty of perjury, I declare that the forgoing is true and correct.

September 25, 2009                                                   _/s/ Heidi E. Sasso_____

WCSR  4089223v1