## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2009 a copy of the foregoing *Certificate of No Objection* was served by U.S. First Class Mail, unless otherwise indicated, upon the following:

SEE ATTACHED SERVICE LIST

_____
Thomas F. Driscoll III (#4703)

**VIA FIRST CLASS MAIL**
Alan Horn, Esq., General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

**VIA HAND DELIVERY**
James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

**VIA FIRST CLASS MAIL**
Jeffrey M. Levine, Esq.
Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006

**VIA FIRST CLASS MAIL**
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

**VIA HAND DELIVERY**
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**VIA HAND DELIVERY**
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

**VIA HAND DELIVERY**
Victoria Counihan, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**VIA HAND DELIVERY**
Joseph McMahon, Esq.
The Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801