IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
        Debtors.                                                         :
                                                                         : Ref. No. 7994
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 7994

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twenty-Third Monthly Application of Allen & Overy, LLP, Special Regulatory Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period July 1, 2009 through July 31, 2009 (the "Application"). The Court's docket which was last updated September 29, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than September 21, 2009 at 4:00 p.m.

DB02:6449440.20                                                                                    066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($1,460.00) of requested fees ($1.825.00) and 100% of requested expenses ($16,046.38) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       September 29, 2009

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ Kenneth J. Enos
                        Sean M. Beach (No. 4070)
                        Kenneth J. Enos (No. 4544)
                        Margaret Whiteman Greecher (No. 4652)
                        Patrick A. Jackson (No. 4976)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253

                        Counsel for Debtors and
                        Debtors in Possession