IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objection Deadline: October 19, 2009 at 4:00 p.m. (EST)** |

**SUPPLEMENT[2] TO THE APPLICATION OF BIFFERATO LLC[3], AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF (I) INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2009 THROUGH SEPTEMBER 4, 2009 AND (II) FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE RETENTION OF <u>SEPTEMBER 26, 2008 THROUGH SEPTEMBER 4, 2009</u>**

| | |
|---|---|
| Name of Applicant: | BIFFERATO LLC |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | September 26, 2008, *Nunc Pro Tunc* to September 4, 2009 |
| Interim period for which compensation and reimbursement is sought: | April 1, 2009 through September 4, 2009 |
| Final period for which compensation and reimbursement is sought: | September 26, 2008 through September 4, 2009 |

---

[1] The Debtors' in these cases, along with the last four digits of each Debtors' federal tax identification numbers are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland Corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland Corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland Corporation (7267); American Home Mortgage Corp. ("AHM Corporation"), a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware Limited Liability Company (1407); Homegate Settlement Services, Inc., a New York Corporation (7491); and Great Oak Abstract Corporation, a New York Corporation (8580). The address for all of the Debtors' is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] The Supplement includes additional amounts related to expense reimbursement for invoices which Applicant received subsequent to the filing of the Final Fee Application.

[3] Effective, March 13, 2009, Bifferato Gentilotti LLC changed its name to Bifferato LLC.

Interim amount of compensation
sought as actual, reasonable and
necessary:                                             $3,252.50

Final amount of compensation sought
as actual, reasonable and necessary:     $18,933.00

Interim amount of expense reimbursement
sought as actual, reasonable and
necessary:                                             $10,512.03

Final amount of expense reimbursement
sought as actual, reasonable and
necessary:                                             $14,225.38

This is a Supplement to the Application of Bifferato LLC , as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of (I) Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 1, 2009 through September 4, 2009 and (II) Final Compensation for Services Rendered and Reimbursement of Expenses for the Retention of September 26, 2008 through September 4, 2009.

## INTERIM EXPENSE SUMMARY

| Expense Category | Service Provider | Amount |
|---|---|---|
| Courier Service/Pleading & Document Service | Parcels | $ 10,200.89 |
| Courier Service | Bifferato LLC | $30.00 |
| Electronic Docket | Pacer Service Center | $ 17.44 |
| Photocopy Expense | Bifferato LLC | $ 147.60 |
| Postage Expense | Bifferato LLC | $ 56.10 |
| Print Charges | Bifferato LLC | $ 60.00 |
| TOTAL | ***** | $ 10,512.03 |

## FINAL EXPENSE SUMMARY

| Expense Category | Service Provider | Amount |
|---|---|---|
| Courier Service/Pleading & Document Service | Parcels | $13,545.24 |
| Courier Service | Bifferato LLC | $45.00 |
| Electronic Docket/Research | Pacer Service Center | $84.64 |
| Photocopy Expense | Bifferato LLC | $303.30 |
| Printing Charges | Bifferato LLC | $70.00 |
| Postage Expense | Bifferato LLC | $177.20 |
| TOTAL | ***** | $14,225.38 |

4

---

[4] Changed items are in bold font.

## PRIOR APPLICATION HISTORY

| Date Filed | Period Covered | Requested | | Approved | | Certificate of No Objection / Signed Order |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | |
| FIRST 4/2/09 [D.I. 7225] | September 26, 2008 through October 31, 2008 | $4,684.50 | $1,419.80 | $3,747.60 | $1,419.80 | 4/27/09 [D.I. 7322] |
| SECOND 4/13/09 [D.I. 7262] | November 1, 2008 through November 31, 2008 | $586.00 | $8.16 | $468.80 | $8.16 | 5/7/09 [D.I. 7348] |
| THIRD 4/22/09 [D.I. 7308] | December 1, 2009 through December 31, 2008 | $2,248.50 | $2,113.61 | $1,798.80 | $2,113.61 | 5/18/09 [D.I. 7404] |
| FOURTH 9/1/09 [D.I. 7992] | January 1, 2009 through March 31, 2009 | $8,161.50 | $171.78 | $6,529.20 | $171.78 | 9/23/09 [D.I. 8091] |
| FINAL 9/409 [D.I. 8016] | September 26, 2008 through September 4, 2009 | $18,933.00 | $3,943.38 | $18,933.00 | $3,943.38 | 9/28/09 [D.I. 8103] |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| American Home Mortgage Holdings, Inc., a Delaware Corporation, *et al.*,[5] | Case No. 07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | |
| | **Hearing Date: TBD** |
| | **Objection Deadline: October 19, 2009 at 4:00 p.m. (EST)** |

## SUPPLEMENT[6] TO THE APPLICATION OF BIFFERATO LLC[7], AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF (I) INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2009 THROUGH SEPTEMBER 4, 2009 AND (II) FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE RETENTION OF SEPTEMBER 26, 2008 THROUGH SEPTEMBER 4, 2009

Bifferato LLC ("Applicant"), as special conflicts counsel to The Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of American Home Mortgage Holdings, Inc., a Delaware Corporation, et al. (the "Debtor"), submits its Supplement Fee Application for Allowance of (I) Interim Compensation and Reimbursement of Expenses for the Period of April 1, 2009 through September 4, 2009 (the "Interim Application Period") and (II) Final Compensation of Reimbursement of Expenses for the period of September 26, 2008 through

---

[5] The Debtors' in these cases, along with the last four digits of each Debtors' federal tax identification numbers are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland Corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland Corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland Corporation (7267); American Home Mortgage Corp. ("AHM Corporation"), a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware Limited Liability Company (1407); Homegate Settlement Services, Inc., a New York Corporation (7491); and Great Oak Abstract Corporation, a New York Corporation (8580). The address for all of the Debtors' is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[6] The Supplement includes additional amounts related to expense reimbursement for invoices which Applicant received subsequent to the filing of the Final Fee Application.

[7] Effective, March 13, 2009, Bifferato Gentilotti LLC changed its name to Bifferato LLC.

September 4, 2009 (the "Final Application Period"). Subsequent to the filing the Final Fee Application, Bifferato received the invoices attached hereto as **Exhibit A** (the "Invoices"). The invoices relate to the filing and service of the following documents:

1. Fourth Monthly Fee Application;
2. First Interim Fee Application;
3. Second Interim Fee Application;
4. Final Fee Application; and
5. Notice of Hearing of Final Fee Application

A description of supplemental expenses and invoices which Applicant received on September 10, 2009 and September 15, 2009 subsequent to the filing of the Final Application are attached hereto as **Exhibit A**. Bifferato respectfully requests approval of the reimbursement of $14,225.38 in connection with its Final Fee Application.

Dated: September 29, 2009
Wilmington, Delaware

BIFFERATO LLC

/s/ Ian Connor Bifferato
Ian Connor Bifferato (#3273)
Thomas F. Driscoll III (#4703)
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 225-7600
Facsimile: (302) 254-5383