# EXHIBIT A

P.O. BOX 2165
WILMINGTON, DE 19899-2165
Phone (302) 225-7600 Fax (302) 254-5383
Federal Tax ID # 51-0378558

**PLEASE NOTE: Our firm name, telephone and facsimile numbers have changed.
Our tax identification number remains the same.**

|  |  |
|---|---|
| Michael Morris, Esq.<br>Hennigan Bennett & Dorman<br>865 South Figueroa Street<br>Suite 2900<br>Los Angeles  CA  90017 | Page: 1<br>09/28/2009<br>Account No:  2008826-000B<br>Statement No:  243337 |

American Home Mortgage Holding

STATEMENT

Previous Balance                                                                                                    $13,322.61

### Expenses

| Date | Description | Amount |
|---|---|---:|
| 09/01/2009 | Photocopies | 13.20 |
| 09/01/2009 | Photocopies | 50.20 |
| 09/02/2009 | Photocopies | 25.60 |
| 09/04/2009 | Photocopies | 22.40 |
| 09/11/2009 | Photocopies | 10.20 |
| 09/23/2009 | Photocopies | 10.00 |
| 09/23/2009 | Postage Expense | 5.25 |
| 09/24/2009 | Photocopies | 11.00 |
| 09/24/2009 | Postage Expense | 5.25 |
|  | Total Expenses | 153.10 |

### Advances

| Date | Description | Amount |
|---|---|---:|
| 08/31/2009 | Cost advanced on behalf of client - PACER charge for online research and document retrieval from Court electronic case system. | 0.96 |
| 09/01/2009 | Cost advanced on behalf of client - PARCELS Invoice #197782 - copy and postage of document for service - Fourth Monthly Application. | 39.28 |
| 09/01/2009 | Cost advanced on behalf of client - PARCELS Invoice #197910 - courier service charges to Judge Sontchi - First Interim Application. | 7.50 |
| 09/01/2009 | Cost advanced on behalf of client - PARCELS Invoice #197785 - copy and postage of document for service - First Interim Application. | 4,122.98 |
| 09/02/2009 | Cost advanced on behalf of client - PARCELS Invoice #197990 - copy and postage of document for service - Second Interim Application. | 2,430.76 |
| 09/02/2009 | Cost advanced on behalf of client - PARCELS Invoice #198156 - courier service charges to Landis and YCST - Second Interim Application. | 10.00 |
| 09/04/2009 | Cost advanced on behalf of client - PARCELS Invoice #198670 - courier service charges to Judge Sontchi - Final Application. | 5.00 |
| 09/05/2009 | Cost advanced on behalf of client - PARCELS Invoice #198707 - copy and postage of document for service - Final Application. | 2,167.62 |
| 09/11/2009 | Cost advanced on behalf of client - PARCELS Invoice #199829 - copy and postage of documents for service - Notice of Hearing of Final Application. | 1,341.80 |
|  | Total Advances | 10,125.90 |

Michael Morris, Esq.

American Home Mortgage Holding

Page: 2<br>
09/28/2009<br>
Account No: 2008826-000B<br>
Statement No: 243337

| | |
|---|---:|
| Total Current Work | 10,279.00 |
| Balance Due | $23,601.61 |

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---:|---:|---:|---:|---:|
| 18,933.00 | 595.50 | 13,629.88 | 0.00 | 9,556.77 |

**All invoices are due upon receipt.  Please remit payment at this time.**

# Invoice

| Acct. No. | Date | Invoice # | Created From |
|---|---|---|---|
| 83 | 9/1/2009 | 197782 | Sales Order #130297 |

| Customer |
|---|
| 83 Bifferato, LLC |

**Bill To**
Amy Kiefer
Accounts Payable
Bifferato, LLC
800 King Street
P.O. Box 2165

**Parcels, Inc.**
INTEGRATED OUTSOURCED SERVICES

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431 51-02...

ENTERED

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 197782 | 83 Bifferato, LLC | Net 30 | 10/1/2009 |

| Reference #/P.O. # | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 08-826 | 9/1/2009 | 5:49 pm | Sales Order #130297 | 9/1/2009 |

| Contact | Job Detail |
|---|---|
| 83 Bifferato, LLC : Erica Myrick<br>302-225-7600<br><br>emyrick@bifferato.com | 1 doc service via mail |

| Caller |
|---|
| |

| Parcels Division |
|---|
| Copy Center |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 180 | Bankruptcy Service | 0.10 | 18.00 |
| 10 | Envelopes (Paper/Tyvek; 9.5" X 12.5") | 0.39 | 3.90 |
| 17.38 | USPS Postage | 1.00 | 17.38 |
| | **Total** | | **$39.28** |

**RECEIVED**
SEP 1 0 2009
Bifferato LLC

# Invoice



**INTEGRATED OUTSOURCED SERVICES**

| Acct. No. | Date | Invoice # | Created From |
|---|---|---|---|
| 83 | 9/1/2009 | 197910 | Sales Order #130289 |

**Customer**
83 Bifferato, LLC

**Bill To**
Amy Kiefer
Accounts Payable
Bifferato, LLC
800 King Street
P.O. Box 2165

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431 51-02...



Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 197910 | 83 Bifferato, LLC | | Net 30 | 10/1/2009 |

| Reference | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 08-826 | 9/1/2009 | 4:44 pm | Sales Order #130289 | 9/1/2009 |

| Contact | Pickup Information | Delivery Information | Attorney |
|---|---|---|---|
| 83 Bifferato, LLC : Erica Myrick  302-225-7600 | Bifferato, Gentilotti, Biden & Balick, LLC  800 King Street  Wilmington  DE  19806  302-429-1900 | Judge Christopher S. Sontchi  824 Market Street  U.S. Bankruptcy Court, 5th Floor  Wilmington  DE  302-252-2900 | |
| **Requested By** | | | |

**Special Instructions**

**Parcels Division**
Courier

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Downtown Delivery/Pickup (before 5:00pm) | 7.50 | 7.50 |
| | | **Total** | **$7.50** |

**RECEIVED**
SEP 1 0 2009
Bifferato LLC

# Invoice

| Acct. No | Date | Invoice # | Created From |
|---|---|---|---|
| 83 | 9/1/2009 | 197785 | Sales Order #130294 |

**Customer**
83 Bifferato, LLC

**Bill To**
Amy Kiefer
Accounts Payable
Bifferato, LLC
800 King Street
P.O. Box 2165

**Parcels, Inc.**
INTEGRATED OUTSOURCED SERVICES

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431 51-02...


ENTERED

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 197785 | 83 Bifferato, LLC | Net 30 | 10/1/2009 |

| Reference #/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 08-826 | 9/1/2009 | 5:39 pm | Sales Order #130294 | 9/1/2009 |

**Contact**
83 Bifferato, LLC : Erica Myrick
302-225-7600
emyrick@bifferato.com

**Caller**

**Parcels Division**
Copy Center

**Job Detail**
1 doc service via mail

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 31941 | Bankruptcy Service | 0.10 | 3,194.10 |
| 273 | Envelopes (Paper/Tyvek; 9.5" X 12.5") | 0.39 | 106.47 |
| 822.41 | USPS Postage | 1.00 | 822.41 |
| | **Total** | | **$4,122.98** |

**RECEIVED**
SEP 1 0 2009
Bifferato LLC

# Invoice

| Acct. No. | Date | Invoice # | Created From |
|---|---|---|---|
| 83 | 9/2/2009 | 197990 | Sales Order #130454 |

| Customer |
|---|
| 83 Bifferato, LLC |

**Bill To**
Amy Kiefer
Accounts Payable
Bifferato, LLC
800 King Street
P.O. Box 2165



**Parcels, Inc.**
INTEGRATED OUTSOURCED SERVICES

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431 51-02...

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 197990 | 83 Bifferato, LLC | Net 30 | 10/2/2009 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 08-826 | 9/2/2009 | 12:59 pm | Sales Order #130454 | 9/2/2009 |

| Contact | Job Detail |
|---|---|
| 83 Bifferato, LLC : Erica Myrick<br>302-225-7600<br>emyrick@bifferato.com | all mail 2 hands 1 doc service |

| Caller |
|---|
|  |

| Parcels Division |
|---|
| Copy Center |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 17408 | Bankruptcy Service | 0.10 | 1,740.80 |
| 272 | Envelopes (Paper/Tyvek; 9.5" X 12.5") | 0.39 | 106.08 |
| 583.88 | USPS Postage | 1.00 | 583.88 |

| | Total | $2,430.76 |
|---|---|---|

**RECEIVED**
SEP 1 0 2009
Bifferato LLC

# Invoice

| Acct. No. | Date | Invoice # | Created From: Sales Order #130465 |
|---|---|---|---|
| 83 | 9/2/2009 | 198156 | |
| **Customer** | | | |
| 83 Bifferato, LLC | | | |

**Bill To**
Amy Kiefer
Accounts Payable
Bifferato, LLC
800 King Street
P.O. Box 2165



**Parcels, Inc.**
INTEGRATED OUTSOURCED SERVICES

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431  51-02...

---

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | | | Terms | Payment Due |
|---|---|---|---|---|---|
| 198156 | 83 Bifferato, LLC | | | Net 30 | 10/2/2009 |
| **Reference** | | **Date of Job** | **Time Received** | **Created From** | **Date** |
| 08-826 | | 9/2/2009 | 2:07 pm | Sales Order #130465 | 9/2/2009 |

| Contact | Pickup Information | Delivery Information | Attorney |
|---|---|---|---|
| 83 Bifferato, LLC : Erica Myrick<br>302-225-7600 | Parcels Copy Center<br>230 N Market Street<br><br>Wilmington<br>DE<br><br>302-658-0900 | Multiple Inner City Deliveries<br><br>Wilmington<br>DE | |
| **Requested By** | | | |

| Parcels Division | Special Instructions |
|---|---|
| Courier | landis,ycst |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2 | Discounted Delivery | 5.00 | 10.00 |
| | | **Total** | **$10.00** |

**RECEIVED**
SEP 1 0 2009
Bifferato LLC

# Invoice

| Acct. No. | Date | Invoice # | Created From |
|---|---|---|---|
| 83 | 9/4/2009 | 198670 | Sales Order #131016 |

| Customer |
|---|
| 83 Bifferato, LLC |

**Bill To**

Amy Kiefer
Accounts Payable
Bifferato, LLC
800 King Street
P.O. Box 2165

**Parcels, Inc.**
INTEGRATED OUTSOURCED SERVICES

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431 51-02...



---

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 198670 | 83 Bifferato, LLC | | Net 30 | 10/4/2009 |

| Reference | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 08-826 | 9/4/2009 | 6:17 pm | Sales Order #131016 | 9/4/2009 |

| Contact | Pickup Information | Delivery Information | Attorney |
|---|---|---|---|
| 83 Bifferato, LLC : Erica Myrick 302-225-7600 | Bifferato, Gentilotti, Biden & Balick, LLC 800 King Street Wilmington DE 19806 302-429-1900 | Judge Christopher S. Sontchi 824 Market Street U.S. Bankruptcy Court, 5th Floor Wilmington DE 302-252-2900 | |
| Requested By | | | |

| Parcels Division | Special Instructions |
|---|---|
| Courier | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Discounted Delivery | 5.00 | 5.00 |
| | | **Total** | **$5.00** |

**RECEIVED**

SEP 1 0 2009

Bifferato LLC

# Invoice



INTEGRATED OUTSOURCED SERVICES

| Acct. No. | Date | Invoice # | Created From |
|---|---|---|---|
| 83 | 9/5/2009 | 198707 | Sales Order #131005 |

| Customer |
|---|
| 83 Bifferato, LLC |

**Bill To**
Amy Kiefer
Accounts Payable
Bifferato, LLC
800 King Street
P.O. Box 2165

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431 51-02...



Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 198707 | 83 Bifferato, LLC | Net 30 | 10/5/2009 |

| Reference #/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 08-826 | 9/4/2009 | 5:25 pm | Sales Order #131005 | 9/5/2009 |

| Contact | Job Detail |
|---|---|
| 83 Bifferato, LLC : Erica Myrick<br>302-225-7600<br><br>emyrick@bifferato.com | 1 doc service via mail |

| Caller |
|---|
|  |

| Parcels Division |
|---|
| Copy Center |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 15288 | Bankruptcy Service | 0.10 | 1,528.80 |
| 273 | Envelopes (Paper/Tyvek; 9.5" X 12.5") | 0.39 | 106.47 |
| 532.35 | USPS Postage | 1.00 | 532.35 |
| | **Total** | | **$2,167.62** |

**RECEIVED**
SEP 1 0 2009
Bifferato LLC

# Invoice

| Acct. No. | Date | Invoice # | Created From |
|---|---|---|---|
| 83 | 9/11/2009 | 199829 | Sales Order #132045 |

| Customer |
|---|
| 83 Bifferato, LLC |

**Bill To**
Amy Kiefer
Accounts Payable
Bifferato, LLC
800 King Street
P.O. Box 2165



**INTEGRATED OUTSOURCED SERVICES**

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431 51-02...



Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 199829 | 83 Bifferato, LLC | | Net 30 | 10/11/2009 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 08-826 | 9/11/2009 | 5:12 pm | Sales Order #132045 | 9/11/2009 |

| Contact | Job Detail |
|---|---|
| 83 Bifferato, LLC : Rachelle Schumacher<br>302-225-7600 | Service  ALL Mail  Doubleside doc |

| Caller |
|---|
|  |

| Parcels Division |
|---|
| Copy Center |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 8190 | Bankruptcy Service | 0.10 | 819.00 |
| 273 | Envelopes (Paper/Tyvek; 9.5" X 12.5") | 0.39 | 106.47 |
| 416.33 | USPS Postage | 1.00 | 416.33 |

| | Total | $1,341.80 |
|---|---|---|

RECEIVED
SEP 1 5 2009
Bifferato LLC