EXHIBIT "A"

**AMERICAN HOME MORTGAGE**
**Time Summary**
**August 1, 2009 to August 31, 2009**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| TONY LENDEZ | PARTNER | 12.7 | 750.00 | $9,525.00 |
| STEPHANIE L GIAMMARCO | PARTNER | 20.1 | 625.00 | 12,562.50 |
| DAVID E BERLINER | PARTNER | 33.9 | 610.00 | 20,679.00 |
| MICHELE MICHAELIS | DIRECTOR | 25.2 | 395.00 | 9,954.00 |
| CARL W BUSSE | MANAGER | 11.8 | 250.00 | 2,950.00 |
| CHRIS AWONG | SENIOR | 44.5 | 275.00 | 12,237.50 |
| MATTHEW J STEWART | SENIOR | 124.7 | 240.00 | 29,928.00 |
| SUSANNE CLEARY | SENIOR | 26.6 | 235.00 | 6,251.00 |
| CHRISTIE VITA | SENIOR | 5.0 | 235.00 | 1,175.00 |
| SAM BROWN | SENIOR | 78.3 | 225.00 | 17,617.50 |
| NAUSHON E VANDERHOOP | SENIOR | 2.4 | 185.00 | 444.00 |
| KEVIN REINLE | STAFF | 1.7 | 210.00 | 357.00 |
| JASON M FRIEDMAN | STAFF | 4.7 | 180.00 | 846.00 |
| WILLIAM T WILEY | STAFF | 2.5 | 180.00 | 450.00 |
| MARISSA HERMANN | STAFF | 4.4 | 150.00 | 660.00 |
| MARISSA A DEVITO | STAFF | 23.3 | 125.00 | 2,912.50 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 8.5 | 150.00 | 1,275.00 |
| | **SUBTOTAL:** | **430.3** | | **129,824.00** |
| *Travel Time (billed at ½ rate)* | | | | |
| MATTHEW J STEWART | SENIOR | 2.0 | 120.00 | 240.00 |
| | **SUBTOTAL:** | **2.0** | | **240.00** |
| | **TOTAL:** | **432.3** | | **$130,064.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

### A.      ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/21/2009 | M.S. | Reviewed claims updated sent by the Debtors. | 0.4 |
| 8/26/2009 | D.B. | Reviewed summary of open claims after incorporating results from 8/11/2009 court hearing and prepared comments for staff. | 0.5 |
| 8/26/2009 | M.S. | Correspondence with M. Michaelis and D. Berliner regarding claims and Effective Date analysis. | 0.3 |
| 8/27/2009 | D.B. | Met with M. Stewart re: comments on claims summary, additional work to be performed and additional information required. | 0.6 |
| 8/27/2009 | M.M. | Discussions with M. Stewart re: claims. | 0.3 |
| 8/27/2009 | M.M. | Revisited updated cash information, asset recovery information and claims. | 0.3 |
| 8/27/2009 | M.S. | Reviewed priority and administrative claims - open amounts. | 2.4 |
| 8/27/2009 | M.S. | Reviewed admin and priority claims adjustments on Effective Date analysis. | 0.4 |
| 8/28/2009 | M.M. | Discussed claims update. | 0.2 |
| 8/28/2009 | M.S. | Reviewed and analyzed remaining SAP claims. | 2.8 |
| 8/28/2009 | M.S. | Discussion with staff regarding analysis of SAP Claims. | 0.3 |
| 8/28/2009 | W.W. | Obtained copies of claims for analysis. | 0.9 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

**A.     ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/30/2009 | M.S. | Reviewed SAP open claims schedule. | 0.3 |
| 8/31/2009 | M.M. | Reviewed update SAP claim information including correspondence with Counsel re: reserves. | 0.3 |
| 8/31/2009 | M.M. | Discussed with D. Berliner and M. Stewart employee retentions, cash and claims. | 0.3 |
| 8/31/2009 | M.S. | Analyzed material open SAP claims including adjourned and objection in process claims. | 3.6 |
| 8/31/2009 | M.S. | Reviewed materials prepared by W. Wiley regarding SAP Claims. | 1.4 |
| 8/31/2009 | M.S. | Discussion with M. Michaelis regarding SAP claims and cash flow. | 0.3 |
| 8/31/2009 | M.S. | Prepared notes on SAP claims for D. Berliner and M. Michaelis. | 1.3 |
| 8/31/2009 | W.W. | Obtained copies of claims for analysis. | 1.6 |
| | | **TOTAL:** | **18.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.1 | 610.00 | 671.00 |
| M. MICHAELIS (M.M.) | 1.4 | 395.00 | 553.00 |
| M. STEWART (M.S.) | 13.5 | 240.00 | 3,240.00 |
| W. WILEY (W.W.) | 2.5 | 180.00 | 450.00 |
| **TOTAL:** | **18.5** | | **4,914.00** |

### AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### August 1, 2009 to August 31, 2009

**B.     TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/20/2009 | M.S. | Discussion with Debtors and D. Berliner regarding tax returns. | 0.2 |
| | | **TOTAL:** | **0.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 0.2 | 240.00 | 48.00 |
| **TOTAL:** | **0.2** | | **48.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2009 to August 31, 2009**

**C.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/1/2009 | S.G. | *5/11/09 - Discussion with team re: analyses to be performed. Discussion of preference payments and analysis. | 1.0 |
| 8/1/2009 | S.G. | *6/5/09 - Discussion with S. Brown re: work performed and status of additional analyses. Follow-up discussion with S. Brown, M. Michaelis and C. Awong re: analyses to be performed, including 5, 7, and 10 day potential preference reports. | 1.0 |
| 8/1/2009 | S.G. | *6/12/09 - Discussion with team re: analysis performed and additional requests. | 0.4 |
| 8/1/2009 | S.G. | *6/17/09 - Discussion with team re: work performed on vendor file for preference payments. | 0.2 |
| 8/1/2009 | S.G. | *7/6/09 - Discussions with team re: new value model and items identified for program modifications. | 1.8 |
| 8/1/2009 | S.G. | *7/7/09 - Conducted ranking analysis with team. Provided results to others for review. | 0.8 |
| 8/1/2009 | S.G. | *7/9/09 - Discussion with team re: work being performed for new value model. | 0.2 |
| 8/1/2009 | S.G. | *7/29/09 - Discussion with team re: historical data and new value model. Follow-up discussion with team re: analysis and data received. | 1.5 |
| 8/1/2009 | S.G. | *7/30/09 - Discussion with team re: historical vendor analysis and resulting schedule including ranking. | 0.8 |

**\*Items not previously included in prior fee applications filed.**

### AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

### C.      PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/1/2009 | S.G. | *7/30/09 - Discussion with team re: CDW vendor. | 0.6 |
| 8/1/2009 | S.G. | *7/30/09 - Analysis of check paid v. invoice line items. Reviewed line item characteristics to determine differences between checks paid and invoice line items.  Discussion with team re: same. | 2.5 |
| 8/1/2009 | S.G. | *7/31/09 - Discussions with team re: historical analysis results re: check amounts and invoices paid. Reviewed analysis of ranks without historical data. | 1.0 |
| 8/3/2009 | J.F. | Contacted Debtors to obtain information on Pennsylvania Housing Finance Agency for preference analysis. | 0.4 |
| 8/3/2009 | M.M. | Reviewed preference related information and correspondence. | 0.8 |
| 8/3/2009 | M.M. | Reviewed correspondence and updates re: preferences. | 1.1 |
| 8/3/2009 | S.B. | Quality checked and corrected report for vendors with no historical data. | 3.2 |
| 8/3/2009 | S.G. | Discussion with team re: vendors without historical data | 0.5 |
| 8/4/2009 | C.A. | Per request from Counsel, investigated instances where checks bounced, yet were not listed on JP Morgan's check stop payment list.  Communicated issues to Counsel and BDO team. | 1.1 |
| 8/4/2009 | C.A. | Per request from Counsel, investigated the type of payments made to entity Pennsylvania Housing Finance Agency, such as communication with the Debtors, review of support attached to payments, review of G/L codes used, etc. | 1.4 |

**\*Items not previously included in prior fee applications filed.**

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

### C.      PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/4/2009 | C.A. | Per request from Counsel, researched various information (such as legal entity name, address, corporate structure) related to the three Verizon related entities (Verizon, Verizon Wireless, and Verizon Network Integration). Drafted and submitted e-mail with support attachments to Counsel. | 2.2 |
| 8/4/2009 | C.A. | Supervised J. Friedman in completing various requests for Counsel, including verifying that the Cadwalader invoices matched the Debtors' records and researching data for the three Verizon related entities. | 0.8 |
| 8/4/2009 | C.A. | Met with S. Brown to discuss data issues with the one year pre-preference payment data. | 1.1 |
| 8/4/2009 | J.F. | Analyzed Cadwalader invoices in comparison to the Debtors' preference schedule amounts. | 1.2 |
| 8/4/2009 | J.F. | Recovered the invoice for Verizon Network Integration Corporation for the Counsel of the Committee to identify the legal entity name for preference analysis. | 0.4 |
| 8/4/2009 | J.F. | Recovered invoices and W9's associated with Verizon to determine the legal entity names of the Verizon entities paid during the preference period for UCC Counsel. | 1.8 |
| 8/4/2009 | J.F. | Searched for and recovered invoices for WarehouseLine Ltd for invoices paid during the preference period. | 0.3 |

### AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

### C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/4/2009 | M.M. | Reviewed preference related information. | 0.9 |
| 8/4/2009 | S.B. | New Value including vendors that have no potential preference or new value. | 2.2 |
| 8/5/2009 | C.A. | Per request from Counsel, discussed structure and form of payments to Mortgage Guaranty Insurance Corp in reference to Lenders Paid Mortgage Insurance. Communicated information to Counsel. | 0.9 |
| 8/5/2009 | C.A. | Per request from Counsel, researched and provided legal entity name for vendor Ocwen. | 0.7 |
| 8/5/2009 | C.A. | Supervised J. Friedman in regards to various requests by Counsel, tracking and updating open items list. | 0.8 |
| 8/5/2009 | C.A. | Met with BDO EDI Group to discuss the status of the one year historical payments data and the new value preference model. | 1.1 |
| 8/5/2009 | M.M. | Attended preference update meeting and discussed status of work to date. | 1.6 |
| 8/5/2009 | S.B. | Reviewed historical data update email for preference analysis. | 1.0 |
| 8/5/2009 | S.G. | Discussion with team re: work to be performed and work performed to date for preference analysis. Discussion re: analysis of historical data and data anomalies observed. Review of analyses provided to date. | 1.2 |
| 8/6/2009 | C.A. | Per request from Counsel, coordinated pre-preference wire data from the Debtors, including phone call with the Debtors to discuss approach. | 0.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2009 to August 31, 2009**

**C.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/6/2009 | M.M. | Reviewed current correspondence re: preferences. | 0.2 |
| 8/7/2009 | C.A. | On behalf of Counsel, researched and communicated with the Debtors regarding a preference defense put forward by vendor National Professional Appraisals.  Drafted and submitted e-mail to Counsel. | 1.2 |
| 8/7/2009 | C.A. | Reviewed historical (pre-preference) payment data extracted by S. Brown for duplicate check numbers. | 1.3 |
| 8/7/2009 | M.M. | Preference related update meeting to discuss status of preference work. | 0.5 |
| 8/7/2009 | S.B. | Finished formatting for historical data report for preference analysis. | 3.3 |
| 8/10/2009 | S.B. | Prepared historical data formatted report for preference analysis. | 2.1 |
| 8/10/2009 | S.G. | Reviewed historical data report for preference analysis. Discussion with team re: same.  Discussion of outstanding analyses to be performed. Prepared for internal status meeting on Wednesday. | 0.8 |
| 8/11/2009 | S.B. | Met with C. Awong on historical data analysis for preference analysis. | 1.0 |
| 8/12/2009 | C.B. | Met with S. Giammarco and S. Brown to discuss status, next steps, and new requirements for next phase for preference analysis. Reviewed current procedure and documented potential changes. | 1.2 |
| 8/12/2009 | M.M. | Discussed status of preference files with C. Awong. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/12/2009 | M.M. | Reviewed correspondence re: employee notification letter and preferences and prepared for update call. | 0.4 |
| 8/12/2009 | S.B. | Reported check amounts not matching line item totals for preference analysis. | 2.1 |
| 8/12/2009 | S.B. | Created Data Analytics report tracking sheet for preference analysis. | 0.8 |
| 8/12/2009 | S.B. | New value report conference call with C. Busse and S. Giammarco. | 0.8 |
| 8/12/2009 | S.G. | Discussion with team re: outstanding To Do list items for preference analysis.  Discussion re: status of New Value Model. | 1.2 |
| 8/13/2009 | C.A. | Prepared for conference call with Counsel, including summarizing and analyzing the status of preference analysis prepared by Counsel. | 1.1 |
| 8/13/2009 | C.A. | Met with S. Brown and S. Giammarco to discuss timing and procedures to prepare pre-preference data for Counsel. | 1.2 |
| 8/13/2009 | C.A. | Drafted memo to BDO team summarizing the call with Counsel to discuss the status of the preference analyses, and the next steps. | 0.8 |
| 8/13/2009 | C.A. | Per request from Counsel, researched the legal entity name of the Debtors entity that made the check payments to vendor CareerBuilder.  Corresponded with the Debtors and communicated findings to Counsel. | 0.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/13/2009 | C.B. | Modified current New Value procedure to account for several ranks that have a negative potential as the first potential preference. Reconciled and analyzed unused new value results. | 3.6 |
| 8/13/2009 | D.B. | Met with C. Awong re: status of preference analysis work; work to be done and timing; attend part of conference call with counsel and RMS re: work plan. | 0.7 |
| 8/13/2009 | M.M. | Reviewed correspondence re: preferences. | 0.3 |
| 8/13/2009 | M.S. | Discussions with C. Awong regarding preferences. | 0.2 |
| 8/13/2009 | S.B. | Weekly meeting with C. Awong and S. Giammarco to discuss Historical Data report per Vendor for preference analysis. | 1.1 |
| 8/13/2009 | S.B. | Historical data per vendor programming for preference analysis. | 3.4 |
| 8/13/2009 | S.G. | Discussion with team re: Historical data and work to be performed for preference analysis.  Discussion re: work plan and outstanding tasks. | 1.0 |
| 8/14/2009 | C.A. | Followed up with the Debtors and Counsel regarding various open issues such including Company Paid Appraisals, pre-preference wire payment data, search for various vendor addresses, and the preference defendant's assertion of bounced checks, etc. | 2.9 |
| 8/14/2009 | C.A. | Reviewed and coordinated requested checks on behalf of Counsel (H&H and RMS) for preference analysis. | 1.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/14/2009 | D.B. | Reviewed memorandum from C. Awong re: status of preference analysis and next steps. | 0.2 |
| 8/14/2009 | M.M. | Reviewed and discussed preference and cause of action updates. | 0.3 |
| 8/14/2009 | S.B. | Historical data per vendor programming to read master historical data file for preference analysis. | 2.9 |
| 8/14/2009 | S.B. | Historical data per vendor programming to save master historical data file for preference analysis. | 2.9 |
| 8/14/2009 | S.G. | Correspondence with team re: status of 1200 vendor historical information for preference analysis. | 0.4 |
| 8/16/2009 | S.B. | Historical data per vendor programming to debug saving vendor info to file for preference analysis. | 3.4 |
| 8/16/2009 | S.B. | Historical data per vendor programming to speed up master file search for vendor data for preference analysis. | 3.1 |
| 8/17/2009 | C.A. | Prepared a comprehensive schedule of checks requested by Counsel (H&H and RMS) based on preference matters sued upon. | 2.8 |
| 8/17/2009 | C.B. | Modified updated procedure to analyze those ranks where the results were different from previous procedure and reconciled results. | 4.1 |
| 8/17/2009 | M.D. | Created Historical Data reports for group of vendors for preference analysis. | 4.7 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/17/2009 | M.D. | Created additional historical data reports for other vendors for preference analysis. | 4.4 |
| 8/17/2009 | M.M. | Reviewed status of preferences. | 0.1 |
| 8/17/2009 | S.B. | Historical data per vendor programming for vendor file formatting for preference analysis. | 3.0 |
| 8/17/2009 | S.B. | Historical data per vendor quality check of manual data extraction process for preference analysis. | 0.4 |
| 8/17/2009 | S.B. | Historical data per vendor programming for summary file for preference analysis. | 2.8 |
| 8/17/2009 | S.B. | Historical data per vendor programming to debug formatting for vendor files for preference analysis. | 2.6 |
| 8/17/2009 | S.B. | Historical data per vendor, set up for manual process to create one file per vendor for preference analysis. | 1.2 |
| 8/18/2009 | C.A. | Reviewed payment support (including lease termination agreement) in reference to a check payment to the Debtors' tenant Laden Thalmann.  Coordinated response with the Debtors and drafted detailed explanation to Counsel. | 2.1 |
| 8/18/2009 | C.A. | Coordinated with both Counsel and JP Morgan regarding obtaining check copies for preference analysis. | 0.9 |
| 8/18/2009 | C.A. | Per request from Counsel, verified the existence of unpaid invoices asserted by vendor AT Conference. | 1.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/18/2009 | C.B. | Reconciled and spot checked several tier 3 updated ranks versus the original data and documented results. | 2.9 |
| 8/18/2009 | M.D. | Created Historical Data reports for a group of vendors for preference analysis. | 4.4 |
| 8/18/2009 | M.D. | Created historical data reports for other additional vendors for preference analysis. | 3.8 |
| 8/18/2009 | M.M. | Reviewed correspondence re: preferences. | 0.3 |
| 8/18/2009 | S.B. | Programmed vendor files for header/footer alignment to extract data needed for historical preference data. | 2.3 |
| 8/18/2009 | S.B. | Created empty vendor files for vendors with no historical data for preference analysis. | 1.5 |
| 8/18/2009 | S.B. | Quality checked and corrected vendor files vs. master file data for preference analysis. | 2.5 |
| 8/18/2009 | S.B. | Programmed for quality check of manual vendor files vs. master file for preference analysis. | 3.2 |
| 8/19/2009 | C.A. | Researched preference defendant's (Sigmund Balaban) assertion that it did not receive three specified check payments.  Discussed with the Debtors and researched nexus between vendors Sigmund Balaban and Metropolitan Telecommunication. | 1.3 |
| 8/19/2009 | C.A. | Coordinated with both Counsel and JP Morgan regarding obtaining check copies. | 1.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2009 to August 31, 2009**

**C.     PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/19/2009 | C.A. | Met with S. Giammarco and S. Brown (BDO EDI Group) to discuss status of extracting historical data for Counsel and to obtain a status of the preference model.  Reviewed historical data for consistency and quality. | 1.9 |
| 8/19/2009 | C.V. | Prepared Historical Data reports per vendor for preference analysis. | 1.2 |
| 8/19/2009 | M.D. | Prepared Historical Data reports for a group of vendors for preference analysis. | 1.0 |
| 8/19/2009 | M.M. | Reviewed current correspondence re: preferences and employees. | 0.6 |
| 8/19/2009 | M.S. | Correspondence with M. Michaelis and C. Awong regarding preferences. | 0.2 |
| 8/19/2009 | S.B. | Met with C. Awong and S. Giammarco to discuss historical data reports for preference analysis. | 1.0 |
| 8/19/2009 | S.B. | Renamed vendor file tab names to match vendor name. | 2.6 |
| 8/19/2009 | S.B. | Renumbered historical data files to extract data needed for preference analysis. | 3.1 |
| 8/19/2009 | S.B. | Prepared C. Vita and M. Devito for renumbering historical data files process to extract data needed for preference analysis. | 1.2 |
| 8/19/2009 | S.B. | Quality checked and renamed vendor file tab names for preference analysis. | 1.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2009 to August 31, 2009**

C.     PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/19/2009 | S.G. | Discussion re: historical payments and next steps. Reviewed quality check of historical payments. Discussed results with team. | 1.7 |
| 8/20/2009 | C.A. | Final coordination with S. Brown (BDO EDI) to deliver the pre-preference payments data to Counsel, including set up of secured data site and final review of work product. | 2.2 |
| 8/20/2009 | C.A. | Per request from Counsel, researched and provided invoices paid to vendor USPS in order to determine prepayment or contemporaneous exchange defense. | 0.8 |
| 8/20/2009 | C.V. | Prepared Historical Data reports per vendor for preference analysis. | 3.8 |
| 8/20/2009 | M.D. | Prepared Historical Data reports for a group of vendors for preference analysis. | 3.7 |
| 8/20/2009 | M.M. | Reviewed current update on status of preference analysis, historical ordinary course information and Counsel requests. | 0.4 |
| 8/20/2009 | S.B. | Final quality check of vendor historical data for preference analysis. | 0.9 |
| 8/20/2009 | S.B. | Renumbered historical data files for preference analysis. | 1.5 |
| 8/20/2009 | S.B. | Prepared delivery of vendor historical data files to client for preference analysis. | 1.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/20/2009 | S.B. | Recovered deleted folder containing historical data for preference analysis. | 0.8 |
| 8/21/2009 | M.M. | Preference items review and update. | 0.3 |
| 8/21/2009 | S.B. | Converted 1202 excel files for historical data to Office 2003 version for preference analysis. | 3.3 |
| 8/21/2009 | S.B. | Reviewed 1202 excel files with historical data.  Prepared for converting to 2003 version for preference analysis. | 2.9 |
| 8/22/2009 | S.B. | Converted 1202 excel files of historical data to 2003 version and prepared for delivery for preference analysis. | 4.0 |
| 8/24/2009 | M.M. | Review and correspondence with regard to historical data on preference items. | 0.2 |
| 8/26/2009 | C.A. | Per request from Counsel, researched which Debtor entity American Brokers Conduit was a d/b/a for.  Provided initial results to Counsel. | 1.6 |
| 8/26/2009 | C.A. | Attended a meeting with S. Giammarco and S. Brown (BDO – EDI) to discuss issues encountered in historical data prepared for Counsel, as well as to discuss the preference model prepared by the EDI Group. | 0.9 |
| 8/26/2009 | M.D. | Quality checked new value rates for preference analysis. | 1.3 |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## C.     PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/26/2009 | S.B. | Weekly meeting with C. Awong to discuss New Value Report for preference analysis. | 1.0 |
| 8/26/2009 | S.G. | Meeting with team re: New Value model. Discussion with team re: quality check and additional analyses to be performed for preference analysis. | 1.5 |
| 8/27/2009 | C.A. | Per request from Counsel, communicated with both the Debtors' Assistant Controller and in-house Counsel regarding any potential nexus between American Business Conduit LLC and AHM Corporate.  Based on various analyses and discussions, drafted and communicated findings to various members of Counsel. | 1.7 |
| 8/27/2009 | C.A. | Contacted the Debtors in regards to the status of various open items in relations to vendors CDW, Mortgage Guaranty, and Planned Office.  Communicated the status to Counsel. | 0.3 |
| 8/27/2009 | C.A. | Coordinated with JP Morgan regarding the production of check copies. | 0.6 |
| 8/28/2009 | C.A. | Per request from Counsel, followed up regarding asserted bounced checks to vendor Planned Office, contacted the Debtors to verify payment information, and also reviewed invoices referenced in check payments #304112 and 326315.  Communicated results to Counsel in an excel schedule. | 1.8 |
| 8/28/2009 | C.A. | Per request from Counsel, reviewed invoice paid to vendor Allregs and communicated with Debtors regarding nature and period of services provided.  Communicated results to Counsel. | 1.1 |
| | | **TOTAL:** | **195.7** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2009 to August 31, 2009**

**C.      PREFERENCE ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| S. GIAMMARCO (S.G.) | 20.1 | 625.00 | 12,562.50 |
| D. BERLINER (D.B.) | 0.9 | 610.00 | 549.00 |
| M. MICHAELIS (M.M.) | 8.2 | 395.00 | 3,239.00 |
| C. AWONG (C.A.) | 43.6 | 275.00 | 11,990.00 |
| C. BUSSE (C.B.) | 11.8 | 250.00 | 2,950.00 |
| M. STEWART (M.S.) | 0.4 | 240.00 | 96.00 |
| C. VITA (C.V.) | 5.0 | 235.00 | 1,175.00 |
| S. BROWN (S.B.) | 78.3 | 225.00 | 17,617.50 |
| J. FRIEDMAN (J.F.) | 4.1 | 180.00 | 738.00 |
| M. DEVITO (M.D.) | 23.3 | 125.00 | 2,912.50 |
| **TOTAL:** | **195.7** | | **53,829.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

### D.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/1/2009 | T.L. | *4/30/09 - Read SEC complaint and noted my comments; discussed with D. Berliner. | 2.8 |
| 8/3/2009 | D.B. | Reviewed revised draft report for Hahn & Hessen re: Issue #1 for UCC investigation and prepared comments. | 4.0 |
| 8/3/2009 | M.S. | Reviewed causes of action report drafts sent to M. Michaelis. | 0.6 |
| 8/4/2009 | D.B. | Reviewed revised draft report for Hahn & Hessen re: Issues #2 and 3 for UCC investigation and prepared comments. | 2.3 |
| 8/4/2009 | M.S. | Revised American Home Mortgage Causes of Action Report based on D. Berliner's comments and concerns. | 3.2 |
| 8/4/2009 | M.S. | Correspondences with M. Michaelis and S. Cleary regarding causes of action report and call with Debtors. | 0.7 |
| 8/4/2009 | M.S. | Correspondences with S. Cleary regarding causes of action investigation and report. | 0.6 |
| 8/4/2009 | M.S. | Reviewed and revised causes of action reports for counsel. | 3.8 |
| 8/5/2009 | J.F. | Prepared materials per M. Stewart for UCC investigation. | 0.5 |

**\*Item not previously included in prior fee applications filed.**

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

### D.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/5/2009 | M.M. | Updated cause of action memo and status. | 0.6 |
| 8/5/2009 | M.M. | Reviewed additional WL Ross settlement data in advance of call. | 0.3 |
| 8/5/2009 | M.S. | Correspondences with S. Cleary regarding causes of action investigation. | 0.4 |
| 8/5/2009 | M.S. | Reviewed WL Ross settlement stipulation. | 0.8 |
| 8/5/2009 | M.S. | Reviewed and revised causes of action draft memos. | 1.2 |
| 8/5/2009 | S.C. | Reviewed and updated report on D&T's response. | 2.4 |
| 8/7/2009 | D.B. | Reviewed memo from counsel re: Waterfield litigation budget. | 0.1 |
| 8/7/2009 | D.B. | Reviewed memo from counsel re: status of Waterfield litigation. | 0.1 |
| 8/7/2009 | D.B. | Reviewed YCST Draft dated 8/3/2009 re: settlement agreement with WL Ross. | 0.7 |
| 8/7/2009 | M.S. | Discussion with D. Berliner regarding causes of action investigation. | 0.2 |
| 8/7/2009 | T.L. | Reviewed memorandum related to issues being investigated by UCC. | 2.0 |
| 8/12/2009 | M.S. | Indexed documents related to causes of action investigation. | 0.7 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## D.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/13/2009 | M.S. | Discussion with S. Cleary regarding the causes of action investigation. | 0.1 |
| 8/14/2009 | D.B. | Met with T. Lendez re: comments on BDO report to Hahn & Hessen re: UCC investigation Issue #1; reviewed comments and discussed with M. Stewart. | 0.6 |
| 8/14/2009 | M.S. | Discussion with D. Berliner regarding causes of action investigation. | 0.2 |
| 8/14/2009 | M.S. | Reviewed revisions and comments on causes of action report. | 0.6 |
| 8/14/2009 | M.S. | Indexed documents related to causes of action investigation. | 1.3 |
| 8/14/2009 | T.L. | Reviewed memorandum related to issues identified in UCC investigation. | 2.0 |
| 8/17/2009 | D.B. | Met with T. Lendez re: comments on UCC Investigation issues #2 & 3; reviewed comments and discussed with M. Michaelis. | 0.7 |
| 8/17/2009 | M.M. | Discussed status of cause of action memo and effective date cash. | 0.3 |
| 8/17/2009 | S.C. | Reviewed documents for the causes of action investigation. | 4.4 |
| 8/17/2009 | S.C. | Prepared materials for the causes of action report. | 4.3 |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## D.     LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/17/2009 | T.L. | Finished review of memorandum on UCC investigation and provided my comments and observations to D. Berliner. | 4.2 |
| 8/18/2009 | S.C. | Reviewed documents for the causes of action investigation. | 3.6 |
| 8/18/2009 | S.C. | Prepared materials for the causes of action report. | 4.2 |
| 8/19/2009 | D.B. | Met with T. Lendez and M. Stewart re: BDO Report to Hahn & Hessen re: UCC investigation and D&O settlement, reviewed news articles on settlement. | 0.3 |
| 8/19/2009 | M.S. | Reviewed WARN settlement agreement. | 0.3 |
| 8/19/2009 | M.S. | Discussion with staff regarding causes of action memo and revisions. | 0.2 |
| 8/19/2009 | T.L. | Discussions with D. Berliner regarding the recent settlement on the securities litigation; forwarded article to D. Berliner regarding settlement. | 0.5 |
| 8/21/2009 | M.S. | Meetings with S. Cleary and T. Lendez regarding the causes of action investigation. | 1.7 |
| 8/21/2009 | M.S. | Meetings with T. Lendez regarding the causes of action investigation. | 0.4 |
| 8/21/2009 | M.S. | Reviewed causes of action report draft and made revisions based on discussions with T. Lendez. | 1.7 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## D.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/21/2009 | M.S. | Reviewed SEC regulations and updated to SAS. | 0.6 |
| 8/21/2009 | S.C. | Updated Potential Causes of Action report. | 3.4 |
| 8/21/2009 | S.C. | Discussions with T. Lendez and M. Stewart regarding Potential Causes of Action report. | 1.7 |
| 8/21/2009 | T.L. | Discussions with BDO Team regarding my comments on the memorandum, including researching relevant GAAS, GAAP, and SEC requirements (SAB 102). | 1.2 |
| 8/24/2009 | S.C. | Updated Potential Causes of Action report. | 2.6 |
| 8/25/2009 | M.S. | Reviewed finding in the causes of action investigation. | 2.2 |
| 8/25/2009 | M.S. | Discussion with S. Cleary regarding the causes of action investigation. | 0.2 |
| 8/26/2009 | M.S. | Reviewed updated causes of action investigation report to give to counsel. | 3.8 |
| 8/26/2009 | M.S. | Reviewed accounting standards, SEC regulations and PCAOB requirements. | 1.4 |
| 8/27/2009 | D.B. | Final review of BDO Report to UCC counsel re: UCC Investigation, prepared final comments and discussed with M. Stewart. | 3.1 |
| 8/27/2009 | K.R. | Prepared supporting documentation for causes of action report. | 1.4 |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## D.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/27/2009 | M.M. | Reviewed, discussed and finalized cause of action memo. | 1.1 |
| 8/27/2009 | M.S. | Prepared materials for counsel regarding causes of action investigation. | 2.2 |
| 8/27/2009 | M.S. | Revised final draft of findings for counsel and finalized draft. | 1.8 |
| 8/28/2009 | M.S. | Discussion with M. Michaelis regarding causes of action and SAP claims. | 0.2 |
| | | **TOTAL:** | **86.5** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| T. LENDEZ (T.L.) | 12.7 | 750.00 | 9,525.00 |
| D. BERLINER (D.B.) | 11.9 | 610.00 | 7,259.00 |
| M. MICHAELIS (M.M.) | 2.3 | 395.00 | 908.50 |
| M. STEWART (M.S.) | 31.1 | 240.00 | 7,464.00 |
| S. CLEARY (S.C.) | 26.6 | 235.00 | 6,251.00 |
| K. REINLE (K.R.) | 1.4 | 210.00 | 294.00 |
| J. FRIEDMAN (J.F.) | 0.5 | 180.00 | 90.00 |
| **TOTAL:** | **86.5** | | **31,791.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2009 to August 31, 2009**

**E.      ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/3/2009 | M.M. | Reviewed information re: loan sales. | 0.6 |
| 8/6/2009 | M.M. | Reviewed information regarding sale of final construction loans. | 0.2 |
| 8/6/2009 | M.S. | Reviewed construction loans and potential sale to MAR. | 0.3 |
| 8/7/2009 | M.S. | Correspondence regarding the construction loans. | 0.1 |
| 8/19/2009 | M.M. | Reviewed updates on asset pool sales and budget issues. | 0.6 |
| | | **TOTAL:** | **1.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 1.4 | 395.00 | 553.00 |
| M. STEWART (M.S.) | 0.4 | 240.00 | 96.00 |
| **TOTAL:** | **1.8** | | **649.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2009 to August 31, 2009**

**F.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/3/2009 | D.B. | E-mail from D. Pasternak re: construction loans. | 0.1 |
| 8/3/2009 | M.M. | Correspondence with Debtors and internal re: bank. | 0.3 |
| 8/4/2009 | M.M. | Conference call with Debtors re: current update. | 0.7 |
| 8/4/2009 | M.S. | Prepared for and conference call with Debtors regarding updated issues. | 0.6 |
| 8/5/2009 | D.B. | Reviewed e-mails from B. Fernandez re: communication with employees and discussed with M. Michaelis and M. Stewart. | 0.3 |
| 8/6/2009 | D.B. | Reviewed e-mail from D. Pasternak re: construction loan update and conference call with AHM & Zolfo Cooper to dismiss next steps for disposal of loans. | 0.3 |
| 8/6/2009 | M.S. | Call with the Debtors regarding the mortgage loans. | 0.2 |
| 8/7/2009 | D.B. | Conference call with Debtors, M. Indelicato and Cadwalader re: Waterfield litigation status. | 0.7 |
| 8/10/2009 | D.B. | E-mails with B. Fernandez re: AHM proposed letter to employees and next steps. | 0.5 |
| 8/12/2009 | D.B. | Reviewed e-mail from B. Fernandez re: actual communication to AHM employees. | 0.1 |
| 8/12/2009 | D.B. | Conference call with Zolfo Cooper re: case status update. | 0.8 |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## F.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/12/2009 | D.B. | E-mails with B. Fernandez and S. Martinez re: status of D&O settlement. | 0.4 |
| 8/12/2009 | M.M. | Conference call with Zolfo re: update. | 0.9 |
| 8/12/2009 | M.S. | Call with Zolfo Cooper regarding status of issues. | 0.9 |
| 8/13/2009 | D.B. | E-mail to B. Fernandez and S. Martinez re: filing of motion for D&O settlement. | 0.1 |
| 8/13/2009 | M.S. | Correspondences with S. Martinez regarding site trip and employees. | 0.2 |
| 8/18/2009 | D.B. | Telephone call with S. Martinez re: case status update and issues. | 0.4 |
| 8/18/2009 | M.M. | Participated in conference call with Zolfo. | 0.6 |
| 8/18/2009 | M.S. | Weekly call with the Debtors. | 0.4 |
| 8/18/2009 | M.S. | Discussion with S. Martinez regarding servers and status of decommissioning project. | 0.2 |
| 8/21/2009 | M.S. | Discussion with Debtors and D. Berliner regarding claims. | 0.2 |
| 8/26/2009 | D.B. | Conference call with Debtor professionals, Hahn & Hessen and Cadwalader re: Waterfield litigation. | 0.7 |
| 8/26/2009 | M.M. | Weekly update call with Zolfo Cooper. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2009 to August 31, 2009**

**F.       MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/26/2009 | M.S. | Weekly conference call with Zolfo Cooper. | 0.7 |
| 8/26/2009 | M.S. | Prepared for the weekly conference call with Zolfo Cooper. | 0.4 |
| 8/27/2009 | M.S. | Discussion and correspondences with the Debtors, counsel and D. Berliner regarding SAP Claims. | 0.8 |
| | | **TOTAL:** | **12.1** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.4 | 610.00 | 2,684.00 |
| M. MICHAELIS (M.M.) | 3.1 | 395.00 | 1,224.50 |
| M. STEWART (M.S.) | 4.6 | 240.00 | 1,104.00 |
| **TOTAL:** | **12.1** | | **5,012.50** |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

### G.      REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/4/2009 | M.M. | Reviewed update memo for counsel based on call with Zolfo. | 0.2 |
| 8/17/2009 | M.S. | Revised Effective Date memo for counsel based on M. Michaelis revisions and comments. | 0.8 |
| 8/17/2009 | M.S. | Prepared report for counsel (update on cash requirements to go Effective and current cash flow). | 2.7 |
| 8/18/2009 | D.B. | Reviewed summary of case status update for counsel and prepared comments. | 0.3 |
| 8/18/2009 | M.S. | Prepared update for counsel regarding current events. | 0.6 |
| 8/18/2009 | M.S. | Prepared memo regarding Post Effective plans and employees. | 3.2 |
| 8/19/2009 | D.B. | Reviewed BDO memo re: updated cash needed to 'go effective' analysis and prepared comments. | 0.8 |
| 8/19/2009 | D.B. | Met with M. Michaelis and M. Stewart re: comments on case status update and BDO memo; discussed work to be done to prepare for UCC conf call. | 0.7 |
| 8/19/2009 | M.H. | Edited BDO Report per M. Stewart's comments. | 1.1 |
| 8/19/2009 | M.M. | Discussed edits to Committee update and effective date cash memos for counsel and Committee. | 0.6 |
| 8/19/2009 | M.S. | Prepared employee memo for S. Sass. | 3.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2009 to August 31, 2009**

## G.      REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/19/2009 | M.S. | Prepared the Effective Date analysis report for counsel. | 2.6 |
| 8/20/2009 | D.B. | Reviewed draft report to UCC re: financial update and prepared comments. | 1.4 |
| 8/20/2009 | D.B. | Reviewed initial draft report to Hahn & Hessen and Creditor Trustee re: BDO evaluation of remaining employees compensation, roles and work to be done; prepared comments and inserts. | 2.7 |
| 8/20/2009 | D.B. | Met with M. Stewart re: comments on memo on AHM employee's and work to be done. | 0.4 |
| 8/20/2009 | M.H. | Edited BDO Report per M. Stewart's comments. | 3.3 |
| 8/20/2009 | M.M. | Reviewed and discussed employee retention options and memo. | 0.6 |
| 8/20/2009 | M.S. | Prepared the Committee report for 8/20/09 meeting. | 2.6 |
| 8/20/2009 | M.S. | Revised Committee report based on D. Berliner's comments. | 0.6 |
| 8/20/2009 | M.S. | Prepared employee memo for S. Sass. | 2.7 |
| 8/20/2009 | M.S. | Discussion and correspondences with D. Berliner regarding employees and memo. | 0.6 |
| 8/20/2009 | M.S. | Revised and updated employee memo based on D. Berliner's comments. | 2.6 |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## G.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/21/2009 | D.B. | Finalized memo to S. Sass and Hahn and Hessen re: BDO analysis of remaining AHM employee's. | 0.8 |
| 8/21/2009 | K.R. | Reviewed report; made edits and revisions. | 0.3 |
| 8/21/2009 | M.M. | Reviewed updated cash flow report and correspondence re: emergence. | 0.7 |
| 8/21/2009 | M.M. | Reviewed and discussed updated employee report. | 0.6 |
| 8/21/2009 | M.S. | After meeting with D. Berliner made final revisions to employee memo for communication with Trustee. | 1.4 |
| 8/21/2009 | M.S. | Worked on AHM update memo regarding employees and remaining tasks to be performed. | 3.2 |
| 8/21/2009 | M.S. | Communication with D. Berliner regarding employee memo. | 0.4 |
| 8/21/2009 | M.S. | Discussion with M. Michaelis regarding the employee memo. | 0.3 |
| 8/26/2009 | M.S. | Prepared updates for counsel and D. Berliner. | 0.6 |
| | | **TOTAL:** | **43.1** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 7.1 | 610.00 | 4,331.00 |
| M. MICHAELIS (M.M.) | 2.7 | 395.00 | 1,066.50 |
| M. STEWART (M.S.) | 28.6 | 240.00 | 6,864.00 |
| K. REINLE (K.R.) | 0.3 | 210.00 | 63.00 |
| M. HERMANN (M.H.) | 4.4 | 150.00 | 660.00 |
| **TOTAL:** | **43.1** | | **12,984.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## H.    MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/5/2009 | D.B. | E-mail to S. Sass re: remaining employee's and communication to employees. | 0.3 |
| 8/12/2009 | D.B. | E-mail to S. Sass re: actual communication to AHM employees. | 0.1 |
| 8/20/2009 | D.B. | Prepared and presented BDO Report to UCC on UCC conference call. | 0.5 |
| 8/20/2009 | M.M. | Participated in conference call with Committee. | 0.3 |
| 8/20/2009 | M.S. | Prepared for and Committee update call. | 0.6 |
| 8/27/2009 | D.B. | Telephone call with S. Sass re: BDO employee status memo. | 0.2 |
| 8/27/2009 | M.S. | Meetings with D. Berliner, M. Michaelis and S. Sass regarding employees. | 0.4 |
| | | **TOTAL:** | **2.4** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.1 | 610.00 | 671.00 |
| M. MICHAELIS (M.M.) | 0.3 | 395.00 | 118.50 |
| M. STEWART (M.S.) | 1.0 | 240.00 | 240.00 |
| **TOTAL:** | **2.4** | | **1,029.50** |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

**I.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/3/2009 | M.S. | Reviewed cash flow forecast provided by Debtors on 7/31/09. | 1.1 |
| 8/3/2009 | M.S. | Correspondence with M. Michaelis regarding case status and updates. | 0.2 |
| 8/4/2009 | M.S. | Reviewed AH Bank financials and estimated net proceeds to the Estate. | 0.4 |
| 8/4/2009 | M.S. | Prepared list of notes from call with Debtors for M. Michaelis. | 0.8 |
| 8/5/2009 | M.S. | Prepared materials for counsel and superiors to review. | 1.4 |
| 8/5/2009 | M.S. | Reviewed employee headcount information and response to Trustee's questions. | 0.6 |
| 8/5/2009 | M.S. | Prepared for conference call regarding WL Ross. | 0.4 |
| 8/5/2009 | M.S. | Meetings with M. Michaelis regarding WL Ross. | 0.8 |
| 8/6/2009 | M.M. | Discussed settlement and emergence information with M. Stewart. | 0.3 |
| 8/6/2009 | M.S. | Reviewed budget to actual results for the period ended July 2009. | 0.7 |
| 8/6/2009 | M.S. | Prepared and discussions with M. Michaelis regarding the WL Ross claim. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2009 to August 31, 2009**

**I.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/6/2009 | M.S. | Reviewed WL Ross settlement stipulation. | 0.8 |
| 8/7/2009 | M.S. | Reviewed cash flow forecast provided by the Debtors on 8/7/09. | 0.4 |
| 8/7/2009 | M.S. | Reviewed professional fee application file for H&H vs. budget. | 0.4 |
| 8/7/2009 | M.S. | Discussions with M. Michaelis regarding go-forward plans and next week. | 0.4 |
| 8/10/2009 | D.B. | Reviewed revised AHM Cash Flow Budget as of 7/31/2009. | 0.4 |
| 8/10/2009 | M.S. | Reviewed emails pertaining to AHM employee correspondence. | 0.3 |
| 8/10/2009 | M.S. | Reviewed docket and related filings. | 0.2 |
| 8/12/2009 | M.M. | Prepared summary of call information for counsel. | 0.6 |
| 8/12/2009 | M.S. | Reviewed cash flow forecast provided August 7, 2009 and cash at Effective Date analysis. | 0.4 |
| 8/12/2009 | M.S. | Prepared updated employee analysis schedule. | 0.4 |
| 8/12/2009 | M.S. | Analyzed cash flow needed to go Effective. | 0.4 |
| 8/13/2009 | M.M. | Reviewed correspondence re: effective date cash, Ross etc. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2009 to August 31, 2009**

**I.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/13/2009 | M.S. | Updated Effective Date analysis for the end of August and cash requirements. | 2.6 |
| 8/13/2009 | M.S. | Reviewed employee information and reviewed Zolfo Cooper's schedule regarding remaining employees. | 2.2 |
| 8/13/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding employees and cash flow. | 0.2 |
| 8/13/2009 | M.S. | Reviewed cash flow forecast and Debtors' Effective Date analysis. | 0.8 |
| 8/13/2009 | M.S. | Reviewed D&O motion filed with the Court. | 0.4 |
| 8/13/2009 | M.S. | Prepared for and discussions with M. Michaelis regarding case status, Effective Date and cash flow. | 0.7 |
| 8/14/2009 | D.B. | Reviewed revised 'effective date' analysis prepared by BDO and prepare comments. | 0.3 |
| 8/14/2009 | M.M. | Reviewed revised effective date analysis as prepared by BDO and discussed same. | 0.4 |
| 8/14/2009 | M.M. | Reviewed updated cash flow information. | 0.2 |
| 8/14/2009 | M.M. | Reviewed and discussed employee retention summary. | 0.6 |
| 8/14/2009 | M.S. | Prepared for and discussions with M. Michaelis regarding case status, Effective Date and cash flow. | 1.3 |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

### I.    BUSINESS ANALYSIS

| **Date** | **Name** | **Description** | **Time** |
|---|---|---|---|
| 8/17/2009 | D.B. | Met with M. Stewart re: work to be done at company offices 10/18 re: effective date issues. | 0.3 |
| 8/17/2009 | D.B. | Reviewed news articles on AHM proposed D&O settlement. | 0.1 |
| 8/17/2009 | D.B. | Reviewed AHM cash flow budget to actual report dated 8/7/2009 and AHM schedule of cash needed to 'go effective'. | 0.6 |
| 8/17/2009 | M.M. | Reviewed current cash flow and position. | 0.6 |
| 8/17/2009 | M.M. | Reviewed effective date cash write-up. | 0.4 |
| 8/17/2009 | M.S. | Reviewed cash flow forecast prepared on August 14, 2009 and cash flow projections. | 1.8 |
| 8/17/2009 | M.S. | Responded to D. Berliner's inquiries on the cash flow and Effective Date cash. | 0.2 |
| 8/17/2009 | M.S. | Updated potential recovery to unsecured creditors. | 1.3 |
| 8/17/2009 | M.S. | Reviewed D&O settlement agreement and settlement motion. | 1.2 |
| 8/17/2009 | M.S. | Correspondence with M. Michaelis regarding cash flow requirements to go Effective. | 0.2 |
| 8/18/2009 | D.B. | Telephone calls and e-mails with M. Stewart re: status of review of employee issues and other items at company office. | 0.4 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

**I.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/18/2009 | M.M. | Reviewed and discussed employee summary prepared by M. Stewart. | 0.3 |
| 8/18/2009 | M.S. | Prepared for meeting with S. Martinez regarding Post-Effective date plans and case updates. | 3.8 |
| 8/18/2009 | M.S. | Correspondences with M. Michaelis and D. Berliner regarding site visit. | 0.3 |
| 8/18/2009 | M.S. | Reviewed employee information forwarded by Zolfo Cooper. | 0.6 |
| 8/19/2009 | M.S. | Analyzed required reserves in order to go Effective. | 0.8 |
| 8/19/2009 | M.S. | Reviewed AHM's original KERP and KEIP plans. | 0.7 |
| 8/19/2009 | M.S. | Reviewed professional fees filed by H&H vs. budget. | 0.4 |
| 8/19/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding employees, cash flow, WARN and professional fees. | 0.6 |
| 8/20/2009 | M.S. | Discussion with M. Michaelis and staff regarding employee schedule. | 0.2 |
| 8/20/2009 | M.S. | Reviewed cash flow forecast and disbursements for August and September 2009. | 0.6 |
| 8/20/2009 | M.S. | Meetings with D. Berliner and M. Michaelis regarding case status and planning. | 0.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

## I.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/22/2009 | M.S. | Reviewed cash flow forecast and Debtors updated cash at Effective Date analysis. | 0.6 |
| 8/22/2009 | M.S. | Reconciled variance in Debtors' Effective Analysis to BDO's analysis. | 0.4 |
| 8/22/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding Effective Date analysis. | 0.2 |
| 8/23/2009 | M.S. | Reviewed employee communication sent to H&H and Trustee. | 0.4 |
| 8/24/2009 | M.S. | Reviewed docket and related filings. | 0.3 |
| 8/24/2009 | M.S. | Reviewed cash flow forecast provided on August 21st. | 0.3 |
| 8/24/2009 | M.S. | Reviewed construction loan funds and use of Creditor proceeds. | 0.2 |
| 8/25/2009 | M.M. | Reviewed information regarding professional fees. | 0.3 |
| 8/25/2009 | M.M. | Reviewed and updated information related to cash at emergence and budget issues. | 0.2 |
| 8/25/2009 | M.S. | Correspondence regarding professional fee payments. | 0.2 |
| 8/26/2009 | M.M. | Discussion with M. Stewart re: cash updates. | 0.8 |
| 8/26/2009 | M.M. | Reviewed and edited notes from weekly update call. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2009 to August 31, 2009**

**I.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/26/2009 | M.S. | Discussion with M. Michaelis regarding case status and updates. | 0.8 |
| 8/26/2009 | M.S. | Reviewed updated professional fee applications filed on the docket. | 0.6 |
| 8/26/2009 | M.S. | Discussion regarding professional fees. | 0.2 |
| 8/27/2009 | M.M. | Participated in discussions re: employees to be retained. | 0.4 |
| 8/27/2009 | M.S. | Analyzed projected forecast into October. | 0.6 |
| 8/28/2009 | M.S. | Reviewed cash flow forecast provided on August 28th. | 0.6 |
| 8/28/2009 | M.S. | Worked on Extending Debtors' Forecast through December 2009. | 0.8 |
| 8/29/2009 | M.S. | Worked on Extending Debtors' Forecast through December 2009. | 1.7 |
| 8/29/2009 | M.S. | Reviewed cash flow forecast provided on August 28, 2009. | 0.4 |
| 8/29/2009 | M.S. | Reviewed Debtors' forecasted professional fee run-rate to actuals and created projections. | 0.8 |
| 8/30/2009 | M.S. | Worked on Extending Debtors' Forecast through December 2009. | 1.4 |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

### I.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/31/2009 | D.B. | Reviewed docket report for period 8/10/2009 though 8/28/2009. | 0.2 |
| 8/31/2009 | D.B. | Reviewed revised analysis of cash needed to go effective and claims reserves. | 0.3 |
| 8/31/2009 | M.S. | Reviewed Debtors' advisors professional fees filed through August 31, 2009. | 0.3 |
| 8/31/2009 | M.S. | Reviewed cash flow forecast provided on August 28, 2009. | 0.4 |
| 8/31/2009 | M.S. | Discussion with D. Berliner regarding cash flows and claims. | 0.2 |
| | | **TOTAL:** | **51.4** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.6 | 610.00 | 1,586.00 |
| M. MICHAELIS (M.M.) | 5.4 | 395.00 | 2,133.00 |
| M. STEWART (M.S.) | 43.4 | 240.00 | 10,416.00 |
| **TOTAL:** | **51.4** | | **14,135.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2009 to August 31, 2009**

**J.      TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/4/2009 | J.F. | E-mailed Counsel of the Committee updated schedule of Cadwalader payments during the preference period. | 0.1 |
| 8/5/2009 | D.B. | Reviewed e-mail to Hahn & Hessen summarizing BDO call with Zolfo Cooper re: case status update. | 0.1 |
| 8/6/2009 | D.B. | E-mail from M. Indelicato re: Cancellation of UCC calls. | 0.1 |
| 8/6/2009 | M.M. | Professionals call re: WL Ross settlement. | 0.4 |
| 8/6/2009 | M.S. | Prepared for WL Ross call with counsel. | 0.3 |
| 8/6/2009 | M.S. | Call with counsel regarding WL Ross. | 1.2 |
| 8/7/2009 | D.B. | Reviewed e-mail from M. Indelicato re: comments on proposed settlement with WL Ross. | 0.2 |
| 8/10/2009 | D.B. | Telephone call and emails with M. Indelicato and/or S. Sass re: letter to employees from AHM. | 0.3 |
| 8/11/2009 | D.B. | Telephone call with M. Indelicato and S. Sass re: employee letter and next steps. | 0.3 |
| 8/12/2009 | D.B. | E-mails with Hahn & Hessen re: status of D&O settlement and planning for UCC call. | 0.3 |
| 8/12/2009 | D.B. | E-mail to Hahn & Hessen re: case status update notes from call with Zolfo Cooper. | 0.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### August 1, 2009 to August 31, 2009

## J.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/13/2009 | C.A. | Attended Conference call with Counsel to discuss next steps, such as providing them with pre-preference payment data, check copies, and review of preference calculations. | 0.9 |
| 8/13/2009 | D.B. | E-mails with Hahn & Hessen re: cancellation of UCC call and D&O settlement motion and to review proposal order. | 0.2 |
| 8/20/2009 | D.B. | E-mails with Hahn & Hessen to plan for UCC conference call. | 0.1 |
| 8/26/2009 | D.B. | Reviewed e-mail to Hahn & Hessen re: summary of update call with Zolfo and discussed with M. Michaelis. | 0.2 |
| 8/27/2009 | D.B. | Telephone call and e-mails with E. Schnitzer re: general and priority claim issues. | 0.2 |
| 8/28/2009 | D.B. | E-mails with E. Schnitzer re: preference settlements and SAP claim reserves. | 0.2 |
| 8/28/2009 | D.B. | Reviewed e-mails from J. McCahey re: BDO report and discussed with M. Michaelis. | 0.1 |
| | | **TOTAL:** | **5.6** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.7 | 610.00 | 1,647.00 |
| M. MICHAELIS (M.M.) | 0.4 | 395.00 | 158.00 |
| C. AWONG (C.A.) | 0.9 | 275.00 | 247.50 |
| M. STEWART (M.S.) | 1.5 | 240.00 | 360.00 |
| J. FRIEDMAN (J.F.) | 0.1 | 180.00 | 18.00 |
| **TOTAL:** | **5.6** | | **2,430.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

### K.    FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/4/2009 | M.M. | Prepared July monthly data. | 0.5 |
| 8/6/2009 | M.M. | Prepared July monthly data. | 2.8 |
| 8/10/2009 | M.M. | Updated July monthly data. | 0.5 |
| 8/10/2009 | N.V. | Reviewed and edited July 2009 time detail; updated project categories. | 1.1 |
| 8/11/2009 | M.M. | Updated July monthly data. | 2.6 |
| 8/11/2009 | N.V. | Reviewed and edited July 2009 time detail; updated project categories. | 0.4 |
| 8/13/2009 | D.B. | Reviewed and approved 22nd monthly application of BDO for compensation for services rendered as FA to UCC for July 2009 and Berliner declaration. | 2.1 |
| 8/14/2009 | M.M. | Updated July monthly data. | 1.4 |
| 8/14/2009 | N.V. | Reviewed updated July 2009 fee application.  Made final edits. | 0.9 |
| 8/21/2009 | M.M. | Prepared and revised 22nd monthly application. | 0.4 |
| 8/24/2009 | M.M. | Finalized and sent out 22nd monthly application. | 0.3 |
| | | **TOTAL:** | **13.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.1 | 610.00 | 1,281.00 |
| N. VANDERHOOP (N.V.) | 2.4 | 185.00 | 444.00 |
| M. MUFTUOGLU (M.M.) | 8.5 | 150.00 | 1,275.00 |
| **TOTAL:** | **13.0** | | **3,000.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to August 31, 2009

**L.      TRAVEL TIME**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/18/2009 | M.S. | Travel time to Melville, LI. | 2.0 |
| | | **TOTAL:** | **2.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 2.0 | 120.00 | 240.00 |
| **TOTAL:** | **2.0** | | **240.00** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
August 1, 2009 through August 31, 2009

1.      PHOTOCOPYING
        a.     Internal
        b.     External

2.      TELECOMMUNICATIONS
        a.     Toll Charges
        b.     Facsimile

3.      COURIER, FRIEGHT AND POSTAL SERVICES
        *For overnight and hand delivery to Counsel
        and Committee members*

4.      COURT REPORTER AND TRANSCRIPTS

5.      TECHNOLOGY SERVICES – *Concordance Database*        1,500.00
        *Monthly Hosting Fee*

6.      OUT-OF-TOWN TRAVEL
        a.     Transportation
        b.     Lodging
        c.     Meals

7.      OUTSIDE SERVICES

8.      LOCAL MEALS

9.      LOCAL TRANSPORTATION, TOLLS, MILEAGE
        AND PARKING – for cabs to/from meetings, car service
        *for employees working after 8:00 p.m. and local mileage
        using personal auto*

10.     MISCELLANEOUS – Internet Connection

        **TOTAL**                                          **$1,500.00**

        *Details available upon request to BDO.*