IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                   :    Chapter 11
                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                   :    Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                        :
                                                         :    Jointly Administered
                                        Debtors.         ::
---------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on September 22, 2009, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Motion for an Order Authorizing the Abandonment and Destruction of Certain Documents and Records [D.I. 8081]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 30 day of September 2009

_____
Notary Public

[Notary Seal: KASSANDRA ANN RIDDLE, MY COMMISSION EXPIRES JULY 10, 2010, NOTARY PUBLIC, STATE OF DELAWARE]

## SERVICE LIST

Maureen Peyton King
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

David Stoelting
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*