IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

In re:

                            Chapter 11

AMERICAN HOME MORTGAGE       Case No. 07-11047(CSS)
HOLDINGS, INC., et al.

                            **Hearing date: November 13, 2009 at 10:00 a.m.**
             Debtors.      **Objection date: October 19, 2009 at 4:00 p.m.**

-------------------------------------------------------X

## NOTICE OF MOTION

TO:    Office of the United States Trustee, the Debtors, Counsel for Debtors, and all parties requesting notice pursuant to Bankruptcy Rule 2002.

PLEASE TAKE NOTICE that on October 1, 2009 Richard D. Nelson ("**Movant**") filed the *Motion of Richard D. Nelson, Chapter 7 Trustee, for Relief from the Automatic Stay Pursuant to § 362(d)* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed with the Bankruptcy Court on or before **October 19, 2009 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**") and served so that they are received by the Objection Deadline on counsel to Movant: (a) Christopher A. Ward, Esq, POLSINELLI SHUGHART PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801 and (b) Donald W. Mallory, Esq., COHEN, TODD, KITE & STANFORD, LLC, 250 East Fifth Street, Suite 1200, Cincinnati, Ohio 45202.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED

STATES BANKRUPTCY COURT, LOCATED AT 824 MARKET STREET, 5th FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801 ON **NOVEMBER 13, 2009 AT 10:00 A.M. PREVAILING EASTERN TIME.**

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 1, 2009

Respectfully submitted,

**POLSINELLI SHUGHART PC**

*/s/ Christopher A. Ward*
Christopher A. Ward, Esq. (Bar No. 3877)
Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
(302) 252-0920 (Telephone)
(302) 252-0921 (Facsimile)

and

Donald W. Mallory (OH 0070875)
Cohen, Todd, Kite & Stanford, LLC
250 East Fifth Street, Suite 1200
Cincinnati, Ohio 45202
(513) 333-5233 (Telephone)
(513) 241-4490 (Facsimile)

COUNSEL FOR CHAPTER 7 TRUSTEE,
RICHARD D. NELSON