UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,<br><br>Debtors. | Case Number: 07-11047<br><br>Chapter 11<br><br>SUPPLEMENTAL DECLARATION OF MELISSA JOHNSON IN SUPPORT OF RESPONSE TO OBJECTION TO CLAIM OF RIVERSIDE COUNTY TAXING AUTHORITY, ONE OF THE CALIFORNIA TAXING AUTHORITY AND THE DECLARATION OF MARTHA E. ROMERO IN SUPPORT THEREOF (TWENTY-FIFTH OMNIBUS OBJECTION)<br><br>Date: OCTOBER 13, 2009<br>Time: 11:30 a.m. ET |

TO THE HONORABLE CHRISTOPHER S. SONTCHI UNITED STATES BANKRUPTCY JUDGE AND TO INTERESTED PARTIES:

Riverside County, one of the California Taxing Authorities hereby files the Declaration of Melissa Johnson in support of the Supplemental Response to the Objection of its claim (Twenty Fifth Omnibus Objection).

I, Melissa Johnson declare:

1. I am employed by the County of Riverside, Office of the Treasurer and Tax Collector. I am aware of the facts in the case. My title is Chief Deputy Treasurer-Tax Collector. I am employed by the County of Riverside, Office of the Treasurer and Tax Collector. My responsibilities include overseeing the payment of both real property and personal property taxes.

1

2. I make this declaration in support of the Supplemental Response to the Objection of its claim (Twenty Fifth Omnibus Objection).

3. The facts set forth are of my own personal knowledge and if called to testify in a court of law, I could and would, competently testify thereto.

4. The Office of the Treasurer and Tax Collector is mandated to collect real and personal property taxes.

5. The real property taxes are secured upon the real estate value at approximately 1% of the value.

6. This office does not determine title or ownership. Such responsibilities are that of the Office of the Assessor to determine the responsibility party for the purposes of real property tax assessment.

7. Once the responsibility party is determined, that party is placed on the tax roll.

8. The Office of the Treasurer and Tax Collector subsequently collects the real property taxes and sends out bills.

9. The responsible party that owns a particular piece of property as of January 1 of any given year ("The lien date" under California state law) is responsible for the payment of real property taxes.

10. The Office of the Treasurer and Tax Collector does not maintain records of title or ownership. It does not have any access to public records of title or ownership without paying for those records just as the general public would.

1      I declare under penalty of perjury that the foregoing is true
2  and correct. Executed on the 1st day of October 2009 at Riverside,
3  California

5  By _____
6  Melissa Johnson
   Declarant