**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Case Number: 07-11047 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>, | ) Chapter 11 |
| | ) |
| | ) EXHIBITS TO SUPPLEMENTAL |
| | ) RESPONSE TO OBJECTION TO |
| | ) CLAIM OF RIVERSIDE COUNTY |
| | ) TAXING AUTHORITY, ONE OF |
| Debtors. | ) THE  CALIFORNIA TAXING |
| | ) AUTHORITY AND THE |
| | ) DECLARATION OF MARTHA E. |
| | ) ROMERO IN SUPPORT |
| _____ | ) THEREOF(TWENTY-FIFTH |
| | OMNIBUS OBJECTION) |

(EXHIBITS B & C)

Date: September 8, 2009
Time: 11:30 a.m. ET

TO THE HONORABLE CHRISTOPHER S. SONTCHI UNITED STATES BANKRUPTCY JUDGE AND TO INTERESTED PARTIES:

Exhibits to the Supplemental Response to the Objection of its claim (Twenty Fifth Omnibus Objection) are attached. Tax bills and supporting deed information are attached within each exhibit. They are as follows:

| | Parcel No. | Amount as of 9/30/09 |
|---|---|---|
| Exhibit B: | 312290021-6 | $5255.04 |
| Exhibit C: | 316220003-1 | $2791.64 |

1   Dated: October 1, 2009          ROMERO LAW FIRM

2

3                                   By. /s/ Martha E. Romero

                                  MARTHA E. ROMERO, State Bar No.

4                                   128144

                                  ROMERO LAW FIRM

5                                   BMR Professional Building

                                  Whittier, California 90601

6                                   Phone (562) 907-6800

                                  Facsimile (562)907-6820

7                                   Attorneys for SECURED CREDITOR

                                  COUNTY OF RIVERSIDE, CALIFORNIA

8                                   A CALIFORNIA TAXING AUTHORITY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT B**

SEP-09-2009 WED 11:00 AM RIV CO TREAS TAX COLL        FAX NO. 951 955 3990              P. 05

**RIVERSIDE COUNTY**
**UNPAID PRIOR-YEAR SECURED PROPERTY TAXES**

DON KENT, TREASURER
4080 Lemon St (1st Floor) Riverside, California
(P.O. Box 12005, Riverside, CA 92502-2205)

Offices in Riverside, Palm Springs and Temecula
To send us an e-mail, visit our Website: www.riversidetaxinfo.com

Telephone (951) 955-3900
or, from area codes 951 and 760 only
toll free: 1 (877) RIVCOTX (748-2689)

**IMPORTANT INFORMATION ON REVERSE SIDE**

| | |
|---|---|
| Property Data | .17 ACRES M/L IN LOT 42 MB 337/100 TR 30319 |
| | ASSESSMENT NUMBER 312290021-6 |
| Address | 25966 MAGNIFICA CT MORENO VALLEY 92551 |
| Owner | AMERICAN HOME MORTGAGE SERVICING INC |
| | Parcel Number 312290021-6 |

09/09/2009   09

AMERICAN HOME MORTGAGE SERVICING INC
4600 REGENT BLVD NO 200
IRVING TX 75063

UNPAID PRIOR-YEAR TAXES
(See item 84 on reverse)
2009-312290021-0000
The-Default-Year and Number

**THERE ARE UNPAID PRIOR-YEAR TAXES ON THE PROPERTY SHOWN ABOVE.**
**THE PARTICULAR UNPAID ASSESSMENT NUMBER(S) AND FISCAL YEAR(S) ARE:**

312290021-6 2008-2009

Pay ONLY the amount shown for the month in which payment is being made and disregard all other amounts. Your payment must be postmarked no later than the last day of that month. (If property taxes remain unpaid for 5 years after the original default-year, the property becomes subject to tax sale.) Note: Current-year taxes are NOT included in these amounts.

$

| IF PAYING IN | | PAY THIS AMOUNT | IF PAYING IN | | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| JULY | 2009 | $5,118.56 | JANUARY | 2010 | $5,528.00 |
| AUGUST | 2009 | $5,186.80 | FEBRUARY | 2010 | $5,596.25 |
| SEPTEMBER | 2009 | $5,255.04 | MARCH | 2010 | $5,664.49 |
| OCTOBER | 2009 | $5,323.28 | APRIL | 2010 | $5,732.73 |
| NOVEMBER | 2009 | $5,391.52 | MAY | 2010 | $5,800.97 |
| DECEMBER | 2009 | $5,459.76 | JUNE | 2010 | $5,869.21 |

**PLEASE KEEP TOP PORTION FOR YOUR RECORDS**
(NO RECEIPTS WILL BE ISSUED – YOUR CANCELLED CHECK IS YOUR RECEIPT)

Pay on-line at: www.riversidetaxinfo.com        **SEND THIS STUB WITH YOUR PAYMENT**

| REDEMPTION AMOUNT | DEFAULT YEAR AND NUMBER | DATE PAID | TAX RATE AREA | ASSESSMENT NUMBER |
|---|---|---|---|---|
| | 2009-312290021-0000 | | 021-268 | 312290021-6 |

**RIVERSIDE COUNTY**
**PRIOR-YEAR SECURED PROPERTY TAXES**

16 WWWWWWW 3122900216 09

**(PAYMENT INSTRUCTIONS ON BACK)**

Property Profile

 

**Property Profile**

|  |  |
|---|---|
| Primary Owner: | **AMERICAN HOME MORTGAGE SERVICING INC** |
| Secondary Owner: | |
| Mail Address: | **4600 REGENT BLVD , #200 IRVING, TX 75063** |
| Site Address: | **25966 MAGNIFICA CT MORENO VALLEY, CA 92551** |
| Telephone Number: | |
| APN: | **312-290-021** |
| Reference APN: | |
| Census Tract: | **426.015** |
| Housing Tract Number: | **30319** |
| Lot Number: | **42** |
| Page Grid Old: | |
| Page Grid New: | |
| Legal Description: | **.17 ACRES M/L IN LOT 42 MB 337/100 TR 30319** |
| Subdivision: | **MORENO VLY** |



Geo Level: 0

## Property Characteristics

| | | |
|---|---|---|
| Bedrooms: 3 | Year Built: 2004 | Square Feet: 2,255 |
| Bathrooms: 3.0 | Garage: Y | Lot Size: 7,405 sq ft / 0.17 acres |
| Total Rooms: | Fireplace: | Number of Units: |
| Zoning: | Pool/View: | Use Code: Single Family Residence |
| Heating/Cooling: | | |

## Sale & Loan Information

| | | |
|---|---|---|
| Transfer Date: 07-02-2008 | Seller: | Document: 0000360733 |
| Transfer Value: $394,249 | Cost/Sq Feet: $174.83 | Title Co.: |
| First Loan Amt: | Lender: | Last Trans W/O$: 11-07-2005 |
| Loan Type: | Interest Rate Type: | Last Trans W/O$ Doc: 0000924437 |

## Assessed & Tax Information

| | | |
|---|---|---|
| Assessed Value: $181,000 | Percent Improvement: 72.92 | Homeowner Exemption: |
| Land Value: $49,015 | Tax Amount: $4,549 | Tax Rate Area: 21268 |
| Improvement Value: $131,985 | Tax Status: current | |

© 2009 DataQuick Information Systems. This information is compiled from public records and is not guaranteed.

Recording Requested By
**ServiceLink**

**DOC # 2008-0360733**
07/02/2008 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
T.D. SERVICE COMPANY

And when recorded mail to
American Home Mortgage
Servicing
RE: Loan # 1001442133/MARTINEZ
4600 Regent Boulevard
Irving, TX 75063
Suite 200

280518497      Space above this

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|------|------|-----|------|
| 1 | | | 2 | | | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | T: | CTY | UNI | 026 |

## TRUSTEE'S DEED UPON SALE                                    12

The undersigned declares under penalty of perjury that the following declaration is true and correct:

    1) The Grantee herein was the foreclosing Beneficiary.
    2) The amount of the unpaid debt together with costs was - - - - - - - - - - - - - - - - - - -  $491,309.67
    3) The amount paid by the Grantee at the Trustee's Sale was - - - - - - - - - - - - - - - -  $394,249.70
    4) The documentary transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  $.00
    5) The city transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  $.00
    6) The monument preservation tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - -  $.00
    7) Said property is in Moreno Valley, County of Riverside

TRA#: 021-268

T
026

T.D. SERVICE COMPANY

Dated: 06/24/08          By _____
                Kimberly Coonradt, Trustee's Sale Officer

---

T.S. No: B352690 CA      Unit Code: B      Loan No: 1001442133/MARTINEZ
Min No: 1004134-0060907002-5
AP #1: 312-290-021-6
Property Address: 25966 MAGNIFICA COURT, MORENO VALLEY, CA 92555

AHMSI DEFAULT SERVICES, INC.
(herein called Trustee)

does hereby GRANT AND CONVEY, without any covenant or warranty, express or implied to

AMERICAN HOME MORTGAGE SERVICING, INC.
(herein called Grantee), such interest as Trustee has in that certain property described as follows:

LOT 42 OF TRACT NO. 30319, MORENO VALLEY, IN THE CITY OF MORENO VALLEY, COUNTY OF
RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 337, PAGES 100 TO 107
INCLUSIVE OF MAPS, RECORDS OF RIVERSIDE COUNTY CALIFORNIA

This conveyance is made pursuant to the authority vested in said Trustee, as Trustee or as duly appointed Trustee
by the Deed of Trust described as follows:

Trustor: RENE MARTINEZ

MAIL TAX STATEMENTS TO ADDRESS SHOWN ABOVE

Page 2
T.S. No: B352690 CA        Unit Code: B        Loan No: 1001442133/MARTINEZ

Recorded September 22, 2006 as Instr. No. 2006-0705087 in Book -- Page -- of Official Records in the office of the Recorder of RIVERSIDE County; CALIFORNIA , Whereas, the holder of the note secured by said Deed of Trust delivered to Trustee a written Declaration of Default and, pursuant thereto, a Notice of Default was recorded February 14, 2008 as Instr. No. 2008-0074718 in Book --- Page --- of Official Records in the office of the Recorder of RIVERSIDE County; CALIFORNIA.

Whereas, Trustee complied with all applicable statutory provisions of California Civil Code Sections 2924 et seq. and of the described Deed of Trust including the mailing, publication, personal delivery, and posting of the Notice of Default and Notice of Sale, as respectively appropriate.

Said Notice of Trustee's Sale stated the time and place that Trustee would sell its interest in the described property at public auction. On June 24, 2008, the date set forth in the Notice of Trustee's Sale or the properly postponed sale date, Trustee sold the described property to Grantee, the highest qualified bidder present, for the sum of $394,249.70 Pro-tanto.

In Witness Whereof, the undersigned caused its corporate name and seal (if applicable) to be hereunto affixed.

Dated June 28, 2008

AHMSI DEFAULT SERVICES, INC.
By T.D. Service Company, As Agent for the Trustee

BY _____        BY _____
Kimberly Coonradt, Assistant Secretary        Frances Depalma, Assistant Secretary


STATE OF CALIFORNIA            )
COUNTY OF ORANGE            )SS

On 06/28/08 before me, KAY HENDRICKS, a Notary Public, personally appeared KIMBERLY COONRADT and FRANCES DEPALMA, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

KAY HENDRICKS
Commission # 1630718
Notary Public - California
Orange County
My Comm. Expires Dec 27, 2008


**THIS INSTRUMENT IS RECORDED AT THE REQUEST OF SERVICELINK AS AN ACCOMODATION ONLY. IT HAS NOT BEEN EXAMINED AS TO ITS EXECUTION OR AS TO ITS EFFECTS UPON TITLE.**

**EXHIBIT C**

SEP-09-2009 WED 11:00 AM RIV CO TREAS TAX COLL       FAX NO. 951 955 3990       P. 06

**RIVERSIDE COUNTY**
**UNPAID PRIOR-YEAR SECURED PROPERTY TAXES**
Offices in Riverside, Palm Springs and Temecula
To send us an e-mail, visit our Website: www.riversidetaxinfo.com

DON KENT, TREASURER
4080 Lemon St (1st Floor) Riverside, California
(P.O. Box 12005, Riverside, CA 92502-2205)

Telephone: (951) 955-3900
or, from area codes 951 and 760 only
toll free: 1 (877) RIVCOTX (748-2689)

**IMPORTANT INFORMATION ON REVERSE SIDE**

| | |
|---|---|
| Property Data | .18 ACRES M/L IN LOT 3 MB 372/086 TR 30967 |
| Address | 24630 POLARIS DR MORENO VALLEY 92551 |
| Owner | AMERICAN HOME MORTGAGE SERVICING INC |

ASSESSMENT NUMBER
316220003-1

Parcel Number
316220003-1

09/09/2009   09

AMERICAN HOME MORTGAGE SERVICING INC
C/O FIDELITY NATL FORECLOSUR
1270 NORTHLAND DR
MENDOTA HEIGHTS MN 55120

UNPAID PRIOR-YEAR TAXES
(See item #4 on reverse)
2009-316220003-0000
Tax-Default Year and Number

**THERE ARE UNPAID PRIOR-YEAR TAXES ON THE PROPERTY SHOWN ABOVE.**
**THE PARTICULAR UNPAID ASSESSMENT NUMBER(S) AND FISCAL YEAR(S) ARE:**

316220003-1 2008-2009

Pay ONLY the amount shown for the month in which payment is being made and disregard all other amounts. Your payment must be postmarked no later than the last day of that month. (If property taxes remain unpaid for 5 years after the original default-year, the property becomes subject to tax sale.) Note: Current-year taxes are NOT included in these amounts.

$

| IF PAYING IN | | PAY THIS AMOUNT | IF PAYING IN | | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| JULY | 2009 | $2,719.70 | JANUARY | 2010 | $2,935.52 |
| AUGUST | 2009 | $2,755.67 | FEBRUARY | 2010 | $2,971.49 |
| SEPTEMBER | 2009 | $2,791.64 | MARCH | 2010 | $3,007.46 |
| OCTOBER | 2009 | $2,827.61 | APRIL | 2010 | $3,043.43 |
| NOVEMBER | 2009 | $2,863.58 | MAY | 2010 | $3,079.40 |
| DECEMBER | 2009 | $2,899.55 | JUNE | 2010 | $3,115.37 |

**PLEASE KEEP TOP PORTION FOR YOUR RECORDS**
(NO RECEIPTS WILL BE ISSUED – YOUR CANCELLED CHECK IS YOUR RECEIPT)

Pay on-line at: www.riversidetaxinfo.com     **SEND THIS STUB WITH YOUR PAYMENT**

| REDEMPTION AMOUNT | DEFAULT YEAR AND NUMBER | DATE PAID | TAX RATE AREA | ASSESSMENT NUMBER |
|---|---|---|---|---|
| | 2009-316220003-0000 | | 021-520 | 316220003-1 |

**RIVERSIDE COUNTY**
**PRIOR-YEAR SECURED PROPERTY TAXES**

16 WWWWWWW 3162200031 09

**(PAYMENT INSTRUCTIONS ON BACK)**

Property Profile                                                                                  Page 1 of 3

  

**Property Profile**

|  |  |
|---|---|
| Primary Owner: | **DEBARONA, AIDA C** |
| Secondary Owner: | |
| Mail Address: | **24630 POLARIS DR** |
| | **MORENO VALLEY, CA 92551** |
| Site Address: | **24630 POLARIS DR** |
| | **MORENO VALLEY, CA 92551** |
| Telephone Number: | |
| APN: | **316-220-003** |
| Reference APN: | |
| Census Tract: | |
| Housing Tract Number: | **30967** |
| Lot Number: | **3** |
| Page Grid Old: | |
| Page Grid New: | |
| Legal Description: | **.18 ACRES M/L IN LOT 3 MB 372/086 TR 30967** |
| Subdivision: | |

CALIFORNIA

*Geo Level: 2*

## *Property Characteristics*

| | | |
|---|---|---|
| Bedrooms: 4 | Year Built: 2006 | Square Feet: 3,429 |
| Bathrooms: 3.0 | Garage: Y | Lot Size: 7,840 sq ft / 0.18 acres |
| Total Rooms: | Fireplace: | Number of Units: 1 |
| Zoning: | Pool/View: | Use Code: Single Family Residence |
| Heating/Cooling: | | |

## *Sale & Loan Information*

| | | |
|---|---|---|
| Transfer Date: 09-24-2009 | Seller: | Document: 0000496847 |
| Transfer Value: $207,000 | Cost/Sq Feet: $60.37 | Title Co.: First American Title |
| First Loan Amt: $203,250 | Lender: Bank Of America | Last Trans W/O$: |
| Loan Type: F | Interest Rate Type: F | Last Trans W/O$ Doc: |

## *Assessed & Tax Information*

| | | |
|---|---|---|
| Assessed Value: $258,000 | Percent Improvement: 83.33 | Homeowner Exemption: |
| Land Value: $43,009 | Tax Amount: $4,796 | Tax Rate Area: 21520 |
| Improvement Value: $214,991 | Tax Status: current | |

© 2009 DataQuick Information Systems. This information is compiled from public records and is not guaranteed.

Recording Requested By
**ServiceLink**



**DOC # 2008-0412380**
07/29/2008 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
T.D. SERVICE COMPANY

And when recorded mail to
Fidelity National Foreclosure
and Bankruptcy Solutions
RE: Loan # 0031553878/DELGADO
1270 Northland Drive
Mendota Heights, MN  55120

*080018754*  Space above th

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |   |   |   | T: | CTY | UNI | 034 |

## TRUSTEE'S DEED UPON SALE

The undersigned declares under penalty of perjury that the following declaration is true and correct:

1) The Grantee herein was the foreclosing Beneficiary.
2) The amount of the unpaid debt together with costs was - - - - - - - - - - - - - - - - - -  $423,937.02
3) The amount paid by the Grantee at the Trustee's Sale was - - - - - - - - - - - - - - - -  $355,459.99
4) The documentary transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  $.00
5) The city transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  $.00
6) The monument preservation tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  $.00
7) Said property is in **Moreno Valley**, County of **Riverside**

TRA#: 021-520

T.D. SERVICE COMPANY

Dated: 07/10/08          By
                            Stephanie M. Long, Trustee's Sale Tech III

T.S. No: B353832 CA      Unit Code: B      Loan No: 0031553878/DELGADO
Min No: 100024200015659283
AP #1: 316-220-003-1
Property Address: 24630 POLARIS DRIVE, MORENO VALLEY, CA 92551

AHMSI DEFAULT SERVICES, INC.
(herein called Trustee)

does hereby GRANT AND CONVEY, without any covenant or warranty, express or implied to

AMERICAN HOME MORTGAGE SERVICING INC.
(herein called Grantee), such interest as Trustee has in that certain property described as follows:

LOT 3 OF TRACT 30967, IN THE CITY OF MORENO VALLEY, COUNTY OF RIVERSIDE, STATE OF
CALIFORNIA AS SHOWN BY MAP ON FILE IN BOOK 372, PAGES 86 THROUGH 89 INCLUSIVE OF
MAPS, IN THE OFFICE OF THE COUTNY RECORDER OF SAID COUNTY.

This conveyance is made pursuant to the authority vested in said Trustee, as Trustee or as duly appointed Trustee
by the Deed of Trust described as follows:

Trustor: JORGE A. DELGADO

MAIL TAX STATEMENTS TO ADDRESS SHOWN ABOVE

THIS INSTRUMENT IS RECORDED AT THE REQUEST OF SERVICELINK AS AN ACCOMODATION ONLY. IT HAS NOT BEEN EXAMINED AS TO ITS EXECUTION OR AS TO ITS EFFECTS UPON TITLE.

Page 2
T.S. No: B353832 CA      Unit Code: B      Loan No: 0031553878/DELGADO

Recorded December 29, 2005 as Instr. No. 2006-0957186 in Book --- Page --- of Official Records in the office of the Recorder of RIVERSIDE County; CALIFORNIA , Whereas, the holder of the note secured by said Deed of Trust delivered to Trustee a written Declaration of Default and, pursuant thereto, a Notice of Default was recorded February 28, 2008 as Instr. No. 2008-0098338 in Book --- Page --- of Official Records in the office of the Recorder of RIVERSIDE County; CALIFORNIA.

Whereas, Trustee complied with all applicable statutory provisions of California Civil Code Sections 2924 et seq. and of the described Deed of Trust including the mailing, publication, personal delivery, and posting of the Notice of Default and Notice of Sale, as respectively appropriate.

Said Notice of Trustee's Sale stated the time and place that Trustee would sell its interest in the described property at public auction. On July 10, 2008, the date set forth in the Notice of Trustee's Sale or the properly postponed sale date, Trustee sold the described property to Grantee, the highest qualified bidder present, for the sum of $355,459.99 **Pro-tanto.**

In Witness Whereof, the undersigned caused its corporate name and seal (if applicable) to be hereunto affixed.

Dated July 24, 2008

AHMSI DEFAULT SERVICES, INC.
By T.D. Service Company, As Agent for the Trustee

BY _____
     Kimberly Coonradt, Assistant Secretary

BY _____
     Cheryl Mondragon, Assistant Secretary

STATE OF CALIFORNIA        )
COUNTY OF ORANGE           )SS

On 07/24/08 before me, S.LONG, a Notary Public, personally appeared KIMBERLY COONRADT and CHERYL MONDRAGON, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

S. LONG
COMM. # 1785185
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires Jan. 6, 2012

*N*

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INSURANCE COMPANY

DOC # 2009-0496847
09/24/2009 08:00A Fee:24.00
Page 1 of 3 Doc T Tax Paid
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY:
The Heritage Escrow Company

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENT TO:
Aida Barona
*24680 Polaris Dr 92551*
*Moreno Valley Ca*
Order No. 3831740 *HK*
Escrow No. 107-18475-KSV
Parcel No. 316-220-003-1

*TRA 021-520*

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|------|------|-----|------|
|   |   |   | *3*  | *3*  |    |      |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      | T: |      | CTY | UNI |      |

T
012

*24*

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $227.70 and CITY $ 0.00
  X   computed on full value of property conveyed, or
     computed on full value of property less liens or encumbrances remaining at the time of sale.
  ✓  unincorporated area:            x   City of Moreno Valley

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
American Home Mortgage Servicing, Inc.

hereby GRANTS to   Aida Carvajal De Barona, a married woman as her sole
                   and separate property

the following described real property in the County of Riverside, State of California:

Lot 3 of Tract 30967, in the City of Moreno Valley, County of Riverside, State of California, as shown by
Map on file in Book 372, Pages 86 through 89 inclusive of Maps, in the office of the County Recorder of
said county.

Date   July 22, 2009

American Home Mortgage Servicing, Inc.

By: AHMSI, Authorized Agent
~~Sandra Domino~~
Assistant Secretary

*Authorized Signer*
*Sandra Domino*

STATE OF *Texas*                    )
COUNTY OF *Dallas*                  )
On *July 27, 2009*, before me,   **Ashley Parker**                    ,
Notary Public, personally appeared   **Sandra Domino**                          , who proved to
me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.

Signature *Ashley L Parker* (Seal)



ASHLEY L PARKER
My Commission Expires
June 4, 2013

Page 1 of 1



EXHIBIT A

DESCRIPTION

THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF RIVERSIDE, CITY OF MORENO VALLEY, AND IS DESCRIBED AS FOLLOWS:

LOT 3 OF TRACT 30967, IN THE CITY OF MORENO VALLEY, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA AS SHOWN BY MAP ON FILE IN BOOK 372, PAGES 86 THROUGH 89 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

316-220-003-1

# CERTIFICATION

Pursuant to the provisions of Government Code 27361.1, I certify under the penalty of perjury that the following is a true copy of illegible wording found in the attached documents:

(Print or type the page number(s) and wording below):

| |
|---|
| AMERICAN HOME MORTGAGE SERVICING INC. |
| INCORPORATED |
| APRIL 14, 2000 |
| DELAWARE |
| |
| |
| |
| |

DATE: _____ 9/24/09 _____

SIGNATURE: _____