UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,<br><br>　　　　　　Debtors. | Case Number: 07-11047<br><br>Chapter 11<br><br>EXHIBITS TO SUPPLEMENTAL RESPONSE TO OBJECTION TO CLAIM OF RIVERSIDE COUNTY TAXING AUTHORITY, ONE OF THE CALIFORNIA TAXING AUTHORITY AND THE DECLARATION OF MARTHA E. ROMERO IN SUPPORT THEREOF (TWENTY-FIFTH OMNIBUS OBJECTION)<br><br>(EXHIBIT D)<br><br>Date: September 8, 2009<br>Time: 11:30 a.m. ET |

TO THE HONORABLE CHRISTOPHER S. SONTCHI UNITED STATES BANKRUPTCY JUDGE AND TO INTERESTED PARTIES:

　　Exhibits to the Supplemental Response to the Objection of its claim (Twenty Fifth Omnibus Objection) are attached. Tax bills and supporting deed information are attached within each exhibit. They are as follows:

|  | Parcel No. | Amount as of 9/30/09 |
|---|---|---|
| Exhibit D: | 389691001-7 | $17,619.50 |

| | | |
|---|---|---|
| 1 | Dated: October 1, 2009 | ROMERO LAW FIRM |
| 2 | | |
| 3 | | By. /s/ Martha E. Romero |
| 4 | | MARTHA E. ROMERO, State Bar No. 128144 |
| 5 | | ROMERO LAW FIRM<br>BMR Professional Building |
| 6 | | Whittier, California 90601<br>Phone (562) 907-6800 |
| 7 | | Facsimile (562)907-6820<br>Attorneys for SECURED CREDITOR |
| 8 | | COUNTY OF RIVERSIDE, CALIFORNIA<br>A CALIFORNIA TAXING AUTHORITY |

# EXHIBIT D

SEP-09-2009 WED 11:00 AM RIV CO TREAS TAX COLL       FAX NO. 951 955 3990       P. 07

7



**RIVERSIDE COUNTY**
**UNPAID PRIOR-YEAR SECURED PROPERTY TAXES**
Offices in Riverside, Palm Springs and Temecula
To send us an e-mail, visit our Website: www.riversidetaxinfo.com
**IMPORTANT INFORMATION ON REVERSE SIDE**

DON KENT, TREASURER
4080 Lemon St (1st Floor) Riverside, California
(P.O. Box 12005, Riverside, CA 92502-2205)

Telephone: (951) 955-3900
or, from area codes 951 and 760 only
toll free: 1 (877) RIVCOTX (748-2689)

Property Data: .27 ACRES M/L IN LOT 51 MB 379/057 TR 28214-2

Address: 3369 FIR CIR LAKE ELSINORE 92530
Owner: AMERICAN HOME MORTGAGE

ASSESSMENT NUMBER: 389691001-7
Parcel Number: 389691001-7

AMERICAN HOME MORTGAGE
4600 REGENT BLV STE 200
IRVING TX 75063

09/09/2009  09

UNPAID PRIOR-YEAR TAXES
(See Item #4 on reverse)
2007-389691001-0000
Tax-Default Year and Number

**THERE ARE UNPAID PRIOR-YEAR TAXES ON THE PROPERTY SHOWN ABOVE.**
**THE PARTICULAR UNPAID ASSESSMENT NUMBER(S) AND FISCAL YEAR(S) ARE:**

389691001-7  2006-2007  2007-2008  2008-2009

Pay ONLY the amount shown for the month in which payment is being made and disregard all other amounts. Your payment must be postmarked no later than the last day of that month. (If property taxes remain unpaid for 5 years after the original default-year, the property becomes subject to tax sale.) Note: Current-year taxes are NOT included in these amounts.

$

| IF PAYING IN | PAY THIS AMOUNT | IF PAYING IN | PAY THIS AMOUNT |
|---|---|---|---|
| JULY 2009 | $17,201.61 | JANUARY 2010 | $18,455.29 |
| AUGUST 2009 | $17,410.56 | FEBRUARY 2010 | $18,664.23 |
| SEPTEMBER 2009 | $17,619.50 | MARCH 2010 | $18,873.18 |
| OCTOBER 2009 | $17,828.45 | APRIL 2010 | $19,082.12 |
| NOVEMBER 2009 | $18,037.40 | MAY 2010 | $19,291.07 |
| DECEMBER 2009 | $18,246.34 | JUNE 2010 | $19,500.02 |

**PLEASE KEEP TOP PORTION FOR YOUR RECORDS**
(NO RECEIPTS WILL BE ISSUED - YOUR CANCELLED CHECK IS YOUR RECEIPT)

Pay on-line at: www.riversidetaxinfo.com    SEND THIS STUB WITH YOUR PAYMENT

| REDEMPTION AMOUNT | DEFAULT YEAR AND NUMBER | DATE PAID | TAX RATE AREA | ASSESSMENT NUMBER |
|---|---|---|---|---|
| | 2007-389691001-0000 | | 005-053 | 389691001-7 |

**RIVERSIDE COUNTY**
**PRIOR-YEAR SECURED PROPERTY TAXES**

16 WWWWWWW 3896910017 09

(PAYMENT INSTRUCTIONS ON BACK)

Property Profile                                                                 Page 1 of 3




**Property Profile**

| | |
|---|---|
| Primary Owner: | AMERICAN HM MTG SERVICING INC |
| Secondary Owner: | |
| Mail Address: | 4600 REGENT BLVD, #200 |
| | IRVING, TX 75063 |
| Site Address: | 3369 FIR CIR |
| | LAKE ELSINORE, CA 92530 |
| Telephone Number: | |
| APN: | 389-691-001 |
| Reference APN: | |
| Census Tract: | |
| Housing Tract Number: | 2821402 |
| Lot Number: | 51 |
| Page Grid Old: | |
| Page Grid New: | |
| Legal Description: | .27 ACRES M/L IN LOT 51 MB 379/057 TR 28214-2 |
| Subdivision: | |

Geo Level: 0

## Property Characteristics

| | | |
|---|---|---|
| Bedrooms: 4 | Year Built: 2006 | Square Feet: 3,499 |
| Bathrooms: 4.0 | Garage: Y | Lot Size: 11,761 sq ft / 0.27 acres |
| Total Rooms: | Fireplace: | Number of Units: |
| Zoning: | Pool/View: | Use Code: Single Family Residence |
| Heating/Cooling: | | |

## Sale & Loan Information

| | | |
|---|---|---|
| Transfer Date: 08-24-2009 | Seller: | Document: 0000440215 |
| Transfer Value: | Cost/Sq Feet: $0.00 | Title Co.: |
| First Loan Amt: | Lender: | Last Trans W/O$: 12-11-2007 |
| Loan Type: | Interest Rate Type: | Last Trans W/O$ Doc: 0000739897 |

## Assessed & Tax Information

| | | |
|---|---|---|
| Assessed Value: $294,000 | Percent Improvement: 77.21 | Homeowner Exemption: |
| Land Value: $67,003 | Tax Amount: $10,422 | Tax Rate Area: 5053 |
| Improvement Value: $226,997 | Tax Status: default | |

© 2009 DataQuick Information Systems. This information is compiled from public records and is not guaranteed.

UNITED TITLE COMPANY

Recording requested by:

When recorded mail to and mail tax statements to:

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

```
DOC # 2008-0062875
02/07/2008 08:00A Fee:13.00
            Page 1 of 3
Recorded in Official Records
    County of Riverside
       Larry W. Ward
Assessor, County Clerk & Recorder
```

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
|   |   |   | 3    |      |    |      |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |   T: |    |      | CTY  | UNI |      |

File No. 7983.20480           Title Order No. 6515604-30      MIN No. 100433300000004720
Loan No. 1001469361

13
T
033

## TRUSTEE'S DEED UPON SALE

APN: 389-691-001-7

The undersigned grantor declares:
1) The grantee herein **WAS** the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was:      $501,713.69
3) The amount paid by the grantee at the trustee sale was:     $501,713.69
4) The documentary transfer tax is:   0
5) Said property is in: the County of Riverside

And **Northwest Trustee Services, Inc.**, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

**AMERICAN HOME MORTGAGE**

(herein called grantee), all of its right, title and interest in and to that certain property situated in the County of **Riverside,** State of **California**, and described as follows:

**or See Exhibit "A" attached and made a part hereof**

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated **09/28/06**, executed by **ORSON R. BENN, A SINGLE MAN**, as Trustor, to secure certain obligations in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC** as beneficiary, recorded **09/29/06**, as Instrument No.**2006-0726404**, Book         , Page        , of Official Records in the Office of the Recorder of **Riverside** County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorder of said County.


All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on **07/23/07** at the place named in the Notice of Sale, in the County of **Riverside**, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being **$501,713.69** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date: 02/04/08

**NORTHWEST TRUSTEE SERVICES, INC.**

By: *(signature)*
Karen Talafus, Authorized Signatory

State of California  )
County of Orange  )

On 02/04/08, before me, J. Barragan, Notary Public, personally appeared Karen Talafus, who proved to me on the basis of satisfactory evidence to be the person (s) whose name (s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same and his/her/their authorized capacity (ies), and that by his/her/their signature (s) on the instrument the person (s), or the entity upon behalf of which the person (s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *(signature)*

J. BARRAGAN
Commission # 1635125
Notary Public - California
Orange County
My Comm. Expires Jan 5, 2010

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

```
GUARANTEE NO.: 03-TSG-0026241
ORDER NO.:     6515604-30
CUSTOMER NO.:  7983.20480
```

EXHIBIT "A"

LOT 51 OF TRACT 28214-3, IN THE CITY OF LAKE ELSINORE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 392, PAGES 94 THROUGH 99, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING FROM A PORTION OF SAID LAND ALL MINERALS, INCLUDING, WITHOUT LIMITING THE GENERALITY THEREOF, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, AS WELL AS METALLIC OR OTHER SOLID MINERALS, WITHOUT, HOWEVER, THE RIGHT TO GO UPON OR USE THE SURFACE OF SAID LAND, OR ANY PART THEREOF, FOR THE PURPOSE OF DRILLING FOR, MINING, OR OTHERWISE REMOVING, ANY OF SAID MINERALS. TOGETHER WITH THE RIGHT TO REMOVE ANY OF SAID MINERALS FROM SAID LAND BY MEANS OF WELLS, SHAFTS, TUNNELS, OR OTHER MEANS OF ACCESS TO SAID MINERALS WHICH MAY BE CONSTRUCTED, DRILLED OR DUG FROM OTHER LAND, PROVIDED THAT THE EXERCISE OF SUCH RIGHTS OR OF ANY IMPROVEMENTS THEREON, AS RESERVED BY THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY IN THE DEED RECORDED NOVEMBER 27, 1985 AS INSTRUMENT NO. 268350, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, COAL AND CLAY DEPOSITS, NATURAL GAS RIGHTS, OTHER HYDROCARBONS, AND GEOTHERMAL DEPOSITS OR RESOURCES BY WHATSOEVER NAME KNOWN, THAT MAY BE WITHIN OR UNDER SAID LAND AND THAT HAVE NOT HERETOFORE BEEN RESERVED OF RECORD BY OR CONVEYED OF RECORD TO OTHERS, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING, THEREFOR AND STORING IN AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THOSE HEREINABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS, AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER FIVE HUNDRED (500) FEET OF THE SUBSURFACE OF THE LANDS HEREINABOVE DESCRIBED, AS RESERVED BY LONG BEACH EQUITIES, INC., IN THE DEED RECORDED SEPTEMBER 29, 1989 AS INSTRUMENT NO. 337562, OFFICIAL RECORDS.

```
                                          DOC # 2009-0440215
RECORDING REQUESTED BY:                   08/24/2009 08:00A Fee:32.00
American Home Mortgage Servicing (Client)         Page 1 of 2
                                          Recorded in Official Records
WHEN RECORDED MAIL TO:                         County of Riverside
                                                  Larry W. Ward
American Home Mortgage Servicing (Client)  Assessor, County Clerk & Recorder
4600 Regent Blvd, Suite 200
Irving, TX 75063
```

Loan # 00314178

APN: 389-691-001-7                    **QUITCLAIM DEED**

THE UNDERSIGNED GRANTOR(S) DECLARE(S):          **This is a bonafide gift and the grantor received nothing in return. R & T 11930.
  DOCUMENTARY TRANSFER TAX is __-0-__ CITY TAX is __-0-__    Signed _____
  ☐ Computed on the full value of the property conveyed, or
  ☐ Computed on full value less value of liens or encumbrances remaining at the time of sale,
  ☒ Realty not sold
  ☐ Unincorporated area          ☒ City of LAKE ELSINORE, and

IN ORDER TO CORRECT THE GRANTEE NAMED IN THE TRUSTEE'S DEED UPON SALE RECORDED ON **02/07/2008** AS DOCUMENT NUMBER **2008-0062875** in the Official Records of the County of **RIVERSIDE**,

**AMERICAN HOME MORTGAGE** do(es) hereby remise, release and forever quitclaim to AMERICAN HOME MORTGAGE SERVICING, INC., A DELAWARE CORPORATION FORMERLY KNOWN AS AH MORTGAGE ACQUISITION CO., INC.

The following described real property in the County of **RIVERSIDE**, State of California:
Commonly known as: **3369 FIR CIR, LAKE ELSINORE, CA 92530**
SEE ATTACHED EXHIBIT "A"

Dated:
STATE OF Texas      )ss
COUNTY OF Dallas    )

On August 14, 2009 before me
Kimberly Compton , Notary Public
Personally appeared Patrick Hurley
Asst VP

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
_Kimberly D. Compton_
NOTARY SIGNATURE

AMERICAN HOME MORTGAGE
By: _Patrick Hurley_
Its: Patrick Hurley
     Assistant Vice President

SPACE BELOW RESERVED FOR NOTARY SEAL

KIMBERLY D. COMPTON
Notary Public, State of Texas
My Commission Expires
November 06, 2011

MAIL FUTURE TAX STATEMENTS TO: AMERICAN HOME MORTGAGE SERVICING, INC., c/o American Home Mortgage Servicing (Client), 4600 Regent Blvd, Suite 200, Irving, TX 75063

Quitclaim Deed – Loan No. 0031417868 (J&A No. AHCA5298)

EXHIBIT "A"

LOT 51 OF TRACT 28214-3, IN THE CITY OF LAKE ELSINORE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 392, PAGES 94 THROUGH 99, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING FROM A PORTION OF SAID LAND ALL MINERALS, INCLUDING, WITHOUT LIMITING THE GENERALITY THEREOF, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, AS WELL AS METALLIC OR OTHER SOLID MINERALS, WITHOUT, HOWEVER, THE RIGHT TO GO UPON OR USE THE SURFACE OF SAID LAND, OR ANY PART THEREOF, FOR THE PURPOSE OF DRILLING FOR, MINING, OR OTHERWISE REMOVING, ANY OF SAID MINERALS. TOGETHER WITH THE RIGHT TO REMOVE ANY OF SAID MINERALS FROM SAID LAND BY MEANS OF WELLS, SHAFTS, TUNNELS, OR OTHER MEANS OF ACCESS TO SAID MINERALS WHICH MAY BE CONSTRUCTED, DRILLED OR DUG FROM OTHER LAND, PROVIDED THAT THE EXERCISE OF SUCH RIGHTS OR OF ANY IMPROVEMENTS THEREON, AS RESERVED BY THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY IN THE DEED RECORDED NOVEMBER 27, 1985 AS INSTRUMENT NO. 268350, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, COAL AND CLAY DEPOSITS, NATURAL GAS RIGHTS, OTHER HYDROCARBONS, AND GEOTHERMAL DEPOSITS OR RESOURCES BY WHATSOEVER NAME KNOWN, THAT MAY BE WITHIN OR UNDER SAID LAND AND THAT HAVE NOT HERETOFORE BEEN RESERVED OF RECORD BY OR CONVEYED OF RECORD TO OTHERS, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING, THEREFOR AND STORING IN AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THOSE HEREINABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS, AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER FIVE HUNDRED (500) FEET OF THE SUBSURFACE OF THE LANDS HEREINABOVE DESCRIBED, AS RESERVED BY LONG BEACH EQUITIES, INC., IN THE DEED RECORDED SEPTEMBER 29, 1989 AS INSTRUMENT NO. 337562, OFFICIAL RECORDS.