```
                    UNITED STATES BANKRUPTCY COURT

                          DISTRICT OF DELAWARE
```

| | |
|---|---|
| In re | ) Case Number: 07-11047 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) Chapter 11 |
| INC., a Delaware corporation, et al., | ) |
| | ) EXHIBITS TO SUPPLEMENTAL |
| | ) RESPONSE TO OBJECTION TO |
| | ) CLAIM OF RIVERSIDE COUNTY |
| | ) TAXING AUTHORITY, ONE OF |
| Debtors. | ) THE CALIFORNIA TAXING |
| | ) AUTHORITY AND THE |
| | ) DECLARATION OF MARTHA E. |
| | ) ROMERO IN SUPPORT |
| | ) THEREOF (TWENTY-FIFTH |
| | ) OMNIBUS OBJECTION) |
| | |
| | (EXHIBIT E) |
| | |
| | Date: September 8, 2009 |
| | Time: 11:30 a.m. ET |

TO THE HONORABLE CHRISTOPHER S. SONTCHI UNITED STATES BANKRUPTCY JUDGE AND TO INTERESTED PARTIES:

Exhibits to the Supplemental Response to the Objection of its claim (Twenty Fifth Omnibus Objection) are attached. Tax bills and supporting deed information are attached within each exhibit. They are as follows:

| | Parcel No. | Amount as of 9/30/09 |
|---|---|---|
| Exhibit E: | 447174010-2 | $ 839.79 |

1

| | | |
|---|---|---|
| 1 | Dated: October 1, 2009 | ROMERO LAW FIRM |
| 2 | | |
| 3 | | By. /s/ Martha E. Romero |
| 4 | | MARTHA E. ROMERO, State Bar No. 128144 |
| 5 | | ROMERO LAW FIRM<br>BMR Professional Building |
| 6 | | Whittier, California 90601<br>Phone (562) 907-6800 |
| 7 | | Facsimile (562)907-6820<br>Attorneys for SECURED CREDITOR |
| 8 | | COUNTY OF RIVERSIDE, CALIFORNIA<br>A CALIFORNIA TAXING AUTHORITY |

EXHIBIT E

SEP-09-2009 WED 11:01 AM RIV CO TREAS TAX COLL          FAX NO. 951 955 3990          P. 09



**RIVERSIDE COUNTY**
**UNPAID PRIOR-YEAR SECURED PROPERTY TAXES**
Offices in Riverside, Palm Springs and Temecula
To send us an e-mail, visit our Website: www.riversidetaxinfo.com
**IMPORTANT INFORMATION ON REVERSE SIDE**

DON KENT, TREASURER
4080 Lemon St (1st Floor) Riverside, California
(P.O. Box 12005, Riverside, CA 92502-2205)

Telephone: (951) 955-3900
or, from area codes 951 and 760 only
toll free: 1 (877) RIVCOTX (748-2689)

Property Data: LOT 10 MB 081/081 TR 6123
Address: 616 S SANTA FE ST NO 1 HEMET 92543
Owner: AMERICAN HOME MORTGAGE SERVICING INC TR

ASSESSMENT NUMBER 447174010-2
Parcel Number 447174010-2

AMERICAN HOME MORTGAGE SERVICING INC TR
4600 REGENT BLV STE 200
IRVING TX 75063

09/09/2009   09

UNPAID PRIOR-YEAR TAXES
(See Item #4 on reverse)
2009-447174010-0000
Tax-Default Year and Number

THERE ARE UNPAID PRIOR-YEAR TAXES ON THE PROPERTY SHOWN ABOVE.
THE PARTICULAR UNPAID ASSESSMENT NUMBER(S) AND FISCAL YEAR(S) ARE:

447174010-2  2008-2009

Pay ONLY the amount shown for the month in which payment is being made and disregard all other amounts. Your payment must be postmarked no later than the last day of that month. (If property taxes remain unpaid for 5 years after the original default-year, the property becomes subject to tax sale.) Note: Current-year taxes are NOT included in these amounts.

$

| IF PAYING IN | | PAY THIS AMOUNT | IF PAYING IN | | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| JULY | 2009 | $818.99 | JANUARY | 2010 | $881.39 |
| AUGUST | 2009 | $829.39 | FEBRUARY | 2010 | $891.79 |
| SEPTEMBER | 2009 | $839.79 | MARCH | 2010 | $902.19 |
| OCTOBER | 2009 | $850.19 | APRIL | 2010 | $912.59 |
| NOVEMBER | 2009 | $860.59 | MAY | 2010 | $922.99 |
| DECEMBER | 2009 | $870.99 | JUNE | 2010 | $933.39 |

**PLEASE KEEP TOP PORTION FOR YOUR RECORDS**
(NO RECEIPTS WILL BE ISSUED – YOUR CANCELLED CHECK IS YOUR RECEIPT)

Pay on-line at: www.riversidetaxinfo.com          SEND THIS STUB WITH YOUR PAYMENT

| REDEMPTION AMOUNT | DEFAULT YEAR AND NUMBER | DATE PAID | TAX RATE AREA | ASSESSMENT NUMBER |
|---|---|---|---|---|
| | 2009-447174010-0000 | | 006-001 | 447174010-2 |

**RIVERSIDE COUNTY**
**PRIOR-YEAR SECURED PROPERTY TAXES**

16 WWWWWWW 4471740102 09

(PAYMENT INSTRUCTIONS ON BACK)



## Property Profile



Geo Level: 0

Primary Owner: **AMERICAN HOME MORTGAGE SERVICING INC**
Secondary Owner:
Mail Address: **4600 REGENT BLVD , #200 IRVING, TX 75063**
Site Address: **616 S SANTA FE ST , #1 HEMET, CA 92543**
Telephone Number:
APN: **447-174-010**
Reference APN:
Census Tract: **434.024**
Housing Tract Number: **6123**
Lot Number: **10**
Page Grid Old: **56-D5**
Page Grid New: **841-B1**
Legal Description: **LOT 10 MB 081/081 TR 6123**
Subdivision: **6123**

### Property Characteristics

| | | |
|---|---|---|
| Bedrooms: 2 | Year Built: 1975 | Square Feet: 1,128 |
| Bathrooms: 2.0 | Garage: Y | Lot Size: 1,742 sq ft / 0.04 acres |
| Total Rooms: | Fireplace: Y | Number of Units: 1 |
| Zoning: R3 | Pool/View: | Use Code: Condominium, Pud |
| Heating/Cooling: Y/Y | | |

### Sale & Loan Information

| | | |
|---|---|---|
| Transfer Date: 06-27-2008 | Seller: | Document: 0000351713 |
| Transfer Value: $62,167 | Cost/Sq Feet: $55.11 | Title Co.: |
| First Loan Amt: | Lender: | Last Trans W/O$: |
| Loan Type: | Interest Rate Type: | Last Trans W/O$ Doc: |

### Assessed & Tax Information

| | | |
|---|---|---|
| Assessed Value: $38,000 | Percent Improvement: 52.63 | Homeowner Exemption: |
| Land Value: $18,001 | Tax Amount: $1,387 | Tax Rate Area: 6001 |
| Improvement Value: $19,999 | Tax Status: default | |

© 2009 DataQuick Information Systems. This information is compiled from public records and is not guaranteed.

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

RECORDING REQUESTED BY
T.D. SERVICE COMPANY

And when recorded mail to
American Home Mortgage
Servicing
RE: Loan # 1000841744/DIAZ
4600 Regent Boulevard
Irving, TX 75063
Suite 200



DOC # 2008-0351713
06/27/2008 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| 1 |   |   | 3    |      |    |    |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      |    |    |      |     | 001  |

_____ Space                              T:    CTY  UNI

3580706    **TRUSTEE'S DEED UPON SALE**                    15   T 001

The undersigned declares under penalty of perjury that the following declaration is true and correct:

1) The Grantee herein was the foreclosing Beneficiary.
2) The amount of the unpaid debt together with costs was - - - - - - - - - - - - - - - - - - -  $129,920.02
3) The amount paid by the Grantee at the Trustee's Sale was - - - - - - - - - - - - - - - - -  $62,167.25
4) The documentary transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  $.00
5) The city transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  $.00
6) The monument preservation tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  $.00
7) Said property is in Hemet, County of **Riverside**

TRA#: 006-001

                         T.D. SERVICE COMPANY

Dated: 06/20/08          By _____
                         NOEMI CESENA, TRUSTEE'S SALE TECH II

T.S. No: B350571 CA    Unit Code: B    Loan No: 1000841744/DIAZ
Min No: 100314000008417445
AP #: 447-174-010-2
Property Address: 616 SOUTH SANTA FE STREET #1, HEMET, CA 92543

AHMSI DEFAULT SERVICES, INC.
(herein called Trustee)

does hereby GRANT AND CONVEY, without any covenant or warranty, express or implied to

AMERICAN HOME MORTGAGE SERVICING, INC.
(herein called Grantee), such interest as Trustee has in that certain property described as follows:

PARCEL 1: LOT 10 OF TRACT 6123, IN THE CITY OF HEMET, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 81 PAGE(S) 81 AND 82 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA. PARCEL 2: AN UNDIVIDED NON-EXCLUSIVE RIGHT OF INGRESS AND EGRESS OVER THE ACCESS EASEMENT AND LOT 55 FOR AUTOMOBILE DRIVEWAY AND PARKING PURPOSES, SAID EASEMENT BEING APPURTENANT TO THE LAND DESCRIBED IN PARCEL 1 ABOVE.

This conveyance is made pursuant to the authority vested in said Trustee, as Trustee or as duly appointed Trustee

MAIL TAX STATEMENTS TO ADDRESS SHOWN ABOVE

Page 2
T.S. No: B350571 CA    Unit Code: B    Loan No: 1000841744/DIAZ

by the Deed of Trust described as follows:

Trustor: JEREMY B. DIAZ

Recorded May 25, 2005 as Instr. No. 2005-0418066 in Book --- Page --- of Official Records in the office of the Recorder of RIVERSIDE County; CALIFORNIA , Whereas, the holder of the note secured by said Deed of Trust delivered to Trustee a written Declaration of Default and, pursuant thereto, a Notice of Default was recorded January 17, 2008 as Instr. No. 2008-0028763 in Book --- Page --- of Official Records in the office of the Recorder of RIVERSIDE County; CALIFORNIA.

Whereas, Trustee complied with all applicable statutory provisions of California Civil Code Sections 2924 et seq. and of the described Deed of Trust including the mailing, publication, personal delivery, and posting of the Notice of Default and Notice of Sale, as respectively appropriate.

Said Notice of Trustee's Sale stated the time and place that Trustee would sell its interest in the described property at public auction. On June 20, 2008, the date set forth in the Notice of Trustee's Sale or the properly postponed sale date, Trustee sold the described property to Grantee, the highest qualified bidder present, for the sum of $62,167.25 Pro-tanto.

In Witness Whereof, the undersigned caused its corporate name and seal (if applicable) to be hereunto affixed.

Dated June 25, 2008

AHMSI DEFAULT SERVICES, INC.
By T.D. Service Company, As Agent for the Trustee

BY _____
Kimberly Coonradt, Assistant Secretary

BY _____
Michelle Pino, Vice President


STATE OF CALIFORNIA    )
COUNTY OF ORANGE    )SS

On 06/25/08 before me, S.LONG, a Notary Public, personally appeared KIMBERLY COONRADT and MICHELLE PINO, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

S. LONG
COMM. # 1785185
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires Jan. 6, 2012

# NOTARY SEAL

Under the provisions of Government Code 27361.1, I certify under the penalty of perjury that the Notary Seal on the document to which this statement is attached reads as follows:

Name of Notary: S. Long

Commission #: 1785185

Date Commission Expires: Jan. 6. 2012

County where Bond is filed: Orange

PLACE OF EXECUTION: RIVERSIDE

DATE: 6-27-08

SIGNATURE:

