**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | Case Number: 07-11047 |
| ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, ) | Chapter 11 |
| INC., a Delaware corporation, <u>et</u> ) | |
| <u>al.</u>, ) | EXHIBITS TO SUPPLEMENTAL |
| ) | RESPONSE TO OBJECTION TO |
| ) | CLAIM OF RIVERSIDE COUNTY |
| ) | TAXING AUTHORITY, ONE OF |
| Debtors. ) | THE  CALIFORNIA TAXING |
| ) | AUTHORITY AND THE |
| ) | DECLARATION OF MARTHA E. |
| ) | ROMERO IN SUPPORT |
| _____ ) | THEREOF (TWENTY-FIFTH |
| | OMNIBUS OBJECTION) |

(EXHIBITS F & G)

Date: September 8, 2009
Time: 11:30 a.m. ET

TO THE HONORABLE CHRISTOPHER S. SONTCHI UNITED STATES

BANKRUPTCY JUDGE AND TO INTERESTED PARTIES:

Exhibits to the Supplemental Response to the Objection of its

claim (Twenty Fifth Omnibus Objection) are attached. Tax bills and

supporting deed information are attached within each exhibit. They

are as follows:

| | Parcel No. | Amount as of 9/30/09 |
|---|---|---|
| Exhibit F: | 547212022-1 | $1721.77 |
| Exhibit G: | 657082011-4 | $14,005.80 |

1 | Dated: October 1, 2009        ROMERO LAW FIRM

2

3 | By. /s/ Martha E. Romero

MARTHA E. ROMERO, State Bar No.

4 | 128144

ROMERO LAW FIRM

5 | BMR Professional Building

Whittier, California 90601

6 | Phone (562) 907-6800

Facsimile (562)907-6820

7 | Attorneys for SECURED CREDITOR

COUNTY OF RIVERSIDE, CALIFORNIA

8 | A CALIFORNIA TAXING AUTHORITY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT F**

SEP-09-2009 WED 11:01 AM RIV CO TREAS TAX COLL      FAX NO. 951 955 3990      P. 10



**RIVERSIDE COUNTY**
DON KENT, TREASURER
4080 Lemon St (1st Floor) Riverside, California
(P.O. Box 12005, Riverside, CA 92502-2205)

**UNPAID PRIOR-YEAR SECURED PROPERTY TAXES**
Offices in Riverside, Palm Springs and Temecula
To send us an e-mail, visit our Website: www.riversidetaxinfo.com

Telephone: (951) 955-3900
or, from area codes 951 and 760 only
toll free: 1 (877) RIVCOTX (748-2689)

**IMPORTANT INFORMATION ON REVERSE SIDE**

| | |
|---|---|
| Property Data | .19 ACRES IN LOT 88 MB 235/097 TR 24907 |
| Address | 1822 RUE CHENIN BLANC SAN JACINTO 92583 |
| Owner | AMERICAN HOME MORTGAGE SERVICING INC |

ASSESSMENT NUMBER
547212022-1

Parcel Number
547212022-1

09/09/2009    09

AMERICAN HOME MORTGAGE SERVICING INC
4600 REGENT BLV STE 200
IRVING TX 75063

UNPAID PRIOR-YEAR TAXES
(See lines 04-06 on reverse)
2009-547212022-0000
The Default Year and Number

**THERE ARE UNPAID PRIOR-YEAR TAXES ON THE PROPERTY SHOWN ABOVE.**
**THE PARTICULAR UNPAID ASSESSMENT NUMBER(S) AND FISCAL YEAR(S) ARE:**

547212022-1 2008-2009

Pay ONLY the amount shown for the month in which payment is being made and disregard all other amounts. Your payment must be postmarked no later than the last day of that month. (If payment taxes remain unpaid for 5 years after the original default-year, the property becomes subject to tax sale.) Note: Current-year taxes are NOT included in these amounts.

$

| IF PAYING IN | | PAY THIS AMOUNT | IF PAYING IN | | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| JULY | 2009 | $1,677.86 | JANUARY | 2010 | $1,809.58 |
| AUGUST | 2009 | $1,699.81 | FEBRUARY | 2010 | $1,831.54 |
| SEPTEMBER | 2009 | $1,721.77 | MARCH | 2010 | $1,853.49 |
| OCTOBER | 2009 | $1,743.72 | APRIL | 2010 | $1,875.44 |
| NOVEMBER | 2009 | $1,765.67 | MAY | 2010 | $1,897.40 |
| DECEMBER | 2009 | $1,787.63 | JUNE | 2010 | $1,919.35 |

**PLEASE KEEP TOP PORTION FOR YOUR RECORDS**
(NO RECEIPTS WILL BE ISSUED – YOUR CANCELLED CHECK IS YOUR RECEIPT)

Pay on-line at: www.riversidetaxinfo.com      **SEND THIS STUB WITH YOUR PAYMENT**

| REDEMPTION AMOUNT | DEFAULT YEAR AND NUMBER | DATE PAID | TAX RATE AREA | ASSESSMENT NUMBER |
|---|---|---|---|---|
| | 2009-547212022-0000 | | 010-055 | 547212022-1 |

**RIVERSIDE COUNTY**
**PRIOR-YEAR SECURED PROPERTY TAXES**

16 WWWWWWW 5472120221 09

(PAYMENT INSTRUCTIONS ON BACK)

Property Profile

 

**Property Profile**

| | |
|---|---|
| Primary Owner: | **AMERICAN HOME MORTGAGE SERVICING INC** |
| Secondary Owner: | |
| Mail Address: | **4600 REGENT BLVD , #200 IRVING, TX 75063** |
| Site Address: | **1822 RUE CHENIN BLANC SAN JACINTO, CA 92583** |
| Telephone Number: | |
| APN: | **547-212-022** |
| Reference APN: | |
| Census Tract: | **435.023** |
| Housing Tract Number: | **24907** |
| Lot Number: | **88** |
| Page Grid Old: | |
| Page Grid New: | |
| Legal Description: | **.19 ACRES IN LOT 88 MB 235/097 TR 24907** |
| Subdivision: | **24907** |

*Geo Level: 0*

## Property Characteristics

| | | |
|---|---|---|
| Bedrooms: 4 | Year Built: 2001 | Square Feet: 2,022 |
| Bathrooms: 2.0 | Garage: Y | Lot Size: 8,276 sq ft / 0.19 acres |
| Total Rooms: | Fireplace: Y | Number of Units: 1 |
| Zoning: | Pool/View: | Use Code: Single Family Residence |
| Heating/Cooling: | | |

## Sale & Loan Information

| | | |
|---|---|---|
| Transfer Date: 05-12-2008 | Seller: | Document: 0000252101 |
| Transfer Value: $151,549 | Cost/Sq Feet: $74.95 | Title Co.: Provident Title |
| First Loan Amt: | Lender: | Last Trans W/O$: 04-18-2005 |
| Loan Type: | Interest Rate Type: | Last Trans W/O$ Doc: 0000301595 |

## Assessed & Tax Information

| | | |
|---|---|---|
| Assessed Value: $182,000 | Percent Improvement: 62.63 | Homeowner Exemption: |
| Land Value: $68,013 | Tax Amount: $2,927 | Tax Rate Area: 10055 |
| Improvement Value: $113,987 | Tax Status: current | |

© 2009 DataQuick Information Systems  This information is compiled from public records and is not guaranteed.

Recording Requested By
**ServiceLink**

RECORDING REQUESTED BY
T.D. SERVICE COMPANY

And when recorded mail to
American Home Mortgage
Servicing
RE: Loan # 1000786316/FABIAN
4600 Regent Boulevard
Irving, TX 75063
Suite 200

*2805174/50*    Space above this

DOC # 2008-0252101
05/12/2008 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder



| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   | 2    |      |     |      |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      |     | T:   | CTY  | UNI | 044 |

## TRUSTEE'S DEED UPON SALE

12

T
044

The undersigned declares under penalty of perjury that the following declaration is true and correct:

1)  The Grantee herein was the foreclosing Beneficiary.
2)  The amount of the unpaid debt together with costs was - - - - - - - - - - - - - - - - - - -    $255,011.18
3)  The amount paid by the Grantee at the Trustee's Sale was - - - - - - - - - - - - - - - - -    $151,549.41
4)  The documentary transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    $.00
5)  The city transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    $.00
6)  The monument preservation tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    $.00
7)  Said property is in San Jacinto, County of Riverside

TRA#: 010

T.D. SERVICE COMPANY

Dated: 05/05/08        By  *Patty Matamoros*
                           Patty F. Matamoros, Sr. Trustee's Sale Technician

T.S. No: B349924 CA    Unit Code: B    Loan No: 1000786316/FABIAN
Min No: 100314000007863169
AP #1: 547-212-022-1
Property Address: 1822 RUE CHENIN BLANC, SAN JACINTO, CA 92583

T.D. SERVICE COMPANY
(herein called Trustee)

does hereby GRANT AND CONVEY, without any covenant or warranty, express or implied to

AMERICAN HOME MORTGAGE SERVICING, INC.
(herein called Grantee), such interest as Trustee has in that certain property described as follows:

LOT 88 OF TRACT 24907, IN THE CITY OF SAN JACINTO, COUNTY OF RIVERSIDE, STATE OF
CALIFORNIA, AS PER MAP RECORDED IN BOOK 235, PAGE(S) 97 THROUGH 100, INCLUSIVE, OF
MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

This conveyance is made pursuant to the authority vested in said Trustee, as Trustee or as duly appointed Trustee
by the Deed of Trust described as follows:

Trustor: ALVARO FABIAN

MAIL TAX STATEMENTS TO ADDRESS SHOWN ABOVE

Page 2
T.S. No: B349924 CA      Unit Code: B      Loan No: 1000786316/FABIAN

Recorded April 18, 2005  as Instr. No. 2005-0301596 in Book --- Page --- of Official Records in the office of the Recorder of RIVERSIDE County; CALIFORNIA , Whereas, the holder of the note secured by said Deed of Trust delivered to Trustee a written Declaration of Default and, pursuant thereto, a Notice of Default was recorded January 8, 2008 as Instr. No. 2008-010110 in Book --- Page --- of Official Records in the office of the Recorder of  RIVERSIDE  County; CALIFORNIA .

Whereas, Trustee complied with all applicable statutory provisions of California Civil Code Sections 2924 et seq. and of the described Deed of Trust including the mailing, publication, personal delivery, and posting of the Notice of Default and Notice of Sale, as respectively appropriate.

Said Notice of Trustee's Sale stated the time and place that Trustee would sell its interest in the described property at public auction. On May 5, 2008, the date set forth in the Notice of Trustee's Sale or the properly postponed sale date, Trustee sold the described property to Grantee, the highest qualified bidder present, for the sum of $151,549.41  Pro-tanto.

In Witness Whereof, the undersigned caused its corporate name and seal (if applicable) to be hereunto affixed.

Dated  May 7, 2008

T.D. SERVICE COMPANY

BY  _Kimberly Coonradt_          BY  _Frances Depalma_
Kimberly Coonradt, Assistant Secretary          Frances Depalma, Assistant Secretary

STATE OF CALIFORNIA          )
COUNTY OF ORANGE          )SS

On  05/07/08  before me, KAY HENDRICKS, a Notary Public, personally appeared  KIMBERLY COONRADT, ASSISTANT SECRETARY, FRANCES DEPALMA, ASSISTANT SECRETARY who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature  _Kay Hendricks_          (Seal)

KAY HENDRICKS
Commission # 1530718
Notary Public - California
Orange County
My Comm. Expires Dec 27, 2008

THIS INSTRUMENT IS RECORDED AT THE REQUEST OF SERVICELINK AS AN ACCOMODATION ONLY. IT HAS NOT BEEN EXAMINED AS TO ITS EXECUTION OR AS TO ITS EFFECTS UPON TITLE.

**EXHIBIT G**

SEP-09-2009 WED 11:01 AM RIV CO TREAS TAX COLL        FAX NO. 951 955 3990        P. 11



**RIVERSIDE COUNTY**
DON KENT, TREASURER
4080 Lemon St (1st Floor) Riverside, California
(P.O. Box 12005, Riverside, CA 92502-2205)

**UNPAID PRIOR-YEAR SECURED PROPERTY TAXES**
Offices in Riverside, Palm Springs and Temecula
To send us an e-mail, visit our Website: www.riversidetaxinfo.com

Telephone: (951) 955-3900
or, from area codes 951 and 760 only
toll free: 1 (877) RIVCOTX (748-2689)

**IMPORTANT INFORMATION ON REVERSE SIDE**

| | |
|---|---|
| Property Date | LOT 224 MB 027/077 DOS PALMAS TR UNIT 3 |
| Address Owner | 16665 VIA EL RANCHO DSRT HOT SPG 92240 / AMERICAN HOME MORTGAGE |

ASSESSMENT NUMBER (See item #4 on reverse)
657082011-4

Parcel Number
657082011-4

09/09/2009   09

UNPAID PRIOR-YEAR TAXES
2007-657082011-0000
Tax-Default Year and Number

AMERICAN HOME MORTGAGE
4600 REGENT BLVD STE 200
IRVING TX 75063

**THERE ARE UNPAID PRIOR-YEAR TAXES ON THE PROPERTY SHOWN ABOVE.
THE PARTICULAR UNPAID ASSESSMENT NUMBER(S) AND FISCAL YEAR(S) ARE:**

052446372-3 2005-2006
657082011-4 2007-2008  2008-2009

Pay ONLY the amount shown for the month in which payment is being made
and disregard all other amounts. Your payment must be postmarked no later than the
last day of that month. (If property taxes remain unpaid for 5 years after the original
default-year, the property becomes subject to tax sale.) Note: Current-year taxes are NOT
included in these amounts.

$

| IF PAYING IN | | PAY THIS AMOUNT | IF PAYING IN | | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| JULY | 2009 | $13,701.89 | JANUARY | 2010 | $14,613.62 |
| AUGUST | 2009 | $13,853.85 | FEBRUARY | 2010 | $14,765.57 |
| SEPTEMBER | 2009 | $14,005.80 | MARCH | 2010 | $14,917.53 |
| OCTOBER | 2009 | $14,157.76 | APRIL | 2010 | $15,069.48 |
| NOVEMBER | 2009 | $14,309.71 | MAY | 2010 | $15,221.44 |
| DECEMBER | 2009 | $14,461.66 | JUNE | 2010 | $15,373.39 |

**PLEASE KEEP TOP PORTION FOR YOUR RECORDS**
(NO RECEIPTS WILL BE ISSUED - YOUR CANCELLED CHECK IS YOUR RECEIPT)

Pay on-line at: www.riversidetaxinfo.com        **SEND THIS STUB WITH YOUR PAYMENT**

| REDEMPTION AMOUNT | DEFAULT YEAR AND NUMBER | DATE PAID | TAX RATE AREA | ASSESSMENT NUMBER |
|---|---|---|---|---|
| | 2007-657082011-0000 | | 061-074 | 657082011-4 |

**RIVERSIDE COUNTY**
**PRIOR-YEAR SECURED PROPERTY TAXES**

16 WWWWWWW 6570820114 09

**(PAYMENT INSTRUCTIONS ON BACK)**

Property Profile                                                                 Page 1 of 3





**Property Profile**

| | |
|---|---|
| Primary Owner: | **AMERICAN HOME MORTGAGE** |
| Secondary Owner: | |
| Mail Address: | **4600 REGENT BLVD , #200** |
| | **IRVING, TX 75063** |
| Site Address: | **16465 VIA EL RANCHO** |
| | **DESERT HOT SPRINGS, CA 92240** |
| Telephone Number: | |
| APN: | **657-082-011** |
| Reference APN: | |
| Census Tract: | **445.024** |
| Housing Tract Number: | |
| Lot Number: | **224** |
| Page Grid Old: | |
| Page Grid New: | |
| Legal Description: | **LOT 224 MB 027/077 DOS PALMAS TR UNIT 3** |
| Subdivision: | **DOS PALMAS TR UNIT 03** |

*Geo Level: 0*

### Property Characteristics

| | | |
|---|---|---|
| Bedrooms: 4 | Year Built: 2005 | Square Feet: 1,695 |
| Bathrooms: 4.0 | Garage: Y | Lot Size: 9,583 sq ft / 0.22 acres |
| Total Rooms: | Fireplace: | Number of Units: |
| Zoning: W2 | Pool/View: | Use Code: Single Family Residence |
| Heating/Cooling: | | |

### Sale & Loan Information

| | | |
|---|---|---|
| Transfer Date: 05-30-2007 | Seller: | Document: 0000354274 |
| Transfer Value: $230,103 | Cost/Sq Feet: $135.75 | Title Co.: |
| First Loan Amt: | Lender: | Last Trans W/O$: 03-16-2006 |
| Loan Type: | Interest Rate Type: | Last Trans W/O$ Doc: 0000188227 |

### Assessed & Tax Information

| | | |
|---|---|---|
| Assessed Value: $125,000 | Percent Improvement: 75.20 | Homeowner Exemption: |
| Land Value: $31,000 | Tax Amount: $3,408 | Tax Rate Area: 61074 |
| Improvement Value: $94,000 | Tax Status: default | |

© 2009 DataQuick Information Systems. This information is compiled from public records and is not guaranteed.

DOC # 2007-0354274
05/30/2007 08:00A Fee:10.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

Recording requested by:

When recorded mail to:

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

| S | R | U | | | | | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | | | | | | |
| M | S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
| | / | A | L | 2 | | | | | | |

File No. 7983.20323        Title Order
Loan No. 1001194926

| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG |
| | | | | | | | | |

EXAM 010

## TRUSTEE'S DEED UPON SALE

TRA - 088

APN: 657-082-011-4

T 010

The undersigned grantor declares:
1) The grantee herein **WAS** the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was: $230,103.82
3) The amount paid by the grantee at the trustee sale was: $230,103.82
4) The documentary transfer tax is: 0
5) Said property is in the County of Riverside

And **Northwest Trustee Services, Inc.**, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

**AMERICAN HOME MORTGAGE**

(herein called grantee), all of its right, title and interest in and to that certain property situated in the County of **Riverside**, State of **California** , and described as follows:

LOT 224 OF DOS PALMAS TRACT, UNIT NO. 3, AS SHOWN BY MAP ON FILE IN BOOK 27 PAGE (S) 77 AND 78 OF MAPS, RECORDS OF RIVERSIDE COUNTY,CALIFORNIA

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated **03/10/06**, executed by **MARCO OROZCO, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY,** as Trustor, to secure certain obligations in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** as beneficiary, recorded **03/16/06**, as Instrument No.**2006-0188228,** of Official Records in the Office of the Recorder of **Riverside** County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on 05/22/07 at the place named in the Notice of Sale, in the County of **Riverside**, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being **$230,103.82** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date: May 23, 2007

**NORTHWEST TRUSTEE SERVICES, INC.**

By: _____
Lupe Tabita

State of California        )
County of Orange          )

On 05/23/07 before me, Michelle Floyd, Notary Public, personally appeared Lupe Tabita, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name (s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same and his/her/their authorized capacity (ies), and that by his/her/their signature (s) on the instrument the person (s), or the entity upon behalf of which the person (s) acted, executed the instrument.

WITNESS my hand and official seal

Signature _____

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**



MICHELLE FLOYD
Commission # 1635143
Notary Public - California
Orange County
My Comm. Expires Jan 5, 2010