UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,<br><br>            Debtors. | Case Number: 07-11047<br><br>Chapter 11<br><br>EXHIBITS TO SUPPLEMENTAL RESPONSE TO OBJECTION TO CLAIM OF RIVERSIDE COUNTY TAXING AUTHORITY, ONE OF THE CALIFORNIA TAXING AUTHORITY AND THE DECLARATION OF MARTHA E. ROMERO IN SUPPORT THEREOF (TWENTY-FIFTH OMNIBUS OBJECTION)<br><br>(EXHIBIT H)<br><br>Date: September 8, 2009<br>Time: 11:30 a.m. ET |

TO THE HONORABLE CHRISTOPHER S. SONTCHI UNITED STATES BANKRUPTCY JUDGE AND TO INTERESTED PARTIES:

    Exhibits to the Supplemental Response to the Objection of its claim (Twenty Fifth Omnibus Objection) are attached. Tax bills and supporting deed information are attached within each exhibit. They are as follows:

| | Parcel No. | Amount as of 9/30/09 |
|---|---|---|
| Exhibit H: | 677302207-6 | $2033.95 |

| | |
|---|---|
| Dated: October 1, 2009 | ROMERO LAW FIRM |
| | By. /s/ Martha E. Romero |
| | MARTHA E. ROMERO, State Bar No. 128144 |
| | ROMERO LAW FIRM |
| | BMR Professional Building |
| | Whittier, California 90601 |
| | Phone (562) 907-6800 |
| | Facsimile (562)907-6820 |
| | Attorneys for SECURED CREDITOR COUNTY OF RIVERSIDE, CALIFORNIA A CALIFORNIA TAXING AUTHORITY |

EXHIBIT H

SEP-09-2009 WED 11:02 AM RIV CO TREAS TAX COLL    FAX NO. 951 955 3990    P. 12



**RIVERSIDE COUNTY**
**UNPAID PRIOR-YEAR SECURED PROPERTY TAXES**
Offices in Riverside, Palm Springs and Temecula
To send us an e-mail, visit our Website: www.riversidetaxinfo.com
**IMPORTANT INFORMATION ON REVERSE SIDE**

DON KENT, TREASURER
4080 Lemon St (1st Floor) Riverside, California
(P.O. Box 12005, Riverside, CA 92502-2205)
Telephone: (951) 955-3900
or, from area codes 951 and 760 only
toll free: 1 (877) RIVCOTX (748-2689)

Property Data: LOT 540 MB 034/073 PALM SPRINGS COUNTRY CLUB ESTATES 3
Address: 30456 SAN ANTONIO DR CATHEDRAL CY 92234
Owner: AMERICAN HOME MORTGAGE SERVICING INC

ASSESSMENT NUMBER: 677302007-6
Parcel Number: 677302007-6

AMERICAN HOME MORTGAGE SERVICING INC
C/O FIDELITY NAT'L
1270 NORTHLAND DR
MENDOTA HEIGHTS MN 55120

09/09/2009    09

UNPAID PRIOR-YEAR TAXES
(See Item #4 on reverse)
2009-677302007-0000
Tax-Default Year and Number

THERE ARE UNPAID PRIOR-YEAR TAXES ON THE PROPERTY SHOWN ABOVE.
THE PARTICULAR UNPAID ASSESSMENT NUMBER(S) AND FISCAL YEAR(S) ARE:

677302007-6    2008-2009

Pay ONLY the amount shown for the month in which payment is being made and disregard all other amounts. Your payment must be postmarked no later than the last day of that month. (If property taxes remain unpaid for 5 years after the original default-year, the property becomes subject to tax sale.) Note: Current-year taxes are NOT included in these amounts.

$ _____

| IF PAYING IN | PAY THIS AMOUNT | IF PAYING IN | PAY THIS AMOUNT |
|---|---|---|---|
| JULY 2009 | $1,981.87 | JANUARY 2010 | $2,138.13 |
| AUGUST 2009 | $2,007.91 | FEBRUARY 2010 | $2,164.17 |
| SEPTEMBER 2009 | $2,033.95 | MARCH 2010 | $2,190.21 |
| OCTOBER 2009 | $2,060.00 | APRIL 2010 | $2,216.26 |
| NOVEMBER 2009 | $2,086.04 | MAY 2010 | $2,242.30 |
| DECEMBER 2009 | $2,112.08 | JUNE 2010 | $2,268.34 |

**PLEASE KEEP TOP PORTION FOR YOUR RECORDS**
(NO RECEIPTS WILL BE ISSUED – YOUR CANCELLED CHECK IS YOUR RECEIPT)

Pay on-line at: www.riversidetaxinfo.com    SEND THIS STUB WITH YOUR PAYMENT

| REDEMPTION AMOUNT | DEFAULT YEAR AND NUMBER | DATE PAID | TAX RATE AREA | ASSESSMENT NUMBER |
|---|---|---|---|---|
|  | 2009-677302007-0000 |  | 019-015 | 677302007-6 |

**RIVERSIDE COUNTY**
**PRIOR-YEAR SECURED PROPERTY TAXES**

_____
_____
_____

16 WWWWWWW 6773020076 09

(PAYMENT INSTRUCTIONS ON BACK)





Geo Level: 0

**Property Profile**

Primary Owner: AMERICAN HOME MORTGAGE SERVICING INC
Secondary Owner:
Mail Address: 1270 NORTHLAND DR
MENDOTA HEIGHTS, MN 55120
Site Address: 30456 SAN ANTONIO DR
CATHEDRAL CITY, CA 92234
Telephone Number:
APN: 677-302-007
Reference APN:
Census Tract: 447.003
Housing Tract Number:
Lot Number: 540
Page Grid Old:
Page Grid New: 787-B1
Legal Description: LOT 540 MB 034/073 PALM SPRINGS COUNTRY CLUB ESTATES 3
Subdivision: PALM SPGS COUNTRY CLUB ESTATES

## Property Characteristics

Bedrooms: 3
Bathrooms: 2.0
Total Rooms:
Zoning: R1
Heating/Cooling: Y/

Year Built: 1959
Garage: Y
Fireplace:
Pool/View:

Square Feet: 1,248
Lot Size: 10,890 sq ft / 0.25 acres
Number of Units: 1
Use Code: Single Family Residence

## Sale & Loan Information

Transfer Date: 07-17-2008
Transfer Value: $157,458
First Loan Amt:
Loan Type:

Seller:
Cost/Sq Feet: $126.17
Lender:
Interest Rate Type:

Document: 0000391378
Title Co.:
Last Trans W/O$: 10-12-2004
Last Trans W/O$ Doc: 0000806330

## Assessed & Tax Information

Assessed Value: $88,000
Land Value: $29,005
Improvement Value: $58,995

Percent Improvement: 67.04
Tax Amount: $3,472
Tax Status: current

Homeowner Exemption:
Tax Rate Area: 19015

© 2009 DataQuick Information Systems. This information is compiled from public records and is not guaranteed.

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

RECORDING REQUESTED BY
T.D. SERVICE COMPANY

And when recorded mail to
Fidelity National Foreclosure
and Bankruptcy Solutions
RE: Loan # 0030441356/NUNO
1270 Northland Drive
Mendota Heights, MN 55120

DOC # 2008-0391378
07/17/2008 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

3635315                        Space above

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| 1 |   |   |      |      |    |    |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      |    |    |      |     | 034  |

T: | CTY | UNI

12   034

## TRUSTEE'S DEED UPON SALE

The undersigned declares under penalty of perjury that the following declaration is true and correct:

1) The Grantee herein was the foreclosing Beneficiary.
2) The amount of the unpaid debt together with costs was -------------------- $157,458.65
3) The amount paid by the Grantee at the Trustee's Sale was ----------------- $157,458.65
4) The documentary transfer tax is ------------------------------------ $.00
5) The city transfer tax is ---------------------------------------- $.00
6) The monument preservation tax is ----------------------------------- $.00
7) Said property is in Cathedral City, County of Riverside

TRA#: 019-015

Dated: 07/09/08

T.D. SERVICE COMPANY
By _Patty Matamoros_
Patty F. Matamoros, Sr. Trustee's Sale Technician

---

T.S. No: B353540 CA   Unit Code: B   Loan No: 0030441356/NUNO
Min No: 100314000007642951
AP #1: 677-302-007-6
Property Address: 30456 SAN ANTONIO DRIVE, CATHEDRAL CITY, CA  92234

AHMSI DEFAULT SERVICES, INC.
(herein called Trustee)

does hereby GRANT AND CONVEY, without any covenant or warranty, express or implied to

AMERICAN HOME MORTGAGE SERVICING, INC.
(herein called Grantee), such interest as Trustee has in that certain property described as follows:

LOT 540 OF PALM SPRINGS COUNTRY CLUB ESTATES UNIT NO. 3, AS SHOWN BY MAP ON FILE
IN BOOK 34 PAGES 73 AND 74 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

This conveyance is made pursuant to the authority vested in said Trustee, as Trustee or as duly appointed Trustee
by the Deed of Trust described as follows:

Trustor: LORENA M. NUNO

MAIL TAX STATEMENTS TO ADDRESS SHOWN ABOVE

Page 2
T.S. No: B353540 CA     Unit Code: B     Loan No: 0030441356/NUNO

Recorded March 11, 2005 as Instr. No. 2005-0198881 in Book --- Page --- of Official Records in the office of the Recorder of RIVERSIDE County; CALIFORNIA , Whereas, the holder of the note secured by said Deed of Trust delivered to Trustee a written Declaration of Default and, pursuant thereto, a Notice of Default was recorded February 26, 2008 as Instr. No. 2008-0092416 in Book --- Page --- of Official Records in the office of the Recorder of RIVERSIDE County; CALIFORNIA.

Whereas, Trustee complied with all applicable statutory provisions of California Civil Code Sections 2924 et seq. and of the described Deed of Trust including the mailing, publication, personal delivery, and posting of the Notice of Default and Notice of Sale, as respectively appropriate.

Said Notice of Trustee's Sale stated the time and place that Trustee would sell its interest in the described property at public auction. On July 9, 2008, the date set forth in the Notice of Trustee's Sale or the properly postponed sale date, Trustee sold the described property to Grantee, the highest qualified bidder present, for the sum of $157,458.65.

In Witness Whereof, the undersigned caused its corporate name and seal (if applicable) to be hereunto affixed.

Dated July 12, 2008

AHMSI DEFAULT SERVICES, INC.
By T.D. Service Company, As Agent for the Trustee

BY _____          BY _____
   Crystal Espinoza, Assistant Secretary            Frances Depalma, Assistant Secretary

STATE OF CALIFORNIA      )
COUNTY OF ORANGE         )SS

On 07/12/08 before me, KAY HENDRICKS, a Notary Public, personally appeared CRYSTAL ESPINOZA and FRANCES DEPALMA, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____ (Seal)

KAY HENDRICKS
Commission # 1530718
Notary Public - California
Orange County
My Comm. Expires Dec 27, 2008