UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Case Number: 07-11047<br><br>Chapter 11<br><br>EXHIBITS TO SUPPLEMENTAL RESPONSE TO OBJECTION TO CLAIM OF RIVERSIDE COUNTY TAXING AUTHORITY, ONE OF THE CALIFORNIA TAXING AUTHORITY AND THE DECLARATION OF MARTHA E. ROMERO IN SUPPORT THEREOF(TWENTY-FIFTH OMNIBUS OBJECTION)<br><br>(EXHIBIT I)<br><br>Date: September 8, 2009<br>Time: 11:30 a.m. ET |

TO THE HONORABLE CHRISTOPHER S. SONTCHI UNITED STATES BANKRUPTCY JUDGE AND TO INTERESTED PARTIES:

Exhibits to the Supplemental Response to the Objection of its claim (Twenty Fifth Omnibus Objection) are attached. Tax bills and supporting deed information are attached within each exhibit. They are as follows:

| | Parcel No. | Amount as of 9/30/09 |
|---|---|---|
| Exhibit I: | 916500042-7 | $3242.16 |

1

```
 1 | Dated: October 1, 2009         ROMERO LAW FIRM
 2 |
 3 |                                By. /s/ Martha E. Romero
   |                                MARTHA E. ROMERO, State Bar No.
 4 |                                128144
   |                                ROMERO LAW FIRM
 5 |                                BMR Professional Building
   |                                Whittier, California 90601
 6 |                                Phone (562) 907-6800
   |                                Facsimile (562)907-6820
 7 |                                Attorneys for SECURED CREDITOR
   |                                COUNTY OF RIVERSIDE, CALIFORNIA
 8 |                                A CALIFORNIA TAXING AUTHORITY
 9 |
10 |
...
28 |
```

EXHIBIT I

SEP-09-2009 WED 11:02 AM RIV CO TREAS TAX COLL     FAX NO. 951 955 3990     P. 13

**RIVERSIDE COUNTY**
**UNPAID PRIOR-YEAR SECURED PROPERTY TAXES**

Offices in Riverside, Palm Springs and Temecula
To send us an e-mail, visit our Website: www.riversidetaxinfo.com
**IMPORTANT INFORMATION ON REVERSE SIDE**

DON KENT, TREASURER
4080 Lemon St (1st Floor) Riverside, California
(P.O. Box 12005, Riverside, CA 92502-2205)

Telephone: (951) 955-3900
or, from area codes 951 and 760 only
toll free: 1 (877) RIVCOTX (748-2689)

Property Data: .08 ACRES M/L IN LOT 42 MB 355/055 TR 30669-2
Address: 40183 ALBANY CT TEMECULA 92591
Owner: AMERICAN HOME MORTGAGE SERVICING INC

ASSESSMENT NUMBER: 916500042-7
Parcel Number: 916500042-7

AMERICAN HOME MORTGAGE SERVICING INC
C/O FIDELITY NAT'L FORECLOSURE
1270 NORTHLAND DR
MENDOTA HEIGHTS MN 55120

09/09/2009    09

UNPAID PRIOR-YEAR TAXES
(See item #4 on reverse)
2009-916500042-0000
Tax-Default Year and Number

THERE ARE UNPAID PRIOR-YEAR TAXES ON THE PROPERTY SHOWN ABOVE.
THE PARTICULAR UNPAID ASSESSMENT NUMBER(S) AND FISCAL YEAR(S) ARE:

916500042-7 2008-2009

Pay ONLY the amount shown for the month in which payment is being made and disregard all other amounts. Your payment must be postmarked no later than the last day of that month. (If property taxes remain unpaid for 5 years after the original default-year, the property becomes subject to tax sale.) Note: Current-year taxes are NOT included in these amounts.

$

| IF PAYING IN | PAY THIS AMOUNT | IF PAYING IN | PAY THIS AMOUNT |
|---|---|---|---|
| JULY 2009 | $3,158.42 | JANUARY 2010 | $3,409.65 |
| AUGUST 2009 | $3,200.29 | FEBRUARY 2010 | $3,451.52 |
| SEPTEMBER 2009 | $3,242.16 | MARCH 2010 | $3,493.39 |
| OCTOBER 2009 | $3,284.03 | APRIL 2010 | $3,535.26 |
| NOVEMBER 2009 | $3,325.90 | MAY 2010 | $3,577.13 |
| DECEMBER 2009 | $3,367.77 | JUNE 2010 | $3,619.00 |

**PLEASE KEEP TOP PORTION FOR YOUR RECORDS**
(NO RECEIPTS WILL BE ISSUED - YOUR CANCELLED CHECK IS YOUR RECEIPT)

Pay on-line at: www.riversidetaxinfo.com    **SEND THIS STUB WITH YOUR PAYMENT**

| REDEMPTION AMOUNT | DEFAULT YEAR AND NUMBER | DATE PAID | TAX RATE AREA | ASSESSMENT NUMBER |
|---|---|---|---|---|
| | 2009-916500042-0000 | | 013-001 | 916500042-7 |

**RIVERSIDE COUNTY**
**PRIOR-YEAR SECURED PROPERTY TAXES**

16 WWWWWWWW 9165000427 09

(PAYMENT INSTRUCTIONS ON BACK)



## Property Profile



Primary Owner: **ALFONSO,OLIVER**
Secondary Owner: **ZHANG,LIYAN**
Mail Address: **790 MANLEY DR**
**SAN GABRIEL, CA 91776**
Site Address: **40183 ALBANY CT**
**TEMECULA, CA 92591**
Telephone Number:
APN: **916-500-042**
Reference APN:
Census Tract: **432.045**
Housing Tract Number: **3066902**
Lot Number: **42**
Page Grid Old:
Page Grid New:
Legal Description: **.08 ACRES M/L IN LOT 42 MB 355/055 TR 30669-2**
Subdivision:

### Property Characteristics

Bedrooms: 3
Bathrooms: 3.0
Total Rooms:
Zoning:
Heating/Cooling:

Year Built: 2005
Garage: Y
Fireplace:
Pool/View:

Square Feet: 1,774
Lot Size: 3,484 sq ft / 0.08 acres
Number of Units:
Use Code: Single Family Residence

### Sale & Loan Information

Transfer Date: 08-28-2009
Transfer Value: $180,000
First Loan Amt:
Loan Type:

Seller:
Cost/Sq Feet: $101.47
Lender:
Interest Rate Type:

Document: 0000451149
Title Co.: First American Title
Last Trans W/O$: 02-24-2006
Last Trans W/O$ Doc: 0000137337

### Assessed & Tax Information

Assessed Value: $249,000
Land Value: $80,004
Improvement Value: $168,996

Percent Improvement: 67.87
Tax Amount: $5,583
Tax Status: current

Homeowner Exemption:
Tax Rate Area: 13001

© 2009 DataQuick Information Systems. This information is compiled from public records and is not guaranteed.

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

RECORDING REQUESTED BY
T.D. SERVICE COMPANY

And when recorded mail to
Fidelity National Foreclosure
and Bankruptcy Solutions
RE: Loan # 1001456192/ROSALES
1270 Northland Drive
Mendota Heights, MN 55120

DOC # 2008-0389874
07/16/2008 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|------|------|-----|------|
| 1 |   |   | 3    |      |    |      |      |     |      |
| M | A | L | 465  | 426  |PCOR|NCOR  | SMF  |NCHG | EXAM |
|   |   |   |      |      | T: |      | CTY  | UNI | 006  |

3649922

Space above this line for recorder use

TRA# 013-001    **TRUSTEE'S DEED UPON SALE**    15

T 006

The undersigned declares under penalty of perjury that the following declaration is true and correct:

1) The Grantee herein was the foreclosing Beneficiary.
2) The amount of the unpaid debt together with costs was ------------------ $477,391.35
3) The amount paid by the Grantee at the Trustee's Sale was ------------------ $383,078.46
4) The documentary transfer tax is ------------------------------ $.00
5) The city transfer tax is ------------------------------------ $.00
6) The monument preservation tax is ---------------------------- $.00
7) Said property is in Temecula, County of Riverside

T.D. SERVICE COMPANY

Dated: 07/08/08        By_____
                       Stephanie M. Long, Trustee's Sale Tech III

T.S. No: B354427 CA    Unit Code: B    Loan No: 1001456192/ROSALES
Min No: 100024200014561928
AP #1: 916-500-042-7
Property Address: 40183 ALBANY COURT, TEMECULA, CA 92592

AHMSI DEFAULT SERVICES, INC.
(herein called Trustee)

does hereby GRANT AND CONVEY, without any covenant or warranty, express or implied to

AMERICAN HOME MORTGAGE SERVICING, INC.
(herein called Grantee), such interest as Trustee has in that certain property described as follows:

SEE ATTACHED EXHIBIT "A"

This conveyance is made pursuant to the authority vested in said Trustee, as Trustee or as duly appointed Trustee by the Deed of Trust described as follows:

Trustor: PRISCILA ROSALES

MAIL TAX STATEMENTS TO ADDRESS SHOWN ABOVE

Page 2
T.S. No: B354427 CA     Unit Code: B     Loan No: 1001456192/ROSALES

Recorded October 11, 2006 as Instr. No. 2006-0748118 in Book --- Page --- of Official Records in the office of the Recorder of RIVERSIDE County; CALIFORNIA, Whereas, the holder of the note secured by said Deed of Trust delivered to Trustee a written Declaration of Default and, pursuant thereto, a Notice of Default was recorded March 5, 2008 as Instr. No. 20080109059 in Book --- Page --- of Official Records in the office of the Recorder of RIVERSIDE County; CALIFORNIA.

Whereas, Trustee complied with all applicable statutory provisions of California Civil Code Sections 2924 et seq. and of the described Deed of Trust including the mailing, publication, personal delivery, and posting of the Notice of Default and Notice of Sale, as respectively appropriate.

Said Notice of Trustee's Sale stated the time and place that Trustee would sell its interest in the described property at public auction. On July 8, 2008, the date set forth in the Notice of Trustee's Sale or the properly postponed sale date, Trustee sold the described property to Grantee, the highest qualified bidder present, for the sum of $383,078.46 **Pro-tanto**.

In Witness Whereof, the undersigned caused its corporate name and seal (if applicable) to be hereunto affixed.

Dated July 11, 2008

AHMSI DEFAULT SERVICES, INC.
By T.D. Service Company, As Agent for the Trustee

BY _____          BY _____
Kimberly Coonradt, Assistant Secretary         Frances Depalma, Assistant Secretary


STATE OF CALIFORNIA     )
COUNTY OF ORANGE        )SS

On 07/11/08 before me, S.LONG, a Notary Public, personally appeared KIMBERLY COONRADT and FRANCES DEPALMA, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

S. LONG
COMM. # 1785185
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires Jan. 6, 2012

# EXHIBIT "A"

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF RIVERSIDE, CITY OF TEMECULA AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT (S) 42 OF TRACT NO. 30669-2, IN THE CITY OF TEMECULA, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 355, PAGE(S) 55 TO 59 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS RIGHTS, AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, AND ALL WATER AND WATER RIGHTS THAT MAY BE WITHIN OR UNDER SAID LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE, AND STORING IN AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LANDS, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THE SAID LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE SAID LAND AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF SAID LAND.

PARCEL 2:

APPURTENANT EASEMENTS OVER THE SIDEYARD AREA OF AN ADJOINING LOT, IF ANY, AS DESCRIBED IN SECTION 4 OF THE SUPPLEMENTAL DECLARATION AND DEPICTED ON EXHIBIT SE ATTACHED TO THE SUPPLEMENTAL DECLARATION.

PARCEL 3:

NONEXCLUSIVE EASEMENTS FOR ACCESS, DRAINAGE, ENCROACHMENT, MAINTENANCE, REPAIR, AND FOR OTHER PURPOSES, ALL AS MAY BE SHOWN ON THE MAP, AND AS DESCRIBED IN THE MASTER DECLARATION AND THE SUPPLEMENTAL DECLARATION.

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INSURANCE COMPANY

(1)

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL THIS DEED AND TAX STATEMENTS TO:

NAME: Oliver Alfonso & Liyan Zhang
ADDRESS: 790 Manley Dr
CITY & STATE: San Gabriel Ca

Title Order No. 3829726-HL
Escrow No. 2092432-KW
Assessor's Parcel No. 916-500-042-7
Date  August 17, 2009

TBA 013-001

DOC # 2009-0451149
08/28/2009 08:00A Fee:36.00
Page 1 of 5 Doc T Tax Paid
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
|   |   |   | 55   |      |    |    |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      |    |    | T:   | CTY | UNI  |

36
T 006

## GRANT DEED

The undersigned declares that the documentary transfer tax is $198.00 and is computed on the full value of the interest or property conveyed. The property is located in the city of Temecula.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

American Home Mortgage Servicing, Inc.

does hereby GRANT to

Oliver Alfonso and Liyan Zhang husband and wife as joint tenants

the following described real property in the City of Temecula, County of Riverside, State of California:

For a complete legal description see Exhibit "A" attached hereto and made a part hereof.

In Witness Whereof, said corporation has caused its corporate name and/or seal to be affixed hereto and this instrument to be executed by its officers thereunto duly authorized.

American Home Mortgage Servicing, Inc.
BY:

Erika Kennedy
Assistant Secretary

STATE OF CALIFORNIA, COUNTY OF Texas  Dallas } SS.
On 8/17/09 before me, Ashlyn Haynes, Notary Public, personally appeared Assistant Secretary Erika Kennedy, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.
Signature Ashley Haynes

FOR NOTARY SEAL OR STAMP

ASHLEY N HAYNES
Notary Public, State of Texas
My Commission Expires
July 24, 2011

MAIL TAX STATEMENTS AS DIRECTED ABOVE
SSSI 270A REV 1/08

# EXHIBIT A

## DESCRIPTION

THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE **STATE OF CALIFORNIA, COUNTY OF RIVERSIDE, CITY OF TEMECULA,** AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT (S) 42 OF TRACT NO. 30669-2, IN THE CITY OF TEMECULA, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 355, PAGE(S) 55 TO 59 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OR, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS RIGHTS, AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, AND ALL WATER AND WATER RIGHTS THAT MAY BE WITHIN OR UNDER SAID LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE, AND STORING IN AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LANDS, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THE SAID LAND,
OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE SAID LAND AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF SAID LAND.

PARCEL 2:

APPURTENANT EASEMENTS OVER THE SIDEYARD AREA OF AN ADJOINING LOT, IF ANY, AS DESCRIBED IN SECTION 4 OF THE SUPPLEMENTAL DECLARATION AND DEPICTED ON EXHIBIT SE ATTACHED TO THE SUPPLEMENTAL DECLARATION.

PARCEL 3:

NONEXCLUSIVE EASEMENTS FOR ACCESS, DRAINAGE, ENCROACHMENT, MAINTENANCE, REPAIR, AND FOR OTHER PURPOSES, ALL AS MAY BE SHOWN ON THE MAP, AND AS DESCRIBED IN THE MASTER DECLARATION AND THE SUPPLEMENTAL DECLARATION.

916-500-042-7

## CERTIFICATION

Pursuant to the provisions of Government Code 27361.1, I certify under the penalty of perjury that the following is a true copy of illegible wording found in the attached documents:

(Print or type the page number(s) and wording below):

---

AMERICAN HOME MORTGAGE SERVICING INC.

INCORPORATED

APRIL 14, 2000

DELAWARE

---

DATE: 8/28/09

SIGNATURE: _____

## CERTIFICATION

Pursuant to the provisions of Government Code 27361.1, I certify under the penalty of perjury that the following is a true copy of illegible wording found in the attached documents:

(Print or type the page number(s) and wording below):

---

**RECORDING REQUESTED BY:**

**FIRST AMERICAN TITLE**

**INSURANCE COMPANY**

---

DATE: 8/28/09

SIGNATURE: _____

Case 07-11047-CSS    Doc 8128    Filed 10/01/09    Page 13 of 13

# GOVERNMENT CODE 27361.7

I certify under penalty of perjury that the Notary Seal on the document to which this statement is attached reads as follows:

NAME OF THE NOTARY: _____

COMMISSION NUMBER: _____

COUNTY WHERE BOND IS FILED: _____

COMMISSION EXPIRATION DATE: _____

I certify under penalty of perjury and the laws of the State of California that the illegible portion of this document to which this statement is attached reads as follows:

_____
_____
_____
_____
_____
_____
_____
_____

State of California)
County of _____

On_____before me, _____ a Notary Public, personally appeared_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/theirs authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official Seal.
Signature_____ (Seal)

PLACE OF EXECUTION: ____RIVERSIDE____    DATE: 8/28

SIGNATURE _____