UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Case Number: 07-11047 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Chapter 11 |
| Debtors. | EXHIBITS TO SUPPLEMENTAL RESPONSE TO OBJECTION TO CLAIM OF RIVERSIDE COUNTY TAXING AUTHORITY, ONE OF THE CALIFORNIA TAXING AUTHORITY AND THE DECLARATION OF MARTHA E. ROMERO IN SUPPORT THEREOF (TWENTY-FIFTH OMNIBUS OBJECTION) |
| | (EXHIBIT J) |
| | Date: September 8, 2009<br>Time: 11:30 a.m. ET |

TO THE HONORABLE CHRISTOPHER S. SONTCHI UNITED STATES BANKRUPTCY JUDGE AND TO INTERESTED PARTIES:

Exhibits to the Supplemental Response to the Objection of its claim (Twenty Fifth Omnibus Objection) are attached. Tax bills and supporting deed information are attached within each exhibit. They are as follows:

| | Parcel No. | Amount as of 9/30/09 |
|---|---|---|
| Exhibit J: | 964330029-2 | $2940.81 |

1

| | | |
|---|---|---|
| 1 | Dated: October 1, 2009 | ROMERO LAW FIRM |
| 2 | | |
| 3 | | By. /s/ Martha E. Romero |
| 4 | | MARTHA E. ROMERO, State Bar No. 128144 |
| 5 | | ROMERO LAW FIRM<br>BMR Professional Building |
| 6 | | Whittier, California 90601<br>Phone (562) 907-6800 |
| 7 | | Facsimile (562)907-6820<br>Attorneys for SECURED CREDITOR<br>COUNTY OF RIVERSIDE, CALIFORNIA |
| 8 | | A CALIFORNIA TAXING AUTHORITY |

EXHIBIT J

SEP-09-2009 WED 11:02 AM RIV CO TREAS TAX COLL    FAX NO. 951 955 3990    P. 14

**RIVERSIDE COUNTY**
**UNPAID PRIOR-YEAR SECURED PROPERTY TAXES**
Offices in Riverside, Palm Springs and Temecula
To send us an e-mail, visit our Website: www.riversidetaxinfo.com
**IMPORTANT INFORMATION ON REVERSE SIDE**

DON KENT, TREASURER
4080 Lemon St (1st Floor) Riverside, California
(P.O. Box 12005, Riverside, CA 92502-2205)

Telephone: (951) 955-3900
or, from area codes 951 and 760 only
toll free: 1 (877) RIVCOTX (748-2689)

Property Data: .27 ACRES IN LOT 87 MB 321/001 TR 29952
Address: 36841 PEBLEY CT WINCHESTER 92596
Owner: AMERICAN HOME MORTGAGE SERVICING INC

Assessment Number: 964330029-2
Parcel Number: 964330029-2

09/09/2009   09

AMERICAN HOME MORTGAGE SERVICING INC
4600 REGENT BLV STE 200
IRVING TX 75063

UNPAID PRIOR-YEAR TAXES
(See Item #4 on reverse)
2009-964330029-0000
Tax-Default Year and Number

THERE ARE UNPAID PRIOR-YEAR TAXES ON THE PROPERTY SHOWN ABOVE.
THE PARTICULAR UNPAID ASSESSMENT NUMBER(S) AND FISCAL YEAR(S) ARE:

964330029-2    2008-2009

Pay ONLY the amount shown for the month in which payment is being made and disregard all other amounts. Your payment must be postmarked no later than the last day of that month. (If property taxes remain unpaid for 5 years after the original default-year, the property becomes subject to tax sale.) Note: Current-year taxes are NOT included in these amounts.

$

| IF PAYING IN | PAY THIS AMOUNT | IF PAYING IN | PAY THIS AMOUNT |
|---|---|---|---|
| JULY 2009 | $2,864.96 | JANUARY 2010 | $3,092.50 |
| AUGUST 2009 | $2,902.88 | FEBRUARY 2010 | $3,130.43 |
| SEPTEMBER 2009 | $2,940.81 | MARCH 2010 | $3,168.35 |
| OCTOBER 2009 | $2,978.73 | APRIL 2010 | $3,206.27 |
| NOVEMBER 2009 | $3,016.65 | MAY 2010 | $3,244.20 |
| DECEMBER 2009 | $3,054.58 | JUNE 2010 | $3,282.12 |

PLEASE KEEP TOP PORTION FOR YOUR RECORDS
(NO RECEIPTS WILL BE ISSUED – YOUR CANCELLED CHECK IS YOUR RECEIPT)

Pay on-line at: www.riversidetaxinfo.com    SEND THIS STUB WITH YOUR PAYMENT

| REDEMPTION AMOUNT | DEFAULT YEAR AND NUMBER | DATE PAID | TAX RATE AREA | ASSESSMENT NUMBER |
|---|---|---|---|---|
| | 2009-964330029-0000 | | 094-232 | 964330029-2 |

**RIVERSIDE COUNTY**
**PRIOR-YEAR SECURED PROPERTY TAXES**

16 WWWWWWWW 9643300292 09

(PAYMENT INSTRUCTIONS ON BACK)

 

**Property Profile**

| | |
|---|---|
| Primary Owner: | AMERICAN HOME MORTGAGE SERVICING INC |
| Secondary Owner: | |
| Mail Address: | 4600 REGENT BLVD, #200 IRVING, TX 75063 |
| Site Address: | 36841 PEBLEY CT WINCHESTER, CA 92596 |
| Telephone Number: | |
| APN: | 964-330-029 |
| Reference APN: | |
| Census Tract: | 427.039 |
| Housing Tract Number: | 29952 |
| Lot Number: | 87 |
| Page Grid Old: | |
| Page Grid New: | |
| Legal Description: | .27 ACRES IN LOT 87 MB 321/001 TR 29952 |
| Subdivision: | |

*Geo Level: 0*

## Property Characteristics

| | | |
|---|---|---|
| Bedrooms: 3 | Year Built: 2004 | Square Feet: 2,890 |
| Bathrooms: 3.0 | Garage: Y | Lot Size: 11,761 sq ft / 0.27 acres |
| Total Rooms: | Fireplace: | Number of Units: |
| Zoning: | Pool/View: Y/ | Use Code: Single Family Residence |
| Heating/Cooling: | | |

## Sale & Loan Information

| | | |
|---|---|---|
| Transfer Date: 07-29-2008 | Seller: | Document: 0000413061 |
| Transfer Value: $297,500 | Cost/Sq Feet: $102.94 | Title Co.: |
| First Loan Amt: | Lender: | Last Trans W/O$: |
| Loan Type: | Interest Rate Type: | Last Trans W/O$ Doc: |

## Assessed & Tax Information

| | | |
|---|---|---|
| Assessed Value: $277,000 | Percent Improvement: 76.53 | Homeowner Exemption: |
| Land Value: $65,012 | Tax Amount: $5,057 | Tax Rate Area: 94232 |
| Improvement Value: $211,988 | Tax Status: current | |

© 2009 DataQuick Information Systems. This information is compiled from public records and is not guaranteed.

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

Recording requested by:

When recorded mail to and mail tax statements to:

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

DOC # 2008-0413061
07/29/2008 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder



| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| 1 |   |   | 3    |      |    |    |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      | T:   |      | CTY | UNI  | 006  |

File No. 7983.20710        Title Order No. 3341868        MIN No. 10031400000876373
Loan No. 0030613517/1000876373

TR#A 094-232

S T 006

# TRUSTEE'S DEED UPON SALE

APN: 964-330-029-2

The undersigned grantor declares:
1) The grantee herein **WAS** the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was:    $514,124.59
3) The amount paid by the grantee at the trustee sale was:    $297,500.00
4) The documentary transfer tax is: $0
5) Said property is in: the County of Riverside

And **Northwest Trustee Services, Inc.**, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

**AMERICAN HOME MORTGAGE SERVICING, INC., F/K/A AH MORTGAGE ACQUISITION**
(herein called grantee), all of its right, title and interest in and to that certain property situated in the County of **Riverside**, State of **California**, and described as follows:

**or See Exhibit "A" attached and made a part hereof**

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated **06/21/05**, executed by **JANICE MC BRIDE, A SINGLE WOMAN**, as Trustor, to secure certain obligations in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** as beneficiary, recorded **06/29/05**, as Instrument No.**2005-0514569**, of Official Records in the Office of the Recorder of **Riverside** County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on **07/16/08** at the place named in the Notice of Sale, in the County of **Riverside,** California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being **$297,500.00** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date: 07/24/08

**NORTHWEST TRUSTEE SERVICES, INC.**

By: _____
Lupe Tabita, Authorized Signatory

State of California   )
County of Orange    )

On 07/24/08, before me, J. Barragan, Notary Public, personally appeared Lupe Tabita, who proved to me on the basis of satisfactory evidence to be the person (s) whose name (s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same and his/her/their authorized capacity (ies), and that by his/her/their signature (s) on the instrument the person (s), or the entity upon behalf of which the person (s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

J. BARRAGAN
Commission # 1635125
Notary Public - California
Orange County
My Comm. Expires Jan 5, 2010

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**EXHIBIT A**

THE LAND IS SITUATED IN UNINCORPORATED AREA, COUNTY OF RIVERSIDE STATE OF CALIFORNIA, AND DESCRIBED AS FOLLOWS:

LOT 87 OF TRACT NO 29952 IN THE COUNTY OF RIVERSIDE STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 321 PAGE(S) 1 THROUGH 9 INCLUSVIE OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.