**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,<br><br>                Debtors. | ) Case Number: 07-11047<br>)<br>) Chapter 11<br>)<br>) CERTIFICATE OF SERVICE TO<br>) SUPPLEMENTAL<br>) RESPONSE TO OBJECTION TO<br>) CLAIM OF RIVERSIDE COUNTY<br>) TAXING AUTHORITY, ONE OF<br>) THE CALIFORNIA TAXING<br>) AUTHORITY AND THE<br>) DECLARATION OF MARTHA E.<br>) ROMERO IN SUPPORT<br>THEREOF(TWENTY-FIFTH<br>OMNIBUS OBJECTION)<br><br>Date: September 8, 2009<br>Time: 11:30 a.m. ET |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via first class U.S. Mail and/or electronically on this 1st day of October 2009.

                              Respectfully submitted,

Dated: October 1, 2009     ROMERO LAW FIRM

                              <u>By. /s/ Martha E. Romero</u>
MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562)907-6820
Attorneys for SECURED CREDITOR
COUNTY OF RIVERSIDE, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

1

**SERVICE LIST**

| | |
|---|---|
| Madeline C. Wanslee<br>201 E. Washington St., Suite 800<br>Phoenix, AZ 85004-2327 | Hilary B. Bonial<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 |
| Adam G. Landis<br>LANDIS RATH & COBB LLP<br>919 Market St., Suite 600<br>Wilmington, DE 19801 | Michael G. Wilson<br>Riverfront Plaza, East Tower<br>951 East Byrd St.<br>Richmond, VA 23219 |
| Thomas H. Grace<br>LOCKE LIDDELL & SAPP<br>3400 JPMorgan Chase Tower<br>6000 Travis St., Suite 3400<br>Houston, TX 77002 | Kimberly E.C. Lawson<br>1201 Market St., Suite 1500<br>Wilmington, DE 19801<br><br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 |
| Michael G. Wilson<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd St.<br>Richmond, VA 23219 | Edward J. Kosmowski<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899 |
| Peter S. Partee<br>Hunton & Williams LLP<br>200 Park Ave., 53rd Floor<br>New York, New York 10166 | Joseph M. McMahon, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox #35<br>Wilmington, DE 19801 |
| Richard S. Miller<br>KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>599 Lexington Ave.<br>New York, NY 10022 | |
| Mark D. Collins<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 North King St.<br>Wilmington, DE 19801 | Bonnie Glantz Fatell<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |
| Gregory A. Bray<br>Milbank, Tweed, Hadley & McCloy LLP<br>601 S. Figueroa st., 30th Floor<br>Los Angeles, CA 90017 | Susheel Kirpalani<br>James C. Tecce, Esq.<br>Joseph G. Minias, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>51 Madison Avenue<br>New York, NY 10010 |
| Dennis J. Drebsky<br>NIXON PEABODY, LLP<br>437 Madison Ave.<br>New York, NY 10022 | Nathan Haynes Esq.<br>Gregory M. Petrick Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 |
| John Rosenthal<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111 | |

2

| | | |
|---|---|---|
|1| Pauline K. Morgan<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor,<br>PO Box 391<br>Wilmington, DE 19899-0391 | Kurt F. Gwynne<br>1201 N. Market St.<br>Suite 1500<br>Wilmington, DE 19801 |

Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor,
PO Box 391
Wilmington, DE 19899-0391

American Home Mortgage Claims Processing
P.O. Box 5076
FDR Station
New York, NY 10150-5076

Carol E. Momjian
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Dr. , #400
Littleton, CO 80124

Tina Moss
410 Park Ave.
New York, NY 10022

Michael S. Etkin
Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068

Mark J. Politan
25 Main St.
Hackensack, NJ 07601

Patrick J. Reilley
1000 N. West St.
Suite 1200
Wilmington, DE 19801

Hilary B. Bonial
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243

David W. Stack
101 Park Ave.
6th Floor
New York, NY 10178

Carol Androski
43 High Acres Rd.
Ansonia, CT 06484

Kurt F. Gwynne
1201 N. Market St.
Suite 1500
Wilmington, DE 19801

Elihu E. Allinson, III
4 East 8th St.
Suite 400
Wilmington, DE 19801

Allen A. Currier
258 Spielman Highway
PO Box 2033
Burlington, CT 06013

Nicola G. Suglia
Plaza 1000 At Main Street
Suite 208
Voorhees, NJ 08043

Jacob A. Brown, Esq.
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, Florida 32202

Eric M. Sutty, Esquire
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street
Suite 1600
Wilmington, Delaware 19801

Robert A. McCall
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
**POLSINELLI SHUGHART PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Justin L. Heather
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28