# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE | : Case No. 07-11047(CSS) |
| HOLDINGS, INC., et al. | : |
| | : |
| | : (JOINTLY ADMINISTERED) |
| Debtors. | : |
| | : **RE: Docket No. 8119** |
| | : |

## CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq., of Polsinelli Shughart PC, hereby certify that on the 1st day of October 2009, I caused to be served a copy of the *Motion of Richard D. Nelson, Chapter 7 Trustee, for Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d)* **[Docket No. 8119]** via First Class United States mail upon the parties listed on the attached 2002 service list.

/s/ Christopher A. Ward
Christopher A. Ward (Del. Bar. No. 3877)