IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                             : Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                 :
                                                   : Jointly Administered
                                                   :
    Debtors.                     :
                                                   :
------------------------------------------------------------------ x

### DEBTORS' COUNTER-DESIGNATION OF RECORD

The above-captioned debtors and debtors in possession (the "Debtors") hereby counter-designate the following items to be included in the record on the appeal from (i) the Findings of Fact and Conclusions of Law entered in these cases on September 8, 2009 [Docket No. 8021] (the "Findings of Fact and Conclusions of Law"); and (ii) the order entered in these cases on September 8, 2009 regarding the Findings of Fact and Conclusions of Law [Docket No. 8022] (the "Claim Order").

**COUNTER-DESIGNATION OF RECORD ON APPEAL:**

1. Debtors' Exhibit 1, Compass Analytics File Date Close 07/30/07 Price date 08/20/07 (Summary and supporting documents)

2. Debtors' Exhibit 2, Compass Comparison 7/30/07 and 08/20/07

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

3. Debtors' Exhibit 3, Compass Comparison File Date Close 12/31/07 Price Date 12/31/07 (Summary and supporting documents)

4. Debtors' Exhibit 4, Compass Analytics File Date Close 07/27/07 Price date 07/27/07 (Summary and supporting documents)

5. Debtors' Exhibit 5, Calyon Credit Agricole CIB Memorandum dated 08/17/07 from John Van Essche re: American Home Mortgage – Update

6. Debtors' Exhibit 6, Calyon Credit Agricole CIB Memorandum dated 09/05/07 from John Van Essche re: American Home Mortgage – Update

7. Debtors' Exhibit 7, Calyon Credit Agricole CIB Memorandum dated 11/09/07 from John Van Essche re: American Home Mortgage – Update

8. Debtors' Exhibit 8, Calyon Credit Agricole CIB Memorandum dated 01/30/08 from John Van Essche re: American Home Mortgage – Update

9. Debtors' Exhibit 9, Calyon Credit Agricole CIB Memorandum dated 04/30/08 from John Van Essche re: American Home Mortgage – Update

10. Debtors' Exhibit 10, Calyon Credit Agricole CIB Memorandum dated 08/05/08 from John Van Essche re: American Home Mortgage – Update

11. Debtors' Exhibit 11, Calyon Credit Agricole CIB Memorandum dated 10/31/08 from John Van Essche re: American Home Mortgage – Update

12. Debtors' Exhibit 12, Calyon Credit Agricole CIB Memorandum dated 02/03/08 (2009) from John Van Essche re: American Home Mortgage – Update

13. Debtors' Exhibit 13, Exposure and Breakeven Realization for 03/31/08, 04/30/08, 06/30/08, 08/01/08 and 12/31/08

14. Debtors' Exhibit 14, Email dated 02/14/08 from John Van Essche to Jean Flecheux, Bernard Unger, Jean-Pierre Jacquier with cc: to Alan Sidrane and Sam Pilcer re: American Home-Calyon Repo attaching Repo-Compass Valuation 071231 spreadsheet

15. Debtors' Exhibit 15, Email dated 05/06/08 from John Van Essche to William Fitzgerald re: AHM deficiency claim

16. Debtors' Exhibit 16, Email dated 07/16/08 from John Van Essche to Nick Bruce re: American Home Mortgage

17. Debtors' Exhibit 17, Email dated 08/14/08 from John Van Essche to Julian Harris with cc: Bernard Unger, Alan Sidrane and Sam Pilcer re: AHM

18. Debtors' Exhibit 18, Email dated 05/15/08 from John Van Essche to Dominique Gallen, Leslie Wertheim and Alan Sidrane with cc: Sam Pilcer re: American Home Mortgage

19. Debtors' Exhibit 19, Email dated 05/15/08 from John Van Essche to Tammy Fancher re: Unencrypted version, attaching draft correspondence to William Humphries and Gerald Levine re: Notice of Appeal of Shared National Credit classification American Home Mortgage – Calyon Repurchase Facility

20. Debtors' Exhibit 20, Email dated 05/27/08 from John Van Essche to Dominique Gallen with cc: Leslie Wertheim, Alan Sidrane and Mary Florin-Mcbride re: AHM-SNC Appeal

21. Debtors' Exhibit 21, Calyon letter dated 05/28/08 from Dominque Gallen to William Humphries and Gerald Levine re: Notice of Appeal of Shared National Credit classification American Home Mortgage – Calyon Repurchase Facility

22. Debtors' Exhibit 22, Letter dated 07/24/08 from Federal Reserve Bank of New York to Dominique Gallen responding to May 28, 2008 letter appealing the Doubtful rating assigned to one facility and extended to AHM SPV I LLC

23. Debtors' Exhibit 23, Shared National Credit Account Officer Classification and Special Mention Certification for Disagreeing with Disposition – Calyon NY, dated 5/23/08

24. Debtors' Exhibit 24, Email dated 07/25/08 from John Van Essche to Bernard Unger re: Fed document AHM attaching response letter dated 07/24/08 from Federal Reserve Bank of New York

25. Debtors' Exhibit 25, Calyon's Responses to Debtors' Interrogatories

26. Debtors' Exhibit 26, Pricing Summary by Lien and Program: 8/1/07

27. Debtors' Exhibit 27, Pricing Summary by Lien and Program: 9/28/07

28. Exhibit B to the Stipulation of Facts, The Basic Status Report dated August 1, 2007

29. Exhibit C to the Stipulation of Facts, The Collateral Agent Daily Report dated August 1, 2007

30. Exhibit D to the Stipulation of Facts, The Borrowing Base Valuation Report dated August 1, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ John T. Dorsey_
John T. Dorsey (No. 2988)
Curtis J. Crowther (No. 3238)
Michele Sherretta Budicak (No. 4651)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and
Debtors-in-Possession*

Dated: October 5, 2009