# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Home Mortgage Holdings, Inc., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Hearing Date: Oct. 13, 2009 at 10:00 a.m. (EDT)<br>Objections Due: Oct. 5, 2009 at 4:00 a.m. (EDT)<br><br>Ref. No.: 8081 |

## BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED HOLDERS OF JP MORGAN CHASE COMMERCIAL MUTUAL SERVICES CORP. COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-PNC1'S LIMITED OBJECTION TO MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF CERTAIN DOCUMENTS AND RECORDS

Bank of America, National Association, Successor by Merger to LaSalle Bank, National Association as Trustee for the Registered Holders of JP Morgan Chase Commercial Mutual Services Corp. Commercial Mortgage Pass-Through Certificates, Series 2004-PNC1 (the "Trust"), by and through its undersigned counsel, respectfully submits Bank of America, National Association, Successor by Merger to LaSalle Bank, National Association as Trustee for the Registered Holders of JP Morgan Chase Commercial Mutual Services Corp. Commercial Mortgage Pass-Through Certificates, Series 2004-PNC1's Limited Objection to Motion (the "Motion") for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment of Certain Documents and Records (the "Objection"). In support of the Objection, the Trust represents as follows:

## BACKGROUND

**A.     The Bankruptcy Cases**

1. On August 6, 2007 (the "Petition Date"), each of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. The Debtors continue to operate their businesses and manage their financial affairs pursuant to Bankruptcy Code sections 1107(a) and 1108.

3. On August 12, 2007, the Office of the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

4. On February 23, 2009, the Court entered its order confirming the Amended Chapter 11 Plan of Liquidation of the Debtors dated as of February 18, 2009 (the "Plan"). The Plan is not yet effective.

**B.     The Trust's Relationship to the Documents to be Destroyed**

5. The Trust holds the first position mortgage on the Broadhollow Property (as defined by the Motion). AHM SPV II, a non-debtor affiliate of the Debtors, is the mortgagor of the Broadhollow Property.

6. Upon information and belief, AHM SPV II leased the Broadhollow Property to American Home Mortgage Corp. ("AHM"), a Debtor in these cases. Upon further information and belief, AHM subleased a portion of the Broadhollow Property to Four Soft, an unrelated third party (the "Sublease") which the Trust originally thought to be between Reckson Associates and JL Technologies, Inc. (the successors-in-interest to AHM and Four Square respectively).

7. By its order dated February 26, 2008, the Court approved a stipulation between AHM SPV II and AHM extending AHM's rights under Bankruptcy Code section 365(d)(4) to accept or reject its lease of the Broadhollow Property from AHM SPV II.

8. Beginning on the Petition Date, AHM ceased making rent payments under its lease with AHM SPV II and asserted its right to setoff related to certain intercompany receivables. As a result, AHM SPV II ceased making payments to the Trust. In order to resolve the dispute between AHM SPV II and the Trust related to AHM's failure to make rent payments, the parties reached agreement whereby AHM agreed to pay $15,000 per month for the right to license a portion of the Broadhollow Property.

9. Upon information and belief, the Sublease remains in effect.

## LIMITED OBJECTION

10. The Trust files the Objection to the relief requested by the Motion seeking the limited preservation of any and all documents and records related to (a) the Sublease; (b) Four Soft; (c) JL Technologies, Inc.; and (d) any other party related to the Sublease (collectively, the "Disputed Records").

11. In the alternative, the Trust requests that Debtors produce the Disputed Records to the Trust.

WHEREFORE, the Trust respectfully requests the Court sustain the Objection and prevent the destruction or abandonment of the Disputed Records.

Dated: October 5, 2009
       Wilmington, Delaware

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

Michael G. Busenkell (No. 3933)
John H. Strock (No. 4965)
222 Delaware Ave., Suite 1501
Wilmington, DE 19801
Telephone:   (302) 252-4320
Facsimile:   (302) 252-4330

*Counsel to Bank of America, National Association, Successor by Merger to LaSalle Bank, National Association as Trustee for the Registered Holders of JP Morgan Chase Commercial Mutual Services Corp. Commercial Mortgage Pass-Through Certificates, Series 2004-PNC1*

4

WCSR 4215445v2