## CERTIFICATE OF SERVICE

I, Kathleen Lytle, certify that I am not less than 18 years of age, and that on October 5, 2009, I caused a copy of the foregoing to be was served on the parties below by hand delivery, unless otherwise indicated thereon.

Donald Imwold
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Robert S. Brady, Esq.
Sean M. Beach, Esq.
Margaret Whiteman, Esq.
Ryan M. Bartley, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Dated: October 5, 2009

/s/ Kathleen Lytle
Kathleen Lytle