## CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made in the manner indicated on October 5, 2009 on:

**Via CM/ECF and Hand Delivery**

Robert Brady, Esq.
Sean Beach, Esq.
Margaret Whiteman Greecher, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Under penalty of perjury, I declare that the forgoing is true and correct.

October 5, 2009                                                         _/s/ Heidi E. Sasso_____

WCSR  4216233v1