UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 07-11047-CSS |
| AMERICAN HOME MORTGAGE ) | |
| ) | |
| ) | Chapter 11 |
| Debtors ) | |

**RESPONSE TO NOTICE OF DEBTORS' FORTY-SECOND OMNIBUS(SUBSTANTIVE)OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 30007, AND LOCAL RULE 3007-1**

The respective County Treasurers of Arapahoe County ("Claimant"), by the undersigned counsel, responds to the Forty-Second Omnibus Objection ("Objection") and their respective objections, and state as follows:

1. The case was filed, by debtor, under Chapter 11 of the Bankruptcy Code on August 4, 2007.

2. On January 24, 2008, Claimant filed secured claim, claim number 9778 for $11,945.13, for ad valorem taxes due to the Claimant for real and personal property owned in Arapahoe County.

3. Further research disclosed an error in the original claim filed by the Claimant, and therefore on September 24, 2009, Claimant filed an amended claim for personal property only in the amount of $5,139.52.

4. In the Debtors Objection, it is stated that Arapahoe's claim should only relate to personal property taxes as the property taxes on the real property has been paid. Claimant now agrees with such statement and on October 14, 2008 filed claim 10562 amending the original claim filed to reflect payment of the real property taxes.

5. Claimant requests the Court deny Debtors objection herein, and order Debtor to reflect and acknowledge the now correct amount due claimant as set forth in its amended claim dated September 24, 2009.

WHEREFORE, claimant respectfully requests a Court Order denying the request made by the Debtor in its objection, or to amend the amount due to reflect the $5,139.52.

October 5, 2009

          KATHRYN SCHROEDER
          ARAPAHOE COUNTY ATTORNEY

          By: /s/ George Rosenberg
          George Rosenberg
          Assistant County Attorney
          5334 S. Prince Street
          Littleton, CO 80166
          (303) 795-4639
          Attorneys for Arapahoe County Treasurer

## CERTIFICATE OF MAILING

This is to certify that on the 5th day of October, 2009, a true and correct copy of the RESPONSE TO NOTICE OF DEBTORS' FOURT-SECOUND OMNIBUS OBJECTION TO CLAIMS PURSUANT TO was served via United States First Class Mail to the following:

   SEE ATTACHED

                                            /s/ Makita Williams

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0311-1<br>Case 07-11047-CSS<br>District of Delaware<br>Delaware<br>Mon Oct  5 11:45:34 EDT 2009 | Office of Thrift Supervision<br>Harborside Financial Center Plaza Five<br>Suite 1600<br>Jersey City, NJ 07311 | ACE American Insurance Company<br>White and Williams LLP<br>824 N. Market Street<br>Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 |
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>Susan R. Fuertes<br>14910 Aldine Westfield Road<br>Houston, TX 77032-3028 | Administrative Agent | Alabama Power Company<br>Balch & Bingham LLP<br>1901 Sixth Avenue North<br>Suite 2600<br>Birmingham, AL 35203-4644 |
| America's Servicing Company<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American Express Travel Related Svcs Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747-2352 | American Home Mortgage Servicing, Inc.<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-2478 | Americas Servicing Company<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| Angelina County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Arden Realty Limited Partnership<br>c/o MCGUIREWOODS LLP<br>Attn: Susan L. Germaise<br>William H. Kiekhofer, III<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067-1501 | Arlington ISD<br>c/o Perdue Brandon Fielder, et al.<br>PO Box 13430<br>Arlington, TX 76094-0430 |
| Atlantic Detroit Diesel Allison LLC<br>P.O. Box 2030<br>19C Chapin Road<br>Pine Brook, NJ 07058-9206 | Aurora Loan Services LLC<br>Whittington & Aulgur<br>651 N. Broad Street<br>Ste. 206<br>P.O. Box 1040<br>Middletown, De 19709-7040 | Bank of America N.A.<br>475 Crosspoint Parkway<br>P.O. Box 9000<br>Getzville, Ny 14068-9000 |
| Bank of New York, as Trustee c/o Countrywide<br>Draper & Goldberg, PLLC<br>1500 North French Street<br>2nd Floor<br>Wilmington, DE 19801-3118 | Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd, 5th FL<br>Coral Gables, FL 33146-1837 | Blank Rome LLP<br>Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801-1807 |
| Boston Properties Limited Partnership, BP Ki | Bracebridge Capital, LLC<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801-1611 | COWIFI Ironpoint<br>Nancy Hotchkiss, Esq.<br>C/O Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825-4558 |
| California Housing Finance Agency<br>Paul J. Pascuzzi<br>Felderstein Fitzgerald et al.<br>400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814-4434 | California Taxing Authorities<br>Martha E. Romero<br>6516 Bright Avenue<br>Whittier, CA 90601-4503 | Cameron County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P O Box 17428<br>Austin, TX 78760-7428 |
| Carroll Independent School District<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094-0430 | Carrollton-Farmers Branch ISD<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PCA<br>4411 North Central Expressway<br>Dallas, TX 75205-4210 | Certain Participants in the Non-Qualified De<br>c/o McDonald Hopkins LLC<br>Sean Malloy<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, OH 44114-2690 |

| | | |
|---|---|---|
| Charles County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>M. Evan Meyers<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale Park, md 20737-1331 | Chesterbrook Partners, LP<br>c/o Spector Gadon & Rosen, P.C.<br>1635 Market Street<br>7th Floor<br>Philadelphia, PA 19103-2223 | CitiMortgage, Inc<br>P.O. Box 140334<br>Coppell, TX 75014-0334 |
| CitiMortgage, Inc.<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | CitiMortgage, Inc.<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Citibank, N.A.<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004-1485 |
| Citigroup Global Markets Inc.<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 | Citigroup Global Markets Realty Corp.<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 | City of Cedar Hill<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 |
| City of Garland Tax Assessor/Collector<br>c/o Gay McCall Isaacks et al<br>777 E. 15th St.<br>Plano, TX 75074-5799 | City of Irving, TX (Tax)<br>c/o Parker & Marks, P.C.<br>1333 Corporate Drive<br>Suite 209<br>Irving, TX 75038-2524 | Clark County<br>500 S. Grand Central Pkwy<br>5th Floor<br>Las Vegas, NV 89155-0001 |
| Collin County Tax Assessor<br>Gay, McCall, Isaacks, Gordon & Roberts<br>777 E. 15th St<br>Plano, TX 75074-5799 | Commonwealth of PA<br>PA Department of Revenue<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | Corporate Express Office Products, Inc.<br>1900 15th Street<br>Boulder, CO 80302-5414 |
| County Of Denton<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | County of Loudoun, Virginia<br>c/o K. Stapleton, Asst. Cty. Atty.<br>Post Office Box 7000<br>Leesburg, VA 20177-7000 | Craven-Shaffer-North Bay Village<br>2631 S. Tamiami Trail, Suite 300<br>Bonita Springs, FL 34134 |
| Cummings Properties, LLC<br>200 West Cummings Park<br>Woburn, MA 01801-6396 | DCFS Trust<br>Whittinton & Aulgur<br>651 N. Broad Street<br>Suite 206<br>P.O. Box 1040<br>Middletown, DE 19709-7040 | DETR<br>Nevada Department of Employment<br>500 E.Third Street<br>Carson City, NV 89713-0001 |
| DLLR State of Maryland<br>Department of Labor, Licensing and Reg.<br>1100 N. Eutaw Street<br>Baltimore, MD 21201-2201 | Dallas County<br>c/o Linebarger Goggan Blair & Sampson<br>2323 Bryan St., Suite 1600<br>Dallas, TX 75201-2637 | Deutsche Bank Trust Company Americas<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004-1485 |
| Draper & Goldberg, P.L.L.C.<br>1500 N French St<br>2nd Floor<br>Wilmington, DE 19801-3118 | EMC Mortgage<br>P O Box 829009<br>Dallas, Tx 75382-9009 | EMC Mortgage Corporation<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| FIRST HORIZON HOME LOAN CORPORATION<br>Whittington & Aulgur<br>651 N. Broad Street, Ste. 206<br>P.O. Box 1040<br>Middletown, DE 19709-7040 | Fairfax County, VA<br>Office of the County Attorney<br>12000 Government Center Pkwy.<br>Suite 549<br>Fairfax, VA 22035-0001 | Farr, Burke, Gambacorta & Wright, PC<br>1000 Atrium Way, Suite 401<br>P O Box 669<br>Mount Laurel,, NJ 08054-0669 |

| | | |
|---|---|---|
| Fidelity Court Associates<br>c/o Dana S. Plon, Esquire<br>Sirlin Gallogly & Lesser, P.C.<br>1529 Walnut Street, Suite 600<br>Philadelphia, PA 19102-3012 | Frisco ISD Tax<br>c/o Gay McCall Isaacks et al<br>777 E. 15th St.<br>Plano, TX 75074-5799 | Garland Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PC<br>4411 North Central Expressway<br>Dallas, TX 75205-4210 |
| General Growth Management, Inc.<br>Samuel B. Garber, Esq.<br>110 North Wacker Drive<br>Chicago, IL 60606-1511 | Georgia Department of Revenue<br>c/o W. Wright Banks, Jr.<br>Georgia Department of Law<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 | HSBC BANK USA<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551 |
| HSBC Bank USA, National Association, as Trus<br>Whittington & Aulgur<br>651 N. Broad Street<br>Suite 206<br>P.O. Box 1040<br>Middletown, DE 19709-7040 | Hahn & Hesssen LLP<br>Attn: Mark S. Indelicato, Esquire<br>488 Madison Avenue<br>New York, NY 10022-5701 | Harris County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| Highwoods Properties, Inc.<br>300 E. Lombard Street<br>, MD 21202-3219 | Hoover Court, LLC<br>Sirote & Permutt, P.C.<br>c/o Stephen B. Porterfield<br>2311 Highland Avenue South<br>Birmingham, AL 35205-2972 | Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219-4040 |
| IKON Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Illinois Union Insurance Company<br>White and Williams LLP<br>824 N. Market Street<br>Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 | Imperial County Treasurer-Tax Collector<br>Attn: Karen Vogel-Treasurer<br>940 West Main Street<br>Suite 106<br>El Centro, CA 92243-2864 |
| Indemnity Insurance Company of America and E<br>White and Williams, LLP<br>824 N. Market Street<br>Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 | Indiana Department Of Revenue-Bankruptcy Div<br>Indiana Government Center North<br>Room N203<br>100 N. Senate Ave.<br>Indianapolis, IN 46204-2217 | Iron Mountain Information Management, Inc.<br>745 Atlantic Avenue, 10th Floor<br>Boston, MA 02111-2735 |
| Kodiak Funding LP<br>Rosenthal, Monhait & Goddess, P.A.<br>919 Market Street<br>Suite 1401<br>Wilmington, DE 19801-3046 | LEWTAN TECHNOLOGIES INC<br>c/o Archer & Greiner, P.C.<br>300 Delaware Avenue<br>Suite 1370<br>Wilmington, DE 19801-1658 | LaSalle Bank National Association, as Truste<br>Draper & Goldberg, PLLC<br>P.O. Box 947<br>512 East Market Street<br>Georgetown, DE 19947-2255 |
| Law Debenture Trust Company of New York, as<br>400 Madison Avenue, 4th Floor<br>New York, NY 10017-1909 | Lehman Brothers Inc.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801-1611 | Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 |
| Liner Yankelevitz Sunshine & Regenstreif LLP<br>1100 Glendon Avenue<br>14th Floor<br>Los Angeles, CA 90024-3518 | Litton Loan Servicing LP<br>P .O .Box 829009<br>Dallas, TX 75382-9009 | MNL Global Inc<br>Annie Verdries<br>Lewis Brisbois Bisgaard & Smith LLP<br>650 Town Center Drive # 1400<br>Costa Mesa, CA 92626-7020 |
| Maricopa County Treasurer<br>c/o Madeleine C. Wanslee<br>Gust Rosenfeld P.L.C.<br>201 E. Washington St.<br>Suite 800<br>Phoenix, AZ 85004-2327 | MarketWise Advisors, LLC<br>c/o Jacob A. Brown, Esq.<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202-3646 | Microsoft Corporation<br>c/o Joseph E. Shickich, Jr.<br>Riddell Williams P.S.<br>1001 - 4th Avenue<br>Suite 4500<br>Seattle, WA 98154-1065 |

| | | |
|---|---|---|
| Missouri Department Of Revenue<br>301 W. High Street<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Missouri Department of Revenue<br>Sheryl L. Moreau<br>PO box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO 65105-0475 | Morgan Stanley Mortgage Capital Holdings LLC<br>1585 Broadhollow Road<br>Melville, NY 11747 |
| Mortgage Electronic Registration Systems, In<br>c/o Washington Mutual Home Loans, Inc.<br>9451 Corbin Avenue<br>Northridge, CA 91324-1665 | Mortgage Electronic Registration Systems, In<br>2300 Brookstone Center<br>Columbus, GA 31904-4500 | Mortgage Electronic Registration Systems, In<br>Draper & Goldberg, PLLC<br>1500 North French Street<br>2nd Floor<br>Wilmington, DE 19801-3118 |
| National City Capital Capital Commercial Cor<br>c/o Jeffrey S. Cianciulli, Esquire<br>Weir & Partners LLP<br>824 Market Street, Suite 1001<br>Wilmington, DE 19801-4939 | National City Commercial Capital Company, LL<br>c/o Sherry D. Lowe, Esquire<br>Lamm Rubenstone LLC<br>3600 Horizon Boulevard<br>Suite 200<br>Trevose, PA 19053-4949 | National City Mortgage Company<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| Natixis Real Estate Capital Inc.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801-1611 | New England Teamsters & Trucking Industry Pe | New York State Department of Taxation and Fi<br>Attn: Norman P. Fivel, Esq.<br>NYS Department of Law<br>The Capitol<br>Albany, NY 1224 |
| Oracle USA, Inc.<br>Buchalter Nemer<br>333 Market St., 25th Floor.<br>San Francisco, CA 94105-2126 | PHH Mortgage Corporation<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | PPTS FX Corp.<br>c/o Plymouth Park Tax Services LLC<br>35 Airport Road, Ste.150<br>Morristown, NJ 07960-4660 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | Phillip Carnes & Associates, Inc.<br>4939 Lower Roswell Rd.<br>Suite 103<br>Marietta, GA 30068-4382 | Pima County, Arizona<br>C/O Pima County Attorney's Office<br>32 N. Stone, Suite 2100<br>Tucson, AR 85701-1416 |
| Plymouth Park Tax Services LLC<br>35 Airport Road, Ste.150<br>Morristown, NJ 07960-4660 | Prince George's County, Maryland<br>Meyers, Rodbell & Rosenbaum, P.A.<br>M. Evan Meyers<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale Park, md 20737-1331 | Progress Energy Carolinas, Inc.<br>327 Hillsborough Street<br>Raleigh, NC 27603-1725 |
| SOVEREIGN BANK<br>c/o Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA 02108-2003 | Salt Lake County Treasurer<br>2001 South State Street N1200<br>Salt Lake City, UT 84190-0001 | Saxon Mortgage Services, Inc.<br>1270 Northland Drive<br>Suite 200<br>Mendota Heights, MN 55120-1176 |
| Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004-1485 | Sidley Austin LLP<br>c/o Sidley Austin LLP<br>1501 K. Street N.W.<br>Washington D.C., DC 20005-1401 | Spring-Ford Area School District/Limerick To<br>c/o Prince Altee Thomas, Esquire<br>Fox Rothschild LLP<br>2000 Market Street - Tenth Floor<br>Philadelphia, PA 19103-3291 |
| Squire, Sanders & Dempsey L.L.P.<br>Thomas J. Salerno<br>Jordan A. Kroop<br>40 N. Central Ave., #2700<br>Phoenix, AZ 85004-4498 | State of Washington Department of Revenue<br>Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | Sun Life Assurance Company of Canada<br>1 Sun Life Executive Park<br>Wellesley Hills, MA 02481 US |

| | | |
|---|---|---|
| Sun Life Assurance Company of Canada (U.S.) | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | Travis County<br>P.O. Box 1748<br>Austin, TX 78767-1748 |
| United Health Group | United States Internal Revenue Service<br>U.S. Department of Justice, Tax Division<br>PO Box 227<br>Ben Franklin Station<br>Washington, DC 20044-0227 | United States of America (on behalf of the G<br>1100 L St. NW<br>Room 10002<br>Washington, DC 20005-4035 |
| United States/USAO<br>U.S. Attorney's Office<br>1007 Orange Street<br>Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 | Washington Mutual Bank<br>c/o McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Washington Mutual Bank FA<br>Whittington & Aulgur<br>651 N. Broad Street<br>Suite 206<br>P.O. Box 1040<br>Middletown, DE 19709-7040 |
| Wells Fargo Bank, N.A.<br>Draper & Goldberg, PLLC<br>1500 North French Street<br>2nd Floor<br>Wilmington, DE 19801-3118 | WestLB AG, New York Branch<br>McDermott Will & Emery LLP<br>Att: Stephen B. Selbst, Esq.<br>340 Madison Avenue<br>New York, NY 10173-0002 | U.S. Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801-3024 |
| Anthony Scotto<br>77 Marlow Drive<br>Jackson, NJ 08527-4680 | Aurora Loan Services LLC<br>10350 Park Meadows Drive<br>Littleton, CO 80124-6800 | Bexar County<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205-1749 |
| CLARK COUNTY<br>C/O CHRISTINE A. ROBERTS, ESQ.<br>9950 WEST CHEYENNE AVENUE<br>LAS VEGAS, NEVADA 89129-7700 | COWIFI Ironpoint, LLC<br>c/o Nancy Hotchkiss, Esquire<br>Trainor Fairbrook<br>Post Office Box 255824<br>Sacramento, California 95865-5824 | Canon Financial Services, Inc.,<br>c/o Nicola G. Suglia, Esquire,<br>Plaza 1000 at Mainstreet, Suite 208,<br>Voorhees, New Jersey 08043 |
| Charles County, Maryland<br>c/o Meyers, Robell & Rosenbaum, P.A.<br>M. Evan Meyers<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale Park, Maryland 20737-1331 | Federal Deposit Insurance Corporation, Recei<br>of IndyMac Bank, F.S.B.<br>Attn: Associate Director, Receivership<br>1601 Bryan Street<br>Dallas, TX 75201-3430 | Federal Deposit Insurance Corporation, as<br>Conser. for IndyMac Bank, F.S.B.<br>Attn: Sunny K. Hur, Litigation COunsel<br>3465 Foothill Blvd.<br>Pasadena, CA 91107-6024 |
| J.David Folds, Esquire<br>DLA Piper US LLP<br>1200 Nineteenth Street, N.W.<br>Washington, DC 20036-2412 | Jay Earl Associates, Inc.<br>c/o Meltzer, Lippe, Goldstein & Breitsto<br>190 Willis Avenue<br>Mineola, NY 11501-2672 | Kathleen M. O'Connell, Esq.<br>SUNTRUST BANK<br>303 Peachtree Street, 36th Floor<br>Mail Code 0662<br>Atlanta, Georgia 30308-3201 |
| Moss Codilis L.L.P.<br>6560 Greenwood Plaza Blvd.<br>Suite 100<br>Englewood, CO 80111-4990 | New York State Department of Taxation and Fi<br>c/o Norman Fivel, Esq.<br>Office of the Attorney General<br>The Capitol<br>Albany, New york 12224-0341 | Oracle USA, Inc<br>c/o Shawn M. Christianson<br>Buchalter Nemer<br>333 Market St., 25th Floor<br>San Francisco, CA 94105-2126 |
| PIMA COUNTY<br>C/O PIMA COUNTY ATTORNEY'S OFFICE<br>32 N. STONE AVE., STE. 2100<br>TUCSON, AZ 85701-1416 | Prince George's County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>M. Evan Meyers<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale Park, Maryland 20737-1331 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801-3519 |

| | | |
|---|---|---|
| Carol J. Boland<br>816 4th Street<br>Ocean City, NJ 08226-3936 | Cary C. Huber<br>c/o Suzan Fritz<br>13925 Farmington Way<br>Apple Valley, MN 55124-3313 | Charles Galusha<br>104 Randall<br>Oregon City, OR 97045-3528 |
| Curtis J Crowther<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 usa | Cutisha Cauthorne<br>c/o The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806-4717 | Dale A Simmons<br>17 DE Soto Road<br>Amity Harbor, NY 11701-4009 |
| David E. Jackson<br>12787 Lavender Keep Circle<br>Fairfax, VA 22033-2232 | David F. Cooper<br>2928 Mountain Lake Road<br>Hedgesville, WV 25427-6874 | David J. Carlson<br>94 Comanche Circle<br>Millsboro, DE 19966-9290 |
| Donald J. Bowman Jr.<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801-1037 | Edmund L. Andrews<br>323 St. Lawrence Drive<br>Silver Spring, MD 20901-2722 | Edward J. Kosmowski<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391 |
| Edwin J. Harron<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391 usa | Elaine and Albert L. Bernstein, JTWROS<br>27 Pennington Way<br>Spring Valley, NY 10977-1416 | Elisabeth Judith Jackson<br>12787 Lavender Keep Circle<br>Fairfax, VA 22033-2232 |
| Elvin & Phyllis Valenzuela | Erin Edwards<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>17th Floor<br>1000 West Street<br>Wilmington, DE 19801-1053 | Faith Camille Wilkinson<br>8773 Celeste Road<br>SaraLand, AL 36571 |
| Frank H. Meece Jr.<br>PO Box 3165<br>Topsail Beach, NC 28445-8816 | Gail Thakarar<br>2 Fenbrook Drive<br>Larchmont, NY 10538-1000 | Gregory J. Sheffield<br>138 Hollenbeck Road<br>Lockwood, NY 14859-9708 |
| (c)IRENE KELLERT<br>7520 SW SCHOLLS FERRY RD APT 2<br>BEAVERTON OR 97008-6548 | James David<br>4242 E. Creosote Drive<br>Cave Creek, AZ 85331-3814 | James D Rucker<br>c/o Archer & Greiner, P.C.<br>300 Delaware Avenue<br>Suite 1370<br>Wilmington, DE 19801-1658 |
| James L. Sweatt<br>7402 Stonehaven Drive<br>Waxhaw, NC 28173-7359 | Jennifer vonBehren<br>304 East Almond Avenue #10<br>Orange, CA 92866-1540 | Jo Ann Jackson<br>c/o Whittington & Aulgur<br>651 N. Broad Street<br>Suite 206<br>P.O. Box 1040<br>Middletown, DE 19709-7040 |
| Joel A. Waite<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg.<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391 usa | John T. Carroll III<br>Cozen O'Connor<br>1201 North Market Street<br>Suite 1400<br>Wilmington, DE 19801-1166 | Jon Krigsman<br>First American V LLC<br>7286 Siena Way<br>Boulder, CO 80301-3722 |

| | | |
|---|---|---|
| Joseph W. Yankura<br>7445 Harrow Drive<br>Nashville, TN 37221-1816 | Kara Hammond Coyle<br>Young Conaway Stargatt & Taylor LLP<br>1000 West St., 17th Floor<br>Brandywine Building<br>Wilmington, DE 19801-1053 | Katherine E. Cooper<br>2928 Mountain Lake Road<br>Hedgesville, WV 25427-6874 |
| Kathleen Heck<br>30 Hideaway Lane<br>Sparta, NJ 07871-3510 | Kenneth J. Enos<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801-1037 | Kevin Kerr<br>c/o Margolis Edelstein<br>750 Shipyard Drive<br>Suite 102<br>Wilmington, DE 19801-5161 |
| Laura Rawlings<br>2348 W. Impala Avenue<br>Mesa, AZ 85202-5506 | Louis F. and Janet R Vincentie<br>8001 Cavewood Ct.<br>Louisville, KY 40291-2413 | Lynn Kazimir<br>140-35 Beech Avenue #4R<br>Flushing, NY 11355-2836 |
| Margaret Whiteman Greecher<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801-1037 | Marilyn Appelhans<br>540 Ballwood Dr.<br>Ballwin, MO 63021-6306 | Mark and Kelly Watson<br>c/o The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806-4717 |
| Matthew Barry Lunn<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>PO Box 391<br>Wilmington, DE 19899-0391 | Michael Wheeler<br>c/o Margolis Edelstein<br>750 Shipyard Drive<br>Suite 102<br>Wilmington, DE 19801-5161 | Michael S Surowiec<br>116 Ralph Avenue<br>S. Plainfield, NJ 07080-2814 usa |
| Miki Iric<br>Heritage Realty Management<br>51 E Campbell Avenue<br>Suite 200<br>Campbell, CA 95008-2054 | Nancy O. Sheffield<br>138 Hollenbeck Road<br>Lockwood, NY 14859-9708 | Nathan D. Grow<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Bldg.<br>17th Floor<br>Wilmington, DE 19801-0391 |
| Patrick A. Jackson<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Bldg 17th Fl,1000 West St<br>Wilmington, DE 19801-1037 | Pauline K. Morgan<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391 | Rachael Masiivva<br>48 Martha St<br>Indian Orchard, MA 01151-1534 |
| Randall J. Barwick<br>408 Ryan Avenue<br>Burlington, WI 53105-7220 | Randy Mamer | Richard Barrett-Snyder<br>43 Henry Street<br>Merrick, NY 11566-4008 |
| Robert J. Stephens<br>2376 N. Campus Avenue<br>Upland, CA 91784-1303 | Robert S. Brady<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg.<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391 usa | Ronald L. Bergum<br>c/o Sean Malloy, Esq.<br>McDonald Hopkins LLC<br>600 Superior Avenue East, Ste 2100<br>Cleveland, OH 44114-2653 |
| Ryan M. Bartley<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>17th Fl.<br>Wilmington, DE 19801-1053 | Scott Robisch | Sean Matthew Beach<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>PO Box 391<br>Wilmington, DE 19899-0391 |

| | | |
|---|---|---|
| Sharon M Zieg<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>PO Box 391<br>Wilmington, DE 19899-0391 | Steve Hurley Hudson<br>4804 Canyon Trls<br>Apt 1701<br>Euless, TX 76040-4785 | Suhua Gao<br>252 Rue Du Bosquet<br>Pincuort, QCJ7V 0B5 Canada |
| Susan R. Likes | Suzan K. Fritz<br>13925 Farmington Way<br>Apple Valley, MN 55124-3313 | Tory Carroll<br>227 Duncan Trail<br>Longwood, FL 32779-4512 |
| Travis N. Turner<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Bldg., 17th Fl.<br>1000 West Street<br>Wilmington, DE 19801-1050 | Vicki S. Cooper<br>2928 Mountain Lake Road<br>Hedgesville, WV 25427-6874 | Wilbert Wuertz<br>17279 Fairway Circle<br>Cold Spring, MN 56320-8800 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Irene Kellert
7520 SW Scholls Fry #B-2
Beaverton, OR 97008

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)1140 Galaxy Way, Inc. | (u)3445 North Causeway Limited Partners | (u)ABN AMRO Bank N.V. |
| (u)AH Mortgage Acquisition Co., Inc. | (u)AT&T Inc. | (u)Ada County Treasurer |
| (u)Adorno & Yoss LLP | (u)Alaska Laborers Employers Retirement Fund | (u)Allen & Overy, LLP |
| (u)Alpine Lumber Co. | (u)Alston & Bird LLP | (u)American Commerical Realty |