IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
    Debtors.                                                             :
                                                                         : Ref. No. 8035
------------------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 8035**

        The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the Twenty-Fourth Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period July 1, 2009 through July 31, 2009 (the "Application"). The Court's docket which was last updated October 6, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than September 29, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($89,183.60) of requested fees ($111,479.50) and 100% of requested expenses ($6,867.04) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       October 6, 2009

                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                      */s/ Pauline K. Morgan*
                      Pauline K. Morgan (No. 3650)
                      Sean M. Beach (No. 4070)
                      Margaret Whiteman Greecher (No. 4652)
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      Wilmington, Delaware 19801
                      Telephone: (302) 571-6600
                      Facsimile: (302) 571-1253

                      Counsel for Debtors and
                      Debtors in Possession