various TRUST. The most important duty is to <u>ensure proper servicing</u> so that it doesn't <u>frustrate the borrowers ability to perform on the contract.</u>

   **115.**  AHM and Wells Fargo were confronted about these issues and they failed to do anything about them. RESPA letter was sent on November 13, 2007, and the hearing took place on Oct. 31, 2007 so by December 31, 2007 over 60 days had passed since the first request. No one has attempted to rectify the situation.

A LENDER'S SUBJECTIVE BELIEF THAT IT HAS RESPONDED FULLY TO QUALIFIED WRITTEN REQUESTS IS IMMATERAL. *Holland v. GMAC Mortgage Corp.*, No. 03-2666-CM, 2006 U.S. Dist. LEXIS 25723 (D. Kan. 2006)

GMAC failed to respond to QWRs in violation of 12 U.S.C. § 2605(e) by failing to respond "completely" to a borrower's QWR and to "explain its investigation."
On the response to QWRs issue, the Court determined that, although GMACM had replied in writing to two of plaintiff's QWRs, its responses violated RESPA because GMACM **failed to explain that it had conducted an investigation into the plaintiff's inquiries and failed to address the bulk of the plaintiff's inquiries**. The Court determined that GMACM also had violated RESPA when it failed to respond to the letter it received from the plaintiff's attorney, which constituted a separate QWR (even though GMACM promptly corrected the plaintiff's account information). GMACM contended that there were no RESPA violations because it had subjectively believed that it responded fully to the plaintiff's correspondence. The Court rejected the relevancy of mortgage **companies' subjective beliefs regarding the RESPA rules for QWR compliance.**

   **116.**  <u>**California Business and Professions Code Consumer Fraud §17200**</u>

Section 17200, which is California's own unique version of a consumer fraud statute, provides for broad consumer protection with only limited procedural requirements for the maintenance of a claim. Contrary to Debtors assertions that Mona Dobben has no provable or viable claims that the Debtor engaged in, "unlawful, unfair, or fraudulent business act or practice," the acts and predicate acts named herein are provable and viable against the Debtor. The complaint is currently being redrafted to correct any pleading requirements.

### 117.    California Civ. Code §§1572 & 1573

Contrary to Debtors assertions that Mona Dobben has no provable or viable claims that the

Debtor engaged in, "unlawful, unfair, or fraudulent business act or practice," the acts and

predicate acts named herein are provable and viable against the Debtor.  The complaint is

currently being redrafted to correct any pleading requirements.

### 118.    California Civ. Code §§1709 & 1710

Further the assertions that the Debtors gave Ms. Dobben her loan file defeats claims for

suppression of information is lunacy. This was only one piece of information Ms. Dobben

sought, the loan file did not contain all items requested. The Debtors also assert that they had no

duty to disclose information relating to the 37th Street Property. So they are saying as a servicer

they are not bound by any law to speak to Ms. Dobben when she contacts them or to answer her

questions. I hope this Court can see the Debtor is grasping at straws on that one.

The complaint is currently being redrafted to correct any pleading requirements.

### 119.    California Civ. Code §1711 – Fraud on the Public

California civil code 1711 provides that, "one who practices deceit with the intent to defraud the

public, or a particular class of persons, is deemed to have intended to defraud every individual in

that class, who is actually misled by that deceit." Cal. Civil code 1711(2009).

This senior citizen is not alone in the swath of damage American Home has done in all fifty

states, she is joined by other seniors such as Titlon Jack, and Gracie Graves, and many others. In

fact in the American Home Pay Option Arm training manual, AHM asserts to broker they should

sell these loans to senior citizens. I can't think of anything which would be more indicative of

fraud on the public. Seniors can obtain reverse mortgages and never risk losing their homes.

Next California was about to shut American Home down at the time they were still making loans, including pushing this fraud loan through.

## CALIFORNIA DEPARTMENT OF CORPORATIONS

On or about April 10, 2007 The CA Department of Corporations, commenced a regulatory examination of American Home Mortgage. The review which was for the period ending February 28, 2007, disclosed that "AHM" did not meet the tangible net worth requirements of $250,000 set forth in Financial Code section 50201. On or about June 28, 2007 the Commissioner reviewed the financial statements for the period ended April 30, 2007, which disclosed a tangible net worth deficiency of $31, 982 in violation of Financial Code section 50201.   "AHM" was insolvent in February of 2007, before this loan was created on April 19, 2007, and still operating in CA in violation of licensing requirements. At that time, "AHM" knew the California Department of Corporations was in the process of revoking it's license to lend in California. The formal complaint filed by THE DEPARTMENT OF CORPORATIONS OF THE STATE OF CALIFORNIA file # 413-0267 and # 413-0576, filed on August 3, 2007, by Preston DuFAUCHARD, California Corporations Commissioner, is an ORDER TO DISCONTINUE VIOLATIONS AND UNSAFE AND INJURIOUS PRACTICES PURSUANT TO CALIFORNIA FINANCIAL CODE SECTIONS 50321 AND 50322 AND STATEMENT OF FACTS IN SUPPORT THEREOF.

The complaint specifically states (page 6, paragraph 27), "…. **American Home Mortgage has failed to demonstrate the financial responsibility, character, and general fitness that would support the belief that the business will be operated honestly, fairly and in accordance with the requirements of the CRMLA.**"  On (page 6, paragraph 29), "…..had the facts and conditions found therein existed at the time of American Home Mortgage's original residential mortgage lender and residential mortgage loan servicer license applications, the Commissioner would have been warranted in refusing to issue such licenses. Further, the facts and conditions set forth in paragraphs 1 through 22 present **sufficient grounds for the revocation of the residential mortgage lender and residential mortgage servicer licenses of**

**American Home Mortgage** pursuant to Financial Code section 50327.

Finally, many purchasers and insurers of the mortgages that American Home originated are

crying foul, demanding indemnifications, and compensation for breach of reps and warranties

and early payment defaults. Investors, Teachers' Retirement System of Oklahoma ("Oklahoma

Teachers")and the Oklahoma Police Pension and Retirement System ("Oklahoma Police"),are

the lead Plaintiffs in the Securities Class Action against American Home and its directors.

Michael Strauss and other AHM executives were investigated for securities fraud by the SEC.

Strauss paid a fine and admitted no liability, but is forbidden to serve on any public traded

company board for five years.

### 120.    California Civ. Code §1689 Rescission/Cancellation and Court's

### Inherent Equitable Authority.

**Mortgage Notes are Secured Claims.** Secured claims are defined as including "liens,"
11 U.S.C. § 101(37), "security," 11 U.S.C. § 101(49), "security interest," 11 U.S.C. §
101(51), "security agreement" 11 U.S.C. § 101(50), and "secured claim," 11 U.S.C. § 506(a). An
allowed claim secured by a lien on property in which the estate has an interest, **or that is subject
to setoff**, is a "secured claim" to the extent of the value of the creditor's interest in the estate's
interest in the property, or the amount subject to setoff. 11 U.S.C. § 506(a).

Mona Dobben lost her opportunity to assert rescission or a setoff due the failure to properly

notify of the foreclosure on this loan. Section 1689(b)(1) of the California Civil Code provides

that a party may seek to rescind a contract if that's party's consent was given by mistake, or

obtained through duress, menace, fraud, or undue influence. Cal. Civ. Code 1689(b)(1)(2009).

Although the Debtors assert they no longer own the loan, and therefore the rescission remedy

against them is not valid, the Court can award the equivalent damage claim. This is done

frequently in the case of a foreclosure that has been done and then the borrower brings a claim

which is a valid rescission claim. The complaint is currently being redrafted to correct any pleading requirements.

### 121.    Negligence

The complaint is currently being redrafted to correct any pleading requirements.

The Debtor asserts they had no duty of care in this transaction. To state a claim for negligence under California law, a party must allege a legal duty to use reasonable care. American Home was under a duty of care set forth under licensing, regulatory, State and Federal laws. Even under REMIC, and industry standard practices. The duty of good faith and fair dealing, to act with reasonable care and diligence, was the duty of and pathetic failure of all parties to this loan. This was the proximate cause of Mona Dobben's damages.

### 122.    Delaware General Corporation Law

The initial Officers of the Company shall be as follows, each to hold office until his successor is elected by the Board: President: Michael Strauss Executive Vice President: Thomas McDonagh Treasurer and Executive Vice President: Stephen Hozie Secretary and Executive Vice President: Alan Horn. Under Delaware Corporation law, of which American Home Mortgage Assets LLC is governed the officers and managers owed a duty of care in the discharge their Manager's duties and refrain from engaging in gross negligence or intentional misconduct.

### 123.    Intentional Infliction of Emotional Distress

The complaint is currently being redrafted to correct any pleading requirements.

The Debtor asserts that they had no requirement to respond to Mona Dobben RESPA requests. No duty to act in good faith. No duty to take her calls when they are foreclosing on her property. No duty to assist her after she was abused by a fraud ring. No duty to monitor their agents who committed the fraud. No duty to take phone calls after they gave a person to contact. No duty to

Comply with TILA 1641(f)(2) or answer a RESPA QWR. It is mystifying and maddening that the Debtors take no responsibility and believe they had no duty to respond. Yet the loan was originated through a broker they had a contractual relationship with, immediately assigned to them before good faith estimates were issued, processed and underwritten by them, securitized and serviced by them, and foreclosed by them. Must be nice to run a business with no threat of liability when you conduct and control every phase of the transaction.

### 124.    RICO 18 USC §1962(c)

The enterprise was American Home Brokers Conduit, organized for the sole purpose of managing broker agents, and controlling them to corrupt the fiduciary owed to the borrowers. In short to do their bidding, AHM paid brokers exorbitant fees and commission for work they did not do. These fees were solely for the purpose of producing highly predatory loans for American Home. The enterprise also included Homegate Settlement services wherein appraisers were controlled to ensure American Home obtained the inflated values needed to sell the highly damaging Pay Option Arm loans. The final stop on the enterprise was the SPE pass through entity American Home Mortgage Assets LLC, which securitized the loans in trusts for which the Debtor retained interest and sold securities against those loans. American Home Mortgage Assets LLC and AHMA 2007-5 did engage in unlawful collection of debt. This is an ongoing enterprise as the trusts and LLCS live on entwined in the bankruptcy, but separate and apart legally.

### 125.    PREDATORY LENDING PRACTICES

**"Padding" or "packing"** a loan with other products, such as LPMI insurance, that will not substantially benefit the borrower, and that can drastically increasing the interest rate.

**Improvident lending** or asset based lending, where a loan is made that the lender knows cannot

be repaid and is likely to default, or an inflated appraisal is obtained through appraiser control

and giving the appraiser a predetermined number, can form the basis of an unconscionability

claim.

126.    **The Uniform Commercial Code** (UCC) and its state law derivatives

afford consumer contracts unique protections. Contract is void according to § 3-305. DEFENSES

AND CLAIMS IN RECOUPMENT (ii)(iii). The illegal basis of the contract build upon fraud,

negligence and misrepresentation of essential terms renders it null and **void.**

127.    **PUBLIC Policy**

Federal Trade Commission -The  practices contained herein offend public policies

and are immoral, unethical, oppressive and unscrupulous causing substantial harm to consumers.

THESE' practices constitute deceptive acts or practices in or affecting commerce in violation of

Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 45(a).

**FTC Act ( 15 USC  45)** -Section 5 of the FTC Act prohibits unfair or deceptive acts or practices

in or affecting commerce. The Commission will find deception if there is a representation,

omission, or practice that is likely to mislead the consumer acting reasonably in the

circumstances, to the consumer's detriment. ~ FTC Policy Statement on Deception, appended to

Cliffdale Associates, Inc.. 103 F. T .C. 110, 174 (1984). 15 U.S.C. § 45(a)(2)

128.    Equitable estoppel involves only representations and inducements, and

statement of past or present fact.  Equitable estoppel is available as a defense.  28 Am Jur 2d

Estoppel and Waiver § 35 Estoppel

129.    **Fiduciary Duties**

The presence of certain factors in the relationship may give rise to special duties to the borrower, up to and including a fiduciary duty. The "unsecured creditor's committee" acts in the role of advisor and protector of rights of all creditors and knows (or should know) the borrowers must trust in that representation as fair and unbias, a quasi-fiduciary relationship of trust and confidence is created, which at least gives rise to a duty of disclosure as to members of committee, what rights they will and won't protect, and disclosure of any conflicts of interests. Parties with a direct result in the outcome of a issues should recuse themselves from those issues.

### 130.    UDAP (Reg. AA)

Collusive misconduct may give rise to UDAP claim. For example, the fact that AHM already had a prearranged deal in the form of a warehouse line of credit or securitization contract at the outset, violates UDAP 15 USC § 45; 15 USC § 57a(f); 12 USC §1818

The process used is merely a feeble attempt at arm's length collusive conduct to create the loan mix desired for a securitized trust. The upper level player simply ordered, and financed through warehouse lines to origination of highly profitable and predatory loans, and paid yield spread premiums ("YSP") for deliverance of said loans. YSP based incentives are for adding certain terms such as higher interest rate, pre payment penalties, type of loan product, increased margins, and other detrimental terms for borrowers.

### 131.    UDAP (Reg. AA) - YSP Disclosure

YSP, especially without specific disclosure, may violate a UDAP Statute

15 USC § 45; 15 USC § 57a(f); 12 USC §1818

### 132.    UDAP (Reg. AA) - Collecting Excess Fees

An allegation of "loan-padding," with lender paid mortgage insurance and structuring a loan to increase it's size without advancing additional funds to the borrowers, thereby increasing the

Lender Profit or giving a larger loan on which to foreclose, has been held to state a cause of action under a state UDAP statute. 15 USC § 45; 15 USC § 57a(f); 12 USC §1818

### 133. **UDAP (Reg. AA) – INFLATED Property Values**

Selling a property for substantially more than it's value, can give rise to a UDAP violation. Successful claims have been brought to against the appraiser, the lender, the seller, the closing agent, and the broker. 15 USC § 45; 15 USC § 57a(f); 12 USC §1818

### 134. **PROVE EXISTENCE OF THE NOTE OR THERE IS NO NOTE.**

Federal Circuit Courts have ruled that the only way to prove the perfection of any security [including promissory note] is by actual possession of the security. Current or prior possession must be proved up. For damages the damaged party must prove that a certain balance is due and owing on the note.

To recover on a promissory note, the plaintiff must prove: (1) the existence of the note in question; (2) that the party sued signed the note; (3) that the plaintiff is the owner or holder of the note; and (4) that a certain balance is due and owing on the note.

Until AHM produces the original signed note "instrument" there is no competent evidence before the Court that the party who foreclosed was the holder of the alleged note or the true holder in due course. Therefore AHM must prove they were the party with the right to enforce this obligation when the foreclosure was initiated.

**Unequivocally the Court's rule is that in order to prove the "instrument", possession is mandatory.** See *Matter of Staff Mortg. & Inv. Corp.*, 550 F.2d 1228 (9th Cir 1977). "Under the Uniform Commercial Code, the only notice sufficient to inform all interested parties that a security interest in instruments has been perfected is actual possession by the secured party, his

agent or bailee." Bankruptcy Courts have followed the Uniform Commercial Code. *In Re Investors & Lenders, Ltd.* 165 B.R. 389 (Bankruptcy.D.N.J.1994).

### 135.    AGENCY RELATIONSHIP

A fundamental tenet of agency law is that a principal may be bound by even the wrongful acts of his agent. The fact that the agent has wronged his principal through the agent's unlawful act does not provide a predicate for insulating the principal against the harm caused by the agent at the expense of the innocent third party who had no responsibility for the conduct of the agent. Where only one inference may be drawn from the evidence, it is proper for the court to find the existence of an agency relationship as a matter of law.

### 136.    JOINT AND SEVERAL TORTFEASERS

Where the acts of two defendants combine to produce a single result, which is incapable of being divided or apportioned, each may be the proximate cause of the loss, and each may be held liable for the entire damage. Wherever two or more persons by culpable acts, whether concerted or not, cause a single general harm, not obviously assignable in parts to the respective wrongdoers, the injured party may recover from each of the whole. In short, wherever there is any doubt at all as to how much each caused, take the burden of proof off the innocent sufferer; make any one of them pay him for the whole, and then let them do their own figuring among themselves as to what is the share of blame for each.

A determination that a tortfeasor has acted in concert with other individuals establishes a legal relationship with those individuals. By virtue of this relationship, the tortfeasor becomes liable for the actions of those with whom he acted in concert. Thus, while the tortfeasors who act in concert in causing a plaintiff's injury may all engage in some affirmative conduct relating to that injury, the legal relationship which exists among them eliminates the possibility of comparing

their conduct for purpose of apportioning liability. Indeed, if an apportionment of liability were permitted, the act of one tortfeasor would no longer be the act of all, and the essence of the doctrine of concerted action would be destroyed. Those who actively participate in the wrongful act, by cooperation or request, or who lend aid, encouragement, or countenance to the wrongdoer, or approval to his acts done for their benefit, are equally liable with him. Express agreement is not necessary; all that is required is that there shall be a common design or understanding. The rationale is that tortfeasors who joined together should be liable for the entire damage, independent of whether any one of them directly caused more or less of the damage. There was a common purpose, with mutual aid in carrying it out; in short, there was a joint enterprise, so that all coming to do an unlawful act, and of one party, the act of one is the act of all of the same party being present. Each is therefore liable for the entire damage, although one might have battered the plaintiff, while another imprisoned him, and a third stole his silver buttons.

## THE ILLEGAL FORECLOSURE

137.    American Home Mortgage Servicing did conduct an illegal foreclosure without proper notification under California law on the property owned by Mona Dobben, known as 38645 37th Street East, Palmdale CA. 93550. Ms. Dobben has a letter from lawyers for American Home Mortgage, YCST, dated 11/2/2007, to her Sun City address. Ms. Dobben has the signature confirmation card that American Home Mortgage Servicing received her RESPA letter, and advocate letter and a petition which was filed in the bankruptcy court, which all contained her Sun City address. Yet, American Home Mortgage conducted a foreclosure without notifying her at this address. YCST asserts that Ms. Dobben's claims under RESPA and TILA fall due to the fact that this was not her primary residence. However, in the context of the

foreclosure these same parties fail to admit that if they believed that, they did not properly notify her at her known primary residence.

**Redemption Period -** California foreclosure law states that within 10 business days a copy of the recorded Notice of Default is sent by **certified and regular mail to the borrowers at all addresses provided and any recorded special requests.** A Trustee's Sale Guarantee Report is ordered from the title company providing all title information. The foreclosure remains dormant for the next 60 days unless the borrower makes contact to cure.

### 138.    TIMELINES

In addition to various motions into this Court additional COMMUNICATIONS which were ignored are as follows:

**SEPTEMBER AND OCTOBER 2007** – Paula Rush was disconnected several times after calling 214-260-6806. And, employees refused to give their names at extension 516-396-7700.

**September 25, 2007** a fax was sent to Mr. Cruz at American Home Mortgage Servicing Unit, and a call is recorded to the Servicing unit a notation was made about fraud. Other Calls are not recorded in servicing records to Santana Cruz and Henry Cruz, and others who did nothing but hang up. No one returned or accepted calls.

**MAY-JULY 2007**– Dobben's daughter Alex Yamamura is looking for help and making complaints.

**September 25, 2007** First contact with AHM -DOBBEN ASSERTED ISSUES- **SEE** RESPA letter

**OCTOBER 4, 2007** Dobben joins in **petition #1490** and subsequently YCST & AHM forward loan file to her Sun City address before 10/31/07 hearing on petition. **SEE** ATTACHED FILE

**OCTOBER 29, 2007** – Young Conaway Stargatt Taylor sends a FED EX overnight package to 9208 107th Drive Sun City AZ 85351.

**November 11, 2007 -** Dobben received a letter from lawyers for American Home Mortgage, Young, Conaway, Stargatt, & Taylor to her primary residence in Sun City AZ. **SEE** Letter

**November 13, 2007** Numerous Phone Calls go unanswered to SERVICER.

**November 16, 2007** – 2nd RESPA letter was signed for by American Home Mortgage Servicing.

**December 19, 2007** Young Conaway Stargatt & Taylor, LLP send Mona Dobben at **9208 107th Drive Sun City AZ 85351** (at her correct address) which asserts that Mona Dobben should call Scott Ellerbee. Over the next few months Mona Dobben did attempt to call Scott Ellerbee and he refused to take the calls. **SEE** Letter

**December 19, 2007** Paula Rush receives same letter as Dobben from Nancy Hunt of Weiner, Brodsky, Sidman, Kider, who states they represent American Home Mortgage Servicing and that American Home Mortgage Servicing would not respond to calls from Paula Rush. **SEE** Letter

**January 08 -** Without proper notice or contact or returned calls, or answer to RESPA, NOD is issued, Dobben finds out months later in April. **SEE** BELOW

**January 31, 08** – Dobben joins in petition #2873 obj to sale of loans free and clear.

**April 11, 2008** Dobben finds out through a mail forward, just put in place from the property at 37th Street, that a foreclosure would take place on April 29, 2008. This was the first time Mona Dobben knew as all notices were ONLY mailed to the property and all of the parties named herein knew through multiple communications this was not Mona Dobben's primary address or proper place to notice.

**April 14-26 2008** Numerous phone calls are placed to TD Service by Alex Yamamura and Paula Rush to Kim Coonradt. She contacts AHM and TD Service is given the go ahead to foreclose by AHM.

**April 15, 2008** - a fax is sent to TD Service Co., and American Home Mortgage Servicing, American Home Mortgage- John Kalas, AH Mortgage Acquisitions, Wilbur Ross, YCST-Pauline Morgan & Kenneth Enos, Chapman Cutler –Franklin Top, WBSK – Nancy Hunt

**April 15, 2008** – the fax is followed up to each party named below with a **certified package** containing the information about the foreclosure and improper notification.

**April 29, 2008 -** Michelle Pino, supervisor for TD Service Company, states American Home has given the all clear for foreclosure.

**April 29, 2008** - foreclosure sale takes place. Property becomes REO -Status unknown.

**August 11, 2008** –Dobben files Relief from stay motion **petition #5376.**

**August 8, 2008** – Dobben sends amended RFS **petition #5789** and filing fee –IT never seems to make it on the docket.

139.    All of these parties were notified via certified mail of the foreclosure action and problems with the transactions and none of them intervened to help Mona Dobben. AMERICAN HOME MORTGAGE ASSETS LLC, MGIC, AH Mortgage Acquisition, WL Ross & Co. LLC, American Home Mortgage Servicing, Wells Fargo Bank ( Master servicer), TD Service Co, Joseph M. McMahon, Chapman Cutler (Attorneys for Wells Fargo), Deutsche Bank National Trust Company (Indenture Trustee), Countrywide Securities Corporation (Underwriter,  Weiner, Brodsky, Sidman, Kider, and Young, Conaway, Stargatt, & Taylor (Signer on Trust for Debtors–Pauline Morgan).

140.    This transaction and the foreclosure that followed, may have occurred for

the direct financial benefit to former executives of American Home Mortgage, parties to this bankruptcy including various subsidiaries of American Home, Debtor and non Debtor entities, and unsecured creditor committee member and plan oversight member, Deutsche Bank, while destroying a now 70-year-old senior citizen.

141.     In this case the utter disregard in every way of American Home Mortgage for abiding by laws, or any code of ethical behavior is reaching a new low while under the protection of this Court.

142.     Despite the fact a RESPA "qualified written request" was sent on November 13, 2007 and never properly answered, this property was illegally foreclosed on April 29, 2008 in violation of California foreclosure Law.

143.     Debtor American Home initiated a foreclosure and AH Mortgage Acquisitions finished it, as the final legal close of the servicing unit occurred on April 11, 2008.

144.     The old servicing unit and the new one after the final close was run by the same employees, David Friedman and Scott Ellerbee, who started the foreclosure on Mona Dobben, knowing full well her address was **9208 107th Drive Sun City AZ 85351**.They failed to notify her.

**145.**     This loan was "table funded" by AHM agent Historical Real Estate ' through **American Brokers Conduit**, and assigned to American Home immediately after making loan application. A clear agency relationship existed and exorbitant YSP incentives were paid for certain detrimental terms of this loan.

**146.    <u>UNCLEAN HANDS</u>**

1. Mona Dobben was not given any disclosures, GFE, or preliminary documents because they were all forged.

2. A notary came to her home and with no explanation, flipped pages and said sign here, sign there.

3. No income or expenses were checked. Brokers are trained not to ask for too much information, such as income and to process loans based on no doc or low doc to ensure completion.

4. AHM had special units to approve loans that otherwise the underwriter rejected.

5. AHM secured excessive insurance coverage knowing the loan was likely to default and violated the Homeowner Protection Act of 1998 which states lenders must disclose Lender Paid Mortgage insurance as it typically is included in the interest rate charged.

6. AHM controlled appraisers and asked them to appraise at certain values. Appraisers who did not "play ball" were blacklisted.

7. AHM committed substantial fraud in origination, loan servicing, insuring and selling loans on secondary market. Courts have held the lender is equally liable, essentially it's a wash, due to an independent duty to verify facts and conduct prudent underwriting.

8. AHM may have changed or altered information to sell this loan on the secondary market.

9. AHM made this loan based on the foreclosed value. AHM did not care if borrower could repay and abandoned any prudent underwriting standards, setting the borrower up to fail. There was no reasonable reliance on the borrowers income and /or assets.

10. AHM failed to engage in loss mitigation for no other reason than to foreclose so investors could collect <u>on undisclosed insurances</u> including, LPMI, bulk supplemental policies on

entire trusts, guarantee funds, Eagle UCC 9 Mezzanine Policies piggybacked on owners title,
ISDA credit default swaps, overcollateralization and for principal distributions on equity in
trusts.

147.     Contrary to the Debtor's proposition that they are innocent in this loan
origination and servicing and foreclosure, they in fact were a central figure in
the origination and servicing of the loan. The debtor entities conducted business with brokers
through contractual relationships and had a duty to manage their activities as a principal.
American Home paid excessive YSP fees to control and corrupt these broker to do their bidding.
American Home processed all application on their WIZ SENTINEL system and through their
own underwriters. American Home prepared the good faith estimates and otherwise would have
been responsible for the underwriting of the loan. American Home would have received all the
loan documents, both the initial signed paperwork and the final signed paperwork and was
negligent in not identifying the obvious fraud issues. But the worst part of the entire Debtor
participation came in the form of total blockades when senior citizen Mona Dobben attempted to
get help for this fraud that was perpetrated on her.

148.     Debtor parties during the bankruptcy are cooperating with, instructing, and
assisting non Debtor affiliated parties to block  borrowers from obtaining  certain information as
to the true owner of the note, and assisting Debtor parties with an illegal foreclosure.

149.     American Home Mortgage Servicing (the old or the new entity) never
complied as required under  TILA 1641(f)(2), however respondent on her own investigation
determined through SEC filings where the loan was located.

150.     American Home Mortgage Servicing did not respond as required under
TILA 1641(f)(2), and obfuscated information to hide and protect ALL parties to the TRUST.

Although in the Movants case this breach may have occurred after the sale to AH Acquisition
Co. Inc, American Home has repeatedly denied those requests in this Court. Neither party acted
in good faith or ever complied with disclosure and named Wells Fargo Bank, N.A. as Master
Servicer or disclosed the true owner of the note.

151.    The Court can take judicial note of how this scenario can affect borrowers
as it played out in a consumer bankruptcy case in Philadelphia, *Countrywide v. Meyer.* Deutsche
Bank argued the TILA statute of limitation had run out at the same time Countrywide was
refusing to provide that information. The Court ruled that a UDAP claim was still viable as an
*ipso facto* violation of TILA. Judge Raslovich also expressed his disgust with Countrywide and
their attorneys in reference to the obfuscation of the true owner of the note.

152.    TD Service Company assisted Debtors and was complicit in the
foreclosure. For that service, they have submitted requests to this Court for substantial fees for
foreclosure work including this property, failed to stop the foreclosure when notified, and failed
to respond to Mona Dobben as required under the law.

153.    The law firm of YCST assisted in or can be considered complicit in, the
foreclosure. YCST have earned substantial fees in this participation, including ignoring direct
requests, phone calls, certified letters, and fighting against Mona Dobben in her fight for some
relief from this fraud, including refusing to stop the illegal foreclosure, and blocking her from
obtaining the true owner information under TILA 1641(f)(2), as she petitioned for on Oct. 31,
2007.

154.    American Home Mortgage through counsel YCST, sent Mona Dobben a
complete loan file to **9208 107th Drive Sun City AZ 85351** after she petitioned this court
in Oct. 2007, but with no notice to Mona Dobben foreclosed on the property.

155.    The Court can take judicial note that unclean hands could have resulted in the foreclosure action being denied for non compliance with insurer guidelines, or other conduct contained herein, as in the case of *Wells Fargo Home Mortgage, Inc. v. Alan Neal*, No. 58, Sept. Term 2006. *Neal v. Wells Fargo Home Mortgage, Inc.*, 168 Md. App. 747, 750-51, 899 A .2d 208 , 210 (2006). Therefore due to American Home's failure to follow all loss mitigation requirements of the trust, mandates under REMIC and IRS rules, specific pool insurers for these trusts, or FTC guidelines, Mona Dobben could have maintained the legal fiction that she did not owe the debt due.

DEFAULTING MORTGAGOR MAY PURSUE INJUNCTION OF FORECLOSURE OF FHA-INSURED MORTGAGE ON THE GROUND THAT NO DEFAULT EXISTS WHEN MORTGAGEE FAILS TO COMPLY WITH HUD LOSS MITIGATION REGULATIONS

*Foreclosure is an equitable remedy and courts in equity can stop a foreclosing party if they find that conduct they engaged in was <u>fraud, breach of contract, breach of duty to engage in loss mitigation,</u> or any finding that they <u>did not comply with all required legal statutes in origination and servicing of the loan.</u>*

Thus, under the <u>**doctrine of clean hands**</u>, while Neal technically may be said to be in default, the <u>**legal fiction that no default exists may be maintainable**</u> until such time as Wells Fargo complies with the statutory and regulatory imperative to pursue loss mitigation prior to foreclosure.

### <u>PRIORITY OF CLAIM</u>

156.    In this case priority should be given to Mona Dobben's claim as American Home, DIP Wilbur Ross, Indenture Trustee Deutsche Bank, Master Servicer Wells Fargo, bankruptcy Counsel Young Conaway Stargatt and Taylor, all used the protection of the this

Court to engage in illegal activities while protected under the stay. The use of bankruptcy, to delay and derail Mona Dobben as a creditor, and to allow the debtor to continue to cover up the scheme are examples of Bankruptcy Fraud, 18 U.S.C. Section 157.

157.    Bankruptcy Fraud, 18 U.S.C. Section 157: The bankruptcy system was used to aid and complete the fraud, delay the investigation and confuse the victim Mona Dobben. The Debtors witness and bankruptcy counsel made false statements under oath. Violations of 18 U.S.C.152, "concealment" or "in contemplation," may also be considered.

158.    Bankruptcy Fraud, 18 U.S.C. Section 157: Purposefully derailing Mona Dobben as a creditor, by use of the automatic stay to allow debtor to continue its fraud.

159.    False Statement, 18 U.S.C. Section 1001: False statements in pleadings in response to Mona Dobben's request for disclosure under TILA 1641(f)(2) and witness testimony designed to mislead the court and the United States Trustee, whether or not under oath. False Statement, 18 U.S.C. Section 152(3): Statement of Mr. Dickman under oath and under penalty of perjury.

160.    Bankruptcy Fraud, 18 U.S.C. Section 157: If the bankruptcy system was used to aid the fraud, concealment and false statement may be charged under this section.

§523(a)(2)(A) excepts from discharge all liability arising from fraud, treble damages (plus attorney's fees and costs) awarded on account of the debtor's fraud fall within the scope of the exception. The most straightforward reading of §523(a)(2)(A) is that it prevents discharge of "any debt" respecting "money, property, services, or … credit" that the debtor has fraudulently obtained. See *Field* v. *Mans*, <u>516 U.S. 59</u>, 61, 64.

An obligation to pay treble damages satisfies the threshold condition that it constitute a "debt." That word is defined as liability on a "claim," §101(12), which in turn is defined as a "right to payment," §101(5)(A), which this Court has said means an enforceable obligation, *Pennsylvania Dept. of Public Welfare* v. *Davenport*, <u>495 U.S. 552</u>, 559. An award of treble damages is an enforceable obligation of the debtor, and the creditor has a corresponding right to payment. Moreover, the phrase "to the extent obtained by" in §523(a)(2)(A) modifies "money, property, services, or … credit"–not "any debt"–so that the exception encompasses "any debt … for money, property, [etc.], to the extent [that the money, property, etc., is] obtained by" fraud.

The Court rejects petitioner's argument that a "debt for" money, property, etc., is necessarily limited to the value of the "money, property, services, or … credit" the debtor obtained by fraud, such that a restitutionary ceiling would be imposed on the extent to which a debtor's liability for fraud is nondischargeable. That argument is at odds with the meaning of "debt for" in parallel exceptions to discharge set forth in §523(a), which use "debt for" to mean "debt as a result of," "debt with respect to," "debt by reason of," and the like. The Court's reading of §523(a)(2)(A) is also reinforced by the fraud exception's history.

Moreover, §523(a)'s various exceptions from discharge reflect Congress' conclusion that the creditors' interest in recovering full payment of debts in these categories outweighs the debtors' interest in a complete fresh start, see *Grogan* v. *Garner*, 498 U.S. 279, 287. Pp. 4—10.106 F.3d 52, affirmed. O'Connor, J., delivered the opinion for a unanimous Court.

## INSURANCE FRAUD

161.     This was all about collecting on a MGIC policy and other undisclosed insurances. Undisclosed forced placed insurances were "packed" on this loan in violation of The Homeowner Protection Act of 1998. These insurance premiums were paid for out of an increased interest rate charged to Movants. The 2 year statute of limitations does not run until discovery of this claim.

162.     In this case it is an important element as the loan was foreclosed on and the "undisclosed" insurance was collected for the benefit of parties who are asserting claims under this Trust. This was the main reason to ignore Movant, so beneficiaries could collect on the MGIC insurance claim. Fraud would have voided that claim.

163.     This could be considered insurance fraud as fraud in the origination typically voids insurances. This lender paid mortgage insurance "LPMI," was also not disclosed as required under Homeowners Protection Act of 1998.

### Homeowners Protection Act of 1998.

**SEC. 6. DISCLOSURE REQUIREMENTS FOR LENDER PAID MORTGAGE INSURANCE.**

(a) DEFINITIONS.—For purposes of this section— (1) the term "borrower paid mortgage insurance" means private mortgage insurance that is required in connection with a residential mortgage transaction, payments for which are made by the borrower; (2) the term **"lender paid mortgage insurance"** means private mortgage insurance that is required in connection with a residential mortgage transaction, payments for which are made by a person other than the borrower; and (3) the term "loan commitment" means a prospective mortgagee's written confirmation of its approval, including any applicable closing conditions, of the application of a prospective mortgagor for a residential mortgage loan.

(c) NOTICES TO MORTGAGOR.—In the case of **lender paid mortgage insurance** that is required in connection with a residential mortgage or a residential mortgage transaction— (1) not later than the date on which a loan commitment is made for the residential mortgage transaction, the prospective mortgagee shall provide to the prospective mortgagor a written notice— (A) that lender paid mortgage insurance differs from borrower paid mortgage insurance, in that lender paid mortgage insurance may not be canceled by the mortgagor, while borrower paid mortgage insurance could be cancelable by the mortgagor in accordance with section 3(a) of this Act, and could automatically terminate on the termination date in accordance with section 3(b) of this Act

164.     The Debtors during the bankruptcy acted in bad faith, completed an illegal foreclosure, and refused to follow legal and ethical mandates, REMIC rules, and insurers guidelines governing servicing and loss mitigation, and may have unclean hands on a number of levels.

## MGIC 5.01 Claim filing methods

The Uniform Mortgage Insurance Claim for Loss form (Exhibit 6) is the method used for filing a Claim for Loss. When submitting the claim, **you are required to provide certain information including your loss mitigation efforts.**

You must include the following:

☐Copy of the entire pay history; and

☐**Chronological list of your efforts and the events pertaining to collection efforts, foreclosure, loss mitigation**, bankruptcy and other legal activities, or

☐If such efforts and events are documented clearly through your collections and loss mitigation systems notes, provide a copy of those notes; and

## CONCLUSION

## OBJECTION TO CLAIM –GOOD FAITH?

71

165.    Although the borrowers committee crafted language written into the plan that the Debtor would offer a reasonable settlement before objecting to a claim, the offer was anything but reasonable for the damages caused to this senior citizen. In fact, it was unconscionable at best.

166.    When Ms. Dobben simply asked for a continuance on the hearing of this Motion for her new attorney Douglas Pettibone to review and redraft her complaint, Ms. Greecher of YCST requested that Ms. Dobben forfeit her rights to argue the classification of her claim.

167.    The jury is still out on whether or not, this Debtor even qualifies as an "honest but unfortunate debtor," and Congress did not favor giving perpetrators of fraud a fresh start (by allowing them to wipe out their debts in bankruptcy) over the interest in protecting victims of fraud when it wrote the Bankruptcy Laws.

168.    This process was necessary for an orderly liquidation, but the process should not be allowed to trump the rights of aggrieved borrowers attempting to remedy damage caused by this Debtor while still in business, or the rights of those parties to seek redress. The bankruptcy Court is not a free pass to skirt laws and legal claims. Where are the protections for Mona Dobben? The Fourteenth Amendment to the United States Constitution provides, in relevant part, that: "No State shall . . . deprive any person of life, liberty, or property, without due process of law; deny to any person within its jurisdiction the equal protection of the laws." U.S. Const., Amend. XIV.

169.    The illegal foreclosure and conversion of property was done during the bankruptcy case, which is what makes it a priority claim. It was begun and furthered by the Debtor entities while under the protection of the bankruptcy Court, and then completed by the

Ross owned servicing unit.

**The abuses included:**

A. Processing of loan with obvious fraud red flags;

B. Insuring and securitizing loan which was originated in fraud;

C. Failure to fully comply with RESPA request and conduct an investigation and explain the outcome of that investigation;

D. Obfuscation of the true owner of the note and non compliance under 15 USC TILA 1641(f)(2);

E. Improper notice of foreclosure and subsequent foreclosure and conversion of property;

F. Harassment as defined in the FDCPA;

G. Numerous violations of Arizona elder law statutes;

H. Failing to engage in loss mitigation;

I. Unclean hands in failing to notify insurers of issues surrounding origination of the loan;

J. Unclean hands in failing to engage in loss mitigation required under FTC guidelines;

K. Unclean hands in all acts contained herein.

170.    YCST did not offer a settlement that was truly fair and equitable in compensation for the behaviors contained herein by American Home and other parties to this bankruptcy. Ms. Dobben has expended actual costs upwards of $20,000 in trying to seek a resolution and paying on this loan as long as she could while trying to seek a resolution, plus loss of her good credit rating which American Home could have mitigated by not reporting and this action should be considered punitive.

171.    Although YCST has argued that Chapter 11 is not about a discharge of debt, a settlement which offers little relief has the same effect as walking away from a debt.

American Home seems to argue, Congressional intent of bankruptcy protection for "the honest and unfortunate Debtor" doesn't apply to them. I disagree. Clearly the Bankruptcy Court is not for "hiding" a Debtor from answering for his illegal acts, whether that Debtor is a Corporation in Chapter 11 or an individual Debtor.

In re Arm, 87 F.3d 1046 (9th Cir. 1996)

"We make clear, what we have not held before, that the indirect benefit to the debtor from a fraud in which he participates is sufficient to prevent the debtor from receiving the benefits that bankruptcy law accords the honest person. *See In re Ashley*, 903 F.2d 599, 604, n. 4 (9th Cir.1990)."

In re Rose, 934 F.2d 901, 903 (7th Cir. 1991)

"Larceny is proven for 523(a)(4) purposes if the debtor has wrongfully and with fraudulent intent taken property from its owner"

172.    If this Court were to determine more evidence is necessary to prove Mona Dobben's claim, she should then have the right to discovery and Rule 2004 Examinations to prove her case for fraudulent concealment, conspiracy and fraud.

173.    Various AHM Debtor entities, and associated parties Wells Fargo, Deutsche Bank, executives of AHM managing the Trust, YCST, and TD Service refused all pleas for dialogue, information, and offered no assistance to resolve the issues presented to them. Clearly all of the following parties have touched this loan, and this is a complex scenario in which Respondent may assert cross claims between Debtor entities and securitizing partners.

174.    The illegal foreclosure, the final part of the fraud that was begun by Debtor entities, was completed **during the bankruptcy**, under the protection of the bankruptcy Court and therefore should not be allowed to be discharged.

<u>11 USC § 523</u>.  Exceptions to discharge (19) that--(A) is for-- (ii) common law fraud, deceit, or manipulation in connection with the purchase or sale of any security; and

(B) results, before, on, or **after the date on which the petition was filed**, from--

 (iii) any court or administrative order for any damages, fine, penalty, citation, restitutionary payment, disgorgement payment, attorney fee, cost, or other payment owed by the debtor.

 (c)(1) Except as provided in <u>subsection (a)(3)(B)</u> of this section, the debtor shall be discharged from a debt of a kind specified in <u>paragraph (2)</u>, <u>(4)</u>, or <u>(6)</u> of <u>subsection (a)</u> of this section, unless, on request of the creditor to whom such debt is owed, and after notice and a hearing, the court determines such debt to be excepted from discharge under <u>paragraph (2)</u>, <u>(4)</u>, or <u>(6)</u> , as the case may be, of <u>subsection (a)</u> of this section.

**WHEREFORE,** Mona Dobben prays for the following relief:

a) For the Court to accept her proofs of claim as valid;

b) for the Court to equitably subordinate all named parties to these claims;

c) for the Court in equity to determine the transaction was void at inception and order the Debtor to return all funds to Mona Dobben;

d) for the Court to accept the claims as priority;

e) for the Court to provide injunctive relief and order that American Home should remove the foreclosure information from Respondents credit report.

f) for damages for illegal conversion of her property;

g) for damages for substantial misrepresentation;

h) for damages for massive fraud with intent to injure;

i) for damages relating to failure to engage in loss mitigation;

j) for monetary damages in lieu of a rescission remedy;

k) Plaintiff requests the equivalent monetary damages to adequately compensate her for her injuries;

AND FOR SUCH OTHER RELIEF AS THIS COURT DEEMS REASONABLE.

_Mona S Dobben_____  Dated: October 3, 2009

Mona Dobben 9208 107th Drive Sun City AZ 85351

_Mona S Dobben_____  Dated: October 3, 2009

Paula Rush 2651 Peery Drive Churchville Md. 21028
Attorney- in- fact Agent for Mona Dobben

_Paul M_____  10/3/09

60

CERTIFICATE OF SERVICE

I hereby certify that on this 3 nd day of October 5, 2009, a copy of the foregoing Motion was

mailed first class postage paid to:

Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor P.O. Box. 391 Wilmington DE 19899-0391

Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Ave. 14th & 15th Floor New York, NY 10022

Joseph M. McMahon Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 Wilmington, DE 19801

AMERICAN HOME MORTGAGE ASSETS LLC
C/O President: Michael Strauss Executive
538 Broadhollow Rd. Melville NY 11747

AMERICAN HOME MORTGAGE ASSETS LLC
Corporation Service Company
2711 Centerville Road, Suite 400  Wilmington DE 19808

MGIC (Insurer on Dobben Loan)
270 E. Kilbourn Avenue Milwaukee, WI 27619

AH Mortgage Acquisition Co., Inc., an affiliate of WL Ross & Co. LLC
1166 Avenue of the Americas New York  NY 10036

American Home Mortgage Servicing ( Servicer)
4600 Regent Boulevard, Suite 200 Irving, TX 75063

Wells Fargo Bank, N.A. ( Master Servicer)
9062 Old Annapolis Road Columbia  MD 21045

Wells Fargo Bank, N.A. (Securities Administrator)
8480 Stagecoach Circle Frederick  MD 21701

TD Service Co  (Foreclosure Agent)
1820 East 1st Street Suite 210 Santa Ana CA. 92705

Chapman Cutler (Attorneys for Wells Fargo)
Franklin H. Top
111 West Monroe St. Chicago Illinois 60603-4080

Deutsche Bank National Trust Company (Indenture Trustee)
CT Corporations Systems
818 West Seventh St. Los Angeles CA 90017

Countrywide Securities Corporation (Underwriter)
The PRENTICE-HALL Corporation Systems, Inc.
2730 Gateway Oaks Drive suite 100 Sacramento CA. 95833

Weiner, Brodsky, Sidman, Kider
1300 19th Street NW - Fifth Floor Washington DC 20036-1609

_Mona S. Dobben_____ Dated: October 3, 2009

Mona Dobben 9208 107th Drive Sun City AZ 85351

_Mona S. Dobben_____ Dated: October 3, 2009

Paula Rush 2651 Peery Drive Churchville Md. 21028
Attorney- in- fact Agent for Mona Dobben

_Pu R_    10/3/09

## EXHIBIT LIST

1. **Purchase Contract ( FORGED)**

2. **Loan Application (FORGED)**

3. **LandAmerica Gateway Title Preliminary Report**

4. **Appraisal**

5. **Amended Escrow Instructions (FORGED)**

6. **Verification Bureau Social Security ( FORGED)**

7. **Real Estate Agency Disclosure (FORGED)**

8. **Mortgage Loan Origination Agreement ( FORGED)**

9. **Borrower Certification and Authorization ( FORGED)**

10. **Equal Credit Opportunity Act ( FORGED)**

11. **Housing Financial Discrimination Act ( FORGED)**

12. **Notice of Right to Receive Appraisal Report ( FORGED)**

13. **Disclosure Notice ( FORGED)**

14. **Disclosure of Credit Score ( FORGED)**

15. **Borrower Signature Authorization ( FORGED)**

16. **Additional California Disclosures ( FORGED)**

17. **HUD 1 FINAL ( Borrower Copy No Signature)**

18. **HUD 1 (LENDER FILE)**

19. **FINAL Truth in Lending**

20. **Copies of payment coupons broker gave Dobben**

21. **Farmers Next Generation Policy**

22. **Underwriting Clear to Close**

23. **Correspondent Broker FEES**

24. **Loan File Transfers – Trust**

25. **Servicing Records**

26. **Notice of Trustee Sale**

27. **Communications of Issues**

28. **RESPA letter to AHM 9/25/07**

29. **RESPA letter to AHM 11/13/07**

30. **Green Card Proof of Delivery**

31. **YCST Mailed Loan File to AZ**

32. **Proof of Delivery**

33. **YCST letter to Paula Rush**

34. **Chapman Cutler letter to Paula Rush & Mona Dobben**

35. **Proof of forward mail from TD Service**

36. **Limited Power of Attorney Paula Rush**

37. **American Home Mortgage Assets LLC & Trust Parties**

38. **Letter to Rental Management Agent**

39. **Bills From Rental Management Agent**

40. **Repair Bills**

41. **Rental Contract ( FORGED)**

42. **Borrowers Closing Statement**

43. **Borrowers Closing Statement 2**

44. **Hansen Appraiser**

A

MAR-97-2007 04:32 PM   HANSEN-APPRAISAL          661 267 7188          P.10
OC-EF-2007 12:34                                                      PAGE9

Property Address: PALMDALE, CA 93550

38645 37TH ST.                              Date: FEBRUARY 27, 2007

21. EXPIRATION OF OFFER: This offer shall be deemed revoked and the deposit shall be returned unless the offer is Signed by Seller and a Copy of the Signed offer is personally received by Buyer, or by _____ who is authorized to receive it by 5:00 PM on the 3rd Day after this offer is signed by Buyer (or, if checked, □ by _____ FEBRUARY 28, 2007 _____ (date), at _____ 5:00 _____ □ AM □ PM.

Date FEBRUARY 27, 2007                      Date _____
BUYER:                                      BUYER _____
JOHN A ZUNIGA                               _____
(Print name)                                (Print name)

(Address)

22. BROKER COMPENSATION FROM SELLER:
    A. Upon Close Of Escrow, Seller agrees to pay compensation to Broker as specified in a separate written agreement between Seller and Broker.
    B. If escrow does not close, compensation is payable as specified in that separate written agreement.

33. ACCEPTANCE OF OFFER: Seller warrants that Seller is the owner of the Property, or has the authority to execute this Agreement. Seller accepts the above offer, agrees to sell the Property on the above terms and conditions, and agrees to the above confirmation of agency relationships. Seller has read and acknowledges receipt of a Copy of this Agreement, and authorizes Broker to deliver a Signed Copy to Buyer.
    □ (If checked) SUBJECT TO ATTACHED COUNTER OFFER, DATED _____

Date 2-28-2007                              Date 2-28-_____
SELLER _____                      SELLER _____

(Print name)                                (Print name)

(Address)

( _____ / _____ )  CONFIRMATION OF ACCEPTANCE: A Copy of Signed Acceptance was personally received by Buyer or Buyer's authorized
        (Initials)                 agent on (date) _____ at _____ □ AM □ PM. A Binding Agreement is created when
                                   a Copy of Signed Acceptance is personally received by Buyer or Buyer's authorized agent whether or not confirmed in
                                   this document. Completion of this confirmation is not legally required in order to create a Binding Agreement. It is solely
                                   intended to evidence the date that Confirmation of Acceptance has occurred.

REAL ESTATE BROKERS:
A.  Real Estate Brokers are not parties to the Agreement between Buyer and Seller.
B.  Agency relationships are confirmed as stated in paragraph 27.
    If specified in paragraph 2A, Agent who submitted the offer for Buyer acknowledges receipt of deposit.
C.  COOPERATING BROKER COMPENSATION: Listing Broker agrees to pay Cooperating Broker (Selling Firm) and Cooperating Broker agrees to accept, out of Listing Broker's proceeds in escrow: (i) the amount specified in the MLS, provided Cooperating Broker is a Participant of the MLS in which the Property is offered for sale or a reciprocal MLS; or (ii) □ (if checked) the amount specified in a separate written agreement (C.A.R. Form CBC) between Listing Broker and Cooperating Broker.
Real Estate Broker (Selling Firm) THE EXTRAORDINAL REAL ESTATE & FINANCE CO.    DRE Lic. # 01552774
By _____  CHAD CLARK DRE Lic. # 01552774         Date FEBRUARY 27, 2007
Address 1637 GOODRIDE AVE. #248    City LANCASTER           State CA    Zip 93452
Telephone (661)644-8261    Fax (661)644-8463    E-mail _____

Real Estate Broker (Listing Firm) EXTRAORDINAL REAL ESTATE           DRE Lic. #
By _____  CHAD CLARK DRE Lic. #                   Date FEBRUARY 27, 2007
Address 488 W. LANCASTER BLVD.    City LANCASTER           State CA    Zip 93534
Telephone (661)948-2477    Fax (661)948-2479    E-mail _____

ESCROW HOLDER ACKNOWLEDGMENT:
Escrow Holder acknowledges receipt of a Copy of this Agreement, (if checked, □ a deposit in the amount of $ _____ ),
counter offer numbers _____ N/A _____ and N/A _____ , and agrees to act as Escrow Holder subject to paragraph 25 of this Agreement, any supplemental escrow instructions and the terms of Escrow Holder's general provisions.

Escrow Holder is advised that the date of Confirmation of Acceptance of the Agreement as between Buyer and Seller is 3-9-07
Escrow Holder Titan Escrow                  Escrow # 1-11505 SG
By Susie George                             Date 3-9-07
Address 1510 W. AVENUE J Suite 800, Lancaster, 93534
Phone/Fax/E-mail (661) 945-8880 Fax (661) 945-8809
Escrow Holder is licensed by the California Department of □ Corporations, □ Insurance, □ Real Estate. License # _____

( _____ / _____ )  REJECTION OF OFFER: No counter offer is being made. This offer was reviewed and rejected by Seller on
    (Seller's Initials)                 _____ (Date)

THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.

This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR. REALTOR is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS
525 South Virgil Avenue, Los Angeles, California 90020

RPA-CA REVISED 1906 (PAGE 8 OF 8)

CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT (RPA-CA PAGE 8 OF 8)    ALEX MOM

Your Copy

Reviewed by _____ Date _____

1A

(11)

4/6

FAKE L

Hansen
Appraisal

37th St

**Forged**

2/27/07

Clark
# 01228776

Ventura

Westwood
Real Estate
+ Finance
Co.

1b



1c

04-04-2007 13:45

**AHM FILE**

PAGE2

# Uniform Residential Loan Application ①

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

*Mona S Dobben*

**FORGED**

_____       _____
Borrower                    Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☑ Conventional  ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|
| | ☐ FHA  ☐ USDA/Rural Housing Service | | |

| Amount $ 356,000 | Interest Rate 8.000 % | No. of Months 360/360 | Amortization Type: ☑ Fixed Rate  ☐ Other (explain): ☐ GPM  ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) | | No. of Units |
|---|---|---|
| 32645 377TH ST, Palmdale, CA 93550  County: Los Angeles | | |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| SEE PRELIM | |

| Purpose of Loan | ☑ Purchase  ☐ Construction  ☐ Other (explain): | Property will be: |
| | ☐ Refinance  ☐ Construction-Permanent | ☑ Primary Residence  ☐ Secondary Residence  ☐ Investment |

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |
|---|---|---|---|---|---|

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements | ☐ made  ☐ to be made |
|---|---|---|---|---|---|
| | | | | Cost $ | |

| Title will be held in what Name(s) MONA S DOBBEN | Manner in which Title will be held: Single woman | Estate will be held in: ☑ Fee Simple  ☐ Leasehold (show expiration date) |
|---|---|---|

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) | | |
|---|---|---|

## III. BORROWER INFORMATION

| Borrower's Name (include Jr. or Sr. if applicable)  MONA S DOBBEN | Co-Borrower's Name (include Jr. or Sr. if applicable) |
|---|---|

| Social Security Number 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 | Home Phone (incl. area code) 623-847-6373 | DOB (mm/dd/yyyy) 02/15/1970 | Yrs. School | | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|---|

| ☐ Married  ☑ Unmarried (include single, divorced, widowed) | Dependents (not listed by Co-Borrower) no. ___ ages ___ | | ☐ Married  ☐ Unmarried (include single, divorced, widowed) | Dependents (not listed by Borrower) no. ___ ages ___ |
|---|---|---|---|---|

| ☐ Separated | | | ☐ Separated | |

| Present Address (street, city, state, ZIP)  ☑ Own  ☐ Rent  19  No. Yrs.  9385 N 167TH DRIVE  Sun City, AZ 85301 | Present Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  ___ No. Yrs. |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  ___ No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  ___ No. Yrs. |
|---|---|

| Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  ___ No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  ___ No. Yrs. |
|---|---|

Fannie Mae Form 1003   07/05
CALYX Form Loanapp1.frm 05/05

Page 1 of 5

Borrower *MSD*
Co-Borrower _____

Freddie Mac Form 65   07/05

**2 A**

*A/M FILE*

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ 445,000.00 |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | 2,023.17 |
| f. Estimated closing costs | 4,488.63 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 451,511.80 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
|   Cash Deposit | 500.00 |
| | |
| | |
| New 2nd Mtg Closing Costs | 0.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 400,500.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 400,500.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 50,511.80 |

## VIII. DECLARATIONS

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | ☐ | ☒ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☒ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ☒ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | ☐ | ☒ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☒ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☒ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☒ | ☐ | ☐ |
| j. Are you a U. S. citizen? | ☒ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☒ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? | ☒ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☒ | ☐ | ☐ | ☐ |
| (1) What type of property did you own–principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home–solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X *Nana S Dobbin* | 4-2-07 | X | |

— **FORGED**

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino   ☒ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino   ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American | Race: | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander   ☒ White | | ☐ Native Hawaiian or Other Pacific Islander   ☐ White |
| Sex: | ☒ Female   ☐ Male | Sex: | ☐ Female   ☐ Male |

| To be Completed by Interviewer This application was taken by: | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| ☒ Face-to-face interview | | THE HISTORICAL REAL ESTATE & FINANCE CO. |
| ☐ Mail | Interviewer's Signature    Date 4-2-07 | 1637 GOODYEAR AVE #705 |
| ☐ Telephone | | VENTURA, CA 93003 |
| ☐ Internet | Interviewer's Phone Number (incl. area code) 805-644-2201 | (P) 805-644-2201  (F) 805-644-2462 |

Fannie Mae Form 1003  07/05
CALYX Form Loanapp.frm 08/05

*NO*

Page 4 of 5

Freddie Mac Form 65  07/05

**2B**

04-04-2007 13:46

Attn: F[illegible]

PAGES

VII. DETAILS OF TRANSACTION | VIII. DECLARATIONS

| | | |
|---|---|---|
| a. Purchase price | $ | 445,[illegible] |
| b. Alterations, improvements, repairs | | |
| c. Land (if acquired separately) | | |
| d. Refinance (incl. debts to be paid off) | | |
| e. Estimated prepaid items | | |
| f. Estimated closing costs | | |
| g. PMI, MIP, Funding Fee | | |
| h. Discount (if Borrower will pay) | | |
| i. Total costs (add items a through h) | | 445,[illegible] |
| j. Subordinate financing | | 44,[illegible] |
| k. Borrower's closing costs paid by Seller | | |
| l. Other Credits (explain) Cash Deposit | | [illegible] |
| New 2nd Mtg Closing Costs | | 0.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | | [illegible] |
| n. PMI, MIP, Funding Fee financed | | |
| o. Loan amount (add m & n) | | [illegible] |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | | 44,[illegible] |

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. [illegible]

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. [illegible] | ☐ | ☒ | ☐ | ☐ |
| b. [illegible] | ☐ | ☒ | ☐ | ☐ |
| c. [illegible] | ☐ | ☒ | ☐ | ☐ |
| d. [illegible] | ☐ | ☒ | ☐ | ☐ |
| e. [illegible] | ☐ | ☒ | ☐ | ☐ |
| f. [illegible] | ☐ | ☒ | ☐ | ☐ |
| g. [illegible] | ☐ | ☒ | ☐ | ☐ |
| h. [illegible] | ☐ | ☒ | ☐ | ☐ |
| i. [illegible] | ☐ | ☒ | ☐ | ☐ |
| j. [illegible] | ☒ | ☐ | ☐ | ☐ |
| k. [illegible] | ☐ | ☒ | ☐ | ☐ |
| l. [illegible] | ☒ | ☐ | ☐ | ☐ |
| m. [illegible] | ☒ | ☐ | ☐ | ☐ |
| (1) [illegible] | PR | | | |
| (2) [illegible] | S | | | |

IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature [illegible] of Title 18, United States Code, Sec. 1001, et seq.; [illegible]

Acknowledgement. [illegible]

(F) Borrower's Signature X [signature] Date 3-1-07 | Co-Borrower's Signature X | Date

Forged

X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government [illegible]

| BORROWER | ☐ I do not wish to furnish this information | | CO-BORROWER | ☐ I do not wish to furnish this information | |
|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☒ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native ☐ Native Hawaiian or Other Pacific Islander | ☐ Asian ☐ Black or African American ☒ White | Race: | ☐ American Indian or Alaska Native ☐ Native Hawaiian or Other Pacific Islander | ☐ Asian ☐ Black or African American ☐ White |
| Sex: | ☒ Female | ☐ Male | Sex: | ☐ Female | ☐ Male |

To be Completed by Interviewer. This application was taken by: ☒ Face-to-face interview ☐ Mail ☐ Telephone ☐ Internet

Interviewer's Name (print or type) [illegible]

Interviewer's Signature [signature] Date 3-1-07

Interviewer's Phone Number (incl. area code) [illegible]

Name and Address of Interviewer's Employer: THE HISTORICAL REAL ESTATE & FINANCE CO. [illegible] [illegible], CA [illegible]

Freddie Mac Form 65 [illegible] CALYX Form Loanapp4.hrm [illegible]

NO ↑

Page 4 of 5

Fannie Mae Form 1003 [illegible]

2C

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when □ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or □ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

**Mona S Dobben**
Borrower _____    Co-Borrower _____    **Forged**

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | □ VA    ☑ Conventional    □ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|
| | □ FHA    □ USDA/Rural Housing Service | | DOBBEN4 |

| Amount $ 400,500 | Interest Rate 1.625 % | No. of Months 480 | Amortization Type: □ Fixed Rate    □ GPM | ☑ Other (explain): ☑ ARM (type): 40YR PAYOPT |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) | No. of Units |
|---|---|
| 38546 37TH ST., Palmdale, CA 93550    County: Los Angeles | |
| Legal Description of Subject Property (attach description if necessary)    SEE PRELIM | Year Built |

| Purpose of Loan | ☑ Purchase    □ Construction    □ Other (explain): | Property will be: |
|---|---|---|
| | □ Refinance    □ Construction-Permanent | ☑ Primary Residence    □ Secondary Residence    □ Investment |

| Complete this line if construction or construction-permanent loan. |
|---|
| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |

| Complete this line if this is a refinance loan. |
|---|
| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements    Cost $ | □ made    □ to be made |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| MONA S DOBBEN | Single woman | ☑ Fee Simple    □ Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
Cash on Hand

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | MONA S DOBBEN | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number 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 | Home Phone (incl. area code) 623-547-6273 | DOB (mm/dd/yyyy) 07/16/1939 | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |

| □ Married    ☑ Unmarried (include single, divorced, widowed)    □ Separated | Dependents (not listed by Co-Borrower) no. / ages | □ Married    □ Unmarried (include single, divorced, widowed)    □ Separated | Dependents (not listed by Borrower) no. / ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP)    ☑ Own    □ Rent    19 No. Yrs. | Present Address (street, city, state, ZIP)    □ Own    □ Rent    No. Yrs. |
|---|---|
| 9200 N.187TH DRIVE    Sun City, AZ 85351 | |

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

| If residing at present address for less than two years, complete the following: |
|---|
| Former Address (street, city, state, ZIP)    □ Own    □ Rent    No. Yrs. | Former Address (street, city, state, ZIP)    □ Own    □ Rent    No. Yrs. |
| Former Address (street, city, state, ZIP)    □ Own    □ Rent    No. Yrs. | Former Address (street, city, state, ZIP)    □ Own    □ Rent    No. Yrs. |

Fannie Mae Form 1003    07/05
CALYX Form Loanapp1.frm 08/05

Page 1 of 5    Borrower _____ MSD _____    Co-Borrower _____

Freddie Mac Form 65    07/05

**2D**

  LandAmerica Gateway Title

*Atm File (5)*

**Gateway Title Company**
1405 N. San Fernando Blvd
Burbank, CA 91504
Phone: (818) 953-2300
Fax: (818) 953-2377

Preferred Real Estate
659 W Lancaster Blvd
Lancaster, CA 93534

Attn: Michael — *HANSEN ?*

Your Reference No: *Moymour*

Title Officer: James Williams
email: jameswilliams@landam.com
Phone No.: (818) 953-2300
Fax No.: (818) 953-2341
File No.: 1021506

Property Address:   38645 37TH STREET EAST, CITY OF PALMDALE, CALIFORNIA

## PRELIMINARY REPORT

Dated as of JANUARY 30, 2007 at 7:30 a.m.

*1/30/07*

In response to the above referenced application for a policy of title insurance, Gateway Title Company hereby reports that it is prepared to issue, or cause to be issued, as of the date hereof, a Policy or Policies of Title Insurance describing the land and the estate or interest therein hereinafter set forth, insuring against loss which may be sustained by reason of any defect, lien or encumbrance not shown or referred to as an Exception below or not excluded from coverage pursuant to the printed Schedules, Conditions and Stipulations of said policy forms.

The printed Exceptions and Exclusion from the coverage of said Policy or Policies are set forth in Exhibit B attached.  Copies of the Policy forms should be read.  They are available from the office which issued this report.

*Please read the exceptions shown or referred to below and the exceptions and exclusions set forth in Exhibit B of this report carefully.  The exceptions and exclusions are meant to provide you with notice of matters which are not covered under the terms of the title insurance policy and should be carefully considered.  It is important to note that this preliminary report is not a written representation as to the condition of title and may not list all liens, defects, and encumbrances affecting title to the land.*

This report (and any supplements or amendments hereto) is issued solely for the purpose of facilitating the issuance of a policy of title insurance and no liability is assumed hereby. If it is desired that liability be assumed prior to the issuance of a policy of title insurance, a Binder or Commitment should be requested.



**Your Copy**

*3 A*

Attn Title





**APPRAISAL OF REAL PROPERTY**

**LOCATED AT:**
38845 37TH Street East
TRACT 46957 LOT 1
Palmdale, CA 93550

**FOR:**
Historical Real Estate & Finance Co.
1036 Callens Rd
Ventura, CA 93003



**AS OF:**
03/08/2007



Borrower/Client

Lender

## SUMMARY OF SALIENT FEATURES

| | |
|---|---|
| Subject Address | 38645 37TH Street East |
| Legal Description | TRACT 46857 LOT 1 |
| City | Palmdale |
| County | Los Angeles |
| State | CA |
| Zip Code | 93550 |
| Census Tract | 9108.01 |
| Map Reference | 4199-H7 |
| Sale Price | $ 445,000 |
| Date of Sale | 02/27/2007 |
| Borrower / Client | Meno & Dahlen |
| Lender | Historical Real Estate & Finance Co. |
| Size (Square Feet) | 2,375 |
| Price per Square Foot | $ 187.37 |
| Location | Average |
| Age | 2002 |
| Condition | Average |
| Total Rooms | 7 |
| Bedrooms | 4 |
| Baths | 3 |
| Appraiser | Sunday Alabiamgba |
| Date of Appraised Value | 03/06/2007 |
| Final Estimate of Value | $ 445,000 |

Form SSD — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

*4B*

**Titan Escrow Corporation** 
1216 West Avenue J, Suite 300
Lancaster, CA 93534
(661) 945-8880 Fax (661) 945-8960

## AMENDED ESCROW INSTRUCTIONS

Escrow No. 1-11525-SG

Date March 9, 2007

Re: 38645 37th Street East, Palmdale, CA 93550

To: Titan Escrow Corporation - Susie George

My previous instructions in the above numbered escrow are hereby modified - supplemented in the following particulars only:

TITAN ESCROW CORPORATION, A CALIFORNIA CORPORATION IS LICENSED AS AN ESCROW AGENT BY THE DEPARTMENT OF CORPORATIONS OF THE STATE OF CALIFORNIA.

The undersigned hands you herewith an executed copy of that certain California Residential Purchase Agreement and Joint Escrow Instructions dated February 27, 2007, hereinafter referred to as the "Agreement", executed by Issa Saliba Maymoun and Tanum Issa Maymoun as Seller; and Mona S. Dobben as Buyer.

Said Agreement shall constitute escrow instructions which TITAN ESCROW CORPORATION, as Escrow Holder, is instructed to use, along with any additional mutual instructions, to close the transaction as set forth herein. TITAN ESCROW CORPORATION, as Escrow Holder is only to be concerned with the conditions and/or payments and/or documents commonly under the control of or made or delivered through an escrow holder pertaining to matters referred to in the "Agreement" in paragraphs or portions thereof numbered 1, 2, 4, 12, 13B, 14B, 18, 19, 24, 25B and 25D, 26, 28, 29, 32A, 33 and paragraph D of the section titled Real Estate Brokers on page 8.

The close of escrow date will be on or before: April 6, 2007

Escrow Holder is authorized and instructed to insert Buyer's vesting, when known, above the Seller's signature(s) on the already executed and notarized Grant Deed.

Buyer's deposit of final funds with which to close escrow shall indicate Buyer's receipt and approval of all inspections, reports and disclosures, and satisfaction of all contingencies.

The legal description as provided by the insuring title company and certified by the Seller to be correct, is hereby approved by the Seller and Buyer as follows:

Lot 1 of Tract 45057, in the City of Palmdale, County of Los Angeles, State of California as per map recorded in Book 1245, Pages 12 to 15 inclusive of Maps in the Office of the County Recorder of said County.

EACH PARTY HAS READ THE ADDITIONAL ESCROW CONDITIONS AND INSTRUCTIONS ON THE PAGES ATTACHED HERETO AND APPROVES, ACCEPTS AND AGREES TO BE BOUND THEREBY AS THOUGH THE ADDITIONAL PAGES APPEARED OVER THEIR SIGNATURES.

SELLER(S):

_____
Issa Saliba Maymoun

_____
Tanum Issa Maymoun

BUYER(S):

_____
Mona S. Dobben

**FORGED**

Certified To Be A True And Exact
Copy Of The Original Hereof

_____
Titan Escrow Corporation

**37th Street**

**Sign And Return**

**5 A**



**VERIFICATION BUREAU**
REGISTERED FRAUD PREVENTION



Acting as an agent on behalf of: _American Business Conduit_
(Enter the name of the party to whom the verification will be disclosed)

**Authorization for the Social Security Administration to Release
Social Security Number Verification**

Printed Name: _____ (required)

SSN _____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_____ (required)

Date of Birth _07/15/59_ (required)

I consent to the Social Security Administration verifying my SSN to Verification Bureau Inc., acting on
behalf of _American Business Conduit_
(enter the name of party to whom the verification will be disclosed)

I understand that my consent allows no additional information from my Social Security records to be
provided to Verification Bureau and that the verification of my Social Security number will be used for
transaction with _American Business Conduit_. I also understand that my Social
Security number may not be used for any other purpose other than the one stated above, including resale
or redisclosure to other parties. The only other redisclosure permitted by this authorization is for review
purpose to ensure that Verification Bureau complies with SSA's consent requirements.

I am the individual to whom the Social Security number was issued or that person's legal guardian. I
declare and affirm under the penalty of perjury that the information contained herein is true and correct.
I know that if I make any representation that I know is false to obtain information from Social Security
records, I could be found guilty of a misdemeanor and fined up to $5,000.

**FORGED** →  Signature X _Alena S Dobben_  Date Signed X _3-23-07_

This consent is valid only for 90 days from the date signed, unless indicated otherwise by the
individual named above.

Contact information of individual signing authorization:
Address    9260 N.107TH DRIVE
           Sun City, AZ 85351
Phone Number    (623) 847-8375

If consent is signed other than by the individual named above, indicate
relationship: _____

DOC # 945563/ Sample: 944544.pro  Apprd 9843782v01

03-23-2007 14:04                                    PAGE13

**6A**



## Real Estate Agency Disclosure

When you begin discussions with a California Department of Real Estate License Agent regarding a real estate mortgage lending transaction, you should understand what type of agency relationship you have with that agent. A Mortgage Broker acts as the agent for the borrower in the mortgage loan transaction and may act as the limited agent of the lender for certain purposes including, but not limited to, making disclosures, ordering appraisal and credit reports, and assembling underwriting information. The brokerage has the following affirmative obligations:

**To the Borrower:**

1. Fiduciary responsibility of the utmost care, integrity, honesty, and loyalty in dealing with the borrower.

**To the Borrower and the Lender:**

1. Fiduciary responsibility of the utmost care, integrity, honesty, and loyalty in dealing with the borrower and the lender.

2. Diligent exercise of reasonable skill and care in performances of the agent's duties.

3. A duty of honesty and fair dealing and good faith.

4. A duty to disclose all facts known to the agent materially affecting the value or desirability of the property and/or credit risk of the transaction that are not known to or within the diligent attention and observation of the parties.

The above duties of the agent in this transaction do not relieve you from the responsibility to protect your own interests. You should carefully read all agreements to assure that they adequately express your understanding of this transaction. A Mortgage Broker is a person qualified to advise about real estate loan transactions. If legal or tax advice is desired, consult a professional in those fields.

THE HISTORICAL REAL ESTATE & FINANCE CO.   is a California Department of Real Estate Licensed Brokerage, license number                      . The California Department of Real Estate license information phone number is 916-227-0770 and Fax number is 916-227-0777.

THE HISTORICAL REAL ESTATE & FINANCE CO.
1137 GOODYEAR AVE #705
VENTURA, CA, 93003
(P) 866-944-3291
(F) 866-944-3492

I/We acknowledge receipt of a copy of this agency disclosure statement.

_Mona S Dobbon_    3-1-07    **Forged**
Signature              Date

_____    _____
Signature              Date

Calyx Form - caread.frm (04/01)

**7A**



# MORTGAGE LOAN ORIGINATION AGREEMENT

(Warning to Broker: The content of this form may vary depending upon the state in which it is used.)

YOU MONA S DOBBEN                                  agree to enter into this Mortgage Loan Origination
Agreement with THE HISTORICAL REAL ESTATE & FINANCE CO.        as an independent contractor to apply for a
residential mortgage loan from a participating lender with which we from time to time contract upon such
terms and conditions as you may request or a lender may require. You inquired into mortgage financing with
THE HISTORICAL REAL ESTATE & FINANCE CO.        on
We are licensed as a "Mortgage Broker" under

**SECTION 1. NATURE OF RELATIONSHIP.**    In connection with this mortgage loan:

* We are acting as an independent contractor and not as your agent.

* We will enter into separate independent contractor agreements with various lenders.

* While we seek to assist you in meeting your financial needs, we do not distribute the products
  of all lenders or investors in the market and cannot guarantee the lowest price or best terms
  available in the market.

**SECTION 2. OUR COMPENSATION.**    The lenders whose loan products we distribute generally
provide their loan products to us at a wholesale rate.

* The retail price we offer you - your interest rate, total points and fees - will include our
  compensation.

* In some cases, we may be paid all of our compensation by either you or the lender.

* Alternatively, we may be paid a portion of our compensation by both you and the lender. For
  example, in some cases, if you would rather pay a lower interest rate, you may pay higher
  up-front points and fees.

* Also, in some cases, if you would rather pay less up front, you may be able to pay some or all
  of our compensation indirectly through a higher interest rate in which case we will be paid
  directly by the lender.

We also may be paid by the lender based on (i) the value of the Mortgage Loan or related servicing
rights in the market place or (ii) other services, goods or facilities performed or provided by us to the
lender.

By signing below, the mortgage loan originator and mortgage loan applicant(s) acknowledge receipt of
a copy of this signed Agreement.

| MORTGAGE LOAN ORIGINATOR | APPLICANT(S) |
|---|---|
| THE HISTORICAL REAL ESTATE & FINANCE CO. | MONA S DOBBEN |
| Company Name | Applicant Name(s) |
| 1937 GOODYEAR AVE #706 | 12888 N.167TH DRIVE |
| Address | Address |
| VENTURA, CA 93003 | Sun City, AZ 85301 |
| City, State, Zip | City, State, Zip |
| 805-644-2281 / 805-644-2452 | *Mona S Dobben*    3-1-07 |
| Phone/Fax | Borrower Signature    Date |
| Broker or Authorized Agent Signature    Date | Co-Borrower Signature    Date |

Calyx Form MLOA.FRM 7/01

**8A**

# Borrowers' Certification and Authorization 

## CERTIFICATION

The Undersigned certify the following:

1. I/We have applied for a mortgage loan through **THE HISTORICAL REAL ESTATE & FINANCE CO.** applying for the loan, I/We completed a loan application containing various information on the purpose of the loan, the amount and source of the down payment, employment and income information, and the assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/We omit any pertinent information.

2. I/We understand and agree that **THE HISTORICAL REAL ESTATE & FINANCE CO.** reserves the right to change the mortgage loan review processing to a full documentation program. This may include verifying the information provided on the application with the employer and/or the financial institution.

3. I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

## AUTHORIZATION TO RELEASE INFORMATION

To Whom It May Concern:

1. I/We have applied for a mortgage loan through **THE HISTORICAL REAL ESTATE & FINANCE CO.** part of the application process, **THE HISTORICAL REAL ESTATE & FINANCE CO.** and the mortgage guaranty insurer (if any), may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.

2. I/We authorize you to provide to **THE HISTORICAL REAL ESTATE & FINANCE CO.** and to any investor to whom **THE HISTORICAL REAL ESTATE & FINANCE CO.** may sell my mortgage, any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market and similar account balances; credit history; and copies of income tax returns.

3. **THE HISTORICAL REAL ESTATE & FINANCE CO.** or any investor that purchases the mortgage may address this authorization to any party named in the loan application.

4. A copy of this authorization may be accepted as an original.

Forged

Borrower Signature _Mona S Dobbon_
MONA S DOBBON

SSN: 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          Date: 3-1-07

Forged

Co-Borrower Signature _____

SSN: _____    Date: _____

Calyx Form - borrowa.frm 02/99)

9A

# EQUAL CREDIT OPPORTUNITY ACT



APPLICATION NO:    DOBBENS

PROPERTY ADDRESS:    38845 37TH ST.
                     Palmdale, CA 93550

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law concerning this company is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3710, Houston, Texas 77010

We are required to disclose to you that you need not disclose income from alimony, child support or separate maintenance payment if you choose not to do so.

Having made this disclosure to you, we are permitted to inquire if any of the income shown on your application is derived from such a source and to consider the likelihood of consistent payment as we do with any income on which you are relying to qualify for the loan for which you are applying.


_Mona S Dobben_  3-1-07          _Forget_
MONA S DOBBEN    (Applicant)  (Date)              (Applicant)   (Date)


_____          _____
                 (Applicant)  (Date)              (Applicant)   (Date)

CALYX Form Ecoa.frp 4/98

10 A

# THE HOUSING FINANCIAL DISCRIMINATION ACT OF 1977

## FAIR LENDING NOTICE

(19)

DATE:

COMPANY: THE NATIONAL REAL ESTATE & FINANCE CO.
1057 GOODYEAR AVE #705
VENTURA, CA 93003

APPLICATION NO:    DOBBEN3

PROPERTY ADDRESS:    38848 37TH ST.
Palmdale, CA 93550

It is illegal to discriminate in the provisions of or in the availability of financial assistance because of the consideration of:

1. Trends, characteristics or conditions in the neighborhood or geographic area surrounding a housing accommodation, unless the financial institution can demonstrate in the particular case that such consideration is required to avoid an unsafe and unsound business practice; or

2. Race, color, religion, sex, marital status, national origin or ancestry.

It is illegal to consider the racial, ethnic, religious or national origin composition of a neighborhood or geographic area surrounding a housing accommodation or whether or not such composition is undergoing change, or is expected to undergo change, in appraising a housing accommodation or in determining whether or not, or under what terms and conditions, to provide financial assistance.

These provisions govern financial assistance for the purpose of the purchase, construction, rehabilitation or refinancing of a one-to-four unit family residence occupied by the owner and for the purpose of the home improvement of any one-to-four unit family residence.

If you have any questions about your rights, or if you wish to file a complaint, contact the management of this financial institution or the agency noted below :

I/we received a copy of this notice.

*Mona S Dobben*  3-1-07          **FORGED**

MONA S DOBBEN    Date                                          Date

Calyx Form - flr.hp (2/02)

II A



## NOTICE TO APPLICANT OF RIGHT
## TO RECEIVE COPY OF APPRAISAL REPORT

APPLICATION NO:    DOBBEN3

PROPERTY ADDRESS:    36846 27TH ST.
Palmdale, CA 93550 County:Los Angeles

You have the right to receive a copy of the appraisal report to be obtained in connection with the
loan for which you are applying, provided that you have paid for the appraisal. We must receive your
written request no later than    90 days after we notify you about the action taken on your application or
you withdraw your application. If you would like a copy of the appraisal report, contact :

THE HISTORICAL REAL ESTATE & FINANCE CO.
1857 GOODYEAR AVE #768
VENTURA, CA 93003

_Alona S Dobben_  3-1-07    **FORGED**
MONA S DOBBEN    (Applicant)    (Date)            (Applicant)    (Date)

(Applicant)    (Date)            (Applicant)    (Date)

Calyx Form ntc.frm 12/98

12A

# DISCLOSURE NOTICES

Date:

| Applicant(s): | Property Address: |
|---|---|
| MONA S DOBBEN | 36845 27TH ST. |
| | Palmdale, CA 93000 |

## AFFIDAVIT OF OCCUPANCY

Applicant(s) hereby certify and acknowledge that, upon taking title to the real property described above, their occupancy status will be as follows:

[✓] Primary Residence - Occupied by Applicant(s) within 30 days of closing.

[ ] Secondary Residence - To be occupied by Applicant(s) at least 15 days yearly, as second home (vacation, etc.), while maintaining principal residence elsewhere. (Please check this box if you plan to establish it as your primary residence at a future date (e.g., retirement)).

[ ] Investment Property - Not owner occupied. Purchased as an investment to be held or rented.

The Applicant(s) acknowledge it is a federal crime punishable by fine or imprisonment, or both, to knowingly make any false statement concerning this loan application as applicable under the provisions of Title 18, United States Code, Section 1014.

_Mona S Dobben_ / FORGED

APPLICANT SIGNATURE / CO-APPLICANT SIGNATURE

## ANTI-COERCION STATEMENT

The insurance laws of this state provide that the lender may not require the applicant to take insurance through any particular insurance agent or company to protect the mortgaged property. The applicant, subjected to the rules adopted by the Insurance Commissioner, has the right to have the insurance placed with an insurance agent or company of his choice, provided the company meets the requirement of the lender. The lender has the right to designate reasonable financial requirements as to the company and the adequacy of the coverage.

I have read the foregoing statement, or the rules of the Insurance Commissioner relative hereto, and understand my rights and privileges and those of the lender relative to the placing of such insurance.

I have selected the following agencies to write the insurance covering the property described above:

Insurance Company Name _____ Agent _____

Agent's Address _____ Agent's Telephone Number _____

APPLICANT SIGNATURE / CO-APPLICANT SIGNATURE

## FAIR CREDIT REPORTING ACT

An investigation will be made as to the credit standing of all individuals seeking credit in this application. The nature and scope of any investigation will be furnished to you upon written request made within a reasonable period of time. In the event of credit denied due to an unfavorable consumer report, you will be advised of the identity of the Consumer Reporting Agency making such report and of your right to request within sixty (60) days the reason for the adverse action, pursuant to provisions of section 615(b) of the Fair Credit Reporting Act.

_Mona S Dobben_ / FORGED

APPLICANT SIGNATURE / CO-APPLICANT SIGNATURE

## FHA LOANS ONLY

IF YOU PREPAY YOUR LOAN ON OTHER THAN THE REGULAR INSTALLMENT DATE, YOU MAY BE ASSESSED INTEREST CHARGES UNTIL THE END OF THAT MONTH.

## GOVERNMENT LOANS ONLY

RIGHT TO FINANCIAL PRIVACY ACT OF 1978 - This is a notice to you as required by the Right to Financial Privacy Act of 1978 that the Department of Housing and Urban Development or Department of Veterans Affairs has a right of access to financial records held by a financial institution in connection with the consideration of administration of assistance to you. Financial records involving your transaction will be available to the Department of Housing and Urban Development or Department of Veterans Affairs without further notice or authorization but will not be disclosed or released to another Government agency or Department without your consent except as required or permitted by law.

APPLICANT SIGNATURE / CO-APPLICANT SIGNATURE

Calyx Form - disnot.frm 10/99



## NOTICE TO THE HOME LOAN APPLICANT
### CREDIT SCORE INFORMATION DISCLOSURE



| APPLICANT(S) NAME AND ADDRESS | LENDER NAME AND ADDRESS (ORIGINATOR): |
|---|---|
| MONA S DOBBEN<br>9208 N 107TH DRIVE<br>Sun City AZ, 85351 | THE HISTORICAL REAL ESTATE & FINANCE CO.<br>1837 GOODYEAR AVE #705<br>VENTURA, CA 93003<br>(P) 805-644-2201, (F) 805-644-2462 |

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer-generated summary calculated at the time of the request and based on information a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit-scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

The consumer reporting agencies listed below provided a credit score that was used in connection with your home loan application.

| Consumer Reporting Agency #1 | Borrower | Factors: |
|---|---|---|
| Experian Information Services<br>P.O. Box 2002<br>Allen, TX 75013-3742<br>(P)888-397-3742<br><br>Model Used:<br>Experian Fair Isaac Model<br>Range of Possible Scores<br>\_\_\_\_250\_\_\_ to \_\_\_900\_\_\_ | MONA S DOBBEN<br><br>Score: \_\_\_804\_\_\_<br>Created: \_\_03/21/2007\_\_<br><br>Co-Borrower<br><br>Score: _____<br>Created: _____ | 10 Proportion of balances to credit limits is too high on bank revolving or other revolving accounts 49 Number of accounts with delinquency 98 Too many accounts recently opened 14 Too many accounts with balances<br><br>Factors: |
| Consumer Reporting Agency #2 | Borrower | Factors: |
| Trans Union Information Services<br>P.O. Box 1000<br>Chron Lynne, PA 19022<br>(P)888-916-8800<br><br>Model Used:<br>\_\_\_FICO Classic 98\_\_\_<br>Range of Possible Scores<br>\_\_\_336\_\_\_ to \_\_\_843\_\_\_ | MONA S DOBBEN<br><br>Score: \_\_\_814\_\_\_<br>Created: \_\_03/21/2007\_\_<br><br>Co-Borrower<br><br>Score: _____<br>Created: _____ | 38 Time since most recent account opening is too short 28 Number of established accounts 11 Amount owed on revolving accounts is too high 86 Too many accounts with balances<br><br>Factors: |
| Consumer Reporting Agency #3 | Borrower | Factors: |
| Equifax Information Services<br>P.O. Box 740246<br>Atlanta, GA 30374<br>(P)800-685-1111<br><br>Model Used:<br>\_\_\_FACTA Beacon 5.0\_\_\_<br>Range of Possible Scores<br>\_\_\_300\_\_\_ to \_\_\_850\_\_\_ | MONA S DOBBEN<br><br>Score: \_\_\_775\_\_\_<br>Created: \_\_03/21/2007\_\_<br><br>Co-Borrower<br><br>Score: _____<br>Created: _____ | 62 Level of delinquency on accounts 38 Time since most recent account opening is too short 13 Too many inquiries last 12 months 85 Too many accounts with balances<br><br>Factors: |

I/We have received a copy of this disclosure.

_Mona S Dobben_ 3-1-07                    _____ _____
Applicant          Date          Applicant          Date

Calyx Form - cald.frm (09/04)

FORGED  [forg...]

14 A

## Borrower Signature Authorization

Privacy Act Notice: This information is to be used by the agency collecting it or its assignees in determining whether you qualify as a prospective mortgagor under its program. It will not be disclosed outside the agency except as required and permitted by law. You do not have to provide this information, but if you do not your application for approval as a prospective mortgagor or borrower may be delayed or rejected. This information requested in this form is authorized by Title 38, USC, Chapter 37 (if VA); by 12 USC, Section 1701 et. seq. (if HUD/FHA); by 42 USC, Section 1452b (if HUD/CPD); and Title 42 USC, 1471 et. seq., or 7 USC, 1921 et. seq. (if USDA/FmHA).

**Part I - General Information**

| 1. Borrower | 2. Name and address of Lender/Broker |
|---|---|
| MONA S DOBBEN | THE HISTORICAL REAL ESTATE & FINANCE CO. |
| 9299 N.107TH DRIVE | 1837 GOODYEAR AVE #786 |
| Sun City, AZ 85364 | VENTURA, CA 93003 |
| | TEL: 805-644-2391  FAX: 805-644-2452 |

| 3. Date | 4. Loan Number | |
|---|---|---|
| | DOBBEN0 | |

**Part II - Borrower Authorization**

I hereby authorize the Lender/Broker to verify my past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process my mortgage loan application. I further authorize the Lender/Broker to order a consumer credit report and verify other credit information, including past and present mortgage and landlord references. It is understood that a copy of this form will also serve as authorization.

The information the Lender/Broker obtains is only to be used in the processing of my application for a mortgage loan.

_Mona S Dobben_

Borrower  MONA S DOBBEN / SSN: 343-63-xxxx

FORGED

Date  3-1-07

Calyx Form - bsa.hp (10/98)

15 A