(24)

## ADDITIONAL REQUIRED CALIFORNIA DISCLOSURES

I. Proposed Loan Amount:                                                    $ _____ 400,000.00

    Initial Commissions, Fees, Costs and
       Expenses Summarized on Page 1:                      $ _____ 2,691.00
    Payment of Other Obligations (List):
       Credit Life and/or Disability Insurance (see VI below) $ _____
       Purchase Price / Payoff                                 $ _____ 444,800.00
       _____                        $ _____
       _____                        $ _____

    Subtotal of All Deductions:                                        $ _____ 447,491.00
    Estimated Cash at Closing    ☐ To You   ☑ That you must pay        $ _____ 45,991.00

II. Proposed Interest Rate: _____ 1.000 %   ☐ Fixed Rate   ☑ Initial Variable Rate

III. Proposed Loan Term: _____ 480000   ☐ Years   ☑ Months

IV. Proposed Loan Payment: Payments of $ _____ 1,033.00 will be made ☑ Monthly ☐ Quarterly ☐ Annually for
_____ 480 (number of months, quarters or years). If proposed loan is a variable interest rate loan, this payment will vary
(see loan documents for details).

The loan is subject to a balloon payment: ☑ No  ☐ Yes. If Yes, the following paragraph applies and a final balloon
payment of $ _____ will be due on _____ (estimated date (month/day/year)).

NOTICE TO BORROWER: IF YOU DO NOT HAVE THE FUNDS TO PAY THE BALLOON PAYMENT WHEN IT COMES DUE, YOU MAY HAVE
TO OBTAIN A NEW LOAN AGAINST YOUR PROPERTY TO MAKE THE BALLOON PAYMENT. IN THAT CASE, YOU MAY AGAIN HAVE TO PAY
COMMISSIONS, FEES, AND EXPENSES FOR THE ARRANGING OF THE NEW LOAN. IN ADDITION, IF YOU ARE UNABLE TO MAKE THE
MONTHLY PAYMENTS OR THE BALLOON PAYMENT, YOU MAY LOSE THE PROPERTY AND ALL OF YOUR EQUITY THROUGH FORECLOSURE.
KEEP THIS IN MIND IN DECIDING UPON THE AMOUNT AND TERMS OF THIS LOAN.

V. Prepayments: The proposed loan has the following prepayment provisions.
  ☑ No prepayment penalty.
  ☐ Other (see loan documents for details).
  ☐ Any payment of principal in any calendar year in excess of 20% of the ☐ original balance ☐ unpaid balance
    will include a penalty not to exceed _____ months advance interest at the note rate, but not more than the interest
    that would be charged if the loan was paid to maturity (see loan documents for details).

VI. Credit Life and/or Disability Insurance: The purchase of credit life and/or disability insurance by a borrower is NOT
required as a condition of making this proposed loan.

VII. Other Liens: Are there liens currently on this property for which the borrower is obligated? ☑ No ☐ Yes
If Yes, describe below:

| Lienholder's Name | Amount Owing | Priority |
|---|---|---|
| | | |
| | | |

Liens that will remain or are anticipated on this property after the proposed loan for which you are applying is made or
arranged (including the proposed loan for which you are applying):

| Lienholder's Name | Amount Owing | Priority |
|---|---|---|
| | | |
| | | |

NOTICE TO BORROWER: Be sure that you state the amount of all liens as accurately as possible. If you contract with
the broker to arrange this loan, but it cannot be arranged because you did not state these liens correctly, you may be
liable to pay commissions, costs, fees, and expenses even though you do not obtain the loan.

VIII. Article 7 Compliance: If this proposed loan is secured by a first deed of trust in a principal amount of less than $30,000
or secured by a junior lien in a principal amount of less than $20,000, the undersigned licensee certifies that the loan will
be made in compliance with Article 7 of Chapter 3 of the Real Estate Law.

A. This loan ☐ may ☐ will ☑ will not be made wholly or in part from broker controlled funds as defined in Section
10241(j) of the Business and Professions Code.

B. If the broker indicates in the above statement that the loan "may" be out of broker-controlled funds, the broker must inform
the borrower prior to the close of escrow if the funds to be received by the borrower are in fact broker-controlled funds.

HISTORICAL _____ 01235874 _____   HERMINE OTTENHEIMER _____ 01744008 _____
Name of Broker          License #              Broker's Representative          License #

7397 GOODYEAR AVE #795
VENTURA, CA 93003
Broker's Address

_____    _____   OR   _____    _____
Signature of Broker        Date          Signature of Representative    Date

IX. NOTICE TO BORROWER: THIS IS NOT A LOAN COMMITMENT. Do not sign this statement until you have read
and understood all of the information in it. All parts of this form must be completed before you sign. Borrower hereby
acknowledges the receipt of a copy of this statement.

FORGED

_____ Ilona S Dobbs _____   8-1-07 _____   _____    _____
Borrower                        Date                Borrower            Date

Review completed on _____ by _____   _____   _____
                    Date        Broker or Designated Representative   Dept. of Real Estate License #

Department of Real Estate license information telephone number: (916) 227-0931, or check license status at www.dre.ca.gov

16 A

Form approved OMB No. 256

1265

**No info** →

Final

**SETTLEMENT STATEMENT**

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

| B. | TYPE OF LOAN |
|---|---|
| 1. [ ] FHA | 2. [ ] FMHA | 3. [ ] CONV. UNINS. |
| 4. [ ] VA | 5. [ ] CONV. INS. | |

6. File Number: (Escrow)
1-11525-SG /1b

7. Loan Number:
0001702441

8. Mortgage Insurance Case Number: (3)

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

NAME OF BORROWER: **Mona S. Dobben**
38645 37th Street East, Palmdale CA 93550

NAME OF SELLER: **Issa Saliba Maymoun, Tamam Issa Maymoun**

NAME OF LENDER:
American Brokers Conduit
1500 W. Shaw Avenue. Suite 403
Fresno. CA 93711

G. PROPERTY LOCATION:
38645 37th Street East
Palmdale. CA 93550

SETTLEMENT AGENT: **Titan Escrow Corporation**
1216 West Avenue J, Suite 300, Lancaster CA 93534

H. SETTLEMENT DATE:
April 19, 2007

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller: | |
| 101. Contract sales price | 445,000.00 | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 5,650.80 | 403. | |
| 104. | | 404. | |
| r | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes 04/19/07-07/01/07 | 1,073.18 | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. Gross Amount Due From Borrower | 451,723.98 | 420. Gross Amount Due To Seller | |
| 200. Amounts Paid by or in Behalf of Borrower | | 500. Reductions In Amount Due From Seller | |
| 201. Deposit or earnest money | * 52,309.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan | 400,500.00 | 502. Settlement charges to seller (line 1400) | |
| American Brokers Conduit | | 503. Existing loan taken subject to | |
| 203. Existing loan taken subject to | | | |
| 204. Second mortgage loan | | 504. Payoff of first mortgage loan | |
| r | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. Broker Credit | -500.00 | 508. | |
| | | 509. | |

17A

| FRESNO, CA 93711 | | | | |
|---|---|---|---|---|
| SETTLEMENT AGENT: **Titan Escrow Corporation** 1216 West Avenue J, Suite 300, Lancaster  CA 93534 | | | I. SETTLEMENT DATE: **April 19, 2007** | |
| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | | |
| 100. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller: | | |
| 101. Contract sales price | 445,000.00 | 401. Contract sales price | | |
| 102. Personal property | | 402. Personal property | | |
| 103. Settlement charges to borrower (line 1400) | 5,650.80 | 403. | | |
| 104. | | 404. | | |
| 105. | | 405. | | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | | |
| 106. City/town taxes | | 406. City/town taxes | | |
| 107. County taxes 04/19/07-07/01/07 | 1,073.18 | 407. County taxes | | |
| 108. Assessments | | 408. Assessments | | |
| 109. | | 409. | | |
| 110. | | 410. | | |
| 111. | | 411. | | |
| 112. | | 412. | | |
| 113. | | 413. | | |
| 114. | | 414. | | |
| 115. | | 415. | | |
| 116. | | 416. | | |
| 117. | | 417. | | |
| 118. | | 418. | | |
| 120. Gross Amount Due From Borrower | 451,723.98 | 420. Gross Amount Due To Seller: | | |
| 200. Amounts Paid by or in Behalf of Borrower: | | 500. Reductions In Amount Due From Seller: | | |
| 201. Deposit or earnest money | 52,309.00 * | 501. Excess deposit (see instructions) | | |
| 202. Principal amount of new loan | 400,500.00 | 502. Settlement charges to seller (line 1400) | | |
| American Brokers Conduit | | 503. Existing loan taken subject to | | |
| 203. Existing loan taken subject to | | | | |
| 204. Second mortgage loan | | 504. | | |
| 205. | | 505. | | |
| 206. | | 506. | | |
| 207. | | 507. | | |
| 208. Broker Credit | 500.00 | 508. | | |
| 209. | | 509. | | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | | |
| 210. City/town taxes | | 510. City/town taxes | | |
| 211. County taxes | | 511. County taxes | | |
| 212. Assessments | | 512. Assessments | | |
| 213. | | 513. | | |
| 214. | | 514. | | |
| 215. | | 515. | | |
| 216. | | 516. | | |
| 217. | | 517. | | |
| 218. | | 518. | | |
| 219. | | 519. | | |
| 220. Total Paid By/For Borrower | 453,309.00 | 520. Total Reduction Amount Due | | |
| 300. Cash At Settlement From/To Borrower: | | 600. Cash At Settlement To/From Seller: | | |
| 301. Gross amount due from borrower (line 120) | 451,723.98 | 601. Gross amount due to seller (line 420) | | |
| 302. Less amount paid by borrower (line 220) | 453,309.00 | 602. Less reductions in amt. due seller (line 520) | | |
| 303. CASH ( FROM) ( X TO) BORROWER | 1,585.02 | 603. CASH ( TO) ( FROM) SELLER | | |

176

REFER TO ATTACHED DETAIL STATEMENTS          Borrower's          NO SELLER INFO

Final          -2-                                    Escrow No: 1-11525-SG

| | SECTION L | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION Based on price $ Division of Commission (Line 700) as follows: | | | |
| $ | to | | |
| $ | to | | |
| 703. Commission Paid at settlement | | | |
| 704. | | | |
| 705. | | | |
| 706. | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee | | | |
| 802. Loan Discount | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee to | | | |
| 807. Assumption Fee | "P.O.C" $6,307.85 | | |
| 808. Broker Premium paid by Lender to | | | |
| 809. Admin/Orig Fee to American Brokers Conduit | | 645.00 | |
| 810. Wire Fee to American Brokers Conduit | | 52.00 | |
| 811. Tax Service to American Brokers Conduit | | 79.00 | |
| 812. Flood Hazard Fee to American Brokers Conduit | | 19.00 | |
| 813. | | | |
| 814. | | | |
| 815. | | | |
| 816. | | | |
| 817. | | | |
| 818. | | | |
| 819. | | | |
| 820. | | | |
| 821. | | | |
| 822. | | | |
| 823. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest from 04/18/07 to 05/01/07 @ $ 18 /day | | 235.02 | |
| 902. Mortgage Insurance Premium | | | |
| 903. Hazard Insurance Premium to Farmers Insurance | | 623.14 | |
| 904. Flood Insurance Premium to | | | |
| 905. | | | |
| 906. | | | |
| 907. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance 2 months @ $ 52.00 per month | | 104.00 | |
| 1002. Mortgage Insurance months @ $ per month | | | |
| 1003. City property taxes months @ $ per month | | | |
| 1004. County property taxes 4 months @ $ 468.67 per month | | 1,874.68 | |
| 1005. Annual assessments months @ $ per month | | | |
| 1006. Flood Insurance months @ $ per month | | | |
| 1007. Aggregate Account Adjustment | | -520.04 | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee to Titan Escrow Corporation | | 1,226.00 | |
| Detailed Escrow Fees | | 225.00 | |
| 1102. Abstract or closing fee to | | | |
| 1103. Title examination to | | | |
| 1104. Title Insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | 575.00 | |
| 1108. Title Insurance to LandAmerica Gateway Title | | | |
| 400500.002          575.00 | | | |
| 1109. Lender's coverage $ | | | |
| 1110. Owner's coverage $ | | | |
| 1111. | | 85.00 | |
| 1112. Sub-Escrow Fee | | | |
| 1113. | | | |
| 1114. | | | |
| 1115. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording fees: Deed $ 14.00 Mortgage $ 75.00 Releases $ | | 97.00 | |
| 1202. City/county tax/stamps: Deed $ Mortgage $ | | | |
| 1203. State tax/stamps: Deed $ Mortgage $ | | | |
| 1204. | | | |
| 1205. | | | |
| 1206. | | | |
| 1207. | | | |

17c

12. Flood Hazard Fee to America Brokers Conduit

13.
14.
15.
16.

20.
21.
22.
23.

**100. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE**
101. Interest from 04/18/07 to 05/01/07    @ $ 18    /day    235.02
102. Mortgage Insurance Premium
103. Hazard Insurance Premium    to Farmers Insurance    623.14
104. Flood Insurance Premium    to
105.
106.
107.

**900. RESERVES DEPOSITED WITH LENDER FOR**
001. Hazard Insurance    2 months @ $    52.00 per month    104.00
002. Mortgage Insurance    months @ $    per month
003. City property taxes    months @ $    per month
004. County property taxes    4 months @ $    463.67 per month    1,854.68
005. Annual assessments    months @ $    per month
006. Flood Insurance    months @ $    per month    -520.04
007. Aggregate Account Adjustment    months @ $

**1100. TITLE CHARGES**
101. Settlement or closing fee to Titan Escrow Corporation    1,229.00
    Detailed Escrow Fees    225.00
102. Abstract or closing fee    to
103. Title examination    to
104. Title Insurance binder    to
105. Document preparation    to
106. Notary fees    to
    Attorney's fees    to
    Title insurance    LandAmerica Gateway Title    575.00
    400500-007    575.00
    Lender's coverage    $
    Owner's coverage    $
111.    85.00
112. Sub-Escrow Fee
113.
114.
115.

**1200. GOVERNMENT RECORDING AND TRANSFER CHARGES**
201. Recording fees: Deed $ 14.00    Mortgage $ 73.00    Releases $    87.00
202. City/county tax/stamps: Deed $    Mortgage $
203. State tax/stamps    Deed $    Mortgage $
204.
205.
206.
207.

**1300. ADDITIONAL SETTLEMENT CHARGES**
301. Survey    to
302. Pest Inspection    to
303.
304. Loan Document Signing Fee To Deborah Huffert    375.00
305.
306.
307.
308.
309.
310.
311.
312.
313.
314.

319.
320.
321. Funds held for
400. TOTAL SETTLEMENT CHARGES

Borrower's

170

**Final**

**SETTLEMENT STATEMENT**

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

**B. TYPE OF LOAN**

| 1. [ ] FHA | 2. [ ] FMHA | 3. [ ] CONV. UNINS. |
| 4. [ ] VA | 5. [ ] CONV. INS. | |

6. File Number: (Escrow)
1-11525-SG /1b

7. Loan Number:
0001702441

8. Mortgage Insurance Case Number:

**I. NAME OF BORROWER:** Mona S. Dobben
38645 37th Street East, Palmdale CA 93550

**NAME OF SELLER:** Issa Saliba Maymoun, Tamam Issa Maymoun

**NAME OF LENDER:**
American Brokers Conduit
1500 W. Shaw Avenue, Suite 403
Fresno, CA 93711

**G. PROPERTY LOCATION:**
38645 37th Street East
Palmdale, CA 93550

**I. SETTLEMENT AGENT:** Titan Escrow Corporation
1216 West Avenue J, Suite 300, Lancaster CA 93534

**I. SETTLEMENT DATE:**
April 19, 2007


LENDER FILE

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 101. Contract sales price | 445,000.00 | 401. Contract sales price | 445,000.00 |
| 102. | | 402. | |
| 103. Settlement charges to borrower (line 1400) | 5,650.80 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. | | 406. | |
| 107. County taxes 04/19/07-07/01/07 | 1,073.18 | 407. County taxes 04/19/07-07/01/07 | 1,073.18 |
| 108. | | 408. | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 120. Gross Amount Due From Borrower | 451,723.98 | 420. Gross Amount Due To Seller | 446,073.18 |
| 201. Deposit or earnest money | 52,309.00 | 501. Excess deposit (see instructions) | |
| 202. | | 502. Existing loan taken subject to | |
| American Brokers Conduit | | | |
| 204. | | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. | | 511. | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 220. Total Paid By/For Borrower | 451,307.00 | | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | | |
| 301. Gross amount due from borrower (line 120) | 451,723.98 | 601. Gross amount due to seller (line 420) | 446,073.18 |
| 303. CASH [ ] FROM [X] TO BORROWER | 1,585.02 | 603. CASH [X] TO [ ] FROM SELLER | 253,916.54 |

← 3%

← 3%

* REFER TO ATTACHED DETAIL STATEMENTS          Original

18A

Final

| | | SECTION L | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|

ESCROW NO: 1-11525-S

**00. TOTAL SALES/BROKER'S COMMISSION**
Based on price $ 445,000.00 @ 2.5 %
Division of Commission (Line 700) as follows:

| | | | | |
|---|---|---|---|---|
| 11. $ | | to | | |
| 12. $ 11,125.00 | to The Historical Real Estate & | | | 11,125.00 |
| 13. Commission Paid at settlement | | | | |

3% (handwritten)

**00. ITEMS PAYABLE IN CONNECTION WITH LOAN**

| | | | |
|---|---|---|---|
| 32. Loan Discount | | | |
| 34. Credit Report | | | |
| 36. Mortgage Insurance Application Fee to | | | |
| Broker Premium paid by Lender to | P.O.C. $9.30/day | | |
| 10. Wire Fee to American Brokers Conduit | | 25.00 | |
| 12. Flood Hazard Fee to American Brokers Conduit | | 15.00 | |

← Blank (handwritten)

**00. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE**

| | | | |
|---|---|---|---|
| 02. Mortgage Insurance Premium | | | |
| 04. Flood Insurance Premium | to | | |

| | | | | |
|---|---|---|---|---|
| 01. Hazard Insurance | 2 months @ $ | 52.00 per month | 104.00 | |
| 02. City property taxes | months @ $ | per month | | |
| 06. Annual assessments | months @ $ | per month | | |
| 07. Aggregate Account Adjustment | months @ $ | per month | 520.04 | |

**000. TITLE CHARGES**

| | | | | |
|---|---|---|---|---|
| 01. Settlement or closing fee to Titan Escrow Corporation | | | 1,245.00 | 1,245.00 |
| 102. Abstract or closing fee | to | | | |
| 104. Title insurance binder | to | | | |
| 106. Notary fees | to | | | |
| 08. Title Insurance | to Land America Title | | 375.00 | 1,695.00 |
| 110. Owner's coverage | $ 445,000.00/ | 1695.00 | | |
| 112. Sub-Escrow Fee | | | 65.00 | |

3% (handwritten)

**200. GOVERNMENT RECORDING AND TRANSFER CHARGES**

| | | | |
|---|---|---|---|
| 202. City/county tax/stamps   Deed $ 489.50   Mortgage $ | | | 489.50 |

Added / Not on (handwritten)

**300. ADDITIONAL SETTLEMENT CHARGES**

| | | | |
|---|---|---|---|
| 304. Loan Document Signing Fee to Deborah Moffett | | 375.00 | |
| 06. (2) Wire Fees to Titan Escrow Corporation | | 30.00 | |

Certify To Be A True And Exact Copy Of The Original Herein

Borrower Copy (handwritten)

Original

18 B (handwritten)

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

**LENDER OR LENDER'S AGENT:** American Home Mortgage Acceptance, Inc.
1500 W. Shaw Ave Suite 403
Fresno, CA 93711

☐ Preliminary  ☒ Final
DATE: 04/10/07
LOAN NO.: 0001702441
Type of Loan: Conventional
APP NO.: 0001702441

**BORROWERS:** Mona S. Dobben

*Attn FiLE*

**LENDER FiLE**

**ADDRESS:** 9208 N.107TH Drive
**CITY/STATE/ZIP:** Sun City, AZ 85351
**PROPERTY:** 38645 37th Street East
Palmdale, CA 93550

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.251 % | $ 1,391,549.34 | $ 397,549.52 | $ 1,789,098.86 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 12 | $1,135.26 | June 1, 2007 | 12 | $1,220.49 | June 1, 2008 |
| 12 | $1,311.93 | June 1, 2009 | 11 | $1,410.32 | June 1, 2010 |
| 432 | $3,994.43 | May 1, 2011 | 1 | $3,900.50 | May 1, 2047 |

**DEMAND FEATURE:** ☒ This loan does not have a Demand Feature. ☐ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**
☒ This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 38645 37th Street East
Palmdale, CA 93550

**ASSUMPTION:** Someone buying this property ☐ cannot assume the remaining balance due under original mortgage terms
☒ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES** $ 250.00

*$87.00 on Hud 1*

**PROPERTY INSURANCE:** ☒ Property hazard insurance in the amount of $ ___ with a mortgagee clause to the lender
is a required condition of this loan. Borrower may purchase this insurance from any insurance company acceptable to the lender.
Hazard insurance ☐ is ☒ is not available through the lender at an estimated cost of N/A for a ___ year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000 % of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
☐ may ☒ will not   have to pay a penalty.
☐ may ☒ will not   be entitled to a refund of part of the finance charge.

See your contract documents for any additional information regarding prepayment, default, required repayment in full before scheduled date, and prepayment refunds and penalties. e means estimate

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

*Mona S. Dobben*    4-17-07
Mona S. Dobben    BORROWER / DATE

BORROWER / DATE

BORROWER / DATE

BORROWER / DATE

DOC #:060401 / rev. 06/2005    APPL #:0001702441  LOAN #:0001702441
-788 (0001)    VMP MORTGAGE FORMS - (800)521-7291    Page 1 of 2    5/96
© 1999 CBF Systems, Inc.  The reuse of this form in whole or in part are prevented under the copyright laws of the United States.

**19 A**

*Dobben given by broker*

(9)

## TEMPORARY MORTGAGE PAYMENT COUPON

Application Number:  1001702441

Due Date:  Oct 1, 2007

Amount Due:  $1,650.93

Remit to:

American Home Mortgage Servicing, Inc.
ATT: Payment Processing
PO Box 660029
Dallas, TX 75266-0029
Customer Service:    1-877-304-3100

## TEMPORARY MORTGAGE PAYMENT COUPON

Application Number:  1001702441

Due Date:  Nov 1, 2007

Amount Due:  $1,650.93

Remit to:

American Home Mortgage Servicing, Inc.
ATT: Payment Processing
PO Box 660029
Dallas, TX 75266-0029
Customer Service:    1-877-304-3100

Paula Rush — Attempted to call American Home

(Cut along dotted line above)

Respa - George (Stated He does know what RESPA is.)

FAX: 866-317-7733
4600 Regent Blvd Suite 200
Irving TX 75063

Customer Care
FAX: 866-856-0821
Attn: _____ ?

**20 A**

# FARMERS NEXT GENERATION HOMEOWNERS POLICY

**MID-CENTURY INSURANCE COMPANY, LOS ANGELES, CALIFORNIA**

**D**

A Stock Company

**Replaces**

**TRANSACTION TYPE:** NEW BUSINESS

The Policy Period is effective as shown below and after the time for which applied.

| POLICY NUMBER | POLICY PERIOD | | | POLICY EDITION | |
|---|---|---|---|---|---|
| | FROM: | TO: | STANDARD TIME | | ISSU |
| 92949-89-38 | 04-05-2007 | 04-05-2008 | 12:01 A.M. | 03 | P. C |
| | | | | | VAR |

This policy will continue for successive policy periods, if: (1) we elect to continue this insurance, and (2) if you pay the successive policy period as required by our rates, rules, forms and premium plans then in effect.

**NAMED INSURED AND MAILING ADDRESS:**

MONA S DOBBEN, AN UNMARRIED WOMAN

38645 37TH ST E
PALMDALE, CA
93550-8120

**LOCATION OR DESCRIPTION OF RESI**
(Same as mailing address unless otherwise

**COVERAGES** - We insure you for the coverages and limits indicated as covered by a specific limit or other notation. TI
Coverage and Section II - Liability Extensions of Coverage that are not shown below apply as described in

| SECTION I - PROPERTY | | | | SECTION II - LIABILITY | |
|---|---|---|---|---|---|
| A - DWELLING | B - SEPARATE STRUCTURES | C - PERSONAL PROPERTY | D - LOSS OF USE | E - PERSONAL LIABILITY | F - MEDICAL PAYME |
| | | | | Each Occurrence | Each Per |
| $288,000 | $28,800 | $216,000 | $115,200 | $300,000 | $5,00 |

| SECTION I - EXTENSIONS OF COVERAGE | | | | SECTION II - LIABILITY E) OF COVERAGE | |
|---|---|---|---|---|---|
| EXTENDED REPLACEMENT COST - COVERAGE A | CONTENTS REPLACEMENT COST - COVERAGE C | BUILDING ORDINANCE OR LAW | IDENTITY FRAUD COVERAGE | PERSONAL INJURY | LOSS |
| $72,000 | COVERED | 10% | $30,000 | NOT COVERED | NOT |

**ENDORSEMENTS**

| ENDORSEMENT NUMBER | EDITION NUMBER | DESCRIPTION |
|---|---|---|
| 258531 | 1104 | CALIFORNIA NOTICE OF INFORMATION PRACTICES |
| 438BFU | 542 | LENDER'S LOSS PAYABLE ENDORSEMENT |

**DISCOUNTS**

50 PLUS, NON SMOKER, EXPERIENCE RATING PLAN, NEW HOME, AND CENTRAL BU

21A

AMERICAN BROKERS ___UIT INTERNAL DISPOSITION
1500 W. SHAW AVE SUITE 403 FRESNO, CA 93711

APPLICANTS    MONA S DOBBEN

MARCH 29, 2007
APP NO.    0001702441

PROPERTY INFORMATION:
PPTY TYPE    1 FAMILY
OCCUPANCY    PRIMARY
ADDRESS    38645 37TH STREET EAST
            PALMDALE, CA 93550

LOAN INFORMATION:
ABH UW    RODNEY DOSTALIK
UW TYPE
LOAN TYPE    ARM TERM 480
IS LOCKED
LOAN AMOUNT    $400,500.00
RATE    1.625
LTV    90.00

THIS APPROVAL IS SUBJECT TO OUR NORMAL POLICIES AND PROCEDURES INCLUDING BUT
NOT LIMITED TO POLICIES FOR TITLE INSURANCE, RATE LOCKS, IMPROPER
DOCUMENTATION AND QUALITY CONTROL.

LOAN CONDITIONS:

1. BROKER TO PROVIDE FINAL 1003, WITH ALL CORRECTIONS AS MADE TO THE ATTACHED 1003/1008 AND SIGNED BY
BORROWER AND INTERVIEWER.

2. BORROWER'S CREDIT FROM SELLERS NOT TO EXCEED 3%.

3. DOCUMENTS START SHIPPING ON 3.31.07. IF LOAN DOES NOT CLOSE BY THIS DATE YOU MAY BE REQUIRED TO PROVIDE
MORE CURRENT INFORMATION OR ASSISTANCE.

4. DATE OF BIRTH MUST BE VERIFIED, WITH A LEGIBLE COPY OF BORROWERS CURRENT CDL.

5. THE LOCK FOR THIS LOAN WILL EXPIRE ON 05/21/07. IF THE LOAN WILL NOT CLOSE AND FUND BY THIS DATE, PLEASE
CONTACT SECONDARY PRIOR TO EXPIRATION TO EXTEND THE LOCK.

6. IRS FORM 4506T IS REQUIRED TO BE SIGNED BY ALL BORROWERS AT CLOSING.

> Pat signing today 2/0

thnk you very much.

CLEAR TO CLOSE AUTHORIZATION          3/29/07
RODNEY DOST____                       DATE
(ALL PRIOR TO CLOSE CONDITIONS, INCLUDING DESKTOP UNDERWRITING CONDITIONS, AS
APPLICABLE, HAVE BEEN SATISFIED)
DOCUMENT NO 900162/(07/98)          PAGE 1 OF 1

22A

ADDENDUM.

At the time of closing the following fees are due and will be deducted from the loan amount.

| Fee Section: | Total Fee | Borrower | Seller | Vendor, than indicate Broker if applicable) |
|---|---|---|---|---|
| Admin/Orig Fee | $645.00 | 645.00 | .00 | American Home Mortgage Acceptance, Inc. |
| Prepaid Interest | $235.02 | 235.02 | .00 | American Home Mortgage Acceptance, Inc. |
| Daily Breakdown 11 Days @ $18.08 | | | | |
| Wire Fee | $25.00 | 25.00 | .00 | American Home Mortgage Acceptance, Inc. |
| Tax Service | $92.00 | 92.00 | .00 | American Brokers Conduit |
| Flood Hazard Fee | $19.00 | 19.00 | .00 | American Brokers Conduit |
| TOTAL FEES: | $1,016.02 | | | |
| LESS POC/COUPONS/CREDITS: | | | | |
| Paid on Account | $0.00 | | | |
| TOTAL PREPAIDS | $0.00 | | | |

(14)

TOTAL DUE:            $1,016.02

Escrow Breakdown:

| | | | |
|---|---|---|---|
| State/County Tax | 4 mos @ $463.67 | $1,854.68 | |
| Haz. Insurance | 2 mos @ $52.00 | $104.00 | |
| SUB TOTAL ESCROWS | | $1,958.68 | |
| AGGREGATE ESCROW ADJ. | | $520.04- | |
| TOTAL ESCROW | | $1,438.64 | |

This is your estimated proceeds:

| | |
|---|---|
| Loan Amount | $400,500.00 |
| LESS Lender Closing Fees | $1,016.02 |
| LESS Escrow | $1,438.64 |
| NET PROCEEDS DUE BORROWER | $398,045.34 |
| PLUS Mortgage Tax | $0.00 |
| PLUS Assignment Recording Fees | $0.00 |
| PLUS Broker Premium by Lender | $6,307.88 |
| PLUS Attorney Fees | $0.00 |
| PLUS Other | |
| TOTAL AMOUNT OF WIRE | $404,353.22 |

Broker: The Historical Real Estate & Finance Co..
Broker Fees Not Deducted from Wire:

| | |
|---|---|
| | |
| | |
| | |
| | |

Please see Addendum D for a complete breakdown of all Broker charges.

Wire Note:

Broker Credit to Borrower in the amount of $ 500.00.

Wire Instructions:

Important: If you do not receive the wire, please call the Treasury Help Desk at 1-866-226-1997. - ALL OTHER QUESTIONS RELATING TO THE FUNDING should be directed to your branch funder or doc drawer.

IMPORTANT:  RETURN WIRE INFORMATION

If you received the loan proceeds via wire, and the loan has either adjourned or will not fund by the actual or estimated funding date, you must immediately return the funds to the warehouse bank account from which the wire originated.  If you have any questions, please call the Treasury Help Desk at 1-866-226-1997.

NOTE:  Failure to return funds in a timely manner will result in a claim by Lender against the Settlement Agent.  You will be charged for all interest that accrues as the result of your failure to return wired funds in a timely manner.

22B

At the time of closing the following fees are due and will be deducted from the loan amount.

| Fee Section: | Total Fee | Borrower | Seller | Vendor (Must indicate Broker if applicable |
|---|---|---|---|---|
| Admin/Orig Fee | $645.00 | 645.00 | .00 | American Home Mortgage Acceptance, Inc |
| Prepaid Interest | $343.48 | 343.48 | .00 | American Home Mortgage Acceptance, Inc. |
| Daily Breakdown 19 Days @ $18.08 | | | | |
| Wire Fee | $25.00 | 25.00 | .00 | American Home Mortgage Acceptance, Inc. |
| Tax Service | $92.00 | 92.00 | .00 | American Brokers Conduit |
| Flood Hazard Fee | $19.00 | 19.00 | .00 | American Brokers Conduit |
| TOTAL FEES: | $1,124.48 | | | |
| LESS POC/COUPONS/CREDITS: | | | | |
| Paid on Account | $0.00 | | | |
| TOTAL PREPAIDS | $0.00 | | | |

TOTAL DUE:        $1,124.48

Escrow Breakdown:

| State/County Tax | 4 mos @ $463.67 | $1,854.68 |
|---|---|---|
| Haz. Insurance | 2 mos @ $52.00 | $104.00 |
| SUB TOTAL ESCROWS | | $1,958.68 |
| AGGREGATE ESCROW ADJ. | | $520.04- |
| TOTAL ESCROW | | $1,438.64 |

This is your estimated proceeds:

| Loan Amount | $400,500.00 |
|---|---|
| LESS Lender Closing Fees | $1,124.48 |
| LESS Escrow | $1,438.64 |
| NET PROCEEDS DUE BORROWER | $397,936.88 |
| PLUS Mortgage Tax | $0.00 |
| PLUS Assignment Recording Fees | $0.00 |
| PLUS Broker Premium by Lender | $5,807.25 |
| PLUS Attorney Fees | $0.00 |
| PLUS Other | |
| TOTAL AMOUNT OF WIRE | $403,744.13 |

Broker: The Historical Real Estate & Finance Co.,
**Broker Fees Not Deducted from Wire:**



| | |
|---|---|
| | |
| | |
| | |

Please see Addendum D for a complete breakdown of all Broker charges.

Wire Date: **04/05/2007**   Wire Sent: 14:46:38

Broker Credit to Borrower in the amount of $ 500.00.



Escrow Breakdown:

| | | |
|---|---|---|
| State/County Tax | 4 mos @ $463.67 | $1,854.68 |
| Haz. Insurance | 2 mos @ $52.00 | $104.00 |
| SUB TOTAL ESCROWS | | $1,958.68 |
| AGGREGATE ESCROW ADJ. | | $520.04- |
| TOTAL ESCROW | | $1,438.64 |

This is your estimated proceeds:

| | |
|---|---|
| Loan Amount | $400,500.00 |
| LESS Lender Closing Fees | $3,124.48 |
| LESS Escrow | $1,438.64 |
| NET PROCEEDS DUE BORROWER | $397,936.88 |
| PLUS Mortgage Tax | $0.00 |
| PLUS Assignment Recording Fees | $0.00 |
| PLUS Broker Premium by Lender | $5,807.25 |
| PLUS Attorney Fees | $0.00 |
| PLUS Other | |
| TOTAL AMOUNT OF WIRE | $403,744.13 |

Broker: The Historical Real Estate & Finance Co...
**Broker Fees Not Deducted from Wire:**

| | |
|---|---|
| | |
| | |
| | |

**Please see Addendum D for a complete breakdown of all Broker charges.**

Wire Date: 04/05/2007   Wire Sent: 14:46:38

Broker Credit to Borrower in the amount of $ 500.00.

Wire Instructions:

Important: If you do not receive the wire, please call the Treasury Help Desk at 1-866-226-1997. - ALL OTHER QUESTIONS RELATING TO THE FUNDING should be directed to your branch funder or doc drawer.

IMPORTANT: RETURN WIRE INFORMATION

If you received the loan proceeds via wire, and the loan has either adjourned or will not fund by the actual or estimated funding date, you must immediately return the funds to the warehouse bank account from which the wire originated. If you have any questions, please call the Treasury Help Desk at 1-866-226-1997.

NOTE: Failure to return funds in a timely manner will result in a claim by Lender against the Settlement Agent. You will be charged for all interest that accrues as the result of your failure to return wired funds in a timely manner.

22 D

Addendum D

## CORRESPONDENT/BROKER FEES

As the settlement agent, you are responsible for collecting from the borrower, all amounts due the correspondent / broker at the time of closing. The fees due are set forth below and on the Hud-1 statement. These fees have not been deducted from the amount funded.

The total amount due the correspondent must be deducted from the amount disclosed and a check issued by you for that amount, or you may collect certified funds for the amount due from the borrower.

In addition to the amounts due the correspondent /broker from the borrower, lender has included in the amount funded a servicing release premium in the amount of    $6,307.00    which is reflected on the Hud-1 as a P.O.C. item from the lender to the correspondent.

Please issue a check for the premium payable to the correspondent/broker and forward same along with the amount due from the borrower, $0.00    directly to the correspondent at the address set forth below.

Correspondent / Broker Address:

The Historical Real Estate & Finance Co., Inc.
1530 Callens Road
Ventura CA 93003

| HUD # | DESCRIPTION | POC | BORR | SELL | CORR |
|-------|-------------|-----|------|------|------|
| 816 | Broker Application Fee to The Historical Real Estate & Finance Co., Inc. | | | | |
| 817 | Broker Credit Report Fee | | | | |
| 818 | Broker Appraisal to The Historical Real Estate & Finance Co., Inc. | | | | |
| 819 | Broker Courier Fee | | | | |
| 820 | Broker Fee to The Historical Real Estate & Finance Co., Inc. | | | | |
| 821 | Broker Origination to The Historical Real Estate & Finance Co., Inc. | | | | |
| 822 | Broker Discount to The Historical Real Estate & Finance Co., Inc. | | | | |
| 823 | Broker Processing Fee to The Historical Real Estate & Finance Co., Inc. | | | | |
| 824 | Broker Other 4 to The Historical Real Estate & Finance Co., Inc. | | | | |

23 A

Document Name: untitled

```
100170244 (CONT.)                    LOAN TRANSACTION HISTORY SCREEN                              ** OTHER **
DATE    NEXT TRANSACTION      TOTAL
PAID    DUE   NBR CODE        AMOUNT      PRINCIPAL    INTEREST              ESCROW     AMOUNT CD SF
----    ---   --- ----        ------      ---------    --------              ------     ------ -- --
043007 060107 18 10             2.15          .00       .00     .00            2.15        .00   LB
                                                       INT PD DT:  5/01/07
****NEW INVESTOR/POOL                         .00       .00     .00            .00         .00   TR
043007 060107 17 25-43       1546.97          .00       .00  1546.97           .00         .00   TR
                                                       INT PD DT:  5/01/07
043007 060107 16 81-99  400500.00-      400500.00-      .00     .00            .00         .00   TR
****OLD INVESTOR/POOL                                  INT PD DT:  5/01/07
043007 060107 15 31-99  400500.00       400500.00       .00     .00            .00         .00   TR
                                                       INT PD DT:  5/01/07
043007 060107 14 26-43       1546.97-         .00       .00  1546.97-          .00         .00   TR
                                                       INT PD DT:  5/01/07-
040607 060107 13 15-30       1546.97          .00       .00  1546.97           .00         .00   LB
                                                       INT PD DT:  5/01/07
040607 060107 12 25-92        470.03          .00     470.03    .00            .00         .00   LB
                                                       INT PD DT:  5/01/07
040607 060107 11 81-04  400500.00-      400500.00-      .00     .00            .00         .00   LB
                                                       INT PD DT:  5/01/07
```



421 — Countrywide Bank



F3=Exit      F6=Next Loan      F12=Return

Date: 10/22/2007 Time: 4:35:55 PM

24 A

Document Name: untitled

100170241 (CONT.)                    LOAN TRANSACTION HISTORY SCREEN
                                                                        ** OTHER **
DATE      NEXT TRANSACTION    TOTAL
PAID      DUE     NBR CODE    AMOUNT     PRINCIPAL   INTEREST   ESCROW   AMOUNT CD SF

****NEW INVESTOR/POOL 356/9000001
062707 070107 24 81-99  402064.44-      402064.44-     .00                    .00
                                                    INT PD DT: 6/01/07              TR
****OLD INVESTOR/POOL 421/0000003
062707 070107 23 31-99  402064.44       402064.44      .00                    .00
                                                    INT PD DT: 6/01/07              TR

062707 070107 25 25-43   2048.33            .00
                                                    INT PD DT: 6/01/07
                                                    INT PD DT: 6/01/07

062707 070107 22 26-43   2048.33-           .00        .00                    .00
                                                    INT PD DT: 6/01/07              TR

061107 070107 21 02      1650.93        1564.44-    2699.70                515.67  11  LB
                                                    INT PD DT: 6/01/07        125.16  11  LB
                                                                             143.51  12

053107 060107 20 10          2.57           .00        .00                    .00  LB
                                                    INT PD DT: 6/01/07

051607 060107 19 60-32       19.03-          .00      19.03-                       .00  WR
                                                    INT PD DT: 5/01/07

F3=Exit        F6=Next Loan        F12=Return

Date: 10/22/2007 Time: 4:29:26 PM



American Home Mortgage Servicing
Investor Summary

As of Date: 9/17/2007

| | | | |
|---|---|---:|---:|
| 339 | Luminent Mortgage Trust 2006-7 | 904 | $344,957,104 |
| 340 | DBALT 2006-AR6 | 82 | $18,107,145 |
| 341 | HALO 2007-AR1 | 166 | $35,915,205 |
| 342 | BSABS 2007-AC1 | 1 | $185,851 |
| 343 | BSAMI 2007-AR1 | 1 | $388,852 |
| 344 | AHMA 2007-1 | 3,394 | $1,377,883,884 |
| 345 | AHMA 2007-2 | 4,128 | $1,618,927,177 |
| 346 | Harborview 2007-2 | 492 | $217,046,265 |
| 347 | DBALT 2007-AB1 | 130 | $27,167,365 |
| 348 | MARM 2007-3 | 1 | $188,349 |
| 349 | GSR 2007-OA1 | 3 | $1,979,422 |
| 351 | AHMA 2007-3 | 6,063 | $1,181,296,924 |
| 352 | AHMA 2007-4 | 969 | $361,094,010 |
| 355 | Harborview 2007-5 | 2,873 | $1,103,533,864 |
| 356 | AHMA 2007-5 | 2,134 | $758,630,775 |
| 357 | DBALT 2007-1 | 102 | $30,601,702 |
| 358 | Harborview 2007-6 | 48 | $18,835,308 |
| 360 | HALO 2007-AR2 | 3 | $699,879 |
| 399 | COMMUNITY DEV ADMIN FORECLOSURES | 6 | $375,637 |
| 400 | HSBC MORTGAGE CORP. (USA) | 3 | $69,162 |
| 401 | COMM. FIRST BANK OF CHARLESTON | 14 | $192,627 |
| 403 | MUTUAL SAVINGS BANK | 2 | $61,071 |
| 421 | COUNTRYWIDE BANK | 1,301 | $477,709,631 |
| 424 | OLD NATIONAL BANK | 2 | $44,070 |
| 480 | CONNECTICUT HOUSING FINANCE | 30 | $3,771,195 |
| 503 | WELLS FARGO BANK MINNESOTA NA | 155 | $12,602,970 |
| 504 | WELLS FARGO BANK MINNESOTA NA | 72 | $5,370,473 |
| 505 | WELLS FARGO BANK MINNESOTA NA | 76 | $5,983,616 |
| 506 | WELLS FARGO BANK MINNESOTA NA | 68 | $5,433,625 |
| 507 | WELLS FARGO BANK MINNESOTA NA | 75 | $5,924,583 |
| 508 | WELLS FARGO BANK MINNESOTA NA | 54 | $3,981,612 |
| 510 | WELLS FARGO BANK MINNESOTA NA | 11 | $749,302 |
| 512 | AHMIT 2004-1 | 390 | $75,380,658 |
| 513 | AHMIT 2004-1 | 139 | $47,798,704 |
| 515 | MERRILL LYNCH | 41 | $17,758,204 |
| 518 | EMC/BEAR STEARNS | 3,290 | $1,200,397,364 |
| 519 | MORGAN STANLEY MTG CAPITAL INC | 1 | $154,000 |
| 530 | DEUTSCHE BANK | 1,668 | $179,435,473 |
| 532 | HSBC | 6 | $2,225,507 |
| 537 | Bank of America | 293 | $134,148,567 |
| 550 | FANNIE MAE LASER REPORTING | 380 | $38,073,281 |
| 551 | FANNIE MAE LASER REPORTING | 13 | $112,792 |
| 552 | FANNIE MAE LASER REPORTING | 3,092 | $449,249,770 |
| 560 | FANNIE MAE MBS | 7,102 | $588,070,525 |
| 561 | FANNIE MAE MBS | 2 | $20,213 |
| 562 | FANNIE MAE MBS | 12 | $403,780 |
| 563 | FANNIE MAE MBS | 24,511 | $3,914,646,370 |
| 564 | FANNIE MAE MBS | 492 | $79,981,245 |
| 565 | FNMA MBS | 681 | $115,121,596 |
| 585 | FANNIE MAE | 7 | $300,817 |
| 592 | AHMIT 2005-2 | 808 | $375,025,970 |
| 593 | AHMIT 2004-2 | 636 | $211,310,569 |

Refused All CALLs

25 A

OCT. 30. 2007  3:51PM   AMER.   . HM MORTGAGE                                NO. 9819   F. 1

Rec 11-5-07

Trust Closed

#356

Trust Closed on

AMERICAN MORTGAGE SERVICING
COLLECTION HISTORY PROFILE

Falon
Freund
Broker

date 2
Apt Stat CD 9/11/07

Apt Stat Sent 9/10/07

Pledged
Cut off date in T
6/29/07

25B

13

RECORDING REQUESTED BY

T.D. SERVICE COMPANY

And when recorded mail to
T.D. SERVICE COMPANY
1820 E. FIRST ST., SUITE 210
P.O. BOX 11988
SANTA ANA , CA 92711-1988

_Rec 4-11-08_

_____ Space above this line for recorder's use _____

## NOTICE OF TRUSTEE'S SALE

T.S. No: B349544 CA    Unit Code: B    Loan No: 1001702441/DOBBEN
Min No: 100024200017024411
AP #1: 3021-034-001

T.D. SERVICE COMPANY, as duly appointed Trustee under the following described Deed of Trust WILL
SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (in the forms which are lawful tender
in the United States) and/or the cashier's, certified or other checks specified in Civil Code Section 2924h
(payable in full at the time of sale to T.D. Service Company) all right, title and interest conveyed to and now
held by it under said Deed of Trust in the property hereinafter described:

Trustor: MONA S. DOBBEN

Recorded April 19, 2007 as Instr. No. 20070940615 in Book  — Page --- of Official Records in the office
of the Recorder of LOS ANGELES County, CALIFORNIA , pursuant to the Notice of Default and Election to
Sell thereunder recorded  December 31, 2007 as Instr. No. 2007-2865034 in Book --- Page --- of Official
Records in the office of the Recorder of  LOS ANGELES  County CALIFORNIA.

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED APRIL 10, 2007.  UNLESS YOU TAKE
ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED AN
EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT
A LAWYER.

38645 37TH STREET EAST, PALMDALE, CA  93550
"(If a street address or common designation of property is shown above, no warranty is given as to its
completeness or correctness)."

Said Sale of property will be made in "as is" condition without covenant or warranty, express or implied,
regarding title possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said
Deed of Trust, with interest as in said note provided, advances, if any, under the terms of said Deed of Trust,
fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

Said sale will be held on:
APRIL 29, 2008, AT 11:00 A.M. *AT THE WEST SIDE DOORS TO THE LOS ANGELES COUNTY
COURTS BUILDING, 12720 NORWALK BLVD, NORWALK, CA

At the time of the initial publication of this notice, the total amount of the unpaid balance of the obligation
secured by the above described Deed of Trust and estimated costs, expenses, and advances is $435,533.76. It is
possible that at the time of sale the opening bid may be less than the total indebtedness due.

26A

Page 2
T.S. No: B349544 CA     Unit Code: B     Loan No: 1001702441/DOBBEN

Date: April 1, 2008

T.D. SERVICE COMPANY as said Trustee,

BY

KIMBERLY COONRADT, ASSISTANT SECRETARY
T.D. SERVICE COMPANY
1820 E. FIRST ST., SUITE 210, P.O. BOX 11988
SANTA ANA, CA 92711-1988
(714) 543-8372

We are assisting the Beneficiary to collect a debt and any information we obtain will be used for that purpose whether received orally or in writing.

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

If available, the expected opening bid and/or postponement information may be obtained by calling the following telephone number(s) on the day before the sale: (714) 480-5690 or you may access sales information at www.ascentex.com/websales.

26B

RECORDING REQUESTED BY

T.D. SERVICE COMPANY

and when recorded mail to
T.D. SERVICE COMPANY
1820 E. FIRST ST., SUITE 210
P.O. BOX 11988
SANTA ANA, CA  92711-1988

_____ Space above this line for recorder's use _____

# SUBSTITUTION OF TRUSTEE

T.S. No: B349544 CA     Unit Code: B     Loan No: 1001702441/DOBBEN
Min No: 100024200017024411
AP #1: 3021-034-001
Property Address:  38645 37TH STREET EAST, PALMDALE, CA  93550

NOTICE IS HEREBY GIVEN: That the undersigned present beneficiary desires to substitute a new Trustee under the Deed of Trust hereinafter referred to in the place and stead of the present Trustee thereunder, in the manner provided for in said Deed of Trust and does hereby substitute  T.D. SERVICE COMPANY, 1820 E. First St., Suite 210, P.O. Box 11988, Santa Ana, CA  92705

GATEWAY TITLE was the original Trustee in the Deed of Trust hereinafter described:

Trustor:  MONA S. DOBBEN

Recorded   April 19, 2007   as Instr. No. 20070940615  in Book --- Page --- of Official Records in the office of the Recorder of LOS ANGELES County, CALIFORNIA

Dated  12/28/07

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.  (MERS) ACTING SOLELY AS
NOMINEE FOR AMERICAN HOME MORTGAGE SERVICING, INC (MIN100024200017024411)

BY _____     BY _____
   ROBERT HARDMAN
   VICE PRESIDENT

26C

Page 2
T.S. No: B349544 CA    Unit Code: B    Loan No: 1001702441/DOBBEN

FOR CORPORATE ACKNOWLEDGEMENT
STATE OF _____ )
COUNTY OF _____ )ss

On _____ JAN 0 2 2008 _____ before me, the undersigned, a Notary Public in and for said County and State
personally appeared _____, personally known
to me to be the _____, and _____
personally known to me to be the _____ of the Corporation that executed the
within instrument, personally known to me (or proved to me on the basis of satisfactory evidence) to be the
persons who executed the within instrument, on behalf of_____ the
Corporation therein named, and acknowledged to me that such Corporation executed the within instrument
pursuant to its by-laws or a resolution of its board of directors. WITNESS my hand and official seal.

_____
Notary Public in and for said County and State

ROSARIO GONZALEZ
Notary Public
State of Texas
My Comm. Exp. 07-17-2010

26 D

# AFFIDAVIT

T.S. No: B349544 CA     Unit Code: B     Loan No: 1001702441/DOBBEN

STATE OF CALIFORNIA )
COUNTY OF ORANGE )ss.

On 04/03/08, I mailed a copy of the attached Substitution of Trustee to the Trustee of record under the Deed of Trust described in said Substitution; and

A copy of the attached Substitution has been mailed, prior to the recording thereof, in the manner provided in Section 2924b of the Civil Code of the State of California, to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.

I declare under penalty of perjury that the foregoing is true and correct.

Signature of Affiant

STATE OF California )
COUNTY OF Orange )SS

On 4308 before me, S Long a Notary Public, personally appeared Kimberly Conrad who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____ (Seal)

S. LONG
COMM. # 1785185
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires Jan. 6, 2012

AFFIDAV

26E

# WEINER BRODSKY SIDMAN KIDER PC



1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 928 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779493

**INVOICE PERIOD:   OCTOBER   2007**

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Rush v. American Home

|  |  | Page: 1 |
|---|---|---|
|  |  | 11/16/2007 |
|  | Account No: | 96077-079M |
|  | Statement No: | 7 |

| | | Rate | Hours | |
|---|---|---|---|---|
| **10/16/2007**<br>NWH | email from bankruptcy counsel re: Rush filing motion in bankruptcy action relating to her lawsuit, effect and merits of same; review pleadings filed by Rush and two other borrowers; telephone conference with D. Friedman, J. Kuhn and bankruptcy counsel re: same; | 255.00 | 1.80 | 459.00 |
| **10/19/2007**<br>NWH | email from bankruptcy counsel re: pleadings filed in case so far; email response re: same; | 255.00 | 0.30 | 76.50 |
| **10/25/2007**<br>NWH | review opinion/order from court on other defendants' motions to dismiss; | 255.00 | 0.30 | 76.50 |
| | For Current Services Rendered | | 2.40 | 612.00 |
| | Total Current Work | | | 612.00 |
| | Balance Due | | | **$612.00** |

_Dotter_

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

**27 A**

Docket
#1490

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                    :        **Chapter 11**
                                          :
    **American Home Mortgage**        :        **Jointly Administered**
    **Holdings, Inc. et al.,**        :        **Under Case No. 07-11047 (CSS)**
                                          :
                                          :
    **Debtors**                       :
                                          :

## MOTION FOR DISCLOSURE UNDER U.S.C. § 363, § 1106, AND BANKRUPTCY RULE 2004, DIRECTING EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY DEBTORS AND COMPLAINT FOR INJUNCTION AND PROTECTION OF TAX ESCROW ACCOUNTS AND REQUEST FOR APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN PURSUANT TO U.S.C. § 332 AND TRUSTEE OR EXAMINER PURSUANT TO U.S.C. § 1104

      Mona Dobben, pro se, moves this Court for entry of an order pursuant to U.S.C.

§323, and U.S.C. §1106 of title 11 of the United States Code, 11 U.S.C. § § 101, et seq. (the

"Bankruptcy Code") and rule 2004 ("Rule 2004") of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), directing the examination of, an production of documents by,

American Home Mortgage, et al ("Debtors"). Plaintiff moves this court for an appointment of

Consumer Privacy Ombudsman pursuant to U.S.C. §332 and Trustee or Examiner pursuant to

U.S.C. §1104. In support of the Motion, the Plaintiff states as follows:

---

    1.  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: American Home Mortgage Holdings, Inc.("AHM Holdings") (6303); American Home Mortgage Investment Corp. ( "AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Investment"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc.( "AHM Servicing"), aMaryland corporation(7257); American Home Mortgage Corp. ("AHM Corp"), a New York corporation (1558); American Home Mortgage Ventures LLC ( "AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ( "Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ( "Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

27B

and traded in various derivative transactions like bubblegum baseball cards and their transfers, sales, pledges etc., are not publicly recorded. As such, only possession of the actual original note can prove the actual owner and holder in due course of the note and whom Ms. Dobben can discuss the very serious issues of mortgage fraud and loss mitigation and pending litigation.

 Ms. Dobben has a right to know the rightful owner of the note and the rightful owner of the note has the right to direct communication with the borrower to address this very serious loss exposure of over $400,000. If the note has been pledged and encumbered, then that party must be made aware of the potential losses associated with those issues, and Ms. Dobben has the right to secure release of the note, before further damage is done to all parties of interest. Those parties, if the court upholds the continued control of loans through American Home Mortgage Servicing may be left unaware of pending litigation in which they will be held ultimately responsible for defending therefore making transfer of documents an urgent matter.

63.  Ms. Dobben's note may be in the  Broadhollow LLC, Melville LLC, or a wide variety of other LLC's or loan pools. It is imperative that this court reveal the true owner of the note as Ms. Dobben and other borrowers have no recourse without court intervention, to obtain this information through American Home Mortgage Servicing or MERS.

64.  When asked, American Home Mortgage refuses to provide and such information as to the true owners of mortgage notes, and in some cases claims to own the notes. They refuse to provide any agreements they may have with lenders whom loans they service. Ms. Dobben demands to know the entire chain of title to her property and the true owner of her note.

### THIRD PARTY LIABILITY

65.  When American Home Mortgage sells a loan to an investor, they are required to

27c

future rate increases on, and the pay option arm loan. The broker premium YSP of $6307.88 was paid by American Brokers Conduit for negligently and fraudulently creating a loan in which Ms. Dobben can not be held responsible.

81.    Ms. Dobben did not receive proper disclosures under TILA, appraisal or even a complete set of loan documents, including her important right of rescission. Ms. Dobben settlement did not take place within RESPA guidelines and Ms. Dobben did not sign paperwork or otherwise understand what type of loan or agreements were being executed in her name. She was forced under severe duress to sign documents, and a notary by the name of Deborah Huffert, hired by the perpetrators of the fraud, did not explain any of the documents Ms. Dobben was signing. Federal laws and many state laws were broken in the creation of this loan.

82.    Numerous entities including Historical Real Estate & Finance, Preferred Real Estate and Finance, American Brokers Conduit, American Home Mortgage Acceptance, Titan Escrow, LandAmerica Gateway Title, and other known and unknown entities did engage in civil RICO conspiracy with AHM and did exact fraud on the Plaintiff for the purpose of pecuniary gain. The damage of which is now negatively affecting Ms. Dobben and damages will continue to mount if these serious issues are not promptly addressed.

83.    Ms. Dobben, through consumer advocate, Paula Rush, has made repeated attempts to reach someone at American Home Mortgage Corporate to discuss this issue and has been disconnected several times after calling 214-260-6806. Ms. Rush has been given the run around and put into automated voice messaging, disconnected, and spoken to employees who have refused to give their names at extension 516-396-7700. Through repeated attempts Ms. Rush finally reached a person who identified himself as Henry Cruz. He did not reveal his position or

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED
2008 JAN -- 10: 27
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                    :        Chapter 11
                                          :
        American Home Mortgage           :        Jointly Administered
        Holdings, Inc. et al.,           :        Under Case No. 07-11047 (CSS)
                                          :
                                          :        RE: DOCKET # 2754
                                          :
        Debtors                          :

## JOINDER OF MONA DOBBEN TO THE
## OBJECTION TO SALE OF LOANS
## FREE AND CLEAR OF LIENS OR LIABILITIES

        Mona Dobben, pro se, hereby joins the Objection of Paula Rush to the Debtor's

request to sell off loans assets free and clear of liens and liabilities, ( Docket # 2754) and in

support thereof represents as follows:

1.      Joinder hereby adopts and incorporates the arguments and assertions set forth in the

Objection and reserves all rights to assert any rights or remedies associated with this petition.



2.      Joinder hereby renews the request for demand to know the true owner or master servicer

of her loan pursuant to TILA 1641(f)(2) and request protections afforded under 363(o).

3.      Joinder objects that once again the Debtor's are proceeding to attempt to sell loans under

a description that could fit my loan description, and therefore I renew my request for disclosure.

The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number
are: American Home Mortgage Holdings, Inc.("AHM Holdings") (6303); American Home Mortgage Investment
Corp. ( "AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ( "AHM Servicing"),
a Maryland corporation(7257); American Home Mortgage Corp. ("AHM Corp"), a New York corporation (1558);
American Home Mortgage Ventures LLC ( "AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ( "Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
( "Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.



4.    Joinder  strongly object to loans sold under the circumstances which the Debtor

categorizes as being: 60 days or more delinquent, in default, and/or that may contain some

underwriting or compliance issues, being sold to a former financing partner to avoid liabilities on

such loans.

5.    For these reasons , and for the reasons set forth in the Objection, the Joinder objects to

the relief sought in Docket #2754.

    WHEREFORE, the Joinder respectfully requests that the Court deny the motion, or in

the alternative add protections and alter the terms, and grant any further relief as the Court

may deem just and proper.

Mona Dobben pro se
9206 N. 107th Drive
Sun City AZ 85351
623-547-6373



## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2008, a copy of the foregoing Motion was

mailed overnight to:

US Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

AND
I hereby certify that on this 30th day of January, 2008, a copy of the foregoing Motion was

faxed to:

Counsel for Debtors:
Pauline K. Morgan, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box. 391
Wilmington DE 19899-0391
Phone: 302-571-6600
Fax: 302-571-0453

*Signatory on TRUST*

Joseph M. McMahon Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497

Mona Dobben pro se
9208 N. 107th Drive
Sun City AZ 85351
623-547-6373

3

9/27/0 1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2007, I mailed a copy of the foregoing Request for Notices and Service of Papers was mailed by first class mail, postage prepaid to:

Pauline K. Morgan, Esquire
Young, Conoway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box. 391
Wilmington DE 19899-0391

Mona Dobben  Date: 9-27-07

Mona Dobben
9208 N. 107th Drive
Sun City AZ 93534
443-676-3509

27 H



## CERTIFICATE OF SERVICE

I hereby certify that on this 3nd day of October, 2007, a copy of the foregoing Motion was

mailed by first class mail, postage prepaid to:

Counsel for Debtors:
Pauline K. Morgan, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box. 391
Wilmington DE 19899-0391
Phone: 302-571-6600
Fax: 302-571-0453


Joseph M. McMahon Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497

By Fax to:
Senator Schumer
Phone: 202-224-7391
Fax 202-228-3027
and
Senator Dodd
Phone: 202-224-6542
Fax 202-224-5137

Date: 10/2/07

Fax:    Mona Dobben
9208 N. 107th Drive
Sun City AZ 93534
443-676-3509

27

32

Attmt #1

Fax to:  American Home Mortgage Atten: Mr. CRUZ 866-898-9662

32

Mona S. Dobben
9208 N. 107th Drive  Sun City AZ 93534

RE: 38645 37th Street East, Palmdale CA 93550
Account # 1001702441 $400,500

To Whom it May Concern,

    Mona S. Dobben  does hereby authorize Paula Rush, to inquire and discuss all matters relating to this mortgage originated by American Brokers Conduit, Loan # 1001702441, American Home Mortgage, which upon information and belief originally settled 4/19/2007 with a principal balance of $400,500. (TBD). Ms. Rush is a consumer advocate and lender liability specialist. She will assist the above party, Ms.Dobben, in retaining an attorney and filing all appropriate complaints and legal actions to protect her interest.

    At this point, it is urgent that the parties cooperate fully in producing documents in relation to this loan transaction. The goal of Ms. Rush is to attempt to mediate a resolution without further need for litigation. This is merely an attempt to gather information and determine if misconduct and/or violations of law exist and what, if anything, the parties in question are willing to do to resolve the issues presented. It is in the best interest of all parties to mediate a solution. However, if the parties involved don't exhibit a willingness to cooperate and reach a resolution, all appropriate State and Federal agencies will be enlisted for help in a resolution. Time is of the essence.

Moan Dobben, does hereby grant Ms.Rush this permission to speak on my behalf and obtain any information necessary from all parties listed herewith related to this loan transaction: 38645 37th Street East, Palmdale CA 93550.

You cooperation would be greatly appreciated and in your best interest. This is attempt to alert your company to a mortgage fraud ring and prevent further damage to American Home Mortgage. Other lenders have been alerted and information is being openly shared. If I can't get voluntary cooperation a formal document has been prepared and will be filed with the bankruptcy court. It is in the best interest of the investor in Ms. Dobben's note or any other counterparty associated with this note, to comply and cooperate fully.

Thank you,
Paula Rush
Paularush@comcast.net
http://lenderliabilitylaw.com
443-676-3509  Fax 410-914-5315

Mona Dobben  _Mona Dobben_     Date: 11-13-07

Page 1 of 3



Nov. 13, 2007

Mona S. Dobben
RE: 37ᵗʰ Street East, Palmdale CA 93550
Account # 0001702441 Balance $400,500
American Home Mortgage

To Whom it May Concern,

Mona S. Dobben does hereby authorize Paula Rush, to inquire and discuss all matters relating to this mortgage, which upon information and belief originally settled between 4/10/2007 and 4/19/2007. (TBD). Ms. Rush is a consumer advocate and lender liability specialist. She will assist the above party, Ms.Dobben, in retaining an attorney and filing all appropriate complaints and legal actions to protect her interest.

At this point, it is urgent that the parties cooperate fully and attempt to resolve this matter to protect the interest of all parties. The goal of Ms. Rush is to attempt to mediate a resolution without further need for litigation. This is merely an attempt to gather information and determine if misconduct and/or violations of law exist and what, if anything, the parties in question are willing to do to resolve the issues presented. It is in the best interest of all parties to mediate a solution. However, if the parties involved don't exhibit a willingness to cooperate and reach a resolution, all appropriate State and Federal agencies will be enlisted for help in a resolution. Time is of the essence.

Mona Dobben, does hereby grant Ms.Rush this permission to speak on my behalf and obtain any information necessary from all parties listed herewith related to this loan transaction.

Your cooperation would be greatly appreciated and in your best interest. This is attempt to alert your company to a mortgage fraud ring and prevent further damage to numerous lenders who have been alerted and information is being openly shared. Failure to receive voluntary cooperation will result in an escalation of damages to both the investor and Ms. Dobben. It is in the best interest of the investor in Ms. Dobben's note or any other counterparty associated with this note, to comply and cooperate fully in reaching a resolution to this important matter.

This is the second attempt to provide this release as the original was provided to attorneys for American Home at the bankruptcy court in Delaware, however when Ms. Rush attempted to call you have stated you did not receive such release. Ms. Rush can be reached at 443-676-3509.

Thank you,

Mona Dobben _Mona Dobben_    Date: 11-13-07

Address: 9808 N. 107th D. SunCity Az. 85351

Phone: _____

## THE PARTIES TO THE LOAN TRANSACTION

### HISTORICAL Real Estate & Finance

Holds -CA Finance License & Residential Mortgage license & CA Dept of Corporations
*Gregory Blair Clark* – **Officer Historical**
1937 Goodyear Ave. Suite #705  Ventura CA 93003
1530 Callens Rd Ventura CA 93003 – The location this loan URLA came from
Branch 909 800-299-3324

1937 Goodyear Ave #705 Ventura CA 93003
License ID 01228776 Expiration 11/19/09
Designated Officer/Broker : #00841172 Expiration 1/09/08
*Gregory Blair Clark* Other Adresses
2860 Delhart Ave Simi Valley CA 93063
24005 Ventura Blvd.  Calabasas CA 91302
*Pat M. Downey & Norma Downey* – ( **INVOLVED IN SEVERAL LOANS**)

### Salesperson:

*Samer Theodory* # 01501831 Expiration 11/04/09
Also associated with **Preferred Real Estate**
Conditional Suspension 5/6/07 Removed 5/29/07
6532 Manzanita Drive  Palmdale CA 93551

### Preferred Real Estate

*Ilham Theodory*
659 W. Lancaster Blvd. Lancaster CA 93534
646 Lancaster Blvd. Suite 101 Lancaster CA 93534
661-949-2477 Fax 661-948-3383

### LENDER Current Note Holder or Mortgage Servicer

American Home Mortgage  Servicing
PO BOX 660029
Dallas TX  75266-6029

American Brokers Conduit
1500 W. Shaw Avenue Suite 403
Fresno CA 8-93711
Paperwork prepared by: Jeanne Brisendine 559-650-4321

*296*