**Seller:**
Issa Saliba Maymoun
Tamam Issa Maymoun
SALES PRICE $445, 000

**Settlement Agent:**
Titan Escrow – Escrow # 1-11525-SG
Susie George 661-945-8880
1216 West Avenue J, Suite 300, Lancaster, CA 93534

**Loan Document Signing Fee went to Notary: Deborah Huffert 623-293-2988**

**Title Insurance:**
LandAmerica Gateway Title
#1021506
J. Williams 818-953-2300
GATEWAY TITLE
1405 N. San Fernando BLVD.
Burbank CA 91504

**APPRAISER**
*UNKNOWN*

Ms. Rush may speak to any of these parties on my behalf.

Mona Dobben ___Mona Dobben___     Date: 11 - 13 - 07

29c

## RESPA QUALIFIED WRITTEN REQUEST

*31*

RE: Mona Dobben
SSN: 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
Loan No: #1001702441
Address of Property: 38645 37th Street East
Palmdale CA 93550-8120


11/13/2007

RE: Mona Dobben

American Home Mortgage
To Whom It May Concern:

Please treat this letter as a **"qualified written request"** under the Real Estate Settlement
Procedures Act, 12 U.S.C. Section 2605(e).

I am making this request due to my dispute of the amount alleged to be due and owing due to
fraudulent origination and fraudulent concealment by a convicted mortgage fraud felon, Patrick
Downey operating under the license of Historical Real Estate, Greg Clark, 1530 Callens Rd.
Ventura CA 93003. Both did commit fraud in this real estate transaction and loan origination.

The conspiracy included several parties, including appraisers, title settlement and escrow agents,
and two real estate companies. All of these individuals and companies are implicated in several
other known fraudulent transactions with various lenders in which the ring leader, Patrick Downey
is the common denominator. A complete list of companies and individuals is available to enable
you to put them on a "red flag" list as EMC Bear Stearns, and Countrywide has already done.
Complaints have been filed with the FBI and the DA office.

This contract was propagated by a convicted felon working under another person's license and
contained material misrepresentations including the loan terms and the value of the property. The
loan file does not contain even half the documents a borrower would normally receive and
borrower does not even have a purchase agreement. In the course of this conduct Ms. Dobben was
misled completely and fraud was committed which caused her financial harm. Under duress and
with fraud the loan was consummated with the aid of the notary and title settlement agent who
sent people to Arizona and presented Ms. Dobben with papers without any explanations and Ms.
Dobben never received a full set of said documents.

On several other transactions, which Paula Rush has already received complete loan files from
lenders, upon document reviews from this mortgage fraud group, it was evident documents were
forged, altered and no one was ever given a complete set of documents. Upon petitioning of the
bankrutpcy court and receiving Ms. Dobben's file it was clearly evident the same practices were in
this loan file. The signatures on over 80% of the documents do not even remotely resemble Ms.
Dobben's signature. American Home Mortgage was negligent in underwriting and processing this
loan. It is urgent to address this issue to protect the investor or other financing partners of this
transaction.



This contract was illegally and negligently created by a person and persons who are not properly licensed and had been previously convicted of mortgage fraud, documents were forged, appraised value was inflated, therefore rendering this contract void and unenforceable. Consumer fraud existed and the sham of a real estate swindle was perpetrated. Ms. Dobben is a senior citizen and this constitutes elder abuse.

I therefore assert this transaction is void under the Common Law Title Rule:  Voidable title UCC 2-403(1) -- passage of title by fraud -- codifies and defines common law rules of voidable titles -- eg,  title acquired by fraudulent means.
And Under: Equitable Estoppel: Ms. Dobben was induced to consummate a transaction and therefore this doctrine prohibits a person, upon principles of honesty and fair and open dealing, from asserting rights, the enforcement of which would, through his omissions or commissions, work fraud and injustice.

I'm sending you my notice of right of extended rescission covered under TILA and RESPA. Upon giving of this notice, the security interest in 38645 37th Street East, Palmdale CA 93550-8120, giving rise to the right of rescission becomes void and the I shall not be liable for any amount, including any finance charge. CFR226.23(d)(1)
**Within 20 days American Home Mortgage must take action required to cancel the security interest and must return any money paid on the loan. 12CFR226.23(d)(2)**

If you are unwilling to comply and void this transaction and return all sums paid on this account, please provide the information of the true owner of the note. If you are simply the servicer, please provide the name and address of said holder. Please disclose if your relationship to this entity includes any residual interest in my mortgage note under any agreement other then servicer. I demand to know the terms of that involvement including if my loan is pledged or otherwise encumbered as part of a senior or subordinated note.

I demand you provide the owner of my loan or master servicer information as required under
### 15 USC  TILA Sec. 1641. – Liability of assignees
(f) Treatment of servicer
(1) In general -A servicer of a consumer obligation arising from a consumer credit transaction shall not be treated as an assignee of such obligation for purposes of this section unless the servicer is or was the owner of the obligation. (2) Servicer not treated as owner on basis of assignment for administrative convenience A servicer of a consumer obligation arising from a consumer credit transaction shall not be treated as the owner of the obligation for purposes of this section on the basis of an assignment of the obligation from the creditor or another assignee to the servicer solely for the administrative convenience of the servicer in servicing the obligation. **Upon written request by the obligor, the servicer shall provide the obligor, to the best knowledge of the servicer, with the name, address, and telephone number of the owner of the obligation or the master servicer of the obligation.**

I demand to know the  "Holder in due course" Section § 3-302 as defined under this article, of My "Note" as defined under Section § 3-104 which is "Payable at a definite time" as defined under Section § 3-108. I demand to know to whom it is payable under "Payable to bearer" Section § 3-109, and the "Person entitled to enforce" as defined under Section § 3-301 and  I immediately require the IDENTIFICATION OF PERSON TO WHOM INSTRUMENT IS PAYABLE as defined in § 3-110. If any transfers have occurred as defined under "Transfer of instrument" Section § 3-203 or under "Negotiation" Section § 3-201, I demand to know when those transfers occurs and entire chain of title to my mortgage note. I demand all transfer documentation if my mortgage note if it has been sold, traded, bifurcated, securitized as part of a loan pool, or otherwise



encumbered and you are not the legal holder or person to exercise the right of rescission against as defined under § 3-305. DEFENSES AND CLAIMS IN RECOUPMENT.

I demand to know the policies and procedures you are following in reference to my mortgage loan, and any specific guidelines of any parties of interest in my mortgage note whether that be a trustee, holder in due course, administer or executor of a securitization trust, a private trust owner, loan pool mortgage insurer, credit enhancer, and any Fannie Mae or other government entity guidelines you are required to follow under servicing agreements.

## REMEDIES REQUESTED:

Due to common law fraud and fraudulent concealment, TILA and RESPA violations, I assert my extended three year right of full loan rescission and voidable title. I reserve all rights to additional causes of action, which may be revealed from ongoing investigation and document discovery against all parties to this transaction.

RESCISSION The extended right of rescission lasts for 3 years from the date of closing the loan. 12 CFR 226.23 (a)(3)Semar v Platte  Valley Fed. S&L Assn.  791 F. 2d 699 ( 9th Cir. 1986)

The rescission remedy runs against any assignee: " Any consumer who the right to rescind a transaction under section 1635 of this title may rescind the transaction against any assignee of the obligation. " 15 USC 1641 (c)Mount v La Salle Bank Lake View 926 F. Supp. 759 (N.D. Ill. 1996) This rescission remedy requires that the Lender release the security interest in the property and all payments paid should be credited against the principal.

additional award of statutory damages. $2000  White v WMC Mortgage 2001 US District . LEXIS 15907, at * 5 (E.D. Pa. July 31, 2001  Mayfield v Vanguard Savings & Loan, 710 F. Supp. 143, 145 ( E.D. Pa. 1989)

American Home Mortgage should disgorge itself of all funds paid on the loan including all payments tendered and closing cost plus; pay $10,000 in punitive damages;  pay $2,000 in statutory damages; pay treble damages for the amount paid for settlement service; pay attorneys fees and costs. 12 USC 2607(d); pay treble damages for the YSP premium paid to the broker; and rescind the loan and void the interest in title to provide equitable relief under UCC Code. Voidable title UCC 2-403(1)

Thank you for taking the time to acknowledge and answer this request as required by the Real Estate Settlement Procedures Act (sec. 2605(e). To negotiate a settlement and resolve this matter in an efficient and timely matter, to ensure any financing partner which are now a party to this transaction may be protected from the expense of litigation, and the property in question may be secured by said entity,  please let me know within the required timeframe of your intentions as required under RESPA.

Sincerely,

NAME  C Nono Nobben _____   DATE: 11-13-07

ADDRESS:_____

29 F

(31)

recd 11/16/07

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Home Mortgage
4600 Regent Blvd. Ste.
Irving, Tx. 75063

**A. Signature**
X _____ ☐ Agent
                    ☐ Addressee

**B. Received by ( Printed Name )**    **C. Date of Delivery**
                                        11/16/7

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1820 0004 4861 6778

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

30 A

CONFIDENTIAL

Loan

File

10/30/07







The World Or

American Home Atty's

Sent

" AHM "

# FedEx Express

## Express

*The World Or*

For FedEx Express® Shipments Only

PRIORITY OVERNIGHT

TRK#    8284 8248 8466

8283B1    -02-04    XH    BXKA

TUE
Delivery by:
28OCT07
A3
PHX

Part # 154250-054 TRFT 08-07

TO: HOWARD WARSHAW
8208 N. 187TH DRIVE
SUN CITY, AZ 85351
Ref:
Dept:

Delivery Address
Barcode

BILL SENDER



Align bottom of Peel and Stick Airbill here.

206

DLA8K
YOUNG CONAWAY STARGATT & TAYLOR, LLP
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

Mom Dobben
9208 N. 107th Drive
Sun City, AZ 85351
066585.1007/531

**First Class Mail**



32

4 00.97 =
11/02/2007
Mailed from 1980
32A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
ARD H. MORSE
DC. McBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA P. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA M. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338
WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-5003
DIRECT FAX: (302) 576-3289
kenna@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD P. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
IAN S. FREDERICKS
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN McCORMICK
MICHAEL W. McDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON NUTTAMALA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI JR.
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
RICHARD J. THOMAS
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. McLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

**December 19, 2007**

## VIA FIRST CLASS MAIL

Paula Rush
2651 Peery Drive
Churchville, MD 21028

> Re:    American Home Mortgage Holdings, Inc. et al.,
>        Case No. 07-11047 (CSS)

Dear Ms. Rush:

As you know, this firm represents American Home Mortgage Servicing, Inc. ("AHM Servicing") and certain of its direct and indirect affiliates (collectively, the "Debtors") in connection with the above-referenced proceeding. On August 6, 2007, each of the Debtors filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

This correspondence is in response to certain phone calls you have recently made to David Friedman, the Executive Vice President of AHM Servicing, with regard to the mortgage loan serviced by AHM Servicing to which Mona Dobben is the mortgagor (the "Dobben Loan"). Please be advised that neither Mr. Friedman, nor any other employee of AHM Servicing or any of the other Debtors, is permitted to discuss the Dobben Loan with you. In addition to concerns with respect to privacy issues that may be implicated by such discussions, it is the policy of the Debtors not to engage in communications with parties to pending or threatened litigation other than through counsel. Should Ms. Dobben wish to discuss the servicing of her loan, she is



YOUNG CONAWAY STARGATT & TAYLOR, LLP

Paula Rush
December 19, 2007
Page 2

encouraged to contact Scott Ellerbee at AHM Servicing. Mr. Ellerbee can be reached at (214) 260-6902.

Very Truly Yours,

Kenneth J. Enos, Esquire

cc:    Mona Dobben
       John J. Kalas, Esquire
       David Friedman
       Robert S. Brady, Esquire

*Sent to Dobben Also*
*See envelope*

33 b

Law Offices of

# CHAPMAN AND CUTLER LLP

Theodore S. Chapman
1877-1943
Henry E. Cutler
1879-1959

Franklin H. Top, III
Telephone: 312-845-3824
Facsimile: 312-516-1824
E-mail: top@chapman.com

111 West Monroe Street, Chicago, Illinois 60603-4080
Telephone (312) 845-3000
Facsimile (312) 701-2361
chapman.com

San Francisco

595 Market Street
San Francisco, CA 94105
(415) 541-0500

Salt Lake City

201 South Main Street
Salt Lake City, UT 84111
(801) 533-0066

**March 6, 2008**

Paula Rush
2651 Peery Drive
Churchville MD 21028

Re: *In re: American Home Mortgage Holdings, Inc. et al.*, Case No. 07-11047
(CSS) pending in the United States Bankruptcy Court for the District of Delaware
(the *"Court"*)

Dear Ms. Rush:

As you are aware, our firm represents Wells Fargo Bank, N.A. ("*Wells Fargo*"), in its
role as master servicer in connection with the above-referenced proceedings. I am in receipt of
your email dated January 31, 2008, which demanded certain clarifications prior to February 1,
2008.

This letter is a general response to your email, because we were unable to ascertain from
the information that you provided (a) whether or not your loan or loans are even included in one
of the securitizations for which Wells Fargo serves as master servicer or (b) what the status of
your loan(s) may be.

Assuming, however, your loan(s) are in one or more of the securitizations for which
Wells Fargo serves as master servicer, we believe we should clarify the role a master servicer
plays in connection with a securitization transaction to avoid any confusion. In a typical
securitization transaction, the master servicer oversees the servicing of the mortgage loans for the
trust and the protection and benefit of the investors typically pursuant to the terms of a pooling
and servicing agreement. The master servicer, however, does not oversee the servicing of the
mortgage loans for the benefit of individual mortgage loan obligors; nor manage individual
mortgage loans. The master service has no obligation to resolve any disputes between individual
mortgage loan obligors and the servicer. The relationship of mortgage loans obligors, such as
yourself, is strictly with the servicer of the mortgage loans.



Law Offices of

## CHAPMAN AND CUTLER LLP

Paula Rush
March 6, 2008
Page 2


Even so, Wells Fargo does not condone any violation of any law applicable to the servicing of mortgage loans by American Home Mortgage or any other servicer. Based on your e-mail and your many appearances in the Court, it appears that the current servicer is aware of the facts and circumstances surrounding your claims and concerns. Nonetheless we are more than willing to forward your email on to them as well for any response they may deem appropriate under the circumstances.

Further, please be advised that Wells Fargo has not authorized anyone to speak on their behalf regarding any of the issues raised in your email, including but not limited to Mr. Brady or Mr. Dickman. Whatever testimony or argument either gave is solely their own and may not be reflective of the views and position of Wells Fargo.

If you have any further questions or concerns, please do not hesitate to contact us.

Very truly yours,

CHAPMAN AND CUTLER LLP

By: _____
Franklin H. Top, III

34B

Law Offices of

# CHAPMAN AND CUTLER LLP

Theodore S. Chapman
1877-1943
Henry E. Cutler
1879-1959

111 West Monroe Street, Chicago, Illinois 60603-4080
Telephone (312) 845-3000
Facsimile (312) 701-2361
chapman.com

San Francisco
595 Market Street
San Francisco, CA 94105
(415) 541-0500

Salt Lake City
201 South Main Street
Salt Lake City, UT 84111
(801) 533-0066

April 30, 2008

Mona Dobben
c/o Paula Rush, Advocate
2651 Peery Drive
Churchville MD 21028

Re: *In re: American Home Mortgage Holdings, Inc. et al.*, Case No. 07-11047
(CSS) pending in the United States Bankruptcy Court for the District of Delaware

Dear Ms. Rush:

We are in receipt of a letter with respect to a loan made to Mona Dobben. I am writing on behalf of Wells Fargo Bank, N.A. as Master Servicer

As we have advised you on a prior occasion, the master servicer does not act for the benefit of the holders of underlying loans, but rather has duties under the terms of certain agreements for the ultimate benefit of investors in the securitization certificates. As you are aware, in a typical securitization transaction, an originator of loans or other depositor sells loans to a trust. The trust purchases these loans using proceeds received from investors in notes issued by the trust. The Indenture Trustee has a security interest in such loans for the benefit of the holders of these notes. The master servicer oversees the servicing of the mortgage loans for the protection and benefit of the investors. It *does not* oversee the servicing of the mortgage loans for the benefit of individual mortgage loan obligors. The master servicer does not oversee individual mortgage loans and its role does not include resolving disputes between individual mortgage loan obligors and the servicer. The relationship of mortgage loan obligors, such as Ms. Dobben, is strictly with the servicer of the mortgage loans.

MASTER SERVICER



2422908.01.02.doc

Law Offices of

## CHAPMAN AND CUTLER LLP

Wells Fargo does not condone any violation of any law applicable to the servicing of mortgage loans by American Home Mortgage or any other servicer. We have forwarded the communication sent on Ms. Dobben's behalf to the servicer for its review and consideration.

Very truly yours,

Chapman and Cutler LLP

By: _____

Franklin H. Top, III

34 D





T.D. Service Company
1820 E. First Street, Suite 210
P.O. Box 11988
Santa Ana, California 92711-1988

B 349544

CERTIFIED MAIL

7105 2257 2720 0364 7709

Mailed to:

MONA S. DOBBEN
38645 37TH
PALMDALE

Rec 4-11-08

Discovered
on
4/11/08
Forecbsure
Sale
4/29/08

TRied Repeatedly
to
Notify — No Reply



# LIMITED POWER OF ATTORNEY

## KNOW ALL PERSONS BY THESE PRESENTS:

I, Mona S. Dobben ("Principal") maintaining an address at: 9208 107th Drive, Sun City, Arizona 85351 do hereby make and appoint Paula Rush ("Agent") maintaining an address at: 2651 Peery Drive, Churchville, Maryland 21028 my true and lawful attorney-in-fact for me and in my name, and in my behalf.

My Agent shall have full power and authority to perform the following in my place and stead:

**Non-Durable Power of Attorney:**

This power of attorney is non-durable and specific to the properties with the street addresses of: 38645 37th Street East, Palmdale, CA 93550, 43723 La Paz Lane, Lancaster, CA 93535, 45946 Desert Springs Drive, Lancaster, CA 93534 and 36546 Silverado, Palmdale, CA 93550. This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument. The rights, powers, and authority of this document shall remain in full force and effect thereafter until my death or until my disability or incapacity.

As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

I hereby ratify and confirm all acts that my Agent, or my Agent's substitute or substitutes, shall lawfully do or case to be done by virtue of this power of attorney and the rights hereby granted.

My Agent shall act as my representative and has the authority to speak, negotiate and execute agreements with all Lenders (Country Wide Home Loans, American Home Mortgage, Washington Mutual, etc.) and/or their agents, the true owner of the notes or current servicers, the indentured trustee, securities administrator, etc. My Agent shall also act as my representative with any and all investigative authority and/or any and all state or government authority working on the cases regarding the above mentioned properties, including but not limited to: the FBI, the LA Housing Authority, The California Department of Real Estate, the OCC, the OTS, Senator Feinstein, AARP, the



occupants and/or tenants and any all parties or persons in regard in any capacity whatsoever related to the issues of identity theft and/or forgery and/or mortgage fraud and void loans relating to these properties.

My Agent shall be entitled to reimbursement of all reasonable expenses incurred as a result of carrying out any provision of this Power of Attorney. If desired, my Agent shall also be entitled to reasonable compensation for any services provided as my Agent.

The listing of specific terms, headings, rights, acts or power are not intended to restrict or limit the definition or scope of powers granted herein in any manner. If any part of this document is held to be invalid, illegal or unenforceable under applicable law, then the remaining unaffected parts of the document shall still remain in full force and effect and not be affected by any partial invalidity.

No person needs to inquire as to the reasons for the use or issuance of this power-of-attorney or as to the disposition of any proceeds paid to my Agent based on this document.

The powers granted to my Agent by this power-of-attorney are limited to the extent necessary to prevent (a) my income to be taxable to my Agent: (b) my Agent to have any rights or ownership with respect to any life insurance policies I may own on the life of my Agent: and/or (c) my assets to be subject to a general power of appointment by my Agent.

Any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on the power of attorney. It this Limited Power of Attorney is terminated by operation of law, any person relying in good faith on the authority of this document, without notice of such termination, shall be held harmless.

Agent shall not be liable for losses resulting from judgment errors made in good faith. However, Agent will be liable for breach of fiduciary duty, failure to act in good faith and/or willful misconduct, while acting under the authority of this Power of Attorney.

I may revoke this Power of Attorney at any time by providing written notice to my Agent.

Dated __April 14th__, 2008 at Scottsdale, Arizona.

36B

I, Mona S. Dobben, the Principal, sign my name to this power of attorney this __14th__ day of __April__, 2008 and, being first duly sworn, do declare to the undersigned authority that I sign and execute this instrument as my power of attorney and that I sign it willingly and that I execute it as my free and voluntary act for the purposes expressed in the power of attorney and that I am eighteen years of age or older, of sound mind and under no constraint or undue influence.

_____ (Signature of Principal)

Mona S. Dobben      (Name of Principal)

We, __Daniel Niesman__

and __Michelle L. Darden__, the witnesses, sign our names to the forgoing power of attorney, being first duly sworn, and do declare to the undersigned authority that the principal signs and executes this instrument as his/her limited power of attorney and that he/she signs it willingly, and that we, in the presence and hearing of the principal, sign this limited power of attorney as witnesses to the principal's signing and that to the best of our knowledge the principal is eighteen years of age or older, of sound mind and under no constraint or undue influence.

Witness Signature: _____

Name: __DANIEL NIESMAN__

City: __SCOTTSDALE__

State: __AZ__

36C



Witness Signature: _Michael R. Hansen_

Name: _Michelle L. Dardon_

City: _AZ Scottsdale_

State: _Arizona_

Witness may not be the Agent, the Agent's spouse or child, or the Notary Public.

State of ARIZONA        )
                        )
County of Maricopa    )

The foregoing instrument was acknowledged before me this _14th_ day of
_April_, 2008 by _Nona S. Dobbra_ (name of
Principal), who is personally known to me or who has produced
_Illinois Driver's License_ as identification.

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
JOHN DAVIS
My Commission Expires 05/26/08

_____
Signature of person taking acknowledgement
(Notary Public)

_John Davis_
Name typed, printed or stamped

36D

## AMERICAN HOME MORTGAGE ASSETS LLC

UNITED STATES  SECURITIES AND EXCHANGE COMMISSION WASHINGTON, D.C. 20549

Delaware # 72-1600641

Filed On 7/2/07 3:15pm ET · SEC File 333-143253-01 · Accession Number 882377-7-1854

American Home Mortgage Assets Trust 2007-5 - Mortgage-Backed Pass-Through Certificates, Series 2007-5

Underwriting Agreement, dated June 25, 2007, among

American Home Mortgage Assets LLC as depositor

Countrywide Securities Corporation underwriter

Wells Fargo Bank, N.A., as master servicer and securities administrator

Deutsche Bank National Trust Company, as trustee

American Home Mortgage Servicing, Inc. as Servicer

Deutsche Bank National Trust Company as Custodian

Wells Fargo Bank, N.A. as Master Servicer and Securities Administrator


American Home Mortgage Assets LLC, Formed in the State of Delaware on May 20, 2005 as a wholly-owned subsidiary of American Home Mortgage Corp., a New York corporation. The company was organized for the purpose of serving as a private secondary mortgage market conduit. The company maintains its principal office at 538 Broadhollow Road, Melville, New York, 11747. Its telephone number is (516) 396-7700.

## SIGNATURES

American Home Mortgage Assets LLC (Depositor) /s/ Stephen A. Hozie Stephen A. Hozie, Executive Vice President (senior officer in charge of securitization of the depositor) Date: March 27, 2008 Exhibit Index Exhibit No. 17 Names (Directors, Officers, Attorneys, Accountants, Bankers, Agents, et al.)

| Last Filing | Signatory |
|---|---|
| 8/10/07 | Alan Horn |
| 3/27/08 | Brian Bartlett |
| 3/27/08 | David Co |
| 3/27/08 | David M.Friedman |
| 1/25/08 | Elisabeth A. Brewster |
| 3/27/08 | Gary R. Vaughan |
| 3/27/08 | Joann Kaufman |
| 3/27/08 | Jose Sicilia |
| 3/27/08 | Joshua Kelly |
| 3/27/08 | Kevin C. Weeks |
| 3/27/08 | Kevin Fischer |
| 3/27/08 | Kung, LLP |
| 8/10/07 | Michael Strauss |
| 8/10/07 | Pauline K. Morran |
| 3/27/08 | Robert Prier |
| 3/27/08 | Stephen A. Hozie |
| 8/10/07 | Wells Fargo Bank, NA |

PRES.
Bankruptcy Atty.



Signature of Attorney X /s/ *Pauline K. Morgan* Signature of Attorney for Debtor(s) James L. Patton, Jr., Esq. **Pauline K. Morgan**, Esq. Young Conaway Stargatt & Taylor, LLP The Brandywine Building **1000 West Street, 17th Floor Wilmington, Delaware 19801** Telephone (302) 571-6600 and Facsimile (302) 571-1253

## AMERICAN HOME MORTGAGE ASSETS LLC - POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints each of Thomas McDonagh, Alan Horn, Michael Strauss and Stephen Hozie as his true and lawful attorney-in-fact and agent, with full power of substitution and re-substitution, for him and in his name, place and stead, in any and all capacities (including his capacity as manager and/or officer of American Home Mortgage Assets LLC), to sign any Registration Statement on Form S-3 and any or all amendments thereto (including post-effective amendments) of American Home Mortgage Assets LLC under the Securities Act of 1933, as amended, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorney-in-fact and agents full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully and to all intents and purposes as he might or could do in person, hereby ratifying and confirming that said attorney-in-fact and agent, or his substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| /s/ *Thomas McDonagh* | Director and Executive Vice President | February 7, 2006 |
| /s/ *Alan Horn* | Director and Secretary and Executive Vice President | February 7, 2006 |

## Representations by Sellers

In the case of mortgage loans, representations and warranties will generally include, among other things, that as to each mortgage loan: to the best of the Seller's knowledge, each mortgage loan at the time it was made complied in all material respects with applicable federal, state and local laws, including, without limitation, usury, equal credit opportunity, disclosure and recording laws; and, to the best of the Seller's knowledge, each mortgage loan has been serviced in all material respects in accordance with applicable federal, state and local laws, including, without limitation, usury, equal credit opportunity, disclosure and recording laws and the terms of the related mortgage note, the mortgage and other loan documents.

## Delaware General Corporation Law

The initial Officers of the Company shall be as follows, each to hold office until his successor is elected by the Board: President: Michael Strauss Executive Vice President: Thomas McDonagh Treasurer and Executive Vice President: Stephen Hozie Secretary and Executive Vice President: Alan Horn



## DUTY OF CARE

The duty of care in the discharge of a Manager's duties to the Company is limited to refraining from engaging in gross negligence or intentional misconduct.

### 4.4 INDEMNITY OF THE BOARD OF MANAGERS AND OF OTHERS.

To the fullest extent permitted by law, the Managers, or any Person who is or shall have been serving at the request of the Company as a manager, officer, employee or agent of another Entity, shall be indemnified and held harmless by the Company from and against any and all losses, liabilities or claims solely and directly attributable to such status or for acts or failures to act in connection therewith, provided that the scope of this indemnification and agreement to hold harmless shall not extend to losses arising from the gross negligence or intentional misconduct of the indemnitee and any indemnity under this Section

IN WITNESS WHEREOF, this Limited Liability Company Agreement is executed and delivered as of the date first written above by the undersigned, being the Member, which does hereby agree to be bound by the terms and provisions set forth in this Agreement. AMERICAN HOME MORTGAGE CORP., as Member By: /s/ *Michael Strauss* ———————— Name: Michael Strauss Title: President

## SECURITIZATIONS

In connection with its acquisition, **American Home is recapitalizing Flower through a $50 million in its new subsidiary. In addition, American Home will deposit at Flower approximately $350 million of its mortgage servicing escrow balances.**

**Flower is expected to hold, consumer loans and securities as its primary assets, and fund its holdings through deposits including the escrow balances.** American Home expects to record approximately $17 million of goodwill as a result of the Flower acquisition.

## MONA DOBBEN TRUST INFO AHMA 2007-5

AHMA 2007-5 **#1381**   ⟵
Her Margin Rate 1.625
Her LTV - 90
Her base Payment $1135.26
Her loan Term 480 months-Matures on 5/1/2047
Her Initial loan amount 400,500
Her FICO SCORE 793
Her Loan is Insured -TRUE
Her Loan First Payment Date 6/1/2007
Her ____0.375
Her Current Balance as of the Filing of the TRUST 402,064.44
Her Loan was STATED INCOME FIXED ASST -SIFA
Her Loan Was a- First Mortgage
Her Loan Was - NegAm based on MTA
Her Start Interest Rate 7.5%
Her Current Interest rate as of Filing of Trust -8.925%
Her Maximum Rate - 10.55%
Her Margin - 3.075%
Her Index to Start MTA - 4.175%
PMI COVERAGE PCT- 25% **MGIC**   ⟵ insurer
PMI LENDER PAID OPT -TRUE
PPP TERM MONTHS -
PPP TYPE SD- FALSE
PURPOSE SD - PURCHASE
R PROP CITY  PALMDALE
R PROP OCCUPANCY SD- Owner occupied

⟶ **DIRECTLY OFF OF TRUST – SEC FILING**
FWP ·              of 158±                        : 1380 NEGAM 0 7.925 0
10.55 4.65 MTA 4.65 7/1/2007 **1381 NEGAM 0 8.925 0 10.55 3.075 MTA 4.175 7/1/2007 1382**
**NEGAM 0 8.95 0 10.35 4.2 MTA 4.2 7/1/2007 ...** ; 1380 5/1/2012 1 1 60 12 9.679
1381 6/1/2008 1 1 12 12 8.089 1382 5/1/2008 1 1 12 12 9.227 ...      : 1380 6/1/2007
863.67 0.375 256430.66 SIFA Yes 5/1/2007 0 1381 6/1/2007 1135.26 0.375 402064.44 SIFA No
6/1/2007 0 1382 6/1/2007 183.49 0.375 68081.52 FIFA No 5/1/2007 0 ...      : 1380



First NegAm MTA 4/1/2047 TRUE 7.5 1.1 60 60 1381 First NegAm MTA 5/1/2047 TRUE 7.5
1.25 60 60 1382 First NegAm MTA 4/1/2047 TRUE 7.5 1.25 60 60 ...          : 1380 2.625
90 90 863.67 480 480 256500 718 TRUE 1381 1.625 90 90 1135.26 480 480 402500 793 TRUE
1382 1.4 90 90 183.49 480 480 67410 804 TRUE ...          : 1380 25 TRUE 36 6M on
80% RCO St Petersburg OO 1381 25 TRUE 0 FALSE PUR PALMDALE OO 1382 25 FALSE
12 6M on 80% PUR WESLACO INV ...          : 1380 1 Family FL 1 33707 0.375 A 1381
1 Family CA 1 93550 0.375 A 1382 1 Family TX 1 78596 0.375 A ...

1381 NEGAM 0 8.925 0 10.55 3.875 MTA 4.175 7/1/2007 1382 NEGAM 0 8.95 0 10.35 4.2
MTA 4.2 7/1/2007 ...
1381 6/1/2007 1135.26 0.375 402064.44 SIFA No 6/1/2007 0
1381 First NegAm MTA 5/1/2047 TRUE 7.5 1.25 60 60
1381 25 TRUE 0 FALSE PUR PALMDALE OO 1382 25 FALSE 12 6M on 80% PUR
WESLACO INV ...
1381 1 Family CA 1 93550 0.375 A

**Closing Date through**                  2.

**Violation of Various Federal, State and Local Laws May Result in Losses on the Mortgage
Loans.**
Applicable state and local laws generally regulate interest rates and other charges, require
specific disclosure, and require licensing of the originator. In addition, other state and local
laws, public policy and general principles of equity relating to the protection of consumers,
unfair and deceptive practices and debt collection practices may apply to the origination,
servicing and collection of the mortgage loans.

On the closing date, AHMC will represent, among other things, that each mortgage loan, at the
time it was made and as of the applicable transfer date, complied in all material respects with
all applicable laws and regulations, including, without limitation, usury, equal credit
opportunity, disclosure and recording laws and all predatory lending laws, and each loan
has been serviced in all material respects in accordance with applicable state and federal
laws, including, without limitation, usury, equal credit opportunity, disclosure and
recording laws. In the event of a breach of this representation, AHMC will be obligated to
cure the breach or repurchase or replace the affected mortgage loan in the manner described in
the accompanying prospectus.

### THE MORTGAGE POOL
All of the mortgage loans will be acquired by the Depositor on the date of issuance of the
Certificates from the Sponsor pursuant to the Mortgage Loan Purchase Agreement.

### THE SERVICER
The Servicer will send statements to borrowers and process the payments as received by
depositing them within two business days into the protected account. If the borrower is
delinquent, the Servicer will attempt to contact the borrower in an effort to make the
borrower current.



**American Home Mortgage Assets LLC.** ( A Non Debtor Just like Broadhollow & Mellville)
Formed in the State of Delaware on May 20, 2005 as a wholly-owned subsidiary of American Home
Mortgage Corp., a New York corporation. The company was organized for the purpose of serving as a
private secondary mortgage market conduit. The company maintains its principal office at 538
Broadhollow Road, Melville, New York, 11747

**Trust Information: (AHMA 2007-5)**
American Home Mortgage Assets Trust 2007-5 - Mortgage-Backed Pass-Through
Certificates, Series 2007-5
Delaware # 72-1600641 Filed On 7/2/07 · SEC File 333-143253-01 · Accession Number 882377-7-1854
American Home Mortgage Corp. - Sponsor
American Home Mortgage Assets LLC -Depositor — Acquire the loans
Deutsche Bank National Trust Company, as trustee and Custodian
Wells Fargo Bank, N.A. as Master Servicer and Securities Administrator

**Underwriting Agreement**, dated June 25, 2007, among American Home Mortgage Corp., as seller,
American Home Mortgage Assets LLC, as depositor, and Countrywide Securities Corporation, as
underwriter, originally filed on Form 8-K on July 20, 2007.

Pooling and Servicing Agreement, dated as of June 1, 2007, among American Home Mortgage Assets
LLC, as depositor, Wells Fargo Bank, N.A., as master servicer and securities administrator, and Deutsche
Bank National Trust Company, as trustee, originally filed on Form 8-K on July 20, 2007

American Home Mortgage Assets LLC (Depositor) Stephen A. Hozie, Executive Vice President (senior
officer in charge of securitization of the depositor)

**Signature of Attorney X /s/ Pauline K. Morgan** Signature of Attorney for Debtor(s) James L. Patton, Jr.,
Esq. Pauline K. Morgan, Esq. Young Conaway Stargatt & Taylor, LLP The Brandywine Building 1000
West Street, 17th Floor Wilmington, Delaware 19801

**AMERICAN HOME MORTGAGE ASSETS LLC - POWER OF ATTORNEY**
Thomas McDonagh, Director and Executive Vice President
Alan Horn, Director and Secretary and Executive Vice President
Michael Strauss President
Stephen Hozie Executive Vice President (senior officer in charge of securitization of the depositor)

In the case of mortgage loans, representations and warranties will generally include, among other
things, that as to each mortgage loan: to the best of the Seller's knowledge, each mortgage loan at the
time it was made complied in all material respects with applicable federal, state and local laws,
including, without limitation, usury, equal credit opportunity, disclosure and recording laws; and, to the
best of the Seller's knowledge, each mortgage loan has been serviced in all material respects in
accordance with applicable federal, state and local laws, including, without limitation, usury, equal
credit opportunity, disclosure and recording laws and the terms of the related mortgage note, the mortgage
and other loan documents.

**The Servicers**
Each servicer is required to maintain a fidelity bond and errors and omissions policy with respect to its
officers and employees and other persons acting on behalf of the servicer in connection with its activities
under a servicing agreement.

The master servicer for any mortgage pool will also be required to perform, or cause the servicers of the mortgage loans in the mortgage pool to perform, other customary functions of a servicer of comparable loans, including maintaining escrow or impound accounts for payment of taxes, insurance premiums and similar items, or otherwise monitoring the timely payment of those items; adjusting mortgage rates on ARM Loans; maintaining Buydown Accounts; supervising foreclosures and similar proceedings; managing REO properties; and maintaining servicing records relating to the mortgage loans in the mortgage pool. The master servicer will be responsible for filing and settling claims in respect of particular mortgage loans under any applicable instrument of credit enhancement.

## AMERICAN HOME MORTGAGE ASSETS LLC LIMITED LIABILITY COMPANY

AGREEMENT This LIMITED LIABILITY COMPANY AGREEMENT (the *"Agreement"*) of American Home Mortgage Assets LLC, a Delaware limited liability company (the *"Company"*), is made and entered into as of the 20th day of May, 2005, by and between American Home Mortgage Corp., a New York corporation (the *"Member"*), and the Company.

AMERICAN HOME MORTGAGE CORP., as Member By: /s/ *Michael Strauss* --
Michael Strauss Title: President
Limited Liability Company Agreement of American Home Mortgage Assets LLC adopted by the Member of the Company in order to be effective as of May 20, 2005.

By: /s/ *Thomas McDonagh*
Title:  Executive Vice President
Address for Notice Purposes: 538 Broadhollow Road  Melville, New York 11747

A judicial or nonjudicial foreclosure may be required, the lender may be required to give notice of default and the borrower may be granted some grace period during which the installment contract may be reinstated upon full payment of the defaulted amount and the borrower may have a post-foreclosure statutory redemption right.

## Section 2.05 TITLE TO TRUST PROPERTY.

Legal title to the Owner Trust Estate shall be vested at all times in the Trust as a separate legal entity except where applicable law in any jurisdiction requires title to any part of the Owner Trust Estate to be vested in a trustee or trustees, in which case title shall be deemed to be vested in the Owner Trustee, a co-trustee and/or a separate trustee, as the case may be.

## ARTICLE IV RIGHTS AND DUTIES OF BOARD OF MANAGERS

4.1 MANAGEMENT. The Board of Managers is hereby appointed the manager of the Company. The business and affairs of the Company shall be managed under the exclusive direction and control of the Board of Managers, and all powers of the Company shall be exercised by or under the authority of the Board of Managers. The Board of Managers shall consist of three Persons appointed by the Member; provided, however, that at all times at least one Person appointed to the Board of Managers shall be an *"Independent Manager."*

The initial Managers of the Company shall be Thomas McDonagh and Alan Horn.
The initial Independent Manager shall be Orlando Figueroa.



## Delaware General Corporation Law

The initial Officers of the Company shall be as follows, each to hold office until his successor is elected by the Board: **President: Michael Strauss Executive Vice President: Thomas McDonagh Treasurer and Executive Vice President: Stephen Hozie Secretary and Executive Vice President: Alan Horn**

## DUTY OF CARE

The duty of care in the discharge of a Manager's duties to **the Company is limited to refraining from engaging in gross negligence or intentional misconduct.**

### 4.4 INDEMNITY OF THE BOARD OF MANAGERS AND OF OTHERS.

To the fullest extent permitted by law, the Managers, or any Person who is or shall have been serving at the request of the Company as a manager, officer, employee or agent of another Entity, shall be indemnified and held harmless by the Company from and against any and all losses, liabilities or claims solely and directly attributable to such status or for acts or failures to act in connection therewith, provided that the scope of this indemnification and agreement **to hold harmless shall not extend to losses arising from the gross negligence or intentional misconduct of the indemnitee and any indemnity under this Section**

IN WITNESS WHEREOF, this Limited Liability Company Agreement is executed and delivered as of the date first written above by the undersigned, being the Member, which does hereby agree to be bound by the terms and provisions set forth in this Agreement. AMERICAN HOME MORTGAGE CORP., as Member By: /s/ *Michael Strauss* ---- Name: **Michael Strauss** Title: President



Case 07-11047-CSS    Doc 8141-3    Filed 10/05/09    Page 28 of 43    Page 1 of 1
California Secretary of State    California Business Search - Corporation Search Results
Case 2:08-cv-04142-DSF-CW    Document 1-7    Filed 06/23/2008    Page 31 of 50

# California Business Portal

Secretary of State

| CA BUSINESS PORTAL | | |

**Business Search Corporations**

New Search
Search Tips
Field Definitions
Status Definitions
Name Availability
Corporate Records
Business Entities
Records Order Form
  Certificates
  Copies
  Status Reports
FAQs
Corporations Main Page
Site Search

# Corporations

The information displayed here is current as of "APR 11, 2008" and is updated week is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a record may request a more extensive search by ordering a status report. Fees and instruct for ordering a status report are included on the Business Entities Records Order Certificates and/or certified copies can also be requested using the order form.

**Results of search for " deutsche bank "**

*Click on the name of the corporation for additional information.*

| Corp Number | Date Filed | Status | Corporation Name | Agent fi Service Proces |
|---|---|---|---|---|
| C1656031 | 1/9/1990 | forfeited | **DEUTSCHE BANK AG** | ROSS A HOWAR |
| C2671662 | 8/25/2004 | forfeited | **DEUTSCHE BANK BERKSHIRE MORTGAGE, INC.** | C T CORPORA SYSTEM |
| C1583704 | 3/30/1987 | active | **DEUTSCHE BANK INSURANCE AGENCY INCORPORATED** | C T CORPORA SYSTEM |
| C2065321 | 1/2/1998 | surrender | **DEUTSCHE BANK INVESTMENT MANAGEMENT INC.** | C T CORPORA SYSTEM |
| C2671663 | 8/25/2004 | surrender | **DEUTSCHE BANK MORTGAGE SERVICES, INC.** | C T CORPORA SYSTEM |
| C1945078 | 8/1/1995 | active | **DEUTSCHE BANK SECURITIES INC.** | C T CORPORA SYSTEM |
| C0896235 | 8/29/1978 | surrender | **DG BANK DEUTSCHE GENOSSENSCHAFTSBANK** | AGENT RESIGNED 10-24-19 |

Indenture
Trustee
→
AHMA
2007-5
Trust

Copyright ©2001 California Secretary of State. Privacy Statement.

37 H

U.S. Postal Service

**CERTIFIED MAIL RECEIPT**

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ $1.48 | 0864 |
| Certified Fee | $2.65 | 03 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | 09/16/2008 |

7004 1350 0003 7928 1509

Sent To
Deutsche Bank National Trust Company
Street, Apt. No.;
or PO Box No. 818 W. Seventh Street
City, State, ZIP+4
Los Angeles CA 90017

---

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Rudy Rivera_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Deutsche Bank National
     Trust Company
Indenture Trustee
CT Corporations Systems
818 West Seventh Street
Los Angeles CA 90017

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7004 1350 0003 7928 1509

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Rec 4-18-08 Back

37

October 1, 2007

Dear Ms. Dobben:

I received a call today from your daughter Alex and your friend Paula Rush terminating my management of your properties. I would like to confirm that you really want to terminate my management on your properties. Since I did not hear it from you direct and you are the owner of these homes. I tried to call you but you have not responded. I told the tenants to mail you the rent direct to your address. If I do not hear from you within ten days I will assume you really want to terminate the contract.

As per our conversation You told me to deduct the fees for the repairs and deposit the rest in the bank account. $ 315.67 went towards repairs from the $ 400.00 deposit on 08/23/07 .This came from 36546 Silverado St.. Palmdale. ca

$ 990.10 were deducted from Cash proceeds For repairs that came from 38645 37th St. E. Palmdale as per our phone conversation.

You will find copies of receipts, management agreements, lease agreements, copies of deposit slips.

Thank you

Ilham Theodory

38 A



## PREFERRED REAL ESTATE & INV.
### 646 W. LANCASTER BLVD.
### LANCASTER, CA 93534
### PHONE (661) 949-2477
### FAX (661) 948-3383
### CELL (661) 317-5589

## MANAGEMENT FEES

### 38645 37th st. E.
### Palmdale, ca

July 1 , 2007    MOVE IN

| | | |
|---|---|---|
| Upfront fee | | $ 500.00 |
| Monthly management fee | ( July 2007 | $ 100.00 |
| Monthly management fee | ( August  2007 | $ 100.00 |
| Monthly management fee | ( September | $ 100.00 |
| | Total | $ 800.00 |
| Paid upfront fee | | - $500.00 |
| | Balance | $ 300.00 |

31 A

# STATEMENT OF COST OF REPAIRS

## 1. 38645 37TH ST. E.    PALMDALE, CA

| | |
|---|---|
| Professional Appliance Repair<br>Repair of water heater leak | $ 50.00 |
| Garage Door opener estimate<br>High estimate, only paid him for gas | $ 20.00 |
| Under the sink leak  Parts & Labor | $ 102.20 |
| Garage door repair | $ 130.00 |
| | $ 302.20 |

*July 19*

*Paid*

40.0-
342.20

40 A

97894

## STATEMENT

DATE 8/18/02

TO **MoNA Dobben**

ADDRESS **37Th St East**
**Palmdale, CA 93550**

IN ACCOUNT WITH **Professional Appliance Repair**

Pd to
WHO ?

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/18/02 | Repair water Heater on 37Th St East | | | | 50 | 00 |
| | | | | | | |
| | Paid by preformed Real Estate | | | | 50 | 00 |
| | Balance | | | | 0.00 | |

Baumer DC5012

40 B



RECEIPT

DATE  08  17  07    No. 267518    $20.00

RECEIVED FROM  EMILE THEODORY

TWENTY  /00  37TH N J E  DOLLARS

FOR RENT  GAS  "  GARAGE DOOR OPENER.

FOR

| ACCOUNT | | | CASH |
|---|---|---|---|
| | | | CHECK |
| BAL. DUE | 0 | | MONEY |

40C



40 D



40E

# JEREMY'S

**JOB INVOICE**

Lic. # 762407 • Licensed & Bonded
661.949.3399 Direct • 661.208.1899 Cell

5-27-07

**BILL TO** Ilhua Theodory
**ADDRESS** 37 St East
**CITY** Palmdale

**DESCRIPTION OF WORK** Service

☐ service
☐ contract
☐ extra

| | DESCRIPTION | ITEM | AMOUNT |
|---|---|---|---|
| 1) | Craftsmen 1/2 Hp Chain drive | | 1 |
| 1) | Installed - Gear Assembly | | 100 |
| 1) | Install - Limit B & Adjuster | | 30 |
| | Tested - Ok | | |
| | Paid | | |

| HOURS | LABOR | AMOUNT | TOTAL MATERIALS | |
|---|---|---|---|---|
| | MECHANICS | | | |
| | HELPERS | | TOTAL LABOR | |

X Ilhua Theodory

TAX

**TOTAL** 130

40 F

**PREFERRED REAL ESTATE**
**A INVESTMENT, INC.**
LANCASTER, CA
PH. 661-

1111

JULY, 19, 07 DATE

PAY TO THE
ORDER OF __Hugo "M" Gonzalez__    | $ 40.⁰⁰

__Fourty dollars & 00/100__    DOLLARS

FOR __37ᵗʰ St. EAST__    Emil Stradoy

⑈122000247⑈ 6579157360⑈ 01111

406

Premises: 38645 37TH ST. E., LANCASTER CA                          Date: June 16, 2007

Landlord and Tenant acknowledge and agree Brokers: (a) do not guarantee the condition of the Premises; (b) cannot verify representations made by others; (c) cannot provide legal or tax advice; (d) will not provide other advice or information that exceeds the knowledge, education or experience required to obtain a real estate license. Furthermore, if Brokers are not also acting as Landlord in this Agreement, Brokers: (e) do not decide what rental rate a Tenant should pay or Landlord should accept; and (f) do not decide upon the length or other terms of tenancy. Landlord and Tenant agree that they will seek legal, tax, insurance and other desired assistance from appropriate professionals.

Tenant _Katuka Webster_                    KATUKA K. WEBSTER Date June 16, 2007
Address 38645 37TH ST. E.           City LANCASTER        State CA Zip 9 335
Telephone (661)299-5946   Fax (661)299-5946   E-mail KAY.BYTHEGRACEOFGOD@HOTMAIL.NET

Tenant _____        Date _____
Address _____ City _____ State ____ Zip ____
Telephone _____ Fax _____ E-mail _____

46. ☐ **GUARANTEE:** In consideration of the execution of the Agreement by and between Landlord and Tenant and for valuable consideration, receipt of which is hereby acknowledged, the undersigned ("Guarantor") does hereby: (i) guarantee unconditionally to Landlord and Landlord's agents, successors and assigns, the prompt payment of Rent or other sums that become due pursuant to this Agreement, including any and all court costs and attorney fees included in enforcing the Agreement; (ii) consent to any changes, modifications or alterations of any term in this Agreement agreed to by Landlord and Tenant; and (iii) waive any right to require Landlord and/or Landlord's agents to proceed against Tenant for any default occurring under this Agreement before seeking to enforce this Guarantee.

Guarantor (Print Name) MENA DOUGHERTY
Guarantor _Mena S Dougherty_                    Date 10-19-2007
Address _____ City _____ State ____ Zip ____
Telephone _____ Fax _____ E-mail _____

47. **OWNER COMPENSATION TO BROKER:** Upon execution of this Agreement, Owner agrees to pay compensation to Broker as specified in a separate written agreement between Owner and Broker (C.A.R. Form LCA).

48. **RECEIPT:** If specified in paragraph 5, Landlord or Broker, acknowledges receipt of move-in funds.

Landlord _____ MENA DOUGHERTY Date _____
(Owner or Agent with authority to enter into this Agreement)

_Landlord_ _____        Date _____
_Owner or Agent with authority to enter into this Agreement)

Landlord Address _____ City _____ State ____ Zip ____
Telephone _____ Fax _____ E-mail _____

**REAL ESTATE BROKERS:**
A. Real estate brokers who are not also Landlord under the Agreement are not parties to the Agreement between Landlord and Tenant.
B. Agency relationships are confirmed in paragraph 42.
C. COOPERATING BROKER COMPENSATION: Listing Broker agrees to pay Cooperating Broker (Leasing Firm) and Cooperating Broker agrees to accept: (i) the amount specified in the MLS, provided Cooperating Broker is a Participant of the MLS in which the Property is offered for sale or a reciprocal MLS; or (ii) ☐ (if checked) the amount specified in a separate written agreement between Listing Broker and Cooperating Broker.

Real Estate Broker (Leasing Firm) PREFERRED REAL ESTATE & INV.
By (Agent) _____        Date 4/18/7
Address _____ City _____ State ____ Zip ____
Telephone (661)949-3477   Fax (661)949-3193   E-mail _____

Real Estate Broker (Listing Firm) PREFERRED REAL ESTATE & INV.
By (Agent) _____        Date _____
Address _____ City _____ State ____ Zip ____
Telephone _____ Fax _____ E-mail _____

THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR. REALTOR is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS
525 South Virgil Avenue, Los Angeles, California 90020

Reviewed by _____ Date _____

LR REVISED 10/04 (PAGE 6 OF 6)

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (LR PAGE 6 OF 6)**

ul A



**ASSOCIATION OF REALTORS®**

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT**
(C.A.R. Form LR, Revised 10/04)

MONA DOBBEN _____ ("Landlord") and
KALISHA E. JEFFERSON _____ ("Tenant") agree as follows:

**PROPERTY:**

A. Landlord rents to Tenant and Tenant rents from Landlord, the real property and improvements described as: 38645 37TH ST. E., LANCASTER, CA ("Premises").

B. The Premises are for the sole use as a personal residence by the following named person(s) only: BRYAN JEFFERSON, MALIK SMITH, KAILA JEFFERSON, BRYAN JEFFERSON JR.

C. The following personal property, maintained pursuant to paragraph 11, is included: _____ or ☐ (if checked) the personal property on the attached addendum.

2. **TERM:** The term begins on (date) _____ ("Commencement Date"), (Check A or B):

   ☐ A. Month-to-Month: and continues as a month-to-month tenancy. Tenant may terminate the tenancy by giving written notice at least 30 days prior to the intended termination date. Landlord may terminate the tenancy by giving written notice as provided by law. Such notice may be given on any date.

   ☒ B. Lease: and shall terminate on (date) _____ June 18, 2008 _____ at 5:00 ☐ AM ☒ PM. Tenant shall vacate the Premises upon termination of the Agreement, unless: (i) Landlord and Tenant have in writing extended this agreement or signed a new agreement; (ii) mandated by local rent control law; or (iii) Landlord accepts Rent from Tenant (other than past due Rent), in which case a month-to-month tenancy shall be created which either party may terminate as specified in paragraph 2A. Rent shall be at a rate agreed to by Landlord and Tenant, or as allowed by law. All other terms and conditions of this Agreement shall remain in full force and effect.

3. **RENT:** "Rent" shall mean all monetary obligations of Tenant to Landlord under the terms of the Agreement, except security deposit.

   A. Tenant agrees to pay $ 2,100.00 per month for the term of the Agreement.

   B. Rent is payable in advance on the 1st (or ☐ _____ ) day of each calendar month, and is delinquent on the next day.

   C. If Commencement Date falls on any day other than the day Rent is payable under paragraph 3B, and Tenant has paid one full month's Rent in advance of Commencement Date, Rent for the second calendar month shall be prorated based on a 30-day period.

   D. **PAYMENT:** Rent shall be paid by ☐ personal check, ☒ money order, ☐ cashier's check, ☐ other _____ to (name) MONA DOBBEN (phone) _____ at (address) 659 W. LANCASTER BLVD., LANCASTER, CA 93534 (or at any other location subsequently specified by Landlord in writing to Tenant) between the hours of 9:00 A.M. and 5:00 P.M. on the following days MONDAY - FRIDAY . If any payment is returned for non-sufficient funds ("NSF") or because tenant stops payment, then, after that: (i) Landlord may, in writing, require Tenant to pay Rent in cash for three months and (ii) all future Rent shall be paid by ☐ money order, or ☐ cashier's check.

4. **SECURITY DEPOSIT:**

   A. Tenant agrees to pay $ 1,900.00 as a security deposit. Security deposit will be ☒ transferred to and held by the Owner of the Premises, or ☐ held in Owner's Broker's trust account.

   B. All or any portion of the security deposit may be used, as reasonably necessary, to: (i) cure Tenant's default in payment of Rent (which includes Late Charges, NSF fees or other sums due); (ii) repair damage, excluding ordinary wear and tear, caused by Tenant or by a guest or licensee of Tenant; (iii) clean Premises, if necessary, upon termination of the tenancy; and (iv) replace or return personal property or appurtenances. SECURITY DEPOSIT SHALL NOT BE USED BY TENANT IN LIEU OF PAYMENT OF LAST MONTH'S RENT. If all or any portion of the security deposit is used during the tenancy, Tenant agrees to reinstate the total security deposit within five days after written notice is delivered to Tenant. Within 21 days after Tenant vacates the Premises, Landlord shall: (1) furnish Tenant an itemized statement indicating the amount of any security deposit received and the basis for its disposition and supporting documentation as required by California Civil Code § 1950.5(g); and (2) return any remaining portion of the security deposit to Tenant.

   C. Security deposit will not be returned until all Tenants have vacated the Premises. Any security deposit returned by check shall be made out to all Tenants named on this Agreement, or as subsequently modified.

   D. No interest will be paid on security deposit unless required by local law.

   E. If the security deposit is held by Owner, Tenant agrees not to hold Broker responsible for its return. If the security deposit is held in Owner's Broker's trust account, and Broker's authority is terminated before expiration of this Agreement, and security deposit is released to someone other than Tenant, then Broker shall notify Tenant, in writing, where and to whom security deposit has been released. Once Tenant has been provided such notice, Tenant agrees not to hold Broker responsible for the security deposit.

5. **MOVE-IN COSTS RECEIVED/DUE:** Move-in funds made payable to _____ shall be paid by ☐ personal check, ☐ money order, or ☐ cashier's check.

| Category | Total Due | Payment Received | Balance Due | Date Due |
|---|---|---|---|---|
| Rent from 07/01/2007 to 08/01/2007 (date) | $2,100.00 | | $2,100.00 | |
| *Security Deposit | $1,900.00 | $1,100.00 | $800.00 | |
| Other | | | | |
| Other | | | | |
| Total | $4,000.00 | $1,100.00 | $2,900.00 | |

*The maximum amount Landlord may receive as security deposit, however designated, cannot exceed two months' Rent for unfurnished premises, or three months' Rent for furnished premises.

Copyright laws of the United States (Title 17 U.S. Code) forbid the unauthorized reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. Copyright © 1991-2004, CALIFORNIA ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED.

Tenant's Initials ( KK )( _____ )
Landlord's Initials ( MD )( _____ )

Reviewed by _____ Date _____

LR REVISED 10/04 (PAGE 1 OF 6)

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (LR PAGE 1 OF 6)**

| Agent: ILHAM THEODORY | Phone: (661)492-4277 | Fax: (661) | Prepared using WINForms® software |
|---|---|---|---|
| Broker: Preferred Real Estate | 659 W. Lancaster Blvd. , Lancaster | CA 93534 | |

41B

# GATEWAY TITLE COMPANY

2497 Harbor Boulevard, Suite 3, Ventura, CA 93001

(805) 643-2349

## BUYERS/BORROWERS CLOSING STATEMENT
### Estimated

**Buyer/Borrower:**    Mena S. Dobben

Escrow No:    06096743-623  1SM
Close Date:    06/06/2007
Proration Date:
Date Prepared:    05/30/2007

**Property:**    45946 Desert Springs Road
Lancaster, CA  93534

| Description | Debit | Credit |
|---|---|---|
| **TOTAL CONSIDERATION:** | | |
| Total Consideration | $280,000.00 | |
| Deposit/Earnest Money | | 500.00 |
| **NEW AND EXISTING ENCUMBRANCES:** | | |
| Principal Amount of Loan from Countrywide Bank, FSB | | 224,000.00 |
| Second Mortgage from Countrywide Bank , FSB | | 28,000.00 |
| **LENDER'S AND LOAN RELATED CHARGES:** | | |
| Appraisal Fee to  Hanses Appraisal | 400.00 | |
| Credit Report to  Landsafe Credit | 18.00 | |
| Tax Service Contract to Countrywide Bank, FSB | 80.00 | |
| Lender fee to Countrywide Bank, FSB | 695.00 | |
| Flood Check fee to  Landsafe Flood Det. | 26.00 | |
| Prepaid Interest to Countrywide Bank, FSB | 1,336.40 | |
| @ $51.40 per day        From 06/05/07 To 07/01/07 | | |
| Prem. pd to Bkr. by Lender to Historical Finance | ($4,480.00) | |
| $0.00 | | |
| **PRORATIONS AND ADJUSTMENTS:** | | |
| County Taxes        From 06/06/07 To 07/01/07 | 192.96 | |
| Based on the Semi - Annual amount of $1,389.33 | | |
| **TITLE AND ESCROW CHARGES:** | | |
| Title Insurance to Gateway Title Company C | 419.00 | |
| Overnight Fee(s) to Gateway Title Company | 40.00 | |
| Endorsement, if any to Gateway Title Company C | 150.00 | |
| e-mail doc's to Gateway Title Company | 75.00 | |
| Escrow Fee to Gateway Title Company | 620.00 | |
| **RECORDING FEES:** | | |
| Recording Fees to Gateway Title Company C | 200.00 | |
| **ADDITIONAL CHARGES:** | | |
| FUNDS held for final audit to Gateway Title | 300.00 | |
| Insurance prem. to Agent | 500.00 | |
| | | |
| Sub Totals | 285,052.36 | 252,500.00 |
| Balance Due From Buyer/Borrower | | 32,552.36 |
| Totals | $285,052.36 | $285,052.36 |

This statement is based on information available to the escrow holder as of the date this statement was prepared and the closing date shown above.  Actual amounts may change and/or vary depending on updated information received and the final closing date.

42-A

# GATEWAY TITLE COMPANY

2497 Harbor Boulevard, Suite 3, Ventura, CA 93001
(805) 643-2349

## BUYERS/BORROWERS CLOSING STATEMENT

### Final

Buyer/Borrower:  **Mona S. Dobben**

| | |
|---|---|
| Escrow No: | **06096743-623 1SM** |
| Close Date: | 06/14/2007 |
| Proration Date: | |
| Date Prepared: | 06/14/2007 |

Property:  **45946 Desert Springs Road**

**Lancaster, CA 93534**

| Description | | Debit | Credit |
|---|---|---|---|
| **TOTAL CONSIDERATION:** | | | |
| Total Consideration | | $280,000.00 | |
| Deposit/Earnest Money | | | 500.00 |
| Additional Deposit | | | 23,000.00 |
| Additional Deposit | | | 5,000.00 |
| **NEW AND EXISTING ENCUMBRANCES:** | | | |
| Principal Amount of Loan from Countrywide Bank, FSB | | | 224,000.00 |
| Second Mortgage from Countrywide Bank , FSB | | | 28,000.00 |
| **LENDER'S AND LOAN RELATED CHARGES:** | | | |
| Appraisal Fee to Hansen Appraisal | (POC $375.00) | | |
| Credit Report to Landsafe Credit | (POC $18.00) | | |
| Tax Service Contract to Countrywide Bank, FSB | | 80.00 | |
| Lender fee to Countrywide Bank, FSB | | 695.00 | |
| Flood Check fee to Landsafe Flood Det. | | 26.00 | |
| credit from Loan Broker to Historical Finance | | (3,713.41) | |
| Prepaid Interest to Countrywide Bank, FSB | | 925.20 | |
| @ $51.40 per day        From 06/13/07 To 07/01/07 | | | |
| Prem. pd to Bkr. by Lender to Historical Finance | ($4,480.00) | | |
| $0.00 | | | |
| **PRORATIONS AND ADJUSTMENTS:** | | | |
| County Taxes        From 06/14/07 To 07/01/07 | | 131.21 | |
| Based on the Semi - Annual amount of $1,389.33 | | | |
| **TITLE AND ESCROW CHARGES:** | | | |
| Title Insurance to Gateway Title Company C | | 388.00 | |
| Overnight Fee(s) to Gateway Title Company | | 40.00 | |
| e-mail doc's to Gateway Title Company | | 75.00 | |
| Escrow Fee to Gateway Title Company | | 620.00 | |
| **RECORDING FEES:** | | | |
| Recording Fees to Gateway Title Company C | | 137.00 | |
| **ADDITIONAL CHARGES:** | | | |
| Insurance prem. to State Farm | | 896.00 | |
| Notary/Sign-Up Service to Express Notary Service, Inc. | | 200.00 | |
| | | | |
| Sub Totals | | 280,500.00 | 280,500.00 |
| /Borrower | | | |
| Totals | | $280,500.00 | $280,500.00 |

**43A**

**Desert Springs**

File No. 45946 DSD-MH Page #7

## Uniform Residential Appraisal Report

45946 DSD-MH
File # 45946 DSD-MH

the lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

### SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name MICHAEL HANSEN | Name |
| Company Name  Hansen Appraisals & Assoc. | Company Name |
| Company Address  4654-B EAST AVE S, SUITE 149, PALMDALE, CA 93550 | Company Address |
| Telephone Number (661) 267-7198 | Telephone Number |
| Email Address  mikehs@sbcglobal.net | Email Address |
| Date of Signature and Report  May 07, 2007 | Date of Signature |
| Effective Date of Appraisal  05/04/2007 | State Certification # |
| State Certification # | or State License # |
| or State License #  AL036027 | State |
| or Other (describe)            State # | Expiration Date of Certification or License |

**44A**