IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
) Chapter 11
AMERICAN HOME MORTGAGE )
HOLDINGS, INC., a Delaware corporation, ) Case No. 07-11047 (CSS)
et al., )
        Debtors. ) Jointly Administered
)

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE     :
                               : SS:
NEW CASTLE COUNTY  :

      I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 6, 2009, I caused to be served:

**CITIMORTGAGE, INC.'S RESPONSE IN SUPPORT OF ITS AMENDED COMBINED:
(1) STATEMENT OF CURE AMOUNT FOR PERIOD BETWEEN INITIAL CLOSING AND FINAL CLOSING; AND (2) OBJECTION TO PROPOSED PURCHASER'S CURE AMOUNTS
(Docket Nos. 11, 66, 1703, 1711, 2166, 2466, 3847, 4021, 4084, 4738 and 7248)**
[Docket No. 8142]

**CITIMORTGAGE, INC.'S REQUEST FOR JUDICIAL NOTICE
(Docket Nos. 11, 66, 1703, 1711, 2166, 2466, 3847, 4021, 4084, 4738 and 7248)**
[Docket No. 8143]

      Service was completed upon parties on the attached list in the manner indicated thereon.

Date: October 6, 2009

                                                        _____
                                                        William Weller

      SWORN AND SUBSCRIBED before me this 6th day of October, 2009.

                                              NOTARY
                                              My commission expires:_____

                                              DEBORAH QUAINTANCE COOK
WWW/112908-0002/2339898/1 10/6/2009         Notary Public - State of Delaware
                                              My Comm. Expires May 11, 2011

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Robert S. Brady, Esq.<br>James L. Patton, Jr., Esq.<br>Pauline K. Morgan, Esq.<br>Matthew B. Lunn, Esq.<br>M. Blake Cleary, Esq.<br>Sean M. Beach, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Facsimile: (302) 571-1253<br>[Counsel to the Debtors]<br><br>Bonnie Glantz Fatell, Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Facsimile: (302) 428-5110<br>[Counsel for the Official Committee of Unsecured Creditors]<br><br>Joseph McMahon, Jr., Esq.<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>[United States Trustee]<br><br>Mark Minuti, Esq.<br>Lucian Murley, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>[Counsel to American Home Mortgage Servicing Inc., f/k/a AH Mortgage Acquisition Co. Inc.] | **VIA FIRST CLASS MAIL**<br>Mark S. Indelicato, Esq.<br>Mark T. Power, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022<br>Facsimile: (212) 478-7400<br>[Counsel for the Official Committee of Unsecured Creditors] |