IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William Jeff Barnes, Esquire to represent Laura Beall, an interested party in the above-captioned bankruptcy proceeding.

DATED: October 7, 2009

                                  Christopher D. Loizides (No. 3968)
                                  LOIZIDES, P.A.
                                  1225 King Street, Suite 800
                                  Wilmington, DE 19801
                                  Telephone:   (302) 654-0248
                                  Facsimile:    (302) 654-0728
                                  Email:         loizides@loizides.com

---

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; AHM SV, Inc. (f/ka American Home Mortgage Servicing, Inc.), a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability corporation; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

Barnes Pro Hac Vice Motion.DOCX

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Florida and Colorado and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

William Jeff Barnes (FL Bar No. 746479)
1515 N. Federal Highway, Suite 300
Boca Raton, FL 33432
Telephone:   (561) 864-1067
Facsimile:   (702) 804-8137

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

DATED: _____

The Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge

Barnes PHV.doc                        2