IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------------ x | |
| In re: : | Chapter 11 |
| : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., : | |
| : | Jointly Administered |
| Debtors. : | |
| ------------------------------------------------------------------ x | Ref. No. 8086 |

**CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 8086**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing Issuance of a Subpoena to GRM Information Management Services to Access and Inspect Debtors' Records in Possession of GRM Information Management Services (the "Motion") has been received. The Court's docket which was last updated October 7, 2009, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than October 5, 2009 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
October 7, 2009

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Margaret Whiteman Greecher
                Sean M. Beach (No. 4070)
                Margaret Whiteman Greecher (No. 4652)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession