419772.1

# EXHIBIT A

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Craig D. Grear | Partner since 2000. Joined firm as an associate in 1996. Member of DE Bar since 1990. | 610.00 | 9.30 | 5,673.00 |
| Robert S. Brady | Partner since 1998. Joined the firm as an associate in 1990. Member of DE Bar since 1990. | 610.00 | 0.40 | 244.00 |
| Rolin Bissell | Partner since 2003. Joined the firm as a partner in 2003. Member of DE Bar since 2004. | 610.00 | 11.70 | 7,137.00 |
| Pauline K. Morgan | Partner since 2000. Joined firm as an associate in 1997. Member of PA and NJ Bars since 1987. Member of DE Bar since 1997. Member of the NY Bar since 2007. | 600.00 | 1.20 | 720.00 |
| John T. Dorsey | Partner since 2004. Joined firm as special counsel in 2003. Member of DE Bar since 1991. | 580.00 | 29.90 | 17,342.00 |
| Curtis J. Crowther | Special Counsel 2006. Joined the firm as an associate in 2001. Member of DE and PA Bars since 1994. | 450.00 | 29.70 | 13,365.00 |
| Sean M. Beach | Partner since 2009. Joined firm as an associate in 2000. Member of DE Bar since 2001. Member of NY Bar since 2007. | 440.00 | 60.00 | 26,400.00 |

## ATTORNEY/PARAPROFESSIONAL SUMMARY

| Name of Professional Person | Position of the Applicant (Year Licensed to Practice) | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Mark S. Indelicato | Partner (1986) | $745.00 | 28.10 | $20,934.50 |
| Mark T. Power | Partner (1989) | $745.00 | 21.60 | $16,092.00 |
| Edward L. Schnitzer | Partner (2008) | $525.00 | 11.40 | $5,985.00 |
| Don D. Grubman | Partner (1979) | $695.00 | 11.70 | $8,131.50 |
| John P. McCahey | Partner (1986) | $735.00 | 60.30 | $44,320.50 |
| Zachary Newman | Partner (1994) | $640.00 | 5.40 | $3,456.00 |
| Robert Malatak | Special Counsel (1994 | $560.00 | 19.10 | $10,696.00 |
| Christina J. Kang | Associate (2002) | $485.00 | 25.80 | $12,513.00 |
| Jeffrey Zawadzki | Associate (2004) | $375.00 | 23.10 | $8,662.50 |
| Emmet Keary | Associate (2006) | $320.00 | 86.10 | $27,552.00 |
| Alison Schrag | Associates (2006) | $320.00 | 14.70 | $4,704.00 |
| Nicholas Rigano | Associates (2008) | $270.00 | .40 | $108.00 |
| Annie Power | Associates (2008) | $270.00 | 75.00 | $20,250.00 |
| Jason W. Smith | Paralegal (N/A) | $245.00 | 24.30 | $5,953.50 |