## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2009, a copy of the foregoing was served by facsimile on:

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6464

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
(302) 573-6497

Mr. M. Jacob Renick
Fee Examiner
NachmanHaysBrownstein, Inc.
Olympic Tower
645 Fifth Avenue, 8th Floor
New York, NY 10022
(212) 751-3512

Robert S. Brady, Esquire
Sean M. Beach, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-1253

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(212) 478-7400

_____
Thomas G. Macauley (ID No. 3411)

2112514.1