IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
                        Debtors.                                       :
---------------------------------------------------------------------- x

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

December 9, 2009 at 10:00 a.m.
January 5, 2010 [~~2009~~] at 11:00 a.m.

Dated: October 8, 2009
       Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE