IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: American Home Mortgage Holdings Inc et al     **Docket Item #4**

|  |  |  |
|---|---|---|
| Calyon New York Branch | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 09-746 |
| v. | ) | |
| | ) | |
| | ) | |
| American Home Mortgage Holdings Inc | ) | |
| et al | ) | Bankruptcy Case No.07-11047 |
| | | BAP No.09-71 |
| Appellee | | |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 9/8/09 was docketed in the District Court on 10/7/09:

> Findings of Fact and Conclusions of Law Regarding Repurchased Claims are Sustained and the Repurchase Claims are expunged

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                        Peter T. Dalleo
                                        Clerk of Court

Date:   October 7, 2009

To:     U.S. Bankruptcy Court
       Counsel