UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re

AMERICAN HOME MORTGAGE HOLDINGS,
INC., *et al.*,[1]

                                        Debtors.

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

**Re: Docket No. 8014**

---------------------------------------------------------------------x
KATHY S. KOCH, JARRETT PERRY,
GINA PULLIAM, MICHAEL S. SUROWIEC,
KATHLEEN WIELGUS, and PATRICIA WILLIAMS,
on their own behalf and on behalf of all other persons
similarly situated,

                                        Plaintiffs,

                        - against-

AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE,
INC., AMERICAN HOME MORTGAGE
SERVICING, INC., AMERICAN HOME
INVESTMENT CORP., and AMERICAN
HOME MORTGAGE HOLDINGS, INC.,

                                        Defendants.

Adv. Pro. No. 07-51688 (CSS)

**Re: Adv. Proc. Dkt. No. 100**

---------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION TO JOINT MOTION TO (I) APPROVE A SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019, (II) PRELIMINARILY APPROVE THE SETTLEMENT PURSUANT TO BANKRUPTCY RULE 7023, (III) APPROVE THE FORM AND MANNER OF NOTICE TO CLASS MEMBERS OF THE SETTLEMENT, (IV) SCHEDULE A FAIRNESS HEARING TO CONSIDER FINAL APPROVAL OF THE SETTLEMENT, (V) FINALLY APPROVE THE SETTLEMENT PURSUANT TO BANKRUPTCY RULE 7023 AFTER THE FAIRNESS HEARING, AND (VI) GRANT RELATED RELIEF**
**[DKT. NO. 8014 and ADV. PROC. DKT. NO. 100]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

128189.01600/21822326v.1

The undersigned hereby certifies as follows:

1. The Joint Motion to (i) Approve a Settlement Pursuant to Bankruptcy Rule 9019, (ii) Preliminarily Approve the Settlement Pursuant to Bankruptcy Rule 7023, (iii) Approve the Form and Manner of Notice to Class Members of the Settlement, (iv) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (v) Finally Approve the Settlement Pursuant to Bankruptcy Rule 7023 After the Fairness Hearing, and (vi) Grant Related Relief (the "Motion") was filed on September 4, 2009 and docketed at Docket Number 8014 (and filed on September 3, 2009 in *Rasheed et al. v American Home Mortgage Corp. et al.* and docketed at Adv. Proc. Dkt. No. 100). Objections to the Motion, if any, were to be filed and served on the undersigned on or before October 6, 2009.

2. The undersigned certifies that he has caused a review of the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon and that he has not received any answer, objection or other responsive pleading to the Motion.

3. Accordingly, the undersigned respectfully requests that the Court enter an order approving the Motion substantially in the form attached thereto at its earliest convenience.

Dated: October 8, 2009

BLANK ROME LLP

*/s/ David W. Carickhoff*

Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and

- 3 -

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Mark T. Power
        488 Madison Avenue
        New York, New York 10022
        Telephone:    (212) 478-7200
        Facsimile:    (212) 478-7400

*Counsel for the Official Committee of Unsecured Creditors*