# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------------------x
In re                                          Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS,               Case No. 07-11047 (CSS)
INC., et al., [1]                              (Jointly Administered)

                               Debtors.        Re: Docket No. 8015
---------------------------------------------------------------------x
KATHY S. KOCH, JARRETT PERRY,
GINA PULLIAM, MICHAEL S. SUROWIEC,
KATHLEEN WIELGUS, and PATRICIA WILLIAMS,
on their own behalf and on behalf of all other persons    Adv. Pro. No. 07-51688 (CSS)
similarly situated,

                               Plaintiffs,

            - against-

AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE,
INC., AMERICAN HOME MORTGAGE
SERVICING, INC., AMERICAN HOME
INVESTMENT CORP., and AMERICAN
HOME MORTGAGE HOLDINGS, INC.,

                               Defendants.     Re: Adv. Proc. Dkt. No. 101
---------------------------------------------------------------------x
```

**CERTIFICATE OF NO OBJECTION TO JOINT MOTION TO FILE UNDER SEAL EXHIBITS A AND B TO THE SETTLEMENT AGREEMENT RESOLVING CERTAIN EMPLOYMENT-RELATED CLAIMS [DKT. NO. 8015 and ADV. PROC. DKT. NO. 101]**

The undersigned hereby certifies as follows:

1.      The Joint Motion to File Under Seal Exhibits A and B to the Settlement Agreement Resolving Certain Employment-Related Claims (the "Motion") was filed on

- 2 -

September 4, 2009 and docketed at Docket Number 8015 (and filed on September 3, 2009 in *Rasheed et al. v American Home Mortgage Corp. et al.* and docketed at Adv. Proc. Dkt. No. 101). Objections to the Motion, if any, were to be filed and served on the undersigned on or before October 6, 2009.

2. The undersigned certifies that he has caused a review of the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon and that he has not received any answer, objection or other responsive pleading to the Motion.

3. Accordingly, the undersigned respectfully requests that the Court enter an order approving the Motion substantially in the form attached thereto at its earliest convenience.

Dated:   October 8, 2009

                                  BLANK ROME LLP

                                  */s/ David W. Carickhoff*
                                  Bonnie Glantz Fatell (No. 3809)
                                  David W. Carickhoff (No. 3715)
                                  1201 Market Street, Suite 800
                                  Wilmington, Delaware 19801
                                  Telephone:     (302) 425-6400
                                  Facsimile:     (302) 425-6464

                                  -and-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

128189.01600/21822330v.1

- 3 -

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Mark T. Power
        488 Madison Avenue
        New York, New York 10022
        Telephone:    (212) 478-7200
        Facsimile:    (212) 478-7400

        *Counsel for the Official Committee of Unsecured Creditors*