IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------ x | | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 13, 2009 AT 10:00 A.M. (ET)**

## ADJOURNED/RESOLVED MATTERS

1.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

  Response Deadline:    June 4, 2008 at 4:00 p.m.

  Related Documents:

      a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

  Responses Filed:    See Exhibit A, attached

  Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned to November 13, 2009 at 10:00 a.m.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]  **Amendments appear in bold.**

2.      Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

        a)      Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:      See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to November 13, 2009 at 10:00 a.m.

3.      Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

        a)      Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

        b)      Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:      See Exhibit C, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to November 13, 2009 at 10:00 a.m.

4.      Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

066585.1001

a)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5463, 8/18/08]

b)    Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

c)    Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

d)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

e)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection.  This matter will be adjourned to November 13, 2009 at 10:00 a.m.

5.    Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

b)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:  See Exhibit G, attached

3

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to November 13, 2009 at 10:00 a.m.

6.    Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

      a)    Notice of Submission of Claims [D.I. 6206, 10/10/08]

      b)    Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

      c)    Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

      d)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit H, attached

Status: Orders have been entered that partially sustain the Objection. The remainder of this matter will be adjourned to November 13, 2009 at 10:00 a.m.

7.    Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:    November 5, 2008 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned to November 13, 2009 at 10:00 a.m.

8.    Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:    November 5, 2008 at 4:00 p.m.

Related Documents:

a)     Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

b)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:     See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection. The remainder of this matter will be adjourned to November 13, 2009 at 10:00 a.m.

9.     Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:     December 3, 2008 at 4:00 p.m.

Related Document:

a)     Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:     See Exhibit J, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned to November 13, 2009 at 10:00 a.m.

10.     Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:     February 10, 2009 at 4:00 p.m.

Related Document:

a)     Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:     See Exhibit L, attached

DB02:8790867.3

066585.1001

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned to November 13, 2009 at 10:00 a.m.

11.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit M, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter adjourned to November 13, 2009 at 10:00 a.m.

12.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

    b)    Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

    c)    Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

    d)    Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

    e)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

    f)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,

Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:      See Exhibit N, attached.

Status: Orders have been entered that partially sustain the Objection. This matter will be adjourned to November 13, 2009 at 10:00 a.m.

13.    Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:    May 8, 2009 at 4:00 p.m.

Related Documents:

    a)      Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

    b)      Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:      See Exhibit O, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit O, this matter will be adjourned to November 13, 2009 at 10:00 a.m.

14.    Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:    May 29, 2009 at 4:00 p.m.

Related Documents:

    a)      Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7506, 6/5/09]

    b)      Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7550, 6/19/09]

    c)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,

Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:        See Exhibit P, attached

Status: Orders have been entered that partially sustain the Objection. This matter will be adjourned to November 13, 2009 at 10:00 a.m.

15.    Debtors' Thirty-Seventh Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7473, 6/10/09]

Response Deadline:    June 25, 2009 at 4:00 p.m.

Related Documents:

      a)        Certification of Counsel [D.I. 7582, 6/30/09]

      b)        Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 7584, 7/1/09]

      c)        (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:        See Exhibit Q, attached

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested this matter will be adjourned to November 13, 2009 at 10:00 a.m.

DB02:8790867.3                                                                                                                    066585.1001

16.    Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7915, 8/7/09]

      Response Deadline:    August 30, 2009 at 4:00 p.m.

      Responses Filed:    See Exhibit R, attached

      Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned to November 13, 2009 at 10:00 a.m.

17.    Motion of Park National Bank for Lifting the Automatic Stay, Objecting to Debtors' Use of Cash Collateral, and Requesting Adequate Protection [D.I. 8101, 9/28/09]

      Objection Deadline:    October 6, 2009 at 4:00 p.m.

      Objections Filed:    None

      Status: This matter will be adjourned by agreement of the parties to November 13, 2009 at 10:00 a.m.

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

18.    Debtors' Motion for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing Issuance of a Subpoena to GRM Information Management Services to Access and Inspect Debtors' Records in Possession of GRM Information Management Services [D.I. 8086, 9/21/09]

      Objection Deadline:    October 5, 2009 at 4:00 p.m.

      Related Document:

          a)    Certificate of No Objection [D.I. 8151, 10/7/09]

      Objections Filed:    None

      Status: A Certificate of No Objection has been filed.  No hearing is required.

DB02:8790867.3    066585.1001

**UNCONTESTED MATTERS GOING FORWARD**

19.    Debtors', Class Members', Official Committee of Unsecured Creditors' and NLG Maurice and Jane Sugar Law Center for Economic and Social Justice's Joint Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to (I) Approve a Settlement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approve the Settlement Pursuant to Bankruptcy Rule 7023, (III) approve the Forma nd Manner of Notice to Class Members of the Settlement, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Bankruptcy Rule 7023 After the Fairness Hearing, and (VI) Grant Related Relief [D.I. 8014, 9/3/09]

Objection Deadline:    October 6, 2009 at 4:00 p.m.

Related Document:

    a)    **Certificate of No Objection [D.I. 8159, 10/8/09]**

Objections Filed:    None

Status: **A Certificate of No Objection has been filed.**

20.    Debtors', Class Members', Official Committee of Unsecured Creditors' and NLG Maurice and Jane Sugar Law Center for Economic and Social Justice's Joint Motion Pursuant to Sections 105 and 107 of the Bankruptcy Code and Bankruptcy Rule 9018 for an Order Authorizing the Parties to File Under Seal Exhibits A and B to the Settlement Agreement Resolving Certain Employment-Related Claims [D.I. 8015, 9/3/09]

Objection Deadline:    October 6, 2009 at 4:00 p.m.

**Related Document:**

    a)    **Certificate of No Objection [D.I. 8160, 10/8/09]**

Objections Filed:    None

Status: **A Certificate of No Objection has been filed.**

**CONTESTED MATTERS GOING FORWARD**

21.    Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Documents:

DB02:8790867.3                    066585.1001

a)    Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5169, 7/17/08]

b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit D, attached

Status:  An Order has been entered that partially sustains the Objection.  This matter will be going forward as indicated on Exhibit D.

22.    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6217, 10/10/08]

b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    Please see Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses, this matter will be going forward as indicated on Exhibit F.

23.     Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6610, 11/21/08]

Responses Deadline:  December 15, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

    b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:        See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be going forward as indicated on Exhibit K.

24.     Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8049, 9/11/09]

Response Deadline:    October 5, 2009 at 4:00 p.m.

Related Documents:

    a)    Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8148, 10/7/09]

    b)    Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Mona Dobben [D.I. 8149, 10/7/09]

Responses Filed:        See Exhibit S, attached

Status: This matter will be going forward as set forth on Exhibit S.

DB02:8790867.3                                        066585.1001

25.    Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Certain Documents and Records [D.I. 8081, 9/21/09]

Objection Deadline:    October 5, 2009 at 4:00 p.m.

Objections Filed:

   a)    Bank of America, National Association, Successor by Merger to LaSalle Bank, National Association as Trustee for the Registered Holders of JP Morgan Chase Commercial Mutual Services Corp. Commercial Mortgage Pass-Through Certificates, Series 2004-PNC1's Limited Objection [D.I. 8134, 10/5/09]

   b)    Objection of Triad Guaranty Insurance Corporation [D.I. 8135, 10/5/09]

   c)    Opposition of Official Committee of Borrowers [D.I. 8153, 10/8/09]

Status: This matter will be going forward.

26.    Interim Fee Requests, see attached Schedule 2

Related Document:

   a)    Fee Examiner Report Letter [D.I. 8145, 10/7/09]

   b)    Reply of Zuckerman Spaeder LLP in Support of First Interim Fee Application of Zuckerman Spaeder LLP [D.I. 8154, 10/8/09]

Objections Filed:

   c)    Joint Objection of the Official Committee of Unsecured Creditors and the Debtors to the Applications of the Official Committee of Borrowers for Payment of Fess and Expenses of Their Legal Professionals in Excess the Court Determined Cap [D.I. 7345, 5/5/09]

Status: This matter will be going forward.

DB02:8790867.3    066585.1001

**ADVERSARY MATTERS**

27.    Pre-trial Conference:  Kathy S. Koch, Jarrett Perry, Gina Pulliam, Michael S. Surowiec, Kathleen Wielgus, and Patricia Williams, on their behalf and on behalf of all other persons similarly situated v. American Home Mortgage Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Investment Corp., and American Home Mortgage Holdings, Inc., Adv. No. 07-51688

Related Documents:

a)    Debtors', Class Members', Official Committee of Unsecured Creditors' and NLG Maurice and Jane Sugar Law Center for Economic and Social Justice's Joint Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to (I) Approve a Settlement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approve the Settlement Pursuant to Bankruptcy Rule 7023, (III) approve the Forma nd Manner of Notice to Class Members of the Settlement, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Bankruptcy Rule 7023 After the Fairness Hearing, and (VI) Grant Related Relief [D.I. 100, 9/3/09]

b)    Debtors', Class Members', Official Committee of Unsecured Creditors' and NLG Maurice and Jane Sugar Law Center for Economic and Social Justice's Joint Motion Pursuant to Sections 105 and 107 of the Bankruptcy Code and Bankruptcy Rule 9018 for an Order Authorizing the Parties to File Under Seal Exhibits A and B to the Settlement Agreement Resolving Certain Employment-Related Claims [D.I. 101, 9/3/09]

c)    **Certificate of No Objection [D.I. 104, 10/8/09]**

d)    **Certificate of No Objection [D.I. 105, 10/8/09]**

Status:  **Certificates of No Objection have been filed for items (a) and (b).**  Please see Agenda Matter Nos. 19 and 20.  This matter will be going forward.

DB02:8790867.3                                                                      066585.1001

## ADDITIONAL MATTERS

28.    **Official Committee of Unsecured Creditors' First Omnibus Motion for an Order Approving Settlements With Certain Preference Defendants and Limiting Notice Thereof [D.I. 8079, 9/18/09]**

      **Objection Deadline: October 9, 2009 at 4:00 p.m.**

      **Objections Filed:      None as of the filing of this Agenda**

      **Status:  This matter will be going forward.**

29.    **Triad Guaranty Insurance Corp. v. American Home Mortgage Investment Corp., et al., Adv. No. 09-52193**

      **Status:  This matter will be going forward as a status conference only.**

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Dated: Wilmington, Delaware
      October 8, 2009

      */s/ Margaret Whiteman Greecher*
      Pauline K. Morgan (No. 3650)
      Sean M. Beach (No. 4070)
      Margaret Whiteman Greecher (No. 4652)
      Michael S. Neiburg (No. 5275)
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, Delaware 19801
      Telephone: (302) 571-6600
      Facsimile: (302) 571-1253

      *Counsel for Debtors and Debtors in Possession*

DB02:8790867.3

066585.1001

### Exhibit A, Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit C, Tenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Samuel A. Case | 5054, 7/9/08 | Adjourned |

### Exhibit D, Eleventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Kathleen Heck | 5016, 7/9/08 | Going forward |

### Exhibit E, Thirteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Countrywide | 5337, 8/8/08 | Adjourned |
| | FGIC | 5351, 8/11/08 | Adjourned |
| | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
| | Deutsche Bank | 5356, 8/11/08 | Adjourned |
| | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
| | AT&T Global Services | | Adjourned |

### Exhibit F, Fifteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | California Cleaning Concepts | 5543, 8/26/08 | Going forward |
| | Shervonne Powell | 5814, 9/11/08 | Adjourned |
| | Beverly Creswell | 5815, 9/11/08 | Resolved |
| | John Johnston | 5818, 9/11/08 | Adjourned |
| | Grailing Carter | 5947, 9/17/08 | Adjourned |
| | Office Max | | Adjourned |

DB02:8790867.3 066585.1001

## Exhibit G, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Drew & Rodgers, Inc. | 6096, 9/25/08 | Adjourned |
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |
|  | American Express Travel Related Services |  | Adjourned |

## Exhibit H, Nineteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Eric Segall | 6230, 10/15/08 | Adjourned |
|  | Jeffrey Harmon | 6231, 10/15/08 | Adjourned |
|  | Paul Parotti | 6233, 10/15/08 | Adjourned |
|  | American Express Travel Related Svc. Co. |  | Adjourned |

## Exhibit I, Twenty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Southern Horizon Financial Group, LLC |  | Adjourned |

## Exhibit J, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned |
|  | Scott Jossart |  | Adjourned |

## Exhibit K, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Riverside County Treasurer-Tax Collector | 8019, 9/8/09 and 8121-8130, 10/1/09 | Going forward |

## Exhibit L, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. |  | Adjourned |

### Exhibit M, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned |
|  | James Rucker | 6969, 2/10/09 | Adjourned |
|  | Credit Suisse |  | Adjourned |
|  | Sharaine Hughes |  | Adjourned |

### Exhibit N, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |
|  | Champion & Associates | 7190, 3/30/09 | Adjourned |
|  | Randall Barwick | 7207, 3/31/09 | Adjourned |
|  | Douglas Huston |  | Adjourned |
|  | David Michaud |  | Adjourned |
|  | Joseph Bartoletta |  | Adjourned |

### Exhibit O, Thirty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | State of Hawaii | 7341, 4/30/09 | Adjourned |

### Exhibit P, Thirty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bexar County | 7447, 5/28/09 | Adjourned |
|  | EMC | 7466, 5/29/09 | Adjourned |
|  | Lee County |  | Adjourned |

### Exhibit Q, Thirty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Marion County Treasurer | 7566, 6/24/09 | Adjourned |

### Exhibit R, Forty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Los Angeles County Treasurer and Tax Collector | 7985, 8/28/09 | Adjourned |

DB02:8790867.3    066585.1001

**Exhibit S, Forty-Second Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Arapahoe County | 8136, 10/5/09 | Adjourned |
|  | John Monaghan | 8140, 10/6/09 | Adjourned |
|  | Mona Dobben | 8141, 10/6/09 | Going forward |
|  | Laura Beall | 8137, 10/5/09 | Going forward |

DB02:8790867.3                                                                          066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------- x
--                                                    :  Chapter 11
In re:                                                :
                                                      :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                :
a Delaware corporation, et al.,                       :  Jointly Administered
                                                      :
        Debtors.                                      x
----------------------------------------------------------------- 
--
```

**Schedule 2**
**Index to Fee Applications**

A.    **Eighth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors for the Period May 1, 2009 through July 31, 2009 [D.I. 8066, 9/14/09]**

    1.    Twenty-Second Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 7906, 8/6/09]

    2.    Certificate of No Objection [D.I. 7990, 8/31/09]

    3.    Twenty-Third Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 7989, 8/31/09]

    4.    Certificate of No Objection [D.I. 8110, 9/29/09]

    5.    Twenty-Fourth Fee Application for the Period July 1, 2009 through July 31, 2009 [D.I. 8035, 9/9/09]

    6.    Certificate of No Objection [D.I. 8138, 10/6/09]

B.    **Eighth Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors for the Period May 1, 2009 through July 31, 2009 [D.I. 8066, 9/14/09]**

    1.    Fee Application for the Period May 1, 2009 through July 31, 2009 [D.I. 8061, 9/14/09]

    2.    Certificate of No Objection [D.I. TBF]

DB02:8790867.3                                                   066585.1001

**C.**   **Eighth Interim Fee Request of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period May 1, 2009 through July 31, 2009 [D.I. 8066; 9/14/09]**

1.   Twenty-First Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 7549, 6/19/09]

2.   Certificate of No Objection [D.I. 7804, 7/31/09]

3.   Twenty-Second Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 7815, 7/31/09]

4.   Certificate of No Objection [D.I. 7980, 8/25/09]

5.   Twenty-Third Fee Application for the Period July 1, 2009 through July 31, 2009 [D.I. 7994, 9/1/09]

6.   Certificate of No Objection [D.I. 8104, 9/29/09]

**D.**   **Eighth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period May 1, 2009 through July 31, 2009 [D.I. 8066, 9/14/09]**

1.   Fee Application for the Period May 1, 2009 through May 31, 2009[D.I. 7961, 8/18/09]

2.   Certificate of No Objection [D.I. 8044, 9/10/09]

3.   Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 7962, 8/18/09]

4.   Certificate of No Objection [D.I. 8045, 9/10/09]

5.   Monthly Application for the Period July 1, 2009 through July 31, 2009 [D.I. 8062, 9/14/09]

6.   Certificate of No Objection [D.I. TBF]

**E.**   **Eighth Interim Fee Request of Milestone Advisors for the Period April 1, 2009 through April 30, 2009 [D.I. 8066, 9/14/09]**

1.   Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 7595, 7/2/09]

2.   Certificate of No Objection [D.I. 7634, 7/27/09]

DB02:8790867.3

066585.1001

F.    **Eighth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Period May 1, 2009 through May 31, 2009 [D.I. 8066, 9/14/09]**

    1.    Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 7657, 7/27/09]

    2.    Certificate of No Objection [D.I. 7978, 8/25/09]

G.    **Sixth Interim Fee Request of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors, for the Period May 1, 2009 through July 31, 2009 [D.I. 8066, 9/14/09]**

    1.    Fee Application for the Period May 1, 2009 through July 31, 2009 [D.I. 8047, 9/11/09]

    2.    Certificate of No Objection [D.I. 8139, 10/6/09]

H.    **Interim Fee Application of Kilpatrick Stockton LLP as Counsel for the Debtors and Debtors-In-Possession for Compensation and Reimbursement of Expenses for the Period June 1, 2009 through June 30, 2009 [D.I. 8066, 9/14/09]**

    1.    Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 7630, 7/24/09]

    2.    Certificate of No Objection [D.I. 7956, 8/17/09]

I.    **Eighth Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period May 1, 2009 through July 31, 2009 [D.I. 8074, 9/17/09]**

    1.    Twenty Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 7572, 6/25/09]

    2.    Certificate of No Objection [D.I. 7621, 7/21/09]

    3.    Twenty-First Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 7625, 7/21/09]

    4.    Certificate of No Objection [D.I. 7963, 8/19/09]

    5.    Twenty-Second Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 7969, 8/19/09]

    6.    Certificate of No Objection [D.I. 8068, 9/15/09]

J.    First Interim Fee Application of Zuckerman Spaeder LLP, Counsel to the
      Borrowers' Committee, for Compensation and Reimbursement of Expenses for the
      Period October 22, 2008 through March 31, 2008 [D.I. 7287, 4/17/09]

K.    First- Interim Fee Application of Gilbert Oshinsky LLP, Counsel to the Borrowers'
      Committee, for Compensation and Reimbursement of Expenses for the Period
      October 22, 2008 through February 28, 2009 [D.I. 7286; 4/17/09]

      1.    First Fee Application for the Period October 22, 2008 through October 31, 2008
            [D.I. 7024, 2/17/09]

      2.    Second Fee Application for the Period November 1, 2008 through November 30,
            2008 [D.I. 7025, 2/17/09]

      3.    Third Fee Application for the Period December 1, 2008 through December 31,
            2008 [D.I. 7026, 2/17/09]

      4.    Fourth Fee Application for the Period January 1, 2009 through January 31, 2009
            [D.I. 7027, 2/17/09]

      5.    Fifth Fee Application for the Period February 1, 2009 through February 28, 2009
            [D.I. 7235, 4/7/09]

L.    First and Final Application of Margot Saunders for Allowance of Fees and
      Reimbursement of Expenses as Testifying Expert on Behalf of the Official
      Committee of Borrowers for the Period January 20, 2009 through February 28,
      2009 [D.I. 7371, 5/11/09]

M.    First Interim Application  for Services Rendered and Reimbursement of Expenses
      for the Period September 26, 2008 through December 31, 2008 of Bifferato LLC,
      Special Conflicts Counsel for the Official Committee of Unsecured Creditors [D.I.
      7991, 9/1/09]

      1.    Monthly Fee Application and Expenses Invoice for the Period September 26,
            2008 through October 31, 2008 [D.I. 7225, 4/2/09]

      2.    Certificate of No Objection [D.I. 7322, 4/27/09]

      3.    Monthly Fee Application and Expense Invoice for the Period November 1, 2008
            through November 31, 2008 [D.I. 7262, 4/13/09]

      4.    Certificate of No Objection 7348, 5/7/09]

      5.    Monthly Fee Application and Expense Invoice for the Period December 1, 2008
            through December 31, 2008 [D.I. 7308, 4/22/09]

      6.    Certificate of No Objection [D.I. 7404, 5/18/09]

DB02:8790867.3                                                    066585.1001

**N.** **Second Interim Application of Bifferato LLC as Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Compensation for Services Rendered and Reimbursement of Expenses for the Period of January 1, 2009 through March 31, 2009 [D.I. 7995, 9/2/09]**

1.   Monthly Fee Application for the Expenses Invoice for January 1, 2009 through March 31, 2009 [D.I. 7992, 9/1/09]

2.   Certificate of No Objection [D.I. 8096, 9/24/09]

DB02:8790867.3                                                                    066585.1001