AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
AUGUST 1, 2009 - AUGUST 31, 2009

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $675.00 | 0.20 | $135.00 |
| Guilfoyle, V. | Associate, Member of DE Bar Since 2008, Area of Expertise - Litigation | $255.00 | 17.30 | $4,411.50 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $450.00 | 8.00 | $3,600.00 |
| Senese, K. | Paralegal | $235.00 | 49.30 | $11,585.50 |
| Moody, T. | Paralegal | $210.00 | 2.80 | $588.00 |
| Killen, R | Clerk | $100.00 | 4.00 | $400.00 |
| Grand Total: | | | **81.60** | **$20,720.00** |

AMERICAN HOME MORTGAGE CO.
PROJECT CODE SUMMARY
AUGUST 1, 2009, - AUGUST 31, 2009

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 2.10 | $493.50 |
| 2 | Other Professionals' Fee/Employment Issues | 11.60 | $3,113.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 1.20 | $540.00 |
| 5 | Committee Business and Meetings | 0.60 | $270.00 |
| 6 | Case Administration | 3.90 | $430.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.00 | $0.00 |
| 13 | Stay Relief Issues | 0.30 | $135.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 2.50 | $931.50 |
| 17 | Hearings - Attendance/Preparation | 1.90 | $833.50 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.20 | $90.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 0.20 | $20.00 |
| 22 | Preference Actions | 57.10 | $13,862.50 |
| | **TOTALS** | **81.60** | **$20,720.00** |

**AMERICAN HOME MORTGAGE COMPANY**
**EXPENSE SUMMARY**
**AUGUST 1, 2009 TO AUGUST 31, 2009**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | | $0.00 |
| Reproduction of Documents | | $3.80 |
| Contracted Photocopying - Parcels | | $0.00 |
| Courier and Express Services | | $270.30 |
| Hand Delivery Service | | $0.00 |
| Special Mailing Charges | | $0.00 |
| Filing Fees | | $5,750.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $4,750.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Word Processing | | $0.00 |
| Record/Docket Searches | | $0.00 |
| **TOTAL** | | **$10,774.10** |