Exhibit A

**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**AUGUST 1, 2009, - AUGUST 31, 2009**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|:---:|---|---:|---:|
| 1 | Blank Rome Fee/Employment Applications | 2.10 | $493.50 |
| 2 | Other Professionals' Fee/Employment Issues | 11.60 | $3,113.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 1.20 | $540.00 |
| 5 | Committee Business and Meetings | 0.60 | $270.00 |
| 6 | Case Administration | 3.90 | $430.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.00 | $0.00 |
| 13 | Stay Relief Issues | 0.30 | $135.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 2.50 | $931.50 |
| 17 | Hearings - Attendance/Preparation | 1.90 | $833.50 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.20 | $90.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 0.20 | $20.00 |
| 22 | Preference Actions | 57.10 | $13,862.50 |
| | **TOTALS** | **81.60** | **$20,720.00** |

Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 01 | | | |
| Aug 07 09 | DISCUSSION WITH A. PUCHALSKI REGARDING COMBINED MONTHLY FEE APPLICATION AND UPCOMING DEADLINE TO FILE FINAL FEE APPLICATIONS | SENESE | 0.20 |
| Aug 11 09 | REVIEW EMAIL BETWEEN S. PUGH AND B. FATELL REGARDING STATUS OF BLANK ROME FEES AND FILED FEE APPLICATIONS; RESPOND VIA EMAIL TO S. PUGH ADVISING OF PLANS FOR FUTURE FILINGS | SENESE | 0.20 |
| Aug 24 09 | REVIEW, EDIT / CODE PROFORMA (THROUGH JULY 31, 2007) IN PREPARATION FOR DRAFTING BLANK ROME'S NEXT MONTHLY FEE APPLICATION | SENESE | 1.60 |
| Aug 26 09 | EMAIL TO B. FATELL AND T. GUILFOYLE INQUIRING AS TO PROCEDURE TO RECOUP COMPLAINT FILING FEES, IF BY FEE APPLICATION PROCESS | SENESE | 0.10 |
| PROJECT CODE TOTALS  01 | TOTAL VALUE: | $493.50 | 2.10 |

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  02

| Aug 07 09 | REVIEW CURRENT DOCKET AND VERIFY NO OBJECTIONS FILED WITH RESPECT TO RMS' RETENTION APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION; DISTRIBUTE TO D. CARICKHOFF FOR REVIEW AND EFILING APPROVAL; EFILE SAME | SENESE | 0.30 |
| Aug 07 09 | EMAIL EXCHANGE FROM J. SMITH (HAHN) REGARDING FILING OF NUMEROUS MONTHLY FEE APPLICATIONS | SENESE | 0.10 |
| Aug 07 09 | FINALIZE AND FORMAT HAHN'S FOURTEENTH MONTHLY FEE APPLICATION AND RELATED DOCUMENTS; EMAIL TO J. SMITH (HAHN) REGARDING DISCREPANCY BETWEEN TOTAL AMOUNT OF FEES SOUGHT BY MONTHLY VERSUS THE 80% PAYMENT SOUGHT; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LIST WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR REVIEW AND EFILING APPROVAL; PREPARE FOR SERVICE OF (I) SAME UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND (II) THE NOTICE OF THE APPLICATION UPON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.60 |
| Aug 07 09 | FINALIZE AND FORMAT HAHN'S FIFTEENTH MONTHLY FEE APPLICATION AND RELATED DOCUMENTS; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LIST WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR REVIEW AND EFILING APPROVAL; PREPARE FOR SERVICE OF (I) SAME UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND (II) THE NOTICE OF THE APPLICATION UPON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Aug 07 09 | FINALIZE AND FORMAT HAHN'S SIXTEENTH MONTHLY FEE APPLICATION AND RELATED DOCUMENTS; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LIST WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR REVIEW AND EFILING APPROVAL; PREPARE FOR SERVICE OF (I) SAME UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND (II) THE NOTICE OF THE APPLICATION UPON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.50 |
| Aug 07 09 | REVIEW AND REVISE CNO FOR RECEIVABLE MANAGEMENT SERVICES RETENTION | CARICKHOFF | 0.20 |
| Aug 07 09 | REVIEW H&H FEE APPLICATIONS FOR SEPTEMBER, OCTOBER AND NOVEMBER 2008 (.9) AND EMAILS WITH K. SENESE REGARDING SAME (.1) | CARICKHOFF | 1.00 |
| Aug 07 09 | REVIEW YCS&T MAY FEE APPLICATION | CARICKHOFF | 0.30 |
| Aug 10 09 | REVIEW PROPOSED INTERIM FEE APPLICATION ORDER AND VERIFY FIGURES WITH RESPECT TO BDO'S SIXTH | SENESE | 0.30 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| | AND SEVENTH INTERIM FEE APPLICATIONS | | |
| Aug 10 09 | REVIEW AND DISTRIBUTE RMS RETENTION ORDER | SENESE | 0.10 |
| Aug 10 09 | REVIEW AND RESPOND TO D. LASKIN EMAIL REGARDING PROPOSED OMNIBUS INTERIM FEE ORDER | CARICKHOFF | 0.20 |
| Aug 16 09 | REVIEW BDO'S 22ND MONTHLY FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR REVIEW AND EFILING APPROVAL | SENESE | 0.30 |
| Aug 17 09 | REVIEW BDO'S TWENTY-SECOND MONTHLY FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR EFILING APPROVAL | SENESE | 0.40 |
| Aug 18 09 | REVIEW HAHN'S DRAFT JAN MONTHLY FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR REVIEW AND EFILING APPROVAL | SENESE | 0.30 |
| Aug 18 09 | REVIEW HAHN'S DRAFT DEC 08 MONTHLY FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR REVIEW AND EFILING APPROVAL | SENESE | 0.40 |
| Aug 18 09 | REVIEW HAHN'S DRAFT APRIL MONTHLY FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR REVIEW AND EFILING APPROVAL | SENESE | 0.30 |
| Aug 18 09 | REVISE BDO'S MONTHLY FEE APPLICATION AND FORWARD TO D. CARICKHOFF FOR EFILING APPROVAL | SENESE | 0.10 |
| Aug 18 09 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED WITH RESPECT TO BDO'S 21ST MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO D. CARICKHOFF FOR EFILING APPROVAL | SENESE | 0.30 |
| Aug 18 09 | REVIEW HAHN'S DRAFT FEB MONTHLY FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR REVIEW AND EFILING APPROVAL | SENESE | 0.30 |
| Aug 18 09 | REVIEW HAHN'S DRAFT MARCH MONTHLY FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR REVIEW AND EFILING | SENESE | 0.30 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | APPROVAL | | |
| Aug 19 09 | PREPARE FOR SERVICE OF NOTICE OF HAHN'S 17TH THROUGH 21ST MONTHLY FEE APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.20 |
| Aug 19 09 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BDO'S MONTHLY FEE APPLICATION | SENESE | 0.10 |
| Aug 19 09 | FORMAT AND EFILE BDO'S TWENTY-SECOND MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING / NOTICE PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 |
| Aug 19 09 | FORMAT AND EFILE HAHN'S SEVENTEENTH MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING / NOTICE PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.60 |
| Aug 19 09 | FORMAT AND EFILE HAHN'S EIGHTEENTH MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING / NOTICE PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.60 |
| Aug 19 09 | FORMAT AND EFILE HAHN'S NINETEENTH MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING / NOTICE PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.50 |
| Aug 19 09 | FORMAT AND EFILE HAHN'S TWENTIETH MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING / NOTICE PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.50 |
| Aug 19 09 | FORMAT AND EFILE HAHN'S TWENTY-FIRST MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING / NOTICE PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.50 |
| Aug 19 09 | REVIEW AND REVISE CERTIFICATE OF NO OBJECTION REGARDING BDO SEIDMAN'S TWENTY-FIRST MONTHLY | GUILFOYLE | 1.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

FEE APPLICATION (.1); REVIEW BDO SEIDMAN'S
TWENTY-SECOND MONTHLY FEE APPLICATION AND
REVIEW AND REVISE NOTICE AND CERTIFICATE OF
SERVICE OF BDO SEIDMAN'S TWENT Y-SECOND MONTHLY
FEE APPLICATION (.3); REVIEW HAHN & HESSEN'S
SEVENTEENTH, EIGHTEENTH, NINETEENTH, TWENTIETH
AND TWENTY-FIRST MONTHLY FEE APPLICATIONS AND
REVIEW AND REVISE NOTICES OF AND CERTIFICATES
OF SERVICES OF HAHN & HESSEN'S SEVENTEENTH,
EIGH TEENTH, NINETEENTH, TWENTIETH AND
TWENTY-FIRST MONTHLY FEE APPLICATIONS (.6);
TELEPHONE CONFERENCE WITH K. SENESE REGARDING
REVISIONS (.1)

PROJECT CODE TOTALS  02            TOTAL VALUE:    $3,113.50       11.60

Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  04

| | | | |
|------|-----------|------------|-------|
| Aug 10 09 | REVIEW DEBTORS' OBJECTION TO BUILDER NETWORK'S MOTION FOR AN ADMIN CLAIM | CARICKHOFF | 0.30 |
| Aug 10 09 | REVIEW 2C REAL ESTATE TAX SOLUTIONS MOTION TO COMPEL PAYMENT OF CURE CLAIM AND MOTION TO SHORTEN NOTICE OF SAME (.3); REVIEW CONSENT ORDER AND CERTIFICATION OF COUNSEL REGARDING SAME (.2) | CARICKHOFF | 0.50 |
| Aug 10 09 | REVIEW 40TH AND 41ST OMNIBUS OBJECTIONS TO CLAIMS | CARICKHOFF | 0.40 |

| | | TOTAL VALUE: | | |
|------|-----------|------------|---------|------|
| PROJECT CODE TOTALS  04 | | | $540.00 | 1.20 |

Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 05 | | | |
| Aug 20 09 | REVIEW BDO REPORT AND PARTICIPATE IN COMMITTEE CALL | CARICKHOFF | 0.60 |

| PROJECT CODE TOTALS 05 | TOTAL VALUE: | $270.00 | 0.60 |
|------------------------|--------------|---------|------|

Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE: 06 | | | |
| Aug 03 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.60 |
| Aug 05 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.60 |
| Aug 10 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.30 |
| Aug 11 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.40 |
| Aug 12 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Aug 13 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Aug 14 09 | TELEPHONE CALL FROM M. BUSENKO REGARDING CHANGE OF ADDRESS FOR SERVICE | SENESE | 0.10 |
| Aug 14 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Aug 17 09 | UPDATE 2002 SERVICE LIST IN LIGHT OF RECENTLY RETURN MAIL (MARKED UNDELIVERABLE OR FORWARDING ADDRESS PROVIDED) | SENESE | 0.20 |
| Aug 17 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Aug 18 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Aug 19 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Aug 20 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.30 |
| Aug 21 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Aug 24 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Aug 25 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Aug 26 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Aug 27 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Aug 28 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Aug 31 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

| PROJECT CODE TOTALS 06 | TOTAL VALUE: | $430.50 | 3.90 |

Project Code 13

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 13 | | | |
| Aug 14 09 | REVIEW BAYVIEW CONSENT ORDER AND CERTIFICATION OF COUNSEL AND TELECONFERENCE WITH M. GREECHER REGARDING SAME | CARICKHOFF | 0.30 |

| PROJECT CODE TOTALS 13 | | TOTAL VALUE: | $135.00 | 0.30 |
|------|------|------|------|------|

Project Code 16

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 16 | | | |
| Aug 13 09 | REVIEW SETTLEMENT MOTION (WITH FORMER OFFICERS AND DIRECTORS OF AHM INVESTMENT); DRAFT NOTICE OF JOINT MOTION; FORWARD TO D. CARICKHOFF FOR REVIEW AND EFILING APPROVAL; PREPARE FOR SERVICE OF NOTICE OF THE JOINT MOTION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (EXTENSIVE) | SENESE | 0.40 |
| Aug 13 09 | FORMAT AND EFILE JOINT SETTLEMENT MOTION (FORMER OFFICERS AND DIRECTORS OF AHM INVESTMENT); SERVICE OF SAME UPON INTERESTED PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.50 |
| Aug 13 09 | REVIEW AND FINALIZE JOINT MOTION OF DEBTORS AND COMMITTEE TO APPROVE SETTLEMENT CONCERNING D&O CLAIMS | CARICKHOFF | 1.60 |

PROJECT CODE TOTALS  16                TOTAL VALUE:     $931.50      2.50

Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 17 | | | |
| Aug 10 09 | REVIEW AGENDA AND PREPARE FOR HEARING | CARICKHOFF | 0.40 |
| Aug 11 09 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR TODAY'S HEARING | SENESE | 0.10 |
| Aug 11 09 | REVIEW AMENDED AGENDA (.2); PREPARE FOR AND ATTEND HEARING (1.2) | CARICKHOFF | 1.40 |

| | | | | |
|---|---|---|---|---|
| PROJECT CODE TOTALS 17 | | TOTAL VALUE: | $833.50 | 1.90 |

Project Code 19

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  19 | | | |
| Aug 31 09 | REVIEW JOINT RESERVATION OF RIGHTS REGARDING | CARICKHOFF | 0.20 |
| | D&O MOTION REGARDING INSURANCE USAGE AND | | |
| | TELECONFERENCE WITH M. GREECHER REGARDING SAME | | |

| PROJECT CODE TOTALS  19 | TOTAL VALUE: | $90.00 | 0.20 |
|------|------|------|------|

Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE: 21 | | | |
| Aug 21 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Aug 26 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

PROJECT CODE TOTALS  21            TOTAL VALUE:     $20.00       0.20

Project Code 22

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| | | | |

PROJECT CODE:  22

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| Aug 02 09 | FINALIZE, FORMAT AND EFILE PREFERENCE COMPLAINTS AND RELATED EXHIBIT DOCUMENTATION | SENESE | 1.80 |
| Aug 02 09 | FINALIZE, FORMAT AND EFILE PREFERENCE COMPLAINTS AND RELATED EXHIBIT DOCUMENTATION | SENESE | 2.80 |
| Aug 03 09 | UPDATE PREFERENCE STATUS CONTROL CHART | SENESE | 1.00 |
| Aug 03 09 | PREPARATION OF SUMMONSES | SENESE | 7.00 |
| Aug 03 09 | DISCUSS FILING OF COMPLAINTS WITH K. SENESE (.6); COORDINATE PAYMENT OF FILING FEES (.3); E-MAIL CORRESPONDENCE REGARDING TOLLING AGREEMENT (.1); TELEPHONE CONFERENCE WITH B. FATELL REGARDING INQUIRY FROM DEFENSE COUNSEL (.1); REVIEW LISTS AND REMAINING COMPLAINTS AND PREPARE COMPLAINTS FOR FILING (1.6); E-MAIL CORRESPONDENCE WITH E. SCHNITZER (.2) | GUILFOYLE | 2.90 |
| Aug 04 09 | FINALIZE, FORMAT AND EFILE PREFERENCE COMPLAINTS | SENESE | 5.10 |
| Aug 04 09 | FORMAT AND EFILE NOTICES OF VOLUNTARY DISMISSAL (BELLSOUTH AND MERS CORP); EMAIL EXCHANGES WITH T. GUILFOYLE | SENESE | 0.10 |
| Aug 04 09 | EMAIL EXCHANGES WITH E. SCHNITZER REGARDING ERROR IN DEFENANT NAME / CAPTION (WAREHOUSELINE); REVISE COMPLAINT | SENESE | 0.10 |
| Aug 04 09 | UPDATE ADVERSARY PROCEEDING STATUS CONTROL CHART; DISTRIBUTE | SENESE | 0.50 |
| Aug 04 09 | REVIEW ADVERSARY COMPLAINT AND EXHIBIT (HOME BUYERS MORTGAGE MARKETING II, INC. D/B/A HBM FULFILLMENT CENTER) .1; EMAIL TO T. SOUTHERLAND AT USBC REGARDING FILING A CORRECTED EXHIBIT TO COMPLAINT .1 | MOODY | 0.20 |
| Aug 04 09 | E-MAIL CORRESPONDENCE REGARDING FILING OF COMPLAINTS (.4); REVIEW LIST OF FILED COMPLAINTS AND ORGANIZE COMPLAINTS (1.0); DISCUSS FILING OF COMPLAINTS AND PAYMENT OF FILING FEES WITH K. SENESE (.3); COORDINATE PAYMENT OF FILING FEES (.3); PREPARE NOTICES OF DISMISSAL (.3); TELEPHONE CONFERENCES AND E-MAIL CORRESPONDENCE WITH VARIOUS DEFENDANTS' COUNSEL (.3); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING CONFLICT (.2) | GUILFOYLE | 2.80 |
| Aug 05 09 | FINALIZE, FORMAT AND EFILE REMAINING PREFERENCE COMPLAINT(S) AND RELATED EXHIBIT DOCUMENTATION; | SENESE | 1.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| | UPDATE STATUS CONTROL CHART, DISTRIBUTE; OVERSEE PAYMENT OF FILING FEES | | |
| Aug 05 09 | ORGANIZE DATA AND FURTHER PREPARATION OF SUMMONSES (211 COMPLAINTS) | SENESE | 2.00 |
| Aug 05 09 | REVIEW ADVERSARY COMPLAINT AND EXHIBIT (HOME BUYERS MORTGAGE MARKETING II, INC. D/B/A HBM FULFILLMENT CENTER) .1; EMAIL TO T. SOUTHERLAND AT USBC REGARDING REFILING EXHIBIT TO COMPLAINT .1 | MOODY | 0.20 |
| Aug 05 09 | E-MAIL CORRESPONDENCE REGARDING FILING OF COMPLAINTS AND PREPARATION OF SUMMONSES (.4): COORDINATE PAYMENT OF FILING FEES (.2); PREPARE COMPLAINTS FOR FILING (.3); TELEPHONE CONFERENCE WITH K. SENESE REGARDING FILING OF COMPLAINTS (.2) | GUILFOYLE | 1.10 |
| Aug 05 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Aug 06 09 | PREPARATION OF SUMMONSES AND FORWARD TO HAHN IN WORD FORMAT | SENESE | 2.90 |
| Aug 06 09 | DOWNLOAD COMPLAINT OUTSTANDING FILING FEE RECEIPTS FOR T. GUILFOYLE | MOODY | 0.30 |
| Aug 06 09 | SCAN AND EFILE COMPLAINT AND EXHIBIT (TRIBUNE ND, INC.) | MOODY | 0.40 |
| Aug 06 09 | OBTAIN AND REVIEW CORRECTED EXHIBIT FOR HBM II COMPLAINT (.1); E-MAIL CORRESPONDENCE REGARDING CORRECTED EXHIBIT (.1); COORDINATE PAYMENT OF FILING FEES (.3); REVIEW LIST OF FILED COMPLAINTS AND SUMMONSES REQUEST (.2); E-MAIL CORRESPONDENCE WITH K. S ENESE REGARDING PREPARATION OF SUMMONSES (.1); ORGANIZE COMPLAINTS FOR INTERNAL FILING (.3); REQUEST AND REVIEW CONFLICTS REPORT (.2); PREPARE COMPLAINT FOR FILING (.2) | GUILFOYLE | 1.50 |
| Aug 07 09 | CREATE / PREPARE ADDITIONAL DISTRIBUTION OF SUMMONSES (WORD FORMAT) TO E. SCHNITZER AT HAHN | SENESE | 0.40 |
| Aug 10 09 | EMAIL EXCHANGE WITH E. SCHNITZER REGARDING FILING OF FIRST SET OF SUMMONSES / CERTS OF SERVICE | SENESE | 0.10 |
| Aug 10 09 | REVIEW, FORMAT AND EFILE BATCH OF SUMMONSES AND RELATED CERTIFICATES OF SERVICE (1.3); FORWARD EFILING CONFIRMATION SHEETS TO E. SCHNITZER | SENESE | 1.40 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| Aug 10 09 | EMAIL EXCHANGES WITH B. FATELL AND T. GUILFOYLE REGARDING PROCEDURE FOR MONITORING ADVERSARY PROCEEDING DOCKETS AND CALENDAR MAINTENANCE | SENESE | 0.10 |
| Aug 10 09 | REVIEW FAX FROM COUNSEL TO HIGHLAND LAKES ACTION AND FORWARD SAME TO CO-COUNSEL | CARICKHOFF | 0.20 |
| Aug 10 09 | ADDRESS DEFENSE LETTER RECEIVED CONCERNING PREFERENCE ACTION FILED AGAINST DEFENDANT MIRCOSOFT | CARICKHOFF | 0.20 |
| Aug 10 09 | REVIEW SUMMONSES AND CERTIFICATES OF SERVICE (.7); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF SUMMONSES AND CERTIFICATES OF SERVICE (.2); REVIEW LETTER FROM DEFENDANT'S COUNSEL REGARDING ASSUMPTION OF CONTRACT (.2); E-MAIL CORRESPONDENCE WITH DEFENDANT'S COUNSEL REGARDING DEMAND LETTER (.1) | GUILFOYLE | 1.20 |
| Aug 11 09 | REVIEW / MONITOR STATUS OF COMPLAINT FILINGS, FILING FEES | SENESE | 0.30 |
| Aug 12 09 | EMAIL EXCHANGE WITH E. SCHNITZER; FORWARD SUMMONSES (M THROUGH R) | SENESE | 0.20 |
| Aug 12 09 | SCAN AND EFILE NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING (SECURITY CONNECTIONS ADV. MATTER) | MOODY | 0.30 |
| Aug 12 09 | TELECONFERENCE AND EMAILS WITH T. GUILFOYLE REGARDING DISMISSAL ISSUES | CARICKHOFF | 0.20 |
| Aug 12 09 | REVIEW AND ORGANIZE FILED COMPLAINTS (.2); E-MAIL CORRESPONDENCE WITH D. CARICKHOFF REGARDING DECLARATION AND NOTICE OF DISMISSAL (.1); PREPARE NOTICE OF DISMISSAL (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING NOTICE OF DISMISSAL (.1) | GUILFOYLE | 0.60 |
| Aug 12 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Aug 14 09 | PREPARE NOTICE OF DISMISSAL OF ADVERSARY COMPLAINT (.2); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING FILLING OF NOTICE OF DISMISSAL, SUMMONSES AND CERTIFICATES OF SERVICE (.2); REVIEW SUMMONSES AND CERTIFICATES OF SERVICE (.4) | GUILFOYLE | 0.80 |
| Aug 15 09 | REVIEW AND EFILE SUMMONSES (14) WITH CORRESPONDING CERTIFICATES OF SERVICE; FORWARD EFILING CONFIRMATION SHEETS TO E. SCHNITZER | SENESE | 1.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| Aug 17 09 | EMAIL TO USBC CASE MANAGER REGARDING CORRECTING DOCKET ENTRY FOR NOTICE OF DISMISSAL (GRANITE TELECOMMUNICATIONS) | MOODY | 0.10 |
| Aug 18 09 | EMAIL EXCHANGE WITH J. ZAWADZKI REGARDING SUMMONS FOR TAX VERIFICATION | SENESE | 0.10 |
| Aug 18 09 | SCAN AND EFILE NOTICE OF VOLUNTARY DISMISSAL (NEXTAG ADVERSARY MATTER) | MOODY | 0.20 |
| Aug 18 09 | SCAN AND EFILE NOTICE OF VOLUNTARY DISMISSAL (AT CONFERENCE, INC. MATTER) | MOODY | 0.20 |
| Aug 18 09 | TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING ORDINARY COURSE OF BUSINESS DEFENSE (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING NOTICES OF DISMISSAL AND DEFENSE COUNSEL CONFERENCE CALL (.2); PREPARE NOTICES OF DISMISSAL (.4); DISCUSS FILING OF NOTICES OF DISMISSAL WITH T. MOODY (.2) | GUILFOYLE | 1.00 |
| Aug 19 09 | TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING DEFENSE TO COMPLAINT (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND E. PLANK REGARDING DEFENSE TO COMPLAINT (.1) | GUILFOYLE | 0.30 |
| Aug 21 09 | SCAN AND EFILE AMENDED COMPLAINT (OCUC V. PITNEY BOWES 09-51757) | MOODY | 0.40 |
| Aug 21 09 | E-MAIL CORRESPONDENCE WITH DEFENSE COUNSEL AND N. RIGANO REGARDING REQUEST FOR EXTENSION OF TIME (.1); REVIEW AND REVISE AMENDED COMPLAINT (.2); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILLING OF AMENDED COMPLAINT (.1) | GUILFOYLE | 0.40 |
| Aug 24 09 | EFILE CERTAIN SUMMONSES AND RELATED CERTIFICATES OF SERVICE; FORWARD EFILING CONFIRMATION RECEIPTS TO E. SCHNITZER | SENESE | 0.20 |
| Aug 24 09 | REVIEW AND DISTRIBUTE CORPORATE RESOURCES GROUP'S ANSWER TO COMPLAINT | SENESE | 0.10 |
| Aug 24 09 | EMAIL EXCHANGE WITH C. KANG REGARDING INCORRECT ISSUANCE DATE (D.W. CONSULTING) | SENESE | 0.10 |
| Aug 24 09 | EMAIL EXCHANGES WITH T. GUILFOYLE REGARDING MONITORING STATUS OF ADVERSARY PROCEEDINGS AND THE STAFFING FOR SAME | SENESE | 0.10 |
| Aug 25 09 | REVIEW AND DISTRIBUTE ANSWER TO COMPLAINT FILED BY CLIENT SERVICES; EMAIL TO B. FATELL REGARDING THIS AND FUTURE PLEADING DISTRIBUTIONS | SENESE | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| Aug 25 09 | REVIEW ANSWERS TO COMPLAINT AND LETTERS FROM DEFENSE COUNSEL REGARDING DEFENSES TO COMPLAINTS (.1); REVIEW AND FORWARD FILING CONFIRMATIONS AND COORDINATE PREPARATION OF CHART REGARDING STATUS OF ADVERSARY PROCEEDINGS (.3); TELEPHONE CONFERENCES WITH DEFENSE COUNSEL REGARDING DEFENSES TO COMPLAINTS (.2) | GUILFOYLE | 0.60 |
| Aug 26 09 | AHM (OCUC V. CLIENT SERVICES 09-51555): EFILE AMENDED COMPLAINT | MOODY | 0.30 |
| Aug 26 09 | E-MAIL CORRESPONDENCE WITH C. KANG AND T. MOODY REGARDING FILING OF AMENDED COMPLAINT (.1); REVIEW AND REVISE AMENDED COMPLAINT (.1) | GUILFOYLE | 0.20 |
| Aug 27 09 | EMAIL AND TELEPHONE CALL REGARDING PREFERENCE ACTIONS | FATELL | 0.20 |
| Aug 27 09 | REVIEW, FINALIZE AND EFILE SUMMONSES | SENESE | 3.70 |
| Aug 27 09 | REVIEW, FINALIZE AND EFILE ADDITIONAL BATCH OF SUMMONSES | SENESE | 0.80 |
| Aug 27 09 | SCAN AND EFILE NOTICE OF VOLUNTARY DISMISSAL ( WAREHOUSELINE, INC. MATTER) | MOODY | 0.20 |
| Aug 27 09 | REVIEW SUMMONSES AND AFFIDAVITS OF SERVICE (.6); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF SUMMONSES AND AFFIDAVITS OF SERVICE (.2); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH DEFENSE COUNSEL REGARDING REQUEST TO EXTEND TIME T O FILE ANSWER (.2); PREPARE NOTICE OF VOLUNTARY DISMISSAL (.2); E-MAIL CORRESPONDENCE WITH J. ZAWADZKI REGARDING NOTICE OF VOLUNTARY DISMISSAL (.1) | GUILFOYLE | 1.30 |
| Aug 28 09 | BRIEF DISCUSSION WITH T. GILFOYLE; EMAIL TO J. ORBACH INQUIRING AS TO THE SCOPE OF THE FEDERAL CREDIT UNION AND POSSIBLE SECOND SUMMONS ISSUED TO DBSI REAL ESTATE | SENESE | 0.10 |
| Aug 28 09 | ORGANIZE AND EFILE BATCH OF SUMMONSES / AFFIDAVITS OF SERVICE | SENESE | 4.00 |
| Aug 28 09 | E-MAIL CORRESPONDENCE AND DISCUSSIONS WITH K. SENESE REGARDING FILING OF SUMMONSES AND AFFIDAVITS OF SERVICE (.3); TELEPHONE CONFERENCES WITH DEFENSE COUNSEL REGARDING DEFENSES TO COMPLAINTS (.3); E-MAIL CORRESPONDENCE WITH E. PLANK REGARDING DEFENSE COUNSEL'S REQUESTS (.2); E-MAIL CORRESPONDENCE WITH DEFENSE COUNSEL REGARDING RESPONSE DEADLINES (.2) | GUILFOYLE | 1.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Aug 31 09 | TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH DEFENSE COUNSEL REGARDING RESPONSES TO COMPLAINTS (.3); E-MAIL CORRESPONDENCE WITH T. MOODY REGARDING SUMMONSES AND AFFIDAVITS OF SERVICE (.1); TELEPHONE CONFERENCE WITH J. ZAWADZKI REGARDING SUMMON SES (.1) | GUILFOYLE | 0.50 |

PROJECT CODE TOTALS  22                TOTAL VALUE:   $13,862.50        57.10

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| REPORT TOTALS | TOTAL VALUE: | 20,720.00 | 81.60 |