# Exhibit B

**AMERICAN HOME MORTGAGE COMPANY**
**EXPENSE SUMMARY**
**AUGUST 1, 2009 TO AUGUST 31, 2009**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
| --- | --- | --- |
| Long Distance Telephone | | $0.00 |
| Reproduction of Documents | | $3.80 |
| Contracted Photocopying - Parcels | | $0.00 |
| Courier and Express Services | | $270.30 |
| Hand Delivery Service | | $0.00 |
| Special Mailing Charges | | $0.00 |
| Filing Fees | | $5,750.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $4,750.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Word Processing | | $0.00 |
| Record/Docket Searches | | $0.00 |
| **TOTAL** | | **$10,774.10** |

Billed Recap Of Cost Detail - [Invoice: 1021840 Date: 09/17/2009]  Page 1
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/05/2009 | 00020 | BONNIE G. FATELL | 08 | 1.00 | 5,750.00 | 5,750.00 | FILING FEES: - UNITED STATES BANKRUPTCY COURT | 6419028 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 5,750.00 | 5,750.00 | 08/03/09 23 PREFERENCE COMPLAINTS @ 250 EACH | |
| | | | | | | | Bank ID: 210 Check Number: 97028 | |
| | | Voucher=681417 Paid | | | | | Vendor=UNITED STATES BANKRUPTCY COURT  Balance= .00  Amount= | |
| | | | | | | | 5750.00 | |
| | | | | | | | Check #97028  08/05/2009 | |
| | | BILLED TOTALS: WORK: | | | | 5,750.00 | 1 records | |
| | | BILLED TOTALS: BILL: | | | | 5,750.00 | | |
| | | GRAND TOTAL: WORK: | | | | 5,750.00 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 5,750.00 | | |

Billed Recap Of Cost Detail - [Invoice: 1021840 Date: 09/17/2009]                                                                                                      Page 1
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454327 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 790183745836 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454328 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 791236391297 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454329 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 791502859953 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454330 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 791502860270 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454331 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 792801979360 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454332 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 792801979599 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454333 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 792801979864 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454334 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 799425662287 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454335 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 791503358309 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454336 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 792158817705 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454337 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 792158820013 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454338 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 799426162831 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454339 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 799426163003 Name: KATHLEEN SENESE Company: | |

Billed Recap Of Cost Detail - [Invoice: 1021840 Date: 09/17/2009]  Page 2
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454340 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 799426163253 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454341 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 799426164926 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/17/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.62 | 10.62 | FEDERAL EXPRESS Invoice: 929884008 Tracking: | 6454342 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 10.62 | 10.62 | 799426165495 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/24/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.36 | 12.36 | FEDERAL EXPRESS Invoice: 930676009 Tracking: | 6462021 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 12.36 | 12.36 | 790184951101 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/24/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.36 | 12.36 | FEDERAL EXPRESS Invoice: 930676009 Tracking: | 6462022 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 12.36 | 12.36 | 790184952689 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/24/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.36 | 12.36 | FEDERAL EXPRESS Invoice: 930676009 Tracking: | 6462023 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 12.36 | 12.36 | 790676697762 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/24/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.36 | 12.36 | FEDERAL EXPRESS Invoice: 930676009 Tracking: | 6462024 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 12.36 | 12.36 | 791237603826 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/24/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.36 | 12.36 | FEDERAL EXPRESS Invoice: 930676009 Tracking: | 6462025 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 12.36 | 12.36 | 791503855553 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/24/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.36 | 12.36 | FEDERAL EXPRESS Invoice: 930676009 Tracking: | 6462026 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 12.36 | 12.36 | 792159313768 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/24/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.36 | 12.36 | FEDERAL EXPRESS Invoice: 930676009 Tracking: | 6462027 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 12.36 | 12.36 | 798111870258 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/24/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 13.86 | 13.86 | FEDERAL EXPRESS Invoice: 930676009 Tracking: | 6462028 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 13.86 | 13.86 | 799426662169 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | BILLED TOTALS:  WORK: | | | | 270.30 | 24 records | |
| | | BILLED TOTALS:  BILL: | | | | 270.30 | | |
| | | GRAND TOTAL:  WORK: | | | | 270.30 | 24 records | |

Billed Recap Of Cost Detail - [Invoice: 1021840 Date: 09/17/2009]  Page 3
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | GRAND TOTAL:   BILL: | | | | 270.30 | | |

Billed Recap Of Cost Detail - [Invoice: 1021840 Date: 09/17/2009]                                                                                                          Page 1
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/04/2009 | 02565 | VICTORIA A. GUILFOYLE | 30 | 12.00 | 0.12 | 1.44 | REPRODUCTION OF DOCUMENTS | 6434875 |
| 09/17/2009 | | Invoice=1021840 | | 12.00 | 0.10 | 1.20 | | |
| 08/05/2009 | 02565 | VICTORIA A. GUILFOYLE | 30 | 6.00 | 0.12 | 0.72 | REPRODUCTION OF DOCUMENTS | 6426563 |
| 09/17/2009 | | Invoice=1021840 | | 6.00 | 0.10 | 0.60 | | |
| 08/05/2009 | 02565 | VICTORIA A. GUILFOYLE | 30 | 6.00 | 0.12 | 0.72 | REPRODUCTION OF DOCUMENTS | 6434007 |
| 09/17/2009 | | Invoice=1021840 | | 6.00 | 0.10 | 0.60 | | |
| 08/07/2009 | 00020 | BONNIE G. FATELL | 30 | 6.00 | 0.12 | 0.72 | REPRODUCTION OF DOCUMENTS | 6428590 |
| 09/17/2009 | | Invoice=1021840 | | 6.00 | 0.10 | 0.60 | | |
| 08/08/2009 | 00020 | BONNIE G. FATELL | 30 | 2.00 | 0.12 | 0.24 | REPRODUCTION OF DOCUMENTS | 6428589 |
| 09/17/2009 | | Invoice=1021840 | | 2.00 | 0.10 | 0.20 | | |
| 08/13/2009 | 00020 | BONNIE G. FATELL | 30 | 6.00 | 0.12 | 0.72 | REPRODUCTION OF DOCUMENTS | 6439803 |
| 09/17/2009 | | Invoice=1021840 | | 6.00 | 0.10 | 0.60 | | |
| | | BILLED TOTALS:   WORK: | | | | 4.56 | 6 records | |
| | | BILLED TOTALS:   BILL: | | | | 3.80 | | |
| | | GRAND TOTAL:   WORK: | | | | 4.56 | 6 records | |
| | | GRAND TOTAL:   BILL: | | | | 3.80 | | |

Billed Recap Of Cost Detail - [Invoice: 1021840 Date: 09/17/2009]　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1
Client: -

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/05/2009 | 00020 | BONNIE G. FATELL | 45 | 1.00 | 3,750.00 | 3,750.00 | FILING PLEADINGS - UNITED STATES BANKRUPTCY | 6419010 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 3,750.00 | 3,750.00 | COURT    08/04/09 - 15 PREFERENCE COMPLAITS | |
| | | | | | | | @$250.00 EACH | |
| | | | | | | | Bank ID: 210 Check Number: 97027 | |
| | | Voucher=681406 Paid | | | | | Vendor=UNITED STATES BANKRUPTCY COURT  Balance= .00  Amount= | |
| | | | | | | | 3750.00 | |
| | | | | | | | Check #97027  08/05/2009 | |
| 08/06/2009 | 00020 | BONNIE G. FATELL | 45 | 1.00 | 1,000.00 | 1,000.00 | FILING PLEADINGS - UNITED STATES BANKRUPTCY | 6423488 |
| 09/17/2009 | | Invoice=1021840 | | 1.00 | 1,000.00 | 1,000.00 | COURT - 08/05/09  4 PREFERENCE COMPLAINTS @ | |
| | | | | | | | 250 EACH | |
| | | | | | | | Bank ID: 210 Check Number: 97089 | |
| | | | | | | | VOID - Bank ID: 210 Check Number: 97089 | |
| | | | | | | | Bank ID: 210 Check Number: 97175 | |
| | | Voucher=681687 Paid | | | | | Vendor=UNITED STATES BANKRUPTCY COURT  Balance= .00  Amount= | |
| | | | | | | | 1000.00 | |
| | | | | | | | Check #97175  08/07/2009 | |
| | | BILLED TOTALS: WORK: | | | | 4,750.00 | 2 records | |
| | | BILLED TOTALS: BILL: | | | | 4,750.00 | | |
| | | GRAND TOTAL: WORK: | | | | 4,750.00 | 2 records | |
| | | GRAND TOTAL: BILL: | | | | 4,750.00 | | |