IN THE UNTED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | x |
| AMERICAN HOME MORTGAGE HOLDINGS INC., a Delaware Corporation, et al., | Chapter 11<br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |
| Debtors. | |
|  | x |
|  | x |
| TRIAD GUARANTY INSURANCE CORP. | |
| Plaintiff, | Adv. Pro. No. 09-52193 (CSS) |
| AMERICAN HOME MORTGAGE INVESTMENT CORP., AMERICAN HOME MORTGAGE CORP., and AHM SV, INC. (f/k/a AMERICAN HOME MORTGAGE SERVICING, INC.) AND ALL OTHERS SIMILARLY SITUATED AS OWNERS OF MORTGAGE LOAN INSURANCE ISSUED BY TRIAD GUARANTY CORP. TO AMERICAN HOME MORTGAGE | |
| Defendants. | x |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of: James A. Dean, Esquire of the law firm Womble Carlyle Sandridge & Rice, PLLC to represent Triad Guaranty Insurance Corp.

_____
Kevin J. Mangan #3810
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
T: (302) 252-4340

WCSR 4218491v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of North Carolina and submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

_____
James A. Dean, Esquire
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101
T: (336) 721-3600
F: (336) 721-3660

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATED: _____, 2009        _____
                                                                United States Bankruptcy Court Judge

WCSR 4218491v1