IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE REPLY

Gilbert LLP ("Gilbert") (formerly known as Gilbert Oshinsky LLP), as co-counsel to the

Official Committee of Borrowers (the "Borrowers Committee"), hereby moves for leave to file the

reply, annexed as Exhibit 1 hereto (the "Reply"), with respect to the First Interim Fee Application

of Gilbert Oshinsky LLP for Interim Approval and Allowance of Compensation and

Reimbursement of Expenses (the "Application") as follows:

1.      Local Rule 9006-1(d) requires that any replies to be filed and served so as to be

received by 4:00 p.m. on the day prior to the day on which the hearing agenda is due.  The

hearing on the Application is presently scheduled to commence at 9:00 a.m. tomorrow,

Wednesday, October 14, 2009.  Because of the Columbus Day holiday, the hearing agenda was

due at noon on Thursday, October 9.  The Fee Examiner filed his Report with respect to the

Application only on October 7.

2.      Gilbert seeks to file its Reply totaling just nine (9) pages after the deadline set

forth in Local Rule 9006-1(d) to address particular issues raised by the Fee Examiner in his

Report.  Gilbert submits that the proposed and narrowly focused reply will benefit the Court in

considering the Application at tomorrow's hearing.

3.      This Motion (including the Reply) is being served by facsimile and electronic mail on the Debtors, the Committee, the Fee Examiner, and the Office of the United States Trustee.

WHEREFORE, Gilbert respectfully requests that the Court enter an order allowing the Gilbert to file the Reply outside the time allowed by Local Rule 9006-1(d) and granting to Gilbert such other and further relief as is just.

Dated:  October 13, 2009

GILBERT LLP

/s/ Stephen A. Weisbrod
Stephen A. Weisbrod
1100 New York Avenue, N.W.
Washington, DC 20005
Telephone:  (202) 772-2200
Facsimile:  (202) 772-3333

Attorneys for the Official Committee of Borrowers

2398992.1