IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | Re: D.I. _____ |
| | ) | |

## ORDER GRANTING LEAVE TO FILE REPLY

Upon consideration of Gilbert LLP's Motion for Leave To File Reply (the "Motion") with respect to the First Interim Fee Application of Gilbert Oshinsky LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that counsel for the Borrowers Committee shall file the reply annexed as Exhibit 1 to the Motion.

Dated: Wilmington, Delaware
October ___, 2009

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2399002.1