# EXHIBIT II

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------------- x
In re:                      :    Chapter 11

                               :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)
a Delaware corporation, <u>et al.</u>,[1]           :

                               :    Jointly Administered

     Debtors.                    :
-------------------------------------------------------------------------- x    **Ref. Docket No. \_\_\_\_\_**

## ORDER SUSTAINING DEBTORS' FORTY-THIRD OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 <u>AND 3007, AND LOCAL RULE 3007-1</u>

Upon consideration of the forty-third omnibus (non-substantive) objection (the

"<u>Objection</u>") of the above-captioned debtors and debtors in possession (the "<u>Debtors</u>"), by which

the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the

United States Code (the "<u>Bankruptcy Code</u>"), Rules 3003 and 3007, of the Federal Rules of

Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 3007-1 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "<u>Local Rules</u>") disallowing and expunging in full each of the Disputed Claims[2]

identified on <u>Exhibits A</u>, <u>B</u>, and <u>C</u> attached hereto; and it appearing that the Court has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]      All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B, and C are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       November ___, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Exhibit A**

Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10488 | 9/3/08 | 07-11047 | $4,044.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,044.85 (T) | 10591 | 12/11/08 | 07-11047 | $4,427.08 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,427.08 (T) |
| HOPKINS, CARA<br>23601 TORERO CIRCLE<br>MISSION VIEJO, CA 92691 | 1430 | 10/5/07 | 07-11051 | $1,108.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,108.24 (T) | 3074 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$1,023.08 (P)<br>- (U)<br>$1,023.08 (T) |
| KRIEGER, DENISE<br>291 WILLIAM FLOYD PKWY<br>SHIRLEY, NY 11967 | 1583 | 10/15/07 | 07-11051 | $21.40 (S)<br>- (A)<br>- (P)<br>$64.75 (U)<br>$1,385.65 (T) | 7549 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$1,328.20 (P)<br>- (U)<br>$1,328.20 (T) |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 10461 | 8/18/08 | 07-11051 | - (S)<br>- (A)<br>$861,278.80 (P)<br>$3,443.35 (U)<br>$864,722.15 (T) | 10693 | 3/23/09 | 07-11051 | - (S)<br>- (A)<br>$303,220.98 (P)<br>$3,193.35 (U)<br>$306,414.33 (T) |
| OLIVARES, NANCY<br>2790 KELVIN AVE<br>IRVINE, CA 92614 | 695 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$7,187.50 (P)<br>- (U)<br>$7,187.50 (T) | 3872 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$90.00 (U)<br>$11,040.00 (T) |
| **Totals:** | 5 Claims | | | $5,174.49 (S)<br>- (A)<br>$868,466.30 (P)<br>$3,508.10 (U)<br>$878,448.39 (T) | | | | $4,427.08 (S)<br>- (A)<br>$316,522.26 (P)<br>$3,283.35 (U)<br>$324,232.69 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

Satisfied Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| | | | — Objectionable Claim — | | | |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10518 | 9/16/08 | 07-11050 | - (S) $4,603.52 (A) - (P) - (U) $4,603.52 (T) | | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10519 | 9/16/08 | 07-11050 | - (S) $4,232.32 (A) - (P) - (U) $4,232.32 (T) | | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10521 | 9/16/08 | 07-11050 | - (S) $3,106.33 (A) - (P) - (U) $3,106.33 (T) | | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10522 | 9/16/08 | 07-11050 | - (S) $5,259.86 (A) - (P) - (U) $5,259.86 (T) | | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10523 | 9/16/08 | 07-11050 | - (S) $12,676.62 (A) - (P) - (U) $12,676.62 (T) | | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10524 | 9/16/08 | 07-11050 | - (S) $2,260.62 (A) - (P) - (U) $2,260.62 (T) | | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10525 | 9/16/08 | 07-11050 | - (S) $4,028.04 (A) - (P) - (U) $4,028.04 (T) | | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10526 | 9/16/08 | 07-11051 | - (S) $4,173.81 (A) - (P) - (U) $4,173.81 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10527 | 9/16/08 | 07-11051 | - (S) $17,572.65 (A) - (P) - (U) $17,572.65 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10528 | 9/16/08 | 07-11051 | - (S) $10,068.57 (A) - (P) - (U) $10,068.57 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10530 | 9/16/08 | 07-11051 | - (S) $5,760.66 (A) - (P) - (U) $5,760.66 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10532 | 9/16/08 | 07-11051 | - (S) $9,137.95 (A) - (P) - (U) $9,137.95 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10533 | 9/16/08 | 07-11051 | - (S) $7,680.87 (A) - (P) - (U) $7,680.87 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10534 | 9/16/08 | 07-11051 | - (S) $1,584.22 (A) - (P) - (U) $1,584.22 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10536 | 9/16/08 | 07-11051 | - (S) $1,760.78 (A) - (P) - (U) $1,760.78 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10537 | 9/16/08 | 07-11051 | - (S) $2,359.08 (A) - (P) - (U) $2,359.08 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |

————— Objectionable Claim —————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10538 | 9/16/08 | 07-11051 | - (S)<br>$1,953.32 (A)<br>- (P)<br>- (U)<br>$1,953.32 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10539 | 9/16/08 | 07-11051 | - (S)<br>$2,164.04 (A)<br>- (P)<br>- (U)<br>$2,164.04 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10542 | 9/16/08 | 07-11051 | - (S)<br>$4,734.28 (A)<br>- (P)<br>- (U)<br>$4,734.28 (T) | Claim relates to 2006, 2007 and 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |

**Totals:** 19 Claims

- (S)
$105,117.54 (A)
- (P)
- (U)
$105,117.54 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Exhibit C**

**Duplicate Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | | | ── Objectionable Claims ── | | |
| CITIBANK AS SECURITIES ADMINISTRATOR FOR HSI ASSET LOAN OBLIGATION TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | 8843 | 1/11/08 | 07-11051 | Unspecified* | Claimant is Securities Administrator for securitization trust, asserting EPD/Breach Claims on behalf of trust.  Claim is duplicative of claim #9189 filed by Deutsche Bank National Trust Co., as Trustee, asserting EPD/Breach Claims on behalf of the trust. |
| CITIBANK AS SECURITIES ADMINISTRATOR FOR HSI ASSET LOAN OBLIGATION TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | 8844 | 1/11/08 | 07-11051 | Unspecified* | Claimant is Securities Administrator for securitization trust, asserting EPD/Breach Claims on behalf of trust.  Claim is duplicative of claim #9189 filed by Deutsche Bank National Trust Co., as Trustee, asserting EPD/Breach Claims on behalf of the trust. |

**Totals:**          2 Claims                    Unspecified*

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.