# EXHIBIT II

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                  :    Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                      :
                                                        :    Jointly Administered
    Debtors.                                            :
                                                        :    **Ref. Docket No. _____**
---------------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' FORTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Forty-Fourth Omnibus (Substantive) Objection to

Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007,

and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in

possession (the "Debtors"), by which the Debtors respectfully request the entry of an order

pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules

3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in

full or in part, reassigning, reclassifying and/or otherwise modifying each of the Disputed

Claims[2] identified on Exhibits A, B, C and D attached hereto; and it appearing that the Court has

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]     All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

notice of the Objection having been given under the circumstances; and sufficient cause

appearing thereof; it is hereby

      ORDERED that the Objection is sustained; and it is further

      ORDERED that, the Disputed Claims identified on the attached <u>Exhibit A</u> are

hereby disallowed and expunged in their entirety; and it is further

      ORDERED that the Disputed Claims identified on the attached <u>Exhibit B</u> are

hereby modified to the dollar values listed under the column titled "Modified Amount" in

<u>Exhibit B</u>; and it is further

      ORDERED that the Disputed Claims identified on the attached <u>Exhibit C</u> are

hereby (i) modified to the dollar values under the column titled "Modified Amount"; and (ii)

reassigned to the case numbers listed under the column titled "New Case Number" in <u>Exhibit C</u>;

and it is further

      ORDERED that the Disputed Claims identified on the attached <u>Exhibit D</u> are

hereby (i) modified to the dollar values under the column titled "Modified Amount" in <u>Exhibit</u>

<u>D</u>; and (ii) reclassified to the priority level indicated in the column titled "Modified Amount" in

<u>Exhibit D</u>; and it is further

      ORDERED that the Debtors reserve the right to amend, modify or supplement

this Objection, and to file additional objections to any claims filed in these chapter 11 cases

including, without limitation, the claims that are the subject of this Objection.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
   November ___, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

3

# EXHIBIT A

## Exhibit A

### No Liability Claims

| Name/Address of Claimant | | Objectionable Claims | | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | |
| ARJONA KENNEDY, MIRAM<br>3772 W. BEECHWOOD<br>FRESNO, CA 93711 | 3943 | 11/30/07 | 07-11051 | $786.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$786.24 (T) | Claimant filed duplicative claims, similar to 3942 which has already been Accepted at $524.16 priority to match the Debtor's books and records for vacation pay owed. |
| CITIBANK NA AS INDENTURE TTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME<br>C/O SEWARD & KISSEL-ATTN: ARLENE ALVES<br>ONE BATTERY PARK PLZ<br>NEW YORK, NY 10004 | 8839 | 1/11/08 | 07-11049 | Unspecified* | Claim asserts only Breach of Warranty Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant, which indicated loan vintages for which no damages are presumed. |
| CITIBANK NA AS TRUSTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME MORTGAGE<br>C/O SEWARD & KISSEL-ATTN: ARLENE ALVES<br>ONE BATTERY PARK PLZ<br>NEW YORK, NY 10004 | 8845 | 1/11/08 | 07-11050 | Unspecified* | Claim asserts only Breach of Warranty Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant, which indicated loan vintages for which no damages are presumed. |
| E.E.C.O. ELECTRIC CORP.<br>35650 COUNTY ROAD 48<br>PECONIC, NY 11958 | 7738 | 1/8/08 | 07-11051 | $97,649.69 (S)<br>- (A)<br>- (P)<br>- (U)<br>$97,649.69 (T) | No basis for liability. Liability should be against AHM SPV II, LLC, a non-debtor and owner of the subject real property. Debtor is a tenant. |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.<br>600 STEAMBOAT ROAD<br>GREENWICH, CT 06830 | 8957 | 1/11/08 | 07-11050 | Unspecified* | Claim asserts only EPD/Breach Claims. Claimant did not complete the EPD/Breach Claims Questionnaire required in order for EPD/Breach Claims to be allowed under the Plan. |
| GREENWICH CAPITAL MARKETS, INC<br>600 STEAMBOAT RD<br>GREENWICH, CT 06830 | 8953 | 1/11/08 | 07-11051 | Unspecified* | Claim asserts only EPD/Breach Claims. Claimant did not complete the EPD/Breach Claims Questionnaire required in order for EPD/Breach Claims to be allowed under the Plan. |
| HUNTINGTON PAVING, INC.<br>ATTN JAMES BROWN, PRESIDENT<br>12 NEW ST<br>GREAT RIVER, NY 11739 | 5232 | 12/11/07 | 07-11051 | $44,969.42 (S)<br>- (A)<br>- (P)<br>- (U)<br>$44,969.42 (T) | No basis for liability. Liability should be against AHM SPV II, LLC, a non-debtor and owner of the subject real property. Debtor is a tenant. |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 10577 | 11/25/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$3,819,269.48 (U)<br>$3,819,269.48 (T) | Claim asserts only EPD/Breach Claims. Claimant did not complete the EPD/Breach Claims Questionnaire required in order for EPD/Breach Claims to be allowed under the Plan. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 10578 | 11/25/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$3,819,269.48 (U)<br>$3,819,269.48 (T) | Claim asserts only EPD/Breach Claims. Claimant did not complete the EPD/Breach Claims Questionnaire required in order for EPD/Breach Claims to be allowed under the Plan. |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 10579 | 11/25/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$3,819,269.48 (U)<br>$3,819,269.48 (T) | Claim asserts only EPD/Breach Claims. Claimant did not complete the EPD/Breach Claims Questionnaire required in order for EPD/Breach Claims to be allowed under the Plan. |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 10580 | 11/25/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$3,819,269.48 (U)<br>$3,819,269.48 (T) | Claim asserts only EPD/Breach Claims. Claimant did not complete the EPD/Breach Claims Questionnaire required in order for EPD/Breach Claims to be allowed under the Plan. |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | 10581 | 11/25/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$3,819,269.48 (U)<br>$3,819,269.48 (T) | Claim asserts only EPD/Breach Claims. Claimant did not complete the EPD/Breach Claims Questionnaire required in order for EPD/Breach Claims to be allowed under the Plan. |
| WELLS FARGO BANK, N.A.<br>CORP. TRUST SERVICES, ATTN WILLIAM FAY<br>DEFAULT & RESTRUCTURING ACCOUNT<br>MANAGER<br>9062 OLD ANNAPOLIS RD - MAC2702-011<br>COLUMBIA, MD 21045 | 9236 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$483,750,616.79 (U)<br>$483,750,616.79 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Debtor has no liability as claimants agreements are with American Home Mortgage Acceptance, Inc., American Home Mortgage Corp. and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), against whom claimant has already filed proofs of claim numbered 9233, 9234 and 9235. Accordingly, this Debtor has no liability with respect to proof of claim numbered 9236 and such claim should be disallowed and expunged in its entirety. |
| **Totals:** | **13 Claims** | | | **$143,405.35 (S)**<br>**- (A)**<br>**- (P)**<br>**$502,846,964.19 (U)**<br>**$502,990,369.54 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**

Modified Amount Claim

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. ATTN ADAM D. GLASSNER 214 NORTH TRYON STREET CHARLOTTE, NC 28255 | 8163 | 1/10/08 | 07-11051 | - (S) - (A) - (P) $75,667,287.20 (U) $75,667,287.20 (T) | - (S) - (A) - (P) $24,431,006.00 (U) $24,431,006.00 (T) | (S) Claim asserts only EPD/Breach Claims subject to the (A) EPD/Breach Claims Protocol set forth in the Plan. Claim (P) amount modified in accordance with the EPD/Breach (U) Claims Protocol based upon the completed EPD/Breach (T) Claims Questionnaire submitted by the claimant. |
| BANK OF NEW YORK, THE ATTN: MARTIN FEIG 101 BARCLAY STREET, 8W NEW YORK, NY 10286 | 8610 | 1/11/08 | 07-11051 | Unspecified* | - (S) - (A) - (P) $184,842.00 (U) $184,842.00 (T) | (S) Claim asserts only EPD/Breach Claims subject to the (A) EPD/Breach Claims Protocol set forth in the Plan. Claim (P) amount modified in accordance with the EPD/Breach (U) Claims Protocol based upon the completed EPD/Breach (T) Claims Questionnaire submitted by the claimant. |
| BANK OF NEW YORK, THE AS IND TTEE ATTN: MARTIN FEIG 101 BARCLAY STREET, 8W NEW YORK, NY 10286 | 8609 | 1/11/08 | 07-11049 | Unspecified* | - (S) - (A) - (P) $18,640.00 (U) $18,640.00 (T) | (S) Claim asserts only EPD/Breach Claims subject to the (A) EPD/Breach Claims Protocol set forth in the Plan. Claim (P) amount modified in accordance with the EPD/Breach (U) Claims Protocol based upon the completed EPD/Breach (T) Claims Questionnaire submitted by the claimant. |
| CITIBANK AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | 8848 | 1/11/08 | 07-11050 | Unspecified* | - (S) - (A) - (P) $8,362.33 (U) $8,362.33 (T) | (S) Claim asserts only EPD/Breach Claims subject to the (A) EPD/Breach Claims Protocol set forth in the Plan. Claim (P) amount modified in accordance with the EPD/Breach (U) Claims Protocol based upon the completed EPD/Breach (T) Claims Questionnaire submitted by the claimant. |
| CITIBANK NA AS TRUSTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME MORTGAGE C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | 8840 | 1/11/08 | 07-11051 | Unspecified* | - (S) - (A) - (P) $841,193.00 (U) $841,193.00 (T) | (S) Claim asserts only EPD/Breach Claims subject to the (A) EPD/Breach Claims Protocol set forth in the Plan. Claim (P) amount modified in accordance with the EPD/Breach (U) Claims Protocol based upon the completed EPD/Breach (T) Claims Questionnaire submitted by the claimant. |
| CITIBANK NA AS TRUSTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME MORTGAGE C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | 8841 | 1/11/08 | 07-11051 | Unspecified* | - (S) - (A) - (P) $753,484.00 (U) $753,484.00 (T) | (S) Claim asserts only EPD/Breach Claims subject to the (A) EPD/Breach Claims Protocol set forth in the Plan. Claim (P) amount modified in accordance with the EPD/Breach (U) Claims Protocol based upon the completed EPD/Breach (T) Claims Questionnaire submitted by the claimant. |
| CITIBANK NA AS TRUSTEE STRUCTURAL ASSET MORTGAGE INVESTMENTS II INC C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | 8849 | 1/1/08 | 07-11050 | Unspecified* | - (S) - (A) - (P) $263.00 (U) $263.00 (T) | (S) Claim asserts only EPD/Breach Claims subject to the (A) EPD/Breach Claims Protocol set forth in the Plan. Claim (P) amount modified in accordance with the EPD/Breach (U) Claims Protocol based upon the completed EPD/Breach (T) Claims Questionnaire submitted by the claimant. |

| Name/Address of Claimant | Objectionable Claim | | | | | |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | 9023 | 1/11/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$20,803,600.00 (U)<br>$20,803,600.00 (T) | - (S)<br>- (A)<br>- (P)<br>$14,386,005.00 (U)<br>$14,386,005.00 (T) | - (S) Claim asserts only EPD/Breach Claims subject to the<br>- (A) EPD/Breach Claims Protocol set forth in the Plan. Claim<br>- (P) amount modified in accordance with the EPD/Breach<br>(U) Claims Protocol based upon the completed EPD/Breach<br>(T) Claims Questionnaire submitted by the claimant. |
| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | 9024 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$40,090,100.00 (U)<br>$40,090,100.00 (T) | - (S)<br>- (A)<br>- (P)<br>$14,386,005.00 (U)<br>$14,386,005.00 (T) | - (S) Claim asserts only EPD/Breach Claims subject to the<br>- (A) EPD/Breach Claims Protocol set forth in the Plan. Claim<br>- (P) amount modified in accordance with the EPD/Breach<br>(U) Claims Protocol based upon the completed EPD/Breach<br>(T) Claims Questionnaire submitted by the claimant. |
| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | 9025 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$16,169,300.00 (U)<br>$16,169,300.00 (T) | - (S)<br>- (A)<br>- (P)<br>$14,386,005.00 (U)<br>$14,386,005.00 (T) | - (S) Claim asserts only EPD/Breach Claims subject to the<br>- (A) EPD/Breach Claims Protocol set forth in the Plan. Claim<br>- (P) amount modified in accordance with the EPD/Breach<br>(U) Claims Protocol based upon the completed EPD/Breach<br>(T) Claims Questionnaire submitted by the claimant. |
| FEDERAL HOME LOAN MORTGAGE CORPORATION<br>GEORGE KIELMAN<br>ASSOCIATE GENERAL COUNSEL<br>8200 JONES BRANCH DRIVE - MS 202<br>MC LEAN, VA 22102 | 8448 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$7,224,559.34 (U)<br>$7,224,559.34 (T) | - (S)<br>- (A)<br>- (P)<br>$110,188.00 (U)<br>$110,188.00 (T) | - (S) Claim asserts (i) EPD/Breach Claims subject to the<br>- (A) EPD/Breach Claims Protocol set forth in the Plan and (ii)<br>- (P) claim for legal fees and servicing fees. However,<br>(U) claimant did not (i) complete the EPD/Breach Claims<br>(T) Questionnaire required in order for EPD/Breach Claims to<br>be allowed under the Plan or (ii) attach documentation<br>from the Debtors' liability for legal fees or servicing fees,<br>or the proper amounts thereof, could be determined. |
| HSBC BANK USA, NATIONAL ASSOCIATION<br>ATTN THOMAS L NOLAN VICE PRESIDENT<br>8 EAST 40TH STREET 3RD FLOOR<br>NEW YORK, NY 10016 | 9037 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$11,136,188.87 (U)<br>$11,136,188.87 (T) | - (S)<br>- (A)<br>- (P)<br>$3,717,953.00 (U)<br>$3,717,953.00 (T) | - (S) Claim asserts only EPD/Breach Claims subject to the<br>- (A) EPD/Breach Claims Protocol set forth in the Plan. Claim<br>- (P) amount modified in accordance with the EPD/Breach<br>(U) Claims Protocol based upon the completed EPD/Breach<br>(T) Claims Questionnaire submitted by the claimant. |
| IMPAC FUNDING CORPORATION<br>ATTN STEPHEN WICHMANN<br>19500 JAMBOREE ROAD<br>IRVINE, CA 92612 | 7814 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$63,000,000.00 (U)<br>$63,000,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$5,710,375.00 (U)<br>$5,710,375.00 (T) | - (S) Claim asserts only EPD/Breach Claims subject to the<br>- (A) EPD/Breach Claims Protocol set forth in the Plan. Claim<br>- (P) amount modified in accordance with the EPD/Breach<br>(U) Claims Protocol based upon the completed EPD/Breach<br>(T) Claims Questionnaire submitted by the claimant. |
| LASALLE BANK NATIONAL ASSOCIATION<br>ATTN RITA LOPEZ, VICE PRESIDENT<br>C/O GLOBAL SECURITIES AND TRUST SERVICES<br>135 SOUTH LASALLE STREET, STE 1511<br>CHICAGO, IL 60603 | 9014 | 1/11/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$705,950.00 (U)<br>$705,950.00 (T) | - (S) Claim asserts only EPD/Breach Claims subject to the<br>- (A) EPD/Breach Claims Protocol set forth in the Plan. Claim<br>- (P) amount modified in accordance with the EPD/Breach<br>(U) Claims Protocol based upon the completed EPD/Breach<br>(T) Claims Questionnaire submitted by the claimant. |
| LASALLE BANK NATIONAL ASSOCIATION<br>ATTN RITA LOPEZ, VICE PRESIDENT<br>C/O GLOBAL SECURITIES AND TRUST SERVICES<br>135 SOUTH LASALLE STREET, STE 1511<br>CHICAGO, IL 60603 | 9015 | 1/11/08 | 07-11050 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$369,087.00 (U)<br>$369,087.00 (T) | - (S) Claim asserts only EPD/Breach Claims subject to the<br>- (A) EPD/Breach Claims Protocol set forth in the Plan. Claim<br>- (P) amount modified in accordance with the EPD/Breach<br>(U) Claims Protocol based upon the completed EPD/Breach<br>(T) Claims Questionnaire submitted by the claimant. |

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| LASALLE BANK NATIONAL ASSOCIATION ATN RITA LOPEZ, VICE PRESIDENT C/O GLOBAL SECURITIES AND TRUST SERVICES 135 SOUTH LASALLE STREET, STE 1511 CHICAGO, IL 60603 | 9016 | 1/11/08 | 07-11051 | Unspecified* | - (S) - (A) - (P) $676,221.00 (U) $676,221.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| MERRILL LYNCH MORTGAGE LENDING, INC. ATTN VADIM J RUBINSTEIN, ESQ LOEB & LOEB LLP 345 PARK AVE NEW YORK, NY 10154 | 8347 | 1/10/08 | 07-11050 | - (S) - (A) $946,970.54 (P) - (U) $946,970.54 (T) | - (S) - (A) - (P) $1,165,885.00 (U) $1,165,885.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| MERRILL LYNCH MORTGAGE LENDING, INC. ATTN VADIM J RUBINSTEIN, ESQ LOEB & LOEB LLP 345 PARK AVE NEW YORK, NY 10154 | 8348 | 1/10/08 | 07-11051 | - (S) - (A) $946,970.54 (P) - (U) $946,970.54 (T) | - (S) - (A) $1,165,885.00 (P) $1,165,885.00 (U) $1,165,885.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS ATTN DANIELA LEVARDA, ESQ C/O LEGAL AND COMPLIANCE DIVISION 1633 BROADWAY NEW YORK, NY 10019 | 9031 | 1/11/08 | 07-11051 | Unspecified* | - (S) - (A) $1,427,519.00 (P) $1,427,519.00 (U) $1,427,519.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS ATTN DANIELA LEVARDA, ESQ C/O LEGAL AND COMPLIANCE DIVISION 1633 BROADWAY NEW YORK, NY 10019 | 9032 | 1/11/08 | 07-11051 | Unspecified* | - (S) - (A) - (P) $13,027,244.00 (U) $13,027,244.00 (T) | Claim asserts both EPD/Breach Claims and non-EPD/Breach Claims for premium recapture. EPD/Breach Claims modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. Non-EPD/Breach Claims allowed in the asserted amount. |
| POLADIAN, ANGELINE 3 WHITWORTH ST LADERA RANCH, CA 92694 | 10670 | 2/10/09 | 07-11051 | - (S) $6,728.00 (A) - (P) - (U) $6,728.00 (T) | - (S) $744.48 (A) - (P) $744.48 (U) $744.48 (T) | Claim relates to 232 hours of carry over vacation, vacation and sick/personal pay. Unused sick/personal time is not payable as per company policy. As per Debtor's books and records the claimant's balance for carry over vacation as of the termination date, 8/3/07, was 24 hours, and 0 for vacation. Based on the claimant's hourly rate of $31.02 the payout for the remaining carry over vacation is $744.48. |
| WELLS FARGO BANK, N.A. ATTN: WILLIAM FAY MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA, MD 21045 | 9233 | 1/11/08 | 07-11049 | - (S) - (A) $483,750,616.79 (P) - (U) $483,750,616.79 (T) | - (S) - (A) $160,602.15 (P) $160,602.15 (U) $160,602.15 (T) | Claim asserts (i) EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan and (ii) claim for legal fees. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. However, claimant did not attach documentation from which the Debtors' liability for legal fees, or the proper amount thereof, could be determined. Accordingly, the modified claim amount does not include legal fees. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK, N.A. CORP. TRUST SERVICES, ATTN: WILLIAM FAY DEFAULT & RESTRUCTURING ACCOUNT MANAGER 9062 OLD ANNAPOLIS RD - MAC2702-011 COLUMBIA, MD 21045 | 9234 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$483,750,616.79 (U)<br>$483,750,616.79 (T) | - (S)<br>- (A)<br>$160,602.15 (P)<br>$160,602.15 (U)<br>$160,602.15 (T) | Claim asserts (i) EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan and (ii) claim for legal fees. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. However, claimant did not attach documentation from which the Debtors' liability for legal fees, or the proper amount thereof, could be determined. Accordingly, the modified claim amount does not include legal fees. |
| WELLS FARGO BANK, N.A. CORP. TRUST SERVICES, ATTN WILLIAM FAY DEFAULT & RESTRUCTURING ACCOUNT MANAGER 9062 OLD ANNAPOLIS RD- MAC N2702-011 COLUMBIA, MD 21054 | 9235 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$483,750,616.79 (U)<br>$483,750,616.79 (T) | - (S)<br>- (A)<br>$160,602.15 (P)<br>$160,602.15 (U)<br>$160,602.15 (T) | Claim asserts (i) EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan and (ii) claim for legal fees. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. However, claimant did not attach documentation from which the Debtors' liability for legal fees, or the proper amount thereof, could be determined. Accordingly, the modified claim amount does not include legal fees. |
| Totals: | | 24 Claims | | - (S)<br>- (A)<br>$6,728.00 (P)<br>$1,687,236,826.86 (U)<br>$1,687,243,554.86 (T) | - (S)<br>- (A)<br>$744.48 (P)<br>$97,953,918.78 (U)<br>$97,954,663.26 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT C

**Exhibit C**

**Modified Amount Wrong Debtor Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | | — Objectionable Claim — | | | |
| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | 8523 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$9,076,422.69 (U)<br>$9,076,422.69 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$306,903.00 (U)<br>$306,903.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | 8524 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$27,585,072.66 (U)<br>$27,585,072.66 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$9,353,946.00 (U)<br>$9,353,946.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |

— Objectionable Claim —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC<br>C/O RICHARD D. BALLOT<br>GMAC RESCAP<br>465 SOUTH STREET, SUITE 202<br>MORRISTOWN, NJ 07960 | 8447 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,162,467.62 (U)<br>$5,162,467.62 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$37,327.15 (U)<br>$37,327.15 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. However, the applicable Debtor has no liability as claimant's agreements are with debtors, American Home Mortgage Acceptance, Inc., American Home Mortgage Corp, and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), against whom claimant has already asserted claims via proofs of claim numbered 9233, 9234 and 9235. Accordingly, this Debtor has no liability with respect to this claim and it should be disallowed and expunged in its entirety. |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>- (P)<br>$41,823,962.97 (U)<br>$41,823,962.97 (T) | | - (S)<br>- (A)<br>- (P)<br>$9,698,176.15 (U)<br>$9,698,176.15 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Modified Amount Reclassified Claims

| | | | Objectionable Claims | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
| AURORA LOAN SERVICES, LLC -ON BEHALF OF CERTAIN TRUSTS & LEHMAN BROS. BANK FSB & LEHMAN BROS. HOLDINGS INC 885 THIRD AVENUE - ATTN ROBERT ROSENBERG LITTLETON, CO 80163-1565 | 8674 | 1/11/08 | 07-11051 | $19,100,000.00 (S) - (A) - (P) - (U) $19,100,000.00 (T) | - (S) - (A) - (P) $7,519,783.00 (U) $7,519,783.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| BANK OF NEW YORK, THE AS INDENTURE TRUSTEE ATTN MARTIN FEIG 101 BARCLAY STREET, 8W NEW YORK, NY 10286 | 10116 | 3/18/08 | 07-11049 | Unspecified* | - (S) - (A) - (P) $18,640.00 (U) $18,640.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| CITIBANK AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | 8850 | 1/11/08 | 07-11051 | Unspecified* | - (S) - (A) - (P) $4,181.17 (U) $4,181.17 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| CITIBANK AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | 8842 | 1/11/08 | 07-11051 | Unspecified* | - (S) - (A) - (P) $263.00 (U) $263.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| CITIBANK NA AS TRUSTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME MORTGAGE C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | 8846 | 1/11/08 | 07-11050 | Unspecified* | - (S) - (A) - (P) $841,193.00 (U) $841,193.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| CITIBANK NA AS TRUSTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME MORTGAGE C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | 8847 | 1/11/08 | 07-11050 | Unspecified* | - (S) - (A) - (P) $753,484.00 (U) $753,484.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| CITIGROUP GLOBAL MARKETS INC. ATTN: SUSAN MILLS MANAGING DIRECTOR 390 GREENWICH ST. NEW YORK, NY 10013 | 10377 | 5/1/08 | 07-11051 | - (S) - (A) - (P) $68,828,757.78 (U) $68,828,757.78 (T) | - (S) - (A) - (P) $14,580,015.00 (U) $14,580,015.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| SUNTRUST ROBINSON HUMPHREY FUNDING, LLC F/K/A SUN TRUST ASSET FUNDING, LLC C/O MADISON L MARTIN - STITES & HARBISON 401 COMMERCE STREET, STE 800 NASHVILLE, TN 37219 | 7757 | 1/8/08 | 07-11051 | $21,354,440.31 (S) - (A) - (P) - (U) $21,354,440.31 (T) | - (S) - (A) - (P) $18,613,665.00 (U) $18,613,665.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE ATTN PAMELA WIEDER   -EP-MN-WS1D U.S. BANK CORPORATE TRUST SERVICES 60 LIVINGSTON AVENUE ST. PAUL, MN 55107 | 8279 | 1/10/08 | 07-11051 | Unspecified* | - (S) - (A) - (P) $3,084.00 (U) $3,084.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |

## ———— Objectionable Claims ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER  - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN  55107 | 8280 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$7,327.00 (U)<br>$7,327.00 (T) | Claim asserts only EPD/Breach<br>Claims subject to the EPD/Breach<br>Claims Protocol set forth in the Plan.<br>Claim amount modified in accordance<br>with the EPD/Breach Claims Protocol<br>based upon the completed<br>EPD/Breach Claims Questionnaire<br>submitted by the claimant. |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER  - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN  55107 | 8281 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$618.00 (U)<br>$618.00 (T) | Claim asserts only EPD/Breach<br>Claims subject to the EPD/Breach<br>Claims Protocol set forth in the Plan.<br>Claim amount modified in accordance<br>with the EPD/Breach Claims Protocol<br>based upon the completed<br>EPD/Breach Claims Questionnaire<br>submitted by the claimant. |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER  - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN  55107 | 8282 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$26,609.00 (U)<br>$26,609.00 (T) | Claim asserts only EPD/breach<br>Claims subject to the EPD/Breach<br>Claims Protocol set forth in the Plan.<br>Claim amount modified in accordance<br>with the EPD/Breach Claims Protocol<br>based upon the completed<br>EPD/Breach Claims Questionnaire<br>submitted by the claimant. |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER  - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN  55107 | 8283 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$2,811.00 (U)<br>$2,811.00 (T) | Claim asserts only EPD/Breach<br>Claims subject to the EPD/Breach<br>Claims Protocol set forth in the Plan.<br>Claim amount modified in accordance<br>with the EPD/Breach Claims Protocol<br>based upon the completed<br>EPD/Breach Claims Questionnaire<br>submitted by the claimant. |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER  - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN  55107 | 8284 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$13,186.00 (U)<br>$13,186.00 (T) | Claim asserts only EPD/Breach<br>Claims subject to the EPD/Breach<br>Claims Protocol set forth in the Plan.<br>Claim amount modified in accordance<br>with the EPD/Breach Claims Protocol<br>based upon the completed<br>EPD/Breach Claims Questionnaire<br>submitted by the claimant. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | 8285 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$405,694.00 (U)<br>$405,694.00 (T) | Claim asserts only EPD/Breach<br>Claims subject to the EPD/Breach<br>Claims Protocol set forth in the Plan.<br>Claim amount modified in accordance<br>with the EPD/Breach Claims Protocol<br>based upon the completed<br>EPD/Breach Claims Questionnaire<br>submitted by the claimant. |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | 8286 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$170,334.00 (U)<br>$170,334.00 (T) | Claim asserts only EPD/Breach<br>Claims subject to the EPD/Breach<br>Claims Protocol set forth in the Plan.<br>Claim amount modified in accordance<br>with the EPD/Breach Claims Protocol<br>based upon the completed<br>EPD/Breach Claims Questionnaire<br>submitted by the claimant. |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | 8287 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$72,506.00 (U)<br>$72,506.00 (T) | Claim asserts only EPD/Breach<br>Claims subject to the EPD/Breach<br>Claims Protocol set forth in the Plan.<br>Claim amount modified in accordance<br>with the EPD/Breach Claims Protocol<br>based upon the completed<br>EPD/Breach Claims Questionnaire<br>submitted by the claimant. |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | 8288 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$216,501.00 (U)<br>$216,501.00 (T) | Claim asserts only EPD/Breach<br>Claims subject to the EPD/Breach<br>Claims Protocol set forth in the Plan.<br>Claim amount modified in accordance<br>with the EPD/Breach Claims Protocol<br>based upon the completed<br>EPD/Breach Claims Questionnaire<br>submitted by the claimant. |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | 8289 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$150,311.00 (U)<br>$150,311.00 (T) | Claim asserts only EPD/Breach<br>Claims subject to the EPD/Breach<br>Claims Protocol set forth in the Plan.<br>Claim amount modified in accordance<br>with the EPD/Breach Claims Protocol<br>based upon the completed<br>EPD/Breach Claims Questionnaire<br>submitted by the claimant. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| UBS REAL ESTATE SECURITIES INC. ATTN CHRISTOPHER G. SCHMIDT, DIRECTOR 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019 | 8925 | 1/11/08 | 07-11051 | $8,498,893.06 (S) - (A) - (P) - (U) $8,498,893.06 (T) | - (S) - (A) - (P) $3,303,772.00 (U) $3,303,772.00 (T) | - Claim asserts only EPD/Breach. - Claims subject to the EPD/Breach - Claims Protocol set forth in the Plan. - Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| **Totals:** | | 20 Claims | | $48,953,333.37 (S) - (A) - (P) $68,828,757.78 (U) $117,782,091.15 (T) | - (S) - (A) - (P) $46,703,977.17 (U) $46,703,977.17 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.