## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., ) | |
| a Delaware corporation, et al.,[4] ) | Jointly Administered |
| ) | |
| Debtors. ) | Ref. Docket No. 8086 |
| ) | |

**ORDER, PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AUTHORIZING ISSUANCE OF A SUBPOENA TO GRM INFORMATION MANAGEMENT SERVICES TO PERMIT DEBTORS ACCESS TO AND TO INSPECT DEBTORS' RECORDS IN POSSESSION OF GRM INFORMATION MANAGEMENT SERVICES AND RELATED ENTITIES**

Upon the motion (the "Motion") of American Home Mortgage Holdings, Inc., together with its affiliated debtors in possession (collectively, "AHM" or the "Debtors") for entry of an order pursuant to rule 2004 ("Rule 2004") of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing issuance of a subpoena to GRM Information Management Services (as further described in the Motion, "GRM") to permit Debtors to access and inspect Debtors' records; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B); and upon consideration of the Motion; and due and proper notice of the Motion having been given, it is hereby ORDERED that:

1. The Motion is granted to the extent set forth herein.

---

[4] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2

2.  The Debtors are hereby authorized to issue a subpoena, pursuant to Federal Rule of Bankruptcy Procedure 9016, to GRM to permit Debtors and its authorized agents and/or attorneys to access and inspect Debtors' records in the possession, custody and/or control of GRM or any related or affiliated entity. Such subpoena shall schedule such access and inspection during normal business hours and with at least five (5) business days notice.

3.  The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: October 13, 2009

Christopher S. Sontchi
United States Bankruptcy Judge