## **EXHIBIT B**

Document Storage Contract



ACCOUNT NUMBER ___289___

RECEIVED FOR THE ACCOUNT OF:

American Home Mortgage
(hereinafter called Depositor)

60 East 42nd Street
Number and Street

New York _____ N.Y. 10017
City                                    State        Zip

(212)  697-6300
Phone

Depositor declares that the value of any container including the contents thereof, transported, received, handled or stored hereunder or later evolved for the account of said depositor shall not exceed a value equal to the monthly storage charge per container.

Charges for storage and services shall be at the rates shown on the Company's Schedule of Charges dated __9/1/88__ which is incorporated by this reference. Rates are subject to change on thirty (30) days written notice.

Depositor hereby acknowledges receiving a copy of this contract and has read its terms and conditions printed hereon, including the reverse side.

Depositor hereby accepts its terms and conditions and affixes his/her signature hereto.

SIGN HERE  X _____
Depositor or Authorized Agent or
Representative of Depositor

DATE _____ March 22, 1989

TO BE STORED AT:

Moishe's Document Storage _____ Warehouse Name
(hereinafter called The Company)

34-09 Queens Boulevard
Number and Street

L.I.C. _____ NY        11101
City                                    State       Zip

(718) 392-6180
Phone

ACCESS: The following persons listed below are authorized to have access to the goods stored in this account and may request additions, deletions or services to this account.

X  Michael Strauss _____ Signature
   Printed Name

X  Leonard Schon _____ Signature
   Printed Name

X  GEROY JOHNSON _____ Signature
   Printed Name

X  ALAN BACHMAN _____ Signature
   Printed Name

_____  _____
Printed Name                    Signature

_____  _____
Printed Name                    Signature

_____  _____
Printed Name                    Signature

By  William A. Belf _____ Signature
    Authorized Agent or Representative
    of Company

CORPORATE OFFICES: 821 RECORD PLAZA, New York, NY 10036
(212) 204-5002 • (800) 225-0252
STORAGE FACILITY: 34-09 QUEENS BOULEVARD, L.I.C. NY 11101
(718) 392-6180 • (800) 225-0252



2

066585.1001



Schedule of Charges

**American Home Mortgage**
June 1, 2007
*through*
May 31, 2008

| Account #: 0X380289 | | Detail | Report 1.2007 |
|---|---|---|---|

| MONTHLY MINIMUM STORAGE: | $2,950.00 | | |
|---|---|---|---|

| STORAGE & HANDLING | Minimum Cubic Foot | Rate | Unit |
|---|---|---|---|
| 2 Cubic Foot Box | 2.0 | $1.21 | each |
| 3 Cubic Foot Box | 3.0 | $1.79 | each |
| 4 Cubic Foot Box | 4.0 | $2.80 | each |
| Archive Box | 1.2 | $0.68 | each |
| Check Deposit Box | 1.0 | $0.63 | each |
| Legal Box | 3.6 | $1.90 | each |
| Legal Transfile Box | 3.6 | $1.86 | each |

*Storage charges are based on a 30-day billing period and are adjusted to reflect the actual number of days in a month.*

| HANDLING | | Rate | Unit |
|---|---|---|---|
| Containers Added | | $3.03 | box |
| Container Access | | $3.03 | box |
| Container Refiled | | $3.03 | box |
| Files Added (any additional files being barcoded for the first time) | | $3.42 | item |
| Access File for Delivery or Files Refiled | | $3.42 | item |
| Rush Reference Surcharge (plus retrieval charges) | | $5.51 | item |
| Standard Destruction (plus retrieval charges) | | $4.20 | per cubic foot |
| Shredding (plus retrieval charges) | | $6.66 | per cubic foot |
| Permanent Removal (plus retrieval charges & record changes) | | $4.60 | per cubic foot |
| Late Reference | | $5.00 | per occurrence |

| TRANSPORTATION / DELIVERY | | Rate | Unit |
|---|---|---|---|
| Next Day Regular Service (includes First Item)-order by 4:30 p.m., Receive next business day by 5:00 p.m. | | $103.01 | per trip |
| Each additional | | $3.20 | per item |
| A.M. Service-order by 4:30 p.m., Receive by 12:00 p.m. next business day | | $15.44 | trip surcharge |
| Same Day Service-order by 12:00 p.m., Receive by 5:00 p.m. that day | | $15.44 | trip surcharge |
| Morning Rush Service-order by 4:30 p.m., Receive next business day by 9:30 a.m. | | $74.97 | trip surcharge |
| Emergency Service-order by 4:30 p.m., Receive within 3 hours of request | | $74.97 | trip surcharge |

| SUPPLIES | | Rate | Unit |
|---|---|---|---|
| GRM 1-Archive Box | | $3.03 | each |
| GRM 4-Letter Box | | $4.41 | each |
| GRM 3-Legal Box | | $4.69 | each |
| GRM 8 Push Down Carton Archive | | $3.03 | each |
| Transmittal Forms | | $0.26 | each |
| Sheets of Barcode Labels | | $1.94 | each |

| MISCELLANEOUS | | Rate | Unit |
|---|---|---|---|
| Records Center Hourly Services | | $35.00 | per hour |
| Off-Hour opening-3 hour minimum | | $52.50 | per hour |
| Facsimile - Outgoing from records center, $5.00 minimum (first 10 pages) | | $0.55 | per page |
| Filefolder Tracking | | $0.02 | each |
| Client Access Room Charge (to be quoted upon request) | | | |
| Data Entry - from transmittal list (to be quoted upon request) | | | |
| Record Change (any manual database change) | | $0.77 | per line |
| Account Maintenance | | $20.00 | monthly |

Standard GRM Hours is 10am to 5:00pm, Monday through Friday excluding New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving and Christmas Day. During non-standard hours service is available Monday through Sunday, at the rate of time and a half the hourly rate. There is a 3-hour minimum charge. Any service not listed will be quoted upon request.

DB02:8746986.2

066585.1001