# EXHIBIT C

Access to Records Request

Crowther, Curtis

From:           Crowther, Curtis
Sent:           Thursday, August 06, 2009 11:56 AM
To:             'QVICTOR@GRMIMS.COM'
Cc:             'Martinez, Scott'
Subject:        American Home Mortgage

Mrs. Victor:

This firm is bankruptcy counsel to American Home Mortgage ("AHM"). We have been advised that AHM has repeatedly requested access to records in storage at GRM INFORMATION MANAGEMENT SERVICES facilities but that such requests have either been ignored or refused.

Please be advised that AHM intends to file a motion with the United States Bankruptcy Court for the District of Delaware under Fed. R. Bankr. P. 2004 to inspect the files being held in storage. AHM needs to determine what is being held and the value, if any, of such items. This will be accomplished by a court order permitting the service of a subpoena to permit such an inspection. Under the Local Rules in this district, we are required to seek the consent of GRM to the relief requested prior to filing of the motion. Accordingly, please advise whether GRM will either (a) voluntarily permit the inspection of such records held in storage at the GRM facilities at a mutually agreeable time, or (b) consent to the entry of the order under Fed. R. Bankr. P. 2004. In our view, if access is given, the necessity of the motion is removed.

Please note that AHM is **NOT** requesting to remove any records from storage at GRM at this time. Rather, the request is merely to inspect such records.

I look forward to hearing from you or someone at GRM on or before August 13, 2009 in response to this request. If we are unable to reach an agreement, AHM will have no option but to seek the relief requested by motion.

Curtis J. Crowther
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6755
Facsimile: 302-576-3445
ccrowther@ycst.com
www.YoungConaway.com

1

DB02:8746986.2                                                                              066585.1001