# EXHIBIT A

**Eighth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/09-5/31/09<br>8/6/09<br>7906 | 368,223.50 | 30,169.49 |
| 6/1/09-6/30/09<br>8/31/09<br>7989 | 203,072.00 | 30,169.01 |
| 7/1/09-7/331/09<br>9/9/09<br>8035 | 111,479.50 | 6,867.04 |
| Totals | 682,775.00 | 67,205.54 |

**Eighth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/09-5/31/09 7/27/09 7657 | 2,637.50 | 0.00 |
| Totals | 2,637.50 | 0.00 |

**Eighth Interim Fee Request Of Allen & Overy, LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/09-5/31/09<br>6/19/09<br>7549 | 12,143.00 | 50.98 |
| 6/1/09-6/30/09<br>7/31/09<br>7815 | 6,265.00 | 28,783.02 |
| 7/1/09-7/31/09<br>9/1/09<br>7994 | 1,825.00 | 16,046.38 |
| Totals | 20,233.00 | 44,880.38 |

066585.1001

**Fourth Interim Fee Request of Kilpatrick Stockton LLP (formerly Muldoon Murphy & Aguggia LLP), Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 6/1/09-6/30/09 7/24/09 7630 | 675.00 | 5.50 |
| Totals | 675.00 | 5.50 |

**Eighth Interim Fee Request of Milestone Advisors LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/09-4/30/09 7/2/09 7595 | 100,000.00 | 2,876.79 |
| Totals | 100,000.00 | 2,876.79 |

**Sixth Interim Fee Request of PricewaterhouseCoopers LLP**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/09-7/31/09<br>9/11/09<br>8047 | 18,614.00 | 0.00 |
| Totals | 18,614.00 | 0.00 |

066585.1001

**Eighth Interim Fee Request of Cadwalader, Wickersham & Taft LLP**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/09-7/31/09<br>9/14/09<br>8061 | 1,010,638.50 | 43,201.95 |
| Totals | 1,010,638.50 | 43,201.95 |

**Eighth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/09-5/31/09<br>8/18/09<br>7961 | 42,436.00 | 914.29 |
| 6/1/09-6/30/09<br>8/18/09<br>7962 | 15,733.50 | 541.57 |
| 7/1/09-7/31/09<br>9/14/09<br>8062 | 18,603.50 | 439.39 |
| Totals | 76,773.00 | 1895.25 |

**Eighth Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 6/25/09<br>5/1/09-5/31/09<br>7572 | 118,646.50 | 2,051.39 |
| 7/21/09<br>6/1/09-6/30/09<br>7625 | 108,411.00 | 1,563.30 |
| 8/19/09<br>7/1/09-7/31/09<br>7969 | 174,428.00 | 1,605.40 |
| Totals | 401,485.50 | 5,220.09 |

**First Interim Fee Request of Bifferato LLC, Special Conflicts Counsel to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 9/26/08-12/31/08 4/2/09 7225 | 4,684.50 | 1,419.80 |
| 11/1/08-11/30/08 4/13/09 7262 | 586.00 | 8.16 |
| 12/1/08-12/31/08 4/22/09 7308 | 2,248.50 | 2,113.61 |
| Totals | 7,519.00 | 3,541.57 |

**Second Interim Fee Request of Bifferato LLC, Special Conflicts Counsel to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 1/1/09-3/31/09 9/1/09 7992 | 8,161.50 | 171.78 |
| Totals | 8,161.50 | 171.78 |