# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 10/14/09 @ 9:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Margaret W. Gallacher | YCST | AHM |
| Sean Beach | YCST | AHM |
| Michael Neiburg | YCST | AHM |
| Jeffrey Zawadzki | Hahn & Hessen | Committee of Unsecured Creditors |
| Steven Brown / Dennis Kiely | EAPD | Tried A.P. | Countrywide Bk Home / Bank of America |
| Edward Schnitzer | Hahn & Hessen | Committee of Unsecured Creditors |
| Christopher Jarvinen | " | " |
| Elizabeth Sloan | Blank Rome | Creditor's Comm. |
| Mike Busenkell | Womble Carlyle | Triad Guaranty |
| Rick Rice | " | " |
| James Dean | " | " |
| M. Jacobs Renick | Kaufman Hays Brownstein | Fee Examiner - Atty |
| Thomas Macauley | Zuckerman Spaeder | Zuckerman Spaeder |
| Stephen Weisbrod | Gilbert LLP | Gilbert LLP |