## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re

AMERICAN HOME MORTGAGE HOLDINGS,
INC., et al.,[1]

                           Debtors.
---------------------------------------------------------------x
KATHY S. KOCH, JARRETT PERRY,
GINA PULLIAM, MICHAEL S. SUROWIEC,
KATHLEEN WIELGUS, and PATRICIA WILLIAMS,
on their own behalf and on behalf of all other persons
similarly situated,

                           Plaintiffs,

       - against-

AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE,
INC., AMERICAN HOME MORTGAGE
SERVICING, INC., AMERICAN HOME
INVESTMENT CORP., and AMERICAN
HOME MORTGAGE HOLDINGS, INC.,

                           Defendants.
---------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

Adv. Pro. No. 07-51688 (CSS)

Re: Docket No. 8015
Adv. Pro. Docket No. 101

### ORDER PURSUANT TO SECTIONS 105 AND 107 OF THE BANKRUPTCY CODE AUTHORIZING THE PARTIES TO FILE UNDER SEAL EXHIBIT A AND EXHIBIT B TO THE SETTLEMENT AGREEMENT RESOLVING CERTAIN EMPLOYMENT-RELATED CLAIMS

Upon the motion dated September 3, 2009 (the "*Motion*") of the above-captioned debtors and debtors-in-possession (the "*Debtors*"), the Official Committee of Unsecured Creditors of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

128189.01600/40183661v.1

Debtors (the "*Committee*") and class representatives Kathy S. Koch, Jarrett Perry, Gina Pulliam, Michael S. Surowiec, Kathleen Wielgus, and Patricia Williams (the "*Class Representatives*"), on behalf of themselves and similarly situated class members (together with the Class Representatives, the "*Class Members*") (the Debtors, the Committee and the Class Representatives, the "*Movants*"), for the entry of for an order authorizing the Movants to submit under seal *Exhibit A* and *Exhibit B* to the *Settlement and Release Agreement*, pursuant to 11 U.S.C. §§ 105 and 107, Rule 9018 of the Federal Rules of Bankruptcy Procedure and Local Rule 9018-1(b) of United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, that the Motion is granted in all respects; and it is further

ORDERED, that the Movants are authorized to file *Exhibit A* and *Exhibit B* to the Settlement Agreement under seal; and it is further

ORDERED, that the sealed documents shall remain filed under seal until further order of the Court.

Dated: Wilmington, Delaware
10/14, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

128189.01600/40183661v.1