## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:                                                                    :    Chapter 11

                                                                          :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                        :

                                                                          :    Jointly Administered

                                                                          :

Debtors.                                                                  :    **Ref. Docket No. 8140**

---------------------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' FORTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Forty-Second Omnibus (Substantive) Objection to

Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007,

and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in

possession (the "Debtors"), by which the Debtors respectfully request the entry of an order

pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules

3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in

full or in part, reassigning, and/or otherwise modifying each of the Disputed Claims[2] identified

on Exhibits A, B, and C to the Objection; and it appearing that the Court has jurisdiction over

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]     All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the

Objection having been given under the circumstances; and sufficient cause appearing thereof; it

is hereby

ORDERED that the Objection is sustained to the extent set forth herein; and it is

further

ORDERED that the Objection is adjourned with respect to the proofs of claim

filed by John Monaghan [POC No. 2746] and Arapahoe County [POC No. 9778]; and it is

further    ( Mona Dobben [POC Nos. 10607, 10608, 10609]

ORDERED that claim numbered 9845 ("Claim No. 9845"), filed by Ms. Laura

Beall, is hereby reclassified in its entirety as an unsecured, non-priority claim.  Any and all

remaining issues raised by the Objection and related pleadings are hereby adjourned to

November 13, 2009, unless further extended by agreement of the parties.  All parties' rights with

respect to the Objection, other than reclassification, are hereby reserved; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A are

hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement

this Objection, and to file additional objections to any claims filed in these chapter 11 cases

including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims, or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
      October 14, 2009

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2