# EXHIBIT A

**Exhibit A**

**No Liability Claims**

| | Objectionable Claims | | | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN: DAVID SOBUL, ESQ.<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | 10476 | 8/28/08 | 07-11049 | $163,308,368.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$163,308,368.00 (T) | Claim relates to various breaches of a contract executed by and between claimant and American Home Mortgage Investment Corp. in January, 1995. The debtor entity against whom the claim is asserted did not exist until 2003 and cannot therefore be liable for alleged breaches of a contract that predated its existence. |
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN: DAVID SOBUL, EQ.<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | 10480 | 8/28/08 | 07-11047 | $163,308,368.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$163,308,368.00 (T) | Claim relates to various breaches of a contract executed by and between claimant and American Home Mortgage Investment Corp. in January, 1995. The debtor entity against whom the claim is asserted did not exist until 1999 and therefore cannot be liable for alleged breaches of a contract that predated its existence. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MACCORMACK, JOSEPH & MARY<br>4800 CHRISTIE JANE LANE<br>FAIRFAX, VA 22030 | 10655 | 2/5/09 | 07-11047 | $760,000.00 (S)<br>- (A)<br>- (P)<br>$1,520,000.00 (U)<br>$2,280,000.00 (T) | Asserted basis for claim is "illegal loan/rescission." Claimant attached as Exhibit A to his proof of claim an unsigned letter, dated October 28, 2008, requesting loan modification or rescission due to allegedly fraudulent loan origination and fraudulent concealment of material loan terms. Debtors sold the mortgage relating to the subject property to the securitization trust, AHMA 2006-6 on October 30, 2006, and sold their servicing business on April 11, 2008 to a non-debtor third party. Accordingly, at the time the request was made, the Debtors were not responsible for servicing the loans and could not effectuate a rescission or modification of the loan. In addition, claimant's assertion that terms relating to the variable interest rate were fraudulently concealed is belied by the clear language of the Adjustable Rate Rider, dated September 19, 2006, contained in Exhibit B to the proof of claim, which provides, in part: "THIS RIDER CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT…." The variable interest rate was also disclosed in the Truth-In-Lending Disclosure Statement. |
| STRAIGHT LINE ROOFING & CONTRUCTION<br>PORTER LAW GROUP, INC.<br>WILLIAM L. PORTER<br>7801 FOLSOM BLVD., SUITE 101<br>SACRAMENTO, CA 95826 | 10685 | 3/10/09 | 07-11047 | $26,041.33 (S)<br>- (A)<br>- (P)<br>- (U)<br>$26,041.33 (T) | Claim relates to a mechanic's lien asserted against residential real property located in El Dorado Hills, CA. The debtor is neither the owner of the property nor a party to any contract with the claimant. Rather, it appears that the property owner contracted with the claimant to perform work on their property. Thus, pursuant to applicable law, although the debtor's security interest in the property could potentially be impaired by the mechanic's lien, claimant cannot assert a claim against the debtor for the property owners' alleged breach of the subject construction contract. |
| Totals: | | 7 Claims | | $328,757,946.33 (S)<br>- (A)<br>$2,710,338.00 (P)<br>$1,520,000.00 (U)<br>$332,988,284.33 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.