# **EXHIBIT A**

# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,  September 1, 2009 to September 30, 2009
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue  Invoice No. 32636
New York, NY 10022
**Attention:**   Mark T. Power, Esquire

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 0.10 | 15.00 |
| B18 | Fee Applications, Others - | 2.40 | 630.00 |
| B25 | Fee Applications, Applicant - | 4.50 | 955.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 1.70 | 595.00 |
| B7 | Employment Applications, Applicant - | 1.30 | 355.00 |
| | **Total** | **10.00** | **$2,550.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Rick S. Miller | 350.00 | 3.60 | 1,260.00 |
| Steven G. Weiler | 250.00 | 3.30 | 825.00 |
| Legal Assistant - MH | 150.00 | 3.10 | 465.00 |
| **Total** | | **10.00** | **$2,550.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                         **$303.20**

| | | | |
|---|---|---|---|
| **Invoice No. 32636** | **Page 2 of 3** | | **October 15, 2009** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-01-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. Morris re scheduling issues | 0.10 | RSM |
| | *Employment Applications, Applicant* - e-mail correspondence with SGW re CNO | 0.10 | RSM |
| | *Employment Applications, Applicant* - Trade e-mails with RSM re service of certificate of no objection re Ferry, Joseph & Pearce's retention application, advise legal assistant re same | 0.20 | SGW |
| | *Case Administration* - Review chambers website re timely certificate of no objection procedure; confer with RSM re same | 0.10 | MH |
| Sep-02-09 | *Litigation/Adversary Proceedings (Non-Claims)* - attend teleconference re discovery | 0.50 | RSM |
| | *Employment Applications, Applicant* - confer with SGW re filing CNO | 0.10 | RSM |
| | *Employment Applications, Applicant* - review e-mail from SGW re filing CNO | 0.10 | RSM |
| | *Employment Applications, Applicant* - Review docket for objections to Ferry, Joseph & Pearce's retention application; arrange for filing and service of certificate of no objection and preparation of certificate of no objection binder; teleconference with Judge Sontchi's chambers re same | 0.30 | SGW |
| | *Employment Applications, Applicant* - Prepare for e-filing, e-file and serve certificate of no objection re retention application | 0.20 | MH |
| Sep-03-09 | *Fee Applications, Applicant* - e-mail correspondence with SGW re filing of 1st fee app | 0.10 | RSM |
| | *Employment Applications, Applicant* - review court order approving retention | 0.10 | RSM |
| | *Employment Applications, Applicant* - e-mail correspondence with Mr. Schnitzler re retention order | 0.10 | RSM |
| | *Fee Applications, Applicant* - Trade e-mails with RSM re July-Aug. 09 fee application; revise same; confer with legal assistant re same | 0.20 | SGW |
| | *Employment Applications, Applicant* - Trade e-mails with RSM re entry of Ferry, Joseph & Pearce's retention order | 0.10 | SGW |
| Sep-04-09 | *Fee Applications, Others* - e-mail correspondence with Mr. Morse re HBD's 3rd monthly fee app | 0.10 | RSM |
| | *Fee Applications, Others* - e-mail correspondence with SGW re HBD's 3rd monthly fee app | 0.10 | RSM |
| | *Fee Applications, Others* - e-mail correspondence with SGW re HBD's 2nd monthly fee app | 0.10 | RSM |
| | *Fee Applications, Others* - Revise and prepare for e-filing, e-file and serve HBD's 3rd monthly fee application and certificate of no objection re HBD's 2nd monthly fee application; e-mail copy of same to J. Morse | 1.50 | SGW |
| Sep-09-09 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Zawadzki re service on Thacher | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - File summons in Thacher case | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - File affidavit of service in Thacher case | 0.10 | RSM |
| Sep-11-09 | *Fee Applications, Applicant* - Trade e-mails with legal assistant re status of fee and expense figures re 1st and 2nd combined monthly fee application | 0.10 | SGW |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Sep-14-09 | *Fee Applications, Applicant* - review and edit time records for 1st FJP fee app | 0.50 | RSM |
| | *Fee Applications, Applicant* - Revise prebill re 1st and 2nd monthly fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Modify July-Aug. 09 statement, revise fee application and related documents | 2.10 | MH |
| Sep-15-09 | *Fee Applications, Applicant* - review 1st monthly fee app; confer with SGW re filing | 0.40 | RSM |
| | *Fee Applications, Applicant* - E-file and arrange for service of 1st and 2nd monthly combined fee application; prepare certificate of no objection and certificate of service re same for future filing | 0.50 | SGW |
| | *Fee Applications, Applicant* - Prepare July-Aug. 09 fee application and related documents for filing | 0.10 | MH |
| | *Fee Applications, Applicant* - Serve July-Aug. 09 fee application | 0.20 | MH |
| Sep-22-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Ms. Irving re scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail to Ms. Irving re conference call | 0.10 | RSM |
| Sep-23-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review draft scheduling order | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Attend teleconference with co-counsel re scheduling order | 0.30 | RSM |
| Sep-29-09 | *Fee Applications, Others* - Review e-mail from SGW re HBD's 3rd monthly fee app cno | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Mr. McGuire | 0.10 | RSM |
| | *Fee Applications, Others* - Revise certificate of no objection re HBD 3rd monthly fee application; prepare certificate of service re same; file same; e-mail same to lead counsel | 0.40 | SGW |
| | *Fee Applications, Others* - Serve certificate of no objection re HBD's 3rd monthly fee application | 0.10 | MH |
| | Totals | 10.00 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Sep-01-09 | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.10 |
| Sep-04-09 | Photocopy Cost | 3.20 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.50 |
| Sep-11-09 | Blue Marble - hand deliveries (Inv # 12259) | 272.00 |
| Sep-13-09 | Photocopy Cost | 0.70 |
| Sep-14-09 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.80 |
| Sep-15-09 | Photocopy Cost | 1.00 |
| Sep-24-09 | Blue Marble - hand deliveries (Inv # 12328) | 20.00 |
| | Totals | $303.20 |
| | **Total Fees & Disbursements** | **$2,853.20** |