IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :   Ref. Docket Nos. 5569, 6096, 6178,
                                                                 :   6906, 7394, and 7987
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL FIFTH ORDER WITH RESPECT TO DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On September 2, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Seventeenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 5569]. By the Objection, the Debtors requested, *inter alia*, that the Court reclassify and reassign the claim filed by Drew & Rogers, Inc. ("Claim 1799") on the grounds that Claim 1799 was filed against the wrong Debtor and there was no basis under section 503 of the Bankruptcy Code for allowance of an administrative expense claim.

On or about September 24, 2008, Drew & Rogers, Inc. ("Drew & Rogers") filed a response to the Objection [Docket No. 6096] (the "Response") in which it contends that, pursuant to 11 U.S.C. § 503 (b)(9), it is entitled to an administrative expense claim in the amount $50,342.53 on account of goods delivered to the Debtors with twenty days of the Petition Date.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

On October 2, 2008, the Court entered an order [Docket No. 6178] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 1799.

Subsequent to the entry of the order, the Debtors entered into discussions with Drew & Rogers in an attempt to reach a consensual resolution of the Objection. Following good faith negotiations, the parties have agreed that Claim 1799 should be allowed against American Home Mortgage Corp. (Case No. 07-11051) in the amounts and priority as follows: (i) an administrative expense claim pursuant to 11 U.S.C. § 503 (b)(9) in the amount of $35,820.11; and (ii) a general unsecured claim in the amount of $14,522.42. A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: October 15, 2009
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Michael S. Neiburg*
_____
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
   Debtors.                                                              :
                                                                         : Ref. Docket Nos. 5569, 6096, 6178,
                                                                         : 6906, 7394, and 7987
------------------------------------------------------------------------ x

**CONSENSUAL FIFTH ORDER WITH RESPECT TO DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the seventeenth omnibus (substantive) objection (the "Objection") [Docket No. 5569] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 6178] on October 2, 2008; and the Objection having been adjourned with respect to various proofs of claim including claim number 1799 ("Claim 1799") filed by Drew & Rogers, Inc.; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

ORDERED that Claim 1799 is hereby reassigned to American Home Mortgage Corp. (Case No. 07-11051) and reclassified and allowed in the amount and priority against American Home Mortgage Corp. (Case No. 07-11051) as follows: (i) administrative expense

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

claim pursuant to 11 U.S.C. § 503 (b)(9) in the amount of $35,820.11; and (ii) a general unsecured claim in the amount of $14,522.42; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2009

                                              CHRISTOPHER S. SONTCHI
                                              UNITED STATES BANKRUPTCY JUDGE