AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
NOVEMBER 1, 2008 - JULY 31, 2009

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| DeBaecke, M. | Partner Since 2001, Member of DE Bar Since 1993, Area of Expertises - Business Restructuring and Bankruptcy | $500.00 | 1.30 | $650.00 |
| Eckstein, A. | Partner Since 2001, Member of NY Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Business Restructuring and Bankruptcy | $660.00 | 1.10 | $726.00 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $610.00 $650.00 | 2.60 5.80 | $1,586.00 $3,770.00 |
| Guilfoyle, V. | Associate, Member of DE Bar Since 2008, Area of Expertise - Litigation | $245.00 | 45.70 | $11,196.50 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $430.00 | 84.40 | $36,292.00 |
| Baumbarten, I. | Associate, Member of NY Bar Since 2000, Area of Expertise - Financial Services | $450.00 | 4.20 | $1,890.00 |
| Staib, J. | Associate Since 2002, Member of DE Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $495.00 | 0.10 | $49.50 |
| Stewart, J. | Associate, Member of NY Bar Since 2007, Area of Expertise - Financial Services | $290.00 | 0.30 | $87.00 |
| Sloan, E. | Associate, Member of DE Bar Since 2006, Area of Expertise - Financial Services | $265.00 | 33.20 | $8,798.00 |
| Dube, D. | Of Counsel | $385.00 | 10.60 | $4,081.00 |
| Senese, K. | Paralegal | $225.00 | 105.00 | $23,625.00 |
| Moody, T. | Paralegal | $200.00 | 20.00 | $4,000.00 |
| Killen, R | Clerk | $100.00 | 16.60 | $1,660.00 |
| Grand Total: | | | 330.90 | $98,411.00 |
| Blended Rate: | | | | 297.40 |