AMERICAN HOME MORTGAGE CO.
PROJECT CODE SUMMARY
NOVEMBER 1, 2008, - JULY 31, 2009

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 23.70 | $6,055.50 |
| 2 | Other Professionals' Fee/Employment Issues | 52.00 | $16,572.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.50 | $215.00 |
| 4 | Claims Analysis and Objections | 8.50 | $3,534.00 |
| 5 | Committee Business and Meetings | 8.60 | $3,698.00 |
| 6 | Case Administration | 25.00 | $3,903.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 1.70 | $444.00 |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 35.00 | $13,230.50 |
| 10 | Financing Issues | 0.80 | $488.00 |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 9.20 | $4,153.00 |
| 13 | Stay Relief Issues | 2.10 | $821.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 35.30 | $12,375.50 |
| 18 | Loan Servicing Transfer Issues | 1.10 | $411.50 |
| 19 | D&O Issues/E&O Issues | 0.80 | $344.00 |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 8.30 | $1,875.00 |
| 22 | Preference Actions | 118.30 | $30,290.50 |
| | **TOTALS** | **330.90** | **$98,411.00** |