AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
NOVEMBER 1, 2008 TO JULY 31, 2009

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | | $0.58 |
| Reproduction of Documents | | $408.50 |
| Contracted Photocopying - Parcels | | $4,992.16 |
| Courier and Express Services | | $50.00 |
| Hand Delivery Service | | $250.50 |
| Special Mailing Charges | | $1,368.24 |
| Filing Fees | | $25.00 |
| Travel Expenses | | |
| Meeting Expenses | | $17.49 |
| Filing Pleadings | | $45,000.00 |
| Court | | $25.00 |
| E-Services | | |
| Westlaw | | |
| Word Processing | | |
| Record/Docket Searches | | $938.08 |
| **TOTAL** | | **$53,075.55** |