IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
                                            Debtors.                         :
---------------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING
## RESCHEDULING OF OMNIBUS HEARING DATES

The undersigned hereby certifies that she has obtained from the Court the revisions to the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: Wilmington, Delaware        YOUNG CONAWAY STARGATT & TAYLOR, LLP
       October 15, 2009

                                   /s/ Margaret Whiteman Greecher
                                   Sean M. Beach (No. 4070)
                                   Margaret Whiteman Greecher (No. 4652)
                                   The Brandywine Building
                                   1000 West Street, 17th Floor
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 571-6600
                                   Facsimile: (302) 571-1253

                                   Counsel for Debtors and
                                   Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------------- x
In re:                                                                      :  Chapter 11
                                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                             :
                                                                            :  Jointly Administered
                                    Debtors.                                :
--------------------------------------------------------------------------- x

## ORDER RESCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

November 13, 2009 at 2:00 p.m. replaces November 13, 2009 at 10:00 a.m.

December 14, 2009 at 11:30 a.m. replaces December 9, 2009 at 10:00 a.m.

Dated: October _____, 2009
       Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE