**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : |
| | : |
| | : Chapter 11 |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., *et al.*, | : Case No. 07-11047 (CSS) |
| | : |
| Debtors. | : |
| | : |

**SUBSTITUTION OF COUNSEL PURSUANT TO DEL. BANKR. L.R. 9010-2(a)**

       PLEASE TAKE NOTICE, that effective immediately, Michael J. Barrie, Esquire hereby withdraws as counsel for Liberty Property Limited Partnership in the above-captioned bankruptcy case.

       PLEASE TAKE FURTHER NOTICE, that effective immediately, Richard A. Barkasy, Esquire hereby enters his appearance as substituted counsel in the above-captioned bankruptcy case.


Dated: October 15, 2009      By:  /s/ Michael J. Barrie
                           Michael J. Barrie (#4684)
                           mbarrie@schnader.com
                           SCHNADER HARRISON SEGAL & LEWIS LLP
                           824 Market Street Mall, Suite 1001
                           Wilmington, Delaware 19801
                           (302) 888-4554 (telephone)
                           (302) 888-1696 (facsimile)


Dated: October 15, 2009      By:  /s/ Richard A. Barkasy
                           Richard A. Barkasy (#4683)
                           rbarkasy@schnader.com
                           SCHNADER HARRISON SEGAL & LEWIS LLP
                           824 Market Street Mall, Suite 1001
                           Wilmington, Delaware 19801
                           (302) 888-4554 (telephone)
                           (302) 888-1696 (facsimile)