**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.* | ) ) ) ) | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | ) ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR**
**REMOVAL OF CM/ECF NOTICES**

NOW COMES the undersigned attorney, Peter D. Bilowz, of Goulston & Storrs, P.C., requesting withdrawal of his appearance in this case on behalf of Richtree Enterprises, LLC and removal of the delivery of CM/ECF Notices to this office with respect to the above-captioned cases only.

Dated: October 16, 2009 /s/ Peter D. Bilowz
Peter D. Bilowz (BBO #651383)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Tel: 617-482-1776
Fax: 617-574-4112

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.* | ) ) ) ) | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | ) ) |  |

### CERTIFICATE OF SERVICE

I, Peter D. Bilowz, hereby certify that on this 16th day of October, 2009, I caused to be served a copy of the **Notice of Withdrawal of Appearance and Request for Removal from ECF Service List** upon the parties listed on the attached Service List via ECF.

Dated: October 16, 2009

/s/ Douglas B. Rosner
Douglas B. Rosner, Esq. (BBO #559963)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Tel: 617-482-1776
Fax: 617-574-4112

Service List

| | |
|---|---|
| James L. Patton, Jr., Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg.<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391<br>**Counsel to Debtor** | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Blank Rome LLP<br>Attn: David W. Carickhoff, Jr.<br>1201 Market Street<br>Wilmington, DE 19801<br>**Counsel to the Committee** | |