EXHIBIT "A"

**AMERICAN HOME MORTGAGE**
**Time Summary**
**September 1, 2009 to September 30, 2009**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| TONY LENDEZ | PARTNER | 2.8 | 750.00 | 2,100.00 |
| STEPHANIE L GIAMMARCO | PARTNER | 0.8 | 625.00 | 500.00 |
| DAVID E BERLINER | PARTNER | 19.8 | 610.00 | 12,078.00 |
| MICHELE MICHAELIS | DIRECTOR | 38.6 | 450.00 | 17,370.00 |
| ANTHONY LA MALFA | SENIOR MANAGER | 3.0 | 400.00 | 1,200.00 |
| CHRIS AWONG | SENIOR | 32.5 | 275.00 | 8,937.50 |
| MATTHEW J STEWART | SENIOR | 89.6 | 240.00 | 21,504.00 |
| SAM BROWN | SENIOR | 7.5 | 225.00 | 1,687.50 |
| KEVIN REINLE | SENIOR | 13.5 | 225.00 | 3,037.50 |
| NAUSHON E VANDERHOOP | SENIOR | 6.8 | 190.00 | 1,292.00 |
| ALAINA D MASLER | STAFF | 4.1 | 180.00 | 738.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 4.2 | 150.00 | 630.00 |
| | SUBTOTAL: | 223.2 | | $71,074.50 |

TRAVEL TIME: Billed @ ½ rate

| | | | | |
|---|---|---|---|---|
| MATTHEW J STEWART | SENIOR | 4.5 | 120.00 | 540.00 |
| | SUBTOTAL: | 4.5 | | 540.00 |
| | **TOTAL:** | **227.7** | | **$71,614.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
September 1, 2009 to September 30, 2009

**A.      ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/1/2009 | D.B. | Met with M. Michaelis and M. Stewart re: analysis of claims. | 0.3 |
| 9/1/2009 | M.M. | Discussed and reviewed SAP claims. | 1.1 |
| 9/1/2009 | M.S. | Meetings and various discussions with M. Michaelis regarding claims and cash flow. | 1.8 |
| 9/1/2009 | M.S. | Prepared for meeting with M. Michaelis regarding cash flow and claims. | 0.4 |
| 9/1/2009 | M.S. | Reviewed SAP Claims filed against the Debtors' Estates. | 2.2 |
| 9/1/2009 | M.S. | Discussions with M. Michaelis and D. Berliner regarding cash flow and claims. | 0.2 |
| 9/2/2009 | K.R. | Discussions with BDO team re: claims analysis. | 0.4 |
| 9/2/2009 | K.R. | Reviewed and analyzed accepted Secured claims for reasonableness. | 1.0 |
| 9/2/2009 | M.M. | Discussion with M. Stewart re: claims, cause and other open items. | 0.4 |
| 9/2/2009 | M.S. | Reviewed SAP Claims. | 3.3 |
| 9/2/2009 | M.S. | Discussions with K. Reinle regarding SAP Claims. | 0.4 |
| 9/3/2009 | D.B. | Met with M. Michaelis re: analysis of SAP claims. | 0.3 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
September 1, 2009 to September 30, 2009

**A.     ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/3/2009 | K.R. | Discussions with BDO team re: claims analysis. | 0.3 |
| 9/3/2009 | K.R. | Reviewed, analyzed and organized various accepted and open priority claims for reasonableness. | 3.1 |
| 9/3/2009 | M.M. | Reviewed and discussed current issues with potential errors in allowed claims. | 1.4 |
| 9/3/2009 | M.S. | Reviewed SAP Claims. | 2.6 |
| 9/3/2009 | M.S. | Discussions with K. Reinle regarding SAP Claims. | 0.3 |
| 9/4/2009 | M.S. | Reviewed SAP Claims. | 0.8 |
| 9/8/2009 | K.R. | Reviewed various accepted and open priority claims for reasonableness; provided comments on each claims reviewed. | 1.1 |
| 9/8/2009 | M.S. | Discussion with K. Reinle regarding claim. | 0.2 |
| 9/8/2009 | M.S. | Reviewed SAP claims and prepared questions for Zolfo Cooper and the Debtors. | 2.1 |
| 9/8/2009 | M.S. | Prepared questions list by claims status for M. Michaelis to review. | 1.1 |
| 9/8/2009 | M.S. | Prepared for and meetings with M. Michaelis regarding claims. | 0.8 |
| 9/11/2009 | K.R. | Reviewed employee priority claims and noted potential duplicates for further review. | 1.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### September 1, 2009 to September 30, 2009

### A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/11/2009 | M.M. | Discussed claim status and employee retentions and post effective date issues with M. Stewart. | 1.1 |
| 9/11/2009 | M.S. | Correspondence with K. Reinle regarding SAP Claims. | 0.3 |
| 9/11/2009 | M.S. | Reviewed SAP Claims and questions presented to the Debtors. | 1.3 |
| 9/11/2009 | M.S. | Reviewed priority employee claims filed. | 0.8 |
| 9/12/2009 | M.S. | Reviewed last updated claims register and prepared materials for S. Sass. | 0.6 |
| 9/14/2009 | M.M. | Reviewed revised information related to claims. | 0.6 |
| 9/15/2009 | M.S. | Meetings with M. Michaelis regarding site visit, claims and cash flow WL Ross. | 0.6 |
| 9/15/2009 | M.S. | Reviewed secured claim filed by Champion. | 0.4 |
| 9/16/2009 | C.A. | Per request from Counsel, coordinated with the Debtors in order to ascertain the validity of 503 (b) (9) claims in regards to vendor Galaxie Coffee. | 2.3 |
| 9/16/2009 | M.M. | Reviewed updated information related to claims open issues. | 0.7 |
| 9/16/2009 | M.S. | Reviewed claims responses by the Debtors and update of analysis of reductions to the SAP reserve. | 1.7 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
September 1, 2009 to September 30, 2009

### A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/18/2009 | C.A. | Prepared and submitted a draft e-mail response to Counsel regarding an asserted 503(b)(9) claims by Defendant Galaxie Coffee. | 0.2 |
| 9/19/2009 | M.S. | Correspondence with L. Smalley regarding claims register. | 0.1 |
| 9/24/2009 | K.R. | Various discussions with AHM employees re: operations and claims. | 0.6 |
| 9/24/2009 | K.R. | Reviewed claims file update and responses to SAP inquiries. | 1.1 |
| 9/24/2009 | M.S. | Correspondences with K. Reinle and E. Wanerka regarding SAP claims. | 0.4 |
| 9/29/2009 | A.M. | Discussed employee claims with M. Stewart. | 0.3 |
| 9/29/2009 | A.M. | Compared employee claims under WARN Act to all employee claims. | 0.8 |
| 9/29/2009 | M.S. | Reviewed claims responses by the Debtors and update of analysis of reductions to the SAP reserve. | 0.4 |
| 9/30/2009 | A.M. | Compared employee claims under WARN Act to all employee claims. | 1.6 |
| 9/30/2009 | A.M. | Continued comparison of employee claims under WARN Act to all employee claims. | 1.4 |
| 9/30/2009 | C.A. | Per request from Counsel, requested from the Debtors and provided various paid and unpaid invoices to Deloitte & Touche.  Also reconciled and investigated claims in Schedule F (SOAL), A/P record, and Epiq database. | 0.7 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2009 to September 30, 2009

### A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/30/2009 | M.S. | Discussions with C. Awong regarding preferences and filed claims. | 0.3 |
| | | **TOTAL:** | **45.1** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.6 | 610.00 | 366.00 |
| M. MICHAELIS (M.M.) | 5.3 | 450.00 | 2,385.00 |
| C. AWONG (C.A.) | 3.2 | 275.00 | 880.00 |
| M. STEWART (M.S.) | 23.1 | 240.00 | 5,544.00 |
| K. REINLE (K.R.) | 8.8 | 225.00 | 1,980.00 |
| A. MASLER (A.M.) | 4.1 | 180.00 | 738.00 |
| **TOTAL:** | **45.1** | | **11,893.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2009 to September 30, 2009

**B.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/2/2009 | C.A. | Met with S. Brown to discuss and review preference model. | 1.1 |
| 9/2/2009 | M.S. | Reviewed current preference action list. | 0.3 |
| 9/2/2009 | S.B. | Met with C. Awong to review and discuss changes to the New Value report. | 1.0 |
| 9/2/2009 | S.B. | Data Analysis team conference call with S. Giammarco and C. Awong for project status update. | 0.4 |
| 9/2/2009 | S.G. | Discussion with team re: new value model and comparison against calculated balances. | 0.5 |
| 9/4/2009 | C.A. | Per request from Counsel, made a representative sample of FedEx invoices paid in the preference period and provided to Counsel for a preliminary preference analysis. | 0.9 |
| 9/8/2009 | C.A. | Per request from Counsel, researched the Debtors' records and the internet to determine which invoices were paid to FedEx Office and Print Services (Kinko's) and FedEx Corporation, the parent entity.  Communicated results and excel schedule to Counsel. | 1.7 |
| 9/9/2009 | C.A. | Per request from Counsel, researched the payments made to entity T. Glasrud Associates for potential preference, including a review of payment support and the Debtors' files.  Communicated analysis to Counsel. | 1.3 |
| 9/11/2009 | C.A. | Conference call with the Debtors and Counsel to discuss check payments to vendor Corporate Resources Group and CDW, to discuss preference settlements/collections to date, and to discuss check-copy production. | 1.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
September 1, 2009 to September 30, 2009

**B.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/11/2009 | S.B. | Analyzed New Value Report, testing 3 vendors not matching manual calculations of new value. | 3.3 |
| 9/14/2009 | C.A. | Per request from Counsel, reviewed the Debtors' notice of lease assumption and assignment filed with the Court for property leased from SLO, LLC, reviewed the payments made in the preference period, and reviewed the unpaid invoices at the date of filing.  Communicated with Debtors to determine any cure payments made, and communicated results to Counsel. | 2.7 |
| 9/14/2009 | C.A. | Per request from Counsel, reviewed invoice and check details for payment made to vendor Ocean Place LLC during the preference period.  Coordinated with the Debtors to determine the accuracy of the check data and communicated to Counsel. | 1.1 |
| 9/14/2009 | C.A. | Per request from Counsel, reviewed and analyzed payment data for payments made to vendor Mortgage Market Guide in the preference period.  Coordinated questions with Counsel regarding period service provided and communicated results to Counsel. | 1.9 |
| 9/14/2009 | M.M. | Reviewed updated preference related data. | 0.4 |
| 9/14/2009 | S.B. | Performed quality check of vendors manually calculated by C. Awong on new value report. | 2.8 |
| 9/16/2009 | C.A. | Responded to various follow-up questions from Counsel regarding landlord SLO, LLC, including verifying the existence of additional leases, and indicating what the payments in the preference period. | 0.3 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2009 to September 30, 2009

**B.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/16/2009 | S.G. | Discussion with team re: status of new value model and work to be performed. | 0.3 |
| 9/21/2009 | M.M. | Discussion with C. Awong re: preference update. | 0.2 |
| 9/22/2009 | C.A. | Researched and responded to various information requests from Counsel in regards to payments made to three vendors (namely, Vancouver center Development LLC, Shred-It, and Oakwood Corp Housing) during the preference period. | 2.1 |
| 9/28/2009 | C.A. | Researched and coordinated various responses to Counsel in regards to vendors United Van Lines, Rural Development, The Duncan Group, Town Park Commons and Inn on Biltmore Estate, Deloitte, and Trinity Inspection Services. | 4.4 |
| 9/29/2009 | C.A. | Researched and coordinated various responses to Counsel in regards to vendors Elite Fire Protection, Tricor America, McKee Nelson LLP. | 3.7 |
| 9/30/2009 | C.A. | Phone call with JP Morgan to coordinate check copies. Conveyed discussion in an e-mail to Counsel and BDO team. | 1.3 |
| 9/30/2009 | C.A. | Per request from Counsel, contacted the Debtors regarding form W-9 for Town Park Commons, and reviewed sample billing statements to determine a mailing address. | 1.1 |
| 9/30/2009 | C.A. | Per request from Counsel, investigated whether or not funds used to pay Trinity Inspection Services belonged to the borrower/customer. | 0.4 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2009 to September 30, 2009

## B.      PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/30/2009 | C.A. | Per request from Counsel, reviewed various support documents to determine the type and reason for payment to Rural Development. | 0.7 |
| 9/30/2009 | C.A. | Per request from Counsel, determine the various Debtor entities involved in the payments to United Van Lines. | 0.8 |
| 9/30/2009 | M.M. | Reviewed correspondence related to preference issues re: checks. | 0.2 |
| | | **TOTAL:** | **36.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| S. GIAMMARCO (S.G.) | 0.8 | 625.00 | 500.00 |
| M. MICHAELIS (M.M.) | 0.8 | 450.00 | 360.00 |
| C. AWONG (C.A.) | 26.8 | 275.00 | 7,370.00 |
| M. STEWART (M.S.) | 0.3 | 240.00 | 72.00 |
| S. BROWN (S.B.) | 7.5 | 225.00 | 1,687.50 |
| **TOTAL:** | **36.2** | | **9,989.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### September 1, 2009 to September 30, 2009

### C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/1/2009 | M.M. | Discussed further work to be performed on cause of action analysis with staff. | 0.6 |
| 9/2/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding the causes of action investigation. | 0.2 |
| 9/3/2009 | D.B. | Reviewed information on "Wagoner" rule re: In PARI DELICTO defenses for UCC investigation. | 0.5 |
| 9/11/2009 | M.M. | Reviewed and discussed scheduling for cause of action meeting and preference status. | 0.4 |
| 9/14/2009 | M.M. | Discussed with D. Berliner status of cause of action meeting, employee info and miscellaneous open items. | 0.4 |
| 9/14/2009 | M.S. | Correspondences regarding the causes of action investigation meeting on Friday. | 0.3 |
| 9/15/2009 | M.M. | Revisited cause of action related issues. | 0.7 |
| 9/17/2009 | A.L. | GAAP/GAAS severity review for UCC investigation. | 0.5 |
| 9/17/2009 | D.B. | Reviewed BDO Report to prepare for meeting with Hahn & Hessen. | 0.6 |
| 9/17/2009 | M.M. | Reviewed, discussed and prepared for "cause of action" meeting with counsel. | 0.6 |
| 9/17/2009 | M.S. | Discussions regarding the causes of action meeting tomorrow. | 0.2 |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### September 1, 2009 to September 30, 2009

### C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/17/2009 | M.S. | Prepared for meeting tomorrow on the causes of action. | 0.8 |
| 9/17/2009 | T.L. | Discussions with D. Berliner regarding tomorrow's meeting; email to M. Stewart regarding BDO memorandum related UCC investigation; scan through final memorandum. | 0.3 |
| 9/18/2009 | D.B. | Reviewed BDO Report to prepare for meeting with Hahn & Hessen. | 0.9 |
| 9/18/2009 | D.B. | Met with Hahn & Hessen re: UCC investigation status and next steps. | 2.1 |
| 9/18/2009 | D.B. | Met with A. Malfa, M. Michaelis and M. Stewart to prepare for meeting the Hahn & Hessen. | 0.7 |
| 9/18/2009 | M.M. | Internal meeting and preparation for cause of action meeting with counsel and follow-up as to next steps. | 1.3 |
| 9/18/2009 | M.S. | Prepared for and meeting with counsel regarding the causes of action. | 3.8 |
| 9/18/2009 | M.S. | Discussions with A. LaMalfa regarding next steps and needed documentation. | 0.6 |
| 9/18/2009 | T.L. | Read BDO memorandum with issues raised regarding UCC investigation.  Participated in telephone call with BDO Team and counsel to discuss issues in the memorandum. | 2.5 |
| | | **TOTAL:** | **18.0** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### September 1, 2009 to September 30, 2009

**C.       LITIGATION CONSULTING**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| T. LENDEZ (T.L.) | 2.8 | 750.00 | 2,100.00 |
| D. BERLINER (D.B.) | 4.8 | 610.00 | 2,928.00 |
| M. MICHAELIS (M.M.) | 4.0 | 450.00 | 1,800.00 |
| A. LA MALFA (A.L.) | 0.5 | 400.00 | 200.00 |
| M. STEWART (M.S.) | 5.9 | 240.00 | 1,416.00 |
| **TOTAL:** | **18.0** | | **8,444.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2009 to September 30, 2009**

**D.      ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/16/2009 | M.M. | Reviewed updates to bank sale, effective date cash. | 0.6 |
| 9/16/2009 | M.S. | Reviewed remaining loans at AHM. | 0.3 |
| 9/24/2009 | M.S. | Examined remaining loan files in the basement. | 0.3 |
| 9/29/2009 | M.M. | Reviewed correspondence related to AHM Bank sale. | 0.4 |
| 9/29/2009 | M.M. | Discussion of alternatives if Bank sale is not completed. | 0.4 |
| 9/30/2009 | M.M. | Reviewed updated budget related to AHM Bank sale contingency. | 0.3 |
| 9/30/2009 | M.M. | Discussion of alternatives if Bank sale is not completed. | 0.6 |
| | | **TOTAL:** | **2.9** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 2.3 | 450.00 | 1,035.00 |
| M. STEWART (M.S.) | 0.6 | 240.00 | 144.00 |
| **TOTAL:** | **2.9** | | **1,179.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
September 1, 2009 to September 30, 2009

**E.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/2/2009 | D.B. | E-mails with S. Martinez re: preserving documents related to preference actions. | 0.2 |
| 9/2/2009 | D.B. | Telephone call with S. Martinez re: case status update. | 0.6 |
| 9/2/2009 | M.M. | Call with Debtors re: update to current case issues. | 0.7 |
| 9/2/2009 | M.S. | Call with the Debtors regarding weekly updates. | 0.6 |
| 9/3/2009 | D.B. | E-mail from S. Martinez re: D&O settlement proceeds. | 0.1 |
| 9/10/2009 | M.M. | Met with Zolfo and BDO re: weekly status update and discussed claims. | 0.9 |
| 9/10/2009 | M.S. | Various discussions with M. Michaelis, S. Martinez and E. Wanerka regarding claims and employees. | 2.4 |
| 9/10/2009 | M.S. | Various discussions and meetings with BDO, S. Sass and Zolfo Cooper. | 1.3 |
| 9/10/2009 | M.S. | Prepared for meetings with employees and S. Sass. | 1.2 |
| 9/11/2009 | M.M. | Conference call re: employees and trust operations. | 0.6 |
| 9/11/2009 | M.S. | Correspondence with the Debtors regarding employee claims and cash flow. | 0.3 |
| 9/15/2009 | C.A. | Held various calls with the Debtors and Counsel to discuss invoices and payments made to vendor Mortgage Market Guide, and provided invoice support to Counsel. | 1.2 |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### September 1, 2009 to September 30, 2009

### E.     MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/15/2009 | D.B. | Telephone call with S. Martinez re: case status update. | 0.4 |
| 9/15/2009 | M.M. | Weekly call with Zolfo Cooper re: status update. | 0.4 |
| 9/15/2009 | M.S. | Weekly call with Zolfo Cooper regarding current issues. | 0.4 |
| 9/16/2009 | M.S. | Discussions with S. Martinez regarding claims, employees, and Post-Effective Date. | 0.8 |
| 9/16/2009 | M.S. | Meetings with E. Wanerka and S. Martinez regarding claims and the Champion Stipulation. | 1.2 |
| 9/18/2009 | M.S. | Correspondences with M. Michaelis and S. Sass regarding site visit and claims. | 0.2 |
| 9/21/2009 | M.M. | Corresponded with Zolfo re: site visit for current week. | 0.1 |
| 9/22/2009 | D.B. | Telephone call with S. Martinez re: case status update. | 0.7 |
| 9/22/2009 | M.M. | Participated in current week update call. | 0.8 |
| 9/22/2009 | M.S. | Prepared for and call with the Debtors regarding the weekly update. | 0.8 |
| 9/22/2009 | M.S. | Discussions with L. Smalley, M. Michaelis and S. Martinez regarding site visit plans on Thursday. | 0.3 |
| 9/23/2009 | M.S. | Various discussions with S. Martinez, K. Reinle and L. Smalley regarding site visit tomorrow. | 0.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2009 to September 30, 2009

### E.        MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/24/2009 | D.B. | E-mails with K. Nystrom and telephone call with M. Seidel, Esq. (Cadwalader) re: Waterfield litigation. | 0.5 |
| 9/28/2009 | M.M. | Reviewed correspondence from Debtors. | 0.3 |
| 9/28/2009 | M.S. | Various correspondences with Debtors, M. Michaelis, D. Berliner and staff regarding WARN. | 0.3 |
| 9/29/2009 | D.B. | Telephone call with K. Nystrom re: status of AH Bank sale. | 0.3 |
| 9/29/2009 | D.B. | Telephone call with S. Martinez re: case status update. | 0.5 |
| 9/29/2009 | D.B. | Conference call with Debtors professionals and UCC counsel re: AH Bank issues. | 0.7 |
| 9/29/2009 | M.S. | Weekly conference call with Zolfo Cooper. | 0.6 |
| 9/30/2009 | C.A. | Coordination between Debtors and Counsel regarding the validity of certain unpaid invoices to vendor Oakwood Corp. Housing. | 1.3 |
| 9/30/2009 | D.B. | E-mails and telephone call with K. Nystrom re: AH Bank status. | 0.3 |
| | | **TOTAL:** | **21.6** |

### AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
**September 1, 2009 to September 30, 2009**

**E.      MEETINGS - DEBTOR**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.3 | 610.00 | 2,623.00 |
| M. MICHAELIS (M.M.) | 3.8 | 450.00 | 1,710.00 |
| C. AWONG (C.A.) | 2.5 | 275.00 | 687.50 |
| M. STEWART (M.S.) | 11.0 | 240.00 | 2,640.00 |
| **TOTAL:** | **21.6** | | **7,660.50** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2009 to September 30, 2009

## F.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/2/2009 | D.B. | Reviewed summary of update call with Zolfo Cooper for counsel, edited and provided comments. | 0.3 |
| 9/2/2009 | M.M. | Prepared summary memo for counsel re: FA's weekly update call. | 0.6 |
| 9/2/2009 | M.S. | Reviewed M. Michaelis update report from the call with the Debtors and made necessary revisions. | 0.4 |
| 9/10/2009 | M.S. | Prepared update report for D. Berliner and M. Michaelis on case updates. | 0.6 |
| 9/15/2009 | M.S. | Prepared update report for the Committee. | 0.6 |
| 9/16/2009 | M.S. | Prepared update report for the Committee. | 2.3 |
| 9/17/2009 | K.R. | Reviewed and edited Committee report. | 0.4 |
| 9/17/2009 | M.M. | Reviewed and edited memo to Committee. | 0.9 |
| 9/17/2009 | M.S. | Prepared Committee updated memo for 9/18/09. | 3.2 |
| 9/18/2009 | K.R. | Reviewed and revised Committee report based on edits by BDO team. | 1.3 |
| 9/18/2009 | M.S. | Prepared Committee memo. | 0.6 |
| 9/19/2009 | M.M. | Reviewed, edited and distributed memo to Committee. | 0.7 |
| 9/19/2009 | M.S. | Correspondence with M. Michaelis regarding report. | 0.1 |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### September 1, 2009 to September 30, 2009

## F.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/21/2009 | D.B. | Reviewed BDO Report to UCC re: financial update dated 9/18/2009. | 0.4 |
| 9/23/2009 | M.M. | Reviewed "update memo" to counsel and Committee and other Committee correspondence. | 0.3 |
| 9/23/2009 | M.S. | Prepared update report for counsel based on the 9/22/09 meeting. | 0.7 |
| | | **TOTAL:** | **13.4** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.7 | 610.00 | 427.00 |
| M. MICHAELIS (M.M.) | 2.5 | 450.00 | 1,125.00 |
| M. STEWART (M.S.) | 8.5 | 240.00 | 2,040.00 |
| K. REINLE (K.R.) | 1.7 | 225.00 | 382.50 |
| **TOTAL:** | **13.4** | | **3,974.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2009 to September 30, 2009

### G.    MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/4/2009 | D.B. | Reviewed e-mail from S. Sass re: meeting with AHM employees and discussed with M. Michaelis. | 0.1 |
| 9/8/2009 | D.B. | Reviewed e-mail from S. Sass re: meeting with employees and discussed with M. Michaelis. | 0.1 |
| 9/11/2009 | D.B. | Conference call with S. Sass and M. Indelicato re: employee and effective date issues and discussed work to be performed with M. Stewart. | 0.8 |
| 9/11/2009 | M.S. | Conference call with counsel, S. Sass, D. Berliner and M. Michaelis regarding site visit and Effective Date. | 0.6 |
| 9/12/2009 | M.S. | Correspondence with S. Sass and M. Michaelis. | 0.3 |
| | | **TOTAL:** | **1.9** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.0 | 610.00 | 610.00 |
| M. STEWART (M.S.) | 0.9 | 240.00 | 216.00 |
| **TOTAL:** | **1.9** | | **826.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
September 1, 2009 to September 30, 2009

**H.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/1/2009 | D.B. | Reviewed AHM motion to authorize the abandonment and destruction of certain documents remaining in the Melville location basement. | 0.3 |
| 9/1/2009 | D.B. | Reviewed revised cash flow forecast and effective date cash analysis. | 0.5 |
| 9/1/2009 | K.R. | Reviewed docket report for fee applications filed by professionals over the past several months; updated consolidated professional fee schedule for each newly filed fee applications. | 2.3 |
| 9/1/2009 | M.M. | Reviewed updated cash roll forward prepared by M. Stewart through year-end. | 0.5 |
| 9/1/2009 | M.M. | Discussion with D. Berliner and M. Stewart re: case update. | 0.2 |
| 9/1/2009 | M.S. | Reviewed BDO's cash flow projections for the period September to December 2009. | 0.6 |
| 9/1/2009 | M.S. | Revised BDO's cash flow projections for 2009 based on M. Michaelis comments and revisions. | 0.4 |
| 9/1/2009 | M.S. | Reviewed professional fee application filed through 8/31/09. | 0.8 |
| 9/1/2009 | M.S. | Reviewed document destruction motion and correspondence with D. Berliner and M. Michaelis. | 0.8 |
| 9/2/2009 | M.S. | Prepared for meeting with M. Michaelis regarding cash flow and claims. | 0.7 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
September 1, 2009 to September 30, 2009

**H.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/3/2009 | M.S. | Prepared for meeting with M. Michaelis regarding cash flow and claims. | 0.6 |
| 9/4/2009 | M.S. | Discussions with M. Michaelis regarding liquidating Trustee call. | 0.2 |
| 9/4/2009 | M.S. | Reviewed cash flow forecast provided on September 4, 2009. | 0.7 |
| 9/4/2009 | M.S. | Reviewed BDO's extended forecast thru December. | 0.6 |
| 9/8/2009 | D.B. | Reviewed cash flow budget for W/E 9/4/2009. | 0.3 |
| 9/8/2009 | M.M. | Reviewed correspondence as it relates to current court rulings and motions re: Calyon and Triad. | 0.3 |
| 9/8/2009 | M.M. | Discussion with M. Stewart re: employee meeting with Trustee on 9/10. | 0.3 |
| 9/8/2009 | M.S. | Reviewed Caylon court decision. | 0.4 |
| 9/9/2009 | M.S. | Discussions with M. Michaelis regarding Trustee visit. | 0.4 |
| 9/10/2009 | M.M. | Reviewed summary information related to employee retention in advance of meetings. | 1.1 |
| 9/11/2009 | M.M. | Reviewed and edited update notes prepared. | 0.6 |
| 9/11/2009 | M.S. | Reviewed professional fee applications filed through 9/11/09 and updated schedule of fees. | 1.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
September 1, 2009 to September 30, 2009

**H.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/11/2009 | M.S. | Discussions with M. Michaelis regarding employees and other issues. | 0.4 |
| 9/11/2009 | M.S. | Analyzed potential employee incentive benchmarks and goals for retention post effective date. | 1.2 |
| 9/11/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding Post Effective Date Planning and Site Visits. | 0.8 |
| 9/13/2009 | M.S. | Analyzed potential employee incentive benchmarks and goals for retention post effective date. | 0.8 |
| 9/14/2009 | M.M. | Met with M. Stewart re: employee retentions. | 1.4 |
| 9/14/2009 | M.M. | Reviewed revised budget and professional fee information. | 0.4 |
| 9/14/2009 | M.S. | Analyzed potential employee incentive benchmarks and goals for retention post effective date. | 1.6 |
| 9/14/2009 | M.S. | Prepared for and meeting with M. Michaelis regarding Post-Effective Trust planning. | 1.4 |
| 9/14/2009 | M.S. | Reviewed professional fee applications filed on 9/14/09. | 0.4 |
| 9/14/2009 | M.S. | Reviewed cash flow forecast provided on 9/11/09, prepared budget to actual results and analyzed for M. Michaelis. | 0.6 |
| 9/15/2009 | D.B. | Reviewed Cadwalader fee application for period 5/2009 through 7/2009. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
September 1, 2009 to September 30, 2009

## H.     BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/15/2009 | M.M. | Review updated cash budget and cash at effective date per BDO. | 1.1 |
| 9/15/2009 | M.M. | Meetings with M. Stewart regarding site visit, claims, cash flow WL Ross. | 0.6 |
| 9/15/2009 | M.S. | Correspondence with M. Michaelis regarding cash flow and liquidity. | 0.2 |
| 9/15/2009 | M.S. | Reviewed cash flow forecast provided on 9/11/09, prepared budget to actual results and analyzed for M. Michaelis. | 1.3 |
| 9/15/2009 | M.S. | Reviewed professional fee applications filed through 9/15/09. | 0.5 |
| 9/16/2009 | M.M. | Reviewed updated information related to employee open issues. | 0.4 |
| 9/16/2009 | M.M. | Reviewed update regarding the document destruction motion and the Champion stipulation. | 0.6 |
| 9/16/2009 | M.M. | Reviewed information regarding future visits to site for employee retentions. | 0.2 |
| 9/16/2009 | M.S. | Reviewed professional fee applications filed through 9/16/09. | 0.4 |
| 9/16/2009 | M.S. | Correspondences with D. Berliner and M. Michaelis regarding the document destruction motion and the Champion stipulation. | 0.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
September 1, 2009 to September 30, 2009

**H.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/16/2009 | M.S. | Reviewed Champion stipulation and claims. | 0.3 |
| 9/17/2009 | D.B. | Discussed status of AH Bank and employees with M. Stewart. | 0.1 |
| 9/17/2009 | M.M. | Discussed "employee retentions" post effective date. | 0.4 |
| 9/17/2009 | M.S. | Reviewed cash flow and cash available to go Effective at October 1, 2009. | 1.3 |
| 9/18/2009 | M.M. | Discussion of current retention issues. | 0.3 |
| 9/18/2009 | M.S. | Meeting with M. Michaelis regarding causes of action, site visit and claims. | 0.3 |
| 9/18/2009 | M.S. | Organization and collaboration of AHM claim, cash flow, causes of action and other files. | 1.4 |
| 9/19/2009 | M.M. | Reviewed current "effective date" and weekly cash budget. | 0.3 |
| 9/21/2009 | D.B. | Reviewed Debtors motion authorizing the abandonment and destruction of certain records. | 0.3 |
| 9/21/2009 | M.M. | Discussed with M. Stewart next steps. | 0.6 |
| 9/21/2009 | M.M. | Discussion with D. Berliner re: top level insolvency review. | 0.2 |
| 9/21/2009 | M.S. | Discussions with M. Michaelis regarding site visit on Thursday and counsel's requests. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2009 to September 30, 2009**

**H.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/21/2009 | M.S. | Reviewed docket and document destruction motion. | 0.3 |
| 9/22/2009 | D.B. | Met with M. Michaelis and M. Stewart re: work to be done. | 0.2 |
| 9/22/2009 | D.B. | Reviewed AHM cash flow budget update for period 9/11/2009 - 11/6/2009. | 0.4 |
| 9/22/2009 | M.M. | Discussed status of case, cash information and other information to be gathered at Debtors' location. | 0.6 |
| 9/22/2009 | M.S. | Discussions with D. Berliner regarding insolvency analysis, site visit and cash flow. | 0.3 |
| 9/23/2009 | D.B. | Met with M. Stewart to discuss trip to Melville on 9/24/2009, solvency analysis and S&P claims. | 0.3 |
| 9/23/2009 | M.M. | Discussed with M. Stewart trip to Melville and meeting with Trustee representatives. | 0.3 |
| 9/23/2009 | M.S. | Discussions with D. Berliner regarding insolvency analysis. | 0.3 |
| 9/23/2009 | M.S. | Planning of insolvency analysis to be performed. | 0.6 |
| 9/23/2009 | M.S. | Prepared for site visit tomorrow regarding claims, servers, loan files, and other issues. | 0.6 |
| 9/24/2009 | K.R. | Monitored operations at company site; reviewed loan file storage units. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
September 1, 2009 to September 30, 2009

**H.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|---|---|---|---|
| 9/24/2009 | M.S. | Work sessions with employees and L. Smalley. | 3.8 |
| 9/24/2009 | M.S. | Correspondence with D. Pasternak regarding solvency issues and repurchase requests. | 0.4 |
| 9/24/2009 | M.S. | Reviewed loan file documents, server progress and status of the tax returns. | 0.6 |
| 9/25/2009 | D.B. | Discussed results of visit to AHM office with M. Stewart and reviewed summary of boxes stored in basement. | 0.3 |
| 9/28/2009 | M.M. | Discussed status of case and visit to Debtors site by staff to review cause of action, insolvency, and claims issues. | 0.8 |
| 9/28/2009 | M.S. | Prepared for and meeting with M. Michaelis regarding site visit findings last Thursday. | 0.8 |
| 9/28/2009 | M.S. | Reviewed WARN listing provided by the Debtors. | 0.3 |
| 9/28/2009 | M.S. | Reviewed cash flow forecast provided on 9/25/09. | 0.4 |
| 9/29/2009 | D.B. | Met with M. Michaelis and M. Stewart re: AH Bank issues and status of work in process. | 0.4 |
| 9/29/2009 | M.S. | Discussions with D. Berliner regarding Bank Closing. | 0.2 |
| 9/29/2009 | M.S. | Reviewed and sent BDO forecast from September to December 2009 to D. Berliner. | 0.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
September 1, 2009 to September 30, 2009

**H.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/29/2009 | M.S. | Reviewed WARN damage and payment calculation and impacts on priority amounts. | 1.6 |
| 9/29/2009 | M.S. | Discussions with D. Berliner regarding case status and open issues. | 0.2 |
| 9/29/2009 | M.S. | Correspondence with staff regarding WARN analysis. | 0.4 |
| 9/29/2009 | M.S. | Reviewed remaining loans and emailed L. Smalley information. | 0.4 |
| 9/30/2009 | D.B. | Reviewed docket report for period 9/16/2009 through 9/30/2009. | 0.2 |
| 9/30/2009 | M.M. | Reviewed correspondence as to current results of bank. | 0.1 |
| 9/30/2009 | M.S. | Reviewed AH Bank July balance sheet. | 0.3 |
| 9/30/2009 | M.S. | Reviewed WARN damage and payment calculation and impacts on priority amounts. | 0.6 |
| 9/30/2009 | M.S. | Correspondences with staff regarding WARN analysis. | 0.2 |
| 9/30/2009 | M.S. | Discussion with the Debtors regarding professional fees. | 0.2 |
| 9/30/2009 | M.S. | Discussions with D. Berliner regarding the Bank. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2009 to September 30, 2009**

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | | Time |
|------|------|-------------|---|------|
| | | | **TOTAL:** | **52.6** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.5 | 610.00 | 2,135.00 |
| M. MICHAELIS (M.M.) | 11.3 | 450.00 | 5,085.00 |
| M. STEWART (M.S.) | 34.8 | 240.00 | 8,352.00 |
| K. REINLE (K.R.) | 3.0 | 225.00 | 675.00 |
| **TOTAL:** | **52.6** | | **16,247.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2009 to September 30, 2009

## I.     TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/2/2009 | D.B. | Telephone call and e-mails with E. Schnitzer re: motion to destroy documents, status of WLR claims and D&O settlements and preference actions. | 0.4 |
| 9/3/2009 | D.B. | Met with M. Michaelis re: meeting with Creditors Trust Trustee re: employees. | 0.2 |
| 9/4/2009 | M.M. | Prepared for and participated on call with Trustee re: employees' status post-effective date. | 1.1 |
| 9/10/2009 | M.M. | Met with Liquidating Trustee and Employees re: retention after effective date. | 5.7 |
| 9/10/2009 | M.M. | Reviewed correspondence with counsel re: multiple topics related to effective date and litigations. | 0.7 |
| 9/10/2009 | M.S. | Afternoon meetings with employees and future Trustee. | 2.2 |
| 9/10/2009 | M.S. | Morning meetings with employees and future Trustee. | 1.7 |
| 9/11/2009 | D.B. | Reviewed email to counsel re: summary of update call with Zolfo Cooper re: case status. | 0.1 |
| 9/11/2009 | M.S. | Prepared for call with S. Sass and counsel and review of Plan. | 0.6 |
| 9/15/2009 | D.B. | Reviewed email from E. Schnitzer re: settlement of four preference actions. | 0.1 |
| 9/17/2009 | D.B. | Telephone call and emails with E. Schnitzer re: preference actions. | 0.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2009 to September 30, 2009

## I.      TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/18/2009 | A.L. | Met with counsel, including pre and post meeting. | 2.5 |
| 9/18/2009 | M.M. | Meeting with counsel re: causes of action and potential work to be performed to support suit. | 1.1 |
| 9/21/2009 | D.B. | Telephone call with E. Schnitzer on work to be done re: preference litigations; discussed with M. Michaelis. | 0.2 |
| 9/21/2009 | D.B. | Reviewed e-mail to E. Schnitzer re: answers to questions on document destruction and Champion; reviewed stipulation with Champion. | 0.2 |
| 9/23/2009 | D.B. | E-mail summary of BDO call with Zolfo re: case status update to counsel. | 0.6 |
| 9/25/2009 | D.B. | Telephone call with M. Indelicato re: case status, claim issues and next steps. | 0.2 |
| 9/29/2009 | D.B. | Telephone call and emails with M. Indelicato re: AH Bank sale status. | 0.2 |
| 9/30/2009 | D.B. | Telephone call and e-mails with M. Indelicato re: AH Bank status. | 0.3 |
| | | **TOTAL:** | **18.2** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2009 to September 30, 2009**

**I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.6 | 610.00 | 1,586.00 |
| M. MICHAELIS (M.M.) | 8.6 | 450.00 | 3,870.00 |
| A. LA MALFA (A.L.) | 2.5 | 400.00 | 1,000.00 |
| M. STEWART (M.S.) | 4.5 | 240.00 | 1,080.00 |
| **TOTAL:** | **18.2** | | **7,536.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
September 1, 2009 to September 30, 2009

**J.    FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/9/2009 | M.M. | Prepared August monthly data. | 2.1 |
| 9/11/2009 | M.M. | Prepared monthly application. | 2.1 |
| 9/11/2009 | N.V. | Prepared Eighth Interim Application for the period May 1, 2009 through July 1, 2009. | 2.4 |
| 9/14/2009 | D.B. | Reviewed and approved 8th interim application of BDO as FA for UCC for period 5/1/2009 through 7/31/2009. | 0.4 |
| 9/24/2009 | N.V. | Reviewed and edited August 2009 time detail; updated project categories. | 1.3 |
| 9/24/2009 | N.V. | Updated August 2009 monthly data. | 0.6 |
| 9/24/2009 | N.V. | Reviewed and edited unbilled April through August 2009 time detail; updated project categories for unbilled professionals. | 0.2 |
| 9/24/2009 | N.V. | Prepared August 2009 monthly application. | 0.7 |
| 9/25/2009 | D.B. | Reviewed and approved 23rd monthly application of BDO for compensation for services rendered as FA to UCC for August 2009 and Berliner Declaration. | 1.6 |
| 9/25/2009 | N.V. | Updated the August 2009 monthly application and sent for filing. | 1.6 |
| | | **TOTAL:** | **13.0** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2009 to September 30, 2009**

**J.      FEE APPLICATIONS / MONTHLY STATEMENTS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.0 | 610.00 | 1,220.00 |
| N. VANDERHOOP (N.V.) | 6.8 | 190.00 | 1,292.00 |
| M. MUFTUOGLU (M.M.) | 4.2 | 150.00 | 630.00 |
| **TOTAL:** | **13.0** | | **3,142.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2009 to September 30, 2009

## K.    CASE ADMINISTRATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/30/2009 | D.B. | Met with T. Lendez re: planning and retention issues re: Waterfield litigation. | 0.3 |
| | | **TOTAL:** | **0.3** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.3 | 610.00 | 183.00 |
| **TOTAL:** | **0.3** | | **183.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### September 1, 2009 to September 30, 2009

**L.      TRAVEL TIME**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/10/2009 | M.S. | Travel Time to and from Melville Long Island (AHM). | 1.5 |
| 9/16/2009 | M.S. | Travel Time to and from Melville Long Island. | 1.5 |
| 9/24/2009 | M.S. | Travel Time to and from Melville. | 1.5 |
| | | **TOTAL:** | **4.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 4.5 | 120.00 | 540.00 |
| **TOTAL:** | **4.5** | | **540.00** |