EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
September 1, 2009 through September 30, 2009

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel
   and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES – *Concordance Database*     $1,500.00
   *Monthly Hosting Fee*

6. OUT-OF-TOWN TRAVEL
   a. Transportation     183.70
   b. Lodging
   c. Meals     17.80

7. OUTSIDE SERVICES

8. LOCAL MEALS     35.19

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage
   using personal auto*

10. MISCELLANEOUS – Internet Connection

    **TOTAL**     **$1,736.69**

*Details available upon request to BDO.