IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :  Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :  Jointly Administered
                           Debtors.                                :
------------------------------------------------------------------ x

## ORDER RESCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

November 13, 2009 at 2:00 p.m. replaces November 13, 2009 at 10:00 a.m.

December 14, 2009 at 11:30 a.m. replaces December 9, 2009 at 10:00 a.m.

Dated: October __, 2009
       Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE