IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
    Debtors.                                                           :
                                                                       : Ref. No. 8078
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 8078

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Twenty-Second Monthly Application of Weiner Brodsky Sidman Kider PC as an Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period June 1, 2009 through June 30, 2009 (the "Application") has been received. The Court's docket which was last updated October 19, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than October 8, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($2,168.40) of requested fees ($2,710.50) and 100% of requested expenses ($0.00) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       October 19, 2009

                                     YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                     /s/ Ryan M. Bartley
                                     James L. Patton, Jr. (No. 2202)
                                     Joel A. Waite (No. 2925)
                                     Pauline K. Morgan (No. 3650)
                                     Sean M. Beach (No. 4070)
                                     Kenneth Enos (No. 4544)
                                     Margaret B. Whiteman (No. 4652)
                                     Ryan M. Bartley (No. 4950)
                                     The Brandywine Building
                                     1000 West Street, 17th Floor
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 571-6600
                                     Facsimile: (302) 571-1253

                                     Counsel for Debtors and
                                     Debtors in Possession