IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF SERVICE

I hereby certify that on the 16th day of October 2009, a Notice of Deposition of American Home Mortgage Holdings, Inc. and Related Debtors Pursuant to Fed.R.Civ.P. 30(b)(6) and Fed.Bankr.P. 7030(b)(6) was served by facsimile, Requests for Interrogatories and Requests for Production were served by fascsimile and first class mail, postage prepaid, and Request for Inspection was served by electronic mail on:

Sean M. Beach, Esquire
Margaret W. Greecher, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Dated: Wilmington, Delaware
October 22, 2009

ZUCKERMAN SPAEDER LLP

/s/ Thomas G. Macauley
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

Attorneys for Official Committee of Borrowers

2406338.1