**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., <u>et al.</u>, ) | Case No. 07-11047(CSS) |
| ) | |
| Debtors. ) | |
| ) | **Re: Docket No. 8119** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF RICHARD D.
NELSON, CHAPTER 7 TRUSTEE, FOR RELIEF FROM THE
<u>AUTOMATIC STAY PURSUANT TO § 362(D)</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Motion of Richard D. Nelson, Chapter 7 Trustee, for Relief from the Automatic Stay Pursuant to § 362(d)* [Docket No. 8119] (the "**Motion**") filed on October 19, 2009. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than October 19, 2009 at 4:00 p.m. (Eastern Time).

Richard D. Nelson, Chapter 7 Trustee, respectfully requests that the Order attached hereto as <u>Exhibit A</u> be entered at the earliest convenience of the Court.

1798055.2

|  |  |
|---|---|
| Dated: October 22, 2009<br>Wilmington, Delaware | **POLSINELLI SHUGHART PC** |

> By:    /s/ *Christopher A. Ward*
> Christopher A. Ward, Esq. (Bar No. 3877)
> Shanti M. Katona, Esq.
> 222 Delaware Avenue, Suite 1101
> Wilmington, Delaware 19801
> (302) 252-0920 (Telephone)
> (302) 252-0921 (Facsimile)
>
> and
>
> Donald W. Mallory (OH 0070875)
> Cohen, Todd, Kite & Stanford, LLC
> 250 East Fifth Street, Suite 1200
> Cincinnati, Ohio 45202
> (513) 333-5233 (Telephone)
> (513) 241-4490 (Facsimile)
>
> COUNSEL FOR CHAPTER 7 TRUSTEE, RICHARD D. NELSON

# **EXHIBIT A**

1798055.2                                    3

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., et al., | ) Case No. 07-11047(CSS) |
| | ) |
| Debtors. | ) |
| | ) **Re: Docket No. 8119** |

**ORDER GRANTING MOTION OF RICHARD D. NELSON, CHAPTER 7
TRUSTEE, FOR RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(D)**

Upon the motion (the "**Motion**")[1] of Richard D. Nelson, Chapter 7 Trustee (the "**Movant**"), by and through his undersigned counsel, for entry of an Order granting him relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) so that he may proceed with the Adversary Proceeding that is pending against American Home Mortgage Acceptance, Inc. ("**AHMA**"**)** seeking avoidance of a lien on the Property; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing thereof, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 is lifted as to the Adversary Proceeding and Movant is permitted to take all actions required to pursue the rights and remedies available to him as outlined in the Complaint, including but not limited to seeking avoidance of AHMA's Mortgage lien on the Property.

Dated: _____, 2009

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined shall have the meaning ascribed such terms in the Motion.