IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :  Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :  Jointly Administered
       Debtors.                                                     :
                                                                    :  Ref. Docket No. 8081
------------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF DOCKET NO. 8081

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby withdraw their Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Certain Documents and Records [Docket No. 8081] without prejudice.

Dated: Wilmington, Delaware         YOUNG CONAWAY STARGATT & TAYLOR, LLP
       October 23, 2009

                                    /s/ Sean M. Beach
                                    Sean M. Beach (No. 4070)
                                    Margaret Whiteman Greecher (No. 4652)
                                    Patrick A. Jackson (No. 4976)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Counsel for Debtors and Debtors in Possession