## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
                                                                   :
        Debtors.                                                   :   Ref. Docket Nos. 8049, 8141, 8149
------------------------------------------------------------------ x
```

### CERTIFICATION OF COUNSEL REGARDING SCHEDULING ORDER REGARDING THE DEBTORS' FORTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1 WITH RESPECT TO CLAIMS OF MONA DOBBEN

On or about December 26, 2008, Ms. Mona Dobben filed claims numbered 10607, 10608 and 10609 (the "Dobben Claims"). On September 11, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 7280] (the "Objection").[2]

On or about October 5, 2009, a response to the Objection [Docket No. 8141] (the "Response") was filed on behalf of Ms. Dobben. On October 7, 2009, the Debtors filed their reply to the Response [Docket No. 8149].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

A hearing to consider the Objection with respect to the Dobben Claims was held on October 14, 2009 (the "Initial Hearing").  At the Initial Hearing, the Court determined that an evidentiary hearing would be necessary and scheduled a one-day evidentiary hearing for December 9, 2009 at 10:00 a.m. (the "Evidentiary Hearing").  Thereafter, the Debtors prepared a proposed scheduling order (the "Proposed Scheduling Order") and circulated same for review.

Following receipt of the Proposed Scheduling Order, Mr. Pettibone has indicated that (i) he will not be representing Ms. Dobben in connection with the Evidentiary Hearing or the bankruptcy case, and (ii) he forwarded the Proposed Scheduling Order to Ms. Paula Rush, Ms. Alex Yamamura and Ms. Mona Dobben.  Mr. Pettibone subsequently advised that the complaint to be filed in California, which will serve as the basis for the Dobben Claims, will be filed on or about October 28, 2009 (he had previously told the Court that it would be filed by October 23, 2009).  The Debtors agreed to modify the proposed Scheduling Order to reflect the additional time requested by Mr. Pettibone to file the new complaint in California.

Given the timing of the Evidentiary Hearing, Ms. Dobben, or her counsel, if counsel is retained, was asked to provide comments to the Proposed Scheduling Order by noon on October 23, 2009.

*Remainder of Page Left Blank By Intention*

The Debtors did not receive any comments to the Proposed Scheduling Order by this time and, therefore, respectfully request that the Court enter the Proposed Scheduling Order at its earliest convenience.

Dated: Wilmington, Delaware
October 23, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Curtis J. Crowther*
Curtis J. Crowther (No. 3238)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

### Proposed Scheduling Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re:                                                                :    Chapter 11

                                            :

AMERICAN HOME MORTGAGE                  :    Case No. 07-11047 (CSS)

HOLDINGS, INC., a Delaware corporation, et al., :

                                            :    Jointly Administered

             Debtors.                        :

------------------------------------------------------------ x    Docket Ref. Nos. 8049, 8141, 8149

## SCHEDULING ORDER RELATING TO DEBTORS' FORTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The following schedule shall govern the discovery and other deadlines related to

the evidentiary hearing on the Debtors' Forty-Second Omnibus (Substantive) Objection to

Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007,

and Local Rule 3007-1 (D.I. 8140) (the "Objection") as it pertains to the claims (the "Dobben

Claims") filed by Ms. Mona Dobben ("Ms. Dobben"):

           1.      Final Complaint. Ms. Dobben shall file the final Complaint (the "Final

Complaint") no later than **October 28, 2009**. The Final Complaint shall set forth any and all

causes of action to be asserted against American Home Mortgage Holdings, American Home

Mortgage Corp., and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), which

shall supersede the theories of liability set forth in the Dobben Claims, the original complaint

filed in the United States District Court for the Central District of California and the response to

the Objection.

           2.      Written Discovery. The Parties shall serve all discovery requests (the

"Written Discovery") by **October 30, 2009**. All written discovery responses shall be served so

as to be received no later than **November 13, 2009**. As contemplated by Del. Bankr. L.R. 7026-

3 (c) and (e), the Parties have identified Curtis Crowther, Esq. and Douglas Pettibone, Esq. as their respective "e-discovery liaison" and shall endeavor to reach an agreement as to the method of searching, and the words, terms, and phrases to be searched on or before **November 3, 2009**.

      3.    <u>Preservation of Privilege in Connection with Document Production</u>.  In light of the expedited nature of discovery responses, the parties agree that there is a risk for inadvertent disclosure of privileged materials and such materials shall not constitute a waiver if such privileged material is requested to be returned within fourteen (14) days.

      4.    <u>Fact Depositions</u>.  All fact depositions shall be completed no later than **November 25, 2009**.

      5.    <u>Expert Reports and Depositions</u>.  By agreement of the parties, neither party shall file an expert report or present expert testimony.

      6.    <u>Joint Pre-Trial Order</u>.  A joint pre-trial order as set forth in the *General Order Re: Pre-Trial Procedures in Adversary Proceedings Set for Trial Before Judge Christopher S. Sontchi* shall be filed and delivered to chambers by **December 4, 2009**.

      7.    <u>Hearing.</u>  A one-day evidentiary hearing on the Objection shall commence on **December 9, 2009 at 10:00 a.m.** (the "<u>Hearing</u>").

      8.    <u>Modifications to this Schedule</u>.  Deadlines contained in this Stipulation and Scheduling Order may be extended by Court order, if necessary, or other than with respect to the deadlines related to submission of the pretrial order, by agreement of the parties without approval of the Court.

      9.    <u>Service</u>.  Service of all pleadings, affidavits and other documents required to be served under this Stipulation shall be served via electronic mail or overnight, express delivery on respective counsel for the Parties listed below.

10.     This Court shall retain jurisdiction to resolve all matters relating to the implementation of this Stipulation and Scheduling Order.

SO ORDERED THIS _____ DAY OF _____, 2009.

BY THE COURT:

_____
CHRISTOPHER S. SONTCHI
U.S. BANKRUPTCY JUDGE