IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |

---

| | | |
|---|---|---|
| AMERICAN HOME MORTGAGE CORP., | : | |
| AMERICAN HOME MORTGAGE INVESTMENT CORP. | : | Adversary Proceeding |
| and THE OFFICIAL COMMITTEE OF UNSECURED | : | Case No. 09-51702 (CSS) |
| CREDITORS OF AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JPMORGAN CHASE BANK, N.A., | : | |
| | : | |
| Defendant. | : | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 27, 2009 AT 11:00 A.M. (ET)**

1. Pretrial Conference

   Related Documents:

   a) Complaint [D.I. 1, 7/31/09]

   b) Answer and Counterclaims of JPMorgan Chase Bank, National Association [D.I. 4; 10/5/09]

   c) Proposed Scheduling Order [D.I. 9, 10/22/09]

   Status: This matter will be going forward as a scheduling conference.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 23, 2009 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Erin Edwards<br>John T. Dorsey (No. 2988)<br>Sean M. Beach (No. 4070)<br>Erin Edwards (No. 4392)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Proposed Counsel for Debtors and<br>Debtors in Possession |