IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              :     Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :     Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    :     Jointly Administered
           Debtors.                                 :
------------------------------------------------------------ x     Docket Ref. Nos. 8049, 8141, 8149

### SCHEDULING ORDER RELATING TO DEBTORS' FORTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The following schedule shall govern the discovery and other deadlines related to the evidentiary hearing on the Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (D.I. 8140) (the "Objection") as it pertains to the claims (the "Dobben Claims") filed by Ms. Mona Dobben ("Ms. Dobben"):

1.   Final Complaint. Ms. Dobben shall file the final Complaint (the "Final Complaint") no later than **October 28, 2009**. The Final Complaint shall set forth any and all causes of action to be asserted against American Home Mortgage Holdings, American Home Mortgage Corp., and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), which shall supersede the theories of liability set forth in the Dobben Claims, the original complaint filed in the United States District Court for the Central District of California and the response to the Objection.

2.   Written Discovery. The Parties shall serve all discovery requests (the "Written Discovery") by **October 30, 2009**. All written discovery responses shall be served so as to be received no later than **November 13, 2009**. As contemplated by Del. Bankr. L.R. 7026-

3 (c) and (e), the Parties have identified Curtis Crowther, Esq. and Douglas Pettibone, Esq. as their respective "e-discovery liaison" and shall endeavor to reach an agreement as to the method of searching, and the words, terms, and phrases to be searched on or before **November 3, 2009**.

3. <u>Preservation of Privilege in Connection with Document Production</u>. In light of the expedited nature of discovery responses, the parties agree that there is a risk for inadvertent disclosure of privileged materials and such materials shall not constitute a waiver if such privileged material is requested to be returned within fourteen (14) days.

4. <u>Fact Depositions</u>. All fact depositions shall be completed no later than **November 25, 2009**.

5. <u>Expert Reports and Depositions</u>. By agreement of the parties, neither party shall file an expert report or present expert testimony.

6. <u>Joint Pre-Trial Order</u>. A joint pre-trial order as set forth in the *General Order Re: Pre-Trial Procedures in Adversary Proceedings Set for Trial Before Judge Christopher S. Sontchi* shall be filed and delivered to chambers by **December 4, 2009**.

7. <u>Hearing.</u> A one-day evidentiary hearing on the Objection shall commence on **December 9, 2009 at 10:00 a.m.** (the "<u>Hearing</u>").

8. <u>Modifications to this Schedule</u>. Deadlines contained in this Stipulation and Scheduling Order may be extended by Court order, if necessary, or other than with respect to the deadlines related to submission of the pretrial order, by agreement of the parties without approval of the Court.

9. <u>Service</u>. Service of all pleadings, affidavits and other documents required to be served under this Stipulation shall be served via electronic mail or overnight, express delivery on respective counsel for the Parties listed below.

      10.    This Court shall retain jurisdiction to resolve all matters relating to the implementation of this Stipulation and Scheduling Order.

SO ORDERED THIS 27th DAY OF October, 2009.

BY THE COURT:

_____
CHRISTOPHER S. SONTCHI
U.S. BANKRUPTCY JUDGE