# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.[3] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Ref. Docket No. 7084, 7190 & _____** |
| | ) |

## ORDER APPROVING STIPULATION BY AND AMONG THE DEBTORS AND CHAMPION & ASSOCIATES, P.C. RESOLVING CLAIM NUMBERED 7968

Upon consideration of the *Stipulation by and among the Debtors and Champion & Associates, P.C. Resolving Claim Numbered 7968* (the "Stipulation"),[4] a copy of which is attached hereto as Exhibit A; and the Court having determined that due and adequate notice of the Stipulation has been provided under the circumstances; and the Court having determined that approval of the Stipulation is in the best interest of the Debtors and their estates; it is therefor

ORDERED that the Stipulation is hereby APPROVED.

Dated: 10/27, 2009
Wilmington, Delaware

*/s/ Christopher S. Sontchi*
Christopher S. Sontchi
United States Bankruptcy Judge

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc., f/k/a American Home Mortgage Servicing, Inc. ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[4] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Stipulation.

DB02:8859439.1                                                                                            066585.1001