# SIGN - IN - SHEET

**CASE NAME:** Capmark Financial
**CASE NO:** 09-13684 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 10/27/09 @ 10:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Benedict | Husch Blackwell Sanders, LLP | GE Capital Corporation |
| Ronald Burlant | Goldberg Kohn | Wachovia Bank / Wells Fargo Bank |
| Danielle Juhle | Goldberg Kohn | Wachovia Bank / Wells Fargo Bank |
| Selinda A. Melnik | Edwards Angell Palmer & Dodge LLP | GE Capital Corp; US Bancorp, Wachovia, Wells |
| Leo T. Crowley | Pillsbury Winthrop Shaw Pittman | Fannie Mae |
| Mark Minuti | Saul Ewing LLP | Ad Hoc Bondholder Grp |
| Adam Shiff | Kasowitz Benson Torres & Friedman | '' |
| Teri Brown-Edwards | Potter Anderson & Corroon LLP | Fannie Mae |
| Edward Sassower | Kirkland & Ellis | Ad Hoc Committee of Lenders |
| Sam Gross | '' | '' |
| Tim Cuart | Bracewell Giuliani Scram & Jones | '' |
| Justin Rucki | YCST | — |
| Richard Cieri | Kirkland & Ellis | GMAC, Inc. |
| Ray Schrock | Kirkland & Ellis | GMAC, Inc. |
| Martin Bienenstock | Dewey & LeBoeuf | Capmark |
| Michael Kessler | '' | '' |
| Judy Liu | '' | '' |
| Paul Brodarski | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN - IN - SHEET

**CASE NAME:** Capmark  
**CASE NO:** 09-13684 (CSS)  
**COURTROOM LOCATION:** 6  
**DATE:** 10/27/09 @ 10:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Roll | Sheerman & Sterling | Citibank, N/A + Citibank North America |
| Jill Frizzley | " | " |
| Kent Golobern | " | " |
| Don Beshmore | Ashby & Geddes | " |
| Jason M. Madron | Richards, Layton & Finger | Debtors |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

**SIGN - IN - SHEET**

**CASE NAME:** Capmark
**CASE NO:** 09-13684 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 10/27/09 @ 10:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Collins | Richards Layton | Capmark |
| Jason Madron | Richards Layton | " |
| Leigh-Anne Raport | Ashby Geddes | Citibank |
| Shurti Vasser | Dechert LLP | PWC Midland |
| Mike Rosenthal | Wengle Carlyle | Bank of America |
| Joe McMahon | US Trustees office | UStrustee |
| Jane LeCiney | UStrustees office | UStrustee |
| Michael Kessler | Dewey + LeBoeuf | Debtors |
| Martin Bienenstock | " | Debtors |
| Judy Liu | " | Debtors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

3

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi #6

Calendar Date: 10/27/2009
Calendar Time: 10:30 AM

Amended Calendar 10/27/2009 05:16 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3152099 | Matthew Barr | ✓ | Milbank, Tweed, Hadley & McCloy, | Interested Party, Milbank, Tweed, Hadley / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3150960 | Ariel Barzizeh | ✓ | CitiGroup | Interested Party, CitiGroup / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3151729 | Adam Berman (client) | ✓ | Wilmington Trust FSB | Creditor, - / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3152007 | Justin Brass | ✓ | Jefferies & Company | Interested Party, Jefferies / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3152097 | Anatoly Bushler | ✓ | Farallon Capital Management | Representing, Anatoly Bushler / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3152314 | Mitch Chang | ✓ | Mitch Chang - In Pro Per/Pro Se | In Propria Persona, Mitch Chang / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3151556 | Rick S. Cieri | ✓ | Kirkland & Ellis, LLP | Creditor, GMAC / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3150279 ~~Ephraim Diamond~~ Kunal Shah | ✓ | DK Partners | Creditor, DK Partners / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3152983 | Brennan Diaz | ✓ | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3151075 | Jonathan Edwards | ✓ | Alston & Bird, LLP | Creditor, Wells Fargo / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3152145 ~~Daniel M. Eggermann~~ Josh Brody | ✓ | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Interested Party / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3151425 | Jim F. Farner | ✓ | Morgan Stanley | Interested Party, Morgan Stanley / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3152078 | Jason Harbour | ✓ | Hunton & Williams | Interested Party, Jenwarth / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3151347 | James Jacobs | | Gruss & Company, LLC | Creditor, Gruss & Company, LLC / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3152106 | Sergey Kamensky | ✓ | Canyon Partners LLC | Interested Party, Canyon Partners LLC / LISTEN ONLY |

Serenia Taylor

| | | | | | | |
|---|---|---|---|---|---|---|
| | Capmark Financial Group Inc. | 09-13684 | Hearing | | 3151330 Robin Keller | Lovells LLP | Creditor, Wilmingtion Trust FSB / LIVE |
| | Capmark Financial Group Inc. | 09-13684 | Hearing | ✓ | 3150914 Randall Klein | Goldberg, Kohn, Bell, Black, | Creditor, Wachovia Bank and Wells Fargo Bank / LIVE |
| | Capmark Financial Group Inc. | 09-13684 | Hearing | ✓ | 3151436 Stuart Kovensky | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| | Capmark Financial Group Inc. | 09-13684 | Hearing | ✓ | 3151036 Samuel E. Lovett | Paul Weiss Rifkind Wharton & | Interested Party, Samuel E. Lovett / LISTEN ONLY |
| | Capmark Financial Group Inc. | 09-13684 | Hearing | | 3151189 Richard Paige | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| | Capmark Financial Group Inc. | 09-13684 | Hearing | ✓ | 3152167 Andrew Parlen | O'Melveny & Myers | Interested Party, Andrew Parlen / LISTEN ONLY |
| | Capmark Financial Group Inc. | 09-13684 | Hearing | | 3151354 Randy Raisman | Durham Asset Management | Creditor, Durham Asset Management / LISTEN ONLY |
| | Capmark Financial Group Inc. | 09-13684 | Hearing | ✓ | 3151047 Brian Resnick | Davis Polk & Wardwell, LLP | Creditor, Morgan Stanley / LISTEN ONLY |
| | Capmark Financial Group Inc. | 09-13684 | Hearing | | 3151546 Ray C. Schrock | Kirkland & Ellis, LLP | Creditor, GMAC / LIVE |
| | Capmark Financial Group Inc. | 09-13684 | Hearing | | 3151267 Marc Schwartz | Taconic Capital | Creditor, Marc Schwartz / LIVE |
| | Capmark Financial Group Inc. | 09-13684 | Hearing | | 3151169 Mitchell Sockett | King Street Capital Management, LLC | Interested Party, King Street Capital Management, LLC / LISTEN ONLY |
| | Capmark Financial Group Inc. | 09-13684 | Hearing | | 3151486 Marshall Turner | Husch Blackwell Sanders LLP | Creditor, US Bank / LIVE |
| | Capmark Financial Group Inc. | 09-13684 | Hearing | | 3150509 Wei Wang | Aurelius Capital | Interested Party, Aurelius Capital / LIVE |
| | Capmark Financial Group Inc. | 09-13684 | Hearing | ✓ | 3151050 Suzanne C. Williams | Alston & Bird, LLP | Creditor, Wells Fargo / LISTEN ONLY |

Serenia Taylor

Handwritten additions:
- ✓ Neil Gilmour — Exec Sounding Board Assoc
- ✓ Ramon Gambhir — DW Investment Mgmt
- Stephanie Greer
- ✓ Ravi Ballur — Blackrock
- ✓ Thomas Califano
- Suleman Lunat
- Rick Morris
- ✓ Andrew Sannahan — Knighthead Capital — Creditor / Berkadin
- Interested Party / Pro Se
- Creditor / Merrill Lynch

CourtConfCal2007    Page 3 of 4