# EXHIBIT A

## AHM - Fee Application Preparation/Fee Issues

14

## Statement Detail

| Date | Timekeeper | Description | Hours |
| --- | --- | --- | --- |
| 08/04/09 | OMU | Review time entries from May and June (.3); prepare fee applications (2.1). | 2.40 |
| 08/05/09 | OMU | Send out exhibit A to fee auditor (.3); draft May and June fee applications (.3). | 0.60 |
| 08/06/09 | OMU | Draft May and June fee applications. | 0.80 |
| 08/07/09 | CC4 | Review and prepare fee application. | 3.40 |
| 08/08/09 | CC4 | Review and prepare July fee application | 3.50 |
| 08/08/09 | OMU | Draft and revise May fee application. | 1.80 |
| 08/09/09 | OMU | Draft AHM June fee application. | 1.60 |
| 08/12/09 | OMU | Revise May fee application incorporating J. Tecce's comments (.6); revise June fee application (1.6). | 2.20 |
| 08/17/09 | OMU | Review and revise May and June fee applications. | 1.20 |
| 08/18/09 | JCT | Review and revise May and June fee applications. | 0.30 |
| 08/18/09 | OMU | Revise May and June applications incorporating J. Tecce's comments (.6); prepare applications for filing (1.1). | 1.70 |
|  |  | Total Hours | 19.50 |

<u>AHM – Lender Claims</u>

Statement Details

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/03/09 | JCT | Review Wells Fargo decision and email Kroll re same. | 0.30 |
| 08/07/09 | JCT | Review status of appeal in repo litigation (.5); emails w/ S. Sakamoto re same (.2). | 0.70 |
| 08/10/09 | OMU | Confer w/ J. Tecce re hearing (.2); prep for hearing (.3). | 0.50 |
| 08/11/09 | OMU | Attend hearing telephonically (.5); email J. Tecce re same (.6). | 1.10 |
| 08/25/09 | JCT | Call with bondholder counsel re potential settlements (Broadhollow). | 0.30 |
| 08/26/09 | JCT | Calls and emails w/ Diamond McCarthy (C. Provost) re counterproposals (.3); post calls w/ Diamond, Beach, and B. Fernandez (.7). | 1.20 |
| | | Total Hours | 4.10 |

**EXHIBIT B**

## Summary By Expenses Incurred

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 08/03/09 | Printing | 0.80 |
| 08/04/09 | Printing | 2.30 |
| 08/06/09 | Printing | 2.90 |
| 08/06/09 | Printing | 0.30 |
| 08/06/09 | Printing | 0.50 |
| 08/06/09 | Printing | 0.50 |
| 08/06/09 | Printing | 0.40 |
| 08/06/09 | Printing | 0.40 |
| 08/06/09 | Printing | 0.80 |
| 08/06/09 | Printing | 0.90 |
| 08/06/09 | Printing | 0.50 |
| 08/08/09 | Printing | 3.20 |
| 08/08/09 | Printing | 3.20 |
| 08/10/09 | Printing | 1.70 |
| 08/11/09 | Telephone | 13.35 |
| 08/11/09 | Telephone | 13.76 |
| 08/11/09 | Printing | 2.80 |
| 08/11/09 | Printing | 1.70 |
| 08/12/09 | Printing | 4.90 |
| 08/14/09 | Printing | 3.20 |
| 08/14/09 | Printing | 3.00 |
| 08/17/09 | Printing | 3.20 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 08/17/09 | Printing | 3.00 |
| 08/17/09 | Printing | 3.20 |
| 08/18/09 | Printing | 3.00 |
| 08/18/09 | Printing | 3.00 |
| 08/18/09 | Printing | 0.60 |
| 08/18/09 | Printing | 3.00 |
| 08/18/09 | Printing | 0.60 |
| 08/18/09 | Printing | 0.10 |
| 08/18/09 | Printing | 3.20 |
| 08/24/09 | Local Travel; M. Lacroix on 07/24/09 | 125.46 |
| 08/24/09 | Local Travel; M. Lacroix on 07/27/09 | 72.42 |
| 08/25/09 | Client Meals; M. Lacroix on 07/24/09 | 28.00 |
| 08/25/09 | Client Meals; M. Lacroix on 07/23/09 | 25.76 |
| 08/25/09 | Client Meals; M. Lacroix on 07/22/09 | 23.79 |
| 08/27/09 | Printing | 0.40 |
| 08/27/09 | Printing | 0.40 |
| 08/27/09 | Printing | 3.00 |
| 08/27/09 | Printing | 3.00 |
| 08/28/09 | Client Meals; M. Lacroix on 07/27/09 | 35.30 |
| 08/11/09 | Air Travel; Agent Fee for A. Andrew on 08/19/08 | 49.00 |
| 08/11/09 | Air Travel; A. Allison (San Francisco to D.C, roundtrip) on 06/05/08 | 529.00 |
| 08/11/09 | Air Travel; Agent Fee for D. Lyons on 05/30/08 | 49.00 |
| 08/11/09 | Air Travel; D. Lyons (L.A. to Dallas, roundtrip) on | 2,786.48 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
|  | 06/08/08 |  |
| 08/11/09 | Air Travel; D. Lyons (Philadelphia to DC, roundtrip) on 06/27/08 | 1,324.00 |
| 08/11/09 | Air Travel; D. Lyons (L.A. to NY) on 08/19/08 | 1,875.50 |
| 08/11/09 | Air Travel;Agent Fee for D. Lyons | 49.00 |
| 08/11/09 | Air Travel; D. Lyons (NY to L.A) on 06/27/08 | 1,875.50 |
| 08/11/09 | Credit for D. Lyons on 06/27/08 | -1,324.00 |
| 08/11/09 | Agent Fee for D. Lyons on 06/19/08 | 49.00 |
| 08/11/09 | Agent Fee for D. Lyons on 06/19/08 | 49.00 |
|  | **Total Disbursements** | **$7,713.02** |