IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
        Debtors.                                                         :
                                                                         :   Ref. No. 8108
------------------------------------------------------------------------ x

**<u>CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 8108</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Twenty-Third Monthly Application of Weiner Brodsky Sidman Kider PC as an Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2009 through July 31, 2009 (the "Application") has been received.  The Court's docket which was last updated October 28, 2009, reflects that no objections to the Application have been filed.  Objections to the Application were to be filed and served no later than October 19, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($960.40) of requested fees ($1,200.50) and 100% of requested expenses ($1.40) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       October 28, 2009

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                          /s/ Ryan M. Bartley
                          Sean M. Beach (No. 4070)
                          Ryan M. Bartley (No. 4950)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          Wilmington, Delaware 19801
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253

                          Counsel for Debtors and
                          Debtors in Possession