UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
    Debtors.                                        :
                                                    : Hearing Date: November 13, 2009 at 2:00 p.m.
---------------------------------------------------------------x   Objection Deadline: November 6, 2009 at 4:00 p.m.

## NOTICE OF MOTION

TO:  (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO THE BORROWERS COMMITTEE; (IV) COUNSEL TO PARK NATIONAL; AND (V) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(b)

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached **Debtors' (I) Limited Objection to Motion Of Park National Bank for Lifting the Automatic Stay, Objecting To Debtor's Use Of Cash Collateral, And Requesting Adequate Protection And (II) Request For Allowance And Payment Of Section 506(c) Claim** (the "Motion").

Responses to the Motion, if any, must be filed on or before **November 6, 2009 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 13, 2009 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 6th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

2

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       October 28, 2009

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              */s/ Matthew B. Lunn*
                              Sean M. Beach (No. 4070)
                              Sharon M. Zieg (No. 4196)
                              Matthew B. Lunn (No. 4119)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and Debtors in Possession