**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                :
                                                                :    Jointly Administered
       Debtors.                                                 :
                                                                :
-------------------------------------------------------------- x    **Docket Ref. No.** _____

## ORDER GRANTING DEBTORS' REQUEST FOR
## ALLOWANCE AND PAYMENT OF SECTION 506(c) CLAIM

Upon consideration of the above-captioned debtors and debtors in possession

(collectively, the "Debtors") (i) limited objection (the "Objection") to the *Motion of Park*

*National Bank for Lifting the Automatic Stay, Objecting to Debtor's Use of Cash Collateral, and*

*Requesting Adequate Protection* [D.I. 8101] (the "Motion to Lift Stay") and (ii) request (the

"Request" and together with the Objection, "the Response") for allowance and payment of a

claim pursuant to section 506(c) of title 11 of the United States Code (the "Bankruptcy Code") in

the amount of $274,920.36 (the "Section 506(c) Claim"); and the relief requested through the

Request is in the best interests of the Debtors, their estates and creditors and other parties in

interest; and it appearing that the Court has jurisdiction to consider the Request; and due and

sufficient notice of the Request having been given; and it appearing that no other or further

notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is

hereby

ORDERED that the Request is granted; and it is further

ORDERED that, pursuant to section 506(c) of the Bankruptcy Code, the Debtors

are granted an allowed claim against Park National in the amount of $274,920.36 for the

066585.1001

reimbursement of certain *ad valorem* property taxes paid for the benefit of the Movant; and it is further

ORDERED that Park National is directed to pay the Section 506(c) Claim to the Debtors within five (5) business days of entry of this Order; and it is further

ORDERED that the Debtors are authorized to take any and all action as may be required to enforce the Section 506(c) Claim, including, but not limited to, the filing or recording of this Order in accordance with applicable state law to effectuate a judgment lien on the Property; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction over any matter concerning, or in any way relating to, the Motion, this Order, or the relief granted or denied herein.

Dated: November ___, 2009
        Wilmington, Delaware


_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

DB02:8864175.2                                                                                    066585.1001