IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    )          Chapter 11
                                                          )
American Home Mortgage Holdings, Inc.                     )          Case No.        07-11047
                                                          )
                    Debtor.                               )

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | American Home Mortgage Holdings, Inc. | Bank: | N/A |
| Bankruptcy Number: | 07-11047 | Account Number: | N/A |
| Date of Confirmation: | 2/23/2009 | Account Type: | N/A |
| Reporting Period (month/year): | April 1, 2009 through June 30, 2009 | | |

Beginning Cash Balance:                                   $0

All receipts received by the debtor:

    Cash Sales:                                           $0

    Collection of Accounts Receivable:                    $0

    Proceeds from Litigation (settlement or otherwise):   $0

    Sale of Debtor's Assets:                              $0

    Capital Infusion pursuant to the Plan:                $0

    Total of cash received:                               $0

Total of cash available:                                                   $0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
    claims of the bankruptcy professionals:               $0

    Disbursements made pursuant to the administrative claims of
    bankruptcy professionals:                             $0

    All other disbursements made in the ordinary course:  $0

    Total Disbursements                                                    $0

Ending Cash Balance                                                        $0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/27/09

Name/Title: *[signature]*
Kevin Nystrom
Chief Restructuring Officer

American Home Mortgage Holdings, Inc. - Case No. 07-11047
Parent-Only Statements of Financial Condition

|  | 8/5/2007 | 6/30/2009 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 1,000 | $ - |
| Accounts receivable | 134,546 | 134,546 |
| Intercompany receivable | 133,122,337 | 133,086,205 |
| Investment in subsidiaries | 165,567,458 | (628,323,152) |
| Total assets | $ 298,825,341 | $ (495,102,401) |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Junior subordinated note | $ 304,214,000 | $ 304,214,000 |
| Accrued expenses and other liabilities | 4,733,874 | 4,733,870 |
| Total liabilities | $ 308,947,874 | $ 308,947,870 |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 94,597,812 | $ 94,597,810 |
| Retained earnings | (104,720,345) | (898,648,081) |
| Total stockholders' equity | $ (10,122,533) | $ (804,050,271) |
| Total liabilities and stockholders' equity | $ 298,825,341 | $ (495,102,401) |

|  | 8/5/2007 | 6/30/2009 |
|---|---:|---:|
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 4,733,874 | $ 4,733,870 |
| Total Accrued expenses and other liabilities | $ 4,733,874 | $ 4,733,870 |