IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    )        Chapter 11
                                                          )
AHM SV Inc.                                               )        Case No.        07-11050
(F/K/A American Home Mortgage Servicing, Inc.)            )
                      Debtor.                             )

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

| | | | |
|---|---|---|---|
| Debtor's Name: | AHM SV Inc. (F/K/A American Home Mortgage Servicing, Inc.) | Bank: | Various |
| Bankruptcy Number: | 07-11050 | Account Number: | Various |
| Date of Confirmation: | 2/23/2009 | Account Type: | Various |
| Reporting Period (month/year): | April 1, 2009 through June 30, 2009 | | |

Beginning Cash Balance:        $2,805,689

All receipts received by the debtor:

Cash Sales:        $0

Collection of Accounts Receivable:        $0

Proceeds from Litigation (settlement or otherwise):        $0

Sale of Debtor's Assets:        $0

Capital Infusion pursuant to the Plan:        $0

Total of cash received:        $0

Total of cash available:        $2,805,689

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of the bankruptcy professionals:        $0

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:        $0

All other disbursements made in the ordinary course:        $106,639

Total Disbursements        $106,639

Ending Cash Balance        $2,699,050

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/27/09                              Name/Title: _____
                                                        Kevin Nystrom
                                                        Chief Restructuring Officer

**AHM SV, Inc (F/K/A American Home Mortgage Servicing, Inc.) - Case No. 07-11050**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 6/30/2009 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 21,154,562 | $ 2,697,480 |
| Restricted cash | 27,735 | 1,570 |
| Accounts receivable and servicing advances | 115,919,288 | 8,991,369 |
| Intercompany receivable | 180,101,433 | 213,469,300 |
| Premises and equipment, net | 2,851,603 | - |
| Investment in subsidiaries | 10,892,018 | 9,727,945 |
| Other assets | 869,096 | 750,799 |
| Total assets | $ 331,815,735 | $ 235,638,463 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Warehouse lines of credit | $ 50,000,000 | $ - |
| Accrued expenses and other liabilities | 15,425,797 | 6,063,934 |
| Intercompany payable | 118,132,459 | 131,146,603 |
| Income taxes payable | (1) | 1,782,244 |
| Total liabilities | $ 183,558,255 | $ 138,992,781 |
| | | |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 37,000,200 | $ 37,000,200 |
| Retained earnings | 111,257,280 | 59,645,482 |
| Total stockholders' equity | $ 148,257,480 | $ 96,645,682 |
| | | |
| Total liabilities and stockholders' equity | $ 331,815,735 | $ 235,638,463 |

|  | 8/5/2007 | 6/30/2009 |
|---|---:|---:|
| Other Assets: | | |
|    Prepaid expenses | $ 118,298 | $ - |
|    Other | 750,798 | 750,799 |
|      Total Other Assets | $ 869,096 | $ 750,799 |
| | | |
| Accrued expenses and other liabilities: | | |
|    Accrued expenses | $ 4,801,227 | $ 4,388,838 |
|    Accrued payroll expense | (5,418) | - |
|    Escrow payable | - | 1,674,762 |
|    Foreclosure reserve | 10,629,956 | - |
|    Deferred compensation plan liability | 32 | 334 |
|      Total Accrued expenses and other liabilities | $ 15,425,797 | $ 6,063,934 |