IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Corp. | ) | Case No.    07-11051 |
| | ) | |
| Debtor. | ) | |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

| | | | |
|---|---|---|---|
| Debtor's Name: | American Home Mortgage Corp. | Bank: | Various |
| Bankruptcy Number: | 07-11051 | Account Number: | Various |
| Date of Confirmation: | 2/23/2009 | Account Type: | Various |
| Reporting Period (month/year): | April 1, 2009 through June 30, 2009 | | |

| | | |
|---|---|---|
| Beginning Cash Balance: | $34,651,770 | |
| All receipts received by the debtor: | | |
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $12,050,538 | |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $12,050,538 | |
| Total of cash available: | | $46,702,308 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | $0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $9,427,843 | |
| Total Disbursements | | $9,427,843 |
| Ending Cash Balance | | $37,274,465 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/27/09

Name/Title: *[signature]*
Kevin Nystrom
Chief Restructuring Officer

**American Home Mortgage Corp. - Case No. 07-11051**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 6/30/2009 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 20,978,329 | $ 37,219,684 |
| Restricted cash | 25,509,915 | 54,781 |
| Accounts receivable | 42,901,766 | 30,266,752 |
| Intercompany receivable | 714,383,163 | 712,488,962 |
| Mortgage loans | 2,610,688,899 | 1,473,140 |
| Derivative assets | 743,601 | 743,601 |
| Mortgage servicing rights | 617,951,527 | - |
| Other real estate, net | 26,863,623 | 13,268,781 |
| Premises and equipment, net | 49,505,365 | 19,779,093 |
| Investment in subsidiaries | 117,050,809 | 63,965,815 |
| Other assets | 30,949,879 | 3,083,304 |
| Total assets | $ 4,257,526,876 | $ 882,343,913 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| | | |
| **Liabilities:** | | |
| Warehouse lines of credit | $ 2,302,356,872 | $ 14,631,172 |
| Derivative liabilities | 10,481,560 | 10,481,560 |
| Accrued expenses and other liabilities | 75,929,180 | 88,648,465 |
| Intercompany payable | 1,490,325,989 | 1,551,565,877 |
| Notes payable | 447,177,107 | 843,020 |
| Income taxes payable | 567,125 | 1,975,660 |
| Total liabilities | $ 4,326,837,833 | $ 1,668,145,754 |
| | | |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 153,195,270 | $ 153,195,272 |
| Retained earnings | (222,506,227) | (938,997,113) |
| Other comprehensive loss | - | - |
| Total stockholders' equity | $ (69,310,957) | $ (785,801,841) |
| | | |
| Total liabilities and stockholders' equity | $ 4,257,526,876 | $ 882,343,913 |

|  | 8/5/2007 | 6/30/2009 |
|---|---:|---:|
| **Other Assets:** | | |
| Prepaid expenses | $ 396,599 | $ 70,393 |
| Security deposits | 3,508,628 | 2,979,520 |
| Deferred compensation plan assets in trust | 22,721,964 | - |
| Other | 4,322,688 | 33,391 |
| Total Other Assets | $ 30,949,879 | $ 3,083,304 |
| | | |
| **Accrued expenses and other liabilities:** | | |
| Accrued expenses | $ 48,506,094 | $ 63,698,146 |
| Accrued payroll expense | - | 347,431 |
| Payable to WLR | - | 95,468 |
| Escrow payable | 1,339,340 | 1,198,372 |
| Foreclosure reserve | 3,000,000 | - |
| Deferred compensation plan liability | 22,065,997 | 22,052,366 |
| Drafts payable | 1,017,749 | 1,256,682 |
| Total Accrued expenses and other liabilities | $ 75,929,180 | $ 88,648,465 |