IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Homegate Settlement Services Inc. | ) | Case No.   07-11053 |
| | ) | |
| Debtor. | ) | |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

Debtor's Name: Homegate Settlement Services Inc.  Bank: N/A

Bankruptcy Number: 07-11053  Account Number: N/A

Date of Confirmation: 2/23/2009  Account Type: N/A

Reporting Period (month/year): April 1, 2009 through June 30, 2009

Beginning Cash Balance: $0

All receipts received by the debtor:

Cash Sales: $0

Collection of Accounts Receivable: $0

Proceeds from Litigation (settlement or otherwise): $0

Sale of Debtor's Assets: $0

Capital Infusion pursuant to the Plan: $0

Total of cash received: $0

Total of cash available: $0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: $0

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $0

All other disbursements made in the ordinary course: $0

Total Disbursements: $0

Ending Cash Balance: $0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/27/09       Name/Title: *[signature]* Kevin Nystrom, Chief Restructuring Officer

**Homegate Settlement Services, Inc. - Case No. 07-11053**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 6/30/2009 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 22,184 | $ - |
| Restricted cash | 2,842 | - |
| Intercompany receivable | 106,617 | - |
| Premises and equipment, net | 233,715 | - |
| Total assets | $ 365,358 | $ - |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| | | |
| **Liabilities:** | | |
| Accrued expenses and other liabilities | $ 2,915,241 | $ 2,343,230 |
| Intercompany payable | 8,290,600 | 9,033,531 |
| Income taxes payable | 3,671 | - |
| Total liabilities | $ 11,209,512 | $ 11,376,761 |
| | | |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 250,000 | $ 250,000 |
| Retained earnings | (11,094,154) | (11,626,761) |
| Total stockholders' equity | $ (10,844,154) | $ (11,376,761) |
| | | |
| Total liabilities and stockholders' equity | $ 365,358 | $ - |

|  | 8/5/2007 | 6/30/2009 |
|---|---:|---:|
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 2,811,769 | $ 2,316,224 |
| Accrued payroll expense | 76,466 | - |
| Deferred compensation plan liability | 27,006 | 27,006 |
| Total Accrued expenses and other liabilities | $ 2,915,241 | $ 2,343,230 |