IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Great Oak Abstract Corp. | ) | Case No.    07-11054 |
| | ) | |
| Debtor. | ) | |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

| | | | | |
|---|---|---|---|---|
| Debtor's Name: | Great Oak Abstract Corp. | | Bank: | Various |
| Bankruptcy Number: | 07-11054 | | Account Number: | Various |
| Date of Confirmation: | 2/23/2009 | | Account Type: | Various |
| Reporting Period (month/year): | April 1, 2009 through June 30, 2009 | | | |

| | | |
|---|---|---|
| Beginning Cash Balance: | $355,350 | |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $0 | |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $0 | |
| Total of cash available: | | $355,350 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | $0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $0 | |
| Total Disbursements | | $0 |
| Ending Cash Balance | | $355,350 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: _____10/67/09_____

Name/Title: _____
Kevin Nystrom
Chief Restructuring Officer

**Great Oak Abstract Corp. - Case No. 07-11054**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 6/30/2009 |
|---|---:|---:|
| **ASSETS** | | |
| | | |
| Cash and cash equivalents | $ 380,941 | $ 355,350 |
| Accounts receivable | 36,615 | 36,615 |
| Intercompany receivable | 693,132 | 718,723 |
| Premises and equipment, net | 5,339 | 5,339 |
| Other assets | 104,800 | 104,800 |
| Total assets | $ 1,220,827 | $ 1,220,827 |

**LIABILITIES AND STOCKHOLDERS' EQUITY**

| | 8/5/2007 | 6/30/2009 |
|---|---:|---:|
| **Liabilities:** | | |
| Accrued expenses and other liabilities | $ 76,743 | $ 76,743 |
| Total liabilities | $ 76,743 | $ 76,743 |
| | | |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 95,520 | $ 95,520 |
| Retained earnings | 1,048,564 | 1,048,564 |
| Total stockholders' equity | $ 1,144,084 | $ 1,144,084 |
| | | |
| Total liabilities and stockholders' equity | $ 1,220,827 | $ 1,220,827 |

| | 8/5/2007 | 6/30/2009 |
|---|---:|---:|
| **Other Assets:** | | |
| Other | $ 104,800 | $ 104,800 |
| Total Other Assets | $ 104,800 | $ 104,800 |
| | | |
| **Accrued expenses and other liabilities:** | | |
| Accrued expenses | $ 81,304 | $ 81,304 |
| Escrow payable | (4,561) | (4,561) |
| Total Accrued expenses and other liabilities | $ 76,743 | $ 76,743 |