IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
        Debtors.                                                    :
------------------------------------------------------------------- x

**TWENTY-FIFTH MONTHLY APPLICATION OF ALLEN & OVERY, LLP AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| | |
|---|---|
| Name of Applicant: | Allen & Overy, LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of September 7, 2007 |
| Period for which compensation and reimbursement is sought: | September 1, 2009 through September 31, 2009 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $3,177.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $56.25 |

This is an:  __X__ interim  ___ final application

**This application includes 1.40 hours ($632.00) incurred in connection with the preparation of Fee Applications.**

Prior applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed / Docket No.** | **Period Covered** | Fees | Expenses | Fees | Expenses |
| Nov. 30, 2007 / #2241 | Sept. 7 – Sept. 30, 2007 | $172,200.50 | $188.27 | $172,200.50 | $188.27 |
| Nov. 30, 2007 / #2242 | Oct. 1 – Oct. 31, 2007 | $311,858.00 | $131,377.49 | $311,858.00 | $131,377.49 |
| Jan. 7, 2008 / #2500 | Nov. 1- Nov. 30, 2007 | $325,630.50 | $274,672.83 | $325,630.50 | $274,672.83 |
| Feb. 1, 2008 / #2854 | Dec. 1- Dec. 31, 2007 | $209,588.50 | $105,192.08 | $209,588.50 | $105,192.08 |
| Feb. 28, 2008 / #3120 | Jan. 1 – Jan. 31, 2008 | $242,791.50 | $25,388.41 | $242,791.50 | $25,388.41 |
| April 1, 2008 / 3506 | Feb. 1 – Feb. 29, 2008 | $142,796.50 | $19,252.37 | $142,796.50 | $19,252.37 |
| April 24, 2008 / 3843 | Mar. 1 – Mar. 31, 2008 | $262,794.25 | $409,560.47 | $262,794.25 | 409,560.47 |
| June 2, 2008 / 4335 | Apr. 1 – Apr. 30, 2008 | $232,347.00 | $259,015.20 | $232,347.00 | $259,015.20 |
| June 27, 2008 / 4924 | May 1 – May 31, 2008 | $196,602.00 | $350,447.45 | $196,602.00 | $350,447.45 |
| July 25, 2008 / 5244 | June 1- June 30, 2008 | $234,515.00 | $559,205.26 | $234,515.00 | $559,205.26 |
| Aug. 29, 2008/ 5558 | July 1- July 31, 2008 | $252,699.50 | $384,060.38 | $252,699.50 | $384,060.38 |
| October 1, 2008/ 6173 | August 1- August 31, 2008 | $269,441.50 | $274,454.38 | $269,441.50 | $274,454.38 |
| October 29, 2008/6472 | Sep. 1-Sep. 30, 2008 | $197,127.00 | $177,060.75 | $197,127.00 | $177,060.75 |
| December 3, 2008/6662 | October 1-October 31, 2008 | $116,070.00 | $51,723.11 | $116,070.00 | $51,723.11 |
| Dec. 22, 2008/6767 | Nov. 1-Nov. 30, 2008 | $51,532.50 | $36,016.18 | $51,532.50 | $36,016.18 |
| Jan. 30, 2009/6919 | Dec. 1-Dec. 31, 2008 | $23,954.00 | $61,209.45 | $23,954.00 | $61,209.45 |
| Mar. 12, 2009/7092 | Jan. 1-Jan. 31, 2009 | $22,342.00 | $1,721.92 | $22,342.00 | $1,721.92 |
| Mar. 30, 2009/7182 | Feb. 1-Feb. 28, 2009 | $33,881.00 | $69,793.37 | $33,881.00 | $69,793.37 |
| May 4, 2009/7343 | Mar. 1-Mar. 31, 2009 | $7,231.50 | $32,657.12 | $7,231.50 | $32,657.12 |
| Jun. 1, 2009/7469 | Apr. 1-Apr. 30, 2009 | $16,126.00 | $72,638.23 | $16,126.00 | $72,638.23 |
| June 19, 2009/7549 | May 1-May 31, 2009 | $12,143.00 | $50.98 | $12,143.00 | $50.98 |

| | | | | | |
|---|---|---|---|---|---|
| July 31, 2009/7518 | June 1-June 30, 2009 | $6,265.00 | $27,783.02 | $6,265.00 | $27,783.02 |
| Sept. 1, 2009/7994 | July 1-July 31, 2009 | $1,825.00 | $16,046.38 | $1,825.00 | $16,046.38 |
| Sept. 29, 2009/8109 | Aug. 1-Aug. 31, 2009 | $1,265.50 | $97.26.00 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Pamela Rogers Chepiga | Partner since 2005. Joined firm as counsel in 2003. Member of NY Bar since 1974. | $850.00 | .60 | $510.00 |
| Nicholas Mitchell | Joined firm as an associate in 2007. Member of NY Bar since 2008. | $385.00 | 6.60 | $2541.00 |
| Roberto Santamarina | Paralegal | $210.00 | .60 | $126.00 |
| **Grand Total:** | | | 7.80 | $3,177.00 |
| **Blended Rate:** | | | | $407.30 |
| **Blended Rate (including Contract attorneys):** | | | | $407.30 |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---:|---:|
| Case Administration (B110) | .60 | $126.00 |
| Fee/Employment Applications (B160) | 1.40 | $632.00 |
| Other Case Assessment, Development & Admin. (L190) | 5.80 | $2,419.00 |
| **TOTALS** | **7.80** | **$3,177.00** |

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses ($) |
|---|---:|
| Long Distance Telephone Charges | $.27 |
| Reproduction Charges | $19.20 |
| Courier Charges | $36.78 |
| **TOTAL** | **$56.25** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 : Jointly Administered
         Debtors.                                                :
---------------------------------------------------------------- x

**TWENTY-FIFTH MONTHLY APPLICATION OF ALLEN & OVERY LLP AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 31, 2009**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Allen & Overy, LLP (hereinafter "A&O") hereby moves this Court for reasonable compensation for professional legal services rendered as special regulatory counsel to American Home Mortgage Holdings, Inc., et al., the debtors in the above-captioned cases (the "Debtors"), in the amount of $3,177.00 together with reimbursement for actual and necessary expenses incurred in the amount of $56.25 for the interim period September 1, 2009 through September 31, 2009 (the "Interim Fee Period"). In support of its Application, A&O respectfully represents as follows:

1. A&O was employed pursuant to an engagement letter to represent the Debtors as special regulatory counsel in connection with regulatory inquiries. This representation was effective as of September 7, 2007, pursuant to an Order entered by this Court on October 31, 2007. The Order authorized A&O to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested by A&O were performed for or on behalf of the Debtors.

**SUMMARY OF SERVICES RENDERED**

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $3,177.00 due for fees. Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $56.25 for reimbursement of expenses.

4. The services rendered by A&O during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

**DISBURSEMENTS**

5. A&O has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $56.25. This disbursement sum is broken down into categories of charges, including, among other things, electronic discovery fees, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.

6. In an effort to minimize cost to the Debtors in responding to document requests, A&O has made extensive use of outside contract attorneys in conducting document review throughout this engagement. These contract attorneys are paid a flat fee of $60 per hour. This application does not reflect any hours of document review performed by contract attorneys.

7. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

8. Costs incurred for overtime and computer assisted research are not included

2

in A&O's normal hourly billing rates and, therefore, are itemized and included in A&O's disbursements. Pursuant to Local Rule 2016-2, A&O represents that the rate charged here for printing and duplication is $.10 per page, the rate charged here for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

**VALUATION OF SERVICES**

9. Attorneys and paraprofessionals of A&O have expended a total of 7.80 hours in connection with this matter during the Interim Fee Period.

10. The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are A&O's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by A&O for the Interim Fee Period as counsel for the Debtors in these cases is $3,177.00.

11. A&O believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

12. As set forth in Exhibit A, all time recorded as non-working travel has been billed at 50% of normal hourly rates.

13. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14. This Application covers the Interim Fee Period September 1, 2009 through September 31, 2009.

WHEREFORE, A&O requests that allowance be made to it in the sum of $3,177.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $56.25 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       October 28, 2009

ALLEN & OVERY, LLP

_____
Pamela Rogers Chepiga
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

Special Regulatory Counsel for Debtors

4

## VERIFICATION

STATE OF NEW YORK     )
                     ) SS:
NEW YORK COUNTY       )

Pamela Rogers Chepiga, Esquire, after being duly sworn according to law, deposes and says:

1. I am a Partner in the applicant firm, Allen & Overy, LLP, and have been admitted to the bar of New York state since 1974.

2. I have personally performed many of the legal services rendered by Allen & Overy, LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_Pamela Rogers Chepiga_
Pamela Rogers Chepiga

SWORN TO AND SUBSCRIBED before me this 28th day of October, 2009

_____
Notary Public
My Commission Expires: 2/16/03

MITCHELL NICHOLAS
NOTARY PUBLIC, STATE OF NEW YORK
No. 02MI6201001
QUALIFIED IN NEW YORK, NEW YORK
COMMISSION EXPIRES February 16, 20 13