# EXHIBIT A

MATTER:     87601-00001 AHM REGULATORY MATTERS
CURRENCY:   USD

Detail by Activity

| Date – Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Other Case Assessment, Development & Administrations | | | | |
| 9/10/09 Nicholas Mitchell | 0.50 | 192.50 | L190 | Discussions with P. Chepiga re: SEC inquiry, correspondence with S. Beach re: same. |
| 9/11/09 Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with Sean Beach (YCST) and Nick Mitchell re: SEC request to YCST for additional document production. |
| 9/11/09 Nicholas Mitchell | 0.20 | 154.00 | L190 | Call with S. Beach, P. Chepiga re: inquiry from the SEC. |
| 9/21/09 Nicholas Mitchell | 1.60 | 616.00 | L190 | Review of debtors' motion for destruction of documents; correspondence with Young Conaway re: same |
| 9/22/09 Nicholas Mitchell | 1.00 | 385.00 | L190 | Analysis of Debtor's motion for destruction of documents; internal and external correspondence re: same. |
| 9/23/09 Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conferences with Peter Bresnan (STB) and Bob Knuts re: SEC production. |
| 9/23/09 Nicholas Mitchell | 2.10 | 808.50 | L190 | Analysis of email from David Stoelting of the SEC regarding production of attorney-client document; review of documents; internal discussions of same. |
| ******* TOTAL CODE L190: | 5.80 | | | |
| Case Administration | | | | |
| 9/23/09 Robert Santamarina | 0.60 | 126.00 | B110 | Searching for bates range of documents and printing of documents for attorney review. |
| ******* TOTAL CODE B110: | 0.60 | | | |

MATTER :      87601-00001 AHM REGULATORY MATTERS
CURRENCY :    USD

Fee/Employment Applications

| Date | Name | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 9/28/09 | Nicholas Mitchell | 1.20 | 462.00 | B160 | Finalizing August Fee Application and transmitting to co-counsel for filing with bankruptcy court. |
| 9/28/09 | Pamela Chepiga | 0.20 | 170.00 | B160 | Review, finalize and sign August 2009 fee application |
| ****** TOTAL CODE B160: | | 1.40 | | | |

| Summary by Activity Code | Hours | Amount |
|---|---|---|
| (L190) Other Case Assessment, Development & Administration | 5.80 | $2,419.00 |
| (B110) Case Administration | 0.60 | $126.00 |
| (B160) Fee/Employment Applications | 1.40 | $632.00 |
| GRAND TOTAL | 7.80 | $3,177.00 |

# EXHIBIT B

<u>Summary of Expenses Incurred</u>
(September 1, 2009 – September 30, 2009) [1]

| Date Incurred | Expense | Amount |
| --- | --- | --- |
| 5/29/09 | Courier Charges | $7.00 |
| 6/02/09 | Courier Charges | $8.45 |
| 6/02/09 | Courier Charges | $8.45 |
| 8/04/09 | Courier Charges | $12.88 |
| 9/11/09 | Telephone Charges | $0.09 |
| 9/21/09 | Telephone Charges | $0.09 |
| 9/22/09 | Document Reproduction | $1.50 |
| 9/23/09 | Telephone Charges | $0.09 |
| 9/24/09 | Document Reproduction | $1.50 |
| 9/24/09 | Document Reproduction | $1.50 |
| 9/24/09 | Document Reproduction | $11.40 |
| 9/28/09 | Document Reproduction | $1.50 |
| 9/28/09 | Document Reproduction | $1.80 |
| | | |
| | TOTAL | $56.25 |

---

[1] Expenses for dates prior to September 1, 2009 have not been previously submitted to the Court, and reflect that the invoices for such expenses were only finalized in September.