# EXHIBIT A

**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**SEPTEMBER 1, 2009, - SEPTEMBER 30, 2009**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 4.80 | $1,128.00 |
| 2 | Other Professionals' Fee/Employment Issues | 4.70 | $1,221.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 1.40 | $571.50 |
| 5 | Committee Business and Meetings | 0.00 | $0.00 |
| 6 | Case Administration | 2.90 | $357.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.60 | $270.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.00 | $0.00 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 1.60 | $698.50 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 2.70 | $670.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 6.50 | $2,233.00 |
| 22 | Preference Actions | 28.00 | $6,882.00 |
| | **TOTALS** | **53.20** | **$14,032.00** |

Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  01 | | | |
| Sep 14 09 | FINALIZE DRAFT OF BLANK ROME'S NOVEMBER 08 – JULY 09 COMBINED MONTHLY (1.9); FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL (0.1) | SENESE | 2.00 |
| Sep 16 09 | REVIEW, EDIT AND CODE BLANK ROME'S AUGUST 2009 PROFORMA / TIME NARRATIVES IN PREPARATION FOR DRAFTING ITS MONTHLY FEE APPLICATION | SENESE | 0.40 |
| Sep 30 09 | PREPARE BLANK ROME'S AUGUST 2009 MONTHLY FEE APPLICATION; FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 2.40 |

PROJECT CODE TOTALS  01                TOTAL VALUE:    $1,128.00      4.80

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  02

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Sep 11 09 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS TO HAHN'S FOURTEENTH THROUGH TWENTY-FIRST MONTHLY FEE APPLICATIONS; DRAFT A CERTIFICATE OF NO OBJECTION WITH RESPECT TO EACH OF THE APPLICATIONS AND FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.90 |
| Sep 11 09 | FORMAT AND EILE VARIOUS CERTIFICATES OF NO OBJECTIONS | MORALES | 1.50 |
| Sep 14 09 | REVIEW AND DISTRIBUTE EFILED CNO REGARDING HAHN'S 14TH THROUGH 21ST MONTHLY FEE APPLICATIONS | SENESE | 0.10 |
| Sep 15 09 | REVIEW BDO'S EIGHTH INTERIM FEE APPLICATION AND RELATED DOCUMENTATION; PREPARE NOTICE OF SAME AND CERTIFICATE OF SERVICE; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |
| Sep 15 09 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED WITH RESPECT TO BDO'S TWENTY-SECOND MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
| Sep 15 09 | REVIEW DEBTORS' PROFESSIONALS' FEE APPLICATIONS | CARICKHOFF | 0.30 |
| Sep 17 09 | REVISE, FINALIZE, FORMAT AND EFILE BDO'S EIGHTH INTERIM FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 |
| Sep 29 09 | REVIEW BDO'S TWENTY-THIRD MONTHLY FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |

| | | | |
|------|-----------|------------|-------|
| PROJECT CODE TOTALS  02 | TOTAL VALUE:  $1,221.50 | | 4.70 |

Project Code 4

.

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | PROJECT CODE:  04 | | |
| Sep 08 09 | REVIEW JUDGE'S OPINION REGARDING SECTION 562 AND CALYON'S ASSERTED DEFICIENCY CLAIM | CARICKHOFF | 0.80 |
| Sep 15 09 | REVIEW DEBTORS' 42ND OMNIBUS CLAIMS OBJECTION | CARICKHOFF | 0.30 |
| Sep 22 09 | E-MAIL CORRESPONDENCE WITH D. CARICKHOFF AND J. ZAWADZKI REGARDING CLAIMS QUESTION (.1); E-MAIL CORRESPONDENCE WITH CLAIMANT REGARDING PAYMENT OF CLAIMS (.2) | GUILFOYLE | 0.30 |

| | | | | |
|--|--|--|--|--|
| PROJECT CODE TOTALS  04 | | TOTAL VALUE: | $571.50 | 1.40 |

Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  06 | | | |
| Sep 01 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Sep 02 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Sep 03 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Sep 08 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.30 |
| Sep 09 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.30 |
| Sep 10 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Sep 11 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Sep 16 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.30 |
| Sep 17 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Sep 18 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Sep 22 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Sep 23 09 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 0.50 |
| Sep 23 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Sep 24 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Sep 25 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Sep 29 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Sep 30 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| PROJECT CODE TOTALS  06 | TOTAL VALUE: | $357.50 | 2.90 |

Project Code 7

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  07 | | | |
| Sep 29 09 | REVIEW DEBTORS' MOTION FOR ORDER AUTHORIZING ISSUANCE OF A SUBPOENA TO GRM TO PERMIT DEBTORS TO INSPECT DEBTORS' RECORDS STORED AT GRM FACILITY | CARICKHOFF | 0.30 |
| Sep 29 09 | REVIEW DEBTORS' MOTION FOR AUTHORITY TO DESTROY CERTAIN DOCUMENTS AT BROADHOLLOW PROPERTY | CARICKHOFF | 0.30 |

PROJECT CODE TOTALS  07                    TOTAL VALUE:     $270.00     0.60

Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  17 | | | |
| Sep 06 09 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR 9-8 HEARING | SENESE | 0.10 |
| Sep 08 09 | REVIEW AMENDED AGENDA; PREPARE FOR AND ATTEND HEARING | CARICKHOFF | 1.50 |
| PROJECT CODE TOTALS  17 | TOTAL VALUE:          $698.50 | | 1.60 |

Project Code 19

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE:  19 | | | |
| Sep 04 09 | CREATE CNO BINDER | DAVID | 0.80 |
| Sep 04 09 | PREPARE, SCAN AND EFILE CERTIFICATE OF NO OBJECTION TO JOINT MOTION FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT AND COMPROMISE WITH FORMER OFFICERS AND DIRECTORS OF AHM INVESTMENT | MOODY | 0.60 |
| Sep 04 09 | REVIEW DOCKET AND PLEADINGS .3; CALL TO DEBTORS COUNSEL REGARDING CERTIFICATE OF NO OBJECTION NOTEBOOK SUBMITTED TO CHAMBERS FOR THE 9/8/09 HEARING .1; | MOODY | 0.40 |
| Sep 04 09 | EMAILS REGARDING D&O SETTLEMENT MOTION AND CNO REGARDING SAME | CARICKHOFF | 0.30 |
| Sep 04 09 | E-MAIL CORRESPONDENCE WITH D. CARICKHOFF AND E. SCHNITZER REGARDING CERTIFICATE OF NO OBJECTION (.2); REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION (.1); DISCUSS FILING OF CERTIFICATE OF NO OBJECTION AND PREPARATION OF CERTIFICATE OF NO OBJECTION BINDER WITH T. MOODY (.2); OBTAIN, REVIEW AND FORWARD AMENDED AGENDA FOR SEPTEMBER 8, 2009 HEARING TO E. SCHNITZER (.1) | GUILFOYLE | 0.60 |

| | | TOTAL VALUE: | | |
|---|---|---|---|---|
| PROJECT CODE TOTALS  19 | | | $670.00 | 2.70 |

Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  21 | | | |
| Sep 02 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Sep 03 09 | SCAN AND EFILE JOINT SETTLEMENT MOTION AND RELATED JOINT MOTION TO FILE UNDER SEAL | MOODY | 1.10 |
| Sep 03 09 | REVIEW WARN ACT SETTLEMENT AGREEMENT(0.5); FINALIZE MOTION TO SEAL WARN ACT SETTLEMENT AGREEMENT EXHIBITS (0.8); FINALIZE MOTION TO APPROVE WARN ACT SETTLEMENT(2.2); EMAILS REGARDING SAME (0.3) | CARICKHOFF | 3.80 |
| Sep 04 09 | SCAN AND EFILE (IN MAIN CASE 07-11047) JOINT SETTLEMENT MOTION AND RELATED JOINT MOTION TO SEAL .5; PREPARE AND SERVE SAME .3; PREPARE AFFIDAVIT OF SERVICE FOR SAME .2 | MOODY | 1.00 |
| Sep 10 09 | FINALIZE, SCAN AND EFILE AFFIDAVITS OF SERVICE REGARDING JOINT MOTION AND RELATED JOINT MOTION TO FILE UNDER SEAL EXHIBITS A AND B TO THE SETTLEMENT AGREEMNT RESOLVING CERTAIN EMPLOYMENT RELATED CLAIMS (KOCH V. AHM) | MOODY | 0.20 |
| Sep 10 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Sep 17 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Sep 24 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

PROJECT CODE TOTALS  21          TOTAL VALUE:    $2,233.00       6.50

Project Code 22

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  22

| | | | |
|------|-----------|------------|-------|
| Sep 01 09 | SCAN AND EFILE AMENDED COMPLAINT (COLLEGIATE RELOCATION NETWORK, INC.) | MOODY | 0.40 |
| Sep 01 09 | E-MAIL CORRESPONDENCE WITH C. KANG REGARDING FILING OF AMENDED COMPLAINT (.1); REVIEW AND REVISE AMENDED COMPLAINT (.2); DISCUSS FILING OF AMENDED COMPLAINT WITH T. MOODY (.1); E-MAIL CORRESPONDENCE WITH J. ZAWADZKI REGARDING NOTICE OF DISMISSAL (.1) ; PREPARE AND FILE NOTICE OF DISMISSAL (.3); REVIEW AND FILE SUMMONSES AND CERTIFICATES OF SERVICE (.5) | GUILFOYLE | 1.30 |
| Sep 02 09 | TELEPHONE CONFERENCES AND E-MAIL CORRESPONDENCE WITH DEFENSE COUNSEL REGARDING RESPONDING TO COMPLAINTS (.4); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND E. PLANK REGARDING DEFENSE COUNSEL REQUESTS (.2); PREPARE AND FILE SUMMONSES AND AFFIDAVITS OF SERVICE (.3); E-MAIL CORRESPONDENCE WITH J. ZAWADZKI REGARDING SUMMONSES AND AFFIDAVITS OF SERVICE (.1) | GUILFOYLE | 1.00 |
| Sep 03 09 | PREPARE AND FILE NOTICES OF DISMISSAL (.4); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING NOTICES OF DISMISSAL (.1) | GUILFOYLE | 0.50 |
| Sep 08 09 | EFILE BATCH OF SUMMONSES | SENESE | 3.40 |
| Sep 08 09 | FILE AMENDED COMPLAINT | DAVID | 0.40 |
| Sep 08 09 | REVIEW AND REVISE AMENDED COMPLAINT AND COORDINATE FILING OF AMENDED COMPLAINT (.2); PREPARE AND FILE NOTICE OF VOLUNTARY DISMISSAL (.3); REVIEW SUMMONS AND CERTIFICATES OF SERVICE (.3); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND K. SENESE REGARDING RECENT FILINGS (.2) | GUILFOYLE | 1.00 |
| Sep 09 09 | REVIEW RECENT FILINGS AND CORRESPONDENCE FROM DEFENDANTS' COUNSEL (.2); PREPARE NOTICE OF DISMISSAL (.2) | GUILFOYLE | 0.40 |
| Sep 10 09 | REVISE AND FILE NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING NOTICE OF DISMISSAL (.1); TELEPHONE CONFERENCES WITH DEFENSE COUNSEL REGARDING REQUESTS FOR EXTENSION OF TIME TO RESPOND TO COMPLAINTS (.2) | GUILFOYLE | 0.50 |
| Sep 11 09 | FORMAT AND EFILE BATCH OF SUMMONSES | SENESE | 1.60 |
| Sep 11 09 | TELEPHONE CONFERENCES WITH DEFENSE COUNSEL REGARDING REQUEST FOR EXTENSION OF TIME TO | GUILFOYLE | 1.40 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| | RESPOND TO COMPLAINT AND DEFENSES TO COMPLAINT (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND E. PLANK REGARDING DEFENSE COUNSEL REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND DEFENSES TO COMPLAINT (.1); DISCUSS FILING OF SUMMONSES WITH K. SENESE (.2); REVIEW RECENT FILINGS AND CORRESPONDENCE FROM DEFENSE COUNSEL AND FORWARD DOCUMENTS TO E. SCHNITZER (.3); PREPARE AND FILE SEVERAL NOTICES OF DISMISSAL (.5); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING FILING OF NOTICES OF DISMISSAL (.1) | | |
| Sep 14 09 | FORMAT AND EFILE BATCH OF SUMMONSES | SENESE | 0.80 |
| Sep 14 09 | PREPARE AND EFILE SUMMONS, NOTICE OF PRETRIAL CONFERENCE AND AFFIDAVIT OF SERVICE IN VARIOUS ADVERSARY CASES | MORALES | 2.50 |
| Sep 15 09 | FORMAT AND EFILE BATCH OF SUMMONSES AND RELATED AFFIDAVITS OF SERVICE | SENESE | 2.80 |
| Sep 15 09 | TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH DEFENSE COUNSEL REGARDING DEFENSES TO COMPLAINTS AND REQUESTS FOR EXTENSION OF TIME TO RESPOND TO COMPLAINTS (.2); REVIEW RECENT FILINGS AND CORRESPONDENCE FROM DEFENSE COUNSEL (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING CORRESPONDENCE FROM DEFENSE COUNSEL AND FILING OF SUMMONSES (.1); DISCUSS FILING OF SUMMONSES WITH K. SENESE (.1) | GUILFOYLE | 0.60 |
| Sep 16 09 | FORMAT AND EFILE ANOTHER BATCH OF SUMMONSES | SENESE | 1.20 |
| Sep 16 09 | FORMAT AND EFILE ADDITIONAL SUMMONSES (WITH RESPECT TO CERTAIN AMENDED COMPLAINTS) | SENESE | 0.40 |
| Sep 16 09 | SCAN AND EFILE AMENDED COMPLAINT (HERITAGE REALTY MANAGEMENT) | MOODY | 0.30 |
| Sep 16 09 | REVIEW SUMMONSES, AFFIDAVITS OF SERVICE AND RECENT FILINGS (.4); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF SUMMONSES AND AFFIDAVITS OF SERVICE (.2); REVIEW AND REVISE AMENDED COMPLAINT (.2); DISCUSS FILING OF AMENDED COMPLAINT WITH T. MOODY (.1); E-MAIL CORRESPONDENCE WITH J. ORBACH REGARDING AMENDED COMPLAINT (.1); PREPARE AND FILE NOTICE OF DISMISSAL (.3); E-MAIL CORRESPONDENCE WITH Z. VIRANI REGARDING NOTICE OF DISMISSAL (.1); TELEPHONE CONFERENCES WITH DEFENSE COUNSEL REGARDING REQUESTS FOR EXTENSIONS TO RESPOND TO COMPLAINTS AND DEFENSES TO COMPLAINTS (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING DEFENSE COUNSEL'S REQUESTS (.1) | GUILFOYLE | 1.70 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Sep 17 09 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING 9019 MOTION (.1); REVISE AND FILE NOTICE OF DISMISSAL (.2) | GUILFOYLE | 0.30 |
| Sep 18 09 | E-MAIL CORRESPONDENCE WITH DEFENSE COUNSEL AND E. SCHNITZER REGARDING DEFENSE TO COMPLAINT (.1); REVIEW CORRESPONDENCE FROM DEFENSE COUNSEL (.3); REVIEW AND REVISE 9019 MOTION AND RELATED DOCUMENTS (.4); DISCUSS FILING AND SERVICE OF 9019 MOTION WITH T. MOODY (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING SERVICE OF 9019 MOTION (.1) | GUILFOYLE | 1.00 |
| Sep 22 09 | REVIEW, FORMAT AND EFILE AFFDAVIT OF SUPP SERVICE (TRANS-BOX); EMAIL TO J. ZAWADZKI | SENESE | 0.10 |
| Sep 22 09 | REVIEW AND RESPOND TO E-MAIL FROM DEFENSE COUNSEL (.1); REVIEW ANSWER AND FORWARD TO E. SCHNITZER (.1); E-MAIL CORRESPONDENCE WITH J. ZAWADZKI AND K. SENESE REGARDING FILING AFFIDAVIT OF SERVICE (.1) | GUILFOYLE | 0.30 |
| Sep 23 09 | REVIEW RECENT FILINGS (.2); PREPARE AND FILE NOTICE OF DISMISSAL (.2); E-MAIL CORRESPONDENCE WITH J. ORBACH REGARDING NOTICE OF DISMISSAL (.1) | GUILFOYLE | 0.50 |
| Sep 24 09 | EFILE AFFIDAVITS OF SERVICE WITH RESPECT TO SERVICE OF CERTAIN SUMMONSES / COMPLAINTS | SENESE | 0.20 |
| Sep 25 09 | EMAIL EXCHANGES WITH N. RIGANO (HAHN) REGARDING STATUS OF SUMMONSES / AFFIDAVITS OF SERVICE FILED TO DATE (0.1); REVIEW CHART AND DETERMINE/MONITOR STATUS OF ALL ACTIONS TO DATE (1.0) | SENESE | 1.10 |
| Sep 25 09 | EFILE CERTAIN SECOND AFFDAVITS OF SERVICE | SENESE | 0.30 |
| Sep 29 09 | EFILE CERTAIN SUPPLEMENTAL SUMMONSES / NOTICES OF PRETRIAL CONFERENCE AND RELATED AFFIDAVITS OF SERVICE | SENESE | 0.40 |
| Sep 29 09 | REVIEW RECENT FILINGS AND COORDIANTE REVISIONS TO STATUS CHART (.6); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILLING OF SUMMONSES (.1) | GUILFOYLE | 0.70 |
| Sep 30 09 | FORMAT AND EFILE NOTICE OF PARTIAL DISMISSAL (FEDEX KINKO'S) | SENESE | 0.10 |
| Sep 30 09 | PREPARE AND FILE NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING (.2); E-MAIL CORRESPONDENCE REGARDING NOTICE OF DISMISSAL | GUILFOYLE | 0.80 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | (.1); TELEPHONE CONFERENCE WITH B. WALTERS REGARDING STATUS OF ADVERSARY PROCEEDINGS (.1); TELEPHONE CONFERENCE AND E-MAIL CORRESPO NDENCE WITH DEFENSE COUNSEL REGARDING EXTENDING TIME TO REPLY TO COMPLAINT (.2); REVIEW, REVISE AND FORWARD PARTIAL NOTICE OF DISMISSAL TO K. SENESE FOR FILING (.2) | | |

PROJECT CODE TOTALS  22            TOTAL VALUE:    $6,882.00        28.00

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS |
|------|-----------|--|------------|-------|
| REPORT TOTALS | | TOTAL VALUE: | 14,032.00 | 53.20 |