

# EECO
## ELECTRIC CORP

35650 COUNTY ROAD 48 • PECONIC, NEW YORK 11958
Phone: (631) 765-5544 • Fax: (631) 765-5133

OCTOBER 26, 2009

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
824 MARKET STREET
3RD FLOOR
WILMINGTON, DE 19801

RE: **NOTICE OF DEBTORS' FORTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**
IN RE:
**AMERICAN HOME MORTGAGE HOLDINGS, INC.,**
A DELAWARE CORPORATION, ET.AL., DEBTORS.
CHAPTER 11
CASE NO. 07-11047 (CSS)
JOINTLY ADMINISTERED

TO WHOM IT MAY CONCERN:

WE ARE RESPONDING TO THE ABOVE REFERENCED OBJECTION TO CLAIMS.

HEARING ON THE OBJECTION TO BE HELD ON NOVEMBER 13, 2009 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

EECO ELECTRIC CORP. IS A CLAIMANT IN THE ABOVE REFERENCED OBJECTION UNDER EXHIBIT A (NO LIABILITY CLAIMS). CLAIM NO. 7738, FILED ON JANUARY 8, 2008, CASE NO. 07-11051, TOTAL AMOUNT CLAIMED $97,649.69. THE BASIS OF OUR CLAIM IS THAT WE WERE A VENDOR FOR AMERICAN HOME MORTGAGE CORP. AND HAVE NOT BEEN PAID FOR THE ELECTRICAL WORK COMPLETED ON THE ATTACHED INVOICES.

THE REASON WHY EECO ELECTRIC'S CLAIM SHOULD NOT BE DISALLOWED OR MODIFIED FOR THE REASONS SET FORTH IN THE OBJECTION IS BECAUSE WE WERE A VENDOR TO AMERICAN HOME MORTGAGE CORP. NOT AHM SPV II, LLC (NON-DEBTOR AND OWNER OF THE SUBJECT REAL PROPERTY). ALL OF OUR INVOICES WERE SENT TO AND PAID FOR BY AMERICAN HOME MORTGAGE CORP.

ATTACHED IS EECO ELECTRIC'S DOCUMENTATION PERTAINING TO OUR CLAIM, INCLUDING COPIES OF OUTSTANDING INVOICES SENT TO AMERICAN HOME MORTGAGE FOR ELECTRICAL WORK COMPLETED FOR THEM AS THEIR VENDOR, COPY W-9 REQUEST FROM AMERICAN HOME MORTGAGE, COPY OF W-9 ISSUED TO AMERICAN HOME MORTGAGE, AND COPIES OF AMERICAN HOME MORTGAGE CORP. CHECKS RECEIVED FOR PAYMENT OF SERVICES RENDERED.

DEBTORS MAY USE THE ADDRESS LISTED ON OUR CLAIM TO REPLY TO OUR RESPONSE (EECO ELECTRIC CORP., 35650 COUNTY ROAD 48, PECONIC, NY 11958).

STEVEN BREEST OF EECO ELECTRIC CORP., 35650 COUNTY ROAD 48, PECONIC, NY 11958, TELEPHONE NUMBER (631) 765-5544, POSSESSES THE ULTIMATE AUTHORITY TO RECONCILE, SETTLE OR OTHERWISE RESOLVE THE CLAIM OR RESPONSE TO THE OBJECTION ON BEHALF OF EECO ELECTRIC CORP.

SINCERELY,

*Ruth Cornell*

RUTH CORNELL
PRESIDENT

CC YOUNG CONAWAY STARGATT & TAYLOR, LLP

# Form W-9
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer Identification Number and Certification

Give form to the requester. Do not send to the IRS.

**Name:** EECO Electric Corp.

Business name, if different from above:

Check appropriate box: ☐ Individual/Sole proprietor  ☒ Corporation  ☐ Partnership  ☐ Other ▶ ............  ☐ Exempt from backup withholding

**Address (number, street, and apt. or suite no.):** 35650 County Road 48

**City, state, and ZIP code:** Peconic, NY 11958

**Requester's name and address (optional):** American Home Mortgage, 538 Broadhollow Rd., Melville NY 11747

List account number(s) here (optional):

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note: If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number:** _ _ _ - _ _ - _ _ _ _

or

**Employer identification number:** 11-2519788

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here** — Signature of U.S. person ▶ [signed] Pres.   Date ▶ 6/9/06

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

U.S. person. Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Foreign person. If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

Nonresident alien who becomes a resident alien. Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.
2. The treaty article addressing the income.
3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.
4. The type and amount of income that qualifies for the exemption from tax.
5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X    Form W-9 (Rev. 1-2003)

EECOELE    MI



**American Home Mortgage**
538 Broadhollow Road, Melville New York 11747

EECO ELECTRIC CORP
35650 COUNTY RD. 48
PECONIC, NY 11958

6/5/2006

To Whom It May Concern:

We at American Home Mortgage continue to appreciate your business and are periodically required to update account information. This includes your company's tax identification number and entity type (i.e. corporation, partnership, sole proprietor, LLC, etc.)

Enclosed you will find an IRS W-9 form which we request you fill out in its entirety. We may not be able to issue any further payments until we receive your completed W-9. Please fill out accordingly and fax to 1-866-596-7256 or mail to the address below within 30 days:

**American Home Mortgage**
Attn: Dennis Christoforatos
538 Broadhollow Road
Melville, NY 11747

You are a valued vendor and we look forward to your future business.

                                        Sincerely,
                                        Dennis Christoforatos
                                        American Home Mortgage
                                        W9Reporting@Americanhm.com

EECOELE    MI



**35650 COUNTY RD. 48
PECONIC, NY 11958
(631) 765-5544 PHONE
(631) 765-5133 FAX**

**ELECTRIC CORP.**

# STATEMENT

| DATE |
|------|
| 9/30/09 |

**BILL TO**

American Home Mortgage
Attn: Mr. Thomas Trepanier
538 Broad Hollow Road
Melville, NY 11747

| TERMS | AMOUNT DUE |
|---|---|
| Net 30 Days | $97,649.69 |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 07/27/07 | Bldg. 520-<br>INV #19004. Orig. Amount $2,366.87. Cubicle Renovation | 2,366.87 | 2,366.87 |
| 07/12/07 | Bldg. 538-<br>INV #18998. Orig. Amount $11,182.94. 2000 Amp Main Breaker Repair | 11,182.94 | 13,549.81 |
| 07/27/07 | INV #19003. Orig. Amount $11,208.30. Misc Work 6-6-07 thru 7-6-07 | 11,208.30 | 24,758.11 |
| 07/31/07 | INV #19020. Orig. Amount $36,911.99. Misc Work 7-9-07 thru 7-31-07 | 36,911.99 | 61,670.10 |
| 07/31/07 | INV #19021. Orig. Amount $28,294.48. 4th Floor West Executive Area | 28,294.48 | 89,964.58 |
| 07/31/07 | INV #19022. Orig. Amount $7,685.11. 2nd Floor Training Room | 7,685.11 | 97,649.69 |

| CURRENT | 1-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 97,649.69 | $97,649.69 |

Please review your account activity and contact our office immediately if you find any discrepencies.
Please note that payments received subsequent to statement date will not be reflected on this statement.
Past due balances are subject to a monthly service charge of 1.5%.



**EECO**
**ELECTRIC CORP.**

35650 COUNTY RD. 48
PECONIC, NY 11958
(631) 765-5544 PHONE
(631) 765-5133 FAX

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/12/07 | 18998 |

| BILL TO | JOB SITE |
|---|---|
| American Home Mortgage<br>538 Broad Hollow Road<br>Melville, NY 11747 | 538 Broad Hollow Road<br>Melville, NY 11747 |

| ORDERED BY | DATE OF ORDER | PMT TERMS | DUE DATE | REP | JOB NO. |
|---|---|---|---|---|---|
| T. Trepanier | 4/16/07 | Net 30 Days | 8/11/07 | JC | 07120 |

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| As Per Attached Proposal for Repair of 2000 Amp Main Breaker. | 10,295.00 |

Past due balances are subject to a service charge of 1.5% per month. Title to any material furnished remains with EECO Electric Corp. until fully paid for. Upon default of the payment terms listed above, the whole of the unpaid portion of the purchase price shall become immediately due and payable, together with legal fees and/or collection costs.

| | |
|---|---|
| **SUBTOTAL** | $10,295.00 |
| **SALES TAX (8.625%)** | $887.94 |
| **PAYMENTS/CREDITS** | $0.00 |
| **TOTAL DUE THIS INVOICE** | $11,182.94 |

*Thank you for your business.*




### ELECTRIC CORP

35650 COUNTY ROAD 48 • PECONIC, NEW YORK 11958

Phone: (631) 765-5544 • Fax: (631) 765-5133

APRIL 11, 2007

MR. THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROAD HOLLOW ROAD
MELVILLE, NY 11747

RE: AMERICAN HOME MORTGAGE
538 BROAD HOLLOW ROAD
MELVILLE, NY 11747
REPAIR TO 2000 AMP GENERAL ELECTRIC TPVF6 CIRCUIT BREAKER (REMOVED FROM WEST SERVICE)

DEAR MR. TREPANIER:

WITH REGARDS TO THE ABOVE REFERENCED PROJECT, WE PROPOSE THE FOLLOWING ELECTRICAL WORK:

REPLACE DEFECTIVE OPERATING MECHANISM.
SUPPLY AND INSTALL NEW PROGRAMMER AND SHUNT TRIP DEVICE.
DELIVER TO AMERICAN HOME MORTGAGE FOR STORAGE.

**TOTAL ESTIMATED COST FOR THIS WORK:**       $10,295.00*

**\*TERMS & CONDITIONS:**
DUE TO THE KNOWN FAILURE RATE OF THESES BREAKERS IT IS HIGHLY RECOMMENDED THAT THE BREAKER BE REPAIRED AND KEPT AS SPARE.
ALL WORK TO BE PERFORMED DURING NORMAL WORKING HOURS.
PAYMENT TERMS ARE NET 30 DAYS FROM DATE OF INVOICE.
THIS PROPOSAL IS VALID FOR 30 DAYS.

THANK YOU FOR CONSIDERING EECO ELECTRIC CORP.

SINCERELY,

STEVEN BREEST
PROJECT COORDINATOR

ACCEPTED BY: _Approved by_
PRINT NAME: _Thomas Trepanier_
TITLE: _____
DATE: _4/13/07_



**35650 COUNTY RD. 48
PECONIC, NY 11958
(631) 765-5544 PHONE
(631) 765-5133 FAX**

**ELECTRIC CORP.**

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/27/07 | 19003 |

| BILL TO | JOB SITE |
|---|---|
| American Home Mortgage<br>538 Broad Hollow Road<br>Melville, NY  11747 | 538 Broad Hollow Road<br>Melville, NY  11747 |

| ORDERED BY | DATE OF ORDER | PMT TERMS | DUE DATE | REP | JOB NO. |
|---|---|---|---|---|---|
| T. Trepanier | 6/6/07 | Net 30 Days | 8/26/07 | JC | 07120 |

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| MISCELLANEOUS ELECTRICAL WORK COMPLETED FROM JUNE 6, 2007 THROUGH JULY 6, 2007.<br><br>ROOF TOP EXHAUST FANS FOR EAST BATHROOMS:<br>Disassemble Exhaust Fan Housing.<br>Disconnect and Remove Defective Fan Motor and Pulleys.<br>Adjust Brackets for Bearings.<br>Supply and Install New Fan Motor.<br>Grease Bearings.<br>Re-Assemble Pulleys and Housing.<br>Test Operation.<br>SUPPLY AND INSTALL FOR 2ND FLOOR EAST CONFERENCE ROOM:<br>1- 4" Core Drilled Concrete Floor Penetration for Floor Box.<br>1- Recessed Fire Rated Power and Data Floor Box.<br>Necessary Wiring and Junction Box.<br>3RD FLOOR ATRIUM:<br>Remove and Replace Exit Signs to Match Building Standard.<br>3RD FLOOR WEST:<br>Locate and Identify Power to Furniture Partitions.<br>Disconnect and Remove 2- Obsolete Base Power In Cables.<br>Install 2- Customer Supplied Base Power In Cables.<br>4TH FLOOR EAST:<br>Supply and Install 2- Recessed Junction Boxes with Drag Lines in Accessible Ceiling Location for Future Intercom Controls. | 6,230.07 |

Past due balances are subject to a service charge of 1.5% per month. Title to any material furnished remains with EECO Electric Corp. until fully paid for. Upon default of the payment terms listed above, the whole of the unpaid portion of the purchase price shall become immediately due and payable, together with legal fees and/or collection costs.

| | |
|---|---|
| **SUBTOTAL** | |
| **SALES TAX (8.625%)** | |
| **PAYMENTS/CREDITS** | |
| **TOTAL DUE THIS INVOICE** | |

*Thank you for your business.*    Page 1



35650 COUNTY RD. 48
PECONIC, NY 11958
(631) 765-5544 PHONE
(631) 765-5133 FAX

**ELECTRIC CORP.**

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/27/07 | 19003 |

| BILL TO | JOB SITE |
|---|---|
| American Home Mortgage<br>538 Broad Hollow Road<br>Melville, NY 11747 | 538 Broad Hollow Road<br>Melville, NY 11747 |

| ORDERED BY | DATE OF ORDER | PMT TERMS | DUE DATE | REP | JOB NO. |
|---|---|---|---|---|---|
| T. Trepanier | 6/6/07 | Net 30 Days | 8/26/07 | JC | 07120 |

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| MISCELLANEOUS REPAIRS.<br><br>EXTERIOR LIGHTING:<br>Repair Inoperable Pole Mounted Fixtures.<br>Repair Conduit Along Side of North Curb (Due to Curb Repair Contractor).<br>Inspect Conductors for Damage.<br>3RD FLOOR EAST CONFERENCE ROOM:<br>Repair 277 Volt Lighting Switch.<br>VALANCE LIGHTS AT ELEVATORS AND BATH ROOMS ON ALL FLOORS (In Progress):<br>Identify Circuits.<br>Disassemble and Remove Ballasts and Lamps.<br>Supply and Install New Energy Efficient Electronic T-8 Ballasts and Lamps.<br>Clean Aluminum Grills. | 4,582.95 |

Past due balances are subject to a service charge of 1.5% per month. Title to any material furnished remains with EECO Electric Corp. until fully paid for. Upon default of the payment terms listed above, the whole of the unpaid portion of the purchase price shall become immediately due and payable, together with legal fees and/or collection costs.

| | |
|---|---|
| SUBTOTAL | $10,813.02 |
| SALES TAX (8.625%) | $395.28 |
| PAYMENTS/CREDITS | $0.00 |
| TOTAL DUE THIS INVOICE | $11,208.30 |

*Thank you for your business.*    Page 2



**35650 COUNTY RD. 48**
**PECONIC, NY 11958**
**(631) 765-5544 PHONE**
**(631) 765-5133 FAX**

**ELECTRIC CORP.**

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/27/07 | 19004 |

| BILL TO | JOB SITE |
|---|---|
| American Home Mortgage<br>538 Broad Hollow Road<br>Melville, NY 11747 | 520 Broad Hollow Road<br>Melville, NY 11747 |

| ORDERED BY | DATE OF ORDER | PMT TERMS | DUE DATE | REP | JOB NO. |
|---|---|---|---|---|---|
| T. Trepanier | 7/3/07 | Net 30 Days | 8/26/07 | JC | 07130 |

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| NEW CUBICLE CONFIGURATION.<br>Locate, Identify, and Disconnect Power to Furniture Cubicles and Devices.<br>Supply and Install:<br>2- Duplex Receptacles.<br>4- Low Voltage Rings with Drag Lines to Accessible Ceiling Location.<br>Relocate Existing Circuitry to New Furniture Locations.<br>Install 10- Customer Supplied Base Power In Cables.<br>Necessary Wiring and Junction Boxes. | 2,366.87 |

Past due balances are subject to a service charge of 1.5% per month. Title to any material furnished remains with EECO Electric Corp. until fully paid for. Upon default of the payment terms listed above, the whole of the unpaid portion of the purchase price shall become immediately due and payable, together with legal fees and/or collection costs.

| | |
|---|---|
| **SUBTOTAL** | $2,366.87 |
| **SALES TAX (8.625%)** | $0.00 |
| **PAYMENTS/CREDITS** | $0.00 |
| **TOTAL DUE THIS INVOICE** | $2,366.87 |

*Thank you for your business.*



**EECO**
**ELECTRIC CORP.**

35650 COUNTY RD. 48
PECONIC, NY 11958
(631) 765-5544 PHONE
(631) 765-5133 FAX

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/31/07 | 19020 |

| BILL TO | JOB SITE |
|---|---|
| American Home Mortgage<br>538 Broad Hollow Road<br>Melville, NY 11747 | 538 Broad Hollow Road<br>Melville, NY 11747 |

| ORDERED BY | DATE OF ORDER | PMT TERMS | DUE DATE | REP | JOB NO. |
|---|---|---|---|---|---|
| T. Trepanier | 7/9/07 | Net 30 Days | 8/30/07 | JC | 07120 |

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| ATRIUM:<br>Install Customer Supplied Exit Lights on 4th and 2nd Floors to Match Building Standard.<br><br>MISCELLANEOUS REPAIRS.<br><br>COMPLETION OF VALANCE LIGHTS AT ELEVATORS AND BATHROOMS ON ALL FLOORS:<br>Identify Circuits.<br>Disassemble and Remove Ballasts and Lamps.<br>Supply and Install New Energy Efficient Electronic T-8 Ballasts and Lamps.<br>Clean Aluminum Grills.<br>FUTURE ATM LIGHTING:<br>Perform Light Test at Future ATM Location.<br>520 BROAD HOLLOW ROAD:<br>Assist Building Personnel with Protecting Equipment from Water Damage.<br>Remove Water Damage Ceiling Tiles.<br>Remove Water from 2- Fluorescent Lay-In Fixtures.<br>Remove and Replace 2- Fluorescent Ballasts and Lamps.<br>270 BROAD HOLLOW ROAD:<br>Assist Building Personnel with Protecting Equipment from Water Damage.<br>Locate and Identify Circuitry to Receptacles, Computers, and Printers Effected By Water Entering Building.<br>Disconnect Power to Equipment. | 23,155.48 |

Post due balances are subject to a service charge of 1.5% per month. Title to any material furnished remains with EECO Electric Corp. until fully paid for. Upon default of the payment terms listed above, the whole of the unpaid portion of the purchase price shall become immediately due and payable, together with legal fees and/or collection costs.

| | |
|---|---|
| **SUBTOTAL** | $34,914.83 |
| **SALES TAX (8.625%)** | $1,997.16 |
| **PAYMENTS/CREDITS** | $0.00 |
| **TOTAL DUE THIS INVOICE** | $36,911.99 |

*Thank you for your business.*    Page 2



**EECO**
**ELECTRIC CORP.**

35650 COUNTY RD. 48
PECONIC, NY 11958
(631) 765-5544 PHONE
(631) 765-5133 FAX

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/31/07 | 19020 |

| BILL TO | JOB SITE |
|---|---|
| American Home Mortgage<br>538 Broad Hollow Road<br>Melville, NY 11747 | 538 Broad Hollow Road<br>Melville, NY 11747 |

| ORDERED BY | DATE OF ORDER | PMT TERMS | DUE DATE | REP | JOB NO. |
|---|---|---|---|---|---|
| T. Trepanier | 7/9/07 | Net 30 Days | 8/30/07 | JC | 07120 |

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| MISCELLANEOUS ELECTRICAL WORK COMPLETED FROM JULY 9, 2007 THROUGH JULY 31, 2007.<br><br>SUPPLY 15- EMERGENCY WALL PACKS AND INSTALL IN THE FOLLOW LOCATIONS:<br>2- 4th Floor East Mens Room<br>1- 4th Floor East Ladies Room<br>2- 3rd Floor East Mens Room<br>1- 3rd Floor East Ladies Room<br>1- 2nd Floor East Mens Room<br>1- 2nd Floor East Ladies Room<br>7- For Future Installation in West Bathrooms<br>4TH FLOOR WEST - LADIES AND MENS BATHROOMS:<br>Supply and Install New GFI Protected Receptacles.<br>SUPPLY AND INSTALL FOR 4TH FLOOR EAST CONFERENCE ROOM:<br>2- Core Drilled Concrete Floor Penetrations for Power and Data.<br>Connect Power to Table Top Receptacles.<br>Necessary Wiring and Junction Boxes.<br>3RD FLOOR EAST - OFFICE RENOVATION:<br>Locate and Identify Lighting and Power Circuitry.<br>Disconnect and Remove 1- Switch and 1- Duplex Receptacle and Wiring for New Door Opening.<br>Supply and Install:<br>1- 277 Volt Switch Utilizing Existing Lighting Circuit.<br>Necessary Wiring and Junction Box. | 11,759.35 |

Past due balances are subject to a service charge of 1.5% per month. Title to any material furnished remains with EECO Electric Corp. until fully paid for. Upon default of the payment terms listed above, the whole of the unpaid portion of the purchase price shall become immediately due and payable, together with legal fees and/or collection costs.

| | |
|---|---|
| **SUBTOTAL** | |
| **SALES TAX (8.625%)** | |
| **PAYMENTS/CREDITS** | |
| **TOTAL DUE THIS INVOICE** | |

*Thank you for your business.*   Page 1



**EECO**
**ELECTRIC CORP.**

35650 COUNTY RD. 48
PECONIC, NY 11958
(631) 765-5544 PHONE
(631) 765-5133 FAX

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/31/07 | 19021 |

| BILL TO | JOB SITE |
|---|---|
| American Home Mortgage<br>538 Broad Hollow Road<br>Melville, NY 11747 | 538 Broad Hollow Road<br>Melville, NY 11747 |

| ORDERED BY | DATE OF ORDER | PMT TERMS | DUE DATE | REP | JOB NO. |
|---|---|---|---|---|---|
| T. Trepanier | 4/19/07 | Net 30 Days | 8/30/07 | JC | 07120 |

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| 4TH FLOOR WEST EXECUTIVE AREA:<br>Locate and Identify Circuitry to Existing Floor Boxes, Light Fixtures, and Remaining Devices in Construction Area.<br>Disconnect and Remove 2- Recessed Floor Boxes for Installation of Construction Barrier Wall.<br>Supply and Install:<br>2- 3" Core Drilled Concrete Floor Penetrations for Floor Boxes.<br>2- Customer Supplied Recessed Floor Boxes.<br>Supply for Future Installation:<br>6" Recessed Fluorescent Fixtures.<br>Decorative Wall Sconces<br>1x4 Fluorescent Lay-In Fixtures.<br>Fire Rated Recessed Floor Boxes.<br>Exit Signs.<br>Wire, Conduit, Junction Boxes, and Lamps.<br>Mobilization for Future Renovation. | 28,294.48 |

Past due balances are subject to a service charge of 1.5% per month. Title to any material furnished remains with EECO Electric Corp. until fully paid for. Upon default of the payment terms listed above, the whole of the unpaid portion of the purchase price shall become immediately due and payable, together with legal fees and/or collection costs.

*Thank you for your business.*

| | |
|---|---|
| **SUBTOTAL** | $28,294.48 |
| **SALES TAX (8.625%)** | $0.00 |
| **PAYMENTS/CREDITS** | $0.00 |
| **TOTAL DUE THIS INVOICE** | $28,294.48 |



**EECO**
**ELECTRIC CORP.**

35650 COUNTY RD. 48
PECONIC, NY 11958
(631) 765-5544 PHONE
(631) 765-5133 FAX

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/31/07 | 19022 |

| BILL TO | JOB SITE |
|---|---|
| American Home Mortgage<br>538 Broad Hollow Road<br>Melville, NY  11747 | 538 Broad Hollow Road<br>Melville, NY  11747 |

| ORDERED BY | DATE OF ORDER | PMT TERMS | DUE DATE | REP | JOB NO. |
|---|---|---|---|---|---|
| T. Trepanier | 4/4/07 | Net 30 Days | 8/30/07 | JC | 07120 |

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| 2ND FLOOR TRAINING ROOM:<br>Locate and Identify Existing Lighting Circuitry in Conference Room.<br>Supply and Install:<br>1- 120 Volt 20 Amp Circuit.<br>1- Single Pole Switch for Retractable Screen.<br>12- 6" Incandescent Recessed Fixtures.<br>Wiring for 3-Way and Single Pole Switch Locations.<br>Supply for Future Installation:<br>Decora 3-Way Switches.<br>Decora 3-Way Dimmer Switches.<br>Decora Single Pole Dimmer Switch.<br>Decora Single Pole Switches.<br>Wire and Junction Boxes. | 7,685.11 |

Past due balances are subject to a service charge of 1.5% per month. Title to any material furnished remains with EECO Electric Corp. until fully paid for. Upon default of the payment terms listed above, the whole of the unpaid portion of the purchase price shall become immediately due and payable, together with legal fees and/or collection costs.

*Thank you for your business.*

| | |
|---|---|
| **SUBTOTAL** | $7,685.11 |
| **SALES TAX (8.625%)** | $0.00 |
| **PAYMENTS/CREDITS** | $0.00 |
| **TOTAL DUE THIS INVOICE** | $7,685.11 |



| EECOELE Ref Nbr | EECO ELECTRIC CORP Invoice Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | 6/22/2007 Net Check Amt |
|---|---|---|---|---|---|---|
| 3356139 | 18938 | 05/29/07 | 421.24 | 421.24 | CZ | 421.24 |

6/29/07

Check Amount ********$421.24
Check Number 0317141



THIS DOCUMENT HAS A MICRO PRINT BORDER ABSENCE INDICATES A COPY
JP Morgan Chase Bank, N.A.
Syracuse, NY 53202

50-937/213
Check # 0317141
Check Date 6/22/2007
Check Amount ********$421.24
** Void after 180 days **

American Home Mortgage Corp.
538 Broad Hollow Road
Melville, New York 11747

Four Hundred Twenty-One and 24/100——————US DOLLARS

PAY TO THE ORDER OF
EECO ELECTRIC CORP
35650 COUNTY RD. 48
PECONIC, NY 11958

Authorized Signature

⑈0317141⑈ ⑆021309379⑆ 6018676444⑈

| EECOELE Ref Nbr | EECO ELECTRIC CORP Invoice Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | 6/28/2007 Net Check Amt |
|---|---|---|---|---|---|---|
| 3390323 | 18916 | 05/04/07 | 20,871.01 | 20,871.01 Tax | Cable removals | |
| 3390420 | 18919 | 05/04/07 | 16,065.93 | 16,065.93 cs/tax | Misc Work | |
| 3390425 | 18954 | 06/12/07 | 11,047.12 | 11,047.12 cs/tax | Misc Work | |
| 3390430 | 18955 | 06/12/07 | 6,786.73 | 6,786.73 CT | 3rd Fl NE Reno | 54,770.79 |

Check Amount: ******$54,770.79
Check Number: 0318360



JP Morgan Chase Bank, N.A.
Syracuse, NY 53202

American Home Mortgage Corp.
538 Broad Hollow Road
Melville, New York 11747

Check # 0318360
Check Date 6/28/2007
Check Amount ******$54,770.79
** Void after 180 days **

Fifty-Four Thousand Seven Hundred Seventy and 79/100 — US DOLLARS

PAY TO THE ORDER OF
EECO ELECTRIC CORP
35650 COUNTY RD. 48
PECONIC, NY 11958

Authorized Signature

⑆0318380⑆ ⑈021309379⑈ 6018784445⑆