**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | **Re: Docket No. 8162** |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTEENTH COMBINED MONTHLY APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2008 THROUGH JULY 31, 2009**
**[NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Sixteenth Combined Monthly Application of Blank Rome LLP, Co-Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period November 1, 2008 through July 31, 2009 [Docket No. 8162]* (the "Application") filed on October 9, 2009. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 29, 2009 at 4:00 p.m.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtors are authorized to pay Blank Rome LLP $66,215.95[1], which represents 80% of the fees requested with respect to the November 2008 through April 31, 2009 period ($45,361.20) and 50%[2] of the fees requested with respect to the May 1, 2009 through July 31, 2009 period ($20,854.75), and $53,075.55 which represents 100% of the expenses requested in the Application for the period of November 1, 2008 through July 31, 2009 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    November 2, 2009                **BLANK ROME LLP**

By:  */s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

*Co-Counsel for the Official Committee of Unsecured Creditors*

---

[1] Blank Rome's Sixteenth Combined Monthly Fee Application [Dkt. 8162] originally sought interim fees (80% of the total amount) in the amount of $78,728.80.  This interim amount has been adjusted to $66,215.95, as the estate professionals subsequently agreed to calculate the holdback amount (effective May 2009) at 50% per agreement among the estate professionals.

[2] Holdback amount (originally calculated at 20% of fees sought by any given monthly fee application) is now calculated at 50% per agreement among the estate professionals, without prejudice to request the full amount owed.

128189.01600/21828476v.1