AHM - Summary of Invoices Paid in the Preference Period
Vendor - VARGA BERGER LEDSKY HAYES &
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 303427 | 05/02/07 | 05/14/07 | | 13979 | 02/27/07 | $ 5,469.44 |
| 2 | 303427 | 05/02/07 | 05/14/07 | | 13972 | 02/27/07 | 4,560.00 |
| 3 | 303427 | 05/02/07 | 05/14/07 | | 13973 | 02/27/07 | 4,279.07 |
| 4 | 303427 | 05/02/07 | 05/14/07 | | 13984 | 02/27/07 | 4,151.92 |
| 5 | 303427 | 05/02/07 | 05/14/07 | | 13976 | 02/27/07 | 3,916.42 |
| 6 | 303427 | 05/02/07 | 05/14/07 | | 13968 | 02/27/07 | 3,812.61 |
| 7 | 303427 | 05/02/07 | 05/14/07 | | 13965 | 02/27/07 | 3,789.12 |
| 8 | 303427 | 05/02/07 | 05/14/07 | | 13966 | 02/27/07 | 2,920.38 |
| 9 | 303427 | 05/02/07 | 05/14/07 | | 13974 | 02/27/07 | 2,109.00 |
| 10 | 303427 | 05/02/07 | 05/14/07 | | 13967 | 02/27/07 | 1,746.72 |
| 11 | 303427 | 05/02/07 | 05/14/07 | | 13977 | 02/27/07 | 1,294.80 |
| 12 | 303427 | 05/02/07 | 05/14/07 | | 13969 | 02/27/07 | 1,134.06 |
| 13 | 303427 | 05/02/07 | 05/14/07 | | 13982 | 02/27/07 | 1,083.00 |
| 14 | 303427 | 05/02/07 | 05/14/07 | | 13971 | 02/27/07 | 909.44 |
| 15 | 303427 | 05/02/07 | 05/14/07 | | 13978 | 02/27/07 | 228.80 |
| 16 | 303427 | 05/02/07 | 05/14/07 | | 13980 | 02/27/07 | 172.30 |
| 17 | 303427 | 05/02/07 | 05/14/07 | | 13983 | 02/27/07 | 168.49 |
| 18 | 303427 | 05/02/07 | 05/14/07 | 41,888.07 | 13981 | 02/27/07 | 142.50 |
| 19 | 309785 | 05/25/07 | 06/05/07 | | 14238 | 05/03/07 | 13,254.14 |
| 20 | 309785 | 05/25/07 | 06/05/07 | 17,697.74 | 14234 | 05/03/07 | 4,443.60 |
| 21 | 321573 | 07/12/07 | 07/17/07 | | 14616 | 06/20/07 | 11,787.74 |
| 22 | 321573 | 07/12/07 | 07/17/07 | | 14236 | 05/03/07 | 6,805.19 |
| 23 | 321573 | 07/12/07 | 07/17/07 | | 14242 | 05/03/07 | 5,266.70 |
| 24 | 321573 | 07/12/07 | 07/17/07 | | 14233 | 05/03/07 | 4,323.54 |
| 25 | 321573 | 07/12/07 | 07/17/07 | | 14239 | 05/03/07 | 3,666.17 |
| 26 | 321573 | 07/12/07 | 07/17/07 | | 14532 | 05/25/07 | 3,448.50 |
| 27 | 321573 | 07/12/07 | 07/17/07 | | 14231 | 05/03/07 | 3,059.18 |
| 28 | 321573 | 07/12/07 | 07/17/07 | | 14240 | 05/03/07 | 2,098.95 |
| 29 | 321573 | 07/12/07 | 07/17/07 | | 14243 | 05/03/07 | 1,140.10 |
| 30 | 321573 | 07/12/07 | 07/17/07 | | 14235 | 05/03/07 | 1,064.20 |
| 31 | 321573 | 07/12/07 | 07/17/07 | | 14241 | 05/03/07 | 1,025.38 |
| 32 | 321573 | 07/12/07 | 07/17/07 | | 14232 | 05/03/07 | 797.80 |
| 33 | 321573 | 07/12/07 | 07/17/07 | | 14237 | 05/03/07 | 427.60 |
| 34 | 321573 | 07/12/07 | 07/17/07 | | 14244 | 05/03/07 | 342.00 |
| 35 | 321573 | 07/12/07 | 07/17/07 | 45,453.55 | 14245 | 05/03/07 | 200.50 |
| 36 | 321896 | 07/12/07 | 07/18/07 | | 14528 | 05/25/07 | 3,726.64 |
| 37 | 321896 | 07/12/07 | 07/18/07 | 4,583.44 | 14552 | 05/27/07 | 856.80 |
| 38 | 322068 | 07/13/07 | 07/17/07 | | 12730 | 04/25/06 | 11,589.10 |
| 39 | 322068 | 07/13/07 | 07/17/07 | | 14110 | 03/22/07 | 11,173.26 |
| 40 | 322068 | 07/13/07 | 07/17/07 | | 13833 | 12/21/06 | 10,429.84 |
| 41 | 322068 | 07/13/07 | 07/17/07 | | 13832 | 12/21/06 | 9,841.92 |
| 42 | 322068 | 07/13/07 | 07/17/07 | | 14113 | 03/22/07 | 9,471.06 |
| 43 | 322068 | 07/13/07 | 07/17/07 | | 14105 | 03/22/07 | 8,226.69 |
| 44 | 322068 | 07/13/07 | 07/17/07 | | 13831 | 12/21/06 | 7,950.24 |
| 45 | 322068 | 07/13/07 | 07/17/07 | | 13825 | 12/21/06 | 7,349.45 |
| 46 | 322068 | 07/13/07 | 07/17/07 | | 14109 | 03/22/07 | 3,394.30 |
| 47 | 322068 | 07/13/07 | 07/17/07 | | 14118 | 03/22/07 | 3,106.50 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - VARGA BERGER LEDSKY HAYES &
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 48 | 322068 | 07/13/07 | 07/17/07 | | 13837 | 12/21/06 | 2,692.50 |
| 49 | 322068 | 07/13/07 | 07/17/07 | | 12490 | 02/22/06 | 2,688.60 |
| 50 | 322068 | 07/13/07 | 07/17/07 | | 12729 | 04/25/06 | 2,536.50 |
| 51 | 322068 | 07/13/07 | 07/17/07 | | 13834 | 12/21/06 | 2,521.00 |
| 52 | 322068 | 07/13/07 | 07/17/07 | | 12728 | 04/25/06 | 2,516.33 |
| 53 | 322068 | 07/13/07 | 07/17/07 | | 14128 | 03/22/07 | 2,400.09 |
| 54 | 322068 | 07/13/07 | 07/17/07 | | 14119 | 03/22/07 | 2,365.50 |
| 55 | 322068 | 07/13/07 | 07/17/07 | | 13830 | 12/21/06 | 2,218.75 |
| 56 | 322068 | 07/13/07 | 07/17/07 | | 13828 | 12/21/06 | 1,662.50 |
| 57 | 322068 | 07/13/07 | 07/17/07 | | 14114 | 03/22/07 | 1,542.70 |
| 58 | 322068 | 07/13/07 | 07/17/07 | | 12732 | 04/25/06 | 1,489.12 |
| 59 | 322068 | 07/13/07 | 07/17/07 | | 13835 | 12/21/06 | 1,305.90 |
| 60 | 322068 | 07/13/07 | 07/17/07 | | 12148 | 10/28/05 | 829.90 |
| 61 | 322068 | 07/13/07 | 07/17/07 | | 14111 | 03/22/07 | 741.10 |
| 62 | 322068 | 07/13/07 | 07/17/07 | | 14117 | 03/22/07 | 741.00 |
| 63 | 322068 | 07/13/07 | 07/17/07 | | 14103 | 03/22/07 | 713.34 |
| 64 | 322068 | 07/13/07 | 07/17/07 | | 12150 | 10/28/05 | 684.00 |
| 65 | 322068 | 07/13/07 | 07/17/07 | | 12491 | 02/22/06 | 627.50 |
| 66 | 322068 | 07/13/07 | 07/17/07 | | 14106 | 03/22/07 | 578.50 |
| 67 | 322068 | 07/13/07 | 07/17/07 | | 14116 | 03/22/07 | 573.58 |
| 68 | 322068 | 07/13/07 | 07/17/07 | | 14115 | 03/22/07 | 484.50 |
| 69 | 322068 | 07/13/07 | 07/17/07 | | 12151 | 10/28/05 | 370.50 |
| 70 | 322068 | 07/13/07 | 07/17/07 | | 12726 | 04/25/06 | 287.31 |
| 71 | 322068 | 07/13/07 | 07/17/07 | | 13827 | 12/21/06 | 256.80 |
| 72 | 322068 | 07/13/07 | 07/17/07 | | 14108 | 03/22/07 | 199.60 |
| 73 | 322068 | 07/13/07 | 07/17/07 | | 13824 | 12/21/06 | 168.66 |
| 74 | 322068 | 07/13/07 | 07/17/07 | | 12731 | 04/25/06 | 86.00 |
| 75 | 322068 | 07/13/07 | 07/17/07 | | 14102 | 03/22/07 | 57.00 |
| 76 | 322068 | 07/13/07 | 07/17/07 | 115,928.14 | 14104 | 03/22/07 | 57.00 |
| 77 | 326412 | 07/27/07 | 07/31/07 | | 39203 | 05/31/07 | 72,854.96 |
| 78 | 326412 | 07/27/07 | 07/31/07 | | 39173 | 04/30/07 | 63,361.29 |
| 79 | 326412 | 07/27/07 | 07/31/07 | 137,416.25 | 5150HIDALGO,JUN | 05/31/07 | 1,200.00 |
| | | | | $ 362,967.19 | | | $ 362,967.19 |