AHM - Summary of Payments in the Preference Period
Vendor - TRIAD
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 302667 | 05/01/07 | 05/21/07 | $ 210.72 | 0629735/NESSMIT | 05/01/07 | $ 210.72 |
| 2 | 303552 | 05/03/07 | 05/14/07 | 854.88 | 1626989/EWONIUK | 05/03/07 | 854.88 |
| 3 | 303553 | 05/03/07 | 05/14/07 | 3,383.06 | 1636930/CHICOVS | 05/03/07 | 3,383.06 |
| 4 | 303554 | 05/03/07 | 05/14/07 | 6,000.00 | 1647173/DOWNS | 05/03/07 | 6,000.00 |
| 5 | 303555 | 05/03/07 | 05/14/07 | 1,383.84 | 1542100/GRANT | 05/03/07 | 1,383.84 |
| 6 | 303837 | 05/04/07 | 05/11/07 | 51,715.30 | DUES MAR&FEB07 | 05/04/07 | 51,715.30 |
| 7 | 304593 | 05/09/07 | 05/21/07 | 1,929.12 | 1709363/PENNIX | 05/09/07 | 1,929.12 |
| 8 | 304787 | 05/10/07 | 05/16/07 | 41,081.55 | PREMS FOR APR | 05/10/07 | 41,081.55 |
| 9 | 304788 | 05/10/07 | 05/16/07 | 70,656.43 | 1711662 | 05/10/07 | 70,656.43 |
| 10 | 305244 | 05/11/07 | 05/21/07 | 2,732.92 | 1280291/BRADY | 05/11/07 | 2,732.92 |
| 11 | 305957 | 05/15/07 | 05/22/07 | 1,302.84 | 1703640 | 05/15/07 | 1,302.84 |
| 12 | 306380 | 05/16/07 | 05/22/07 | 5,265.00 | 1239334 | 05/16/07 | 5,265.00 |
| 13 | 306482 | 05/16/07 | 05/30/07 | 604.80 | 1668791/OWENS | 05/16/07 | 604.80 |
| 14 | 306705 | 05/17/07 | 05/30/07 | 1,849.92 | 1686612/PENA | 05/11/07 | 1,849.92 |
| 15 | 306826 | 05/17/07 | 05/30/07 | 568.80 | 1722730/STEVENS | 05/17/07 | 568.80 |
| 16 | 306827 | 05/17/07 | 05/30/07 | 8,299.20 | 1721182/SNOWDEN | 05/17/07 | 8,299.20 |
| 17 | 306828 | 05/17/07 | 05/30/07 | 7,635.84 | 1586007/HOFFMAN | 05/17/07 | 7,635.84 |
| 18 | 307192 | 05/18/07 | 05/30/07 | 2,763.36 | 1719024/FELIX | 05/18/07 | 2,763.36 |
| 19 | 307193 | 05/18/07 | 06/01/07 | 777.12 | 1719348/BROWN | 05/18/07 | 777.12 |
| 20 | 307194 | 05/18/07 | 06/01/07 | 11,400.00 | 1704000/EDWARDS | 05/18/07 | 11,400.00 |
| 21 | 307502 | 05/21/07 | 05/30/07 | 1,444.80 | ESCROW LPMI | 05/21/07 | 1,444.80 |
| 22 | 309479 | 05/24/07 | 05/30/07 | 158,270.59 | 717114 | 05/24/07 | 158,270.59 |
| 23 | 309480 | 05/24/07 | 05/30/07 | 47,787.75 | 1746753 | 05/24/07 | 47,787.75 |
| 24 | 309513 | 05/24/07 | 06/01/07 | 2,134.56 | 1731506/PHELPS | 05/24/07 | 2,134.56 |
| 25 | 309514 | 05/24/07 | 06/01/07 | 3,254.40 | 1599251/DORSEY | 05/24/07 | 3,254.40 |
| 26 | 309515 | 05/24/07 | 06/01/07 | 3,919.20 | 1736353/WILLIAS | 05/24/07 | 3,919.20 |
| 27 | 309516 | 05/24/07 | 06/19/07 | 1,444.80 | 1634699/ROBINSO | 05/24/07 | 1,444.80 |
| 28 | 309859 | 05/25/07 | 06/04/07 | 12,464.00 | 1629747/WESTOVE | 05/25/07 | 12,464.00 |
| 29 | 310066 | 05/29/07 | 06/04/07 | 5,278.50 | 1713456 | 05/29/07 | 5,278.50 |
| 30 | 310728 | 05/31/07 | 06/12/07 | 571.20 | 1723082/BERGER | 05/31/07 | 571.20 |
| 31 | 311025 | 06/01/07 | 06/07/07 | 246,842.92 | 1386560 | 06/01/07 | 246,842.92 |
| 32 | 311294 | 06/04/07 | 06/12/07 | 2,196.48 | 1693983/HARPER | 06/04/07 | 2,196.48 |
| 33 | 311295 | 06/04/07 | 06/12/07 | 571.20 | 1660498/HENRIE | 06/04/07 | 571.20 |
| 34 | 312989 | 06/08/07 | 06/13/07 | 1,876,359.00 | 1707108 | 06/08/07 | 1,876,359.00 |
| 35 | 314473 | 06/14/07 | 06/19/07 | 13,717.58 | 1188393 | 06/14/07 | 13,717.58 |
| 36 | 314474 | 06/14/07 | 06/20/07 | 142,056.96 | 1664453 | 06/14/07 | 142,056.96 |
| 37 | 314885 | 06/15/07 | 06/21/07 | 3,018.35 | 1415715 | 06/15/07 | 3,018.35 |
| 38 | 315369 | 06/19/07 | 06/25/07 | 2,419.68 | 1751325/DORSTEN | 06/19/07 | 2,419.68 |
| 39 | 315370 | 06/19/07 | 06/25/07 | 2,352.96 | 1759319/CHIVREL | 06/19/07 | 2,352.96 |
| 40 | 315371 | 06/19/07 | 06/25/07 | 2,554.08 | 1749929/COUNIHA | 06/19/07 | 2,554.08 |
| 41 | 315372 | 06/19/07 | 06/25/07 | 2,545.44 | 1754373/RUTTER | 06/19/07 | 2,545.44 |
| 42 | 315373 | 06/19/07 | 06/25/07 | 2,496.00 | 1756368/SMITH | 06/19/07 | 2,496.00 |
| 43 | 315374 | 06/19/07 | 06/25/07 | 4,366.08 | 1737411/METELLU | 06/19/07 | 4,366.08 |
| 44 | 315375 | 06/19/07 | 06/25/07 | 1,189.92 | 1723082/BERGER | 06/19/07 | 1,189.92 |
| 45 | 315376 | 06/19/07 | 06/25/07 | 4,232.16 | 1756623/CETOUTE | 06/19/07 | 4,232.16 |
| 46 | 315377 | 06/19/07 | 06/25/07 | 1,188.00 | 1704092/MCLAIN | 06/19/07 | 1,188.00 |
| 47 | 315378 | 06/19/07 | 06/25/07 | 2,366.40 | 1766162/PFEIFFR | 06/19/07 | 2,366.40 |

AHM - Summary of Payments in the Preference Period
Vendor - TRIAD
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 48 | 315379 | 06/19/07 | 06/25/07 | 2,501.28 | 1742087/MELVIN | 06/19/07 | 2,501.28 |
| 49 | 315380 | 06/19/07 | 06/25/07 | 2,590.08 | 1748057/HUTCHIN | 06/19/07 | 2,590.08 |
| 50 | 315381 | 06/19/07 | 06/25/07 | 3,537.12 | 1720950/TYLER | 06/19/07 | 3,537.12 |
| 51 | 315382 | 06/19/07 | 06/25/07 | 2,810.40 | 1732212/MENDEZ | 06/19/07 | 2,810.40 |
| 52 | 315383 | 06/19/07 | 07/05/07 | 1,852.80 | 1745693/RYAN | 06/19/07 | 1,852.80 |
| 53 | 315384 | 06/19/07 | 06/25/07 | 9,576.00 | 1740743/HILL | 06/19/07 | 9,576.00 |
| 54 | 315385 | 06/19/07 | 06/25/07 | 1,635.36 | 1767403/CHAPPEL | 06/19/07 | 1,635.36 |
| 55 | 318207 | 06/27/07 | 07/06/07 | 2,143,190.54 | 1750119 | 06/27/07 | 2,143,190.54 |
| 56 | 318208 | 06/27/07 | 07/03/07 | 12,130.32 | 1468841 | 06/27/07 | 12,130.32 |
| 57 | 319227 | 07/02/07 | 07/18/07 | 9,423.84 | 1766739/RAMIREZ | 07/02/07 | 9,423.84 |
| 58 | 319228 | 07/02/07 | 07/18/07 | 1,264.32 | 1730720/MIDWORT | 07/02/07 | 1,264.32 |
| 59 | 319229 | 07/02/07 | 07/18/07 | 3,771.84 | 1726847/MONTALV | 07/02/07 | 3,771.84 |
| 60 | 319230 | 07/02/07 | 07/18/07 | 1,173.12 | 1710056/HARDING | 07/02/07 | 1,173.12 |
| 61 | 319231 | 07/02/07 | 07/18/07 | 2,120.16 | 1761677/POWER | 07/02/07 | 2,120.16 |
| 62 | 319232 | 07/02/07 | 07/18/07 | 2,474.88 | 1754813/HAMMOND | 07/02/07 | 2,474.88 |
| 63 | 319233 | 07/02/07 | 07/18/07 | 3,551.04 | 1762655/HUBBARD | 07/02/07 | 3,551.04 |
| 64 | 319234 | 07/02/07 | 07/18/07 | 4,136.16 | 1713251/COOK | 07/02/07 | 4,136.16 |
| 65 | 319236 | 07/02/07 | 07/18/07 | 955.20 | 1747620/PYATTE | 07/02/07 | 955.20 |
| 66 | 319237 | 07/02/07 | 07/18/07 | 2,319.84 | 1744909/GUZMAN | 07/02/07 | 2,319.84 |
| 67 | 319238 | 07/02/07 | 07/18/07 | 2,552.16 | 1759747/ROSSI | 07/02/07 | 2,552.16 |
| 68 | 319240 | 07/02/07 | 07/18/07 | 5,694.24 | 1619855/ALLTON | 07/02/07 | 5,694.24 |
| 69 | 320220 | 07/06/07 | 07/18/07 | 3,469.44 | 1741461/BOWERS | 07/02/07 | 3,469.44 |
| 70 | 320981 | 07/10/07 | 07/24/07 | 5,731.66 | 05/01/07BILLING | 07/10/07 | 5,731.66 |
| 71 | 320982 | 07/10/07 | 07/16/07 | 11,019.40 | 1300697 | 07/10/07 | 11,019.40 |
| 72 | 322118 | 07/13/07 | 07/20/07 | 142,440.82 | VARIOUS | 07/13/07 | 142,440.82 |
| 73 | 322964 | 07/18/07 | 07/23/07 | 2,192,087.19 | LPMI RENEWALS | 07/18/07 | 2,192,087.19 |
| 74 | 325185 | 07/24/07 | 07/30/07 | 38,705.34 | 1278385 | 07/24/07 | 38,705.34 |
| 75 | 325264 | 07/24/07 | 07/31/07 | 8,060.16 | 1770636/SMITH | 07/24/07 | 8,060.16 |
| 76 | 325265 | 07/24/07 | 07/31/07 | 6,725.76 | 1762515/GILLESP | 07/24/07 | 6,725.76 |
|   |   |   | *Total Checks* | $ 7,394,958.18 |   |   | $ 7,394,958.18 |

| Wire Number | Wire Date | Wire Amount |
|---|---|---|
| 1630 | 05/18/07 | $ 152.30 |
| 1554 | 05/18/07 | 58,761.37 |
| 4024 | 06/18/07 | 56,161.79 |
| 4343 | 06/20/07 | 152.75 |
| 6592 | 07/18/07 | 53,936.55 |
| 7232 | 07/24/07 | 153.21 |
|   | *Total Wires* | $ 169,317.97 |
|   | ***Total*** | **$ 7,564,276.15** |