AHM - Summary of Invoices Paid in the Preference Period
Recipient - John A. Johnston
Exhibit A

| # | Check (Wire) Number | Check (Wire) "Cut" Date | Check (Wire) Clear Date | Check (Wire) Amount | Invoice Number | Invoice Date |
|---|---|---|---|---|---|---|
| 1 | ADP 00214262 | 5/25/07 | 5/25/07 | 1,244,182.00 | * | * |
|   |   |   |   | **1,244,182.00** |   |   |