AHM - Summary of Invoices Paid in the Preference Period
Vendor - TRADE SHOW FABRICATIONS, INC.
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 305501 | 05/14/07 | 05/17/07 | $ 14,099.53 | 167 | 05/03/07 | $ 14,099.53 |
| 2 | 311072 | 06/04/07 | 06/12/07 | | 241 | 05/23/07 | 7,576.85 |
| 3 | 311072 | 06/04/07 | 06/12/07 | 13,854.82 | 242 | 05/23/07 | 6,277.97 |
| 4 | 311921 | 06/06/07 | 06/13/07 | 9,178.61 | 233 | 05/21/07 | 9,178.61 |
| 5 | 315747 | 06/20/07 | 06/22/07 | 191,643.95 | 13338 | 03/21/07 | 191,643.95 |
| 6 | 315774 | 06/21/07 | 07/02/07 | 8,895.86 | 283 | 06/15/07 | 8,895.86 |
| 7 | 317343 | 06/25/07 | 07/05/07 | 23,067.82 | 293 | 06/18/07 | 23,067.82 |
| 8 | 320838 | 07/10/07 | 07/23/07 | 543.25 | 332 | 06/28/07 | 543.25 |
| 9 | 323871 | 07/23/07 | 07/31/07 | 15,766.52 | 356 | 07/02/07 | 15,766.52 |
| | | | | $ 277,050.36 | | | $ 277,050.36 |