AHM - Summary of Invoices Paid in the Preference Period
Vendor - TOUCH LLC. DBA PURE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | | Invoice Number | Invoice Date | Invoice Amount Paid | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 316904 | 06/21/07 | 06/28/07 | $ | 70,226.88 | EVENT DEPOSIT | 06/21/07 | $ | 70,226.88 |
| 2 | 317532 | 06/25/07 | 06/29/07 | | 28,483.75 | DEPOSIT-2/10/08 | 06/12/07 | | 28,483.75 |
| | | | | $ | 98,710.63 | | | $ | 98,710.63 |