AHM - Summary of Invoices Paid in the Preference Period
Vendor - SOURCEMEDIA
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 300264 | 04/23/07 | 05/08/07 | $ 153.32 | G0270322-RENEW | 03/30/07 | $ 153.32 |
| 2 | 304612 | 05/09/07 | 05/15/07 |  | 265870001 | 04/26/07 | 4,210.00 |
| 3 | 304612 | 05/09/07 | 05/15/07 | 8,420.00 | 265891001 | 04/26/07 | 4,210.00 |
| 4 | 310663 | 05/31/07 | 06/11/07 | 5,270.00 | 267312001 | 05/14/07 | 5,270.00 |
| 5 | 310664 | 05/31/07 | 06/11/07 | 3,533.00 | 267535001 | 05/16/07 | 3,533.00 |
| 6 | 310665 | 05/31/07 | 06/11/07 |  | 267261001 | 05/14/07 | 4,210.00 |
| 7 | 310665 | 05/31/07 | 06/11/07 | 8,420.00 | 267274001 | 05/14/07 | 4,210.00 |
| 8 | 311624 | 06/05/07 | 06/14/07 |  | 267917001 | 05/21/07 | 4,210.00 |
| 9 | 311624 | 06/05/07 | 06/14/07 | 8,420.00 | AD99121002 | 05/24/07 | 4,210.00 |
| 10 | 315005 | 06/18/07 | 06/29/07 |  | 268562001 | 05/30/07 | 4,210.00 |
| 11 | 315005 | 06/18/07 | 06/29/07 | 8,420.00 | 269380001 | 06/08/07 | 4,210.00 |
| 12 | 315768 | 06/21/07 | 07/05/07 | 398.00 | 09375496-RENEW | 05/23/07 | 398.00 |
| 13 | 317335 | 06/25/07 | 07/10/07 |  | 8443052-RENEW | 01/24/07 | 259.00 |
| 14 | 317335 | 06/25/07 | 07/10/07 | 358.00 | 12393174-RENEW | 06/11/07 | 99.00 |
| 15 | 318794 | 06/29/07 | 07/10/07 | 5,270.00 | 270013001 | 06/18/07 | 5,270.00 |
| 16 | 318795 | 06/29/07 | 07/10/07 | 4,210.00 | 269783001 | 06/18/07 | 4,210.00 |
| 17 | 321554 | 07/12/07 | 07/24/07 |  | 270721001 | 06/27/07 | 4,210.00 |
| 18 | 321554 | 07/12/07 | 07/24/07 | 8,420.00 | 270749001 | 06/27/07 | 4,210.00 |
| 19 | 322042 | 07/13/07 | 07/24/07 | 3,533.00 | 270384001 | 06/25/07 | 3,533.00 |
|  |  |  |  | $ 64,825.32 |  |  | $ 64,825.32 |