## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ----------------------------------------------------------------x | : | Chapter 11 |
| In re | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | (Jointly Administered) |
| INC., *et al.,* [1] | : | |
| | : | |
| Debtors. | : | |
| ----------------------------------------------------------------x | : | |
| THE OFFICIAL COMMITTEE OF UNSECURED | : | |
| CREDITORS OF AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., *et al.,* | : | Adv. Proc. Nos. |
| | : | [See Attached Exhibit A] |
| Plaintiff, | : | |
| | : | |
| -against – | : | |
| | : | |
| [SEE ATTACHED EXHIBIT A], | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF RESCHEDULED PRETRIAL CONFERENCE

*PLEASE TAKE NOTICE* that the hearing, which was originally scheduled for Friday, November 13, 2009 at 10:00 a.m., has been rescheduled to Friday, **November 13, 2009 at 2:00 p.m.** The Pretrial Conference for the adversary proceedings listed on the attached Exhibit A is scheduled to be heard at that time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

128189.01600/21828828v.1

Dated:  November 4, 2009

**BLANK ROME LLP**

*/s/ Victoria Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Joseph Orbach, Esq.
488 Madison Avenue
New York, NY  10022
Telephone:  (212) 478-7200
Facsimile:  (212) 478-7400

*Co-Counsel for the Committee*

**Exhibit A**

| Name | Adversary Proceeding # |
|------|------------------------|
| 197 FIRST AVENUE LLC | 09-51531 |
| 8965 EASTERN, LLC | 09-51532 |
| A-1 PROFESSIONAL CLEANING & MAINTENANCE SERVICES, INC | 09-51533 |
| Admiral Consulting Group | 09-51534 |
| ADVISOR CENTRIC | 09-51535 |
| AFP ASSOCIATES LIMITED | 09-51583 |
| MORTGAGE RESOURCE CENTER, INC. d/b/a ALLREGS | 09-51571 |
| AMC TRANSFER | 09-51536 |
| American Corporate Record Cntr | 09-51537 |
| AMERICAN SECURITY GROUP | 09-51587 |
| APOGEE EVENTS | 09-51588 |
| BALWEB, INC. | 09-51590 |
| BARSA CONSULTING GROUP | 09-51584 |
| BAYOU PLAZA ASSOCIATES | 09-51585 |
| BELLAGIO | 09-51591 |
| BERNARD HODES GROUP | 09-51538 |
| BLACKROCK FINANCIAL MGMT | 09-51540 |
| Bloomberg LP | 09-51541 |
| BR SEARCH | 09-51635 |
| BRADLEY MARKETING GROUP | 09-51542 |
| BRINK'S COMMUNICATIONS | 09-51543 |
| BROADRIDGE | 09-51544 |
| BROKER AGENT MAGAZINE | 09-51545 |
| BUILDING CHAMPIONS | 09-51546 |
| C F N FINANCIAL INC | 09-51547 |
| CABLEVISION LIGHTPATH | 09-51548 |
| CAPITAL CONTRACTORS INC | 09-51549 |
| CAREERBUILDER | 09-51550 |
| CB CONTRACTORS INC | 09-51551 |
| CHANDLER SIGNS | 09-51552 |
| CHECK PRINTERS, INC | 09-51553 |
| CLIENT SERVICES CUSTOMER CARE | 09-51555 |

| Name | Adversary Proceeding # |
|------|------------------------|
| COLLEGIATE RELOCATION NETWORK | 09-51557 |
| COM-BELL SYSTEMS INC. | 09-51637 |
| COMSYS SERVICES | 09-51560 |
| CORELOGIC SYSTEMS INC | 09-51559 |
| CORPORATE RESOURCES GROUP | 09-51574 |
| CORPORATE TECHNOLOGIES INC | 09-51578 |
| CT Networks | 09-51580 |
| D.W. CONSULTING, INC. | 09-51773 |
| DARTMOUTH VENTURES LLC | 09-51593 |
| DELLA FEMINA ROTHSCHILD JEARY | 09-51594 |
| DELOITTE & TOUCHE LLP | 09-51596 |
| DELOITTE TAX LLP | 09-51595 |
| DESIGN CIRCLES | 09-51597 |
| DIALAMERICA MARKETING, INC | 09-51598 |
| DIGITAL DRAW NETWORK | 09-51599 |
| DIGITAL STORAGE SOLUTIONS | 09-51600 |
| DINERS CLUB | 09-51602 |
| DREW & ROGERS, INC. | 09-51604 |
| DYNAMIC PAINTING & RESTORATION | 09-51605 |
| EAST WEST HOLDINGS, LLC | 09-51636 |
| EECO ELECTRIC CORP | 09-51609 |
| ELITE FIRE PROTECTION, INC. | 09-51610 |
| ELLIE MAE, INC. | 09-51612 |
| ELYNX.LTD | 09-51638 |
| EMAGIC.COM, LLC | 09-51640 |
| EPLUS TECHNOLOGY, INC. | 09-51641 |
| EXECUTIVE MANAGEMENT | 09-51642 |
| EXPERIAN | 09-51767 |
| F & R LANDSCAPING, INC. | 09-51699 |
| FAIR ISAAC SOFTWARE INC | 09-51645 |
| FAIRMONT HOTEL | 09-51646 |
| FEDEX OFFICE AND PRINT SERVICES, INC. f/k/a FEDEX | 09-51648 |

| Name | Adversary Proceeding # |
|------|------------------------|
| FIRST AMERICAN FLOOD DATA SVCS | 09-51649 |
| FIRST CREDIT UNION and DBSI | 09-51650 |
| FNC | 09-51651 |
| FRONTRANGE SOLUTIONS USA | 09-51652 |
| GALAXIE COFFEE SERVICE, INC | 09-51653 |
| GREENBERG GLUSKER FIELDS | 09-51654 |
| GRYPHON NETWORKS | 09-51656 |
| HAGGEN TALBOT CO., LTD PTNRSHP | 09-51662 |
| HOMEBUYERS MARKETING, INC. II d/b/a HBM II FULFILLMENT CENTER | 09-51668 |
| HELIOS & MATHESON | 09-51664 |
| HERITAGE VILLAGE OFFICES | 09-51660 |
| HIGHLAND LAKES | 09-51665 |
| HIRERIGHT , INC. | 09-51667 |
| HOME DEPOT INCENTIVES INC. | 09-51669 |
| HOMEBUYERS MARKETING, INC. | 09-51782 |
| ILINC COMMUNICATIONS | 09-51687 |
| IRON MOUNTAIN OFF-SITE DATA PROTECTION INC. d/b/a IM- OFF SITE DATA  PROTECTION | 09-51697 |
| INFOHIGHWAY COMMUNICATIONS | 09-51672 |
| INN ON BILTMORE ESTATE | 09-51673 |
| INNER WORKINGS | 09-51674 |
| INSIGHT | 09-51688 |
| INTERCITY AGENCY , INC | 09-51689 |
| IRON MOUNTAIN RECORDS MGMT | 09-51696 |
| J LAURIE COMMERCIAL FLOORS INC | 09-51598 |
| KALEE INVESTMENTS and PRINCIPLE EQUITY PROPERTIES | 09-51701 |
| KELLY SERVICE , INC. | 09-51703 |
| KING OFFICE SERVICES | 09-51704 |
| KOFAX INC. d/b/a KOFAX IMAGE PRODUCTS | 09-51705 |
| LADENBURG THALMANN & COMPANY | 09-51706 |
| TALMAN LARMEE d/b/a LARMEE EXECUTIVE SEARCH | 09-51775 |
| LARRY ELLIOTT | 09-51707 |
| LEADPONT, INC | 09-51708 |

| Name | Adversary Proceeding # |
|---|---|
| LEHR CONSTRUCTION CORP | 09-51709 |
| LIPA | 09-51712 |
| LLOYD STAFFING | 09-51711 |
| MCKEE NELSON LLP | 09-51715 |
| MEDIA RECOVERY n/k/a DATASPAN | 09-51592 |
| MEETING MANAGMENT SERVICES | 09-51716 |
| COLLIERS MEREDITH & GREW | 09-51754 |
| METAVANTE CORP | 09-51717 |
| THE METROPOLITAN COMPANIES, INC. d/b/a METROPOLITAN TEMPORARIES | 09-51718 |
| MGIC INVESTOR SERVICE CORP | 09-51719 |
| MICHAEL JAMES INDUSTRIES INC | 09-51720 |
| MICROSOFT CORPORATION d/b/a MICROSOFT LICENSING, GP | 09-51722 |
| MODELYTICS  INC | 09-51723 |
| MONTAGE MANUFACTURING | 09-51724 |
| MORTGAGE CONTRACTING SERVICES | 09-51768 |
| MORTGAGE DATA MANAGEMENT CORP | 09-51725 |
| MORTGAGE GUARANTY INS. CO. | 09-51801 |
| MORTGAGE SUCCESS SOURCE LLC D/B/A MORTGAGE MARKET GUIDE | 09-51726 |
| MVCC SIERRA LLC d/b/a MOUNTAINVIEW CORP CENTRE SIERRA | 09-51727 |
| NATIONAL ASSOCIATION OF MORTGAGE BROKERS A/K/A namb | 09-51774 |
| NEWSDAY INC | 09-51730 |
| NEWSDAY INC | 09-51821 |
| NEXTEL COMMUNICATIONS | 09-51732 |
| NOVASOFT INFORMATON TECHNOLOGY | 09-51733 |
| OAKWOOD CORPORATE HOUSING | 09-51780 |
| OCEAN PLACE RESORT & SPA | 09-51734 |
| OCWEN | 09-51802 |
| ODIE ENTERPRISES | 09-51735 |
| BEE CAVE CONTRACT, LLC d/b/a OFFICE FURNITURE NOW! | 09-51736 |
| ROBERT HAFT INTERNATIONAL d/b/a OFFICETEAM | 09-51737 |
| OFFICES BY DESIGN | 09-51738 |
| ON GUARD SECURITY SERVICES,INC | 09-51739 |

| Name | Adversary Proceeding # |
|---|---|
| OPEN ACCESS | 09-51779 |
| OPTIMOST | 09-51740 |
| OUTSOURCE SOLUTIONS LLC | 09-51742 |
| PACIFIC YGNACIO CORPORATION | 09-51743 |
| PARK NATIONAL BANK & TRUST | 09-51744 |
| PITNEY BOWES CREDIT CORP | 09-51778 |
| PGF SOLUTIONS | 09-51756 |
| PIP PRINTING | 09-51755 |
| PLACEMENT SOLUTION, INC. | 09-51763 |
| PLANNED OFFICE | 09-51762 |
| PMC INVESTIGATIONS & SECURITY | 09-51761 |
| PITNEY BOWES d/b/a POSTAGE BY PHONE PLUS | 09-51760 |
| PROGRESS SOFTWARE | 09-51759 |
| PROMOTIONAL PRODUCTS PARTNERS | 09-51769 |
| PURCHASE POWER | 09-51759 |
| QUANTITATIVE RISK MANAGEMENT | 09-51758 |
| Qwest Business Svcs | 09-51729 |
| R.J. FOOTE FLOOR-IN-FASHION | 09-51728 |
| RADIAN CORPORATION | 09-51677 |
| RADIAN GUARANTY, INC | 09-51678 |
| RADIAN SERVICES LLC | 09-51679 |
| RAPID ACCESS COMMUNICATION ENT | 09-51680 |
| RECKSON OPERATING PTNRSHIP LP | 09-51681 |
| REGENT WOODLAND HILLS, LLC | 09-51682 |
| GODWIN REALTY, INC. d/b/a RE/MAX REAL ESTATE GROUP | 09-51753 |
| RESUME MIRROR | 09-51683 |
| RICHARD MICHAEL GROUP, INC. | 09-51684 |
| RMIC CORPORATION | 09-51685 |
| RURAL DEVELOPMENT | 09-51686 |
| SHERATON CHICAGO NORTHWEST | 09-51690 |
| SHPS, INC. | 09-51657 |
| SHRED - IT | 09-51658 |

| Name | Adversary Proceeding # |
|------|------------------------|
| SLO, LLC | 09-51659 |
| SPLENDOR LANDSCAPE DESIGN | 09-51661 |
| SPRINT | 09-51663 |
| STAFFSOLVE | 09-51666 |
| MCGRAW-HILL COMPANIES d/b/a STANDARD AND POOR'S | 09-51691 |
| S-TRON | 09-51692 |
| SUCCESS STRATEGIES INSTITUTE | 09-51675 |
| SYMPLEGADES | 09-51676 |
| TALX CORPORATION | 09-51621 |
| TECHNICAL BUSINESS | 09-51622 |
| TED GLASRUD ASSOCIATES, INC | 09-51623 |
| TEEM PLUMBING & HEATING | 09-51624 |
| TEK SYSTEMS | 09-51770 |
| THE DUNCAN GROUP | 09-51625 |
| THE GROWTH SOLUTIONS GROUP | 09-51694 |
| THE HUNTER GROUP INTERNATIONAL | 09-51626 |
| THE SRS GROUP INC | 09-51627 |
| THOUGHT DIGITAL, LLC | 09-51628 |
| TOSHIBA AMERICA BUSINESS SOLUTIONS INC. d/b/a TOSHIBA ELECTRONIC IMAGING | 09-51630 |
| TOWN PARK COMMONS | 09-51629 |
| TRANS VENDING SERVICES | 09-51632 |
| TRANS-BOX SYSTEMS, INC | 09-51631 |
| TRI M CONSTRUCTION | 09-51643 |
| TRUSTED FORCE | 09-51644 |
| UNIQUEX GRAPHICS & PRINTING | 09-51617 |
| UNITED VAN LINES, INC. | 09-51615 |
| VANCOUVERCENTER DEVELOPMENT | 09-51613 |
| VECTOR CONSULTING, INC | 09-51611 |
| TAX VERIFICATION BUREAU INC | 09-51619 |
| VICOM COMPUTER SERVICES, INC. | 09-51771 |
| WEBB MASON | 09-51772 |
| WEST PROPERTIES II & III L.P. | 09-51618 |

| Name | Adversary Proceeding # |
|---|---|
| WINSTON SUPPORT SERVICES LLC | 09-51606 |
| WYMAN STREET ADVISORS | 09-51603 |
| XEROX BUSINESS SERVICES | 09-51601 |
| ZENSAR TD,LLC | 09-51586 |