IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | CASE NO.: 07-11047 CSS |
| | Jointly Administered |
| Debtors. | Objection Deadline: November 6, 2009 at 4:00 p.m. (ET)<br>Hearing Date: November 13, 2009 at 10:00 a.m. (ET) |

**RESPONSE BY NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO DEBTORS' FORTY-THIRD OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

The New York State Department of Taxation and Finance ("DTF"), by and through New York State Attorney General Andrew M. Cuomo, responds to the Debtors' Forty-Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), as follows:

1. The Objection seeks to expunge Claim No. 10461 filed by DTF on the grounds that it was amended and superceded by Claim No. 10693.

2. Claim No. 10461 was filed on August 18, 2008, after the bar date. It asserts liabilities for corporation taxes, withholding taxes and sales taxes. It was filed as an amendment to Claim No. 9842 which was timely filed on January 27, 2008. Claim No. 10461 lists the same tax assessments that were set forth in Claim No. 9842, except it added an assessment for withholding taxes. Therefore, with the exception of the withholding taxes, Claim No. 10461 relates back to Claim No. 9842 and would not be subject to being expunged as late-filed.

3.     Claim No. 10693 asserts the same tax assessments which were included in Claim No. 10461, except it omits the assessment for corporation taxes.  However, Claim No. 10693 was filed after confirmation.  Therefore, even though it technically relates back to Claim No. 10461, it is susceptible to an objection that it was filed too late.  If the current Objection is granted, DTF will be left with a claim that may be expunged by a future objection.  Should that happen, DTF would have no surviving claim.

4.     DTF therefore opposes the Objection unless Claim No. 10693 is treated as timely-filed.  In the alternative, DTF will agree to withdraw Claim No. 10693, thereby reestablishing Claim No. 10461 as its most recent claim.

Dated:  November 5, 2009
       Albany, New York

                                     Respectfully submitted,
                                     Andrew M. Cuomo
                                   Attorney General of the State of New York

                               By:/s/Norman P. Fivel_____
                                 Norman P. Fivel
                                 Assistant Attorney General
                                 Litigation Bureau
                                 The Capitol
                                 Albany, New York   12224-0341
                                 Telephone: (518) 473-6082
                                 Facsimile: (518) 473-1572
                                 Email: Norman.Fivel@oag.state.ny.us