IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | CASE NO.:  07-11047 CSS |
| Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2009, a true copy of this Response by New York State Department of Taxation and Finance to Debtors' Forty-Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 was served by overnight mail, on all parties listed below:

Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE   19801

Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE   19801

Dated: November 5, 2009
        Albany, New York

/s/ Norman P. Fivel
Norman P. Fivel