AHM - Summary of Invoices Paid in the Preference Period
Vendor - MARRIOTT MELVILLE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301163 | 04/26/07 | 05/15/07 | | 1328-4/6BANQ | 04/06/07 | $ 2,280.42 |
| 2 | 301163 | 04/26/07 | 05/15/07 | | 4482/BRCAK | 04/06/07 | 1,018.00 |
| 3 | 301163 | 04/26/07 | 05/15/07 | | 4487/HOLWIG | 04/06/07 | 1,018.00 |
| 4 | 301163 | 04/26/07 | 05/15/07 | | 4485/GOTO | 04/06/07 | 1,018.00 |
| 5 | 301163 | 04/26/07 | 05/15/07 | | 4491/WILSON | 04/06/07 | 1,018.00 |
| 6 | 301163 | 04/26/07 | 05/15/07 | | 4490/WILLIAMS | 04/06/07 | 1,018.00 |
| 7 | 301163 | 04/26/07 | 05/15/07 | | 8068/BANQ | 04/18/07 | 946.34 |
| 8 | 301163 | 04/26/07 | 05/15/07 | | 5072/BANQ | 04/11/07 | 946.34 |
| 9 | 301163 | 04/26/07 | 05/15/07 | | 4492/KILLHAM | 04/05/07 | 814.40 |
| 10 | 301163 | 04/26/07 | 05/15/07 | | 4486/HICKEY | 04/05/07 | 814.40 |
| 11 | 301163 | 04/26/07 | 05/15/07 | | 4488/PARRA | 04/05/07 | 814.40 |
| 12 | 301163 | 04/26/07 | 05/15/07 | | 4447/DIX | 04/04/07 | 814.40 |
| 13 | 301163 | 04/26/07 | 05/15/07 | | 4484/FINELLI | 04/05/07 | 814.40 |
| 14 | 301163 | 04/26/07 | 05/15/07 | | 4538/SCHAFER | 04/05/07 | 712.13 |
| 15 | 301163 | 04/26/07 | 05/15/07 | | 6498/CASTEEL | 04/13/07 | 610.80 |
| 16 | 301163 | 04/26/07 | 05/15/07 | | 6536/SLATTERY | 04/13/07 | 610.80 |
| 17 | 301163 | 04/26/07 | 05/15/07 | | 6490/COOPER | 04/13/07 | 610.80 |
| 18 | 301163 | 04/26/07 | 05/15/07 | | 6537/TERRAZZI | 04/13/07 | 610.80 |
| 19 | 301163 | 04/26/07 | 05/15/07 | | 6533/ROWLEY | 04/13/07 | 610.80 |
| 20 | 301163 | 04/26/07 | 05/15/07 | | 4454/MAZARAKIS | 04/04/07 | 610.80 |
| 21 | 301163 | 04/26/07 | 05/15/07 | | 6525/LEE | 04/13/07 | 610.80 |
| 22 | 301163 | 04/26/07 | 05/15/07 | | 6531/MCGAHEY | 04/13/07 | 610.80 |
| 23 | 301163 | 04/26/07 | 05/15/07 | | 6528/JONES | 04/13/07 | 610.80 |
| 24 | 301163 | 04/26/07 | 05/15/07 | | 7640/OBRIEN | 04/13/07 | 610.80 |
| 25 | 301163 | 04/26/07 | 05/15/07 | | 7641/PASLEY | 04/13/07 | 610.80 |
| 26 | 301163 | 04/26/07 | 05/15/07 | | 6529/OTIS | 04/13/07 | 610.80 |
| 27 | 301163 | 04/26/07 | 05/15/07 | | 6517/CONLEY | 04/13/07 | 610.80 |
| 28 | 301163 | 04/26/07 | 05/15/07 | | 6535/SITGREAVES | 04/13/07 | 610.80 |
| 29 | 301163 | 04/26/07 | 05/15/07 | | 4483/EDWARDS | 04/04/07 | 610.80 |
| 30 | 301163 | 04/26/07 | 05/15/07 | | 8068/BANQ | 04/18/07 | 543.35 |
| 31 | 301163 | 04/26/07 | 05/15/07 | | 5072/BANQ | 04/11/07 | 452.80 |
| 32 | 301163 | 04/26/07 | 05/15/07 | | 4502/JURGENS | 04/05/07 | 407.20 |
| 33 | 301163 | 04/26/07 | 05/15/07 | | 4501/SILK | 04/05/07 | 407.20 |
| 34 | 301163 | 04/26/07 | 05/15/07 | | 4495/JAGGER | 04/05/07 | 407.20 |
| 35 | 301163 | 04/26/07 | 05/15/07 | | 4498/MCANALLY | 04/05/07 | 407.20 |
| 36 | 301163 | 04/26/07 | 05/15/07 | | 6493/BONESKE | 04/12/07 | 407.20 |
| 37 | 301163 | 04/26/07 | 05/15/07 | | 5994/ANDERSON | 04/05/07 | 407.20 |
| 38 | 301163 | 04/26/07 | 05/15/07 | | 9551/LEMING | 04/05/07 | 407.20 |
| 39 | 301163 | 04/26/07 | 05/15/07 | | 5413/OAKLEY | 04/05/07 | 407.20 |
| 40 | 301163 | 04/26/07 | 05/15/07 | | 4497/MILLESON | 04/05/07 | 407.20 |
| 41 | 301163 | 04/26/07 | 05/15/07 | | 4499/MOORE | 04/05/07 | 407.20 |
| 42 | 301163 | 04/26/07 | 05/15/07 | | 4500/SCHAFER | 04/05/07 | 407.20 |
| 43 | 301163 | 04/26/07 | 05/15/07 | | 5015/INGER | 04/05/07 | 407.20 |
| 44 | 301163 | 04/26/07 | 05/15/07 | | 4494/GERMANN | 04/05/07 | 407.20 |
| 45 | 301163 | 04/26/07 | 05/15/07 | | 4493/COTA | 04/05/07 | 407.20 |
| 46 | 301163 | 04/26/07 | 05/15/07 | | 6812/SATAMKER | 04/13/07 | 204.53 |
| 47 | 301163 | 04/26/07 | 05/15/07 | | 4504/LEARY | 04/05/07 | 203.60 |
| 48 | 301163 | 04/26/07 | 05/15/07 | | 4507/YUN | 04/05/07 | 203.60 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - MARRIOTT MELVILLE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 49 | 301163 | 04/26/07 | 05/15/07 | 30,674.32 | 1328-4/6BANQ | 04/06/07 | 156.41 |
| 50 | 305309 | 05/12/07 | 05/22/07 | | 9565/BANQ | 04/25/07 | 946.35 |
| 51 | 305309 | 05/12/07 | 05/22/07 | | 9918/FLYNN | 04/26/07 | 749.34 |
| 52 | 305309 | 05/12/07 | 05/22/07 | | 9911/CALABRO | 04/26/07 | 610.80 |
| 53 | 305309 | 05/12/07 | 05/22/07 | | 10129/FOURNIER | 04/26/07 | 610.80 |
| 54 | 305309 | 05/12/07 | 05/22/07 | | 9971/STONER | 04/26/07 | 610.80 |
| 55 | 305309 | 05/12/07 | 05/22/07 | | 9913/BAHRI | 04/26/07 | 610.80 |
| 56 | 305309 | 05/12/07 | 05/22/07 | | 862/CLEMENTS | 04/26/07 | 610.80 |
| 57 | 305309 | 05/12/07 | 05/22/07 | | 9924/HIDALGO | 04/26/07 | 610.80 |
| 58 | 305309 | 05/12/07 | 05/22/07 | | 10794/BEWLEY | 04/26/07 | 610.80 |
| 59 | 305309 | 05/12/07 | 05/22/07 | | 9941/OWEN | 04/26/07 | 610.80 |
| 60 | 305309 | 05/12/07 | 05/22/07 | | 10135/SILVER | 04/26/07 | 610.80 |
| 61 | 305309 | 05/12/07 | 05/22/07 | | 10795/MUTZ | 04/26/07 | 610.80 |
| 62 | 305309 | 05/12/07 | 05/22/07 | | 9565/BANQ | 04/25/07 | 588.64 |
| 63 | 305309 | 05/12/07 | 05/22/07 | | 10383/BANQ | 05/01/07 | 543.35 |
| 64 | 305309 | 05/12/07 | 05/22/07 | | 9921/GAROFALO | 04/25/07 | 408.13 |
| 65 | 305309 | 05/12/07 | 05/22/07 | 9,548.34 | 866/ZACCAGNINI | 04/26/07 | 204.53 |
| 66 | 317317 | 06/25/07 | 07/06/07 | | 5418-BANQ | 05/22/07 | 2,425.00 |
| 67 | 317317 | 06/25/07 | 07/06/07 | | 5418-BANQ | 05/22/07 | 1,298.33 |
| 68 | 317317 | 06/25/07 | 07/06/07 | | 5966-BANQ | 05/09/07 | 946.34 |
| 69 | 317317 | 06/25/07 | 07/06/07 | 5,258.31 | 5966-BANQ | 05/09/07 | 588.64 |
| 70 | 320791 | 07/10/07 | 07/18/07 | | 5981-BANQ | 06/25/07 | 768.25 |
| 71 | 320791 | 07/10/07 | 07/18/07 | 1,162.56 | 5981-BANQ | 06/25/07 | 394.31 |
| 72 | 322145 | 07/13/07 | 07/23/07 | | 8304/BANQ2 | 06/14/07 | 10,969.67 |
| 73 | 322145 | 07/13/07 | 07/23/07 | | 8304/BANQ3 | 06/15/07 | 9,962.87 |
| 74 | 322145 | 07/13/07 | 07/23/07 | | 8304/BANQ | 06/13/07 | 3,617.13 |
| 75 | 322145 | 07/13/07 | 07/23/07 | | 2809/BANQ2 | 06/12/07 | 1,789.04 |
| 76 | 322145 | 07/13/07 | 07/23/07 | | 8304/BANQ3 | 06/15/07 | 1,774.39 |
| 77 | 322145 | 07/13/07 | 07/23/07 | | 8304/BANQ2 | 06/14/07 | 1,774.39 |
| 78 | 322145 | 07/13/07 | 07/23/07 | | 8304/BANQ | 06/13/07 | 1,741.53 |
| 79 | 322145 | 07/13/07 | 07/23/07 | | 2809/BANQ | 06/13/07 | 1,512.57 |
| 80 | 322145 | 07/13/07 | 07/23/07 | | 2809/BANQ2 | 06/12/07 | 1,090.92 |
| 81 | 322145 | 07/13/07 | 07/23/07 | | 2809/BANQ | 06/13/07 | 1,090.92 |
| 82 | 322145 | 07/13/07 | 07/23/07 | | 3257/VARDAMAN | 06/15/07 | 1,018.00 |
| 83 | 322145 | 07/13/07 | 07/23/07 | | 391/VANVALKENBU | 06/09/07 | 814.40 |
| 84 | 322145 | 07/13/07 | 07/23/07 | | 3253/ZERPA | 06/14/07 | 814.40 |
| 85 | 322145 | 07/13/07 | 07/23/07 | | 3252/SAAVERDA | 06/14/07 | 814.40 |
| 86 | 322145 | 07/13/07 | 07/23/07 | | 7558/FAZIO | 05/24/07 | 610.80 |
| 87 | 322145 | 07/13/07 | 07/23/07 | | 373/HORVATH | 06/07/07 | 610.80 |
| 88 | 322145 | 07/13/07 | 07/23/07 | | 5415/SITGREAVES | 06/21/07 | 610.80 |
| 89 | 322145 | 07/13/07 | 07/23/07 | | 5982/REED | 06/21/07 | 610.80 |
| 90 | 322145 | 07/13/07 | 07/23/07 | | 3806/THORNTON | 05/11/07 | 610.80 |
| 91 | 322145 | 07/13/07 | 07/23/07 | | 3801/LEDERWOOD | 05/11/07 | 610.80 |
| 92 | 322145 | 07/13/07 | 07/23/07 | | 8110/ZEPPUHAR | 05/24/07 | 610.80 |
| 93 | 322145 | 07/13/07 | 07/23/07 | | 5411/STARKS | 06/21/07 | 610.80 |
| 94 | 322145 | 07/13/07 | 07/23/07 | | 5380/MILESKI | 06/21/07 | 610.80 |
| 95 | 322145 | 07/13/07 | 07/23/07 | | 5306/LEWIS | 06/21/07 | 610.80 |
| 96 | 322145 | 07/13/07 | 07/23/07 | | 5259/COMSTOCK | 06/21/07 | 610.80 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - MARRIOTT MELVILLE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 97 | 322145 | 07/13/07 | 07/23/07 | | 8103/GINDLING | 05/24/07 | 610.80 |
| 98 | 322145 | 07/13/07 | 07/23/07 | | 7760/CONE | 05/24/07 | 610.80 |
| 99 | 322145 | 07/13/07 | 07/23/07 | | 5293/KANN | 06/21/07 | 610.80 |
| 100 | 322145 | 07/13/07 | 07/23/07 | | 5976/FALCON | 06/21/07 | 610.80 |
| 101 | 322145 | 07/13/07 | 07/23/07 | | 7763/FERRY | 05/24/07 | 610.80 |
| 102 | 322145 | 07/13/07 | 07/23/07 | | 7572/MCCULLOUGH | 05/24/07 | 610.80 |
| 103 | 322145 | 07/13/07 | 07/23/07 | | 5239/ARD | 06/21/07 | 610.80 |
| 104 | 322145 | 07/13/07 | 07/23/07 | | 3799/FOSNAUGHT | 05/11/07 | 610.80 |
| 105 | 322145 | 07/13/07 | 07/23/07 | | 5378/MCMAHAN | 06/21/07 | 610.80 |
| 106 | 322145 | 07/13/07 | 07/23/07 | | 1312/IACOBUCCI | 06/07/07 | 610.80 |
| 107 | 322145 | 07/13/07 | 07/23/07 | | 1321/WORKMAN | 06/07/07 | 610.80 |
| 108 | 322145 | 07/13/07 | 07/23/07 | | 1320/WILLIAMS | 06/07/07 | 610.80 |
| 109 | 322145 | 07/13/07 | 07/23/07 | | 384/LEONE | 06/07/07 | 610.80 |
| 110 | 322145 | 07/13/07 | 07/23/07 | | 382/KAMMEYER | 06/07/07 | 610.80 |
| 111 | 322145 | 07/13/07 | 07/23/07 | | 371/CHRISTIAN | 06/07/07 | 610.80 |
| 112 | 322145 | 07/13/07 | 07/23/07 | | 3786/BICKMEIR | 05/11/07 | 610.80 |
| 113 | 322145 | 07/13/07 | 07/23/07 | | 390/STEWARD | 06/07/07 | 610.80 |
| 114 | 322145 | 07/13/07 | 07/23/07 | | 1319/STONEHOUSE | 06/07/07 | 610.80 |
| 115 | 322145 | 07/13/07 | 07/23/07 | | 7562/JASRZEBSKI | 05/24/07 | 610.80 |
| 116 | 322145 | 07/13/07 | 07/23/07 | | 1829/COULTER | 05/09/07 | 610.80 |
| 117 | 322145 | 07/13/07 | 07/23/07 | | 3809/WIGGINS | 05/11/07 | 610.80 |
| 118 | 322145 | 07/13/07 | 07/23/07 | | 3804/NORTH | 05/11/07 | 610.80 |
| 119 | 322145 | 07/13/07 | 07/23/07 | | 1543/GRACE | 06/07/07 | 610.80 |
| 120 | 322145 | 07/13/07 | 07/23/07 | | 372/FLEISCHMAN | 06/07/07 | 610.80 |
| 121 | 322145 | 07/13/07 | 07/23/07 | | 7771/MURPHY | 05/24/07 | 610.80 |
| 122 | 322145 | 07/13/07 | 07/23/07 | | 3246/HUBER | 06/13/07 | 610.80 |
| 123 | 322145 | 07/13/07 | 07/23/07 | | 3247/LANGE | 06/13/07 | 610.80 |
| 124 | 322145 | 07/13/07 | 07/23/07 | | 3797/FARMER | 05/11/07 | 610.80 |
| 125 | 322145 | 07/13/07 | 07/23/07 | | 1316/NOTO | 06/07/07 | 610.80 |
| 126 | 322145 | 07/13/07 | 07/23/07 | | 5262/EDQUARD | 06/21/07 | 610.80 |
| 127 | 322145 | 07/13/07 | 07/23/07 | | 5463/AUSTIN | 06/21/07 | 610.80 |
| 128 | 322145 | 07/13/07 | 07/23/07 | | 5465/DOPP | 06/21/07 | 610.80 |
| 129 | 322145 | 07/13/07 | 07/23/07 | | 5471/SACKMAN | 06/21/07 | 610.80 |
| 130 | 322145 | 07/13/07 | 07/23/07 | | 3808/SAUNDERS | 05/11/07 | 610.80 |
| 131 | 322145 | 07/13/07 | 07/23/07 | | 3810/WELCH | 05/11/07 | 610.80 |
| 132 | 322145 | 07/13/07 | 07/23/07 | | 5303/LAY | 06/21/07 | 610.80 |
| 133 | 322145 | 07/13/07 | 07/23/07 | | 385/MALONE | 06/07/07 | 610.80 |
| 134 | 322145 | 07/13/07 | 07/23/07 | | 5379/MATHISEN | 06/21/07 | 610.80 |
| 135 | 322145 | 07/13/07 | 07/23/07 | | 5974/FARRENKOPT | 06/21/07 | 610.80 |
| 136 | 322145 | 07/13/07 | 07/23/07 | | 386/MCCAULEY | 06/07/07 | 610.80 |
| 137 | 322145 | 07/13/07 | 07/23/07 | | 4619/GAZIBARA | 05/16/07 | 610.80 |
| 138 | 322145 | 07/13/07 | 07/23/07 | | 4617/FLETCHER | 05/16/07 | 610.80 |
| 139 | 322145 | 07/13/07 | 07/23/07 | | 4630/YEUNG | 05/16/07 | 610.80 |
| 140 | 322145 | 07/13/07 | 07/23/07 | | 4623/PUTTBACH | 05/16/07 | 610.80 |
| 141 | 322145 | 07/13/07 | 07/23/07 | | 7593/PEREZ | 05/24/07 | 610.80 |
| 142 | 322145 | 07/13/07 | 07/23/07 | | 1850/STOREY | 05/08/07 | 610.80 |
| 143 | 322145 | 07/13/07 | 07/23/07 | | 1827/BARNEY | 05/08/07 | 417.15 |
| 144 | 322145 | 07/13/07 | 07/23/07 | | 5243/SULLIVAN | 05/16/07 | 407.20 |

AHM - Summary of Invoices Paid in the Preference Period
Vendor - MARRIOTT MELVILLE
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 145 | 322145 | 07/13/07 | 07/23/07 | | 3258/CORBETT | 06/15/07 | 407.20 |
| 146 | 322145 | 07/13/07 | 07/23/07 | | 1849/SCOTT | 05/08/07 | 407.20 |
| 147 | 322145 | 07/13/07 | 07/23/07 | | 5820/GILES | 05/16/07 | 407.20 |
| 148 | 322145 | 07/13/07 | 07/23/07 | | 3262/VENTURA | 06/15/07 | 407.20 |
| 149 | 322145 | 07/13/07 | 07/23/07 | | 1836/GREEN | 05/08/07 | 407.20 |
| 150 | 322145 | 07/13/07 | 07/23/07 | | 1840/LEWIS | 05/08/07 | 407.20 |
| 151 | 322145 | 07/13/07 | 07/23/07 | | 1834/DEBISSCHOP | 05/08/07 | 407.20 |
| 152 | 322145 | 07/13/07 | 07/23/07 | | 1835/FLOREA | 05/08/07 | 407.20 |
| 153 | 322145 | 07/13/07 | 07/23/07 | | 3005/ELLIS | 05/08/07 | 407.20 |
| 154 | 322145 | 07/13/07 | 07/23/07 | | 1842/NORDELL | 05/08/07 | 407.20 |
| 155 | 322145 | 07/13/07 | 07/23/07 | | 5227/LINDE | 05/16/07 | 407.20 |
| 156 | 322145 | 07/13/07 | 07/23/07 | | 5085/CORBIN | 05/16/07 | 407.20 |
| 157 | 322145 | 07/13/07 | 07/23/07 | | 5222/IZAGUIRRPI | 05/16/07 | 407.20 |
| 158 | 322145 | 07/13/07 | 07/23/07 | | 5242/STEINMETZ | 05/16/07 | 407.20 |
| 159 | 322145 | 07/13/07 | 07/23/07 | | 1839/LOMBARDO | 05/08/07 | 407.20 |
| 160 | 322145 | 07/13/07 | 07/23/07 | | 1852/ZWICK | 05/08/07 | 407.20 |
| 161 | 322145 | 07/13/07 | 07/23/07 | | 1828/ANNAND | 05/08/07 | 407.20 |
| 162 | 322145 | 07/13/07 | 07/23/07 | | 5413/SHOEMAKER | 06/21/07 | 204.53 |
| 163 | 322145 | 07/13/07 | 07/23/07 | | 7769/GONZALEZ | 05/24/07 | 204.53 |
| 164 | 322145 | 07/13/07 | 07/23/07 | | 5287/GONZALEZ | 06/21/07 | 204.53 |
| 165 | 322145 | 07/13/07 | 07/23/07 | | 378/GONZALEZ | 06/07/07 | 204.53 |
| 166 | 322145 | 07/13/07 | 07/23/07 | | 5730/FRIEDMAN | 06/21/07 | 204.53 |
| 167 | 322145 | 07/13/07 | 07/23/07 | | 388/RIVERA | 06/07/07 | 204.53 |
| 168 | 322145 | 07/13/07 | 07/23/07 | | 1844/ORELLANA | 05/08/07 | 204.53 |
| 169 | 322145 | 07/13/07 | 07/23/07 | | 7365/GONZALEZ | 06/20/07 | 203.60 |
| 170 | 322145 | 07/13/07 | 07/23/07 | | 6801/SAXMAN | 06/22/07 | 203.60 |
| 171 | 322145 | 07/13/07 | 07/23/07 | | 7681/FLETCHER | 05/17/07 | 203.60 |
| 172 | 322145 | 07/13/07 | 07/23/07 | 83,593.09 | 7682/YEUNG | 05/17/07 | 203.60 |
| | | | | $ 130,236.62 | | | $ 130,236.62 |