# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------- x<br>In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al.*¹,<br><br>            Debtors<br>------------------------------------------------------- x<br>THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF AMERICAN<br>HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>            Plaintiff,<br><br>   -against –<br><br>[SEE ATTACHED EXHIBIT A],<br><br>            Defendants. | :<br>:  Chapter 11 Case<br>:<br>:  No. 07-11047 (CSS)<br>:  Jointly Administered<br>:<br>:<br>:  **Re: Docket No. 8252**<br>:<br>:<br>:<br>:<br>:  Adv. Proc. Nos.<br>:  [See Attached Exhibit A]<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x |

## CERTIFICATE OF SERVICE

I, *Victoria A. Guilfoyle*, certify that on November 4, 2009 a copy the *Notice of Rescheduled Pretrial Conference(s)* ("Notice") was served electronically via the Court's ECF system upon all subscribed parties.

I further certify that on November 5, 2009, a copy of the Notice was served via First Class Mail upon all parties on the Service List attached hereto as <u>Exhibit B</u>.

Dated: November 6, 2009

                                                */s/ Victoria A. Guilfoyle*
                                                Victoria A. Guilfoyle (DE Bar. No 5183)

---

[1] The Debtors are American Home Mortgage Holdings, Inc., American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

128189.01600/21829332v.1

**Exhibit A**

| Name | Adversary Proceeding # |
|---|---|
| 197 FIRST AVENUE LLC | 09-51531 |
| 8965 EASTERN, LLC | 09-51532 |
| A-1 PROFESSIONAL CLEANING & MAINTENANCE SERVICES, INC | 09-51533 |
| Admiral Consulting Group | 09-51534 |
| ADVISOR CENTRIC | 09-51535 |
| AFP ASSOCIATES LIMITED | 09-51583 |
| MORTGAGE RESOURCE CENTER, INC. d/b/a ALLREGS | 09-51571 |
| AMC TRANSFER | 09-51536 |
| American Corporate Record Cntr | 09-51537 |
| AMERICAN SECURITY GROUP | 09-51587 |
| APOGEE EVENTS | 09-51588 |
| BALWEB, INC. | 09-51590 |
| BARSA CONSULTING GROUP | 09-51584 |
| BAYOU PLAZA ASSOCIATES | 09-51585 |
| BELLAGIO | 09-51591 |
| BERNARD HODES GROUP | 09-51538 |
| BLACKROCK FINANCIAL MGMT | 09-51540 |
| Bloomberg LP | 09-51541 |
| BR SEARCH | 09-51635 |
| BRADLEY MARKETING GROUP | 09-51542 |
| BRINK'S COMMUNICATIONS | 09-51543 |
| BROADRIDGE | 09-51544 |
| BROKER AGENT MAGAZINE | 09-51545 |
| BUILDING CHAMPIONS | 09-51546 |
| C F N FINANCIAL INC | 09-51547 |
| CABLEVISION LIGHTPATH | 09-51548 |
| CAPITAL CONTRACTORS INC | 09-51549 |
| CAREERBUILDER | 09-51550 |
| CB CONTRACTORS INC | 09-51551 |
| CHANDLER SIGNS | 09-51552 |
| CHECK PRINTERS, INC | 09-51553 |
| CLIENT SERVICES CUSTOMER CARE | 09-51555 |

| Name | Adversary Proceeding # |
|---|---|
| COLLEGIATE RELOCATION NETWORK | 09-51557 |
| COM-BELL SYSTEMS INC. | 09-51637 |
| COMSYS SERVICES | 09-51560 |
| CORELOGIC SYSTEMS INC | 09-51559 |
| CORPORATE RESOURCES GROUP | 09-51574 |
| CORPORATE TECHNOLOGIES INC | 09-51578 |
| CT Networks | 09-51580 |
| D.W. CONSULTING, INC. | 09-51773 |
| DARTMOUTH VENTURES LLC | 09-51593 |
| DELLA FEMINA ROTHSCHILD JEARY | 09-51594 |
| DELOITTE & TOUCHE LLP | 09-51596 |
| DELOITTE TAX LLP | 09-51595 |
| DESIGN CIRCLES | 09-51597 |
| DIALAMERICA MARKETING, INC | 09-51598 |
| DIGITAL DRAW NETWORK | 09-51599 |
| DIGITAL STORAGE SOLUTIONS | 09-51600 |
| DINERS CLUB | 09-51602 |
| DREW & ROGERS, INC. | 09-51604 |
| DYNAMIC PAINTING & RESTORATION | 09-51605 |
| EAST WEST HOLDINGS, LLC | 09-51636 |
| EECO ELECTRIC CORP | 09-51609 |
| ELITE FIRE PROTECTION, INC. | 09-51610 |
| ELLIE MAE, INC. | 09-51612 |
| ELYNX.LTD | 09-51638 |
| EMAGIC.COM, LLC | 09-51640 |
| EPLUS TECHNOLOGY, INC. | 09-51641 |
| EXECUTIVE MANAGEMENT | 09-51642 |
| EXPERIAN | 09-51767 |
| F & R LANDSCAPING, INC. | 09-51699 |
| FAIR ISAAC SOFTWARE INC | 09-51645 |
| FAIRMONT HOTEL | 09-51646 |
| FEDEX OFFICE AND PRINT SERVICES, INC. f/k/a FEDEX | 09-51648 |

| Name | Adversary Proceeding # |
|---|---|
| FIRST AMERICAN FLOOD DATA SVCS | 09-51649 |
| FIRST CREDIT UNION and DBSI | 09-51650 |
| FNC | 09-51651 |
| FRONTRANGE SOLUTIONS USA | 09-51652 |
| GALAXIE COFFEE SERVICE, INC | 09-51653 |
| GREENBERG GLUSKER FIELDS | 09-51654 |
| GRYPHON NETWORKS | 09-51656 |
| HAGGEN TALBOT CO., LTD PTNRSHP | 09-51662 |
| HOMEBUYERS MARKETING, INC. II d/b/a HBM II FULFILLMENT CENTER | 09-51668 |
| HELIOS & MATHESON | 09-51664 |
| HERITAGE VILLAGE OFFICES | 09-51660 |
| HIGHLAND LAKES | 09-51665 |
| HIRERIGHT , INC. | 09-51667 |
| HOME DEPOT INCENTIVES INC. | 09-51669 |
| HOMEBUYERS MARKETING, INC. | 09-51782 |
| ILINC COMMUNICATIONS | 09-51687 |
| IRON MOUNTAIN OFF-SITE DATA PROTECTION INC. d/b/a IM- OFF SITE DATA PROTECTION | 09-51697 |
| INFOHIGHWAY COMMUNICATIONS | 09-51672 |
| INN ON BILTMORE ESTATE | 09-51673 |
| INNER WORKINGS | 09-51674 |
| INSIGHT | 09-51688 |
| INTERCITY AGENCY , INC | 09-51689 |
| IRON MOUNTAIN RECORDS MGMT | 09-51696 |
| J LAURIE COMMERCIAL FLOORS INC | 09-51598 |
| KALEE INVESTMENTS and PRINCIPLE EQUITY PROPERTIES | 09-51701 |
| KELLY SERVICE , INC. | 09-51703 |
| KING OFFICE SERVICES | 09-51704 |
| KOFAX INC. d/b/a KOFAX IMAGE PRODUCTS | 09-51705 |
| LADENBURG THALMANN & COMPANY | 09-51706 |
| TALMAN LARMEE d/b/a LARMEE EXECUTIVE SEARCH | 09-51775 |
| LARRY ELLIOTT | 09-51707 |
| LEADPONT, INC | 09-51708 |

| Name | Adversary Proceeding # |
|---|---|
| LEHR CONSTRUCTION CORP | 09-51709 |
| LIPA | 09-51712 |
| LLOYD STAFFING | 09-51711 |
| MCKEE NELSON LLP | 09-51715 |
| MEDIA RECOVERY n/k/a DATASPAN | 09-51592 |
| MEETING MANAGMENT SERVICES | 09-51716 |
| COLLIERS MEREDITH & GREW | 09-51754 |
| METAVANTE CORP | 09-51717 |
| THE METROPOLITAN COMPANIES, INC. d/b/a METROPOLITAN TEMPORARIES | 09-51718 |
| MGIC INVESTOR SERVICE CORP | 09-51719 |
| MICHAEL JAMES INDUSTRIES INC | 09-51720 |
| MICROSOFT CORPORATION d/b/a MICROSOFT LICENSING, GP | 09-51722 |
| MODELYTICS  INC | 09-51723 |
| MONTAGE MANUFACTURING | 09-51724 |
| MORTGAGE CONTRACTING SERVICES | 09-51768 |
| MORTGAGE DATA MANAGEMENT CORP | 09-51725 |
| MORTGAGE GUARANTY INS. CO. | 09-51801 |
| MORTGAGE SUCCESS SOURCE LLC D/B/A MORTGAGE MARKET GUIDE | 09-51726 |
| MVCC SIERRA LLC d/b/a MOUNTAINVIEW CORP CENTRE SIERA | 09-51727 |
| NATIONAL ASSOCIATION OF MORTGAGE BROKERS A/K/A namb | 09-51774 |
| NEWSDAY INC | 09-51730 |
| NEWSDAY INC | 09-51821 |
| NEXTEL COMMUNICATIONS | 09-51732 |
| NOVASOFT INFORMATON TECHNOLOGY | 09-51733 |
| OAKWOOD CORPORATE HOUSING | 09-51780 |
| OCEAN PLACE RESORT & SPA | 09-51734 |
| OCWEN | 09-51802 |
| ODIE ENTERPRISES | 09-51735 |
| BEE CAVE CONTRACT, LLC d/b/a OFFICE FURNITURE NOW! | 09-51736 |
| ROBERT HAFT INTERNATIONAL d/b/a OFFICETEAM | 09-51737 |
| OFFICES BY DESIGN | 09-51738 |
| ON GUARD SECURITY SERVICES,INC | 09-51739 |

| Name | Adversary Proceeding # |
|---|---|
| OPEN ACCESS | 09-51779 |
| OPTIMOST | 09-51740 |
| OUTSOURCE SOLUTIONS LLC | 09-51742 |
| PACIFIC YGNACIO CORPORATION | 09-51743 |
| PARK NATIONAL BANK & TRUST | 09-51744 |
| PITNEY BOWES CREDIT CORP | 09-51778 |
| PGF SOLUTIONS | 09-51756 |
| PIP PRINTING | 09-51755 |
| PLACEMENT SOLUTION, INC. | 09-51763 |
| PLANNED OFFICE | 09-51762 |
| PMC INVESTIGATIONS & SECURITY | 09-51761 |
| PITNEY BOWES d/b/a POSTAGE BY PHONE PLUS | 09-51760 |
| PROGRESS SOFTWARE | 09-51759 |
| PROMOTIONAL PRODUCTS PARTNERS | 09-51769 |
| PURCHASE POWER | 09-51759 |
| QUANTITATIVE RISK MANAGEMENT | 09-51758 |
| Qwest Business Svcs | 09-51729 |
| R.J. FOOTE FLOOR-IN-FASHION | 09-51728 |
| RADIAN CORPORATION | 09-51677 |
| RADIAN GUARANTY, INC | 09-51678 |
| RADIAN SERVICES LLC | 09-51679 |
| RAPID ACCESS COMMUNICATION ENT | 09-51680 |
| RECKSON OPERATING PTNRSHIP LP | 09-51681 |
| REGENT WOODLAND HILLS, LLC | 09-51682 |
| GODWIN REALTY, INC. d/b/a RE/MAX REAL ESTATE GROUP | 09-51753 |
| RESUME MIRROR | 09-51683 |
| RICHARD MICHAEL GROUP, INC. | 09-51684 |
| RMIC CORPORATION | 09-51685 |
| RURAL DEVELOPMENT | 09-51686 |
| SHERATON CHICAGO NORTHWEST | 09-51690 |
| SHPS, INC. | 09-51657 |
| SHRED - IT | 09-51658 |

| Name | Adversary Proceeding # |
|---|---|
| SLO, LLC | 09-51659 |
| SPLENDOR LANDSCAPE DESIGN | 09-51661 |
| SPRINT | 09-51663 |
| STAFFSOLVE | 09-51666 |
| MCGRAW-HILL COMPANIES d/b/a STANDARD AND POOR'S | 09-51691 |
| S-TRON | 09-51692 |
| SUCCESS STRATEGIES INSTITUTE | 09-51675 |
| SYMPLEGADES | 09-51676 |
| TALX CORPORATION | 09-51621 |
| TECHNICAL BUSINESS | 09-51622 |
| TED GLASRUD ASSOCIATES, INC | 09-51623 |
| TEEM PLUMBING & HEATING | 09-51624 |
| TEK SYSTEMS | 09-51770 |
| THE DUNCAN GROUP | 09-51625 |
| THE GROWTH SOLUTIONS GROUP | 09-51694 |
| THE HUNTER GROUP INTERNATIONAL | 09-51626 |
| THE SRS GROUP INC | 09-51627 |
| THOUGHT DIGITAL, LLC | 09-51628 |
| TOSHIBA AMERICA BUSINESS SOLUTIONS INC. d/b/a TOSHIBA ELECTRONIC IMAGING | 09-51630 |
| TOWN PARK COMMONS | 09-51629 |
| TRANS VENDING SERVICES | 09-51632 |
| TRANS-BOX SYSTEMS, INC | 09-51631 |
| TRI M CONSTRUCTION | 09-51643 |
| TRUSTED FORCE | 09-51644 |
| UNIQUEX GRAPHICS & PRINTING | 09-51617 |
| UNITED VAN LINES, INC. | 09-51615 |
| VANCOUVERCENTER DEVELOPMENT | 09-51613 |
| VECTOR CONSULTING, INC | 09-51611 |
| TAX VERIFICATION BUREAU INC | 09-51619 |
| VICOM COMPUTER SERVICES, INC. | 09-51771 |
| WEBB MASON | 09-51772 |
| WEST PROPERTIES II & III L.P. | 09-51618 |

| Name | Adversary Proceeding # |
|---|---|
| WINSTON SUPPORT SERVICES LLC | 09-51606 |
| WYMAN STREET ADVISORS | 09-51603 |
| XEROX BUSINESS SERVICES | 09-51601 |
| ZENSAR TD,LLC | 09-51586 |

# EXHIBIT B

**EXHIBIT B - SERVICE LIST**

Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801
Email: mary.caloway@bipc.com
*Counsel for 8965 Eastern, LLC*

Thomas H. Fell, Esquire
Gordon Silver
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89169-5978
Email: tfell@gordonsilver.com
*Counsel for 8965 Eastern, LLC*

Kimberly Luff Wakim, Esquire
Partrick W. Carothers, Esquire
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
Email: pcarothers@thorpreed.com
*Counsel for Advisor Centric, Inc.*

Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
Facsimile: 302-654-2067
*Counsel for American Security Group, Inc.*

Raul A. Cuervo, Esquire
Robin Sanders, Esquire
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007
Facsimile: 202-965-8104
*Counsel for American Security Group, Inc.*

William D. Sullivan, Esquire
William A. Hazeltine, Esquire
Elihu E. Allinson, III, Esquire
Sullivan, Hazeltine, Allinson, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Facsimile: 302-428-8195
*Counsel for Balweb, Inc.*

Guy C. Fustine, Esquire
Knox McLaughlin Gornall & Sennett, PC
120 West Tenth Street
Erie, PA 16501-1461
Facsimile: 814-453-4530
*Counsel for Balweb, Inc.*

Jeffrey R. Waxman, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Facsimile: 302-571-1750
*Counsel for Broadridge Investor
Communications Solutions, Inc. and
Counsel for Metavante Corporation*

Vincent D'Agostino, Esquire
Joseph M. Yar, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
*Counsel for Broadridge Investor
Communications Solutions, Inc.*

Douglas P. Bartner, Esquire
William J.F. Roll III, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
*Counsel for Cablevision Lightpath, Inc.
d/b/a Optimum Lightpath and
Counsel for Newsday, LLC, successor in
interest to Tribune ND, Inc. f/k/a Newsday,
Inc.*

128189.01600/21828916v.1

Stephan W. Milo, Esquire
Wharton, Aldhizer & Weaver, PLC
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, Virginia 24401
Facsimile: 540-213-0390
*Counsel for Capital Contractors, Inc.*

William W. Erhart, Esquire
William W. Erhart, P.A.
800 King Street, Suite 303
Wilmington, DE 198091
Facsimile: 302-651-0331
*Counsel for Chandler Signs, LLP*

L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801
Email: jcornell@foxrothschild.com
Email: jschlerf@foxrothschild.com
*Counsel for Red Leaf Capital LLC d/b/a Client Services Customer Care LLC and Client Services Customer Care, LLC*

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
*Counsel for Client Services, Inc.*

Daniel K. Barklage, Esquire
Barklage, Brett, Wibbenmeyer & Hamill
211 North Third Street
St. Charles, Missouri 63301-2812
*Counsel for Client Services, Inc.*

William J. Burnett, Esquire
Flaster Greenberg, PC
901 North Market Street, 4th Floor
Wilmington, DE 19801
Facsimile: 302-251-1919
*Counsel for Novasoft and Counsel for*

Jeffrey C. Wisler, Esquire
Kelly M. Conlan, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
Facsimile: 302-658-5614
*Counsel for First American CoreLogic, Inc. f/k/a Corelogic Systems, Inc.*

Adam M. Greely, Esquire
Galfin, Passon & Greely, LLP
2361 Campus Drive, Suite 200
Ivine, CA 92612
Facsimile: 949-833-8256
*Counsel for First American CoreLogic, Inc. f/k/a Corelogic Systems, Inc.*

Fred Barakat, Esquire
901 N. Market Street, Suite 460
Wilmington, DE 19801
Email: barakatesq@comcast.net
*Counsel for Corporate Resources Group, LLC*

Duane D. Werb, Esquire
Matthew P. Austria, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Fl
Wilmington, DE 19801
Email: maustria@werbsullivan.com
*Counsel for CT Networks, Inc.*

Susan E. Kaufman, Esquire
Cooch & Taylor PA
The Brandywine Building
1000 West Street, 10th Flo
Wilmington, DE 19801
Email: skaufman@coochtaylor.com
*Counsel for Dartmouth Ventures LLC*

Frederick B. Rosner, Esquire
Messana Rosner & Stern LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
*Counsel for Della Famina Rothschild Jeary Partners and*
*Counsel for PIP, Inc.*

Sydney G. Platzer, Esquire
Andrew S. Muller, Esquire
Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
1065 Avenue of the Americas
New York, NY 10018
Email: amuller@platzerlaw.com
*Counsel for Della Famina Rothschild Jeary Partners*

Brent D. Wride, Esquire
Ray Quinney & Nebeker PC
36 South State Street, Suite 1400
Salt Lake City, UT 84145-0385
*Counsel for*

Kenneth L. Dorsney, Esquire
Messana Rosner & Stern LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
*Counsel for Digital Storage Solutions, Inc.*

Kofax, Inc.
c/o Reynolds Bish, CEO
15211 Laguna Canyon Road
Irvine, CA 92618-3603

New Wave Technologies, Inc.
c/o Bill Cordell, President
4635 Wedgewood Blvd., Suite 107
Frederick, MD 21703

Digitech Systems, Inc.
c/o John Gabriel, CFO
8400 East Crescent Parkway, Suite 500
Greenwood Village, CO 80111

Karen M. McKinley, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
*Counsel for Drew & Rogers, Inc.*

Mark J. Politan, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
Hackensack, NJ 07602-0800
*Counsel for Drew & Rogers, Inc.*

Laurie Schenker Polleck, Esquire
Jaspan Schlesinger, LLP
913 Market Street, 12th Fl
Wilmington, DE 19801
Email: lpolleck@jshllp-de.com
*Counsel for Elite Fire Protection, Inc.*

Mitchell J. Devack, Esquire
Thomas Yanega, Esquire
The Law Offices of Mitchell J. Devack PLLC
90 Merrick Avenue, Suite 500
East Meadow, NY 11554
Email: mjd@devacklaw.com
Email: ty@devacklaw.com
*Counsel for Elite Fire Protection, Inc.*

David M. Fournier, Esquire
John H. Schanne, Esquire
Pepper, Hamilton LLP
Hercules Plaza, Suite 1500
Wilmington, DE 19899-1709
*Counsel for ePlus Technology, Inc.*

Joseph D. Frank, Esquire
Reed A. Heiligman, Esquire
Frank/Geckler LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
Email: jfrank@fgllp.com
Email: rheiligman@fgllp.com
*Counsel for Experian Information Solutions, Inc.*

Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Counsel for Fairmont Newport Beach*

Kathryn M.S. Catherwood, Esquire
Duane Morris LLP
101 West Broadway, Suite 900
San Diego, CA 92101
*Counsel for Fairmont Newport Beach*

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE 19801
*Counsel for First American Flood Data Services, Inc.*

Duane D. Werb, Esquire
Matthew P. Austria, Esquire
Julia B. Klein, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Flo
Wilmington, DE 19801
*Counsel for First Credit Union*

Rafael X. Zahralddin- Aravena, Esquire
Shelley A. Kinsella, Esquire
Elliott Greenleaf
1105 Market Street, Suite 1700
Wilmington, DE 19801
Email: rxza@elliottgreenleaf.com
Email: sac@elliottgreenleaf.com
*Counsel for FNC, Inc.*

Stephen W. Rosenblatt, Esquire
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, Regions Plaza
210 East Capitol Street
Jackson, Mississippi 39201
Email: steve.rosenblatt@butlersnow.com
*Counsel for FNC, Inc.*

Brett. D. Fallon, Esquire
Eric J. Monzo, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1404
Email: bfallon@morrisjames.com
Email: emonzo@morrisjames.com
*Counsel for Godwin Realty, Inc. d/b/a Re/Max Real Estate Group and Counsel for Sprint and Counsel for Vector Consulting, Inc.*

Gregory B. Williams, Esquire
Sheldon K. Rennie, Esquire
Daniel S. Blount, Esquire
Fox Rothschild, LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
*Counsel for Home Buyers Marketing, Inc.*

Timothy D. Moratzka, Esquire
Andrew P. Moratzka, Esquire
Mackall, Crounse & Moore, PLC
1400 AT&T Tower
901 Marquette Ave. S.
Minneapolis, MN 55408
*Counsel for Home Buyers Marketing, Inc.*

Marvin E. Sprouse, III, Esquire
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX  78701
Email:  msprouse@jw.com
*Counsel for iLinc Communications, Inc.*

Charles C. Hunter, Esquire
Exec Vice President and General Counsel
InfoHighway Communications Corporation
800 Westchester Avenue, Suite N-501
Rye Brook, NY  10573
Email:  chunter@broadviewnet.com

Charles J. Brown, III, Esquire
Archer & Greiner, PC
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801
*Counsel for Iron Mountain Information Management, Inc. and J. Laurie Commerical Floors, Inc.*

Martin E. Seifert, Esquire
Jeffrey S. Gotsch, Esquire
Haller & Colvin, PC
44 E. Main Street
Fort Wayne, IN  46802
*Counsel for j. Laurie Commercial Floors, Inc.*

Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
*Counsel for Kelly Services, Inc. d/b/a Kelly Services Pasadena CA and*
*Counsel for Outsource Solutions LLC*

Eric J. Snyder, Esquire
Siller Wilk LLP
675 Third Avenue, 9th Fl
New York, NY 10017
*Counsel for The Metropolitan Companies, Inc. d/b/a Metropolitan Temporaries*

Bruce G. Arnold, Esquifre
Patrick B. Howell, Esquire
Whyte Hirschboeck Dudek S.C.
555 East Wells St., Suite 1900
Milwaukee, WI  53202
Email:  barnold@whdlaw.com
Email:  phowell@whdlaw.com
*Counsel for Metavante Corporation*

Eric G. Weidig, Esquire
Foley & Lardner, LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202
*Counsel for MGIC Investor Services Corporation*

Maria A. Milano, Esquire
Ridell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA  98154
Email:  mmilano@riddellwilliams.com
*Counsel for Microsoft*

Karen C. Bifferato, Esquire
N. Christopher Griffiths, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
*Counsel for Mortgage Contracting Services LLC f/k/a Mortgage Contracting Services, Inc. d/b/a MCS*

David J. Coyle, Esquire
Shumaker, Loop & Kendrick, LLP
North Courthouse Square
1000 Jackson Street
Toledo, OH  43604-5573
*Counsel for Mortgage Contracting Services LLC f/k/a Mortgage Contracting Services, Inc. d/b/a MCS*

Russell S. Long, Esquire
Davis & Kuelthau, S.C.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Email: rlong@dkattorneys.com
*Counsel for Mortgage Data Management Corporation*

David W. Huston, Esquire
The Law Office of David W. Huston, PC
601 South Seventh Street, 2nd Fl
Las Vegasw, Nevada 89101
*Counsel for MVCC Sierra LLC*

John T. Farnum, Esquire
McGuireWods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102
Email: jfarnum@mcquirewoods.com
*Counsel for Sprint*

L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801
Email: jcornell@foxrothschild.com
*Counsel for On Guard Security Services, Inc.*

Jacob M. Gold, Esquire
Gold Law Firm
The 701 Building
701 East Fifteenth Street, Suite 206
Plano, TX 75074-5711
*Counsel for Outsource Solutions LLC*

Roland Gary Jones, Esquire
Jones & Associates
1285 6th Avenue, Suite 3500
New York, NY 10019
Email: rgj@rolandjones.com
*Counsel for P.M.C. Investigations & Security, Inc.*

Phil Flanagan
Pfg Solutions, Inc.
2920 Stanway Avenue
Douglasville, GA 30135

Michael S. Amato, Esquire
Ruskin Moscou Faltischek PC
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425
*Counsel for PIP, Inc.*

Kurt F. Gwynne, Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Email: kgwynne@reedsmith.com
Email: jfalgowski@reedsmith.com
*Counsel for Qwest Corporation and Qwest Communications Corporation*

Stephen W. Spence, Esquire
Phillips, Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE 19806
Email: sws@pgslaw.com
*Counsel for R.J. Foote Floors in Fashion, Inc.*

Kenneth A. Reynolds, Esquire
McBreen & Kopko
500 North Broadway, Suite 129
Jericho, NY 11753
Email: kreynolds@mklawnyc.com
*Counsel for R.J. Foote Floors in Fashion, Inc.*

Richard A. Barkasy, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street
10th Floor, Suite 1001
Wilmington, DE 19801-3011
*Counsel for Radian Corporation, Radian Guaranty, Inc. and Radian Services LLC*

David Smith, Esquire
Theresa E. Loscalzo, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7213
*Counsel for Radian Corporation, Radian Guaranty, Inc. and Radian Services LLC*

William R. Firth, III, Esquire
Gibbons PC
1000 N. West Street, Suite 1200
Wilmington, DE  19801-1058
Email:  wfirth@gibbonslaw.com
*Counsel for The McGraw-Hill Companies d/b/a Standard and Poor's*

Rachel B. Mersky, Esquire
Brian J. McLaughlin, Esquire
Monzack Mersky McLaughlin and Browder PA
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
Email:  rmersky@monlaw.com
Email:  bmclaughlin@monlaw.com
*Counsel for The Richard Michael Group, Inc.*

Brian J. McLaughlin, Esquire
Monzack Mersky McLaughlin and Browder PA
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
Email:  bmclaughlin@monlaw.com
*Counsel for TrustedForce*

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Carl D. Neff, Esquire
Ciardi, Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE  19801
Email:  dastin@ciardilaw.com
Email:  asaccullo@ciardilaw.com
Email:  cneff@ciardilaw.com
*Counsel for Vancouver Center Development LLC*