## CERTIFICATE OF SERVICE

I, N. Christopher Griffiths, herby certify that on the 6th day of November, 2009, I caused a copy of the **Response of Washington Mutual Mortgage Security Corp. to Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 And 3007, and Local Rule 3007-1** to be served upon the parties listed below as indicated.

**VIA HAND DELIVERY**
Sean M. Beach, Esq.
Margaret Whiteman Greecher, Esq.
Michael S. Neiburg, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

_____
N. Christopher Griffiths (No. 5180)

#731259