IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
                                    Debtors.                           :
---------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING
## RESCHEDULING OF OMNIBUS HEARING DATES

The undersigned hereby certifies that he has obtained from the Court the revisions to the omnibus hearing dates and additional hearing dates set forth on the proposed order attached hereto.

Dated: Wilmington, Delaware         YOUNG CONAWAY STARGATT & TAYLOR, LLP
       November 6, 2009

                                    /s/ Sean M. Beach
                                    Sean M. Beach (No. 4070)
                                    Margaret Whiteman Greecher (No. 4652)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Counsel for Debtors and
                                    Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
                            Debtors.                                         :
---------------------------------------------------------------------------- x

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

January 12, 2010 at 10:00 a.m. replaces January 5, 2010 at 11:00 a.m.

February 9, 2010 at 10:00 a.m. – Interim Fees

March 9, 2010 at 10:00 a.m.

Dated: November ____, 2009
       Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DB02:7856483.4                                                                            066585.1001