IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :    Jointly Administered
Debtors.                                                         :
                                                                 :    Ref. Docket Nos. 3880, 3988
                                                                 :    & 4289
---------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER REGARDING DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On November 16, 2007, Christine Conklin filed claim numbered 2412 ("Claim 2412") asserting an unsecured priority claim in the amount of $7,382.40 on account of transition pay due and owing to her by American Home Mortgage Corp. (Case No. 07-11051).

On April 28, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 3880]. By the Objection, the Debtors requested, *inter alia*, that the Court modify and reduce Claim 2412 on the grounds that the Debtors' records indicated that Ms. Conklin was owed only $1,615.38, not $7,382.40.

On or about May 6, 2008, Ms. Conklin filed a response to the Objection [Docket No. 3988] (the "Response"), contending that she is entitled to the full amount claimed in accordance

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

with a termination letter sent to her by the Debtors which indicated that she was entitled to five (5) weeks of transition pay. On May 28, 2008, the Court entered an order [Docket No. 4289] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 2412.

Following good faith negotiations and further review of the Debtors' relevant records, the parties have agreed to allow Claim 2412 as an unsecured priority claim in the amount of $5,076.94 against American Home Mortgage Corp. (Case No. 07-11051). A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: November 9, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*

Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
     Debtors.                                                          :
                                                                       :   **Ref. Docket Nos. 3880, 3988**
                                                                       :   **& 4289**
                                                                       :
---------------------------------------------------------------------- x

## CONSENSUAL ORDER REGARDING DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the sixth omnibus (substantive) objection (the "Objection") [Docket No. 3880] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto filed by Christine Conklin [Docket No. 3988]; and the Court having entered an order [Docket No. 4289] on May 28, 2008 sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, proof of claim numbered 2412 filed by Ms. Conklin ("Claim 2412"); and the Debtors and Ms. Conklin having agreed that Claim 2412 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

ORDERED that Claim 2412 is hereby modified and allowed as an unsecured priority claim in the amount of $5,076.94 against American Home Mortgage Corp. (Case No. 07-11051); and it is further

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      November __, 2009

                                             CHRISTOPHER S. SONTCHI
                                             UNITED STATES BANKRUPTCY JUDGE