**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | x | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | re: Docket Nos. 8049, 8141 and |
| | | 8149 |

**DEBTORS' NOTICE OF DEPOSITION OF MONA DOBBEN**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, made applicable to this contested matter by the Federal Rules of Bankruptcy

Procedure 9014, 7026 and 7030, Debtors will take the deposition upon oral examination of

MONA DOBBEN.

The deposition shall commence at 9:30 a.m. (Local Time) on November 20, 2009 at

Coash & Coash, 1802 N. 7th Street, Phoenix, AZ 85006.

The deposition will be taken pursuant to all applicable rules of the Court before a notary

public or other such person authorized by law to administer oaths. The deposition will be

recorded by stenographic means.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors-in-Possession

Dated: November 9, 2009

DB02:8875618.4

066585.1001