IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | x : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : : : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : : | re: Docket Nos. 8049, 8141 and 8149 |

## DEBTORS' NOTICE OF DEPOSITION OF ALEX YAMAMURA

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to this contested matter by the Federal Rules of Bankruptcy Procedure 9014, 7026 and 7030, Debtors will take the deposition upon oral examination of ALEX YAMAMURA.[1]

The deposition shall commence at 11:00 a.m. (Local Time) on November 19, 2009 at Coash & Coash, 1802 N. 7th Street, Phoenix, AZ 85006.

The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means.

---

[1] Counsel for Claimant Mona Dobben has represented that a subpoena is not required for Ms. Yamamura's attendance at the scheduled deposition.

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            */s/ Curtis J. Crowther*

                            Curtis J. Crowther (No. 3238)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253

                            Counsel for Debtors and
                            Debtors-in-Possession

Dated: November 9, 2009