## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | x | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC., a Delaware corporation,** | : | |
| **et al.,**[1] | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | **Related to Docket Nos. 4738, 7248, 8142,** |
| | x | **and 8143** |

### NOTICE OF DEPOSITION OF CITIMORTGAGE, INC.

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, made applicable to this contested matter and these bankruptcy cases by Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure,[2] American Home Mortgage Servicing, Inc. hereby gives notice that it will take the deposition, under oath and before a duly licensed court reporter, of the person or persons designated by CitiMortgage, Inc., to testify on its behalf with regard to the matters set forth on the attached Schedule A.  The deposition will commence at **9:00 a.m. on December 2, 2009** at the offices of Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, Wilmington, Delaware 19801, or such other time and location as agreed among the parties.

---

[1]     The above-captioned debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are:  American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]     The pending contested matter is CitiMortgage, Inc.'s Combined: (1) Statement of Cure Amount for Period Between Initial Closing and Final Closing; and (2) Objection to Debtors' Proposed Purchaser's Cure Amounts.

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

*Attorneys for American Home Mortgage Servicing, Inc.*

Dated:  November 10, 2009