## SCHEDULE A

### DEFINITIONS AND INSTRUCTIONS

1. "AHMS" means and refers to American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc.

2. "CMI" means and refers to CitiMortgage, Inc.

3. The "Debtors" means and refers to the above captioned debtors.

4. The "Objection" means and refers to CitiMortgage, Inc.'s Combined: (1) Statement of Cure Amount for Period Between Initial Closing and Final Closing; and (2) Objection to Debtors' Proposed Purchaser's Cure Amounts, appearing at docket number 4738.

5. The term "Assumed Contracts" shall have the same meaning as set forth in the Objection.

6. The "Response" means and refers to CitiMortgage, Inc.'s Response in Support of its Amended Combined (1) Statement of Cure Amount for Period Between Initial Closing and Final Closing; and (2) Objection to Proposed Purchaser's Cure Amounts [Docket No. 8142].

7. The "Spreadsheet" means and refers to the Exel spreadsheet described in CMI's response to AHMS' First Request for Production and produced by CMI which purports to detail "the various mortgage loans documents [AHMS] has failed to provide to CMI in breach of the Assumed Contracts."

8. The "Standards" means and refers to the "established industry standards" as set forth in paragraph 3 of the Reply.

### SUBJECTS FOR THE DEPOSITION

1. Any and all defaults under the Assumed Contracts arising as a result of any act or omission between November 16, 2007 and April 11, 2008.

586381.1 11/10/09

2. The terms and conditions of the Assumed Contracts.

3. The fees, costs and expenses which make up CMI's Purchaser Cure Amount as set forth in the Objection.

4. The Spreadsheet and the information contained therein.

5. The date on which the Debtors sold and/or no longer servicing the loans identified on the Spreadsheet.

6. The Standards.

7. Any notice provided by CMI under the Assumed Contracts to AHMS or the Debtors related to any default under the Assumed Contracts as a result of any act or omission between November 16, 2007 and April 11, 2008.

8. CMI's request or demand, if any, for the repurchase of Mortgage Loans under the Assumed Contracts as a result of acts or omissions between November 16, 2007 and April 11, 2008.