UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | x<br>:<br>: | Chapter 11 |
| AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et al., | :<br>:<br>:<br>: | Case No. 07-11047 (CSS)<br><br>Jointly Administered |
| Debtors. | :<br>x |  |

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on November 10, 2009 service of **Notice of Deposition of CitiMortgage, Inc.** was made on the following parties in the manner indicated therein.

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
**(Via Electronic Mail and Hand Delivery)**

Andrew J. Petrie, Esquire
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202-5424
**(Via Electronic Mail and First Class U.S. Mail)**

586381.1 11/10/09

**SAUL EWING LLP**

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

*Attorneys for American Home Mortgage Servicing, Inc.*

Dated: November 10, 2009