## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | x | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC., a Delaware corporation,** | : | |
| **et al.,**[1] | : | **Jointly Administered** |
| | : | |
| Debtors. | x | |

## NOTICE OF SERVICE OF AMERICAN HOME MORTGAGE SERVICING, INC.'S FIRST SET OF INTERROGATORIES DIRECTED TO CITIBANK, N.A.

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on November 10, 2009

service of **American Home Mortgage Servicing, Inc.'s First Set of Interrogatories Directed**

**to Citibank, N.A.** was made on the following parties in the manner indicated therein.

John F. Carroll, III, Esquire
Cozen O'Conner
1201 North Market Street
Suite 1400
Wilmington, Delaware 19801
**(Via Electronic Mail and Hand Delivery)**

Ronald L. Cohen, Esquire
Arlene R. Alves
Seward & Kissel, LLP
One Battery Park Plaza
New York, New York 10004
**(Via Electronic Mail and Overnight Delivery)**

---

[1]   The above-captioned debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

*Attorneys for American Home Mortgage Servicing, Inc.*

Dated: November 10, 2009