UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | x : : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : : : : | Case No. 07-11047 (CSS) Jointly Administered |
| Debtors. | : x | |

**CERTIFICATE OF SERVICE**

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on November 10, 2009 service of the foregoing **Notice of Service of American Home Mortgage Servicing, Inc.'s First Set of Interrogatories Directed to Citibank, N.A.** was made on the following parties in the manner indicated therein.

John F. Carroll, III, Esquire
Cozen O'Conner
1201 North Market Street
Suite 1400
Wilmington, Delaware 19801
**(Via Electronic Mail and Hand Delivery)**

Ronald L. Cohen, Esquire
Arlene R. Alves
Seward & Kissel, LLP
One Battery Park Plaza
New York, New York 10004
**(Via Electronic Mail and Overnight Delivery)**

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800