**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | x | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC., a Delaware corporation,** | : | |
| <u>et al.</u>,[1] | : | **Jointly Administered** |
| | : | |
| **Debtors.** | x | |

**NOTICE OF SERVICE OF AMERICAN HOME MORTGAGE SERVICING, INC.'S
<u>FIRST REQUEST FOR PRODUCTION DIRECTED TO CITIBANK, N.A.</u>**

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on November 10, 2009

service of **American Home Mortgage Servicing, Inc.'s First Request for Production**

**Directed to Citibank, N.A.** was made on the following parties in the manner indicated therein.

John F. Carroll, III, Esquire
Cozen O'Conner
1201 North Market Street
Suite 1400
Wilmington, Delaware 19801
**(Via Electronic Mail and Hand
Delivery)**

Ronald L. Cohen, Esquire
Arlene R. Alves
Seward & Kissel, LLP
One Battery Park Plaza
New York, New York 10004
**(Via Electronic Mail and Overnight
Delivery)**

---

[1]     The above-captioned debtors and debtors in possession in these cases (collectively, the "<u>Debtors</u>"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800

*Attorneys for American Home Mortgage Servicing, Inc.*

Dated:  November 10, 2009