UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | x :  Chapter 11 |
|  | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | :  Case No. 07-11047 (CSS) :  :  Jointly Administered |
|  | : |
| Debtors. | x |

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on November 10, 2009 service of the foregoing **Notice of Service of American Home Mortgage Servicing, Inc.'s First Request for Production Directed to Citibank, N.A.** was made on the following parties in the manner indicated therein.

John F. Carroll, III, Esquire
Cozen O'Conner
1201 North Market Street
Suite 1400
Wilmington, Delaware 19801
**(Via Electronic Mail and Hand Delivery)**

Ronald L. Cohen, Esquire
Arlene R. Alves
Seward & Kissel, LLP
One Battery Park Plaza
New York, New York 10004
**(Via Electronic Mail and Overnight Delivery)**

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800