UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. |  |

## NOTICE OF SERVICE OF AMERICAN HOME MORTGAGE SERVICING, INC.'S FIRST SET OF INTERROGATORIES DIRECTED TO WELLS FARGO BANK, N.A.

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on November 10, 2009 service of **American Home Mortgage Servicing, Inc.'s First Set of Interrogatories Directed to Wells Fargo Bank, N.A.** was made on the following parties in the manner indicated therein.

William Fay
Default & Restructuring Account Manager
Wells Fargo Bank, N.A.
Corporate Trust Services, Asset Securitization Group
9062 Old Annapolis Road, MAC N2702-011
Columbia, Maryland 21045
**(Via Overnight Delivery)**

Franklin H. Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe Street, 18th Floor
Chicago, Illinois 60603
**(Via Electronic Mail and Overnight Delivery)**

---

[1] The above-captioned debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Todd C. Schiltz, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street
Wilmington, Delaware 19801
**(Via Electronic Mail and Hand Delivery)**

                               SAUL EWING LLP

                               By: _____
                                  Mark Minuti (DE No. 2659)
                                  222 Delaware Avenue, Suite 1200
                                  P.O. Box 1266
                                  Wilmington, DE  19899
                                  (302) 421-6800

                                  *Attorneys for American Home Mortgage Servicing,*
                                  *Inc.*

Dated: November 10, 2009