UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | x | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC., a Delaware** | : | |
| **corporation, et al.,** | : | **Jointly Administered** |
| | : | |
| **Debtors.** | x | |

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on November 10, 2009

service of the foregoing **Notice of Service of American Home Mortgage Servicing, Inc.'s First**

**Set of Interrogatories Directed to Wells Fargo Bank, N.A.** was made on the following parties

in the manner indicated therein.

William Fay
Default & Restructuring Account Manager
Wells Fargo Bank, N.A.
Corporate Trust Services, Asset Securitization
Group
9062 Old Annapolis Road, MAC N2702-011
Columbia, Maryland 21045
**(Via Overnight Delivery)**

Todd C. Schiltz, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street
Wilmington, Delaware 19801
**(Via Electronic Mail and
Hand Delivery)**

Franklin H. Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe Street, 18th Floor
Chicago, Illinois 60603
**(Via Electronic Mail and
Overnight Delivery)**

-2-

SAUL EWING LLP


By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800