UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : : : | Case No. 07-11047 (CSS) Jointly Administered |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on November 10, 2009 service of the foregoing **Notice of Service of American Home Mortgage Servicing, Inc.'s First Request for Production Directed to Wells Fargo Bank, N.A.** was made on the following parties in the manner indicated therein.

William Fay
Default & Restructuring Account Manager
Wells Fargo Bank, N.A.
Corporate Trust Services, Asset Securitization Group
9062 Old Annapolis Road, MAC N2702-011
Columbia, Maryland 21045
**(Via Overnight Delivery)**

Franklin H. Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe Street, 18th Floor
Chicago, Illinois 60603
**(Via Electronic Mail and Overnight Delivery)**

Todd C. Schiltz, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street
Wilmington, Delaware 19801
**(Via Electronic Mail and Hand Delivery)**

-2-

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800