UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : |  |
| et al.,[1] | : | Jointly Administered |
|  | : |  |
| Debtors. | : |  |

**NOTICE OF SERVICE OF AMERICAN HOME MORTGAGE SERVICING, INC.'S FIRST REQUEST FOR PRODUCTION DIRECTED TO U.S. BANK NATIONAL ASSOCIATION**

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on November 10, 2009 service of **American Home Mortgage Servicing, Inc.'s First Request for Production Directed to U.S. Bank National Association** was made on the following parties in the manner indicated therein.

Charles Sawyer, Esquire
Katherine A. Constantine, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
**(Via Electronic Mail and Overnight Delivery)**

Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney LLP
1105 North Market Street, 16th Floor
Wilmington, Delaware 19801
**(Via Electronic Mail and Hand Delivery)**

---

[1] The above-captioned debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

*Attorneys for American Home Mortgage Servicing, Inc.*

Dated: November 10, 2009