UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | x :  : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : : : : | Case No. 07-11047 (CSS)  Jointly Administered |
| Debtors. | : x | |

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on November 10, 2009 service of the foregoing **Notice of Service of American Home Mortgage Servicing, Inc.'s First Request for Production Directed to U.S. Bank National Association** was made on the following parties in the manner indicated therein.

Charles Sawyer, Esquire
Katherine A. Constantine, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
**(Via Electronic Mail and Overnight Delivery)**

Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney LLP
1105 North Market Street, 16th Floor
Wilmington, Delaware 19801
**(Via Electronic Mail and Hand Delivery)**

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800