UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. |  |

## NOTICE OF SERVICE OF AMERICAN HOME MORTGAGE SERVICING, INC.'S FIRST SET OF INTERROGATORIES DIRECTED TO DEUTSCHE BANK NATIONAL TRUST COMPANY

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on November 10, 2009 service of **American Home Mortgage Servicing, Inc.'s First Set of Interrogatories Directed to Deutsche Bank National Trust Company** was made on the following parties in the manner indicated therein.

Dennis J. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
**(Via Electronic Mail and Overnight Delivery)**

David Stratton, Esquire
Pepper Hamilton LLP
1313 Market Street
Wilmington, Delaware 19899
**(Via Electronic Mail and Hand Delivery)**

---

[1] The above-captioned debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

John Rosenthal, Esquire
Morgan Lewis & Rockius LLP
One Market Spear Street Tower
San Francisco, California 94105
**(Via Electronic Mail and Overnight Delivery)**

                                SAUL EWING LLP

                                By: _____
                                Mark Minuti (DE No. 2659)
                                222 Delaware Avenue, Suite 1200
                                P.O. Box 1266
                                Wilmington, DE  19899
                                (302) 421-6800

                                *Attorneys for American Home Mortgage Servicing, Inc.*

Dated: November 10, 2009