**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | x | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC., a Delaware corporation,** | : | |
| **et al.,**[1] | : | **Jointly Administered** |
| | : | |
| **Debtors.** | x | |

**NOTICE OF SERVICE OF AMERICAN HOME MORTGAGE SERVICING, INC.'S**
**FIRST REQUEST FOR PRODUCTION DIRECTED TO DEUTSCHE BANK**
**NATIONAL TRUST COMPANY**

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on November 10, 2009

service of **American Home Mortgage Servicing, Inc.'s First Request for Production**

**Directed to Deutsche Bank National Trust Company** was made on the following parties in the

manner indicated therein.

Dennis J. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
**(Via Electronic Mail and Overnight**
**Delivery)**

David Stratton, Esquire
Pepper Hamilton LLP
1313 Market Street
Wilmington, Delaware 19899
**(Via Electronic Mail and Hand**
**Delivery)**

---

[1]    The above-captioned debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York Corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

John Rosenthal, Esquire
Morgan Lewis & Rockius LLP
One Market Spear Street Tower
San Francisco, California 94105
**(Via Electronic Mail and Overnight
Delivery)**

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

*Attorneys for American Home Mortgage Servicing,
Inc.*

Dated: November 10, 2009