UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | x : : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : : : : | Case No. 07-11047 (CSS) Jointly Administered |
| Debtors. | x | |

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on November 10, 2009 service of the foregoing **Notice of Service of American Home Mortgage Servicing, Inc.'s First Request for Production Directed to Deutsche Bank National Trust Company** was made on the following parties in the manner indicated therein.

Dennis J. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
**(Via Electronic Mail and Overnight Delivery)**

David Stratton, Esquire
Pepper Hamilton LLP
1313 Market Street
Wilmington, Delaware 19899
**(Via Electronic Mail and Hand Delivery)**

John Rosenthal, Esquire
Morgan Lewis & Rockius LLP
One Market Spear Street Tower
San Francisco, California 94105
**(Via Electronic Mail and Overnight Delivery)**

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800