IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :     Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE                                              :     Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                     :
                                                                    :     Jointly Administered
    Debtors.                                                        :
                                                                    :
------------------------------------------------------------------- x

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE FOR APPROVAL OF THE AGREEMENT WITH ZOLFO COOPER LLC, STEPHEN F. COOPER AND KEVIN NYSTROM**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

**KEVIN N. NYSTROM** being duly sworn according to law, upon his oath, deposes and says:

   1.   I am a managing director of Zolfo Cooper LLC f/k/a Kroll Zolfo Cooper LLC (either "ZC" or the "Firm") a New Jersey limited liability company. The information included in this supplemental affidavit (the "Supplemental Affidavit") concerning ZC is based upon my personal knowledge. I am fully familiar with the facts set forth herein, and I am authorized to make this Supplemental Affidavit to supplement the prior disclosures made by ZC.

   2.   I submit this Supplemental Affidavit in furtherance of the original Affidavit of Stephen F. Cooper in Support of Debtors' Application for Approval of a Services Agreement with ZC, Stephen F. Cooper and Kevin Nystrom dated August 6, 2007(the "Cooper Affidavit"), and the previous Supplemental Affidavit of Stephen F. Cooper dated August 23, 2007 (the "First Supplemental"), the Supplemental Affidavits of Kevin Nystrom dated November 30, 2007, April 23, 2008, July 30, 2008, January 20, 2009 and April 7, 2009 (respectively, the "2nd Supplemental", "3rd Supplemental", "4th Supplemental", "5th Supplemental" and "6th

1

Kardos dated November 5, 2008 (the "Certification" and collectively with the Cooper Affidavit, the First Supplemental, and the Nystrom Supplementals, the "ZC Disclosures"), to supplement and expand upon the disclosures that were made in the ZC Disclosures. Such disclosures are set forth on Schedule 1 annexed hereto.

3. ZC believes that it remains disinterested and does not hold or represent any interest adverse to the estate.

4. ZC acknowledges its continuing obligation to supplement ZC's prior disclosures.

5. All of the statements contained in the Cooper Affidavit are repeated herein as if the statements were more fully set forth in detail below.

_____
Kevin Nystrom

Sworn and subscribed to
before me this 10 day
of November 2009

_____
Notary Public
SHEILA R. VALENTI
ID # 2381978
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 2/2/2014

2

SCHEDULE 1

| Party in Interest | Nature of Interest in American Home Mortgage Chapter 11 Case | Description of Current Relationship of Zolfo Cooper, LLC ("ZC") |
|---|---|---|
| ABN Amro, ABN Property ("ABN") | creditor | ZC is currently retained by counsel to the bank group in the Tronox chapter 11 case where ABN is a lender.<br><br>ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where ABN is a creditor. |
| American Express | creditor | ZC is currently providing services to Cygnus where American Express is a major customer and primary trade creditor.<br><br>ZC is currently providing management services in the Mark IV chapter 11 case where American Express is a 1st lien lender.<br><br>ZC is currently retained by counsel to the lender group in an out-of-court situation where American Express is a lender. |
| American Home Assurance | service provider | ZC is currently providing management services in the Pacific Energy chapter 11 case where American Home Assurance is an insurer. |
| Bank of America | potentially adverse party | ZC is currently in the process of being retained by the debtors in Global Safety Textiles Holdings chapter 11 case where Bank of America is a depository bank.<br><br>ZC is currently providing management services in the Mark IV chapter 11 case where Bank of America is a 1st lien lender.<br><br>ZC is currently providing services to the debtor in an out-of-court situation where Bank of America is a creditor.<br><br>ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 where Bank of America is a lender. |

| | | |
|---|---|---|
| Bank of New York ("BNY") | related party | ZC is currently providing management services in the Mark IV chapter 11 case where BNY is a 2nd lien lender.<br><br>ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 where BNY is an indenture holder, indenture trustee, bondholder and prepetition committee professionals. |
| Barclays Bank, Barclays Global Investors and Barclays Capital (collectively "Barclays") | warehouse lender | ZC is currently providing services to Cygnus where Barclays is a lender and lien holder.<br><br>ZC is currently retained by the counsel to the noteholders in an out-of-court situation where Barclays is a noteholder.<br><br>ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 where Barclays is an indenture holder, indenture trustee, bondholder an prepetition noteholder committee professional. |
| Bear, Stearns & Co., Inc. ("Bear Stearns") | warehouse lender | ZC is currently providing management services in the Mark IV chapter 11 case where Bear Stearns is a lien holder.<br><br>ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 where Bear Sterns is an investment banker and underwriter. |
| Calyon | potentially adverse party | ZC is currently retained by counsel to the bank group in the Tronox chapter 11 case where Calyon is a member of the bank group.<br><br>ZC is currently retained by the debtors in the UTGR/Twin River chapter 11 case where Calyon is a lender. |
| CB Richard Ellis | potentially adverse party | ZC is currently providing management services in the LandAmerica/Southland chapter 11 case where CB Richard Ellis is a counter-party to a lease.<br><br>ZC is currently providing management services in the Hawaiian Telcom chapter 11 where CB Richard Ellis is a primary trade creditor. |
| Cede & Co | shareholder | ZC is currently providing management services in the TOUSA chapter 11 where Cede & Co is a shareholder. |

| | | |
|---|---|---|
| Citibank/Citicorp/ Citigroup/Citicapital, Citibank Canada, Citibank Switzerland, Citicorp Del Lease, Inc., Citicorp Vendor Fiance,Inc., Citicapital Technology Finance, Citicorp NorthAmerica (collectively "Citibank"), and Citigroup Venture Capital ("CVC") | potentially adverse party | ZC is currently retained by counsel to the bank groups in out-of-court situation where Citigroup is a member. <br><br> ZC is currently retained by counsel to the bank group in the Tronox chapter 11 case where Citigroup is a member of the bank group. <br><br> ZC is currently retained by the debtor in an out-of-court situation where CVC is the private equity firm that controls certain management companies to lender. <br><br> ZC is currently providing management services in the Mark IV chapter 11 case where Citibank is a lien holder. <br><br> ZC is currently retained by agent to the creditors in an out-of-court situation where Citibank is the agent. <br><br> ZC is currently providing management services in the LandAmerica/Southland Title chapter 11 case where Citibank is a party to a contract. <br><br> ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where Citibank is a secured creditor, lender, letter of credit issuer, indenture holder, indenture trustee, bondholder, prepetition noteholder committee professional. <br><br> ZC is currently retained by counsel to the lender group in an out-of-court situation where Citibank is a lender. |
| Countrywide | creditor | ZC is currently providing management services in the LandAmerica/Assessment chapter 11 case where Countrywide is a party to a contract. |
| Credit Suisse Asset Management, CSAM, Credit Suisse Capital, Credit Suisse Loan Funding LLC or Credit Suisse First Boston (CSFB) | creditor | ZC is currently retained by counsel to the bank group in the Tronox chapter 11 case where CSFB is a lender. <br><br> ZC is currently providing management services in the Mark IV chapter 11 case where CSFB is a service provider and 1st lien lender. <br><br> ZC is currently retained by counsel to the lender group in an out-of-court situation where CSFB is a lender. <br><br> ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where CSFB is a secured creditor. |
| Deutsche Bank and DG Bank ("Deutsche Bank") | creditor | ZC is currently in the process of being retained by the debtors in Global Safety Textiles Holdings chapter 11 case where Deutsche Bank is a depository bank. |

5

| | | |
|---|---|---|
| | | ZC is currently providing management services in the Mark IV chapter 11 case where Deutsche Bank is a 1st lien lender.<br><br>ZC is currently retained by the debtors in the UTGR/Twin River chapter 11 case where Deutsche is a lender.<br><br>ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where Deutsche is a lender, indenture holder, indenture trustee, bondholder and prepetition noteholder committee professionals, agent to senior secured creditors, investment bankers and underwriters. |
| Diversified Credit Portfolio | potentially adverse party | ZC is currently providing management services in the LandAmerica chapter 11 case where Diversified Credit Portfolio is a party to a contract.<br><br>ZC is currently providing management services in the Mark IV chapter 11 case where Diversified Credit Portfolio is a 2nd lien lender.<br><br>ZC is currently retained by the debtors in the UTGR/Twin River chapter 11 case where Diversified Credit Portfolio is a lender.<br><br>ZC is currently retained by counsel to the lender group in an out-of-court situation where Diversified Credit Portfolio is a lender. |
| 4086 Advisors | creditor | ZC is currently retained by counsel to the noteholders in an out-of-court situation where 4086 Advisors is an investment advisor to certain noteholders.<br><br>ZC is currently providing management services in the Hawaiian Telcom chapter 11 case where 4086 Advisors is a creditor.<br><br>ZC is currently providing management services in the Mark IV chapter 11 case where 4086 Advisors is a 1st and 2nd lien holder.<br><br>ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where 4086 Advisors is a lender. |
| Goldman Sachs & Co. and Goldman Sachs Asset Management ("Goldman") | shareholder | ZC is currently providing services to Cygnus where Goldman is a lender.<br><br>ZC is currently in the process of being retained by the debtors in Global Safety Textiles Holdings chapter 11 case where Goldman is a lender. |

6

|  |  |  |
|---|---|---|
|  |  | ZC is currently providing management services in the Mark IV chapter 11 case where Goldman is a 1st lien lender. |
|  |  | ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where Goldman is a creditor and indenture holder, indenture trustee, bondholder and prepetition noteholder committee professional. |
| HSBC Bank (aka Hong Kong Shanghai Bank) | trade creditor | ZC is currently providing management services in the Mark IV chapter 11 case where HSBC is a service provider. |
| IndyMac | creditor | ZC is currently providing management services in the LandAmerica chapter 11 case where IndyMac is a party to litigation. |
| IXIS | warehouse lender | ZC is currently retained in the Millcreek chapter 11 case where IXIS is a creditor. |
|  |  | ZC is currently providing management services in the Hawaiian Telcom chapter 11 case where IXIS is a creditor. |
| JP Morgan Chase ("JPMorgan") | creditor | ZC is currently retained by counsel to the bank group in the Tronox chapter 11 case where JP Morgan is an agent. |
|  |  | ZC is currently providing management services in the Mark IV chapter 11 case where JPMorgan is a lien holder. |
|  |  | ZC is currently retained by the debtors in the UTGR/Twin River chapter 11 case where JP Morgan is a lender. |
|  |  | ZC is currently providing management services to MGM where JPMorgan is administrative agent to the bank group. |
|  |  | ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where JPMorgan is an indenture holder, indenture trustee, bondholder, prepetition committee professional, lender and letter of credit known beneficiary. |
| Lehman Brothers, Lehman Commercial Paper (collectively, "Lehman") | creditor | ZC is currently retained by counsel to the bank group in the Tronox chapter 11 case where Lehman is a lender. |
|  |  | ZC is currently providing management services in the Mark IV chapter 11 case where Lehman is a lien holder. |
|  |  | ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where Lehman is a lender and investment banker. |

7

|  |  |  |
|---|---|---|
| Merrill Lynch | potentially adverse party | ZC is currently retained by the debtors in the UTGR/Twin River chapter 11 case where Merrill Lynch is a lender. |
| Morgan Stanley | related party | ZC is currently providing services to Cygnus where Morgan Stanley is a lender.<br><br>ZC is currently providing management services in the Mark IV chapter 11 case where Morgan Stanley is a service provider and 1st lien lender.<br><br>ZC is currently retained by the debtors in the UTGR/Twin River chapter 11 case where Morgan Stanley is a lender.<br><br>ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where Morgan Stanley is an indenture trustee, indenture holder, bondholder, prepetition noteholder committee professional and lender. |
| Natexis Banque | creditor | ZC is currently retained by counsel to the lender group in an out-of-court situation where Natexis is a lender. |
| Natixis | potentially adverse party | ZC is currently providing management services in the Hawaiian Telcom chapter 11 case where Natixis is a creditor.<br><br>ZC is currently providing management services in the Mark IV chapter 11 case where Natixis is a 1st lien lender. |

| | | |
|---|---|---|
| Nomura | creditor | ZC is currently providing management services in the Mark IV chapter 11 case where Nomura is a lien holder.<br><br>ZC is currently retained by the debtors in the UTGR/Twin River chapter 11 case where Nomura is the management company to certain lenders.<br><br>ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where Normura is a creditor, lender, indenture holder, indenture trustee, bondholder and prepetition noteholder committee professional. |
| Royal Bank of Scotland ("RBS") | creditor | ZC is currently providing management services in the Mark IV chapter 11 case where RBS is a 1st lien lender.<br><br>ZC is currently retained by counsel to the lender group in an out-of-court situation where RBS is a lender. |
| SunTrust Bank ("SunTrust") | creditor | ZC is currently in the process of being retained by the debtors in Global Safety Textiles Holdings chapter 11 case where SunTrust is a lender.<br><br>ZC is currently providing management services in the Mark IV chapter 11 where SunTrust is a lien holder. |
| UBS AG, UBS Limited, UBS Loan Finance LLC, UBS Real Estate Securities, UBS O'Connor LLC, UBS Warburd and UBS Securities ("UBS") | creditor | ZC is currently retained by counsel to defendants in a situation where UBS is a related party.<br><br>ZC is currently in the process of being retained by the debtors in Global Safety Textiles Holdings chapter 11 case where UBS is a lender.<br><br>ZC is currently retained by the debtors in the UTGR/Twin River chapter 11 case where UBS is a lender.<br><br>ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where UBS is a lender, creditor and investment banker/underwriter. |

| | | |
|---|---|---|
| Wachovia (aka First Union National Bank ("First Union" or "Wachovia") nka Wells Fargo | advisor | ZC is currently in the process of being retained by the debtors in Global Safety Textiles Holdings chapter 11 case where Wachovia is a depository bank.<br><br>ZC is currently providing management service in the Mark IV chapter 11 case where Wachovia is a 1st lien lender.<br><br>ZC is currently retained by the debtors in the UTGR/Twin River chapter 11 case where Wachovia is a lender. |
| Washington Mutual | creditor | ZC is currently retained by counsel to the noteholders in an out-of-court situation where Washington Mutual is a noteholder.<br><br>ZC is currently providing management services in the LandAmerica/Assessment chapter 11 case where Washington Mutual is a party to a contract. |
| Wells Fargo, Wells Fargo Foothill, Wells Fargo Bank, Wells Fargo Financial Leasing, Wells Fargo Retail Finance and Wells Capital Management, (collectively "Wells Fargo") | creditor | ZC is currently providing managing services in the LandAmerica/Southland chapter 11 case where Wells Fargo is a party to a contract.<br><br>ZC is currently providing management service in the Mark IV chapter 11 case where Wells Fargo is a lien holder.<br><br>ZC is currently retained by the debtors in the UTGR/Twin River chapter 11 case where Wells Fargo is a creditor.<br><br>ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where Wells Fargo is a creditor and lender. |
| Wilmington Trust | creditor | ZC is currently retained by counsel to the agent of the bank group in the Tronox chapter 11 case. Wilmington Trust is a member of the unsecured creditors committee.<br><br>ZC is currently providing management services in the Mark IV chapter 11 case where Wilmington Trust is a lien holder. |

| Young Conaway Stargatt & Taylor ("YCST") | counsel to the debtors | ZC is currently providing management services in the Hawaiian Telcom chapter 11 case where YCST is a professional.<br><br>ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where YCST is counsel to the debtors. |
|---|---|---|
| Zurich American, Zurich North America and Zurich Insurance ("Zurich") | potentially adverse party | ZC is currently providing services to Cygnus where Zurich is an insurer.<br><br>ZC is currently in the process of being retained by the debtors in Global Safety Textiles Holdings chapter 11 case where Zurich is an insurer.<br><br>ZC is currently providing management services in the Mark IV chapter 11 case where Zurich is an insurer.<br><br>ZC is currently in the process of being retained by the debtors in the Accuride chapter 11 case where Zurich is an insurer and beneficiary of guarantees or performance bonds. |