IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. No. 8199 |

**CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 8199**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion for Entry of an Order Approving the Settlement and Termination Agreement with Intex Solutions, Inc. (the "Motion") has been received. The Court's docket which was last updated November 12, 2009, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than November 6, 2009 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
November 12, 2009

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Curtis J. Crowther
        Curtis J. Crowther (No. 3238)
        Sean M. Beach (No. 4070)
        Margaret Whiteman Greecher (No. 4652)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession