IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :    Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :    Jointly Administered
      Debtors.                                                     :
------------------------------------------------------------------ x

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 13, 2009 AT 1:00 P.M. (ET)**

---

**PLEASE NOTE THE TIME OF THE HEARING HAS CHANGED FROM 2:00 P.M. TO
1:00 P.M. AT THE DIRECTION OF THE COURT.**

---

## ADJOURNED/RESOLVED MATTERS

1.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to
      Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
      3007-1 [D.I. 4028, 5/12/08]

      Response Deadline:    June 4, 2008 at 4:00 p.m.

      Related Documents:

            a)     Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

      Responses Filed:    See Exhibit A, attached

      Status: An Order has been entered that partially sustains the Objection.  With respect to
            the remainder of the relief requested and the remaining responses set forth on
            Exhibit A, this matter will be adjourned to December 14, 2009 at 11:30 a.m.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]  Amendments appear in bold.

2.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned to December 14, 2009 at 11:30 a.m.

3.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit C, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned to December 14, 2009 at 11:30 a.m.

4.    Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5169, 7/17/08]

b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. This matter will be going forward as indicated on Exhibit D.

5.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

b)    Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

c)    Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

d)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

e)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to

Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. This matter will be adjourned to December 14, 2009 at 11:30 a.m.

6.    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6217, 10/10/08]

b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    Please see Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses, this matter will be adjourned to December 14, 2009 at 11:30 a.m.

7.    Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

    b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:  See Exhibit G, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned to December 14, 2009 at 11:30 a.m.

8.    Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:   October 15, 2008 at 4:00 p.m.

Related Document:

    a)    Notice of Submission of Claims [D.I. 6206, 10/10/08]

    b)    Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

    c)    Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

    d)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:      See Exhibit H, attached

Status: Orders have been entered that partially sustain the Objection.  The remainder of this matter will be adjourned to December 14, 2009 at 11:30 a.m.

    

9.    Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of
      Administrative Expenses [D.I. 6460, 10/25/08]

      Objection Deadline:    December 7, 2009 at 4:00 p.m.

      Objections Filed:    None

      Status: This matter will be adjourned to December 14, 2009 at 11:30 a.m.

10.   Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
      1 [D.I. 6216, 10/10/08]

      Response Deadline:    November 5, 2008 at 4:00 p.m.

      Related Documents:

            a)    Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection
                  to Claims [D.I. 6611, 11/21/08]

            b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
                  Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,
                  Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
                  Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                  Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

      Responses Filed:    See Exhibit I, attached

      Status: An Order has been entered that partially sustains the Objection.  The remainder of
      this matter will be adjourned to December 14, 2009 at 11:30 a.m.

11.   Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to
      Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
      Rule 3007-1 [D.I. 6554 11/10/08]

      Response Deadline:    December 3, 2008 at 4:00 p.m.

      Related Document:

            a)    Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive)
                  Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
                  Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703,
                  12/10/08]

      Responses Filed:    See Exhibit J, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned to December 14, 2009 at 11:30 a.m.

12.     Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6610, 11/21/08]

Responses Deadline:  December 15, 2008 at 4:00 p.m.

Related Documents:

      a)     Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

      b)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:     See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be going forward as indicated on Exhibit K.

13.     Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

      a)     Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:     See Exhibit L, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned to December 14, 2009 at 11:30 a.m.

14.     Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

     a)     Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:     See Exhibit M, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned to December 14, 2009 at 11:30 a.m.

15.     Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

     a)     Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

     b)     Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

     c)     Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

     d)     Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

     e)     Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

     f)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit N, attached.

Status: Orders have been entered that partially sustain the Objection.  This matter will be adjourned to December 14, 2009 at 11:30 a.m.

16.    Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:    May 8, 2009 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

b)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit O, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit O, this matter will be adjourned to December 14, 2009 at 11:30 a.m.

17.    Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:    May 29, 2009 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7506, 6/5/09]

b)    Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7550, 6/19/09]

c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit P, attached

Status: Orders have been entered that partially sustain the Objection.  This matter will be adjourned to December 14, 2009 at 11:30 a.m.

18.    Debtors' Thirty-Seventh Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7473, 6/10/09]

Response Deadline:    June 25, 2009 at 4:00 p.m.

Related Documents:

> a)    Certification of Counsel [D.I. 7582, 6/30/09]
>
> b)    Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 7584, 7/1/09]
>
> c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit Q, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned to December 14, 2009 at 11:30 a.m.

19.    Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7915, 8/7/09]

Response Deadline:    August 30, 2009 at 4:00 p.m.

Responses Filed:    See Exhibit R, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned to December 14, 2009 at 11:30 a.m.

066585.1001

20.     Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8049, 9/11/09]

Response Deadline:    October 5, 2009 at 4:00 p.m.

Related Documents:

    a)    Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8148, 10/7/09]

    b)    Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Mona Dobben [D.I. 8149, 10/7/09]

    c)    Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [D.I. 8186, 10/14/09]

    d)    Scheduling Order Relating to Debtors' Forty-Second Omnibus (Second) Objection to Claims [D.I. 8122, 10/28/09]

Responses Filed:    See Exhibit S, attached

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested this matter will be adjourned to December 14, 2009 at 11:30 a.m.

21.     Countrywide's Motion to Intervene and Special Appearance [D.I. 6, 10/13/09] - Triad Guaranty Insurance Corp. v. American Home Mortgage Investment Corp., et al., Adv. No. 09-52193

Objection Deadline:    January 5, 2010 at 4:00 p.m.

Objections Filed:

Status: This matter will be adjourned by agreement to January 12, 2010 at 10:00 a.m.

DB02:8878241.2

066585.1001

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

22.    Official Committee of Unsecured Creditors' Second Omnibus Motion for an Order
       Approving Settlements With Certain Preference Defendants and Limiting Notice Thereof
       [D.I. 8190, 10/15/09]

       Objection Deadline:    November 5, 2009 at 4:00 p.m.

       Related Document:

              a)    Certificate of No Objection [D.I. 8265, 11/9/09]

       Objections Filed:    None

       Status: A Certificate of No Objection has been filed.  No hearing is required.

**UNCONTESTED MATTERS GOING FORWARD**

23.    Debtors' Motion for Entry of an Order Approving the Settlement and Termination
       Agreement with Intex Solutions, Inc. [D.I. 8199, 10/20/09]

       Objection Deadline:    November 6, 2009 at 4:00 p.m.

       **Related Document:**

              **a)    Certificate of No Objection [D.I. 8284, 11/12/09]**

       Objections Filed:    None

       Status: **A Certificate of No Objection has been filed.  No hearing is reqired.**

24.    Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy
       Rule 9019(a) for an Order Authorizing and Approving Stipulation by and Among the
       Debtors and the Bank of New York Mellon in Various Capacities (I) Resolving Cure
       Claims Asserted in Connection with the Assumption and Assignment of Certain Loan
       Servicing Agreements to American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage
       Acquisition Co., Inc.) and (II) Partially Resolving Certain Proofs of Claim [D.I. 8221,
       10/28/09]

       Objection Deadline:    November 10, 2009 at 4:00 p.m.

       Related Document:

              a)    Order Shortening The Time For Notice of Hearing [D.I. 8244, 11/4/09]

       Objections Filed:    None as of the filing of this Agenda

       Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

25.    Motion of Park National Bank for Lifting the Automatic Stay, Objecting to Debtors' Use of Cash Collateral, and Requesting Adequate Protection [D.I. 8101, 9/28/09]

Objection Deadline:    October 6, 2009 at 4:00 p.m.

Objections Filed:

      a)    Debtors' (I) Limited Objection to Motion of Park National Bank for Lifting the Automatic Stay, Objecting to Debtors' Use of Cash Collateral, and Requesting Adequate Protection and (II) Request for Allowance and Payment of Section 506(c) Claim [D.I. 8226, 10/28/09]

Status: An Agreed Order will be submitted at the hearing. The Debtors' request for allowance and payment of the Section 506(c) Claim is adjourned to December 14, 2009 at 11:30 a.m.

26.    Debtors' Forty-Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8173, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m.

Responses Received:  See Exhibit T, attached

Status: This matter will be going forward except as noted on Exhibit T.

27.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m.

Responses Received:  See Exhibit U, attached

Status: This matter will be going forward except as noted on Exhibit U.

DB02:8878241.2
066585.1001

28.     Initial Pretrial Conference in Preference Actions commenced by the Official Committee
        of Unsecured Creditors and the Debtors

        Related Documents:

                a)      Notice of Filing of Proposed Scheduling Order filed by the Committee of
                        Unsecured Creditors [multicase; 11/3/09]

        Status: The initial pretrial conference for the adversary proceedings listed on the attached
                Exhibit V (Committee's cases) and Exhibit W (Debtors' cases) will be going
                forward.  Attached as Exhibit X is a proposed scheduling order for the preference
                actions commenced by the Debtors.

## ADDITIONAL MATTER WITH CERTIFICATE OF NO OBJECTION

**29.     Motion of Richard D. Nelson, Chapter 7 Trustee, for Relief from the Automatic Stay
        Pursuant to § 362(d) [D.I. 8119, 10/1/09]**

        **Objection Deadline:  October 19, 2009 at 4:00 p.m.**

        **Related Document:**

                **a)      Certificate of No Objection [D.I. 8201, 10/22/09]**

        **Objections Filed:      None**

        **Status:         A Certificate of No Objection has been filed.  No hearing is required.**


Dated: Wilmington, Delaware                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
       November 12, 2009

                                               */s/Michael S. Neiburg*
                                               Sean M. Beach (No. 4070)
                                               Curtis J. Crowther (No. 3238)
                                               Patrick A. Jackson (No. 4976)
                                               Michael S. Neiburg (No. 5275)
                                               The Brandywine Building
                                               1000 West Street, 17th Floor
                                               Wilmington, Delaware 19801
                                               Telephone: (302) 571-6600
                                               Facsimile: (302) 571-1253

                                               *Counsel for Debtors and Debtors in Possession*

### Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit C, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned |

### Exhibit D, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned |

### Exhibit E, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |

### Exhibit F, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |
|  | Office Max |  | Adjourned |

DB02:8878241.2

066585.1001

### Exhibit G, Seventeenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |
| | American Express Travel Related Services | | Adjourned |

### Exhibit H, Nineteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Eric Segall | 6230, 10/15/08 | Adjourned |
| | Jeffrey Harmon | 6231, 10/15/08 | Adjourned |
| | Paul Parotti | 6233, 10/15/08 | Adjourned |
| | American Express Travel Related Svc. Co. | | Adjourned |

### Exhibit I, Twenty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Southern Horizon Financial Group, LLC | | Adjourned |

### Exhibit J, Twenty-Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned |
| | Scott Jossart | | Adjourned |

### Exhibit K, Twenty-Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Riverside County Treasurer-Tax Collector | 8019, 9/8/09 and 8121-8130, 10/1/09 | Adjourned |

### Exhibit L, Twenty-Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | DB Structured Products, Inc. | | Adjourned |

16

066585.1001

### Exhibit M, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned |
|  | James Rucker | 6969, 2/10/09 | Adjourned |
|  | Credit Suisse |  | Adjourned |
|  | Sharaine Hughes |  | Adjourned |

### Exhibit N, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |
|  | Douglas Huston |  | Adjourned |
|  | David Michaud |  | Adjourned |
|  | Joseph Bartoletta |  | Adjourned |

### Exhibit O, Thirty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | State of Hawaii | 7341, 4/30/09 | Adjourned |

### Exhibit P, Thirty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bexar County | 7447, 5/28/09 | Adjourned |
|  | EMC | 7466, 5/29/09 | Adjourned |
|  | Lee County |  | Adjourned |

### Exhibit Q, Thirty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Marion County Treasurer | 7566, 6/24/09 | Adjourned |

### Exhibit R, Forty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Los Angeles County Treasurer and Tax Collector | 7985, 8/28/09 | Adjourned |

066585.1001

### Exhibit S, Forty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Arapahoe County | 8136, 10/5/09 | Adjourned |
|  | Laura Beall | 8137, 10/5/09 | Claim reclassified |
|  | John Monaghan | 8140, 10/6/09 | Adjourned |
|  | Mona Dobben | 8141, 10/6/09 | Adjourned |

### Exhibit T, Forty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | New York State Department of Taxation and Finance | 8253, 11/5/09 | Adjourned |

### Exhibit U, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | EEOC Eclectric Corp. | 8238, 11/3/09 | Adjourned |
|  | Washington Mutual Mortgage Securities Corporation | 8258, 11/6/09 | Adjourned |
|  | UBS Real Estate Securities Inc. |  | Adjourned |
|  | EMC Mortgage Corp. |  | Adjourned |
|  | Bank of New York |  | Adjourned |
|  | Citibank NA as Trustee |  | Adjourned |
|  | Morgan Stanley Mortgage Capital Holdings |  | Adjourned |
|  | US Bank |  | Adjourned |
|  | Bank of America |  | Adjourned |
|  | HSBC |  | Adjourned |
|  | LaSalle |  | Adjourned |
|  | **CitiMortgage Inc.** |  | **Adjourned** |
|  | **Impac Funding Corporation** |  | **Adjourned** |
|  | **Merrill Lynch Mortgage LEnding** |  | **Adjourned** |
|  | **Residential Funding Company LLC** |  | **Adjourned** |
|  | **Aurora Loan Services LLC** |  | **Adjourned** |

DB02:8878241.2

066585.1001

| Name | Adversary Proceeding # |
|---|---|
| 197 FIRST AVENUE LLC | 09-51531 |
| 8965 EASTERN, LLC | 09-51532 |
| A-1 PROFESSIONAL CLEANING & MAINTENANCE SERVICES, INC | 09-51533 |
| Admiral Consulting Group | 09-51534 |
| ADVISOR CENTRIC | 09-51535 |
| AFP ASSOCIATES LIMITED | 09-51583 |
| MORTGAGE RESOURCE CENTER, INC. d/b/a ALLREGS | 09-51571 |
| AMC TRANSFER | 09-51536 |
| American Corporate Record Cntr | 09-51537 |
| AMERICAN SECURITY GROUP | 09-51587 |
| APOGEE EVENTS | 09-51588 |
| BALWEB, INC. | 09-51590 |
| BARSA CONSULTING GROUP | 09-51584 |
| BAYOU PLAZA ASSOCIATES | 09-51585 |
| BELLAGIO | 09-51591 |
| BERNARD HODES GROUP | 09-51538 |
| BLACKROCK FINANCIAL MGMT | 09-51540 |
| Bloomberg LP | 09-51541 |
| BR SEARCH | 09-51635 |
| BRADLEY MARKETING GROUP | 09-51542 |
| BRINK'S COMMUNICATIONS | 09-51543 |
| BROADRIDGE | 09-51544 |
| BROKER AGENT MAGAZINE | 09-51545 |
| BUILDING CHAMPIONS | 09-51546 |
| C F N FINANCIAL INC | 09-51547 |
| CABLEVISION LIGHTPATH | 09-51548 |
| CAPITAL CONTRACTORS INC | 09-51549 |
| CAREERBUILDER | 09-51550 |
| CB CONTRACTORS INC | 09-51551 |
| CHANDLER SIGNS | 09-51552 |
| CHECK PRINTERS, INC | 09-51553 |

**Exhibit V**

| Name | Adversary Proceeding # |
|---|---|
| CLIENT SERVICES CUSTOMER CARE | 09-51555 |
| COLLEGIATE RELOCATION NETWORK | 09-51557 |
| COM-BELL SYSTEMS INC. | 09-51637 |
| COMSYS SERVICES | 09-51560 |
| CORELOGIC SYSTEMS INC | 09-51559 |
| CORPORATE RESOURCES GROUP | 09-51574 |
| CORPORATE TECHNOLOGIES INC | 09-51578 |
| CT Networks | 09-51580 |
| D.W. CONSULTING, INC. | 09-51773 |
| DARTMOUTH VENTURES LLC | 09-51593 |
| DELLA FEMINA ROTHSCHILD JEARY | 09-51594 |
| DELOITTE & TOUCHE LLP | 09-51596 |
| DELOITTE TAX LLP | 09-51595 |
| DESIGN CIRCLES | 09-51597 |
| DIALAMERICA MARKETING, INC | 09-51598 |
| DIGITAL DRAW NETWORK | 09-51599 |
| DIGITAL STORAGE SOLUTIONS | 09-51600 |
| DINERS CLUB | 09-51602 |
| DREW & ROGERS, INC. | 09-51604 |
| DYNAMIC PAINTING & RESTORATION | 09-51605 |
| EAST WEST HOLDINGS, LLC | 09-51636 |
| EECO ELECTRIC CORP | 09-51609 |
| ELITE FIRE PROTECTION, INC. | 09-51610 |
| ELLIE MAE, INC. | 09-51612 |
| ELYNX.LTD | 09-51638 |
| EMAGIC.COM, LLC | 09-51640 |
| EPLUS TECHNOLOGY, INC. | 09-51641 |
| EXECUTIVE MANAGEMENT | 09-51642 |
| EXPERIAN | 09-51767 |
| F & R LANDSCAPING, INC. | 09-51699 |
| FAIR ISAAC SOFTWARE INC | 09-51645 |

| Name | Adversary Proceeding # |
|------|------------------------|
| FAIRMONT HOTEL | 09-51646 |
| FEDEX OFFICE AND PRINT SERVICES, INC. f/k/a FEDEX | 09-51648 |
| FIRST AMERICAN FLOOD DATA SVCS | 09-51649 |
| FIRST CREDIT UNION and DBSI | 09-51650 |
| FNC | 09-51651 |
| FRONTRANGE SOLUTIONS USA | 09-51652 |
| GALAXIE COFFEE SERVICE, INC | 09-51653 |
| GREENBERG GLUSKER FIELDS | 09-51654 |
| GRYPHON NETWORKS | 09-51656 |
| HAGGEN TALBOT CO., LTD PTNRSHP | 09-51662 |
| HOMEBUYERS MARKETING, INC. II d/b/a HBM II FULFILLMENT CENTER | 09-51668 |
| HELIOS & MATHESON | 09-51664 |
| HERITAGE VILLAGE OFFICES | 09-51660 |
| HIGHLAND LAKES | 09-51665 |
| HIRERIGHT , INC. | 09-51667 |
| HOME DEPOT INCENTIVES INC. | 09-51669 |
| HOMEBUYERS MARKETING, INC. | 09-51782 |
| ILINC COMMUNICATIONS | 09-51687 |
| IRON MOUNTAIN OFF-SITE DATA PROTECTION INC. d/b/a IM- OFF SITE DATA  PROTECTION | 09-51697 |
| INFOHIGHWAY COMMUNICATIONS | 09-51672 |
| INN ON BILTMORE ESTATE | 09-51673 |
| INNER WORKINGS | 09-51674 |
| INSIGHT | 09-51688 |
| INTERCITY AGENCY , INC | 09-51689 |
| IRON MOUNTAIN RECORDS MGMT | 09-51696 |
| J LAURIE COMMERCIAL FLOORS INC | 09-51598 |
| KALEE INVESTMENTS and PRINCIPLE EQUITY PROPERTIES | 09-51701 |
| KELLY SERVICE , INC. | 09-51703 |
| KING OFFICE SERVICES | 09-51704 |
| KOFAX INC. d/b/a KOFAX IMAGE PRODUCTS | 09-51705 |
| LADENBURG THALMANN & COMPANY | 09-51706 |

| Name | Adversary Proceeding # |
|---|---|
| TALMAN LARMEE d/b/a LARMEE EXECUTIVE SEARCH | 09-51775 |
| LARRY ELLIOTT | 09-51707 |
| LEADPONT, INC | 09-51708 |
| LEHR CONSTRUCTION CORP | 09-51709 |
| LIPA | 09-51712 |
| LLOYD STAFFING | 09-51711 |
| MCKEE NELSON LLP | 09-51715 |
| MEDIA RECOVERY n/k/a DATASPAN | 09-51592 |
| MEETING MANAGMENT SERVICES | 09-51716 |
| COLLIERS MEREDITH & GREW | 09-51754 |
| METAVANTE CORP | 09-51717 |
| THE METROPOLITAN COMPANIES, INC. d/b/a METROPOLITAN TEMPORARIES | 09-51718 |
| MGIC INVESTOR SERVICE CORP | 09-51719 |
| MICHAEL JAMES INDUSTRIES INC | 09-51720 |
| MICROSOFT CORPORATION d/b/a MICROSOFT LICENSING, GP | 09-51722 |
| MODELYTICS  INC | 09-51723 |
| MONTAGE MANUFACTURING | 09-51724 |
| MORTGAGE CONTRACTING SERVICES | 09-51768 |
| MORTGAGE DATA MANAGEMENT CORP | 09-51725 |
| MORTGAGE GUARANTY INS. CO. | 09-51801 |
| MORTGAGE SUCCESS SOURCE LLC D/B/A MORTGAGE MARKET GUIDE | 09-51726 |
| MVCC SIERRA LLC d/b/a MOUNTAINVIEW CORP CENTRE SIERA | 09-51727 |
| NATIONAL ASSOCIATION OF MORTGAGE BROKERS A/K/A namb | 09-51774 |
| NEWSDAY INC | 09-51730 |
| NEWSDAY INC | 09-51821 |
| NEXTEL COMMUNICATIONS | 09-51732 |
| NOVASOFT INFORMATON TECHNOLOGY | 09-51733 |
| OAKWOOD CORPORATE HOUSING | 09-51780 |
| OCEAN PLACE RESORT & SPA | 09-51734 |
| OCWEN | 09-51802 |
| ODIE ENTERPRISES | 09-51735 |

| Name | Adversary Proceeding # |
|---|---|
| BEE CAVE CONTRACT, LLC d/b/a OFFICE FURNITURE NOW! | 09-51736 |
| ROBERT HAFT INTERNATIONAL d/b/a OFFICETEAM | 09-51737 |
| OFFICES BY DESIGN | 09-51738 |
| ON GUARD SECURITY SERVICES,INC | 09-51739 |
| OPEN ACCESS | 09-51779 |
| OPTIMOST | 09-51740 |
| OUTSOURCE SOLUTIONS LLC | 09-51742 |
| PACIFIC YGNACIO CORPORATION | 09-51743 |
| PARK NATIONAL BANK & TRUST | 09-51744 |
| PITNEY BOWES CREDIT CORP | 09-51778 |
| PGF SOLUTIONS | 09-51756 |
| PIP PRINTING | 09-51755 |
| PLACEMENT SOLUTION, INC. | 09-51763 |
| PLANNED OFFICE | 09-51762 |
| PMC INVESTIGATIONS & SECURITY | 09-51761 |
| PITNEY BOWES d/b/a POSTAGE BY PHONE PLUS | 09-51760 |
| PROGRESS SOFTWARE | 09-51759 |
| PROMOTIONAL PRODUCTS PARTNERS | 09-51769 |
| PURCHASE POWER | 09-51759 |
| QUANTITATIVE RISK MANAGEMENT | 09-51758 |
| Qwest Business Svcs | 09-51729 |
| R.J. FOOTE FLOOR-IN-FASHION | 09-51728 |
| RADIAN CORPORATION | 09-51677 |
| RADIAN GUARANTY, INC | 09-51678 |
| RADIAN SERVICES LLC | 09-51679 |
| RAPID ACCESS COMMUNICATION ENT | 09-51680 |
| RECKSON OPERATING PTNRSHIP LP | 09-51681 |
| REGENT WOODLAND HILLS, LLC | 09-51682 |
| GODWIN REALTY, INC. d/b/a RE/MAX REAL ESTATE GROUP | 09-51753 |
| RESUME MIRROR | 09-51683 |
| RICHARD MICHAEL GROUP, INC. | 09-51684 |

| Name | Adversary Proceeding # |
|------|------------------------|
| RMIC CORPORATION | 09-51685 |
| RURAL DEVELOPMENT | 09-51686 |
| SHERATON CHICAGO NORTHWEST | 09-51690 |
| SHPS, INC. | 09-51657 |
| SHRED - IT | 09-51658 |
| SLO, LLC | 09-51659 |
| SPLENDOR LANDSCAPE DESIGN | 09-51661 |
| SPRINT | 09-51663 |
| STAFFSOLVE | 09-51666 |
| MCGRAW-HILL COMPANIES d/b/a STANDARD AND POOR'S | 09-51691 |
| S-TRON | 09-51692 |
| SUCCESS STRATEGIES INSTITUTE | 09-51675 |
| SYMPLEGADES | 09-51676 |
| TALX CORPORATION | 09-51621 |
| TECHNICAL BUSINESS | 09-51622 |
| TED GLASRUD ASSOCIATES, INC | 09-51623 |
| TEEM PLUMBING & HEATING | 09-51624 |
| TEK SYSTEMS | 09-51770 |
| THE DUNCAN GROUP | 09-51625 |
| THE GROWTH SOLUTIONS GROUP | 09-51694 |
| THE HUNTER GROUP INTERNATIONAL | 09-51626 |
| THE SRS GROUP INC | 09-51627 |
| THOUGHT DIGITAL, LLC | 09-51628 |
| TOSHIBA AMERICA BUSINESS SOLUTIONS INC. d/b/a TOSHIBA ELECTRONIC IMAGING | 09-51630 |
| TOWN PARK COMMONS | 09-51629 |
| TRANS VENDING SERVICES | 09-51632 |
| TRANS-BOX SYSTEMS, INC | 09-51631 |
| TRI M CONSTRUCTION | 09-51643 |
| TRUSTED FORCE | 09-51644 |
| UNIQUEX GRAPHICS & PRINTING | 09-51617 |
| UNITED VAN LINES, INC. | 09-51615 |

| Name | Adversary Proceeding # |
|------|------------------------|
| VANCOUVERCENTER DEVELOPMENT | 09-51613 |
| VECTOR CONSULTING, INC | 09-51611 |
| TAX VERIFICATION BUREAU INC | 09-51619 |
| VICOM COMPUTER SERVICES, INC. | 09-51771 |
| WEBB MASON | 09-51772 |
| WEST PROPERTIES II & III L.P. | 09-51618 |
| WINSTON SUPPORT SERVICES LLC | 09-51606 |
| WYMAN STREET ADVISORS | 09-51603 |
| XEROX BUSINESS SERVICES | 09-51601 |
| ZENSAR TD,LLC | 09-51586 |

PREFERENCE ACTIONS COMMENCED BY DEBTORS

| Defendant | Adv. No. | Summons Issued 9/23/09 | Response Due 10/23/09 - Status | Status* |
|---|---|---|---|---|
| ABN AMRO SERVICES INC. | 09-51561 | Served | Default | C |
| ADP, INC., a/k/a AUTOMATIC DATA PROCESSING, INC. | 09-51562 | Served | Answer/Scheduling Order | F |
| AJILON PROFESSIONAL STAFFING, LLC | 09-51563 | Served | Answer/Scheduling Order | F |
| AON CONSULTING, INC. | 09-51564 | Served | Extension (settlement negotiations) | B |
| BALTIMORE GAS AND ELECTRIC COMPANY d/b/a BGE | 09-51751 | Served | Extension/Scheduling Order | B |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS | 09-51565 | Served | Extension/Scheduling Order | B |
| COMMONWEALTH EDISON COMPANY d/b/a ComEd | 09-51566 | Served | Answer/Scheduling Order | F |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | 09-51567 | Served | Extension/Scheduling Order | B |
| EMBARQ, INC. | 09-5-568 | Served | Answer/Scheduling Order | F |
| EMBASSY SUITES FRANCHISE LLC | 09-51750 | Served | Answer/Scheduling Order | F |
| GRUBB & ELLIS MANAGEMENT SERVICES, INC. | 09-51749 | Served | Default | C |
| HILTON HOTELS CORPORATION d/b/a DOUBLETREE CORPORATION | 09-51748 | Served | Answer/Scheduling Order | F |
| INTEX SOLUTIONS, INC. | 09-51781 | | Not Served/Settled | E |
| MCI COMMUNICATIONS SERVICES, INC.,, a/k/a VERIZON BUSINESS SERVICES | 09-51569 | Served | Answer/Scheduling Order | B |
| MOODY'S INVESTORS SERVICES, INC. | 09-51570 | Served | Answer/Scheduling Order | F |
| MOODY'S WALL STREET ANALYTICS, INC. | 09-51572 | Served | Answer/Settled | E |
| ORACLE CORPORATION d/b/a ORACLE FINANCING | 09-51573 | Served | Answer/Scheduling Order | F |
| REED ELSEVIER INC. d/b/a LEXISNEXIS f/k/a A SEISINT, INC. d/b/a ACCURINT | 09-51746 | | Not Served | A |
| RICOH AMERICAS CORPORATION d/b/a RICOH CUSTOMER FINANCE CORP. a/d/b/a BUSINESS SYSTEMS and a/d/b/a RICOH BUSINESS SOLUTIONS | 09-51575 | Served | Answer/Scheduling Order | F |
| STATE OF WASHINGTON - WASHINGTON STATE TREASURER | 09-51745 | | Reviewing Service | A |
| UNITED GUARANTY SERVICES, INC. | 09-51576 | Served | Answer/Scheduling Order | F |
| VERIZON, VERIZON COMMUNICATIONS, INC. d/b/a VERIZON, VERIZON CALIFORNIA INC. d/b/a VERIZON, VERIZON SOUTHWEST INC. d/b/a VERIZON, VERIZON NORTHWEST INC. d/b/a VERIZON NETWORK INTEGRATION CORP. | 09-51803 | Served | Extension/Scheduling Order | B |
| WYNDHAM HOTELS AND RESORTS, LLC | 09-51577 | Served | Extension/Scheduling Order | B |
| | | | | |
| | | | | |
| Total 23 - (Settled - 2; Default - 2;  Scheduling Order - 16;  Other - 3) | | | | |
| | | | | |
| *Court's Categories for Status Reports | | | | |
| A - Service Not Completed | | | | |
| B - Service Complete - Answers Due | | | | |
| C - Defaults To Be Filed | | | | |
| E - Setted (settlement papers/dismissal to be filed within 30 days) | | | | |
| F - Answers Filed - Scheduling Order To Be Entered | | | | |

**Exhibit W**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------------x

In re

AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.,*

Debtors.

-----------------------------------------------------------------------x

AMERICAN HOME MORTGAGE HOLDINGS, INC.,

Plaintiff,

v.

DEFENDANT

Chapter 11

Case No. 07-11047
(Jointly Administered)

ADV. NO.

| DEFENDANT | ADV. NO. |
|---|---|
| ADP, INC., a/k/a AUTOMATIC DATA PROCESSING, INC. | 09-51562 |
| AJILON PROFESSIONAL STAFFING, LLC | 09-51563 |
| BALTIMORE GAS AND ELECTRIC COMPANY d/b/a BGE | 09-51751 |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS | 09-51565 |
| COMMONWEALTH EDISON COMPANY d/b/a ComEd | 09-51566 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | 09-51567 |
| EMBARQ, INC. | 09-51568 |
| EMBASSY SUITES FRANCHISE LLC | 09-51750 |
| HILTON HOTELS CORPORATION d/b/a DOUBLETREE CORPORATION | 09-51748 |
| MCI COMMUNICATIONS SERVICES, INC., a/k/a VERIZON BUSINESS SERVICES | 09-51569 |
| MOODY'S INVESTORS SERVICES, INC. | 09-51570 |
| ORACLE CORPORATION d/b/a ORACLE FINANCING | 09-51573 |
| RICOH AMERICAS CORPORATION d/b/a RICOH CUSTOMER FINANCE CORP. a/d/b/a BUSINESS SYSTEMS and a/d/b/a RICOH BUSINESS SOLUTIONS | 09-51575 |
| UNITED GUARANTY SERVICES, INC. | 09-51576 |
| VERIZON, VERIZON COMMUNICATIONS, INC. d/b/a VERIZON, VERIZON CALIFORNIA INC. d/b/a VERIZON, VERIZON SOUTHWEST INC. d/b/a VERIZON, VERIZON NORTHWEST INC. d/b/a VERIZON NETWORK INTEGRATION CORP. | 09-51803 |
| WYNDHAM HOTELS AND RESORTS, LLC | 09-51577 |

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of adversary proceedings, the

following schedule shall apply to each of the above-captioned adversary proceedings.

**IT IS HEREBY ORDERED THAT:**

1.     The above-captioned plaintiff (the "Plaintiff") and defendants (each a "Defendant" and, together with Plaintiff, the "Parties") shall complete the discovery planning conference described in Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026, by no later than December 18, 2009.

2.     The Parties shall exchange their initial disclosures under Fed. R. Civ. P. 26(a)(1), made applicable by Fed. R. Bankr. P. 7026, by no later than January 22, 2010.

3.     Written fact discovery (i.e., requests for the production of documents, interrogatories and requests for admission) may be served from and after January 25, 2010, and shall be initiated so as to be completed by June 4, 2010.

4.     Mediation shall be conducted pursuant to the Court's General Order Regarding Procedures in Adversary Proceedings entered by the Honorable Mary F. Walrath on April 7, 2004 (as amended by general order entered on April 11, 2005) and as provided herein.  On or prior to April 12, 2010, the Parties shall file a stipulation regarding appointment of a mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding.  All mediations shall be concluded by August 6, 2010.

5.     Fact depositions may be noticed for a date on or after June 7, 2010, and shall be noticed so as to be concluded by September 10, 2010.

6.     Any expert report required pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue, not including any report by Plaintiff on insolvency of the Debtors, by October 15, 2010.  If any Defendant intends to provide expert testimony regarding the solvency and/or insolvency of the Debtors, any such expert report must be provided by October 15, 2010.  Any Parties' expert report intended to rebut any other expert report, shall be provided by November 12, 2010.  All reports shall provide the information

-2-

required by Fed. R. Civ. P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, by January 28, 2011.

7.      All dispositive motions shall be filed and served by February 25, 2011, and shall be subject to Rule 7007 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

8.      The Court will hold a status conference on February _____, 2011, at _____ .m., at which time the Court will consider (among other things) setting a trial date(s) for these proceedings.

9.      The Parties shall comply with the General Order Re: Pretrial Procedures in Adversary Proceedings Set for Trial before Judge Christopher S. Sontchi.

10.     Plaintiff shall file a status report every sixty (60) days after the date of this scheduling order, and thirty (30), twenty (20) and ten (10) days prior to trial, setting out the status of each unresolved adversary proceeding subject to this Order. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of any scheduled trial.

11.     Deadlines contained in this Scheduling Order may be modified either by written consent of the Parties without further order of the Court provided that such modification does not alter any mediation, hearing and/or trial dates or periods or by the Court for good cause shown.

DB02:8910656.1                                                          066585.1001

12.    Plaintiff shall serve this Scheduling Order on each Defendant within five (5) business days after the entry of this Order.


Dated: November _____, 2009
        Wilmington, Delaware


                                     _____
                                     CHRISTOPHER S. SONTCHI
                                     UNITED STATES BANKRUPTCY JUDGE

DB02:8910656.1                                                   066585.1001