IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., et al., | ) Case No. 07-11047(CSS) |
| | ) |
| Debtors. | ) |
| | ) Re: Docket No. 8119 |

**ORDER GRANTING MOTION OF RICHARD D. NELSON, CHAPTER 7 TRUSTEE, FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D)**

Upon the motion (the "**Motion**")[1] of Richard D. Nelson, Chapter 7 Trustee (the "**Movant**"), by and through his undersigned counsel, for entry of an Order granting him relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) so that he may proceed with the Adversary Proceeding that is pending against American Home Mortgage Acceptance, Inc. ("**AHMA**") seeking avoidance of a lien on the Property; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing thereof, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 is lifted as to the Adversary Proceeding and Movant is permitted to take all actions required to pursue the rights and remedies available to him as outlined in the Complaint, including but not limited to seeking avoidance of AHMA's Mortgage lien on the Property.

Dated: \_\_\_\_\_11/12\_\_\_\_\_, 2009

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined shall have the meaning ascribed such terms in the Motion.

1798055.2                                    4