| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al.*,<br><br>          Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF<br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al.*,<br><br>          Plaintiff,<br><br>v.<br><br>BELLAGIO,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adv. Proc. No. 09-51591 (CSS)<br><br>**Re: Adv. Docket No. 9** |

## CERTIFICATION OF COUNSEL REGARDING
## ALTERNATIVE PROPOSED SCHEDULING ORDER

The undersigned, as counsel for Bellagio, LLC (the "Defendant"), hereby submits for the Court's review an alternative proposed scheduling order (the "Alternative Proposed Order") to the order filed by the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. (the "Plaintiff") in the above-captioned adversary proceeding (the "Adversary Proceeding"). The Court is currently scheduled to hold the pretrial conference for the Adversary Proceeding on November 13, 2009 at 1:00 p.m.

The undersigned counsel further submits that the Alternative Proposed Order, a clean version of which is attached hereto as Exhibit A, and a redline version of which is attached hereto as Exhibit B, has been circulated upon the counsel for the Plaintiff, and who has indicated

-2-

that they do not agree to the entry of the Alternative Proposed Order. The redline compares the version filed by Plaintiff [Adv. D.I. 9] to Defendant's Alternative Proposed Order. Defendant will request entry of the Alternative Proposed Order at the pretrial conference.

| Dated: November 12, 2009 | MORRIS JAMES LLP |
|---|---|
|  | Brett D. Fallon (No. 2480)<br>Carl N. Kunz, III (No. 3201)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899-2306<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: bfallon@morrisjames.com<br>　　　　　ckunz@morrisjames.com |
|  | Counsel for Bellagio, LLC |