IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) ) ) | Case No. 07-11047 (CSS) |
| Debtors. | ) | Jointly Administered |
| ------------------------------------------------------------x | | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | ) ) ) ) | Adv. Pro. No. 09-51591 (CSS) |
| Plaintiff, v. | ) ) ) | |
| BELLAGIO, | ) ) | |
| Defendant. | ) | |
| ------------------------------------------------------------x | | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on November 12, 2009, I caused to be served:

**CERTIFICATION OF COUNSEL REGARDING
ALTERNATIVE PROPOSED SCHEDULING ORDER**

Service was completed upon parties on the attached list in the manner indicated thereon.

Date: November 12, 2009

_____
William Weller

SWORN AND SUBSCRIBED before me this 12th day of November, 2009.

_____
NOTARY
My commission expires:_____

WWW/116896-0001/2379298/1 11/12/2009

DEBORAH QUAINTANCE COOK
Notary Public - State of Delaware
My Comm. Expires May 11, 2011

**VIA HAND DELIVERY & E-MAIL**
Bonnie Glantz Fatell, Esq.
Victoria A. Guilfoyle, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Facsimile: (302) 428-5110
[Counsel for the Plaintiff,
Official Committee of Unsecured Creditors]

**VIA FACSIMILE & E-MAIL**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: (212) 478-7400
[Counsel for the Plaintiff,
Official Committee of Unsecured Creditors]