IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
       Debtors.                                                          :
                                                                         :   **Ref. Docket No. 8221**
                                                                         :
------------------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 8221

The undersigned hereby certifies as follows:

1.     On October 28, 2009, the Debtors filed the *Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation By and Among the Debtors and the Bank of New York Mellon in Various Capacities (I) Resolving Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.) and (II) Partially Resolving Certain Proofs of Claim* (the "Motion").

2.     Objections, if any, to the relief requested in the Motion were required to be filed and served upon the undersigned no later than November 10, 2009, at 4:00 p.m.  As of the date hereof, no objections to the Motion have been filed.  Due to this week's federal holiday, the deadline for filing a Certificate of No Objection with respect to the Motion will not pass until

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

after today's hearing. The undersigned contacted the Court, which indicated an order approving the Motion could be entered without necessity of a hearing.

WHEREFORE, the undersigned hereby respectfully requests that the Court enter the proposed order attached to the Motion at its earliest convenience.

Dated: November 13, 2009
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Patrick A. Jackson*
_____
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession