# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. | | |
| **Case Number:** | 07-11047-CSS | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, NOVEMBER 13, 2009 01:00 PM   CRT#6, 5TH FL. | | |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI | | |
| **Courtroom Clerk:** | DANIELLE GADSON | | |
| **Reporter / ECR:** | LESLIE MURIN | | |

## *Matters:*

1) Omnibus
   **R / M #:**   0 / 0

2) Pre-Trial
   **R / M #:**   0 / 0

3) Evidentiary Hearing (Claims Objections)
   **R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters

Agenda Items:

22. Judge signed order
23. Judge signed order
24. Judge signed order
26. Judge signed order
27. Judge signed order