# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage  
**CASE NO:** 07-11047 (CSS)

**COURTROOM LOCATION:** 6  
**DATE:** 11/13/09  @ 1:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew Austria | Werb & Sullivan | CJ Networks |
| Fred Bangert | Soto | Corporate Resources Group |
| Curtis Crowther | Hunt Cunningham Dunn & Dupler | Digitek |
| Marc Phillips | Connolly Bove Lodge & Hutz | CoreLogic, Client Services Inc, Digitek |
| Mary Caloway | Buchanan Ingersoll & Rooney | 8965 Eastern, LLC |
| Richard Barkasy | Schnader Harrison Segal + Lewis | Radian |
| Rafael Zahralddin | Elliott Greenleaf | FNK, Inc. |
| Patricia McGonigle | Seitz Van Ogtrop + Green | iLinc Communications |
| ( | ( | Ajilon Prof. Staffing |
| Carl N. Kunz III | Morris James LLP | Bradford Capital Partners, Bellagio LLC Interactive Gaming |
| Danielle S. Blount | Fox Rothschild LLP | Home Buyers Marketing Inc |
| " | " | Client Services Customer Care |
| " | " | On Guard Security Services |
| Garvan McDaniel | Bifferato Gentilotti | Kelly Services Outsourcing Solutions |
| Tori Gutfoyle | Blank Rome LLP | Creditors Committee |
| Ed Schnitzer | Hahn + Hessen | Creditors Committee |
| Kathleen Marshall | Cohen Seglias | First American Flood Data Services |
| Lucie Elbel Silvestein | Potter Anderson Corroon LLP | Bank of America, N.A. |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Ben Keenan  
Mike Romaicryk  
Ashely + Geddes  
Richards Layton & Finger  
American Security Group and Buyer United

# SIGN - IN - SHEET

**CASE NAME:** AHM
**CASE NO:** 07-11047 **(CSS)**
**COURTROOM LOCATION: 6**
**DATE:** 11/13/09 @ 1:00 PM

2

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mr Chris Griffiths | Connolly Bove Lodge & Hutz | Mortgage Contracting Ss. |
| " " | " | Shred-it |
| John Schanne | Pepper Hamilton | ePlus |
| Susan Kaufman | Cooch and Taylor | Dartmouth Ventures |
| Mike Nestor | YCST | Debtors |
| Matt Lunn | YCST | Debtors |
| Elihu E. Allinson, III | Sullivan Hazeltine Allinson LLC | GoWeb, Inc. |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 11/13/2009
**Calendar Time:** 01:00 PM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Amended Calendar 11/12/2009 01:23 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3186163 | Margot P. Erlich | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Bank of New York / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3168522 | Reed Heiligman | Frank Gecker LLP | Defendant(s), Experian Information Solutions Inc. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3112459 | Robert J. Moore | Milbank, Tweed, Hadley & McCloy, | Creditor, ABN AMRO Bank N.V. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3188810 | Douglas J. Pettibone | Law Office of Douglas J. Pettibone | Claimant, Mona Dobben / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3186546 | Eileen Wanerka | American Home Mortgage | Client, Eileen Wanerka / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 (07-51688) | Hearing | 3112463 | Fred Neufeld | Milbank, Tweed, Hadley & McCloy, | Creditor, ABN AMRO Bank N.V. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 (09-51663) | Hearing | 3182007 | Kenneth M. Misken | McGuireWoods LLP | Defendant(s), Sprint Nextel Corporation / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 (09-51732) | Hearing | 3182009 | Kenneth M. Misken | McGuireWoods LLP | Defendant(s), Nextel Communications, Inc. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 09-51573 | Hearing | 3153362 | Amish Doshi | Day Pitney, LLP | Creditor, Oracle USA / LIVE |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

**#6**

Calendar Date: 11/13/2009
Calendar Time: 02:00 PM

Amended Calendar 11/12/2009 01:23 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3167890 | David Huston | David Huston | Representing, MVCC Sierra LLC / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 (09-51559) | Hearing | 3175967 | Adam M. Greely | Galfin, Passon & Greely, LLP | Defendant(s), Corelogic Systems, Inc. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 (09-51545) | Hearing | 3185550 | Thomas A. Denker | Munger Chadwick PLC | Defendant(s), Broker Agent Magizine / LIVE |
| | | Broadstripe, LLC | 09-10006 | Hearing | 3173353 | David Mark 212-506-1990 | Kasowitz Benson Torres & Friedman | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Broadstripe, LLC | 09-10006 | Hearing | 3176550 | Jared Nagley (212) 841-0401 | Ropes & Gray LLP | Creditor, Highland Retail Lenders / LIVE |

*Handwritten annotations:*
- ✓ Michael Walline
- ✓ Michael Williams
- 3rd Party Kofax
- Hilton Embassy Suites