IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., <u>et al.</u> [5]

Debtors

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
:
:
:

---

STATE OF NEW YORK     :

: ss.:

COUNTY OF NEW YORK   :

MARK S. INDELICATO being duly sworn, deposes and says:

1.  I am a member of the law firm of Hahn & Hessen LLP ("H&H"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed herein. I, along with my partner, Mark T. Power, are the attorneys responsible for the services rendered and to be rendered to the Committee as well as for compliance with the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

2.  This affidavit is submitted in support of the foregoing Sixth Interim Fee Request (the "Application") for allowance of compensation and reimbursement of expenses incurred by H&H, as co-counsel to the Committee, for the interim period from November 1, 2008 through and including January 31, 2009.

3.  I have personally performed many of the services rendered by H&H and am thoroughly familiar with all other services performed on behalf of the Committee by the attorneys and paraprofessionals in my firm.

---

[5] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

703159-007 -1775643

4.  The facts contained in the Application are true and correct to the best of my knowledge, information and belief.

5.  The fees and disbursements requested in the Application are in accordance with practices customarily employed by H&H and generally accepted by H&H's clients.

6.  No agreement or understanding exists between H&H and any other person or persons or parties to share in any compensation received in connection with this case except as with respect to the terms of a partnership agreement with members of H&H.

7.  To the best of my knowledge, information and belief, the Application substantially complies with the Local Rules.

_____  
Mark S. Indelicato

Sworn to before me this  
11th day of November 2009

_____

CECILIA CELLI  
Notary Public, State of New York  
No. 03-3597860  
Qualified in Putnam County  
Commission Expires June 30, 20____

- 2 -

703159-007 -1775643