IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS,         Case No. 07-11047 (CSS)
INC., et al.,[1]                         (Jointly Administered)

                                         Re: Dkt. No. 8199
          Debtors.
---------------------------------------------------------------x

## ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT AND TERMINATION AGREEMENT WITH INTEX SOLUTIONS, INC.

Upon consideration of the Motion for Entry of an Order Approving Settlement and Termination Agreement with Intex Solutions, Inc. (the "*Motion*"), filed by above-captioned debtors and debtors-in-possession (the "Debtors"); and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and it appearing that the relief requested is in the best interest of the Debtors' estates and their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that the Agreement[2] with Intex Solutions, Inc.is approved in all respects pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 9019; and it is further

ORDERED that the parties to the Settlements shall have all rights and privileges as set forth therein; and it is further

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.,; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that the Debtors and/or the Committee is authorized to take any and all such actions necessary under the Agreement to effectuate the terms of the Agreement; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
         11/13     , 2009

CSSJ
_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE