**<u>EXHIBIT A</u>**

## Exhibit A

### Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10488 | 9/3/08 | 07-11047 | $4,044.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,044.85 (T) | 10591 | 12/11/08 | 07-11047 | $4,427.08 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,427.08 (T) |
| HOPKINS, CARA<br>23601 TORERO CIRCLE<br>MISSION VIEJO, CA 92691 | 1430 | 10/5/07 | 07-11051 | $1,108.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,108.24 (T) | 3074 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$1,023.08 (P)<br>- (U)<br>$1,023.08 (T) |
| KRIEGER, DENISE<br>291 WILLIAM FLOYD PKWY<br>SHIRLEY, NY 11967 | 1583 | 10/15/07 | 07-11051 | $21.40 (S)<br>- (A)<br>- (P)<br>$64.75 (U)<br>$1,385.65 (T) | 7549 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$1,328.20 (P)<br>- (U)<br>$1,328.20 (T) |
| OLIVARES, NANCY<br>2790 KELVIN AVE<br>IRVINE, CA 92614 | 695 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$7,187.50 (P)<br>- (U)<br>$7,187.50 (T) | 3872 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$90.00 (U)<br>$11,040.00 (T) |
| Totals: | 4 Claims | | | $5,174.49 (S)<br>- (A)<br>$7,187.50 (P)<br>$64.75 (U)<br>$13,726.24 (T) | | | | $4,427.08 (S)<br>- (A)<br>$13,301.28 (P)<br>$90.00 (U)<br>$17,818.36 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

**<u>EXHIBIT B</u>**

# Exhibit B

## Satisfied Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10518 | 9/16/08 | 07-11050 | - (S)<br>$4,603.52 (A)<br>- (P)<br>- (U)<br>$4,603.52 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10519 | 9/16/08 | 07-11050 | - (S)<br>$4,232.32 (A)<br>- (P)<br>- (U)<br>$4,232.32 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10521 | 9/16/08 | 07-11050 | - (S)<br>$3,106.33 (A)<br>- (P)<br>- (U)<br>$3,106.33 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10522 | 9/16/08 | 07-11050 | - (S)<br>$5,259.86 (A)<br>- (P)<br>- (U)<br>$5,259.86 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10523 | 9/16/08 | 07-11050 | - (S)<br>$12,676.62 (A)<br>- (P)<br>- (U)<br>$12,676.62 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10524 | 9/16/08 | 07-11050 | - (S)<br>$2,260.62 (A)<br>- (P)<br>- (U)<br>$2,260.62 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10525 | 9/16/08 | 07-11050 | - (S)<br>$4,028.04 (A)<br>- (P)<br>- (U)<br>$4,028.04 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10526 | 9/16/08 | 07-11051 | - (S) $4,173.81 (A) - (P) - (U) $4,173.81 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10527 | 9/16/08 | 07-11051 | - (S) $17,572.65 (A) - (P) - (U) $17,572.65 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10528 | 9/16/08 | 07-11051 | - (S) $10,068.57 (A) - (P) - (U) $10,068.57 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10530 | 9/16/08 | 07-11051 | - (S) $5,760.66 (A) - (P) - (U) $5,760.66 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10532 | 9/16/08 | 07-11051 | - (S) $9,137.95 (A) - (P) - (U) $9,137.95 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10533 | 9/16/08 | 07-11051 | - (S) $7,680.87 (A) - (P) - (U) $7,680.87 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10534 | 9/16/08 | 07-11051 | - (S) $1,584.22 (A) - (P) - (U) $1,584.22 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10536 | 9/16/08 | 07-11051 | - (S) $1,760.78 (A) - (P) - (U) $1,760.78 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10537 | 9/16/08 | 07-11051 | - (S) $2,359.08 (A) - (P) - (U) $2,359.08 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10538 | 9/16/08 | 07-11051 | - (S)<br>$1,953.32 (A)<br>- (P)<br>- (U)<br>$1,953.32 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10539 | 9/16/08 | 07-11051 | - (S)<br>$2,164.04 (A)<br>- (P)<br>- (U)<br>$2,164.04 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR 940 WEST MAIN STREET RM # 106 EL CENTRO, CA 92243 | 10542 | 9/16/08 | 07-11051 | - (S)<br>$4,734.28 (A)<br>- (P)<br>- (U)<br>$4,734.28 (T) | Claim relates to 2006, 2007 and 2008 real estate taxes for a parcel. Debtor has verified with the Claimant that the taxes have been paid in full. |
| **Totals:** | **19 Claims** | | | - (S)<br>$105,117.54 (A)<br>- (P)<br>- (U)<br>$105,117.54 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

## EXHIBIT C

**Exhibit C**

**Duplicate Claims**

| | | | | | |
|---|---|---|---|---|---|
| | | **— Objectionable Claims —** | | | |
| **Name/Address of Claimant** | **Claim Number** | **Date Filed** | **Case Number** | **Total Amount Claimed** | **Comments** |
| CITIBANK AS SECURITIES ADMINISTRATOR FOR HSI ASSET LOAN OBLIGATION TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | 8843 | 1/11/08 | 07-11051 | Unspecified* | Claimant is Securities Administrator for securitization trust, asserting EPD/Breach Claims on behalf of trust. Claim is duplicative of claim #9189 filed by Deutsche Bank National Trust Co., as Trustee, asserting EPD/Breach Claims on behalf of the trust. |
| CITIBANK AS SECURITIES ADMINISTRATOR FOR HSI ASSET LOAN OBLIGATION TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | 8844 | 1/11/08 | 07-11051 | Unspecified* | Claimant is Securities Administrator for securitization trust, asserting EPD/Breach Claims on behalf of trust. Claim is duplicative of claim #9189 filed by Deutsche Bank National Trust Co., as Trustee, asserting EPD/Breach Claims on behalf of the trust. |
| **Totals:** | **2 Claims** | | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.