IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
         Debtors.                                                :
                                                                 :   Ref. Docket No. 8174
---------------------------------------------------------------- x

## ORDER SUSTAINING DEBTORS' FORTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reassigning, reclassifying and/or otherwise modifying each of the Disputed Claims[2] identified on Exhibits A, B, and C attached hereto; and it appearing that the Court has

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]     All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained to the extent set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to the proofs of claim filed by E.E.O.C. Electric Corp. [POC No. 7738]; Citibank [POC Nos. 8839 – 42 and 8845 – 50]; Washington Mutual Mortgage Sec. Corp. [POC Nos. 10577 – 81]; Bank of America, N.A. [POC No. 8163]; The Bank of New York [POC Nos. 8609, 8610 and 10116]; EMC Mortgage Corporation [POC Nos. 9023 – 25]; HSBC Bank USA, N.A. [POC No. 9037]; Impac Funding Corporation [POC No. 7814]; LaSalle Bank N.A. [POC Nos. 9014 – 16]; Merrill Lynch Mortgage Lending, Inc. [POC Nos. 8347 and 8348]; Morgan Stanley Mortgage Capital [POC Nos. 9031 and 9032]; CitiMortgage, Inc. [POC Nos. 8523 and 8524]; Residential Funding Company, LLC [POC No. 8447]; Aurora Loan Services, LLC [POC No. 8674]; U.S. Bank National Association [POC Nos. 8279 – 89]; and UBS Real Estate Securities Inc. [POC No. 8925] [↑ Huntingdon Paving Inc. [POC No. 5232]]; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit B are hereby modified to the dollar values listed under the column titled "Modified Amount" in Exhibit B; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit C are hereby (i) modified to the dollar values under the column titled "Modified Amount" in Exhibit

C; and (ii) reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit C; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
November 13, 2009

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE