# EXHIBIT A

# Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ARJONA KENNEDY, MIRAM<br>3772 W. BEECHWOOD<br>FRESNO, CA 93711 | 3943 | 11/30/07 | 07-11051 | $786.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$786.24 (T) | Claimant filed duplicative claims, similar to 3942 which has already been Accepted at $524.16 priority to match the Debtor's books and records for vacation pay owed. |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC<br>600 STEAMBOAT ROAD<br>GREENWICH, CT 06830 | 8957 | 1/11/08 | 07-11050 | Unspecified* | Claim asserts only EPD/Breach Claims. Claimant did not complete the EPD/Breach Claims Questionnaire required in order for EPD/Breach Claims to be allowed under the Plan. |
| GREENWICH CAPITAL MARKETS, INC<br>600 STEAMBOAT RD<br>GREENWICH, CT 06830 | 8953 | 1/11/08 | 07-11051 | Unspecified* | Claim asserts only EPD/Breach Claims. Claimant did not complete the EPD/Breach Claims Questionnaire required in order for EPD/Breach Claims to be allowed under the Plan. |
| ~~HUNTINGTON PAVING, INC.~~<br>~~ATTN JAMES BROWN, PRESIDENT~~<br>~~12 NEW ST~~<br>~~GREAT RIVER, NY 11739~~ [DELETED] | ~~5232~~ | ~~12/11/07~~ | ~~07-11051~~ | ~~$44,969.42 (S)~~<br>- (A)<br>- (P)<br>- (U)<br>$44,969.42 (T) | ~~No basis for liability. Liability should be against AHM SPV II, LLC, a non-debtor and owner of the subject real property. Debtor is a tenant~~ |
| WELLS FARGO BANK, N.A.<br>CORP. TRUST SERVICES, ATTN WILLIAM FAY<br>DEFAULT & RESTRUCTURING ACCOUNT MANAGER<br>9062 OLD ANNAPOLIS RD - MAC2702-011<br>COLUMBIA, MD 21045 | 9236 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$483,750,616.79 (U)<br>$483,750,616.79 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Debtor has no liability as claimants agreements are with American Home Mortgage Acceptance, Inc., American Home Mortgage Corp. and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), against whom claimant has already filed proofs of claim numbered 9233, 9234 and 9235. Accordingly, this Debtor has no liability with respect to proof of claim numbered 9236 and such claim should be disallowed and expunged in its entirety. |
| Totals: | 5 Claims | | | $45,755.66 (S)<br>- (A)<br>- (P)<br>$483,750,616.79 (U)<br>$483,796,372.45 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B

### Modified Amount Claim

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION<br>GEORGE KIELMAN<br>ASSOCIATE GENERAL COUNSEL<br>8200 JONES BRANCH DRIVE - MS 202<br>MC LEAN, VA 22102 | 8448 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$7,224,559.34 (U)<br>$7,224,559.34 (T) | - (S)<br>- (A)<br>- (P)<br>$110,188.00 (U)<br>$110,188.00 (T) | Claim asserts (i) EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan and (ii) claim for legal fees and servicing fees. However, claimant did not (i) complete the EPD/Breach Claims Questionnaire required in order for EPD/Breach Claims to be allowed under the Plan or (ii) attach documentation from the Debtors' liability for legal fees or servicing fees, or the proper amounts thereof, could be determined... |
| POLADIAN, ANGELINE<br>3 WHITWORTH ST<br>LADERA RANCH, CA 92694 | 10670 | 2/10/09 | 07-11051 | - (S)<br>- (A)<br>$6,728.00 (P)<br>- (U)<br>$6,728.00 (T) | - (S)<br>- (A)<br>$744.48 (P)<br>- (U)<br>$744.48 (T) | Claim relates to 232 hours of carry over vacation, vacation and sick/personal pay. Unused sick/personal time is not payable as per company policy. As per Debtor's books and records the claimant's balance for carry over vacation as of the termination date, 8/3/07, was 24 hours. and 0 for vacation. Based on the claimant's hourly rate of $31.02 the payout for the remaining carry over vacation is $744.48. |
| WELLS FARGO BANK, N.A.<br>ATTN: WILLIAM FAY<br>MAC N2702-011<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | 9233 | 1/11/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$483,750,616.79 (U)<br>$483,750,616.79 (T) | - (S)<br>- (A)<br>- (P)<br>$160,602.15 (U)<br>$160,602.15 (T) | Claim asserts (i) EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan and (ii) claim for legal fees. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. However, claimant did not attach documentation from which the Debtors' liability for legal fees, or the proper amount thereof, could be determined. Accordingly, the modified claim amount does not include legal fees. |
| WELLS FARGO BANK, N.A.<br>CORP. TRUST SERVICES, ATTN: WILLIAM FAY<br>DEFAULT & RESTRUCTURING ACCOUNT MANAGER<br>9062 OLD ANNAPOLIS RD - MAC2702-011<br>COLUMBIA, MD 21045 | 9234 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$483,750,616.79 (U)<br>$483,750,616.79 (T) | - (S)<br>- (A)<br>- (P)<br>$160,602.15 (U)<br>$160,602.15 (T) | Claim asserts (i) EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan and (ii) claim for legal fees. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. However, claimant did not attach documentation from which the Debtors' liability for legal fees, or the proper amount thereof, could be determined. Accordingly, the modified claim amount does not include legal fees. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK, N.A. CORP. TRUST SERVICES, ATTN WILLIAM FAY DEFAULT & RESTRUCTURING ACCOUNT MANAGER 9062 OLD ANNAPOLIS RD- MAC N2702-011 COLUMBIA, MD 21054 | 9235 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$483,750,616.79 (U)<br>$483,750,616.79 (T) | - (S)<br>- (A)<br>- (P)<br>$160,602.15 (U)<br>$160,602.15 (T) | Claim asserts (i) EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan and (ii) claim for legal fees. Claim amount modified in accordance with the completed EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. However, claimant did not attach documentation from which the Debtors' liability for legal fees, or the proper amount thereof, could be determined. Accordingly, the modified claim amount does not include legal fees. |
| **Totals:** | **5 Claims** | | | - (S)<br>- (A)<br>$6,728.00 (P)<br>$1,458,476,409.71 (U)<br>$1,458,483,137.71 (T) | - (S)<br>- (A)<br>$744.48 (P)<br>$591,994.45 (U)<br>$592,738.93 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT C

**Exhibit C**

**Modified Amount Reclassified Claims**

| Name/Address of Claimant | Objectionable Claims ||| Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | |
| CITIGROUP GLOBAL MARKETS INC.<br>ATTN: SUSAN MILLS<br>MANAGING DIRECTOR<br>390 GREENWICH ST.<br>NEW YORK, NY 10013 | 10377 | 5/1/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$68,828,757.78 (U)<br>$68,828,757.78 (T) | - (S)<br>- (A)<br>- (P)<br>$14,580,015.00 (U)<br>$14,580,015.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| SUNTRUST ROBINSON HUMPHREY FUNDING, LLC<br>F/K/A SUN TRUST ASSET FUNDING, LLC<br>C/O MADISON L MARTIN - STITES & HARBISON<br>401 COMMERCE STREET, STE 800<br>NASHVILLE, TN 37219 | 7757 | 1/8/08 | 07-11051 | $21,354,440.31 (S)<br>- (A)<br>- (P)<br>- (U)<br>$21,354,440.31 (T) | - (S)<br>- (A)<br>- (P)<br>$18,613,665.00 (U)<br>$18,613,665.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| Totals: | 2 Claims | | | $21,354,440.31 (S)<br>- (A)<br>- (P)<br>$68,828,757.78 (U)<br>$90,183,198.09 (T) | - (S)<br>- (A)<br>- (P)<br>$33,193,680.00 (U)<br>$33,193,680.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.