# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
        Debtors.                                                         :
                                                                         :   **Ref. Docket No. _____**
------------------------------------------------------------------------ x

**ORDER SUSTAINING DEBTORS' FORTY-FIFTH OMNIBUS (NON-
SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION
502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003
AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the forty-fifth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]     All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A and B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit C is hereby reassigned to the New Case Number as indicated on Exhibit C; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       December ___, 2009

                                                                   CHRISTOPHER S. SONTCHI
                                                                   UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ALLEN, ROXANNA T.<br>315 WRIGHTSBURG CT<br>FAYETTEVILLE, GA 30215 | 752 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$1,211.54 (P)<br>- (U)<br>$1,211.54 (T) | 5450 | 12/13/07 | 07-11051 | - (S)<br>- (A)<br>$1,846.58 (P)<br>- (U)<br>$1,846.58 (T) |
| ARAPAHOE COUNTY<br>ATTN GEORGE ROSENBERG, ASST ATTORNEY<br>5334 S PRINCE STREET<br>LITTLETON, CO 80166 | 9778 | 1/24/08 | 07-11047 | $11,945.13 (S)<br>- (A)<br>- (P)<br>- (U)<br>$11,945.13 (T) | 10735 | 9/28/09 | 07-11047 | $5,139.52 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,139.52 (T) |
| CANNITO, HELEN<br>3368 CHESHIRE RD<br>DELAWARE, OH 43015 | 767 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$2,575.00 (P)<br>- (U)<br>$2,575.00 (T) | 7773 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$2,376.92 (P)<br>- (U)<br>$2,376.92 (T) |
| DEWALD, KAREN<br>114 CABANA DR<br>MOORESVILLE, NC 28117 | 110 | 8/28/07 | 07-11051 | - (S)<br>- (A)<br>$1,361.72 (P)<br>- (U)<br>$1,361.72 (T) | 4956 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$1,361.72 (P)<br>- (U)<br>$1,361.72 (T) |
| DRAKOS, SUZETTE<br>3 SEABROOK CT<br>STONY BROOK, NY 117903305 | 363 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>$984.60 (P)<br>- (U)<br>$984.60 (T) | 3729 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>$1,969.20 (P)<br>- (U)<br>$1,969.20 (T) |
| INGINO, LONI<br>PO BOX 75<br>LINDENHURST, NY 11757 | 2933 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$673.08 (P)<br>- (U)<br>$673.08 (T) | 2948 | 11/21/07 | 07-11053 | - (S)<br>- (A)<br>$812.48 (P)<br>- (U)<br>$812.48 (T) |
| PROMOTIONAL PRODUCTS PARTNERS, LLC<br>ATTN MICHAEL GOMBERG<br>405 WASHINGTON BLVD<br>MUNDELEIN, IL 60060 | 202 | 8/31/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$301,376.00 (U)<br>$301,376.00 (T) | 10511 | 9/15/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$301,376.00 (U)<br>$301,376.00 (T) |

| Name/Address of Claimant | Objectionable Claims ||||| Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| WEINHEIMER, TRACEY K.<br>2291 AIRPORT RD<br>GREENFIELD, IA 50849 | 1047 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>$2,077.20 (P)<br>- (U)<br>$2,077.20 (T) | 2777 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) |
| Totals: | 8 Claims |||  $11,945.13 (S)<br>- (A)<br>$8,883.14 (P)<br>$301,376.00 (U)<br>$322,204.27 (T) |||| $5,139.52 (S)<br>- (A)<br>$10,443.82 (P)<br>$301,376.00 (U)<br>$316,959.34 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B
### Duplicate Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ANELLI, CHRISTOPHER<br>30 BUSCH ST<br>HAUPPAUGE, NY 11788 | 830 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$553.84 (P)<br>- (U)<br>$553.84 (T) | Claimed amount is also in claim 831 which has already been modified and reduced by Court order [Docket No. 6217 - Exhibit F] sustaining in part Debtors' 15th omnibus objecton. Claim is duplicative. |
| BOGGS, AMIE L<br>5440 NOAH ROAD<br>CUMMING, GA 30041 | 6621 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$570.46 (P)<br>- (U)<br>$570.46 (T) | Claimed amount is also in claim 6551 which has already been fixed by Court order [Docket No. 6839 - Exhibit B] sustaining in part Debtors' 27th omnibus claims objection. Claim is duplicative. |
| HASSLER, ASHLEY<br>320 UPAS STREET<br>SAN DIEGO, CA 92103 | 6248 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$1,736.53 (P)<br>- (U)<br>$1,736.53 (T) | Claimed amount is also in claim 6238 which has already been modified and reduced by Court order [Docket No. 4289 - Exhibit C] sustaining in part Debtors' 6th omnibus claims objection. Claim is duplicative. |
| MYERS, DENICE F<br>926 GARDEN DR<br>LYNDEN, WA 98264 | 9169 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$415.44 (P)<br>- (U)<br>$415.44 (T) | Claimed amount is also in claim 9170 which has already been modified and reduced by Court order [Docket No. 6765 - Exhibit B] sustaining in part Debtors' 25th omnibus claims objection. Claim is duplicative. |
| NG, JACQUELINE<br>956 N BAY AVE<br>MASSAPEQUA, NY 117582562 | 5930 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>$1,292.31 (P)<br>- (U)<br>$1,292.31 (T) | Claimed amount is also in claim 1177 which has already been modified and reduced by Court order [Docket No. 7584 - Exhibit B] sustaining in part Debtors' 37th omnibus claims objection. Claim is duplicative. |
| RATHMANN, KAREN<br>2908 NE 185TH COURT<br>VANCOUVER, WA 98682 | 8508 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$1,123.08 (P)<br>- (U)<br>$1,123.08 (T) | Claimed amount is subsumed within the amount claimed in claim 8509 which the Debtors have accepted as filed by the claimant. Claim 8508 is therefore duplicative of claim 8509. |
| RICHTER, ELIZABETH<br>1227 JACKSON AVE<br>LINDENHURST, NY 11757 | 6885 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$740.38 (P)<br>- (U)<br>$740.38 (T) | Claimed amount is also in claim 6884 which has already been modified and reduced by Court order [Docket No. 7234 - Exhibit C] sustaining in part Debtors' 31st omnibus claims objection. Claim is duplicative. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SOLIS, JENNIFER A<br>2116 ROLLINGWAY CT<br>VIRGINIA BEACH, VA 23456 | 4663 | 12/6/07 | 07-11051 | - (S)<br>- (A)<br>$1,355.09 (P)<br>- (U)<br>$1,355.09 (T) | Claimed amount is also in claim 1151 which has already been modified and reduced by Court order [Docket No. 6765 - Exhibit E] sustaining in part Debtors' 25th omnibus claims objection. Claim is duplicative. |

**Totals:** 8 Claims

- (S)        - (S)
- (A)        - (A)
-          $7,787.13 (P)
-          - (U)
-          $7,787.13 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Exhibit C**

**Wrong Debtor Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim Case Number | | New Case Number Case Number |
|---|---|---|---|---|---|
| TREASURER OF ARAPAHOE COUNTY, COLORADO<br>ARAPAHOE COUNTY TREASURER<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 | 10735 | 9/28/09 | 07-11047 | $5,139.52 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,139.52 (T) | 07-11051 |
| Totals: | | | 1 Claim | $5,139.52 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,139.52 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.