# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :   Ref. Docket No. _____
---------------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' FORTY-SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Forty-Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying and/or otherwise modifying each of the Disputed Claims[2] identified on Exhibits A, B, C and D attached hereto; and it appearing that the Court has jurisdiction over

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that, the Disputed Claims identified on the attached <u>Exhibits A</u> and <u>D</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached <u>Exhibit B</u> are hereby modified to the dollar values listed under the column titled "Modified Amount" in <u>Exhibit B</u>; and it is further

ORDERED that the Disputed Claims identified on the attached <u>Exhibit C</u> are hereby (i) modified by fixing the amount of such claims to the dollar values listed under the column titled "Modified Amount" and (ii) reclassified to the priority level indicated in <u>Exhibit C</u>; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      December ___, 2009

                              CHRISTOPHER S. SONTCHI
                              UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CHARD, ROBIN L.<br>763 DORIS JANE AVE<br>FAIRFIELD, OH 45014 | 1293 | 9/27/07 | 07-11051 | - (S)<br>- (A)<br>$1,117.20 (P)<br>- (U)<br>$1,117.20 (T) | Claim relates to unpaid wages for vacation and sick/personal pay. The vacation pay has already been accepted in claim 7507. Unused sick/personal pay is not payable as per company policy. |
| JORDAN, CHERYL S.<br>125 HALESITE DR<br>SOUND BEACH, NY 11789 | 8099 | 1/10/08 | 07-11053 | - (S)<br>- (A)<br>$952.45 (P)<br>- (U)<br>$952.45 (T) | Claim relates to unpaid wages. Claimant was paid $496.15 for regular pay on 8/24/07. Amount claimed for vacation pay has already been accepted in claim 8098 and is therefore duplicative. |
| **Totals:** | **2 Claims** | | | - (S)<br>- (A)<br>$2,069.65 (P)<br>- (U)<br>$2,069.65 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

DB02: 8926651.1

066585.1001

## Exhibit B
## Modified Amount Claims

| Name/Address of Claimant | Objectionable Claims ||||| Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| INGINO, LONI<br>PO BOX 75<br>LINDENHURST, NY 11757 | 2948 | 11/21/07 | 07-11053 | - (S)<br>- (A)<br>$812.48 (P)<br>- (U)<br>$812.48 (T) | - (S)<br>- (A)<br>$673.08 (P)<br>- (U)<br>$673.08 (T) | Claim relates to unpaid wages. Modified to match Debtors' books and records for remaining vacation time. |
| LOPEZ, MARTHA<br>8975 LAWRENCE WELK DRIVE 314<br>ESCONDIDO, CA 92026 | 7507 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$466.23 (P)<br>$41.23 (U)<br>$507.46 (T) | - (S)<br>- (A)<br>$495.00 (P)<br>$41.23 (U)<br>$536.23 (T) | Claim relates to unpaid wages and expenses. Modified to match Debtors' books and records for remaining vacation time. |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$1,278.71 (P)<br>$41.23 (U)<br>$1,319.94 (T) | - (S)<br>- (A)<br>$1,168.08 (P)<br>$41.23 (U)<br>$1,209.31 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT C

## Exhibit C

### Modified Amount Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HAYES, SUSAN L.<br>15561 HAMMETT CT<br>MORENO VALLEY, CA 92555 | 564 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>$9,680.74 (P)<br>$9,680.74 (U)<br>$9,680.74 (T) | - (S)<br>- (A)<br>- (P)<br>- (U)<br>$9,680.74 (T) | Claimed vacation pay which is unsecured priority. Claimant wrote the amount in the blank for unsecured nonpriority claims but checked off unsecured priority on proof of claim. |
| JANSEN, MILDRED A.<br>159 STERLING ST<br>PORT JEFFERSON STATION, NY 11776 | 1062 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>$1,802.25 (P)<br>$1,802.25 (U)<br>$1,802.25 (T) | - (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,802.25 (T) | Claimed vacation pay which is unsecured priority. Claimant wrote the amount in the blank for unsecured nonpriority claims but checked off unsecured priority on proof of claim. |
| TURNER, KRISTEN<br>1007 5TH AVE #405<br>SAN DIEGO, CA 921015130 | 1449 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>$969.23 (P)<br>$969.23 (U)<br>$969.23 (T) | - (S)<br>- (A)<br>$969.23 (P)<br>- (U)<br>$969.23 (T) | Claimed vacation pay which is unsecured priority. Claimant wrote the amount in the blank for unsecured nonpriority claims but checked off unsecured priority on proof of claim. |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>$12,452.22 (P)<br>$12,452.22 (U)<br>$12,452.22 (T) | - (S)<br>- (A)<br>$12,452.22 (P)<br>- (U)<br>$12,452.22 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Insufficient Documentation Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| LOPEZ, MARTHA M<br>8975 LAWRENCE WELK DRIVE 314<br>ESCONDIDO, CA 92026 | 7508 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$495.00 (P)<br>- (U)<br>$495.00 (T) | Insufficient documentation to assess validity of claim. |

**Totals:** 1 Claim

- (S) (A)
$495.00 (P)
- (U)
$495.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.