IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
```
| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,[1] | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | |

```
-----------------------------------------------------------------x
```
| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Adv. Proc. Nos. [See Attached Exhibit A] (CSS) |
| Plaintiff, | |
| - against - | |
| [SEE ATTACHED EXHIBIT A], | |
| Defendants. | |

```
-----------------------------------------------------------------x
```

## CERTIFICATION OF COUNSEL REGARDING SCHEDULING ORDER

Counsel for Plaintiff, the Official Committee of Unsecured Creditors in the above-captioned adversary proceeding, hereby certifies that:

1. The pretrial conference for the above-captioned adversary proceedings was held on November 13, 2009 at 1:00 p.m.

2. At the pretrial conference, the Court instructed the undersigned counsel to submit a revised Scheduling Order.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/40184988v.1

     3.     The Plaintiff hereby requests entry of the attached Scheduling Order at the convenience of the Court.

Dated: Wilmington, Delaware
       November 16, 2009

**BLANK ROME LLP**

    */s/ Victoria Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Joseph Orbach, Esq.
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel for the Committee*

# EXHIBIT A

| Name | Adversary Proceeding # |
|---|---|
| 197 FIRST AVENUE LLC | 09-51531 |
| 8965 EASTERN, LLC | 09-51532 |
| A-1 PROFESSIONAL CLEANING & MAINTENANCE SERVICES, INC | 09-51533 |
| Admiral Consulting Group | 09-51534 |
| ADVISOR CENTRIC | 09-51535 |
| MORTGAGE RESOURCE CENTER, INC. d/b/a ALLREGS | 09-51571 |
| AMC TRANSFER | 09-51536 |
| American Corporate Record Cntr | 09-51537 |
| AMERICAN SECURITY GROUP | 09-51587 |
| APOGEE EVENTS | 09-51588 |
| BALWEB, INC. | 09-51590 |
| BARSA CONSULTING GROUP | 09-51584 |
| BAYOU PLAZA ASSOCIATES | 09-51585 |
| BELLAGIO | 09-51591 |
| BERNARD HODES GROUP | 09-51538 |
| BLACKROCK FINANCIAL MGMT | 09-51540 |
| Bloomberg LP | 09-51541 |
| BR SEARCH | 09-51635 |
| BRADLEY MARKETING GROUP | 09-51542 |
| BRINK'S COMMUNICATIONS | 09-51543 |
| BROADRIDGE | 09-51544 |
| BROKER AGENT MAGAZINE | 09-51545 |
| BUILDING CHAMPIONS | 09-51546 |
| C F N FINANCIAL INC | 09-51547 |
| CABLEVISION LIGHTPATH | 09-51548 |
| CAPITAL CONTRACTORS INC | 09-51549 |
| CAREERBUILDER | 09-51550 |
| CB CONTRACTORS INC | 09-51551 |
| CHANDLER SIGNS | 09-51552 |
| CHECK PRINTERS, INC | 09-51553 |
| CLIENT SERVICES CUSTOMER CARE | 09-51555 |
| COLLEGIATE RELOCATION NETWORK | 09-51557 |

| Name | Adversary Proceeding # |
|---|---|
| COM-BELL SYSTEMS INC. | 09-51637 |
| COMSYS SERVICES | 09-51560 |
| CORELOGIC SYSTEMS INC | 09-51559 |
| CORPORATE RESOURCES GROUP | 09-51574 |
| CORPORATE TECHNOLOGIES INC | 09-51578 |
| CT Networks | 09-51580 |
| D.W. CONSULTING, INC. | 09-51773 |
| DARTMOUTH VENTURES LLC | 09-51593 |
| DELLA FEMINA ROTHSCHILD JEARY | 09-51594 |
| DELOITTE & TOUCHE LLP | 09-51596 |
| DELOITTE TAX LLP | 09-51595 |
| DESIGN CIRCLES | 09-51597 |
| DIALAMERICA MARKETING, INC | 09-51598 |
| DIGITAL DRAW NETWORK | 09-51599 |
| DIGITAL STORAGE SOLUTIONS | 09-51600 |
| DINERS CLUB | 09-51602 |
| DREW & ROGERS, INC. | 09-51604 |
| DYNAMIC PAINTING & RESTORATION | 09-51605 |
| EAST WEST HOLDINGS, LLC | 09-51636 |
| EECO ELECTRIC CORP | 09-51609 |
| ELITE FIRE PROTECTION, INC. | 09-51610 |
| ELLIE MAE, INC. | 09-51612 |
| ELYNX.LTD | 09-51638 |
| EMAGIC.COM, LLC | 09-51640 |
| EPLUS TECHNOLOGY, INC. | 09-51641 |
| EXECUTIVE MANAGEMENT | 09-51642 |
| EXPERIAN | 09-51767 |
| F & R LANDSCAPING, INC. | 09-51699 |
| FAIR ISAAC SOFTWARE INC | 09-51645 |
| FAIRMONT HOTEL | 09-51646 |
| FEDEX OFFICE AND PRINT SERVICES, INC. f/k/a FEDEX | 09-51648 |
| FIRST AMERICAN FLOOD DATA SVCS | 09-51649 |

| Name | Adversary Proceeding # |
|---|---|
| FNC | 09-51651 |
| FRONTRANGE SOLUTIONS USA | 09-51652 |
| GALAXIE COFFEE SERVICE, INC | 09-51653 |
| GREENBERG GLUSKER FIELDS | 09-51654 |
| GRYPHON NETWORKS | 09-51656 |
| HOMEBUYERS MARKETING, INC. II d/b/a HBM II FULFILLMENT CENTER | 09-51668 |
| HELIOS & MATHESON | 09-51664 |
| HERITAGE VILLAGE OFFICES | 09-51660 |
| HIGHLAND LAKES | 09-51665 |
| HIRERIGHT , INC. | 09-51667 |
| HOME DEPOT INCENTIVES INC. | 09-51669 |
| ILINC COMMUNICATIONS | 09-51687 |
| IRON MOUNTAIN OFF-SITE DATA PROTECTION INC. d/b/a IM- OFF SITE DATA PROTECTION | 09-51697 |
| INFOHIGHWAY COMMUNICATIONS | 09-51672 |
| INN ON BILTMORE ESTATE | 09-51673 |
| INNER WORKINGS | 09-51674 |
| INSIGHT | 09-51688 |
| INTERCITY AGENCY , INC | 09-51689 |
| IRON MOUNTAIN RECORDS MGMT | 09-51696 |
| J LAURIE COMMERCIAL FLOORS INC | 09-51598 |
| KALEE INVESTMENTS and PRINCIPLE EQUITY PROPERTIES | 09-51701 |
| KELLY SERVICE , INC. | 09-51703 |
| KING OFFICE SERVICES | 09-51704 |
| KOFAX INC. d/b/a KOFAX IMAGE PRODUCTS | 09-51705 |
| LADENBURG THALMANN & COMPANY | 09-51706 |
| TALMAN LARMEE d/b/a LARMEE EXECUTIVE SEARCH | 09-51775 |
| LARRY ELLIOTT | 09-51707 |
| LEHR CONSTRUCTION CORP | 09-51709 |
| LIPA | 09-51712 |
| LLOYD STAFFING | 09-51711 |
| MCKEE NELSON LLP | 09-51715 |
| MEDIA RECOVERY n/k/a DATASPAN | 09-51592 |

| Name | Adversary Proceeding # |
|---|---|
| MEETING MANAGMENT SERVICES | 09-51716 |
| COLLIERS MEREDITH & GREW | 09-51754 |
| METAVANTE CORP | 09-51717 |
| THE METROPOLITAN COMPANIES, INC. d/b/a METROPOLITAN TEMPORARIES | 09-51718 |
| MGIC INVESTOR SERVICE CORP | 09-51719 |
| MICHAEL JAMES INDUSTRIES INC | 09-51720 |
| MICROSOFT CORPORATION d/b/a MICROSOFT LICENSING, GP | 09-51722 |
| MODELYTICS  INC | 09-51723 |
| MONTAGE MANUFACTURING | 09-51724 |
| MORTGAGE CONTRACTING SERVICES | 09-51768 |
| MORTGAGE DATA MANAGEMENT CORP | 09-51725 |
| MORTGAGE GUARANTY INS. CO. | 09-51801 |
| MORTGAGE SUCCESS SOURCE LLC D/B/A MORTGAGE MARKET GUIDE | 09-51726 |
| MVCC SIERRA LLC d/b/a MOUNTAINVIEW CORP CENTRE SIERA | 09-51727 |
| NATIONAL ASSOCIATION OF MORTGAGE BROKERS A/K/A namb | 09-51774 |
| NEWSDAY INC | 09-51730 |
| NEWSDAY INC | 09-51821 |
| NEXTEL COMMUNICATIONS | 09-51732 |
| NOVASOFT INFORMATON TECHNOLOGY | 09-51733 |
| OAKWOOD CORPORATE HOUSING | 09-51780 |
| OCEAN PLACE RESORT & SPA | 09-51734 |
| OCWEN | 09-51802 |
| ODIE ENTERPRISES | 09-51735 |
| BEE CAVE CONTRACT, LLC d/b/a OFFICE FURNITURE NOW! | 09-51736 |
| ROBERT HAFT INTERNATIONAL d/b/a OFFICETEAM | 09-51737 |
| OFFICES BY DESIGN | 09-51738 |
| ON GUARD SECURITY SERVICES,INC | 09-51739 |
| OPEN ACCESS | 09-51779 |
| OPTIMOST | 09-51740 |
| OUTSOURCE SOLUTIONS LLC | 09-51742 |
| PARK NATIONAL BANK & TRUST | 09-51744 |
| PITNEY BOWES CREDIT CORP | 09-51778 |

| Name | Adversary Proceeding # |
|---|---|
| PIP PRINTING | 09-51755 |
| PLACEMENT SOLUTION, INC. | 09-51763 |
| PLANNED OFFICE | 09-51762 |
| PMC INVESTIGATIONS & SECURITY | 09-51761 |
| PITNEY BOWES d/b/a POSTAGE BY PHONE PLUS | 09-51760 |
| PROGRESS SOFTWARE | 09-51759 |
| PROMOTIONAL PRODUCTS PARTNERS | 09-51769 |
| PURCHASE POWER | 09-51759 |
| QUANTITATIVE RISK MANAGEMENT | 09-51758 |
| Qwest Business Svcs | 09-51729 |
| R.J. FOOTE FLOOR-IN-FASHION | 09-51728 |
| RADIAN CORPORATION | 09-51677 |
| RADIAN GUARANTY, INC | 09-51678 |
| RADIAN SERVICES LLC | 09-51679 |
| RAPID ACCESS COMMUNICATION ENT | 09-51680 |
| RECKSON OPERATING PTNRSHIP LP | 09-51681 |
| REGENT WOODLAND HILLS, LLC | 09-51682 |
| GODWIN REALTY, INC. d/b/a RE/MAX REAL ESTATE GROUP | 09-51753 |
| RESUME MIRROR | 09-51683 |
| RICHARD MICHAEL GROUP, INC. | 09-51684 |
| RMIC CORPORATION | 09-51685 |
| SHPS, INC. | 09-51657 |
| SHRED - IT | 09-51658 |
| SLO, LLC | 09-51659 |
| SPLENDOR LANDSCAPE DESIGN | 09-51661 |
| SPRINT | 09-51663 |
| STAFFSOLVE | 09-51666 |
| MCGRAW-HILL COMPANIES d/b/a STANDARD AND POOR'S | 09-51691 |
| S-TRON | 09-51692 |
| SUCCESS STRATEGIES INSTITUTE | 09-51675 |
| SYMPLEGADES | 09-51676 |
| TALX CORPORATION | 09-51621 |

| Name | Adversary Proceeding # |
|---|---|
| TECHNICAL BUSINESS | 09-51622 |
| TED GLASRUD ASSOCIATES, INC | 09-51623 |
| TEEM PLUMBING & HEATING | 09-51624 |
| TEK SYSTEMS | 09-51770 |
| THE DUNCAN GROUP | 09-51625 |
| THE GROWTH SOLUTIONS GROUP | 09-51694 |
| THE HUNTER GROUP INTERNATIONAL | 09-51626 |
| THE SRS GROUP INC | 09-51627 |
| THOUGHT DIGITAL, LLC | 09-51628 |
| TOSHIBA AMERICA BUSINESS SOLUTIONS INC. d/b/a TOSHIBA ELECTRONIC IMAGING | 09-51630 |
| TOWN PARK COMMONS | 09-51629 |
| TRANS VENDING SERVICES | 09-51632 |
| TRANS-BOX SYSTEMS, INC | 09-51631 |
| TRI M CONSTRUCTION | 09-51643 |
| TRUSTED FORCE | 09-51644 |
| UNITED VAN LINES, INC. | 09-51615 |
| VANCOUVERCENTER DEVELOPMENT | 09-51613 |
| VECTOR CONSULTING, INC | 09-51611 |
| TAX VERIFICATION BUREAU INC | 09-51619 |
| VICOM COMPUTER SERVICES, INC. | 09-51771 |
| WEBB MASON | 09-51772 |
| WEST PROPERTIES II & III L.P. | 09-51618 |
| WINSTON SUPPORT SERVICES LLC | 09-51606 |
| WYMAN STREET ADVISORS | 09-51603 |
| XEROX BUSINESS SERVICES | 09-51601 |
| ZENSAR TD,LLC | 09-51586 |

**SCHEDULING ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, [1] | Case No. 07-11047 (CSS)<br>(Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------------x

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Adv. Proc. Nos.<br>[See Attached Exhibit A] (CSS) |
| Plaintiff, | |
| - against - | |
| [SEE ATTACHED EXHIBIT A], | |
| Defendants. | |

------------------------------------------------------------------------x

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to each of the above-captioned adversary proceedings.

**IT IS HEREBY ORDERED THAT:**

1.     The above-captioned plaintiff (the "Plaintiff") and defendants (each a "Defendant" and, together with Plaintiff, the "Parties") shall complete the discovery planning conference described in Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026, by no later than December 18, 2009.

2.     The Parties shall exchange their initial disclosures under Fed. R. Civ. P. 26(a)(1), made applicable by Fed. R. Bankr. P. 7026, by no later than January 22, 2010.

---

[1]     The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/40184989v.1

3.  Written fact discovery (i.e., requests for the production of documents, interrogatories and requests for admission) may be served from and after January 25, 2010.  Fact depositions may be noticed for a date on or after April 23, 2010.  All fact discovery shall be noticed so as to be concluded by September 10, 2010.

4.  Mediation shall be conducted pursuant to the Court's General Order Regarding Procedures in Adversary Proceedings entered by the Honorable Mary F. Walrath on April 7, 2004 (as amended by general order entered on April 11, 2005) and as provided herein.  On or prior to April 12, 2010, the Parties shall file a stipulation regarding appointment of a mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding.  All mediations shall be concluded by August 6, 2010.

5.  Any expert report required pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue, not including any report by Plaintiff on insolvency of the Debtors, by October 15, 2010.  If any Defendant intends to provide expert testimony regarding the insolvency of the Debtors, any such expert report must be provided by October 15, 2010. Any Parties' expert report intended to rebut any other expert report, shall be provided by November 12, 2010.  All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B).  All expert discovery shall be completed, and discovery shall close, by January 28, 2011.

6.  All dispositive motions shall be filed and served by February 25, 2011, and shall be subject to Rule 7007 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

7.  The Court will hold a final status conference on a date to be determined, at which time the Court will consider (among other things) setting a trial date(s) for these proceedings.

8. The Parties shall comply with the General Order Re: Pretrial Procedures in Adversary Proceedings Set for Trial before Judge Christopher S. Sontchi.

9. Plaintiff shall file a status report every sixty (60) days after the date of this scheduling order, and thirty (30), twenty (20) and ten (10) days prior to trial, setting out the status of each unresolved adversary proceeding subject to this Order. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of any scheduled trial.

10. Deadlines contained in this Scheduling Order may be modified either by written consent of the Parties without further order of the Court or by the Court for good cause shown.

11. Plaintiff shall serve this Scheduling Order on each Defendant within five (5) business days after the entry of this Order.

Dated: November _____, 2009
       Wilmington, Delaware

                                                _____
                                                CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

| Name | Adversary Proceeding # |
|---|---|
| 197 FIRST AVENUE LLC | 09-51531 |
| 8965 EASTERN, LLC | 09-51532 |
| A-1 PROFESSIONAL CLEANING & MAINTENANCE SERVICES, INC | 09-51533 |
| Admiral Consulting Group | 09-51534 |
| ADVISOR CENTRIC | 09-51535 |
| MORTGAGE RESOURCE CENTER, INC. d/b/a ALLREGS | 09-51571 |
| AMC TRANSFER | 09-51536 |
| American Corporate Record Cntr | 09-51537 |
| AMERICAN SECURITY GROUP | 09-51587 |
| APOGEE EVENTS | 09-51588 |
| BALWEB, INC. | 09-51590 |
| BARSA CONSULTING GROUP | 09-51584 |
| BAYOU PLAZA ASSOCIATES | 09-51585 |
| BELLAGIO | 09-51591 |
| BERNARD HODES GROUP | 09-51538 |
| BLACKROCK FINANCIAL MGMT | 09-51540 |
| Bloomberg LP | 09-51541 |
| BR SEARCH | 09-51635 |
| BRADLEY MARKETING GROUP | 09-51542 |
| BRINK'S COMMUNICATIONS | 09-51543 |
| BROADRIDGE | 09-51544 |
| BROKER AGENT MAGAZINE | 09-51545 |
| BUILDING CHAMPIONS | 09-51546 |
| C F N FINANCIAL INC | 09-51547 |
| CABLEVISION LIGHTPATH | 09-51548 |
| CAPITAL CONTRACTORS INC | 09-51549 |
| CAREERBUILDER | 09-51550 |
| CB CONTRACTORS INC | 09-51551 |
| CHANDLER SIGNS | 09-51552 |
| CHECK PRINTERS, INC | 09-51553 |
| CLIENT SERVICES CUSTOMER CARE | 09-51555 |
| COLLEGIATE RELOCATION NETWORK | 09-51557 |

| Name | Adversary Proceeding # |
|---|---|
| COM-BELL SYSTEMS INC. | 09-51637 |
| COMSYS SERVICES | 09-51560 |
| CORELOGIC SYSTEMS INC | 09-51559 |
| CORPORATE RESOURCES GROUP | 09-51574 |
| CORPORATE TECHNOLOGIES INC | 09-51578 |
| CT Networks | 09-51580 |
| D.W. CONSULTING, INC. | 09-51773 |
| DARTMOUTH VENTURES LLC | 09-51593 |
| DELLA FEMINA ROTHSCHILD JEARY | 09-51594 |
| DELOITTE & TOUCHE LLP | 09-51596 |
| DELOITTE TAX LLP | 09-51595 |
| DESIGN CIRCLES | 09-51597 |
| DIALAMERICA MARKETING, INC | 09-51598 |
| DIGITAL DRAW NETWORK | 09-51599 |
| DIGITAL STORAGE SOLUTIONS | 09-51600 |
| DINERS CLUB | 09-51602 |
| DREW & ROGERS, INC. | 09-51604 |
| DYNAMIC PAINTING & RESTORATION | 09-51605 |
| EAST WEST HOLDINGS, LLC | 09-51636 |
| EECO ELECTRIC CORP | 09-51609 |
| ELITE FIRE PROTECTION, INC. | 09-51610 |
| ELLIE MAE, INC. | 09-51612 |
| ELYNX.LTD | 09-51638 |
| EMAGIC.COM, LLC | 09-51640 |
| EPLUS TECHNOLOGY, INC. | 09-51641 |
| EXECUTIVE MANAGEMENT | 09-51642 |
| EXPERIAN | 09-51767 |
| F & R LANDSCAPING, INC. | 09-51699 |
| FAIR ISAAC SOFTWARE INC | 09-51645 |
| FAIRMONT HOTEL | 09-51646 |
| FEDEX OFFICE AND PRINT SERVICES, INC. f/k/a FEDEX | 09-51648 |
| FIRST AMERICAN FLOOD DATA SVCS | 09-51649 |

| Name | Adversary Proceeding # |
|---|---|
| FNC | 09-51651 |
| FRONTRANGE SOLUTIONS USA | 09-51652 |
| GALAXIE COFFEE SERVICE, INC | 09-51653 |
| GREENBERG GLUSKER FIELDS | 09-51654 |
| GRYPHON NETWORKS | 09-51656 |
| HOMEBUYERS MARKETING, INC. II d/b/a HBM II FULFILLMENT CENTER | 09-51668 |
| HELIOS & MATHESON | 09-51664 |
| HERITAGE VILLAGE OFFICES | 09-51660 |
| HIGHLAND LAKES | 09-51665 |
| HIRERIGHT , INC. | 09-51667 |
| HOME DEPOT INCENTIVES INC. | 09-51669 |
| ILINC COMMUNICATIONS | 09-51687 |
| IRON MOUNTAIN OFF-SITE DATA PROTECTION INC. d/b/a IM- OFF SITE DATA PROTECTION | 09-51697 |
| INFOHIGHWAY COMMUNICATIONS | 09-51672 |
| INN ON BILTMORE ESTATE | 09-51673 |
| INNER WORKINGS | 09-51674 |
| INSIGHT | 09-51688 |
| INTERCITY AGENCY , INC | 09-51689 |
| IRON MOUNTAIN RECORDS MGMT | 09-51696 |
| J LAURIE COMMERCIAL FLOORS INC | 09-51598 |
| KALEE INVESTMENTS and PRINCIPLE EQUITY PROPERTIES | 09-51701 |
| KELLY SERVICE , INC. | 09-51703 |
| KING OFFICE SERVICES | 09-51704 |
| KOFAX INC. d/b/a KOFAX IMAGE PRODUCTS | 09-51705 |
| LADENBURG THALMANN & COMPANY | 09-51706 |
| TALMAN LARMEE d/b/a LARMEE EXECUTIVE SEARCH | 09-51775 |
| LARRY ELLIOTT | 09-51707 |
| LEHR CONSTRUCTION CORP | 09-51709 |
| LIPA | 09-51712 |
| LLOYD STAFFING | 09-51711 |
| MCKEE NELSON LLP | 09-51715 |
| MEDIA RECOVERY n/k/a DATASPAN | 09-51592 |

| Name | Adversary Proceeding # |
|---|---|
| MEETING MANAGMENT SERVICES | 09-51716 |
| COLLIERS MEREDITH & GREW | 09-51754 |
| METAVANTE CORP | 09-51717 |
| THE METROPOLITAN COMPANIES, INC. d/b/a METROPOLITAN TEMPORARIES | 09-51718 |
| MGIC INVESTOR SERVICE CORP | 09-51719 |
| MICHAEL JAMES INDUSTRIES INC | 09-51720 |
| MICROSOFT CORPORATION d/b/a MICROSOFT LICENSING, GP | 09-51722 |
| MODELYTICS INC | 09-51723 |
| MONTAGE MANUFACTURING | 09-51724 |
| MORTGAGE CONTRACTING SERVICES | 09-51768 |
| MORTGAGE DATA MANAGEMENT CORP | 09-51725 |
| MORTGAGE GUARANTY INS. CO. | 09-51801 |
| MORTGAGE SUCCESS SOURCE LLC D/B/A MORTGAGE MARKET GUIDE | 09-51726 |
| MVCC SIERRA LLC d/b/a MOUNTAINVIEW CORP CENTRE SIERA | 09-51727 |
| NATIONAL ASSOCIATION OF MORTGAGE BROKERS A/K/A namb | 09-51774 |
| NEWSDAY INC | 09-51730 |
| NEWSDAY INC | 09-51821 |
| NEXTEL COMMUNICATIONS | 09-51732 |
| NOVASOFT INFORMATON TECHNOLOGY | 09-51733 |
| OAKWOOD CORPORATE HOUSING | 09-51780 |
| OCEAN PLACE RESORT & SPA | 09-51734 |
| OCWEN | 09-51802 |
| ODIE ENTERPRISES | 09-51735 |
| BEE CAVE CONTRACT, LLC d/b/a OFFICE FURNITURE NOW! | 09-51736 |
| ROBERT HAFT INTERNATIONAL d/b/a OFFICETEAM | 09-51737 |
| OFFICES BY DESIGN | 09-51738 |
| ON GUARD SECURITY SERVICES,INC | 09-51739 |
| OPEN ACCESS | 09-51779 |
| OPTIMOST | 09-51740 |
| OUTSOURCE SOLUTIONS LLC | 09-51742 |
| PARK NATIONAL BANK & TRUST | 09-51744 |
| PITNEY BOWES CREDIT CORP | 09-51778 |

| Name | Adversary Proceeding # |
|---|---|
| PIP PRINTING | 09-51755 |
| PLACEMENT SOLUTION, INC. | 09-51763 |
| PLANNED OFFICE | 09-51762 |
| PMC INVESTIGATIONS & SECURITY | 09-51761 |
| PITNEY BOWES d/b/a POSTAGE BY PHONE PLUS | 09-51760 |
| PROGRESS SOFTWARE | 09-51759 |
| PROMOTIONAL PRODUCTS PARTNERS | 09-51769 |
| PURCHASE POWER | 09-51759 |
| QUANTITATIVE RISK MANAGEMENT | 09-51758 |
| Qwest Business Svcs | 09-51729 |
| R.J. FOOTE FLOOR-IN-FASHION | 09-51728 |
| RADIAN CORPORATION | 09-51677 |
| RADIAN GUARANTY, INC | 09-51678 |
| RADIAN SERVICES LLC | 09-51679 |
| RAPID ACCESS COMMUNICATION ENT | 09-51680 |
| RECKSON OPERATING PTNRSHIP LP | 09-51681 |
| REGENT WOODLAND HILLS, LLC | 09-51682 |
| GODWIN REALTY, INC. d/b/a RE/MAX REAL ESTATE GROUP | 09-51753 |
| RESUME MIRROR | 09-51683 |
| RICHARD MICHAEL GROUP, INC. | 09-51684 |
| RMIC CORPORATION | 09-51685 |
| SHPS, INC. | 09-51657 |
| SHRED - IT | 09-51658 |
| SLO, LLC | 09-51659 |
| SPLENDOR LANDSCAPE DESIGN | 09-51661 |
| SPRINT | 09-51663 |
| STAFFSOLVE | 09-51666 |
| MCGRAW-HILL COMPANIES d/b/a STANDARD AND POOR'S | 09-51691 |
| S-TRON | 09-51692 |
| SUCCESS STRATEGIES INSTITUTE | 09-51675 |
| SYMPLEGADES | 09-51676 |
| TALX CORPORATION | 09-51621 |

| Name | Adversary Proceeding # |
|---|---|
| TECHNICAL BUSINESS | 09-51622 |
| TED GLASRUD ASSOCIATES, INC | 09-51623 |
| TEEM PLUMBING & HEATING | 09-51624 |
| TEK SYSTEMS | 09-51770 |
| THE DUNCAN GROUP | 09-51625 |
| THE GROWTH SOLUTIONS GROUP | 09-51694 |
| THE HUNTER GROUP INTERNATIONAL | 09-51626 |
| THE SRS GROUP INC | 09-51627 |
| THOUGHT DIGITAL, LLC | 09-51628 |
| TOSHIBA AMERICA BUSINESS SOLUTIONS INC. d/b/a TOSHIBA ELECTRONIC IMAGING | 09-51630 |
| TOWN PARK COMMONS | 09-51629 |
| TRANS VENDING SERVICES | 09-51632 |
| TRANS-BOX SYSTEMS, INC | 09-51631 |
| TRI M CONSTRUCTION | 09-51643 |
| TRUSTED FORCE | 09-51644 |
| UNITED VAN LINES, INC. | 09-51615 |
| VANCOUVERCENTER DEVELOPMENT | 09-51613 |
| VECTOR CONSULTING, INC | 09-51611 |
| TAX VERIFICATION BUREAU INC | 09-51619 |
| VICOM COMPUTER SERVICES, INC. | 09-51771 |
| WEBB MASON | 09-51772 |
| WEST PROPERTIES II & III L.P. | 09-51618 |
| WINSTON SUPPORT SERVICES LLC | 09-51606 |
| WYMAN STREET ADVISORS | 09-51603 |
| XEROX BUSINESS SERVICES | 09-51601 |
| ZENSAR TD,LLC | 09-51586 |