# Notice Recipients

District/Off: 0311–1                  User: Leslie                      Date Created: 11/16/2009

Case: 07–11047–CSS                Form ID: ntcBK                  Total: 22

**Recipients of Notice of Electronic Filing:**

ust    United States Trustee       USTPREGION03.WL.ECF@USDOJ.GOV
aty    Michael S. Neiburg          bankfilings@ycst.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db     American Home Mortgage Holdings, Inc.          538 Broadhollow Road          Melville, NY 11747
aty    Curtis J Crowther       Young, Conaway, Stargatt &Taylor       The Brandywine Building          1000 West Street, 17th Floor       P.O. Box 391       Wilmington, DE 19899–0391
aty    Donald J. Bowman, Jr.       Young, Conaway, Stargatt &Taylor          1000 West Street       17th Floor       Wilmington, DE 19801
aty    Edward J. Kosmowski          Young, Conaway, Stargatt &Taylor          1000 West Street, 17th Floor       PO Box 391       Wilmington, DE 19899
aty    Edwin J. Harron       Young, Conaway, Stargatt &Taylor       The Brandywine Building          1000 West Street, 17th Floor       PO Box 391       Wilmington, DE 19899–0391
aty    Erin Edwards       Young, Conaway, Stargatt &Taylor       The Brandywine Building       17th Floor       1000 West Street       Wilmington, DE 19801
aty    Joel A. Waite       Young, Conaway, Stargatt &Taylor       The Brandywine Bldg.       1000 West Street, 17th Floor       PO Box 391       Wilmington, DE 19899–0391
aty    Kara Hammond Coyle       Young Conaway Stargatt &Taylor LLP       1000 West St., 17th Floor       Brandywine Building       Wilmington, DE 19801
aty    Kenneth J. Enos       Young, Conaway, Stargatt &Taylor       1000 West Street       17th Floor       Wilmington, DE 19801
aty    Margaret Whiteman Greecher       Young, Conaway, Stargatt &Taylor          1000 West Street       17th Floor       Wilmington, DE 19801
aty    Matthew Barry Lunn       Young, Conaway, Stargatt &Taylor       The Brandywine Building, 17th Floor       1000 West Street       PO Box 391       Wilmington, DE 19899
aty    Nathan D. Grow       Young Conaway Stargatt &Taylor, LLP       The Brandywine Bldg.       17th Floor       Wilmington, DE 19801–0391
aty    Patrick A. Jackson       Young Conaway Stargatt &Taylor, LLP       The Brandywine Bldg 17th Fl,1000 West St       Wilmington, DE 19801
aty    Pauline K. Morgan       Young, Conaway, Stargatt &Taylor          1000 West Street, 17th Floor       PO Box 391       Wilmington, DE 19899–0391
aty    Quinn Emanuel       Quinn Emanuel Urquhart Oliver &Hedges
aty    Robert S. Brady       Young, Conaway, Stargatt &Taylor       The Brandywine Bldg.       1000 West Street, 17th Floor       PO Box 391       Wilmington, DE 19899–0391
aty    Ryan M. Bartley       Young Conaway Stargatt &Taylor, LLP       The Brandywine Building          1000 West Street       17th Fl.       Wilmington, DE 19801
aty    Sean Matthew Beach       Young, Conaway, Stargatt &Taylor       The Brandywine Building, 17th Floor       1000 West Street       PO Box 391       Wilmington, DE 19899
aty    Sharon M Zieg       Young, Conaway, Stargatt &Taylor       The Brandywine Bldg., 17th Floor       1000 West Street       PO Box 391       Wilmington, DE 19899
aty    Travis N. Turner       Young Conaway Stargatt &Taylor, LLP       The Brandywine Bldg., 17th Fl.       1000 West Street       Wilmington, DE 19801

TOTAL: 20