# **<u>EXHIBIT A</u>**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555      Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,  October 1, 2009 to October 31, 2009
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue  Invoice No. 33144
New York, NY 10022
**Attention:**   Mark T. Power, Esquire

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 0.80 | 200.00 |
| B25 | Fee Applications, Applicant - | 2.70 | 635.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 8.90 | 2,770.30 |
| | **Total** | **12.40** | **$3,605.30** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Rick S. Miller | 350.00 | 8.30 | 2,800.30 |
| Steven G. Weiler | 250.00 | 1.90 | 475.00 |
| Legal Assistant - DRS | 150.00 | 0.20 | 30.00 |
| Legal Assistant - MH | 150.00 | 2.00 | 300.00 |
| **Total** | | **12.40** | **$3,605.30** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                       **$655.61**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-01-09 | *Fee Applications, Applicant* - Trade e-mails with legal assistant re preparation of Sept. 09 fee application | 0.10 | SGW |
| Oct-02-09 | *Fee Applications, Applicant* - review time records | 0.20 | RSM |
| Oct-05-09 | *Fee Applications, Applicant* - e-mail correspondence with SGW re: filing CNO to FJ&P fee app | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review docket re objection to Ferry, Joseph & Pearce's July-Aug. 09 fee application and advise RSM re same | 0.10 | SGW |
| Oct-06-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review JPM answer and counterclaim | 0.30 | RSM |
| Oct-07-09 | *Fee Applications, Applicant* - review September 09 time records | 0.20 | RSM |
| | *Fee Applications, Applicant* - Trade e-mails with RSM re filing certificate of no objection re Ferry, Joseph & Pearce's July-Aug. 09 fee application | 0.10 | SGW |
| Oct-08-09 | *Case Administration* - review Court order setting omnibus dates | 0.10 | RSM |
| | *Case Administration* - review agenda for 10/13/09 hearing | 0.10 | RSM |
| | *Fee Applications, Applicant* - review Certificate of No Objection re: FJ&P 1st and 2nd fee app | 0.10 | RSM |
| | *Fee Applications, Applicant* - e-mail to Debtors counsel re: FJ&P monthly fee app cno | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - trade e-mails with Mr. Morris re: scheduling teleconference | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review Court rules; review draft e-discovery disclosures | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - attend teleconference with co-counsel and Debtors re: scheduling | 0.50 | RSM |
| | *Case Administration* - Create payments received chart | 0.10 | MH |
| | *Case Administration* - Create fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve certificate of no objection re July-Aug. 09 fee application | 0.20 | MH |
| Oct-09-09 | *Case Administration* - Allocate payment received re July-Aug 09 fee application; provide supporting documents to accounting | 0.10 | MH |
| | *Fee Applications, Applicant* - Modify Ferry, Joseph & Pearce's Sept. invoice; prepare Notice, Fee Application and Certificate of Service re same | 0.70 | MH |
| Oct-12-09 | *Fee Applications, Applicant* - review FJ&P 3rd monthly fee app | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Mr. Morris re: scheduling | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review RSM's note re Sept. 09 fee application; confer with M. Hedden re same | 0.10 | SGW |
| | *Fee Applications, Applicant* - Revise Sept. 09 fee application for filing on 10/15/09 | 0.10 | MH |
| Oct-13-09 | *Litigation/Adversary Proceedings (Non-Claims)* - trade e-mails with Mr. Morris re: scheduling of telephone conference | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. Morris re: scheduling | 0.10 | RSM |
| Oct-15-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Irving re: scheduling | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review agenda for telephone conference | 0.20 | RSM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation/Adversary Proceedings (Non-Claims)* - review draft stipulation re: FRE 502(d) | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - attend teleconference with co-counsel | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - attend teleconference with opposing counsel | 0.50 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and arrange service of Sept. fee application | 0.30 | MH |
| Oct-16-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail correspondence from Ms. Irving re: scheduling order | 0.10 | RSM |
| Oct-19-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. Morris re: extension request | 0.10 | RSM |
| Oct-20-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review draft scheduling order; e-mail to Ms. Irving | 0.30 | RSM |
| Oct-21-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Ms. Irving re: scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Mr. Morris | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Mr. McGuire to Ms. Irving re: scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Irving re: scheduling order | 0.10 | RSM |
| Oct-22-09 | *Litigation/Adversary Proceedings (Non-Claims)* - trade e-mails with Ms. Irving re: telephonic appearance | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Mr. Beach re: stipulation | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Irving | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re: proposed scheduling order | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - File proposed scheduling order | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - schedule Court Call; confer with RSM | 0.20 | DRS |
| Oct-23-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review stipulation; e-mail correspondence with co-counsel | 0.20 | RSM |
| Oct-26-09 | *Litigation/Adversary Proceedings (Non-Claims)* - teleconference with Court chambers re: 10/27/09 hearing | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail to co-counsel and Debtor's counsel re: certification of counsel | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - trade e-mails with Mr. Morris re: certification of counsel | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Ms. Edwards re: certification of counsel | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - prepare certificate of counsel | 0.80 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review certificate of counsel | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - miscellaneous e-mails re: certification of counsel | 0.10 | RSM |

|  |  |  |  |
|---|---|---|---|
|  | *Litigation/Adversary Proceedings (Non-Claims)* - confer with SGW re: filing certification of counsel | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - teleconference with Judge's chambers re: filing of certification of counsel | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Morris | 0.10 | RSM |
|  | *Fee Applications, Applicant* - Trade e-mails with RSM re objection deadline and certificate of no objection re Sept. 09 fee application | 0.10 | SGW |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Revise, scan and file certificate of counsel re proposed scheduling order and stipulated order re same; arrange for service of same and advise RSM re same | 0.70 | SGW |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Prepare certificate of service re certificate of counsel; prepare for e-filing, e-file and serve same | 0.30 | MH |
| Oct-27-09 | *Case Administration* - E-mail correspondence with Ms. Edwards | 0.10 | RSM |
|  | *Case Administration* - E-mail to SGW re: service of scheduling order | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Review court orders; e-mail to co-counsel | 0.20 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Obtain signed scheduling order from adversary docket; prepare affidavit of service and service list re same; scan, file and serve same; advise RSM re same | 0.70 | SGW |
| Oct-30-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review draft request for production | 0.10 | RSM |
|  | Totals | 12.40 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Oct-06-09 | Blue Marble - copies 21.00; service 10.96 (Inv # 36271) | 31.96 |
|  | Blue Marble - copies 3.00; service 7.90 (Inv # 36300) | 10.90 |
|  | Blue Marble - copies 33.00; service 10.96 (Inv # 36247) | 43.96 |
| Oct-07-09 | Blue Marble - hand deliveries (Inv # 12395) | 20.00 |
| Oct-09-09 | Photocopy Cost | 0.80 |
|  | Pacer Service Center - 7/1/09-9/30/09 (RSM) Account # FJ0091 | 13.76 |
|  | Pacer Service Center - 7/1/09-9/30/09 (RSM) Account # FJ0091 | 9.36 |
|  | Blue Marble - copies 3.00; service 7.90 (Inv 36456) | 10.90 |
| Oct-12-09 | Blue Marble - copies 56.00; service 318.22 (Inv 36253) | 374.22 |
| Oct-14-09 | Blue Marble - hand deliveries (Inv # 12430) | 20.00 |
| Oct-19-09 | Pacer Service Center - 7/1/09-9/30/09 (SGW) Account # FJ0321 | 66.00 |
| Oct-23-09 | Blue Marble - hand deliveries (Inv # 12475) | 20.00 |
| Oct-26-09 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 5.40 |
| Oct-27-09 | Photocopy Cost | 0.60 |
| Oct-28-09 | Blue Marble - copies 18.00; service 8.55 (Inv #36573) | 26.55 |
|  | Totals | $655.61 |

**Total Fees & Disbursements**                              **$4,260.91**