IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) Case No. 07-11047-CSS |
| | ) |
| Inc., a Delaware Corporation, et.al., | ) (Jointly Administered) |
| Debtors | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Douglas J. Pettibone, Esquire, of the Law Office of Douglas J. Pettibone, to represent Mona Dobben in the above captioned action.

Dated: November 4, 2009

/s/ Vivian A. Houghton
Vivian A. Houghton    (DE Bar No. 2010)
800 West Street, 2nd Floor
Wilmington, Delaware 19801
302-658-0518

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, Federal Courts for United States District Court Central District, Unites States District Court for the Northern District of California, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Douglas J. Pettibone
Law Office of Douglas J. Pettibone
17848 Sky Park Circle, Suite C
Irvine, CA 92614
714-730-9091

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States Bankruptcy Judge