IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :   Jointly Administered
       Debtors.                                                     :
                                                                    :   Ref. Docket Nos. 7084, 7194, 7234,
                                                                    :   7392, 7407, 7544, 7939, 8076 and
                                                                    :   8079
------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
REGARDING DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On September 4, 2007, Adele Elder-Hill filed claim numbered 251 ("Claim 251") asserting an unsecured priority claim in the amount of $11,156.25 on account of unpaid notice pay and unused vacation time.

On March 6, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed their Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 7084]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge Claim 251 on the grounds that Ms. Elder-Hill was an at-will employee not entitled to any pay claimed after her termination date. In addition, the Debtors

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

argued that Ms. Elder-Hill was not entitled to any amount claimed on account of unused vacation because she was an executive and therefore not entitled to paid time away from the office.

On or about March 18, 2009, Ms. Elder-Hill filed a response to the Objection [Docket No. 7194] (the "Response") contending that she is entitled to the full amount claimed pursuant to her employment contract. On April 6, 2009, the Court entered an order [Docket No. 7234] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 251.

Following good faith negotiations and further review of the Debtors' relevant records and additional documentation provided by Ms. Elder-Hill, the parties have agreed to allow Claim 251 as an unsecured priority claim in the amount of $7786.51 against American Home Mortgage Holdings, Inc. (Case No. 07-11047). A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: November 17, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*

Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                      : Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                      : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                          :
                                                            : Jointly Administered
   Debtors.                                                 :
                                                            : Ref. Docket Nos. 7084, 7194, 7234,
                                                            : 7392, 7407, 7544, 7939, 8076 and
                                                            : 8079
---------------------------------------------------------------------------- x

**CONSENSUAL TWELFTH ORDER REGARDING DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the thirty-first omnibus (substantive) objection (the "Objection") [Docket No. 7084] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 7234] on April 6, 2009; and the Objection having been adjourned with respect to various proofs of claim, including proof of claim numbered 251 filed by Adele Elder-Hill ("Claim 251"); and the Debtors and Ms. Elder-Hill having agreed that Claim 251 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 251 is hereby modified and allowed as an unsecured priority claim in the amount of $7786.51 against American Home Mortgage Holdings, Inc. (Case No. 07-11047); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       November __, 2009

                                           CHRISTOPHER S. SONTCHI
                                           UNITED STATES BANKRUPTCY JUDGE