IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :  Jointly Administered
     Debtors.                                                          :
                                                                       :  **Ref. Docket Nos. 7084, 7202,**
                                                                       :  **7234, 7629 & 7939**
---------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING AMENDED ORDER IN
CONNECTION WITH DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On March 6, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed their thirty-first omnibus (substantive) objection (the "Objection") [Docket No. 7084]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge claim numbered 8026 ("Claim 8026") filed by Faith Camille Wilkinson on the grounds that Ms. Wilkinson is not entitled to the amounts claimed pursuant to the terms of her employment contract. Ms. Wilkinson filed a response [Docket No. 7202] asserting that she is entitled to an unsecured priority claim in the amount of $12,000 because she was employed at the time the sign-on bonus was payable.

On April 6, 2009, the Court entered an order [Docket No. 7234] sustaining the Objection in part and adjourning the Objection with respect to various proofs of claim including

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Claim 8026. On or about July 22, 2009, the Debtors filed their supplemental declaration in support of the Objection [Docket No. 7629] (the "Supplemental Declaration"). By the Supplemental Declaration, the Debtors asserted that Ms. Wilkinson was terminated on August 3, 2007 and the scheduled payment date for the claimed sign-on bonus was August 10, 2007. Accordingly, pursuant to the terms of her employment contract, Ms. Wilkinson was not entitled to a sign-on bonus and Claim 8026 should be expunged.

On August 11, 2009, the Court held a hearing to consider, *inter alia*, the Objection as it relates to Claim 8026. After consideration of the Supplemental Declaration and the lack of any further response by Ms. Wilkinson, the Court entered a ruling on the record with respect to Claim 8026 pursuant to which such claim was expunged and disallowed in its entirety. The Debtors submitted a proposed form of order intended to reflect the Court's ruling with respect to Claim 8026. The Court entered the order [Docket No. 7939] (the "Order") on August 11, 2009. A copy of the Order is attached hereto as Exhibit A.

The Debtors subsequently reviewed the Order and noted that language expunging Claim 8026 had been inadvertently omitted. A proposed form of amended order (the "Amended Order") which expunges Claim 8026 and reflects the current adjournment status of the Objection with respect to certain proofs of claim is attached hereto as Exhibit B. For the convenience of the Court, the Debtors have attached a blackline comparison of word versions of the original form of proposed order with the Amended Order, which is attached hereto as Exhibit C.

Based on the foregoing, the Debtors respectfully request that the Court enter the Amended Order at its earliest convenience.

Dated: November 17, 2009
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Michael S. Neiburg*

---

Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Amended Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

    Debtors.

------------------------------------------------------------------------ x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Ref. Docket Nos. 7084, 7202, 7234, 7629 & 7939**

## AMENDED ORDER WITH RESPECT TO DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-first omnibus (substantive) objection (the "Objection") [Docket No. 7084] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto filed by Faith Camille Wilkinson [Docket No. 7202]; and the Court having sustained the Objection in part [Docket No. 7234] and adjourning the Objection with respect to various proofs of claim including claim number 8026 ("Claim 8026") filed by Ms. Wilkinson; and the Debtors having filed their supplemental declaration in support of the Objection [Docket No. 7629]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having conducted a hearing on August 11, 2009 to consider the Objection and Claim 8026; and sufficient cause appearing thereof; it is hereby

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 8026 filed by Ms. Wilkinson is hereby disallowed and expunged in its entirety; and it is further

ORDERED that the Objection with respect to the proofs of claim filed by Norman Loftis [Claim No. 8983], Adele Elder-Hill [Claim No. 251], Douglas Houston [Claim No. 2196], David Michaud [Claim No. 7184], and Joseph W. Bartolotta [Claim Nos. 1906 and 6924] is hereby adjourned; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      November __, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT B

**Blackline Comparison**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
       Debtors.                                                    :
                                                                   :   **Ref. Docket Nos. 7084, 7202,**
                                                                   :   **7234,** ~~7392, 7407, 7504, 7544 and~~
                                                                   :   **7629 & 7939**
------------------------------------------------------------------ x

### ~~NINTH~~AMENDED ORDER ~~SUSTAINING~~ WITH RESPECT TO DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-first omnibus (substantive) objection (the "Objection") [Docket No. 7084] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto filed by Faith Camille Wilkinson [Docket No. 7202]; and the Court having ~~entered an order sustaining~~sustained the Objection in part [Docket No. 7234] and adjourning the Objection with respect to various proofs of claim including claim number 8026 ("Claim 8026") filed by Ms. Wilkinson; and the Debtors having filed their supplemental declaration in support of the Objection [Docket No. 7629]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having conducted a hearing on August 11, 2009 to consider the Objection and Claim 8026; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

<u>ORDERED that Claim 8026 filed by Ms. Wilkinson is hereby disallowed and expunged in its entirety; and it is further</u>

ORDERED that the Objection with respect to the proofs of claim filed by Norman Loftis [Claim No. 8983], ~~Champion & Associates [Claim No. 7968],~~ Adele Elder-Hill [Claim No. 251], ~~Randall Barwick [Claim No. 305],~~ Douglas Houston [Claim No. 2196], David Michaud [Claim No. 7184], ~~Voyager Indemnity Insurance Company [Claim No. 7965],~~ and Joseph W. Bartolotta [Claim Nos. 1906 and 6924]~~, and Promotional Products Partners [Claim No. 10511]~~ is hereby adjourned; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
~~August~~<u>November</u> __, 2009

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2