## EXHIBIT A

AHM - Fee Application Preparation/Fee Issues

**Statement Detail**

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 09/03/09 | ML4 | Prepare July Fee application - Exhibit B. | 3.30 |
| 09/08/09 | OMU | Review July fee application. | 0.70 |
| 09/09/09 | OMU | Review AHM July fee application. | 1.00 |
| 09/10/09 | OMU | Review AHM July fee application. | 2.50 |
| 09/11/09 | OMU | Revise fee application (.8); attend to issues regarding wire payments (.2). | 1.00 |
| 09/17/09 | OMU | Attend to billing issues. | 0.40 |
| 09/30/09 | ML4 | Prepare August fee application - Fee app, Exhibits A and B. | 4.60 |
| | | Total Hours | 13.50 |

14

<u>AHM – Lender Claims</u>

15

Statement Details

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/01/09 | JCT | Call w/ S. Beach, C. Provost re bondholder settlement (.3); review Bear Stearns appeal, call w/ Committee counsel, review next steps (.6). | 0.90 |
| 09/02/09 | JCT | Attend conf. call w/ Noteholders counsel, ZC, YCST re settlement points. | 0.50 |
| 09/03/09 | JMN | Review local appellate rules to determine filing requirements for appellee. | 0.90 |
| 09/11/09 | JCT | Review Triad Complaint (.1); call w/ YCST re same, responses (.1). | 0.20 |
| 09/14/09 | JMN | Prepare corporate disclosure and relevant notices for filing in Third Circuit (3.6); review bankruptcy docket to determine corporate relationships and parties with interest in matter (1.2). | 4.80 |
| 09/16/09 | JCT | Review appearance forms (.6); conf. w/ J. Nawaday re same and case status (.3). | 0.90 |
| 09/16/09 | JMN | Revise corporate disclosure statement and other forms for filing (2.5); attend to filing issues (.4); confer w/ J. Tecce (.3). | 3.20 |
| 09/18/09 | CC4 | Review and retrieve district court and bankruptcy docket for Bear Stearns, et al. v. American Home Mortgage. | 0.20 |
| 09/18/09 | JCT | Review Statement of Issues and items in Appellate Record for Wells Fargo appeal. | 0.50 |
| | | Total Hours | 12.10 |

16

**EXHIBIT B**

## Summary By Expenses Incurred

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 08/05/09 | Telephone | 13.03 |
| 09/03/09 | Printing | 1.30 |
| 09/04/09 | Printing | 2.90 |
| 09/08/09 | Printing | 3.00 |
| 09/10/09 | Printing | 3.00 |
| 09/11/09 | Printing | .10 |
| 09/11/09 | Printing | .50 |
| 09/11/09 | Printing | .10 |
| 09/11/09 | Printing | .10 |
| 09/11/09 | Printing | 2.50 |
| 09/11/09 | Printing | .10 |
| 09/11/09 | Printing | .10 |
| 09/16/09 | Printing | .50 |
| 09/18/09 | Printing | .40 |
| 09/18/09 | Printing | .60 |
| 09/30/09 | Printing | .60 |
| 09/30/09 | Printing | .90 |
| 09/30/09 | Printing | .30 |
| 09/30/09 | Printing | .30 |
| 09/30/09 | Printing | 2.00 |
| 09/30/09 | Online Research | .71 |
|  | **Total Expenses** | **$33.04** |