Change of Address

BARBARA J. KATZ
1106 BRYAN RD.
Evansville IN 47710

T.D    8/3/07
F.L    NY-MEL520B
A.S    29,757.00
GPS    1,087.85
N.P    725.59

Please send to new address
I would like the Money that
I deserve - Thank you
Barbara J. Katz

American Home Mortgage

**PLEASE PROVIDE THE CASE NAME AND CASE NUMBER SO THAT WE CAN PROCESS YOUR REQUEST.**
**THANK YOU.**

CASE # 07-11047 (CSS)
(Jointly Admistered)
Adv. Pro # 07-51688 - (CSS)