# EXHIBIT A

**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**OCTOBER 1, 2009, - OCTOBER 31, 2009**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|:---:|---|---:|---:|
| 1 | Blank Rome Fee/Employment Applications | 13.30 | $3,501.00 |
| 2 | Other Professionals' Fee/Employment Issues | 3.70 | $1,140.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 0.00 | $0.00 |
| 5 | Committee Business and Meetings | 0.00 | $0.00 |
| 6 | Case Administration | 4.10 | $531.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.50 | $225.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 1.40 | $875.00 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 3.60 | $1,174.00 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 2.20 | $579.50 |
| 22 | Preference Actions | 22.10 | $5,835.50 |
| | **TOTALS** | **50.90** | **$13,862.00** |

Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  01

| Oct 01 09 | EMAIL EXCHANGE WITH S. PUGH (NBH) INQUIRING AS TO STATUS OF BLANK ROME'S FEE APPLICATIONS | SENESE | 0.10 |
| Oct 06 09 | REVIEW, EDIT / CODE BLANK ROME'S SEPTEMBER TIME NARRATIVES IN PREPARATION FOR DRAFTING MONTHLY FEE APPLICATION | SENESE | 0.40 |
| Oct 07 09 | CONTINUED REVIEW, EDITING AND CODING OF BLANK ROME'S SEPTEMBER TIME NARRATIVES IN PREPARATION FOR DRAFTING ITS MONTHLY FEE APPLICATION | SENESE | 0.80 |
| Oct 09 09 | REVIEW AND EDIT 16TH INTERIM FEE APPLICATION | FATELL | 0.40 |
| Oct 09 09 | FINALIZE, FORMAT AND EFILE BLANK ROME'S SIXTEENTH COMBINED MONTHLY FEE APPLICATION AND EXTENSIVE EXHIBIT DOCUMENTATION (0.8); SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL P ARTIES LISTED ON THE 2002 SERVICE LIST FIRST CLASS MAIL (0.6) | SENESE | 1.30 |
| Oct 09 09 | FINALIZE, FORMAT AND EFILE BLANK ROME'S SEVENTEENTH MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST FIRST CLAS S MAIL | SENESE | 0.80 |
| Oct 13 09 | REVIEW, EDIT AND CODE BLANK ROME'S SEPTEMBER TIME NARRATIVES IN PREPARATION FOR DRAFTING ITS MONTHLY FEE APPLICATION | SENESE | 0.70 |
| Oct 13 09 | REVIEW / MONITOR BLANK ROME RECEIVABLES | SENESE | 0.10 |
| Oct 14 09 | REVIEW STATUS OF BLANK ROME RECEIVABLES | SENESE | 0.40 |
| Oct 14 09 | PREPARE BLANK ROME'S SIXTH INTERIM FEE APPLICATION | ROOT | 1.50 |
| Oct 15 09 | DRAFT NOTICE OF AND CERTIFICATE OF SERVICE / SERVICE LISTS WITH RESPECT TO BLANK ROME'S SIXTH INTERIM FEE APPLICATION; REVIEW AND FORMAT APPLICATION; ORGANIZE / FORMAT EXHIBITS THERETO; EFILE; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND ARRANGE FOR SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 |
| Oct 15 09 | CONTINUE PREPARING BLANK ROME'S SIXTH INTERIM FEE APPLICATION | ROOT | 1.20 |
| Oct 23 09 | EMAIL EXCHANGES WITH B. FATELL REGARDING 50% | SENESE | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | HOLDBACK VERSUS 20% HOLDBACK AND FOOTNOTE LANGUAGE (FEE APPLICATION) | | |
| Oct 26 09 | PREPARE BLANK ROME'S SEPTEMBER MONTHLY FEE APPLICATION | SENESE | 1.10 |
| Oct 27 09 | PREPARATION OF BLANK ROME'S SEPTEMBER MONTHLY FEE APPLICATION | SENESE | 2.40 |
| Oct 28 09 | EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BDO'S AUGUST MONTHLY FEE APPLICATION | SENESE | 0.10 |
| Oct 30 09 | REVIEW AND REVISE BLANK ROME FEE APPLICATION | FATELL | 0.30 |
| Oct 30 09 | REVISE, FINALIZE, FORMAT AND EFILE BLANK ROME'S SEPTEMBER MONTHLY FEE APPLICATION; SERVICE OF SAME UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 |

PROJECT CODE TOTALS  01                    TOTAL VALUE:   $3,501.00       13.30

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 02 | | | |
| Oct 08 09 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION BDO'S ELEVENTH INTERIM FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |
| Oct 09 09 | DETERMINE FILING RECEIPT NUMBER; EFILE MOTION FOR PRO HAC VICE ADMISSION (C. JARVINEN) | SENESE | 0.10 |
| Oct 09 09 | EMAILS WITH CO-COUNSEL C. JARVINEN REGARDING PRO HAC MOTION | CARICKHOFF | 0.20 |
| Oct 09 09 | REVIEW AND REVISE PRO HAC MOTION FOR C. JARVINEN (.2); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF PRO HAC MOTION (.2) | GUILFOYLE | 0.40 |
| Oct 13 09 | REVIEW ZUCKERMAN SPAEDER REPLY IN SUPPORT OF FIRST INTERIM FEE APPLICATION | CARICKHOFF | 0.40 |
| Oct 13 09 | COORDINATE DELIVERY OF PRO HAC MOTION AND ORDER TO CHAMBERS | GUILFOYLE | 0.10 |
| Oct 14 09 | REVIEW AND DISTRIBUTE ORDER APPROVING INTERIM FEE APPLICATIONS | SENESE | 0.10 |
| Oct 14 09 | REVIEW BDO'S SEPTEMBER MONTHLY FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |
| Oct 16 09 | REVIEW BDO'S TWENTY-FOURTH MONTHLY FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME EFILE AND SERVE | SENESE | 0.90 |
| Oct 22 09 | REVIEW AND APPROVE FOR FILING BDO FEE APPLICATION | FATELL | 0.30 |
| Oct 27 09 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BDO'S MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |
| PROJECT CODE TOTALS  02 | TOTAL VALUE:   $1,140.50 | | 3.70 |

Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 06 | | | |
| Oct 01 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Oct 01 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Oct 02 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Oct 05 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Oct 06 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Oct 07 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Oct 08 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.30 |
| Oct 09 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Oct 12 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Oct 13 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Oct 14 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Oct 15 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Oct 19 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.30 |
| Oct 20 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Oct 21 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Oct 22 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Oct 23 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Oct 26 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Oct 27 09 | UPDATE 2002 SERVICE LIST IN LIGHT OF MAIL RETURNED WITH NEW FORWARDING ADDRESS | SENESE | 0.20 |
| Oct 28 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Oct 29 09 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 0.70 |
| Oct 29 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.30 |
| Oct 30 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

PROJECT CODE TOTALS  06                    TOTAL VALUE:    $531.50        4.10

Project Code 7

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 07 | | | |
| Oct 13 09 | REVIEW BORROWER COMMITTEE OBJECTION TO DEBTORS' MOTION TO ABANDON AND DESTROY CERTAIN DOCUMENTS | CARICKHOFF | 0.50 |

| PROJECT CODE TOTALS 07 | TOTAL VALUE: | $225.00 | 0.50 |
|------|------|------|------|

Project Code 12

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  12 | | | |
| Oct 05 09 | TELEPHONE CALL TO B. FATELL | STORERO | 0.20 |
| Oct 05 09 | EMAIL D. BERLINER | STORERO | 0.20 |
| Oct 05 09 | CONFERENCE WITH D. BERLINER | STORERO | 0.40 |
| Oct 07 09 | EMAIL B. FATELL REGARDING STATUS OF D. BERLINER CALL | STORERO | 0.30 |
| Oct 15 09 | REVIEW EMAIL; EMAIL D. BERLINER | STORERO | 0.20 |
| Oct 21 09 | REVIEW EMAIL EMAIL B. FATELL | STORERO | 0.10 |

PROJECT CODE TOTALS  12                TOTAL VALUE:    $875.00         1.40

Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  17 | | | |
| Oct 08 09 | REVIEW AND DISTRIBUTE AGENDA FOR 10-13-09 HEARING | SENESE | 0.10 |
| Oct 08 09 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR 10-13-09 HEARING | SENESE | 0.10 |
| Oct 08 09 | REVIEW AGENDA AND MEET WITH L. SLOAN REGARDING SAME | CARICKHOFF | 0.40 |
| Oct 09 09 | REVIEW AND DISTRIBUTE AGENDA FOR HEARING ON 10-14 (WHICH HEARING WAS ORIGINALLY SCHEDULED FOR 10-13) | SENESE | 0.10 |
| Oct 09 09 | REVIEW AMENDED AGENDA AND EMAIL L. SLOAN REGARDING SAME | CARICKHOFF | 0.20 |
| Oct 09 09 | DISCUSS ATTENDANCE AT OCTOBER 13, 2009 HEARING WITH E. SLOAN | GUILFOYLE | 0.10 |
| Oct 13 09 | REVIEW AND DISTRIBUTE AGENDA FOR 10-14 (PREVIOUSLY SCHEDULED FOR 10-13-09) | SENESE | 0.10 |
| Oct 13 09 | REVIEW AMENDED AGENDA (.2); TELECONFERENCES WITH M. GREECHER REGARDING CNOS FOR JOINT SETTLEMENT MOTION AND JOINT MOTION TO SEAL (.2); REVIEW DOCKET REGARDING OPEN ISSUES (.2) | CARICKHOFF | 0.60 |
| Oct 13 09 | REVIEW AMENDED AGENDA AND DISCUSS WITH E. SLOAN | GUILFOYLE | 0.20 |
| Oct 14 09 | ATTEND HEARING | SLOAN | 1.60 |
| Oct 24 09 | REVIEW AND DISTRIBUTE AGENDA FOR 10-27 HEARING | SENESE | 0.10 |

PROJECT CODE TOTALS  17          TOTAL VALUE:    $1,174.00       3.60

Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  21 | | | |
| Oct 08 09 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS WITH RESPECT TO (I) JOINT SETTLEMENT MOTION AND (II) RELATED MOTION TO FILE UNDER SEAL; DRAFT CERTIFICATES OF NO OBJECTION WITH RESPECT TO EACH MOTION AND FORWARD TO D. CARICKHOFF FOR REVIEW AND EFILING APPROVAL | SENESE | 0.50 |
| Oct 08 09 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH THE COMMITTEE'S FIRST OMNIBUS MOTION TO SETTLE CERTAIN PREFERENCES; DRAFT CERTIFICATE OF NO OBJECTION AND FORWARD TO V. GUILFOYLE FOR EFILING APPROVAL | SENESE | 0.40 |
| Oct 08 09 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO (I) WARN SETTLEMENT MOTION AND (II) RELATED MOTION TO FILE EXHIBITS UNDER SEAL; EMAIL FORWARDING FILED DOCUMENTS TO DEBTORS' COUNSEL | SENESE | 0.20 |
| Oct 08 09 | REVIEW AND REVISE CNOS REGARDING JOINT MOTION TO APPROVE WARN ACT SETTLEMENT AND MOTION TO SEAL CERTAIN EXHIBITS TO SETTLEMENT AGREEMENT | CARICKHOFF | 0.30 |
| Oct 08 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Oct 13 09 | REVIEW OF DOCKET FOR PRO HAC MOTION; EMAILS WITH HAHN AND HESSEN RE: PRO HAC MOTION AND HEARING | SLOAN | 0.20 |
| Oct 14 09 | REVIEW AND DISTRIBUTE ORDER SCHEDULING FAIRNESS HEARING (WARN ACT MATTER) | SENESE | 0.10 |
| Oct 14 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Oct 22 09 | TELEPHONE CALL WITH S. TARR REGARDING AMEX | FATELL | 0.10 |
| Oct 22 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Oct 29 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

| PROJECT CODE TOTALS  21 | TOTAL VALUE: | $579.50 | 2.20 |
|---|---|---|---|

Project Code 22

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 In re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  22

| Oct 01 09 | REVIEW RECENT FILINGS (.2); PREPARE AND FILE NOTICES OF DISMISSAL (.4); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING NOTICES OF DISMISSAL (.1); REVIEW AND REVISE AMENDED COMPLAINT (.1); E-MAIL CORRESPONDENCE WITH K. SENESE AND E. SCHNITZER REGARDING AMENDED COMPLAINT (.1) | GUILFOYLE | 0.90 |
| Oct 02 09 | REVIEW, FORMAT AND EFILE AMENDED COMPLAINT (MCKEE NELSON); EMAIL TO AND TELEPHONE CALL FROM V. GUILFOYLE REGARDING PARTY MODIFICATION | SENESE | 0.30 |
| Oct 02 09 | EFILE CERTAIN SUMMONSES AND RELATED AFFIDAVITS OF SERVICE | SENESE | 0.70 |
| Oct 02 09 | E-MAIL CORRESPONDENCE WITH K. SENESE AND E. SCHNITZER REGARDING FILING OF AMENDED COMPLAINT (.1); REVIEW STIPULATION EXTENDING TIME (.1); E-MAIL CORRESPONDENCE WITH DEFENSE COUNSEL REGARDING STIPULATION EXTENDING TIME (.1); REVIEW SUMMONSES AND AFFID AVITS (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND K. SENESE REGARDING FILING SUMMONSES AND AFFIDAVITS (.1) | GUILFOYLE | 0.60 |
| Oct 05 09 | REVIEW RECENT FILLINGS | GUILFOYLE | 0.30 |
| Oct 07 09 | E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF SUMMONS AND AFFIDAVIT (.1); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING ANSWER TO COMPLAINT (.1); E-MAIL CORRESPONDENCE WITH E. PLANK AND E. SCHNITZER REGARDING DEFENSE COUNSEL REQUEST (.1) | GUILFOYLE | 0.30 |
| Oct 08 09 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING CERTIFICATE OF NO OBJECTION (.1); REVIEW CERTIFICATE OF NO OBJECTION (.1); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING CERTIFICATE OF NO OBJECTION | GUILFOYLE | 0.30 |
| Oct 09 09 | PREPARE CERTIFICATE OF NO OBJECTION BINDER REGARDING 9019 MOTION (.3); REVIEW ADVERSARY PROCEEDING STATUS CHART (.2) | GUILFOYLE | 0.50 |
| Oct 12 09 | FINALIZE AND COORDINATE HAND DELIVERY TO CHAMBERS REGARDING CERTIFICATE OF NO OBJECTION NOTEBOOK FOR COMMITTEE'S FIRST OMNIBUS MOTION APPROVING SETTLEMENTS WITH CERTAIN PREFERENCE DEFENDANTS AND LIMITING NOTICE THEREOF | MOODY | 0.40 |
| Oct 12 09 | OBTAIN AND REVIEW FILED CERTIFICATE OF NO OBJECTION (.1); PREPARE CERTIFICATE OF NO OBJECTION BINDER (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING CERTIFICATE OF NO | GUILFOYLE | 0.70 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | OBJECTION (.1); REVIEW RECENT FILINGS (.1); REVIEW SUMMONSES AND AFFIDAVITS OF SERVICE (.2) E-MAIL CORRESPONDENCE WITH H. PATWARDHAN AND K. SENESE REGARDING FILING OF SUMMONSES AND AFFIDAVITS OF SERVICE (.1) | | |
| Oct 13 09 | REVIEW AND DISTRIBUTE ORDER APPROVING COMMITTEE'S FIRST OMNIBUS MOTION REGARDING PREFERENCE SETTLEMENTS | SENESE | 0.10 |
| Oct 13 09 | EFILE CERTAIN SUMMONSES AND RELATED AFFIDAVITS OF SERVICE | SENESE | 0.50 |
| Oct 13 09 | OBTAIN, REVIEW AND FORWARD ORDER APPROVING PREFERENCE SETTLEMENTS TO E. SCHNITZER (.2); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF SUMMONSES AND AFFIDAVITS OF SERVICE (.1) | GUILFOYLE | 0.30 |
| Oct 15 09 | REVIEW, FINALIZE AND FORMAT COMMITTEE'S SECOND OMNIBUS 9019 MOTION RE SETTLEMENT OF PREFERENCES AND RELATED EXHIBIT DOCUMENTATION AND PLEADINGS (1.4); EMAIL EXCHANGES WITH E. SCHNITZER REGARDING MISSING EXHIBIT DOCUMENTS / AGREEMENTS (0.4); EMAIL EXC HANGES WITH E. SCHNITZER REGARDING MISSING PREFERENCE DEFENDANT ADDRESS INFORMATION (0.2); REVIEW EACH SETTLEMENT AGREEMENT TO COMPILE ADDRESS LIST OF PREFERENCE DEFENDANTS (0.4); DRAFT CERTIFICATE OF SERVICE / SERVICE LIST OF INTERESTED PARTIES AND PREFERENCE DEFENDANTS (0.2); EFILE SAME (0.2); SERVICE OF MOTION PACKAGE UPON INTERESTED PARTIES AND IMPACTED PREFERENCE DEFENDANTS VIA OVERNIGHT MAIL (0.7); SERVICE OF NOTICE OF THE MOTION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.3) | SENESE | 3.80 |
| Oct 15 09 | ATTEMPT TO EFILE AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT (BELLAGIO); EMAIL EXCHANGE WITH T. GUILFOYLE REGARDING SUMMONS NOT APPEARING ON DOCKET; FORMAT SUMMONS; EFILE SUMMONS AND THEN AFFIDAVIT OF SERVICE WITH RESPECT TO SAME | SENESE | 0.30 |
| Oct 15 09 | FINALIZE AND EFILE CERTIFICATE OF SERVICE REGARDING COMMITTEE'S SECOND 9019 MOTION REGARDING SETTLEMENTS WITH CERTAIN PREFERENCE DEFENDANTS | SENESE | 0.20 |
| Oct 15 09 | REVIEW SUMMONS AND AFFIDAVIT OF SERVICE (.1); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF SUMMONS AND AFFIDAVIT OF SERVICE (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER | GUILFOYLE | 1.40 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | REGARDING FILING AND SERVICE OF SECOND OMNIBUS 9019 MOTION (.1); REV IEW SECOND OMNIBUS 9019 MOTION, NOTICE, PROPOSED FORM OF ORDER, CERTIFICATE OF SERVICE AND ACCOMPANYING SETTLEMENT AGREEMENTS (.5); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING FILING AND SERVICE OF SECOND OMNIBUS 9019 MOT ION (.2); REVIEW PREFERENCE STATUS CHART (.1); COORDINATE SERVICE OF 9019 MOTION (.2) | | |
| Oct 16 09 | SUPPLEMENTAL SERVICE OF COMMITTEE'S SECOND 9019 MOTION | SENESE | 0.10 |
| Oct 16 09 | FORMAT AND EFILE NOTICE OF VOLUNTARY DISMISSAL (USPS) | SENESE | 0.10 |
| Oct 16 09 | PREPARE SECOND OMNIBUS 9019 MOTION FOR SUPPLEMENTAL SERVICE (.2); PREPARE NOTICE OF DISMISSAL (.2); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF NOTICE OF DISMISSAL AND AFFIDAVITS OF SERVICE (.1); E-MAIL CORRESPONDENCE WITH J. ZAWADZKI RE GARDING FILING OF NOTICE OF DISMISSAL (.1); E-MAIL CORRESPONDENCE WITH Z. VIRANI REGARDING FILLING OF AFFIDAVITS OF SERVICE | GUILFOYLE | 0.70 |
| Oct 19 09 | FORMAT AND EFILE AMENDED COMPLAINT (PITNEY BOWES CREDIT) | SENESE | 0.30 |
| Oct 19 09 | REVIEW AND REVISE AMENDED COMPLAINT (.2); E-MAIL CORRESPONDENCE WITH K. SENESE, N. RIGANO AND E. SCHNITZER REGARDING FILING OF AMENDED COMPLAINT (.2); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH DEFENSE COUNSEL REGARDING EXTENSIONS OF TIME TO ANSWER COMPLAINTS (.3); E-MAIL CORRESPONDENCE WITH E. PLANK REGARDING DEFENSE COUNSEL REQUEST (.1); DISCUSS PRETRIAL CONFERENCE NOTICE REQUIREMENTS WITH M. DEBAECKE (.2); TELEPHONE CONFERENCES WITH CHAMBERS REGARDING RESCHEDULING OF PRETRIAL CONFERE NCES (.2); OBTAIN AND REVIEW ORDER RESCHEDULING OMNIBUS HEARING DATES (.1); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH E. SCHNITZER REGARDING RESCHEDULING OF PRETRIAL CONFERENCE (.2) | GUILFOYLE | 1.50 |
| Oct 21 09 | DISCUSS AMERICAN EXPRESS PREFERENCE ACTION WITH AND SEND DOCUMENTS AND E-MAILS TO S. TARR (.3); REVIEW AND FORWARD SUMMONSES AND AFFIDAVITS OF SERVICE TO K. SENESE FOR FILING (.1); REVIEW RECENT FILINGS AND CORRESPONDENCE FROM DEFENSE COUNSEL (.1) | GUILFOYLE | 0.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Oct 22 09 | EFILE CERTAIN SECOND SUMMONSES AND RELATED AFFIDAVITS OF SERVICE | SENESE | 0.30 |
| Oct 22 09 | EMAIL EXCHANGE WITH H. PATWARDHAN REGARDING IMAGE OF LARRY ELLIOTT SUMMONS; EFILE CERTAIN ADDITIONAL SUMMONSES AND AFFIDAVITS | SENESE | 0.40 |
| Oct 22 09 | REVIEW SUMMONSES AND AFFIDAVITS OF SERVICE (.3); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING SUMMONSES AND AFFIDAVITS OF SERVICE (.1) | GUILFOYLE | 0.40 |
| Oct 26 09 | CONFER WITH T. GUILFOYLE REGARDING TURNING OVER FILES | TARR | 0.40 |
| Oct 27 09 | EFILE ADDITIONAL SUMMONS AND AFFIDAVIT OF SERVICE | SENESE | 0.10 |
| Oct 27 09 | OBTAIN AND REVIEW ORDER SCHEDULING OMNIBUS HEARING DATES (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING ORDER SCHEDULING OMNIBUS HEARING DATES (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND J. ORBACH REGARDING FILING OF NEW COMPLAINTS (.1 ) | GUILFOYLE | 0.30 |
| Oct 28 09 | PREPARE AND FORWARD NOTICE OF VOLUNTARY DISMISSAL TO K. SENESE (.2) | GUILFOYLE | 0.20 |
| Oct 28 09 | REVIEW FILE AND CONFER WITH E. SCHNITZER RE CASE STATUS AND PROTOCOL | TARR | 1.60 |
| Oct 29 09 | TELEPHONE FROM V. GILFOYLE REGARDING FILING OF ADDITIONAL COMPLAINTS (15 - 30) AND TIMEFRAME FOR DOING SO | SENESE | 0.10 |
| Oct 29 09 | FORMAT AND EFILE ROBERT HALF (OFFICETEAM) AMENDED COMPLAINT | SENESE | 0.20 |
| Oct 29 09 | FORMAT AND EFILE NOTICE OF DISMISSAL (ECI OWENSMOUTH) | SENESE | 0.10 |
| Oct 29 09 | RESEARCH AND PREPARATION FOR FILING PREFERENCE COMPLAINTS (1.3); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING FILING OF COMPLAINTS AND OMNIBUS HEARING DATES (.2); E-MAIL CORRESPONDENCE WITH DEBTORS' COUNSEL REGARDING OMNIBUS HEARING DATES (.1); DISCUSS FILING OF COMPLAINTS WITH K. SENESE (.2); REVIEW, REVISE AND FORWARD AMENDED COMPLAINTS TO K. SENESE FOR FILING (.4); DISCUSS PREFERENCE ACTION WITH S. TARR AND REVIEW AMENDED TOLLING AGREEMENT (.3) | GUILFOYLE | 2.50 |
| Oct 30 09 | TELEPHONE CALL FROM T. GUILFOYLE REGARDING FILING ADDITIONAL COMPLAINTS | SENESE | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Oct 30 09 | PREPARE AND FORWARD NOTICE OF DISMISSAL TO K. SENESE | GUILFOYLE | 0.20 |
| Oct 30 09 | EMAIL TO AMEX COUNSEL REGARDING TOLLING AGREEMENT | TARR | 0.40 |

PROJECT CODE TOTALS  22            TOTAL VALUE:   $5,835.50       22.10

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| REPORT TOTALS | TOTAL VALUE: 13,862.00 | | 50.90 |