# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
  **EIN:** 13−4066303

**Chapter:** 11

*Case No.*: 07−11047−CSS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 10/14/09 was filed on 11/16/09 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/7/09 .

If a request for redaction is filed, the redacted transcript is due 12/17/09 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/16/10 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 11/16/09

(ntc)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Leslie           Page 1 of 1           Date Rcvd: Nov 16, 2009
Case: 07-11047               Form ID: ntcBK         Total Noticed: 19

The following entities were noticed by first class mail on Nov 18, 2009.
db          +American Home Mortgage Holdings, Inc.,   538 Broadhollow Road,   Melville, NY 11747-2352
aty          Curtis J Crowther,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building,
               1000 West Street, 17th Floor,   P.O. Box 391,   Wilmington, DE  19899-0391
aty         +Donald J. Bowman, Jr.,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,
               Wilmington, DE 19801-1037
aty         +Edward J. Kosmowski,   Young, Conaway, Stargatt & Taylor,   1000 West Street, 17th Floor,
               PO Box 391,   Wilmington, DE 19899-0391
aty          Edwin J. Harron,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building,
               1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391
aty         +Erin Edwards,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building,   17th Floor,
               1000 West Street,   Wilmington, DE 19801-1053
aty          Joel A. Waite,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,
               1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391
aty         +Kara Hammond Coyle,   Young Conaway Stargatt & Taylor LLP,   1000 West St., 17th Floor,
               Brandywine Building,   Wilmington, DE 19801-1053
aty         +Kenneth J. Enos,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,
               Wilmington, DE 19801-1037
aty         +Margaret Whiteman Greecher,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,
               Wilmington, DE 19801-1037
aty         +Matthew Barry Lunn,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building, 17th Floor,
               1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391
aty          Nathan D. Grow,   Young Conaway Stargatt & Taylor, LLP,   The Brandywine Bldg.,   17th Floor,
               Wilmington, DE  19801-0391
aty         +Patrick A. Jackson,   Young Conaway Stargatt & Taylor, LLP,
               The Brandywine Bldg 17th Fl,1000 West St,   Wilmington, DE 19801-1037
aty          Pauline K. Morgan,   Young, Conaway, Stargatt & Taylor,   1000 West Street, 17th Floor,
               PO Box 391,   Wilmington, DE  19899-0391
aty          Robert S. Brady,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,
               1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391
aty         +Ryan M. Bartley,   Young Conaway Stargatt & Taylor, LLP,   The Brandywine Building,
               1000 West Street,   17th Fl.,   Wilmington, DE 19801-1053
aty         +Sean Matthew Beach,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building, 17th Floor,
               1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391
aty         +Sharon M Zieg,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg., 17th Floor,
               1000 West Street,   PO Box 391,   Wilmington, DE  19899-0391
aty         +Travis N. Turner,   Young Conaway Stargatt & Taylor, LLP,   The Brandywine Bldg., 17th Fl.,
               1000 West Street,   Wilmington, DE 19801-1050
The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Quinn Emanuel,   Quinn Emanuel Urquhart Oliver & Hedges
                                                                                            TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2009**                         **Signature:**   *Joseph Speetjens*