IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :  Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :  Jointly Administered
        Debtors.                                                         :
                                                                         :  **Ref. Docket Nos. 7084, 7202,**
                                                                         :  **7234, 7629 & 7939**
                                                                         :
------------------------------------------------------------------------ x

### AMENDED ORDER WITH RESPECT TO DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-first omnibus (substantive) objection (the "Objection") [Docket No. 7084] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto filed by Faith Camille Wilkinson [Docket No. 7202]; and the Court having sustained the Objection in part [Docket No. 7234] and adjourning the Objection with respect to various proofs of claim including claim number 8026 ("Claim 8026") filed by Ms. Wilkinson; and the Debtors having filed their supplemental declaration in support of the Objection [Docket No. 7629]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having conducted a hearing on August 11, 2009 to consider the Objection and Claim 8026; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 8026 filed by Ms. Wilkinson is hereby disallowed and expunged in its entirety; and it is further

ORDERED that the Objection with respect to the proofs of claim filed by Norman Loftis [Claim No. 8983], Adele Elder-Hill [Claim No. 251], Douglas Houston [Claim No. 2196], David Michaud [Claim No. 7184], and Joseph W. Bartolotta [Claim Nos. 1906 and 6924] is hereby adjourned; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       November 19, 2009

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE