**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------
In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.
---------------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Re Docket Nos. 6738 and 8191**
: **Hearing Date: December 14, 2009 @ 11:30 a.m.**

**NOTICE OF HEARING ON DECEMBER 14, 2009 AT 11:30 A.M.**
**[REGARDING DOCKET NOS. 6738 AND 8191]**

PLEASE TAKE NOTICE that on December 16, 2008, Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* ("Blank Rome"), filed its Fifth Interim Fee Application For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred for the Period of August 1, 2008 through October 31, 2008 [Dkt. 6738] (the "Fifth Interim Application").

PLEASE TAKE FURTHER notice that on October 15, 2009, Blank Rome, filed its Sixth Interim Fee Application For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred for the Period of November 1, 2008 through July 31, 2009 [Dkt. 8191] (the "Sixth Interim Application").

PLEASE TAKE FURTHER NOTICE that a hearing on the Fifth And Sixth Applications is scheduled for December 14, 2006 at 11:30 A.M. before The Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21833288v.1

Dated: November 20, 2009

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*