IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.*[1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By:  December 7, 2009 @ 4:00 p.m.**
: **Hearing Date:  December 14, 2009 @ 11:30 a.m.**

**NOTICE OF SEVENTH INTERIM FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *ET AL.***, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2009 THROUGH OCTOBER 31, 2009**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On November 20, 2009, the Seventh Interim Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of August 1, 2009 through October 31, 2009 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*).  By the Interim Application, Blank Rome LLP (*"Blank Rome"*) seeks the allowance and payment of compensation in the amount of $48,614.00 and reimbursement of expenses in the amount of $19,303.13 incurred in representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings, Inc., *et al.* (the *"Debtors"*) during the period of August 1, 2009 through October 31, 2009 (the *"Application Period"*).

---

[1]   The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.;

128189.01600/21832751v.1

2

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **December 7, 2009 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Interim Application will be scheduled at a date and time convenient to the Court.

Dated:   November 20, 2009

                    BLANK ROME LLP

                    */s/ Bonnie Glantz Fatell*
                    Bonnie Glantz Fatell (No. 3809)
                    David W. Carickhoff (No. 3715)
                    1201 Market Street, Suite 800
                    Wilmington, Delaware 19801
                    Telephone:     (302) 425-6400
                    Facsimile:      (302) 425-6464

                    *Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*

---

American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

2