# EXHIBIT A

**AMERICAN HOME MORTGAGE COMPANY**
**PROFESSIONAL BACKGROUND**
**AUGUST 1, 2009 - OCTOBER 31, 2009**

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $675.00 | 1.30 | $877.50 |
| Storreo, J. | Partner Since 1999 Member of PA Bar Since 1986, Area of Expertise - Public Companies | $625.00 | 1.4 | $875.00 |
| Sloan ,E. | Associate, Member of DE Bar Since 2006, Area of Expertise - Litigation | $275.00 | 1.8 | $495.00 |
| Tarr, S. | Associate, Member of DE Bar Since 2004, Area of Expertise - Financial Services | $410.00 | 2.40 | $984.00 |
| Guilfoyle, V. | Associate, Member of DE Bar Since 2008, Area of Expertise - Litigation | $255.00 | 42.60 | $10,863.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $450.00 | 18.20 | $8,190.00 |
| Senese, K. | Paralegal | $235.00 | 92.50 | $21,737.50 |
| David, C. | Paralegal | $215.00 | 1.20 | $258.00 |
| Morales, N | Paralegal | $270.00 | 4.00 | $1,080.00 |
| Moody, T. | Paralegal | $210.00 | 7.20 | $1,512.00 |
| Root, A. | Paralegal | $260.00 | 2.7 | $702.00 |
| Killen, R | Clerk | $100.00 | 10.40 | $1,040.00 |
| **Grand Total:** | | | **185.70** | **$48,614.00** |