# EXHIBIT B

**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**AUGUST 1, 2009, - OCTOBER 31, 2009**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 20.20 | $5,122.50 |
| 2 | Other Professionals' Fee/Employment Issues | 20.00 | $5,475.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 2.60 | $1,111.50 |
| 5 | Committee Business and Meetings | 0.60 | $270.00 |
| 6 | Case Administration | 10.90 | $1,319.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 1.10 | $495.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 1.40 | $875.00 |
| 13 | Stay Relief Issues | 0.30 | $135.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 2.50 | $931.50 |
| 17 | Hearings - Attendance/Preparation | 7.10 | $2,706.00 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 2.90 | $760.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 8.90 | $2,832.50 |
| 22 | Preference Actions | 107.20 | $26,580.00 |
| | TOTALS | 185.70 | $48,614.00 |