# Exhibit C

**AMERICAN HOME MORTGAGE COMPANY**
**EXPENSE SUMMARY**
**AUGUST 1, 2009 TO OCTOBER 31, 2009**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | | $0.24 |
| Reproduction of Documents | | $88.70 |
| Contracted Photocopying - Parcels | | $6,977.46 |
| Courier and Express Services | | $849.47 |
| Hand Delivery Service | | $417.50 |
| Special Mailing Charges | | $0.00 |
| Filing Fees | | $5,750.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $4,750.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Word Processing | | $0.00 |
| Record/Docket Searches | | $469.76 |
| **TOTAL** | | **$19,303.13** |