UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X   Chapter 11
In re                                              :
                                                   :   Case No. 07-11047 (CSS)
American Home Mortgage Holdings,                   :
Inc., *et al.*,                                    :   (Jointly Administered)
                                                   :
                        Debtors.                   :   **Related Docket No. ____**
---------------------------------------------------X


**ORDER DENYING DEBTORS' REQUEST
FOR ALLOWANCE AND PAYMENT OF SECTION 506(c) CLAIM[1]**

Upon consideration of Park National Bank's *Opposition* (the "Opposition") *to Debtors' Request for Allowance and Payment of Section 506(c) Claim* (the "Motion") and all papers related thereto, and this Court possessing jurisdiction to consider the Motion, and venue being proper, and the Court having determined that the legal and factual bases set forth in the Motion do not establish just cause for the relief requested in the Motion; and after due deliberation and sufficient cause appearing for entry of this Order, it is hereby,

**ORDERED**, that *Debtors' Request for Allowance and Payment of Section 506(c) Claim* motion is DENIED WITH PREJUDICE.


Dated: _____, 2009


                                          _____
                                          THE HONORABLE CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Opposition.