## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- X

In re:

American Home Mortgage Holdings, Inc., et al[1]

Debtors.

-------------------------------------------------------------- X

Chapter 11

Case No: 07-11047 (CSS)

Jointly Administered

## TWENTY-FIFTH MONTHLY APPLICATION OF BDO SEIDMAN, LLP FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| | |
|---|---|
| Name of Applicant: | BDO Seidman, LLP |
| Authorized To Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | Order Entered November 28, 2007, Effective August 14, 2007 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2009 – October 31, 2009 |
| Amount of Compensation[2] Sought as actual, reasonable and necessary: | $70,763.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,884.64 |

This is a:  __X__ monthly ____ interim ____ final application

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

[2] Pursuant to Compensation Procedures Order (as defined in the Application), BDO, in absence of any objections, will be entitled to an interim award representing 80% of fees incurred, during the period, in the amount of $56,610.40.

The total time expended for the preparation of previous monthly and/or interim application and related data approximately <u>7.3</u> hours and the corresponding compensation requested is approximately <u>$1,633.00.</u>

If this is not the first application filed, disclose the following for each prior application:

| # | Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expense |
| 1 | 12/05/07 | 08/14/07 – 10/31/07 | $307,193.00[3] | $335.00 | $300,000.00 | $335.00 |
| 2 | 01/15/08 | 11/01/07 – 11/30/07 | 69,213.00 | 0.00 | 69,213.00 | 0.00 |
| 3 | 02/06/08 | 12/01/07 – 12/31/07 | 67,678.00 | 0.00 | 67,678.00 | 0.00 |
| 4 | 02/21/08 | 01/01/08 – 01/31/08 | 111,229.50 | 86.10 | 111,229.50 | 86.10 |
| 5 | 04/04/08 | 02/01/08 – 02/29/08 | 121,759.00 | 77.00 | 121,759.00 | 77.00 |
| 6 | 05/02/08 | 03/01/08 – 03/31/08 | 154,248.25 | 297.89 | 154,248.25 | 297.89 |
| 7 | 05/28/08 | 04/01/08 – 04/30/08 | 166,200.00 | 386.82 | 166,200.00 | 386.82 |
| 8 | 07/09/08 | 05/01/08 – 05/31/08 | 155,589.00 | 95.44 | 155,589.00 | 95.44 |
| 9 | 07/23/08 | 06/01/08 – 06/30/08 | 139,311.00 | 13.00 | 139,311.00 | 13.00 |
| 10 | 08/22/08 | 07/01/08 – 07/31/08 | 177,126.25 | 215.41 | 177,126.25 | 215.41 |
| 11 | 10/06/08 | 08/01/08 – 08/31/08 | 171,253.50 | 427.16 | 171,253.50 | 427.16 |
| 12 | 10/29/08 | 09/01/08 – 09/30/08 | 147,217.50 | 521.07 | 147,217.50 | 521.07 |
| 13 | 11/25/08 | 10/01/08 – 10/31/08 | 76,574.50 | 2,089.14 | 76,574.50 | 2,089.14 |
| 14 | 01/23/09 | 11/01/08 – 11/30/08 | 91,064.50 | 1,521.51 | 91,064.50 | 1,521.51 |
| 15 | 01/30/09 | 12/01/08 – 12/31/08 | 86,601.00 | 1,577.06 | 86,601.00 | 1,577.06 |
| 16 | 02/24/09 | 01/01/09 – 01/31/09 | 169,019.25 | 1,611.01 | 169,019.25 | 1,611.01 |
| 17 | 03/17/09 | 02/01/09 – 02/28/09 | 143,971.00 | 2,336.50 | 143,971.00 | 2,336.50 |
| 18 | 04/22/09 | 03/01/09 – 03/31/09 | 180,780.50 | 1,681.00 | 180,780.50 | 1,681.00 |
| 19 | 05/19/09 | 04/01/09 – 04/3009 | 135,662.50 | 2,109.30 | 135,662.50 | 2,109.30 |
| 20 | 06/25/09 | 05/01/09 – 05/31/09 | 118,646.50 | 2,051.39 | 59,323.25 | 2,051.39 |
| 21 | 07/21/09 | 06/01/09 – 06/30/09 | 108,411.00 | 1,563.30 | 54,205.50 | 1,563.30 |
| 22 | 08/19/09 | 07/01/09 – 07/31/09 | 174,428.00 | 1,605.40 | 87,214.00 | 1,605.40 |
| 23 | 9/27/09 | 08/01/09 – 08/31/09 | 130,064.00 | 1,500.00 | 65,032.00 | 1,500.00 |
| 24 | 10/16/09 | 09/01/09 – 09/30/09 | 71,614.50 | 1,736.69 | 0.00 | 0.00 |
| | | **TOTAL** | **$3,274,855.25** | **$23,837.19** | **$2,930,270.00** | **$22,100.50** |

---

[3] The fees represented total services rendered during this period of $307,193.00.  Pursuant to a verbal agreement with the Committee, BDO agreed to defer payment of any compensation over $300,000 incurred during the first three (3) calendar months of the case until the end of the case at which time payment of such amount will be requested in a final application.  Therefore, BDO has deferred payment in the amount of $7,193.00 until final application (the "Deferred Compensation") as noted in the application filed.

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License To Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | | | | |
| Grand Total: ***See Exhibits A*** | | | | |
| Blended Rate: | $298.58 | | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| ACCOUNTS PAYABLE | 17.3 | $4,613.50 |
| TAX ISSUES | 5.4 | 1,384.00 |
| PREFERENCE ANALYSIS | 77.7 | 22,065.00 |
| LITIGATION CONSULTING | 4.6 | 1,507.00 |
| MEETINGS - DEBTOR | 36.9 | 10,593.00 |
| REPORT PREPARATION | 10.5 | 4,975.00 |
| MEETINGS WITH CREDITORS | 3.8 | 1,393.00 |
| BUSINESS ANALYSIS | 61.0 | 18,532.50 |
| COUNSEL DISCUSSIONS & COURT HEARINGS | 5.5 | 3,227.00 |
| FEE APPLICATIONS / MONTHLY STATEMENTS | 7.3 | 1,633.00 |
| TRAVEL TIME | 7.0 | 840.00 |
| **TOTAL:** | **237.0** | **$70,763.00** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Facsimile (with rates) | |
| Long Distance Telephone – *Court hearing via telephone* | |
| In-House Reproduction | |
| Filing/Court Fees | |
| Technology Services – Concordance Database Fee | $1,500.00 |
| Local Travel | $20.00 |
| Local Meals | 130.24 |
| Out-of-Town Travel | 234.40 |
| Meals – Travel | |
| Lodging | |
| Courier & Express Carriers | |
| Postage | |
| Miscellaneous – Internet Connection | |
| **TOTAL** | **$1,884.64** |

**BDO SEIDMAN, LLP**
WILLIAM K. LENHART
DAVID E. BERLINER
MARLENE RABINOWITZ
135 W 50th Street – 20th FL
New York, N.Y.  10020
Telephone Number:   (212) 885-8001
Facsimile Number:   (212) 515-2593

Financial Advisors to the Committee

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Case No.    07-11047 (CSS) |
| | ) | |
| American Home Mortgage Holdings, Inc., et al[1] | ) | Chapter 11   Jointly Administered |
| | ) | |
| | ) | Date: |
| Debtors. | ) | Time: |
| | | Place: |

TWENTY-FIFTH MONTHLY APPLICATION OF BDO SEIDMAN, LLP FOR APPROVAL
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

TO THE HONORABLE CHRISTOPHER S. SONTCHI,

UNITED STATES BANKRUPTCY JUDGE:

The independent public accounting firm of BDO Seidman, LLP ("BDO") hereby submits its Twenty-Fifth Monthly Application for Approval of Interim Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the period October 1, 2009 through October 31, 2009 (the "Application").  BDO respectfully represents:

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

# I.

## INTRODUCTORY STATEMENT

1.    BDO's Business Restructuring Services practice ("BRS") is a national team of responsive professionals, experienced in all aspects of loan workouts, restructuring and bankruptcy.  BRS has extensive experience representing trustees, debtors and virtually all classes of creditors and equity holders in both out-of-court and in-court workouts and restructuring. BRS has developed the methodologies, resources and expertise required for operational and financial restructuring, due diligence and financial analysis, pre-and post-bankruptcy planning and case administration, settlement and portfolio valuations, and investigative accounting.

2.    This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334(b).  Venue of this proceeding and this application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    On August 6, 2007, the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware.

4.    On August 14, 2007, the Office of the United States Trustee (the "U.S. Trustee"), at an organizational meeting of creditors, appointed the following seven unsecured creditors to serve as members of the Official Committee of Unsecured Creditors (the "Committee"):

   a.  Wilmington Trust Company;

   b.  United Parcel Service, c/o The Receivable Management Services Corporation, Its Agent;

   c.  The Bank of New York[2] Trust Company, N.A.;

   d.  Deutsche Bank National Trust Co.; as Trustee;

---

[2] The Bank of New York Trust Company, N.A resigned from the Committee effective 11/13/07.  The U.S. Trustee has appointed Law Debenture Trust Company of New York as a replacement member effective immediately.

    e.   Nomura Credit & Capital, Inc.;

    f.   Impac Funding Corporation; and

    g.   Waldners[3] Business Environments, Inc.

5.    The Committee elected James McGinley of Wilmington Trust Company, as Trustee, and Steven Sass, Esq. of The Receivable Management Services Corporation, Agent for United Parcel Service, as Co-Chairpersons of the Committee. The Committee then selected H&H as its counsel, the law firm of Blank Rome LLP as co-counsel, and BDO as financial advisors.

6.    On September 27, 2007, the Committee filed the Application to Employ BDO Seidman, LLP as Financial Advisor to the Committee *Nunc Pro Tunc* to August 14, 2007 (Docket No. 966, the "Retention Application").  On November 28, 2007, an order, effective as of August 14, 2007 was duly signed and entered by this Court authorizing the retention of BDO (Docket No. 2201, the "Retention Order").

7.    This is BDO's Twenty-Fifth Monthly Application for Compensation for professional services rendered and for reimbursement of actual and necessary costs and expenses incurred on behalf of the Committee.  BDO makes this Application pursuant applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the District of Delaware, the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered September 4, 2007 (the "Compensation Procedures Order"), and any additional orders entered by the Court.

8.    Detailed statements itemizing services rendered and expenses incurred by BDO are annexed hereto as Exhibits "A" and "B".

---

[3] Waldners  Business Environments, Inc. resigned from the Committee in the first quarter of 2008.  The U.S. Trustee has not yet appointed a replacement.

## II

## SUMMARY OF SERVICES RENDERED

9.   By this Application, BDO seeks approval and payment for (a) compensation for services rendered from October 1, 2009 through October 31, 2009 and (b) reimbursement for certain expenses incurred during the same period.

10. In rendering the services for which compensation is sought, partners, senior managers, managers, seniors, and staff of BDO spent 237.0 hours from October 1, 2009 through October 31, 2009.  The aggregate time charges for such services, computed at BDO's standard hourly rates are $70,763.00.  In addition, BDO incurred ordinary and necessary expense in connection with the case of $1,884.64.  The fees and expenses represent total costs incurred during this period of $72,647.64.   Exhibit "A" annexed hereto contains, in full and complete detail, a description of the services rendered by each partner, senior manager, manager, senior, and staff on a daily basis.  A summary of expenses is annexed as Exhibit "B".

11. BDO customarily bills their professionals at rates commensurate with the experience of the person performing such services.  The billing rates are the same for bankruptcy engagements as well as all other accounting and advisory work performed by BDO.  A list of the hourly rates is as follows:

| | |
|---|---|
| Partners/Managing Director | $500 - $850 |
| Directors /Senior Managers | $300 - $600 |
| Managers | $250 - $375 |
| Seniors | $175 - $275 |
| Staff | $125 – $200 |

12. The compensation BDO seeks is reasonable and is for actual and necessary services rendered by BDO. All of the services performed by BDO have been beneficial to the parties to these proceedings and have enabled the case to proceed.

13. The size and complexity of the Debtors' case as well as the numerous and complex issues of accounting required substantial broad-based accounting and financial advisory expertise to resolve the issues. As a consequence, the demands of this case have been such that BDO's highly skilled insolvency professionals have devoted substantial time and effort to perform properly and expeditiously the required accounting and advisory work.

14. During the period from October 1, 2009 through October 31, 2009, BDO provided services of a general nature to the Committee, as set forth below:

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| A. | ACCOUNTS PAYABLE<br>Reviewed secured, admin and priority claims and analyzed reserves needed for Plan to go Effective. Also, performed additional analysis of employee claims in relation to WARN Act settlement. | 17.3 | $4,613.50 |
| B. | TAX ISSUES<br>Discuss AHM plan and status of preparation or review of tax returns. | 5.4 | 1,384.00 |
| C. | PREFERENCE ANALYSIS<br>Assisted counsel in gathering and preparing information to respond to preference defendant inquiries. Responded to requests for information from counsel related to various individual preference defendants. | 77.7 | 22,065.00 |
| D. | LITIGATION CONSULTING<br>Special investigative work related to potential litigation issues regarding UCC investigation. Preparation of follow-up information for counsel regarding issues related to UCC investigation. | 4.6 | 1,507.00 |

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| E. | MEETINGS – DEBTOR | 36.9 | 10,593.00 |

E. MEETINGS – DEBTOR
Meetings, discussions and correspondence with Debtors'
management, key personnel and professionals related to
ongoing requests for financial information related to claims
related issues, AH Bank, cash flow forecasts, cash needed to
go effective and other current issues.

F. REPORT PREPARATION     10.5     4,975.00
Preparation and review of reports to the Creditors'
Committee, regarding the Company's current and projected
cash flow results, status of sale of AH Bank, and other
financial updates.

G. MEETINGS WITH CREDITORS     3.8     1,393.00
Meetings, discussions and correspondence with Creditors;
Committee and professionals related to; case issues; financial
update; claims; status of Bank sales; and other open issues.

H. BUSINESS ANALYSIS     61.0     18,532.50
Analyzed Debtors' actual versus budgeted cash flows, cash
flow projections, cash needed to go effective, estimated
unsecured creditor recovery, Monthly Operating Reports and
other financial results.  Reviewed and analyzed motions and
objections filed with the Court. Reviewed and updated
analysis regarding professional fee information.  Findings
were conveyed to Counsel and the Committee.

I. COUNSEL DISCUSSIONS & COURT HEARINGS     5.5     3,227.00
Throughout the engagement we consulted with Counsel and
Committee members regarding all pertinent matters related to
ongoing work related to the Debtors' mortgage loans,
Effective Date issues, sale of AH Bank; Committee report
preparation and meetings; business analyses; and various
other open case issues.

J. FEE APPLICATIONS / MONTHLY STATEMENTS     7.3     1,633.00
Preparation and review of monthly data for submission to the
Debtor and other interested parties.  Preparation and review
of monthly fee application and interim application.

**SUBTOTAL:**     **230.0**     **$69,923.00**

|   |   | HOURS | AMOUNT |
|---|---|---|---|
| K. | TRAVEL TIME<br>Professional time expended on travel, billed at one half the<br>hourly rate of each professional. | 7.0 | 840.00 |
|   | **SUBTOTAL:** | **7.0** | **840.00** |
|   | **TOTAL:** | **237.0** | **$70,763.00** |

15. The time spent by partners and staff of BDO Seidman, LLP, from October 1, 2009 through October 31, 2009, in performing the procedures described in paragraph 14, along with their hourly rates, is presented below:

| Title | Hours | Avg. Rate | Amount |
|---|---|---|---|
| PARTNER | 30.4 | $612.30 | $18,614.00 |
| DIRECTOR | 11.9 | 450.00 | 5,355.00 |
| SENIOR | 183.6 | 244.87 | 44,958.00 |
| STAFF | 5.7 | 180.00 | 1,026.00 |
| PARA-PROF. | 5.4 | 150.00 | 810.00 |
| **TOTAL:** | **237.0** | **$298.58** | **$70,763.00** |

16. BDO's time records are recorded contemporaneously with the rendition of professional services.  Exhibit "A" attached hereto contains a full and complete description of the services rendered by each partner, director, manager, senior, and staff on a daily basis for the Application period.  BDO's time records are maintained in one-tenth of an hour (0.10) increments.

17. Each duty and task performed by BDO has been performed by the professional most qualified to render such services at his or her ordinary hourly charges.

18. There is no agreement or understanding between BDO and any other person, other than the members, associates and employees of BDO, for the sharing of compensation received for

services rendered in connection with this case.

19. BDO's professionals have delegated authority where appropriate to prevent duplication of effort, to ensure that associates were used whenever possible and to utilize the services of professionals who bill at lower hourly rates as much as possible.

20. Where more than one person attended a meeting, such attendance was not a duplication of effort, but was necessary to adequately represent the interests of the Committee, and to have the appropriate expertise available.

### III

### CONCLUSION

21. For all of the reasons set forth in this application, BDO respectfully submits that the services it has rendered and the disbursements it has incurred on behalf of the Committee during this case have been reasonably expended in order to adequately represent and protect the interests of the Committee in this case.  BDO submits further that it has provided such services in an economical and efficient manner.  Accordingly, BDO requests that the relief requested in this Application be granted in all respects.

WHEREFORE, BDO PRAYS that this Court enter its order allowing BDO fees and expenses in

the total amount of $72,647.64 (representing $70,763.00 in actual fees and $1,884.64 in

expenses,).

DATED in New York, New York on this 20th Day of November, 2009.

> BDO Seidman, LLP
> 135 W 50th Street – 20th FL
> New York, N.Y. 10020
> Telephone Number:   (212) 885-8001
> Facsimile Number:   (212) 515-2593
>
> Financial Advisors to the Committee
>
> DAVID E. BERLINER

Sworn and subscribed to before
me this 20th day of November, 2009

Notary Public

MARGARET ADAMS
Notary Public, State of New York
No. 01AD 4776353
Qualified in Kings County
Commission Expires February 28, 2011

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**
Time Summary
October 1, 2009 to October 31, 2009

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| TONY LENDEZ | PARTNER | 0.5 | 750.00 | 375.00 |
| DAVID E BERLINER | PARTNER | 29.9 | 610.00 | 18,239.00 |
| MICHELE MICHAELIS | DIRECTOR | 11.9 | 450.00 | 5,355.00 |
| CHRIS AWONG | SENIOR | 53.0 | 275.00 | 14,575.00 |
| MATTHEW J STEWART | SENIOR | 117.4 | 240.00 | 28,176.00 |
| KEVIN REINLE | SENIOR | 5.4 | 225.00 | 1,215.00 |
| NAUSHON E VANDERHOOP | SENIOR | 0.8 | 190.00 | 152.00 |
| ALAINA D MASLER | STAFF | 5.7 | 180.00 | 1,026.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 5.4 | 150.00 | 810.00 |
| | SUBTOTAL: | 228.0 | | $69,923.00 |
| TRAVEL TIME: Billed @ ½ rate | | | | |
| MATTHEW J STEWART | SENIOR | 7.0 | 120.00 | 840.00 |
| | SUBTOTAL: | 7.0 | | 840.00 |
| | **TOTAL:** | **237.0** | | **$70,763.00** |

-1-

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

## A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2009 | A.M. | Continued comparison of employee claims under WARN Act to all employee claims. | 1.8 |
| 10/2/2009 | A.M. | Completed comparison of employee claims under WARN Act to all employee claims. | 0.5 |
| 10/2/2009 | D.B. | Met with M. Stewart re: WARN Act settlement and impact on employee priority claims; reviewed WARN settlement agreement. | 0.7 |
| 10/2/2009 | M.S. | Prepared WARN payments and priority analysis. | 3.8 |
| 10/2/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding WARN, claims, and case status. | 0.4 |
| 10/6/2009 | A.M. | Reviewed WARN Act Analysis and verified employee information. | 0.6 |
| 10/6/2009 | D.B. | Met with M. Stewart re: employees with filed claims included in WARN settlement; reviewed analysis and provide comments. | 0.4 |
| 10/6/2009 | M.S. | Prepared WARN payments and priority analysis. | 2.3 |
| 10/7/2009 | D.B. | Met with M. Stewart to discuss employee claim computation for WARN Act claimants and prepare for trip to AHM facility. | 0.3 |
| 10/7/2009 | M.S. | Correspondence with A. Masler regarding employee claims. | 0.2 |
| 10/8/2009 | A.M. | Updated listing of employees exceeding WARN Act claims limit. | 0.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

**A.    ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/8/2009 | M.S. | Prepared the WARN analysis for D. Berliner and Counsel. | 1.3 |
| 10/9/2009 | D.B. | Reviewed analysis of employee claims versus WARN Act settlement for counsel. | 0.5 |
| 10/14/2009 | K.R. | Reviewed Omnibus Objections over past several months; updated cumulative Omnibus Objection summary schedule based on newly filed items with the court. | 2.9 |
| 10/27/2009 | M.S. | Reviewed priority claims listing. | 0.4 |
| 10/28/2009 | M.S. | Work Sessions with AHM employees regarding claims and reviewed updated claims analysis. | 0.8 |
| | | **TOTAL:** | **17.3** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.9 | 610.00 | 1,159.00 |
| M. STEWART (M.S.) | 9.2 | 240.00 | 2,208.00 |
| K. REINLE (K.R.) | 2.9 | 225.00 | 652.50 |
| A. MASLER (A.M.) | 3.3 | 180.00 | 594.00 |
| **TOTAL:** | **17.3** | | **4,613.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**B.     TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/8/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding tax issues. | 0.4 |
| 10/16/2009 | D.B. | Discussed tax return preparation issues with R. Klein and information needed with M. Stewart. | 0.2 |
| 10/19/2009 | A.M. | Reviewed and indexed 2008 state and federal tax returns. | 1.8 |
| 10/19/2009 | M.S. | Correspondence with Debtors and staff regarding tax returns. | 0.4 |
| 10/19/2009 | M.S. | Reviewed 2008 tax return documentation. | 0.4 |
| 10/20/2009 | A.M. | Reviewed and indexed 2008 state and federal tax returns. | 0.6 |
| 10/20/2009 | M.S. | Reviewed 2008 tax returns and index prepared by staff. | 0.8 |
| 10/20/2009 | M.S. | Correspondences with M. Michaelis, D. Berliner and R. Klein regarding 2008 tax returns. | 0.2 |
| 10/21/2009 | M.M. | Reviewed tax related data. | 0.2 |
| 10/23/2009 | M.M. | Reviewed updated tax information. | 0.2 |
| 10/30/2009 | D.B. | Discussed tax return preparation issues with R. Klein for meeting with Liquidating Trustee. | 0.2 |
| | | **TOTAL:** | **5.4** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**B.      TAX ISSUES**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.4 | 610.00 | 244.00 |
| M. MICHAELIS (M.M.) | 0.4 | 450.00 | 180.00 |
| M. STEWART (M.S.) | 2.2 | 240.00 | 528.00 |
| A. MASLER (A.M.) | 2.4 | 180.00 | 432.00 |
| **TOTAL:** | **5.4** | | **1,384.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**C.     PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2009 | C.A. | Per request from Counsel, performed a search for an unsecured claim for Deloitte on Epiq, Schedule F and Schedule G, and coordinated with the Debtors to determine of Epiq misclassified the claim. | 1.6 |
| 10/1/2009 | C.A. | Per request from Counsel, reviewed invoices and coordinated with the Debtors in order to verify the validity of three unpaid Barsa Consulting invoices | 1.4 |
| 10/1/2009 | C.A. | Communicated with S. Sakamoto (AHM) regarding the abnormal payment pattern to McKee Nelson during the preference period, and communicated findings to Counsel. | 1.7 |
| 10/1/2009 | M.M. | Reviewed and discussed preference analysis and claims related issues. | 0.4 |
| 10/1/2009 | M.S. | Discussions with C. Awong regarding preferences. | 0.2 |
| 10/1/2009 | M.S. | Prepared solvency analysis for counsel. | 3.3 |
| 10/5/2009 | M.M. | Reviewed updated information re: preferences and discussed same. | 0.4 |
| 10/6/2009 | C.A. | Per request from Counsel, verified the accuracy of the Defendant landlord's (Sterwick Development Corp) claim that certain checks were returned due to insufficient funds. | 0.3 |
| 10/6/2009 | C.A. | Coordination with the Debtors and Counsel in regards to obtaining access to the JP Morgan check database in order to print copies of checks. | 1.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/6/2009 | D.B. | Met with M. Stewart re: solvency analysis; reviewed initial analysis and prepared comments. | 0.5 |
| 10/6/2009 | M.S. | Prepared liquidation analysis in relation to the preference period. | 1.3 |
| 10/7/2009 | M.M. | Reviewed correspondence relative to correspondence with Trustee and preferences. | 0.4 |
| 10/8/2009 | C.A. | Coordinated discussions between Counsel and Debtors to discuss various preference related matters for vendors Rural Development, Deloitte & Touche, and requested check copies. | 0.7 |
| 10/9/2009 | C.A. | Per request from Counsel, inquired with the Debtors for various information and provided documents to Counsel for vendors Intercity Agency, Check Printers, and Warehouseline Ltd. | 2.1 |
| 10/9/2009 | C.A. | Summarized preference settlements for the first and second omnibus 9019 filed with the Courts, and provided to the BDO team for review. | 0.9 |
| 10/13/2009 | C.A. | Responded to various requests from Counsel in regards to vendors Warehouse Line, University of Minnesota, Intercity Agency, and Zensar TD LLC.  Also coordinated with the Debtors in obtaining access to the JP Morgan check copies. | 2.2 |
| 10/13/2009 | C.A. | Extracted copies of invoices paid in the preference period to vendor Ricoh Corporation, and submitted to Counsel for review. | 3.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**C.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/15/2009 | C.A. | Per request from Counsel in regards to Zensar aka Thought Digital, researched additional payments in the historical period, change of vendor names, and verified to defendant's records. | 1.3 |
| 10/15/2009 | C.A. | Coordinated with the Debtors to obtain various information and documents for Counsel, for vendors CDW, Larry Elliott, and Regent Business Center. | 1.7 |
| 10/16/2009 | C.A. | Coordinated with the Debtors to provide various supporting documentation and explanations for various preference matters, including Pitney Bowes Corp, Regent Business Center, Larry Elliott, Reckson Operating Partnership, SHPS, Inc, and Rural Development. | 3.1 |
| 10/16/2009 | M.S. | Prepared insolvency analysis. | 2.4 |
| 10/19/2009 | C.A. | Per request from Counsel, assessed First American Flood Data Services' assertion of payments made in the preference period, historical period, as well as unpaid invoices.  Communicated Debtors' explanation to Counsel. | 2.9 |
| 10/19/2009 | M.S. | Prepared insolvency analysis. | 3.8 |
| 10/20/2009 | C.A. | Per request from Counsel, researched whether various checks cleared the bank or were cancelled for vendors Regent Business Center and Embassy Suites. | 3.2 |
| 10/20/2009 | C.A. | Reviewed the JP Morgan check website to obtain familiarity with it, and instructed Counsel on how to use it. | 0.8 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/20/2009 | M.S. | Prepared insolvency analysis for D. Berliner. | 3.8 |
| 10/20/2009 | M.S. | Reviewed insolvency analysis as of April 30, 2007. | 1.4 |
| 10/20/2009 | M.S. | Made revisions to insolvency analysis based on M. Michaelis revisions. | 0.4 |
| 10/21/2009 | C.A. | Per request from Counsel, coordinated with the Debtors and reviewed Mortgage Market Guide's assertion that subscription services continued post petition. | 2.3 |
| 10/21/2009 | C.A. | Researched various question from Counsel in regards to vendors Pitney Bowes Corporation and SHPS, Inc. | 0.7 |
| 10/21/2009 | D.B. | Reviewed initial draft of BDO solvency analysis for preference litigation and prepared comments. | 0.8 |
| 10/21/2009 | M.S. | Prepared insolvency analysis for D. Berliner. | 1.6 |
| 10/26/2009 | D.B. | Finished review of draft insolvency analysis; prepared comments and discussed with M. Stewart. | 1.9 |
| 10/26/2009 | M.M. | Reviewed updates re: preferences. | 0.6 |
| 10/26/2009 | M.S. | Updated liquidation analysis based on D. Berliner's edits. | 1.2 |
| 10/28/2009 | C.A. | Per request from Counsel, reconciled Webb Mason's historical payments to AHM's records, and coordinated response with Debtors. | 1.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**C.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/28/2009 | C.A. | Per request from Counsel, coordinated conference call with Debtors, BDO and Counsel to discuss Mortgage Market Guide's (MMG) assertion that service continued post-petition. | 0.9 |
| 10/28/2009 | C.A. | Per request from Counsel, researched the validity of Pitney Bowes admin claims, and coordinated response with Debtors. | 0.7 |
| 10/28/2009 | C.A. | Per request form Counsel, researched whether SHPS was paid for pre-petition services after the filing.  Coordinated response with Debtors. | 0.3 |
| 10/28/2009 | C.A. | Per request from Counsel, researched and inquired whether any cure payments were made to vendor Gryphon Networks for an assumed service contract.  Researched the existence of unpaid invoices. | 1.3 |
| 10/28/2009 | C.A. | Per request from Counsel, researched and verified the existence of any administrative claims to vendor Open Access, as well as unpaid invoices at the date of filing, and coordinated response with Debtors. | 0.7 |
| 10/28/2009 | C.A. | Per request from Counsel, researched vendor AllRegs assertion that its services was used post-petition, and coordinated response with Debtors. | 1.1 |
| 10/28/2009 | C.A. | Per request from Counsel, reconciled vendor Office Furniture Now's historical and preference invoice payments to the Debtors' payments, and coordinated response with Debtors. | 0.4 |
| 10/28/2009 | C.A. | Per request from Counsel, researched and inquired with the Debtors whether the wires paid defendant ZC Sterling were for property taxes as asserted, and determine whether AHM or ZC Sterling was a pass-through conduit. | 0.7 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

**C.     PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/29/2009 | C.A. | Per request from Counsel, reviewed Debtors' response regarding wire payments made to ZC Sterling, responded with follow up questions, and communicated results to Counsel. | 1.3 |
| 10/29/2009 | C.A. | Per request from Counsel, researched vendor LeadPoint, Inc.'s assertion that it provided a refund to the Debtors. | 0.6 |
| 10/29/2009 | C.A. | Responded to Counsel's request for confirmation on PBCC's administrative claim. | 0.9 |
| 10/29/2009 | C.A. | Per request from Counsel, prepared a preliminary ordinary course preference analysis, and provided copies of invoices paid in the preference period for vendor BellSouth. | 1.7 |
| 10/29/2009 | C.A. | Per request from Counsel, inquired with the Debtors checks that were found on the JP Morgan Stop Payment Report as well as its check imaging website.  Coordinated response with the Debtors. | 1.3 |
| 10/29/2009 | C.A. | Per request from Counsel, researched and inquired with the Debtors the reason for payment to vendor Lehr Construction Corp., and submitted response to Counsel. | 1.8 |
| 10/29/2009 | C.A. | Per request from Counsel, researched existence of unpaid new value to vendor Robert Half (Office Team, or Accountemps), as well as other aliases. | 1.2 |
| 10/29/2009 | C.A. | Per request from Counsel, reviewed supporting documentation for payments made to landlord Reckson Operating Partnership as well as existence of any agreements, and provided response to Counsel based on discussion with the Debtors. | 1.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

C.      PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/29/2009 | M.S. | Discussion with C. Awong regarding Milestone and financing attained during 2007. | 0.3 |
| 10/30/2009 | C.A. | Per request from Counsel, inquired and researched whether a certain check payment was made to defendant Homebuyers Marketing, including research on Papervision, bank's stop payment report, check imaging system, etc. Coordinated response with Debtors. | 1.4 |
| 10/30/2009 | C.A. | Communicated results of inquiry with the Debtors regarding existence of unpaid new value to vendor Robert Half (Office Team, or Accountemps), as well as other aliases. | 0.7 |
| 10/30/2009 | C.A. | Per request from Counsel, researched various issues in regards to the payment made to defendant Microsoft, including review of the sale and assignment agreement of AHMSI to Wilbur Ross, review of asserted unpaid invoice, review of proof of claim, and review of cure objection by defendant.  Coordinated response with Debtors. | 2.3 |
| | | **TOTAL:** | **77.7** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**C.      PREFERENCE ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.2 | 610.00 | 1,952.00 |
| M. MICHAELIS (M.M.) | 1.8 | 450.00 | 810.00 |
| C. AWONG (C.A.) | 53.0 | 275.00 | 14,575.00 |
| M. STEWART (M.S.) | 19.7 | 240.00 | 4,728.00 |
| **TOTAL:** | **77.7** | | **22,065.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**D.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/7/2009 | T.L. | Reviewed summary of complaint and defendants' responses prepared by A. Cohen and highlighted points to discuss with D. Berliner. | 0.5 |
| 10/9/2009 | D.B. | Met with M. Stewart re: results of meeting at AHM with Liquidating Trustee, status of work re: UCC investigation for counsel and other projects. | 0.4 |
| 10/12/2009 | M.S. | Correspondences with A. LaMalfa regarding causes of action report. | 0.1 |
| 10/13/2009 | M.S. | Reviewed documentation relating to the causes of action investigation. | 0.7 |
| 10/13/2009 | M.S. | Correspondences with A. LaMalfa regarding EPD/Breaches, and repurchases. | 0.2 |
| 10/22/2009 | M.S. | Worked on causes of action investigation analysis. | 2.4 |
| 10/30/2009 | M.S. | Reviewed Broadhollow litigation information. | 0.3 |
| | | **TOTAL:** | **4.6** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**D.      LITIGATION CONSULTING**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| T. LENDEZ (T.L.) | 0.5 | 750.00 | 375.00 |
| D. BERLINER (D.B.) | 0.4 | 610.00 | 244.00 |
| M. STEWART (M.S.) | 3.7 | 240.00 | 888.00 |
| **TOTAL:** | **4.6** | | **1,507.00** |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

**E.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2009 | D.B. | Telephone call with K. Nystrom re: update on Bank status. | 0.1 |
| 10/1/2009 | M.S. | Reviewed and discussed with S. Martinez professional fees. | 0.7 |
| 10/1/2009 | M.S. | Correspondences with AHM employees regarding financial statements. | 0.2 |
| 10/2/2009 | D.B. | Telephone call with B. Pensyl, Esq. re: Waterfield litigation. | 0.1 |
| 10/2/2009 | D.B. | E-mail with Nystrom re: AH Bank status. | 0.1 |
| 10/5/2009 | D.B. | Telephone calls with K. Nystrom and S. Martinez re: AH Bank and an employee issue. | 0.4 |
| 10/5/2009 | M.M. | Discussed possible departure of D. Pasternak and call with Zolfo Cooper re: same. | 0.3 |
| 10/5/2009 | M.S. | Conference call regarding employee issues. | 0.3 |
| 10/6/2009 | M.S. | Weekly Call with Zolfo Cooper regarding case status updates. | 0.7 |
| 10/8/2009 | M.S. | Work sessions and meetings with S. Sass, L. Smalley and S. Martinez regarding Debtors employees, tax issues, and other ongoing AHM issues. | 4.3 |
| 10/8/2009 | M.S. | Discussions with S. Martinez regarding employees, bank, claims, and Ross. | 0.6 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### October 1, 2009 to October 31, 2009

**E.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/8/2009 | M.S. | Correspondence with Debtors' employees regarding various issues. | 0.3 |
| 10/9/2009 | D.B. | Telephone call with K. Nystrom re: AH Bank status. | 0.1 |
| 10/9/2009 | M.S. | Correspondence with S. Martinez regarding Bank issues. | 0.2 |
| 10/13/2009 | D.B. | E-mail with Zolfo Cooper re: employee issues. | 0.1 |
| 10/13/2009 | M.S. | Correspondences with D. Berliner and Zolfo Cooper regarding employee issues. | 0.2 |
| 10/14/2009 | M.S. | Discussions with Debtors and D. Berliner regarding employees. | 0.6 |
| 10/15/2009 | D.B. | E-mail from K. Nystrom re: AH Bank status and forward to counsel. | 0.1 |
| 10/15/2009 | D.B. | Conference call with Zolfo Cooper re: employee issue and case status update. | 0.7 |
| 10/15/2009 | D.B. | E-mails from K. Nystrom re: AH Bank status and forward to counsel. | 0.1 |
| 10/15/2009 | M.M. | Conference call and written correspondence review with Zolfo Cooper re: case update, D. Pasternak retention, claims, Bank sale and file destruction. | 1.1 |
| 10/15/2009 | M.S. | Weekly call with Zolfo Cooper regarding open issues. | 1.0 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**E.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/15/2009 | M.S. | Correspondences with Debtors and BDO regarding employees and professional fees. | 0.3 |
| 10/16/2009 | D.B. | E-mails with S. Martinez re: employee issues & tax return information. | 0.1 |
| 10/16/2009 | M.S. | Correspondences with D. Berliner and Debtors regarding professional fees and taxes. | 0.2 |
| 10/19/2009 | D.B. | E-mails with K. Nystrom re: status of AH Bank. | 0.1 |
| 10/21/2009 | D.B. | E-mails from K. Nystrom re: status of AH Bank. | 0.1 |
| 10/21/2009 | M.S. | Work sessions with AHM employees regarding Effective Date issues. | 1.6 |
| 10/21/2009 | M.S. | Correspondences with S. Martinez regarding site visit Friday and Effective Date analysis. | 0.2 |
| 10/22/2009 | D.B. | Telephone call with S. Martinez re: employee issues, tax return status and effective date planning. | 0.5 |
| 10/22/2009 | D.B. | E-mails from S. Martinez re: status of tax return preparation and open items and summary schedule of estimated Cadwalader fees for Waterfield litigation. | 0.4 |
| 10/22/2009 | M.S. | Prepared for and call with Debtors regarding professional fees and case planning. | 1.2 |
| 10/22/2009 | M.S. | Correspondences with AHM Employees regarding taxes. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
October 1, 2009 to October 31, 2009

**E.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/22/2009 | M.S. | Prepared for site visit tomorrow and met with Zolfo Cooper and Trustee. | 0.6 |
| 10/23/2009 | D.B. | Conference call with Liquidating Trustee and S. Martinez re: Planning for effective date. | 0.7 |
| 10/23/2009 | M.S. | Work sessions and meeting with L. Smalley, S. Martinez and various AHM employees regarding Effective Date issues and case planning. | 5.5 |
| 10/23/2009 | M.S. | Meetings with S. Martinez regarding various Effective Date issues and case planning. | 1.4 |
| 10/26/2009 | D.B. | E-mail from K. Nystrom re: AH Bank. | 0.1 |
| 10/27/2009 | M.S. | Meetings with Zolfo Cooper and Trustee regarding Effective Date and Post Effective Planning. | 4.5 |
| 10/27/2009 | M.S. | Conference call with L. Smalley, S. Martinez and D. Berliner regarding Effective Date issues and planning. | 0.5 |
| 10/28/2009 | M.S. | Discussions with S. Martinez regarding BDO's liquidation analysis. | 0.4 |
| 10/28/2009 | M.S. | Meetings with Zolfo Cooper and Trustee regarding Effective Date and Post Effective Planning. | 4.0 |
| 10/28/2009 | M.S. | Discussions with AHM employees regarding CNI and review of schedules relating. | 0.6 |
| 10/29/2009 | M.S. | Correspondence with the Debtors and review of documents relating to the CNI reinsurance entity. | 1.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**E.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/30/2009 | D.B. | E-mails with K. Nystrom re: AH Bank status. | 0.1 |
| | | **TOTAL:** | **36.9** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.9 | 610.00 | 2,379.00 |
| M. MICHAELIS (M.M.) | 1.4 | 450.00 | 630.00 |
| M. STEWART (M.S.) | 31.6 | 240.00 | 7,584.00 |
| **TOTAL:** | **36.9** | | **10,593.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**F.      REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2009 | D.B. | Prepared updated analysis of Bancorp deal vs. liquidation. | 0.9 |
| 10/1/2009 | D.B. | Prepared report for UCC re: AH Bank status. | 1.2 |
| 10/1/2009 | M.S. | Reviewed and prepared of Committee update report on the Bank. | 0.5 |
| 10/6/2009 | M.S. | Prepared notes for update report for D. Berliner. | 0.2 |
| 10/7/2009 | M.S. | Prepared update report for D. Berliner. | 0.7 |
| 10/9/2009 | M.M. | Reviewed memo for Committee and counsel on status of effective date, bank and Ross claims. | 0.4 |
| 10/20/2009 | M.M. | Reviewed update for Committee. | 0.6 |
| 10/21/2009 | M.M. | Edited and distributed Committee update. | 0.4 |
| 10/27/2009 | D.B. | Prepared update of estimated proceeds from AH Bank based on 9/30/2009 balance sheet. | 0.6 |
| 10/28/2009 | M.M. | Reviewed current status report for Committee re: bank sale, effective data cash and liquidation of asset status. | 0.6 |
| 10/29/2009 | D.B. | Prepared BDO report to UCC re: case status update; edited and finalized report. | 2.1 |
| 10/29/2009 | D.B. | Review exhibits to BDO report and prepared comments for M. Stewart. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**F.    REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/29/2009 | M.S. | Prepared 10/29/09 Committee report. | 1.6 |
| | | **TOTAL:** | **10.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 5.5 | 610.00 | 3,355.00 |
| M. MICHAELIS (M.M.) | 2.0 | 450.00 | 900.00 |
| M. STEWART (M.S.) | 3.0 | 240.00 | 720.00 |
| **TOTAL:** | **10.5** | | **4,975.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

## G.    MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2009 | D.B. | Conference call with UCC and presented BDO Report, including planning for call. | 0.5 |
| 10/1/2009 | M.S. | Weekly call with the Committee to discuss the Bank. | 0.5 |
| 10/7/2009 | D.B. | Reviewed and edited proposed e-mail to S. Sass re: employee issue to prepare for meeting in Melville. | 0.6 |
| 10/7/2009 | M.S. | Prepared information and correspondence to S. Sass regarding employee issues. | 0.5 |
| 10/8/2009 | M.S. | Met with S. Sass and L. Smalley regarding employees, and planning. | 0.8 |
| 10/9/2009 | M.S. | Correspondence with S. Sass regarding various issues. | 0.2 |
| 10/21/2009 | M.S. | Prepared draft email to the Committee. | 0.3 |
| 10/30/2009 | D.B. | Telephone call with UCC member re: question on BDO report. | 0.2 |
| 10/30/2009 | M.S. | Call with Committee member regarding Broadhollow. | 0.2 |
| | | **TOTAL:** | **3.8** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

## G.      MEETINGS WITH CREDITORS

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.3 | 610.00 | 793.00 |
| M. STEWART (M.S.) | 2.5 | 240.00 | 600.00 |
| **TOTAL:** | **3.8** | | **1,393.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**H.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2009 | D.B. | Reviewed financial statements for AH Bank for July 2009 and compared to prior periods. | 0.3 |
| 10/1/2009 | K.R. | Reviewed docket; prepared schedule of professional fees based on fee applications filed for Bifferato LLC. | 0.7 |
| 10/1/2009 | M.M. | Updated on current status issues re: bank and effective date. | 0.3 |
| 10/1/2009 | M.S. | Various discussions with D. Berliner regarding the Bank. | 0.4 |
| 10/2/2009 | M.M. | Reviewed correspondence re: WARN Acts. | 0.3 |
| 10/2/2009 | M.S. | Reviewed WARN settlement motion filed with the court on 9/4/09. | 1.2 |
| 10/2/2009 | M.S. | Correspondence with D. Berliner regarding Bifferato fees and expenses. | 0.2 |
| 10/3/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding cash flows and site visit. | 0.2 |
| 10/5/2009 | D.B. | Discussed employee issue with M. Michaelis and reviewed e-mail from employee. | 0.1 |
| 10/5/2009 | D.B. | Reviewed revised cash flow forecast for period 10/2/2009 through 12/31/2009 and revised AHM effective date cash analysis. | 0.6 |
| 10/5/2009 | M.S. | Reviewed the cash flow forecast provided by the Debtors on 10/2/09. | 0.6 |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/5/2009 | M.S. | Correspondence with M. Michaelis and D. Berliner regarding the Bank and employees. | 0.3 |
| 10/6/2009 | M.M. | Reviewed correspondence re: current status and trip to Debtors site. | 0.3 |
| 10/6/2009 | M.S. | Correspondence with D. Berliner regarding site visit on Thursday. | 0.1 |
| 10/6/2009 | M.S. | Met with D. Berliner regarding WARN. | 0.7 |
| 10/7/2009 | M.S. | Prepared post-Effective Date retention plan. | 0.4 |
| 10/7/2009 | M.S. | Discussion with D. Berliner regarding WARN and employee issues. | 0.3 |
| 10/8/2009 | D.B. | Discussed status and issues re: visit to AHM HQ with M. Stewart. | 0.3 |
| 10/8/2009 | D.B. | Reviewed schedule of boxes remaining in AHM basement. | 0.2 |
| 10/9/2009 | D.B. | Reviewed docket report for period 10/1/2009 through 10/8/2009. | 0.1 |
| 10/9/2009 | M.M. | Met with M. Stewart re: current update of meeting with Trustee, cause of action and employee retention. | 0.6 |
| 10/9/2009 | M.S. | Reviewed docket and related filings. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**H.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/9/2009 | M.S. | Reviewed cash flow forecast received on 10/9/09. | 0.4 |
| 10/9/2009 | M.S. | Reviewed JPM update provided by Counsel. | 0.4 |
| 10/9/2009 | M.S. | Discussions with M. Michaelis regarding site visit on Thursday and case planning. | 0.2 |
| 10/10/2009 | M.S. | Reviewed cash flow forecast received on 10/9/09. | 0.4 |
| 10/12/2009 | D.B. | Reviewed AHM revised cash flow forecast for period 10/9/2009 through 12/3/2009. | 0.3 |
| 10/12/2009 | D.B. | Reviewed updated professional fee analysis for fee applications filed through 10/11/2009. | 0.3 |
| 10/12/2009 | K.R. | Reviewed docket for professional fee applications; updated professional fee summary schedules based on filed fee applications over past several weeks. | 1.4 |
| 10/12/2009 | M.M. | Reviewed and corresponded with staff re: update to staffing issues and emergence ability. | 0.4 |
| 10/12/2009 | M.S. | Reviewed bank account information. | 0.2 |
| 10/12/2009 | M.S. | Reviewed professional fees updated through 10/11/09. | 0.6 |
| 10/13/2009 | M.M. | Reviewed correspondence re: post effective date issues. | 0.2 |
| 10/14/2009 | D.B. | Met with M. Stewart re: status of work in progress, timing and issues. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
October 1, 2009 to October 31, 2009

### H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/14/2009 | D.B. | E-mails with M. Stewart re: status of work in progress, timing and issues. | 0.1 |
| 10/15/2009 | D.B. | Met with M. Stewart re: status of solvency analysis. | 0.2 |
| 10/15/2009 | K.R. | Reviewed newly filed docket items; updated omnibus objection summary. | 0.4 |
| 10/15/2009 | M.M. | Discussion with M. Stewart re: go forward issues re: staffing, Ross and bank. | 0.3 |
| 10/15/2009 | M.S. | Discussions with D. Berliner regarding employees. | 0.2 |
| 10/15/2009 | M.S. | Analyzed American Home Historical financial statements and trial balance for solvency tests. | 1.6 |
| 10/15/2009 | M.S. | Prepared update summary for Counsel, D. Berliner and M. Michaelis. | 0.8 |
| 10/16/2009 | D.B. | Reviewed news article on AHM WARN Act settlement preliminary approval. | 0.1 |
| 10/16/2009 | M.S. | Reviewed cash flow forecast provided by Debtors and cash available to go Effective. | 0.6 |
| 10/18/2009 | M.M. | Reviewed current update information. | 0.5 |
| 10/19/2009 | M.S. | Reviewed of April 2009 delinquency statistics and trial balances. | 0.6 |
| 10/19/2009 | M.S. | Reviewed cash flow forecast and cash available to go Effective. | 0.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### October 1, 2009 to October 31, 2009

**H.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/20/2009 | M.M. | Reviewed correspondence re: bank accounts. | 0.2 |
| 10/20/2009 | M.S. | Discussion with M. Michaelis regarding site visit and updates. | 0.3 |
| 10/21/2009 | M.M. | Reviewed correspondence re: cash balance and effective date. | 0.5 |
| 10/21/2009 | M.S. | Reviewed professional fee budget received from Debtors' advisors. | 0.2 |
| 10/21/2009 | M.S. | Correspondences with M. Michaelis regarding bank accounts. | 0.2 |
| 10/21/2009 | M.S. | Prepared list of Effective Date issues and concerns. | 0.4 |
| 10/21/2009 | M.S. | Reviewed cash flow forecast, Debtors effective date analysis and preparation of our Effective Date analysis. | 0.6 |
| 10/21/2009 | M.S. | Correspondences with D. Berliner and M. Michaelis regarding Effective Date and cash needed. | 0.3 |
| 10/22/2009 | D.B. | Met with M. Stewart re: analysis of estimated cash available at effective date, solvency analysis and work to be done @ Debtor office 10/23/09. | 0.4 |
| 10/22/2009 | M.S. | Prepared for and met with D. Berliner regarding Bank, professional fees, cash flows and site visit. | 0.4 |
| 10/22/2009 | M.S. | Reviewed cash flow forecast, Debtors effective date analysis and preparation of our Effective Date analysis. | 1.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**H.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/22/2009 | M.S. | Reviewed Bank's September balance sheet and estimated proceeds. | 0.3 |
| 10/22/2009 | M.S. | Reviewed and correspondences of actual and budgeted professional fees by the Debtors' advisors. | 0.4 |
| 10/22/2009 | M.S. | Reviewed payments made during 2007 and REIT qualification tests. | 1.7 |
| 10/23/2009 | M.M. | Reviewed updated budget. | 0.6 |
| 10/23/2009 | M.M. | Reviewed updated bank information. | 0.2 |
| 10/23/2009 | M.S. | Reviewed cash flow projects for potential Effective Date. | 0.4 |
| 10/23/2009 | M.S. | Correspondences with D. Berliner regarding Effective Date and issues. | 0.3 |
| 10/23/2009 | M.S. | Prepared Effective Date issues list. | 0.6 |
| 10/23/2009 | M.S. | Reviewed the cash flow forecast provided by the Debtors on 10/23/09. | 0.6 |
| 10/26/2009 | D.B. | Reviewed docket report for period 10/9/2009 - 10/23/2009. | 0.2 |
| 10/26/2009 | D.B. | Reviewed schedule of Effective date issue and discuss with M. Stewart. | 0.3 |
| 10/26/2009 | D.B. | Reviewed AH Bank balance sheet as of 9/30/2009. | 0.2 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

### H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/26/2009 | M.M. | Discussed current cash status with team. | 0.1 |
| 10/26/2009 | M.S. | Preparation of Effective Date issues list. | 1.6 |
| 10/26/2009 | M.S. | Meeting with D. Berliner regarding Effective Date issue list, liquidation analysis and case planning. | 0.6 |
| 10/26/2009 | M.S. | Prepared materials and information for Tuesday and Wednesday Trustee meetings at American Home. | 1.4 |
| 10/27/2009 | D.B. | Reviewed e-mails from M. Stewart re: summary of conversations with Zolfo re: case status update. | 0.4 |
| 10/27/2009 | M.M. | Employee update post effective date review. | 0.4 |
| 10/27/2009 | M.S. | Reviewed open items list prepared by S. Martinez and preparation of time-line Post-Effective Date. | 0.8 |
| 10/27/2009 | M.S. | Reviewed cash flow forecast provided by S. Martinez and worked on 6 month forecast for the Trustee. | 0.8 |
| 10/27/2009 | M.S. | Updates and analysis of cash at the Effective Date depending on the timing of the Bank Sale. | 1.7 |
| 10/27/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding updates. | 0.8 |
| 10/27/2009 | M.S. | Prepared post-Effective Date retention plan. | 1.4 |
| 10/27/2009 | M.S. | Reviewed current employee structure, current projects and anticipated projects going forward. | 0.8 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

### H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/28/2009 | D.B. | Reviewed draft proposal for employee compensation structure and incentives and prepared comments for M. Stewart. | 0.7 |
| 10/28/2009 | D.B. | Reviewed draft analysis of proceeds from AH Bank using 9/30/2009 balance sheet. | 0.4 |
| 10/28/2009 | D.B. | Reviewed draft of revised analysis of cash needed to go effective; prepared comments and questions and discussed with M. Stewart. | 0.7 |
| 10/28/2009 | D.B. | E-mails with M. Stewart re: results of meetings at AHM with Debtors and liquidating Trustee and summary of conversation with Debtors on case status issues. | 0.4 |
| 10/28/2009 | M.S. | Analyzed Cash at the Effective Date and review of cash flow and reserves needed. | 1.8 |
| 10/28/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding updates. | 0.6 |
| 10/28/2009 | M.S. | Reviewed cash flow forecast provided by the Debtors on 10/23/09. | 0.8 |
| 10/28/2009 | M.S. | Prepared Post-Effective Date timeline of projects, tasks, litigations and remaining asset sales. | 1.1 |
| 10/28/2009 | M.S. | Prepared post-Effective Date retention plan and employee plan. | 1.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/28/2009 | M.S. | Prepared 6 month forecast post Effective Date for the Trustee. | 1.7 |
| 10/28/2009 | M.S. | Reviewed updated AH Bank estimated purchase price and balance sheet as of 9/30/09. | 0.4 |
| 10/29/2009 | D.B. | Reviewed CNI reinsurance schedule and e-mail from Debtors re: proposed finding and discussed issues with M. Stewart. | 0.3 |
| 10/29/2009 | M.M. | Reviewed update on bank and effective date Trust account funding. | 0.2 |
| 10/29/2009 | M.M. | Discussed status with M. Stewart re: current cash, visit to site. | 0.4 |
| 10/29/2009 | M.S. | Updated cash at Effective Date analysis. | 0.9 |
| 10/29/2009 | M.S. | Reviewed timeline of projects and updates based on Debtors advisors. | 0.4 |
| 10/29/2009 | M.S. | Reviewed updated cash flow budget to actual report provided by S. Martinez. | 0.8 |
| 10/29/2009 | M.S. | Reviewed Post-Effective planning schedule and revisions from D. Berliner. | 0.4 |
| 10/29/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding Broadhollow. | 0.3 |
| 10/29/2009 | M.S. | Updated the liquidation analysis and correspondences with D. Berliner regarding updates. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**H.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/30/2009 | D.B. | Supervised M. Stewart in preparation of information requested by Liquidating Trustee. | 0.7 |
| 10/30/2009 | M.S. | Prepared the timeline for projects and employees post-effective date. | 1.2 |
| 10/30/2009 | M.S. | Reviewed cash flows and worked on 6 month projections. | 1.4 |
| 10/30/2009 | M.S. | Reviewed updated case status file and planning Post-Effective Date. | 0.8 |
| 10/30/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding site visit, project timeline and 6 month budget. | 0.4 |
| 10/30/2009 | M.S. | Reviewed professional fee applications filed through 10/30/09. | 0.4 |
| | | **TOTAL:** | **61.0** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**H.      BUSINESS ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 7.5 | 610.00 | 4,575.00 |
| M. MICHAELIS (M.M.) | 5.5 | 450.00 | 2,475.00 |
| M. STEWART (M.S.) | 45.5 | 240.00 | 10,920.00 |
| K. REINLE (K.R.) | 2.5 | 225.00 | 562.50 |
| **TOTAL:** | **61.0** | | **18,532.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

### I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2009 | D.B. | Telephone call and e-mails with M. Indelicato re: AH Bank status update and preparation for UCC conference call. | 0.3 |
| 10/5/2009 | D.B. | E-mails to UCC counsel re: AH Bank update and telephone call with J. Storeo, Esq. | 0.4 |
| 10/7/2009 | D.B. | E-mails with Hahn & Hessen re: case status update and issues. | 0.7 |
| 10/8/2009 | D.B. | E-mail to Hahn & Hessen re: cash needed to go effective analysis. | 0.5 |
| 10/8/2009 | D.B. | Reviewed e-mail from E. Schnitzer re: AHM preferences settlements. | 0.1 |
| 10/9/2009 | D.B. | E-mail to counsel re: BDO analysis of employee claims versus WARN Act settlement. | 0.4 |
| 10/9/2009 | D.B. | Reviewed e-mail from M. Power re: status report on litigation against JP Morgan and copy of Answer and counter claims of JP Morgan. | 0.5 |
| 10/9/2009 | D.B. | E-mail to UCC counsel re: AH Bank update. | 0.2 |
| 10/15/2009 | M.M. | Reviewed update to counsel re: current status. | 0.2 |
| 10/16/2009 | D.B. | E-mail summary of BDO call with Zolfo re: case status to UCC counsel. | 0.4 |
| 10/16/2009 | D.B. | E-mails with J. Stereo re: AH Bank status. | 0.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### October 1, 2009 to October 31, 2009

### I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/16/2009 | M.M. | Reviewed correspondence re: post effective date issues. | 0.6 |
| 10/19/2009 | D.B. | E-mails with Hahn & Hessen re: status of AH Bank. | 0.2 |
| 10/21/2009 | D.B. | E-mail and telephone call with Hahn & Hessen re: status of AH Bank. | 0.2 |
| 10/23/2009 | D.B. | Telephone call with M. Indelicato re: planning for effective date. | 0.1 |
| 10/26/2009 | D.B. | E-mail to Hahn & Hessen re: AH Bank status update. | 0.1 |
| 10/27/2009 | D.B. | Reviewed e-mail from E. Schnitzer re: preference settlements. | 0.1 |
| 10/28/2009 | D.B. | E-mails with Hahn & Hessen re: summary of case status and issues. | 0.4 |
| | | **TOTAL:** | **5.5** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.7 | 610.00 | 2,867.00 |
| M. MICHAELIS (M.M.) | 0.8 | 450.00 | 360.00 |
| **TOTAL:** | **5.5** | | **3,227.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**J.     FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/6/2009 | M.M. | Prepared September monthly data. | 0.3 |
| 10/7/2009 | M.M. | Prepared September monthly data. | 0.8 |
| 10/9/2009 | M.M. | Prepared September monthly data. | 1.3 |
| 10/12/2009 | M.M. | Prepared September monthly data. | 1.1 |
| 10/13/2009 | M.M. | Updated September data and prepared 24th monthly application. | 1.2 |
| 10/13/2009 | N.V. | Reviewed updated September 09 monthly application. | 0.2 |
| 10/13/2009 | N.V. | Reviewed and edited September 2009 time detail; updated project categories. | 0.6 |
| 10/14/2009 | D.B. | Reviewed and approved 24th monthly application of BDO for compensation and services rendered as FA to UCC for September 2009 and Berliner Declaration. | 1.1 |
| 10/14/2009 | M.M. | Prepared 24th monthly fee application. | 0.7 |
| | | **TOTAL:** | **7.3** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

## J.    FEE APPLICATIONS / MONTHLY STATEMENTS

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.1 | 610.00 | 671.00 |
| N. VANDERHOOP (N.V.) | 0.8 | 190.00 | 152.00 |
| M. MUFTUOGLU (M.M.) | 5.4 | 150.00 | 810.00 |
| **TOTAL:** | **7.3** | | **1,633.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**K.     TRAVEL TIME**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/8/2009 | M.S. | Travel Time to and from Melville Long Island. | 1.5 |
| 10/21/2009 | M.S. | Travel time to and from Melville Long Island. | 1.5 |
| 10/23/2009 | M.S. | Travel time to and from Melville Long Island. | 1.5 |
| 10/27/2009 | M.S. | Travel time to and from Melville Long Island. | 1.5 |
| 10/28/2009 | M.S. | Travel time to and from Melville Long Island. | 1.0 |
| | | **TOTAL:** | **7.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 7.0 | 120.00 | 840.00 |
| **TOTAL:** | **7.0** | | **840.00** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
October 1, 2009 through October 31, 2009

| | | |
|---|---|---:|
| 1. | PHOTOCOPYING | |
| | a. Internal | |
| | b. External | |
| | | |
| 2. | TELECOMMUNICATIONS | |
| | a. Toll Charges | |
| | b. Facsimile | |
| | | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES | |
| | *For overnight and hand delivery to Counsel* | |
| | *and Committee members* | |
| | | |
| 4. | COURT REPORTER AND TRANSCRIPTS | |
| | | |
| 5. | TECHNOLOGY SERVICES – *Concordance Database* | $1,500.00 |
| | *Monthly Hosting Fee* | |
| | | |
| 6. | OUT-OF-TOWN TRAVEL | |
| | a. Transportation | 234.40 |
| | b. Lodging | |
| | c. Meals | |
| | | |
| 7. | OUTSIDE SERVICES | |
| | | |
| 8. | LOCAL MEALS | 130.24 |
| | | |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE | 20.00 |
| | AND PARKING – for cabs to/from meetings, car service | |
| | *for employees working after 8:00 p.m. and local mileage* | |
| | *using personal auto* | |
| | | |
| 10. | MISCELLANEOUS – Internet Connection | |
| | | |
| | **TOTAL** | **$1,884.64** |

*Details available upon request to BDO.

BDO SEIDMAN, LLP
WILLIAM K. LENHART
DAVID E. BERLINER
MARLENE H. RABINOWITZ
135 W 50th Street – 20th FL
New York, N.Y.  10020
Telephone Number:    (212) 885-8001
Facsimile Number:    (212) 575-2593

Financial Advisors to the Committee

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Case No.    07-11047 (CSS) |
| | ) | |
| American Home Mortgage Holdings, Inc., et al[1] | ) | Chapter 11   Jointly Administered |
| | ) | |
| Debtors. | ) | |

DECLARATION OF DAVID E. BERLINER IN SUPPORT OF
TWENTY-FIFTH MONTHLY APPLICATION OF BDO SEIDMAN, LLP, FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OCTOBER 1, 2009 TO OCTOBER 31, 2009

STATE OF NEW YORK        }
                         }SS:
COUNTY OF NEW YORK    }

I, DAVID E. BERLINER declare under the penalty of perjury as follows:

1.  I am a partner in the firm of BDO Seidman, LLP ("BDO") and the Office Business Line
    Leader of BDO's New York Business Restructuring Services practice.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

2. I have reviewed BDO's "Twenty-Fifth Monthly Application for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors" (the "Application") for the period October 1, 2009 to October 31, 2009 (the "Application Period") and this affidavit is submitted in support of the application.

3. To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the Local Rule 2016-2, and the United States Trustees Guidelines issued April 22, 1995, by the U.S. Department of Justice.

4. All interested parties have received and are reviewing or have reviewed the application.

5. In providing a reimbursable service, BDO does not make a profit on that service.

6. In charging for a particular service, BDO does not include the amortization of the cost of any investment equipment or capital outlay.

7. In seeking reimbursement for third party services, BDO requests reimbursement only for the amount billed to BDO by the third party.

8. To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines and the UST Guidelines, except as specifically noted herein and in the application and except to the extent that fees or disbursements sought are prohibited by the Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by BDO and generally accepted by BDO's clients.

9. A summary of the fees and expenses incurred by BDO in this Chapter 11 case, during the Application Period as well as copies of the records maintained in the ordinary course of business by BDO are provided in Exhibits "A" and "B" annexed to the Application.

10. The following is a summary of the total fees and expenses incurred by BDO during this application period:

| | |
|---|---|
| FEES | $70,763.00 |
| EXPENSES | 1,884.64 |
| TOTAL | $72,647.64 |

11.    BDO has received from, or on behalf, of the Debtors $2,952,373.50 for reimbursement of fees and expenses in this Chapter 11 case as Financial Advisors to the Committee. None of the compensation paid to BDO, from or on behalf of the Debtors, has been divided or shared with any other person other than the members, associates and employees of BDO.

12.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on November ___, 2009
at New York, New York


_____

**DAVID E. BERLINER**


Sworn and subscribed to before
me this _____day of November, 2009


_____

Notary Public

11. BDO has received from, or on behalf, of the Debtors $2,952,373.50 for reimbursement of fees and expenses in this Chapter 11 case as Financial Advisors to the Committee. None of the compensation paid to BDO, from or on behalf of the Debtors, has been divided or shared with any other person other than the members, associates and employees of BDO.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2009
at New York, New York

**DAVID E. BERLINER**

Sworn and subscribed to before
me this 20th day of November, 2009

Notary Public

MARGARET ADAMS
Notary Public, State of New York
No. 01AD 4776353
Qualified in Kings County
Commission Expires February 28, 2011

-3-