EXHIBIT "A"

# AMERICAN HOME MORTGAGE
### Time Summary
### October 1, 2009 to October 31, 2009

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| TONY LENDEZ | PARTNER | 0.5 | 750.00 | 375.00 |
| DAVID E BERLINER | PARTNER | 29.9 | 610.00 | 18,239.00 |
| MICHELE MICHAELIS | DIRECTOR | 11.9 | 450.00 | 5,355.00 |
| CHRIS AWONG | SENIOR | 53.0 | 275.00 | 14,575.00 |
| MATTHEW J STEWART | SENIOR | 117.4 | 240.00 | 28,176.00 |
| KEVIN REINLE | SENIOR | 5.4 | 225.00 | 1,215.00 |
| NAUSHON E VANDERHOOP | SENIOR | 0.8 | 190.00 | 152.00 |
| ALAINA D MASLER | STAFF | 5.7 | 180.00 | 1,026.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 5.4 | 150.00 | 810.00 |
| | SUBTOTAL: | 228.0 | | $69,923.00 |
| TRAVEL TIME: Billed @ ½ rate | | | | |
| MATTHEW J STEWART | SENIOR | 7.0 | 120.00 | 840.00 |
| | SUBTOTAL: | 7.0 | | 840.00 |
| | **TOTAL:** | **237.0** | | **$70,763.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### October 1, 2009 to October 31, 2009

### A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2009 | A.M. | Continued comparison of employee claims under WARN Act to all employee claims. | 1.8 |
| 10/2/2009 | A.M. | Completed comparison of employee claims under WARN Act to all employee claims. | 0.5 |
| 10/2/2009 | D.B. | Met with M. Stewart re: WARN Act settlement and impact on employee priority claims; reviewed WARN settlement agreement. | 0.7 |
| 10/2/2009 | M.S. | Prepared WARN payments and priority analysis. | 3.8 |
| 10/2/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding WARN, claims, and case status. | 0.4 |
| 10/6/2009 | A.M. | Reviewed WARN Act Analysis and verified employee information. | 0.6 |
| 10/6/2009 | D.B. | Met with M. Stewart re: employees with filed claims included in WARN settlement; reviewed analysis and provide comments. | 0.4 |
| 10/6/2009 | M.S. | Prepared WARN payments and priority analysis. | 2.3 |
| 10/7/2009 | D.B. | Met with M. Stewart to discuss employee claim computation for WARN Act claimants and prepare for trip to AHM facility. | 0.3 |
| 10/7/2009 | M.S. | Correspondence with A. Masler regarding employee claims. | 0.2 |
| 10/8/2009 | A.M. | Updated listing of employees exceeding WARN Act claims limit. | 0.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### October 1, 2009 to October 31, 2009

**A.    ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/8/2009 | M.S. | Prepared the WARN analysis for D. Berliner and Counsel. | 1.3 |
| 10/9/2009 | D.B. | Reviewed analysis of employee claims versus WARN Act settlement for counsel. | 0.5 |
| 10/14/2009 | K.R. | Reviewed Omnibus Objections over past several months; updated cumulative Omnibus Objection summary schedule based on newly filed items with the court. | 2.9 |
| 10/27/2009 | M.S. | Reviewed priority claims listing. | 0.4 |
| 10/28/2009 | M.S. | Work Sessions with AHM employees regarding claims and reviewed updated claims analysis. | 0.8 |
| | | **TOTAL:** | **17.3** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.9 | 610.00 | 1,159.00 |
| M. STEWART (M.S.) | 9.2 | 240.00 | 2,208.00 |
| K. REINLE (K.R.) | 2.9 | 225.00 | 652.50 |
| A. MASLER (A.M.) | 3.3 | 180.00 | 594.00 |
| **TOTAL:** | **17.3** | | **4,613.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**B.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/8/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding tax issues. | 0.4 |
| 10/16/2009 | D.B. | Discussed tax return preparation issues with R. Klein and information needed with M. Stewart. | 0.2 |
| 10/19/2009 | A.M. | Reviewed and indexed 2008 state and federal tax returns. | 1.8 |
| 10/19/2009 | M.S. | Correspondence with Debtors and staff regarding tax returns. | 0.4 |
| 10/19/2009 | M.S. | Reviewed 2008 tax return documentation. | 0.4 |
| 10/20/2009 | A.M. | Reviewed and indexed 2008 state and federal tax returns. | 0.6 |
| 10/20/2009 | M.S. | Reviewed 2008 tax returns and index prepared by staff. | 0.8 |
| 10/20/2009 | M.S. | Correspondences with M. Michaelis, D. Berliner and R. Klein regarding 2008 tax returns. | 0.2 |
| 10/21/2009 | M.M. | Reviewed tax related data. | 0.2 |
| 10/23/2009 | M.M. | Reviewed updated tax information. | 0.2 |
| 10/30/2009 | D.B. | Discussed tax return preparation issues with R. Klein for meeting with Liquidating Trustee. | 0.2 |
| | | **TOTAL:** | **5.4** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

**B.      TAX ISSUES**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.4 | 610.00 | 244.00 |
| M. MICHAELIS (M.M.) | 0.4 | 450.00 | 180.00 |
| M. STEWART (M.S.) | 2.2 | 240.00 | 528.00 |
| A. MASLER (A.M.) | 2.4 | 180.00 | 432.00 |
| **TOTAL:** | **5.4** | | **1,384.00** |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

## C.     PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2009 | C.A. | Per request from Counsel, performed a search for an unsecured claim for Deloitte on Epiq, Schedule F and Schedule G, and coordinated with the Debtors to determine of Epiq misclassified the claim. | 1.6 |
| 10/1/2009 | C.A. | Per request from Counsel, reviewed invoices and coordinated with the Debtors in order to verify the validity of three unpaid Barsa Consulting invoices | 1.4 |
| 10/1/2009 | C.A. | Communicated with S. Sakamoto (AHM) regarding the abnormal payment pattern to McKee Nelson during the preference period, and communicated findings to Counsel. | 1.7 |
| 10/1/2009 | M.M. | Reviewed and discussed preference analysis and claims related issues. | 0.4 |
| 10/1/2009 | M.S. | Discussions with C. Awong regarding preferences. | 0.2 |
| 10/1/2009 | M.S. | Prepared solvency analysis for counsel. | 3.3 |
| 10/5/2009 | M.M. | Reviewed updated information re: preferences and discussed same. | 0.4 |
| 10/6/2009 | C.A. | Per request from Counsel, verified the accuracy of the Defendant landlord's (Sterwick Development Corp) claim that certain checks were returned due to insufficient funds. | 0.3 |
| 10/6/2009 | C.A. | Coordination with the Debtors and Counsel in regards to obtaining access to the JP Morgan check database in order to print copies of checks. | 1.3 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
October 1, 2009 to October 31, 2009

### C.      PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/6/2009 | D.B. | Met with M. Stewart re: solvency analysis; reviewed initial analysis and prepared comments. | 0.5 |
| 10/6/2009 | M.S. | Prepared liquidation analysis in relation to the preference period. | 1.3 |
| 10/7/2009 | M.M. | Reviewed correspondence relative to correspondence with Trustee and preferences. | 0.4 |
| 10/8/2009 | C.A. | Coordinated discussions between Counsel and Debtors to discuss various preference related matters for vendors Rural Development, Deloitte & Touche, and requested check copies. | 0.7 |
| 10/9/2009 | C.A. | Per request from Counsel, inquired with the Debtors for various information and provided documents to Counsel for vendors Intercity Agency, Check Printers, and Warehouseline Ltd. | 2.1 |
| 10/9/2009 | C.A. | Summarized preference settlements for the first and second omnibus 9019 filed with the Courts, and provided to the BDO team for review. | 0.9 |
| 10/13/2009 | C.A. | Responded to various requests from Counsel in regards to vendors Warehouse Line, University of Minnesota, Intercity Agency, and Zensar TD LLC.  Also coordinated with the Debtors in obtaining access to the JP Morgan check copies. | 2.2 |
| 10/13/2009 | C.A. | Extracted copies of invoices paid in the preference period to vendor Ricoh Corporation, and submitted to Counsel for review. | 3.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**C.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/15/2009 | C.A. | Per request from Counsel in regards to Zensar aka Thought Digital, researched additional payments in the historical period, change of vendor names, and verified to defendant's records. | 1.3 |
| 10/15/2009 | C.A. | Coordinated with the Debtors to obtain various information and documents for Counsel, for vendors CDW, Larry Elliott, and Regent Business Center. | 1.7 |
| 10/16/2009 | C.A. | Coordinated with the Debtors to provide various supporting documentation and explanations for various preference matters, including Pitney Bowes Corp, Regent Business Center, Larry Elliott, Reckson Operating Partnership, SHPS, Inc, and Rural Development. | 3.1 |
| 10/16/2009 | M.S. | Prepared insolvency analysis. | 2.4 |
| 10/19/2009 | C.A. | Per request from Counsel, assessed First American Flood Data Services' assertion of payments made in the preference period, historical period, as well as unpaid invoices.  Communicated Debtors' explanation to Counsel. | 2.9 |
| 10/19/2009 | M.S. | Prepared insolvency analysis. | 3.8 |
| 10/20/2009 | C.A. | Per request from Counsel, researched whether various checks cleared the bank or were cancelled for vendors Regent Business Center and Embassy Suites. | 3.2 |
| 10/20/2009 | C.A. | Reviewed the JP Morgan check website to obtain familiarity with it, and instructed Counsel on how to use it. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**C.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/20/2009 | M.S. | Prepared insolvency analysis for D. Berliner. | 3.8 |
| 10/20/2009 | M.S. | Reviewed insolvency analysis as of April 30, 2007. | 1.4 |
| 10/20/2009 | M.S. | Made revisions to insolvency analysis based on M. Michaelis revisions. | 0.4 |
| 10/21/2009 | C.A. | Per request from Counsel, coordinated with the Debtors and reviewed Mortgage Market Guide's assertion that subscription services continued post petition. | 2.3 |
| 10/21/2009 | C.A. | Researched various question from Counsel in regards to vendors Pitney Bowes Corporation and SHPS, Inc. | 0.7 |
| 10/21/2009 | D.B. | Reviewed initial draft of BDO solvency analysis for preference litigation and prepared comments. | 0.8 |
| 10/21/2009 | M.S. | Prepared insolvency analysis for D. Berliner. | 1.6 |
| 10/26/2009 | D.B. | Finished review of draft insolvency analysis; prepared comments and discussed with M. Stewart. | 1.9 |
| 10/26/2009 | M.M. | Reviewed updates re: preferences. | 0.6 |
| 10/26/2009 | M.S. | Updated liquidation analysis based on D. Berliner's edits. | 1.2 |
| 10/28/2009 | C.A. | Per request from Counsel, reconciled Webb Mason's historical payments to AHM's records, and coordinated response with Debtors. | 1.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

**C.** **PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/28/2009 | C.A. | Per request from Counsel, coordinated conference call with Debtors, BDO and Counsel to discuss Mortgage Market Guide's (MMG) assertion that service continued post-petition. | 0.9 |
| 10/28/2009 | C.A. | Per request from Counsel, researched the validity of Pitney Bowes admin claims, and coordinated response with Debtors. | 0.7 |
| 10/28/2009 | C.A. | Per request form Counsel, researched whether SHPS was paid for pre-petition services after the filing.  Coordinated response with Debtors. | 0.3 |
| 10/28/2009 | C.A. | Per request from Counsel, researched and inquired whether any cure payments were made to vendor Gryphon Networks for an assumed service contract.  Researched the existence of unpaid invoices. | 1.3 |
| 10/28/2009 | C.A. | Per request from Counsel, researched and verified the existence of any administrative claims to vendor Open Access, as well as unpaid invoices at the date of filing, and coordinated response with Debtors. | 0.7 |
| 10/28/2009 | C.A. | Per request from Counsel, researched vendor AllRegs assertion that its services was used post-petition, and coordinated response with Debtors. | 1.1 |
| 10/28/2009 | C.A. | Per request from Counsel, reconciled vendor Office Furniture Now's historical and preference invoice payments to the Debtors' payments, and coordinated response with Debtors. | 0.4 |
| 10/28/2009 | C.A. | Per request from Counsel, researched and inquired with the Debtors whether the wires paid defendant ZC Sterling were for property taxes as asserted, and determine whether AHM or ZC Sterling was a pass-through conduit. | 0.7 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

**C.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/29/2009 | C.A. | Per request from Counsel, reviewed Debtors' response regarding wire payments made to ZC Sterling, responded with follow up questions, and communicated results to Counsel. | 1.3 |
| 10/29/2009 | C.A. | Per request from Counsel, researched vendor LeadPoint, Inc.'s assertion that it provided a refund to the Debtors. | 0.6 |
| 10/29/2009 | C.A. | Responded to Counsel's request for confirmation on PBCC's administrative claim. | 0.9 |
| 10/29/2009 | C.A. | Per request from Counsel, prepared a preliminary ordinary course preference analysis, and provided copies of invoices paid in the preference period for vendor BellSouth. | 1.7 |
| 10/29/2009 | C.A. | Per request from Counsel, inquired with the Debtors checks that were found on the JP Morgan Stop Payment Report as well as its check imaging website.  Coordinated response with the Debtors. | 1.3 |
| 10/29/2009 | C.A. | Per request from Counsel, researched and inquired with the Debtors the reason for payment to vendor Lehr Construction Corp., and submitted response to Counsel. | 1.8 |
| 10/29/2009 | C.A. | Per request from Counsel, researched existence of unpaid new value to vendor Robert Half (Office Team, or Accountemps), as well as other aliases. | 1.2 |
| 10/29/2009 | C.A. | Per request from Counsel, reviewed supporting documentation for payments made to landlord Reckson Operating Partnership as well as existence of any agreements, and provided response to Counsel based on discussion with the Debtors. | 1.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**C.      PREFERENCE ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|-------------|------|
| 10/29/2009 | M.S. | Discussion with C. Awong regarding Milestone and financing attained during 2007. | 0.3 |
| 10/30/2009 | C.A. | Per request from Counsel, inquired and researched whether a certain check payment was made to defendant Homebuyers Marketing, including research on Papervision, bank's stop payment report, check imaging system, etc. Coordinated response with Debtors. | 1.4 |
| 10/30/2009 | C.A. | Communicated results of inquiry with the Debtors regarding existence of unpaid new value to vendor Robert Half (Office Team, or Accountemps), as well as other aliases. | 0.7 |
| 10/30/2009 | C.A. | Per request from Counsel, researched various issues in regards to the payment made to defendant Microsoft, including review of the sale and assignment agreement of AHMSI to Wilbur Ross, review of asserted unpaid invoice, review of proof of claim, and review of cure objection by defendant.  Coordinated response with Debtors. | 2.3 |
| | | **TOTAL:** | **77.7** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**C.      PREFERENCE ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.2 | 610.00 | 1,952.00 |
| M. MICHAELIS (M.M.) | 1.8 | 450.00 | 810.00 |
| C. AWONG (C.A.) | 53.0 | 275.00 | 14,575.00 |
| M. STEWART (M.S.) | 19.7 | 240.00 | 4,728.00 |
| **TOTAL:** | **77.7** | | **22,065.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**D.**    **LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/7/2009 | T.L. | Reviewed summary of complaint and defendants' responses prepared by A. Cohen and highlighted points to discuss with D. Berliner. | 0.5 |
| 10/9/2009 | D.B. | Met with M. Stewart re: results of meeting at AHM with Liquidating Trustee, status of work re: UCC investigation for counsel and other projects. | 0.4 |
| 10/12/2009 | M.S. | Correspondences with A. LaMalfa regarding causes of action report. | 0.1 |
| 10/13/2009 | M.S. | Reviewed documentation relating to the causes of action investigation. | 0.7 |
| 10/13/2009 | M.S. | Correspondences with A. LaMalfa regarding EPD/Breaches, and repurchases. | 0.2 |
| 10/22/2009 | M.S. | Worked on causes of action investigation analysis. | 2.4 |
| 10/30/2009 | M.S. | Reviewed Broadhollow litigation information. | 0.3 |
| | | **TOTAL:** | **4.6** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

**D.       LITIGATION CONSULTING**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| T. LENDEZ (T.L.) | 0.5 | 750.00 | 375.00 |
| D. BERLINER (D.B.) | 0.4 | 610.00 | 244.00 |
| M. STEWART (M.S.) | 3.7 | 240.00 | 888.00 |
| **TOTAL:** | **4.6** | | **1,507.00** |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

### E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2009 | D.B. | Telephone call with K. Nystrom re: update on Bank status. | 0.1 |
| 10/1/2009 | M.S. | Reviewed and discussed with S. Martinez professional fees. | 0.7 |
| 10/1/2009 | M.S. | Correspondences with AHM employees regarding financial statements. | 0.2 |
| 10/2/2009 | D.B. | Telephone call with B. Pensyl, Esq. re: Waterfield litigation. | 0.1 |
| 10/2/2009 | D.B. | E-mail with Nystrom re: AH Bank status. | 0.1 |
| 10/5/2009 | D.B. | Telephone calls with K. Nystrom and S. Martinez re: AH Bank and an employee issue. | 0.4 |
| 10/5/2009 | M.M. | Discussed possible departure of D. Pasternak and call with Zolfo Cooper re: same. | 0.3 |
| 10/5/2009 | M.S. | Conference call regarding employee issues. | 0.3 |
| 10/6/2009 | M.S. | Weekly Call with Zolfo Cooper regarding case status updates. | 0.7 |
| 10/8/2009 | M.S. | Work sessions and meetings with S. Sass, L. Smalley and S. Martinez regarding Debtors employees, tax issues, and other ongoing AHM issues. | 4.3 |
| 10/8/2009 | M.S. | Discussions with S. Martinez regarding employees, bank, claims, and Ross. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/8/2009 | M.S. | Correspondence with Debtors' employees regarding various issues. | 0.3 |
| 10/9/2009 | D.B. | Telephone call with K. Nystrom re: AH Bank status. | 0.1 |
| 10/9/2009 | M.S. | Correspondence with S. Martinez regarding Bank issues. | 0.2 |
| 10/13/2009 | D.B. | E-mail with Zolfo Cooper re: employee issues. | 0.1 |
| 10/13/2009 | M.S. | Correspondences with D. Berliner and Zolfo Cooper regarding employee issues. | 0.2 |
| 10/14/2009 | M.S. | Discussions with Debtors and D. Berliner regarding employees. | 0.6 |
| 10/15/2009 | D.B. | E-mail from K. Nystrom re: AH Bank status and forward to counsel. | 0.1 |
| 10/15/2009 | D.B. | Conference call with Zolfo Cooper re: employee issue and case status update. | 0.7 |
| 10/15/2009 | D.B. | E-mails from K. Nystrom re: AH Bank status and forward to counsel. | 0.1 |
| 10/15/2009 | M.M. | Conference call and written correspondence review with Zolfo Cooper re: case update, D. Pasternak retention, claims, Bank sale and file destruction. | 1.1 |
| 10/15/2009 | M.S. | Weekly call with Zolfo Cooper regarding open issues. | 1.0 |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

## E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/15/2009 | M.S. | Correspondences with Debtors and BDO regarding employees and professional fees. | 0.3 |
| 10/16/2009 | D.B. | E-mails with S. Martinez re: employee issues & tax return information. | 0.1 |
| 10/16/2009 | M.S. | Correspondences with D. Berliner and Debtors regarding professional fees and taxes. | 0.2 |
| 10/19/2009 | D.B. | E-mails with K. Nystrom re: status of AH Bank. | 0.1 |
| 10/21/2009 | D.B. | E-mails from K. Nystrom re: status of AH Bank. | 0.1 |
| 10/21/2009 | M.S. | Work sessions with AHM employees regarding Effective Date issues. | 1.6 |
| 10/21/2009 | M.S. | Correspondences with S. Martinez regarding site visit Friday and Effective Date analysis. | 0.2 |
| 10/22/2009 | D.B. | Telephone call with S. Martinez re: employee issues, tax return status and effective date planning. | 0.5 |
| 10/22/2009 | D.B. | E-mails from S. Martinez re: status of tax return preparation and open items and summary schedule of estimated Cadwalader fees for Waterfield litigation. | 0.4 |
| 10/22/2009 | M.S. | Prepared for and call with Debtors regarding professional fees and case planning. | 1.2 |
| 10/22/2009 | M.S. | Correspondences with AHM Employees regarding taxes. | 0.2 |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

## E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/22/2009 | M.S. | Prepared for site visit tomorrow and met with Zolfo Cooper and Trustee. | 0.6 |
| 10/23/2009 | D.B. | Conference call with Liquidating Trustee and S. Martinez re: Planning for effective date. | 0.7 |
| 10/23/2009 | M.S. | Work sessions and meeting with L. Smalley, S. Martinez and various AHM employees regarding Effective Date issues and case planning. | 5.5 |
| 10/23/2009 | M.S. | Meetings with S. Martinez regarding various Effective Date issues and case planning. | 1.4 |
| 10/26/2009 | D.B. | E-mail from K. Nystrom re: AH Bank. | 0.1 |
| 10/27/2009 | M.S. | Meetings with Zolfo Cooper and Trustee regarding Effective Date and Post Effective Planning. | 4.5 |
| 10/27/2009 | M.S. | Conference call with L. Smalley, S. Martinez and D. Berliner regarding Effective Date issues and planning. | 0.5 |
| 10/28/2009 | M.S. | Discussions with S. Martinez regarding BDO's liquidation analysis. | 0.4 |
| 10/28/2009 | M.S. | Meetings with Zolfo Cooper and Trustee regarding Effective Date and Post Effective Planning. | 4.0 |
| 10/28/2009 | M.S. | Discussions with AHM employees regarding CNI and review of schedules relating. | 0.6 |
| 10/29/2009 | M.S. | Correspondence with the Debtors and review of documents relating to the CNI reinsurance entity. | 1.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**E.       MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/30/2009 | D.B. | E-mails with K. Nystrom re: AH Bank status. | 0.1 |
| | | **TOTAL:** | **36.9** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.9 | 610.00 | 2,379.00 |
| M. MICHAELIS (M.M.) | 1.4 | 450.00 | 630.00 |
| M. STEWART (M.S.) | 31.6 | 240.00 | 7,584.00 |
| **TOTAL:** | **36.9** | | **10,593.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
October 1, 2009 to October 31, 2009

**F.      REPORT PREPARATION**

| Date | Name | Description | Time |
| --- | --- | --- | --- |
| 10/1/2009 | D.B. | Prepared updated analysis of Bancorp deal vs. liquidation. | 0.9 |
| 10/1/2009 | D.B. | Prepared report for UCC re: AH Bank status. | 1.2 |
| 10/1/2009 | M.S. | Reviewed and prepared of Committee update report on the Bank. | 0.5 |
| 10/6/2009 | M.S. | Prepared notes for update report for D. Berliner. | 0.2 |
| 10/7/2009 | M.S. | Prepared update report for D. Berliner. | 0.7 |
| 10/9/2009 | M.M. | Reviewed memo for Committee and counsel on status of effective date, bank and Ross claims. | 0.4 |
| 10/20/2009 | M.M. | Reviewed update for Committee. | 0.6 |
| 10/21/2009 | M.M. | Edited and distributed Committee update. | 0.4 |
| 10/27/2009 | D.B. | Prepared update of estimated proceeds from AH Bank based on 9/30/2009 balance sheet. | 0.6 |
| 10/28/2009 | M.M. | Reviewed current status report for Committee re: bank sale, effective data cash and liquidation of asset status. | 0.6 |
| 10/29/2009 | D.B. | Prepared BDO report to UCC re: case status update; edited and finalized report. | 2.1 |
| 10/29/2009 | D.B. | Review exhibits to BDO report and prepared comments for M. Stewart. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**F.        REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/29/2009 | M.S. | Prepared 10/29/09 Committee report. | 1.6 |
| | | **TOTAL:** | **10.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 5.5 | 610.00 | 3,355.00 |
| M. MICHAELIS (M.M.) | 2.0 | 450.00 | 900.00 |
| M. STEWART (M.S.) | 3.0 | 240.00 | 720.00 |
| **TOTAL:** | **10.5** | | **4,975.00** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

## G.    MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2009 | D.B. | Conference call with UCC and presented BDO Report, including planning for call. | 0.5 |
| 10/1/2009 | M.S. | Weekly call with the Committee to discuss the Bank. | 0.5 |
| 10/7/2009 | D.B. | Reviewed and edited proposed e-mail to S. Sass re: employee issue to prepare for meeting in Melville. | 0.6 |
| 10/7/2009 | M.S. | Prepared information and correspondence to S. Sass regarding employee issues. | 0.5 |
| 10/8/2009 | M.S. | Met with S. Sass and L. Smalley regarding employees, and planning. | 0.8 |
| 10/9/2009 | M.S. | Correspondence with S. Sass regarding various issues. | 0.2 |
| 10/21/2009 | M.S. | Prepared draft email to the Committee. | 0.3 |
| 10/30/2009 | D.B. | Telephone call with UCC member re: question on BDO report. | 0.2 |
| 10/30/2009 | M.S. | Call with Committee member regarding Broadhollow. | 0.2 |
| | | **TOTAL:** | **3.8** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**G.     MEETINGS WITH CREDITORS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|-------------|
| D. BERLINER (D.B.) | 1.3 | 610.00 | 793.00 |
| M. STEWART (M.S.) | 2.5 | 240.00 | 600.00 |
| **TOTAL:** | **3.8** | | **1,393.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**H.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2009 | D.B. | Reviewed financial statements for AH Bank for July 2009 and compared to prior periods. | 0.3 |
| 10/1/2009 | K.R. | Reviewed docket; prepared schedule of professional fees based on fee applications filed for Bifferato LLC. | 0.7 |
| 10/1/2009 | M.M. | Updated on current status issues re: bank and effective date. | 0.3 |
| 10/1/2009 | M.S. | Various discussions with D. Berliner regarding the Bank. | 0.4 |
| 10/2/2009 | M.M. | Reviewed correspondence re: WARN Acts. | 0.3 |
| 10/2/2009 | M.S. | Reviewed WARN settlement motion filed with the court on 9/4/09. | 1.2 |
| 10/2/2009 | M.S. | Correspondence with D. Berliner regarding Bifferato fees and expenses. | 0.2 |
| 10/3/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding cash flows and site visit. | 0.2 |
| 10/5/2009 | D.B. | Discussed employee issue with M. Michaelis and reviewed e-mail from employee. | 0.1 |
| 10/5/2009 | D.B. | Reviewed revised cash flow forecast for period 10/2/2009 through 12/31/2009 and revised AHM effective date cash analysis. | 0.6 |
| 10/5/2009 | M.S. | Reviewed the cash flow forecast provided by the Debtors on 10/2/09. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**H.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/5/2009 | M.S. | Correspondence with M. Michaelis and D. Berliner regarding the Bank and employees. | 0.3 |
| 10/6/2009 | M.M. | Reviewed correspondence re: current status and trip to Debtors site. | 0.3 |
| 10/6/2009 | M.S. | Correspondence with D. Berliner regarding site visit on Thursday. | 0.1 |
| 10/6/2009 | M.S. | Met with D. Berliner regarding WARN. | 0.7 |
| 10/7/2009 | M.S. | Prepared post-Effective Date retention plan. | 0.4 |
| 10/7/2009 | M.S. | Discussion with D. Berliner regarding WARN and employee issues. | 0.3 |
| 10/8/2009 | D.B. | Discussed status and issues re: visit to AHM HQ with M. Stewart. | 0.3 |
| 10/8/2009 | D.B. | Reviewed schedule of boxes remaining in AHM basement. | 0.2 |
| 10/9/2009 | D.B. | Reviewed docket report for period 10/1/2009 through 10/8/2009. | 0.1 |
| 10/9/2009 | M.M. | Met with M. Stewart re: current update of meeting with Trustee, cause of action and employee retention. | 0.6 |
| 10/9/2009 | M.S. | Reviewed docket and related filings. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/9/2009 | M.S. | Reviewed cash flow forecast received on 10/9/09. | 0.4 |
| 10/9/2009 | M.S. | Reviewed JPM update provided by Counsel. | 0.4 |
| 10/9/2009 | M.S. | Discussions with M. Michaelis regarding site visit on Thursday and case planning. | 0.2 |
| 10/10/2009 | M.S. | Reviewed cash flow forecast received on 10/9/09. | 0.4 |
| 10/12/2009 | D.B. | Reviewed AHM revised cash flow forecast for period 10/9/2009 through 12/3/2009. | 0.3 |
| 10/12/2009 | D.B. | Reviewed updated professional fee analysis for fee applications filed through 10/11/2009. | 0.3 |
| 10/12/2009 | K.R. | Reviewed docket for professional fee applications; updated professional fee summary schedules based on filed fee applications over past several weeks. | 1.4 |
| 10/12/2009 | M.M. | Reviewed and corresponded with staff re: update to staffing issues and emergence ability. | 0.4 |
| 10/12/2009 | M.S. | Reviewed bank account information. | 0.2 |
| 10/12/2009 | M.S. | Reviewed professional fees updated through 10/11/09. | 0.6 |
| 10/13/2009 | M.M. | Reviewed correspondence re: post effective date issues. | 0.2 |
| 10/14/2009 | D.B. | Met with M. Stewart re: status of work in progress, timing and issues. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/14/2009 | D.B. | E-mails with M. Stewart re: status of work in progress, timing and issues. | 0.1 |
| 10/15/2009 | D.B. | Met with M. Stewart re: status of solvency analysis. | 0.2 |
| 10/15/2009 | K.R. | Reviewed newly filed docket items; updated omnibus objection summary. | 0.4 |
| 10/15/2009 | M.M. | Discussion with M. Stewart re: go forward issues re: staffing, Ross and bank. | 0.3 |
| 10/15/2009 | M.S. | Discussions with D. Berliner regarding employees. | 0.2 |
| 10/15/2009 | M.S. | Analyzed American Home Historical financial statements and trial balance for solvency tests. | 1.6 |
| 10/15/2009 | M.S. | Prepared update summary for Counsel, D. Berliner and M. Michaelis. | 0.8 |
| 10/16/2009 | D.B. | Reviewed news article on AHM WARN Act settlement preliminary approval. | 0.1 |
| 10/16/2009 | M.S. | Reviewed cash flow forecast provided by Debtors and cash available to go Effective. | 0.6 |
| 10/18/2009 | M.M. | Reviewed current update information. | 0.5 |
| 10/19/2009 | M.S. | Reviewed of April 2009 delinquency statistics and trial balances. | 0.6 |
| 10/19/2009 | M.S. | Reviewed cash flow forecast and cash available to go Effective. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**H.     BUSINESS ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|-------------|------|
| 10/20/2009 | M.M. | Reviewed correspondence re: bank accounts. | 0.2 |
| 10/20/2009 | M.S. | Discussion with M. Michaelis regarding site visit and updates. | 0.3 |
| 10/21/2009 | M.M. | Reviewed correspondence re: cash balance and effective date. | 0.5 |
| 10/21/2009 | M.S. | Reviewed professional fee budget received from Debtors' advisors. | 0.2 |
| 10/21/2009 | M.S. | Correspondences with M. Michaelis regarding bank accounts. | 0.2 |
| 10/21/2009 | M.S. | Prepared list of Effective Date issues and concerns. | 0.4 |
| 10/21/2009 | M.S. | Reviewed cash flow forecast, Debtors effective date analysis and preparation of our Effective Date analysis. | 0.6 |
| 10/21/2009 | M.S. | Correspondences with D. Berliner and M. Michaelis regarding Effective Date and cash needed. | 0.3 |
| 10/22/2009 | D.B. | Met with M. Stewart re: analysis of estimated cash available at effective date, solvency analysis and work to be done @ Debtor office 10/23/09. | 0.4 |
| 10/22/2009 | M.S. | Prepared for and met with D. Berliner regarding Bank, professional fees, cash flows and site visit. | 0.4 |
| 10/22/2009 | M.S. | Reviewed cash flow forecast, Debtors effective date analysis and preparation of our Effective Date analysis. | 1.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
October 1, 2009 to October 31, 2009

**H.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/22/2009 | M.S. | Reviewed Bank's September balance sheet and estimated proceeds. | 0.3 |
| 10/22/2009 | M.S. | Reviewed and correspondences of actual and budgeted professional fees by the Debtors' advisors. | 0.4 |
| 10/22/2009 | M.S. | Reviewed payments made during 2007 and REIT qualification tests. | 1.7 |
| 10/23/2009 | M.M. | Reviewed updated budget. | 0.6 |
| 10/23/2009 | M.M. | Reviewed updated bank information. | 0.2 |
| 10/23/2009 | M.S. | Reviewed cash flow projects for potential Effective Date. | 0.4 |
| 10/23/2009 | M.S. | Correspondences with D. Berliner regarding Effective Date and issues. | 0.3 |
| 10/23/2009 | M.S. | Prepared Effective Date issues list. | 0.6 |
| 10/23/2009 | M.S. | Reviewed the cash flow forecast provided by the Debtors on 10/23/09. | 0.6 |
| 10/26/2009 | D.B. | Reviewed docket report for period 10/9/2009 - 10/23/2009. | 0.2 |
| 10/26/2009 | D.B. | Reviewed schedule of Effective date issue and discuss with M. Stewart. | 0.3 |
| 10/26/2009 | D.B. | Reviewed AH Bank balance sheet as of 9/30/2009. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
October 1, 2009 to October 31, 2009

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/26/2009 | M.M. | Discussed current cash status with team. | 0.1 |
| 10/26/2009 | M.S. | Preparation of Effective Date issues list. | 1.6 |
| 10/26/2009 | M.S. | Meeting with D. Berliner regarding Effective Date issue list, liquidation analysis and case planning. | 0.6 |
| 10/26/2009 | M.S. | Prepared materials and information for Tuesday and Wednesday Trustee meetings at American Home. | 1.4 |
| 10/27/2009 | D.B. | Reviewed e-mails from M. Stewart re: summary of conversations with Zolfo re: case status update. | 0.4 |
| 10/27/2009 | M.M. | Employee update post effective date review. | 0.4 |
| 10/27/2009 | M.S. | Reviewed open items list prepared by S. Martinez and preparation of time-line Post-Effective Date. | 0.8 |
| 10/27/2009 | M.S. | Reviewed cash flow forecast provided by S. Martinez and worked on 6 month forecast for the Trustee. | 0.8 |
| 10/27/2009 | M.S. | Updates and analysis of cash at the Effective Date depending on the timing of the Bank Sale. | 1.7 |
| 10/27/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding updates. | 0.8 |
| 10/27/2009 | M.S. | Prepared post-Effective Date retention plan. | 1.4 |
| 10/27/2009 | M.S. | Reviewed current employee structure, current projects and anticipated projects going forward. | 0.8 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### October 1, 2009 to October 31, 2009

### H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/28/2009 | D.B. | Reviewed draft proposal for employee compensation structure and incentives and prepared comments for M. Stewart. | 0.7 |
| 10/28/2009 | D.B. | Reviewed draft analysis of proceeds from AH Bank using 9/30/2009 balance sheet. | 0.4 |
| 10/28/2009 | D.B. | Reviewed draft of revised analysis of cash needed to go effective; prepared comments and questions and discussed with M. Stewart. | 0.7 |
| 10/28/2009 | D.B. | E-mails with M. Stewart re: results of meetings at AHM with Debtors and liquidating Trustee and summary of conversation with Debtors on case status issues. | 0.4 |
| 10/28/2009 | M.S. | Analyzed Cash at the Effective Date and review of cash flow and reserves needed. | 1.8 |
| 10/28/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding updates. | 0.6 |
| 10/28/2009 | M.S. | Reviewed cash flow forecast provided by the Debtors on 10/23/09. | 0.8 |
| 10/28/2009 | M.S. | Prepared Post-Effective Date timeline of projects, tasks, litigations and remaining asset sales. | 1.1 |
| 10/28/2009 | M.S. | Prepared post-Effective Date retention plan and employee plan. | 1.8 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/28/2009 | M.S. | Prepared 6 month forecast post Effective Date for the Trustee. | 1.7 |
| 10/28/2009 | M.S. | Reviewed updated AH Bank estimated purchase price and balance sheet as of 9/30/09. | 0.4 |
| 10/29/2009 | D.B. | Reviewed CNI reinsurance schedule and e-mail from Debtors re: proposed finding and discussed issues with M. Stewart. | 0.3 |
| 10/29/2009 | M.M. | Reviewed update on bank and effective date Trust account funding. | 0.2 |
| 10/29/2009 | M.M. | Discussed status with M. Stewart re: current cash, visit to site. | 0.4 |
| 10/29/2009 | M.S. | Updated cash at Effective Date analysis. | 0.9 |
| 10/29/2009 | M.S. | Reviewed timeline of projects and updates based on Debtors advisors. | 0.4 |
| 10/29/2009 | M.S. | Reviewed updated cash flow budget to actual report provided by S. Martinez. | 0.8 |
| 10/29/2009 | M.S. | Reviewed Post-Effective planning schedule and revisions from D. Berliner. | 0.4 |
| 10/29/2009 | M.S. | Discussions with D. Berliner and M. Michaelis regarding Broadhollow. | 0.3 |
| 10/29/2009 | M.S. | Updated the liquidation analysis and correspondences with D. Berliner regarding updates. | 0.6 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/30/2009 | D.B. | Supervised M. Stewart in preparation of information requested by Liquidating Trustee. | 0.7 |
| 10/30/2009 | M.S. | Prepared the timeline for projects and employees post-effective date. | 1.2 |
| 10/30/2009 | M.S. | Reviewed cash flows and worked on 6 month projections. | 1.4 |
| 10/30/2009 | M.S. | Reviewed updated case status file and planning Post-Effective Date. | 0.8 |
| 10/30/2009 | M.S. | Correspondence with D. Berliner and M. Michaelis regarding site visit, project timeline and 6 month budget. | 0.4 |
| 10/30/2009 | M.S. | Reviewed professional fee applications filed through 10/30/09. | 0.4 |
| | | **TOTAL:** | **61.0** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**H.      BUSINESS ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 7.5 | 610.00 | 4,575.00 |
| M. MICHAELIS (M.M.) | 5.5 | 450.00 | 2,475.00 |
| M. STEWART (M.S.) | 45.5 | 240.00 | 10,920.00 |
| K. REINLE (K.R.) | 2.5 | 225.00 | 562.50 |
| **TOTAL:** | **61.0** | | **18,532.50** |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2009 to October 31, 2009

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/1/2009 | D.B. | Telephone call and e-mails with M. Indelicato re: AH Bank status update and preparation for UCC conference call. | 0.3 |
| 10/5/2009 | D.B. | E-mails to UCC counsel re: AH Bank update and telephone call with J. Storeo, Esq. | 0.4 |
| 10/7/2009 | D.B. | E-mails with Hahn & Hessen re: case status update and issues. | 0.7 |
| 10/8/2009 | D.B. | E-mail to Hahn & Hessen re: cash needed to go effective analysis. | 0.5 |
| 10/8/2009 | D.B. | Reviewed e-mail from E. Schnitzer re: AHM preferences settlements. | 0.1 |
| 10/9/2009 | D.B. | E-mail to counsel re: BDO analysis of employee claims versus WARN Act settlement. | 0.4 |
| 10/9/2009 | D.B. | Reviewed e-mail from M. Power re: status report on litigation against JP Morgan and copy of Answer and counter claims of JP Morgan. | 0.5 |
| 10/9/2009 | D.B. | E-mail to UCC counsel re: AH Bank update. | 0.2 |
| 10/15/2009 | M.M. | Reviewed update to counsel re: current status. | 0.2 |
| 10/16/2009 | D.B. | E-mail summary of BDO call with Zolfo re: case status to UCC counsel. | 0.4 |
| 10/16/2009 | D.B. | E-mails with J. Stereo re: AH Bank status. | 0.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
October 1, 2009 to October 31, 2009

### I.      TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/16/2009 | M.M. | Reviewed correspondence re: post effective date issues. | 0.6 |
| 10/19/2009 | D.B. | E-mails with Hahn & Hessen re: status of AH Bank. | 0.2 |
| 10/21/2009 | D.B. | E-mail and telephone call with Hahn & Hessen re: status of AH Bank. | 0.2 |
| 10/23/2009 | D.B. | Telephone call with M. Indelicato re: planning for effective date. | 0.1 |
| 10/26/2009 | D.B. | E-mail to Hahn & Hessen re: AH Bank status update. | 0.1 |
| 10/27/2009 | D.B. | Reviewed e-mail from E. Schnitzer re: preference settlements. | 0.1 |
| 10/28/2009 | D.B. | E-mails with Hahn & Hessen re: summary of case status and issues. | 0.4 |
| | | **TOTAL:** | **5.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.7 | 610.00 | 2,867.00 |
| M. MICHAELIS (M.M.) | 0.8 | 450.00 | 360.00 |
| **TOTAL:** | **5.5** | | **3,227.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**J.     FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/6/2009 | M.M. | Prepared September monthly data. | 0.3 |
| 10/7/2009 | M.M. | Prepared September monthly data. | 0.8 |
| 10/9/2009 | M.M. | Prepared September monthly data. | 1.3 |
| 10/12/2009 | M.M. | Prepared September monthly data. | 1.1 |
| 10/13/2009 | M.M. | Updated September data and prepared 24th monthly application. | 1.2 |
| 10/13/2009 | N.V. | Reviewed updated September 09 monthly application. | 0.2 |
| 10/13/2009 | N.V. | Reviewed and edited September 2009 time detail; updated project categories. | 0.6 |
| 10/14/2009 | D.B. | Reviewed and approved 24th monthly application of BDO for compensation and services rendered as FA to UCC for September 2009 and Berliner Declaration. | 1.1 |
| 10/14/2009 | M.M. | Prepared 24th monthly fee application. | 0.7 |
| | | **TOTAL:** | **7.3** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**October 1, 2009 to October 31, 2009**

**J.      FEE APPLICATIONS / MONTHLY STATEMENTS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.1 | 610.00 | 671.00 |
| N. VANDERHOOP (N.V.) | 0.8 | 190.00 | 152.00 |
| M. MUFTUOGLU (M.M.) | 5.4 | 150.00 | 810.00 |
| **TOTAL:** | **7.3** | | **1,633.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### October 1, 2009 to October 31, 2009

### K.    TRAVEL TIME

| Date | Name | Description | Time |
|------|------|-------------|------|
| 10/8/2009 | M.S. | Travel Time to and from Melville Long Island. | 1.5 |
| 10/21/2009 | M.S. | Travel time to and from Melville Long Island. | 1.5 |
| 10/23/2009 | M.S. | Travel time to and from Melville Long Island. | 1.5 |
| 10/27/2009 | M.S. | Travel time to and from Melville Long Island. | 1.5 |
| 10/28/2009 | M.S. | Travel time to and from Melville Long Island. | 1.0 |
| | | **TOTAL:** | **7.0** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 7.0 | 120.00 | 840.00 |
| **TOTAL:** | **7.0** | | **840.00** |