BDO SEIDMAN, LLP
WILLIAM K. LENHART
DAVID E. BERLINER
MARLENE H. RABINOWITZ
135 W 50th Street – 20th FL
New York, N.Y.  10020
Telephone Number:   (212) 885-8001
Facsimile Number:    (212) 575-2593

Financial Advisors to the Committee

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Case No.   07-11047 (CSS) |
| | ) | |
| American Home Mortgage Holdings, Inc., et al[1] | ) | Chapter 11   Jointly Administered |
| | ) | |
| Debtors. | ) | |

DECLARATION OF DAVID E. BERLINER IN SUPPORT OF
TWENTY-FIFTH MONTHLY APPLICATION OF BDO SEIDMAN, LLP, FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OCTOBER 1, 2009 TO OCTOBER 31, 2009

STATE OF NEW YORK     }
                                              }SS:
COUNTY OF NEW YORK   }

I, DAVID E. BERLINER declare under the penalty of perjury as follows:

1. I am a partner in the firm of BDO Seidman, LLP ("BDO") and the Office Business Line Leader of BDO's New York Business Restructuring Services practice.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

-1-

2. I have reviewed BDO's "Twenty-Fifth Monthly Application for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors" (the "Application") for the period October 1, 2009 to October 31, 2009 (the "Application Period") and this affidavit is submitted in support of the application.

3. To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the Local Rule 2016-2, and the United States Trustees Guidelines issued April 22, 1995, by the U.S. Department of Justice.

4. All interested parties have received and are reviewing or have reviewed the application.

5. In providing a reimbursable service, BDO does not make a profit on that service.

6. In charging for a particular service, BDO does not include the amortization of the cost of any investment equipment or capital outlay.

7. In seeking reimbursement for third party services, BDO requests reimbursement only for the amount billed to BDO by the third party.

8. To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines and the UST Guidelines, except as specifically noted herein and in the application and except to the extent that fees or disbursements sought are prohibited by the Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by BDO and generally accepted by BDO's clients.

9. A summary of the fees and expenses incurred by BDO in this Chapter 11 case, during the Application Period as well as copies of the records maintained in the ordinary course of business by BDO are provided in Exhibits "A" and "B" annexed to the Application.

10. The following is a summary of the total fees and expenses incurred by BDO during this application period:

| | |
|---|---:|
| FEES | $70,763.00 |
| EXPENSES | 1,884.64 |
| TOTAL | $72,647.64 |

-3-

11. BDO has received from, or on behalf, of the Debtors $2,952,373.50 for reimbursement of fees and expenses in this Chapter 11 case as Financial Advisors to the Committee. None of the compensation paid to BDO, from or on behalf of the Debtors, has been divided or shared with any other person other than the members, associates and employees of BDO.

12. I declare under penalty of perjury that the foregoing is true and correct.

> Executed on November 20, 2009
> at New York, New York
>
> _/s/ David E. Berliner_
> **DAVID E. BERLINER**

Sworn and subscribed to before
me this 20th day of November, 2009

_/s/ Margaret Adams_
Notary Public

MARGARET ADAMS
Notary Public, State of New York
No. 01AD 4776353
Qualified in Kings County
Commission Expires February 28, 2011

-3-