

October 31, 2009

Mr. Carlo Colagiacomo
General Counsel
American Home Mortgage Investment Corp.
538 Broad Hollow Road
Melville, NY  11747

<u>PLEASE REMIT TO OUR NEW JERSEY OFFICE</u>        <u>E.I.N.  22-2689479</u>        <u>INVOICE NO. 34</u>

For management services rendered with respect to American Home Mortgage
Investment Corporation Chapter 11 for the period ended October 31, 2009.

| | |
|---|---|
| Professional Fees: | 154,066.50 |
| Expenses & Other Fees: | 4,704.22 |
| **Total Due:** | **$    158,770.72** |

See Attached Schedules

Wire Instructions:

> Zolfo Cooper, LLC
> PNC Bank
> ABA# 031 207 607
> Acct# 8100588119

101 Eisenhower Pkwy, 3rd Floor, Roseland, NJ 07068  |  p: 973 618 5100  |  f: 973 618 9430  |  www.zolfocooper.com



## PROFESSIONAL FEES

| NAME | RATE | HOURS | PROFESSIONAL FEES |
|------|------|-------|-------------------|
| Kevin Nystrom | $ 775.00 | 87.00 | 67,425.00 |
| Elizabeth Kardos | $ 425.00 | 0.90 | 382.50 |
| Bret Fernandes | $ 675.00 | 11.30 | 7,627.50 |
| Scott R. Martinez | $ 465.00 | 169.10 | 78,631.50 |
| **Total Professional Fees:** | | 268.30 | $  154,066.50 |



## EXPENSES & OTHER FEES

| | | |
|---|---|---|
| Travel & Lodging | $ | 3,415.83 |
| Meal | | 771.25 |
| Telephone | | 308.37 |
| Direct Charges | | 182.57 |
| Photocopies | | 7.40 |
| Postage & Courier | | 18.80 |
| **Total Expenses & Other Fees:** | $ | **4,704.22** |

**American Home Mortgage**
Description of Current General Responsibilities of ZC Staff

October 31, 2009

| Name | KZC Title | Company Title | Hourly Rate | Current General Responsibilities |
|---|---|---|---|---|
| K. Nystrom | Managing Director | Chief Restructuring Officer | $775 | Involved in company's operations, claims, settlements and communications with creditors. |
| B. Fernandes | Senior Director | Director of Restructuring | $695 | Responsible for the day to day general liquidating activities and oversight of the activity at AHBK. |
| S. Martinez | Manager | Associate Director | $485 | Responsible for claims management and treasury function. |

**AMERICAN HOME MORTGAGE**
**Time Descriptions**

| Category Code | Service | Description of Service |
|---|---|---|
| 1 | Financing | Preparation of analyses and negotiating to obtain DIP financing, including use of cash collateral and attending related hearings. |
| 2 | Court Reporting | Preparing financial and operating information required by the US Trustee and/or the Court including Statement of Affairs, Schedules of Assets and Liabilities, lists of contracts, interim statements and monthly operating reports. |
| 3 | Chapter 11 Process | Organizing and managing the Debtor's or other parties in interests resources and activities to effectively plan, coordinate, and manage the Chapter 11 process. |
| 4 | Business Operations | Analyzing operations and strategies including the developing, designing, drafting and challenging of forecasts and Business Plan, including related assumptions and rationale and communications with vendors. |
| 5 | Cash Management | Forecasting, planning, controlling and other aspects of managing cash. |
| 6 | Claims Administration | Advising and assisting the Debtor with the development of a claims resolution process including evaluating and selecting a claims processor, responding to specific claims inquiries, analyzing claims, settling claims, assisting in the preparation of motions, orders, stipulations related thereto and attending related hearings. |
| 7 | Unexpired Leases and Executory Contracts | Preparing analyses and advising and assisting the Debtor in valuation, modifications, assumption and rejection of leases and executory contracts including assisting in the preparation and review of related motions, applications, orders, stipulations, and attending hearings related thereto. |
| 8 | Engagement Administration | Maintaining engagement files, preparation of fee applications, invoices and time summaries and responding to inquiries by the US Trustee and other parties in interest. |
| 9 | Asset Analysis | Identification and review of potential assets including causes of action and non-litigation recoveries. |
| 10 | Asset Disposition | Sales, leases (Section 365 matters), abandonment and related transaction work, including equipment lease buyout. |
| 11 | Litigation | Support counsel in identifying, pursuing, or defending various causes of action. |
| 12 | Meetings of creditors | Preparing for and attending the conference of creditors, the Section 341 (a) meeting and other creditors' committee meetings. |
| 13 | DIP Budget Reporting | Developing, designing, and preparing information required under the terms of the DIP agreement. |
| 14 | Secured Lenders Negotiation | Analyzing secured lenders assessments of collateral value, damage claims, and debt calculations and negotiations of settlement of these claims. |
| 15 | Communications matters | Assisting and advising general communications strategies and programs including press releases, letters to interested parties, websites, etc. |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Kevin Nystrom | 10/1/09 | 11 | 1.0 | Review of the claims of advances from WLR |
| Kevin Nystrom | 10/1/09 | 11 | 1.0 | Discussions on the Broadhollow litigation and rating requirement |
| Kevin Nystrom | 10/1/09 | 10 | 2.5 | Extension of the sale agreement of AH Bank |
| Kevin Nystrom | 10/1/09 | 11 | 1.5 | Discussion of Calyon settlement options |
| Kevin Nystrom | 10/1/09 | 11 | 1.0 | Review of SEC requirements to retain M. Strauss data files |
| Kevin Nystrom | 10/1/09 | 11 | 1.0 | Update of the Waterfield litigation options |
| | | | 8.0 | |
| Kevin Nystrom | 10/2/09 | 11 | 1.0 | Review of SEC requirements to retain M. Strauss data files |
| Kevin Nystrom | 10/2/09 | 10 | 2.0 | Extension of the sale agreement of AH Bank |
| | | | 3.0 | |
| Kevin Nystrom | 10/5/09 | 11 | 1.5 | Call with WLR & AHMSI regarding advances |
| Kevin Nystrom | 10/5/09 | 11 | 1.0 | Discussions of potential mediation of the Waterfield litigation |
| Kevin Nystrom | 10/5/09 | 10 | 1.5 | Amendment to the AH Bank Sale agreement |
| Kevin Nystrom | 10/5/09 | 10 | 0.5 | Call with UCC advisors on the amendment to the AH Bank sale |
| Kevin Nystrom | 10/5/09 | 4 | 0.5 | Review of cash flow projections |
| | | | 5.0 | |
| Kevin Nystrom | 10/6/09 | 11 | 1.5 | Call with WLR & AHMSI regarding advances |
| Kevin Nystrom | 10/6/09 | 11 | 1.0 | Discussions of potential mediation of the Waterfield litigation |
| Kevin Nystrom | 10/6/09 | 10 | 1.5 | Amendment to the AH Bank Sale agreement |
| Kevin Nystrom | 10/6/09 | 10 | 0.5 | Call with UCC advisors on the amendment to the AH Bank sale |
| Kevin Nystrom | 10/6/09 | 4 | 0.5 | Review of cash flow projections |
| | | | 5.0 | |
| Kevin Nystrom | 10/7/09 | 11 | 1.5 | Call with UCC advisors re Waterfield mediation options |
| Kevin Nystrom | 10/7/09 | 10 | 1.0 | Discussions re Broadhollow loan sale proceeds from Penn. |
| Kevin Nystrom | 10/7/09 | 10 | 0.5 | Amendment to the AH Bank Sale agreement |
| Kevin Nystrom | 10/7/09 | 10 | 0.5 | Call with UCC advisors on the amendment to the AH Bank sale |
| | | | 3.5 | |
| Kevin Nystrom | 10/8/09 | 11 | 1.0 | Update on the WLR settlement discussions |
| Kevin Nystrom | 10/8/09 | 10 | 1.0 | Update on the AH Bank sale approval process |
| Kevin Nystrom | 10/8/09 | 4 | 0.5 | Review of healthcare options |
| | | | 2.5 | |
| Kevin Nystrom | 10/9/09 | 4 | 1.5 | Analysis of health benefit options |
| Kevin Nystrom | 10/9/09 | 10 | 0.5 | Update the UCC advisors on the AH Bank sale |
| Kevin Nystrom | 10/9/09 | 11 | 0.5 | Analysis of Waterfield mediation preparation |
| | | | 2.5 | |
| Kevin Nystrom | 10/12/09 | 4 | 1.0 | Analysis of health benefit options |
| Kevin Nystrom | 10/12/09 | 11 | 1.0 | Update on the Waterfield mediation process |
| Kevin Nystrom | 10/12/09 | 4 | 1.0 | Review of State tax filings |
| | | | 3.0 | |
| Kevin Nystrom | 10/13/09 | 11 | 1.0 | Preparation as 30(b)(6) witness re: Waterfield |
| Kevin Nystrom | 10/13/09 | 11 | 1.0 | Update on the Waterfield mediation process |
| Kevin Nystrom | 10/13/09 | 4 | 0.5 | Analysis of health benefit options |
| | | | 2.5 | |
| Kevin Nystrom | 10/14/09 | 4 | 1.0 | Analysis of health benefit options |
| Kevin Nystrom | 10/14/09 | 11 | 1.0 | Update on the Waterfield mediation process |
| Kevin Nystrom | 10/14/09 | 10 | 1.0 | Update on the AH Bank sale approval process |
| | | | 3.0 | |
| Kevin Nystrom | 10/15/09 | 11 | 1.0 | Preparation as 30(b)(6) witness re: Waterfield |
| Kevin Nystrom | 10/15/09 | 11 | 1.0 | Update on the WLR settlement discussions |
| Kevin Nystrom | 10/15/09 | 10 | 1.0 | Review of the sale of Broadhollow |
| | | | 3.0 | |
| Kevin Nystrom | 10/16/09 | 11 | 0.5 | Preparation as 30(b)(6) witness re: Waterfield |
| Kevin Nystrom | 10/16/09 | 10 | 1.0 | Update on the AH Bank sale approval process |
| Kevin Nystrom | 10/16/09 | 4 | 0.5 | Preparation for the AH Bank BOD meeting |
| Kevin Nystrom | 10/16/09 | 5 | 0.5 | Review of the cash projections |
| Kevin Nystrom | 10/16/09 | 4 | 0.5 | Review of State tax filings |
| Kevin Nystrom | 10/16/09 | 10 | 0.5 | Review of the sale of Broadhollow |
| | | | 3.5 | |
| Kevin Nystrom | 10/19/09 | 10 | 1.0 | Update on the AH Bank sale approval process |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Kevin Nystrom | 10/19/09 | 11 | 1.0 | Update on the Waterfield mediation process |
| Kevin Nystrom | 10/19/09 | 11 | 1.5 | Preparation as 30(b)(6) witness re: Waterfield |
| | | | 3.5 | |
| Kevin Nystrom | 10/20/09 | 11 | 2.0 | Preparation as 30(b)(6) witness re: Waterfield |
| Kevin Nystrom | 10/20/09 | 10 | 0.5 | Update on the AH Bank sale approval process |
| Kevin Nystrom | 10/20/09 | 4 | 1.5 | AHM and AH Bank BOD meetings |
| Kevin Nystrom | 10/20/09 | 4 | 0.5 | Review of State tax filings |
| Kevin Nystrom | 10/20/09 | 10 | 0.5 | Review of the sale of Broadhollow |
| | | | 5.0 | |
| Kevin Nystrom | 10/21/09 | 11 | 4.0 | Preparation as 30(b)(6) witness re: Waterfield |
| Kevin Nystrom | 10/21/09 | 10 | 0.5 | Update on the AH Bank sale approval process |
| Kevin Nystrom | 10/21/09 | 10 | 0.5 | Review of the sale of Broadhollow |
| | | | 5.0 | |
| Kevin Nystrom | 10/22/09 | 11 | 7.0 | Preparation as 30(b)(6) witness re: Waterfield |
| | | | 7.0 | |
| Kevin Nystrom | 10/23/09 | 11 | 1.0 | Preparation as 30(b)(6) witness re: Waterfield |
| | | | 1.0 | |
| Kevin Nystrom | 10/25/09 | 11 | 4.0 | Preparation as 30(b)(6) witness re: Waterfield |
| | | | 4.0 | |
| Kevin Nystrom | 10/27/09 | 11 | 4.0 | Preparation as 30(b)(6) witness re: Waterfield |
| | | | 4.0 | |
| Kevin Nystrom | 10/28/09 | 11 | 2.0 | Preparation as 30(b)(6) witness re: Waterfield |
| | | | 2.0 | |
| Kevin Nystrom | 10/29/09 | 11 | 4.0 | Preparation as 30(b)(6) witness re: Waterfield |
| Kevin Nystrom | 10/29/09 | 11 | 1.0 | WLR claim settlement meetings |
| | | | 5.0 | |
| Kevin Nystrom | 10/30/09 | 11 | 6.0 | Preparation as 30(b)(6) witness re: Waterfield |
| | | | 6.0 | |
| | | Total | 87.0 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|------|------|------|
| Elizabeth Kardos | 10/7/09 | 8 | 0.5 | Participated in call with ZC professional regarding ZC scope of services. |
| | | | 0.5 | |
| Elizabeth Kardos | 10/19/09 | 8 | 0.2 | Reviewed September draft fee statement |
| | | | 0.2 | |
| Elizabeth Kardos | 10/20/09 | 8 | 0.2 | Reviewed revised September fee statement |
| | | | 0.2 | |
| | | Total | 0.9 | |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Bret Fernandes | 10/5/09 | 4 | 0.8 | Call with servicing regarding reconciliation of loan advances and follow-up planning |
| Bret Fernandes | 10/5/09 | 4 | 0.5 | Staffing level review and contingency planning |
| | | | 1.3 | |
| Bret Fernandes | 10/8/09 | 4 | 0.8 | Staffing level review and contingency planning |
| | | | 0.8 | |
| Bret Fernandes | 10/13/09 | 4 | 0.6 | AHM staffing levels and employee matters |
| Bret Fernandes | 10/13/09 | 9 | 0.3 | Discussions and planning regarding the disposition of Melville Reinsurance |
| | | | 0.9 | |
| Bret Fernandes | 10/15/09 | 3 | 0.5 | Planning call with BDO |
| Bret Fernandes | 10/15/09 | 4 | 0.2 | AHM Staffing planning meeting with Damian Pasternak |
| Bret Fernandes | 10/15/09 | 10 | 0.4 | Mt Prospect disposition planning |
| | | | 1.1 | |
| Bret Fernandes | 10/16/09 | 10 | 0.3 | Review revised draft of Broadhollow funding sale/settlement agreement |
| Bret Fernandes | 10/16/09 | 4 | 0.4 | AHM staffing and wind down planning |
| Bret Fernandes | 10/16/09 | 5 | 0.3 | Review of the updated cash forecast |
| | | | 1.0 | |
| Bret Fernandes | 10/20/09 | 10 | 0.4 | AH Bank sale planning and discussions |
| Bret Fernandes | 10/20/09 | 3 | 0.3 | Review Director Consent letters for BOD call for BHF and MF sale |
| Bret Fernandes | 10/20/09 | 4 | 0.5 | AHM staffing and wind down planning |
| | | | 1.2 | |
| Bret Fernandes | 10/21/09 | 4 | 0.4 | Reinsurance wind down planning and discussions |
| | | | 0.4 | |
| Bret Fernandes | 10/22/09 | 4 | 0.4 | Review AHM manager weekly status updates |
| Bret Fernandes | 10/22/09 | 9 | 0.3 | Discuss disposition strategies for the Mt Prospect building |
| Bret Fernandes | 10/22/09 | 9 | 0.6 | Discuss disposition strategies for the reinsurance entities |
| Bret Fernandes | 10/22/09 | 3 | 0.6 | Review the discovery request filed by the Borrowers' Committee |
| | | | 1.9 | |
| Bret Fernandes | 10/27/09 | 10 | 0.7 | Discuss AH Bank sale process |
| | | | 0.7 | |
| Bret Fernandes | 10/28/09 | 11 | 0.3 | Discuss WLR litigation settlement proposals and reconciliation efforts around loan advances |
| Bret Fernandes | 10/28/09 | 3 | 0.4 | Review the draft objection related to the Mt Prospect building |
| Bret Fernandes | 10/28/09 | 4 | 0.8 | Review AHM manager weekly update reports |
| | | | 1.5 | |
| Bret Fernandes | 10/29/09 | 11 | 0.5 | Discuss WLR settlement terms and reconciliation of "non-disputed" items |
| | | | 0.5 | |
| | | Total | 11.3 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 10/1/09 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 10/1/09 | 2 | 0.8 | Reviewed the revised June financials |
| Scott Martinez | 10/1/09 | 6 | 1.2 | Work session with AHM employees regarding the EPD/Breach claims |
| Scott Martinez | 10/1/09 | 6 | 0.7 | Work session with AHM employees regarding the securitization claims |
| Scott Martinez | 10/1/09 | 10 | 1.5 | Work session with AHM employees regarding issues related to the sale of AH Bank |
| Scott Martinez | 10/1/09 | 3 | 0.5 | Participated in a conference call with Young Conaway and Hahn & Hessen regarding the Calyon ruling |
| Scott Martinez | 10/1/09 | 3 | 0.5 | Phone call with Young Conaway regarding the document destruction motion |
| Scott Martinez | 10/1/09 | 3 | 0.4 | Work session with AHM employees regarding the compliance report for the OTS |
| Scott Martinez | 10/1/09 | 3 | 0.5 | Phone calls with Allen & Overy regarding the Estate's obligations related to the SEC inquiry |
| Scott Martinez | 10/1/09 | 11 | 2.1 | Work session with AHM employees regarding the Broadhollow settlement |
| Scott Martinez | 10/1/09 | 3 | 0.4 | Work session with AHM employees regarding health benefits |
| Scott Martinez | 10/1/09 | 3 | 0.5 | Work session regarding employee issues |
| Scott Martinez | 10/1/09 | 6 | 0.5 | Work session with AHM employees regarding tax claims |
| Scott Martinez | 10/1/09 | 3 | 0.5 | Work session with AHM employees regarding the server decommission status |
| | | | 11.1 | |
| Scott Martinez | 10/2/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 10/2/09 | 5 | 2.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 10/2/09 | 5 | 0.4 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 10/2/09 | 5 | 0.5 | Prepared the professional fee wire request documents |
| Scott Martinez | 10/2/09 | 3 | 0.4 | Updated the JP Morgan REO analysis |
| Scott Martinez | 10/2/09 | 5 | 0.5 | Work session with AHM employees regarding A/P |
| Scott Martinez | 10/2/09 | 3 | 0.7 | Work session regarding Trustee transition items |
| Scott Martinez | 10/2/09 | 6 | 0.5 | Work session with AHM employees regarding the securities claims |
| Scott Martinez | 10/2/09 | 11 | 0.7 | Work session with AHM employees regarding the Broadhollow litigation settlement |
| Scott Martinez | 10/2/09 | 3 | 0.5 | Work session with AHM employees regarding the quarterly report provided to the OTS |
| Scott Martinez | 10/2/09 | 2 | 0.5 | Work session with AHM employees regarding the quarterly trustee report |
| | | | 8.4 | |
| Scott Martinez | 10/5/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 10/5/09 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 10/5/09 | 5 | 1.0 | Updated the cash flow projections |
| Scott Martinez | 10/5/09 | 3 | 1.0 | Participated in a conference call with AHM and Young Conaway regarding the file destruction motion |
| Scott Martinez | 10/5/09 | 3 | 0.4 | Phone call with BDO regarding personnel issues |
| Scott Martinez | 10/5/09 | 10 | 1.0 | Analysis of the progress of the sale of AH Bank |
| Scott Martinez | 10/5/09 | 11 | 1.0 | Prepared for and participated in a conference call with AHM, WLR and Servicing regarding advances |
| Scott Martinez | 10/5/09 | 6 | 0.5 | Work session with AHM employees regarding the securities claims |
| Scott Martinez | 10/5/09 | 3 | 0.5 | Work session with AHM employees regarding the servers and back ups |
| Scott Martinez | 10/5/09 | 11 | 0.5 | Participated in a call with Cadwalader regarding the Waterfield litigation |
| | | | 9.2 | |
| Scott Martinez | 10/6/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 10/6/09 | 11 | 1.7 | Work session with AHM employees regarding the Broadhollow settlement |
| Scott Martinez | 10/6/09 | 12 | 1.0 | Prepared for and participated in the weekly update call with BDO |
| Scott Martinez | 10/6/09 | 6 | 0.8 | Work session with AHM employees regarding preference actions |
| Scott Martinez | 10/6/09 | 3 | 0.5 | Work session with the advisors to ABN regarding their remaining loan portfolio |
| Scott Martinez | 10/6/09 | 6 | 0.5 | Work session with AHM employees regarding the securities claims |
| Scott Martinez | 10/6/09 | 6 | 0.7 | Work session with AHM employees regarding the EPD/Breach claims |
| Scott Martinez | 10/6/09 | 3 | 0.5 | Work session with AHM employees regarding issues raised in the file destruction motion |

| Name | Date | Category code | Hours | Narrative |
|------|------|------|------|-----------|
| Scott Martinez | 10/6/09 | 2 | 1.3 | Work session with AHM employees regarding the quarterly operating report |
| Scott Martinez | 10/6/09 | 3 | 0.5 | Work session with AHM employees regarding transition issues |
| Scott Martinez | 10/6/09 | 3 | 0.5 | Work session with AHM employees regarding the reinsurance companies |
| | | | 9.5 | |
| Scott Martinez | 10/7/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 10/7/09 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 10/7/09 | 11 | 0.8 | Participated in a conference call regarding the Waterfield litigation |
| Scott Martinez | 10/7/09 | 6 | 1.0 | Phone call with Young Conaway regarding claims objections |
| Scott Martinez | 10/7/09 | 3 | 0.5 | Phone call with Young Conaway regarding issues related to the file destruction motion |
| Scott Martinez | 10/7/09 | 2 | 0.5 | Work session with AHM employees regarding the quarterly operating report |
| Scott Martinez | 10/7/09 | 2 | 1.0 | Prepared the templates for the quarterly operating reports |
| Scott Martinez | 10/7/09 | 6 | 0.5 | Work session with AHM employees regarding the EPD/Breach claims |
| Scott Martinez | 10/7/09 | 3 | 0.5 | Work session with AHM employees regarding the server decommission process |
| Scott Martinez | 10/7/09 | 10 | 1.1 | Work session with AHM employees regarding the September loan balance |
| Scott Martinez | 10/7/09 | 3 | 0.6 | Work session with AHM employees regarding the status of the 401k plan termination |
| | | | 9.0 | |
| Scott Martinez | 10/8/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 10/8/09 | 3 | 5.0 | Work session with BDO and the Trustee regarding transition issues |
| Scott Martinez | 10/8/09 | 3 | 0.5 | Phone call with AHM and Young Conaway regarding the objections to the document destruction motion |
| Scott Martinez | 10/8/09 | 3 | 1.0 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 10/8/09 | 5 | 1.8 | Prepared a cash flow sensitivity analysis |
| Scott Martinez | 10/8/09 | 6 | 0.5 | Work session with AHM employees regarding the status of claims objections |
| Scott Martinez | 10/8/09 | 3 | 0.8 | Reviewed and commented on the file storage analysis |
| Scott Martinez | 10/8/09 | 3 | 0.5 | Reviewed the borrowers committee's objection to the file destruction motion |
| Scott Martinez | 10/8/09 | 11 | 0.7 | Work session with AHM employees regarding issues related to the WLR settlement of advances |
| | | | 12.3 | |
| Scott Martinez | 10/9/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 10/9/09 | 5 | 2.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 10/9/09 | 5 | 0.4 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 10/9/09 | 5 | 0.5 | Prepared the professional fee wire request documents |
| Scott Martinez | 10/9/09 | 3 | 1.0 | Work session with AHM employees regarding costs associated with moving the remaining files to storage |
| Scott Martinez | 10/9/09 | 3 | 1.0 | Work session with AHM employees regarding issues related to health benefits |
| Scott Martinez | 10/9/09 | 3 | 0.5 | Meeting with ADP and AHM regarding payroll and benefit programs |
| Scott Martinez | 10/9/09 | 3 | 0.4 | Updated the JP Morgan REO analysis |
| Scott Martinez | 10/9/09 | 10 | 0.5 | Work session with AHM employees regarding the remaining loans |
| | | | 8.0 | |
| Scott Martinez | 10/12/09 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 10/12/09 | 3 | 1.0 | Phone calls with Young Conaway regarding the document destruction motion |
| Scott Martinez | 10/12/09 | 3 | 0.5 | Prepared an analysis regarding the open claims for each category in the document destruction motion |
| Scott Martinez | 10/12/09 | 3 | 0.3 | Participated in a conference call with AHM and ZC regarding 2010 benefit options |
| | | | 2.3 | |
| Scott Martinez | 10/13/09 | 3 | 0.5 | Phone call with Young Conaway regarding the document destruction motion |
| Scott Martinez | 10/13/09 | 3 | 0.5 | Phone call with ZC regarding employee issues |
| | | | 1.0 | |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Scott Martinez | 10/14/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 10/14/09 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 10/14/09 | 5 | 1.0 | Updated the cash flow projections |
| Scott Martinez | 10/14/09 | 3 | 0.4 | Phone call with AH Bank regarding the September financials |
| Scott Martinez | 10/14/09 | 10 | 0.3 | Phone call with Milestone regarding the sale of AH Bank |
| Scott Martinez | 10/14/09 | 3 | 0.5 | Work session related to employee issues |
| Scott Martinez | 10/14/09 | 3 | 0.5 | Reviewed the non-executive retention plan |
| | | | 6.0 | |
| | | | | |
| Scott Martinez | 10/15/09 | 12 | 1.5 | Prepared for and participated in the weekly status update call with BDO |
| Scott Martinez | 10/15/09 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 10/15/09 | 3 | 1.5 | Work session with AHM employees regarding staffing issues |
| Scott Martinez | 10/15/09 | 3 | 1.8 | Drafted a settlement and release agreement |
| Scott Martinez | 10/15/09 | 3 | 1.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 10/15/09 | 5 | 1.0 | Work session with AHM employees regarding amounts owed from various investor accounts |
| Scott Martinez | 10/15/09 | 3 | 0.5 | Phone call with Young Conaway regarding the Mt. Prospect building |
| Scott Martinez | 10/15/09 | 10 | 0.4 | Work session with AHM employees regarding the remaining unencumbered loans |
| Scott Martinez | 10/15/09 | 6 | 0.5 | Work session with AHM employees regarding the claims process write-up |
| Scott Martinez | 10/15/09 | 6 | 0.5 | Work session with AHM employees regarding the EPD/Breach claims |
| Scott Martinez | 10/15/09 | 3 | 0.5 | Work session with AHM employees regarding issues related to the Mt. Prospect building |
| Scott Martinez | 10/15/09 | 3 | 0.3 | Work session with the 538 Broadhollow property manager |
| Scott Martinez | 10/15/09 | 3 | 0.5 | Work session with AHM employees regarding the server decommission process |
| | | | 11.5 | |
| | | | | |
| Scott Martinez | 10/16/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 10/16/09 | 5 | 2.0 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 10/16/09 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 10/16/09 | 5 | 0.7 | Prepared the professional fee wire request documents |
| Scott Martinez | 10/16/09 | 3 | 1.5 | Work session with AHM employees regarding transition issues |
| Scott Martinez | 10/16/09 | 3 | 0.7 | Work session with AHM employees regarding employee issues |
| Scott Martinez | 10/16/09 | 11 | 1.0 | Reviewed the draft Broadhollow settlement stipulation |
| Scott Martinez | 10/16/09 | 2 | 0.4 | Work session with AHM employees regarding status of financials |
| | | | 8.1 | |
| | | | | |
| Scott Martinez | 10/19/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 10/19/09 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 10/19/09 | 5 | 1.0 | Updated the cash flow projections |
| Scott Martinez | 10/19/09 | 11 | 1.5 | Prepared an analysis related to the non-disputed items in the WLR settlement |
| Scott Martinez | 10/19/09 | 8 | 2.5 | Prepared the supporting analyses for Zolfo Cooper's September fee application |
| Scott Martinez | 10/19/09 | 3 | 0.3 | Updated the JP Morgan REO analysis |
| Scott Martinez | 10/19/09 | 11 | 0.3 | Participated in a conference call with Young Conaway and AHM regarding ongoing litigation |
| | | | 8.9 | |
| | | | | |
| Scott Martinez | 10/21/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 10/21/09 | 3 | 0.5 | Updated the JP Morgan REO tracking analysis |
| Scott Martinez | 10/21/09 | 3 | 0.4 | Work session with AHM employees regarding issues related to the Mt. Prospect building |
| Scott Martinez | 10/21/09 | 3 | 0.7 | Reviewed the tax open items listing |
| Scott Martinez | 10/21/09 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 10/21/09 | 2 | 0.4 | Work session with AHM employees regarding the status of the monthly financials |
| Scott Martinez | 10/21/09 | 12 | 0.5 | Responded to questions raised by the financial advisors to the UCC |
| | | | 5.0 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|------|------|-----------|
| Scott Martinez | 10/22/09 | 4 | 0.5 | Work session with AHM employees regarding the reinsurance companies |
| Scott Martinez | 10/22/09 | 3 | 1.0 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 10/22/09 | 5 | 0.3 | Prepared the professional fee wire request documents |
| Scott Martinez | 10/22/09 | 6 | 1.0 | Work session with AHM employees regarding the EPD/Breach claims |
| Scott Martinez | 10/22/09 | 6 | 0.8 | Reviewed the draft stipulation related to BONY claims |
| Scott Martinez | 10/22/09 | 3 | 0.3 | Work session with AHM employees regarding benefits for 2010 |
| Scott Martinez | 10/22/09 | 12 | 1.0 | Responded to questions raised by BDO |
| Scott Martinez | 10/22/09 | 12 | 0.4 | Phone call with BDO regarding professional fees and tax returns |
| Scott Martinez | 10/22/09 | 6 | 0.7 | Work session with AHM employees regarding repo claims |
| Scott Martinez | 10/22/09 | 11 | 0.5 | Phone call with Young Conaway regarding the status of the WLR and Broadhollow settlements |
| Scott Martinez | 10/22/09 | 5 | 2.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 10/22/09 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 10/22/09 | 3 | 0.5 | Work session with AHM employees regarding the server decommission process |
| Scott Martinez | 10/22/09 | 10 | 0.5 | Work session with AHM employees regarding the remaining loans |
| | | | 10.0 | |
| Scott Martinez | 10/23/09 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 10/23/09 | 3 | 0.5 | Work session with AHM employees regarding the reinsurance companies |
| Scott Martinez | 10/23/09 | 12 | 5.5 | Work session with the Trustee and BDO regarding effective date transition issues |
| Scott Martinez | 10/23/09 | 6 | 0.5 | Phone call with Young Conaway and AHM regarding priority claims |
| Scott Martinez | 10/23/09 | 12 | 1.3 | Work session with BDO regarding status update and employee issues |
| | | | 8.8 | |
| Scott Martinez | 10/26/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 10/26/09 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 10/26/09 | 5 | 2.5 | Updated the cash flow projections |
| Scott Martinez | 10/26/09 | 10 | 0.8 | Work session with AHM employees regarding AH Bank closing items |
| Scott Martinez | 10/26/09 | 6 | 0.8 | Work session with Servicing and Young Conaway regarding the TRO for the Rucker loan |
| Scott Martinez | 10/26/09 | 5 | 0.5 | Work session with AHM employees regarding the IndyMac escrow |
| Scott Martinez | 10/26/09 | 2 | 2.0 | Reviewed and updated the MORs for the quarter ended June 30, 2009 |
| Scott Martinez | 10/26/09 | 5 | 0.5 | Updated the analysis in order to determine the quarterly amounts owed to the US Trustee |
| Scott Martinez | 10/26/09 | 3 | 0.5 | Work session with AHM employees regarding staffing issues |
| Scott Martinez | 10/26/09 | 12 | 0.7 | Prepared the weekly update analysis in preparation for the weekly update call with BDO |
| | | | 11.6 | |
| Scott Martinez | 10/27/09 | 12 | 7.0 | Work session with the Trustee and BDO regarding effective date transition issues |
| Scott Martinez | 10/27/09 | 10 | 0.5 | Participated in a conference call with AH Bank and the Purchaser regarding open issues |
| Scott Martinez | 10/27/09 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 10/27/09 | 5 | 0.2 | Prepared the professional fee wire request documents |
| Scott Martinez | 10/27/09 | 12 | 0.5 | Work session with BDO regarding status update and employee issues |
| Scott Martinez | 10/27/09 | 3 | 2.0 | Reviewed the objection to Park Nationals motion requesting the lifting of the automatic stay |
| Scott Martinez | 10/27/09 | 10 | 1.0 | Reviewed the current sale versus liquidation analysis for AH Bank |
| Scott Martinez | 10/27/09 | 6 | 0.3 | Work session with AHM employees regarding claims |
| | | | 12.0 | |
| Scott Martinez | 10/28/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 10/28/09 | 5 | 1.0 | Updated the Mt. Prospect cash flow analysis up through October 2009 |
| Scott Martinez | 10/28/09 | 3 | 0.6 | Reviewed the revised objection to Park Nationals motion requesting the lifting of the automatic stay |
| Scott Martinez | 10/28/09 | 6 | 0.8 | Work session with AHM employees regarding the summary claims analysis |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 10/28/09 | 5 | 1.1 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 10/28/09 | 5 | 0.4 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 10/28/09 | 5 | 2.5 | Updated the effective date cash analysis |
| Scott Martinez | 10/28/09 | 5 | 0.5 | Work session with AHM employees regarding A/P checks to be cut |
| Scott Martinez | 10/28/09 | 11 | 0.5 | Work session with AHM employees regarding issues related to the advances made during the interim close period |
| Scott Martinez | 10/28/09 | 12 | 3.5 | Work session with BDO and the Trustee regarding transition issues |
| | | | 12.4 | |
| Scott Martinez | 10/29/09 | 11 | 1.0 | Reviewed the revised WLR settlement agreement |
| Scott Martinez | 10/29/09 | 11 | 1.5 | Phone call with Young Conaway regarding the revised WLR settlement proposal |
| | | | 2.5 | |
| Scott Martinez | 10/30/09 | 11 | 1.5 | Prepared for and participated in a phone call with Jones Day, Young Conaway, WLR and Zolfo Cooper regarding the revised settlement proposal |
| | | | 1.5 | |
| | | Total | 169.1 | |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 1**　　　　　**FINANCING**

| Professional | Hourly Rate | October 2009 Hours | October 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 10.20 | $ 193.75 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 75.00 | $ 12,302.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 41.00 | $ 24,250.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 22.80 | $ 14,357.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 465 | 0.00 | $ - | 2.70 | $ 1,174.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 151.70 | $ 52,278.25 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 2**          **COURT REPORTING**

| Professional | Hourly Rate | | October 2009 | | Cumulative | |
|---|---|---|---|---|---|---|
| | | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ | 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ | 775 | 0.00 | $ - | 15.50 | $ 4,292.50 |
| Bret Fernandes | $ | 675 | 0.00 | $ - | 0.20 | $ 129.00 |
| Mitchell Taylor | $ | 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ | 640 | 0.00 | $ - | 13.00 | $ 7,345.00 |
| Mark Lymbery | $ | 590 | 0.00 | $ - | 31.80 | $ 17,490.00 |
| Scott Martinez | $ | 465 | 6.90 | $ 3,208.50 | 54.30 | $ 24,138.00 |
| Puneet Agrawal | $ | 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ | 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ | 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $. | 375 | 0.00 | $ - | 24.10 | $ 9,037.50 |
| Rebecca Randall | $ | 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ | 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $. | 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | | 6.90 | $ 3,208.50 | 138.90 | $ 62,432.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 3**          **CHAPTER 11 PROCESS**

| Professional | Hourly Rate | October 2009 Hours | October 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 17.50 | $ 4,262.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 40.50 | $ 12,910.00 |
| Bret Fernandes | $ 675 | 1.80 | $ 1,215.00 | 1567.70 | $ 938,499.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 75.30 | $ 47,209.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 130.50 | $ 76,745.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 291.00 | $ 166,310.00 |
| Scott Martinez | $ 465 | 44.90 | $ 20,878.50 | 1623.80 | $ 717,673.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 138.90 | $ 60,757.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.60 | $ 225.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 43.00 | $ 2,150.00 |
| Total | | 46.70 | $ 22,093.50 | 3928.80 | $ 2,026,741.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 4**        **BUSINESS OPERATIONS**

| Professional | Hourly Rate | October 2009 Hours | October 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 476.05 | $ 152,636.25 |
| Kevin Nystrom | $ 775 | 9.50 | $ 7,362.50 | 346.00 | $ 84,967.50 |
| Bret Fernandes | $ 675 | 5.40 | $ 3,645.00 | 281.60 | $ 174,681.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 217.40 | $ 136,080.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 1212.10 | $ 705,255.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 465 | 0.50 | $ 232.50 | 2.50 | $ 1,102.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 9.10 | $ 3,944.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1.70 | $ 595.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 15.40 | $ 11,240.00 | 2546.45 | $ 1,259,262.75 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 5**     **CASH MANAGEMENT**

| Professional | Hourly Rate | | October 2009 | | Cumulative | |
|---|---|---|---|---|---|---|
| | | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ | 850 | 0.00 | $    - | 1.00 | $    - |
| Kevin Nystrom | $ | 775 | 0.50 | $    387.50 | 90.50 | $    20,352.50 |
| Bret Fernandes | $ | 675 | 0.30 | $    202.50 | 390.30 | $    231,056.00 |
| Mitchell Taylor | $ | 695 | 0.00 | $    - | 4.60 | $    2,898.00 |
| Robert Semple | $ | 640 | 0.00 | $    - | 0.00 | $    - |
| Mark Lymbery | $ | 590 | 0.00 | $    - | 275.10 | $    154,753.00 |
| Scott Martinez | $ | 465 | 55.20 | $    25,668.00 | 1243.00 | $    553,333.50 |
| Puneet Agrawal | $ | 465 | 0.00 | $    - | 92.30 | $    38,328.50 |
| Elizabeth Kardos | $ | 425 | 0.00 | $    - | 0.00 | $    - |
| Linda Cheung | $ | 375 | 0.00 | $    - | 7.00 | $    2,625.00 |
| Carmen Bonilla | $ | 375 | 0.00 | $    - | 1335.30 | $    489,437.50 |
| Rebecca Randall | $ | 345 | 0.00 | $    - | 0.00 | $    - |
| Laura Capen Verry | $ | 225 | 0.00 | $    - | 0.00 | $    - |
| Sam Mitchell | $ | 50 | 0.00 | $    - | 4.00 | $    200.00 |
| Total | | | 56.00 | $    26,258.00 | 3443.10 | $    1,492,984.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 6**        **CLAIMS ADMINISTRATION**

| Professional | Hourly Rate | October 2009 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $   850 | 0.00 | $   - | 7.25 | $   2,712.50 |
| Kevin Nystrom | $   775 | 0.00 | $   - | 45.00 | $   20,162.50 |
| Bret Fernandes | $   675 | 0.00 | $   - | 87.90 | $   55,021.50 |
| Mitchell Taylor | $   695 | 0.00 | $   - | 1.50 | $   945.00 |
| Robert Semple | $   640 | 0.00 | $   - | 166.50 | $   98,299.50 |
| Mark Lymbery | $   590 | 0.00 | $   - | 26.90 | $   15,267.00 |
| Scott Martinez | $   465 | 13.30 | $   6,184.50 | 187.80 | $   85,137.00 |
| Puneet Agrawal | $   465 | 0.00 | $   - | 1881.60 | $   822,731.50 |
| Elizabeth Kardos | $   425 | 0.00 | $   - | 0.00 | $   - |
| Linda Cheung | $   375 | 0.00 | $   - | 0.00 | $   - |
| Carmen Bonilla | $   375 | 0.00 | $   - | 0.00 | $   - |
| Rebecca Randall | $   345 | 0.00 | $   - | 0.00 | $   - |
| Laura Capen Verry | $   225 | 0.00 | $   - | 0.00 | $   - |
| Sam Mitchell | $   50 | 0.00 | $   - | 0.00 | $   - |
| | | | | | |
| Total | | 13.30 | $   6,184.50 | 2404.45 | $   1,100,276.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 7**       **UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

| Professional | Hourly Rate | October 2009 Hours | October 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 0.00 | $ - |
| Bret Fernandes | $ 675 | 0.00 | $ - | 2.00 | $ 1,180.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 465 | 0.00 | $ - | 1.00 | $ 450.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 3.00 | $ 1,630.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 8**          **ENGAGEMENT ADMINISTRATION**

| Professional | Hourly Rate | October 2009 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 3.50 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 41.50 | $ 10,640.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 37.40 | $ 23,188.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 21.90 | $ 12,808.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 5.40 | $ 3,106.00 |
| Scott Martinez | $ 465 | 2.50 | $ 1,162.50 | 32.30 | $ 14,643.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 52.30 | $ 22,824.00 |
| Elizabeth Kardos | $ 425 | 0.90 | $ 382.50 | 54.80 | $ 21,705.00 |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 235.20 | $ 83,185.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 61.20 | $ 12,421.00 |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 3.40 | $ 1,545.00 | 545.50 | $ 204,520.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 9**          **ASSET ANALYSIS**

| Professional | Hourly Rate | October 2009 Hours | October 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 2.50 | $ 720.00 |
| Bret Fernandes | $ 675 | 1.20 | $ 810.00 | 150.20 | $ 90,721.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.30 | $ 186.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 2.00 | $ 1,130.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 1.20 | $ 810.00 | 155.00 | $ 92,757.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 10**      **ASSET DISPOSITION**

| Professional | Hourly Rate | October 2009 Hours | October 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 108.45 | $ 13,717.50 |
| Kevin Nystrom | $ 775 | 18.50 | $ 14,337.50 | 472.50 | $ 93,340.00 |
| Bret Fernandes | $ 675 | 1.80 | $ 1,215.00 | 738.80 | $ 435,565.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1002.30 | $ 625,625.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 854.70 | $ 494,725.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 75.10 | $ 41,949.00 |
| Scott Martinez | $ 465 | 7.60 | $ 3,534.00 | 280.30 | $ 125,263.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 72.30 | $ 31,096.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 27.90 | $ 19,086.50 | 3604.45 | $ 1,861,282.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 11**          **LITIGATION**

| Professional | Hourly Rate | October 2009 Hours | October 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 22.05 | $ 6,820.00 |
| Kevin Nystrom | $ 775 | 58.50 | $ 45,337.50 | 178.75 | $ 122,367.50 |
| Bret Fernandes | $ 675 | 0.80 | $ 540.00 | 348.40 | $ 219,645.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 64.40 | $ 40,542.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 31.00 | $ 18,290.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 465 | 15.30 | $ 7,114.50 | 159.00 | $ 73,150.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 13.90 | $ 6,046.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.90 | $ 337.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 14.00 | $ 700.00 |
| Total | | 74.60 | $ 52,992.00 | 832.40 | $ 487,899.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 12**          **MEETINGS OF CREDITORS**

| Professional | Hourly Rate | October 2009 Hours | October 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 18.70 | $ 7,362.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 72.50 | $ 13,300.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 34.20 | $ 21,515.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 2.00 | $ 1,180.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 1.50 | $ 825.00 |
| Scott Martinez | $ 465 | 22.90 | $ 10,648.50 | 148.50 | $ 66,493.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 41.20 | $ 18,384.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 61.10 | $ 22,800.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 22.90 | $ 10,648.50 | 379.70 | $ 151,860.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 13**        **DIP BUDGET REPORTING**

| Professional | Hourly Rate | October 2009 Hours | October 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 4.00 | $ - |
| Bret Fernandes | $ 675 | 0.00 | $ - | 2.60 | $ 1,430.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 1.10 | $ 605.00 |
| Scott Martinez | $ 465 | 0.00 | $ - | 22.00 | $ 9,570.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 46.70 | $ 17,107.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 76.40 | $ 28,712.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 14**     **SECURED LENDERS NEGOTIATION**

| Professional | Hourly Rate | October 2009 Hours | October 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 73.50 | $ 14,337.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 274.00 | $ 28,927.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 32.60 | $ 19,234.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 262.30 | $ 164,883.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 576.80 | $ 329,864.00 |
| Scott Martinez | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 802.40 | $ 337,747.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 2021.60 | $ 894,993.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2009

**CATEGORY 15**    **COMMUNICATIONS MATTERS**

| Professional | Hourly Rate | October 2009 Hours | October 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 5.75 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 10.00 | $ 1,662.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 15.30 | $ 9,486.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 3.40 | $ 1,870.00 |
| Scott Martinez | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 212.30 | $ 76,102.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 22.80 | $ 7,410.00 |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 269.55 | $ 96,531.00 |

AMERICAN HOME MORTGAGE CH.11
EXPENSES BY DAY BY PROFESSIONAL
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| EMPLY # | NAME | DATE | | | AMOUNT |
|---|---|---|---|---|---|
| 325 | Martinez S. | 9/28/2009 | Ground Transportation | | 101.94 |
| 325 | Martinez S. | 9/28/2009 | Hotel | | 195.79 |
| 325 | Martinez S. | 9/29/2009 | Ground Transportation | | 101.94 |
| 325 | Martinez S. | 9/29/2009 | Hotel | | 195.79 |
| 325 | Martinez S. | 9/30/2009 | Ground Transportation | | 101.94 |
| 325 | Martinez S. | 9/30/2009 | Hotel | | 195.79 |
| 325 | Martinez S. | 10/1/2009 | Ground Transportation | | 101.94 |
| 325 | Martinez S. | 10/1/2009 | Hotel | | 195.79 |
| 325 | Martinez S. | 10/1/2009 | Meals | DINNER - 1 | 17.55 |
| 325 | Martinez S. | 10/2/2009 | Ground Transportation | | 101.93 |
| 325 | Martinez S. | 10/2/2009 | Ground Transportation | | 7.16 |
| 325 | Martinez S. | 10/2/2009 | Ground Transportation | GAS | 23.00 |
| 325 | Martinez S. | 10/2/2009 | Ground Transportation | EZ PASS | 10.00 |
| 325 | Martinez S. | 10/6/2009 | Ground Transportation | | 114.74 |
| 325 | Martinez S. | 10/6/2009 | Ground Transportation | | 5.50 |
| 325 | Martinez S. | 10/6/2009 | Hotel | | 195.79 |
| 325 | Martinez S. | 10/6/2009 | Meals | LUNCH - 1 | 21.92 |
| 325 | Martinez S. | 10/6/2009 | Meals | DINNER - 2 | 76.06 |
| 325 | Martinez S. | 10/7/2009 | Ground Transportation | | 114.74 |
| 325 | Martinez S. | 10/7/2009 | Hotel | | 195.79 |
| 325 | Martinez S. | 10/7/2009 | Meals | LUNCH - 1 | 21.64 |
| 325 | Martinez S. | 10/7/2009 | Meals | DINNER - 1 | 25.63 |
| 325 | Martinez S. | 10/8/2009 | Ground Transportation | | 114.74 |
| 325 | Martinez S. | 10/8/2009 | Hotel | | 195.79 |
| 325 | Martinez S. | 10/8/2009 | Meals | BREAKFAST - 1 | 11.00 |
| 325 | Martinez S. | 10/8/2009 | Meals | LUNCH - 4 | 61.67 |
| 325 | Martinez S. | 10/8/2009 | Meals | DINNER - 1 | 23.45 |
| 325 | Martinez S. | 10/9/2009 | Ground Transportation | | 114.73 |

1

AMERICAN HOME MORTGAGE CH.11
EXPENSES BY DAY BY PROFESSIONAL
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| EMPL # | NAME | DATE | | AMOUNT |
|---|---|---|---|---|
| 325 | Martinez S. | 10/9/2009 | Ground Transportation | 7.16 |
| 325 | Martinez S. | 10/9/2009 | Ground Transportation | GAS | 24.50 |
| 325 | Martinez S. | 10/9/2009 | Ground Transportation | EZ PASS | 10.00 |
| 325 | Martinez S. | 10/14/2009 | Meals | LUNCH - 1 | 12.74 |
| 325 | Martinez S. | 10/15/2009 | Ground Transportation | 5.50 |
| 325 | Martinez S. | 10/15/2009 | Hotel | 195.79 |
| 325 | Martinez S. | 10/15/2009 | Meals | BREAKFAST - 1 | 9.10 |
| 325 | Martinez S. | 10/15/2009 | Meals | LUNCH - 1 | 17.40 |
| 325 | Martinez S. | 10/15/2009 | Meals | DINNER - 1 | 42.83 |
| 325 | Martinez S. | 10/16/2009 | Ground Transportation | TOLL | 5.50 |
| 325 | Martinez S. | 10/16/2009 | Ground Transportation | 7.25 |
| 325 | Martinez S. | 10/16/2009 | Ground Transportation | 82.50 |
| 325 | Martinez S. | 10/22/2009 | Ground Transportation | TOLL | 7.25 |
| 325 | Martinez S. | 10/22/2009 | Hotel | 195.79 |
| 325 | Martinez S. | 10/22/2009 | Meals | BREAKFAST - 1 | 11.00 |
| 325 | Martinez S. | 10/22/2009 | Meals | DINNER - 1 | 45.73 |
| 325 | Martinez S. | 10/22/2009 | Meals | LUNCH - 1 | 10.59 |
| 325 | Martinez S. | 10/23/2009 | Ground Transportation | MILEAGE | 93.50 |
| 325 | Martinez S. | 10/23/2009 | Meals | DINNER - 2 | 68.96 |
| 325 | Martinez S. | 10/26/2009 | Ground Transportation | TOLL | 5.50 |
| 325 | Martinez S. | 10/26/2009 | Hotel | 195.79 |
| 325 | Martinez S. | 10/26/2009 | Meals | DINNER - 1 | 42.83 |
| 325 | Martinez S. | 10/26/2009 | Meals | LUNCH - 1 | 22.19 |
| 325 | Martinez S. | 10/27/2009 | Hotel | 195.79 |
| 325 | Martinez S. | 10/27/2009 | Meals | DINNER - 1 | 11.06 |
| 325 | Martinez S. | 10/28/2009 | Ground Transportation | MILEAGE | 93.50 |
| 325 | Martinez S. | 10/28/2009 | Ground Transportation | TOLL | 7.25 |
| 325 | Martinez S. | 10/28/2009 | Meals | BREAKFAST - 1 | 15.00 |

2

**AMERICAN HOME MORTGAGE CH.11**
**EXPENSES BY DAY BY PROFESSIONAL**
**OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| EMPLOY # | NAME | DATE | | | AMOUNT |
|---|---|---|---|---|---|
| 325 | Martinez S. | 10/28/2009 | Meals | LUNCH - 4 | 65.17 |
| 325 | Martinez S. | 10/29/2009 | Phone | CELL | 139.50 |
| 325 | Martinez S. | 10/29/2009 | Phone | INTERNET | 10.00 |
| 325 | Martinez S. | 10/29/2009 | Phone | PHONE SERVICE | 20.52 |
| | | | TOTALS: | | $4,320.94 |
| | | | | | |
| 401 | Nystrom K. | 10/1/2009 | Meals | BREAKFAST - 1 | 4.00 |
| 401 | Nystrom K. | 10/1/2009 | Meals | LUNCH - 2 | 33.00 |
| 401 | Nystrom K. | 10/22/2009 | Ground Transportation | | 18.00 |
| 401 | Nystrom K. | 10/29/2009 | Ground Transportation | | 19.00 |
| 401 | Nystrom K. | 10/29/2009 | Ground Transportation | | 19.00 |
| 401 | Nystrom K. | 10/30/2009 | Ground Transportation | | 25.00 |
| 401 | Nystrom K. | 10/31/2009 | Phone | SEPT BILL | 103.50 |
| | | | TOTALS: | | $221.50 |
| | | | | | |
| 9999 | Accounts P. | 9/30/2009 | Phone | | 34.85 |
| 9999 | Accounts P. | 10/2/2009 | Postage | | 5.06 |
| 9999 | Accounts P. | 10/5/2009 | Meals | MARTINEZ | 12.18 |
| 9999 | Accounts P. | 10/5/2009 | Meals | NYSTROM | 13.18 |
| 9999 | Accounts P. | 10/6/2009 | Meals | NYSTROM | 12.48 |
| 9999 | Accounts P. | 10/7/2009 | Postage | | 5.14 |
| 9999 | Accounts P. | 10/12/2009 | Meals | NYSTROM | 9.54 |
| 9999 | Accounts P. | 10/13/2009 | Meals | NYSTROM | 9.99 |
| 9999 | Accounts P. | 10/15/2009 | Meals | NYSTROM | 9.99 |
| 9999 | Accounts P. | 10/16/2009 | Meals | NYSTROM | 14.78 |
| 9999 | Accounts P. | 10/19/2009 | Meals | NYSTROM | 9.99 |
| 9999 | Accounts P. | 10/21/2009 | Meals | NYSTROM | 8.60 |
| 9999 | Accounts P. | 10/31/2009 | Copy Charges | | 7.40 |

**AMERICAN HOME MORTGAGE CH.11**
**EXPENSES BY DAY BY PROFESSIONAL**
**OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| EMPLY # | NAME | DATE | | AMOUNT |
|---------|------|------|---|--------|
| 9999 | Accounts P. | 10/31/2009 | Postage | 8.60 |
| | | | TOTALS: | $161.78 |
| | | | | |
| | | | TOTAL OCTOBER EXPENSES: | $4,704.22 |