IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x
In re:                                                      :        Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                      :        Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                             :
                                                            :        Jointly Administered
        Debtors.                                            :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

        ANGHARAD BOWDLER, being duly sworn, deposes and says:

        1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC
(f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I
am over the age of eighteen years and am not a party to the above-captioned action.

        2.      On November 13, 2009, I caused to be served the

        a)      "Notice of Debtors' Forty-Fifth Omnibus (Non-Substantive) Objection to Claims
        Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and
        Local Rule 3007-1," dated November 13, 2009, to which is attached the "Debtors' Forty-
        Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the
        Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated
        November 13, 2009,  [Docket No. 8300], (the "Forty-Fifth Omnibus")

        b)      "Notice of Debtors' Forty-Sixth Omnibus (Substantive) Objection to Claims
        Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and
        Local Rule 3007-1," dated November 19, 2009, to which is attached the "Debtors' Forty-
        Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the
        Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated
        November 13, 2009, [Docket No. 8301], (the "Forty-Fifth Omnibus")

by causing true and correct copies, enclosed securely in separate postage-prepaid
envelopes of the

        a)  Forty-Fifth Omnibus to be delivered by first class mail to those parties listed on the
            attached Exhibit A, and

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____

Angharad Bowdler

Sworn to before me this

26 day of November, 2009

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES 12/26/11

# EXHIBIT "A"

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ALLEN, ROXANNA T. | 315 WRIGHTSBURG CT FAYETTEVILLE GA 30215 |
| ANELLI, CHRISTOPHER | 30 BUSCH ST HAUPPAUGE NY 11788 |
| ARAPAHOE COUNTY | ATTN GEORGE ROSENBERG, ASST ATTORNEY 5334 S PRINCE STREET LITTLETON CO 80166 |
| BOGGS, AMIE L | 5440 NOAH ROAD CUMMING GA 30041 |
| CANNITO, HELEN | 3368 CHESHIRE RD DELAWARE OH 43015 |
| DEWALD, KAREN | 114 CABANA DR MOORESVILLE NC 28117 |
| DRAKOS, SUZETTE | 3 SEABROOK CT STONY BROOK NY 117903305 |
| HASSLER, ASHLEY | 320 UPAS STREET SAN DIEGO CA 92103 |
| INGINO, LONI | PO BOX 75 LINDENHURST NY 11757 |
| MYERS, DENICE F | 926 GARDEN DR LYNDEN WA 98264 |
| NG, JACQUELINE | 956 N BAY AVE MASSAPEQUA NY 117582562 |
| PROMOTIONAL PRODUCTS PARTNERS, LLC | ATTN MICHAEL GOMBERG 405 WASHINGTON BLVD MUNDELEIN IL 60060 |
| RATHMANN, KAREN | 2908 NE 185TH COURT VANCOUVER WA 98682 |
| RICHTER, ELIZABETH | 1227 JACKSON AVE LINDENHURST NY 11757 |
| SOLIS, JENNIFER A | 2116 ROLLINGWAY CT VIRGINIA BEACH VA 23456 |
| TREASURER OF ARAPAHOE COUNTY, COLORADO | ARAPAHOE COUNTY TREASURER 5334 S. PRINCE STREET LITTLETON CO 80166 |
| WEINHEIMER, TRACEY K. | 2291 AIRPORT RD GREENFIELD IA 50849 |

**Total Creditor Count 17**

# EXHIBIT "B"

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| CHARD, ROBIN L. | 763 DORIS JANE AVE FAIRFIELD OH 45014 |
| HAYES, SUSAN L. | 15561 HAMMETT CT MORENO VALLEY CA 92555 |
| INGINO, LONI | PO BOX 75 LINDENHURST NY 11757 |
| JANSEN, MILDRED A. | 159 STERLING ST PORT JEFFERSON STATION NY 11776 |
| JORDAN, CHERYL S. | 125 HALESITE DR SOUND BEACH NY 11789 |
| LOPEZ, MARTHA | 8975 LAWRENCE WELK DRIVE 314 ESCONDIDO CA 92026 |
| LOPEZ, MARTHA M | 8975 LAWRENCE WELK DRIVE 314 ESCONDIDO CA 92026 |
| TURNER, KRISTEN | 1007 5TH AVE #405 SAN DIEGO CA 921015130 |

**Total Creditor Count 8**