IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------x
In re:                                                    :        Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,     :        Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          :        Jointly Administered
        Debtors.                                          :
----------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

        ANGHARAD BOWDLER, being duly sworn, deposes and says:

        1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC
(f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I
am over the age of eighteen years and am not a party to the above-captioned action.

        2.      On November 18, 2009, I caused to be served the

        a)      "Order Sustaining Debtors' Forty-Third Omnibus (Non-Substantive) Objection to
        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and
        3007, and Local Rule 3007-1," dated November 13, 2009,  [Docket No. 8297], (the "Forty-
        Third Omnibus")

        b)      "Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to
        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and
        3007, and Local Rule 3007-1," dated November 13, 2009, [Docket No. 8299], (the "Forty-
        Fourth Omnibus")

by causing true and correct copies, enclosed securely in separate postage-prepaid
envelopes of the

        a)   Forty-Third Omnibus to be delivered by first class mail to those parties listed on the
             attached Exhibit A, and

        b)   Forty-Fourth Omnibus to be delivered by first class mail to those parties listed on the
             attached Exhibit B.

b) Forty-Sixth Omnibus to be delivered by first class mail to those parties listed on the attached <u>Exhibit B</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Angharad Bowdler

Sworn to before me this
20ᵗʰ    day of November, 2009

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES 10-22-2011

**EXHIBIT "A"**

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIBANK AS SECURITIES ADMINISTRATOR FOR | HSI ASSET LOAN OBLIGATION TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK NY 10004 |
| CITIBANK AS SECURITIES ADMINISTRATOR FOR | GLOBAL TRANSACTION SERVICES ATTN KAREN SCHLUTER 388 GREENWICH STREET 14TH FLOOR NEW YORK NY 10013 |
| CITIBANK AS SECURITIES ADMINISTRATOR FOR | GLOBAL TRANSACTION SERVICES ATTN KAREN SCHLUTER 388 GREENWICH TRANSACTION SERVICES NEW YORK NY 10013 |
| HARRIS COUNTY, ET AL | JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX 77253-3064 |
| HOPKINS, CARA | 23601 TORERO CIRCLE MISSION VIEJO CA 92691 |
| IMPERIAL COUNTY TAX COLLECTOR | 940 WEST MAIN STREET RM # 106    Account No. 052-535-004-000 EL CENTRO CA 92243 |
| KRIEGER, DENISE | 291 WILLIAM FLOYD PKWY SHIRLEY NY 11967 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE | BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| OLIVARES, NANCY | 2790 KELVIN AVE IRVINE CA 92614 |

**Total Creditor Count 9**

**EXHIBIT "B"**

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ARJONA KENNEDY, MIRAM | 3772 W. BEECHWOOD FRESNO CA 93711 |
| AURORA LOAN SERVICES, LLC -ON BEHALF OF | JUSTIN D. BALSER VICE PRESIDENT AND COUNSEL 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| AURORA LOAN SERVICES, LLC -ON BEHALF OF | CERTAIN TRUSTS & LEHMAN BROS. BANK FSB & LEHMAN BROS. HOLDINGS INC 885 THIRD AVENUE - ATTN ROBERT ROSENBERG LITTLETON CO 80163-1565 |
| BANK OF AMERICA, N.A. | ATTN MARGOT B. SCHONHOLTZ, ESQ. ATTN ANA M. ALFONSO, ESQ. KAYE SCHOLER LLP 425 PARK AVENUE NEW YORK NY 10022-3598 |
| BANK OF AMERICA, N.A. | ATTN ADAM D. GLASSNER 214 NORTH TRYON STREET CHARLOTTE NC 28255 |
| BANK OF NEW YORK, THE | ATTN LEO T. CROWLEY, ESQ. PILLSBURY WINTHROP SHAW PITTMAN LLP 1540 BROADWAY NEW YORK NY 10036 |
| BANK OF NEW YORK, THE | BANK OF NEW YORK, THE PILLSBURY WINTHROP SHAW PITTMAN LLP ATTN LEO T CROWLEY, ESQ 1540 BROADWAY NEW YORK NY 10036 |
| BANK OF NEW YORK, THE | ATTN: MARTIN FEIG 101 BARCLAY STREET, 8W NEW YORK NY 10286 |
| BANK OF NEW YORK, THE | AS INDENTURE TRUSTEE ATTN MARTIN FEIG 101 BARCLAY STREET, 8W NEW YORK NY 10286 |
| BANK OF NEW YORK, THE AS IND TTEE | ATTN LEO T. CROWLEY, ESQ. PILLSBURY WINTHROP SHAW PITTMAN LLP 1540 BROADWAY NEW YORK NY 10036 |
| BANK OF NEW YORK, THE AS IND TTEE | ATTN: MARTIN FEIG 101 BARCLAY STREET, 8W NEW YORK NY 10286 |
| CITIBANK NA AS INDENTURE TTEE PAYING | AGENT & REGISTRAR FOR AMERICAN HOME C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK NY 10004 |
| CITIBANK NA AS INDENTURE TTEE PAYING | GLOBAL TRANSACTION SERVICES 388 GREENWICH STREET 14TH FL ATTN KAREN SCHLUTER NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | ATTN: SUSAN MILLS MANAGING DIRECTOR 390 GREENWICH ST. NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | KIRKLAND & ELLIS LLP ATTN: LISA LAUKITIS, ESQ. CITIGROUP CENTER 153 EAST 53RD ST. NEW YORK NY 10022-4611 |
| CITIMORTGAGE, INC. | C/O ANDREW J. PETRIE FEATHERSTONE PETRIE DESISTO LLP 600 17TH STREET, SUITE 2400S DENVER CO 80202 |
| E.E.C.O. ELECTRIC CORP. | 35650 COUNTY ROAD 48 PECONIC NY 11958 |
| EMC MORTGAGE CORPORATION | GEOFFREY T. RAICHT ANDREW W. STERN SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| EMC MORTGAGE CORPORATION | ATTN GERALD J RUSSELLO C/O BEAR STEARNS & CO. INC. 320 PARK AVENUE NEW YORK NY 10022 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | GEORGE KIELMAN ASSOCIATE GENERAL COUNSEL 8200 JONES BRANCH DRIVE - MS 202 MC LEAN VA 22102 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, | INC 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, | BRIAN E. GOLDBERG, ESQ. DICKSTEIN SHAPIRO LLP 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GREENWICH CAPITAL MARKETS, INC | 600 STEAMBOAT RD GREENWICH CT 06830 |
| GREENWICH CAPITAL MARKETS, INC | BRIAN E. GOLDBERG, ESQ. DICKSTEIN SHAPIRO LLP 1177 AVENUE OF THE AMERICAS, 37TH FL NEW YORK NY 10036 |
| HSBC BANK USA, NATIONAL ASSOCIATION | ATTN THOMAS L NOLAN VICE PRESIDENT 8 EAST 40TH STREET 3RD FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION | PHILLIPS LYTLE LLP ATTORNEYS FOR HSBC BANK USA NA ATTN WILLIAM J BROWN ESQ 3400 HSBC CENTER BUFFALO NY 14203 |
| HUNTINGTON PAVING, INC. | WESTERMAN HAMILTON SHEEHY AYDELOT ET AL GARDEN CITY CENTER SUITE 502 100 QUENTIN ROOSEVELT BOULEVARD GARDEN CITY NY 11530 |
| HUNTINGTON PAVING, INC. | ATTN JAMES BROWN, PRESIDENT 12 NEW ST GREAT RIVER NY 11739 |
| IMPAC FUNDING CORPORATION | ATTN STEPHEN WICHMANN 19500 JAMBOREE ROAD IRVINE CA 92612 |
| LASALLE BANK NATIONAL ASSOCIATION | AMELIA M. CHARAMBA, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| LASALLE BANK NATIONAL ASSOCIATION | AMELIA M. CHARAMBA, ESQ. NIXON PEABOSY LLP 100 ASUMMER STREET BOSTON MA 02110 |
| LASALLE BANK NATIONAL ASSOCIATION | ATTN RITA LOPEZ, VICE PRESIDENT C/O GLOBAL SECURITIES AND TRUST SERVICES 135 SOUTH LASALLE STREET, STE 1511 CHICAGO IL 60603 |
| LASALLE BANK NATIONAL ASSOCIATION | ATN RITA LOPEZ, VICE PRESIDENT C/O GLOBAL SECURITIES AND TRUST SERVICES 135 |

## AMERICAN HOME MORTGAGE HOLDINGS, INC

### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION | SOUTH LASALLE STREET, STE 1511 CHICAGO IL 60603 |
| MERRILL LYNCH MORTGAGE LENDING, INC. | ATTN VADIM J RUBINSTEIN, ESQ LOEB & LOEB LLP 345 PARK AVE NEW YORK NY 10154 |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS | ATTN DANIELA LEVARDA, ESQ C/O LEGAL AND COMPLIANCE DIVISION 1633 BROADWAY NEW YORK NY 10019 |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS | MORGAN STANLEY MORTGAGE CAPTIAL HOLDINGS ATTN LEE ATTANASIO, ESQ SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS | MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS ATTN LEE ATTANASION, ESQ SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| POLADIAN, ANGELINE | 3 WHITWORTH ST LADERA RANCH CA 92694 |
| RESIDENTIAL FUNDING COMPANY, LLC | C/O RICHARD D. BALLOT GMAC RESCAP 465 SOUTH STREET, SUITE 202 MORRISTOWN NJ 07960 |
| SUNTRUST ROBINSON HUMPHREY FUNDING, LLC | SUNTRUST BANK ATTN KATHLEEN M O'CONNELL 303 PEACHTREE STREET, 36TH FL ATLANTA GA 30308 |
| SUNTRUST ROBINSON HUMPHREY FUNDING, LLC | F/K/A SUN TRUST ASSET FUNDING, LLC C/O MADISON L MARTIN - STITES & HARBISON 401 COMMERCE STREET, STE 800 NASHVILLE TN 37219 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | ATTN PAMELA WIEDER        -EP-MN-WS1D U.S. BANK CORPORATE TRUST SERVICES 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | ATTN KATHERINE CONSTANTINE DORSEY & WHITNEY LLP 50 SOUTH SIXTH STREET SUITE 1500 MINNEAPOLIS MN 55402 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | ATTN KATHERINE CONSTANTINE DORSEY & WHITENY LLP 50 SOUTH SIXTH STREET SUITE 1500 MINNEAPOLIS MN 55402 |
| UBS REAL ESTATE SECURITIES INC. | ATTN CHRISTOPHER G. SCHMIDT, DIRECTOR 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| UBS REAL ESTATE SECURITIES INC. | ATTN RICK B. ANTONOFF PILLSBURY WINTHROP SHAW PITTMAN LLP 1540 BROADWAY NEW YORK NY 10036 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | C/O MR. MICHAEL D. COYNE WASHINGTON MUTUAL BANK 623 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | DAVID H. ZIELKE, ESQUIRE 1301 SECOND AVENUE, WMC 3501 SEATTLE WA 98010 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | DAVID H. ZIELKE 1301 SECOND AVENUE, WMC 3501 SEATTLE WA 98010 |
| WELLS FARGO BANK, N.A. | ATTN:  WILLIAM FAY MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO BANK, N.A. | CORP. TRUST SERVICES, ATTN: WILLIAM FAY DEFAULT & RESTRUCTURING ACCOUNT MANAGER 9062 OLD ANNAPOLIS RD -  MAC2702-011 COLUMBIA MD 21045 |
| WELLS FARGO BANK, N.A. | CORP. TRUST SERVICES, ATTN WILLIAM FAY DEFAULT & RESTRUCTURING ACCOUNT MANAGER 9062 OLD ANNAPOLIS RD- MAC N2702-011 COLUMBIA MD 21054 |
| WELLS FARGO BANK, N.A. | FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor Count 53**