IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                               :    Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                      :
                                                                     :    Jointly Administered
        Debtors.                                                     :
---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On October 14, 2009, I caused to be served the

a)      "Notice of Debtors' Forty-Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," to which is attached the "Instructions for Telephonic Appearances Effective January 5, 2005" to which is attached the "Debtors' Forty-Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 13, 2009, [Docket No. 8173], (the "Forty-Third Omnibus")

b)      "Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," to which is attached the "Instructions for Telephonic Appearances Effective January 5, 2005" to which is attached the "Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 13, 2009, [Docket No. 8174], (the "Forty-Fourth Omnibus")

by causing true and correct copies, enclosed securely in separate postage-prepaid envelopes of the

a) Forty-Third Omnibus to be delivered by first class mail to those parties listed on the attached <u>Exhibit A</u>, and

b) Forty-Third Omnibus to be delivered by first class mail to those parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
___ day of November, 2009

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES _____

**EXHIBIT A**

## AMERICAN HOME MORTGAGE HOLDINGS, INC
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIBANK AS SECURITIES ADMINISTRATOR FOR | HSI ASSET LOAN OBLIGATION TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK NY 10004 |
| CITIBANK AS SECURITIES ADMINISTRATOR FOR | GLOBAL TRANSACTION SERVICES ATTN KAREN SCHLUTER 388 GREENWICH STREET 14TH FLOOR NEW YORK NY 10013 |
| CITIBANK AS SECURITIES ADMINISTRATOR FOR | GLOBAL TRANSACTION SERVICES ATTN KAREN SCHLUTER 388 GREENWICH TRANSACTION SERVICES NEW YORK NY 10013 |
| HARRIS COUNTY, ET AL | JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX 77253-3064 |
| HOPKINS, CARA | 23601 TORERO CIRCLE MISSION VIEJO CA 92691 |
| IMPERIAL COUNTY TAX COLLECTOR | 940 WEST MAIN STREET RM # 106   Account No. 052-535-004-000 EL CENTRO CA 92243 |
| KRIEGER, DENISE | 291 WILLIAM FLOYD PKWY SHIRLEY NY 11967 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE | BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| OLIVARES, NANCY | 2790 KELVIN AVE IRVINE CA 92614 |

**Total Creditor Count 9**

**EXHIBIT B**

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## Service List

| Claim Name | Address Information |
|---|---|
| ARJONA KENNEDY, MIRAM | 3772 W. BEECHWOOD, FRESNO, CA 93711 |
| AURORA LOAN SERVICES, LLC -ON BEHALF OF | JUSTIN D. BALSER, VICE PRESIDENT AND COUNSEL, 10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| AURORA LOAN SERVICES, LLC -ON BEHALF OF | CERTAIN TRUSTS & LEHMAN BROS. BANK FSB, & LEHMAN BROS. HOLDINGS INC, 885 THIRD AVENUE - ATTN ROBERT ROSENBERG, LITTLETON, CO 80163-1565 |
| BANK OF AMERICA, N.A. | ATTN MARGOT B. SCHONHOLTZ, ESQ., ATTN ANA M. ALFONSO, ESQ., KAYE SCHOLER LLP, 425 PARK AVENUE, NEW YORK, NY 10022-3598 |
| BANK OF AMERICA, N.A. | ATTN ADAM D. GLASSNER, 214 NORTH TRYON STREET, CHARLOTTE, NC 28255 |
| BANK OF NEW YORK, THE | ATTN LEO T. CROWLEY, ESQ., PILLSBURY WINTHROP SHAW PITTMAN LLP, 1540 BROADWAY, NEW YORK, NY 10036 |
| BANK OF NEW YORK, THE | BANK OF NEW YORK, THE, PILLSBURY WINTHROP SHAW PITTMAN LLP, ATTN LEO T CROWLEY, ESQ, 1540 BROADWAY, NEW YORK, NY 10036 |
| BANK OF NEW YORK, THE | ATTN: MARTIN FEIG, 101 BARCLAY STREET, 8W, NEW YORK, NY 10286 |
| BANK OF NEW YORK, THE | AS INDENTURE TRUSTEE, ATTN MARTIN FEIG, 101 BARCLAY STREET, 8W, NEW YORK, NY 10286 |
| BANK OF NEW YORK, THE AS IND TTEE | ATTN LEO T. CROWLEY, ESQ., PILLSBURY WINTHROP SHAW PITTMAN LLP, 1540 BROADWAY, NEW YORK, NY 10036 |
| BANK OF NEW YORK, THE AS IND TTEE | ATTN: MARTIN FEIG, 101 BARCLAY STREET, 8W, NEW YORK, NY 10286 |
| CITIBANK AS TRUSTEE FOR GSR MORTGAGE | LOAN TRUST, C/O SEWARD & KISSEL-ATTN: ARLENE ALVES, ONE BATTERY PARK PLZ, NEW YORK, NY 10004 |
| CITIBANK AS TRUSTEE FOR GSR MORTGAGE | GLOBAL TRANSACTION SERVICES, ATTN KAREN SCHLUTER, 388 GREENWICH STREET 14TH STREET, NEW YORK, NY 10013 |
| CITIBANK AS TRUSTEE FOR GSR MORTGAGE | GLOBAL TRANSACTION SERVICES, ATTN KAREN SCHLUTER, 388 GREENWICH STREET 14TH FLOOR, NEW YORK, NY 10013 |
| CITIBANK AS TRUSTEE FOR STRUCTURED ASSET | MORTGAGE INVESTMENTS II INC, C/O SEWARD & KISSEL-ATTN: ARLENE ALVES, ONE BATTERY PARK PLZ, NEW YORK, NY 10004 |
| CITIBANK AS TRUSTEE FOR STRUCTURED ASSET | GLOBAL TRANSACTION SERVICES, ATTN KAREN SCHLUTER, 388 GREENWICH STREET 14TH FLOOR, NEW YORK, NY 10013 |
| CITIBANK NA AS INDENTURE TTEE PAYING | AGENT & REGISTRAR FOR AMERICAN HOME, C/O SEWARD & KISSEL-ATTN: ARLENE ALVES, ONE BATTERY PARK PLZ, NEW YORK, NY 10004 |
| CITIBANK NA AS INDENTURE TTEE PAYING | GLOBAL TRANSACTION SERVICES, 388 GREENWICH STREET 14TH FL, ATTN KAREN SCHLUTER, NEW YORK, NY 10013 |
| CITIBANK NA AS TRUSTEE PAYING AGENT & | REGISTRAR FOR AMERICAN HOME MORTGAGE, C/O SEWARD & KISSEL-ATTN: ARLENE ALVES, ONE BATTERY PARK PLZ, NEW YORK, NY 10004 |
| CITIBANK NA AS TRUSTEE PAYING AGENT & | GLOBAL TRANSACTION SERVICES, 388 GREENWICH STREET 14TH FLOOR, ATTN KAREN SCHLUTER, NEW YORK, NY 10013 |
| CITIBANK NA AS TRUSTEE PAYING AGENT & | GLOBAL TRANSACTION SERVICES, ATTN KAREN SCHLUTER, 388 GREENWICH STREET 14TH STREET, NEW YORK, NY 10013 |
| CITIBANK NA AS TRUSTEE PAYING AGENT & | GLOBAL TRANSACTION SERVICES, ATTN KAREN SCHLUTER, 388 GREENWICH STREET 14TH FLOOR, NEW YORK, NY 10013 |
| CITIBANK NA AS TRUSTEE STRUCTURAL ASSET | MORTGAGE INVESTMENTS II INC, C/O SEWARD & KISSEL-ATTN: ARLENE ALVES, ONE BATTERY PARK PLZ, NEW YORK, NY 10004 |
| CITIBANK NA AS TRUSTEE STRUCTURAL ASSET | GLOBAL TRANSACTION SERVICES, ATTN KAREN SCHLUTER, 388 GREENWICH STREET 14TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | ATTN: SUSAN MILLS, MANAGING DIRECTOR, 390 GREENWICH ST., NEW YORK, NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | KIRKLAND & ELLIS LLP, ATTN: LISA LAUKITIS, ESQ., CITIGROUP CENTER, 153 EAST 53RD ST., NEW YORK, NY 10022-4611 |
| CITIMORTGAGE, INC. | C/O ANDREW J. PETRIE, FEATHERSTONE PETRIE DESISTO LLP, 600 17TH STREET, SUITE 2400S, DENVER, CO 80202 |
| E.E.C.O. ELECTRIC CORP. | 35650 COUNTY ROAD 48, PECONIC, NY 11958 |
| EMC MORTGAGE CORPORATION | GEOFFREY T. RAICHT, ANDREW W. STERN, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| EMC MORTGAGE CORPORATION | ATTN GERALD J RUSSELLO, C/O BEAR STEARNS & CO. INC., 320 PARK AVENUE, NEW YORK, |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| EMC MORTGAGE CORPORATION | NY 10022 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | GEORGE KIELMAN, ASSOCIATE GENERAL COUNSEL, 8200 JONES BRANCH DRIVE - MS 202, MC LEAN, VA 22102 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, | INC, 600 STEAMBOAT ROAD, GREENWICH, CT 06830 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, | BRIAN E. GOLDBERG, ESQ., DICKSTEIN SHAPIRO LLP, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| GREENWICH CAPITAL MARKETS, INC | 600 STEAMBOAT RD, GREENWICH, CT 06830 |
| GREENWICH CAPITAL MARKETS, INC | BRIAN E. GOLDBERG, ESQ., DICKSTEIN SHAPIRO LLP, 1177 AVENUE OF THE AMERICAS, 37TH FL, NEW YORK, NY 10036 |
| HSBC BANK USA, NATIONAL ASSOCIATION | ATTN THOMAS L NOLAN VICE PRESIDENT, 8 EAST 40TH STREET 3RD FLOOR, NEW YORK, NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION | PHILLIPS LYTLE LLP, ATTORNEYS FOR HSBC BANK USA NA, ATTN WILLIAM J BROWN ESQ, 3400 HSBC CENTER, BUFFALO, NY 14203 |
| HUNTINGTON PAVING, INC. | WESTERMAN HAMILTON SHEEHY AYDELOT ET AL, GARDEN CITY CENTER SUITE 502, 100 QUENTIN ROOSEVELT BOULEVARD, GARDEN CITY, NY 11530 |
| HUNTINGTON PAVING, INC. | ATTN JAMES BROWN, PRESIDENT, 12 NEW ST, GREAT RIVER, NY 11739 |
| IMPAC FUNDING CORPORATION | ATTN STEPHEN WICHMANN, 19500 JAMBOREE ROAD, IRVINE, CA 92612 |
| LASALLE BANK NATIONAL ASSOCIATION | AMELIA M. CHARAMBA, ESQ., NIXON PEABODY LLP, 100 SUMMER STREET, BOSTON, MA 02110 |
| LASALLE BANK NATIONAL ASSOCIATION | AMELIA M. CHARAMBA, ESQ., NIXON PEABOSY LLP, 100 ASUMMER STREET, BOSTON, MA 02110 |
| LASALLE BANK NATIONAL ASSOCIATION | ATTN RITA LOPEZ, VICE PRESIDENT, C/O GLOBAL SECURITIES AND TRUST SERVICES, 135 SOUTH LASALLE STREET, STE 1511, CHICAGO, IL 60603 |
| LASALLE BANK NATIONAL ASSOCIATION | ATN RITA LOPEZ, VICE PRESIDENT, C/O GLOBAL SECURITIES AND TRUST SERVICES, 135 SOUTH LASALLE STREET, STE 1511, CHICAGO, IL 60603 |
| MERRILL LYNCH MORTGAGE LENDING, INC. | ATTN VADIM J RUBINSTEIN, ESQ, LOEB & LOEB LLP, 345 PARK AVE, NEW YORK, NY 10154 |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS | ATTN DANIELA LEVARDA, ESQ, C/O LEGAL AND COMPLIANCE DIVISION, 1633 BROADWAY, NEW YORK, NY 10019 |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS | MORGAN STANLEY MORTGAGE CAPTIAL HOLDINGS, ATTN LEE ATTANASIO, ESQ, SIDLEY AUSTIN LLP, 787 SEVENTH AVE, NEW YORK, NY 10019 |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS | MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS, ATTN LEE ATTANASION, ESQ, SIDLEY AUSTIN LLP, 787 SEVENTH AVE, NEW YORK, NY 10019 |
| POLADIAN, ANGELINE | 3 WHITWORTH ST, LADERA RANCH, CA 92694 |
| RESIDENTIAL FUNDING COMPANY, LLC | C/O RICHARD D. BALLOT, GMAC RESCAP, 465 SOUTH STREET, SUITE 202, MORRISTOWN, NJ 07960 |
| SUNTRUST ROBINSON HUMPHREY FUNDING, LLC | SUNTRUST BANK, ATTN KATHLEEN M O'CONNELL, 303 PEACHTREE STREET, 36TH FL, ATLANTA, GA 30308 |
| SUNTRUST ROBINSON HUMPHREY FUNDING, LLC | F/K/A SUN TRUST ASSET FUNDING, LLC, C/O MADISON L MARTIN - STITES & HARBISON, 401 COMMERCE STREET, STE 800, NASHVILLE, TN 37219 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | ATTN PAMELA WIEDER    -EP-MN-WS1D, U.S. BANK CORPORATE TRUST SERVICES, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | ATTN KATHERINE CONSTANTINE, DORSEY & WHITNEY LLP, 50 SOUTH SIXTH STREET, SUITE 1500, MINNEAPOLIS, MN 55402 |
| UBS REAL ESTATE SECURITIES INC. | ATTN CHRISTOPHER G. SCHMIDT, DIRECTOR, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| UBS REAL ESTATE SECURITIES INC. | ATTN RICK B. ANTONOFF, PILLSBURY WINTHROP SHAW PITTMAN LLP, 1540 BROADWAY, NEW YORK, NY 10036 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | C/O MR. MICHAEL D. COYNE, WASHINGTON MUTUAL BANK, 623 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10022 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | DAVID H. ZIELKE, ESQUIRE, 1301 SECOND AVENUE, WMC 3501, SEATTLE, WA 98010 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | DAVID H. ZIELKE, 1301 SECOND AVENUE, WMC 3501, SEATTLE, WA 98010 |
| WELLS FARGO BANK, N.A. | ATTN: WILLIAM FAY, MAC N2702-011, 9062 OLD ANNAPOLIS ROAD, COLUMBIA, MD 21045 |
| WELLS FARGO BANK, N.A. | CORP. TRUST SERVICES, ATTN: WILLIAM FAY, DEFAULT & RESTRUCTURING ACCOUNT |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK, N.A. | MANAGER, 9062 OLD ANNAPOLIS RD - MAC2702-011, COLUMBIA, MD 21045 |
| WELLS FARGO BANK, N.A. | CORP. TRUST SERVICES, ATTN WILLIAM FAY, DEFAULT & RESTRUCTURING ACCOUNT MANAGER, 9062 OLD ANNAPOLIS RD- MAC N2702-011, COLUMBIA, MD 21054 |
| WELLS FARGO BANK, N.A. | FRANKLIN H. TOP, III, CHAPMAN AND CUTLER LLP, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |

**Total Creditor Count 63**