**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| -------------------------------------------------------- x | |
| In re: | : |
| | : Chapter 11 Case |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., *et al.* [1], | : No. 07-11047 (CSS) |
| | : Jointly Administered |
| Debtors | : |
| | : |
| -------------------------------------------------------- x | |
| THE OFFICIAL COMMITTEE OF | : |
| UNSECURED CREDITORS OF AMERICAN | : |
| HOME MORTGAGE HOLDINGS, INC., *et* | : Adv. Proc. Nos. |
| *al.*, | : [See Attached Exhibit A] |
| | : |
| Plaintiff, | : |
| | : |
| -against – | : |
| | : |
| [SEE ATTACHED EXHIBIT A], | : |
| | : |
| Defendants. | x |

<u>**CERTIFICATE OF SERVICE**</u>

I, *Victoria A. Guilfoyle*, certify that on November 18, 2009 a copy of the Scheduling Order signed November 17, 2009 ("<u>Scheduling Order</u>") was served electronically via the Court's ECF system upon all subscribed parties.

I further certify that on November 18, 2009, a copy of the Scheduling Order was served via Email (where email addresses were available) and First Class Mail upon all parties on the Service List attached hereto as <u>Exhibit B</u>.

---

[1]     The Debtors are American Home Mortgage Holdings, Inc., American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

I further certify that on November 23, 2009, a copy of the Scheduling Order was served via First Class Mail upon all parties on the Service List attached hereto as <u>Exhibit C</u>.

| | |
|---|---|
| | <u>*/s/ Victoria A. Guilfoyle*</u> |
| Dated:  November 24, 2009 | Victoria A. Guilfoyle (DE Bar. No 5183) |

**Exhibit A**

| Name | Adversary Proceeding # |
|---|---|
| 197 FIRST AVENUE LLC | 09-51531 |
| 8965 EASTERN, LLC | 09-51532 |
| A-1 PROFESSIONAL CLEANING & MAINTENANCE SERVICES, INC | 09-51533 |
| Admiral Consulting Group | 09-51534 |
| ADVISOR CENTRIC | 09-51535 |
| AFP ASSOCIATES LIMITED | 09-51583 |
| MORTGAGE RESOURCE CENTER, INC. d/b/a ALLREGS | 09-51571 |
| AMC TRANSFER | 09-51536 |
| American Corporate Record Cntr | 09-51537 |
| AMERICAN SECURITY GROUP | 09-51587 |
| APOGEE EVENTS | 09-51588 |
| BALWEB, INC. | 09-51590 |
| BARSA CONSULTING GROUP | 09-51584 |
| BAYOU PLAZA ASSOCIATES | 09-51585 |
| BELLAGIO | 09-51591 |
| BERNARD HODES GROUP | 09-51538 |
| BLACKROCK FINANCIAL MGMT | 09-51540 |
| Bloomberg LP | 09-51541 |
| BR SEARCH | 09-51635 |
| BRADLEY MARKETING GROUP | 09-51542 |
| BRINK'S COMMUNICATIONS | 09-51543 |
| BROADRIDGE | 09-51544 |
| BROKER AGENT MAGAZINE | 09-51545 |
| BUILDING CHAMPIONS | 09-51546 |
| C F N FINANCIAL INC | 09-51547 |
| CABLEVISION LIGHTPATH | 09-51548 |
| CAPITAL CONTRACTORS INC | 09-51549 |
| CAREERBUILDER | 09-51550 |
| CB CONTRACTORS INC | 09-51551 |
| CHANDLER SIGNS | 09-51552 |
| CHECK PRINTERS, INC | 09-51553 |
| CLIENT SERVICES CUSTOMER CARE | 09-51555 |

| Name | Adversary Proceeding # |
|------|------------------------|
| COLLEGIATE RELOCATION NETWORK | 09-51557 |
| COM-BELL SYSTEMS INC. | 09-51637 |
| COMSYS SERVICES | 09-51560 |
| CORELOGIC SYSTEMS INC | 09-51559 |
| CORPORATE RESOURCES GROUP | 09-51574 |
| CORPORATE TECHNOLOGIES INC | 09-51578 |
| CT Networks | 09-51580 |
| D.W. CONSULTING, INC. | 09-51773 |
| DARTMOUTH VENTURES LLC | 09-51593 |
| DELLA FEMINA ROTHSCHILD JEARY | 09-51594 |
| DELOITTE & TOUCHE LLP | 09-51596 |
| DELOITTE TAX LLP | 09-51595 |
| DESIGN CIRCLES | 09-51597 |
| DIALAMERICA MARKETING, INC | 09-51598 |
| DIGITAL DRAW NETWORK | 09-51599 |
| DIGITAL STORAGE SOLUTIONS | 09-51600 |
| DINERS CLUB | 09-51602 |
| DREW & ROGERS, INC. | 09-51604 |
| DYNAMIC PAINTING & RESTORATION | 09-51605 |
| EAST WEST HOLDINGS, LLC | 09-51636 |
| EECO ELECTRIC CORP | 09-51609 |
| ELITE FIRE PROTECTION, INC. | 09-51610 |
| ELLIE MAE, INC. | 09-51612 |
| ELYNX.LTD | 09-51638 |
| EMAGIC.COM, LLC | 09-51640 |
| EPLUS TECHNOLOGY, INC. | 09-51641 |
| EXECUTIVE MANAGEMENT | 09-51642 |
| EXPERIAN | 09-51767 |
| F & R LANDSCAPING, INC. | 09-51699 |
| FAIR ISAAC SOFTWARE INC | 09-51645 |
| FAIRMONT HOTEL | 09-51646 |
| FEDEX OFFICE AND PRINT SERVICES, INC. f/k/a FEDEX | 09-51648 |

| Name | Adversary Proceeding # |
|---|---|
| FIRST AMERICAN FLOOD DATA SVCS | 09-51649 |
| FIRST CREDIT UNION and DBSI | 09-51650 |
| FNC | 09-51651 |
| FRONTRANGE SOLUTIONS USA | 09-51652 |
| GALAXIE COFFEE SERVICE, INC | 09-51653 |
| GREENBERG GLUSKER FIELDS | 09-51654 |
| GRYPHON NETWORKS | 09-51656 |
| HAGGEN TALBOT CO., LTD PTNRSHP | 09-51662 |
| HOMEBUYERS MARKETING, INC. II d/b/a HBM II FULFILLMENT CENTER | 09-51668 |
| HELIOS & MATHESON | 09-51664 |
| HERITAGE VILLAGE OFFICES | 09-51660 |
| HIGHLAND LAKES | 09-51665 |
| HIRERIGHT , INC. | 09-51667 |
| HOME DEPOT INCENTIVES INC. | 09-51669 |
| HOMEBUYERS MARKETING, INC. | 09-51782 |
| ILINC COMMUNICATIONS | 09-51687 |
| IRON MOUNTAIN OFF-SITE DATA PROTECTION INC. d/b/a IM- OFF SITE DATA  PROTECTION | 09-51697 |
| INFOHIGHWAY COMMUNICATIONS | 09-51672 |
| INN ON BILTMORE ESTATE | 09-51673 |
| INNER WORKINGS | 09-51674 |
| INSIGHT | 09-51688 |
| INTERCITY AGENCY , INC | 09-51689 |
| IRON MOUNTAIN RECORDS MGMT | 09-51696 |
| J LAURIE COMMERCIAL FLOORS INC | 09-51598 |
| KALEE INVESTMENTS and PRINCIPLE EQUITY PROPERTIES | 09-51701 |
| KELLY SERVICE , INC. | 09-51703 |
| KING OFFICE SERVICES | 09-51704 |
| KOFAX INC. d/b/a KOFAX IMAGE PRODUCTS | 09-51705 |
| LADENBURG THALMANN & COMPANY | 09-51706 |
| TALMAN LARMEE d/b/a LARMEE EXECUTIVE SEARCH | 09-51775 |
| LARRY ELLIOTT | 09-51707 |
| LEADPONT, INC | 09-51708 |

| Name | Adversary Proceeding # |
|------|------------------------|
| LEHR CONSTRUCTION CORP | 09-51709 |
| LIPA | 09-51712 |
| LLOYD STAFFING | 09-51711 |
| MCKEE NELSON LLP | 09-51715 |
| MEDIA RECOVERY n/k/a DATASPAN | 09-51592 |
| MEETING MANAGMENT SERVICES | 09-51716 |
| COLLIERS MEREDITH & GREW | 09-51754 |
| METAVANTE CORP | 09-51717 |
| THE METROPOLITAN COMPANIES, INC. d/b/a METROPOLITAN TEMPORARIES | 09-51718 |
| MGIC INVESTOR SERVICE CORP | 09-51719 |
| MICHAEL JAMES INDUSTRIES INC | 09-51720 |
| MICROSOFT CORPORATION d/b/a MICROSOFT LICENSING, GP | 09-51722 |
| MODELYTICS  INC | 09-51723 |
| MONTAGE MANUFACTURING | 09-51724 |
| MORTGAGE CONTRACTING SERVICES | 09-51768 |
| MORTGAGE DATA MANAGEMENT CORP | 09-51725 |
| MORTGAGE GUARANTY INS. CO. | 09-51801 |
| MORTGAGE SUCCESS SOURCE LLC D/B/A MORTGAGE MARKET GUIDE | 09-51726 |
| MVCC SIERRA LLC d/b/a MOUNTAINVIEW CORP CENTRE SIERA | 09-51727 |
| NATIONAL ASSOCIATION OF MORTGAGE BROKERS A/K/A namb | 09-51774 |
| NEWSDAY INC | 09-51730 |
| NEWSDAY INC | 09-51821 |
| NEXTEL COMMUNICATIONS | 09-51732 |
| NOVASOFT INFORMATON TECHNOLOGY | 09-51733 |
| OAKWOOD CORPORATE HOUSING | 09-51780 |
| OCEAN PLACE RESORT & SPA | 09-51734 |
| OCWEN | 09-51802 |
| ODIE ENTERPRISES | 09-51735 |
| BEE CAVE CONTRACT, LLC d/b/a OFFICE FURNITURE NOW! | 09-51736 |
| ROBERT HAFT INTERNATIONAL d/b/a OFFICETEAM | 09-51737 |
| OFFICES BY DESIGN | 09-51738 |
| ON GUARD SECURITY SERVICES,INC | 09-51739 |

| Name | Adversary Proceeding # |
|------|------------------------|
| OPEN ACCESS | 09-51779 |
| OPTIMOST | 09-51740 |
| OUTSOURCE SOLUTIONS LLC | 09-51742 |
| PACIFIC YGNACIO CORPORATION | 09-51743 |
| PARK NATIONAL BANK & TRUST | 09-51744 |
| PITNEY BOWES CREDIT CORP | 09-51778 |
| PGF SOLUTIONS | 09-51756 |
| PIP PRINTING | 09-51755 |
| PLACEMENT SOLUTION, INC. | 09-51763 |
| PLANNED OFFICE | 09-51762 |
| PMC INVESTIGATIONS & SECURITY | 09-51761 |
| PITNEY BOWES d/b/a POSTAGE BY PHONE PLUS | 09-51760 |
| PROGRESS SOFTWARE | 09-51759 |
| PROMOTIONAL PRODUCTS PARTNERS | 09-51769 |
| PURCHASE POWER | 09-51759 |
| QUANTITATIVE RISK MANAGEMENT | 09-51758 |
| Qwest Business Svcs | 09-51729 |
| R.J. FOOTE FLOOR-IN-FASHION | 09-51728 |
| RADIAN CORPORATION | 09-51677 |
| RADIAN GUARANTY, INC | 09-51678 |
| RADIAN SERVICES LLC | 09-51679 |
| RAPID ACCESS COMMUNICATION ENT | 09-51680 |
| RECKSON OPERATING PTNRSHIP LP | 09-51681 |
| REGENT WOODLAND HILLS, LLC | 09-51682 |
| GODWIN REALTY, INC. d/b/a RE/MAX REAL ESTATE GROUP | 09-51753 |
| RESUME MIRROR | 09-51683 |
| RICHARD MICHAEL GROUP, INC. | 09-51684 |
| RMIC CORPORATION | 09-51685 |
| RURAL DEVELOPMENT | 09-51686 |
| SHERATON CHICAGO NORTHWEST | 09-51690 |
| SHPS, INC. | 09-51657 |
| SHRED - IT | 09-51658 |

| Name | Adversary Proceeding # |
|------|------------------------|
| SLO, LLC | 09-51659 |
| SPLENDOR LANDSCAPE DESIGN | 09-51661 |
| SPRINT | 09-51663 |
| STAFFSOLVE | 09-51666 |
| MCGRAW-HILL COMPANIES d/b/a STANDARD AND POOR'S | 09-51691 |
| S-TRON | 09-51692 |
| SUCCESS STRATEGIES INSTITUTE | 09-51675 |
| SYMPLEGADES | 09-51676 |
| TALX CORPORATION | 09-51621 |
| TECHNICAL BUSINESS | 09-51622 |
| TED GLASRUD ASSOCIATES, INC | 09-51623 |
| TEEM PLUMBING & HEATING | 09-51624 |
| TEK SYSTEMS | 09-51770 |
| THE DUNCAN GROUP | 09-51625 |
| THE GROWTH SOLUTIONS GROUP | 09-51694 |
| THE HUNTER GROUP INTERNATIONAL | 09-51626 |
| THE SRS GROUP INC | 09-51627 |
| THOUGHT DIGITAL, LLC | 09-51628 |
| TOSHIBA AMERICA BUSINESS SOLUTIONS INC. d/b/a TOSHIBA ELECTRONIC IMAGING | 09-51630 |
| TOWN PARK COMMONS | 09-51629 |
| TRANS VENDING SERVICES | 09-51632 |
| TRANS-BOX SYSTEMS, INC | 09-51631 |
| TRI M CONSTRUCTION | 09-51643 |
| TRUSTED FORCE | 09-51644 |
| UNIQUEX GRAPHICS & PRINTING | 09-51617 |
| UNITED VAN LINES, INC. | 09-51615 |
| VANCOUVERCENTER DEVELOPMENT | 09-51613 |
| VECTOR CONSULTING, INC | 09-51611 |
| TAX VERIFICATION BUREAU INC | 09-51619 |
| VICOM COMPUTER SERVICES, INC. | 09-51771 |
| WEBB MASON | 09-51772 |
| WEST PROPERTIES II & III L.P. | 09-51618 |

| Name | Adversary Proceeding # |
|------|------------------------|
| WINSTON SUPPORT SERVICES LLC | 09-51606 |
| WYMAN STREET ADVISORS | 09-51603 |
| XEROX BUSINESS SERVICES | 09-51601 |
| ZENSAR TD,LLC | 09-51586 |

**EXHIBIT B - SERVICE LIST**

James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
*Counsel for the Debtors*

Joseph McMahon, Esquire
*Office of the United States Trustee*
844 King Street, Room 2313
Wilmington, DE  19801

Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE  19801
Email:  mary.caloway@bipc.com
*Counsel for 8965 Eastern, LLC*

Thomas H. Fell, Esquire
Gordon Silver
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV  89169-5978
Email:  tfell@gordonsilver.com
*Counsel for 8965 Eastern, LLC*

Kimberly Luff Wakim, Esquire
Partrick W. Carothers, Esquire
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA  15219-1425
Email:  pcarothers@thorpreed.com
*Counsel for Advisor Centric, Inc.*

Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899
Facsimile:  302-654-2067
Email:  gtaylor@ashby-geddes.com
*Counsel for American Security Group, Inc.*

Raul A. Cuervo, Esquire
Robin Sanders, Esquire
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC  20007
Facsimile:  202-965-8104
Email:  rac@jordenusa.com
Email:  rms@jordenusa.com
*Counsel for American Security Group, Inc.*

William D. Sullivan, Esquire
William A. Hazeltine, Esquire
Elihu E. Allinson, III, Esquire
Sullivan, Hazeltine, Allinson, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Email:  bsullivan@sha-llc.com
Email:  whazeltine@sha-llc.com
Email:  zallinson@sha-llc.com
Facsimile:  302-428-8195
*Counsel for Balweb, Inc.*

Guy C. Fustine, Esquire
Knox McLaughlin Gornall & Sennett, PC
120 West Tenth Street
Erie, PA 16501-1461
Email:  gfustine@kmgslaw.com
Facsimile:  814-453-4530
*Counsel for Balweb, Inc.*

Jeffrey R. Waxman, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Email:  jwaxman@morrisjames.com
Facsimile:  302-571-1750
*Counsel for Broadridge Investor
Communications Solutions, Inc. and
Counsel for Metavante Corporation*

Vincent D'Agostino, Esquire
Joseph M. Yar, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
Email:  vdagostino@lowenstein.com
Email:  jyar@lowenstein.com
*Counsel for Broadridge Investor*
*Communications Solutions, Inc.*

Douglas P. Bartner, Esquire
William J.F. Roll III, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022
Email:  dbartner@shearman.com
Email:  wroll@shearman.com
*Counsel for Cablevision Lightpath, Inc. d/b/a*
*Optimum Lightpath and*
*Counsel for Newsday, LLC, successor in interest*
*to Tribune ND, Inc. f/k/a Newsday, Inc.*

Stephan W. Milo, Esquire
Wharton, Aldhizer & Weaver, PLC
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, Virginia 24401
Email:  smilo@wawlaw.com
Facsimile:  540-213-0390
*Counsel for Capital Contractors, Inc.*

William W. Erhart, Esquire
William W. Erhart, P.A.
800 King Street, Suite 303
Wilmington, DE  198091
Facsimile:  302-651-0331
*Counsel for Chandler Signs, LLP*

L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE  19801
Email:  jcornell@foxrothschild.com
Email:  jschlerf@foxrothschild.com
*Counsel for Red Leaf Capital LLC d/b/a Client*
*Services Customer Care LLC and Client*
*Services Customer Care, LLC*

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Kelly M. Conlan, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899
Email:  jwisler@cblh.com
Email:  mphillips@cblh.com
Email:  kconlan@cblh.com
*Counsel for Client Services, Inc.; and*
*Counsel for First American CoreLogic, Inc. f/k/a*
*Corelogic Systems, Inc.*

Daniel K. Barklage, Esquire
Barklage, Brett, Wibbenmeyer & Hamill
211 North Third Street
St. Charles, Missouri  63301-2812
Email:  dbarklage@barklage-brett.com
*Counsel for Client Services, Inc.*

William J. Burnett, Esquire
Flaster Greenberg, PC
901 North Market Street, 4th Floor
Wilmington, DE  19801
Email:  william.burnett@flastergreenburg.com
Facsimile:  302-251-1919
*Counsel for Novasoft and*
*Counsel for*

Adam M. Greely, Esquire
Galfin, Passon & Greely, LLP
2361 Campus Drive, Suite 200
Ivine, CA  92612
Email:  agreely@galfinpasson.com
Facsimile:  949-833-8256
*Counsel for First American CoreLogic, Inc. f/k/a*
*Corelogic Systems, Inc.*

Fred Barakat, Esquire
901 N. Market Street, Suite 460
Wilmington, DE  19801
Email:  barakatesq@comcast.net
*Counsel for Corporate Resources Group, LLC*

Duane D. Werb, Esquire
Matthew P. Austria, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Fl
Wilmington, DE  19801
Email:  maustria@werbsullivan.com
*Counsel for CT Networks, Inc.*

Susan E. Kaufman, Esquire
Cooch & Taylor PA
The Brandywine Building
1000 West Street, 10th Flo
Wilmington, DE  19801
Email:  skaufman@coochtaylor.com
*Counsel for Dartmouth Ventures LLC*

Frederick B. Rosner, Esquire
Kevin L. Dorsney, Esquire
Messana Rosner & Stern LLP
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Email:  frosner@mrs-law.com
Email:  kdorsney@mrs-law.com
*Counsel for Della Famina Rothschild Jeary*
*Partners;  and*
*Counsel for PIP, Inc.; and*
*Counsel for Blackrock Financial Management,*
*Inc.; and*
*Counsel for Digital Storage Solutions, Inc.*

Sydney G. Platzer, Esquire
Andrew S. Muller, Esquire
Platzer, Swergold, Karlin, Levine, Goldberg &
Jaslow, LLP
1065 Avenue of the Americas
New York, NY  10018
Email:  amuller@platzerlaw.com
*Counsel for Della Famina Rothschild Jeary*
*Partners*

Brent D. Wride, Esquire
Ray Quinney & Nebeker PC
36 South State Street, Suite 1400
Salt Lake City, UT 84145-0385
Email:  bwride@rqn.com
*Counsel for Digital Draw Network*

Brent D. Wride, Esquire
Ray Quinney & Nebeker PC
PO Box 45385
Salt Lake City, UT 84145-0385
Email:  bwride@rqn.com
*Counsel for Digital Draw Network*

Kofax, Inc.
c/o Reynolds Bish, CEO
15211 Laguna Canyon Road
Irvine, CA  92618-3603

New Wave Technologies, Inc.
c/o Bill Cordell, President
4635 Wedgewood Blvd., Suite 107
Frederick, MD 21703

Digitech Systems, Inc.
c/o John Gabriel, CFO
8400 East Crescent Parkway, Suite 500
Greenwood Village, CO  80111

Karen M. McKinley, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Email:  kmckinley@coleschotz.com
*Counsel for Drew & Rogers, Inc.*

Mark J. Politan, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
Hackensack, NJ  07602-0800
Email:  mpolitan@coleschotz.com
*Counsel for Drew & Rogers, Inc.*

Laurie Schenker Polleck, Esquire
Jaspan Schlesinger, LLP
913 Market Street, 12th Fl
Wilmington, DE  19801
Email:  lpolleck@jshllp-de.com
*Counsel for Elite Fire Protection, Inc.*

Mitchell J. Devack, Esquire
Thomas Yanega, Esquire
The Law Offices of Mitchell J. Devack PLLC
90 Merrick Avenue, Suite 500
East Meadow, NY  11554
Email:  mjd@devacklaw.com
Email:  ty@devacklaw.com
*Counsel for Elite Fire Protection, Inc.*

David M. Fournier, Esquire
John H. Schanne, Esquire
Pepper, Hamilton LLP
Hercules Plaza, Suite 1500
Wilmington, DE 19899-1709
Email:  fournierd@pepperlaw.com
Email:  schannej@pepperlaw.com
*Counsel for ePlus Technology, Inc.*

Joseph D. Frank, Esquire
Reed A. Heiligman, Esquire
Frank/Geckler LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60654
Email:  jfrank@fgllp.com
Email:  rheiligman@fgllp.com
*Counsel for Experian Information Solutions, Inc.*

Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Email:  slross@duanemorris.com
*Counsel for Fairmont Newport Beach*

Kathryn M.S. Catherwood, Esquire
Duane Morris LLP
101 West Broadway, Suite 900
San Diego, CA  92101
Email:  kmcatherwood@duanemorris.com
*Counsel for Fairmont Newport Beach*

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE  19801
Email:  rbeste@cohenseglias.com
*Counsel for First American Flood Data Services, Inc.*

Duane D. Werb, Esquire
Matthew P. Austria, Esquire
Julia B. Klein, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Flo
Wilmington, DE  19801
*Counsel for First Credit Union*

Rafael X. Zahralddin- Aravena, Esquire
Shelley A. Kinsella, Esquire
Elliott Greenleaf
1105 Market Street, Suite 1700
Wilmington, DE  19801
Email:  rxza@elliottgreenleaf.com
Email:  sac@elliottgreenleaf.com
*Counsel for FNC, Inc.*

Stephen W. Rosenblatt, Esquire
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, Regions Plaza
210 East Capitol Street
Jackson, Mississippi  39201
Email:  steve.rosenblatt@butlersnow.com
*Counsel for FNC, Inc.*

Brett. D. Fallon, Esquire
Eric J. Monzo, Esquire
Carl N. Kunz, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1404
Email:  bfallon@morrisjames.com
Email:  emonzo@morrisjames.com
Email:  ckunz@morrisjames.com
*Counsel for Godwin Realty, Inc. d/b/a Re/Max Real Estate Group and*
*Counsel for Sprint; and*
*Counsel for Vector Consulting, Inc.; and*
*Counsel for Bellagio, LLC*

Gregory B. Williams, Esquire
Sheldon K. Rennie, Esquire
Daniel S. Blount, Esquire
Fox Rothschild, LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19899-2323
*Counsel for Home Buyers Marketing, Inc.*

Timothy D. Moratzka, Esquire
Andrew P. Moratzka, Esquire
Mackall, Crounse & Moore, PLC
1400 AT&T Tower
901 Marquette Ave. S.
Minneapolis, MN  55408
Email:  tdm@mcmlaw.com
Email:  apm@mcmlaw.com
*Counsel for Home Buyers Marketing, Inc.*

Marvin E. Sprouse, III, Esquire
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX  78701
Email:  msprouse@jw.com
*Counsel for iLinc Communications, Inc.*

Charles C. Hunter, Esquire
Exec Vice President and General Counsel
InfoHighway Communications Corporation
800 Westchester Avenue, Suite N-501
Rye Brook, NY  10573
Email:  chunter@broadviewnet.com

Charles J. Brown, III, Esquire
Archer & Greiner, PC
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801
Email:  cbrown@archerlaw.com
*Counsel for Iron Mountain Information
Management, Inc. and J. Laurie Commercial
Floors, Inc.*

Martin E. Seifert, Esquire
Jeffrey S. Gotsch, Esquire
Haller & Colvin, PC
44 E. Main Street
Fort Wayne, IN  46802
Facsimile:  260-422-0274
*Counsel for J. Laurie Commercial Floors, Inc.*

Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Email:  gmcdaniel@bglawde.com
*Counsel for Kelly Services, Inc. d/b/a Kelly
Services Pasadena CA and
Counsel for Outsource Solutions LLC*

Eric J. Snyder, Esquire
Siller Wilk LLP
675 Third Avenue, 9th Fl
New York, NY 10017
Email:  esnyder@sillerwilk.com
*Counsel for The Metropolitan Companies, Inc.
d/b/a Metropolitan Temporaries*

Bruce G. Arnold, Esquifre
Patrick B. Howell, Esquire
Whyte Hirschboeck Dudek S.C.
555 East Wells St., Suite 1900
Milwaukee, WI 53202
Email:  barnold@whdlaw.com
Email:  phowell@whdlaw.com
*Counsel for Metavante Corporation*

Eric G. Weidig, Esquire
Foley & Lardner, LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Email:  eweidig@foley.com
*Counsel for MGIC Investor Services
Corporation*

Maria A. Milano, Esquire
Ridell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154
Email:  mmilano@riddellwilliams.com
*Counsel for Microsoft*

Karen C. Bifferato, Esquire
N. Christopher Griffiths, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
Email:  kbifferato@cblh.com
Email:  cgriffiths@cblh.com
*Counsel for Mortgage Contracting Services LLC*
*f/k/a Mortgage Contracting Services, Inc. d/b/a*
*MCS; and*
*Counsel for Shred-it USA, Inc.*

David J. Coyle, Esquire
Shumaker, Loop & Kendrick, LLP
North Courthouse Square
1000 Jackson Street
Toledo, OH  43604-5573
Email:  dcoyle@slk-law.com
*Counsel for Mortgage Contracting Services LLC*
*f/k/a Mortgage Contracting Services, Inc. d/b/a*
*MCS*

Russell S. Long, Esquire
Davis & Kuelthau, S.C.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI  53202
Email:  rlong@dkattorneys.com
*Counsel for Mortgage Data Management*
*Corporation*

David W. Huston, Esquire
The Law Office of David W. Huston, PC
601 South Seventh Street, 2nd Fl
Las Vegas, Nevada  89101
*Counsel for MVCC Sierra LLC*

John T. Farnum, Esquire
McGuireWods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA  22102
Email:  jfarnum@mcquirewoods.com
*Counsel for Sprint*

L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE  19801
Email:  jcornell@foxrothschild.com
*Counsel for On Guard Security Services, Inc.*

Jacob M. Gold, Esquire
Gold Law Firm
The 701 Building
701 East Fifteenth Street, Suite 206
Plano, TX  75074-5711
*Counsel for Outsource Solutions LLC*

Roland Gary Jones, Esquire
Jones & Associates
1285 6th Avenue, Suite 3500
New York, NY  10019
Email:  rgj@rolandjones.com
*Counsel for P.M.C. Investigations & Security,*
*Inc.*

Phil Flanagan
PFG Solutions, Inc.
2920 Stanway Avenue
Douglasville, GA  30135

Michael S. Amato, Esquire
Ruskin Moscou Faltischek PC
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY  11556-1425
Email:  mamato@rmfpc.com
*Counsel for PIP, Inc.*

Kurt F. Gwynne, Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801
Email:  kgwynne@reedsmith.com
Email:  jfalgowski@reedsmith.com
*Counsel for Qwest Corporation and Qwest*
*Communications Corporation*

Stephen W. Spence, Esquire
Phillips, Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE  19806
Email:  sws@pgslaw.com
*Counsel for R.J. Foote Floors in Fashion, Inc.*

Kenneth A. Reynolds, Esquire
McBreen & Kopko
500 North Broadway, Suite 129
Jericho, NY 11753
Email: kreynolds@mklawnyc.com
*Counsel for R.J. Foote Floors in Fashion, Inc.*

Richard A. Barkasy, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street
10th Floor, Suite 1001
Wilmington, DE 19801-3011
Email: rbarkasy@schnader.com
*Counsel for Radian Corporation, Radian
Guaranty, Inc. and Radian Services LLC*

David Smith, Esquire
Theresa E. Loscalzo, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7213
Email: dsmith@schnader.com
*Counsel for Radian Corporation, Radian
Guaranty, Inc. and Radian Services LLC*

William R. Firth, III, Esquire
Gibbons PC
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
Email: wfirth@gibbonslaw.com
*Counsel for The McGraw-Hill Companies d/b/a
Standard and Poor's*

Rachel B. Mersky, Esquire
Brian J. McLaughlin, Esquire
Monzack Mersky McLaughlin and Browder PA
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Email: rmersky@monlaw.com
Email: bmclaughlin@monlaw.com
*Counsel for The Richard Michael Group, Inc.;
and
Counsel for TrustedForce*

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Carl D. Neff, Esquire
Mary E. Augustine, Esquire
Ciardi, Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801
Email: dastin@ciardilaw.com
Email: asacculo@ciardilaw.com
Email: cneff@ciardilaw.com
Email: maugustine@ciardilaw.com
*Counsel for Vancouver Center Development
LLC; and
Counsel for Media Recovery n/k/a DataSpan*

James Tobia, Esquire
The Law Offices of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
Email: jtobia@tobialaw.com
*Counsel for P.M.C. Investigations & Security,
Inc.*

John J. Demmy, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Email: jdd@stevenslee.com
*Counsel for Long Island Power Authority*

Russell R. Johnson III, Esquire
John M. Craig, Esquire
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Email: russj4478@aol.com
*Counsel for Long Island Power Authority*

Gregory G. Pinski, Esquire
Conner & Pinski, PLLP
520 Third Avenue North
Great Falls, MT 59403-3028
Facsimile: 406-727-1640
*Counsel for Shred-it USA, Inc.*

David P. Primack, Esquire
Drinker Biddle &  Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801
Email:  david.primack@dbr.com
Facsimile: 302-467-4201
*Counsel for Robert Half International, Inc.*

Jonathan Alter, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178
Email:  jonathan.alter@bingham.com
*Counsel for McKee Nelson LLP n/k/a Bingham
McCutchen LLP*

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue, 10th Floor
Wilmington, DE 19899
Email:  kmiller@skfdelaware.com
Facsimile:  302-652-8405
*Counsel for Intercity Agency, Inc.*

Lee J. Mendelson, Esquire
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, NY  11530
Email:  lmendelson@moritthock.com
*Counsel for Intercity Agency, Inc.*

Paul F. Scollan, Esquire
Apogee Events, Inc.
80 Brown's River Road
Sayville, NY  11782

Stephen A. Ahrens, Esquire
BlackRock Financial Management, Inc.
800 Scudders Mill Road
Plainsboro, NJ  08536
Facsimile:  609-282-8600
*Counsel for BlackRock Financial Management,
Inc.*

Robert E. Seaman III, Esquire
Office of Robert E. Seaman III
475 Park Avenue South, 26th Floor
New York, NY  10002
*Counsel for Vicom Computer Services, Inc.*

Michael J. Barrie, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
Email:  mbarrie@beneschlaw.com
*Counsel for 197 First Avenue, LLC*

Donald A. Workman, Esquire
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5304
Email:  dworkman@bakerlaw.com
*Counsel for Tax Verification Bureau*

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Email:  jnimeroff@bsnlawyers.com
*Counsel for Microsoft Licensing, GP*

Maria Ann Milano, Esquire
Riddell Williams P.S.
1001 – 4th avenue, Suite 4500
Seattle, WA  98154-1065
Email:  mmilano@riddellwilliams.com
*Counsel for Microsoft Licensing, LP*

Timothy W. Brink, Esquire
James R. Irving, Esquire
DLA Piper LLP
203 North LaSalle Street, Suite 1900
Chicago, IL  60601
Facsimile:  312-236-7516
Email:  timothy.brink@dlapiper.com
Email:  jim.irving@dlapiper.com
*Counsel for Innerworkings, Inc.*

R. Craig Martin, Esquire
Cynthia E. Moh, Esquire
Edwards, Angell, Palmer & Dodge, LLP
919 North Market Street, Suite 1500
Wilmington, DE  19801
*Counsel for Federal Express Corporation*

Joe E. Marshall, Esquire
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201-6659
Email:  jmarshall@munsch.com

**American Home Mortgage Company**

**Service List – Exhibit C**


A-1 Professional Cleaning & Maintenance
Attn:  Wayne Lustberg
80 Whitehall Street
Lynbrook, NY  11563

A-1 Professional Cleaning & Maintenance
Services, Inc.
Attn:  Officer, Managing Agent
or General Agent
30 West Drive
N. Massapequa, NY  11758

Admiral Consulting Group
Beverly M. Wurth, Esq.
Radom & Wetter
3421 Rte. 22 East
Somerville, NJ 08876

AMC Transfer
AMC Transfer Inc.
Attn: Officer, Managing Agent
or General Agent
37 Lexington Avenue
New York, NY  11565

AMC Transfer Inc.
Attn:  Michael Callahan
215 Buffalo Avenue
Freeport, NY  11520

American Corporate Record Cntr
American Corporate Record Center, Inc.
Attn:  Officer, Managing Agent
or General Agent
135 Spagnoli Road
Melville, NY  11747

Bloomberg, LP
Karl Kilb, Esq. (in-house)
499 Park Ave.
New York, NY 10022

BR Search
Michael D. Macomber, Esq.
316 S. Stewart Street, Suite 3
Sonora, CA 95370

Bradley Marketing Group
Richard A. Dubi, Esq.
Dubi Bellantone, P.C.
9 Cedar Ridge Lane
Dix Hills, NY 11746

Brink's Communications
Attn:  Officer, Managing Agent
or General Agent
5892 Amberdale Drive
Yorba Linda, CA  92886

Brink's Communications
Attn:  Officer, Managing Agent
or General Agent
19952 Fernglen Drive
Yorba Linda, CA  92886

Broker Agent Magazine
Thomas A. Denker, Esq.
Munger Chadwick, P.L.C.
333 N. Wilmot Rd., Ste. 300
Tucson, AZ 85711

CFN Financial, Inc.
Walter Smith, Corporate Advisor
The YouDecide Building
4951 Lake Brook Drive, Suite 160
Glen Allen, VA 23060

CB Contractors, Inc.
CB Contractors
2630 W. Armitage Avenue
Chicago, IL  60647

Collegiate Relocation Network
Attn:  Jimmy Dascani, Registered Agent or
Officer, Managing or General Agent
27499 Riverview Center Blvd., Suite 103
Bonita Springs, FL  34134

D.W. Consulting, Inc
Dale White (principal)
2026 Maple Ridge Drive
Acworth, GA 30101

Design Circles
Michael Fasanello (principal)
55 West 38th Street
New York, NY 10018

Diner's Club
Diners Club
8430 West Bryn Mawr Avenue
Chicago, IL  60631

Attn:  Officer, Managing Agent
or General Agent
Dynamic Painting & Restoration
Rob Nelson (principal)
31 Alpine Way
Huntington Station, NY 11746

Ellie Mae, Inc.
Gregory O. Lunt, Esquire
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560

Executive Management Group
Barbara Lester (Administrator)
EMAC Group, Inc.
142 W. Lakeview Ave., Ste. 2000
Lake Mary, FL 32746

F&R Landscaping, Inc.
Ronald Liotto (President)
55 Wilshire Ct.
North Babylon, NY 11703

Frontrange Solutions, USA
Brian S. Healy, Esq.
Tierney, Watson and Healy, P.C.
595 Market Street, Ste. 2360
San Francisco, CA 94105

Insight
Michael R. Walker, Esq.
Schian Walker, P.L.C.
3550 N Central Ave
Phoenix, AZ 85013

Kalee Investments
Kalee Investments Incorporated and
Principle Equity Properties, LP
10303 Northwest Freeway, Suite 300
Houston, TX  77092-8289

King Office Services
King Office Services
13535 Larwin Circle
Santa Fe Springs, CA  90670

King Office Services
2633 Greenborough Pl
West Covina, CA  91792

Talman Larmee d/b/a Larmee Executive
Talman Larmee d/b/a Larmee Executive
Search
9040 Executive Park Drive #251
Koxville, TN  37923-4629

Larry Elliott
Larry Elliot
1435 Piedmont Drive East, Suite 101
Tallahassee, FL  32308

Media Recovery n/k/a DataSpan
Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Carl D. Neff, Esquire
Mary E. Augustine, Esquire
Ciardi, Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE  19801

Colliers Meredith & Grew
Robert R. Brace (CFO)
160 Federal Street
Boston, MA 02110

Modelytics, Inc.
Mukund M. Sheorey
38 Knights Court
Upper Saddle River, NJ  07458

Montage Manufacturing
431 W. Compton Boulevard
Gardena, CA 90248

2

Mortgage Guaranty Insurance Co.
Erik Weidig, Esq.
Foley & Lardner, LLP
777 East Wisconsin Ave., Suite 3800
Milwaukee, WI 53202

Mortgage Success Source d/b/a
Steve McVearry, Esq. (general counsel)
Two Washingtonian Center
9737 Washingtonian Blvd., Ste. 100
Gaithersburg, MD 20878

Ocean Place Resort and Spa
Arthur Raimon, Esq.
Morgan Melhuish Abrutyn
651 W. Mt. Pleasant Ave.
Livingston, NJ 07039

OCWEN
Blanca Greenstein, Esq.
Morris Laing Evans & Kennedy
13860 Wellington Place, Suite 38, #231
Wellington, FL 33414

Offices By Design
Maureen Greer
P.O. Box 1142
Hillsboro, OR 97123

OptiMost
Monica Baum
Optimost
One Market Plaza
Spear Street Tower, 19th Floor
San Francisco, CA 94105

Pitney-Bowes Credit Corp.
Sonia I. Lofton (Supervisor of Bankruptcy)
Pitney-Bowes, Inc.
27 Waterview Dr.
Shelton, CT 06484

Placement Solution, Inc.
Attn: Officer, Managing Agent
or General Agent
2001 Butterfield Road
Downers Grove, IL 60515

Planned Office
Todd Winter, Esq.
Winter & Associates, LLP
1901 Newport Blvd., Ste. 350, 3rd Floor
Costa Mesa, CA 92627

Pitney Bowes d/b/a Postage-by-Phone
Sonia I. Lofton (Supervisor of Bankruptcy)
Pitney-Bowes, Inc.
27 Waterview Dr.
Shelton, CT 06484

Promotional Products Partners
Michael Gomberg (principal)
405 Washington Blvd.
Mundelein, IL 60060

Purchase Power
Sonia I. Lofton (Supervisor of Bankruptcy)
Pitney-Bowes, Inc.
27 Waterview Dr.
Shelton, CT 06484

Quantitative Risk Management
William F. Walsh, Esq.
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

Rapid Access Communication
Attn: Officer, Managing Agent
or General Agent
170 Barstow Road
Great Neck, NY 11021

Reckson Operating Partnership, LP
Adam C. Dembrow, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Regent Woodland Hills, LLC
Toy R. Fields, Esq.
333 S. Grand Ave., Ste. 4200
Los Angeles, CA 90071

RMIC Corporation
Richard L. Farley, Esq.
Katten Muchin Rosenman, LLP
401 S. Tyron Street, Suite 2600
Charlotte, NC 28202-1935

3

Splendor Landscape Design
Splendor Landscape Designs, LTD
Attn:  William Hirsch, CEO
84 Greenmeadow Court
Deer Park, NY  11729

Officer, Managing Agent or General Agent
StaffSolve
333 N. Sam Houston Parkeway, Suite 110
Houston, TX  77060

S-Tron
William Wallace
43 Werman Ct.
Plainview, NY 11803

Success Strategies Institute
Success Strategies Institute, Inc.
Attn:  Officer, Managing Agent
or General Agent
5000 Birch Street, Suite 1400
Newport Beach, CA  92550

Technical Business
Technical Business
15282 S. Scenic Drive
Spring Lake, MI  49456

Teem Plumbing and Heating
Paul Barron (Owner)
131 Coventry Ave.
Albertson, NY 11507

The Growth Solutions Group
The Growth Solutions Group
65 Honeysuckle Woods
Lake Wylie, SC  29710

The Hunter Group International
J. Jerome Miller, Esq.
Miller & Miller
319 South Sharon Amity Rd., Ste. 350
Charlotte, NC 28211

The SRS Group, Inc.
The SRS Group Inc.
201 North Civic Drive, Suite 240
Walnut Creek, CA 94596

Thought Digital, LLC
Thought Digital, LLC
1415 West 22nd Street, Suite 925
Oakbrook, IL  60523

Trans-Vending Services
Mark S. Gamell, Esq.
Torre Lentz Gamell Gary & Rittmaster, LLP
100 Jericho Quadrangle # 309
Jericho, NY 11753-2702

Tri-M Construction
Miles M. Millspaugh (principal)
5 East 51st Street, Ste. 6A
New York, NY 10111

Webb Mason   Mark J. Friedman
DLA Piper
6225 Smith Avenue
Baltimore, MD 21209

West Properties II and III, L.P.
Jerry C. Sharpe
Belin McCormick, P.C.
666 Walnut Street, Ste. 2000
Des Moines, IA 50309

Xerox Business Services
Mark H. Ralston, Esq.
The Ralston Law Firm
2603 Oak Lawn Avenue, Ste. 200
Dallas, TX 75219-9109

4