**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on November 17, 2009, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Application of Quinn Emanuel Urquhart Oliver & Hedges [D.I. 8310]

Application of Weiner Brodsky Sidman Kider [D.I. 8312]

Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 24 day of November, 2009

Notary Public

KASSANDRA ANN RIDDLE
MY COMMISSION EXPIRES JULY 10, 2010
NOTARY PUBLIC
STATE OF DELAWARE

**SERVICE LIST**

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)
***Hand Delivery***

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Official Committee of Unsecured Creditors
***Hand Delivery***

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
***First Class Mail***

Jeffery Levine
Milestone Advisors LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006
***First Class Mail***

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
***Hand Delivery***

Margot B. Schonholtz, Esq.
Myron Kirschbaum, Esq.
Scott D. Talmadge, Esq.
Ana Alfonso, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
***First Class Mail***

Laurie S. Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)
***Hand Delivery***

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Bank of America)
***First Class Mail***