IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT Kenneth L. Dorsney is no longer with the firm Messana Rosner & Stern LLP and hereby WITHDRAWS his appearance as counsel to American Home Bank. PLEASE TAKE FURTHER NOTICE THAT Messana Rosner & Stern LLP remains as counsel to American Home Bank.

Dated: November 25, 2009
Wilmington, Delaware

| | |
|---|---|
| | Kenneth L. Dorsney (DE # 3726)<br>5 Granite Road<br>Wilmington, DE 19803<br>kdorsney@hotmail.com |