UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                               : Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                      :
                                                                     : Jointly Administered
      Debtors.                                                      :
                                                                     : Hearing Date: December 14, 2009 at 11:30 a.m.
                                                                     : Objection Deadline: December 7, 2009 at 4:00 p.m
                                                                     :
---------------------------------------------------------------------x

## NOTICE OF MOTION

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE CREDITORS COMMITTEE; (III) COUNSEL TO THE BORROWERS COMMITTEE; (IV) COUNSEL TO PARK NATIONAL; (V) THE PARTIES TO THE REJECTED AGREEMENTS; AND (VI) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1 (b)

    **PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached Motion for an Order Pursuant to 11 U.S.C. §§ 105, 365 and 554 Authorizing (I) the Abandonment of Certain Real Property and (II) the Rejection of Agreements Related Thereto (the "Motion").

    Responses to the Motion, if any, must be filed on or before **December 7, 2009 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

    A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 14, 2009 AT 11:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 6th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       November 25, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Matthew B. Lunn*
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession