IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | |
| HOLDING, INC., et al., | : | Case No. 07-11047(CSS) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## ORDER

Upon consideration of the Request for Continuance of the claim objection hearing from Douglas J. Pettibone by letter dated November 30, 2009 (the "Request for Continuance"). The Court having considered the Request for Continuance; and the Court having determined that Mr. Pettibone has not established sufficient cause to justify the Request for Continuance.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

The Request for Continuance is DENIED.

_____
Christopher S. Sontchi
United States Bankruptcy Court Judge

Dated: December 1, 2009