EXHIBIT A

**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**NOVEMBER 1, 2009, - NOVEMBER 30, 2009**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 11.00 | $2,980.00 |
| 2 | Other Professionals' Fee/Employment Issues | 4.10 | $1,095.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.30 | $202.50 |
| 4 | Claims Analysis and Objections | 0.40 | $180.00 |
| 5 | Committee Business and Meetings | 0.00 | $0.00 |
| 6 | Case Administration | 2.70 | $370.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.00 | $0.00 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 11.00 | $2,613.00 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 0.00 | $0.00 |
| 22 | Preference Actions | 56.70 | $13,686.00 |
| | **TOTALS** | **86.20** | **$21,127.50** |

Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  01 | | | |
| Nov 02 09 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED TO BLANK ROME'S SIXTEENTH COMBINED AND SEVENTEENTH MONTHLY FEE APPLICATIONS; TELEPHONE CALL FROM B. FATELL; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S SIXTEENTH COMBINED MONTHLY (INCLUDING LANGUAGE TO CLARIFY INTERIM FEE AMOUNT (PARTIALLY 80% PAID AND PARTIALLY 50% PAID PER AGREEMENT BY PROFESSIONALS EFFECTIVE 5/1/09); DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S SEVENTEENTH MONTHLY FEE APPLICATION; FORWA RD DRAFTS TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.50 |
| Nov 02 09 | REVISE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S SIXTEENTH COMBINED MONTHLY FEE APPLICATION PER COMMENTS BY B. FATELL; FORMAT AND EFILE SAME | SENESE | 0.10 |
| Nov 02 09 | REVISE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S SEVENTEENTH MONTHLY FEE APPLICATION PER COMMENTS BY B. FATELL; FORMAT AND EFILE SAME | SENESE | 0.10 |
| Nov 06 09 | EMAILS REGARDING FEES | FATELL | 0.20 |
| Nov 09 09 | EMAIL FROM K. BUCHANAN ADVISING OF RECEIVABLE; EMAIL TO K. BUCHANAN BREAKING DOWN HOW MONIES SHOULD BE APPLIED | SENESE | 0.30 |
| Nov 09 09 | REVIEW ORDER ESTABLISHING OMNIBUS HEARING DATES; EMAIL TO B. FATELL REGARDING HEARING ON INTERIM FEE APPLICATIONS | SENESE | 0.10 |
| Nov 09 09 | REVIEW, EDIT / CODE BLANK ROME'S OCTOBER TIME NARRATIVES IN PREPARTION FOR DRAFTING ITS MONTHLY FEE APPLICATION | SENESE | 1.20 |
| Nov 09 09 | REVIEW FEE APPLICATION STATUS CHART; EMAIL TO B. FATELL ADVISING FILINGS ARE CURRENT WITH RESPECT TO INTERIM PERIOD THROUGH JULY 09 AND NOTING THE TIMEFRAME / DEADLINE FOR FILING THE INTERIM FEE APPLICATION WITH RESPECT TO THE AUG 09 THROUGH OCT O9 T IME PERIOD | SENESE | 0.10 |
| Nov 09 09 | DRAFT BLANK ROME'S OCTOBER MONTHLY FEE APPLICATION | SENESE | 0.60 |
| Nov 09 09 | EMAILS WITH B. FATELL AND K. SENESE REGARDING COMMITTEE PROFESSIONAL FEES AND INTERIM FEE HEARING | CARICKHOFF | 0.20 |
| Nov 16 09 | TELECONFERENCE REGARDING FEE APPLICATIONS | FATELL | 0.20 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Nov 16 09 | EMAIL TO AND TELEPHONE CALL FROM B. FATELL REGARDING NOTICING BLANK ROME AND HAHN INTERIMS FOR DECEMBER HEARING | SENESE | 0.10 |
| Nov 17 09 | PREPARATION OF BLANK ROME'S OCTOBER MONTHLY FEE APPLICATION | SENESE | 1.70 |
| Nov 18 09 | REVIEW AND FURTHER DRAFT MONTHLY FEE APPLICATION | FATELL | 0.40 |
| Nov 18 09 | REVISE, FINALIZE, FORMAT AND EFILE BLANK ROME'S OCTOBER MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FI RST CLASS MAIL | SENESE | 0.80 |
| Nov 18 09 | DRAFT BLANK ROME'S SEVENTH INTERIM FEE APPLICATION AND FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 1.40 |
| Nov 19 09 | REVIEW BLANK ROME'S INTERIM FEE REQUEST EXHIBIT SHEETS; VERIFY FIGURES IN INTERIM; EMAIL TO B. FATELL | SENESE | 0.30 |
| Nov 20 09 | TELEPHONE FROM B. FATELL REVIEWING BLANK ROME INTERIMS BEING HEARD AT 12/14 HEARING; EMAIL TO D. LASKIN INQUIRING RE FEE APPLICATION HEARING BINDER PREPARATION AND SUBMISSION TO CHAMBERS | SENESE | 0.10 |
| Nov 20 09 | DRAFT NOTICE OF HEARING ON FIFTH AND SIXTH INTERIM FEE APPLICATIONS; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |
| Nov 20 09 | FINALIZE, FORMAT AND EFILE BLANK ROME'S SEVENTH INTERIM FEE APPLICATION; SERVICE OF SAME UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.70 |
| Nov 30 09 | FOLLOWUP WITH RESPECT TO NON-PAYMENT OF 20% HOLDBACK FROM MOST RECENTLY APPROVED INTERIM FEE APPLICATION | SENESE | 0.30 |
| Nov 30 09 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BLANK ROME'S (I) SIXTH AND SEVENTH INTERIM FEE APPLICATIONS, (II) EIGHTEENTH AND NINETEENTH MONTHLY FEE APPLICATIONS; DRAFT RESPECTIVE CERTIFICATES OF NO OBJECTION AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.70 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Nov 30 09 | PREPARE AMENDED NOTICE OF INTERIM HEARING WITH RESPECT TO BLANK ROME'S SIXTH AND SEVENTH INTERIM FEE APPLICATIONS AND HAHN'S FIFTH, SIXTH AND SEVENTH INTERIM FEE APPLICATIONS | SENESE | 0.50 |

PROJECT CODE TOTALS  01                TOTAL VALUE:    $2,980.00        11.00

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 02 | | | |
| Nov 11 09 | REVIEW HAHN'S FIFTH INTERIM FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LIST; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |
| Nov 11 09 | REVIEW HAHN'S SIXTH INTERIM FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LIST; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
| Nov 11 09 | REVIEW HAHN'S SEVENTH INTERIM FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LIST; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
| Nov 11 09 | PREPARE FOR SERVICE OF NOTICES OF HAHN'S INTERIM FEE APPLICATIONS UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.20 |
| Nov 12 09 | REVIEW CURRENT DOCKET AND CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BDO'S 24TH MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
| Nov 12 09 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BDO'S 24TH MONTHLY FEE APPLICATION | SENESE | 0.10 |
| Nov 13 09 | REVISE HAHN'S FIFTH INTERIM FEE APPLICATION, NOTICE THEREOF; FORMAT AND EFILE SAME; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRS T CLASS MAIL; ADDITIONAL SERVICE OF APPLICATION UPON FEE EXAMINER | SENESE | 0.40 |
| Nov 13 09 | REVISE HAHN'S SIXTH INTERIM FEE APPLICATION, NOTICE THEREOF; FORMAT AND EFILE SAME; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRS T CLASS MAIL; ADDITIONAL SERVICE OF APPLICATION UPON FEE EXAMINER | SENESE | 0.60 |
| Nov 13 09 | REVISE HAHN'S SEVENTH INTERIM FEE APPLICATION, NOTICE THEREOF; FORMAT AND EFILE SAME; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FI RST CLASS MAIL; ADDITIONAL SERVICE OF APPLICATION UPON FEE EXAMINER | SENESE | 0.70 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Nov 20 09 | REVIEW AND APPROVE FOR FILING MULTIPLE FEE APPLICATIONS OF COMMITTEE PROFESSIONALS | FATELL | 0.30 |
| Nov 30 09 | EMAIL EXCHANGES WITH (I) BDO AND (II) HAHN CONFIRMING THEIR RECEIPT OF HOLDBACK AMOUNT IN CONNECTION WITH THE INTERIM ORDER (ENTERED IN JAN 09) APPROVING CERTAIN INTERIM FEES | SENESE | 0.10 |
| Nov 30 09 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH HAHN'S (I) FIFTH, SIXTH AND SEVENTH INTERIM FEE APPLICATIONS AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |

PROJECT CODE TOTALS  02                TOTAL VALUE:    $1,095.50        4.10

Project Code 3

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | PROJECT CODE:   03 | | |
| Nov 17 09 | REVIEW STIPULATION FOR STAY RELIEF ANY PAYMENT OF DAO INSURANCE DEFENSE COSTS AND EMAIL M. POWER | FATELL | 0.30 |

| | | TOTAL VALUE: | | |
|---|---|---|---|---|
| PROJECT CODE TOTALS   03 | | | $202.50 | 0.30 |

Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:   04

| Nov 02 09 | REVIEW MOTION OF DEBTORS TO APPROVE SETTLEMENT WITH BONY MELLON RESOLVING CERTAIN CLAIMS | CARICKHOFF | 0.40 |

| PROJECT CODE TOTALS   04 | | TOTAL VALUE: | $180.00 | 0.40 |

Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 06 | | | |
| Nov 02 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 03 09 | TELEPHONE CONFERENCE WITH S. HARTNETT REGARDING PROPERTY (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING PROPERTY (.1) | GUILFOYLE | 0.30 |
| Nov 03 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 06 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN OF THE PLEADINGS LISTED THEREON | SENESE | 0.30 |
| Nov 10 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Nov 11 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 12 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 12 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 13 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 16 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Nov 17 09 | TELEPHONE CALL FROM WOMBLE CARLYLE; REVISE ADDRESS IN 2002 SERVICE LIST AND DATA SOURCES FOR M. BUSENKELL | SENESE | 0.10 |
| Nov 17 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 18 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 19 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 19 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 20 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 23 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY | KILLEN | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,

Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | OF CERTAIN PLEADINGS LISTED THEREIN | | |
| Nov 24 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 25 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 25 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Nov 30 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| PROJECT CODE TOTALS  06 | TOTAL VALUE: | $370.50 | 2.70 |

Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  17 | | | |
| Nov 02 09 | DRAFT NOTICE OF ADJOURNMENT (TIME CHANGE) FOR 11-13-09 PRETRIAL CONFERENCE | SENESE | 1.70 |
| Nov 03 09 | CONTINUE DRAFTING NOTICE OF ADJOURNMENT (TIME CHANGE) FOR 11-13-09 PRETRIAL CONFERENCE AND PREPARE FOR SERVICE OF SAME | SENESE | 3.40 |
| Nov 10 09 | REVIEW AND DISTRIBUTE AGENDA FOR 11-13 HEARING / PRETRIAL CONFERENCES (NOTING CHANGE IN TIME REQUESTED BY COURT) | SENESE | 0.10 |
| Nov 12 09 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR 11-13 HEARING | SENESE | 0.10 |
| Nov 13 09 | PREPARE FOR AND ATTEND NOVEMBER 13, 2009 HEARING | GUILFOYLE | 1.40 |
| Nov 20 09 | FORMAT AND EFILE NOTICE OF HEARING WITH RESPECT TO BR'S FIFTH AND SIXTH INTERIM FEE APPLICATION; SERVICE OF SAME UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL AND UPON REVIEWING PARTIES VIA OVERNIGHT MAIL | SENESE | 0.50 |
| Nov 24 09 | PREPARE FOR INTERIM FEE APPLICATION HEARING / HEARING BINDER; TELEPHONE CALLS FROM B. FATELL | SENESE | 1.40 |
| Nov 30 09 | PREPARE FOR INTERIM FEE APPLICATION HEARING / HEARING BINDER | SENESE | 1.90 |
| Nov 30 09 | FINALIZE INDEX OF INTERIM FEE APPLICATIONS TO BE HEARD AT 12/14 HEARING | SENESE | 0.50 |

PROJECT CODE TOTALS  17                    TOTAL VALUE:    $2,613.00        11.00

Project Code 22

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE: 22

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Nov 02 09 | TELEPHONE FROM V. GUILFOYLE REGARDING RESCHEDULING OF PRETRIAL CONFERERENCE ON 11/13 AT 10 A.M. TO 2 P.M. | SENESE | 0.10 |
| Nov 02 09 | FORMAT AND EFILE MORTGAGE SUCCESS AMENDED COMPLAINT AND RELATED EXHIBIT DOCUMENTATION | SENESE | 0.20 |
| Nov 02 09 | REVIEW, REVISE AND FORWARD AMENDED COMPLAINT TO K. SENESE FOR FILING (.2); REVIEW RECENTLY FILED PLEADINGS (.1); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING NOTICE OF RESCHEDULED PRETRIAL CONFERENCE (.1); E-MAIL CORRESPOND ENCE WITH N. RIGANO REGARDING FILING OF AMENDED COMPLAINT (.1) | GUILFOYLE | 0.50 |
| Nov 03 09 | SCAN AND EFILE STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (MGIC ADVERSARY) | MOODY | 0.20 |
| Nov 03 09 | NOTICE OF FILING OF PROPOSED SCHEDULING ORDER IN VARIOUS ADVERSARY PROCEEDINGS | MOODY | 1.50 |
| Nov 03 09 | DISCUSS PRETRIAL CONFERENCE AND OMNIBUS 9019 MOTION WITH D. CARICKHOFF (.1); REVIEW AND REVISE SCHEDULING ORDER (.2); DISCUSS FILING AND SERVICE OF NOTICE OF RESCHEDULED PRETRIAL CONFERENCE WITH K. SENESE (.2); REVIEW AND RESPOND TO LETTER FROM DEFEN SE COUNSEL REGARDING COURTCALL (.3); DISCUSS FILING OF SCHEDULING ORDER WITH T. MOODY (.2) | GUILFOYLE | 1.00 |
| Nov 03 09 | EMAILS WITH COUNSEL RE: STIPULATION. EXECUTE AND PREPARE FOR FILING. | SLOAN | 0.20 |
| Nov 04 09 | PREPARE FOR SERVICE OF NOTICE OF RESCHEDULED PRETRIAL CONFERENCES | SENESE | 1.40 |
| Nov 04 09 | REVISE, FINALIZE, FORMAT AND EFILE NOTICE OF RESCHEDULED PRETRIAL CONFERENCE (MAIN CASE AND MULTIPLE ADVERSARY PROCEEDINGS - BATCH FILINGS) | SENESE | 1.10 |
| Nov 04 09 | FILE PREFERENCE COMPLAINTS | DAVID | 1.50 |
| Nov 04 09 | REVIEW AND REVISE COMPLAINTS AND AMENDED COMPLAINT (.7); DISCUSS FILING OF COMPLAINTS AND AMENDED COMPLAINT WITH C. DAVID (.2); REVIEW AND REVISE NOTICE OF RESCHEDULED PRETRIAL CONFERENCE (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING FILING OF COMPLAINTS, NOTICE OF RESCHEDULED PRETRIAL CONFERENCE AND NOTICES OF DISMISSAL (.2); PREPARE AND FILE SEVERAL NOTICES OF DISMISSAL (1.0); REVIEW AND FORWARD CORRESPONDENCE FROM DEFENSE COUNSEL TO N. RIGANO (.2); TELEPHONE | GUILFOYLE | 2.80 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | CONFERENCES WITH B. FAL LON AND E. SCHNITZER REGARDING REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (.2); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF NOTICE OF RESCHEDULED PRETRIAL CONFERENCE (.1) | | |
| Nov 05 09 | DRAFT WITHDRAWAL OF NOTICE OF RESCHEDULED PRETRIAL CONFERENCES FILED IN ERROR | SENESE | 0.20 |
| Nov 05 09 | FINALIZE SERVICE LIST / CERTIFICATE OF SERVICE WITH RESPECT TO SERVICE OF NOTICE OF RESCHEDULED PRETRIAL CONFERENCES AND OVERSEE SERVICE OF SAME VIA FIRST CLASS MAIL | SENESE | 1.60 |
| Nov 05 09 | FILE PREFERENCE COMPLAINT | DAVID | 0.30 |
| Nov 05 09 | REVIEW NOTICE OF WITHDRAWAL AND CERTIFICATE OF SERVICE (.2); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING NOTICE OF WITHDRAWAL AND SERVICE OF NOTICE OF RESCHEDULED HEARING (.1); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING REQUEST FOR EXTENS ION (.2); REVIEW AND REVISE COMPLAINT (.2); DISCUSS FILING OF COMPLAINT WITH C. DAVID (.1); E-MAIL CORRESPONDENCE WITH H. PATWARDHAN REGARDING FILING OF COMPLAINT (.1) | GUILFOYLE | 0.90 |
| Nov 06 09 | FINALIZE AND FORMAT WITHDRAWAL OF NOTICE OF RESCHEDULED PRETRIAL CONFERENCES FILED IN WRONG MAIN CASE | SENESE | 0.10 |
| Nov 06 09 | FINALIZE (1.0) AND EFILE CERTIFICATES OF SERVICE WITH RESPECT TO SERVICE OF NOTICE OF RESCHEDULED PRETRIAL CONFERENCE(S) (MAIN CASE AND NUMEROUS ADVERSARY PROCEEDINGS) (1.3) | SENESE | 2.30 |
| Nov 06 09 | DRAFT SUMMONSES FOR RECENTLY FILED COMPLAINTS | SENESE | 0.70 |
| Nov 06 09 | EFILE SECOND AND AMENDED SUMMONSES WITH RESPECT TO CERTAIN AMENDED COMPLAINTS | SENESE | 0.20 |
| Nov 06 09 | E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING NOTICES AND SUMMONSES (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING STIPULATIONS AND NOTICE OF DISMISSAL (.3); REVIEW AND REVISE STIPULATIONS (.3); PREPARE AND FILE NOTICE OF DISMISSAL (.3); FI LE STIPULATION (.3) | GUILFOYLE | 1.30 |
| Nov 06 09 | ATTEND TO EXECUTION OF TOLLING AGREEMENT WITH AMEX AND DELIVERY TO OPPOSING COUNSEL (0.2) | TARR | 0.20 |
| Nov 09 09 | FORMAT AND EFILE SEVERAL SUMMONSES AND RELATED | SENESE | 0.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | AFFIDAVITS OF SERVICE | | |
| Nov 09 09 | REVIEW CURRENT ADVERSARY PROCEEDING DOCKET FOR NUMEROUS PROCEEDINGS; PREPARE INITIAL DRAFT STATUS REPORT WITH RESPECT TO ALL ADVERSARY PROCEEDINGS FILED TO DATE (200+) | SENESE | 3.30 |
| Nov 09 09 | REVIEW CURRENT DOCKET AND RECENTLY FILED PLEADINGS IN VARIOUS ADVERSARY PROCEEDINGS AND UPDATE ADVERSARY PROCEEDING PREFERENCE PROGRAM STATUS CHART | SENESE | 1.20 |
| Nov 09 09 | FILE CERTIFICATE OF NO OBJECTION AND PREPARE CNO BINDER FOR DELIVERY TO COURT | DAVID | 1.10 |
| Nov 09 09 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND DEBTORS' COUNSEL REGARDING PREFERENCE STATUS CHART (.3); DISCUSS PREPARATION AND FILING OF CERTIFICATE OF NO OBJECTION AND STATUS REPORT WITH K. SENESE (.4); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDIN G MISSING SUMMONSES (.1); REVIEW AND FORWARD SUMMONSES TO K. SENESE FOR FILING (.2); REVIEW STATUS CHART AND DOCKETS (.4); REVIEW AND FORWARD RECENT CORRESPONDENCE FROM DEFENSE COUNSEL TO E. SCHNITZER AND TELEPHONE CONFERENCE WITH DEFENSE COUNSEL (.3 ); REVIEW RECENT FILINGS (.3); REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION FOR SECOND OMNIBUS 9019 MOTION (.2); DISCUSS FILING OF CERTIFICATE OF NO OBJECTION AND PREPARATION OF CERTIFICATE OF NO OBJECTION BINDER WITH C. DAVID AND REVIEW CE RTIFICATE OF NO OBJECTION BINDER (.2); PREPARE, FILE AND FORWARD STIPULATIONS EXTENDING TIME TO RESPOND TO COMPLAINTS TO E. SCHNITZER (.4); REVIEW, REVISE AND FORWARD AMENDED COMPLAINT TO K. SENESE FOR FILING (.2) | GUILFOYLE | 3.00 |
| Nov 10 09 | TELEPHONE CALL AND SUBSEQUENT EMAIL EXCHANGES WITH T. GUILFOYLE REGARDING SERVICE OF 11-13 AGENDA UPON ADVERSARY PROCEEDINGS COMMENCED BY COMMITTEE; PREPARATION FOR SERVICE OF SAME | SENESE | 0.50 |
| Nov 10 09 | EFILE AGENDA IN 200+ ADVERSARY PROCEEDINGS (1.3); SERVICE OF SAME UPON INTERESTED PARTIES, DEFENDANTS AND/OR COUNSEL FOR DEFENDANTS VIA OVERNIGHT MAIL, FAX OR ELECTRONIC MAIL (.7); DRAFT AFFIDAVIT OF SERVICE OF AGENDA (0.5) | SENESE | 2.50 |
| Nov 10 09 | FILE SUMMONS AND AFFIDAVIT OF SERVICE | DAVID | 0.20 |
| Nov 10 09 | OBTAIN AND REVIEW NOVEMBER 13, 2009 AGENDA (.2); E-MAIL CORRESPONDENCE WITH DEBTORS' COUNSEL REGARDING FILING AND SERVICE OF | GUILFOYLE | 2.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| | NOVEMBER 13, 2009 AGENDA (.1); TELEPHONE CONFERENCES AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING AND SERVICE OF NOVEMBER 13, 2009 AGENDA (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING VARIOUS FILINGS (.2); PREPARE, REVIEW, REVISE, FILE AND FORWARD NOTICES OF DISMISSAL, STIPULATION OF DISMISSAL AND STIPULATIONS EXTENDING TIME TO RESPOND TO COMPLAINT TO E. SCHNITZER (1.3); REVIEW AFFIDAVIT OF SERVICE REGARDING AGENDA (.1) | | |
| Nov 11 09 | FORMAT AND EFILE WEBB-MASON STIPULATION EXTENDING TIME TO RESPOND | SENESE | 0.10 |
| Nov 11 09 | EMAIL EXCHANGES WITH T. GUILFOYLE REGARDING UPDATE(S) TO ADVERSARY PROCEEDING (DEFENDANT) SERVICE LIST | SENESE | 0.10 |
| Nov 11 09 | EFILE SUMMONS AND AFFIDAVIT OF SERVICE (INFO-CHECK) | SENESE | 0.10 |
| Nov 11 09 | REVIEW CURRENT DOCKET FOR CERTAIN ADVERSARY PROCEEDINGS; UPDATE PREFERENCE PROGRAM STATUS CHART | SENESE | 0.50 |
| Nov 11 09 | TELEPHONE CONFERENCES AND E-MAIL CORRESPONDENCE WITH DEFENSE COUNSEL REGARDING PRETRIAL CONFERENCE (.3); REVIEW AND FORWARD SUMMONS, AFFIDAVIT OF SERVICE AND STIPULATION EXTENDING TIME TO K. SENESE FOR FILING (.2); PREPARE AND FORWARD NOTICE OF DISMI SSAL TO K. SENESE (.2) | GUILFOYLE | 0.70 |
| Nov 12 09 | UPDATE ADVERSARY PROCEEDING STATUS CHART AND INITIAL DRAFT OF STATUS REPORT BASED ON NEWLY FILED ANSWER, DISMISSAL, ETC.; ALSO UPDATE ADVERSARY PROCEEDING SERVICE LIST TO REFLECT ATTORNEYS FILING REQUEST FOR SERVICE, REQUEST FOR SERVICE AT A DIFFEREN T ADDRESS AND RESPONSES TO COMPLAINTS | SENESE | 0.80 |
| Nov 12 09 | EFILE SUMMONS AND AFFIDAVIT OF SERVICE (COLUMBIA PROPERTIES MELVILLE - MARRIOTT); EMAIL EXCHANGE WITH T. GUILFOYLE | SENESE | 0.10 |
| Nov 12 09 | PREPARE, FILE AND FORWARD NOTICES OF DISMISSAL TO E. SCHNITZER (.6); REVIEW AMENDED AGENDA AND DISCUSS FILING REQUIREMENTS WITH K. SENESE AND D. CARICKHOFF (.2); OBTAIN, REVIEW AND FORWARD CERTIFICATE OF NO OBJECTION REGARDING SECOND OMNIBUS 9019 MOT ION TO E. SCHNITZER (.2); REVIEW AND RESPOND TO CORRESPONDENCE FROM DEFENSE COUNSEL REGARDING SERVICE OF DOCUMENTS (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING ATTENDANCE AT PRETRIAL CONFERENCE | GUILFOYLE | 1.60 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | (.1); REVIEW AND FORWARD SUMMONS AND AFFIDAVI T OF SERVICE TO K. SENESE FOR FILING (.1); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING PROPOSED SCHEDULING ORDER (.1); REVIEW ALTERNATIVE SCHEDULING ORDER (.1) | | |
| Nov 13 09 | REVIEW AND DISTRIBUTE ORDER GRANTING COMMITTEE'S SECOND MOTION TO APPROVE SETTLEMENTS WITH CERTAIN PREFERENCE; UPDATE / REVISE INITIAL STATUS REPORT DRAFT TO REFLECT ADDITIONAL SETTLED MATTERS | SENESE | 0.30 |
| Nov 13 09 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING AFFIDAVITS AND SUMMONSES (.1): REVIEW AND FORWARD AFFIDAVITS AND SUMMONSES TO K. SENESE FOR FILING (.1); DISCUSS FILING AND SERVICE OF ALTERNATIVE SCHEDULING ORDER AND THIRD OMNIBUS SETTLEMENT MOTION WITH K. SENESE (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING FILING OF SECOND OMNIBUS SETTLEMENT ORDER, ALTERNATIVE SCHEDULING ORDER, AND THIRD OMNIBUS SETTLEMENT MOTION (.2); REVIEW AFFIDAVITS OF SERVICE AND E-MAIL CORRESPONDENCE WITH J. ZAWADZKI REGARDING SUMMONSES (.1); PREPARE, FILE AND FORWARD NOTICE OF DISMISSAL TO Z. VIRANI (.2) | GUILFOYLE | 0.90 |
| Nov 14 09 | REVIEW DRAFT CERT OF COUNSEL WITH RESPECT TO FILING AMENDED SCHEDULING ORDER IN CERTAIN PENDING ADVERSARY PROCEEDINGS; EMAIL TO V. GUILFOYLE | SENESE | 0.20 |
| Nov 14 09 | REVIEW AND REVISE SCHEDULING ORDER AND PREPARE CERTIFICATION OF COUNSEL (.3); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING SCHEDULING ORDER AND CERTIFICATION OF COUNSEL; REVIEW AND REVISE THIRD OMNIBUS 9019 MOTION, NOTICE AND PROPOSED FORM O F ORDER (.3) | GUILFOYLE | 0.70 |
| Nov 16 09 | FORMAT AND EFILE CERTIFICATION OF COUNSEL SUBMITTING PROPOSED SCHEDULING ORDER (BATCH FILED IN MAIN CASE AND 200+ ADVERSARY PROCEEDINGS) (1.7); EMAIL EXCHANGES WITH AND TELEPHONE CALLS FROM T. GUILFOYE REGARDING TIMEFRAME FOR COMPLETING SAME (0.2) | SENESE | 1.90 |
| Nov 16 09 | REVIEW EXECUTED SETTLEMENT AGREEMENTS (20) AND PREPARE SERVICE LIST FOR SERVICE OF COMMITTEE'S THIRD OMNIBUS 9019 MOTION | SENESE | 0.60 |
| Nov 16 09 | FORMAT AND ORGANIZE EXHIBIT A TO COMMITTEE'S THIRD OMNIBUS 9019 MOTION (FOUR PART EXHIBIT) IN LIGHT OF COURT'S SIZE RESTRICTION(S) ON PDF IMAGES | SENESE | 0.60 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| Nov 16 09 | FORMAT AND EFILE COMMITTEE'S THIRD OMNIBUS 9019 MOTION AND ACCOMPANYING DOCUMENTATION (0.2); SERVICE OF THE ENTIRE MOTION PACAKGE UPON INTERESTED PARTIES AND EACH OF THE TWENTY IMPACTED DEFENDANTS VIA OVERNIGHT MAIL (0.7); ARRANGE FOR SERVICE OF A CO PY OF THE NOTICE ONLY UPON THE PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.2) | SENESE | 1.10 |
| Nov 16 09 | REVIEW AND REVISE THIRD OMNIBUS 9019 MOTION, NOTICE, AND PROPOSED FORM OF ORDER (.3); REVIEW SUMMONSES (.1); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING FILING AND SERVICE OF MOTION, CERTIFICATION OF COUNSEL AND SUMMONSES AND AFFIDAVITS OF SERVICE (.2); REVIEW SETTLEMENT AGREEMENTS AND CERTIFICATE OF SERVICE (.2) | GUILFOYLE | 0.80 |
| Nov 17 09 | EFILE VARIOUS SUMMONSES AND RELATED AFFIDAVITS OF SERVICE | SENESE | 0.50 |
| Nov 18 09 | REVIEW ADVERSARY PROCEEDING DOCKETS AND CONFIRM PROPER ENTRY / DOCKETING OF SCHEDULING ORDER (1.0); EMAIL EXCHANGES WITH AND TELEPHONE CALL FROM T. GUILFOYLE REGARDING CERTAIN MATTERS WHERE COURT DIDN'T DOCKET ORDER, ETC. | SENESE | 1.20 |
| Nov 18 09 | PREPARE FOR (0.9) AND SERVICE OF SCHEDULING ORDER UPON INTERESTED PARTIES, IMPACTED DEFENDANTS AND/OR DEFENDANTS' COUNSEL VIA ELECTRONIC AND/OR FIRST CLASS MAIL (0.8); DRAFT CERTIFICATE OF SERVICE, SERVICE LIST (0.4) | SENESE | 2.10 |
| Nov 18 09 | REVIEW SERVICE LIST AND RELATED DOCUMENTS (.2); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH E. SCHNITZER AND K. SENESE REGARDING SERVICE OF SCHEDULING ORDER (.2); PREPARE, FILE AND FORWARD NOTICE OF DISMISSAL TO C. KANG (.3) | GUILFOYLE | 0.70 |
| Nov 19 09 | EFILE NOTICE OF WITHDRAWAL OF STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (TRIAD MATTER); EFILE REVISED STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (TRIAD MATTER) | MOODY | 0.20 |
| Nov 19 09 | PREPARE, FILE AND FORWARD STIPULATION EXTENDING TIME TO ANSWER COMPLAINT TO J. ZAWADZKI (.3); REVIEW, REVISE AND FORWARD AMENDED STIPULATION EXTENDING TIME TO ANSWER COMPLAINT TO K. MANGAN (.2); PREPARE NOTICE OF WITHDRAWAL (.2); DISCUSS FILING OF NO TICE OF WITHDRAWAL AND AMENDED STIPULATION WITH T. MOODY (.1); OBTAIN AND FORWARD FILED NOTICE OF WITHDRAWAL AND AMENDED STIPULATION TO K. MANGAN AND J. | GUILFOYLE | 1.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | ZAWADZKI (.2) | | |
| Nov 20 09 | REVIEW AND FORWARD SUMMONSES AND AFFIDAVITS OF SERVICE TO K. SENESE FOR FILING (.2) | GUILFOYLE | 0.20 |
| Nov 23 09 | PREPARE FOR SUPPLEMENTAL SERVICE OF SCHEDULING ORDER UPON VARIOUS PREFERENCE DEFENDANTS | SENESE | 1.70 |
| Nov 23 09 | SERVICE OF SCHEDULING ORDER UPON ADDITIONAL PREFERENCE DEFENDANTS / DEFENDANTS' COUNSEL VIA FIRST CLASS MAIL | SENESE | 0.60 |
| Nov 24 09 | REVISE CERTIFICATE OF SERVICE TO ALSO REFLECT SERVICE OF THE SCHEDULING ORDER ON 11-23; FORMAT SAME, TOGETHER WITH ALL EXHIBIT DOCUMENTATION AND PREPARE TO EFILE SAME; EMAIL EXCHANGE WITH V. GUILFOYLE SEEKING EFILING APPROVAL | SENESE | 0.40 |
| Nov 24 09 | EFILE CERTIFICATE OF SERVICE OF SCHEDULING ORDER (MAIN CASE AND MULTIPLE ADVERSARY PROCEEDINGS) | SENESE | 0.70 |
| Nov 24 09 | FORMAT AND EFILE ADDITIONAL SUMMONSES AND RELATED AFFIDAVITS OF SERVICE | SENESE | 0.30 |
| Nov 24 09 | REVIEW, REVISE, PREPARE, FILE AND FORWARD SEVERAL STIPULATIONS EXTENDING TIME TO RESPOND TO COMPLAINTS AND NOTICES AND STIPULATIONS OF DISMISSAL TO E. SCHNITZER (1.4); REVIEW AND REVISE CERTIFICATE OF SERVICE REGARDING SCHEDULING ORDER (.1) | GUILFOYLE | 1.50 |
| Nov 25 09 | EFILE SECOND SUMMONS AND RELATED AFFIDAVIT OF SERVICE (TALMEN LARMEE); EMAIL EXCHANGE WITH T. GUILFOYLE | SENESE | 0.10 |
| Nov 25 09 | E-MAIL CORRESPONDENCE WITH J. ORBACH REGARDING NOTICES OF DISMISSAL (.1); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING RESPONSE TO COMPLAINT (.1) | GUILFOYLE | 0.20 |
| Nov 30 09 | PREPARE AND FILE SEVERAL NOTICES OF DISMISSAL (1.2); E-MAIL CORRESPONDENCE WITH J. ORBACH AND J. ZAWADZKI REGARDING FILING OF NOTICES OF DISMISSAL (.1); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING PREFERENCE DEFENSE (.1); E-MAIL CORRESPONDENCE WITH N. RIGANO REGARDING PREFERENCE DEFENSE (.1) | GUILFOYLE | 1.50 |

PROJECT CODE TOTALS  22          TOTAL VALUE:  $13,686.00     56.70

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| REPORT TOTALS | TOTAL VALUE: | 21,127.50 | 86.20 |