# EXHIBIT B

**AMERICAN HOME MORTGAGE COMPANY**
**EXPENSE SUMMARY**
**NOVEMBER 1, 2009 TO NOVEMBER 30, 2009**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | | $0.00 |
| Reproduction of Documents | | $393.10 |
| Contracted Photocopying - Parcels | | $1,624.38 |
| Telecopier/Fax | | $37.20 |
| Courier and Express Services | | $851.83 |
| Hand Delivery Service | | $7.50 |
| Special Mailing Charges | | $116.16 |
| Filing Fees | | $0.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $1,750.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Word Processing | | $0.00 |
| Record/Docket Searches | | $0.00 |
| **TOTAL** | | **$4,780.17** |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/10/2009 | 02238 | KATHLEEN SENESE | 15 | 31.00 | 0.40 | 12.40 | TELECOPIER/FAX | 6623053 |
| 12/02/2009 | | Invoice=1037239 | | 31.00 | 0.40 | 12.40 | | |
| | | | | | | | | |
| 11/10/2009 | 02238 | KATHLEEN SENESE | 15 | 31.00 | 0.40 | 12.40 | TELECOPIER/FAX | 6623054 |
| 12/02/2009 | | Invoice=1037239 | | 31.00 | 0.40 | 12.40 | | |
| | | | | | | | | |
| 11/10/2009 | 02238 | KATHLEEN SENESE | 15 | 31.00 | 0.40 | 12.40 | TELECOPIER/FAX | 6623055 |
| 12/02/2009 | | Invoice=1037239 | | 31.00 | 0.40 | 12.40 | | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 37.20 | 3 records | |
| | | BILLED TOTALS: BILL: | | | | 37.20 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 37.20 | 3 records | |
| | | GRAND TOTAL: BILL: | | | | 37.20 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/09/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.68 | 10.68 | FEDERAL EXPRESS Invoice: 939313614 Tracking: | 6620815 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.68 | 10.68 | 790192847619 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/09/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.68 | 10.68 | FEDERAL EXPRESS Invoice: 939313614 Tracking: | 6620816 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.68 | 10.68 | 790684597665 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/09/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.68 | 10.68 | FEDERAL EXPRESS Invoice: 939313614 Tracking: | 6620817 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.68 | 10.68 | 791510391012 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/09/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.68 | 10.68 | FEDERAL EXPRESS Invoice: 939313614 Tracking: | 6620818 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.68 | 10.68 | 791510391295 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/09/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.68 | 10.68 | FEDERAL EXPRESS Invoice: 939313614 Tracking: | 6620819 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.68 | 10.68 | 798119763724 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/09/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.44 | 12.44 | FEDERAL EXPRESS Invoice: 939313614 Tracking: | 6620820 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 12.44 | 12.44 | 798119764536 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/09/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.68 | 10.68 | FEDERAL EXPRESS Invoice: 939313614 Tracking: | 6620821 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.68 | 10.68 | 798119765576 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/09/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.68 | 10.68 | FEDERAL EXPRESS Invoice: 939313614 Tracking: | 6620822 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.68 | 10.68 | 798119766193 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/16/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940113620 Tracking: | 6646089 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790685759585 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/16/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940113620 Tracking: | 6646090 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791246711291 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/16/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940113620 Tracking: | 6646091 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791246712140 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/16/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940113620 Tracking: | 6646092 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791246712287 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/16/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.94 | 14.94 | FEDERAL EXPRESS Invoice: 940113620 Tracking: | 6646093 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 14.94 | 14.94 | 791511318840 Name: KATHLEEN SENESE Company: | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/16/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940113620 Tracking: | 6646094 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791511318976 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/16/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.94 | 14.94 | FEDERAL EXPRESS Invoice: 940113620 Tracking: | 6646095 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 14.94 | 14.94 | 792166790644 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/16/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 16.10 | 16.10 | FEDERAL EXPRESS Invoice: 940113620 Tracking: | 6646096 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 16.10 | 16.10 | 792166790942 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/16/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.57 | 14.57 | FEDERAL EXPRESS Invoice: 940113620 Tracking: | 6646097 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 14.57 | 14.57 | 792810452148 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/16/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 13.84 | 13.84 | FEDERAL EXPRESS Invoice: 940113620 Tracking: | 6646098 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 13.84 | 13.84 | 792810452766 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657844 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790194353050 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657845 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790194354057 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657846 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790194355568 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657847 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790686097697 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657848 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791247053961 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.31 | 12.31 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657849 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 12.31 | 12.31 | 791511612163 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657850 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 792167085046 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 128189-01600 | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657851 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 799500730283 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 13.05 | 13.05 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657852 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 13.05 | 13.05 | 790194576300 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657853 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790686295792 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657854 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791247249243 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657855 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791247251725 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657856 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791247252629 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657857 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791247253279 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.85 | 11.85 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657858 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 11.85 | 11.85 | 791247258421 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657859 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791511763579 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657860 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791511773628 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657861 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791511774495 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657862 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 792167229383 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657863 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 792167229740 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657864 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 792167230582 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.85 | 11.85 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657865 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 11.85 | 11.85 | 792167251135 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.35 | 11.35 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657866 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 11.35 | 11.35 | 792810910877 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657867 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 799434563723 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657868 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 799434564204 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657869 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 799434564454 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.94 | 14.94 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657870 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 14.94 | 14.94 | 799434580792 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657871 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 799434582773 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 16.19 | 16.19 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657872 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 16.19 | 16.19 | 799434584103 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657873 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 799500933781 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 13.56 | 13.56 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657874 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 13.56 | 13.56 | 799500960660 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657875 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 799500960877 Name: KATHLEEN SENESE Company: | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657876 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790194884421 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657877 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790194884546 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657878 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790686632300 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657879 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790686632480 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657880 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790686633317 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657881 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790686633464 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657882 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791247593204 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/23/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 940920844 Tracking: | 6657883 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 799501266405 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/24/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 22.15 | 22.15 | FEDERAL EXPRESS Invoice: 568124785 Tracking: | 6672468 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 22.15 | 22.15 | 791247281772 Name: KATHLEEN SENESE Company: | |
| | | | | | | | BLANK ROME LLP Address1: 1 LOGAN SQUARE | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672469 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790195158991 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672470 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790195159303 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| 11/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672471 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 790686906984 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 128189-01600 | |
| 1/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672472 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791247867937 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672473 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791247868175 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 1/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672474 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791247868290 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672475 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791512254706 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672476 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791512254934 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672477 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791512255091 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672478 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 791512255676 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.31 | 12.31 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672479 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 12.31 | 12.31 | 792167722100 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672480 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 792811386584 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672481 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 792811387926 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672482 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 799435060039 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 11/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672483 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 799435093957 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.59 | 10.59 | FEDERAL EXPRESS Invoice: 941703026 Tracking: | 6672484 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 10.59 | 10.59 | 799501537598 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 851.83 | 75 records | |
| | | BILLED TOTALS: BILL: | | | | 851.83 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 851.83 | 75 records | |
| | | GRAND TOTAL: BILL: | | | | 851.83 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 0/13/2009 | 00001 | BRCM HOUSE | 26P | 1.00 | 7.50 | 7.50 | HAND DELIVERY - PARCELS Tammy MoodyBlank | 6647798 |
| 2/02/2009 | | Invoice=1037239 | | 1.00 | 7.50 | 7.50 | RomeJudge Christopher S. Sontchi205505 | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 7.50 | 1 records | |
| | | BILLED TOTALS: BILL: | | | | 7.50 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 7.50 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 7.50 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/06/2009 | 02238 | KATHLEEN SENESE | 30 | 5.00 | 0.12 | 0.60 | REPRODUCTION OF DOCUMENTS | 6617727 |
| 12/02/2009 | | Invoice=1037239 | | 5.00 | 0.10 | 0.50 | | |
| | | | | | | | | |
| 11/16/2009 | 02238 | KATHLEEN SENESE | 30 | 3926.00 | 0.12 | 471.12 | REPRODUCTION OF DOCUMENTS | 6641121 |
| 12/02/2009 | | Invoice=1037239 | | 3926.00 | 0.10 | 392.60 | | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 471.72 | 2 records | |
| | | BILLED TOTALS: BILL: | | | | 393.10 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 471.72 | 2 records | |
| | | GRAND TOTAL: BILL: | | | | 393.10 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/09/2009 | 00001 | BRCM HOUSE | 33 | 1.00 | 258.39 | 258.39 | CONTRACTED PHOTOCOPYING Robin Glanden2 doc | 6647797 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 258.39 | 258.39 | service via first class mail doubleside #10 | |
| | | | | | | | envelopes supplied205235 | |
| | | | | | | | | |
| 10/15/2009 | 00001 | BRCM HOUSE | 33 | 1.00 | 303.39 | 303.39 | CONTRACTED PHOTOCOPYING Mary Levan2 doc service | 6647796 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 303.39 | 303.39 | via first class mail, fold docs and manually | |
| | | | | | | | stuff #10 envelopes supplied and labeled206078 | |
| | | | | | | | | |
| 10/16/2009 | 00001 | BRCM HOUSE | 33 | 1.00 | 240.75 | 240.75 | CONTRACTED PHOTOCOPYING Robin Glanden1 doc | 6647795 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 240.75 | 240.75 | service via first class mail....#10 envelopes | |
| | | | | | | | supplied and labeled206576 | |
| | | | | | | | | |
| 10/30/2009 | 00001 | BRCM HOUSE | 33 | 1.00 | 192.00 | 192.00 | CONTRACTED PHOTOCOPYING Mary LevanService | 6647794 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 192.00 | 192.00 | envelopes provided copy stuff seal post and | |
| | | | | | | | mail out209339 | |
| | | | | | | | | |
| 11/13/2009 | 00001 | BRCM HOUSE | 33 | 1.00 | 629.85 | 629.85 | CONTRACTED PHOTOCOPYING Kathleen Senese3 doc | 6655553 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 629.85 | 629.85 | svc all mail211851 | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 1,624.38 | 5 records | |
| | | BILLED TOTALS: BILL: | | | | 1,624.38 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 1,624.38 | 5 records | |
| | | GRAND TOTAL: BILL: | | | | 1,624.38 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/31/2009 | 02238 | KATHLEEN SENESE | 37 | 1.00 | 116.16 | 116.16 | SPECIAL MAILING CHARGES | 6642041 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 116.16 | 116.16 | | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 116.16 | 1 records | |
| | | BILLED TOTALS: BILL: | | | | 116.16 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 116.16 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 116.16 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/04/2009 | 00020 | BONNIE G. FATELL | 45 | 1.00 | 1,750.00 | 1,750.00 | FILING PLEADINGS - UNITED STATES BANKRUPTCY | 6613570 |
| 12/02/2009 | | Invoice=1037239 | | 1.00 | 1,750.00 | 1,750.00 | COURT | |
| | | | | | | | Bank ID: 210 Check Number: 102267 | |
| | | Voucher=691070 Paid | | | | | Vendor=UNITED STATES BANKRUPTCY COURT Balance= .00 Amount= | |
| | | | | | | | 1750.00 | |
| | | | | | | | Check #102267 11/04/2009 | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 1,750.00 | 1 records | |
| | | BILLED TOTALS: BILL: | | | | 1,750.00 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 1,750.00 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 1,750.00 | | |