IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
          Debtors.                                                 :
------------------------------------------------------------------ x

**TWENTY-SIXTH MONTHLY APPLICATION OF ALLEN & OVERY, LLP AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE <u>INTERIM PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Allen & Overy, LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of September 7, 2007 |
| Period for which compensation and reimbursement is sought: | October 1, 2009 through October 31, 2009 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $9,913.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $264.80 |

This is an:   __X__ interim   ____ final application

**This application includes 3.80 hours ($1,718.00) incurred in connection with the preparation of fee applications and telephonic attendance at a court conference regarding fee applications.**

3

Prior applications:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| Nov. 30, 2007 / #2241 | Sept. 7 – Sept. 30, 2007 | $172,200.50 | $188.27 | $172,200.50 | $188.27 |
| Nov. 30, 2007 / #2242 | Oct. 1 – Oct. 31, 2007 | $311,858.00 | $131,377.49 | $311,858.00 | $131,377.49 |
| Jan. 7, 2008 / #2500 | Nov. 1- Nov. 30, 2007 | $325,630.50 | $274,672.83 | $325,630.50 | $274,672.83 |
| Feb. 1, 2008 / #2854 | Dec. 1- Dec. 31, 2007 | $209,588.50 | $105,192.08 | $209,588.50 | $105,192.08 |
| Feb. 28, 2008 / #3120 | Jan. 1 – Jan. 31, 2008 | $242,791.50 | $25,388.41 | $242,791.50 | $25,388.41 |
| April 1, 2008 / 3506 | Feb. 1 – Feb. 29, 2008 | $142,796.50 | $19,252.37 | $142,796.50 | $19,252.37 |
| April 24, 2008 / 3843 | Mar. 1 – Mar. 31, 2008 | $262,794.25 | $409,560.47 | $262,794.25 | 409,560.47 |
| June 2, 2008 / 4335 | Apr. 1 – Apr. 30, 2008 | $232,347.00 | $259,015.20 | $232,347.00 | $259,015.20 |
| June 27, 2008 / 4924 | May 1 – May 31, 2008 | $196,602.00 | $350,447.45 | $196,602.00 | $350,447.45 |
| July 25, 2008 / 5244 | June 1- June 30, 2008 | $234,515.00 | $559,205.26 | $234,515.00 | $559,205.26 |
| Aug. 29, 2008/ 5558 | July 1- July 31, 2008 | $252,699.50 | $384,060.38 | $252,699.50 | $384,060.38 |
| October 1, 2008/ 6173 | August 1- August 31, 2008 | $269,441.50 | $274,454.38 | $269,441.50 | $274,454.38 |
| October 29, 2008/6472 | Sep. 1-Sep. 30, 2008 | $197,127.00 | $177,060.75 | $197,127.00 | $177,060.75 |
| December 3, 2008/6662 | October 1-October 31, 2008 | $116,070.00 | $51,723.11 | $116,070.00 | $51,723.11 |
| Dec. 22, 2008/6767 | Nov. 1-Nov. 30, 2008 | $51,532.50 | $36,016.18 | $51,532.50 | $36,016.18 |
| Jan. 30, 2009/6919 | Dec. 1-Dec. 31, 2008 | $23,954.00 | $61,209.45 | $23,954.00 | $61,209.45 |
| Mar. 12, 2009/7092 | Jan. 1-Jan. 31, 2009 | $22,342.00 | $1,721.92 | $22,342.00 | $1,721.92 |
| Mar. 30, 2009/7182 | Feb. 1-Feb. 28, 2009 | $33,881.00 | $69,793.37 | $33,881.00 | $69,793.37 |
| May 4, 2009/7343 | Mar. 1-Mar. 31, 2009 | $7,231.50 | $32,657.12 | $7,231.50 | $32,657.12 |
| Jun. 1, 2009/7469 | Apr. 1-Apr. 30, 2009 | $16,126.00 | $72,638.23 | $16,126.00 | $72,638.23 |
| June 19, 2009/7549 | May 1-May 31, 2009 | $12,143.00 | $50.98 | $12,143.00 | $50.98 |

| July 31, 2009/7518 | June 1-June 30, 2009 | $6,265.00 | $27,783.02 | $6,265.00 | $27,783.02 |
| --- | --- | --- | --- | --- | --- |
| Sept. 1, 2009/7994 | July 1-July 31, 2009 | $1,825.00 | $16,046.38 | $1,825.00 | $16,046.38 |
| Sept. 29, 2009/8109 | Aug. 1-Aug. 31, 2009 | $1,265.50 | $97.26 | $1012.40 | $97.26 |
| October 29, 2009/8236 | Sept. 1-Sept. 31, 2009 | $3,177.00 | $56.25 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Pamela Rogers Chepiga | Partner since 2005. Joined firm as counsel in 2003. Member of NY Bar since 1974. | $850.00 | 1.40 | $1,190.00 |
| Nicholas Mitchell | Joined firm as an associate in 2007. Member of NY Bar since 2008. | $430.00 | 19.70 | $8,471.00 |
| Roberto Santamarina | Paralegal | $210.00 | 1.20 | $252.00 |
| Grand Total: | | | 22.30 | $9,913.00 |
| Blended Rate: | | | | $444.52 |
| Blended Rate (including Contract attorneys): | | | | $444.52 |

3

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---:|---:|
| Case Administration (B110) | 1.20 | $252.00 |
| Fee/Employment Applications (B160) | 3.80 | $1,718.00 |
| Other Case Assessment, Development & Admin. (L190) | 8.00 | $3,944.00 |
| Document Production (L320) | 9.30 | $3,999.00 |
| **TOTALS** | **22.30** | **$9,913.00** |

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses ($) |
|---|---:|
| Long Distance Telephone Charges | $.85 |
| Court Conference Telephone Charges | $30.00 |
| Reproduction Charges | $11.30 |
| Electronic Discovery | $222.65 |
| **TOTAL** | **$264.80** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
          Debtors.                                               :
---------------------------------------------------------------- x

**TWENTY-SIXTH MONTHLY APPLICATION OF ALLEN & OVERY LLP AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Allen & Overy, LLP (hereinafter "A&O") hereby moves this Court for reasonable compensation for professional legal services rendered as special regulatory counsel to American Home Mortgage Holdings, Inc., et al., the debtors in the above-captioned cases (the "Debtors"), in the amount of $9,913.00 together with reimbursement for actual and necessary expenses incurred in the amount of $264.80 for the interim period October 1, 2009 through October 31, 2009 (the "Interim Fee Period"). In support of its Application, A&O respectfully represents as follows:

1. A&O was employed pursuant to an engagement letter to represent the Debtors as special regulatory counsel in connection with regulatory inquiries. This representation was effective as of September 7, 2007, pursuant to an Order entered by this Court on October 31, 2007. The Order authorized A&O to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested by A&O were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $9,913.00 due for fees. Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $264.80 for reimbursement of expenses.

4. The services rendered by A&O during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5. A&O has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $264.80. This disbursement sum is broken down into categories of charges, including, among other things, electronic discovery fees, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.

6. In an effort to minimize cost to the Debtors in responding to document requests, A&O has made extensive use of outside contract attorneys in conducting document review throughout this engagement. These contract attorneys are paid a flat fee of $60 per hour. This application does not reflect any hours of document review performed by contract attorneys.

7. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

8. Costs incurred for overtime and computer assisted research are not included

2

in A&O's normal hourly billing rates and, therefore, are itemized and included in A&O's disbursements. Pursuant to Local Rule 2016-2, A&O represents that the rate charged here for printing and duplication is $.10 per page, the rate charged here for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

**VALUATION OF SERVICES**

9.  Attorneys and paraprofessionals of A&O have expended a total of 22.30 hours in connection with this matter during the Interim Fee Period.

10. The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are A&O's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by A&O for the Interim Fee Period as counsel for the Debtors in these cases is $9,913.00.

11. A&O believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

12. As set forth in Exhibit A, all time recorded as non-working travel has been billed at 50% of normal hourly rates.

13. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14. This Application covers the Interim Fee Period October 1, 2009 through October 31, 2009.

3

WHEREFORE, A&O requests that allowance be made to it in the sum of $9,913.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $264.80 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       November 30, 2009

                      ALLEN & OVERY, LLP

                      */s/ Pamela Rogers Chepiga*
                      Pamela Rogers Chepiga
                      1221 Avenue of the Americas
                      New York, New York 10020
                      Telephone: (212) 610-6300
                      Facsimile: (212) 610-6399

                      Special Regulatory Counsel for Debtors

## VERIFICATION

STATE OF NEW YORK    )
                     )    SS:
NEW YORK COUNTY      )

       Pamela Rogers Chepiga, Esquire, after being duly sworn according to law, deposes and says:

1. I am a Partner in the applicant firm, Allen & Overy, LLP, and have been admitted to the bar of New York state since 1974.

2. I have personally performed many of the legal services rendered by Allen & Overy, LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Pamela Rogers Chepiga

SWORN TO AND SUBSCRIBED before me this ___ day of November, 2009

_____
Notary Public
My Commission Expires: 2/16/13

MITCHELL NICHOLAS
NOTARY PUBLIC, STATE OF NEW YORK
No. 02MI6201001
QUALIFIED IN NEW YORK, NEW YORK
COMMISSION EXPIRES February 16, 2013

# EXHIBIT A

MATTER:     87601-00001 AHM REGULATORY MATTERS
CURRENCY:   USD

Detail by Activity

| Date – Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Other Case Assessment, Development & Administration | | | | |
| 10/01/09 Nicholas Mitchell | 0.70 | 301.00 | L190 | Discussions with Scott Martinez and Kevin Nystrom of Zolfo Cooper re: document preservation at AHM. |
| 10/02/09 Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with Kevin Nystrom and Scott Martinez (Zolfo Cooper) and N. Mitchell re: computer retention. |
| 10/02/09 Nicholas Mitchell | 0.20 | 86.00 | L190 | Call with Zolfo Cooper and P. Chepiga to discuss document preservation issues. |
| 10/05/09 Nicholas Mitchell | 0.60 | 258.00 | L190 | Checking docket regarding AHM's motion to destroy documents; correspondence re: possible argument on the motion. |
| 10/06/09 Nicholas Mitchell | 0.60 | 258.00 | L190 | Discussion with Eyal Dror of Park & Jensen re: SEC request. |
| 10/08/09 Nicholas Mitchell | 0.70 | 301.00 | L190 | Attention to request from Park & Jensen, counsel to Mary Feder, re: document request by the SEC. |
| 10/11/09 Nicholas Mitchell | 1.40 | 602.00 | L190 | Attention to contested matters to be discussed at upcoming hearing, including review of pleadings re: motion to destroy documents and correspondence re: same. |
| 10/14/09 Nicholas Mitchell | 0.40 | 172.00 | L190 | Drafting note to file re: advice provided to Zolfo Cooper re: SEC subpoena. |
| 10/19/09 Nicholas Mitchell | 0.80 | 344.00 | L190 | Correspondence with Eyal Dror of Park & Jensen re: SEC inquiry about privileged documents; review of materials in connection with same. |
| 10/20/09 Pamela Chepiga | 0.20 | 170.00 | L190 | Conference with N. Mitchell re: Park & Jensen privilege and redaction issues. |
| 10/20/09 Pamela Chepiga | 0.20 | 170.00 | L190 | Sign/finalize letter to SEC (D. Stoelting) re: S. Sakomoto additional document production. |
| 10/26/09 Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with Ronit Setton (CWT) re: 30b-6 witness and reserves. |

**Detail by Activity**

| Date – Timekeeper | Hours | *Amount* | Code | *Description* |
|---|---|---|---|---|
| 10/30/09 Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with Martin Seidel (Cadwalder) re: recourse reserve documents for Rule 30b-6 deposition. |
| 10/30/09 Pamela Chepiga | 0.20 | 170.00 | L190 | Emails with N. Mitchell and R. Knuts re: Cadwalader request. |
| 10/30/09 Nicholas Mitchell | 0.50 | 215.00 | L190 | Email correspondence with P. Chepiga re: information request from Cadwalader re: Waterfield Financial litigation. |
| 10/30/09 Nicholas Mitchell | 0.90 | 387.00 | L190 | Review and analysis of discovery order re: SEC discovery in AHM v. Hozie– drafting summary of same for circulation to team. |
| ******* TOTAL CODE L190: | 8.00 | | | |
| Case Administration | | | | |
| 10/08/09 Robert Santamarina | 0.70 | 147.00 | B110 | Document data search on CD format for attorney review. |
| 10/09/09 Robert Santamarina | 0.50 | 105.00 | B110 | QC'ing of electronic production documents for distribution to SEC. |
| ******* TOTAL CODE B110: | 1.20 | | | |
| Document Production | | | | |
| 10/05/09 Nicholas Mitchell | 3.10 | 1,333.00 | L320 | Review and analysis of documents provided by counsel to Simon Sakamoto at request of SEC; internal discussion of production of same. |
| 10/06/09 Nicholas Mitchell | 1.60 | 688.00 | L320 | Attention to technical details regarding production of documents provided by Simon Sakamoto at request of SEC; correspondence re: same. |
| 10/07/09 Nicholas Mitchell | 1.10 | 473.00 | L320 | Attention to technical details re: production of documents to the SEC. |
| 10/12/09 Nicholas Mitchell | 2.30 | 989.00 | L320 | Drafting production letter to SEC re: documents requested by SEC during interview of company employee; correspondence with Sara Dougherty re: same. |
| 10/20/09 Nicholas Mitchell | 1.20 | 516.00 | L320 | Drafting production letter to the SEC; internal discussion of same; producing CD of documents in response to document request. |
| ******* TOTAL CODE L320: | 9.30 | | | |

Detail by Activity

| Date – Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Fee/Employment Applications | | | | |
| 10/14/09 Nicholas Mitchell | 0.80 | 344.00 | B160 | Telephonic attendance at Court conference re: fee applications. |
| 10/18/09 Nicholas Mitchell | 0.30 | 129.00 | B160 | Review of Judge Sontchi's order re: payment of interim fee applications. |
| 10/26/09 Nicholas Mitchell | 1.10 | 473.00 | B160 | Drafting A&O's September Fee Application. |
| 10/28/09 Pamela Chepiga | 0.20 | 170.00 | B160 | Review, finalize and sign September fee submission. |
| 10/29/09 Nicholas Mitchell | 1.40 | 602.00 | B160 | Revisions to A&O's September fee application; filing of same. |
| ******* TOTAL CODE B160: | 3.80 | | | |

| Summary by Activity Code | *Hours* | *Amount* |
|---|---:|---:|
| (L190) Other Case Assessment, Development & Administration | 8.00 | 3,944.00 |
| (B110) Case Administration | 1.20 | 252.00 |
| (B160) Fee/Employment Applications | 3.80 | 1,718.00 |
| (L320) Document Production | 9.30 | 3,999.00 |
| GRAND TOTAL | 22.30 | 9,913.00 |

# EXHIBIT B

## Summary of Expenses Incurred
(October 1, 2009 – October 31, 2009)

| Date Incurred | Expense | Amount |
|---|---|---|
| 10/01/09 | Telephone Charges | $0.09 |
| 10/01/09 | Telephone Charges | $0.22 |
| 10/09/09 | Electronic Discovery | $222.65 |
| 10/13/09 | Telephone Charges | $0.09 |
| 10/13/09 | Telephone Charges | $0.18 |
| 10/14/09 | Document Reproduction | $1.70 |
| 10/19/09 | Telephone Charges | $0.09 |
| 10/19/09 | Telephone Charges | $0.18 |
| 10/28/09 | Document Reproduction | $1.50 |
| 10/28/09 | Document Reproduction | $1.50 |
| 10/28/09 | Court Conference Telephone Charges | $30.00 |
| 10/29/09 | Document Reproduction | $1.70 |
| 10/29/09 | Document Reproduction | $1.70 |
| 10/30/09 | Document Reproduction | $3.20 |
| | **TOTAL** | **$264.80** |