# Exhibit B

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140235

For professional services rendered from May 1, through May 31, 2009 in connection with the following:

>703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
>002         CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/10/09 | Review docket and recently filed pleadings (.30) | JS | 0.30 | 73.50 |
| 03/11/09 | Review agenda for 3 13 09 hearing (.20) arrange for ELS to appear telephonically (.20) prepare for hearing (.40) | JS | 0.80 | 196.00 |
| 03/12/09 | Review docket and recent pleadings (.50) | JS | 0.50 | 122.50 |
| 03/13/09 | Review and circulate Order re: Private sale of furniture, fixtures and equipment (.20) review motion for relief re: Bayview (.20) review Order granting retention of Sunders (.10) review and circulate Opinion (.40) file maintenance (.70) calendar events (.20) | JS | 1.80 | 441.00 |
| 03/16/09 | Review docket and recent pleadings (.30) | JS | 0.30 | 73.50 |
| 03/17/09 | Review docket and recent pleadings (.60) update calendar (.20) file maintenance (.40) | JS | 1.20 | 294.00 |
| 03/19/09 | Review, research and pulling SOFA 3B amended schedules and statements per ELS (2.50) review docket and recent pleadings (.50) file maintenance (.20) | JS | 3.20 | 784.00 |
| 03/20/09 | Review and circulate Debtors' operating reports for December 08 (1.60) review docket and pleadings (.60) file maintenance (.70) | JS | 2.90 | 710.50 |
| 03/23/09 | Prepare for meeting with ELS (.50) review docket and recent events (.40) meeting with ELS to go over upcoming events (.20) update calendar and critical dates memo (.70) | JS | 1.80 | 441.00 |
| 03/24/09 | Review docket (.60) update contact list (.20) | JS | 0.80 | 196.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/25/09 | Review objections to cure claims (.60) review docket and recent pleadings (.30) research regarding Plan supplement (1.80) | JS | 2.70 | 661.50 |
| 03/26/09 | Review docket and recent pleadings (.70) update file index (1.20) review calendar events (.20) | JS | 2.10 | 514.50 |
| 03/27/09 | Review docket (.20) | JS | 0.20 | 49.00 |
| 03/30/09 | Prepare for meeting with ELS (.50) review docket and recent pleadings (2.20) update calendar (.30) | JS | 3.00 | 735.00 |
| 03/31/09 | Review Order setting omnibus hearings and calendar (.30) Review docket and pleadings (.50) update calendar (.20) | JS | 1.00 | 245.00 |
| 05/01/09 | Lexis and internet search for various employee home addresses and phone numbers | DM | 2.00 | 430.00 |
| 05/01/09 | Review of ELS comments to draft D&O settlement agreement and confer with him re same (.40); confer with ELS re authorized party to sign on behalf of debtors and review materials provided (.50); review and revise draft D&O settlement requirement (several times) (2.50). | JPM | 3.40 | 2,499.00 |
| 05/01/09 | Attention to creditor inquiries (.20); calendar maintenance (.10); review notes/draft minutes (.90). | JXZ | 1.20 | 450.00 |
| 05/01/09 | Review emails re: outstanding issues and telephone conference with Beach re: same. | MSI | 0.30 | 223.50 |
| 05/01/09 | Conference call with MSI and Beach to review open issues (.30) | MTP | 0.30 | 223.50 |
| 05/04/09 | Review revisions to objection to Borrowers' Committee fee applications and revise same. | ELS | 0.50 | 262.50 |
| 05/04/09 | Drafting objection to borrowers' committee fees. | JO | 0.90 | 270.00 |
| 05/04/09 | Review Order setting omnibus hearing dates and update calendar (.40) review docket and recent pleadings (.30) prepare for meeting with ELS and JO (.50) meeting (.20) | JS | 1.40 | 343.00 |
| 05/04/09 | Review docket/recent notices (.10); review scheduling order (.10). | JXZ | 0.20 | 75.00 |
| 05/05/09 | Emails re: objection to Borrowers' committee fees (.40); email and phone calls with debtors and claimant re; Calvin Kammeyer claim (.80); meeting with MSI re: proposed Zurich settlement and Kammeyer claim and draft email re: Zurich settlement (.40). | ELS | 1.60 | 840.00 |
| 05/05/09 | Meeting with MTP and MSI re: Friday's Hearing (.30) prepare for hearing (.50) Review docket (.30) | JS | 1.10 | 269.50 |
| 05/05/09 | Revise minutes. | JXZ | 0.30 | 112.50 |
| 05/05/09 | Discuss tomorrow's hearing with JS | MTP | 0.10 | 74.50 |
| 05/06/09 | Review Omnibus Objections to claims (.40) update calendar events (.20) | JS | 0.60 | 147.00 |
| 05/06/09 | Review committee update. | JXZ | 0.10 | 37.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/06/09 | Telephone conference with committee members and creditors re: status of effective date. | MSI | 0.30 | 223.50 |
| 05/06/09 | Call with members re update on effective date declaration | MTP | 0.20 | 149.00 |
| 05/07/09 | Review limited objection of AHB to motion for order to authorize sale of debtors' shares in AHB stock free and clear of liens, claims (.20) review Mason McDuffie's response to debtors' omnibus objection (.10) review docket (.20) | JS | 0.50 | 122.50 |
| 05/07/09 | Review committee update. | JXZ | 0.10 | 37.50 |
| 05/07/09 | Draft email re: update and meeting (.20); meeting with Berliner re: same and effective date issues (.40). | MSI | 0.60 | 447.00 |
| 05/08/09 | Review BDO email re: Zurich settlement and draft email to debtors re: settlement. | ELS | 0.30 | 157.50 |
| 05/08/09 | Review response of Michaud to omnibus objection to claims (.10) review response of Huston to omnibus objection to claims (.10) review Kothary Objection (.20) review Calvo's response to omnibus objection to claims (.10) file maintenance (.40) review critical dates memo (.30). | JS | 1.20 | 294.00 |
| 05/08/09 | Attend to creditor inquiries. | JXZ | 0.30 | 112.50 |
| 05/11/09 | Review Debtors' operating reports for January 2009 (1.70) prepare for meeting with ELS and JO (.80) meeting with ELS and JO re: upcoming events (.20) review motion to approve compromise 9019 DI7369 (.20) | JS | 2.90 | 710.50 |
| 05/11/09 | Telephone conference with K. Nystrom and L. Belavoca to discuss Waterfield and budgets. | MSI | 0.40 | 298.00 |
| 05/12/09 | Meeting with ELS re: hearing on 5/15 (.10) prepare for 5/15 hearing (1.50) review docket and recent pleadings (.30) | JS | 1.90 | 465.50 |
| 05/12/09 | Review Zurich 9019. | JXZ | 0.20 | 75.00 |
| 05/12/09 | Telephone conference with party re: unclaimed funds (.10); email with Berliner re: same (.10); review issues on motions (.30). | MSI | 0.50 | 372.50 |
| 05/13/09 | Review agenda for 5/15 hearing (.20) further preparation for hearing (.40) update calendar (.30) review limited objection to corrected motion of Trister (.10) | JS | 1.00 | 245.00 |
| 05/14/09 | Committee call (.60); meeting with MTP and MSI re: 5/15 hearing (.40). | ELS | 0.10 | 52.50 |
| 05/14/09 | reviewing BDO report (.40); Committee meeting (.50); Drafting meeting minutes (.80). | JO | 1.70 | 510.00 |
| 05/14/09 | Telephone conference with Paul Curnin (counsel for Strauss) re D&O settlement draft agreement (.30); review of same re Curnin's comments (.70). | JPM | 1.00 | 735.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/14/09 | Review joint pretrial order (.10) review Order sustaining debtors' 19th omnibus objection to claims (.10) review consent order re: Trister Motion (.10) review con sensual order by Deutsche Bank DI7391 (.20) review order regarding 21 omnibus objection to claims (.10) review docket (.30) file maintenance (.50) | JS | 1.40 | 343.00 |
| 05/14/09 | Review committee update (.20); committee call (.50). | JXZ | 0.70 | 262.50 |
| 05/14/09 | Review BDO report in preparation for meeting (.40); attend Committee meeting with Committee (.80); meeting with ELS re: motions on 5/15/09 hearing (.30); meeting wit MTP and ELS re: same (.40). | MSI | 1.90 | 1,415.50 |
| 05/14/09 | Meeting with MSI and ELS re strategy and approach to legal argument for tomorrow's hearing (.4); prepare for tomorrow's hearing (.8); participate in Committee call (.8) | MTP | 2.00 | 1,490.00 |
| 05/15/09 | Travel to and from Wilmington (@50%) (2.0); attend omnibus hearing in Wilmington (4.2) | MTP | 6.20 | 4,619.00 |
| 05/18/09 | Setup JXZ on courtcall for telephonic appearance of May 19th hearing (.20) review order authorizing sale of mortgage loans and REO properties (.30) review order authorizing sale of all shares of AHMB stock owned (.10) review order sustaining debtors 33 omnibus objection to claims (.10) update critical dates (.20) file maintenance (.40) | JS | 1.30 | 318.50 |
| 05/18/09 | Telephone conference with Nystrom and Berliner to discuss cash flow, causes of action and funding issues (.30); review BDO report (.20). | MSI | 0.50 | 372.50 |
| 05/19/09 | Arrange for JXZ to appear telephonically at the May 20th hearing (.20) review Order regarding debtors 31 omnibus objection to claims (.10) review letter filed by Reinard (.10) review objection to notice of auction and sale (.20) review docket (.20) file maintenance (.50) review and edit calendar (.20) | JS | 1.50 | 367.50 |
| 05/19/09 | Review outstanding issues and meeting with ELS re: same. | MSI | 0.20 | 149.00 |
| 05/20/09 | Review notices and draft minutes (1.00); review docket/recent orders (.20). | JXZ | 1.20 | 450.00 |
| 05/20/09 | Meeting with ELS and JXZ re: issues on hearing and outstanding issues. | MSI | 0.30 | 223.50 |
| 05/20/09 | Attention to multiple emails re scheduling Triad settlement proposal conference call; review supporting materials re same | MTP | 2.50 | 1,862.50 |
| 05/21/09 | Review supporting materials for Triad settlement call | MTP | 1.80 | 1,341.00 |
| 05/22/09 | Review docket and recent pleadings (.40) | JS | 0.40 | 98.00 |
| 05/22/09 | Review docket/recent orders (.10); review Mellon 9019 motion (.20). | JXZ | 0.30 | 112.50 |
| 05/26/09 | Prepare for meeting with JO re upcoming events and deadlines (.70) review docket (.20) | JS | 0.90 | 220.50 |
| 05/26/09 | Attention to creditor inquiries. | JXZ | 0.20 | 75.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/26/09 | Review emails and supporting materials, including master insurance policies re Triad settlement call | MTP | 1.90 | 1,415.50 |
| 05/27/09 | Review update (.10); calendar maintenance (.10); review Broadhollow stipulation (.10). | JXZ | 0.30 | 112.50 |
| 05/27/09 | Prepare for and participate in conference call with policyholders and Triad to consider Triad's global settlement proposal | MTP | 1.50 | 1,117.50 |
| 05/28/09 | Review committee update. | JXZ | 0.10 | 37.50 |
| 05/28/09 | Review emails re: update (.30); telephone conference with Berliner re: same (.10); draft email to the committee re: same (.20). | MSI | 0.60 | 447.00 |
| 05/28/09 | Review MSI/Berliner e-mail update to Committee | MTP | 0.20 | 149.00 |
| 05/29/09 | Review and forward debtors' monthly operating reports (.50) review response to debtors' 35 omnibus objection by Bexar County (.10) review Park National Bank's limited objection to debtors' motion to have a private sale (.20) review docket (.20) file maintenance (.30) | JS | 1.30 | 318.50 |
| 05/29/09 | Revise minutes (.10); review scheduling order/calendar maintenance (.10). | JXZ | 0.20 | 75.00 |
| 05/29/09 | Telephone conference with Beach re: potential settlement with bondholders (.30); review same (.40). | MSI | 0.70 | 521.50 |

TOTAL HOURS 79.90

TOTAL SERVICES ......................................................................$ 34,716.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| CARFARE | $461.21 |
| COURT APPEARANCE SERVICE | $90.00 |
| DUPLICATING | $153.00 |
| LEXIS | $258.10 |
| MEALS | $193.98 |
| POSTAGE | $4.95 |
| SEARCH FEES | $1.28 |
| TELEPHONE CONFERENCE CALL | $37.81 |
| TRAVEL | $573.00 |

TOTAL DISBURSEMENTS ...................................................$ 1,773.33

TOTAL FEES & DISBURSEMENTS ............................................$ 36,489.83

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 558 | Millman | 2.00 | 215.00 | 430.00 |
| 556 | Smith | 40.00 | 245.00 | 9,800.00 |
| 583 | Orbach | 2.60 | 300.00 | 780.00 |
| 493 | Zawadzki | 5.40 | 375.00 | 2,025.00 |
| 486 | Schnitzer | 2.50 | 525.00 | 1,312.50 |
| 226 | McCahey | 4.40 | 735.00 | 3,234.00 |
| 260 | Indelicato | 6.30 | 745.00 | 4,693.50 |
| 364 | Power | 16.70 | 745.00 | 12,441.50 |
| ATTY TOTAL | | 79.90 | | 34,716.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue    (33rd floor)
New York, NY 10022

Invoice number: 140235

For professional services rendered from May 1, through May 31, 2009 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
006    SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/01/09 | Preliminary review of sale motion. | JXZ | 0.40 | 150.00 |
| 05/07/09 | Review First American Capital bid documents | DDG | 0.20 | 139.00 |
| 05/08/09 | Review objection to bank sale, conference  call with Young Conway, Zolfo, Milestone, MSI re: bidding, objection (.70); conference regarding Union Federal, miscellaneous issues (.10); review revised loan bid (.10) | DDG | 0.90 | 625.50 |
| 05/08/09 | Telephone conference with Kroll, YCST and BDO to discuss issues on bank sale and strategy going forward (.80); review same (.50). | MSI | 1.30 | 968.50 |
| 05/08/09 | Participate in conference call with Debtors and Milestone over scratch & dent sale and AH Bank sale | MTP | 1.20 | 894.00 |
| 05/10/09 | Review  bid term sheet from three bidders | MTP | 1.20 | 894.00 |
| 05/11/09 | Review miscellaneous bids and comparison charts (1.60); conference call with MTP, Young Conaway, Milestone, Kroll and conferences with MTP regarding bids (.80) | DDG | 2.40 | 1,668.00 |
| 05/11/09 | Review emails re: sale. | MSI | 0.30 | 223.50 |
| 05/11/09 | Review various bids received in scratch and dent sales (2.70); conference calls with Debtors and Milestone and BDO to discuss bids (1.20); review emails re no bid for the AH Bank stock (.30) | MTP | 4.20 | 3,129.00 |
| 05/12/09 | Two conference calls regarding loan sales with Milestone, Young Conaway, Kroll, MTP (2.00); review revised bids and charts, conferences regarding same (.40) | DDG | 2.40 | 1,668.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/12/09 | Review opposition papers. | JXZ | 0.30 | 112.50 |
| 05/12/09 | Review emails and meeting with MTP re: sales. | MSI | 0.30 | 223.50 |
| 05/12/09 | Participate in conference call with Debtors on initial bids for auction sale (1.00); review various bids and proposed revisions (2.50) | MTP | 3.50 | 2,607.50 |
| 05/13/09 | Miscellaneous e-mails regarding loan auction | DDG | 0.30 | 208.50 |
| 05/13/09 | Emails with MTP/D. Berliner re: loan auction. | JXZ | 0.10 | 37.50 |
| 05/13/09 | Prepare for and travel to and from (@50%) and attend auction of scratch and dent loans at Young Conaway (8.50); follow up discussion with Sean beach re open issues in case (.80); review revised sale orders for various sales of loans  and AH Bank (1.50) | MTP | 10.80 | 8,046.00 |
| 05/14/09 | Miscellaneous e-mails and conferences regarding Cadle loan sale issue | DDG | 0.20 | 139.00 |
| 05/15/09 | Review mark up language on BanCorp sale order and e-mail YCST re same; e-mails with debtors re issues with Cadle closing. | MTP | 0.70 | 521.50 |
| 05/18/09 | E-mails with Kostoulis, MTP regarding loan sale issue | DDG | 0.10 | 69.50 |
| 05/19/09 | Review letter terminating contract or reducing pricing of the Mt. Prospect property (.40); email to BDO re: same (.10). | MSI | 0.50 | 372.50 |
| 05/20/09 | Preliminary review of sale orders. | JXZ | 0.30 | 112.50 |
| 05/22/09 | Review correspondence re: sale. | JXZ | 0.10 | 37.50 |
| 05/29/09 | Review objection to Mt. Prospect sale (.10); review notice of sale and emails ELS re: same (.10). | JXZ | 0.20 | 75.00 |

TOTAL HOURS                    31.90

TOTAL SERVICES ................................................................$    22,922.50

DISBURSEMENT SUMMARY

SEARCH FEES                                                    $2.64

TOTAL DISBURSEMENTS .............................................$      2.64

TOTAL FEES & DISBURSEMENTS ............................................$    22,925.14

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 1.40 | 375.00 | 525.00 |
| 426 | Grubman | 6.50 | 695.00 | 4,517.50 |
| 260 | Indelicato | 2.40 | 745.00 | 1,788.00 |
| 364 | Power | 21.60 | 745.00 | 16,092.00 |
| ATTY TOTAL | | 31.90 | | 22,922.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140235

For professional services rendered from May 1, through May 31, 2009 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 007 | PROFESSIONIAL FEES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/12/09 | Review YCST's January fee application (.50) review Allen & Overy's January fee application (.20) update summary fee chart (.20) calendar events (.10) file maintenance (.20) | JS | 1.20 | 294.00 |
| 03/13/09 | Review Quinn Emanuel's December fee application (.20) review Quinn Emanuel's January fee application (.20) update summary fee chart (.10) Calendar and file maintenance (.20) | JS | 0.70 | 171.50 |
| 03/17/09 | Review Cadwalader, Wickersham's Quarterly fee application (.30) review Debtors' professionals quarterly fee applications (.60) update summary fee chart (.20) prepare for fee hearing (.60) | JS | 1.70 | 416.50 |
| 03/27/09 | Review YCST's February fee application (.50) update summary fee chart (.20) calendar events (.10) | JS | 0.80 | 196.00 |
| 03/30/09 | Review Zolfo's fee application (.20) | JS | 0.20 | 49.00 |
| 05/04/09 | Revise and edit limited objections to fees of the Borrowers' committee (.40); emails and discussions with ELS, JO and Patrick Jackson re: same (.20). | MSI | 0.60 | 447.00 |
| 05/05/09 | Review Allen & Overy fee application (.30) update fee summary chart (.10) | JS | 0.40 | 98.00 |
| 05/06/09 | Review fee applications and draft summary (.30); review opposition papers (.20). | JXZ | 0.50 | 187.50 |
| 05/08/09 | Review certifications (.10); emails JPM, MSI re: mediator fees (.10). | JXZ | 0.20 | 75.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/12/09 | Review first and final application of Margot Saunders (.30) review YCST's March fee application (.50) update summary fee chart (.30) | JS | 1.10 | 269.50 |
| 05/12/09 | Review certification. | JXZ | 0.10 | 37.50 |
| 05/13/09 | Review Saunders fee application and draft email to MTP and MSI re: same (.40); review Jackson brief and phone call with debtors' counsel re: same (.50). | ELS | 0.90 | 472.50 |
| 05/13/09 | E-mails with ELS re Saunders fee application | MTP | 0.10 | 74.50 |
| 05/14/09 | Email ELS re: certain fee applications. | JXZ | 0.10 | 37.50 |
| 05/19/09 | Review application for compensation for February through March (.30) review BDO's fee application (.10) update summary fee chart (.20) | JS | 0.60 | 147.00 |
| 05/20/09 | Review certifications. | JXZ | 0.10 | 37.50 |
| 05/21/09 | Review fee applications, draft summaries (.50); review certifications (.10). | JXZ | 0.60 | 225.00 |
| 05/22/09 | Review fee application for Traxi, LLC (April) (.30) update summary fee chart (.10) | JS | 0.40 | 98.00 |
| 05/22/09 | Review fee applications, draft summaries and email MSI re: same. | JXZ | 0.70 | 262.50 |
| 05/26/09 | Call M. Greecher re: NWT order (.10); review draft order/documents re: NWT and emails MSI re: same (.20). | JXZ | 0.30 | 112.50 |
| 05/27/09 | Meetings with MTP, MSI and email M. Greecher re: NWT order. | JXZ | 0.20 | 75.00 |
| 05/27/09 | Meeting with MSI & JXZ re NWT order and our position | MTP | 0.20 | 149.00 |
| 05/29/09 | Itemize H&H's fees and expenses for Sept - May to submit to borrowers committee (1.50) | JS | 1.50 | 367.50 |

TOTAL HOURS          13.20

TOTAL SERVICES ......................................................................... $          4,300.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                                    $0.30

TOTAL DISBURSEMENTS ............................................................ $          0.30

TOTAL FEES & DISBURSEMENTS............................................ $          4,300.30

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 8.60 | 245.00 | 2,107.00 |
| 493 | Zawadzki | 2.80 | 375.00 | 1,050.00 |
| 486 | Schnitzer | 0.90 | 525.00 | 472.50 |
| 260 | Indelicato | 0.60 | 745.00 | 447.00 |
| 364 | Power | 0.30 | 745.00 | 223.50 |
| ATTY TOTAL | | 13.20 | | 4,300.00 |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140235

For professional services rendered from May 1, through May 31, 2009 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
008          AVOIDANCE ACTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/05/09 | Call with ELS re: D&O transfers. | JXZ | 0.10 | 37.50 |
| 05/29/09 | Preliminary review of preference analysis and emails D. Berliner, ELS re: same. | JXZ | 0.60 | 225.00 |

TOTAL HOURS                                         0.70

TOTAL SERVICES ........................................................................$       262.50

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.70 | 375.00 | 262.50 |
| ATTY TOTAL | | 0.70 | | 262.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140235

For professional services rendered from May 1, through May 31, 2009 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
009           LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/16/09 | Conversation with JT regarding document production (.40) research re: same (2.60) | JS | 3.00 | 735.00 |
| 03/18/09 | Review email from JT re: document production from Delloite & Touche (.20) research regarding same (3.20) create a list of all open Adversary Proceedings for ELS (1.20) research decisions in Adv Pro for ELS (2.40) | JS | 7.00 | 1,715.00 |
| 03/24/09 | Meeting with JT re: document product by Debtors (.20) research and document review re: same (2.10) | JS | 2.30 | 563.50 |
| 03/30/09 | Review Adv Pro to prepare for meeting with ELS re status | JS | 2.00 | 490.00 |
| 05/01/09 | Email conversation with BDO/RJM/JPM re: accounting employees (.10); reviewed JPM's draft of settlement agreement (.50); email conversation with JPM/RJM/MTP re: same (.10). | CJK | 0.70 | 339.50 |
| 05/01/09 | Meeting with JPM re: D&O settlement agreement. | ELS | 0.20 | 105.00 |
| 05/01/09 | Meeting with ELS re: comments to settlement agreement (.10); revise and edit same (.80). | MSI | 0.90 | 670.50 |
| 05/01/09 | Review/edit draft D&O settlement agreement and comments re same. | RJM | 0.70 | 392.00 |
| 05/02/09 | Email conversation with JPM/RJM/MTP re: draft settlement agreement. | CJK | 0.10 | 48.50 |
| 05/02/09 | Emails with RJM re comments to draft D&O settlement. | JPM | 0.30 | 220.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/04/09 | Review of MSI comments to draft D&O settlement agreement and confer with him re same (.50); substantially revise D&O settlement agreement (4.0); confer with RJM re same (.10); email to team re changes (.30). | JPM | 4.90 | 3,601.50 |
| 05/04/09 | Review and comment on D&O settlement agreement (.80) | MTP | 0.80 | 596.00 |
| 05/05/09 | Email conversation with JPM/MTP/RJM re: revised settlement agreement (.10); reviewed revised settlement agreement (.30). | CJK | 0.40 | 194.00 |
| 05/05/09 | Revise D&O settlement agreement and circulate to counsel for D&Os, insurers and Debtors (2.00); confer with RJM re agreement (.20). | JPM | 2.20 | 1,617.00 |
| 05/05/09 | Confer with D. Berliner re Deloitte issues (.10); review of emails re BDO contract with Debtors' former attorneys (.30). | JPM | 0.40 | 294.00 |
| 05/06/09 | Review of Strauss, Hozie & Bernstein net worth representation issues (.40); confer with MTP re same (.20). | JPM | 0.60 | 441.00 |
| 05/07/09 | Email conversation with BDO/JPM/RJM re: accounting employees. | CJK | 0.10 | 48.50 |
| 05/11/09 | Research and revise service list for Triad (3.40) | JS | 3.40 | 833.00 |
| 05/12/09 | Email conversation with JPM/RJM/BDO/other parties re: draft settlement agreement. | CJK | 0.10 | 48.50 |
| 05/12/09 | Various emails re D&O settlement stipulation (.50); review same (.30). | JPM | 0.80 | 588.00 |
| 05/12/09 | Review Adversary dockets to update critical dates and calendar (.50) further update on service list (.70) | JS | 1.20 | 294.00 |
| 05/13/09 | Phone call with John Segreto regarding contact list (.20) update list (.20) | JS | 0.40 | 98.00 |
| 05/13/09 | Review motions for relief, responses and reply and discuss with ELS. | MSI | 0.60 | 447.00 |
| 05/18/09 | Review issues discussed with D&O's counsel re draft D&O settlement agreement (1.00). | JPM | 1.00 | 735.00 |
| 05/19/09 | Email conversation with JPM/RJM/other parties re: revised settlement agreement (.20); reviewed revised settlement agreement (.30). | CJK | 0.50 | 242.50 |
| 05/19/09 | Review revised D&O settlement agreement and JPM's emails re: same. | ELS | 0.70 | 367.50 |
| 05/19/09 | Review of revised settlement agreement forwarded by D&Os (1.50); internal emails re same (.80); emails with debtors' counsel re same (.10); confer with MTP re same (.20); confer with MSI re same (.10); emails with counsel for Johnston re same (.20). | JPM | 2.90 | 2,131.50 |
| 05/19/09 | Review and edit latest draft of D&O settlement with directors' comments. | MSI | 1.10 | 819.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/19/09 | Review revised D&O settlement agreement and multiple e-mails re same (1.30); discussions with MSI & JPM re requirements for proof of financial worth by D&Os (.50); multiple e-mails with opposing counsel re draft representations (.40) | MTP | 2.20 | 1,639.00 |
| 05/20/09 | Email correspondence with JPM, RJM, BDO re interviews of accounting employees (.10); email correspondence with JPM, RJM re D&Os' comments to revised settlement agreement (.30). | CJK | 0.40 | 194.00 |
| 05/20/09 | Meeting with JPM re: D&O settlement and emails re: same. | ELS | 0.60 | 315.00 |
| 05/20/09 | Confer with MSI re D&O comments to settlement agreement (.30); telephone conference with Sean Beach (counsel for debtors) re same and debtors' comments to settlement agreement (.30); prepare for telephone conference with D&O counsel (.50); telephone conference with Paul Curnin, counsel for Strauss, re D&O comments and Committee's response (.40); internal emails re discussion with Curnin (.30); confer with MSI re same (.10); review D&O settlement agreement (1.50); review and revise net worth representation (.70); confer with ELS re D&O Agreement (.10); emails with ELS re paragraph 7 of stipulation (.20); email Blank Rome re Agreement (.10); email to Paul Curnin re revised paragraph 7 and re Net Worth Representation (.30). | JPM | 4.80 | 3,528.00 |
| 05/20/09 | Meeting with JPM re: comments to D&O settlement agreement (.20); review and edit same (.90); review emails re: outstanding issues (.30). | MSI | 1.40 | 1,043.00 |
| 05/20/09 | Attention to e-mails with opposing counsel & JPM, MSI re D&O settlement stipulation language on net worth representations | MTP | 1.10 | 819.50 |
| 05/21/09 | Emails and meeting with JPM re: D&O settlement (.30); meeting with JPM re: Johnston bonus payment (.20); phone call with Johnston re: bonus payment (.40); phone call with Berliner re: same (.20). | ELS | 1.10 | 577.50 |
| 05/21/09 | Emails with Sean Beach re D&O Agreement (.40); emails with ELS re same (.30); confer with ELS re D&O agreement (.30); telephone conference with Sean Beach re D&O Agreement (.30); review of documents from Sean Beach re Strauss (.40); telephone conference with M. King (attorney for Johnston) re $1.3M May 2006 payment (.30); confer with ELS re same (.30); revise net worth statement (.50); revise agreement (.80); telephone conference with Paul Curnin (.20). | JPM | 3.80 | 2,793.00 |
| 05/21/09 | Review revisions to the settlement agreement and numerous emails and comments related to the settlement. | MSI | 0.90 | 670.50 |
| 05/21/09 | Review JPM e-mail exchange with Young Conaway re D&O settlement issues; review comments to D&O settlement agreement | MTP | 0.80 | 596.00 |
| 05/22/09 | Review of draft settlement agreement with D&Os (.50). | JPM | 0.50 | 367.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/26/09 | Review adversary docket for updates in cases and preparation for weekly update meeting (.40) | JS | 0.40 | 98.00 |
| 05/27/09 | Email correspondence with BDO, JPM and RJM re meeting (.20). | CJK | 0.20 | 97.00 |
| 05/27/09 | Emails with JAMS re payment of mediator's invoice (.10); telephone conference with attorney for Strauss re D&O settlement draft (.10). | JPM | 0.20 | 147.00 |
| 05/28/09 | Email correspondence with JPM, RJM re 5/29 meeting with BDO (.10); review SEC complaint, BDO's draft report and other pertinent materials for 5/29 meeting with BDO (2.50); email correspondence with JPM, RJM, MTP, MSI re net worth representations in settlement agreement (.20); email correspondence with BDO re meeting and memorandum (.10). | CJK | 2.90 | 1,406.50 |
| 05/28/09 | Telephone conference with Paul Curnin (counsel for Strauss) re D&O settlement issues (net worth representation) (.40); internal emails re same (.40); confer with MTP re same (.20); confer with ELS re Johnston issues (.10). | JPM | 1.10 | 808.50 |
| 05/28/09 | Attention to e-mails/discussion with JPM and CJK re Straus D&O settlement agreement (.60) | MTP | 0.60 | 447.00 |
| 05/29/09 | Attend meeting at BDO with JPM (2.0); review binder of materials provided by BDO (1.0); review S. Grable's prior memorandum re in pari delicto/Wagoner rule, NYLJ article re Bullmore decision and the Bullmore decision (2.0); email correspondence with JPM re same (.10). | CJK | 5.10 | 2,473.50 |

TOTAL HOURS    67.40

TOTAL SERVICES ........................................................................ $    36,696.50

DISBURSEMENT SUMMARY

DUPLICATING    $27.70

TOTAL DISBURSEMENTS ............................................. $    27.70

TOTAL FEES & DISBURSEMENTS ............................................. $    36,724.20

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 19.70 | 245.00 | 4,826.50 |
| 931 | Kang | 10.50 | 485.00 | 5,092.50 |

| 486 | Schnitzer | 2.60 | 525.00 | 1,365.00 |
| 952 | Malatak | 0.70 | 560.00 | 392.00 |
| 226 | McCahey | 23.50 | 735.00 | 17,272.50 |
| 260 | Indelicato | 4.90 | 745.00 | 3,650.50 |
| 364 | Power | 5.50 | 745.00 | 4,097.50 |
| ATTY TOTAL | | 67.40 | | 36,696.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140235

For professional services rendered from May 1, through May 31, 2009 in connection with the following:

> 703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
> 010        PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 03/19/09 | Research and pull document for CAJ regarding plan supplement documents (3.10) | JS | 3.10 | 759.50 |
| 05/08/09 | Telephone conference with K. Nystrom re: dealing with issues for effective date. | MSI | 0.30 | 223.50 |

|  | TOTAL HOURS | 3.40 |
|--|-------------|------|

TOTAL SERVICES ........................................................................ $    983.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                              $46.80

TOTAL DISBURSEMENTS ............................................................ $    46.80

TOTAL FEES & DISBURSEMENTS ............................................. $    1,029.80

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 3.10 | 245.00 | 759.50 |
| 260 | Indelicato | 0.30 | 745.00 | 223.50 |
| ATTY TOTAL | | 3.40 | | 983.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140235

For professional services rendered from May 1, through May 31, 2009 in connection with the following:

703159  AMERICAN HOME MORTGAGE HOLDINGS, INC.
011   EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/01/09 | Review documents re: WARN (4.80); meeting with MSI and conference calls with debtors re: WARN issues/litigation strategy (1.30). | JXZ | 6.10 | 2,287.50 |
| 05/01/09 | Review emails from YCST re: time line for plaintiff's counsel (.60); review report (.30); attend conference call with Holt, Beach, Arnoff and JXZ in preparation for meeting (.80); telephone conference with BDO re: settlement alternatives (.20). | MSI | 1.90 | 1,415.50 |
| 05/02/09 | Review documents re: WARN. | JXZ | 0.90 | 337.50 |
| 05/04/09 | Review documents re; WARN and call/email RJM re: same (.70); review settlement scenarios (.10); meeting with MSI re: WARN issues (.10); emails M. Minella re: settlement conference (.10). | JXZ | 1.00 | 375.00 |
| 05/04/09 | Telephone conference with M. Olsen and S. Miller re: meeting (.20); review documents in preparation for meeting (.70). | MSI | 0.90 | 670.50 |
| 05/05/09 | Review documents re: WARN, meetings with MSI and settlement conference with Debtors, BDO and Class (7.40); review discovery notice (.10). | JXZ | 7.50 | 2,812.50 |
| 05/05/09 | Review material in preparation for meeting (.60); attend meeting with debtor and plaintiffs to attempt to settle the WARN litigation (6.00); meeting with S. Beach and MTP re: settlement (.20). | MSI | 6.80 | 5,066.00 |
| 05/06/09 | Review documents re: WARN. | JXZ | 0.40 | 150.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/06/09 | Draft memo to the committee re: proposed elements of settlement (.80); review issues to address in settlement agreement (.60). | MSI | 1.40 | 1,043.00 |
| 05/07/09 | Review memo re: WARN settlement. | JXZ | 0.10 | 37.50 |
| 05/08/09 | Meeting with MSI re: settlement (.10); review documents re: WARN (.20). | JXZ | 0.30 | 112.50 |
| 05/09/09 | Review documents and draft settlement agreement. | JXZ | 5.40 | 2,025.00 |
| 05/10/09 | Review documents re: WARN and raft settlement. | JXZ | 2.80 | 1,050.00 |
| 05/11/09 | Meetings/emails/calls with MSI, M. Olsen re: settlement (.20); review documents re: WARN and draft settlement agreement (8.80). | JXZ | 9.00 | 3,375.00 |
| 05/11/09 | Meeting with JXZ re: settlement, review issues. | MSI | 0.50 | 372.50 |
| 05/12/09 | Review/revise settlement agreement (2.70); meetings/emails with MSI, M. Minella re: same (.20). | JXZ | 3.00 | 1,125.00 |
| 05/12/09 | Revise and edit settlement with WARN plaintiffs (1.10); meeting with JXZ re: same (.20); telephone conference with M. Olsen re: same (.10). | MSI | 1.40 | 1,043.00 |
| 05/13/09 | Email S. Holt re: settlement agreement (.10); review documents re: WARN and draft 9019 motion (8.50); meeting with MSI re: settlement/approval documents (.10). | JXZ | 8.70 | 3,262.50 |
| 05/14/09 | Email M. Olsen re: settlement (.10); review documents and draft 9019 motion and related pleadings (4.20). | JXZ | 4.30 | 1,612.50 |
| 05/14/09 | Review emails and issues on settlement, cash flow and procedures. | MSI | 0.60 | 447.00 |
| 05/15/09 | Revise settlement agreement and draft motions to approve/file exhibits under seal and related pleadings. | JXZ | 5.10 | 1,912.50 |
| 05/18/09 | Review/revise settlement agreement (1.70); emails/meetings with MSI, D. Berliner, T. Cheek re: settlement agreement (.40). | JXZ | 2.10 | 787.50 |
| 05/19/09 | Review/revise settlement agreement (.90); email D. Berliner, MSI re: withholding issues. | JXZ | 1.00 | 375.00 |
| 05/20/09 | Meetings/emails with MSI, S. Holt, D. Berliner re: WARN settlement. | JXZ | 0.20 | 75.00 |
| 05/21/09 | Review documents re: WARN. | JXZ | 0.40 | 150.00 |
| 05/22/09 | Review documents re: WARN/revise settlement agreement (.90); review withholding issue (.40). | JXZ | 1.30 | 487.50 |
| 05/26/09 | Review documents/revise WARN settlement agreement and emails S. Holt, MSI, D. Berliner re: same (1.80); review/revise 9019 motion (1.20); review research re: withholding (.20). | JXZ | 3.20 | 1,200.00 |
| 05/26/09 | Revise and edit settlement agreement and draft email to JXZ re: same. | MSI | 0.90 | 670.50 |
| 05/27/09 | Meetings/calls with MSI re: WARN issues (.20); review documents and review/revise settlement agreement, 9019 motion, motion to seal and related pleadings (5.60). | JXZ | 5.80 | 2,175.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/27/09 | Meeting with JXZ re: various claims and issues on settlement agreement; review same and emails. | MSI | 0.30 | 223.50 |
| 05/28/09 | Review/revise settlement agreement (.90); call S. Holt re: 9019 (.10). | JXZ | 1.00 | 375.00 |
| 05/29/09 | Revise WARN settlement agreement and circulate to counsel (.40); emails M. Olsen, D. Berliner re: same (.10). | JXZ | 0.50 | 187.50 |
| 05/29/09 | Review and respond to emails from M. Olsen re: settlement and issues. | MSI | 0.30 | 223.50 |

TOTAL HOURS      85.10

TOTAL SERVICES .................................................... $   37,462.50

DISBURSEMENT SUMMARY

CARFARE      $187.58

DUPLICATING      $105.00

MEALS      $562.60

OVERNIGHT DELIVERY      $56.74

SEARCH FEES      $10.32

TOTAL DISBURSEMENTS ...................................... $   922.24

TOTAL FEES & DISBURSEMENTS ........................... $   38,384.74

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 493 | Zawadzki | 70.10 | 375.00 | 26,287.50 |
| 260 | Indelicato | 15.00 | 745.00 | 11,175.00 |
| ATTY TOTAL | | 85.10 | | 37,462.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140235

For professional services rendered from May 1, through May 31, 2009 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
012        CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/04/09 | Review responses to claims objections. | JXZ | 0.10 | 37.50 |
| 05/12/09 | Review claims objections, responses to claims objections, motion to reinstated claims. | JXZ | 0.60 | 225.00 |
| 05/18/09 | Review docket/documents re: Calyon claim and meetings with JWS, MSI, ELS re: same (.50). | JXZ | 0.50 | 187.50 |
| 05/18/09 | Review submissions in connection with Calyon deficiency claim trial; discuss same with YC | MTP | 4.20 | 3,129.00 |
| 05/19/09 | Hearing preparation (.80); attend Calyon hearing (5.30); meeting with MTP re: Calyon trial (.10). | JXZ | 6.20 | 2,325.00 |
| 05/19/09 | Review disposition transcripts, expert reports and various pleadings re Calyon deficiency claim allowance issues; discuss same with Young Conaway and JXZ. | MTP | 5.70 | 4,246.50 |
| 05/20/09 | Attend Calyon claims trial (2.70); review numerous claims orders (.50); review responses/notices (.10). | JXZ | 3.30 | 1,237.50 |
| 05/21/09 | Review response to claims objections. | JXZ | 0.10 | 37.50 |
| 05/22/09 | Review docket/notices. | JXZ | 0.10 | 37.50 |
| 05/28/09 | Emails with Young Conaway re final post-trial submissions on Calyon deficiency claim | MTP | 0.70 | 521.50 |
| 05/29/09 | Review responses/order re: claims objection. | JXZ | 0.20 | 75.00 |

TOTAL HOURS          21.70

| DATE | SERVICES | | ATTY | HOURS | VALUE |
|------|----------|---|------|-------|-------|

TOTAL SERVICES ........................................................... $     12,059.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 493 | Zawadzki | 11.10 | 375.00 | 4,162.50 |
| 364 | Power | 10.60 | 745.00 | 7,897.00 |
| ATTY TOTAL | | 21.70 | | 12,059.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140235

For professional services rendered from May 1, through May 31, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
013       INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/20/09 | Emails with BDO re Deloitte (.20). | JPM | 0.20 | 147.00 |
| 05/21/09 | Emails with BDO and confer with RJM re Deloitte issues (.20). | JPM | 0.20 | 147.00 |
| 05/26/09 | Review of Deloitte materials (3.00). | JPM | 3.00 | 2,205.00 |
| 05/27/09 | Emails re meeting with BDO re Deloitte (.20); review of BDO materials and SEC complaint re accounting issues (2.80). | JPM | 3.00 | 2,205.00 |
| 05/28/09 | Review of BDO memorandum re Deloitte issues (1.50); emails with RJM, CJK and AP re Deloitte issues (.30); review of notes re Deloitte (.50). | JPM | 2.30 | 1,690.50 |
| 05/29/09 | Meet at BDO re Deloitte issues (2.70); confer with CJK re same (.30); review of materials provided by BDO re Deloitte (1.00); review of potential Waggoner/pari delecto issues re Deloitte (.50); draft letter to Deloitte's counsel re 2006 audit workpapers and PCAOB report (1.00). | JPM | 5.50 | 4,042.50 |
| 05/29/09 | Confer with MSI re D&O settlement issues (.10); detailed email to Paul Curnin (counsel for Strauss) re D&O settlement issues (1.0). | JPM | 1.10 | 808.50 |

TOTAL HOURS                        15.30

TOTAL SERVICES ........................................................................$      11,245.50

DISBURSEMENT SUMMARY

| | |
|---|---:|
| DUPLICATING | $13.80 |
| LEXIS | $4.48 |

TOTAL DISBURSEMENTS ............................................................$      18.28

TOTAL FEES & DISBURSEMENTS............................................$   11,263.78

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 226 | McCahey | 15.30 | 735.00 | 11,245.50 |
| ATTY TOTAL | | 15.30 | | 11,245.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140235

For professional services rendered from May 1, through May 31, 2009 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
014        TRIAD WORKOUT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/04/09 | Communications to/from counsel for Triad, re: approval of letter (.20); Communications to/from MTP, re: service list (.20); Attention to review of service list revisions (.10). | CAJ | 0.50 | 262.50 |
| 05/11/09 | Revise Triad settlement letter (.20); Communication with MTP, Triad settlement letter (.10); Communications to/from J. Smith, re: financial institutions ad hoc committee (.10) and extensive research financial institutions contact information (1.60) and revision of list (.60). | CAJ | 2.60 | 1,365.00 |
| 05/12/09 | Attention to issues related to service list and correspondence to financial institutions (3.40); Communications to/from MTP, re: same (.20); Follow-up revisions to proposed service list (.90) and multiple communications to/from J .Smith, re: same (.40). | CAJ | 4.90 | 2,572.50 |
| 05/13/09 | Communications to/from Triad's counsel (.20); Attention to drafting/revising/reviewing letters (4.60). | CAJ | 4.80 | 2,520.00 |
| 05/14/09 | Attention to drafting/revising letters to financial institutions (4.60) and attention to all aspects of communicating with financial institutions and their respective counsel, re: letters (1.80); Communications to R. Rice (.10) and Sean Beach (.10), re: forward letters sent to financial institutions; Communications to/from one of the financial institutions (.20). | CAJ | 6.80 | 3,570.00 |
| 05/18/09 | Communications from/to several financial institutions, re: proposed settlement (.20); Communication with MTP, re: same (.10). | CAJ | 0.30 | 157.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/19/09 | Communication to/from MTP, re: proposal for conference call (.10); Communication to/from counsel for Triad, re: same (.30); Draft proposed e-mail to financial institutions (.50) and communication with MTP, re: forward same (.10). | CAJ | 1.00 | 525.00 |
| 05/20/09 | Communication to/from counsel for Triad (.10); Attention to drafting and sending e-mail communications to 15 financial institutions with respect to planning conference call on May 27 (2.30); Communications from/to JPMorgan (.20); Communications from/to Wells Fargo (.20); Communication from/to counsel for Deutsche Bank (.20); Attention to additional communication from/to counsel for Wells Fargo (.10). | CAJ | 3.10 | 1,627.50 |
| 05/21/09 | Communications with Scott Lechner, re: May 27 conference call (2 @ .10/each); Research and communication with Credit Suisse, re: May 27 conference call (.30); Research and communication with CitiMortgage, re: May 27 conference call (.40); Research and communication with counsel for UBS, re: May 27 conference call (.20); Communication with Fannie Mae, re: May 27 conference call (.10); Communications to/from MTP (.10) and Deutsche Bank, re: May 27 conference call (.10); Additional communication with MTP, re: inquiry from Deutsche Bank (.10); Communication with RBS confirming that it will not attend conference call on May 27 (.10); Draft summary of entities attending conference call on May 27 (.40) and communication with MTP, re: forward same (.10). | CAJ | 2.10 | 1,102.50 |
| 05/22/09 | Communications from/to R. Antonoff (.10); Attention to draft communication to R. Antonoff, re: respond to questions (.30); Attention to draft communication to D. Drebsky, re: respond to questions (.20). | CAJ | 0.60 | 315.00 |
| 05/23/09 | Attention to communication to R. Rice, re: forward names of those to attend call on May 27 (.20); Communications to/from MTP and communication to R. Rice, re: agenda for May 27 call (.20). | CAJ | 0.40 | 210.00 |
| 05/26/09 | Communications from/to Aurora (affiliate of Lehman), re: May 27 conference call (.20); Communication with MTP, re: same (.10); Attention to communications with R. Rice (Triad's counsel), re: May 27 conference call (.30). | CAJ | 0.60 | 315.00 |
| 05/27/09 | Attention to more than three dozen written communications and telephone calls with a dozen financial institutions with respect to planned conference call at 4:00 pm, including answering questions and forwarding agenda and dial-in information (2.70); Plan for call at 4:00 pm (.40); Attend conference call with MTP, counsel for Triad, representatives of Triad and financial institutions (.80); Attention to drafting more than two dozen communications and follow-up telephone calls to/from financial institutions regarding issues raised on call (1.70). | CAJ | 5.60 | 2,940.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 05/28/09 | Communications to/from counsel for CitiMortgage, re: conference call on June 3 (.20); Communications to/from Barclays Capital, re: planning issues (.10); Additional communications from/to CS-First Boston, re: May 27 conference call with Triad and follow-up (.20); Communications to/from FannieMae, re: forward documents (.20); Communication from/to counsel for UBS, re: documents from Triad (.20). | CAJ | 0.90 | 472.50 |
| 05/29/09 | Communications to/from Fannie Mae, re: June 3 conference call (.20); Communications to/from Merrill Lunch, re: June 3 conference call (.20); Communications to/from JPMorgan, re: June 3 conference call (.20); Additional communications to CS-First Boston, re: ad hoc committee issues (.10); Additional communication to FannieMae, re: insurance policies (.10); Multiple communications from/to counsel for CitiMortgage, re: agenda items (.20); Communications from/to Goldman Sachs, re: May 27 conference call with Triad (.10). | CAJ | 1.10 | 577.50 |
| 05/31/09 | Draft agenda (.30) and communication with MTP, re: forward same (.10). | CAJ | 0.40 | 210.00 |

TOTAL HOURS        35.70

TOTAL SERVICES ........................................................................ $   18,742.50

DISBURSEMENT SUMMARY

| COURIER SERVICE | $13.78 |
|-----------------|--------|
| DUPLICATING | $20.80 |
| OVERNIGHT DELIVERY | $49.52 |
| TELEPHONE CONFERENCE CALL | $122.83 |

TOTAL DISBURSEMENTS ............................................... $   206.93

TOTAL FEES & DISBURSEMENTS ............................................ $   18,949.43

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 588 | Jarvinen | 35.70 | 525.00 | 18,742.50 |
| ATTY TOTAL | | 35.70 | | 18,742.50 |