# Exhibit C

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 5/5/2009 | Indelicato, Mark S | CAR | $134.54 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 112579; DATE: 5/12/2009 |
| 5/5/2009 | Power, Mark | CAR | $98.94 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 112579; DATE: 5/12/2009 |
| 5/6/2009 | Power, Mark | CAR | $102.51 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 112579; DATE: 5/12/2009 |
| 5/11/2009 | Zawadzki, Jeffrey | CAR | $53.04 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 584865; DATE: 5/15/2009 |
| 5/13/2009 | Power, Mark | CAR | $8.00 | VENDOR: POWER, MARK T.; INVOICE#: 21; DATE: 6/10/2009 |
| 5/13/2009 | Power, Mark | CAR | $8.00 | VENDOR: POWER, MARK T.; INVOICE#: 21; DATE: 6/10/2009 |
| 5/13/2009 | Power, Mark | CAR | $9.00 | VENDOR: POWER, MARK T.; INVOICE#: 21; DATE: 6/10/2009 |
| 5/13/2009 | Zawadzki, Jeffrey | CAR | $53.04 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 586282; DATE: 5/31/2009 |
| 5/14/2009 | Schnitzer, Edward L. | CAR | $11.60 | VENDOR: PETTY CASH; INVOICE#: 052909; DATE: 5/29/2009 |
| 5/14/2009 | Zawadzki, Jeffrey | CAR | $53.04 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 586282; DATE: 5/31/2009 |
| 5/15/2009 | Power, Mark | CAR | $11.00 | VENDOR: POWER, MARK T.; INVOICE#: 21; DATE: 6/10/2009 |
| 5/20/2009 | Zawadzki, Jeffrey | CAR | $53.04 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 586282; DATE: 5/31/2009 |
| 5/27/2009 | Zawadzki, Jeffrey | CAR | $53.04 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 587613; DATE: 6/15/2009 |
| | | | $648.79 | |
| 5/29/2009 | Jarvinen, Christopher A. | COUR | $6.89 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 086206; DATE: 5/31/2009 |
| 5/29/2009 | Jarvinen, Christopher A. | COUR | $6.89 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 086206; DATE: 5/31/2009 |
| | | | $13.78 | |
| 5/26/2009 | Power, Mark | COURT | $90.00 | VENDOR: POWER, MARK T.; INVOICE#: 22; DATE: 8/17/2009 |
| 5/1/2009 | | DUPL | $0.20 | |
| 5/1/2009 | | DUPL | $0.20 | |
| 5/1/2009 | | DUPL | $1.90 | |
| 5/1/2009 | | DUPL | $2.30 | |
| 5/1/2009 | | DUPL | $1.60 | |
| 5/1/2009 | | DUPL | $1.80 | |
| 5/1/2009 | | DUPL | $2.70 | |
| 5/1/2009 | | DUPL | $4.80 | |
| 5/1/2009 | | DUPL | $3.20 | |
| 5/1/2009 | | DUPL | $5.90 | |
| 5/1/2009 | | DUPL | $0.20 | |
| 5/1/2009 | | DUPL | $0.90 | |
| 5/1/2009 | | DUPL | $3.30 | |
| 5/1/2009 | | DUPL | $3.40 | |
| 5/1/2009 | | DUPL | $1.00 | |
| 5/1/2009 | | DUPL | $0.20 | |

| Date | Name | Type | Amount |
|---|---|---|---|
| 5/1/2009 | | DUPL | $3.10 |
| 5/1/2009 | | DUPL | $0.10 |
| 5/1/2009 | | DUPL | $0.30 |
| 5/1/2009 | | DUPL | $0.30 |
| 5/1/2009 | | DUPL | $1.40 |
| 5/1/2009 | | DUPL | $1.60 |
| 5/4/2009 | | DUPL | $1.50 |
| 5/4/2009 | | DUPL | $0.40 |
| 5/4/2009 | | DUPL | $0.70 |
| 5/4/2009 | | DUPL | $1.40 |
| 5/4/2009 | | DUPL | $0.30 |
| 5/4/2009 | | DUPL | $1.00 |
| 5/4/2009 | | DUPL | $0.40 |
| 5/4/2009 | | DUPL | $0.40 |
| 5/4/2009 | | DUPL | $0.40 |
| 5/4/2009 | | DUPL | $0.20 |
| 5/4/2009 | | DUPL | $0.40 |
| 5/4/2009 | | DUPL | $1.40 |
| 5/4/2009 | | DUPL | $0.30 |
| 5/4/2009 | | DUPL | $0.30 |
| 5/4/2009 | | DUPL | $0.30 |
| 5/4/2009 | | DUPL | $0.10 |
| 5/4/2009 | | DUPL | $0.30 |
| 5/4/2009 | | DUPL | $0.30 |
| 5/4/2009 | | DUPL | $0.10 |
| 5/4/2009 | | DUPL | $0.40 |
| 5/4/2009 | | DUPL | $0.60 |
| 5/4/2009 | | DUPL | $1.30 |
| 5/4/2009 | | DUPL | $0.60 |
| 5/4/2009 | | DUPL | $1.40 |
| 5/4/2009 | | DUPL | $1.40 |
| 5/4/2009 | | DUPL | $0.30 |
| 5/4/2009 | | DUPL | $0.20 |
| 5/4/2009 | | DUPL | $0.20 |
| 5/4/2009 | | DUPL | $0.20 |
| 5/4/2009 | | DUPL | $1.40 |
| 5/4/2009 | | DUPL | $0.60 |
| 5/4/2009 | | DUPL | $0.40 |
| 5/4/2009 | | DUPL | $0.80 |
| 5/4/2009 | | DUPL | $0.70 |
| 5/4/2009 | | DUPL | $0.60 |
| 5/4/2009 | | DUPL | $0.20 |
| 5/4/2009 | | DUPL | $0.30 |
| 5/4/2009 | | DUPL | $0.20 |
| 5/4/2009 | | DUPL | $0.30 |
| 5/5/2009 | Zawadzki, Jeffrey | DUPL | $2.00 |
| 5/5/2009 | | DUPL | $1.50 |
| 5/5/2009 | | DUPL | $2.10 |
| 5/5/2009 | | DUPL | $1.50 |
| 5/5/2009 | | DUPL | $1.50 |
| 5/5/2009 | | DUPL | $1.50 |
| 5/5/2009 | | DUPL | $1.50 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 5/5/2009 | | DUPL | $1.60 |
| 5/5/2009 | | DUPL | $0.90 |
| 5/5/2009 | | DUPL | $0.20 |
| 5/5/2009 | | DUPL | $0.20 |
| 5/5/2009 | | DUPL | $0.20 |
| 5/5/2009 | | DUPL | $0.20 |
| 5/5/2009 | | DUPL | $1.00 |
| 5/6/2009 | | DUPL | $0.20 |
| 5/6/2009 | | DUPL | $0.20 |
| 5/6/2009 | | DUPL | $0.20 |
| 5/6/2009 | | DUPL | $0.20 |
| 5/7/2009 | Smith, Jason | DUPL | $18.90 |
| 5/7/2009 | Smith, Jason | DUPL | $18.90 |
| 5/8/2009 | | DUPL | $0.90 |
| 5/8/2009 | | DUPL | $1.50 |
| 5/8/2009 | | DUPL | $1.60 |
| 5/8/2009 | | DUPL | $1.50 |
| 5/8/2009 | | DUPL | $2.90 |
| 5/11/2009 | | DUPL | $3.30 |
| 5/11/2009 | | DUPL | $5.20 |
| 5/11/2009 | | DUPL | $1.40 |
| 5/11/2009 | | DUPL | $4.60 |
| 5/11/2009 | | DUPL | $2.30 |
| 5/11/2009 | | DUPL | $3.20 |
| 5/11/2009 | | DUPL | $2.50 |
| 5/11/2009 | | DUPL | $0.40 |
| 5/11/2009 | | DUPL | $0.40 |
| 5/11/2009 | | DUPL | $0.40 |
| 5/11/2009 | | DUPL | $0.70 |
| 5/12/2009 | | DUPL | $0.50 |
| 5/13/2009 | | DUPL | $3.90 |
| 5/13/2009 | | DUPL | $3.30 |
| 5/13/2009 | | DUPL | $2.90 |
| 5/14/2009 | | DUPL | $2.90 |
| 5/14/2009 | | DUPL | $1.40 |
| 5/14/2009 | | DUPL | $1.10 |
| 5/14/2009 | | DUPL | $0.90 |
| 5/14/2009 | | DUPL | $1.40 |
| 5/14/2009 | | DUPL | $1.00 |
| 5/14/2009 | | DUPL | $0.50 |
| 5/14/2009 | | DUPL | $0.50 |
| 5/14/2009 | | DUPL | $0.90 |
| 5/14/2009 | | DUPL | $0.30 |
| 5/14/2009 | | DUPL | $0.30 |
| 5/14/2009 | | DUPL | $3.40 |
| 5/14/2009 | | DUPL | $4.20 |
| 5/14/2009 | | DUPL | $0.80 |
| 5/14/2009 | | DUPL | $0.60 |
| 5/14/2009 | | DUPL | $5.50 |
| 5/14/2009 | | DUPL | $0.80 |
| 5/14/2009 | | DUPL | $3.80 |
| 5/14/2009 | | DUPL | $0.30 |

| Date | Type | Amount |
|---|---|---|
| 5/14/2009 | DUPL | $0.50 |
| 5/14/2009 | DUPL | $1.20 |
| 5/14/2009 | DUPL | $0.50 |
| 5/14/2009 | DUPL | $0.60 |
| 5/14/2009 | DUPL | $2.50 |
| 5/14/2009 | DUPL | $0.40 |
| 5/14/2009 | DUPL | $0.20 |
| 5/14/2009 | DUPL | $0.80 |
| 5/14/2009 | DUPL | $1.50 |
| 5/14/2009 | DUPL | $4.70 |
| 5/14/2009 | DUPL | $0.30 |
| 5/14/2009 | DUPL | $1.00 |
| 5/14/2009 | DUPL | $3.90 |
| 5/14/2009 | DUPL | $3.00 |
| 5/14/2009 | DUPL | $0.20 |
| 5/14/2009 | DUPL | $0.60 |
| 5/14/2009 | DUPL | $0.10 |
| 5/14/2009 | DUPL | $0.20 |
| 5/14/2009 | DUPL | $0.50 |
| 5/14/2009 | DUPL | $0.10 |
| 5/14/2009 | DUPL | $0.40 |
| 5/14/2009 | DUPL | $0.40 |
| 5/14/2009 | DUPL | $0.60 |
| 5/14/2009 | DUPL | $0.20 |
| 5/14/2009 | DUPL | $0.10 |
| 5/14/2009 | DUPL | $0.10 |
| 5/14/2009 | DUPL | $0.10 |
| 5/14/2009 | DUPL | $0.50 |
| 5/14/2009 | DUPL | $0.20 |
| 5/14/2009 | DUPL | $1.70 |
| 5/14/2009 | DUPL | $1.10 |
| 5/14/2009 | DUPL | $0.40 |
| 5/14/2009 | DUPL | $0.20 |
| 5/14/2009 | DUPL | $0.80 |
| 5/14/2009 | DUPL | $0.70 |
| 5/14/2009 | DUPL | $2.70 |
| 5/14/2009 | DUPL | $0.70 |
| 5/14/2009 | DUPL | $2.70 |
| 5/14/2009 | DUPL | $0.50 |
| 5/14/2009 | DUPL | $0.40 |
| 5/15/2009 | DUPL | $0.20 |
| 5/15/2009 | DUPL | $0.20 |
| 5/15/2009 | DUPL | $0.20 |
| 5/15/2009 | DUPL | $0.40 |
| 5/15/2009 | DUPL | $2.70 |
| 5/15/2009 | DUPL | $0.50 |
| 5/15/2009 | DUPL | $0.60 |
| 5/15/2009 | DUPL | $1.70 |
| 5/15/2009 | DUPL | $0.10 |
| 5/15/2009 | DUPL | $0.30 |
| 5/15/2009 | DUPL | $0.20 |
| 5/15/2009 | DUPL | $0.20 |

| Date | Type | Amount |
|---|---|---|
| 5/15/2009 | DUPL | $4.10 |
| 5/15/2009 | DUPL | $2.30 |
| 5/15/2009 | DUPL | $0.20 |
| 5/15/2009 | DUPL | $0.20 |
| 5/15/2009 | DUPL | $0.60 |
| 5/15/2009 | DUPL | $0.60 |
| 5/15/2009 | DUPL | $0.20 |
| 5/15/2009 | DUPL | $0.40 |
| 5/15/2009 | DUPL | $2.40 |
| 5/15/2009 | DUPL | $2.40 |
| 5/15/2009 | DUPL | $0.20 |
| 5/15/2009 | DUPL | $0.20 |
| 5/15/2009 | DUPL | $0.80 |
| 5/15/2009 | DUPL | $0.10 |
| 5/15/2009 | DUPL | $0.10 |
| 5/15/2009 | DUPL | $0.70 |
| 5/15/2009 | DUPL | $0.10 |
| 5/15/2009 | DUPL | $0.30 |
| 5/15/2009 | DUPL | $0.10 |
| 5/18/2009 | DUPL | $0.10 |
| 5/18/2009 | DUPL | $1.60 |
| 5/18/2009 | DUPL | $0.30 |
| 5/18/2009 | DUPL | $4.70 |
| 5/19/2009 | DUPL | $1.60 |
| 5/19/2009 | DUPL | $0.20 |
| 5/19/2009 | DUPL | $0.30 |
| 5/19/2009 | DUPL | $0.50 |
| 5/19/2009 | DUPL | $2.40 |
| 5/19/2009 | DUPL | $0.10 |
| 5/19/2009 | DUPL | $0.10 |
| 5/19/2009 | DUPL | $1.00 |
| 5/19/2009 | DUPL | $0.30 |
| 5/20/2009 | DUPL | $1.40 |
| 5/20/2009 | DUPL | $1.70 |
| 5/20/2009 | DUPL | $0.20 |
| 5/21/2009 | DUPL | $1.40 |
| 5/21/2009 | DUPL | $1.40 |
| 5/22/2009 | DUPL | $2.60 |
| 5/22/2009 | DUPL | $2.50 |
| 5/22/2009 | DUPL | $0.40 |
| 5/26/2009 | DUPL | $0.20 |
| 5/26/2009 | DUPL | $0.70 |
| 5/26/2009 | DUPL | $0.20 |
| 5/26/2009 | DUPL | $0.20 |
| 5/26/2009 | DUPL | $0.40 |
| 5/26/2009 | DUPL | $0.20 |
| 5/26/2009 | DUPL | $0.60 |
| 5/26/2009 | DUPL | $1.20 |
| 5/26/2009 | DUPL | $0.20 |
| 5/26/2009 | DUPL | $0.30 |
| 5/26/2009 | DUPL | $2.60 |
| 5/26/2009 | DUPL | $0.50 |

| Date | Type | Amount |
|---|---|---|
| 5/26/2009 | DUPL | $2.60 |
| 5/26/2009 | DUPL | $5.40 |
| 5/26/2009 | DUPL | $2.40 |
| 5/26/2009 | DUPL | $0.30 |
| 5/26/2009 | DUPL | $2.40 |
| 5/27/2009 | DUPL | $0.20 |
| 5/27/2009 | DUPL | $0.20 |
| 5/27/2009 | DUPL | $2.80 |
| 5/27/2009 | DUPL | $0.60 |
| 5/27/2009 | DUPL | $0.40 |
| 5/27/2009 | DUPL | $0.60 |
| 5/27/2009 | DUPL | $0.20 |
| 5/27/2009 | DUPL | $2.40 |
| 5/27/2009 | DUPL | $0.10 |
| 5/27/2009 | DUPL | $1.70 |
| 5/27/2009 | DUPL | $0.40 |
| 5/27/2009 | DUPL | $2.80 |
| 5/27/2009 | DUPL | $0.50 |
| 5/28/2009 | DUPL | $0.10 |
| 5/28/2009 | DUPL | $0.30 |
| 5/28/2009 | DUPL | $3.00 |
| 5/28/2009 | DUPL | $2.40 |
| 5/28/2009 | DUPL | $0.30 |
| 5/28/2009 | DUPL | $1.00 |
| 5/28/2009 | DUPL | $0.20 |
| 5/28/2009 | DUPL | $2.30 |
| 5/28/2009 | DUPL | $2.30 |
| 5/29/2009 | DUPL | $4.60 |
| 5/29/2009 | DUPL | $2.10 |
| 5/29/2009 | DUPL | $0.40 |
| 5/29/2009 | DUPL | $9.20 |
| 5/29/2009 | DUPL | $0.30 |
| 5/29/2009 | DUPL | $0.20 |
| 5/29/2009 | DUPL | $4.20 |
| 5/29/2009 | DUPL | $0.20 |
| 5/29/2009 | DUPL | $0.50 |
| 5/29/2009 | DUPL | $11.00 |
| 5/29/2009 | DUPL | $2.10 |
| 5/29/2009 | DUPL | $0.10 |
| 5/29/2009 | DUPL | $0.20 |
| 5/29/2009 | DUPL | $2.60 |
| 5/29/2009 | DUPL | $0.20 |
| 5/29/2009 | DUPL | $0.10 |
| 5/29/2009 | DUPL | $2.00 |
| 5/29/2009 | DUPL | $1.40 |
| 5/29/2009 | DUPL | $2.20 |
| 5/29/2009 | DUPL | $0.60 |
| 5/29/2009 | DUPL | $0.10 |
| 5/29/2009 | DUPL | $0.10 |
| 5/29/2009 | DUPL | $0.20 |
| 5/29/2009 | DUPL | $0.60 |
| 5/29/2009 | DUPL | $0.40 |

| Date | Name | Type | Amount | Details |
|---|---|---|---|---|
| | | | $367.40 | |
| 5/1/2009 | Millman, Dustin | LEXI | $258.10 | VENDOR: LEXIS - NEXIS; INVOICE#: 0905035250; DATE: 6/10/2009 |
| 5/29/2009 | Kang, Christina | LEXI | $4.48 | VENDOR: LEXIS - NEXIS; INVOICE#: 0905035250; DATE: 6/10/2009 |
| | | | $262.58 | |
| 5/1/2009 | Zawadzki, Jeffrey | MEAL | $18.08 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 510577; DATE: 5/3/2009 |
| 5/5/2009 | Smith, Jason | MEAL | $22.89 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 511715; DATE: 5/10/2009 |
| 5/5/2009 | Zawadzki, Jeffrey | MEAL | $35.18 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 511715; DATE: 5/10/2009 |
| 5/5/2009 | Zawadzki, Jeffrey | MEAL | $305.30 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 511715; DATE: 5/10/2009 |
| 5/5/2009 | Zawadzki, Jeffrey | MEAL | $211.60 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 511715; DATE: 5/10/2009 |
| 5/11/2009 | Zawadzki, Jeffrey | MEAL | $20.93 | VENDOR: SEAMLESSWEB.; INVOICE#: 515262; DATE: 5/17/2009 |
| 5/12/2009 | Zawadzki, Jeffrey | MEAL | $20.93 | VENDOR: SEAMLESSWEB.; INVOICE#: 515262; DATE: 5/17/2009 |
| 5/13/2009 | Indelicato, Mark S | MEAL | $10.52 | VENDOR: INDELICATO; INVOICE#: 31; DATE: 5/20/2009 |
| 5/13/2009 | Zawadzki, Jeffrey | MEAL | $20.93 | VENDOR: SEAMLESSWEB; INVOICE#: 515262; DATE: 5/17/2009 |
| 5/14/2009 | Zawadzki, Jeffrey | MEAL | $20.54 | SEAMLESSWEB.; INVOICE#: 515262; DATE: 5/17/2009 |
| 5/15/2009 | Power, Mark | MEAL | $6.38 | VENDOR: POWER, MARK T.; INVOICE#: 21; DATE: 6/10/2009 |
| 5/20/2009 | Zawadzki, Jeffrey | MEAL | $21.44 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 516454; DATE: 5/14/2009 |
| 5/26/2009 | Zawadzki, Jeffrey | MEAL | $20.93 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 521841; DATE: 5/31/2009 |
| 5/27/2009 | Zawadzki, Jeffrey | MEAL | $20.93 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 521841; DATE: 5/31/2009 |
| | | | $756.58 | |
| 5/5/2009 | Zawadzki, Jeffrey | ODEL | $28.37 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-196-26184; DATE: 5/18/2009 |
| 5/5/2009 | Zawadzki, Jeffrey | ODEL | $28.37 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-196-26184; DATE: 5/18/2009 |
| 5/29/2009 | Jarvinen, Christopher A. | ODEL | $49.52 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000V9211E239; DATE: 6/6/2009 |
| | | | $106.26 | |
| 5/12/2009 | Smith, Jason | POST | $4.95 | |

| Date | Name | Type | Amount | Details |
|---|---|---|---|---|
| 5/11/2009 | Power, Mark | SEAR | $1.28 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302009; DATE: 6/30/2009 |
| 5/20/2009 | Power, Mark | SEAR | $9.76 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302009; DATE: 6/30/2009 |
| 5/20/2009 | Power, Mark | SEAR | $0.56 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302009; DATE: 6/30/2009 |
| 5/29/2009 | Power, Mark | SEAR | $2.64 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302009; DATE: 6/30/2009 |
| | | | $14.24 | |
| 5/14/2009 | Schnitzer, Edward L. | TELCON | $37.81 | VENDOR: AMERICAN EXPRESS; INVOICE#: 070709; DATE: 7/1/2009 |
| 5/27/2009 | Jarvinen, Christopher A. | TELCON | $122.83 | VENDOR: AMERICAN EXPRESS; INVOICE#: 070709; DATE: 7/1/2009 |
| | | | $160.64 | |
| 5/13/2009 | Power, Mark | TRAV | $320.00 | VENDOR: POWER, MARK T.; INVOICE#: 21; DATE: 6/10/2009 |
| 5/15/2009 | Power, Mark | TRAV | $253.00 | VENDOR: POWER, MARK T.; INVOICE#: 21; DATE: 6/10/2009 |
| | | | $573.00 | |

Total: $2,998.22