# Exhibit B

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue    (33rd floor)
New York, NY 10022

Invoice number: 140237

For professional services rendered from June 1, through June 30, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
002         CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/01/09 | Prepare for weekly meeting (.40) review docket (.20) Meeting with ELS re upcoming events (.20) Review Notice of filing of Exhibit A to Limited Objection to Debtor's Motion to Have a Private Sale of Property in Mount Prospect (.20) | JS | 1.00 | 245.00 |
| 06/02/09 | Review docket and recent pleadings (.30) review Amended affidavit of Renick in support of the order appointing fee examiner (.20) notice of withdrawal DI7480 (.10) file maintenance (.60) update critical dates memo (.20) | JS | 1.40 | 343.00 |
| 06/02/09 | Telephone conference with Beach re: hearing, Ross claims and settlement. | MSI | 0.20 | 149.00 |
| 06/03/09 | Conference call with MSI and debtors re: Wilbur Ross administration claim (.50); review 6/5 agenda and meeting wit MSI re: same (.20). | ELS | 0.70 | 367.50 |
| 06/03/09 | Reviewing Kothary motion. American Lien settlement and Home Realty Solutions letter. | JO | 0.90 | 270.00 |
| 06/03/09 | Review agenda for June 5th hearing and prepare for hearing (.70) Arrange for MSI and ELS to appear to June 5th hearing telephonically (.30) review 9019 motion among debtors and American Lien Fund (.30) file maintenance (.30) | JS | 1.60 | 392.00 |
| 06/03/09 | Review hearing agenda (.10); review AHM's 9019 motion (.20). | JXZ | 0.30 | 112.50 |
| 06/03/09 | Review issues on calendar (.30); telephone conference with Beach re: same, Borrowers and issues with bondholders (.40); draft email to committee (.20); meeting with ELS re: same (.20). | MSI | 1.10 | 819.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/03/09 | Review MSI e-mail update to Committee | MTP | 0.10 | 74.50 |
| 06/04/09 | Review order approving motion to approve stipulation between the debtors and Zurich American (.30) review order regarding submission of proposed findings of fact and conclusions of law (.20) review notice of hearing for motion re: claims 8999 and 9051 (.20) review response regarding 33rd omnibus objection to claims (.20) update calendar events (.30) | JS | 1.20 | 294.00 |
| 06/04/09 | Review scheduling order (.10); review case update and emails M. Michaelis, ELS re: same (.10); draft motion summaries (.30). | JXZ | 0.50 | 187.50 |
| 06/05/09 | Telephonic court appearance for June 5th court hearing. | ELS | 0.70 | 367.50 |
| 06/05/09 | Attend omnibus hearing and discuss same with ELS (.90); review emails re: same and pending motions (.20); review and edit BDO report to the committee (.60); email re: comments to same (.20). | MSI | 1.90 | 1,415.50 |
| 06/05/09 | Review BDO report to Committee | MTP | 0.30 | 223.50 |
| 06/08/09 | Review docket and recent pleadings (.30) update calendar (.20) file maintenance (2.80) | JS | 3.30 | 808.50 |
| 06/08/09 | Review committee update. | JXZ | 0.20 | 75.00 |
| 06/09/09 | Review BOFA opposition brief. | JXZ | 0.50 | 187.50 |
| 06/10/09 | Review committee update. | JXZ | 0.10 | 37.50 |
| 06/10/09 | Review update from BDO. | MSI | 0.20 | 149.00 |
| 06/10/09 | Review BDO update e-mail | MTP | 0.20 | 149.00 |
| 06/11/09 | Participate in committee call (.60); review and revise committee minutes for 6/11 call (.30); review BDO update on call with Zolfo (.20). | ELS | 1.10 | 577.50 |
| 06/11/09 | Committee call (.4); Call with Steve Sass re: Preferences (.3); Drafting and editing minutes of Committee Call (.7); Reviewing Plan to see what Trustee can do before effective date (.4) | JO | 1.80 | 540.00 |
| 06/11/09 | Draft email and attend committee meeting to update the Committee. | MSI | 0.60 | 447.00 |
| 06/12/09 | Review docket and recent pleadings (.60) update calendar (.10) | JS | 0.70 | 171.50 |
| 06/15/09 | Preliminary review of Debtors Broadhollow response. | JXZ | 0.30 | 112.50 |
| 06/17/09 | Review case update (.10); review Broadhollow stipulation (.10). | JXZ | 0.20 | 75.00 |
| 06/19/09 | Review docket/correspondence. | JXZ | 0.20 | 75.00 |
| 06/22/09 | Review 9019 motion for ALF; phone call with Bartley re: same and email to MSI re: same. | ELS | 0.60 | 315.00 |
| 06/22/09 | Prepare for meeting with ELS (.50) meeting with ELS on upcoming events and adversary matters (.30) | JS | 0.80 | 196.00 |
| 06/22/09 | Review docket, recent pleadings and correspondence. | JXZ | 0.80 | 300.00 |
| 06/23/09 | Review COC/supplement confirmation order. | JXZ | 0.10 | 37.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/24/09 | Review Debtors' monthly operating reports for March 2009 (.50) review docket and recently filed pleadings (1.20) update calendar events (.20) | JS | 1.90 | 465.50 |
| 06/24/09 | Review committee update. | JXZ | 0.10 | 37.50 |
| 06/25/09 | Following up on Kothary and Rucker motions. | JO | 0.20 | 60.00 |
| 06/26/09 | Review docket/notices. | JXZ | 0.10 | 37.50 |
| 06/27/09 | Email to Paul Curnan (counsel for Strauss) re D&O settlement, net worth representation (.10). | JPM | 0.10 | 73.50 |
| 06/29/09 | Arrange for JXZ to appear telephonically on July 2nd hearing (.20) review docket and recent pleadings (.30) file maintenance (.20) | JS | 0.70 | 171.50 |
| 06/29/09 | Review docket/recent pleadings. | JXZ | 0.10 | 37.50 |
| 06/29/09 | Review emails and issues on effective date. | MSI | 0.20 | 149.00 |
| 06/30/09 | Calls/emails with ELS, JWS re: hearing (.10); review hearing agenda and emails re: same (.10). | JXZ | 0.20 | 75.00 |

TOTAL HOURS                27.20

TOTAL SERVICES ........................................................................ $      10,621.50

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                $37.50

COURT APPEARANCE SERVICE                $202.50

DUPLICATING                $75.70

MEALS                $162.32

SEARCH FEES                $261.44

TELEPHONE CONFERENCE CALL                $125.76

TOTAL DISBURSEMENTS ........................................................... $      865.22

TOTAL FEES & DISBURSEMENTS ............................................ $      11,486.72

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 12.60 | 245.00 | 3,087.00 |
| 583 | Orbach | 2.90 | 300.00 | 870.00 |

| 493 | Zawadzki | 3.70 | 375.00 | 1,387.50 |
| 486 | Schnitzer | 3.10 | 525.00 | 1,627.50 |
| 226 | McCahey | 0.10 | 735.00 | 73.50 |
| 260 | Indelicato | 4.20 | 745.00 | 3,129.00 |
| 364 | Power | 0.60 | 745.00 | 447.00 |
| ATTY TOTAL | | 27.20 | | 10,621.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140237

For professional services rendered from June 1, through June 30, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
006         SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/01/09 | Telephone conference with M. Lynn re: status of Mt. Prospect. | MSI | 0.20 | 149.00 |
| 06/02/09 | Review objection to sale. | MSI | 0.20 | 149.00 |
| 06/11/09 | Review proposed settlement offer with WLR | DDG | 0.20 | 139.00 |
| 06/18/09 | Review contract for auction of property. | MSI | 0.40 | 298.00 |

TOTAL HOURS                     1.00

TOTAL SERVICES .......................................................... $      735.00

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 426 | Grubman | 0.20 | 695.00 | 139.00 |
| 260 | Indelicato | 0.80 | 745.00 | 596.00 |
| ATTY TOTAL | | 1.00 | | 735.00 |

# HAHN & HESSEN LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140237

For professional services rendered from June 1, through June 30, 2009 in connection with the following:

|  | 703159 | AMERICAN HOME MORTAGE HOLDINGS, INC. |
|--|--------|--------------------------------------|
|  | 007    | PROFESSIONIAL FEES                   |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/02/09 | Review April fee application of Allen & Overy (.30) review Zolfo Cooper's April fee application (.30) update fee summary chart (.10). | JS | 0.70 | 171.50 |
| 06/02/09 | Review Examiner's reports (.10); review fee applications and draft summaries (.50). | JXZ | 0.60 | 225.00 |
| 06/03/09 | Review examiner's reports (.10); review certifications and call ELS re: same (.10). | JXZ | 0.20 | 75.00 |
| 06/05/09 | Review order approving interim fee requests regarding professionals (.30) review kilpatrick stockton's fifth monthly fee application (.30) review Weiner Brodsky's March fee application (.30) update fee summary chart (.30). | JS | 1.20 | 294.00 |
| 06/08/09 | Review Examiner's reports (.10); review fee applications, draft summaries and emails MSI re: same (.40). | JXZ | 0.50 | 187.50 |
| 06/09/09 | Attention to fee applications. | JXZ | 0.10 | 37.50 |
| 06/10/09 | Review fee applications, draft summaries and emails MSI re: same. | JXZ | 0.70 | 262.50 |
| 06/11/09 | Review Weiner Brodsky's April fee application (.30) review Quinn Emanuel's March fee application (.30) review Quinn Emanuel's April fee application (.20) review PricewaterhouseCoopers' April fee application (.30) review YCST's April fee application (.40) update summary fee chart (.60). | JS | 2.10 | 514.50 |
| 06/11/09 | Review certifications. | JXZ | 0.10 | 37.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/12/09 | Review certifications. | JXZ | 0.10 | 37.50 |
| 06/15/09 | Review fee application, draft summaries and e-mail MSI re same. | JXZ | 0.10 | 37.50 |
| 06/16/09 | Review Cadwalader's February through April fee application (.20) review 7th quarterly fee request of the Debtors' professionals (.50) update summary fee chart (.20). | JS | 0.90 | 220.50 |
| 06/17/09 | Attention to fee applications. | JXZ | 0.10 | 37.50 |
| 06/17/09 | Meeting with J. Renick re: fee issues. | MSI | 1.20 | 894.00 |
| 06/19/09 | Attention to fee applications. | JXZ | 0.10 | 37.50 |
| 06/22/09 | Review claims orders. | JXZ | 0.10 | 37.50 |
| 06/24/09 | Email D. Berliner re: certain fee applications. | JXZ | 0.10 | 37.50 |
| 06/29/09 | Review numerous fees applications, draft summaries and email MSI re: same. | JXZ | 1.20 | 450.00 |
| 06/29/09 | Review JXZ e-mail summaries of fee applications | MTP | 0.20 | 149.00 |

TOTAL HOURS      10.30

TOTAL SERVICES ........................................................................ $    3,743.50

DISBURSEMENT SUMMARY

SEARCH FEES      $42.64

TOTAL DISBURSEMENTS ........................................................ $    42.64

TOTAL FEES & DISBURSEMENTS ............................................ $    3,786.14

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|------|------|-------|-----------------|-------------|
| 556 | Smith | 4.90 | 245.00 | 1,200.50 |
| 493 | Zawadzki | 4.00 | 375.00 | 1,500.00 |
| 260 | Indelicato | 1.20 | 745.00 | 894.00 |
| 364 | Power | 0.20 | 745.00 | 149.00 |
| ATTY TOTAL | | 10.30 | | 3,743.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140237

For professional services rendered from June 1, through June 30, 2009 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
008        AVOIDANCE ACTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/01/09 | Review of BDO information re: bonus and stock awards to Johnston and email to BDO re: same. | ELS | 0.40 | 210.00 |
| 06/03/09 | Review BDO analysis. | MSI | 0.40 | 298.00 |
| 06/05/09 | Review and analyze BDO memo on the preference analysis (1.60); emails with ELS re: same (.20). | MSI | 1.80 | 1,341.00 |
| 06/05/09 | Review BDO report re preference analysis; e-mails with H&H team re same | MTP | 1.50 | 1,117.50 |
| 06/06/09 | Review BDO preference report. | ELS | 0.50 | 262.50 |
| 06/08/09 | Meeting with MSI re: preference investigation and email to Berliner re: same. | ELS | 0.30 | 157.50 |
| 06/08/09 | Meeting with ELS re: preference analysis, strategy and BDO report (.30); review same (.40). | MSI | 0.70 | 521.50 |
| 06/09/09 | Meeting with Berliner, MSI and MTP re: preference analysis and going forward strategy. | ELS | 2.20 | 1,155.00 |
| 06/09/09 | Meeting with BDO ELS and MTP re: preference issues and review lists. | MSI | 2.00 | 1,490.00 |
| 06/09/09 | Meeting with Berliner, ELS, MSI re preference analysis and going forward strategy | MTP | 2.00 | 1,490.00 |
| 06/11/09 | Call with BDO re: preferences (.40); prepare stipulation re: authority to bring preference actions (.40). | ELS | 0.80 | 420.00 |
| 06/11/09 | Review preference issues and meeting with ELS re: same (.30); telephone conference with S. Sass re: same (.30). | MSI | 0.60 | 447.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/12/09 | Review issues raised by Sass and BDO analysis. | MSI | 0.90 | 670.50 |
| 06/15/09 | Edits to stipulation for committee authority to bring preferences. | ELS | 0.30 | 157.50 |
| 06/15/09 | Review email from ELS re: BDO revisions to the chart (.10); meeting with ELS re: comments to same. | MSI | 0.90 | 670.50 |
| 06/16/09 | Draft email to Sass re preference data. | ELS | 0.30 | 157.50 |
| 06/16/09 | Review BDO's revised chart, ELS comments and discuss same with ELS. | MSI | 0.60 | 447.00 |
| 06/16/09 | Review BDO chart re preference breakdown and e-mail MSI & ELS with my comments | MTP | 0.50 | 372.50 |
| 06/18/09 | Emails with Johnston attorney re: potential preference. | ELS | 0.40 | 210.00 |
| 06/22/09 | Edits to stipulation re; authority and forward same to Sass and Beach for comments (.40); emails to Sass re; preference status (.30). | ELS | 0.70 | 367.50 |
| 06/22/09 | Review and comment on Committee standing stipulation | MTP | 0.80 | 596.00 |
| 06/25/09 | Emails with Sass re: preferences. | ELS | 0.40 | 210.00 |
| 06/29/09 | Emails with Sass re: preferences. | ELS | 0.40 | 210.00 |
| 06/29/09 | Meeting with ELS re: issues raised by Sass. | MSI | 0.20 | 149.00 |
| 06/29/09 | Meeting with Berliner, ELS, MSI re preference analysis and going forward strategy | MTP | 2.00 | 1,490.00 |
| 06/30/09 | Attention to multiple e-mails re RMS retention and handling preference claims | MTP | 0.70 | 521.50 |

TOTAL HOURS                                22.30

TOTAL SERVICES ....................................................................$    15,139.50

DISBURSEMENT SUMMARY

DUPLICATING                                                            $1.70

TOTAL DISBURSEMENTS .....................................................$         1.70

TOTAL FEES & DISBURSEMENTS..........................................$    15,141.20

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 486 | Schnitzer | 6.70 | 525.00 | 3,517.50 |

| 260 | Indelicato | 8.10 | 745.00 | 6,034.50 |
| 364 | Power | 7.50 | 745.00 | 5,587.50 |
| ATTY TOTAL | | 22.30 | | 15,139.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140237

For professional services rendered from June 1, through June 30, 2009 in connection with the following:

> 703159   AMERICAN HOME MORTGAGE HOLDINGS, INC.
> 009      LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/01/09 | Retrieve/review cases cited in S. Grable's memorandum re in pari delicto/Wagoner rule (6.00); review JPM's draft letter to D&T's counsel re work papers (.10); email JPM re same (.10). | CJK | 6.20 | 3,007.00 |
| 06/02/09 | Research re NY law on the Wagoner standing rule and adverse interest and innocent insider exceptions to rule, and review cases (6.00). | CJK | 6.00 | 2,910.00 |
| 06/03/09 | Follow up research re innocent insider "exception" to the Wagoner rule (3.00); email correspondence with JPM re letter to D&T counsel (0.1); confer with JPM re Wagoner rule (.20); prepare memorandum report to JPM re Wagoner rule/in pari delicto defense (7.00). | CJK | 10.30 | 4,995.50 |
| 06/03/09 | Telephone conference with Paul Curnin re D&O settlement issues (.10). | JPM | 0.10 | 73.50 |
| 06/03/09 | Locate and forward AHM-Calyon Order re Motion to intervene to HNP (.30) | JS | 0.30 | 73.50 |
| 06/04/09 | Further review of key cases re the Wagoner rule/in pari delicto (3.00); email correspondence with JPM re same (.10). | CJK | 3.10 | 1,503.50 |
| 06/04/09 | Email to counsel for Strauss (Paul Curnin) re D&O settlement agreement (.10). | JPM | 0.10 | 73.50 |
| 06/05/09 | Review email correspondence with JPM, MSI and MTP re settlement agreement (.40); email correspondence with JPM re Wagoner/standing issue (.50); assemble key Wagoner/standing cases for JPM (.30). | CJK | 1.20 | 582.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/05/09 | Telephone conference with Paul Curnin re D&O settlement agreement issues (.30); emails re same (both internally and to Debtors) (1.50); revise settlement agreement (1.20). | JPM | 3.00 | 2,205.00 |
| 06/08/09 | Confer with MSI re D&O issues in settlement (.30); review of same (1.00); telephone conference with attorneys for debtor and Strauss (.10); emails with Johnston counsel re preference issues (.30); confer with ELS re same (.10). | JPM | 1.80 | 1,323.00 |
| 06/08/09 | Attention to JPM e-mails re final issues on D&O settlement | MTP | 0.20 | 149.00 |
| 06/09/09 | Telephone conference with Sean Beach (counsel for Debtors) re D&O settlement agreement (.40); revise D&O settlement agreement (1.50); email with Paul Curnin (Strauss attorney) re D&O settlement issues, net worth representation (.60); confer with MSI and MTP re D&O settlement issues, agreement (.20); confer with ELS re Johnston issues re D&O settlement agreement (.20); email to Sean Beach forwarding revised D&O settlement agreement (.30); review of insurance, release issues (.80). | JPM | 4.00 | 2,940.00 |
| 06/09/09 | Multiple e-mails re revisions to D&O settlement net worth language (.50); discuss same with MSI & JPM (.20) | MTP | 0.70 | 521.50 |
| 06/09/09 | Review research memorandum by C. Kang and letter to Deloitte requesting additional documents (.80); review plan re statute of limitations issue (.20). | RJM | 1.00 | 560.00 |
| 06/10/09 | Emails with Johnston counsel re Johnston preference issues, D&O settlement agreement (.20). | JPM | 0.20 | 147.00 |
| 06/11/09 | Emails with Sean Beach (attorney for debtors) re D&O settlement agreement issues (.30); revise agreement (.20). | JPM | 0.50 | 367.50 |
| 06/11/09 | Review email with attachment outlining proposal on claim from WLR (.60); review prior memo re: outstanding issues (.70); telephone conference with Beach re: same (.40). | MSI | 1.70 | 1,266.50 |
| 06/12/09 | Telephone conference with Sean Beach re D&O settlement agreement issues (.20) and review of same (.50). | JPM | 0.70 | 514.50 |
| 06/12/09 | Review material on Ross claim, meeting with DDG and participate in call with Kroll, Yest and BDO re: same. | MSI | 1.80 | 1,341.00 |
| 06/15/09 | Review JPM's email re revised settlement agreement (.30). | CJK | 0.30 | 145.50 |
| 06/15/09 | Telephone conference and emails with Sean Beach, debtors' counsel, re settlement agreement with D&Os (1.00); revise settlement agreement and review of same (1.20); email with D&O's insurer's counsel re revised settlement agreement (.80); email to attorneys for Strauss, Hozie and Bernstein (.20); telephone conference with Strauss' attorney (.10). | JPM | 3.30 | 2,425.50 |
| 06/15/09 | Conference call with Young Conaway & JPM re D&O settlement agreement (1.0); review JPM e-mail to opposing counsel (.20) | MTP | 1.20 | 894.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/16/09 | Review email correspondence re settlement agreement (.50); review the policies to confirm policy numbers (.30); email correspondence with JPM re insurance policy numbers (.20); review article re Wagoner/standing rule forwarded by JPM (.80). | CJK | 1.80 | 873.00 |
| 06/16/09 | Numerous emails with counsel for D&Os, insurers, debtors and internally re comments and other issues re settlement of D&O claims, confer with team re same (2.50); review and revise settlement agreement and review materials re insurance policies (2.50). | JPM | 5.00 | 3,675.00 |
| 06/16/09 | Review docket and recent pleadings (.60) calendar maintenance (.20) | JS | 0.80 | 196.00 |
| 06/16/09 | Attention and respond to multiple e-mails with JPM and opposing counsel re finalizing D&O settlement agreement (.80); review revisions to same by insurance companies' counsel (1.10) | MTP | 1.90 | 1,415.50 |
| 06/17/09 | Review email correspondence re settlement agreement (.40); email correspondence with JPM, BDO, RJM re D&T's response to our 6/3 letter (.10); review D&T's response (.40); email correspondence with JPM, MSI, MTP re Hozie's net worth representation (.10); review revised settlement agreement (.30). | CJK | 1.30 | 630.50 |
| 06/17/09 | Emails with AIG counsel (.30) and counsel for AIG Insurance (.30) re D&O settlement agreement; telephone conference with attorney for Strauss (.30), attorney for Bernstein (.20) and attorney for Hozie (.20) re D&O settlement agreement; review of Hozie net worth representation and internal email re same (.30); telephone confrence with Hozie's attorney (.10); revise D&O settlement agreement (1.50); internal email re D&O settlement agreement (.40); confer with MSI (.10) and MTP (.10) re D&O settlement agreement. | JPM | 3.80 | 2,793.00 |
| 06/17/09 | Attention to e-mails on changes to D&O settlement (.40); discuss same with JPM (.10) | MTP | 0.50 | 372.50 |
| 06/18/09 | Review emails re Hozie's net worth representation and settlement agreement. | CJK | 0.50 | 242.50 |
| 06/18/09 | Emails and telephone conference with counsel for Bernstein re Bernstein net worth representation and review of same (.50); emails and telephone conference with counsel for Hozie re Hozie net worth representation and review several versions of same (.90); internal emails re Hozie and Bernstein net worth representations and issues re same (.40); emails with Simpson Thacher re paragraph 7 of Settlement Agreement (.30); emails to counsel for Hozie and Bernstein re same (.20); review paragraph 7 of Settlement Agreement (.20); emails with Sean Beach (debtors' counsel) re Settlement Agreement (.20); email with D&O counsel and counsel for insurers re status (.10); review of emails between Johnston attorney and ELS re Johnston release (.20); email to CJK re insurance policy agreement (.10). | JPM | 3.10 | 2,278.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/18/09 | Attention to multiple e-mails/calls with D&O counsel and JPM re proposed settlement | MTP | 1.20 | 894.00 |
| 06/19/09 | Check policy numbers in settlement agreement and policies (.20); email correspondence with JPM re same (.20); review emails re settlement agreement (.10). | CJK | 0.50 | 242.50 |
| 06/19/09 | Meeting with JPM re: Johnston matter. | ELS | 0.20 | 105.00 |
| 06/19/09 | Emails with debtors' counsel re draft D&O Settlement Agreement (.20); emails with CJK re policy numbers in draft Settlement Agreement (.20); review and revise draft D&O Settlement Agreement (1.20); circulate revised D&O Settlement Agreement to counsel for all parties (.30); emails with counsel for independent directors re draft Settlement Agreement (.10); review of issues re Johnston claim (.40); confer with ELS re same (.30). | JPM | 2.70 | 1,984.50 |
| 06/22/09 | Review emails re settlement agreement (.20). | CJK | 0.20 | 97.00 |
| 06/22/09 | Emails with AIG counsel re D&O Agreement and circulate internally (.30); emails with counsel for Johnston re D&O Agreement and circulated internally (.40); confer with ELS re Johnston (.20); telephone conference with counsel for Johnston (.20); revised D&O Agreement to reflect comments of AIG and Johnston (1.00); email to Strauss counsel re net worth representation (.10). | JPM | 2.20 | 1,617.00 |
| 06/22/09 | Review revised language to D&O settlement stipulation circulated by JPM (.70); | MTP | 0.70 | 521.50 |
| 06/23/09 | Review BDO's memo re status of D&T review. | CJK | 0.20 | 97.00 |
| 06/23/09 | Telephone conference and numerous emails with Paul Curnin re Strauss net worth representation and review of same (1.00); confer with MSI re same (.10). | JPM | 1.10 | 808.50 |
| 06/24/09 | Review of D&O settlement agreement (draft) and issues with net worth representations (.60). | JPM | 0.60 | 441.00 |
| 06/25/09 | Email to Strauss counsel re net worth representation (.10). | JPM | 0.10 | 73.50 |
| 06/26/09 | Review discovery notices. | JXZ | 0.10 | 37.50 |
| 06/29/09 | Review JPM's email re status of settlement and net worth representations. | CJK | 0.20 | 97.00 |
| 06/29/09 | Review of email from ELS to Johnston counsel (.10); review of open issues and internal email re same (.60). | JPM | 0.70 | 514.50 |
| 06/29/09 | Attention to e-mail from Johnston counsel re net worth representation | MTP | 0.30 | 223.50 |
| 06/30/09 | Telephone conference with Strauss attorney re D&O settlement (.10). | JPM | 0.10 | 73.50 |
| 06/30/09 | Telephone conference with Kroll, BDO and Cadwalader to discuss the Waterfield litigation (.50); review email re: proposal from Ross (.40); telephone conference with Berliner re: same (.20). | MSI | 1.10 | 819.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/30/09 | Review e-mail proposed from WL Ross (.50); discuss with MSI (.10) | MTP | 0.60 | 447.00 |

TOTAL HOURS                    79.20

TOTAL SERVICES ......................................................................$    49,589.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                       $29.90

TOTAL DISBURSEMENTS ........................................................$    29.90

TOTAL FEES & DISBURSEMENTS ...........................................$    49,618.90

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 556 | Smith | 1.10 | 245.00 | 269.50 |
| 493 | Zawadzki | 0.10 | 375.00 | 37.50 |
| 931 | Kang | 31.80 | 485.00 | 15,423.00 |
| 486 | Schnitzer | 0.20 | 525.00 | 105.00 |
| 952 | Malatak | 1.00 | 560.00 | 560.00 |
| 226 | McCahey | 33.10 | 735.00 | 24,328.50 |
| 260 | Indelicato | 4.60 | 745.00 | 3,427.00 |
| 364 | Power | 7.30 | 745.00 | 5,438.50 |
| ATTY TOTAL | | 79.20 | | 49,589.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue    (33rd floor)
New York, NY 10022

Invoice number: 140237

For professional services rendered from June 1, through June 30, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
011         EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/10/09 | Meeting with MSI re: WARN issues (.10); review settlement agreement (.20). | JXZ | 0.30 | 112.50 |
| 06/10/09 | Review and edit changes from plaintiffs re: WARN settlement (.80); meeting with JXZ re: same (.10). | MSI | 0.90 | 670.50 |
| 06/11/09 | Review Settlement Agreement. | JXZ | 0.50 | 187.50 |
| 06/11/09 | Review comments to settlement. | MSI | 0.30 | 223.50 |
| 06/12/09 | Meeting MSI re WARN issues (.80); review settlement (.30); review withholding issues (.40); call M. Olsen re settlement (.10). | JXZ | 1.60 | 600.00 |
| 06/12/09 | Review modifications to agreement and meeting with JXZ re: same. | MSI | 0.90 | 670.50 |
| 06/15/09 | Meeting MSI re settlement agreement. | JXZ | 0.10 | 37.50 |
| 06/18/09 | Review WARN settlement, calls/emails with S. Holt, M. Olsen, D. Berliner, MSI, M. Stuart re: same. | JXZ | 1.50 | 562.50 |
| 06/19/09 | Emails R. Roupinien/S. Holt re: WARN (.10); calendar maintenance (.10); call M. Olsen re: settlement (.10). | JXZ | 0.30 | 112.50 |
| 06/22/09 | Meeting with JT re: WARN documents (.10); call debtors re: settlement agreement (.20); meeting with MSI re: settlement (.10). | JXZ | 0.40 | 150.00 |
| 06/23/09 | Revise settlement agreement, 9019 motion, motion to seal exhibits and related pleadings and emails R. Roupinan re: same. | JXZ | 3.70 | 1,387.50 |
| 06/26/09 | Meeting with MSI re: settlement. | JXZ | 0.10 | 37.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|

TOTAL HOURS 10.60

TOTAL SERVICES ......................................................... $ 4,752.00

DISBURSEMENT SUMMARY

DUPLICATING $11.60

TOTAL DISBURSEMENTS ........................................... $ 11.60

TOTAL FEES & DISBURSEMENTS............................. $ 4,763.60

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|------|------|-------|-----------------|-------------|
| 493 | Zawadzki | 8.50 | 375.00 | 3,187.50 |
| 260 | Indelicato | 2.10 | 745.00 | 1,564.50 |
| ATTY TOTAL | | 10.60 | | 4,752.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140237

For professional services rendered from June 1, through June 30, 2009 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
012           CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/01/09 | Review responses to claims objections. | JXZ | 0.20 | 75.00 |
| 06/02/09 | Review 34th omnibus objection to claims (.20) review 35th omnibus objection to claims (.10) review 36th omnibus objection to claims (.20) review 37th omnibus objection to claims (.20) | JS | 0.70 | 171.50 |
| 06/02/09 | Review omnibus claims objections. | JXZ | 0.50 | 187.50 |
| 06/04/09 | Phone call with Turk of Turk Technologies re: case status and email re: same (.30); draft email to committee re: WLR administration claim strategy call (.30). | ELS | 0.60 | 315.00 |
| 06/04/09 | Review responses to claims objections (.10); review 60(b) motion and numerous emails re: same (.20); calendar maintenance (.10). | JXZ | 0.40 | 150.00 |
| 06/08/09 | Review claims orders. | JXZ | 0.30 | 112.50 |
| 06/12/09 | Review response to claims objection. | JXZ | 0.10 | 37.50 |
| 06/17/09 | Review responses to claims objections. | JXZ | 0.10 | 37.50 |
| 06/19/09 | Review claims order. | JXZ | 0.10 | 37.50 |
| 06/22/09 | Review claims orders. | JXZ | 0.10 | 37.50 |
| 06/24/09 | Review responses to claims objections (.10); review administration claim REO/email ELS re: same (.10). | JXZ | 0.20 | 75.00 |
| 06/25/09 | Call JO re: Kothary claim. | JXZ | 0.10 | 37.50 |
| 06/26/09 | Review docket/Calyon and debtors' proposed findings of fact/conclusions of law. | JXZ | 1.40 | 525.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/26/09 | Review proposed findings of fast and conclusion of law re Calyon (1.10); e-mail Young Conaway re same | MTP | 1.30 | 968.50 |
| 06/30/09 | Review claims orders. | JXZ | 0.40 | 150.00 |

TOTAL HOURS 6.50

TOTAL SERVICES ........................................................................ $ 2,917.50

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|-----|-----------|------|--------|----------|
| 556 | Smith | 0.70 | 245.00 | 171.50 |
| 493 | Zawadzki | 3.90 | 375.00 | 1,462.50 |
| 486 | Schnitzer | 0.60 | 525.00 | 315.00 |
| 364 | Power | 1.30 | 745.00 | 968.50 |
| ATTY TOTAL | | 6.50 | | 2,917.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140237

For professional services rendered from June 1, through June 30, 2009 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
013       INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/01/09 | Revise letter to Deloitte's counsel re additional documents and email same to BDO (.50). | JPM | 0.50 | 367.50 |
| 06/02/09 | Review of binder from BDO re Deloitte (1.50); review of materials re pari delecto issues (1.00); email CJK re pari delecto issue (.20). | JPM | 2.70 | 1,984.50 |
| 06/03/09 | Several emails with BDO re Deloitte issues (.60); revise letter to Deloitte counsel re request for additional information (.70); telephone conference with attorney for Deloitte re request (.20); email to Deloitte counsel forwarding letter request (.20); confer with CJK re pari delecto research (.40); review of materials from BDO re Deloitte (1.20). | JPM | 3.30 | 2,425.50 |
| 06/04/09 | Review of materials re Deloitte issues (1.50); review of CJK memorandum re Wagoner/pari delecto issues and email CJK re same (1.50). | JPM | 3.00 | 2,205.00 |
| 06/05/09 | Emails with CJK and RJM re Deloitte/Wagoner issues (.30); review of notes re Deloitte (.50). | JPM | 0.80 | 588.00 |
| 06/05/09 | Review order approving stipulation re: objection of the Bank of New York (.20) review order re; debtors' 21 omnibus objection to claims (.20) review order sustaining debtors' 34 omnibus objection (.10) review order sustaining debtors' 35 omnibus objection (.10) review docket and recent pleadings (.20) | JS | 0.80 | 196.00 |
| 06/08/09 | Emails with counsel for Deloitte re Committee's request for additional documents (.20); confer with MSI re same (.10). | JPM | 0.30 | 220.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/08/09 | Meeting with JPM several times re: issues on settlement, representations on network and final approval; review same. | MSI | 0.60 | 447.00 |
| 06/09/09 | Researched SOL of accountant malpractice claim in MD and emailed RJM re same. | AP | 0.60 | 162.00 |
| 06/09/09 | Confer with RJM re Deloitte issues (.20); review of emails from AP re statute of limitations for Deloitte 2006 audit (.20). | JPM | 0.40 | 294.00 |
| 06/11/09 | Review of article re Wagner rule (as to Deloitte) and circulate same to team (.40). | JPM | 0.40 | 294.00 |
| 06/12/09 | Conference call with MSI, Young Conaway, BDO, debtor regarding WLR administrative claim (0.5); conference with MSI, MTP, regarding Triad insurance issues (0.3) | DDG | 0.80 | 556.00 |
| 06/15/09 | Meeting with JPM re: issues on settlement (.20); review and respond to numerous emails re: comments (.20). | MSI | 0.40 | 298.00 |
| 06/17/09 | Review letter from Deloitte's counsel responding to Committee's 6/3/09 request (.30); emails with BDO re same (.20). | JPM | 0.50 | 367.50 |
| 06/18/09 | Email to AP re research of Deloitte's assertion of privilege re PCAOB report (.10). | JPM | 0.10 | 73.50 |
| 06/19/09 | Emails with AW re insurance issues; review and revise AW memorandum for Trustee re Tier 3 coverage (.70); review of AW memorandum for Trustee re comparison of Kodiak, Class Action and Trustee litigation against D&Os (.50); review of materials re same (1.20); email to Trustee forwarding AW memoranda (.20); review of AS memorandum re Concordance issues and emails with AS re same (.50). | JPM | 3.10 | 2,278.50 |
| 06/22/09 | Researched confidentiality and privilege of PCAOB and emailed JPM re same. | AP | 3.20 | 864.00 |
| 06/22/09 | Review of AP email re PCAOB privilege, Deloitte and responded to same (.70); review of BDO materials re Deloitte (1.50). | JPM | 2.20 | 1,617.00 |
| 06/23/09 | Emailed PCAOB statutes to JPM. | AP | 0.40 | 108.00 |
| 06/23/09 | Review of PCAOB provisions re confidentiality of reports (.30); review of update email from BDO re Deloitte (.30). | JPM | 0.60 | 441.00 |
| 06/24/09 | Confer with AP re PCAOB report issue/Deloitte (.20). | JPM | 0.20 | 147.00 |
| 06/25/09 | Researched PCAOB rules re confidentiality of reports and emailed JPM re same. | AP | 5.10 | 1,377.00 |
| 06/25/09 | Review of AP email and attachment re PCAOB rules re Deloitte report and responded to same (.20). | JPM | 0.20 | 147.00 |
| 06/30/09 | E-mail to JPM regarding PCAOB report publication. | AP | 0.10 | 27.00 |
| 06/30/09 | Review of PCAOB rules re reports on inspection of accounting firms and email to AP re same (.50). | JPM | 0.50 | 367.50 |

TOTAL HOURS                    30.80

| DATE | SERVICES | | ATTY | HOURS | VALUE |
|------|----------|---|------|-------|-------|
| | TOTAL SERVICES ........................................................... $ | | | | 17,853.00 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| CARFARE | $26.52 |
| DUPLICATING | $53.80 |
| LEXIS | $688.86 |
| MEALS | $20.80 |
| SEARCH FEES | $39.52 |
| | ———— |
| TOTAL DISBURSEMENTS ........................................... $ | 829.50 |
| TOTAL FEES & DISBURSEMENTS ............................. $ | 18,682.50 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 556 | Smith | 0.80 | 245.00 | 196.00 |
| 543 | Power | 9.40 | 270.00 | 2,538.00 |
| 426 | Grubman | 0.80 | 695.00 | 556.00 |
| 226 | McCahey | 18.80 | 735.00 | 13,818.00 |
| 260 | Indelicato | 1.00 | 745.00 | 745.00 |
| ATTY TOTAL | | 30.80 | | 17,853.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140237

For professional services rendered from June 1, through June 30, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
014         TRIAD WORKOUT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/01/09 | Communications from/to Barclays Capital, re: Triad counsel (6 @ .05 each) (.30)); Communications with multiple financial institutions, re: planning issues related to conference call on June 3 (4 @ .10 each). | CAJ | 0.70 | 367.50 |
| 06/02/09 | Multiple communications with financial institutions, re: forward documents related to mortgage guaranty insurance (9 @ .10 each);  Attention to prepare for conference call with financial institutions, including review of Triad run-off documents and financial disclosures (1.40), including communication to M. Power, re: same (.10) | CAJ | 2.40 | 1,260.00 |
| 06/02/09 | E-mails with CAJ re Triad documentation | MTP | 0.10 | 74.50 |
| 06/03/09 | Attention to revising proposed agenda (.20); Separate communications with approximately one dozen financial institutions (email and telephone) forwarding agenda and answering questions (1.80); Prepare for conference call (.20); Attend conference call with MTP and financial institutions (.80); Post-conference call meeting with MTP (.10). | CAJ | 3.10 | 1,627.50 |
| 06/03/09 | Prepare for and participate with conference call with multiple financial institutions re Triad's settlement offer (1.10); post-call discussion with CAJ re next steps (.10) | MTP | 1.20 | 894.00 |
| 06/04/09 | Research and review of certain pre-petition documents related to mortgage guaranty insurance based on meeting with financial institutions. | CAJ | 3.10 | 1,627.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/08/09 | Communications from/to MTP, re: communications with Triad (.20); Additional communications to/from MSI (.20); Additional communications with MTP (.20). | CAJ | 0.60 | 315.00 |
| 06/08/09 | E-mail with CAJ re Triad background and documents (.20) | MTP | 0.20 | 149.00 |
| 06/09/09 | Attention to follow-up communications with MTP, re: communication with Triad. | CAJ | 0.20 | 105.00 |
| 06/09/09 | E-mails with CAJ re Triad | MTP | 0.10 | 74.50 |
| 06/10/09 | Attention to multiple communications to/from MTP and MSI, re: strategy session (.20); meet with MTP and MSI re: strategy session (.60). | CAJ | 0.80 | 420.00 |
| 06/10/09 | Strategy meeting with MSI & CAJ re Triad | MTP | 0.50 | 372.50 |
| 06/11/09 | Attention to communication from JP Morgan. | CAJ | 0.10 | 52.50 |
| 06/12/09 | Document review, re: prepetition agreements related to mortgage guaranty insurance (2.10); Draft extensive proposed communication with Triad's counsel, re: follow-up issues (.80); Research and multiple communications with DDG, re: strategy development (.20). | CAJ | 3.10 | 1,627.50 |
| 06/12/09 | Meeting with MSI, DDG re Triad insurance issue with respect to LPMI payment | MTP | 0.30 | 223.50 |
| 06/15/09 | Attention to communications to MTP and MSI, re: proposed communication with Triad's counsel (follow-up). | CAJ | 0.20 | 105.00 |
| 06/15/09 | Miscellaneous conferences and e-mails with MTP, MSI; review background materials regarding Triad proposal, LPMI dispute with WLR and B of A | DDG | 2.30 | 1,598.50 |
| 06/15/09 | Meeting with DDG re: issues regarding LPMI (.10); review Ross transaction documents and emails re: origination of LPMI dispute at closing (1.80). | MSI | 1.90 | 1,415.50 |
| 06/15/09 | Review and comment on CAJ response e-mail to Triad's counsel | MTP | 0.10 | 74.50 |
| 06/16/09 | Attention to reminder communication to MTP and MSI, re: response to Triad counsel (.10); Meeting with DG, re: discuss strategy (.90). | CAJ | 1.00 | 525.00 |
| 06/16/09 | Review servicing agreements, files regarding contractual issues (1.5); miscellaneous conferences and e-mails with MSI, MTP, CJ regarding various issues (2.50) | DDG | 4.00 | 2,780.00 |
| 06/16/09 | Review various emails from Ross closing and discussion with DDG re: LPMI issues. | MSI | 0.80 | 596.00 |
| 06/16/09 | Strategy meeting/e-mails with MSI, DDG, CAJ re Triad and WL Ross issues on LPMI | MTP | 0.80 | 596.00 |
| 06/17/09 | Meeting with MTP and DG, re: strategy issues (.80); Attention to revising/sending communication to counsel for Triad, re: request information (.30); Begin research, re: public documents (.80). | CAJ | 1.90 | 997.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/17/09 | Miscellaneous e-mails and conference with MTP, CJ and MSI regarding issues (.90); review list of servicing agreements, form of agreement (.50) | DDG | 1.40 | 973.00 |
| 06/17/09 | Meeting with DDG, CAJ to discuss implication of WL Ross LPMI issue with Triad settlement | MTP | 0.90 | 670.50 |
| 06/18/09 | Continue researching public filings for documents. | CAJ | 0.40 | 210.00 |
| 06/19/09 | Review WLR agreement, Triad policies regarding allocation of refund rights | DDG | 0.60 | 417.00 |
| 06/24/09 | Communication from Citi (.10); Draft extensive reply, re: status of matter (.50). | CAJ | 0.60 | 315.00 |
| 06/26/09 | Background discussion with DDG re: agreements  (.20). | CJH | 0.20 | 48.00 |
| 06/29/09 | Rev. of agreements (.50). | CJH | 0.50 | 120.00 |
| 06/30/09 | Review of agreements (.30). | CJH | 0.30 | 72.00 |

TOTAL HOURS                            34.40

TOTAL SERVICES ........................................................... $       20,704.00

DISBURSEMENT SUMMARY

COURIER SERVICE                                                                            $6.89

DUPLICATING                                                                               $75.60

TOTAL DISBURSEMENTS ........................................... $         82.49

TOTAL FEES & DISBURSEMENTS............................................ $       20,786.49

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 599 | Hunker | 1.00 | 240.00 | 240.00 |
| 588 | Jarvinen | 18.20 | 525.00 | 9,555.00 |
| 426 | Grubman | 8.30 | 695.00 | 5,768.50 |
| 260 | Indelicato | 2.70 | 745.00 | 2,011.50 |
| 364 | Power | 4.20 | 745.00 | 3,129.00 |
| ATTY TOTAL | | 34.40 | | 20,704.00 |