Exhibit C

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 6/4/2009 | Kang, Christina | CAR | $26.52 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 113984; DATE: 6/16/2009 |
| 6/3/2009 | Jarvinen, Christopher A. | COUR | $6.89 | VENDOR: DELUXE DELIVERY SYSTEMS, INC.; INVOICE#: 087490; DATE: 6/14/2009 |
| 6/12/2009 | Power, Mark | COURT | $37.50 | VENDOR: POWER, MARK T.; INVOICE#: 22; DATE: 8/17/2009 |
| 6/22/2009 | Power, Mark | COURT | $165.00 | VENDOR: POWER, MARK T.; INVOICE#: 22; DATE: 8/17/2009 |
| | | | $202.50 | |
| 6/2/2009 | | DUPL | $0.50 | |
| 6/2/2009 | | DUPL | $0.40 | |
| 6/2/2009 | | DUPL | $1.00 | |
| 6/2/2009 | | DUPL | $0.60 | |
| 6/2/2009 | | DUPL | $0.50 | |
| 6/2/2009 | | DUPL | $0.90 | |
| 6/2/2009 | | DUPL | $0.20 | |
| 6/2/2009 | | DUPL | $0.80 | |
| 6/2/2009 | | DUPL | $0.50 | |
| 6/2/2009 | | DUPL | $3.10 | |
| 6/2/2009 | | DUPL | $0.90 | |
| 6/2/2009 | | DUPL | $2.10 | |
| 6/2/2009 | | DUPL | $0.40 | |
| 6/2/2009 | | DUPL | $1.00 | |
| 6/2/2009 | | DUPL | $0.30 | |
| 6/2/2009 | | DUPL | $0.30 | |
| 6/2/2009 | | DUPL | $0.20 | |
| 6/2/2009 | | DUPL | $0.80 | |
| 6/2/2009 | | DUPL | $0.80 | |
| 6/3/2009 | | DUPL | $0.20 | |
| 6/3/2009 | | DUPL | $0.20 | |
| 6/3/2009 | | DUPL | $2.20 | |
| 6/3/2009 | | DUPL | $4.60 | |
| 6/3/2009 | | DUPL | $0.10 | |
| 6/3/2009 | | DUPL | $2.10 | |
| 6/3/2009 | | DUPL | $1.00 | |
| 6/3/2009 | | DUPL | $4.80 | |
| 6/3/2009 | | DUPL | $2.70 | |
| 6/3/2009 | | DUPL | $2.30 | |
| 6/3/2009 | | DUPL | $0.50 | |
| 6/3/2009 | | DUPL | $0.80 | |
| 6/3/2009 | | DUPL | $0.90 | |
| 6/4/2009 | | DUPL | $0.20 | |
| 6/4/2009 | | DUPL | $0.40 | |
| 6/4/2009 | | DUPL | $0.10 | |
| 6/4/2009 | | DUPL | $0.50 | |
| 6/4/2009 | | DUPL | $0.50 | |
| 6/4/2009 | | DUPL | $0.10 | |
| 6/4/2009 | | DUPL | $1.70 | |
| 6/4/2009 | | DUPL | $0.10 | |

| Date | Name | Type | Amount |
|---|---|---|---|
| 6/4/2009 | | DUPL | $0.10 |
| 6/4/2009 | | DUPL | $0.50 |
| 6/4/2009 | | DUPL | $5.20 |
| 6/5/2009 | Kang, Christina | DUPL | $9.80 |
| 6/5/2009 | | DUPL | $0.70 |
| 6/8/2009 | Smith, Jason | DUPL | $0.30 |
| 6/8/2009 | | DUPL | $1.00 |
| 6/8/2009 | | DUPL | $1.00 |
| 6/8/2009 | | DUPL | $0.50 |
| 6/8/2009 | | DUPL | $0.30 |
| 6/9/2009 | | DUPL | $0.50 |
| 6/9/2009 | | DUPL | $0.20 |
| 6/9/2009 | | DUPL | $1.00 |
| 6/9/2009 | | DUPL | $0.20 |
| 6/9/2009 | | DUPL | $4.20 |
| 6/9/2009 | | DUPL | $0.60 |
| 6/9/2009 | | DUPL | $1.40 |
| 6/9/2009 | | DUPL | $1.40 |
| 6/9/2009 | | DUPL | $0.60 |
| 6/9/2009 | | DUPL | $29.00 |
| 6/9/2009 | | DUPL | $1.20 |
| 6/10/2009 | | DUPL | $2.30 |
| 6/11/2009 | | DUPL | $1.00 |
| 6/11/2009 | | DUPL | $0.40 |
| 6/11/2009 | | DUPL | $1.00 |
| 6/11/2009 | | DUPL | $5.20 |
| 6/11/2009 | | DUPL | $0.20 |
| 6/12/2009 | | DUPL | $0.10 |
| 6/12/2009 | | DUPL | $1.70 |
| 6/12/2009 | | DUPL | $0.10 |
| 6/12/2009 | | DUPL | $0.80 |
| 6/12/2009 | | DUPL | $0.30 |
| 6/12/2009 | | DUPL | $0.50 |
| 6/12/2009 | | DUPL | $1.20 |
| 6/12/2009 | | DUPL | $0.70 |
| 6/12/2009 | | DUPL | $10.70 |
| 6/12/2009 | | DUPL | $1.70 |
| 6/15/2009 | | DUPL | $0.40 |
| 6/15/2009 | | DUPL | $0.40 |
| 6/15/2009 | | DUPL | $0.20 |
| 6/15/2009 | | DUPL | $1.90 |
| 6/15/2009 | | DUPL | $0.20 |
| 6/15/2009 | | DUPL | $0.20 |
| 6/15/2009 | | DUPL | $1.40 |
| 6/15/2009 | | DUPL | $0.10 |
| 6/15/2009 | | DUPL | $1.00 |
| 6/15/2009 | | DUPL | $0.20 |
| 6/16/2009 | | DUPL | $1.40 |
| 6/16/2009 | | DUPL | $0.70 |
| 6/16/2009 | | DUPL | $1.50 |
| 6/16/2009 | | DUPL | $1.50 |
| 6/17/2009 | | DUPL | $0.30 |

| Date | Type | Amount | |
|---|---|---|---|
| 6/17/2009 | DUPL | $0.10 | |
| 6/17/2009 | DUPL | $1.50 | |
| 6/17/2009 | DUPL | $1.50 | |
| 6/17/2009 | DUPL | $1.50 | |
| 6/17/2009 | DUPL | $1.50 | |
| 6/17/2009 | DUPL | $1.50 | |
| 6/18/2009 | DUPL | $1.50 | |
| 6/18/2009 | DUPL | $1.30 | |
| 6/18/2009 | DUPL | $0.40 | |
| 6/19/2009 | DUPL | $1.50 | |
| 6/19/2009 | DUPL | $0.20 | |
| 6/19/2009 | DUPL | $1.50 | |
| 6/22/2009 | DUPL | $0.80 | |
| 6/22/2009 | DUPL | $1.50 | |
| 6/22/2009 | DUPL | $1.50 | |
| 6/22/2009 | DUPL | $1.60 | |
| 6/22/2009 | DUPL | $0.10 | |
| 6/23/2009 | DUPL | $0.40 | |
| 6/23/2009 | DUPL | $0.60 | |
| 6/23/2009 | DUPL | $2.70 | |
| 6/23/2009 | DUPL | $0.40 | |
| 6/23/2009 | DUPL | $2.60 | |
| 6/23/2009 | DUPL | $0.20 | |
| 6/23/2009 | DUPL | $0.20 | |
| 6/23/2009 | DUPL | $0.20 | |
| 6/23/2009 | DUPL | $2.60 | |
| 6/23/2009 | DUPL | $0.30 | |
| 6/23/2009 | DUPL | $0.50 | |
| 6/25/2009 | DUPL | $4.80 | |
| 6/25/2009 | DUPL | $1.20 | |
| 6/25/2009 | DUPL | $1.20 | |
| 6/26/2009 | DUPL | $2.60 | |
| 6/26/2009 | DUPL | $2.60 | |
| 6/26/2009 | DUPL | $2.20 | |
| 6/26/2009 | DUPL | $3.20 | |
| 6/26/2009 | DUPL | $2.60 | |
| 6/26/2009 | DUPL | $2.60 | |
| 6/26/2009 | DUPL | $0.80 | |
| 6/26/2009 | DUPL | $4.00 | |
| 6/26/2009 | DUPL | $0.80 | |
| 6/26/2009 | DUPL | $0.20 | |
| 6/26/2009 | DUPL | $2.40 | |
| 6/26/2009 | DUPL | $5.80 | |
| 6/26/2009 | DUPL | $5.80 | |
| 6/26/2009 | DUPL | $15.30 | |
| 6/26/2009 | DUPL | $15.30 | |
| 6/26/2009 | DUPL | $2.60 | |
| 6/29/2009 | DUPL | $1.80 | |
| | | $248.30 | |
| 6/4/2009 Kang, Christina | LEXI | $249.02 | VENDOR: LEXIS - NEXIS; INVOICE#: 0906002096; DATE: 6/30/2009 |

| Date | Name | Code | Amount | Vendor Info |
|---|---|---|---|---|
| 6/9/2009 | Power, Annie | LEXI | $11.00 | VENDOR: LEXIS - NEXIS; INVOICE#: 0906002096; DATE: 6/30/2009 |
| 6/23/2009 | Power, Annie | LEXI | $272.76 | VENDOR: LEXIS - NEXIS; INVOICE#: 0906002096; DATE: 6/30/2009 |
| 6/25/2009 | Power, Annie | LEXI | $156.08 | VENDOR: LEXIS - NEXIS; INVOICE#: 0906002096; DATE: 6/30/2009 |
| | | | $688.86 | |
| 6/3/2009 | Kang, Christina | MEAL | $20.80 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 524246; DATE: 6/7/2009 |
| 6/9/2009 | Schnitzer, Edward L. | MEAL | $162.32 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 527801; DATE: 6/14/2009 |
| | | | $183.12 | |
| 6/12/2009 | Power, Mark | SEAR | $9.60 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302009; DATE: 6/30/2009 |
| 6/22/2009 | Power, Mark | SEAR | $18.64 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302009; DATE: 6/30/2009 |
| 6/29/2009 | Power, Mark | SEAR | $42.64 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302009; DATE: 6/30/2009 |
| 6/30/2009 | Power, Mark | SEAR | $233.20 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302009; DATE: 6/30/2009 |
| 6/30/2009 | Power, Mark | SEAR | $39.52 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302009; DATE: 6/30/2009 |
| | | | $343.60 | |
| 6/3/2009 | Jarvinen, Christopher A. | TELCON | $71.19 | VENDOR: AMERICAN EXPRESS; INVOICE#: 073109; DATE: 7/28/2009 |
| 6/4/2009 | Schnitzer, Edward L. | TELCON | $0.11 | VENDOR: AMERICAN EXPRESS; INVOICE#: 073109; DATE: 7/28/2009 |
| 6/11/2009 | Indelicato, Mark S | TELCON | $4.43 | VENDOR: AMERICAN EXPRESS; INVOICE#: 073109; DATE: 7/28/2009 |
| 6/11/2009 | Indelicato, Mark S | TELCON | $22.22 | VENDOR: AMERICAN EXPRESS; INVOICE#: 073109; DATE: 7/28/2009 |
| 6/22/2009 | Power, Mark | TELCON | $27.81 | VENDOR: AMERICAN EXPRESS; INVOICE#: 073109; DATE: 7/28/2009 |
| | | | $125.76 | |
| 6/5/2009 | Indelicato, Mark S | TELE | $37.50 | VENDOR: INDELICATO; INVOICE#: 32; DATE: 6/25/2009 |
| | | | $1,863.05 | |