# Exhibit C

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 7/22/2009 | Schnitzer, Edward L. | CAR | $11.60 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 41; DATE: 7/30/2009 |
| 7/28/2009 | Schnitzer, Edward L. | CAR | $11.25 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 41; DATE: 7/30/2009 |
| 7/16/2009 | Harris Wiener | CAR | $23.76 | VENDOR: HARRIS WIENER; INVOICE#: 1; DATE: 7/30/2009 |
| 7/2/2009 | Zawadzki, Jeffrey | CAR | $57.40 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 590391; DATE: 7/15/2009 |
| 7/6/2009 | Zawadzki, Jeffrey | CAR | $57.40 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 590391; DATE: 7/15/2009 |
| 7/8/2009 | Zawadzki, Jeffrey | CAR | $57.40 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 590391; DATE: 7/15/2009 |
| 7/13/2009 | Robinson, Pamela L. | CAR | $151.21 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 590391; DATE: 7/15/2009 |
| 7/14/2009 | Zawadzki, Jeffrey | CAR | $57.95 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 590391; DATE: 7/15/2009 |
| 7/20/2009 | Orbach, Joseph | CAR | $55.74 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 115781; DATE: 7/28/2009 |
| 7/21/2009 | Orbach, Joseph | CAR | $49.67 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 115781; DATE: 7/28/2009 |
| 7/21/2009 | Patwardhan, Huria N. | CAR | $40.84 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 115781; DATE: 7/28/2009 |
| 7/20/2009 | Gilbert, Sarah | CAR | $10.60 | VENDOR: SARAH GILBERT; INVOICE#: 5; DATE: 8/12/2009 |
| 7/29/2009 | Schnitzer, Edward L. | CAR | $27.59 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 116021; DATE: 8/4/2009 |
| 7/7/2009 | Zawadzki, Jeffrey | CAR | $57.40 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 591718; DATE: 7/31/2009 |
| 7/13/2009 | Zawadzki, Jeffrey | CAR | $57.95 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 591718; DATE: 7/31/2009 |
| 7/16/2009 | Zawadzki, Jeffrey | CAR | $57.95 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 591718; DATE: 7/31/2009 |
| 7/20/2009 | Zawadzki, Jeffrey | CAR | $57.95 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 591718; DATE: 7/31/2009 |
| 7/21/2009 | Zawadzki, Jeffrey | CAR | $57.95 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 591718; DATE: 7/31/2009 |
| 7/14/2009 | Robinson, Pamela L. | CAR | $139.62 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 591718; DATE: 7/31/2009 |
| | | | $1,041.23 | |
| 7/1/2009 | | DUPL | $0.60 | |
| 7/1/2009 | | DUPL | $2.90 | |
| 7/1/2009 | | DUPL | $2.30 | |
| 7/1/2009 | | DUPL | $2.90 | |
| 7/1/2009 | | DUPL | $2.40 | |
| 7/1/2009 | | DUPL | $2.20 | |
| 7/1/2009 | | DUPL | $2.00 | |
| 7/1/2009 | | DUPL | $2.30 | |
| 7/1/2009 | | DUPL | $2.90 | |
| 7/1/2009 | | DUPL | $2.40 | |
| 7/1/2009 | | DUPL | $2.20 | |
| 7/1/2009 | | DUPL | $2.00 | |

| Date | Type | Amount |
|---|---|---|
| 7/1/2009 | DUPL | $0.50 |
| 7/1/2009 | DUPL | $0.10 |
| 7/2/2009 | DUPL | $0.70 |
| 7/2/2009 | DUPL | $0.70 |
| 7/2/2009 | DUPL | $0.10 |
| 7/2/2009 | DUPL | $0.10 |
| 7/2/2009 | DUPL | $0.10 |
| 7/2/2009 | DUPL | $0.10 |
| 7/2/2009 | DUPL | $0.70 |
| 7/2/2009 | DUPL | $0.60 |
| 7/2/2009 | DUPL | $0.60 |
| 7/2/2009 | DUPL | $0.40 |
| 7/2/2009 | DUPL | $0.40 |
| 7/2/2009 | DUPL | $0.40 |
| 7/2/2009 | DUPL | $0.10 |
| 7/2/2009 | DUPL | $0.50 |
| 7/2/2009 | DUPL | $0.30 |
| 7/2/2009 | DUPL | $0.60 |
| 7/2/2009 | DUPL | $1.20 |
| 7/2/2009 | DUPL | $1.70 |
| 7/2/2009 | DUPL | $0.40 |
| 7/2/2009 | DUPL | $0.40 |
| 7/2/2009 | DUPL | $6.90 |
| 7/2/2009 | DUPL | $3.50 |
| 7/2/2009 | DUPL | $0.70 |
| 7/2/2009 | DUPL | $0.20 |
| 7/2/2009 | DUPL | $0.10 |
| 7/2/2009 | DUPL | $0.50 |
| 7/2/2009 | DUPL | $0.10 |
| 7/2/2009 | DUPL | $0.30 |
| 7/6/2009 | DUPL | $0.60 |
| 7/6/2009 | DUPL | $0.20 |
| 7/6/2009 | DUPL | $0.40 |
| 7/6/2009 | DUPL | $0.20 |
| 7/6/2009 | DUPL | $0.20 |
| 7/6/2009 | DUPL | $0.30 |
| 7/6/2009 | DUPL | $0.80 |
| 7/6/2009 | DUPL | $0.30 |
| 7/6/2009 | DUPL | $0.60 |
| 7/6/2009 | DUPL | $0.30 |
| 7/6/2009 | DUPL | $0.60 |
| 7/6/2009 | DUPL | $0.30 |
| 7/6/2009 | DUPL | $0.30 |
| 7/6/2009 | DUPL | $0.30 |
| 7/6/2009 | DUPL | $0.20 |
| 7/6/2009 | DUPL | $0.70 |
| 7/6/2009 | DUPL | $0.50 |
| 7/6/2009 | DUPL | $0.10 |
| 7/6/2009 | DUPL | $0.70 |
| 7/6/2009 | DUPL | $0.20 |
| 7/6/2009 | DUPL | $0.70 |
| 7/6/2009 | DUPL | $0.20 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 7/6/2009 | | DUPL | $0.70 |
| 7/6/2009 | | DUPL | $0.20 |
| 7/6/2009 | | DUPL | $0.70 |
| 7/6/2009 | | DUPL | $0.10 |
| 7/6/2009 | | DUPL | $0.10 |
| 7/7/2009 | Zawadzki, Jeffrey | DUPL | $5.20 |
| 7/7/2009 | Zawadzki, Jeffrey | DUPL | $5.80 |
| 7/7/2009 | | DUPL | $0.40 |
| 7/7/2009 | | DUPL | $0.20 |
| 7/7/2009 | | DUPL | $0.10 |
| 7/7/2009 | | DUPL | $1.10 |
| 7/7/2009 | | DUPL | $0.30 |
| 7/7/2009 | | DUPL | $0.10 |
| 7/7/2009 | | DUPL | $0.30 |
| 7/7/2009 | | DUPL | $1.30 |
| 7/7/2009 | | DUPL | $0.30 |
| 7/7/2009 | | DUPL | $0.60 |
| 7/7/2009 | | DUPL | $0.50 |
| 7/7/2009 | | DUPL | $1.00 |
| 7/7/2009 | | DUPL | $0.30 |
| 7/7/2009 | | DUPL | $0.40 |
| 7/7/2009 | | DUPL | $0.20 |
| 7/7/2009 | | DUPL | $0.50 |
| 7/7/2009 | | DUPL | $0.20 |
| 7/7/2009 | | DUPL | $0.20 |
| 7/7/2009 | | DUPL | $0.30 |
| 7/7/2009 | | DUPL | $0.60 |
| 7/7/2009 | | DUPL | $0.60 |
| 7/7/2009 | | DUPL | $1.00 |
| 7/7/2009 | | DUPL | $0.20 |
| 7/7/2009 | | DUPL | $0.20 |
| 7/7/2009 | | DUPL | $0.30 |
| 7/7/2009 | | DUPL | $0.70 |
| 7/7/2009 | | DUPL | $0.10 |
| 7/7/2009 | | DUPL | $0.10 |
| 7/7/2009 | | DUPL | $1.00 |
| 7/8/2009 | Harris Wiener | DUPL | $1.90 |
| 7/8/2009 | | DUPL | $0.10 |
| 7/8/2009 | | DUPL | $1.00 |
| 7/8/2009 | | DUPL | $0.10 |
| 7/8/2009 | | DUPL | $4.00 |
| 7/8/2009 | | DUPL | $7.70 |
| 7/8/2009 | | DUPL | $3.20 |
| 7/8/2009 | | DUPL | $0.10 |
| 7/8/2009 | | DUPL | $12.10 |
| 7/8/2009 | | DUPL | $0.30 |
| 7/8/2009 | | DUPL | $0.30 |
| 7/8/2009 | | DUPL | $0.10 |
| 7/8/2009 | | DUPL | $0.30 |
| 7/8/2009 | | DUPL | $0.70 |
| 7/8/2009 | | DUPL | $0.20 |
| 7/8/2009 | | DUPL | $1.10 |

| Date | Type | Amount |
|------|------|--------|
| 7/8/2009 | DUPL | $1.40 |
| 7/8/2009 | DUPL | $2.40 |
| 7/8/2009 | DUPL | $1.20 |
| 7/8/2009 | DUPL | $1.50 |
| 7/8/2009 | DUPL | $0.10 |
| 7/8/2009 | DUPL | $0.10 |
| 7/8/2009 | DUPL | $0.20 |
| 7/8/2009 | DUPL | $0.70 |
| 7/8/2009 | DUPL | $0.10 |
| 7/8/2009 | DUPL | $0.10 |
| 7/8/2009 | DUPL | $0.20 |
| 7/8/2009 | DUPL | $0.10 |
| 7/8/2009 | DUPL | $0.70 |
| 7/8/2009 | DUPL | $0.70 |
| 7/8/2009 | DUPL | $0.70 |
| 7/8/2009 | DUPL | $0.10 |
| 7/8/2009 | DUPL | $0.40 |
| 7/8/2009 | DUPL | $0.10 |
| 7/8/2009 | DUPL | $0.20 |
| 7/8/2009 | DUPL | $0.70 |
| 7/8/2009 | DUPL | $0.10 |
| 7/8/2009 | DUPL | $0.20 |
| 7/8/2009 | DUPL | $0.70 |
| 7/8/2009 | DUPL | $0.10 |
| 7/8/2009 | DUPL | $0.10 |
| 7/8/2009 | DUPL | $0.20 |
| 7/8/2009 | DUPL | $0.30 |
| 7/8/2009 | DUPL | $0.70 |
| 7/8/2009 | DUPL | $0.10 |
| 7/8/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.30 |
| 7/10/2009 | DUPL | $0.20 |
| 7/10/2009 | DUPL | $0.20 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.20 |
| 7/10/2009 | DUPL | $1.80 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.30 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.20 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.30 |
| 7/10/2009 | DUPL | $0.30 |
| 7/10/2009 | DUPL | $0.20 |
| 7/10/2009 | DUPL | $0.50 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.10 |

| Date | Type | Amount |
|---|---|---|
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.20 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.40 |
| 7/10/2009 | DUPL | $0.40 |
| 7/10/2009 | DUPL | $0.10 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/10/2009 | DUPL | $0.70 |
| 7/13/2009 | DUPL | $0.10 |
| 7/13/2009 | DUPL | $0.10 |
| 7/13/2009 | DUPL | $0.20 |
| 7/13/2009 | DUPL | $1.10 |
| 7/13/2009 | DUPL | $2.90 |
| 7/13/2009 | DUPL | $0.10 |
| 7/13/2009 | DUPL | $0.80 |

| Date | Type | Amount |
|------|------|--------|
| 7/13/2009 | DUPL | $0.10 |
| 7/13/2009 | DUPL | $0.10 |
| 7/13/2009 | DUPL | $0.30 |
| 7/13/2009 | DUPL | $0.10 |
| 7/13/2009 | DUPL | $1.40 |
| 7/13/2009 | DUPL | $0.20 |
| 7/13/2009 | DUPL | $0.20 |
| 7/13/2009 | DUPL | $0.20 |
| 7/13/2009 | DUPL | $0.20 |
| 7/13/2009 | DUPL | $1.20 |
| 7/13/2009 | DUPL | $1.00 |
| 7/13/2009 | DUPL | $0.10 |
| 7/13/2009 | DUPL | $0.50 |
| 7/13/2009 | DUPL | $0.80 |
| 7/13/2009 | DUPL | $0.30 |
| 7/13/2009 | DUPL | $0.30 |
| 7/13/2009 | DUPL | $0.10 |
| 7/13/2009 | DUPL | $0.20 |
| 7/13/2009 | DUPL | $0.80 |
| 7/13/2009 | DUPL | $0.20 |
| 7/13/2009 | DUPL | $1.50 |
| 7/13/2009 | DUPL | $0.30 |
| 7/13/2009 | DUPL | $0.30 |
| 7/13/2009 | DUPL | $8.00 |
| 7/13/2009 | DUPL | $0.10 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.20 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.10 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.40 |
| 7/14/2009 | DUPL | $1.00 |
| 7/14/2009 | DUPL | $0.60 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.10 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.70 |
| 7/14/2009 | DUPL | $0.20 |
| 7/14/2009 | DUPL | $0.70 |

| | | | |
|---|---|---|---|
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.10 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.10 |
| 7/14/2009 | | DUPL | $0.20 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.10 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.10 |
| 7/14/2009 | | DUPL | $0.10 |
| 7/14/2009 | | DUPL | $0.70 |
| 7/14/2009 | | DUPL | $0.10 |
| 7/14/2009 | | DUPL | $0.20 |
| 7/14/2009 | | DUPL | $1.30 |
| 7/14/2009 | | DUPL | $0.40 |
| 7/14/2009 | | DUPL | $0.50 |
| 7/15/2009 | | DUPL | $0.60 |
| 7/15/2009 | | DUPL | $2.40 |
| 7/15/2009 | | DUPL | $0.80 |
| 7/15/2009 | | DUPL | $2.70 |
| 7/15/2009 | | DUPL | $0.50 |
| 7/15/2009 | | DUPL | $2.70 |
| 7/15/2009 | | DUPL | $3.80 |
| 7/15/2009 | | DUPL | $0.30 |
| 7/15/2009 | | DUPL | $0.10 |
| 7/15/2009 | | DUPL | $0.10 |
| 7/15/2009 | | DUPL | $0.10 |
| 7/15/2009 | | DUPL | $0.40 |
| 7/15/2009 | | DUPL | $0.70 |
| 7/15/2009 | | DUPL | $0.10 |
| 7/16/2009 | Patwardhan, Huria N. | DUPL | $0.20 |
| 7/16/2009 | | DUPL | $2.60 |
| 7/16/2009 | | DUPL | $2.80 |
| 7/16/2009 | | DUPL | $2.50 |
| 7/16/2009 | | DUPL | $0.40 |
| 7/16/2009 | | DUPL | $0.10 |
| 7/16/2009 | | DUPL | $0.30 |
| 7/16/2009 | | DUPL | $2.80 |
| 7/16/2009 | | DUPL | $0.50 |
| 7/16/2009 | | DUPL | $0.20 |
| 7/16/2009 | | DUPL | $0.60 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 7/16/2009 | | DUPL | $0.40 |
| 7/16/2009 | | DUPL | $0.60 |
| 7/16/2009 | | DUPL | $0.50 |
| 7/16/2009 | | DUPL | $2.80 |
| 7/16/2009 | | DUPL | $0.40 |
| 7/16/2009 | | DUPL | $2.40 |
| 7/16/2009 | | DUPL | $0.20 |
| 7/16/2009 | | DUPL | $0.20 |
| 7/16/2009 | | DUPL | $0.40 |
| 7/16/2009 | | DUPL | $0.10 |
| 7/16/2009 | | DUPL | $1.70 |
| 7/16/2009 | | DUPL | $0.30 |
| 7/16/2009 | | DUPL | $0.40 |
| 7/17/2009 | Schnitzer, Edward L. | DUPL | $15.50 |
| 7/17/2009 | Schnitzer, Edward L. | DUPL | $49.40 |
| 7/17/2009 | Schnitzer, Edward L. | DUPL | $24.30 |
| 7/17/2009 | | DUPL | $1.10 |
| 7/17/2009 | | DUPL | $0.20 |
| 7/17/2009 | | DUPL | $0.70 |
| 7/17/2009 | | DUPL | $0.10 |
| 7/17/2009 | | DUPL | $0.70 |
| 7/17/2009 | | DUPL | $0.20 |
| 7/17/2009 | | DUPL | $0.20 |
| 7/17/2009 | | DUPL | $0.20 |
| 7/17/2009 | | DUPL | $0.10 |
| 7/17/2009 | | DUPL | $5.00 |
| 7/17/2009 | | DUPL | $0.60 |
| 7/17/2009 | | DUPL | $0.60 |
| 7/17/2009 | | DUPL | $0.90 |
| 7/17/2009 | | DUPL | $0.90 |
| 7/17/2009 | | DUPL | $1.00 |
| 7/17/2009 | | DUPL | $0.80 |
| 7/17/2009 | | DUPL | $0.10 |
| 7/17/2009 | | DUPL | $1.20 |
| 7/17/2009 | | DUPL | $0.20 |
| 7/17/2009 | | DUPL | $0.10 |
| 7/17/2009 | | DUPL | $0.20 |
| 7/17/2009 | | DUPL | $0.60 |
| 7/17/2009 | | DUPL | $0.10 |
| 7/20/2009 | Schnitzer, Edward L. | DUPL | $38.00 |
| 7/20/2009 | Schnitzer, Edward L. | DUPL | $0.10 |
| 7/20/2009 | | DUPL | $0.70 |
| 7/20/2009 | | DUPL | $0.10 |
| 7/20/2009 | | DUPL | $0.10 |
| 7/20/2009 | | DUPL | $0.10 |
| 7/20/2009 | | DUPL | $0.10 |
| 7/20/2009 | | DUPL | $0.10 |
| 7/20/2009 | | DUPL | $0.10 |
| 7/20/2009 | | DUPL | $0.10 |
| 7/20/2009 | | DUPL | $0.10 |
| 7/20/2009 | | DUPL | $0.10 |
| 7/20/2009 | | DUPL | $0.10 |

| | | |
|---|---|---|
| 7/20/2009 | DUPL | $0.20 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.20 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.20 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.30 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.30 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.40 |
| 7/20/2009 | DUPL | $0.10 |

| | | |
|---|---|---|
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.20 |
| 7/20/2009 | DUPL | $0.20 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.20 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.20 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.30 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.50 |
| 7/20/2009 | DUPL | $0.20 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.10 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.20 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.70 |
| 7/20/2009 | DUPL | $0.40 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.10 |
| 7/21/2009 | DUPL | $2.30 |
| 7/21/2009 | DUPL | $0.10 |
| 7/21/2009 | DUPL | $0.10 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.20 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.70 |
| 7/21/2009 | DUPL | $0.10 |
| 7/21/2009 | DUPL | $0.10 |
| 7/21/2009 | DUPL | $0.70 |

| Date | | Type | Amount |
|------|--|------|--------|
| 7/21/2009 | | DUPL | $0.20 |
| 7/21/2009 | | DUPL | $0.10 |
| 7/21/2009 | | DUPL | $0.10 |
| 7/21/2009 | | DUPL | $0.70 |
| 7/21/2009 | | DUPL | $0.70 |
| 7/21/2009 | | DUPL | $0.10 |
| 7/21/2009 | | DUPL | $0.70 |
| 7/21/2009 | | DUPL | $0.70 |
| 7/21/2009 | | DUPL | $0.70 |
| 7/21/2009 | | DUPL | $0.70 |
| 7/21/2009 | | DUPL | $0.70 |
| 7/21/2009 | | DUPL | $0.80 |
| 7/21/2009 | | DUPL | $0.70 |
| 7/21/2009 | | DUPL | $0.70 |
| 7/21/2009 | | DUPL | $0.10 |
| 7/21/2009 | | DUPL | $0.10 |
| 7/21/2009 | | DUPL | $0.10 |
| 7/21/2009 | | DUPL | $0.10 |
| 7/22/2009 | | DUPL | $0.40 |
| 7/22/2009 | | DUPL | $0.10 |
| 7/22/2009 | | DUPL | $0.20 |
| 7/22/2009 | | DUPL | $0.10 |
| 7/22/2009 | | DUPL | $0.30 |
| 7/22/2009 | | DUPL | $0.10 |
| 7/22/2009 | | DUPL | $0.20 |
| 7/22/2009 | | DUPL | $0.20 |
| 7/24/2009 | Harris Wiener | DUPL | $1.90 |
| 7/24/2009 | | DUPL | $0.40 |
| 7/24/2009 | | DUPL | $0.40 |
| 7/24/2009 | | DUPL | $0.20 |
| 7/24/2009 | | DUPL | $3.60 |
| 7/24/2009 | | DUPL | $0.10 |
| 7/24/2009 | | DUPL | $0.40 |
| 7/24/2009 | | DUPL | $0.10 |
| 7/27/2009 | | DUPL | $0.10 |
| 7/27/2009 | | DUPL | $0.10 |
| 7/27/2009 | | DUPL | $0.40 |
| 7/27/2009 | | DUPL | $0.40 |
| 7/27/2009 | | DUPL | $0.40 |
| 7/27/2009 | | DUPL | $0.40 |
| 7/27/2009 | | DUPL | $1.40 |
| 7/27/2009 | | DUPL | $0.40 |
| 7/27/2009 | | DUPL | $0.10 |
| 7/27/2009 | | DUPL | $1.50 |
| 7/27/2009 | | DUPL | $0.40 |
| 7/27/2009 | | DUPL | $0.10 |
| 7/27/2009 | | DUPL | $0.20 |
| 7/27/2009 | | DUPL | $0.80 |
| 7/27/2009 | | DUPL | $0.80 |
| 7/27/2009 | | DUPL | $0.80 |
| 7/27/2009 | | DUPL | $0.80 |
| 7/27/2009 | | DUPL | $1.00 |

| | | |
|---|---|---|
| 7/27/2009 | DUPL | $0.80 |
| 7/27/2009 | DUPL | $0.80 |
| 7/27/2009 | DUPL | $0.90 |
| 7/27/2009 | DUPL | $2.30 |
| 7/27/2009 | DUPL | $0.70 |
| 7/27/2009 | DUPL | $4.80 |
| 7/27/2009 | DUPL | $1.40 |
| 7/27/2009 | DUPL | $0.70 |
| 7/27/2009 | DUPL | $0.70 |
| 7/27/2009 | DUPL | $0.50 |
| 7/27/2009 | DUPL | $8.10 |
| 7/28/2009 Schnitzer, Edward L. | DUPL | $0.40 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.40 |
| 7/28/2009 | DUPL | $0.90 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.20 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.40 |
| 7/28/2009 | DUPL | $0.40 |
| 7/28/2009 | DUPL | $0.40 |
| 7/28/2009 | DUPL | $0.40 |
| 7/28/2009 | DUPL | $0.40 |
| 7/28/2009 | DUPL | $0.40 |
| 7/28/2009 | DUPL | $0.60 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.20 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.20 |
| 7/28/2009 | DUPL | $1.20 |
| 7/28/2009 | DUPL | $2.60 |
| 7/28/2009 | DUPL | $1.10 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.90 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $1.50 |
| 7/28/2009 | DUPL | $0.20 |
| 7/28/2009 | DUPL | $0.90 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.60 |
| 7/28/2009 | DUPL | $0.40 |
| 7/28/2009 | DUPL | $3.60 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.90 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.90 |

| | | |
|---|---|---|
| 7/28/2009 | DUPL | $0.40 |
| 7/28/2009 | DUPL | $1.00 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.40 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $1.40 |
| 7/28/2009 | DUPL | $0.40 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $1.00 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.90 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.90 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $3.30 |
| 7/28/2009 | DUPL | $0.50 |
| 7/28/2009 | DUPL | $3.30 |
| 7/28/2009 | DUPL | $0.90 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.40 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.40 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.20 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.70 |

| | | |
|---|---|---|
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.20 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $1.00 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $1.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.30 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.20 |
| 7/28/2009 | DUPL | $0.80 |
| 7/28/2009 | DUPL | $0.50 |
| 7/28/2009 | DUPL | $0.20 |
| 7/28/2009 | DUPL | $0.30 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $1.50 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.30 |
| 7/28/2009 | DUPL | $0.20 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.20 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.20 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.50 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.30 |
| 7/28/2009 | DUPL | $0.70 |
| 7/28/2009 | DUPL | $0.10 |

| | | |
|---|---|---|
| 7/28/2009 | DUPL | $0.10 |
| 7/28/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.50 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.40 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.40 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.20 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.30 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.20 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.40 |
| 7/29/2009 | DUPL | $0.40 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.40 |

| Date | Type | Amount |
|------|------|--------|
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.20 |
| 7/29/2009 | DUPL | $0.40 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.20 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.50 |
| 7/29/2009 | DUPL | $3.40 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $1.00 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $3.20 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $3.20 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.20 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.20 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.90 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.90 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $0.20 |

| | | |
|---|---|---|
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $1.00 |
| 7/29/2009 | DUPL | $0.80 |
| 7/29/2009 | DUPL | $0.90 |
| 7/29/2009 | DUPL | $1.80 |
| 7/29/2009 | DUPL | $0.40 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.20 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.30 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.20 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.20 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |

| | | |
|---|---|---|
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $3.00 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.60 |
| 7/29/2009 | DUPL | $0.60 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.40 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.30 |
| 7/29/2009 | DUPL | $0.30 |
| 7/29/2009 | DUPL | $0.40 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.10 |
| 7/29/2009 | DUPL | $0.70 |
| 7/29/2009 | DUPL | $0.10 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 7/29/2009 | | DUPL | $0.70 |
| 7/29/2009 | | DUPL | $0.10 |
| 7/29/2009 | | DUPL | $0.70 |
| 7/29/2009 | | DUPL | $0.10 |
| 7/29/2009 | | DUPL | $0.70 |
| 7/29/2009 | | DUPL | $0.10 |
| 7/29/2009 | | DUPL | $0.70 |
| 7/29/2009 | | DUPL | $0.10 |
| 7/29/2009 | | DUPL | $0.70 |
| 7/29/2009 | | DUPL | $0.10 |
| 7/29/2009 | | DUPL | $0.70 |
| 7/29/2009 | | DUPL | $0.10 |
| 7/30/2009 | Schnitzer, Edward L. | DUPL | $1.20 |
| 7/30/2009 | Schnitzer, Edward L. | DUPL | $1.20 |
| 7/30/2009 | Schnitzer, Edward L. | DUPL | $0.30 |
| 7/30/2009 | Orbach, Joseph | DUPL | $0.20 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.20 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $1.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $7.70 |
| 7/30/2009 | | DUPL | $0.20 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.10 |

| | | |
|---|---|---|
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.30 |
| 7/30/2009 | DUPL | $0.20 |
| 7/30/2009 | DUPL | $0.20 |
| 7/30/2009 | DUPL | $0.20 |
| 7/30/2009 | DUPL | $0.20 |
| 7/30/2009 | DUPL | $0.20 |
| 7/30/2009 | DUPL | $0.30 |
| 7/30/2009 | DUPL | $0.30 |
| 7/30/2009 | DUPL | $1.10 |
| 7/30/2009 | DUPL | $0.70 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.70 |
| 7/30/2009 | DUPL | $0.30 |
| 7/30/2009 | DUPL | $0.20 |
| 7/30/2009 | DUPL | $0.20 |
| 7/30/2009 | DUPL | $0.20 |
| 7/30/2009 | DUPL | $0.40 |
| 7/30/2009 | DUPL | $0.70 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.70 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.70 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.70 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.70 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.70 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.70 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.40 |
| 7/30/2009 | DUPL | $0.20 |
| 7/30/2009 | DUPL | $2.00 |
| 7/30/2009 | DUPL | $8.00 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.60 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.20 |
| 7/30/2009 | DUPL | $0.70 |
| 7/30/2009 | DUPL | $0.20 |
| 7/30/2009 | DUPL | $0.70 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.70 |
| 7/30/2009 | DUPL | $0.10 |
| 7/30/2009 | DUPL | $0.70 |

| Date | | Type | Amount |
|---|---|---|---|
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.30 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.20 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.90 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.70 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/30/2009 | | DUPL | $0.20 |
| 7/30/2009 | | DUPL | $0.10 |
| 7/31/2009 | Schnitzer, Edward L. | DUPL | $1.80 |
| 7/31/2009 | | DUPL | $0.70 |
| 7/31/2009 | | DUPL | $0.70 |
| 7/31/2009 | | DUPL | $0.40 |
| 7/31/2009 | | DUPL | $0.70 |
| 7/31/2009 | | DUPL | $0.10 |
| 7/31/2009 | | DUPL | $0.20 |
| 7/31/2009 | | DUPL | $0.10 |
| 7/31/2009 | | DUPL | $0.10 |
| 7/31/2009 | | DUPL | $0.70 |
| 7/31/2009 | | DUPL | $0.70 |
| 7/31/2009 | | DUPL | $0.10 |
| 7/31/2009 | | DUPL | $0.70 |
| 7/31/2009 | | DUPL | $0.10 |
| 7/31/2009 | | DUPL | $0.70 |
| 7/31/2009 | | DUPL | $0.10 |
| 7/31/2009 | | DUPL | $0.70 |
| 7/31/2009 | | DUPL | $0.10 |
| 7/31/2009 | | DUPL | $0.70 |
| 7/31/2009 | | DUPL | $0.10 |
| 7/31/2009 | | DUPL | $0.70 |
| 7/31/2009 | | DUPL | $0.20 |
| 7/31/2009 | | DUPL | $0.70 |
| 7/31/2009 | | DUPL | $0.40 |
| 7/31/2009 | | DUPL | $0.70 |

| | | |
|---|---|---|
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.20 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.20 |
| 7/31/2009 | DUPL | $0.80 |
| 7/31/2009 | DUPL | $0.20 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.20 |
| 7/31/2009 | DUPL | $0.90 |
| 7/31/2009 | DUPL | $0.20 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |
| 7/31/2009 | DUPL | $0.10 |
| 7/31/2009 | DUPL | $0.70 |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 7/31/2009 | | DUPL | $0.20 | |
| 7/31/2009 | | DUPL | $0.40 | |
| 7/31/2009 | | DUPL | $0.30 | |
| 7/31/2009 | | DUPL | $0.70 | |
| 7/31/2009 | | DUPL | $0.10 | |
| 7/31/2009 | | DUPL | $0.70 | |
| 7/31/2009 | | DUPL | $0.10 | |
| 7/31/2009 | | DUPL | $0.70 | |
| 7/31/2009 | | DUPL | $1.10 | |
| 7/31/2009 | | DUPL | $1.50 | |
| 7/31/2009 | | DUPL | $0.90 | |
| 7/31/2009 | | DUPL | $0.30 | |
| 7/31/2009 | | DUPL | $0.50 | |
| 7/31/2009 | | DUPL | $0.30 | |
| 7/31/2009 | | DUPL | $0.70 | |
| 7/31/2009 | | DUPL | $0.10 | |
| 7/31/2009 | | DUPL | $0.70 | |
| 7/31/2009 | | DUPL | $0.10 | |
| 7/31/2009 | | DUPL | $0.70 | |
| 7/31/2009 | | DUPL | $0.10 | |
| 7/31/2009 | | DUPL | $0.70 | |
| 7/31/2009 | | DUPL | $0.10 | |
| 7/31/2009 | | DUPL | $0.70 | |
| 7/31/2009 | | DUPL | $0.10 | |
| 7/31/2009 | | DUPL | $0.80 | |
| | | | $798.10 | |
| 7/20/2009 | Orbach, Joseph | LEXI | $48.85 | VENDOR: LEXIS - NEXIS; INVOICE#: 0907047405; DATE: 7/31/2009 |
| 7/27/2009 | Schnitzer, Edward L. | LEXI | $21.03 | VENDOR: LEXIS - NEXIS; INVOICE#: 0907047405; DATE: 7/31/2009 |
| 7/22/2009 | Harris Wiener | LEXI | $553.82 | VENDOR: LEXIS - NEXIS; INVOICE#: 0907047405; DATE: 7/31/2009 |
| 7/31/2009 | Harris Wiener | LEXI | $38.97 | VENDOR: LEXIS - NEXIS; INVOICE#: 0907047405; DATE: 7/31/2009 |
| 7/2/2009 | Zawadzki, Jeffrey | LEXI | $279.85 | VENDOR: LEXIS - NEXIS; INVOICE#: 0907047405; DATE: 7/31/2009 |
| | | | $942.52 | |
| 7/2/2009 | Zawadzki, Jeffrey | MEAL | $23.10 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 536564; DATE: 7/5/2009 |
| 7/8/2009 | Zawadzki, Jeffrey | MEAL | $22.32 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 538743; DATE: 7/12/2009 |
| 7/6/2009 | Zawadzki, Jeffrey | MEAL | $22.32 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 538743; DATE: 7/12/2009 |
| 7/16/2009 | Zawadzki, Jeffrey | MEAL | $21.19 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 543100; DATE: 7/19/2009 |
| 7/15/2009 | Virani, Zahir | MEAL | $20.04 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 543100; DATE: 7/19/2009 |

| | | | | |
|---|---|---|---|---|
| 7/14/2009 Zawadzki, Jeffrey | MEAL | $21.44 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 543100; DATE: 7/19/2009 |
| 7/14/2009 Virani, Zahir | MEAL | $20.09 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 543100; DATE: 7/19/2009 |
| 7/13/2009 Zawadzki, Jeffrey | MEAL | $22.32 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 543100; DATE: 7/19/2009 |
| 7/21/2009 Zawadzki, Jeffrey | MEAL | $25.83 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 545176; DATE: 7/26/2009 |
| 7/21/2009 Schnitzer, Edward L. | MEAL | $23.10 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 545176; DATE: 7/26/2009 |
| 7/21/2009 Craner, Katherine G. | MEAL | $16.62 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 545176; DATE: 7/26/2009 |
| 7/20/2009 Patwardhan, Huria N. | MEAL | $27.40 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 545176; DATE: 7/26/2009 |
| 7/20/2009 Gilbert, Sarah | MEAL | $15.94 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 545176; DATE: 7/26/2009 |
| 7/20/2009 Zawadzki, Jeffrey | MEAL | $19.77 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 545176; DATE: 7/26/2009 |
| 7/28/2009 Schnitzer, Edward L. | MEAL | $20.88 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 550937; DATE: 8/2/2009 |
| | | $322.36 | |
| 7/9/2009 Robinson, Pamela L. | ODEL | $7.42 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000V9211289; DATE: 7/11/2009 |
| 7/9/2009 Robinson, Pamela L. | ODEL | $7.42 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000V9211289; DATE: 7/11/2009 |
| 7/9/2009 Schnitzer, Edward L. | ODEL | $10.75 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-267-15528; DATE: 7/20/2009 |
| | | $25.59 | |
| 7/14/2009 Power, Mark | SEAR | $1.20 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10052009; DATE: 9/30/2009 |
| 7/16/2009 Power, Mark | SEAR | $0.80 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10052009; DATE: 9/30/2009 |
| 7/7/2009 Power, Mark | SEAR | $0.48 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10052009; DATE: 9/30/2009 |
| | | $2.48 | |
| 7/2/2009 Schnitzer, Edward L. | TELCON | $12.77 | VENDOR: AMERICAN EXPRESS; INVOICE#: 090109; DATE: 9/1/2009 |
| 7/2/2009 Schnitzer, Edward L. | TELCON | $0.11 | VENDOR: AMERICAN EXPRESS; INVOICE#: 090109; DATE: 9/1/2009 |
| 7/6/2009 Zawadzki, Jeffrey | TELCON | $6.45 | VENDOR: AMERICAN EXPRESS; INVOICE#: 090109; DATE: 9/1/2009 - TELEPHONE CONFEREN |

| Date | Name | Type | Amount | Description |
|------|------|------|--------|-------------|
| 7/6/2009 | Zawadzki, Jeffrey | TELCON | $6.45 | VENDOR: AMERICAN EXPRESS; INVOICE#: 090109; DATE: 9/1/2009 - TELEPHONE CONFEREN |
| 7/10/2009 | Schnitzer, Edward L. | TELCON | $13.82 | VENDOR: AMERICAN EXPRESS; INVOICE#: 090109; DATE: 9/1/2009 - TELEPHONE CONFEREN |
| 7/9/2009 | Schnitzer, Edward L. | TELCON | $40.07 | VENDOR: AMERICAN EXPRESS; INVOICE#: 090109; DATE: 9/1/2009 - TELEPHONE CONFEREN |
| 7/16/2009 | Zawadzki, Jeffrey | TELCON | $12.83 | VENDOR: AMERICAN EXPRESS; INVOICE#: 090109; DATE: 9/1/2009 - TELEPHONE CONFEREN |
| 7/30/2009 | Schnitzer, Edward L. | TELCON | $0.11 | VENDOR: AMERICAN EXPRESS; INVOICE#: 100109; DATE: 9/30/2009 |
| 7/29/2009 | Schnitzer, Edward L. | TELCON | $20.30 | VENDOR: AMERICAN EXPRESS; INVOICE#: 100109; DATE: 9/30/2009 |
| | | | $112.91 | |
| 7/20/2009 | Farrell, Susan | WPOT | $39.00 | |
| 7/21/2009 | Farrell, Susan | WPOT | $78.00 | |
| 7/13/2009 | Robinson, Pamela L. | WPOT | $97.50 | |
| 7/14/2009 | Robinson, Pamela L. | WPOT | $97.50 | |
| | | | $312.00 | |

Total:                                  $3,557.19