# Exhibit A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       : Jointly Administered
         Debtors.                                                      :
---------------------------------------------------------------------- x

## ORDER AUTHORIZING PAYMENT OF PREPETITION SALES AND USE TAXES

Upon consideration of the motion (the "Motion")[2] for an order authorizing the payment of prepetition New York sales and use taxes; this Court having considered the Motion and being fully advised; it appearing that appropriate notice and opportunity for a hearing on the Motion was given and that no further notice need be given; it appearing that the relief requested in the Motion is appropriate in the context of these cases and necessary to ensure that the Debtors' business will be properly liquidated; it appearing that the relief requested in the Motion is in the best interests of Debtors and their respective estates, creditors, stockholders and other parties in interest; and good cause appearing therefor;

IT IS HEREBY ORDERED THAT:

    1.      The Motion is granted.

    2.      The Debtors are authorized, but not required, pursuant to sections 105(a), 541 and 507(a)(8) of the Bankruptcy Code, in their sole and absolute discretion and in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms used in this Order shall have the definitions attributed to them in the Motion unless otherwise indicated.

exercise of their business judgment, to pay the NYS Taxes to New York State in an aggregate amount of up to $325,000, which amount is in addition to the $150,000 granted by the First Day Sales and Use Tax Order.

        3.      The banks maintaining an account upon which any of the Debtors' checks, drafts, or wire transfers are drawn prior to, on, or after the commencement of these Chapter 11 cases are authorized and directed to (i) honor any checks or drafts issued upon presentation thereof, or any transfer instructions upon receipt thereof, in each case, in respect of the NYS Taxes and (ii) rely upon the representations of Debtors as to which such checks, drafts, or wire transfers are in payment of NYS Taxes pursuant to this Order.

        4.      Nothing in this Order shall impair the ability of the Debtors to contest the claim of any taxing authority or otherwise dispute, contest, set off or recoup such claim, or assert any rights, claims or defenses related thereto, or to recover any monies paid to any entity pursuant to this Order, or to bring any suit, motion, action or other proceeding against any entity.

        5.      Notwithstanding the relief granted herein and any actions taken hereunto, nothing in this Order shall create any rights in favor of any governmental entity.

        6.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

        7.      The Debtors, their officers, employees and agents, are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

Dated: December __, 2009
       Wilmington, Delaware

                                                     _____
                                                   Christopher S. Sontchi
                                                   United States Bankruptcy Judge