UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

--------------------------------------------------------------- x

In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,:    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :    Jointly Administered
        Debtors.                                                :
                                                                :    **Objection Deadline: December 10, 2009 at 4:00 p.m. (ET)**
                                                                :    **Hearing Date: December 14, 2009 at 11:30 a.m. (ET)**
--------------------------------------------------------------- x

## MOTION PURSUANT TO LOCAL RULE 9006-1(e) FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER MOTION OF DEBTORS FOR ORDER AUTHORIZING PAYMENT OF PREPETITION SALES AND USE TAXES

American Home Mortgage and its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit this motion (the "Motion to Shorten") pursuant to Rule 9006-1(e) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order shortening the time for notice of the Debtors' motion for the entry of an order (i) authorizing them to pay prepetition sales and use taxes to New York State that were collected or due and owing prepetition and (ii) authorizing and directing all applicable banks and other financial institutions to receive, process, honor and pay any and all checks drawn on the Debtors' accounts that relate to such prepetition taxes and fees (the "Motion"). So that the Motion may be heard at the hearing currently scheduled for December 14, 2009 at 11:30 a.m. (ET). In support thereof, the Debtors respectfully represent:

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

## BASIS FOR RELIEF REQUESTED

1.     The Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") require twenty (20) days' notice prior to the hearing date for motions involving the use or sale of estate property. *See* Fed. R. Bankr. P. 2002(a)(2). Likewise, Local Rule 9006-1(c) provides for a fourteen (14) day notice period (if service is by overnight delivery) for motions not otherwise governed by the Bankruptcy Rules or Local Rules. Pursuant to Local Rule 9006-1(e), however, such periods may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice.

2.     The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing on the Motion. As set forth more fully in the Motion, the Debtors must pay the Sale and Use Taxes currently owing to New York State to prevent personal liability of their current and former officers and directors.

3.     Despite the Debtors' best efforts to estimate the amount of the Sales and Use Taxes outstanding as of the Petition Date, the Debtors' estimate has proven to be too low. Accordingly, the Debtors must obtain Court approval to pay the Sales and Use Taxes due to New York State so that they can protect their current and former directors and officers from personal liability.

4.     In light of the foregoing, the Debtors submit that consideration of the Motion at the December 14, 2009 hearing is necessary and in the best interests of the Debtors, their estates, creditors, and their officers and directors so that the Motion and the relief requested therein, which are inextricably tied to the Debtors' efforts to preserve and maximize estate value, can be considered on an expedited basis.

5.     Because of the shortened notice period, the Debtors propose to give any party objecting to the Motion until December 10, 2009 at 4:00 p.m. (ET) to file and serve any

                                                      

objections upon the undersigned counsel for the Debtors. As a result of the shortened noticed period, the Motion will be served by express mail or overnight or hand delivery on: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel for the Debtors' prepetition and postpetition bank group; (c) counsel to the Creditors' Committee; and (d) any persons who have filed a request for notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002.

<strong><u>NO PRIOR REQUEST</u></strong>

6.    No prior request for the relief sought in this Motion to Shorten has been made to this or any other court.

WHEREFORE, the Debtors respectfully request the Court to enter an order, substantially in the form attached hereto as **Exhibit A**, scheduling a hearing on the Motion for December 14, 2009 at 4:30 p.m. (ET), and requiring that any responses to the Motion be filed and served so as to be received by the undersigned counsel on or before December 10, 2009 at 4:00 p.m. (ET).

Dated: December 4, 2009
   Wilmington, Delaware

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _____
        Sean M. Beach (No. 4070)
        Jennifer R. Noel (No. 3987)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel to the Debtors and Debtors in Possession