# Exhibit B

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140239

For professional services rendered from August 1, through August 31, 2009 in connection with the following:

703159       AMERICAN HOME MORTAGE HOLDINGS, INC.
002          CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/02/09 | Review and respond to subpoena from borrower's committee. | MSI | 0.40 | 298.00 |
| 08/03/09 | Emails with JO re: ZC motion to compel cure payment (.30); emails with JO and phone call with MSI re: debtors' objection to CBS motion (.40). | ELS | 0.70 | 367.50 |
| 08/03/09 | Reviewing ZC Real Estate motion for cure amount. | JO | 0.40 | 120.00 |
| 08/03/09 | Review docket and prepare for meeting with ELS re upcoming events (.30) review motion to compel for an order entered approving the sale of Debtors' mortgage servicing business (.20) review motion to shorten notice re DI7863 (.10) calendar events (.20) review docket (.30) file maintenance (.40) | JS | 1.50 | 367.50 |
| 08/04/09 | Reviewing CBS Outdoor motion and Debtors objection (.30); Drafting Joinder to Debtors objection (.50); Discussing whether to file joinder with MSI and ELS (.20). | JO | 1.00 | 300.00 |
| 08/04/09 | Review response in opposition to Debtors' 38th omnibus objection to claims (.10) review and circulate order granting motion DI7886 (.20) review objection to CBS Outdoor Inc's motion to compel payment of administrative expenses (.10) review docket (.30) | JS | 0.70 | 171.50 |
| 08/05/09 | Review of District Court opinion in Bear Stearns case. | JO | 0.10 | 30.00 |
| 08/05/09 | Review update from BDO (.20); telephone conversation with Beach regarding various actions, settlements, employees and effective date (.30); review e-mails regarding notice to employees (.20); telephone conversation with Sass regarding same (.10). | MSI | 0.80 | 596.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/05/09 | Review District Court decision in Bear Stearns case | MTP | 0.20 | 149.00 |
| 08/06/09 | Review docket and recent pleadings (.30) | JS | 0.30 | 73.50 |
| 08/06/09 | Review e-mails and respond to committee members (.20); telephone conversation with Beach regarding hearings (.10). | MSI | 0.30 | 223.50 |
| 08/06/09 | Attention to update e-mail to Committee | MTP | 0.10 | 74.50 |
| 08/07/09 | Participate in status call with counsel for AHM re: Waterfield litigation (1.60); review documents re: same (.10). | ZGN | 1.70 | 1,088.00 |
| 08/08/09 | Review certifications (.10); e-mails with MSI regarding committee update (.10); review Broadhollow stipulation (.10); review Telepathy notice and sale agreement (.20). | JXZ | 0.50 | 187.50 |
| 08/10/09 | Review order authorizing and directing that the supplemental declaration re: claims objections (.10) review order authorizing the committee to retain Receivable Management Services Corp (.10) review order authorizing and approving stipulation DI 7923 (.10) review certification of counsel filed by AHMH (.10) organize courtcall telephonic appearance of JXZ (.20) review docket to update calendar and critical dates memo (.30). | JS | 0.90 | 220.50 |
| 08/10/09 | Review hearing agenda (.20); review Bear Stearns district opinion (.20); review order shortening time for ZCRE tax Solutions motion (.10); review ZC motion to compel (.20); meeting with JWS and MSI regarding hearing (.10); review Citi notice of withdrawal (.10); review Lehman decision (.20); preliminary review of TRSO/OPPRS motion to authorize (.30). | JXZ | 1.40 | 525.00 |
| 08/10/09 | Review letter from B. Fernandes to go to employees (.10); discussion and e-mail with Sass and Berliner regarding same (.30); review agenda and telephone conversation with Beach regarding same (.20). | MSI | 0.50 | 372.50 |
| 08/11/09 | Review amended agenda and further preparation for hearing (.80) review docket and recently filed pleadings (.40) | JS | 1.20 | 294.00 |
| 08/11/09 | Hearing preparation and attend hearing (.80); review OPPRS notice of withdrawal (.10); e-mail with M. Michaelis regarding open issues (.10); review recent orders (.10); meetings with MTP and S. Sass regarding open issues (1.50). | JXZ | 2.60 | 975.00 |
| 08/11/09 | Telephone conversation with S. Sass and D. Berliner regarding issues on employees and effective date (.20); telephone conversation with S. Sass regarding same (.20). | MSI | 0.40 | 298.00 |
| 08/11/09 | E-mails with Michaelis re open items (.20); meeting with Sass & JXZ re case strategy meeting (1.50) | MTP | 1.70 | 1,266.50 |
| 08/12/09 | Editing 9019 D&O motion and order. | JO | 1.20 | 360.00 |
| 08/12/09 | E-mail with D. Berliner regarding open issues (.10). | JXZ | 0.10 | 37.50 |
| 08/13/09 | Review and circulate Joint motion to approve compromise of the debtors and committee (.30) review certification of counsel filed by Bayview (.10) review docket (.20) update contact list (.30) | JS | 0.90 | 220.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/13/09 | Review Citi RFS motion (.10); attention to creditor inquiries (.40); review committee update (.10); review correspondence (.20). | JXZ | 0.80 | 300.00 |
| 08/13/09 | E-mails with ELS regarding Cadwalader (.10); e-mails with M. Michaelis and ELS regarding Milestone (.10); conference call with ELS, BDO and trustee regarding preferences (.80); review Cadwalader tolling agreement (.10); calendar maintenance (.10); review schedule of NSF checks (.10); e-mail with E. Plank regarding preferences (.10); e-mail with ELS and K. Senese regarding Warehouseline (.10); e-mails with ELS and R. Miller regarding Thacher (.10); review Trinity notice of duplicate filing (.10); review schedule of assumed contracts (.10); review notice of State of Washington DOR (.10); call with M. Schmergal regarding USPS (.20). | JXZ | 2.10 | 787.50 |
| 08/13/09 | Attention to update e-mail to Committee | MTP | 0.10 | 74.50 |
| 08/17/09 | Review docket and recent orders (.10). | JXZ | 0.10 | 37.50 |
| 08/19/09 | Review update and effective analysis (.20). | JXZ | 0.20 | 75.00 |
| 08/19/09 | Review and edit BDO report and numerous e-mails regarding same. | MSI | 0.30 | 223.50 |
| 08/19/09 | Attention to analysis of effective date timing (.50); review BDO report (.40) | MTP | 0.90 | 670.50 |
| 08/20/09 | E-mail to committee regarding today's committee call and attend committee call (.60). | ELS | 0.60 | 315.00 |
| 08/20/09 | Reviewing BDO report (.4); Committee Call (.40); Drafting minutes of Committee call (10). | JO | 1.80 | 540.00 |
| 08/20/09 | Review docket and recent pleadings (.30). | JS | 0.30 | 73.50 |
| 08/20/09 | Review committee update (.20); committee call (.40); review meeting minutes (.10). | JXZ | 0.70 | 262.50 |
| 08/20/09 | Review BDO report and e-mails and attend committee meeting. | MSI | 0.80 | 596.00 |
| 08/20/09 | Review revised BDO report to Committee | MTP | 0.50 | 372.50 |
| 08/21/09 | Review docket (.20) review Order awarding payment to Northwest Trustee (.10) update contact list (.50) | JS | 0.80 | 196.00 |
| 08/24/09 | Review docket and ensure calendar dates are accounted for the hearing dates, objection deadlines. (.30) | JS | 0.30 | 73.50 |
| 08/25/09 | Attention to creditor inquiries (50). | JXZ | 0.50 | 187.50 |
| 08/26/09 | Attention to creditor inquiries (.40). | JXZ | 0.40 | 150.00 |
| 08/27/09 | Research Transcript for ELS re: Rucker Claim (.40) | JS | 0.40 | 98.00 |
| 08/27/09 | Review docket and critical dates calendar (.40) Research and pull Transcript from May 15, 2009 for ELS (.40) | JS | 0.80 | 196.00 |
| 08/28/09 | Meeting with MSI re: Dobben and Rucker claims and affect on reserves. | ELS | 0.40 | 210.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/28/09 | Review notice of appearance (.10) update service list (.20) review and circulate CitiMortgage's motion to compel (.40) update calendar (.10) review docket (.20). | JS | 1.00 | 245.00 |
| 08/28/09 | E-mails with M. Minella regarding hearings (.10); review Citi motion to compel (.30). | JXZ | 0.40 | 150.00 |
| 08/28/09 | Review Citi mortgage stay relief motion | MTP | 0.40 | 298.00 |
| 08/31/09 | Emails and phone call with YCST re: reservation of rights on motion for relief from the stay re: D&O proceeds. | ELS | 0.40 | 210.00 |
| 08/31/09 | Review reservation of rights re: joint motion DI 7988 (.20) review docket (.20). | JS | 0.40 | 98.00 |
| 08/31/09 | Attention to creditor inquiries (.40). | JXZ | 0.40 | 150.00 |
| 08/31/09 | Review motion filed by Citmortgage regarding discovery dispute. | MSI | 0.30 | 223.50 |

TOTAL HOURS                      35.70

TOTAL SERVICES ...................................................................$    15,429.50

### DISBURSEMENT SUMMARY

| | |
|---|---|
| CARFARE | $647.68 |
| DUPLICATING | $210.20 |
| MEALS | $106.07 |
| OVERNIGHT DELIVERY | $7.70 |
| POSTAGE | $1.05 |
| SEARCH FEES | $0.56 |
| TELEPHONE CONFERENCE CALL | $61.65 |
| WORD PROCESSING OVERTIME | $409.50 |

TOTAL DISBURSEMENTS ...........................................$    1,444.41

TOTAL FEES & DISBURSEMENTS ............................................$    16,873.91

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 9.50 | 245.00 | 2,327.50 |
| 583 | Orbach | 4.50 | 300.00 | 1,350.00 |

| 493 | Zawadzki | 10.20 | 375.00 | 3,825.00 |
| 486 | Schnitzer | 2.10 | 525.00 | 1,102.50 |
| 428 | Newman | 1.70 | 640.00 | 1,088.00 |
| 260 | Indelicato | 3.80 | 745.00 | 2,831.00 |
| 364 | Power | 3.90 | 745.00 | 2,905.50 |
| ATTY TOTAL | | 35.70 | | 15,429.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140239

For professional services rendered from August 1, through August 31, 2009 in connection with the following:

| | | |
|---|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. | |
| 003 | RETENTIONS | |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/10/09 | Review certification regarding RMS retention (.10); review RMS retention order and e-mails with S. Sass and ELS regarding same (.10). | JXZ | 0.20 | 75.00 |

|  |  |  |
|---|---|---|
| TOTAL HOURS | 0.20 | |
| TOTAL SERVICES ....................................................$ | | 75.00 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| SEARCH FEES | $2.40 |
| TOTAL DISBURSEMENTS ...........................................$ | 2.40 |
| TOTAL FEES & DISBURSEMENTS ............................$ | 77.40 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 493 | Zawadzki | 0.20 | 375.00 | 75.00 |

ATTY TOTAL                    0.20                    75.00

# Hahn & Hessen LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140239

For professional services rendered from August 1, through August 31, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
007          PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/04/09 | E-mails and telephone conversation with J. Reneck regarding review of same (.30); review retention documents on Zolfo Cooper (.40). | MSI | 0.70 | 521.50 |
| 08/05/09 | Organized H&H's September 2008 through April 2009 bills for fee examiner and borrowers committee (2.40) Revise H&H's September monthly fee application (1.70) | JS | 4.10 | 1,004.50 |
| 08/05/09 | Telephone conversation with J. Reneck regarding various questions on fee applications (.20); telephone conversation with Beach regarding same and hearing (.10); telephone conversation with S. Weisbroad regarding fees of borrower's counsel and review issues regarding same (.20); review material to be produced to Weisbroad (.40). | MSI | 0.90 | 670.50 |
| 08/06/09 | Draft and revise H&H's October fee application (2.10) Draft and revise H&H's November fee application (2.30) | JS | 4.40 | 1,078.00 |
| 08/06/09 | Formats H&H bills for forward to fee examiner | JS | 1.00 | 245.00 |
| 08/06/09 | Revise and edit fee application. | MSI | 0.40 | 298.00 |
| 08/06/09 | Work on monthly fee applications | MTP | 3.30 | 2,458.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/07/09 | Review YCST's May fee application (.40) update fee summary chart (.20) Finalize H&H's September fee application (.40) prepare exhibits of September fee app for filing and service (.50) finalize H&H's October fee application (.40) prepare exhibits of H&H's October fee application for filing and service (.50) finalize H&H's November fee application (.50) prepare exhibits of H&H's November fee application for filing and service (.40) format fee applications to forward to fee examiner (.30) Format expenses according to local rules - Exhibit C (.90). | JS | 4.50 | 1,102.50 |
| 08/07/09 | Call from Jake Renick to discuss various fee application issues | MTP | 0.30 | 223.50 |
| 08/10/09 | Draft H&H's December fee application (1.50) Draft H&H's January fee application (1.60) | JS | 3.10 | 759.50 |
| 08/10/09 | Telephone conversation with J. Renick regarding fee questions. | MSI | 0.20 | 149.00 |
| 08/11/09 | Review Order approving interim fee request (.30) update summary fee chart (.10) Draft H&H's February fee application (1.60) draft H&H's March fee application (1.60) | JS | 3.60 | 882.00 |
| 08/11/09 | Review fee order (.10); review examiner report (.10). | JXZ | 0.20 | 75.00 |
| 08/13/09 | Review numerous fee applications; draft summaries and e-mails with MSI regarding same (1.60). | JXZ | 1.60 | 600.00 |
| 08/14/09 | Draft H&H's April fee application (1.70) | JS | 1.70 | 416.50 |
| 08/14/09 | Revise and edit monthly fee applications. | MSI | 0.60 | 447.00 |
| 08/17/09 | Edit December fee application (1.0) Edit January fee application (.90) edit February fee application (.80) | JS | 2.70 | 661.50 |
| 08/17/09 | Review certifications (.10). | JXZ | 0.10 | 37.50 |
| 08/17/09 | Revise and edit fee applications. | MSI | 0.80 | 596.00 |
| 08/18/09 | Edit and finalize H&H's March fee application (1.20) edit and finalize H&H's April fee application (1.0) Finalize H&H's December fee application (.50) Finalize H&H's January Fee application (.60) finalize H&H's February's fee application (.50) Prepare Exhibits of H&H's December through April Fee applications for service and filing (3.20). | JS | 7.00 | 1,715.00 |
| 08/19/09 | Review certifications (.10). | JXZ | 0.10 | 37.50 |
| 08/21/09 | Review NWT fee order (.10). | JXZ | 0.10 | 37.50 |
| 08/24/09 | Review fee applications. | JXZ | 0.40 | 150.00 |
| 08/25/09 | Review certifications (.10). | JXZ | 0.10 | 37.50 |
| 08/26/09 | Review fee applications, draft summary and e-mail with MSI regarding same (.40). | JXZ | 0.40 | 150.00 |
| 08/27/09 | Review Zolfo Cooper's July fee application (.20) update fee chart (.10) calendar (.10) | JS | 0.40 | 98.00 |
| 08/31/09 | Review YCST's June fee application (.50) update summary fee chart (.10) calendar event (.10). | JS | 0.70 | 171.50 |
| 08/31/09 | Review certifications (.10). | JXZ | 0.10 | 37.50 |

| DATE | SERVICES | | ATTY | HOURS | VALUE |
|------|----------|--|------|-------|-------|
| | | | | | |
| | TOTAL HOURS | | | 43.50 | |
| | TOTAL SERVICES ........................................................... $ | | | | 14,660.50 |
| | DISBURSEMENT SUMMARY | | | | |
| | CARFARE | | | | $67.32 |
| | DUPLICATING | | | | $209.90 |
| | | | | | |
| | TOTAL DISBURSEMENTS ............................................. $ | | | | 277.22 |
| | TOTAL FEES & DISBURSEMENTS ........................... $ | | | | 14,937.72 |

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 33.20 | 245.00 | 8,134.00 |
| 493 | Zawadzki | 3.10 | 375.00 | 1,162.50 |
| 260 | Indelicato | 3.60 | 745.00 | 2,682.00 |
| 364 | Power | 3.60 | 745.00 | 2,682.00 |
| ATTY TOTAL | | 43.50 | | 14,660.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140239

For professional services rendered from August 1, through August 31, 2009 in connection with the following:

| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 008 | AVOIDANCE ACTIONS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/02/09 | Review BDO historical information on AGF, Huntington and Ikon and draft email to Sass/Plank re: analysis and conclusions. | ELS | 0.40 | 210.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/03/09 | Research for address of Cablevision Lightpath to serve summons and complaint (.10); reviewed and revised summons to Cablevision Lightpath (.10); revised letter to Cablevision Lightpath accompanying summons and complaint (.10); Research for address of Capital Contractors to serve summons and complaint (.10); reviewed and revised summons to Capital Contractors (.10); revised letter to Capital Contractors accompanying summons and complaint (.10); Research for address of Careerbuilder to serve summons and complaint (.10); reviewed and revised summons to Careerbuilder (.10); revised letter to Careerbuilder accompanying summons and complaint (.10); Research for address of CB Contractors to serve summons and complaint (.10); reviewed and revised summons to CB Contractors (.10); revised letter to CB Contractors accompanying summons and complaint (.10); Research for address of Chandler Signs to serve summons and complaint (.10); reviewed and revised summons to Chandler Signs (.10); revised letter to Chandler Signs accompanying summons and complaint (.10); Research for address of Check Printers to serve summons and complaint (.10); reviewed and revised summons to Check Printers (.10); revised letter to Check Printers accompanying summons and complaint (.10); Research for address of Client Services Customer Care to serve summons and complaint (.10); reviewed and revised summons to Client Services Customer Care (.10); revised letter to Client Services Customer Care accompanying summons and complaint (.10); Research for address of CMPS Institute to serve summons and complaint (.10); reviewed and revised summons to CMPS Institute (.10); revised letter to CMPS Institute accompanying summons and complaint (.10); Research for address of Collegiate Relocation Network to serve summons and complaint (.10); reviewed and revised summons to Collegiate Relocation Network (.10); revised letter to Collegiate Relocation Network accompanying summons and complaint (.10); Research for address of Com-Bell Systems to serve summons and complaint (.10); reviewed and revised summons to Com-Bell (.10); revised letter to Com-Bell accompanying summons and complaint (.10); Research for address of Comsys Services to serve summons and complaint (.10); Research for address of Corelogic Systems to serve summons and complaint (.10); reviewed and revised summons to Corelogic Systems (.10); revised letter to Corelogic accompanying summons and complaint (.10); Research for address of Corporate Resources Group to serve summons and complaint (.10); reviewed and revised summons to Corporate Resources Group (.10); revised letter to Corporate Resources Group accompanying summons and complaint (.10); Research for address of Corporate Technologies, Inc. to serve summons and complaint (.10); reviewed and revised summons to Corporate Technologies, Inc. (.10); revised letter to Corporate Technologies, Inc. accompanying summons and complaint (.10); Research for address of CT Networks to serve summons and complaint (.10); reviewed and revised summons to CT Networks (.10); revised letter to CT Networks accompanying summons and complaint (.10); Research for address of The D&B Corporation to serve summons and complaint (.10); reviewed and revised summons to The D&B Corporation (.10); revised letter to The D&B Corporation accompanying summons and complaint (.10); Research for address of Dartmouth Ventures to serve summons and complaint (.10); reviewed and revised summons to Dartmouth Ventures (.10); revised letter to Dartmouth Ventures accompanying summons and complaint (.10); Research for address of Della Femina Rothschild Jeary to serve summons and complaint (.10); reviewed and revised summons to Della Femina Rothschild Jeary (.10); revised letter to Della Femina Rothschild Jeary accompanying summons and complaint (.10); Research for address of Deloitte & Touche to serve summons and complaint (.10); reviewed and revised summons to Deloitte & Touche (.10); revised letter to Deloitte & Touche accompanying summons and complaint (.10); Research for address of Deloitte Tax to serve summons and complaint (.10); reviewed and revised summons to Deloitte Tax (.10); revised letter to Deloitte Tax accompanying summons and complaint (.10); Research for address of Design Circles to serve summons and complaint (.10); reviewed and revised summons to Design Circles (.10); revised letter to Design Circles accompanying summons and complaint (.10); Research for address of Dialamerica Marketing to serve summons and complaint (.10); reviewed and revised summons to Dialamerica Marketing (.10); revised letter to Dialamerica Marketing accompanying summons and complaint (.10); Research for address of Digital Draw Network to serve summons and complaint (.10); reviewed and revised summons to Digital Draw Network (.10); revised letter to Digital Draw Network accompanying summons and complaint (.10); Research for address of Digital Storage Solutions to serve summons and complaint (.10); reviewed and revised summons to Digital Storage Solutions (.10); revised letter to Digital Storage Solutions accompanying summons and complaint (.10); Research for address of Diners Club to serve summons and complaint (.10); reviewed and revised summons to Diners Club (.10); revised letter to Diners Club accompanying summons and complaint (.10); Research for address of Drew & Rogers to serve summons and complaint (.10); reviewed and revised summons to Drew & Rogers (.10); revised letter to Drew & Rogers accompanying summons and complaint (.10); Research for address of Dynamic Painting & Restoration to serve summons and complaint (.10); reviewed and revised summons to Dynamic Painting & Restoration (.10); revised letter to Dynamic Painting & Restoration accompanying summons and complaint (.10); Research for address of ECI Owensmouth to serve summons and complaint (.10); reviewed and revised summons to ECI Owensmouth (.10); revised letter to ECI Owensmouth accompanying summons and complaint (.10); Research for address of EECO Electric Corp. to serve summons and complaint (.10); reviewed and revised summons to EECO Electric Corp. (.10); revised letter to EECO Electric Corp. accompanying summons and complaint (.10); Research for address of Elite Fire Protection to serve summons and complaint (.10); reviewed and revised summons to Elite Fire Protection accompanying summons and complaint (.10); Research for address of Ellie Mae to serve summons and complaint (.10); reviewed and revised summons to Ellie Mae (.10); revised letter to Ellie Mae accompanying summons and complaint (.10); e-mail correspondence with ELS regarding filing of complaint against D.W. Consulting (.10). | CJK | 9.20 | 4,462.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/03/09 | Verizon - emails with ZV re: complaint (.40); review recently filed complaints and emails to Blank Rome re: outstanding complaints (.70); review list of complaints filed and status of remaining complaints (.70); emails re: various tolling agreements (.50); emails re: Verizon Wireless complaint (.20). | ELS | 2.50 | 1,312.50 |
| 08/03/09 | Review and manage Adversary cases filed by Committee (.70). | JS | 0.70 | 171.50 |
| 08/03/09 | Review ATT Entities and tolling agreements re same. | KGC | 0.60 | 276.00 |
| 08/03/09 | Telephone conference with ELS and Beach re: various preferences (.30); telephone conference with G. Wile re: same (.10); review same (.20); review and execute tolling agreement and settlement agreement (.30); review emails re: same (.20). | MSI | 1.10 | 819.50 |
| 08/03/09 | Communication with opposing counsel regarding Verizon complaint and proper Verizon entities (.4). Editing of Verizon complaint (.2). Drafting of Verizon tolling agreement (.2). Communication with BDO regarding Verizon invoices and payments (.2). | ZV | 1.00 | 300.00 |
| 08/04/09 | Reviewed affidavits of service for Cablevision, Capital Contractors, Careerbuilder and CB Contractors (.10); reviewed/revised summons for D.W. Consulting (.10); letter to D.W. Consulting regarding complaint (.10); reviewed/revised summons for East West Holdings (.10); letter to registered agent for service for East West Holdings (.10); letter to registered agent for service for East West Holdings (.10); letter to registered agent for service for Comsys Services (.10); search for address for Comsys Services (.20); search for an address for East West Holdings (.20); e-mail correspondence with ELS and counsel for AT&T Mobility regarding tolling agreement (.10); e-mail correspondence with ELS regarding D.W. Consulting complaint (.10); review affidavits of service for Chandler Signs, Check Printers, Client Services Customer Care, CMPS Institute, Collegiate Relocation, Com-Bell Systems, Corelogic Systems, Corporate Resources Group, Corporate Technologies, CT Networks and Dartmouth Ventures (.30); reviewed ELS chart regarding status of D.W. Consulting filing (.10). | CJK | 1.60 | 776.00 |
| 08/04/09 | Review stipulation with WLR and MSI comments, conferences with MSI regarding same | DDG | 1.00 | 695.00 |
| 08/04/09 | Cadwalader - emails and phone call with defendant's attorney re: matter (.60); Verizon - various emails re: preference complaint and various Verizon entities and review and revise latest version of complaint (.90); Milestone - review various emails re: Milestone payments and email/phone conversation with MSI re: same (.80). | ELS | 2.30 | 1,207.50 |
| 08/04/09 | E-mail correspondence with ELS regarding potential preference defendant, Jackson Lewis, and telephone discussion with potential defendant (.40). | HNP | 0.40 | 140.00 |
| 08/04/09 | Reviewing Homebuyer complaints (.40); Call from Highland Lakes attorney (.10). | JO | 0.50 | 150.00 |
| 08/04/09 | Coordinate with ELS re AT&T preference and DE counsel re same (.30); review additional files re legal names (1.40). | KGC | 1.70 | 782.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/04/09 | Review memos and information on various preferences including Milestone, Cadwalader and other legal counsel (1.50); telephone conversation with ELS regarding same (.20); review e-mails on tolling and potential settlements (.20). | MSI | 1.90 | 1,415.50 |
| 08/04/09 | Revisions to Verizon complaint (.4). Research on Verizon entities and editing and revisions to exhibits (1.4). Research on Idearc bankruptcy and affected Verizon invoices (.6). Review of invoices and online research for multiple AHM preference defendants for terms and addresses (2.7). | ZV | 5.10 | 1,530.00 |
| 08/05/09 | Review comments regarding WLR stipulation | DDG | 0.10 | 69.50 |
| 08/05/09 | Cadwalader - emails with defendant re: payments and tolling agreement (.90); Ocwen - review email from BDO re: defendant name and review/approve revised complaint for filing (.30); Mortgage Guaranty - review and send emails to Awong and Moran re: payments; phone call with HNP re: same and authorize filing of complaint (.40); Mortgage Asset - emails with Plank re: defendant's name and phone call with HNP re: same (.30); Security Connections - review email from ZV re: invoices and assumption/cure defense and phone call with ZV re: same (.30); emails and phone call with Plank re: various matters (.30); emails with Blank Rome re: preference complaints (.20); email and phone call with Crowther of YCST re: preference complaints and Intex settlement (.30); update master preference chart (.50). | ELS | 3.50 | 1,837.50 |
| 08/05/09 | Discussion with ELS and review of e-mail correspondences regarding preference complaint against Mortgage Guaranty Inc (.20); discussions with ELS and E. Blank and review of e-mail correspondence regarding preference complaint against Mortgage Asset Research Institute (.40); e-mail correspondence to debtors' counsel regarding the above-noted preference complaint (.20). | HNP | 0.80 | 280.00 |
| 08/05/09 | Follow-up email on EMC preference. | JO | 0.10 | 30.00 |
| 08/05/09 | Review and respond to numerous e-mails regarding tolling settlements and actions to be bought (.40); review e-mails from Milestone regarding same (.20); telephone conversation with Nystrom regarding same (.10); telephone conversation with RMS regarding same (.10). | MSI | 0.80 | 596.00 |
| 08/05/09 | Revised OCWEN complaint (.10); reviewed emails re the same (.20). | NR | 0.30 | 81.00 |
| 08/05/09 | Review and analysis of Security Connections agreement, objections and sale motion (.8). Analysis of Security Connections defenses (.6). Communication with M. Minuti regarding affirmation that payments were made pursuant to agreement (.4). Review of invoices and online resources related to multiple matters for addresses (1.2). | ZV | 3.00 | 900.00 |
| 08/06/09 | Review revisions to WLR stipulation and prepare for conference call (0.6); conference call regarding WLR stipulation, cure escrow, BoA issues (1.2); review further revisions, e-mails regarding same (0.3) | DDG | 2.10 | 1,459.50 |
| 08/06/09 | Mari and Accruint - emails with RMS and Crowther re: matter (.40); Newsday - emails with RMS and NCR re: matter and new defendant name (.40). | ELS | 0.80 | 420.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/06/09 | Review of multiple e-mail correspondences regarding preference defendant, Mortgage Asset Research Institute, tolling agreement with the same and various other preference defendants (.40). | HNP | 0.40 | 140.00 |
| 08/06/09 | Gathering complaints in preparation of service of process. | JO | 0.40 | 120.00 |
| 08/06/09 | E-mails re legal entity for Accurint (.30); review summonses (.80). | KGC | 1.10 | 506.00 |
| 08/06/09 | Review revised WLR stipulation of settlement (.5) | MTP | 0.50 | 372.50 |
| 08/06/09 | Redrafted Newsday complaint to incorporate the proper name. | NR | 0.10 | 27.00 |
| 08/07/09 | Security Connections - email and phone call with ZV re: assumption/cure defense. | ELS | 0.40 | 210.00 |
| 08/07/09 | Communication with M. Minuti regarding affirmative statement regarding invoices (.1).  Review of Minuti affidavit (.3).  Discussions with Minuti regarding revisions to certain language (.2).  Review of complaints and preparation of service (1.9).  Discussion with JZ regarding ReMax service (.2). | ZV | 2.70 | 810.00 |
| 08/08/09 | Review filed complaints (.40). | JXZ | 0.40 | 150.00 |
| 08/10/09 | Correspondence with counsel for Careerbuilder regarding debtor entity who received the check (.10); telephone conversation and e-mail correspondence with ELS and BDO regarding same (.10); reviewed affidavits of service of complaints for Digital Storage, Digital Draw, Design Circles, Dialamerica, Della Femina, Deloitte Tax and Deloitte & Touche (.20); e-mail correspondence with ELS regarding summons and affidavits of served of served complaints (.30); e-mail correspondence with Check Printers' counsel regarding complaint (.10); e-mail correspondence with ELS and JO regarding existence of any tolling agreement and status (.10); reviewed letter from Check Printers' counsel regarding defense preference (.10); reviewed invoice for Careerbuilder regarding debtor entity that made payment (.10). | CJK | 1.10 | 533.50 |
| 08/10/09 | E-mails with Young Conaway, MSI regarding WLR stipulation | DDG | 0.40 | 278.00 |
| 08/10/09 | Career Builder - email with CJK re: matter (.20); Check Printers - emails with CJK and JO re: matter and their defenses (.30); emails to RMS re: various matters (.40). | ELS | 0.90 | 472.50 |
| 08/10/09 | Reviewing Highland Lakes fax. | JO | 0.10 | 30.00 |
| 08/10/09 | Review notice of withdrawal (.10). | JXZ | 0.10 | 37.50 |
| 08/10/09 | E-mails with ELS and K. Bohuslan regarding UPS (.10); e-mails with ELS regarding USPS (.10); e-mails with M. King and ELS regarding Johnson (.10); e-mails with C. Colagiacomo and ELS regarding Milestone (.10); e-mails with B. Goodman, ELS and R. Rowland regarding Zeichner (.20); e-mail K. Mangan regarding Triad (.10); e-mails with ELS and D. Souter regarding WBSK (.10). | JXZ | 0.80 | 300.00 |
| 08/10/09 | Organize and forward tolling agreements form RMS to MSI for signature. | KGC | 0.70 | 322.00 |
| 08/10/09 | Review e-mails regarding tolling agreements and outstanding issues; meeting with KGC regarding same. | MSI | 0.30 | 223.50 |
| 08/11/09 | Preparing Service and locating address for 14 complaints (Elynx through Frontrange) | JO | 2.60 | 780.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/11/09 | AHM prepared service for American Home complaints as assigned (1.80) | NR | 1.80 | 486.00 |
| 08/12/09 | Reviewed Bankruptcy Court's order assuming certain executory contracts, AHM's contract with Check Printers and invoices to determine whether AHM's contract with Check Printers was assumed (.30); conference with ELS regarding same (.10); checked docket for related documents/exhibits to order assuming certain contracts and reviewed same for Check Printers preference case (.20); reviewed BDO's e-mail regarding JPM's stop check payment report and reviewed chart (.10). | CJK | 0.70 | 339.50 |
| 08/12/09 | Review and approve various tolling agreements and settlements from RMS. | ELS | 0.90 | 472.50 |
| 08/12/09 | E-mails with ELS regarding preferences (.10); calls with M. Schmergal regarding USPS (.10). | JXZ | 0.20 | 75.00 |
| 08/12/09 | Coordinate tolling agreements and signatures (.40); coordinate research re; service of complaints (.80). | KGC | 1.20 | 552.00 |
| 08/12/09 | Meeting with ELS regarding prefences. | MSI | 0.20 | 149.00 |
| 08/13/09 | E-mail correspondence with C Awong at BDO regarding checks paid to Careerbuilder (.10); telephone conversation with C. Awong regarding same (.10); telephone conversation with counsel for Careerbuilder regarding debtor entity that made the preference payments (.10); reviewed asset purchase agreement for schedule of vendor contracts assumed regarding Check Printers preference action and exhibits (.20); conference with ELS regarding Check Printers assumed contract (.10); telephone conversation with Check Printers' counsel regarding assumption of contract defense to preference action (.20); reviewed summons and affidavits of service for Diners Club, Drew & Rogers, Dynamic Painting, ECI Owensmouth, EECO Electric, Elite Fire and Ellie Mae (.20); e-mail to ELS regarding same (.20); reviewed summons and affidavits of service and letter regarding D.W. Consulting (.10). | CJK | 0.70 | 339.50 |
| 08/13/09 | Conference call with BDO,RMS and JXZ re: checks, defenses, analysis and settlement approval (.80); create list of matters where checks are needed (.60); phone calls with Awong of BDO re: checks and histories needed (.30). | ELS | 1.70 | 892.50 |
| 08/13/09 | Preparing service for Galaxie Coffee and Greenberg Glusker. | JO | 0.40 | 120.00 |
| 08/14/09 | Conference with ELS regarding East West Holdings (.10); e-mail correspondence with BDO regarding address and invoice for East West Holdings (.10); reviewed invoice (.10). | CJK | 0.30 | 145.50 |
| 08/14/09 | East West - meeting with CJK re: matter (.20); Microsoft - meeting with HNP re: matter (.30); Ladenburg - meeting with HNP re: matter and emails with RMS re: same (.30);  email to BDO re: checks needed and phone call with Plank of RMS re: same (.40). | ELS | 1.20 | 630.00 |
| 08/14/09 | Review of files for preference defendants Microsoft and Ladenburg Thalmann (.50); meeting with ELS regarding preference defendants Microsoft and Ladenburg Thalmann (.40); e-mail correspondences with BDO and RMS regarding Ladenburg Thalman (.70). | HNP | 1.60 | 560.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/14/09 | Review Certification of counsel submitting fourth order re 16th objection to claims (.20) review docket (.20) | JS | 0.40 | 98.00 |
| 08/14/09 | Meeting with MNG regarding service issues (.10); e-mails with E. Plank regarding open preferences (.10). | JXZ | 0.20 | 75.00 |
| 08/17/09 | Process various settlement payments received from RMS. | ELS | 0.40 | 210.00 |
| 08/17/09 | Review docket and recently filed pleadings (.20) Review response of Kerr to Debtors' 39th claims objection (.10) review Wheeler's response to 38th objection to claims (.10) review order granting relief from automatic stay (.10) update calendar events (.30) review and update critical dates memo (.30) prepare for meeting with ELS (.30). | JS | 1.40 | 343.00 |
| 08/17/09 | Review KPMG stip and e-mails with A. Simonds and D. Carickhoff regarding same (.20). | JXZ | 0.20 | 75.00 |
| 08/17/09 | Searched for Newsday's address for service (.40). | NR | 0.40 | 108.00 |
| 08/18/09 | Telephone conversation with P. Pingo at CB Contractors regarding complaint (.20); reviewed letter from Elite Fire Protection regarding complaint and request for information (.10); correspondence with counsel for CMPS Institute (.10); correspondence with Dynamic Painting and Restoration regarding complaint (.10). | CJK | 0.50 | 242.50 |
| 08/18/09 | Allregs - emails with Plank re: defense (.30); Varga - emails with Sass re: settlement offers (.30). | ELS | 0.60 | 315.00 |
| 08/18/09 | Preparing service for 8 complaints. | JO | 1.20 | 360.00 |
| 08/18/09 | E-mails with T. Guilfoyle regarding West Properties (.10); review and revise numerous summonses (x21) and e-mails with ELS and K. Senese regarding same (1.20); review AP dockets, complaints and transfer schedules (x21) (1.10); conduct internet/SOS searches of defendants (x21) (1.40); prepare service lists (.30); review/revise form of cover letter (.20). | JXZ | 4.30 | 1,612.50 |
| 08/18/09 | Coordinate and oversee service of complaints, including address research and preparation of summonses and letters (2.30); pull filed complaints from the docket re service of same (1.50). | KGC | 3.80 | 1,748.00 |
| 08/18/09 | Review numerous e-mails regarding claims and settlement. | MSI | 0.20 | 149.00 |
| 08/19/09 | E-mail correspondence with ELS regarding BDO's historical database (.10). | CJK | 0.10 | 48.50 |
| 08/19/09 | Emails with BDO re: history files (.20); email with RMS re: FPF settlement (.10); review RMS email re: Pitney and meeting with NCR re: same (.50). | ELS | 0.80 | 420.00 |
| 08/19/09 | Preparing service for 2 complaints. | JO | 0.40 | 120.00 |
| 08/19/09 | Review USPS response and meeting and e-mails with M. Schergal and ELS and E. Plank regarding same (.40); review open preferences (.30); review cover letters and complaints and supervise service (.30). | JXZ | 1.00 | 375.00 |
| 08/19/09 | Meeting with ELS re Pitney Bowes Purchase Power and Postage by Phone complaints (.20);  research the entities for appropriate names (.90). | NR | 1.10 | 297.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/19/09 | Preparation of summonses and review of letters (.4). Review of invoices and online research for agent information (.9). | ZV | 1.10 | 330.00 |
| 08/20/09 | Reviewed letters to and summons for East West Holdings and Comsys Services (.10); reviewed affidavits of service for complaints against East West Holdings and Comsys Services (.10); conference with ELS regarding omnibus motion for approval of settlements (.10); e-mail correspondence with BDO regarding historical payment data (.10); conference with ELS regarding Rule 9019 motions for 12 cases settled pre-litigation (.10). | CJK | 0.50 | 242.50 |
| 08/20/09 | Meeting and e-mail to CJK regarding first omnibus 9019 motion (.30); e-mails regarding Pitney Bowes complaints (.30). | ELS | 0.60 | 315.00 |
| 08/20/09 | Review of multiple e-mail correspondences from ELS and financial advisors regarding historical data for various preference matters (.20). | HNP | 0.20 | 70.00 |
| 08/20/09 | E-mails with C. Awong and E. Plank regarding USPS (.10); e-mails with ELS regarding historical data (.10). | JXZ | 0.20 | 75.00 |
| 08/21/09 | Telephone conversation with counsel for Digital Draw regarding summons and complaint and defenses (.20); drafted omnibus Rule 9019 motion for 12 preference cases, notice and order (3.00); e-mail correspondence with ELS and RMS regarding BDO's historical data (.10); e-mail correspondence with E. Plank and counsel for Careerbuilder regarding extension (.10). | CJK | 3.40 | 1,649.00 |
| 08/21/09 | E-mails regarding history data (.30); draft e-mail regarding US Postal Service preference analysis and meeting with MSI regarding same (.50). | ELS | 0.80 | 420.00 |
| 08/21/09 | Discussing Clayton preference claim with opposing counsel | JO | 0.20 | 60.00 |
| 08/21/09 | E-mails with ELS and E. Plank regarding USPS (.10). | JXZ | 0.10 | 37.50 |
| 08/21/09 | Meeting with ELS regarding various issues. | MSI | 0.20 | 149.00 |
| 08/21/09 | Drafted amended complaint for Pitney Bowes (.20); Researched the three Pitney Bowes entity to determine which entity we should sue (.40). | NR | 0.60 | 162.00 |
| 08/24/09 | Revised omnibus 9019 motion for 12 cases settled pre-litigation (.30); e-mail correspondence with ELS and local counsel regarding same (.10); e-mail with ELS regarding summons and affidavit of service for East West Holdings, Comsys and D.W. Consulting (.10); reviewed file and chart of preference cases assigned to me to confirm all summons/complaints were served (.20); e-mail correspondence with E. Plank, ELS and counsel for CMPS Institute regarding extension (.10); reviewed letter from Corporate Resources and its answer to complaint (.10); conference and e-mail correspondence with ELS regarding same (.10). | CJK | 1.00 | 485.00 |
| 08/24/09 | E-mails with Petrick regarding Cadwalader matter (.30); e-mails with Plank regarding US Postal Service defenses and meeting with JXZ regarding same (.30); review Corporate Resource answer, meeting with CJK regarding same and e-mail to Plank regarding same (.40). | ELS | 1.00 | 525.00 |
| 08/24/09 | Finalizing all addresses for service and finalizing summonses. | JO | 1.90 | 570.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/24/09 | E-mails with ELS and G. Petrick regarding Cadwalader (.10); review Tax Verification docket and documents and e-mails with ELS and D. Workman regarding same (.20); e-mails with R. Romano regarding Varga Berger (.10); review open preferences (.30). | JXZ | 0.70 | 262.50 |
| 08/24/09 | Meeting with ELS regarding various issues (.10); telephone conversation with several parties regarding filing of adversaries (.30). | MSI | 0.40 | 298.00 |
| 08/24/09 | Sent AHM complaint affidavits of service to ELS for filing (.60). | NR | 0.60 | 162.00 |
| 08/25/09 | Conference with ELS regarding name and address of Client Services Customer Care (.20); reviewed invoice issued by Client Services for address/entity name (.10); review revised summons, letter and affidavit of service for D.W. Consulting (.10); prepared amended complaint for Client Services (.10); checked online for address for Client Services and correct entity name (.20); reviewed second summons for Client Services for amended complaint (.10); e-mail correspondence with ELS regarding same (.10); conference with JXZ regarding whether Client Services or Customer Care are proper defendants (.20); revised exhibit to amended complaint against Client Services (.10); conference with ELS regarding Rule 9019 motion for approval of settlements (.10); e-mail correspondence with RMS regarding demand letter issued to East West Holdings and reviewed letter (.10); e-mail correspondence with East West Holdings' counsel regarding same (.10). | CJK | 1.50 | 727.50 |
| 08/25/09 | Review and revise draft 9019 motion and meeting with CJK regarding same (.50); e-mail to Plank regarding American Brokers (.20). | ELS | 0.70 | 367.50 |
| 08/25/09 | Finalizing service for all complaints. | JO | 2.20 | 660.00 |
| 08/25/09 | Review documents and meeting with CJK regarding CSI preference (.20). | JXZ | 0.20 | 75.00 |
| 08/25/09 | Review e-mails regarding Allregs license agreement. | KGC | 0.20 | 92.00 |
| 08/25/09 | Organization and editing of summonses and letters (.8). | ZV | 0.80 | 240.00 |
| 08/26/09 | Revised Rule 9019 motion for approval of settlements with 18 potential preference defendants (1.00); reviewed ELS' settlement file regarding those 18 settlements (.50); conference with KGC regarding settlement with Bayou Plaza (.10); e-mail correspondence with ELS and counsel for Deloitte & Touche and Deloitte Tax regarding extension (.10); reviewed amended complaint for Client Services and e-mail correspondence with Blank Rome regarding same (.10); telephone conversation with D.W. Consulting regarding service summons/complaint (.20); e-mail correspondence with BDO regarding historical data/back up for preference payments made to CDW Direct (.10); telephone conversation with counsel for East West Holdings regarding RMS' demand letters (.10); e-mail correspondence with RMS regarding communications with East West Holdings (.10); e-mail correspondence with East West Holdings' counsel regarding RMS demand letter (.10). | CJK | 2.40 | 1,164.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/26/09 | Meeting with KGC regarding Bayou matter (.20); review e-mail regarding Planned Office stop payment (.20); regarding Scotsman - e-mails with RMS re American Brokers conduit and this defendant (.40); phone conversation and e-mail with defendant attorney regarding Deloitte extension of time (.30); review Pacific Ygnacio Corp. letter and meeting with NR regarding same (.20); meeting with JXZ regarding Viacom's response to preference suit and conference call with JXZ and RMS regarding same and e-mail to RMS regarding my preference analysis (.50). | ELS | 1.80 | 945.00 |
| 08/26/09 | Attention to cover letters for service of complaint and summons and review of said letters (1.0); e-mail correspondence to K. Knuckley regarding preference complaint (.30). | HNP | 1.30 | 455.00 |
| 08/26/09 | Finalizing service for 29 complaints. | JO | 0.40 | 120.00 |
| 08/26/09 | Calls with M. Mahon regarding Tri M (.10); review correspondence regarding Vicom and calls and e-mails with ELS, R. Seaman and R. Rowland regarding same (.40); call with K. Fuhrer regarding VC (.20). | JXZ | 0.70 | 262.50 |
| 08/26/09 | Review files regarding settlement check from Bayou Properties and track down check regarding same. | KGC | 1.00 | 460.00 |
| 08/26/09 | Sent affidavits of service and summons to Blank Rome for filing for all preference matters as assigned (2.40); sent letter received from Pacific Ygnacio Corporation to RMS (.20). | NR | 2.60 | 702.00 |
| 08/26/09 | Updating of 9019 motion draft regarding tax refunds (.2). | ZV | 0.20 | 60.00 |
| 08/27/09 | E-mail correspondence with ELS and counsel for Della Femina regarding extension (.10); correspondence with BDO regarding preference payment information for CDW Direct (.10); e-mail correspondence with ELS regarding status of Corelogic action (.10); e-mail correspondence with Corelogic's counsel regarding status (.10); e-mail correspondence with RMS/Digital Storage regarding extension (.10); telephone conversation with counsel for Digital Storage regarding extension and resolution (.10); analyzed CDW's ordinary course and new value defenses (.80); telephone conversation with Digital Draw regarding complaint (.10). | CJK | 1.50 | 727.50 |
| 08/27/09 | Review chart explaining proposed WLR settlement; conferences and e-mails with MSI regarding same | DDG | 0.30 | 208.50 |
| 08/27/09 | Draft email to committee re: Intex settlement and 17 regular preference settlements. | ELS | 0.40 | 210.00 |
| 08/27/09 | Della Femmina - phone call and email with preference defendant's attorney re: extension of time (.30); Mortgage Guaranty - emails with RMS re: matter and defenses and phone call with Awong re: same (.40); Scotsman - emails re: American Brokers Conduit (.20); Vicom - review emails re: matter and meeting with JXZ re: same (.30); Intex - review debtors' draft settlement agreement and begin summarizing same for approval by committee (.40). | ELS | 1.60 | 840.00 |
| 08/27/09 | Filing internally and sending Affidavits of service and summons to local counsel for filing. | JO | 1.00 | 300.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/27/09 | Review correspondence regarding Westridge (.10); calls and e-mails with J. Dushkin regarding Warehouseline (.10); review documents regarding Warehouseline (.10); e-mails with T. Guifoyle regarding notice of withdrawal and review docket regarding same (.10); review summonses/affidavits of service and e-mails with T. Guiford regarding same (.30); numerous calls and e-mails with R. Rowland, P. Glanz and ELS regarding Vicom and review docket and documents regarding same (.40); review open preferences (.20). | JXZ | 1.30 | 487.50 |
| 08/27/09 | Review files and organize preferences going forward and tolled. | KGC | 1.30 | 598.00 |
| 08/27/09 | Review Zolpho's chart summarizing WL Ross settlement terms and proposed counter; discuss with DDG | MTP | 1.10 | 819.50 |
| 08/27/09 | Researched address for PMC Investigations since complaint and summons came back as undeliverable  (.40); redrafted summons and letter referring to RMS (.30); resent documents to PMC (.10). | NR | 0.80 | 216.00 |
| 08/28/09 | Reviewed Client Services' answer to complaint (.10); conference with ELS regarding Client Services' answer and amended complaint (.10); telephone conversation with Client Services' counsel regarding consent to amended complaint (.10); telephone conversation with Cablevision's counsel regarding extension of time to answer (.10); e-mail correspondence with ELS and RMS regarding Cablevision's extension (.10); e-mail correspondence with BDO regarding detailed invoice data for CDW Direct (.10); e-mail correspondence with ELS regarding approach to extension requests (.10). | CJK | 0.70 | 339.50 |
| 08/28/09 | Review Jones Day draft WLR stipulation, compare to YCST draft, charts, motion | DDG | 2.10 | 1,459.50 |
| 08/28/09 | Edits to draft first omnibus 9019 motion (.50); review emails re: Planned Office, Vicom and Trinity (.60); phone call and email with counsel to PIP (.30); email to preference team and RMS re: extensions (.40); meeting with CJK re: Client Services and amended complaint timing (.40); USPS - review ordinary course of business defense and draft emails re: same (.40). | ELS | 2.60 | 1,365.00 |
| 08/28/09 | Review of multiple e-mails regarding extensions to preference defendants and regarding defendant Mortgage Guaranty (.20). | HNP | 0.20 | 70.00 |
| 08/28/09 | E-mails with R. Rowland, ELS and P. Glantz regarding Viacom (.20); conduct Trinity ordinary course analysis (.10); calls and e-mails with S. Clemons and ELS regarding Trinity (.20); review USPS ordinary course analysis and e-mails with E. Plank and ELS regarding same (.20). | JXZ | 0.70 | 262.50 |
| 08/28/09 | Preparations of service letters and summonses (.8).  Updating of addresses and analysis of proofs of claims (.4). | ZV | 1.20 | 360.00 |
| 08/30/09 | Preparation of balance of letters, summonses and complaints for service (3.3).  Further updating of address lists for service (.9). | ZV | 4.20 | 1,260.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/31/09 | Correspondence with counsel for Elite Fire Protection regarding extension (.10); e-mail correspondence with Cablevision's counsel regarding extension (.10); reviewed revised omnibus motion for approval of certain settlements incorporating ELS' comments (.10); e-mail correspondence with Client Services' counsel regarding consent to amended complaint (.10). | CJK | 0.40 | 194.00 |
| 08/31/09 | Conference with MSI regarding proposed changes to WLR stipulation | DDG | 0.60 | 417.00 |
| 08/31/09 | Meeting with JO re: service of complaints (.30); meeting with KGC re: service of complaints (.40); emails with RMS re: Hireright edits to settlement agreement (.40). | ELS | 1.10 | 577.50 |
| 08/31/09 | Attention to cover letters and summonses for service of complaints (.40). | HNP | 0.40 | 140.00 |
| 08/31/09 | Finalizing service for complaints. | JO | 0.50 | 150.00 |
| 08/31/09 | Correspondence with R. Seaman regarding Viacom (.10); call with W. Davis regarding Winston (.10); review AP dockets, summonses and calls with T. Guilfoyle regarding same (.50); revise status report (.20); revise summonses (.10); review regarding TUB and e-mail with D. Workman regarding same (.20); review documents regarding Winston and e-mails with R. Rowland and W. Davis regarding same (.20); draft affidavits of service (.20); review complaints (.20); meeting with PLR regarding service (.10); e-mails with T. Guilfoyle regarding revised summonses (.10). | JXZ | 2.00 | 750.00 |
| 08/31/09 | E-mails and phone calls with Habib re settlement and RMS re same (.50); phone call with AFP Associates (.50); e-mails with BDO re same (.20); discussion with ELS re multiple defendants (.20); review AFP Associates file (.30); e-mails with Best Limousine re defenses (.50). | KGC | 2.20 | 1,012.00 |
| 08/31/09 | Review revised draft of WLR settlement agreement (.7) | MTP | 0.70 | 521.50 |
| 08/31/09 | Researched whether Administrative Bar Date passed because a preference defendant claimed they have an administrative claim which would set off preference liability. | NR | 0.90 | 243.00 |
| 08/31/09 | Review of letters and summonses before service (.6).  Discussion with DEG regarding proper service and preparations of affidavits of service (.4). | ZV | 1.00 | 300.00 |

TOTAL HOURS                     142.70

TOTAL SERVICES ...................................................................$     62,563.00

DISBURSEMENT SUMMARY

| CARFARE | $36.39 |
|---------|--------|
| DUPLICATING | $1,036.70 |
| MEALS | $107.95 |
| POSTAGE | $329.31 |
| TELEPHONE CONFERENCE CALL | $17.27 |
| WORD PROCESSING OVERTIME | $78.00 |

DISBURSEMENT SUMMARY

TOTAL DISBURSEMENTS ............................................$    1,605.62

TOTAL FEES & DISBURSEMENTS ............................................$    64,168.62

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 2.50 | 245.00 | 612.50 |
| 544 | Rigano | 9.20 | 270.00 | 2,484.00 |
| 574 | Virani | 20.30 | 300.00 | 6,090.00 |
| 583 | Orbach | 11.90 | 300.00 | 3,570.00 |
| 546 | Patwardhan | 5.30 | 350.00 | 1,855.00 |
| 493 | Zawadzki | 13.10 | 375.00 | 4,912.50 |
| 478 | Craner | 13.80 | 460.00 | 6,348.00 |
| 931 | Kang | 25.60 | 485.00 | 12,416.00 |
| 486 | Schnitzer | 27.00 | 525.00 | 14,175.00 |
| 426 | Grubman | 6.60 | 695.00 | 4,587.00 |
| 260 | Indelicato | 5.10 | 745.00 | 3,799.50 |
| 364 | Power | 2.30 | 745.00 | 1,713.50 |
| ATTY TOTAL | | 142.70 | | 62,563.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140239

For professional services rendered from August 1, through August 31, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
009           LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/03/09 | Review of revised draft of motion for approval of settlement with D&Os and review of issues and emails (1.00). | JPM | 1.00 | 735.00 |
| 08/04/09 | Review of emails re D&O settlement (.20). | JPM | 0.20 | 147.00 |
| 08/04/09 | Telephone conversation with K. Nystrom regarding Waterfield issues and claims. | MSI | 0.20 | 149.00 |
| 08/05/09 | Review responses related to WLR settlement (.20); draft e-mail regarding same and additional comments (.20). | MSI | 0.40 | 298.00 |
| 08/06/09 | Review and analyze revisions to draft settlement agreement with Ross (.50); telephone conversation with YCST and the Debtors regarding same (1.20); meeting with DDG regarding same (.10); review revisions and draft e-mail to YCST regarding same (.30). | MSI | 2.10 | 1,564.50 |
| 08/07/09 | Review issues on Ross settlement and Issues (.70); telephone conversation with Kroll and Cadwalader regarding status of Waterfield litigation (.70); telephone conversation with K. Nystrom regarding same (.10); review memos from Cadwalader regarding same (.30). | MSI | 1.80 | 1,341.00 |
| 08/10/09 | Review comments to settlement and meeting with DDG regarding same (.30); review e-mails from Jackson regarding same (.10). | MSI | 0.40 | 298.00 |
| 08/12/09 | Review and revise revised 9019 motion and order for D&O settlement. | ELS | 0.80 | 420.00 |
| 08/12/09 | Emails re motion to approve D&O settlement and review of same (.70). | JPM | 0.70 | 514.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/12/09 | Revise and edit motion and order on D&O action. | MSI | 0.40 | 298.00 |
| 08/13/09 | Edits to D&O 9019 motion and order and finalization of same. | ELS | 0.90 | 472.50 |
| 08/13/09 | Revise motion to approve D&O settlement and confer with ELS re same (1.20); review of emails re same (.20). | JPM | 1.40 | 1,029.00 |
| 08/19/09 | E-mails with P. Danner and Z. Virani re LADOR settlement and filing under seal. | KGC | 0.70 | 322.00 |
| 08/20/09 | Review adversary dockets and recent pleadings; update calendar (.50). | JS | 0.50 | 122.50 |
| 08/26/09 | Telephone conversation with Cadwalader and debtor on progress on Waterfield litigation (1.10); review e-mails regarding same (.20). | MSI | 1.30 | 968.50 |
| 08/27/09 | Review summary of WLR claims and BofA issues (.20); e-mails with Jackson regarding comments (.20). | MSI | 0.40 | 298.00 |
| 08/28/09 | E-mail with Beach regarding revisions to settlement (.10); review blackline comparison (.30); telephone conversation with DDG regarding issues on settlement (.10). | MSI | 0.50 | 372.50 |
| 08/30/09 | Revise and edit mark up of WLR settlement with Jones Day comments. | MSI | 1.20 | 894.00 |
| 08/31/09 | Review latest draft of WLR settlement and meeting with DDG regarding comments and issues (.80); e-mails with Beach regarding same (.10). | MSI | 0.90 | 670.50 |

TOTAL HOURS                               15.80

TOTAL SERVICES ........................................................$     10,914.50

DISBURSEMENT SUMMARY

DUPLICATING                                              $17.20

LEXIS                                                    $4.12

SEARCH FEES                                             $0.64

WORD PROCESSING OVERTIME                                $19.50

TOTAL DISBURSEMENTS ............................................$        41.46

TOTAL FEES & DISBURSEMENTS ...........................................$     10,955.96

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 0.50 | 245.00 | 122.50 |
| 478 | Craner | 0.70 | 460.00 | 322.00 |
| 486 | Schnitzer | 1.70 | 525.00 | 892.50 |
| 226 | McCahey | 3.30 | 735.00 | 2,425.50 |
| 260 | Indelicato | 9.60 | 745.00 | 7,152.00 |
| ATTY TOTAL | | 15.80 | | 10,914.50 |

# HAHN & HESSEN LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140239

For professional services rendered from August 1, through August 31, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
011         EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/10/09 | Meetings with MSI regarding settlement (.20); e-mails with M. Olsen and S. Holt regarding settlement (.10); review and revise settlement agreement and circulate execution copy (1.20); review and revise 9019 motion and e-mails with S. Hold and M. Olsen regarding same (.90); research CAFA issues (.20); review signature pages, format execution copy and circulate same (.20); review CAFA list and e-mail J. Randolph (.20). | JXZ | 3.00 | 1,125.00 |
| 08/11/09 | Review proposed employee correspondence and e-mails with B. Fernandez and MSI and S. Sass regarding same (.10); e-mail M. Minella regarding schedule of individual WARN claims (.10). | JXZ | 0.20 | 75.00 |
| 08/13/09 | Meeting with MSI regarding 9019 (.10); review settlement agreement and schedule of exhibits (.20); review schedule of individual claims and e-mails with M. Minella regarding same (.20). | JXZ | 0.50 | 187.50 |
| 08/14/09 | E-mails with M. Olsen regarding 9019 exhibits (.10); e-mails and calls with M. Olsen, S. Holt and M. Minella regarding wage data (.20); meeting with MSI regarding 9019 (.10). | JXZ | 0.40 | 150.00 |
| 08/17/09 | E-mail with D. Carickhoff regarding 9019 (.10). | JXZ | 0.10 | 37.50 |
| 08/19/09 | Review settlement and meetings and e-mails with MSI and M. Michaelis regarding reserve (.40). | JXZ | 0.40 | 150.00 |
| 08/24/09 | Review BDO employee analysis (.40); review docket and meeting with SGT regarding employee issues (.10); research CAFA issues (.10); e-mails with R. Roupinion regarding settlement (.10); review/revise 9019 motion and motion to seal and related pleadings (.50). | JXZ | 1.20 | 450.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/25/09 | E-mails with M. Minella regarding 9019 (.10); review class comments and revise WARN pleadings (.60); meeting with MSI regarding WARN settlement (.10); e-mails with S. Holt regarding CAFA notices (.10); review/revise WARN pleadings (.90). | JXZ | 1.80 | 675.00 |
| 08/26/09 | Call with M. Minella regarding CAFA notices (.10). | JXZ | 0.10 | 37.50 |
| 08/27/09 | Review revised CAFA notice list and e-mails with M. Minella regarding same (.20). | JXZ | 0.20 | 75.00 |
| 08/28/09 | Review revised CAFA list (.10); e-mails with M. Minella regarding schedules (.10); calendar maintenance (.10); review/revise WARN pleadings (.50); e-mails with MSI regarding 9019 (.10). | JXZ | 0.90 | 337.50 |
| 08/31/09 | E-mails with J. Randolph regarding employees (.10). | JXZ | 0.10 | 37.50 |

TOTAL HOURS      8.90

TOTAL SERVICES ...................................................................... $     3,337.50

DISBURSEMENT SUMMARY

DUPLICATING      $27.40

TOTAL DISBURSEMENTS ............................................................ $      27.40

TOTAL FEES & DISBURSEMENTS ............................................ $      3,364.90

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 8.90 | 375.00 | 3,337.50 |
| ATTY TOTAL | | 8.90 | | 3,337.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140239

For professional services rendered from August 1, through August 31, 2009 in connection with the following:

    703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
    012           CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/03/09 | Telephone conference with Beach re: WLR settlement (.10); began review of same (.40). | MSI | 0.50 | 372.50 |
| 08/03/09 | Preliminary review of draft settlement stipulation with WL Ross | MTP | 0.50 | 372.50 |
| 08/04/09 | Review and edit proposed settlement with debtor and WLR (1.10); draft memo to YCST regarding same (.60); review proposed changes with DDG and telephone conversation with Beach regarding same (.30). | MSI | 2.00 | 1,490.00 |
| 08/10/09 | Review notices of withdrawal (.10); review claims order (.10); review debtors' opposition to CBS claim (.20); review LA County response (.10); review ZC certification/consent order (.10). | JXZ | 0.60 | 225.00 |
| 08/11/09 | Review notice of withdrawal (.10); review claims order (.30). | JXZ | 0.40 | 150.00 |
| 08/13/09 | Review omnibus claims objections (.50). | JXZ | 0.50 | 187.50 |
| 08/17/09 | Review responses to claims objections (.10). | JXZ | 0.10 | 37.50 |
| 08/27/09 | Phone call with Stewart and Berliner of BDO re: secured and priority claims for Dobbin and Rucker, review local rules re: same, phone call with Greecher of YCST re: same and draft email to BDO re: same. | ELS | 0.90 | 472.50 |
| 08/28/09 | Review LA County response to claims objection (.10). | JXZ | 0.10 | 37.50 |
| 08/31/09 | Review claims orders (.10); calls with NCR regarding administration claims (.10). | JXZ | 0.20 | 75.00 |

| DATE | SERVICES | | ATTY | HOURS | VALUE |
|------|----------|---|------|-------|-------|
| | TOTAL HOURS | | | 5.80 | |
| | TOTAL SERVICES ...........................................................$ | | | | 3,420.00 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 1.90 | 375.00 | 712.50 |
| 486 | Schnitzer | 0.90 | 525.00 | 472.50 |
| 260 | Indelicato | 2.50 | 745.00 | 1,862.50 |
| 364 | Power | 0.50 | 745.00 | 372.50 |
| ATTY TOTAL | | 5.80 | | 3,420.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140239

For professional services rendered from August 1, through August 31, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
013         INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/13/09 | Review of materials from BDO (1.50). | JPM | 1.50 | 1,102.50 |
| 08/19/09 | Email from BDO re Deloitte (.10). | JPM | 0.10 | 73.50 |
| 08/27/09 | Reviewed BDO's memo regarding potential claims against Deloitte & Touche (1.00); e-mail correspondence with JPM, RJM and BDO regarding BDO's report and next steps (.10). | CJK | 1.10 | 533.50 |
| 08/27/09 | Review of report by BDO re potential claims against Deloitte (1.20); review of earlier memoranda re "Waggoner" rule and claims against Deloitte (.80). | JPM | 2.00 | 1,470.00 |

TOTAL HOURS                                        4.70

TOTAL SERVICES ........................................................$      3,179.50

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 931 | Kang | 1.10 | 485.00 | 533.50 |
| 226 | McCahey | 3.60 | 735.00 | 2,646.00 |
| ATTY TOTAL | | 4.70 | | 3,179.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140239

For professional services rendered from August 1, through August 31, 2009 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
014      TRIAD WORKOUT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/05/09 | E-mail to MTP, re: meet to discuss Triad. | CAJ | 0.10 | 52.50 |
| 08/28/09 | Communications from/to MTP, re: review communication from Triad. | CAJ | 0.20 | 105.00 |
| 08/28/09 | E-mail communication with Triad's counsel re settlement status | MTP | 0.20 | 149.00 |

TOTAL HOURS                     0.50

TOTAL SERVICES ........................................................................ $    306.50


## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 588 | Jarvinen | 0.30 | 525.00 | 157.50 |
| 364 | Power | 0.20 | 745.00 | 149.00 |
| ATTY TOTAL | | 0.50 | | 306.50 |