# Exhibit B

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 2, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140241

For professional services rendered from September 1, through September 30, 2009 in connection with the
following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
|  | 002 | CREDITORS COMMITTEE |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/01/09 | Review Triad's draft complaint and emails with CJ re: same (.40); review debtors' draft destruction motion, phone call with MSI re: same, phone call with Greecher of YCST re: same (.50); review debtors' draft defense/settlement letter to Dobben's attorney and provide comments (.90). | ELS | 1.80 | 945.00 |
| 09/01/09 | Review Debtors motion to abandon files (.30). | JXZ | 0.30 | 112.50 |
| 09/02/09 | Phone call with Berliner re; draft motion to destroy documents; email to Berliner re: same and meeting with MSI re: same. | ELS | 0.70 | 367.50 |
| 09/02/09 | Review and circulate order authorizing employment of Ferry Joseph as special conflicts counsel (.10) review motion to file under seal DI 7999 (.10) review motion to shorten re: 7999 (.10) calendar events (.10) file maintenance (.40) | JS | 0.80 | 196.00 |
| 09/02/09 | Review financial update (.10). | JXZ | 0.10 | 37.50 |
| 09/03/09 | Phone call with Greecher of YCST re: Dobben letter and Champion stipulation (.40); review of YCST draft letters for McCormack and Bealle (.50). | ELS | 0.90 | 472.50 |
| 09/03/09 | Update critical dates memo (1.20) review docket and recent pleadings (.30) | JS | 1.50 | 367.50 |
| 09/04/09 | Review hearing agenda (.10); review AHM's response to motion to compel (.30). | JXZ | 0.40 | 150.00 |
| 09/04/09 | Telephone conversation with Carikoff regarding hearing and committee motions (.10); e-mails with JPM and ELS regarding same (.10); review calendar and motions (.20). | MSI | 0.40 | 298.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/07/09 | Emails with JPM re: D&O settlement (.30); review email from YCST re: Riverside claim objection (.30). | ELS | 0.60 | 315.00 |
| 09/07/09 | Revise draft of Philadelphia Indemnity complaint and emails to MSI and KGC re same (2.80). | JPM | 2.80 | 2,058.00 |
| 09/08/09 | Appear telephonically at September 8th hearing. | ELS | 1.10 | 577.50 |
| 09/08/09 | Review joint motion to file under seal exhibits A and B to settlement (.10) review and circulate findings of fact and conclusions of law Doc. No. 8021 and 8022 (.40) review order authorizing and directing that the supplemental declaration of wanerka be filed under seal (.10) review various orders (.20) file maintenance (.20) | JS | 1.00 | 245.00 |
| 09/08/09 | Review revised hearing agenda (.10); review Triad adversary complaint (.50); review Calyon opinion (.90); review committee update (.10); calendar maintenance (.10). | JXZ | 1.70 | 637.50 |
| 09/09/09 | Draft email to MSI re: Champion matter. | ELS | 0.30 | 157.50 |
| 09/09/09 | Emails with insurer re payment issues for D&O settlement payment (.50); conferences and emails with ELS, MSI and CMG re "tax ID" issues re D&O settlement payment (.70). | JPM | 1.20 | 882.00 |
| 09/09/09 | Telephone conversation with Sass regarding meeting with employees (.20); telephone conversation with Beach regarding same, sale of bank and Ross settlement (.20). | MSI | 0.40 | 298.00 |
| 09/10/09 | Review docket and recent pleadings (.20) update calendar (.20) | JS | 0.40 | 98.00 |
| 09/10/09 | Review file destruction Motion and E-mails ELS same (.20); calendar maintenance (.10). | JXZ | 0.30 | 112.50 |
| 09/10/09 | Review Debtor's document destruction motion | MTP | 0.50 | 372.50 |
| 09/11/09 | Internal emails and emails with insurer re payment of D&O settlement sum (.30). | JPM | 0.30 | 220.50 |
| 09/11/09 | Review Certification re CITI Order (.10); review Committee Update (.10). | JXZ | 0.20 | 75.00 |
| 09/11/09 | E-mails MSI, BDO re Plan issues (.10). | JXZ | 0.10 | 37.50 |
| 09/14/09 | Review docket/certifications (.10). | JXZ | 0.10 | 37.50 |
| 09/15/09 | Emails with Greecher of YCST re: Dobben claim (.20); meeting with MSI re: debtors' motion to destroy documents, Champion stipulation and committee's first omnibus 9019 motion (.40). | ELS | 0.60 | 315.00 |
| 09/15/09 | Review motion for destruction of documents (.60); meeting with ELS re: same (.20); review and edit Champion stipulation and discuss with ELS (.40). | MSI | 1.20 | 894.00 |
| 09/16/09 | Emails to YCST re: document destruction motion and Champion stipulation (.30); review emails re: Dobben claim (.20). | ELS | 0.50 | 262.50 |
| 09/16/09 | Review, draft and forward a chart of CNO's entered for H&H's 14-21st fee application (.60) review docket and recently filed pleadings (.50) calendar events (.20) | JS | 1.30 | 318.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/16/09 | Review emails and meeting with ELS re: issues on various motions and settlement. | MSI | 0.20 | 149.00 |
| 09/17/09 | Review certification of counsel doc. no. 8075 (.10) review docket (.20) | JS | 0.30 | 73.50 |
| 09/17/09 | Draft letter to Clerk (.20). | JXZ | 0.20 | 75.00 |
| 09/21/09 | Review email from Greecher re: Dobben request to adjourn claim objection and phone call with Greecher re: same. | ELS | 0.40 | 210.00 |
| 09/21/09 | Reviewing Debtors 2004 application. | JO | 0.30 | 90.00 |
| 09/21/09 | Prepare for meeting with ELS re: upcoming events and adversary updates (1.50) review docket and pleadings (.40) calendar events (.20) | JS | 2.10 | 514.50 |
| 09/21/09 | Review financial analysis (.30); review docket/notices (.10). | JXZ | 0.40 | 150.00 |
| 09/21/09 | Review BDO updated effective date analysis | MTP | 0.30 | 223.50 |
| 09/22/09 | Review docket and recent pleadings (.50) update calendar (.10) file maintenance (.20) | JS | 0.80 | 196.00 |
| 09/22/09 | Review docket/recent orders (.10); attention to creditor inquiries (.30); review GRM 2004 Motion (.20). | JXZ | 0.60 | 225.00 |
| 09/25/09 | Telephone conference with Berliner re: update, employee and bank issues (.20); review same (.10). | MSI | 0.30 | 223.50 |
| 09/28/09 | Review PNB RFS motion (.30); calendar maintenance (.10); review correspondence (.10). | JXZ | 0.50 | 187.50 |
| 09/29/09 | Conference call with MSI and Berliner re: bank sale. | ELS | 0.20 | 105.00 |
| 09/29/09 | Reviewing RMS email on settlement offers. | JO | 0.10 | 30.00 |

TOTAL HOURS                                    28.20

TOTAL SERVICES ..........................................................$     13,313.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $51.00 |
| CARFARE | $358.11 |
| DUPLICATING | $87.00 |
| LEXIS | $21.10 |
| MEALS | $22.69 |
| POSTAGE | $2.44 |
| SEARCH FEES | $141.04 |

TOTAL DISBURSEMENTS ..............................................$      683.38

TOTAL FEES & DISBURSEMENTS ...........................................$   13,996.38

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 8.20 | 245.00 | 2,009.00 |
| 583 | Orbach | 0.40 | 300.00 | 120.00 |
| 493 | Zawadzki | 4.90 | 375.00 | 1,837.50 |
| 486 | Schnitzer | 7.10 | 525.00 | 3,727.50 |
| 226 | McCahey | 4.30 | 735.00 | 3,160.50 |
| 260 | Indelicato | 2.50 | 745.00 | 1,862.50 |
| 364 | Power | 0.80 | 745.00 | 596.00 |
| ATTY TOTAL | | 28.20 | | 13,313.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140241

For professional services rendered from September 1, through September 30, 2009 in connection with the
following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 003    | RETENTIONS                             |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/01/09 | Review RMS retention affidavit and e-mails with R. Plank regarding same (.20). | JXZ | 0.20 | 75.00 |
| 09/02/09 | Review FJP retention certificate (.10); review docket and pleadings regarding RMS retention (.30); review local rules regarding 2014 (.10); draft supplemental Kelly affidavit (.50); meetings and e-mails with ELS and E. Plank regarding supplemental disclosures (.10). | JXZ | 1.10 | 412.50 |
| 09/04/09 | Review FJP retention order and email R. Miller re: same. | JXZ | 0.10 | 37.50 |
| 09/08/09 | Review debtors' supplemental retention affidavit. | JXZ | 0.10 | 37.50 |

TOTAL HOURS                1.50

TOTAL SERVICES ........................................................................$       562.50

DISBURSEMENT SUMMARY

DUPLICATING                                                                           $1.30

TOTAL DISBURSEMENTS ............................................................$         1.30

TOTAL FEES & DISBURSEMENTS ...........................................$       563.80

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 1.50 | 375.00 | 562.50 |
| ATTY TOTAL | | 1.50 | | 562.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140241

For professional services rendered from September 1, through September 30, 2009 in connection with the following:

|       |                                        |
|-------|----------------------------------------|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 006    | SALES OF ASSETS                       |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/29/09 | Review emails re: issues with sale of the bank (.10); telephone conference with Berliner re: same (.20); telephone conference with Debtor, Milestone, YCST and BDO to discuss alternatives (.60). | MSI | 0.90 | 670.50 |
| 09/29/09 | Update discussion with MSI & ELS re update on Bank sale | MTP | 0.30 | 223.50 |
| 09/30/09 | Review emails and telephone conference with Berliner re: issues on sale of the Bank. | MSI | 0.30 | 223.50 |

|                          |      |          |
|--------------------------|------|----------|
| TOTAL HOURS              | 1.50 |          |
| TOTAL SERVICES ........................................................$ |  | 1,117.50 |

DISBURSEMENT SUMMARY

| DUPLICATING |  | $0.80 |
|-------------|--|-------|

|                                                        |          |
|--------------------------------------------------------|----------|
| TOTAL DISBURSEMENTS ............................................$ | 0.80 |
| TOTAL FEES & DISBURSEMENTS ...........................................$ | 1,118.30 |

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 260 | Indelicato | 1.20 | 745.00 | 894.00 |
| 364 | Power | 0.30 | 745.00 | 223.50 |
| ATTY TOTAL | | 1.50 | | 1,117.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140241

For professional services rendered from September 1, through September 30, 2009 in connection with the following:

703159          AMERICAN HOME MORTGAGE HOLDINGS, INC.
007             PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/01/09 | Review Bifferato's First Interim fee app (.20) review Bifferato's Janunary 1, 2009 through March 31, 2009 fee app (.30) review Allen & Overy's July fee app (.20) update summary fee chart (.20) | JS | 0.90 | 220.50 |
| 09/04/09 | Review certifications. | JXZ | 0.10 | 37.50 |
| 09/08/09 | Review numerous fee applications, draft summaries and email MSI re: same. | JXZ | 1.50 | 562.50 |
| 09/10/09 | Review YCST's July fee app (.40) | JS | 0.40 | 98.00 |
| 09/11/09 | Revise Fee apps and draft summaries (.60). | JXZ | 0.60 | 225.00 |
| 09/15/09 | Review fee applications, draft summaries and e-mails MSI re same (1.10); review certifications (.10). | JXZ | 1.20 | 450.00 |
| 09/16/09 | Review Cadwalader's May through July fee app (.20) review Quinn Emanuel's July monthly fee app (.20) review quarterly application for compensation of debtors' professionals (.10) calendar events (.10) | JS | 0.60 | 147.00 |
| 09/17/09 | Attention to Fee Apps/review certifications (.10). | JXZ | 0.10 | 37.50 |
| 09/18/09 | Review fee application and draft summary (.30). | JXZ | 0.30 | 112.50 |
| 09/21/09 | Review Weiner's June fee application (.20) | JS | 0.20 | 49.00 |
| 09/21/09 | Review fee app. and draft summary (.20). | JXZ | 0.20 | 75.00 |
| 09/22/09 | Review certifications (.10); review fee app. (.20). | JXZ | 0.30 | 112.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/23/09 | Draft H&H's May 2009 fee application (1.50) Draft H&H's June fee application (1.50) | JS | 3.00 | 735.00 |
| 09/23/09 | Review certifications (.10). | JXZ | 0.10 | 37.50 |
| 09/24/09 | Review invoicing data, conduct OC/NV analyses and e-mails ELS, R. Rowland re settlement scenarios for various matters (1.00); review documents re Trans Box and call/ltr E. Schreiber same (.40). | JXZ | 1.40 | 525.00 |
| 09/24/09 | Review certifications (.10). | JXZ | 0.10 | 37.50 |
| 09/24/09 | Work on May fee application | MTP | 0.70 | 521.50 |
| 09/28/09 | Revise H&H's May fee app (1.30) revise H&H's June fee app (1.40) draft H&H's July fee application (1.20) | JS | 3.90 | 955.50 |
| 09/29/09 | Review certifications (.10; review fee apps., draft summaries and e-mails MSI (.60). | JXZ | 0.70 | 262.50 |

TOTAL HOURS                                                    16.30

TOTAL SERVICES ........................................................................$     5,201.50

DISBURSEMENT SUMMARY

DUPLICATING                                                                          $6.40

SEARCH FEES                                                                          $53.44

TOTAL DISBURSEMENTS ............................................$       59.84

TOTAL FEES & DISBURSEMENTS .............................................$    5,261.34

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 556 | Smith | 9.00 | 245.00 | 2,205.00 |
| 493 | Zawadzki | 6.60 | 375.00 | 2,475.00 |
| 364 | Power | 0.70 | 745.00 | 521.50 |
| ATTY TOTAL | | 16.30 | | 5,201.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140241

For professional services rendered from September 1, through September 30, 2009 in connection with the following:

703159          AMERICAN HOME MORTGAGE HOLDINGS, INC.
008             AVOIDANCE ACTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/01/09 | Email correspondence with counsel for Drew and Rogers re extension (.10); reviewed Corn-Bell Systems' complaint (.10); prepared amended complaint for Collegiate Relocation Network (.10); search for correct entity name for Collegiate Relocation and its business address (.20); conference with ELS re amending complaint against Collegiate Relocation (.10); email correspondence with local counsel re amended complaint against Collegiate Relocation and summons for D.W. Consulting (.10); reviewed Career Builders' letter re defenses (.10); revised summons for Collegiate Relocation Network (.10). | CJK | 0.90 | 436.50 |
| 09/01/09 | Galaxie - review emails re: matter (.20); Webex - meeting with JXZ re: defenses (.30); Orlando - review defense analysis from defendant's counsel and forward same to RMS (.30); Habib - email with RMS re: matter (.30). | ELS | 1.10 | 577.50 |
| 09/01/09 | Multiple discussions LEB regarding drafting cover letters and preparing packages for serving complaints (.3); attention to above-noted cover letters and summonses (3.2). | HNP | 3.50 | 1,225.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/01/09 | Review returned summonses (.10); review data regarding Webex and e-mails with G. Heck and E. Plank (.20); review claims data (.10); review Webex invoicing data, conduct ordinary course/new value analysis and meeting with ELS regarding same (.30); draft case assessment and e-mails with ELS regarding same (.10); e-mails with T. Guifoyle regarding notices of withdrawal (.10); review AP dockets (.10); e-mails with R. Rowland regarding United Van Lines (.10). | JXZ | 1.10 | 412.50 |
| 09/01/09 | E-mails and extension of response deadline for Habib (.30); coordinate re-serving complaints re returned mail and address defects (.60). | KGC | 0.90 | 414.00 |
| 09/01/09 | Review of summonses and verification of address list and review of affidavits of service (.9). | ZV | 0.90 | 270.00 |
| 09/02/09 | Reviewed Digital Draw Networks' answer to complaint (.10); reviewed CT Networks' answer to complaint (.10); reviewed list of cases to confirm all summons and complaint were served and filed (.50). | CJK | 0.60 | 291.00 |
| 09/02/09 | Various emails re: RMS settlements with Hireright and Ladenburg and review Hireright comments to settlement agreement. | ELS | 0.80 | 420.00 |
| 09/02/09 | Review and revised and multiple discussions LEB regarding revisions to draft cover letters and summonses (1.8); review of packages to be sent for service of preference complaints (.6). | HNP | 2.40 | 840.00 |
| 09/02/09 | Review AP dockets and summonses (.10). | JXZ | 0.10 | 37.50 |
| 09/02/09 | Phone calls with attorneys for Apogee Events, Billy Champions, Barsa Consulting, 197 First LLC and Bradley Marketing Group. | KGC | 1.50 | 690.00 |
| 09/02/09 | Responded to Ken Knuckey's question re unpaid new value. | NR | 0.50 | 135.00 |
| 09/03/09 | Email correspondence with RMS/ELS re East West Holdings' extension of time to answer and preference analysis (.10); telephone conference/email correspondence with Chandler Signs' counsel re extension (.10); telephone conference/email correspondence with Check Printers' counsel re extension and affidavit re assumption of contract defense (.10). | CJK | 0.30 | 145.50 |
| 09/03/09 | East West - phone call with defendant's attorney re: defenses and settlement and email re: same (.30); Intex - emails with Crowther re; settlement (.20); Ocean Place - emails with RMS re: ordinary course of business defense (.30); Fedex - emails with JO re: matter (.20); Odie - emails re: dismissing matter (.20); West Properties - emails re: address for defendant (.20); Symplegades - emails re: dismissing matter (.30). | ELS | 1.70 | 892.50 |
| 09/03/09 | Attention to cover letters, complaints and summonses for various preferences for purposes of service (1.8); discussion with ELS regarding certain preference complaint (.1); review of packages to be served on preference defendants and drafts of affidavits of service and summonses for filing (.6). | HNP | 2.50 | 875.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/03/09 | Advised Blank Rome to dismiss several matters. | NR | 0.20 | 54.00 |
| 09/03/09 | Discussion with ELS regarding Symplegades settlement (.10). Review of Symplegades defenses (.20). Review and editing of affidavits of service before filing (.30). | ZV | 0.60 | 180.00 |
| 09/04/09 | Conference with MSI, Young Conaway re WLR stipulation; sale of bank; Broadhollow (1.0); review bank APA re termination date, e-mail to MSI re same (0.2) | DDG | 1.20 | 834.00 |
| 09/04/09 | Viacom - review RMS analysis and emails with RMS re: same. | ELS | 0.30 | 157.50 |
| 09/04/09 | Emails P. Glantz, R. Rowland, ELS re: Vicom (.20); review Vicom ordinary course and new value analysis (.10); calls/emails with J. Shapiro re: Tricor (.20); calls/emails with J. Gropper re: Tri-M (.20); emails M. Friedman re: Webb Mason (.10); review correspondence re: Westridge and emails E. Punk, ELS re: same (.20). | JXZ | 1.00 | 375.00 |
| 09/08/09 | Email correspondence with RMS/ELS re historical data for East West Holdings (.10); reviewed settlement agreement for Hire Right and email correspondence with ELS re same (.10). | CJK | 0.20 | 97.00 |
| 09/08/09 | Fedex - review and approve amended complaint (.30); review RMS emails re: Zeichner, Orlando and Winston Office Support matters (.50). | ELS | 0.80 | 420.00 |
| 09/08/09 | Drafting amended complaint for FedEx. | JO | 0.40 | 120.00 |
| 09/08/09 | Review docket/affidavits of service (.10); calls J. Forstadt re: Thacher (.20); review Ziecher analyses and emails R. Rowland, ELS (.20); review Winston analysis (.10); emails/calls P. Markman re; Progress (.20); emails T. Guilfoyle re: summonses (.10); review Thacher docket, review Thacher summons/affidavit of service and emails R. Miller re: same (.20). | JXZ | 1.10 | 412.50 |
| 09/08/09 | Review letter from Best Limousines and file re same. | KGC | 0.50 | 230.00 |
| 09/08/09 | Provided RMS with the Ocwen complaint, summons and affidavit of service at opposing counsel's request. | NR | 0.20 | 54.00 |
| 09/08/09 | Review of Affidavits of Service regarding complaint service (.30). Discussion with ELS regarding Hunter International Group (.20). Discussion with ELS and communication with C. Awong regarding Ted Glasrud dismissal (.40). | ZV | 0.90 | 270.00 |
| 09/09/09 | Email correspondence with ELS/KGC re Rule 9019 motion and Bayou Plaza (.20); email correspondence with ELS re service of complaints (.10); meeting with AHM team re status of preference cases (.60); conference with ELS re Della Femina preference case (.10); correspondence and telephone conference with counsel for Corporate Technologies re extension of time to answer (.10); email correspondence with Client Services' counsel re acceptance of service (.10). | CJK | 1.20 | 582.00 |
| 09/09/09 | Review revised stipulation | DDG | 1.10 | 764.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/09/09 | Email to Plank re: financial hardship cases (.20); meeting with KGC re: various matters (.30); team meeting with ZV, NCR, CJK, JO and JXZ re: defendant communications and analysis, settlement/dismissal recommendations from RMS, extensions of time, service of complaints and amending of complaints (.60); American Security - meeting with KGC re: service of complaint (.30). | ELS | 1.40 | 735.00 |
| 09/09/09 | Meeting with preference team (.5); Calls from defendants (.2). | JO | 0.70 | 210.00 |
| 09/09/09 | Internal team meeting (.50); emails R. Miller/E.Plank (Thacher) (.10); review AP dockets (.10); review emails re; Winston (.10). | JXZ | 0.80 | 300.00 |
| 09/09/09 | Coordinate and review affidavit of service for AMC Transfer (.50); reply e-mail to counsel for 8965 Eastern LLC re settlement of preference action (.40); discussion with ELS re Wereldhave defense and review file re same (.60); attend update team meeting re status of preference actions and strategies (.70); discussion with ELS re Best Limousines and e-mail to local counsel re dismissal (.40); discussions with CJK and ELS re Bayou Plaza Settlement payment and review file re same (1.0); e-mail with Accounting re same (.30). | KGC | 3.90 | 1,794.00 |
| 09/09/09 | Review revised WL Ross settlement stipulation | MTP | 0.80 | 596.00 |
| 09/09/09 | Ahm preference team meeting. | NR | 0.50 | 135.00 |
| 09/09/09 | Meeting with preference team to discuss service and complaints (.60). Discussion with opposing counsel regarding Ted Glasrud preference matter and potential defenses (.20). Meeting with ELS to discuss Glasrud matter (.20). Preparation of summonses and complaints and verification of addresses for multiple preference matters (2.3). | ZV | 3.30 | 990.00 |
| 09/10/09 | Email correspondence with RMS/ELS re Corporate Resources Group ordinary course defense (.10); email correspondence with BDO re same (.10). | CJK | 0.20 | 97.00 |
| 09/10/09 | Conference with MSI regarding WLR stipulation, conference with MSI, Beach and Jackson regarding same | DDG | 1.20 | 834.00 |
| 09/10/09 | Review RMS emails re: dismissal for Lovallo, Corporate Resource and Huffman (.40); Verizon - emails to Plank and Crowther re: matter (.20); | ELS | 0.60 | 315.00 |
| 09/10/09 | Review of affidavits of service for various preference matters (.3); attention to cover letters, summonses and complaints for various preference actions and review and revised said packages for service (1.2). | HNP | 1.50 | 525.00 |
| 09/10/09 | Reviewing analysis on Huffman preference. | JO | 0.10 | 30.00 |
| 09/10/09 | E-mail to Wereldhave (.20); research address for Brinks Communications (.500; review file re 8965 LLC (.30). | KGC | 1.00 | 460.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/10/09 | Meeting with ELS to discuss Verizon and Verizon wireless preference matters and potential conflicts (.30). Review of correspondence received regarding Reckson preference (.20). Discussion with ELS regarding SLO LLC defenses (.10). Review of pleadings and documents evidencing SLO assumption and assignment of lease (.30). Communication with C. Awong and ELS regarding dismissal (.20). Review of Affidavits of service prior to filing (.50). | ZV | 1.60 | 480.00 |
| 09/11/09 | Email correspondence with Client Services' counsel re acceptance of service (.10); email correspondence with counsel for Dialamerica re extension of time to answer (.10); telephone conference/email correspondence with BDO re AHM's contract with Corporate Resources Group (.30); reviewed AHM's contract with Corporate Resources Group and invoice (.20); email correspondence with ELS/RMS re Corporate Resources Group (.20). | CJK | 0.90 | 436.50 |
| 09/11/09 | Review APA, amendments to APA, WLR stipulation; provide comments on draft stipulation | DDG | 2.50 | 1,737.50 |
| 09/11/09 | Email to BDO re: recoveries (.10); Habib - review email re: defenses (.10); review various emails from RMS (.20). | ELS | 0.40 | 210.00 |
| 09/11/09 | Discussions with KH and with PLR regarding drafting cover letters and preparing packages for serving complaints (.4); attention to above-noted cover letters, summonses, complaints and affidavits of service for various preference actions and review and revised said packages for service (2.2). | HNP | 2.60 | 910.00 |
| 09/11/09 | E-mails/calls M. Wermoth (SLO), C. Ribolli (Zensar)(.20); review Summonses/AOS (.20). | JXZ | 0.40 | 150.00 |
| 09/11/09 | Discussion with ELS regarding Glasrud and SLO dismissals (.20). Review and verification of addresses of Affidavits of Service for AHM complaints (.60). | ZV | 0.80 | 240.00 |
| 09/12/09 | Draft email to committee re: settlement approval for 4 preferences. | ELS | 0.40 | 210.00 |
| 09/14/09 | Reviewed ELS' email to Committee re approval of settlements (.10); email correspondence with ELS/RMS re settlement with East West Holdings (.10); email correspondence with ELS/RMS re settlement with Comsys Services (.10); email correspondence with ELS re Corporate Resources Group's ordinary course defense (.20); email correspondence with RMS re CareerBuilders' ordinary course defense (.10); revised first omnibus motion for approval of settlements and email correspondence with ELS re same (.80). | CJK | 1.40 | 679.00 |
| 09/14/09 | Ocean Place - review email form RMS re: defenses and draft email to RMS re: same (.60); Corporate Resources - review email from CJK and meeting with CJK re; matter (.40); Mortgage Guide - review email from RMS re: defenses and draft email to RMS re: same (.40); meeting with CJK re; committee's first omnibus 9019 motion (.50); conference call with RMS and JXZ re: settlement procedures (.50). | ELS | 2.40 | 1,260.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/14/09 | Attention to affidavits of service and summonses for various preference complaints (.30). | HNP | 0.30 | 105.00 |
| 09/14/09 | Meeting ELS re Preferences (.10); conf. call ELS, RMS re analyses/settlement parameters (.50); review settlements (.10); call P.C. Ribolli re D-AHM (.10; e-mails S. DeRoussee re Zensar (.10). | JXZ | 0.90 | 337.50 |
| 09/14/09 | Phone call with counsel to Bloomberg re moving forward with settlement (.30); review e-mail re executory contracts assumed (.20). | KGC | 0.50 | 230.00 |
| 09/14/09 | Reviewed analysis for Mortgage Market Guide and Ocean Place (.80); Drafted email to RMS re the critical vendor order (.30); reviewed letter from PGF and forwarded same to RMS (.40). | NR | 1.50 | 405.00 |
| 09/15/09 | Email correspondence with ELS/RMS re settlement with East West Holdings (.10); correspondence with counsel for CMPS Institute (.10). | CJK | 0.20 | 97.00 |
| 09/15/09 | Rural Development - meeting with ZV re: service of complaint (.20); Heritage Realty - meeting with JO re: name of defendant and amendment of complaint (.30); Galaxie Coffee - meeting with JO re: matter (.30); Diamond - review comments to settlement agreement (.10); emails with RMS re: assumed contracts and preference implications of same (.30); emails with RMS re: critical vendors and preference implications of same (.20); Ocean Place - email with RMS re: ordinary course defense (.20); Regent Business Center - review email from counsel for defendant (.10); | ELS | 1.70 | 892.50 |
| 09/15/09 | Discussion with MSI regarding the claims of the CA Franchise Tax Board (.20); email to counsel for the PA Department of Revenue regarding to follow up on settlement proposal (.10). | HNP | 0.30 | 105.00 |
| 09/15/09 | Reviewing Galaxie Coffee preference and potential 503(b)(9) claim; Reviewing Heritage Village Office letter and amending complaint. | JO | 1.70 | 510.00 |
| 09/15/09 | Calls, e-mails K. Stine re Vector (.20); review Trusted Force response (.20); e-mails D. Haick re SHPs (.10); review Winston OC analyses and e-mails R. Rowland (.20); e-mail P. Glantz, ELS re Vicom (.10); review 547 research (.20); attention to open preferences (.20); review returned summonses (.10); conduct research re service addresses and meeting ELS same (.50). | JXZ | 1.80 | 675.00 |
| 09/15/09 | E-mail to local counsel re affidavit of service for Brinks Communications (.20); review amended affidavit and e-mails with ELS re same (.40); discussion and e-mail with counsel for Broker Agent re extension of time to answer and review file re same (.60). | KGC | 1.20 | 552.00 |
| 09/15/09 | Revise and edit 9019 motion for preferences (1.20); meeting with ELS re: same and various issues related thereto (.30). | MSI | 1.50 | 1,117.50 |
| 09/15/09 | Reviewed emails from Ken Knuckey and Chris Awong re Mortgage Market Guide and Ocean Resort- (.80). | NR | 0.80 | 216.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/16/09 | Reviewed email from CareerBuilders' counsel re: ordinary course defense (.10). | CJK | 0.10 | 48.50 |
| 09/16/09 | Edits to first omnibus 9019 motion (1.10); Regent Business Center - emails with counsel for defendant re: defenses (.40); United Van Lines - review email from RMS re: defenses and settlement proposal and draft reply (.20); Oakwood - review email from RMS re: defenses, meeting with NCR re: matter and review emails re: same (.40). | ELS | 2.10 | 1,102.50 |
| 09/16/09 | Serving amended complaints. | JO | 0.40 | 120.00 |
| 09/16/09 | Calls/e-mails P. Guantz re Vicom (.20); review Vancouver response and e-mails D. Herculer same (.30); review United Van OC/NV analyses and e-mails R. Rowland same (.20). | JXZ | 0.70 | 262.50 |
| 09/16/09 | Met with ELS re Oakwood Corporate Housing (.20), analyzed ordinary course of business for Oakwood Corporate Housing (.50), drafted email to Ken at RMS re Oakwood Corporate Housing (.50). | NR | 1.20 | 324.00 |
| 09/16/09 | Discussion with ELS regardign SLO dismissal (.10). Review and verification of information regarding assumption and assignment of SLO lease (.40). Communication with RMS and opposing counsel regardign SLO dismissal (.20). | ZV | 0.70 | 210.00 |
| 09/17/09 | Email correspondence with ELS/RMS re: analysis of CareerBuilder's defenses and settlement (.10); email correspondence with ELS/RMS re: analysis of Corporate Technologies' defenses (.10); email correspondence with ELS/RMS re: approval of settlements (.10); email correspondence with ELS/local counsel re: first omnibus motion for approval of settlements (.10); email correspondence with Client Service's counsel re: acceptance of amended complaint (.10). | CJK | 0.50 | 242.50 |
| 09/17/09 | Oakwood - review emails re: settlement offers (.50); Gryphon - emails re: matter and meeting with JO re: contract assumption (.30); Career Builder - review and approval of email from Plank re: settlement parameters (.40); emails to RMS re: settlement (.40); finalization of 9019 and email to Blank Rome re: filing (.30). | ELS | 1.90 | 997.50 |
| 09/17/09 | Multiple email correspondences to ELS and various preference defendants (.50). | HNP | 0.50 | 175.00 |
| 09/17/09 | Gryphon Networks and Heritage Village Preferences - communicating with RMS. | JO | 0.30 | 90.00 |
| 09/17/09 | Update preference master list to indicate dismissals (1.20) | JS | 1.20 | 294.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/17/09 | Attention to open preferences (.20); e-mails, calls, meetings A. Shapiro (Tricor), ELS (various), T. Guilford (uniquex), M.. Parker (Wyman)(.50); revise Uniquex AP and Bankruptcy docket, draft proof of claim and Notice of Dismissal (.50); review Woodside Bankruptcy docket and draft proof of claim (.30); review invoices/conduct OC analysis (.2); review claims valuation data (.10); review returned summonses, ___ service addresses (.50). | JXZ | 2.30 | 862.50 |
| 09/17/09 | Review and edit 9019 motion and meeting with ELS re: same and settlement. | MSI | 0.20 | 149.00 |
| 09/17/09 | Review Calyon notice of appeal | MTP | 0.10 | 74.50 |
| 09/18/09 | Email correspondence with Client Services' counsel re: acceptance of service of amended complaint (.10); email correspondence with RMS/ELS re: settlement with CareerBuilder (.10); email correspondence with RMS/ELS re: resolution of ECI Owensmouth preference (.10); email correspondence with local counsel/ELS re: address for service of first Rule 9019 motion (.50). | CJK | 0.80 | 388.00 |
| 09/18/09 | Emails re: committee's first omnibus 9019 motion (.30); ECI - review email from RMS and reply (.20); Home Depot - review their letter and emails with JO re: response (.40); Galaxie - emails with JO re: settlement of matter (.30); Gryphon - emails with JO re: settlement of matter (.20). | ELS | 1.40 | 735.00 |
| 09/18/09 | Reviewing Home Depot letter and drafting response letter (1); Reviewing Gryphon and Galaxie settlements (.40). | JO | 1.40 | 420.00 |
| 09/18/09 | Review AP dockets (.10). | JXZ | 0.10 | 37.50 |
| 09/21/09 | Reviewed affidavit of service for Client Services (.10); email correspondence with Client Services' counsel re: service of supplemental summons and amended complaint (.10); prepared letters to registered agent and managing agent/officer of Client Services (.20). | CJK | 0.40 | 194.00 |
| 09/21/09 | Ballard Spahr - review and approve revised settlement agreement (.30); Career Builders - review and revise their comments to settlement agreement (.40); phone call with Berliner re: establishing insolvency (.30). | ELS | 1.00 | 525.00 |
| 09/21/09 | Responding to RMS email on preference. | JO | 0.10 | 30.00 |
| 09/21/09 | Calls M. Raulston re Xerox (.20); review  re Xerox (.20); e-mails R. Rowland, ELS re analyses (.10). | JXZ | 0.50 | 187.50 |
| 09/21/09 | Phone calls with counsel to Broadridge (.20); e-mail to counsel for 865 re defense letter and analysis (.20); e-mail to counsel for Bayou Properties (.20); review letter re same (.20). | KGC | 0.80 | 368.00 |
| 09/21/09 | Call with opposing counsel for Shred-it (.20).  Review of addresses and invoices and reservice of multiple complaints (1.1). | ZV | 1.30 | 390.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/22/09 | Email correspondence with RMS/ELS re: settlement with Corporate Technologies (.10); email correspondence and telephone calls with ELS/RMS re: service of complaint on East West Holdings and investigated the entities served (.30). | CJK | 0.40 | 194.00 |
| 09/22/09 | Review emails from BDO re: Oakwood and Vancouver Center (.20); Tricor - review new value analysis and meeting with JXZ re: same (.20); Pacific - meeting with NCR re: matter (.20); United Van Lines - review emails from RMS re: settlement addendum and 502(h) claim and draft email replies (.40); East West - email from Disney re: matter as the defendant has a similar name and meeting with CJK re: same (.10); Standard and Poors - phone call with defendant's attorney re: extension (.20); RJ Foote - review their proposed stipulation to extend time and meeting with NCR re: same (.20); draft form settlement agreement for matters with complaints (.60); Winston - review emails re: settlement agreement and meeting with JXZ re: same (.20). | ELS | 2.30 | 1,207.50 |
| 09/22/09 | Responding to RMS emails on preferences. | JO | 0.10 | 30.00 |
| 09/22/09 | Review documents and calls, e-mails, meetings M. Packer (Wyman), W. Davis (Winston), ELS (various), C.A. Wong (Vancouver), J. Shapiro (Tricor), R. Rowland (Untied Van)(.90); review open preferences (.20); review/review affidavits of service and e-mails T. Guilfoyle same (.20); review answers (.20); review Winston settlement Stip. (.10). | JXZ | 1.60 | 600.00 |
| 09/22/09 | Organize all summonses and filed affidavits of service in all actions and pull same from dockets. | KGC | 1.20 | 552.00 |
| 09/22/09 | Meeting with ELS re: issues and settlements, review emails re: same. | MSI | 0.20 | 149.00 |
| 09/22/09 | Meeting with ELS re Pacific Ygnacio (20); prepared RJ Foote stipulation for time to answer (.50). | NR | 0.70 | 189.00 |
| 09/22/09 | Communication with C. Awong regarding additional document requests for returned complaints to verify addresses and nature of transfer (.30).  Review of claims and online research regarding proper service addresses for returned complaint service (.70). | ZV | 1.00 | 300.00 |
| 09/23/09 | Email correspondence with ELS/Deloitte & Touche re: new value analysis (.10). | CJK | 0.10 | 48.50 |
| 09/23/09 | Galaxie - review their edits to settlement agreement and provide comments to JO re: same (.20); Corp Technologies - review their edits to settlement agreement and provide comments to Plank of RMS re: same (.20); Inn on Biltmore - review email from defendant's attorney re: contemporaneous exchange and emails with RMS re: same (.40); DeLoitte - phone call with 2 Skadden attorneys on their defenses, review their new value analysis email and draft email re: same (.50); Resume Mirror - review email from RMS re: defenses, review relevant contract and draft reply (.30); Regent Business Center - review email from defendant's attorney re: defenses (.20). | ELS | 1.80 | 945.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/23/09 | Responding to RMS emails and dismissing Home Depot preference. | JO | 0.30 | 90.00 |
| 09/23/09 | E-mails R. Rowland re various matters and review multiple analyses (.30), | JXZ | 0.30 | 112.50 |
| 09/24/09 | Email correspondence with ELS/Deloitte & Touche re: new value analysis (.10). | CJK | 0.10 | 48.50 |
| 09/24/09 | Resume Mirror - review email from RMS re: ordinary course of business and draft reply (.40); Talx - review JXZ email re: new value defense (.30); Trinity Inspection - review email from RMS re: matter, draft reply re: Trust issue and email to A Wong at BDO re: same (.40); Fedex - meeting with JO re: dismissal of matter as to Kinkos (.30). | ELS | 1.40 | 735.00 |
| 09/24/09 | Call with defendant Home Buyers (.10); Discussing FedEx with ELS (.20); Drafting Fedex partial dismissal (.20). | JO | 0.50 | 150.00 |
| 09/24/09 | Reviewed affidavits of service of complaints (.20);  looked into whether other initial affidavits were filed (.50). | NR | 0.70 | 189.00 |
| 09/24/09 | Review of invoice and information for Regent Woodland Hills preference service (.20).  Review of Resume Mirror correspondence (.20). | ZV | 0.40 | 120.00 |
| 09/25/09 | Email correspondence with ELS/Deloitte & Touche re: new value analysis and invoices (.10); conference with ELS re: same (.10); conference with ELS re Corporate Resources' ordinary course defense (.10); email correspondence with ELS/RMS re: Elite Fire Protection ordinary course defense (.10); reviewed NR's email research memo re: antecedent debt timing (.10). | CJK | 0.50 | 242.50 |
| 09/25/09 | DeLoitte - phone call with DeLoitte's attorneys re: new value and draft email re: same (.40); Tribune - phone call with defendant's attorneys re: extension (.20); Talx - review RMS' email re: ordinary course of business (.10); Elite Fire - review email from RMS re: new value, ordinary course of business and contemporaneous exchange defenses, analyze ordinary course of business and draft email reply to RMS (.50);  United Van - review email from RMS re: settlement agreement and meeting with JXZ re: same(.20); Winston - review email from RMS re: settlement agreement and meeting with JXZ re: same (.20). | ELS | 1.60 | 840.00 |
| 09/25/09 | E-mails ELS, R. Rowland re analyses/settlement scenarios (.30); call C. Leinave re United Van (.10); review open preferences (.10). | JXZ | 0.50 | 187.50 |
| 09/25/09 | Drafted memo regarding antecedent debt timing issue (.70); met with ELS re antecedent debt timing issue (.2;0)  communicated with Blank Rome to ensure that summonses provided were in filed (.30). | NR | 1.20 | 324.00 |
| 09/25/09 | Reviewed request from Ken Knuckey re Oracle Financing and forwarded it to ELS (.20). | NR | 0.20 | 54.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/25/09 | Review of S-Tron preference correspondence (.20). Preparation and verification of second service for returned complaints (.40). Verification of addresses and preparation of affidavits of service (.40). | ZV | 1.00 | 300.00 |
| 09/28/09 | Email correspondence with RMS/ELS re: preference payments to Dartmouth Ventures (.10); email correspondence with local counsel re: filing of summons and affidavits of service for Client Services and Collegiate Relocation (.10); reviewed Chandler Signs' answer (.10); reviewed Drew & Rogers' answer (.10). | CJK | 0.40 | 194.00 |
| 09/28/09 | McKee - review ordinary course of business and email to Awong re: matter (.20); Inn at Biltmore - review of invoice and draft email to RMS re: matter (.20); Darthmouth Ventures - review email from RMS re: defenses and draft reply with certain questions (.30). | ELS | 0.70 | 367.50 |
| 09/28/09 | Multiple email correspondences with various preferences defendants regarding extensions to respond to complaint (.50); multiple email correspondences regarding preference defendant McKee Nelson (.20); prepared multiple preference complaints and summonses for servicing including drafting cover letter and review of affidavits of service regarding the same (3.60). | HNP | 4.30 | 1,505.00 |
| 09/28/09 | Review documents re United/Winston and draft settlement Stips (1.00); e-mails, calls C. Linauer, W. Davis, R. Rowland re UVL, Winston (.30). | JXZ | 1.70 | 637.50 |
| 09/28/09 | Communication with C. Awong regarding particular defendant information (.30). | ZV | 0.30 | 90.00 |
| 09/29/09 | Email correspondence with Check Printers' counsel re extension of time to answer (.10); email correspondence with RMS/ELS re preference analysis for D&B (.10); email correspondence with BDO re invoices for Elite Fire protection (.10). | CJK | 0.30 | 145.50 |
| 09/29/09 | D&B - review their defense analysis and email to CJK re: same (.30); McKee Nelson - review invoices and phone call with Among re: same (.20); Inn at Biltmore - review invoices and emails with RMS re: same (.20); Elite Fire Protection - review invoices and emails with RMS re: same (.20); Washington State - emails with YCST re: matter (.30); Godwin - phone call with defendant's attorney (.10); emails/pone call with Chase re: obtaining check copies (.30). | ELS | 1.60 | 840.00 |
| 09/29/09 | Revise form of settlement agreement (.40); meetings, callas, e-mails R. Rowland (various), ELS (various), G. Underdahl (various), C. Leinauer (UVL), W. Davis (Winston), M. Petrick (Cadwalader)(.40); meeting ELS re procedures order (.10); review/revise Winston settlement Stip. (.50); review claims data (.10); call ELS re releases (.10); review documents re Cadwalader and draft tolling agreement (.40). | JXZ | 2.00 | 750.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/30/09 | Cadwalader - emails with Cadwalader re: extending tolling agreement (.20); emails with YCST re: retrieving check copies (.20); Barsa - emails with RMS re: matter (.20); 197 First Avenue - email with RMS re: preference payment that was for a settlement (.40); Career Builder - review their edits to settlement agreement and email to Plank re: same (.20); Building Champions - review ordinary course of business analysis and email to Plank re: same (.40); Inn at Biltmore - email from RMS re: settlement and respond thereto (.20); Kofax - review emails from RMS re: matter, review defense ordinary course of business analysis and compare to history from BDO, and draft email to RMS re: ordinary course of business and settlement position (.50); Helios - review emails from RMS re: matter, review defense ordinary course of business analysis and compare to history from BDO and draft email to RMS re: ordinary course of business and settlement position (.50). | ELS | 2.80 | 1,470.00 |
| 09/30/09 | Review of settlement proposal letter from preference defendant, Kofax (.2); review of email correspondences from ELS and K. Knuckley regarding the above-noted proposal (.2); review of email and attachment from C. Awong regarding preference defendant, McKee Nelson (.1); revised amended complaint and exhibit thereto against above-noted preference defendant and email to ELS with the same (.4). | HNP | 0.90 | 315.00 |
| 09/30/09 | Reviewing RMS emails (.30); Dismissing Fedex Kinkos (.10). | JO | 0.40 | 120.00 |
| 09/30/09 | Calls, e-mails, meetings D. Workamn (TVB), J. Petrick (Cadwalader), ELS (various), W. Davis (Winston), S. De Rousse (Zensar), C. Leinauer (UVL), R. Rowland (various), C. A. Wong (various)(1.10); review documents re Tricor, Trinity, Talx, conduct OC/NY analyses and e-mail same (.50); attention to Tolling Agreements (.20); calendar maintenance (.10); review/revise UVL settlement agreement (.30); e-mail T. Guilfoyle re dismissals (.10). | JXZ | 2.30 | 862.50 |
| 09/30/09 | Review e-mails and ordinary course analysis for building champions (.50); review e-mails re Barsa Consulting (.20); e-mails and notice of dismissal issues re Barry Habib action (.40). | KGC | 1.10 | 506.00 |
| 09/30/09 | Meeting with ELS and telephone conference with various defendants. | MSI | 0.20 | 149.00 |

|  | TOTAL HOURS | 127.40 |  |
|--|-------------|--------|--|

TOTAL SERVICES .......................................................................$ 54,576.50

DISBURSEMENT SUMMARY

| DUPLICATING | $438.10 |
|-------------|---------|
| MEALS | $59.37 |
| OVERNIGHT DELIVERY | $8.86 |
| POSTAGE | $83.34 |

DISBURSEMENT SUMMARY

SEARCH FEES                                                                    $114.72

                                                                              _____

    TOTAL DISBURSEMENTS ............................................................$        704.39

    TOTAL FEES & DISBURSEMENTS ............................................$     55,280.89

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 1.20 | 245.00 | 294.00 |
| 544 | Rigano | 7.70 | 270.00 | 2,079.00 |
| 574 | Virani | 12.80 | 300.00 | 3,840.00 |
| 583 | Orbach | 6.40 | 300.00 | 1,920.00 |
| 546 | Patwardhan | 18.80 | 350.00 | 6,580.00 |
| 493 | Zawadzki | 19.20 | 375.00 | 7,200.00 |
| 478 | Craner | 12.60 | 460.00 | 5,796.00 |
| 931 | Kang | 9.50 | 485.00 | 4,607.50 |
| 486 | Schnitzer | 30.20 | 525.00 | 15,855.00 |
| 426 | Grubman | 6.00 | 695.00 | 4,170.00 |
| 260 | Indelicato | 2.10 | 745.00 | 1,564.50 |
| 364 | Power | 0.90 | 745.00 | 670.50 |
| ATTY TOTAL | | 127.40 | | 54,576.50 |

# HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140241

For professional services rendered from September 1, through September 30, 2009 in connection with the following:

|      |      |
|------|------|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 009    | LITIGATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/01/09 | Research pleadings for AMS re: protective order governing production of certain documents (.50) | JS | 0.50 | 122.50 |
| 09/02/09 | Review adversary chart and research dismissals to update chart (1.50) | JS | 1.50 | 367.50 |
| 09/03/09 | Emails with ELS and MSI re AHM D&O settlement (.50). | JPM | 0.50 | 367.50 |
| 09/03/09 | Calendar Rasheed et al v AHM - Joint Motion to Approve Settlement Doc. No. 100 (.10)  review docket (.20) | JS | 0.30 | 73.50 |
| 09/04/09 | D&O - emails and phone calls with Blank Rome and YCST re: 9019 motion seeking approval of D&O settlement (.80); Champion - phone call with MSI re: proposed settlement and email to YCST re: same (.30). | ELS | 1.10 | 577.50 |
| 09/04/09 | Emails with MSI and ELS re AHM D&O settlement and entry of order approving same (.70). | JPM | 0.70 | 514.50 |
| 09/04/09 | Arrange for ES and JPM to appear telephonically for the 9/8/09 hearing (.20) | JS | 0.20 | 49.00 |
| 09/04/09 | Review amended agenda for 9/8 hearing (.20) prepare for hearing (.30) review joint motion to approve settlement Doc. No. 8014 (.30) | JS | 0.80 | 196.00 |
| 09/04/09 | Telephone conversation with Beach, Jackson and DDG regarding changes to Ross settlement agreement and other issues; review same. | MSI | 0.80 | 596.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/07/09 | Emails with ELS re circulation of order approving AHM settlement (.50). | JPM | 0.50 | 367.50 |
| 09/08/09 | Reviewed JPM's email re D&O settlement order (.10); email correspondence with JPM/BDO re meeting to discuss D&T (.10). | CJK | 0.20 | 97.00 |
| 09/08/09 | Review of settlement agreement and order approving same (.30); emails and conference with ELS re settlement issues (.30); email to all parties re approval of settlement and information re payment to Committee (.50). | JPM | 1.10 | 808.50 |
| 09/08/09 | Review Calyon claim objection discussion. | MSI | 0.80 | 596.00 |
| 09/08/09 | Attention to JPM e-mail to all counsel circulating approval order (.2); review response emails (.1) | MTP | 0.30 | 223.50 |
| 09/09/09 | Review Triad complaint issues. | MSI | 0.50 | 372.50 |
| 09/10/09 | Review adversary dockets for dismissals (1.20) | JS | 1.20 | 294.00 |
| 09/10/09 | Review and edit Ross settlement (.60); meeting with DDG regarding same (.40); telephone conversation with DDG, Beach and Jackson regarding comments to agreement (.90). | MSI | 1.90 | 1,415.50 |
| 09/11/09 | Review and edit Ross settlement (.40); review emails re: same and discuss same with DDG (.20). | MSI | 0.60 | 447.00 |
| 09/14/09 | Review latest edits to the Ross settlement. | MSI | 0.60 | 447.00 |
| 09/16/09 | Reviewed JPM's email to all parties re: final status of order approving settlement with the D&Os (.10). | CJK | 0.10 | 48.50 |
| 09/16/09 | Emails with ELS, with insurers and with all parties re entry of "Final Order" approving D&O settlement. | JPM | 0.30 | 220.50 |
| 09/17/09 | Review Calyon Notice of Appeal (.10). | JXZ | 0.10 | 37.50 |
| 09/24/09 | Receive $5.625M settlement check from insurers for D&O claims and memorandum to MSI forwarding same (.20). | JPM | 0.20 | 147.00 |
| 09/25/09 | Emails with insurers re receipt of D&O settlement check (.20). | JPM | 0.20 | 147.00 |
| 09/25/09 | Meeting JWS re Calyon (.10). | JXZ | 0.10 | 37.50 |
| 09/28/09 | Review docket/Calyon designation (.20). | JXZ | 0.20 | 75.00 |

TOTAL HOURS     15.30

TOTAL SERVICES ........................................................................$     8,645.50

DISBURSEMENT SUMMARY

| DUPLICATING | $75.50 |
|---|---|
| LEXIS | $744.17 |
| MEALS | $16.50 |
| POSTAGE | $2.44 |

DISBURSEMENT SUMMARY

TOTAL DISBURSEMENTS ............................................................$      838.61

TOTAL FEES & DISBURSEMENTS ...........................................$    9,484.11

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 4.50 | 245.00 | 1,102.50 |
| 493 | Zawadzki | 0.40 | 375.00 | 150.00 |
| 931 | Kang | 0.30 | 485.00 | 145.50 |
| 486 | Schnitzer | 1.10 | 525.00 | 577.50 |
| 226 | McCahey | 3.50 | 735.00 | 2,572.50 |
| 260 | Indelicato | 5.20 | 745.00 | 3,874.00 |
| 364 | Power | 0.30 | 745.00 | 223.50 |
| ATTY TOTAL | | 15.30 | | 8,645.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue    (33rd floor)
New York, NY 10022

Invoice number: 140241

For professional services rendered from September 1, through September 30, 2009 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 011    | EMPLOYEE ISSUES                        |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/01/09 | Review employee data (.10). | JXZ | 0.10 | 37.50 |
| 09/02/09 | Meeting with MSI regarding 9019 (.10); calls/e-mails with M. Olsen regarding settlement (.20); revise class notice and e-mail with M. Olsen regarding same (.20); review/revise WARN 9019 motion, motion to seal and related exhibits (1.10); e-mails with D. Carickhoff regarding filing, service and CAFA notice (.10). | JXZ | 1.70 | 637.50 |
| 09/04/09 | Review docket/9019 and seal motions and emails D. Carickhoff, Class and Debtors' counsel re: same (.30); emails M. Minella re: CAFA notice (.10); calendar maintenance (.10); emails M. Olsen re: class lists/distribution addresses (.10). | JXZ | 0.60 | 225.00 |
| 09/08/09 | Review WARN docket (.10); review CAFA requirements and call/email with M. Minella re: notice issues (.20). | JXZ | 0.30 | 112.50 |
| 09/09/09 | Calls/emails M. Minella re: CAFA, review notice requirements and review form of notice and addendums. | JXZ | 0.50 | 187.50 |
| 09/10/09 | Review Dcoket/Service (.10). | JXZ | 0.10 | 37.50 |
| 09/15/09 | Conf. call MSI, Borrowers Committee re WARN settlement (.30); review CAPA, calculate minimum notice requirements and e-mails M. Minella re same (.20); calendar maintenance (.10). | JXZ | 0.60 | 225.00 |
| 09/17/09 | Call MSI re WARN reserve/settlement (.10). | JXZ | 0.10 | 37.50 |
| 09/18/09 | Prepare for meeting with BDO including review of detailed report/exhibits (2.30); attend meeting with BDO (2.00). | RJM | 4.30 | 2,408.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/22/09 | Review WARN settlement and e-mails T. Guilford re employee claims/releases (.40). | JXZ | 0.40 | 150.00 |
| 09/28/09 | Review documents re WARN settlement (.20); meetings/e-mails CMC, MSI re 9019 (.20). | JXZ | 0.40 | 150.00 |

TOTAL HOURS                                        9.10

TOTAL SERVICES ........................................................$    4,208.00

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 4.80 | 375.00 | 1,800.00 |
| 952 | Malatak | 4.30 | 560.00 | 2,408.00 |
| ATTY TOTAL | | 9.10 | | 4,208.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140241

For professional services rendered from September 1, through September 30, 2009 in connection with the following:

|  |  |
|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 012 | CLAIMS ADMINISTRATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/04/09 | Review claims orders/certifications (.10); review Wanerka declaration (.20). | JXZ | 0.30 | 112.50 |
| 09/08/09 | Review Riverside response to claims objection (.20); review multiple claims orders (.20). | JXZ | 0.40 | 150.00 |
| 09/14/09 | Review claims Order (.10); review Omnibus claims OBS (.30). | JXZ | 0.40 | 150.00 |
| 09/16/09 | Review Certifications (.10). | JXZ | 0.10 | 37.50 |
| 09/17/09 | Review certifications (.10). | JXZ | 0.10 | 37.50 |
| 09/18/09 | Review claims orders (.10). | JXZ | 0.10 | 37.50 |
| 09/22/09 | Review correspondence re claims (.20). | JXZ | 0.20 | 75.00 |
| 09/25/09 | Review 503 research (.40); review claims orders (.10). | JXZ | 0.50 | 187.50 |

TOTAL HOURS                     2.10

TOTAL SERVICES .......................................................................$        787.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 2.10 | 375.00 | 787.50 |
| ATTY TOTAL | | 2.10 | | 787.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140241

For professional services rendered from September 1, through September 30, 2009 in connection with the following:

703159         AMERICAN HOME MORTGAGE HOLDINGS, INC.
013            INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/08/09 | Emails with BDO re Deloitte (.10). | JPM | 0.10 | 73.50 |
| 09/08/09 | Review Calyon decision and draft e-mail update to Committee | MTP | 1.00 | 745.00 |
| 09/09/09 | Email correspondence with JPM/RJM/BDO re meeting to discuss D&T (.10). | CJK | 0.10 | 48.50 |
| 09/09/09 | Emails (internal and with BDO) re Deloitte (.20); review of materials from BDO (1.00). | JPM | 1.20 | 882.00 |
| 09/14/09 | Email correspondence with BDO/JPM/RJM re meeting to discuss D&T (.10). | CJK | 0.10 | 48.50 |
| 09/14/09 | Emails with BDO re Deloitte (.10). | JPM | 0.10 | 73.50 |
| 09/15/09 | Review materials from BDO re Deloitte (3.80); emails with BDO (.20). | JPM | 4.00 | 2,940.00 |
| 09/17/09 | Email correspondence with JPM/RJM re: meeting with BDO to discuss D&T (.20); reviewed memo re: Wagoner/in pari delicto issue and BDO's memo to prepare for meeting (3.0). | CJK | 3.20 | 1,552.00 |
| 09/17/09 | Prepare for meeting with BDO re Deloitte; review of BDO materials, memoranda and cases re pari delecto, Wagoner issues, SEC complaint and PCAOB report and notes (3.50); email to CJK and RJM re same (.20). | JPM | 3.70 | 2,719.50 |
| 09/18/09 | Attended meeting with BDO/JPM/RJM to discuss potential claims against D&T and prepared for meeting. | CJK | 2.50 | 1,212.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/18/09 | Attend meeting at BDO to review potential claims against Deloitte (2.10); follow-up conference with RJM and CJK re same (.10); confer with MSI re Deloitte potential claims and issues (.10); review of file and prepare detailed memorandum for Committee/Trust re BDO's findings, issues on claims against Deloitte and proposed course of action, and distribute internally (3.50). | JPM | 5.80 | 4,263.00 |
| 09/21/09 | Review of BDO materials and issues re potential claims against Deloitte (3.00). | JPM | 3.00 | 2,205.00 |
| 09/22/09 | Review of cases and memoranda re pari delecto defense (Deloitte claims) (2.0); confer with MSI re memorandum to Committee re Deloitte (.10). | JPM | 2.10 | 1,543.50 |

TOTAL HOURS 26.90

TOTAL SERVICES ................................................................ $ 18,306.50

DISBURSEMENT SUMMARY

DUPLICATING $2.50

SEARCH FEES $2.48

TOTAL DISBURSEMENTS .............................................. $ 4.98

TOTAL FEES & DISBURSEMENTS ............................. $ 18,311.48

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 931 | Kang | 5.90 | 485.00 | 2,861.50 |
| 226 | McCahey | 20.00 | 735.00 | 14,700.00 |
| 364 | Power | 1.00 | 745.00 | 745.00 |
| ATTY TOTAL | | 26.90 | | 18,306.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 3, 2009

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 140241

For professional services rendered from September 1, through September 30, 2009 in connection with the following:

|  |  |
|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 014 | TRIAD WORKOUT |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/01/09 | Attention to review communication from Triad and complaint (.20); Communications to/from ELS, re: same (.20). | CAJ | 0.40 | 210.00 |
| 09/04/09 | E-mail to S. Beach re Triad litigation (.2); review Triad complaint (.5); attention to S. Sass e-mail re visit to AHM (.1) | MTP | 0.70 | 521.50 |
| 09/09/09 | Confer with MTP re Triad complaint (.20); review of same (.60). | JPM | 0.80 | 588.00 |
| 09/09/09 | Met with MTP to discuss American Home and research assignment (.40); document review re: research to be conducted (.50). research re: ability to rescind mortgage loan insurance for failure of underwriter to apply the proper standards (2.7). | LS | 3.60 | 972.00 |
| 09/09/09 | Discussion with LS re legal research on Triad complaint (.5); discussion with CAJ re same (.2); review complaint (1.3) | MTP | 2.00 | 1,490.00 |
| 09/10/09 | Draft proposed email, re: provide status of matter and forward complaint. | CAJ | 2.30 | 1,207.50 |
| 09/10/09 | Review of complaint and various agreements re Triad litigation (2.70). | JPM | 2.70 | 1,984.50 |
| 09/10/09 | Legal research re Triad. | LS | 5.90 | 1,593.00 |
| 09/11/09 | Communications from/to MTP, re: draft communication to financial institutions forwarding complaint (6 @ .05 each (.30)); Multiple communications to financial institutions forwarding complaint and summons (.60). | CAJ | 0.90 | 472.50 |
| 09/11/09 | Revise notes re Triad litigation (.30). | JPM | 0.30 | 220.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/11/09 | Meeting LSS re choice of law issues (.20); review Triad Master Policy/Endorsements (.50). | JXZ | 0.70 | 262.50 |
| 09/11/09 | Leagl research regarding Triad litigation (6.80). | LS | 6.80 | 1,836.00 |
| 09/11/09 | Review CAJ draft e-mail to financial institution | MTP | 0.20 | 149.00 |
| 09/14/09 | Email to LSS and MTP re class action issue in Triad (.10). | JPM | 0.10 | 73.50 |
| 09/14/09 | Drafted memo re: summary of cases re: Triad (6.50). | LS | 6.50 | 1,755.00 |
| 09/15/09 | Review of LSS memorandum re rescission issues (.50); email to MTP re same (.20). | JPM | 0.70 | 514.50 |
| 09/15/09 | Research re: Defendant Debtor class Representative and certification (6.50); reviewed above research (1.00). | LS | 7.50 | 2,025.00 |
| 09/15/09 | Meeting with KGC and AMP to discuss arbitration research. | MSI | 0.30 | 223.50 |
| 09/16/09 | Confer with MTP re Triad claims (.10); confer with LSS re further research re Triad claims and review her earlier memorandum and complaint (.70). | JPM | 0.80 | 588.00 |
| 09/16/09 | Legal research re various theories and issues in triad complaint. | LS | 7.80 | 2,106.00 |
| 09/17/09 | Communication to Debtors' counsel, re: proposed stipulation (.10); Communication to counsel for Triad, re: adversary proceeding (.30); Telephone conference call with counsel for Triad, re: proposed stipulation (.10); Communication to Debtors' counsel, re: same (.10). | CAJ | 0.60 | 315.00 |
| 09/17/09 | Research re: debtor as class representative of class action (2.20); discussed choice of law issue with JPM (.20); drafted memo re: choice of law, defendant class action and rescission of insurance policies (6.40). | LS | 8.80 | 2,376.00 |
| 09/18/09 | Communication from Debtors' counsel (.10); Extensive communication to MTP, re: request by Debtors' counsel for information with respect to the complaint (.10); Communication from counsel for Triad, re: approval of 60-day extension (.10) and communications with internal team, re: same (.10). | CAJ | 0.40 | 210.00 |
| 09/18/09 | Drafted/Reviewed Memo re: choice of law, defendant class action and rescission of insurance policies (5.00). | LS | 5.00 | 1,350.00 |
| 09/18/09 | Discuss strategy with CAJ | MTP | 0.20 | 149.00 |
| 09/19/09 | Review of LS second memorandum re Triad issues and emails to MTP and LSS re same (1.50). | JPM | 1.50 | 1,102.50 |
| 09/21/09 | Attention to drafting stipulation (.30) and certification (.30) and communications to/from MTP, re: same (.20); Communications to/from Erin Edwards, re: same (.20); Communications to/from counsel for Triad, re: same (.20); Attention to revising documents to final form and communications to counsel for Triad (.10) and Erin Edwards (.10), re: same; Additional communication to Debtors' counsel, re: issues related to matter (.20). | CAJ | 1.60 | 840.00 |
| 09/21/09 | Review of cases re class certification in Triad (1.80). | JPM | 1.80 | 1,323.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/21/09 | Search and print case-law from research memo to give to JPM. (.50) | LS | 0.50 | 135.00 |
| 09/21/09 | Discuss extending answer deadline with CAJ (.1); review draft stipulation extending deadline & discuss with CAJ (.3) | MTP | 0.40 | 298.00 |
| 09/22/09 | Attention to revising stipulation (.20) and certification (.30) and multiple communications to/from counsel for Triad (.10) and Debtors' counsel, re: same (.20); Attention to supervising filing and service (.30) and communication with MTP, re: same (.00); Communication to counsel for Triad, re: special servicer issue and request information (.10). | CAJ | 1.20 | 630.00 |
| 09/23/09 | Communications to/from Debtors' counsel, re: status of the stipulation/order (.20). | CAJ | 0.20 | 105.00 |
| 09/23/09 | Review of complaint and LSS memorandum; confer with MTP (2.00). | JPM | 2.00 | 1,470.00 |
| 09/23/09 | Review LS research memorandum and strategy discussion with JPM | MTP | 1.50 | 1,117.50 |
| 09/24/09 | Review class certification case re Triad | MTP | 1.10 | 819.50 |
| 09/25/09 | Communications to/from MTP, JS, EE and counsel for Triad, re: stipulation/order entered by the Court (9 communications (.60)) and request for calendaring new deadline to file answer to complaint (.10). | CAJ | 0.70 | 367.50 |
| 09/28/09 | Communication to counsel for Triad, re: request contact list for mortgage servicers (names, email addresses, etc.) (.10) and communications to/from MTP, re: same (.10). | CAJ | 0.20 | 105.00 |
| 09/28/09 | Emails with CAJ and Triad's counsel re mortgage servicers | MTP | 0.20 | 149.00 |

TOTAL HOURS                                     78.90

TOTAL SERVICES ........................................................................$    31,654.50

DISBURSEMENT SUMMARY

DUPLICATING                                                                    $0.40

TOTAL DISBURSEMENTS ............................................$    0.40

TOTAL FEES & DISBURSEMENTS ...........................................$    31,654.90

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 570 | Schlussel | 52.40 | 270.00 | 14,148.00 |
| 493 | Zawadzki | 0.70 | 375.00 | 262.50 |
| 588 | Jarvinen | 8.50 | 525.00 | 4,462.50 |
| 226 | McCahey | 10.70 | 735.00 | 7,864.50 |
| 260 | Indelicato | 0.30 | 745.00 | 223.50 |
| 364 | Power | 6.30 | 745.00 | 4,693.50 |
| ATTY TOTAL | | 78.90 | | 31,654.50 |