Exhibit C

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 9/9/2009 | Power, Mark | CAR | $107.55 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 117477; DATE: 9/15/2009 |
| 9/2/2009 | Zawadzki, Jeffrey | CAR | $62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 595605; DATE: 9/15/2009 |
| 9/15/2009 | Zawadzki, Jeffrey | CAR | $62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 595605; DATE: 9/15/2009 |
| 9/17/2009 | Zawadzki, Jeffrey | CAR | $62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 596924; DATE: 9/30/2009 |
| 9/28/2009 | Zawadzki, Jeffrey | CAR | $62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 598367; DATE: 10/15/2009 |
| | | | $358.11 | |
| 9/1/2009 | Power, Mark | DUPL | $8.10 | |
| 9/1/2009 | | DUPL | $1.10 | |
| 9/1/2009 | | DUPL | $1.50 | |
| 9/1/2009 | | DUPL | $0.20 | |
| 9/1/2009 | | DUPL | $0.20 | |
| 9/1/2009 | | DUPL | $0.20 | |
| 9/1/2009 | | DUPL | $1.00 | |
| 9/1/2009 | | DUPL | $3.00 | |
| 9/1/2009 | | DUPL | $0.20 | |
| 9/1/2009 | | DUPL | $0.20 | |
| 9/1/2009 | | DUPL | $0.60 | |
| 9/1/2009 | | DUPL | $0.40 | |
| 9/1/2009 | | DUPL | $0.10 | |
| 9/1/2009 | | DUPL | $0.20 | |
| 9/1/2009 | | DUPL | $0.70 | |
| 9/1/2009 | | DUPL | $0.10 | |
| 9/1/2009 | | DUPL | $0.90 | |
| 9/1/2009 | | DUPL | $0.20 | |
| 9/1/2009 | | DUPL | $0.20 | |
| 9/1/2009 | | DUPL | $0.20 | |
| 9/1/2009 | | DUPL | $0.20 | |
| 9/2/2009 | Patwardhan, Huria N. | DUPL | $0.40 | |
| 9/2/2009 | Patwardhan, Huria N. | DUPL | $8.50 | |
| 9/2/2009 | | DUPL | $0.20 | |
| 9/2/2009 | | DUPL | $0.20 | |
| 9/2/2009 | | DUPL | $0.20 | |
| 9/2/2009 | | DUPL | $0.20 | |
| 9/2/2009 | | DUPL | $0.20 | |
| 9/2/2009 | | DUPL | $0.10 | |
| 9/2/2009 | | DUPL | $0.20 | |
| 9/2/2009 | | DUPL | $0.20 | |
| 9/2/2009 | | DUPL | $0.10 | |
| 9/2/2009 | | DUPL | $0.20 | |
| 9/2/2009 | | DUPL | $0.20 | |
| 9/2/2009 | | DUPL | $0.20 | |
| 9/2/2009 | | DUPL | $0.10 | |
| 9/2/2009 | | DUPL | $0.20 | |
| 9/2/2009 | | DUPL | $0.80 | |
| 9/2/2009 | | DUPL | $0.10 | |

| | | |
|---|---|---|
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.40 |
| 9/2/2009 | DUPL | $0.10 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.90 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.30 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.30 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.10 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.10 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.20 |
| 9/2/2009 | DUPL | $0.10 |
| 9/2/2009 | DUPL | $0.10 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 9/2/2009 | | DUPL | $0.10 |
| 9/2/2009 | | DUPL | $0.10 |
| 9/2/2009 | | DUPL | $0.20 |
| 9/2/2009 | | DUPL | $0.20 |
| 9/2/2009 | | DUPL | $0.20 |
| 9/2/2009 | | DUPL | $0.20 |
| 9/2/2009 | | DUPL | $0.20 |
| 9/2/2009 | | DUPL | $0.20 |
| 9/2/2009 | | DUPL | $0.30 |
| 9/2/2009 | | DUPL | $1.00 |
| 9/2/2009 | | DUPL | $192.80 |
| 9/2/2009 | | DUPL | $0.30 |
| 9/2/2009 | | DUPL | $0.70 |
| 9/2/2009 | | DUPL | $0.10 |
| 9/2/2009 | | DUPL | $0.80 |
| 9/2/2009 | | DUPL | $0.80 |
| 9/2/2009 | | DUPL | $0.80 |
| 9/2/2009 | | DUPL | $0.80 |
| 9/2/2009 | | DUPL | $0.90 |
| 9/2/2009 | | DUPL | $0.20 |
| 9/2/2009 | | DUPL | $0.80 |
| 9/2/2009 | | DUPL | $0.80 |
| 9/2/2009 | | DUPL | $0.80 |
| 9/2/2009 | | DUPL | $0.80 |
| 9/2/2009 | | DUPL | $0.20 |
| 9/2/2009 | | DUPL | $0.20 |
| 9/2/2009 | | DUPL | $0.10 |
| 9/2/2009 | | DUPL | $0.10 |
| 9/2/2009 | | DUPL | $0.20 |
| 9/3/2009 | Graziano, Marlena N. | DUPL | $0.80 |
| 9/3/2009 | Graziano, Marlena N. | DUPL | $1.40 |
| 9/3/2009 | Patwardhan, Huria N. | DUPL | $14.20 |
| 9/3/2009 | Patwardhan, Huria N. | DUPL | $5.40 |
| 9/3/2009 | | DUPL | $0.10 |
| 9/3/2009 | | DUPL | $0.10 |
| 9/3/2009 | | DUPL | $0.10 |
| 9/3/2009 | | DUPL | $0.10 |
| 9/3/2009 | | DUPL | $0.20 |
| 9/3/2009 | | DUPL | $0.10 |
| 9/3/2009 | | DUPL | $0.20 |
| 9/3/2009 | | DUPL | $0.80 |
| 9/3/2009 | | DUPL | $0.20 |
| 9/3/2009 | | DUPL | $0.20 |
| 9/3/2009 | | DUPL | $0.10 |
| 9/3/2009 | | DUPL | $1.80 |
| 9/3/2009 | | DUPL | $0.20 |
| 9/3/2009 | | DUPL | $0.40 |
| 9/3/2009 | | DUPL | $0.20 |
| 9/3/2009 | | DUPL | $0.20 |
| 9/3/2009 | | DUPL | $0.20 |
| 9/3/2009 | | DUPL | $0.10 |
| 9/3/2009 | | DUPL | $0.50 |

| | | |
|---|---|---|
| 9/3/2009 | DUPL | $0.80 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.80 |
| 9/3/2009 | DUPL | $0.10 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.10 |
| 9/3/2009 | DUPL | $0.10 |
| 9/3/2009 | DUPL | $0.10 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.10 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.60 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.10 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.10 |
| 9/3/2009 | DUPL | $0.10 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.80 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.10 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.30 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.30 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.10 |
| 9/3/2009 | DUPL | $1.60 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.40 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.80 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.10 |
| 9/3/2009 | DUPL | $0.40 |
| 9/3/2009 | DUPL | $0.40 |
| 9/3/2009 | DUPL | $0.80 |
| 9/3/2009 | DUPL | $0.20 |

| | | |
|---|---|---|
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.20 |
| 9/3/2009 | DUPL | $0.60 |
| 9/3/2009 | DUPL | $0.30 |
| 9/3/2009 | DUPL | $3.60 |
| 9/3/2009 | DUPL | $0.10 |
| 9/8/2009 Power, Mark | DUPL | $0.10 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.10 |
| 9/8/2009 | DUPL | $3.00 |
| 9/8/2009 | DUPL | $0.70 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.20 |
| 9/8/2009 | DUPL | $0.70 |
| 9/8/2009 | DUPL | $0.80 |
| 9/8/2009 | DUPL | $0.60 |
| 9/8/2009 | DUPL | $0.60 |
| 9/9/2009 Schlussel, Lauren | DUPL | $6.20 |
| 9/9/2009 | DUPL | $0.10 |
| 9/9/2009 | DUPL | $0.60 |
| 9/9/2009 | DUPL | $0.50 |
| 9/9/2009 | DUPL | $0.40 |
| 9/9/2009 | DUPL | $0.40 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 9/9/2009 | | DUPL | $0.10 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $3.00 |
| 9/9/2009 | | DUPL | $0.10 |
| 9/9/2009 | | DUPL | $0.10 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.60 |
| 9/9/2009 | | DUPL | $3.00 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.10 |
| 9/9/2009 | | DUPL | $0.10 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.80 |
| 9/9/2009 | | DUPL | $0.40 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.10 |
| 9/9/2009 | | DUPL | $0.30 |
| 9/9/2009 | | DUPL | $1.30 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.30 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.20 |
| 9/9/2009 | | DUPL | $0.30 |
| 9/9/2009 | | DUPL | $3.30 |
| 9/10/2009 | Patwardhan, Huria N. | DUPL | $0.80 |
| 9/10/2009 | Patwardhan, Huria N. | DUPL | $3.70 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |

| | | |
|---|---|---|
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.60 |
| 9/10/2009 | DUPL | $0.10 |
| 9/10/2009 | DUPL | $0.50 |
| 9/10/2009 | DUPL | $2.40 |
| 9/10/2009 | DUPL | $0.30 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.10 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |
| 9/10/2009 | DUPL | $0.20 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $1.10 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $2.40 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.10 |
| 9/10/2009 | | DUPL | $1.00 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.90 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.40 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.40 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/10/2009 | | DUPL | $0.20 |
| 9/11/2009 | Robinson, Pamela L. | DUPL | $1.20 |
| 9/11/2009 | Craner, Katherine G. | DUPL | $1.30 |
| 9/11/2009 | Craner, Katherine G. | DUPL | $0.70 |
| 9/11/2009 | Patwardhan, Huria N. | DUPL | $1.20 |
| 9/11/2009 | | DUPL | $1.60 |
| 9/11/2009 | | DUPL | $0.20 |
| 9/11/2009 | | DUPL | $0.10 |
| 9/11/2009 | | DUPL | $0.40 |
| 9/11/2009 | | DUPL | $0.20 |
| 9/11/2009 | | DUPL | $0.10 |
| 9/11/2009 | | DUPL | $0.70 |
| 9/11/2009 | | DUPL | $1.40 |
| 9/11/2009 | | DUPL | $1.00 |
| 9/11/2009 | | DUPL | $0.40 |
| 9/11/2009 | | DUPL | $2.30 |
| 9/11/2009 | | DUPL | $0.20 |
| 9/11/2009 | | DUPL | $0.20 |
| 9/11/2009 | | DUPL | $0.20 |
| 9/11/2009 | | DUPL | $1.60 |
| 9/11/2009 | | DUPL | $0.40 |
| 9/11/2009 | | DUPL | $1.30 |
| 9/11/2009 | | DUPL | $1.60 |
| 9/11/2009 | | DUPL | $0.40 |
| 9/11/2009 | | DUPL | $0.40 |
| 9/11/2009 | | DUPL | $0.60 |
| 9/11/2009 | | DUPL | $0.40 |
| 9/11/2009 | | DUPL | $0.40 |
| 9/11/2009 | | DUPL | $0.10 |
| 9/11/2009 | | DUPL | $0.80 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 9/11/2009 | | DUPL | $1.30 |
| 9/11/2009 | | DUPL | $0.20 |
| 9/11/2009 | | DUPL | $0.20 |
| 9/11/2009 | | DUPL | $0.20 |
| 9/11/2009 | | DUPL | $0.20 |
| 9/11/2009 | | DUPL | $0.90 |
| 9/11/2009 | | DUPL | $0.20 |
| 9/14/2009 | Schnitzer, Edward L. | DUPL | $0.80 |
| 9/14/2009 | | DUPL | $0.90 |
| 9/14/2009 | | DUPL | $0.80 |
| 9/14/2009 | | DUPL | $0.80 |
| 9/14/2009 | | DUPL | $1.30 |
| 9/14/2009 | | DUPL | $0.80 |
| 9/14/2009 | | DUPL | $0.10 |
| 9/14/2009 | | DUPL | $0.10 |
| 9/14/2009 | | DUPL | $0.10 |
| 9/14/2009 | | DUPL | $0.10 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.60 |
| 9/14/2009 | | DUPL | $1.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.10 |
| 9/14/2009 | | DUPL | $0.30 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.10 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $3.60 |
| 9/14/2009 | | DUPL | $3.60 |
| 9/14/2009 | | DUPL | $0.10 |
| 9/14/2009 | | DUPL | $0.10 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/14/2009 | | DUPL | $0.20 |
| 9/15/2009 | Schnitzer, Edward L. | DUPL | $0.10 |

| Date | Name | Type | Amount |
|------|------|------|--------|
| 9/15/2009 | Virani, Zahir | DUPL | $0.30 |
| 9/15/2009 | | DUPL | $0.60 |
| 9/15/2009 | | DUPL | $2.60 |
| 9/15/2009 | | DUPL | $0.40 |
| 9/15/2009 | | DUPL | $1.20 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.40 |
| 9/15/2009 | | DUPL | $0.60 |
| 9/15/2009 | | DUPL | $1.10 |
| 9/15/2009 | | DUPL | $1.30 |
| 9/15/2009 | | DUPL | $0.40 |
| 9/15/2009 | | DUPL | $0.30 |
| 9/15/2009 | | DUPL | $0.30 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.40 |
| 9/15/2009 | | DUPL | $0.20 |
| 9/15/2009 | | DUPL | $1.50 |
| 9/15/2009 | | DUPL | $0.30 |
| 9/15/2009 | | DUPL | $0.20 |
| 9/15/2009 | | DUPL | $0.80 |
| 9/15/2009 | | DUPL | $0.20 |
| 9/15/2009 | | DUPL | $0.20 |
| 9/15/2009 | | DUPL | $0.90 |
| 9/15/2009 | | DUPL | $0.20 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.20 |
| 9/15/2009 | | DUPL | $0.80 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.80 |
| 9/15/2009 | | DUPL | $2.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.20 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.30 |
| 9/15/2009 | | DUPL | $1.20 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.70 |
| 9/15/2009 | | DUPL | $0.10 |
| 9/15/2009 | | DUPL | $0.10 |

| | | |
|---|---|---|
| 9/15/2009 | DUPL | $0.10 |
| 9/15/2009 | DUPL | $0.20 |
| 9/15/2009 | DUPL | $0.30 |
| 9/15/2009 | DUPL | $0.30 |
| 9/15/2009 | DUPL | $0.10 |
| 9/15/2009 | DUPL | $0.10 |
| 9/15/2009 | DUPL | $0.20 |
| 9/15/2009 | DUPL | $0.10 |
| 9/15/2009 | DUPL | $0.10 |
| 9/15/2009 | DUPL | $0.10 |
| 9/15/2009 | DUPL | $0.20 |
| 9/16/2009 | DUPL | $1.10 |
| 9/16/2009 | DUPL | $0.80 |
| 9/16/2009 | DUPL | $0.10 |
| 9/16/2009 | DUPL | $0.50 |
| 9/16/2009 | DUPL | $0.80 |
| 9/16/2009 | DUPL | $0.10 |
| 9/16/2009 | DUPL | $0.20 |
| 9/16/2009 | DUPL | $0.20 |
| 9/16/2009 | DUPL | $0.40 |
| 9/16/2009 | DUPL | $0.20 |
| 9/16/2009 | DUPL | $0.20 |
| 9/16/2009 | DUPL | $0.20 |
| 9/16/2009 | DUPL | $0.20 |
| 9/16/2009 | DUPL | $1.30 |
| 9/16/2009 | DUPL | $0.90 |
| 9/16/2009 | DUPL | $0.20 |
| 9/16/2009 | DUPL | $0.70 |
| 9/16/2009 | DUPL | $0.20 |
| 9/16/2009 | DUPL | $0.70 |
| 9/16/2009 | DUPL | $0.20 |
| 9/16/2009 | DUPL | $0.20 |
| 9/16/2009 | DUPL | $0.20 |
| 9/16/2009 | DUPL | $0.30 |
| 9/16/2009 | DUPL | $0.60 |
| 9/16/2009 | DUPL | $0.80 |
| 9/16/2009 | DUPL | $0.50 |
| 9/16/2009 | DUPL | $0.90 |
| 9/16/2009 | DUPL | $0.70 |
| 9/16/2009 | DUPL | $0.80 |
| 9/16/2009 | DUPL | $1.20 |
| 9/16/2009 | DUPL | $1.80 |
| 9/17/2009 | DUPL | $0.70 |
| 9/17/2009 | DUPL | $0.30 |
| 9/17/2009 | DUPL | $1.00 |
| 9/17/2009 | DUPL | $0.30 |
| 9/17/2009 | DUPL | $0.80 |
| 9/17/2009 | DUPL | $0.40 |
| 9/17/2009 | DUPL | $0.30 |
| 9/17/2009 | DUPL | $0.60 |
| 9/17/2009 | DUPL | $0.40 |
| 9/17/2009 | DUPL | $0.10 |

| | | |
|---|---|---|
| 9/17/2009 | DUPL | $0.20 |
| 9/17/2009 | DUPL | $0.10 |
| 9/17/2009 | DUPL | $0.40 |
| 9/17/2009 | DUPL | $1.40 |
| 9/17/2009 | DUPL | $0.10 |
| 9/17/2009 | DUPL | $0.70 |
| 9/17/2009 | DUPL | $0.40 |
| 9/17/2009 | DUPL | $0.10 |
| 9/17/2009 | DUPL | $0.20 |
| 9/17/2009 | DUPL | $0.40 |
| 9/17/2009 | DUPL | $0.20 |
| 9/17/2009 | DUPL | $0.40 |
| 9/17/2009 | DUPL | $0.20 |
| 9/17/2009 | DUPL | $0.20 |
| 9/17/2009 | DUPL | $0.20 |
| 9/17/2009 | DUPL | $0.60 |
| 9/17/2009 | DUPL | $0.70 |
| 9/17/2009 | DUPL | $0.10 |
| 9/17/2009 | DUPL | $0.40 |
| 9/17/2009 | DUPL | $0.70 |
| 9/17/2009 | DUPL | $0.10 |
| 9/17/2009 | DUPL | $0.10 |
| 9/17/2009 | DUPL | $1.00 |
| 9/4/2009 | DUPL | $0.10 |
| 9/4/2009 | DUPL | $0.20 |
| 9/4/2009 | DUPL | $0.70 |
| 9/4/2009 | DUPL | $0.90 |
| 9/4/2009 | DUPL | $2.70 |
| 9/4/2009 | DUPL | $0.20 |
| 9/4/2009 | DUPL | $2.00 |
| 9/4/2009 | DUPL | $0.20 |
| 9/4/2009 | DUPL | $1.40 |
| 9/4/2009 | DUPL | $7.70 |
| 9/4/2009 | DUPL | $0.20 |
| 9/4/2009 | DUPL | $0.10 |
| 9/18/2009 | DUPL | $0.80 |
| 9/18/2009 | DUPL | $0.20 |
| 9/18/2009 | DUPL | $0.90 |
| 9/18/2009 | DUPL | $0.90 |
| 9/18/2009 | DUPL | $1.30 |
| 9/18/2009 | DUPL | $0.40 |
| 9/18/2009 | DUPL | $1.60 |
| 9/18/2009 | DUPL | $2.30 |
| 9/18/2009 | DUPL | $0.20 |
| 9/18/2009 | DUPL | $3.70 |
| 9/21/2009 | DUPL | $0.70 |
| 9/21/2009 | DUPL | $0.10 |
| 9/21/2009 | DUPL | $0.40 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $0.70 |
| 9/21/2009 | DUPL | $0.10 |

| | | |
|---|---|---|
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $0.10 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $1.00 |
| 9/21/2009 | DUPL | $0.80 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $0.90 |
| 9/21/2009 | DUPL | $1.30 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $0.40 |
| 9/21/2009 | DUPL | $0.80 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $0.80 |
| 9/21/2009 | DUPL | $0.30 |
| 9/21/2009 | DUPL | $0.50 |
| 9/21/2009 | DUPL | $0.30 |
| 9/21/2009 | DUPL | $0.60 |
| 9/21/2009 | DUPL | $0.80 |
| 9/21/2009 | DUPL | $0.80 |
| 9/21/2009 | DUPL | $0.90 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $0.70 |
| 9/21/2009 | DUPL | $0.30 |
| 9/21/2009 | DUPL | $0.60 |
| 9/21/2009 | DUPL | $0.10 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $1.20 |
| 9/21/2009 | DUPL | $0.20 |
| 9/21/2009 | DUPL | $0.20 |
| 9/22/2009 | DUPL | $0.60 |
| 9/22/2009 | DUPL | $0.20 |
| 9/22/2009 | DUPL | $0.20 |
| 9/22/2009 | DUPL | $0.20 |
| 9/22/2009 | DUPL | $0.20 |
| 9/22/2009 | DUPL | $3.50 |
| 9/22/2009 | DUPL | $0.50 |
| 9/22/2009 | DUPL | $3.20 |
| 9/22/2009 | DUPL | $0.70 |
| 9/22/2009 | DUPL | $0.30 |
| 9/22/2009 | DUPL | $0.10 |
| 9/22/2009 | DUPL | $0.50 |
| 9/22/2009 | DUPL | $0.50 |
| 9/22/2009 | DUPL | $5.00 |
| 9/22/2009 | DUPL | $0.10 |
| 9/22/2009 | DUPL | $0.20 |
| 9/22/2009 | DUPL | $0.20 |
| 9/22/2009 | DUPL | $0.20 |

| Date | Name | Type | Amount |
|------|------|------|--------|
| 9/22/2009 | | DUPL | $0.20 |
| 9/22/2009 | | DUPL | $0.10 |
| 9/22/2009 | | DUPL | $0.30 |
| 9/22/2009 | | DUPL | $0.30 |
| 9/22/2009 | | DUPL | $0.10 |
| 9/22/2009 | | DUPL | $0.80 |
| 9/22/2009 | | DUPL | $0.20 |
| 9/23/2009 | Gonzalez, Dalgis E. | DUPL | $2.40 |
| 9/23/2009 | | DUPL | $0.10 |
| 9/23/2009 | | DUPL | $0.10 |
| 9/23/2009 | | DUPL | $0.10 |
| 9/23/2009 | | DUPL | $0.10 |
| 9/23/2009 | | DUPL | $1.20 |
| 9/23/2009 | | DUPL | $0.20 |
| 9/23/2009 | | DUPL | $0.20 |
| 9/23/2009 | | DUPL | $0.20 |
| 9/23/2009 | | DUPL | $0.20 |
| 9/23/2009 | | DUPL | $0.10 |
| 9/23/2009 | | DUPL | $0.20 |
| 9/23/2009 | | DUPL | $0.20 |
| 9/23/2009 | | DUPL | $0.10 |
| 9/24/2009 | | DUPL | $0.10 |
| 9/24/2009 | | DUPL | $0.10 |
| 9/24/2009 | | DUPL | $0.10 |
| 9/24/2009 | | DUPL | $0.10 |
| 9/24/2009 | | DUPL | $0.10 |
| 9/24/2009 | | DUPL | $0.20 |
| 9/24/2009 | | DUPL | $0.10 |
| 9/24/2009 | | DUPL | $0.10 |
| 9/24/2009 | | DUPL | $0.20 |
| 9/24/2009 | | DUPL | $0.20 |
| 9/24/2009 | | DUPL | $0.70 |
| 9/24/2009 | | DUPL | $0.20 |
| 9/24/2009 | | DUPL | $0.20 |
| 9/24/2009 | | DUPL | $0.10 |
| 9/25/2009 | | DUPL | $0.50 |
| 9/25/2009 | | DUPL | $0.20 |
| 9/25/2009 | | DUPL | $0.40 |
| 9/25/2009 | | DUPL | $3.00 |
| 9/25/2009 | | DUPL | $2.40 |
| 9/25/2009 | | DUPL | $3.70 |
| 9/25/2009 | | DUPL | $5.40 |
| 9/25/2009 | | DUPL | $4.10 |
| 9/25/2009 | | DUPL | $4.10 |
| 9/25/2009 | | DUPL | $2.20 |
| 9/25/2009 | | DUPL | $0.20 |
| 9/25/2009 | | DUPL | $0.20 |
| 9/25/2009 | | DUPL | $0.50 |
| 9/25/2009 | | DUPL | $0.10 |
| 9/25/2009 | | DUPL | $0.30 |
| 9/25/2009 | | DUPL | $0.20 |
| 9/25/2009 | | DUPL | $0.50 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 9/25/2009 | | DUPL | $0.80 |
| 9/25/2009 | | DUPL | $2.60 |
| 9/25/2009 | | DUPL | $0.10 |
| 9/25/2009 | | DUPL | $0.20 |
| 9/28/2009 | Robinson, Pamela L. | DUPL | $6.90 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.60 |
| 9/28/2009 | | DUPL | $1.60 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.10 |
| 9/28/2009 | | DUPL | $0.20 |
| 9/28/2009 | | DUPL | $0.20 |
| 9/28/2009 | | DUPL | $0.90 |
| 9/28/2009 | | DUPL | $0.20 |
| 9/28/2009 | | DUPL | $0.20 |
| 9/28/2009 | | DUPL | $0.20 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.60 |
| 9/28/2009 | | DUPL | $0.10 |
| 9/28/2009 | | DUPL | $0.10 |
| 9/28/2009 | | DUPL | $3.20 |
| 9/28/2009 | | DUPL | $0.80 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.80 |
| 9/28/2009 | | DUPL | $0.10 |
| 9/28/2009 | | DUPL | $0.10 |
| 9/28/2009 | | DUPL | $1.60 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $1.60 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.40 |
| 9/28/2009 | | DUPL | $0.10 |
| 9/28/2009 | | DUPL | $0.20 |
| 9/29/2009 | | DUPL | $0.10 |
| 9/29/2009 | | DUPL | $0.60 |
| 9/29/2009 | | DUPL | $0.20 |
| 9/29/2009 | | DUPL | $0.20 |
| 9/29/2009 | | DUPL | $0.20 |
| 9/29/2009 | | DUPL | $0.20 |
| 9/29/2009 | | DUPL | $0.20 |

| Date | Name | Type | Amount | Description |
|------|------|------|--------|-------------|
| 9/29/2009 | | DUPL | $0.20 | |
| 9/29/2009 | | DUPL | $0.20 | |
| 9/29/2009 | | DUPL | $0.10 | |
| 9/29/2009 | | DUPL | $0.10 | |
| 9/29/2009 | | DUPL | $0.20 | |
| 9/29/2009 | | DUPL | $0.10 | |
| 9/29/2009 | | DUPL | $0.10 | |
| 9/29/2009 | | DUPL | $0.10 | |
| 9/29/2009 | | DUPL | $0.10 | |
| 9/29/2009 | | DUPL | $0.10 | |
| 9/29/2009 | | DUPL | $0.10 | |
| 9/29/2009 | | DUPL | $0.40 | |
| 9/30/2009 | | DUPL | $0.40 | |
| 9/30/2009 | | DUPL | $0.10 | |
| 9/30/2009 | | DUPL | $0.70 | |
| 9/30/2009 | | DUPL | $0.20 | |
| 9/30/2009 | | DUPL | $1.20 | |
| 9/30/2009 | | DUPL | $0.40 | |
| 9/30/2009 | | DUPL | $3.50 | |
| 9/30/2009 | | DUPL | $0.10 | |
| 9/30/2009 | | DUPL | $1.70 | |
| 9/30/2009 | | DUPL | $1.80 | |
| 9/30/2009 | | DUPL | $0.10 | |
| | | | $612.00 | |
| 9/21/2009 | Schlussel, Lauren | LEXI | $744.17 | VENDOR: LEXIS - NEXIS; INVOICE#: 0909057437; DATE: 9/30/2009 |
| 9/14/2009 | Schnitzer, Edward L. | LEXI | $2.91 | VENDOR: LEXIS - NEXIS; INVOICE#: 0909057437; DATE: 9/30/2009 |
| 9/25/2009 | Smith, Jason | LEXI | $18.19 | VENDOR: LEXIS - NEXIS; INVOICE#: 0909057437; DATE: 9/30/2009 |
| | | | $765.27 | |
| 9/10/2009 | Patwardhan, Huria N. | MEAL | $19.01 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 568303; DATE: 9/13/2009 |
| 9/9/2009 | Gonzalez, Dalgis E. | MEAL | $40.36 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 568303; DATE: 9/13/2009 |
| 9/8/2009 | Zawadzki, Jeffrey | MEAL | $22.69 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 568303; DATE: 9/13/2009 |
| 9/17/2009 | Schlussel, Lauren | MEAL | $16.50 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 570829; DATE: 9/20/2009 |
| | | | $98.56 | |
| 9/25/2009 | Virani, Zahir | ODEL | $8.86 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-352-945117; DATE: 10/5/2009 |
| 9/1/2009 | Zawadzki, Jeffrey | POST | $1.22 | |
| 9/2/2009 | Patwardhan, Huria N. | POST | $8.54 | |
| 9/3/2009 | Kang, Christina | POST | $3.12 | |
| 9/3/2009 | Patwardhan, Huria N. | POST | $2.44 | |

| Date | Name | Type | Amount | Description |
|------|------|------|--------|-------------|
| 9/3/2009 | Patwardhan, Huria N. | POST | $5.56 | |
| 9/3/2009 | Patwardhan, Huria N. | POST | $3.12 | |
| 9/9/2009 | Craner, Katherine G. | POST | $1.39 | |
| 9/9/2009 | Gonzalez, Dalgis E. | POST | $14.60 | |
| 9/9/2009 | Rigano, Nicholas C. | POST | $1.22 | |
| 9/10/2009 | Patwardhan, Huria N. | POST | $3.66 | |
| 9/11/2009 | Craner, Katherine G. | POST | $2.44 | |
| 9/11/2009 | Patwardhan, Huria N. | POST | $2.44 | |
| 9/11/2009 | Patwardhan, Huria N. | POST | $8.34 | |
| 9/18/2009 | Zawadzki, Jeffrey | POST | $1.73 | |
| 9/18/2009 | Zawadzki, Jeffrey | POST | $7.32 | |
| 9/21/2009 | Kang, Christina | POST | $2.44 | |
| 9/23/2009 | Gonzalez, Dalgis E. | POST | $1.22 | |
| 9/23/2009 | Gonzalez, Dalgis E. | POST | $1.22 | |
| 9/29/2009 | Robinson, Pamela L. | POST | $1.22 | |
| 9/29/2009 | Robinson, Pamela L. | POST | $12.20 | |
| 9/29/2009 | Robinson, Pamela L. | POST | $2.78 | |
| | | | $88.22 | |
| 9/9/2009 | Power, Mark | SEAR | $9.52 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10052009; DATE: 9/30/2009 |
| 9/25/2009 | Power, Mark | SEAR | $114.88 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10052009; DATE: 9/30/2009 |
| 9/3/2009 | Power, Mark | SEAR | $9.20 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10052009; DATE: 9/30/2009 |
| 9/15/2009 | Power, Mark | SEAR | $53.44 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10052009; DATE: 9/30/2009 |
| 9/25/2009 | Power, Mark | SEAR | $39.12 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10052009; DATE: 9/30/2009 |
| 9/10/2009 | Power, Mark | SEAR | $2.48 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10052009; DATE: 9/30/2009 |
| 9/11/2009 | Power, Mark | SEAR | $16.40 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10052009; DATE: 9/30/2009 |
| 9/10/2009 | Power, Mark | SEAR | $7.44 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10052009; DATE: 9/30/2009 |
| 9/24/2009 | Power, Mark | SEAR | $59.20 | VENDOR: PACER SERVICE CENTER; INVOICE#: 10052009; DATE: 9/30/2009 |
| | | | $311.68 | |
| 9/16/2009 | Power, Mark | TELE | $51.00 | VENDOR: POWER, MARK T.; INVOICE#: 25; DATE: 11/10/2009 |

$2,191.70