IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*[1], | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. Docket Nos. 8049, 8141 and 8149 |

## DEBTORS' MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF MONA DOBBEN

Each of the Debtors, by and through their undersigned counsel, hereby seek the entry of summary judgment pursuant to Fed. R. Civ. 56, made applicable to this contested matter by Fed. R. Bankr. P. 7056, expunging Claim Nos. 10607, 10608 and 10609 filed by Mona Dobben on the basis that Ms. Dobben either (i) fails to state any claim upon which relief may be granted, or alternatively, (ii) fails to set forth a cognizable factual and/or legal basis for any such claim.

Debtors incorporate by reference Debtors' Trial Brief and Brief in Support of Debtors' Motion for Summary Judgment, filed contemporaneously herewith, in its entirety, as the basis for this summary judgment motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sean M. Beach (No. 4070)
Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

Dated: December 4, 2009