## Exhibit A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*[1], | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. Docket Nos. 8049, 8141 and 8149 |

**ORDER PURSUANT TO SECTION 107 OF THE BANKRUPTCY CODE AUTHORIZING AND DIRECTING THAT THE EXHIBITS TO THE DEBTORS' TRIAL BRIEF AND BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF MONA DOBBEN**

Upon consideration of the motion (the "Seal Motion")[2] of the above-captioned debtors (the "Debtors") for entry of an order pursuant to section 107(b) of the Bankruptcy Code, Rule 9018 of the Bankruptcy Rules, and Rule 9018-1 of the Local Rules authorizing and directing the filing under seal of the Exhibits; and the Court having determined that the relief requested in the Seal Motion is in the best interests of the Debtors, their estates, creditors and other parties-in-interest, including the Claimant; and notice of the Seal Motion having been given that is due and adequate under the circumstances; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Seal Motion is GRANTED to the extent set forth herein; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms included but not defined herein shall have the meaning ascribed to such terms in the Seal Motion.

ORDERED that the Exhibits to the deposition of Mona Dobben shall be filed and kept by the Clerk of the Court under seal and shall not be made publicly available pursuant to section 107 of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b); and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       December ___, 2009

                                                            Christopher S. Sontchi
                                                            United States Bankruptcy Judge