IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | |
| HOLDING, INC., et al., | : | Case No. 07-11047(CSS) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## ORDER

Upon consideration of the Request for a Conference Call from Douglas J. Pettibone by letter dated December 2, 2009 (the "Request for Conference Call"). The Court having considered the Request for Conference Call; and the Court having determined that Mr. Pettibone has not established sufficient cause to justify the Request for a Conference Call.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

The Request for a Conference call is DENIED and there shall be no further discovery in this matter.

Christopher S. Sontchi
United States Bankruptcy Court Judge

Dated: December 7, 2009