UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
           Debtors.                                                    :
---------------------------------------------------------------------- x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION FOR AN ORDER AUTHORIZING PAYMENT OF PREPETITION SALES AND USE TAXES**

Upon consideration of the motion (the "Motion to Shorten") of American Home Mortgage Holdings, Inc. and its affiliates, as debtors and debtors in possession (collectively, the "Debtors") for entry of an order, pursuant to Rule 9006-1(e) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), shortening the time for notice of the Debtors' Motion for an Order (i) authorizing them to pay prepetition sales and use taxes that were collected or due and owing prepetition to New York State and (ii) authorizing and directing all applicable banks and other financial institutions to receive, process, honor and pay any and all checks drawn on the Debtors' accounts that relate to such prepetition taxes and fees (the "Motion"), so that the Motion may be heard at the hearing currently scheduled for December 14, 2009 at 11:30 a.m. (ET), as set forth in the Motion to Shorten; and the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. sections 1408 and 1409; and the Court having found that the relief

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

requested in the Motion to Shorten is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and notice of the Motion to Shorten was appropriate under the particular circumstances; and the Court having reviewed the Motion to Shorten; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion to Shorten is granted.

2. Approval of the Motion shall be considered on December 14, 2009 at 11:30 a.m. (ET).

3. Any objections to the entry of an order authorizing and approving the relief requested in the Motion shall be filed and served upon counsel to the Debtors no later than December 10, 2009 at 4:00 p.m. (ET).

4. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.


Dated: December 7, 2009
       Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge

DB02:8988495.1                                                                                          066585.1001