IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS,<br>INC., a Delaware corporation, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Ref. Docket Nos.: 3720, 5602, 5181 & _____ |

**ORDER APPROVING STIPULATION BY AND AMONG THE DEBTORS AND AT&T RESOLVING (I) MOTION OF AT&T REQUESTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b) AND (II) CLAIM NUMBER 9258 AS IT RELATES TO THE DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULES 3007-1**

Upon consideration of the *Stipulation By and Among the Debtors and AT&T Resolving (i) Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) and (ii) Claim Number 9258 as it Relates to the Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rules 3007-1* (the "Stipulation"), a copy of which is attached hereto as Exhibit 1; and the Court having determined that due and adequate notice of the Stipulation has been provided under the circumstances; and the Court having determined that approval of the Stipulation is in the best interest of the Debtors and their estates; it is therefor

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc., f/k/a American Home Mortgage Servicing, Inc. ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that the Stipulation is hereby APPROVED.

Dated: December 7, 2009
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge