# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., *et al.*,

      Debtors.

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

------------------------------------------------------------ X

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective November 23, 2009, the address of the Delaware office of Dorsey & Whitney LLP, Counsel for U.S. Bank National Association, as Indenture Trustee, and United Health Group, will change as follows:

Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801-1671

PLEASE TAKE FURTHER NOTICE that the Firm's and its lawyers' phone numbers, fax numbers and e-mail addresses have not been affected by this change.

DATED: Wilmington, DE
December 7, 2009

Respectfully submitted,

DORSEY & WHITNEY (DELAWARE) LLP

By: /s/ Robert W. Mallard
Eric Lopez Schnabel, Esq. (DE # 3672)
Robert W. Mallard, Esq. (DE # 4279)
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801-1671
Tel: (302) 425-7171
Fax: (302) 425-7177

-2-

-2-