# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 12/9/09 @ 9:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward Schnitzer | Hahn & Hessen LLP | Official Creditors Committee |
| Vivian Houghton | Vivian Houghton Esq. | Dobben Plaintiffs |
| Douglas Pettibone | c/o Douglas Pettibone | Mona Dobber |
| Cindy B. Crusher | Young Conaway Stargatt & Taylor | Debtors |
| Michael Rothberg | " | " |
| Eileen Wayksto | AHM | Debtors |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.