UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X   Chapter 11
In re                                                 :
                                                      :   Case No. 07-11047 (CSS)
American Home Mortgage Holdings,                      :
Inc., *et al.*,                                       :   (Jointly Administered)
                                                      :
                          Debtors.                    :   Related Docket No. 8101
------------------------------------------------------X

### NOTICE OF FILING OF CORRECTED EXHIBIT "G"

### RE: DOCKET NO. 8101

Please take notice that Park National Bank, by and through its undersigned counsel, is filing the attached *corrected* Exhibit "G" to Motion of Park National Bank for Lifting the Automatic Stay, Objecting to Debtor's Use of Cash Collateral, and Requesting Adequate Protection [D.I. No. 8101].

Dated: December 9, 2009

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

_____
Michael Busenkell (Del. Bar No.3933)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone # (302) 252-4324

Aronauer, Re & Yudell, LLP
Joseph Aronauer, admitted Pro Hac Vice
444 Madison Avenue, 17th Floor
New York, New York 10022
Telephone # (212) 755-6000

*Attorneys for Park National Bank*

WCSR 4258996v1