# CERTIFICATE OF SERVICE

I, Pamela Groff, certify that I am not less than 18 years of age, and that on December 9, 2009, I caused a copy of the foregoing to be served on the parties below by first-class mail, unless otherwise indicated thereon.

| | |
|---|---|
| Curtis J. Crowther, Esq.<br>Donald J. Bowman, Jr., Esq.<br>Edward J. Kosmowski, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Bonnie Glantz Fatell, Esq.<br>David W. Carickhoff, Jr., Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |
| Donald Imwold<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | |

Dated: December 9, 2009      */s/ Pamela J. Groff*
                              Pamela J. Groff