IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :   Ref. No. 8322
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 8322

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Motion of the Debtors for Entry of an Order Approving the Third Stipulation by and Among the Debtors, Certain Current and Former Directors, and the Official Committee of Unsecured Creditors for an Order Granting Relief from the Automatic Stay, to Enforce Insurance Policy in Favor of the Insured (the "Motion") has been received. The Court's docket which was last updated December 9, 2009, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than December 7, 2009 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
December 9, 2009

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ Kenneth J. Enos
                        Sean M. Beach (No. 4070)
                        Matthew B. Lunn (No. 4119)
                        Kenneth J. Enos (No. 4544)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253

                        Counsel for Debtors and
                        Debtors in Possession