IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
      Debtors.                                                           :
                                                                         : Ref. No. 8340
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 8340

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 365 and 554 Authorizing (I) the Abandonment of Certain Real Property and (II) the Rejection of Agreements Related Thereto (the "Motion") has been received. The Court's docket which was last updated December 9, 2009, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than December 7, 2009 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
December 9, 2009

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Matthew B. Lunn
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession