# CERTIFICATE OF SERVICE

I, *Victoria A. Guilfoyle*, hereby certify that on December 10, 2009, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

**Limited Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for Order Authorizing Payment of Prepetition Sales and Use Taxes**

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (No. 5183)

SERVICE LIST – E-MAIL and First Class Mail

James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Pauline K. Morgan, Esquire
Sean M. Beach, Esquire
Jennifer R. Noel, Esquire
**Young Conaway Stargatt & Taylor, LLP**
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
*Counsel for the Debtors*
jpatton@ycst.com
rbrady@ycst.com
pmorgan@ycst.com
sbeach@ycst.com
jnoel@ycst.com

Joseph McMahon, Esquire
**Office of the United States Trustee**
844 King Street, Room 2313
Wilmington, DE 19801
Joseph.mcmahon@usdoj.gov