**<u>NO ORDER REQUIRED</u>**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | |
| *et al.*[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 7, 2009 at 4:00 p.m.** |

### CERTIFICATION OF NO OBJECTION
### <u>REGARDING DOCKET NO. 8306</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fourth Monthly Application of Ferry, Joseph & Pearce, P.A. (the "Applicant"), as Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of October 1, 2009 through October 31, 2009 ("the Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than December 7, 2009 at 4:00 p.m.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals ("the Order") dated September 3, 2007, the Debtors are authorized to pay the Applicant $2,884.24 which represents 80% of the fees

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

($3,605.30) and $655.21 which represents 100% of the expenses requested in the Application for the period October 1, 2009 through October 31, 2009, upon the filing of this certification and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: December 10, 2009 | FERRY, JOSEPH & PEARCE, P.A. |
| | /s/ Rick S. Miller |
| | Rick S. Miller, Esq. (#3418) |
| | Steven G. Weiler, Esq. (#4934) |
| | 824 Market Street, Suite 1000 |
| | P.O. Box 1351 |
| | Wilmington, DE 19899 |
| | (302) 575-1555 |
| | |
| | *Special Conflicts Counsel to the Official Committee Of Unsecured Creditors* |