IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| American Home Mortgage | : | Case No. 07-1047 (CSS) |
| Holdings, Inc., a Delaware corporation, | : | |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## ORDER

Upon consideration of First Interim Fee Application of Zuckerman Spaeder LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses (the "First Interim Fee Application") filed on April 17, 2009, and the objections thereto; the Court having reviewed the First Interim Fee Application and the objections thereto; the Court having heard counsel and parties in interest regarding the First Interim Fee Application at the hearing before the Court on October 14, 2009 (the "Hearing"); and the Court finding that notice of the First Interim Fee Application and the Hearing were adequate under the circumstances;

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the Hearing, the First Interim Fee Application is GRANTED.

Christopher S. Sontchi
United States Bankruptcy Judge

Dated: December 10, 2009