IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
         Debtors.                                                        :
                                                                         : Ref. No. 8302
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO
## APPLICATION RE: DOCKET NO. 8302

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Ninth Application of Cadwalader, Wickersham & Taft LLP as Special Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period August 1, 2009 through September 30, 2009 (the "Application"). The Court's docket which was last updated December 10, 2009, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than December 3, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($588,089.60) of requested fees ($735,112.00) and 100% of requested expenses ($29,406.29) on an interim basis without further Court order.

Dated: Wilmington, Delaware
December 10, 2009

                               YOUNG CONAWAY STARGATT & TAYLOR, LLP

                               /s / Ryan M. Bartley
                               Sean M. Beach (No. 4070)
                               Margaret Whiteman Greecher (No. 4652)
                               Patrick A. Jackson (No. 4976)
                               Ryan M. Bartley (No. 4985)
                               The Brandywine Building
                               1000 West Street, 17th Floor
                               Wilmington, Delaware 19801
                               Telephone: (302) 571-6600
                               Facsimile: (302) 571-1253

                               Counsel for Debtors and
                               Debtors in Possession