**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | (Jointly Administered) |
| *et al.*[1], | ) | |
| | ) | Objection Deadline: December 30, 2009 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: February 9, 2010 at 10:00 a.m. |

**INTERIM FEE APPLICATION REQUEST FOR THE SEVENTH INTERIM PERIOD OF FERRY, JOSEPH & PEARCE, P.A. FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 6, 2009 THROUGH OCTOBER 31, 2009**[2]

| | |
|---|---|
| Name of Applicant: | Ferry, Joseph & Pearce, P.A. |
| Authorized to provide professional services to: | Special Conflicts Counsel to the Official Committee Of Unsecured Creditors |
| Date of retention: | August 11, 2009, *nunc pro tunc,* to July 6, 2009 |
| Period for which compensation and reimbursement is sought: | July 6, 2009 through October 31, 2009 |
| Amount of compensation sought as actual reasonable and necessary: | $17,455.30 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $ 2,829.83 |

This is a: ___ monthly __X__ interim _____ final application

---

[1] Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] Includes services and expenses incurred since July 6, 2009.

## PRIOR INTERIM APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Not applicable | | | | | |

## CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS FOR THE PERIOD JULY 6, 2009 THROUGH OCTOBER 31, 2009

| Date Filed; Docket No.; Period | Total Fee Requested | Total Expenses Requested | Cert. of No Objection Date Filed; Docket No. | Amount of Fees Paid/ To Be Paid (80%) | Amount of Expenses Paid/To Be Paid (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|
| 9/15/09; 8067; 7/6/09-8/31/09 | $11,300.00 | $1,871.02 | 10/8/09; 8156 | $9,040.00 | $1,871.02 | $2,260.00 |
| 10/15/09; 8187; 9/1/09-9/30/09 | $2,550.00 | $303.20 | 11/9/09; 8266 | $2,040.00 | $303.20 | $510.00 |
| 11/16/09; 8306; 10/1/09-10/31/09 | $3,605.30 | $655.61 | 12/10/09; 8392 | $2,884.24 | $655.61 | $721.06 |
| **Total:** | **$17,455.30** | **$2,829.83** | | **$13,964.24** | **$2,829.83** | **$3,491.06** |

## ATTACHMENT A

## CUMULATIVE SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS

| Name of professional person | Position of the Applicant, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David J. Ferry, Jr. | Partner, Various, 1982, General Practice, General Litigation and Bankruptcy | $450.00 | 0.10 | $45.00 |
| Rick S. Miller | Partner, Various, 1995, Bankruptcy and General Litigation | $350.00 | 28.70 | $9,940.30 |
| Steven G. Weiler | Associate, 2006, Bankruptcy and General Practice | $250.00 | 19.80 | $4,950.00 |
| Diane Sacconey | Legal Assistant | $150.00 | 0.40 | $60.00 |
| Margriet Hedden | Legal Assistant | $150.00 | 16.40 | $2,460.00 |
| **Grand Total:** | | | **65.40** | **$17,455.30** |
| **Blended Rate:** | | | | **$266.90** |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Interim Period | Total Hours from Petition Date - Prior Interim Period | Total Hours from Petition Date | Total Fees for the Interim Period | Total Fees from Petition Date - Prior Interim | Total Fees from Petition Date |
|---|---|---|---|---|---|---|
| Case Administration | 5.60 | 0.00 | 5.60 | $920.00 | $0.00 | $920.00 |
| Committee Matters and Creditor Meetings | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| Fee Applications, Others | 2.40 | 0.00 | 2.40 | $630.00 | $0.00 | $630.00 |
| Fee Applications, Applicant | 18.60 | 0.00 | 18.60 | $3,920.00 | $0.00 | $3,920.00 |
| Hearings | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| Litigation/Adversary Proceedings (Non-Claims) | 18.50 | 0.00 | 18.50 | $6,010.30 | $0.00 | $6,010.30 |
| Lit. and Lit. Consulting | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| Employment Apps., Others | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| Employment Apps., Applicant | 20.30 | 0.00 | 20.30 | $5,975.00 | $0.00 | $5,975.00 |
| Mediation | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| Professional Retention Issues | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| Travel/Non-working | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| Other | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| **Total:** | **65.40** | **0.00** | **65.40** | **$17,455.30** | **$0.00** | **$17,455.30** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Total Expenses for the Interim Period | Total Expenses from Petition Date - Prior Interim Period | Total Expenses from Petition Date |
|---|---|---|---|
| Computer Legal Research | $0.00 | $0.00 | $0.00 |
| Facsimile ($1.00 per page) | $0.00 | $0.00 | $0.00 |
| In-House Reproduction | $43.20 | $0.00 | $43.20 |
| Outside Reproduction | $778.00 | $0.00 | $778.00 |
| Filing/Court Fees | $500.00 | $0.00 | $500.00 |
| Out-of-Town Travel | $0.00 | $0.00 | $0.00 |
| Courier & Express Carriers | $1,419.51 | $0.00 | $1,419.51 |
| Postage | $0.00 | $0.00 | $0.00 |
| Web Pacer | $89.12 | $0.00 | $89.12 |
| Hearing Transcripts | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| **Total:** | **$2,829.83** | **$0.00** | **$2,829.83** |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, ) | (Jointly Administered) |
| *et al.*, ) | |
| ) | Objection Deadline: December 30, 2009 at 4:00 p.m. |
| Debtors. ) | Hearing Date: February 9, 2010 at 10:00 a.m. |

**INTERIM FEE APPLICATION REQUEST FOR THE SEVENTH INTERIM
PERIOD OF FERRY, JOSEPH & PEARCE, P.A. FOR APPROVAL AND
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL CONFLICTS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OF JULY 6, 2009 THROUGH OCTOBER 31, 2009**

This Interim Application for Compensation and Reimbursement of Expenses for the Seventh Interim Period ("Interim Application") is filed by Ferry, Joseph & Pearce, P.A. ("Applicant"), as Special Conflicts Counsel to The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of American Home Mortgage Holdings, Inc., a Delaware Corporation, et. al. (the "Debtors"), requesting compensation and reimbursement of expenses for services provided and expenses incurred by Applicant, as special conflicts counsel to the Committee, for the period from July 6, 2009 through October 31, 2009 ("Seventh Interim Period").

## BACKGROUND

1.      On August 6, 2007 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The cases are administered jointly pursuant to an Order of the Court.

2.      Debtors continue to operate their business and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3.  On September 3, 2007, the Court entered an *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* ("Administrative Order") [Docket No. 547].

4.  On August 14, 2007, the United States Trustee formed the Committee.

5.  By application dated July 30, 2009, Applicant sought Court approval for its retention as special conflicts counsel to the Committee, *nunc pro tunc,* to July 6, 2009. The Court signed the Order approving the retention on September 2, 2009.

6.  As stated in the Affidavit of Rick S. Miller, Esquire, attached hereto as Exhibit "A," all of the services for which compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

7.  Applicant submits this Interim Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Court's Administrative Order.

8.  Pursuant to this Interim Application, Applicant requests approval of allowance of compensation for actual and necessary professional services rendered in the amount of $17,455.30 and for reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $2,829.83 for the Seventh Interim Period.

**RELIEF REQUESTED**

9.  In accordance with Local Rule 2016-2 and the Administrative Order, and to assist the Court, the Debtors, the Trustee and other parties in interest in evaluating this Application, the services performed by the Applicant during the Seventh Interim Period are summarized in the Compensation Summary by Project Category set forth on Attachment A. The Applicant's services throughout the Seventh Interim Period have been valuable to the Committee in

providing advice and counsel as well as the preparation, service and filing of various administrative and substantive litigation pleadings and papers in conformity with Delaware bankruptcy practice and the Rules of this Court.

10. In accordance with the Administrative Order and the Local Rules, a summary sheet of the attorneys and their corresponding names, year of admission, hourly rates and the number of hours incurred by each is also set forth on Attachment A. The hourly rates reflect what Applicant generally charges its other clients for similar services. The itemizations including identification of services performed by the attorneys sorted by date and time keeper are attached hereto as Exhibit "B." These itemizations also contain a statement of Applicant's disbursements, necessarily incurred in the performance of Applicant's duties as special conflicts counsel to the Committee.

11. The Applicant has worked closely with the Committee's primary special conflicts counsel, Hennigan, Bennett & Dorman LLP, to avoid unnecessary duplication of services.

## CONCLUSION

12. The Applicant has necessarily and properly expended 65.40 hours of service with an average billing rate of approximately $266.90 per hour in the performance of its duties as special conflicts counsel to the Committee during the Seventh Interim Period Fee Period. Such services have a fair market value of $17,455.30. The work involved and thus the time expended, was carefully assigned in light of the expertise required for each particular task.

13. In addition, the Applicant incurred actual out-of-pocket expenses in connection with the rendition of services to the Committee in the sum of $2,829.83 for which it respectfully requests reimbursement in full.

14. The Applicant charges $.10 per page for in-house photocopying services. The Applicant charges the actual cost from the vendor for out-sourced photocopying and document retrieval, and computerized legal research. The Applicant charges $1.00 per page for out-going facsimile transmissions, and does not charge for in-coming facsimiles.

15. The Applicant has reviewed the requirements set forth in Local Rule 2016-2 and believes that this Application for interim compensation complies therewith.

16. The Applicant has made no prior application in this or any other Court for the relief sought herein.

WHEREFORE, The Applicant respectfully requests pursuant to the Administrative Order:

a) the approval and allowance, pursuant to section 331 of the Bankruptcy Code, of compensation for professional services rendered to the Committee during the Seventh Interim Period Fee Period of July 6, 2009 through October 31, 2009 in the amount of $17,455.30;

b) the approval and allowance of the Applicant's out-of-pocket expenses incurred in connection with the rendition of such services during the Seventh Interim Period Fee Period of July 6, 2009 through October 31, 2009 in the amount of $2,829.83; and

c) such other relief as the Court deems just.

Dated: December 10, 2009    FERRY, JOSEPH & PEARCE, P.A.

/s/ Rick S. Miller
Rick S. Miller, Esq. (#3418)
Steven G. Weiler, Esq. (#4934)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Special Conflicts Counsel to the Official Committee Of Unsecured Creditors*