**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | (Jointly Administered) |
| *et al.*[1], | ) | |
| | ) | Objection Deadline: December 30, 2009 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: February 9, 2010 at 10:00 a.m. |

**NOTICE OF APPLICATION**

TO:   PARTIES ON THE 2002 SERVICE LIST

PLEASE TAKE NOTICE that Ferry, Joseph & Pearce, P.A. has filed its Interim Fee Application Request for the Seventh Interim Period for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for the Period of July 6, 2009 through October 31, 2009[2] (the "Interim Application").

PLEASE TAKE FURTHER NOTICE that the Interim Application requests approval and allowance of compensation in the amount of $17,455.30 and reimbursement of expenses in the amount of $2,829.83.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Interim Application must be filed **on or before December 30, 2009 at 4:00 p.m. prevailing Eastern Time** with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the service list attached hereto.

A HEARING ON THE APPLICATION WILL BE HELD ON A DATE TO BE DETERMINED BY THE COURT.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] Includes services and expenses incurred since July 6, 2009.

Dated: December 10, 2009                              FERRY, JOSEPH & PEARCE, P.A.

/s/ Rick S. Miller
Rick S. Miller, Esq. (#3418)
Steven G. Weiler, Esq. (#4934)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Special Conflicts Counsel to the Official Committee Of Unsecured Creditors*

**SERVICE LIST**

| **BY HAND DELIVERY** | **BY FIRST-CLASS U.S. MAIL** |
|---|---|
| James L. Patton, Jr., Esq.<br>Pauline K. Morgan, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Alan Horn, Esq., General Counsel<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 |
| Bonnie Glantz Fatell, Esq.<br>David W. Carickhoff, Jr., Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Jeffrey M. Levine, Esq.<br>Milestone Advisors, LLC<br>1775 Eye Street, NW<br>Suite 800<br>Washington, DC 20006 |
| Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | Mark S. Indelicato, Esq.<br>Mark T. Power, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Victoria W. Counihan, Esq.<br>Greenberg Traurig, LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | Margot B. Schonholtz, Esq.<br>Scott D. Talmadge, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Joseph J. McMahon, Jr., Esq.<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Wilmington, DE 19801 | Corinne Ball, Esq.<br>Erica M. Ryland, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |