# EXHIBIT "B"

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555       Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,         July 6, 2009 through August 31, 2009
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022                              Invoice No. 32463
**Attention:**   Mark T. Power, Esquire

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 4.70 | 705.00 |
| B25 | Fee Applications, Applicant - | 11.40 | 2,330.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 7.90 | 2,645.00 |
| B7 | Employment Applications, Applicant - | 19.00 | 5,620.00 |
| | **Total** | **43.00** | **$11,300.00** |
| | **Grand Total** | **43.00** | **$11,300.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| David J. Ferry, Jr. | 450.00 | 0.10 | 45.00 |
| Rick S. Miller | 350.00 | 16.80 | 5,880.00 |
| Steven G. Weiler | 250.00 | 14.60 | 3,650.00 |
| Legal Assistant - DRS | 150.00 | 0.20 | 30.00 |
| Legal Assistant - MH | 150.00 | 11.30 | 1,695.00 |
| **Total** | | **43.00** | **$11,300.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                    **$1,871.02**

| | | | |
|---|---|---|---|
| Invoice No. 32463 | | Page 2 of 5 | July 28, 2009 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-07-09 | *Employment Applications, Applicant* - E-mail correspondence with Mr. Morris re: retention issues | 0.20 | RSM |
| | *Employment Applications, Applicant* - Review sample retention docs | 0.20 | RSM |
| | *Employment Applications, Applicant* - Confer with SGW re: preparation of retention application | 0.10 | RSM |
| | *Employment Applications, Applicant* - Prepare memo to attorneys re: disclosures on retention application | 0.50 | RSM |
| | *Employment Applications, Applicant* - Confer with RSM re preparation of retention application as local special conflicts counsel for committee; review e-mails with lead counsel re same; review sample provided by Bifferato re same; review docket for recent omnibus order and obtain same; teleconference with D. Gadson re same; e-mail to legal assistant re same; prepare draft of same; confer with legal assistant re revising same; review docket to verify core service list | 4.00 | SGW |
| Jul-08-09 | *Employment Applications, Applicant* - E-mails to RSM re retention discussions | 0.10 | DJF |
| | *Fee Applications, Applicant* - Obtain interim compensation order from docket; review same | 0.30 | SGW |
| | *Employment Applications, Applicant* - Trade e-mails with D. Gadson re hearing date for Ferry, Joseph & Pearce's retention application; confer with RSM re same; assist with revising same; prepare draft motion to shorten notice re same for review by RSM | 2.40 | SGW |
| | *Employment Applications, Applicant* - Assist with format revisions to retention motion and related documents | 0.30 | MH |
| Jul-09-09 | *Employment Applications, Applicant* - Review draft retention application and revise same; review Court docket | 3.50 | RSM |
| Jul-10-09 | *Employment Applications, Applicant* - Revise and prepare retention application and declaration | 2.00 | RSM |
| | *Employment Applications, Applicant* - Prepare retention agreement | 0.50 | RSM |
| | *Employment Applications, Applicant* - E-mail to Mr. Morris and Mr. Power re: retention documents | 0.10 | RSM |
| | *Fee Applications, Applicant* - E-mail to RSM re preparation of monthly interim fee applications | 0.10 | SGW |
| | *Employment Applications, Applicant* - obtain current 2002 database list re retention application | 0.10 | SGW |
| | *Case Administration* - Start preparation of core list, 2002 list and respective service labels | 3.20 | MH |
| Jul-13-09 | *Case Administration* - Finalize service lists and labels documents | 1.50 | MH |
| Jul-14-09 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail from Mr. Morris | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review draft complaint | 0.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Morris re: draft complaint | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review sample of interim fee application | 0.20 | SGW |
| | *Employment Applications, Applicant* - Review motion to shorten notice re Ferry, Joseph & Pearce's retention application; revise service parties list of notice of same; review main case docket re same | 0.40 | SGW |

**Invoice No. 32463**  **Page 3 of 5**  **July 28, 2009**

| Date | Description | Hours | Atty |
|---|---|---|---|
| Jul-15-09 | *Employment Applications, Applicant* - E-mail correspondence with Mr. Zawadzki re: retention app | 0.10 | RSM |
| | *Employment Applications, Applicant* - Revise retention application | 0.20 | RSM |
| | *Employment Applications, Applicant* - E-ail to Mr. Zawadzki re: modified retention app | 0.10 | RSM |
| | *Employment Applications, Applicant* - Revise motion to shorten notice re retention application; prepare draft order re same; review main case docket re same; follow-up discussion with RSM re filing of same | 0.40 | SGW |
| Jul-16-09 | *Fee Applications, Applicant* - Confer with S. Weiler re: service issues | 0.30 | RSM |
| | *Employment Applications, Applicant* - E-mail correspondence with Mr. Morris | 0.10 | RSM |
| | *Employment Applications, Applicant* - Confer with RSM re service of retention application; contact Judge Sontchi's scheduling deputy for new hearing date re same; trade e-mails with same; revise application and motion to shorten notice re same; advise RSM and legal assistant re same; prepare certificate of no objection re same | 0.60 | SGW |
| Jul-21-09 | *Employment Applications, Applicant* - E-mail to Mr. Morris re: retention application | 0.10 | RSM |
| | *Employment Applications, Applicant* - E-mail from Mr. Morris re: retention application | 0.10 | RSM |
| | *Fee Applications, Applicant* - Confer with legal assistant re preparation of 1st monthly fee application and compensation period covered | 0.10 | SGW |
| Jul-22-09 | *Employment Applications, Applicant* - E-mail to SGW re retention app | 0.10 | RSM |
| | *Employment Applications, Applicant* - Trade e-mails with RSM re cancellation of 7/31/09 hearing re Ferry, Joseph & Pearce's retention application; trade e-mails with Judge Sontchi's scheduling deputy re same; revise retention papers | 0.30 | SGW |
| Jul-27-09 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to Mr. Schnitzler re: conflict preference cases | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to check conflicts in preference cases | 0.10 | RSM |
| Jul-28-09 | *Employment Applications, Applicant* - E-mail to Mr. Zawadzki re: retention | 0.10 | RSM |
| | *Employment Applications, Applicant* - E-mail to Mr. Schnitzler re: retention | 0.10 | RSM |
| | *Employment Applications, Applicant* - E-mail correspondence with Mr. Schnitzler re: retention app | 0.20 | RSM |
| | *Fee Applications, Applicant* - Trade e-mails with RSM re preparation of Ferry, Joseph & Pearce's first monthly fee application and period covered and advise legal assistant re same | 0.20 | SGW |
| Jul-29-09 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Schnitzler | 0.10 | RSM |
| Jul-30-09 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Morris re: Chase suit | 0.10 | RSM |
| | *Employment Applications, Applicant* - E-mail to Mr. Zawadzki re: retention app | 0.10 | RSM |
| | *Employment Applications, Applicant* - Review retention application | 0.50 | RSM |
| | *Employment Applications, Applicant* - Confer with SGW re: filing of retention app | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mails from | 0.80 | SGW |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | co-counsel re status of filing preference actions; confer with RSM re same; e-mail to RSM re filing preference actions; obtain and review local rules re same | | |
| | *Employment Applications, Applicant* - Revise Ferry, Joseph & Pearce's retention application; prepare same for filing; file and arrange for service of same | 1.00 | SGW |
| | *Employment Applications, Applicant* - Serve retention application | 0.30 | MH |
| Jul-31-09 | *Litigation/Adversary Proceedings (Non-Claims)* - Teleconference with Mr. Schnitzler re: GMAC tolling agreement | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Knuckey re: GMAC tolling agreement | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review revise, prepare and file Chase suit | 3.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Serve JP Morgan Chase complaint | 0.20 | DRS |
| Aug-03-09 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to Mr. Schnitzler re: Thacher complaint | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Teleconference with Ms. Celli re: Thacher complaint | 0.20 | RSM |
| | *Fee Applications, Applicant* - Confer with S. Weiler re need for task code billing | 0.10 | MH |
| | *Fee Applications, Applicant* - E-mail to S. Weiler requesting samples of other firms' task and expense codes | 0.10 | MH |
| Aug-04-09 | *Litigation/Adversary Proceedings (Non-Claims)* - Revise, prepare, and file Thacher Proffitt adversary | 1.50 | RSM |
| | *Fee Applications, Applicant* - Confer with legal assistant re inclusion of project and expense categories in monthly and interim fee applications; review similar professional fee applications on docket re same; review interim compensation order and local rule re same; confer with RSM re same | 1.60 | SGW |
| Aug-05-09 | *Fee Applications, Applicant* - Compare project category lists from court form and various firms with current accounting software task codes; memo to S. Weiler and RSM re same | 0.80 | MH |
| Aug-06-09 | *Fee Applications, Applicant* - Confer with SGW re: project codes for fee apps | 0.20 | RSM |
| | *Fee Applications, Applicant* - Review draft project categories re fee applications; docket review re recent project categories of similar professionals; confer with RSM and legal assistant re same | 0.50 | SGW |
| | *Fee Applications, Applicant* - E-mail to accounting department re set up task codes for billing | 0.10 | MH |
| | *Fee Applications, Applicant* - E-mail to accounting department to confirm copy/print charge defaulted to $.10 per page; review bill re previous copy/print charges at $.15 per page; revise same to $.10 | 0.40 | MH |
| Aug-11-09 | *Fee Applications, Applicant* - Review RSM and my time entries to insert project category codes | 0.20 | SGW |
| Aug-18-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Mr. Morris to Mr. Stennett | 0.10 | RSM |
| Aug-24-09 | *Litigation/Adversary Proceedings (Non-Claims)* -   Review e-mail from Mr. Morris to Mr. Rath re: extension to answer complaint | 0.10 | RSM |
| Aug-25-09 | *Fee Applications, Applicant* - confer with MH re; fee application process | 0.20 | RSM |

| Invoice No. 32463 | Page 5 of 5 | | July 28, 2009 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Aug-26-09 | *Fee Applications, Applicant* - Confer with RSM re inclusion of project category descriptions in monthly and/or quarterly fee applications; review statements of similar professionals on docket re same; confer with legal assistant re same | 0.70 | SGW |
| | *Fee Applications, Applicant* - Trade e-mails with RSM re confirm attorneys' rates | 0.10 | MH |
| | *Fee Applications, Applicant* - Begin preparation of 1st and 2nd monthly fee application | 1.40 | MH |
| | *Fee Applications, Applicant* - Continue draft of 1st and 2nd monthly fee application and prepare related documents | 2.10 | MH |
| Aug-27-09 | *Fee Applications, Applicant* - Insert task codes to existing time entries re 1st and 2nd monthly fee application | 0.90 | MH |
| Aug-28-09 | *Fee Applications, Applicant* - e-mail correspondence with MH re: fee application | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review draft combined 1st and 2nd monthly fee application; revise same | 0.70 | SGW |
| | Totals | 43.00 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jul-30-09 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.80 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 2.40 |
| | Photocopy Cost | 3.60 |
| Jul-31-09 | U.S. Bankruptcy Court - filing fee (American Home Mortgage) | 250.00 |
| | Photocopy Cost | 5.70 |
| Aug-04-09 | U.S. Bankruptcy Court - filing fee (American Home Mortgage) | 250.00 |
| | Photocopy Cost | 0.90 |
| Aug-05-09 | Blue Marble Logistics - hand deliveries (Inv #12065) | 252.00 |
| Aug-11-09 | Photocopy Cost | 0.70 |
| Aug-13-09 | Cost Advance - Blue Marble Logistics - copies/service (Inv # 35292) | 1,095.02 |
| Aug-26-09 | Photocopy Cost | 1.10 |
| | Photocopy Cost | 2.30 |
| Aug-27-09 | Photocopy Cost | 0.80 |
| Aug-28-09 | Photocopy Cost | 0.80 |
| Aug-31-09 | Photocopy Cost | 1.20 |
| | Totals | $1,871.02 |

**Total Fees & Disbursements** $13,171.02

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,  September 1, 2009 to September 30, 2009
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue  Invoice No. 32636
New York, NY 10022
**Attention:**   Mark T. Power, Esquire

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 0.10 | 15.00 |
| B18 | Fee Applications, Others - | 2.40 | 630.00 |
| B25 | Fee Applications, Applicant - | 4.50 | 955.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 1.70 | 595.00 |
| B7 | Employment Applications, Applicant - | 1.30 | 355.00 |
| | **Total** | **10.00** | **$2,550.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Rick S. Miller | 350.00 | 3.60 | 1,260.00 |
| Steven G. Weiler | 250.00 | 3.30 | 825.00 |
| Legal Assistant - MH | 150.00 | 3.10 | 465.00 |
| **Total** | | **10.00** | **$2,550.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**  $303.20

| | | | |
|---|---|---|---|
| **Invoice No. 32636** | **Page 2 of 3** | | **October 15, 2009** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-01-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. Morris re scheduling issues | 0.10 | RSM |
| | *Employment Applications, Applicant* - e-mail correspondence with SGW re CNO | 0.10 | RSM |
| | *Employment Applications, Applicant* - Trade e-mails with RSM re service of certificate of no objection re Ferry, Joseph & Pearce's retention application, advise legal assistant re same | 0.20 | SGW |
| | *Case Administration* - Review chambers website re timely certificate of no objection procedure; confer with RSM re same | 0.10 | MH |
| Sep-02-09 | *Litigation/Adversary Proceedings (Non-Claims)* - attend teleconference re discovery | 0.50 | RSM |
| | *Employment Applications, Applicant* - confer with SGW re filing CNO | 0.10 | RSM |
| | *Employment Applications, Applicant* - review e-mail from SGW re filing CNO | 0.10 | RSM |
| | *Employment Applications, Applicant* - Review docket for objections to Ferry, Joseph & Pearce's retention application; arrange for filing and service of certificate of no objection and preparation of certificate of no objection binder; teleconference with Judge Sontchi's chambers re same | 0.30 | SGW |
| | *Employment Applications, Applicant* - Prepare for e-filing, e-file and serve certificate of no objection re retention application | 0.20 | MH |
| Sep-03-09 | *Fee Applications, Applicant* - e-mail correspondence with SGW re filing of 1st fee app | 0.10 | RSM |
| | *Employment Applications, Applicant* - review court order approving retention | 0.10 | RSM |
| | *Employment Applications, Applicant* - e-mail correspondence with Mr. Schnitzler re retention order | 0.10 | RSM |
| | *Fee Applications, Applicant* - Trade e-mails with RSM re July-Aug. 09 fee application; revise same; confer with legal assistant re same | 0.20 | SGW |
| | *Employment Applications, Applicant* - Trade e-mails with RSM re entry of Ferry, Joseph & Pearce's retention order | 0.10 | SGW |
| Sep-04-09 | *Fee Applications, Others* - e-mail correspondence with Mr. Morse re HBD's 3rd monthly fee app | 0.10 | RSM |
| | *Fee Applications, Others* - e-mail correspondence with SGW re HBD's 3rd monthly fee app | 0.10 | RSM |
| | *Fee Applications, Others* - e-mail correspondence with SGW re HBD's 2nd monthly fee app | 0.10 | RSM |
| | *Fee Applications, Others* - Revise and prepare for e-filing, e-file and serve HBD's 3rd monthly fee application and certificate of no objection re HBD's 2nd monthly fee application; e-mail copy of same to J. Morse | 1.50 | SGW |
| Sep-09-09 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Zawadzki re service on Thacher | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - File summons in Thacher case | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - File affidavit of service in Thacher case | 0.10 | RSM |
| Sep-11-09 | *Fee Applications, Applicant* - Trade e-mails with legal assistant re status of fee and expense figures re 1st and 2nd combined monthly fee application | 0.10 | SGW |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Sep-14-09 | *Fee Applications, Applicant* - review and edit time records for 1st FJP fee app | 0.50 | RSM |
| | *Fee Applications, Applicant* - Revise prebill re 1st and 2nd monthly fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Modify July-Aug. 09 statement, revise fee application and related documents | 2.10 | MH |
| Sep-15-09 | *Fee Applications, Applicant* - review 1st monthly fee app; confer with SGW re filing | 0.40 | RSM |
| | *Fee Applications, Applicant* - E-file and arrange for service of 1st and 2nd monthly combined fee application; prepare certificate of no objection and certificate of service re same for future filing | 0.50 | SGW |
| | *Fee Applications, Applicant* - Prepare July-Aug. 09 fee application and related documents for filing | 0.10 | MH |
| | *Fee Applications, Applicant* - Serve July-Aug. 09 fee application | 0.20 | MH |
| Sep-22-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Ms. Irving re scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail to Ms. Irving re conference call | 0.10 | RSM |
| Sep-23-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review draft scheduling order | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Attend teleconference with co-counsel re scheduling order | 0.30 | RSM |
| Sep-29-09 | *Fee Applications, Others* - Review e-mail from SGW re HBD's 3rd monthly fee app cno | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Mr. McGuire | 0.10 | RSM |
| | *Fee Applications, Others* - Revise certificate of no objection re HBD 3rd monthly fee application; prepare certificate of service re same; file same; e-mail same to lead counsel | 0.40 | SGW |
| | *Fee Applications, Others* - Serve certificate of no objection re HBD's 3rd monthly fee application | 0.10 | MH |
| | Totals | 10.00 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Sep-01-09 | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.10 |
| Sep-04-09 | Photocopy Cost | 3.20 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.50 |
| Sep-11-09 | Blue Marble - hand deliveries (Inv # 12259) | 272.00 |
| Sep-13-09 | Photocopy Cost | 0.70 |
| Sep-14-09 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.80 |
| Sep-15-09 | Photocopy Cost | 1.00 |
| Sep-24-09 | Blue Marble - hand deliveries (Inv # 12328) | 20.00 |
| | Totals | $303.20 |
| | **Total Fees & Disbursements** | **$2,853.20** |

***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:    (302) 575-1714

American Home Mortgage Holdings, Inc.,    October 1, 2009 to October 31, 2009
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue    Invoice No. 33144
New York, NY 10022
**Attention:**    Mark T. Power, Esquire

**RE:**    Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task |  | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 0.80 | 200.00 |
| B25 | Fee Applications, Applicant - | 2.70 | 635.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 8.90 | 2,770.30 |
|  | **Total** | **12.40** | **$3,605.30** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Rick S. Miller | 350.00 | 8.30 | 2,800.30 |
| Steven G. Weiler | 250.00 | 1.90 | 475.00 |
| Legal Assistant - DRS | 150.00 | 0.20 | 30.00 |
| Legal Assistant - MH | 150.00 | 2.00 | 300.00 |
| **Total** |  | **12.40** | **$3,605.30** |

## DISBURSEMENT SUMMARY

**Total Disbursements**    **$655.61**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-01-09 | *Fee Applications, Applicant* - Trade e-mails with legal assistant re preparation of Sept. 09 fee application | 0.10 | SGW |
| Oct-02-09 | *Fee Applications, Applicant* - review time records | 0.20 | RSM |
| Oct-05-09 | *Fee Applications, Applicant* - e-mail correspondence with SGW re: filing CNO to FJ&P fee app | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review docket re objection to Ferry, Joseph & Pearce's July-Aug. 09 fee application and advise RSM re same | 0.10 | SGW |
| Oct-06-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review JPM answer and counterclaim | 0.30 | RSM |
| Oct-07-09 | *Fee Applications, Applicant* - review September 09 time records | 0.20 | RSM |
| | *Fee Applications, Applicant* - Trade e-mails with RSM re filing certificate of no objection re Ferry, Joseph & Pearce's July-Aug. 09 fee application | 0.10 | SGW |
| Oct-08-09 | *Case Administration* - review Court order setting omnibus dates | 0.10 | RSM |
| | *Case Administration* - review agenda for 10/13/09 hearing | 0.10 | RSM |
| | *Fee Applications, Applicant* - review Certificate of No Objection re: FJ&P 1st and 2nd fee app | 0.10 | RSM |
| | *Fee Applications, Applicant* - e-mail to Debtors counsel re: FJ&P monthly fee app cno | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - trade e-mails with Mr. Morris re: scheduling teleconference | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review Court rules; review draft e-discovery disclosures | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - attend teleconference with co-counsel and Debtors re: scheduling | 0.50 | RSM |
| | *Case Administration* - Create payments received chart | 0.10 | MH |
| | *Case Administration* - Create fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve certificate of no objection re July-Aug. 09 fee application | 0.20 | MH |
| Oct-09-09 | *Case Administration* - Allocate payment received re July-Aug 09 fee application; provide supporting documents to accounting | 0.10 | MH |
| | *Fee Applications, Applicant* - Modify Ferry, Joseph & Pearce's Sept. invoice; prepare Notice, Fee Application and Certificate of Service re same | 0.70 | MH |
| Oct-12-09 | *Fee Applications, Applicant* - review FJ&P 3rd monthly fee app | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Mr. Morris re: scheduling | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review RSM's note re Sept. 09 fee application; confer with M. Hedden re same | 0.10 | SGW |
| | *Fee Applications, Applicant* - Revise Sept. 09 fee application for filing on 10/15/09 | 0.10 | MH |
| Oct-13-09 | *Litigation/Adversary Proceedings (Non-Claims)* - trade e-mails with Mr. Morris re: scheduling of telephone conference | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. Morris re: scheduling | 0.10 | RSM |
| Oct-15-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Irving re: scheduling | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review agenda for telephone conference | 0.20 | RSM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation/Adversary Proceedings (Non-Claims)* - review draft stipulation re: FRE 502(d) | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - attend teleconference with co-counsel | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - attend teleconference with opposing counsel | 0.50 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and arrange service of Sept. fee application | 0.30 | MH |
| Oct-16-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail correspondence from Ms. Irving re: scheduling order | 0.10 | RSM |
| Oct-19-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. Morris re: extension request | 0.10 | RSM |
| Oct-20-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review draft scheduling order; e-mail to Ms. Irving | 0.30 | RSM |
| Oct-21-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Ms. Irving re: scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Mr. Morris | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Mr. McGuire to Ms. Irving re: scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Irving re: scheduling order | 0.10 | RSM |
| Oct-22-09 | *Litigation/Adversary Proceedings (Non-Claims)* - trade e-mails with Ms. Irving re: telephonic appearance | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Mr. Beach re: stipulation | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Irving | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re: proposed scheduling order | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - File proposed scheduling order | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - schedule Court Call; confer with RSM | 0.20 | DRS |
| Oct-23-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review stipulation; e-mail correspondence with co-counsel | 0.20 | RSM |
| Oct-26-09 | *Litigation/Adversary Proceedings (Non-Claims)* - teleconference with Court chambers re: 10/27/09 hearing | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail to co-counsel and Debtor's counsel re: certification of counsel | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - trade e-mails with Mr. Morris re: certification of counsel | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Ms. Edwards re: certification of counsel | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - prepare certificate of counsel | 0.80 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review certificate of counsel | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - miscellaneous e-mails re: certification of counsel | 0.10 | RSM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation/Adversary Proceedings (Non-Claims)* - confer with SGW re: filing certification of counsel | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - teleconference with Judge's chambers re: filing of certification of counsel | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Morris | 0.10 | RSM |
| | *Fee Applications, Applicant* - Trade e-mails with RSM re objection deadline and certificate of no objection re Sept. 09 fee application | 0.10 | SGW |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Revise, scan and file certificate of counsel re proposed scheduling order and stipulated order re same; arrange for service of same and advise RSM re same | 0.70 | SGW |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Prepare certificate of service re certificate of counsel; prepare for e-filing, e-file and serve same | 0.30 | MH |
| Oct-27-09 | *Case Administration* - E-mail correspondence with Ms. Edwards | 0.10 | RSM |
| | *Case Administration* - E-mail to SGW re: service of scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review court orders; e-mail to co-counsel | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Obtain signed scheduling order from adversary docket; prepare affidavit of service and service list re same; scan, file and serve same; advise RSM re same | 0.70 | SGW |
| Oct-30-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review draft request for production | 0.10 | RSM |
| | Totals | 12.40 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Oct-06-09 | Blue Marble - copies 21.00; service 10.96 (Inv # 36271) | 31.96 |
| | Blue Marble - copies 3.00; service 7.90 (Inv # 36300) | 10.90 |
| | Blue Marble - copies 33.00; service 10.96 (Inv # 36247) | 43.96 |
| Oct-07-09 | Blue Marble - hand deliveries (Inv # 12395) | 20.00 |
| Oct-09-09 | Photocopy Cost | 0.80 |
| | Pacer Service Center - 7/1/09-9/30/09 (RSM) Account # FJ0091 | 13.76 |
| | Pacer Service Center - 7/1/09-9/30/09 (RSM) Account # FJ0091 | 9.36 |
| | Blue Marble - copies 3.00; service 7.90 (Inv 36456) | 10.90 |
| Oct-12-09 | Blue Marble - copies 56.00; service 318.22 (Inv 36253) | 374.22 |
| Oct-14-09 | Blue Marble - hand deliveries (Inv # 12430) | 20.00 |
| Oct-19-09 | Pacer Service Center - 7/1/09-9/30/09 (SGW) Account # FJ0321 | 66.00 |
| Oct-23-09 | Blue Marble - hand deliveries (Inv # 12475) | 20.00 |
| Oct-26-09 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 5.40 |
| Oct-27-09 | Photocopy Cost | 0.60 |
| Oct-28-09 | Blue Marble - copies 18.00; service 8.55 (Inv #36573) | 26.55 |
| | Totals | $655.61 |

**Total Fees & Disbursements**                    **$4,260.91**