

**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

December 04, 2009

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
Marine Midland Plaza
824 Market Street
Wilmington, DE 19801

Re:  Claim withdrawal for GREAT OAKS ABSTRACT CORP.
     Docket #:  07-11054 CSS

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 2nd Amended Administrative Expense proof of claim in the amount of $3,056.87 with a statement date of 01/20/2009.  There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Nancy Lord



**New York State Department of**
## Taxation and Finance

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

## Administrative Expense Tax Liability

Statement date: 1/20/2009
Amendment: 2nd
Case number: 07-11054 CSS
Refer to this number for inquiries
Total claim amount: $3,056.87
Taxpayer ID#: B-11-3628580-5

```
UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
MARINE MIDLAND PLAZA
824 MARKET STREET
WILMINGTON, DE  19801
```

This is a statement of tax liabilities for GREAT OAK ABSTRACT CORP.. Additional penalty and interest will accrue if paid after 1/24/2009.

### Administrative Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| WITHLD | 03/31/08 | L-030453947-9 | 0.00 | 1,000.00 | 38.93 | 1,038.93 | EST |
| WITHLD | 06/30/08 | L-030842445-8 | 0.00 | 1,000.00 | 17.94 | 1,017.94 | EST |
| WITHLD | 09/30/08 | L-031507268-3 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | EST |
|   |   |   |   |   | Total $ | 3,056.87 |   |

This claim amends and supercedes the previous claim dated 10/29/2008.
Current Annual Interest Rates by Tax Type: Withholding - 7%
Liability Type Descriptions: EST - Estimated (No Return Filed)

TC-987 (2/01)          091204152428000001