UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              :   Jointly Administered
                                                              :
                                    Debtors.                  :
---------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PLEADINGS

**PLEASE TAKE NOTICE** that, by this notice of appearance (the "Notice of Appearance"), the firm listed below hereby appears in the above-captioned cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") as counsel for Michael Strauss, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of the Bankruptcy Code, and hereby requests that all notices given or required to be served in the above-captioned cases, whether written or oral, and all papers served in these cases be given to or served upon:

> McDERMOTT WILL & EMERY LLP
> Counsel for Michael Strauss
> Attention:  Gary O. Ravert
>               Lance E. Rothenberg
> 340 Madison Avenue
> New York, New York 10173-1922
> Telephone:  (212) 547-5400
> Facsimile:  (212) 547-5444
> Email:  gravert@mwe.com
>            lrothenberg@mwe.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

NYK 1265278-1.082002.0013

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic or computer means, facsimile transmission, telegraph, telex, or otherwise that (i) affect the above-captioned debtors (the "Debtors"), any property of the Debtors, or any property in which the Debtors hold an interest; and/or (ii) affect or seek to affect in any way any rights or interests of any party in interest in these proceedings.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Mr. Strauss (i) to have final orders in noncore matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Mr. Strauss is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
December 11, 2009

McDERMOTT WILL & EMERY LLP

_____
Gary O. Ravert
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
gravert@mwe.com

*Counsel to Michael Strauss*

NYK 1265278-1.082002.0013