IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    :   Jointly Administered
         Debtors.                                   :
------------------------------------------------------------ x
```

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 14, 2009 AT 11:30 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

   Response Deadline:    June 4, 2008 at 4:00 p.m.

   Related Documents:

       a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

   Responses Filed:    See Exhibit A, attached

   Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]  **Amendments appear in bold.**

2.  Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

   a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned

3.  Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

   a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

   b)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit C, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4.    Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5169, 7/17/08]

    b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

    c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit D, attached

Status:  An Order has been entered that partially sustains the Objection.  This matter will be adjourned.

5.    CitiMortgage, Inc.'s Combined: (1) Statement of Cure Amount for Period Between Initial Closing and Final Closing; and (2) Objection to Debtors' Proposed Purchaser's Cure Amounts [D.I. 4738, 6/19/08]

Related Documents:

    a)    Order Pursuant to Sections 105, 363, 364, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (B) Granting Certain Related Relief [D.I. 1711, 10/30/07]

    b)    Notice of Interim Cure Schedule [D.I. 2166, 11/26/07]

    

    c)      Reply of American Home Mortgage Servicing, Inc. to CitiMortgage Inc.'s Combined: (1) Statement of Cure Amount for Period Between Initial Closing and Final Closing; and (2) Objection to Debtors' Proposed Purchaser's Cure Amount [D.I. 7248, 4/8/09]

Status: This matter has been resolved in principle subject to documentation and is adjourned to January 12, 2010 at 9:00 a.m. to the extent necessary.

6.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:   August 11, 2008 at 4:00 p.m.

Related Document:

    a)      Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

    b)      Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

    c)      Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

    d)      Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

    e)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. This matter will be adjourned.

7.   Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

a)   Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

b)   Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)   (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    Please see Exhibit F, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses, this matter will be adjourned.

8.   Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

a)   Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

b)   Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the

Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:  See Exhibit G, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned.

9.    Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

a)    Notice of Submission of Claims [D.I. 6206, 10/10/08]

b)    Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

c)    Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

d)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit H, attached

Status: Orders have been entered that partially sustain the Objection.  The remainder of this matter will be adjourned.

10.    Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:    December 7, 2009 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned.

11.  Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:  November 5, 2008 at 4:00 p.m.

Related Documents:

a)  Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [D.I. 6611, 11/21/08]

b)  (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:  See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection. The remainder of this matter will be adjourned.

12.  Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:  December 3, 2008 at 4:00 p.m.

Related Document:

a)  Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:  See Exhibit J, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

13.  Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6610, 11/21/08]

Responses Deadline:  December 15, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

    b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

14.    Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:    See Exhibit L, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned.

15.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit M, attached

    

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned.

16.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

b)    Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

c)    Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

d)    Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

e)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

f)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit N, attached.

Status: Orders have been entered that partially sustain the Objection. This matter will be adjourned.

17.    Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:    May 8, 2009 at 4:00 p.m.

Related Documents:

  a)    Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection
        to Claims [D.I. 7399, 5/15/09]

  b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors'
        Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
        Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
        Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
        3007-1 [D.I. 7629, 7/22/09]

Responses Filed:        See Exhibit O, attached

Status: With respect to the remainder of the relief requested and the remaining responses
        set forth on Exhibit O, this matter will be adjourned.

18.    Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section
       502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-
       1 [D.I. 7347, 5/6/09]

Response Deadline:    May 29, 2009 at 4:00 p.m.

Related Documents:

  a)    Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection
        to Claims [D.I. 7506, 6/5/09]

  b)    Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive)
        Objection to Claims [D.I. 7550, 6/19/09]

  c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
        Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,
        Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
        Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:        See Exhibit P, attached

Status: Orders have been entered that partially sustain the Objection. This matter will be
        adjourned.

19.    Debtors' Thirty-Seventh Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7473, 6/10/09]

Response Deadline:    June 25, 2009 at 4:00 p.m.

Related Documents:

    a)    Certification of Counsel [D.I. 7582, 6/30/09]

    b)    Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 7584, 7/1/09]

    c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit Q, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

20.    Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7915, 8/7/09]

Response Deadline:    August 30, 2009 at 4:00 p.m.

Responses Filed:    See Exhibit R, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

21.     Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8049, 9/11/09]

Response Deadline:    October 5, 2009 at 4:00 p.m.

Related Documents:

      a)    Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8148, 10/7/09]

      b)    Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Mona Dobben [D.I. 8149, 10/7/09]

      c)    Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [D.I. 8186, 10/14/09]

      d)    Scheduling Order Relating to Debtors' Forty-Second Omnibus (Second) Objection to Claims [D.I. 8122, 10/28/09]

Responses Filed:    See Exhibit S, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

22.     Motion of Park National Bank for Lifting the Automatic Stay, Objecting to Debtors' Use of Cash Collateral, and Requesting Adequate Protection [D.I. 8101, 9/28/09]

Objection Deadline:    October 6, 2009 at 4:00 p.m.

Objections Filed:

      a)    Debtors' (I) Limited Objection to Motion of Park National Bank for Lifting the Automatic Stay, Objecting to Debtors' Use of Cash Collateral, and Requesting Adequate Protection and (II) Request for Allowance and Payment of Section 506(c) Claim [D.I. 8226, 10/28/09]

Status: The parties anticipate filing an agreed order under certification of counsel.

23.    Debtors' Forty-Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8173, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m.

Responses Received:  See Exhibit T, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

24.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m.

Responses Received:  See Exhibit U, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

25.    Official Committee of Unsecured Creditors' Third Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [D.I. 8305, 11/16/09]

Objection Deadline:   December 8, 2009 at 4:00 p.m.

Objections Filed:    None

Status: The Committee anticipate filing a Certificate of No Objection in accordance with Local Rule.  No hearing is required.

26.    Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 365 and 554 Authorizing (I) the Abandonment of Certain Real Property and (II) the Rejection of Agreements Related Thereto [D.I. 8340, 11/25/09

Objection Deadline:   December 7, 2009 at 4:00 p.m.

Related Document:

   a)    Certificate of No Objection [D.I. 8381, 12/9/09]

Objections Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is required.

27.    Motion of the Debtors for Entry of an Order Approving the Third Stipulation by and Among the Debtors, Certain Current and Former Directors, and the Official Committee of Unsecured Creditors for an Order Granting Relief from the Automatic Stay, to Enforce Insurance Policy in Favor of the Insured [D.I. 8322, 11/19/09

Objection Deadline:    December 7, 2009 at 4:00 p.m.

Related Document:

     a)       Certificate of No Objection [D.I. 8381, 12/9/09]

Objections Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

28.    Debtors' Forty-Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8300, 11/13/09]

Response Deadline:    December 7, 2009 at 4:00 p.m.

Responses Filed:    None

Status: This matter will be going forward.

29.    Debtors' Forty-Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8301, 11/13/09]

Response Deadline:    December 7, 2009 at 4:00 p.m.

Responses Filed:    None

Status: This matter will be going forward.

30.  Fairness Hearing regarding Joint Motion of the Debtors, Official Committee of
Unsecured Creditors, and Class Representatives of the WARN Act Class Action,
Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023
To (I) Approve A Settlement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily
Approve the Settlement Pursuant to Bankruptcy Rule 7023, (III) Approve the Form and
Manner of Notice to Class Members of the Settlement, (IV) Schedule a Fairness Hearing
to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement
Pursuant to Bankruptcy Rule 7023 After the Fairness Hearing, and (VI) Grant Related
Relief [D.I. 8014, 9/3/09]

Related Documents:

a)  Stipulation Setting Reserve with Respect to Claims Asserted by WARN
Act Class Action Plaintiffs [D.I. 7297, 8/20/09]

b)  Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy
Rules 9019 and 7023 to (I) Preliminarily Approving the Settlement, (II)
Approving the Form and Manner of Notice to Class Members of the
Settlement, (III) Scheduling a Fairness Hearing to Consider Final
Approval of the Settlement, and (VI) Granting Related Relief [D.I. 8184,
10/14/09]

Status: This matter will be going forward.

31.  Interim Fee Requests of Official Committee of Unsecured Creditors' Professionals

Related Documents:   Please see Index, attached.  (Committee has provided the related
documents under separate cover to the Court.)

Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

32.  Motion of the Debtors for Order Authorizing Payment of Prepetition Sales and Use Taxes
[D.I. 8362, 12/4/09]

Objection Deadline:   December 10, 2009 at 4:00 p.m.

Related Document:

a)  Order Shortening the Time for Notice of the Hearing to Consider Debtors'
Motion for an Order Authorizing Payment of Prepetition Sales and Use
Taxes [D.I. 8371, 12/7/09]

Objections Filed:

      b)     **Limited Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for Order Authorizing Payment of Prepetition Sales and Use Taxes [D.I. 8385, 12/10/09]**

Status: **The Objection filed by the Official Committee of Unsecured Creditors has been resolved in principle pending documentation. The parties anticipate submitting a revised form of order to the Court at the hearing.**

33.    Pretrial Conference in Preference Actions commenced by the Official Committee of Unsecured Creditors and the Debtors

    Related Documents:

        a)     Notice of Filing of Proposed Scheduling Order filed by the Committee of Unsecured Creditors [multicase; 12/7/09]

    Status: The pretrial conference for the adversary proceedings listed on the attached Exhibit V will be going forward.

34.    Pretrial Conference in Preference Action - American Home Mortgage Holdings, Inc., et al., v. Triad Guaranty Insurance Corp., Adv. No. 09-52298

    Status:  This matter will be going forward.

Dated: Wilmington, Delaware
       December 11, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/Sean M. Beach*
Sean M. Beach (No. 4070)
Curtis J. Crowther (No. 3238)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

        066585.1001

### Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit C, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned |

### Exhibit D, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned |

### Exhibit E, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |

### Exhibit F, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |
|  | Office Max |  | Adjourned |

### Exhibit G, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |
|  | American Express Travel Related Services |  | Adjourned |

### Exhibit H, Nineteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Eric Segall | 6230, 10/15/08 | Adjourned |
|  | Jeffrey Harmon | 6231, 10/15/08 | Adjourned |
|  | Paul Parotti | 6233, 10/15/08 | Adjourned |
|  | American Express Travel Related Svc. Co. |  | Adjourned |

### Exhibit I, Twenty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Southern Horizon Financial Group, LLC |  | Adjourned |

### Exhibit J, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned |
|  | Scott Jossart |  | Adjourned |

### Exhibit K, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector | 8019, 9/8/09 and 8121-8130, 10/1/09 | Adjourned |

### Exhibit L, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. |  | Adjourned |

### Exhibit M, Twenty-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned |
| | James Rucker | 6969, 2/10/09 | Adjourned |
| | Credit Suisse | | Adjourned |
| | Sharaine Hughes | | Adjourned |

### Exhibit N, Thirty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Norman Loftis | 7176, 3/30/09 | Adjourned |
| | Douglas Huston | | Adjourned |
| | David Michaud | | Adjourned |
| | Joseph Bartoletta | | Adjourned |

### Exhibit O, Thirty-Third Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | State of Hawaii | 7341, 4/30/09 | Adjourned |

### Exhibit P, Thirty-Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Bexar County | 7447, 5/28/09 | Adjourned |
| | EMC | 7466, 5/29/09 | Adjourned |
| | Lee County | | Adjourned |

### Exhibit Q, Thirty-Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Marion County Treasurer | 7566, 6/24/09 | Adjourned |

### Exhibit R, Forty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Los Angeles County Treasurer and Tax Collector | 7985, 8/28/09 | Adjourned |

### Exhibit S, Forty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Arapahoe County | 8136, 10/5/09 | Adjourned |
|  | John Monaghan | 8140, 10/6/09 | Adjourned |
|  | Mona Dobben | 8141, 10/6/09 | Adjourned |
|  | Laura Beall | 8148, 10/7/09 | Adjourned |

### Exhibit T, Forty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | New York State Department of Taxation and Finance | 8253, 11/5/09 | Adjourned |

### Exhibit U, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | EEOC Eclectric Corp. | 8238, 11/3/09 | Adjourned |
|  | Washington Mutual Mortgage Securities Corporation | 8258, 11/6/09 | Adjourned |
|  | UBS Real Estate Securities Inc. |  | Adjourned |
|  | EMC Mortgage Corp. |  | Adjourned |
|  | Bank of New York |  | Adjourned |
|  | Citibank NA as Trustee |  | Adjourned |
|  | Morgan Stanley Mortgage Capital Holdings |  | Adjourned |
|  | US Bank |  | Adjourned |
|  | Bank of America |  | Adjourned |
|  | HSBC |  | Adjourned |
|  | LaSalle |  | Adjourned |
|  | CitiMortgage Inc. |  | Adjourned |
|  | Impac Funding Corporation |  | Adjourned |
|  | Merrill Lynch Mortgage Lending |  | Adjourned |
|  | Residential Funding Company LLC |  | Adjourned |
|  | Aurora Loan Services LLC |  | Adjourned |

In re American Home Mortgage Holdings, Inc., *et al.*

Case No. 07-11047

**Index of Interim Fee Applications To Be Considered at December 14, 2009 Hearing**

1.     Sixth Interim Fee Application of Blank Rome LLP, Co-Counsel to the Official
       Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al.,
       for Compensation and Reimbursement of Expenses for the Period of November 1, 2008
       through July 31, 2009   [**Dkt. 8191**, filed 10/15/09]

       Objection / Response Deadline:   November 4, 2009.

       Objection / Response(s) Received:  None.

       Related Documents:

       a.     Sixteenth Combined Monthly Fee Application of Blank Rome LLP, Co-Counsel
              to the Official Committee of Unsecured Creditors of American Home Mortgage
              Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the
              Period of November 1, 2008 through July 31, 2009 [**Dkt. 8162**, filed 10/9/09]

       b.     Certificate of No Objection regarding Sixteenth Combined Monthly Fee
              Application of Blank Rome LLP, Co-Counsel to the Official Committee of
              Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for
              Compensation and Reimbursement of Expenses for the Period of November 1,
              2008 through July 31, 2009  [**Dkt. 8240**, 11/2/09]

       c.     Notice of Hearing [**Dkt. 8323**, filed 11/20/09]

       d.     Certificate of No Objection re: Sixth Interim Fee Application of Blank Rome
              LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American
              Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of
              Expenses for the Period of November 1, 2008 through July 31, 2009 [Dkt. 8355,
              filed 12/4/09]

       e.     Amended Notice of Hearing [Dkt. 8356, filed 12/4/09]

       Status:  A hearing on this matter is necessary only to the extent that the Court has
       questions or concerns.

2.     Seventh Interim Fee Application of Blank Rome LLP, Co-Counsel to the Official
       Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al.,
       for Compensation and Reimbursement of Expenses for the Period of August 1, 2009
       Through October 31, 2009  [**Dkt. 8324**, filed 11/20/09].

       Objection / Response Deadline:   December 7, 2009.

<u>Objection / Response(s) Received</u>:  None.

<u>Related Documents</u>:

a.	Seventeenth Monthly Fee Application of Blank Rome, LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of August 1, 2009 through August 31, 2009  [**Dkt. 8164**, filed 10/9/09]

b.	Eighteenth Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of September 1, 2009 through September 30, 2009  [**Dkt. 8237**, 10/30/09]

c.	Certificate of No Objection regarding Seventeenth Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of August 1, 2009 through August 31, 2009  [**Dkt. 8241**, filed 11/2/09]

d.	Nineteenth Monthly Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period of October 1, 2009 through October 31, 2009  [**Dkt. 8314**, filed 11/18/09]

e.	Certificate of No Objection regarding Eighteenth Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of September 1, 2009 through September 30, 2009  [Dkt. 8354, filed 12/4/09]

f.	Certificate of No Objection regarding Nineteenth Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of October 1, 2009 through October 30, 2009  [Dkt. TBD, filed TBD]

g.	Certificate of No Objection re: Seventh Interim Fee Application of Blank Rome, LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of August 1, 2009 through October 31, 2009  [Dkt. TBD, filed TBD].

<u>Status</u>:  It is anticipated that the necessary certificate(s) of no objection will be filed upon the passage of the respective objection deadlines.  Therefore, it is further anticipated that hearing on this matter will be necessary only to the extent that the Court has questions or concerns.

2

3.      Fifth Interim Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of August 1, 2008 through October 31, 2008 [**Dkt. 8292**, filed 11/13/09].

Objection / Response Deadline:   December 3, 2009.

Objection / Response(s) Received:  None.

Related Documents:

a.      Thirteenth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of August 1, 2008 through August 31, 2008 [**Dkt. 6679**, filed 12/5/08]

b.      Fourteenth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of September 1, 2008 through September 30, 2008 [**Dkt. 7913**, filed 8/7/09]

c.      Fifteenth Monthly Fee Application of Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of October 1, 2008 through October 31, 2008 [**Dkt. 7916**, filed 10/7/09]

d.      Certificate of No Objection re: Thirteenth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of August 1, 2008 through August 31, 2008 [**Dkt. 6783**, filed 12/29/08]

e.      Certificate of No Objection re: Fourteenth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of September 1, 2008 through September 30, 2008  [**Dkt. 8050**, filed 9/11/09]

f.      Certificate of No Objection re: Fifteenth Monthly Fee Application of Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of October 1, 2008 through October 31, 2008 [**Dkt. 8051**, filed 9/11/09]

g.      Certificate of No Objection re: Fifth Interim Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of August 1, 2008 through October 31, 2008 [Dkt. TBD, filed TBD]

Status:  It is anticipated that the necessary certificate of no objection will be filed upon the passage of the respective objection deadline.  Therefore, it is further anticipated that hearing on this matter will be necessary only to the extent that the Court has questions or concerns.

4.      Sixth Interim Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of November 1, 2008 through January 31, 2009 [**Dkt. 8293**, filed 11/13/2009].

Objection / Response Deadline:   December 3, 2009.

Objection / Response(s) Received:  None to date.

Related Documents:

a.      Sixteenth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of November 1, 2008 through November 30, 2008 [**Dkt. 7917**, filed 8/7/09]

b.      Seventeenth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Allowance of Fees and Expenses for the Period of December 1, 2008 through December 31, 2008  [**Dkt. 7964**, filed 8/19/09]

c.      Eighteenth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Allowance of Fees and Expenses as Co-Counsel to the Official Committee of Unsecured Creditors, for the Period of January 1, 2009 through January 31, 2009  [**Dkt. 7965**, filed 8/19/09]

d.      Certificate of No Objection regarding Sixteenth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of November 1, 2008 through November 30, 2008 [**Dkt. 8052**, 9/11/09]

128189.01600/21834484v.1

e.     Certificate of No Objection Re: Seventeenth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Allowance of Fees and Expenses for the Period of December 1, 2008 through December 31, 2008 [**Dkt. 8053**, filed 9/11/09]

f.     Certificate of No Objection regarding Eighteenth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Allowance of Fees and Expenses as Co-Counsel to the Official Committee of Unsecured Creditors, for the Period of January 1, 2009 through January 31, 2009 [**Dkt. 8054**; filed 9/11/09]

g.     Certificate of No Objection regarding Sixth Interim Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of November 1, 2008 through January 31, 2009 [Dkt. TBD; filed TBD]

Status:  It is anticipated that the necessary certificate of no objection will be filed upon the passage of the respective objection deadline.  Therefore, it is further anticipated that hearing on this matter will be necessary only to the extent that the Court has questions or concerns.

5.     Seventh Interim Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of February 1, 2009 through April 30, 2009 [**Dkt. 8294**, filed 11/13/09]

Objection / Response Deadline:   December 3, 2009.

Objection / Response(s) Received:  None to date.

Related Documents:

a.     Nineteenth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Allowance of Fees and Expenses for the Period of February 1, 2009 through February 28, 2009 [**Dkt. 7966**, filed 8/19/08]

b.     Twentieth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Allowance of Fees and Expenses for the Period of March 1, 2009 through March 31, 2009 [**Dkt. 7967**, filed 8/19/09]

c.      Twenty-First Monthly Fee Application for Allowance of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Allowance of Fees and Expenses for the Period of April 1, 2009 through April 30, 2009  [**Dkt. 7968**, filed 8/19/09]

d.      Certificate of No Objection regarding Nineteenth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Allowance of Fees and Expenses for the Period of February 1, 2009 through February 28, 2009 [**Dkt. 8055**, filed 9/11/09]

e.      Certificate of No Objection regarding Twentieth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Allowance of Fees and Expenses for the Period of March 1, 2009 through March 31, 2009 [**Dkt. 8056**, filed 9/11/09]

f.      Certificate of No Objection Re: Twenty-First Monthly Fee Application for Allowance of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Allowance of Fees and Expenses for the Period of April 1, 2009 through April 30, 2009 [**Dkt. 8057**, filed 9/11/09]

g.      Certificate of No Objection regarding Seventh Interim Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of February 1, 2009 through April 30, 2009 [Dkt. TBD, filed TBD].

<u>Status</u>:  It is anticipated that the necessary certificate of no objection will be filed upon the passage of the respective objection deadline.  Therefore, it is further anticipated that hearing on this matter will be necessary only to the extent that the Court has questions or concerns.

128189.01600/21834484v.1