# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
         Debtors.                                                :
                                                                 :  Ref. Docket No. ____
----------------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' FORTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the forty-seventh omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A and B attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

DB02: 9019271.1                                                                                    066585.1001

adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached <u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached <u>Exhibit B</u> are hereby reassigned to the New Case Numbers as indicated on <u>Exhibit B</u>; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      January ___, 2010

                                    CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claims**

# Exhibit A
## Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ANDERSON, PAULA<br>3031 INVERNESS DR<br>LOS ALAMITOS, CA 90720 | 1213 | 9/25/07 | No Case | Unspecified* | 4058 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$1,342.00 (P)<br>- (U)<br>$1,342.00 (T) |
| COUNTY OF SANTA CLARA<br>ATTN DEBORAH NICHOLS, TAX COLLECTOR<br>COUNTY ADMINISTRATION BLDG<br>70 W HEDDING ST - E WING SIXTH FL<br>SAN JOSE, CA 95110 | 171 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>$1,220.42 (P)<br>- (U)<br>$1,220.42 (T) | 10733 | 8/19/09 | 07-11047 | - (S)<br>- (A)<br>$173.33 (P)<br>- (U)<br>$173.33 (T) |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 10062 | 3/12/08 | 07-11050 | $1,693.50 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,693.50 (T) | 10675 | 2/27/09 | 07-11050 | $16,963.50 (S)<br>- (A)<br>- (P)<br>- (U)<br>$16,963.50 (T) |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | 5399 | 12/13/07 | 07-11047 | $523.71 (S)<br>- (A)<br>- (P)<br>- (U)<br>$523.71 (T) | 10606 | 12/24/08 | 07-11047 | $1,103.99 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,103.99 (T) |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | 5400 | 12/13/07 | 07-11051 | $523.71 (S)<br>- (A)<br>- (P)<br>- (U)<br>$523.71 (T) | 10605 | 12/24/08 | 07-11051 | $1,103.99 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,103.99 (T) |
| MULTNOMAH COUNTY<br>ATTN ANGELIKA LOOMIS<br>PO BOX 2716<br>PORTLAND, OR 97208 | 175 | 8/28/07 | 07-11051 | $3,174.81 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,174.81 (T) | 8787 | 1/2/08 | 07-11047 | $367.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$367.10 (T) |
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 10653 | 1/29/09 | 07-11048 | $3,554.62 (S)<br>$3,554.62 (A)<br>- (P)<br>- (U)<br>$3,554.62 (T) | 10718 | 5/22/09 | 07-11048 | Unspecified* |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| WOOD COUNTY SHERIFF<br>PO BOX 1985<br>PARKERSBURG, WV 26102 | 166 | 8/28/07 | 07-11051 | - (S)<br>- (A)<br>$115.08 (P)<br>- (U)<br>$115.08 (T) | 10658 | 1/27/09 | 07-11047 | $274.28 (S)<br>- (A)<br>- (P)<br>- (U)<br>$274.28 (T) |
| Totals: | 8 Claims | | | $5,915.73 (S)<br>$3,554.62 (A)<br>$1,335.50 (P)<br>- (U)<br>$10,805.85 (T) | | | | $19,812.86 (S)<br>- (A)<br>$1,515.33 (P)<br>- (U)<br>$21,328.19 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Wrong Debtor Claims**

## Exhibit B
## Wrong Debtor Claim

| Name/Address of Claimant | Objectionable Claim ||||  New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| CAMERON COUNTY<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 9937 | 2/8/08 | 07-11047 | $54.63 (S)<br>- (A)<br>- (P)<br>- (U)<br>$54.63 (T) | 07-11051 |
| CITY OF MCALLEN<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 10000 | 2/25/08 | 07-11047 | $38.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$38.48 (T) | 07-11051 |
| CITY OF NORFOLK TREASURER<br>PO BOX 3215<br>NORFOLK, VA 23515 | 5334 | 12/6/07 | 07-11047 | $3,524.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,524.98 (T) | 07-11051 |
| KNOX COUNTY TRUSTEE<br>ATTN FRED A. SISK, TRUSTEE<br>P.O. BOX 70<br>KNOXVILLE, TN 37901 | 2878 | 11/9/07 | 07-11047 | $642.67 (S)<br>- (A)<br>- (P)<br>- (U)<br>$642.67 (T) | 07-11051 |
| MCALLEN ISD<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 9997 | 2/25/08 | 07-11047 | $104.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$104.58 (T) | 07-11051 |
| PENDER COUNTY<br>ATTN TERECA L. CRENSHAW, ASST. TAX COLL.<br>P.O. BOX 1047<br>BURGAW, NC 28425 | 6457 | 12/27/07 | No Case | $31.37 (S)<br>- (A)<br>- (P)<br>- (U)<br>$31.37 (T) | 07-11051 |
| PORTLAND CITY<br>ATTN ELIZABETH L. BOYNTON<br>PO BOX 544<br>PORTLAND, ME 04112 | 2554 | 11/19/07 | No Case | - (S)<br>- (A)<br>$376.54 (P)<br>- (U)<br>$376.54 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claim | New Case Number |
|---|---|---|---|---|---|
| SEMINOLE COUNTY TAX COLLECTOR<br>RAY VALDES<br>1101 EAST FIRST STREET<br>POST OFFICE BOX 630<br>SANFORD, FL 32772 | 4328 | 12/3/07 | 07-11047 | $49.13 (S)<br>- (A)<br>- (P)<br>- (U)<br>$49.13 (T) | 07-11051 |
| TOWN OF FLOWER MOUND<br>MARK A BURROUGHS, ATTORNEY AT LAW<br>SAWKO & BURROUGHS, P.C.<br>1100 DALLAS DRIVE, SUITE 100<br>DENTON, TX 76205 | 1521 | 10/5/07 | 07-11047 | - (S)<br>- (A)<br>$192.16 (P)<br>- (U)<br>$192.16 (T) | 07-11051 |
| Totals: | 9 Claims | | | $4,445.84 (S)<br>- (A)<br>$568.70 (P)<br>- (U)<br>$5,014.54 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.