# EXHIBIT II

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------- x
In re:                                            :   Chapter 11
                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                  :
                                                  :   Jointly Administered
      Debtors.                                    :
                                                  :   Ref. Docket No. _____
------------------------------------------------- x
```

### ORDER SUSTAINING DEBTORS' FORTY-EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Forty-Eighth Omnibus (Substantive) Objection to

Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007,

and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in

possession (the "Debtors"), by which the Debtors respectfully request the entry of an order

pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules

3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in

full or in part, reassigning, reclassifying and/or otherwise modifying each of the Disputed

Claims² identified on Exhibits A, B, C, D, E, F, G, and H attached hereto; and it appearing that

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that, the Disputed Claims identified on the attached Exhibits A, B and H are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit C is hereby modified to the dollar value listed under the column titled "Modified Amount" in Exhibit C; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit D are hereby (i) modified by fixing the amount of such claims to the dollar values listed under the column titled "Modified Amount" and (ii) reclassified to the priority levels indicated in Exhibit D; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit E are hereby (i) reclassified to the priority levels indicated in the column titled "Modified Amount" in Exhibit E; and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit E; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit F is hereby (i) modified to the dollar value under the column titled "Modified Amount" in Exhibit F; and (ii) reassigned to the case number listed under the column titled "New Case Number" in Exhibit F; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit G is hereby (i) modified to the dollar value under the column titled "Modified Amount" in Exhibit G; (ii) reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit G;

2

and (iii) reassigned to the case number listed under the column titled "New Case Number" in

Exhibit G; and it is further

       ORDERED that the Debtors reserve the right to amend, modify or supplement

this Objection, and to file additional objections to any claims filed in these chapter 11 cases

including, without limitation, the claims that are the subject of this Objection.

       ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims, or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
      January ___, 2010

                            _____
                            CHRISTOPHER S. SONTCHI
                            UNITED STATES BANKRUPTCY JUDGE

DB02: 9022495.1                                           066585.1001

# EXHIBIT A

## No Liability Claims

066585.1001

**Exhibit A**

**No Liability Claims**

| Name/Address of Claimant | Objectionable Claims | | | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA, BRUCE MEDLEY<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-430 | 9974 | 2/19/08 | 07-11050 | - (S)<br>$417.45 (A)<br>- (P)<br>- (U)<br>$417.45 (T) | Claim relates to 2008 personal property taxes for an American Home Mortgage Servicing, Inc. office. American Home Mortgage Servicing Inc. was sold in November 2007. Debtors' have no interest in the property for the claimed tax year. |
| CARBON COUNTY TAX CLAIM BUREAU<br>COURTHOUSE ANNEX,<br>P.O. BOX 37<br>JIM THORPE, PA 18229-0037 | 10711 | 5/11/09 | 07-11047 | - (S)<br>- (A)<br>$3,068.85 (P)<br>- (U)<br>$3,068.85 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtors' do not have an interest in the property for the claimed tax year. This loan was included in the sale of American Home Mortgage Servicing, Inc. in November 2007. |
| COLE COUNTY, MISSOURI<br>COLE COUNTY COLLECTOR<br>311 E. HIGH ST.<br>ROOM 100<br>JEFFERSON CITY, MO 65101 | 10729 | 7/23/09 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$84.52 (U)<br>$84.52 (T) | Claimed amount is also in claim 2462 which has already been accepted and reclassified by court order 7930. |
| COLE COUNTY, MISSOURI<br>COLE COUNTY COLLECTOR<br>311 E. HIGH ST.<br>ROOM 100<br>JEFFERSON CITY, MO 65101 | 10730 | 7/23/09 | 07-11051 | - (S)<br>- (A)<br>$84.52 (P)<br>- (U)<br>$84.52 (T) | Claimed amount is also in claim 2462 which has already been accepted and reclassified by court order 7930. |
| FORSYTH COUNTY<br>P. O. BOX 82<br>WINSTON-SALEM, NC 27102 | 10636 | 1/5/09 | No Case | - (S)<br>- (A)<br>$278.51 (P)<br>$385.42 (U)<br>$663.93 (T) | Claimed amount is also in claim 4449 which has already been accepted and fixed by court order 7399. |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA, BRUCE MEDLEY<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | 9975 | 2/19/08 | 07-11050 | - (S)<br>$731.39 (A)<br>- (P)<br>- (U)<br>$731.39 (T) | Claim relates to 2008 personal property taxes. Debtors' did not have an interest in the property for the claimed tax year as offices were closed in August 2007. |
| FRANKITO, THOMAS<br>9765 JOHNNY CAKE RIDGE RD.<br>MENTOR, OH 44060 | 1534 | 10/12/07 | 07-11051 | - (S)<br>- (A)<br>$4,696.10 (P)<br>- (U)<br>$4,696.10 (T) | Claim relates to bankruptcy payments being withheld from the claimant's paychecks. Debtors' have confirmed that all payments withheld from the pay were forwarded to the proper court. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MUSKEGON HEIGHTS CITY<br>ATTN ROBERT L JACKSON JR, CITY ASSESSOR<br>2724 PECK ST<br>MUESKEGON HEIGHTS, MI 49444 | 2687 | 11/19/07 | No Case | - (S)<br>- (A)<br>$574.90 (P)<br>- (U)<br>$574.90 (T) | Claim relates to personal property tax for an office of American Home Loans. Debtors' have no affiliation with American Home Loans. |
| TOWN SQUARE VENTURES, L.P.<br>C/O INLAND SOUTHWEST MANAGEMENT, LLC<br>C/O BERT BITTOURNA, ESQUIRE - LAW DEPT.<br>2901 BUTTERFIELD ROAD<br>OAK BROOK, IL 60523 | 7950 | 1/9/08 | 07-11051 | $10,446.34 (S)<br>- (A)<br>- (P)<br>$4,032.14 (U)<br>$14,478.48 (T) | The $4,032.14 general unsecured portion of this claim relates to costs claimant incurred in removing signage from an office. The secured portion of this claim relates to the security deposit that the claimant already holds. The amount held as a security deposit offsets the costs of sign removal in the amount of $4,032.14. Accordingly, Debtor has no liability on account of this claim. |
| TRANSWESTERN 535 CONNECTICUT, LLC<br>C/O CUMMINGS & LOCKWOOD LLC<br>ATTN JOHN F. CARBERRY<br>SIX LANDMARK SQUARE<br>STAMFORD, CT 06901 | 1881 | 11/5/07 | 07-11051 | $20,075.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$10,075.98 (T) | Claim relates to lease default. Claimant holds a $17,377.16 security deposit which exceeds the claimed lease default in the amount of $10,075.98. Therefore, no amount is due and owing to this claimant. |
| TREASURER OF PITTSYLVANIA COUNTY<br>P.O. BOX 230<br>CHATHAM, VA 24557 | 10709 | 5/4/09 | 07-11047 | - (S)<br>- (A)<br>$1,762.88 (P)<br>- (U)<br>$1,762.88 (T) | Claim relates to 2009 real estate taxes for two parcels. Debtors' do not have an interest in the properties for the claimed tax year. These loans were included in the sale of American Home Mortgage Servicing, Inc. in November 2007. |
| **Totals:** | **11 Claims** | | | $20,522.32 (S)<br>$1,148.84 (A)<br>$10,465.76 (P)<br>$4,502.08 (U)<br>$36,639.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Multiple Debtor Claim

**Exhibit B**

**Multiple Debtor Claims**

| | | | | ─── Objectionable Claims ─── | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL ATTN SARA F MILLARD, AUTHORIZED REP. LAW DEPARTMENT 230 N. ELM, SUITE 27401, P.O. BOX 20597 GREENSBORO, NC 27420 | 8533 | 1/10/08 | 07-11052 | Unspecified* | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8534) was asserted against the correct Debtor. |
| **Totals:** | **1 Claim** | | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## Modified Amount Claim

# Exhibit C

## Modified Amount Claims

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | ─ Objectionable Claims ─ | | | |
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
| HOGAN, SHANA M<br>12433 CORKWOOD LN<br>VICTORVILLE, CA 92395 | 4830 | 12/7/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$360.00 (P)<br>- (U)<br>$360.00 (T) | Claim relates to unpaid vacation time. Modified to match Debtors' books and records for claimant's unused vacation time. |
| **Totals:** | | 1 Claim | | Unspecified* | - (S)<br>- (A)<br>$360.00 (P)<br>- (U)<br>$360.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

## Modified Amount Reclassified Claims

DB02: 9022495.1

# Exhibit D

## Modified Amount Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MCNUTT, CATHERINE A.<br>5610 MORSE AVE<br>JACKSONVILLE, FL 32244 | 1381 | 10/2/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$750.00 (P)<br>$750.00 (T) | (S) Claim relates to unpaid wages.<br>(A) Modified to match Debtors' books and records for remaining vacation time.<br>(U) Claimant did not specify a category on their proof of claim form. Vacation pay is entitled to unsecured priority. |
| MEADOW OAKS SHOPPING CENTER<br>ATTN REAGAN BROWN, MANAGER<br>PO BOX 8229<br>NO. 14 CROSSROADS SHOPPING VILLAGE # 201<br>CORPUS CHRISTI, TX 78412 | 2572 | 11/19/07 | 07-11051 | $8,848.59 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,848.59 (T) | - (S)<br>- (A)<br>- (P)<br>$6,348.59 (U)<br>$6,348.59 (T) | (S) Claim relates to damages from rejected lease date and the claimant.<br>(P) holds a security deposit in the amount of $2,500.00. Accordingly, the claim should be modified and reduced to $6,348.59 to reflect the amount of security deposit already held by the claimant and reclassified to general unsecured since claim relates to lease rejection damages. |
| **Totals:** | **2 Claims** | | | $8,848.59 (S)<br>- (A)<br>- (P)<br>$8,848.59 (U)<br>$8,848.59 (T) | - (S)<br>- (A)<br>$750.00 (P)<br>$6,348.59 (U)<br>$7,098.59 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

**Reclassified Wrong Debtor Claims**

**Exhibit E**

**Reclassified Wrong Debtor Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BERKEY ENGINEERING<br>ATTN DIANE BERKEY<br>167 ENGLEWOOD DR<br>RICHLAND, WA 99352 | 1428 | 10/5/07 | No Case | - (S)<br>- (A)<br>$460.00 (P)<br>- (U)<br>$460.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$460.00 (U)<br>$460.00 (T) | - (S) Claim relates to unpaid<br>- (A) invoice for home inspection.<br>- (P) No basis for priority exists<br>under the Bankruptcy Code. |
| US BANK<br>110 MARTER AVE STE 101<br>MOORESTOWN, NJ 80573124 | 6455 | 12/26/07 | No Case | - (S)<br>- (A)<br>$2,239.90 (P)<br>- (U)<br>$2,239.90 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,239.90 (U)<br>$2,239.90 (T) | - (S) Claim relates to an expense<br>- (A) report. No basis for priority<br>- (P) exists under section 507 of<br>the Bankruptcy Code. |
| **Totals:** | | **2 Claims** | | - (S)<br>- (A)<br>$2,699.90 (P)<br>- (U)<br>$2,699.90 (T) | | - (S)<br>- (A)<br>- (P)<br>$2,699.90 (U)<br>$2,699.90 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

## Modified Amount Wrong Debtor Claim

**Exhibit F**

**Modified Amount Wrong Debtor Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | | Objectionable Claim | | | |
| BREVARD COUNTY TAX COLLECTOR<br>ROD NORTHCUTT<br>400 S ST 6TH FL<br>PO BOX 2500<br>TITUSVILLE, FL 32781-2500 | 168 | 8/28/07 | 07-11048 | $377.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$377.88 (T) | 07-11051 | $350.77 (S)<br>- (A)<br>- (P)<br>- (U)<br>$350.77 (T) | Claim relates to tangible personal property taxes. Modified to match the tax bill received by the Debtors. |
| **Totals:** | 1 Claim | | | $377.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$377.88 (T) | | $350.77 (S)<br>- (A)<br>- (P)<br>- (U)<br>$350.77 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

**Modified Amount Reclassified Wrong Debtor Claim**

# Exhibit G

## Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | — Objectionable Claim — | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | Case Number | Total Amount Claimed | New Case Number | | |
| L H MARKS<br>PO BOX 10126<br>JACKSONVILLE, FL 32247 | 2643 | 11/19/07 | No Case | $1,400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,400.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | (S) Claim relates to appraisal invoices on four loans.<br>(P) Modified to match Debtors' books and records for invoice ORL070741, Debtors' have no records of ordering the additional three appraisals. |
| **Totals:** | 1 Claim | | | $1,400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,400.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT H

**Insufficient Documentation Claim**

066585.1001

## Exhibit H
## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claims | | | | |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| WANAQUE BOROUGH ATTN ANTHONY FIORELLO, ATTORNEY 579 RINGWOOD AVE. WANAQUE, NJ 07456 | 4883 | 12/7/07 | No Case | - (S) - (A) $76.32 (P) - (U) $76.32 (T) | Insufficient documentation to assess validity of claim. |
| **Totals:** | **1 Claim** | | | - (S) - (A) $76.32 (P) - (U) $76.32 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.