# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 12/14/09 @ 11:30 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| ~~Robert Moore, Fred Neufeld~~ - Telephonic | Millbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Gary Ravert, Lance Rothernberg | McDermott Will & Emery | Strauss |
| Michael McCrary, Mary Olsen | The Gardner Law Firm | Koch, et al. |
| Jeffrey Zawadzki | Hahn & Hessen | Committee |
| Mark Indelicat | Hahn & Hessen | " |
| René Roupinian | Outten + Golden | Class Counsel - AHM |
| Kim Brown | Landis Rath & Cobb | AHM. Client = JPMC. |
| Mike Busenkell | Womble Carlyle | Bank National |
| Maribeth Minella | Young Conaway | AHM (WARN class action) |
| Eric Monzo | Morris James | John Johnston |
| Bonnie Fatell | Blank Rome | Committee |
| Seth Niederman | Fox Rothschild | Mortgage Guaranty Insurance Corp. |
| Kevin Mangan | Womble Carlyle | Triad Guaranty |
| E. Stephen McNeill | Potter Anderson & Corroon | Bank of America |
| Michael Neiburg | Young Conaway | Debtors |
| Sean Beach | Young Conaway | Debtors |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**