| Name | Adversary Proceeding # |
|---|---|
| COLUMBIA PROPERTIES MELVILLE, LLC d/b/a MARRIOTT MELVILLE | 09-52304 |
| INCO-CHECK, INC. | 09-52296 |
| INSIGHT DIRECT USA INC. d/b/a INSIGHT | 09-51688 |
| JOHN A. JOHNSTON | 09-52299 |
| LARRY ELLIOTT | 09-51707 |
| MORTGAGE GUARANTY INSURANCE CO. | 09-51801 |
| PITNEY BOWES CREDIT CORPORATION and PITNEY BOWES INC., | 09-51778 |
| PITNEY BOWES INC., d/b/a POSTAGE BY PHONE PLUS | 09-51760 |
| PITNEY BOWES, INC. d/b/a PURCHASE POWER, and PITNEY BOWES BANK, INC., d/b/a PURCHASE POWER | 09-51757 |
| RECKSON AUSTRALIA PORTFOLIO CLEARING, RNY AUSTRALIA LPT CORPORATION, RECKSON ASSOCIATES REALTY CORP, RXR REALTY | 09-51681 |
| SOURCEMEDIA, INC. | 09-52300 |
| TOUCH LLC d/b/a PURE | 09-52301 |
| TRADE SHOW FABRICATIONS, INC. | 09-52302 |
| VARGA BERGER LEDSKY HAYES & CASEY, P.C. | 09-52297 |
| WPH ARLINGTON, LLC d/b/a SHERATON CHICAGO NORTHWEST | 09-51690 |