# EXHIBIT A

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claims ||||| Surviving Claims |||||
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed || Claim Number | Date Filed | Case Number | Total Amount Claimed ||
| ALLEN, ROXANNA T.<br>315 WRIGHTSBURG CT<br>FAYETTEVILLE, GA 30215 | 752 | 9/14/07 | 07-11051 | -<br>-<br>$1,211.54<br>-<br>$1,211.54 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 5450 | 12/13/07 | 07-11051 | -<br>-<br>$1,846.58<br>-<br>$1,846.58 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| ARAPAHOE COUNTY<br>ATTN GEORGE ROSENBERG, ASST ATTORNEY<br>5334 S PRINCE STREET<br>LITTLETON, CO 80166 | 9778 | 1/24/08 | 07-11047 | $11,945.13<br>-<br>-<br>-<br>$11,945.13 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 10735 | 9/28/09 | 07-11047 | $5,139.52<br>-<br>-<br>-<br>$5,139.52 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| CANNITO, HELEN<br>3368 CHESHIRE RD<br>DELAWARE, OH 43015 | 767 | 9/14/07 | 07-11051 | -<br>-<br>$2,575.00<br>-<br>$2,575.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 7773 | 1/9/08 | 07-11051 | -<br>-<br>$2,376.92<br>-<br>$2,376.92 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| DEWALD, KAREN<br>114 CABANA DR<br>MOORESVILLE, NC 28117 | 110 | 8/28/07 | 07-11051 | -<br>-<br>$1,361.72<br>-<br>$1,361.72 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 4956 | 12/10/07 | 07-11051 | -<br>-<br>$1,361.72<br>-<br>$1,361.72 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| DRAKOS, SUZETTE<br>3 SEABROOK CT<br>STONY BROOK, NY 117903305 | 363 | 9/6/07 | 07-11051 | -<br>-<br>$984.60<br>-<br>$984.60 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 3729 | 11/29/07 | 07-11051 | -<br>-<br>$1,969.20<br>-<br>$1,969.20 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| INGINO, LONI<br>PO BOX 75<br>LINDENHURST, NY 11757 | 2933 | 11/21/07 | 07-11051 | -<br>-<br>$673.08<br>-<br>$673.08 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 2948 | 11/21/07 | 07-11053 | -<br>-<br>$812.48<br>-<br>$812.48 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| PROMOTIONAL PRODUCTS PARTNERS, LLC<br>ATTN MICHAEL GOMBERG<br>405 WASHINGTON BLVD<br>MUNDELEIN, IL 60060 | 202 | 8/31/07 | 07-11051 | -<br>-<br>-<br>$301,376.00<br>$301,376.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 10511 | 9/15/08 | 07-11047 | -<br>-<br>-<br>$301,376.00<br>$301,376.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| WEINHEIMER, TRACEY K.<br>2291 AIRPORT RD<br>GREENFIELD, IA 50849 | 1047 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>$2,077.20 (P)<br>- (U)<br>$2,077.20 (T) | 2777 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) |
| Totals: | 8 Claims | | | $11,945.13 (S)<br>- (A)<br>$8,883.14 (P)<br>$301,376.00 (U)<br>$322,204.27 (T) | | | | $5,139.52 (S)<br>- (A)<br>$10,443.82 (P)<br>$301,376.00 (U)<br>$316,959.34 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.