# EXHIBIT B

DB02: 8924792.1

066585.1001

## Exhibit B

### Duplicate Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ANELLI, CHRISTOPHER<br>30 BUSCH ST<br>HAUPPAUGE, NY 11788 | 830 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$553.84 (P)<br>- (U)<br>$553.84 (T) | Claimed amount is also in claim 831 which has already been modified and reduced by Court order [Docket No. 6217 - Exhibit F] sustaining in part Debtors' 15th omnibus objection. Claim is duplicative. |
| BOGGS, AMIE L<br>5440 NOAH ROAD<br>CUMMING, GA 30041 | 6621 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$570.46 (P)<br>- (U)<br>$570.46 (T) | Claimed amount is also in claim 6551 which has already been fixed by Court order [Docket No. 6839 - Exhibit B] sustaining in part Debtors' 27th omnibus claims objection. Claim is duplicative. |
| HASSLER, ASHLEY<br>320 UPAS STREET<br>SAN DIEGO, CA 92103 | 6248 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$1,736.53 (P)<br>- (U)<br>$1,736.53 (T) | Claimed amount is also in claim 6238 which has already been modified and reduced by Court order [Docket No. 4289 - Exhibit C] sustaining in part Debtors' 6th omnibus claims objection. Claim is duplicative. |
| MYERS, DENICE F<br>926 GARDEN DR<br>LYNDEN, WA 98264 | 9169 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$415.44 (P)<br>- (U)<br>$415.44 (T) | Claimed amount is also in claim 9170 which has already been modified and reduced by Court order [Docket No. 6765 - Exhibit B] sustaining in part Debtors' 25th omnibus claims objection. Claim is duplicative. |
| NG, JACQUELINE<br>956 N BAY AVE<br>MASSAPEQUA, NY 117582562 | 5930 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>$1,292.31 (P)<br>- (U)<br>$1,292.31 (T) | Claimed amount is also in claim 1177 which has already been modified and reduced by Court order [Docket No. 7584 - Exhibit B] sustaining in part Debtors' 37th omnibus claims objection. Claim is duplicative. |
| RATHMANN, KAREN<br>2908 NE 185TH COURT<br>VANCOUVER, WA 98682 | 8508 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$1,123.08 (P)<br>- (U)<br>$1,123.08 (T) | Claimed amount is subsumed within the amount claimed in claim 8509 which the Debtors have accepted as filed by the claimant. Claim 8508 is therefore duplicative of claim 8509. |
| RICHTER, ELIZABETH<br>1227 JACKSON AVE<br>LINDENHURST, NY 11757 | 6885 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$740.38 (P)<br>- (U)<br>$740.38 (T) | Claimed amount is also in claim 6884 which has already been modified and reduced by Court order [Docket No. 7234 - Exhibit C] sustaining in part Debtors' 31st omnibus claims objection. Claim is duplicative. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SOLIS, JENNIFER A<br>2116 ROLLINGWAY CT<br>VIRGINIA BEACH, VA 23456 | 4663 | 12/6/07 | 07-11051 | - (S)<br>- (A)<br>$1,355.09 (P)<br>- (U)<br>$1,355.09 (T) | Claimed amount is also in claim 1151 which has already been modified and reduced by Court order [Docket No. 6765 - Exhibit E] sustaining in part Debtors' 25th omnibus claims objection. Claim is duplicative. |
| Totals: | | 8 Claims | | - (S)<br>- (A)<br>$7,787.13 (P)<br>- (U)<br>$7,787.13 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.