# EXHIBIT C

# Exhibit C

## Wrong Debtor Claim

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | Case Number |
| TREASURER OF ARAPAHOE COUNTY, COLORADO<br>ARAPAHOE COUNTY TREASURER<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 | 10735 | 9/28/09 | 07-11047 | $5,139.52 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,139.52 (T) | | 07-11051 |
| Totals: | 1 Claim | | | $5,139.52 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,139.52 (T) | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.