UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
   Debtors.                                                      :
                                                                 :   **Docket Ref. No. 8362, 8371, and 8385**
---------------------------------------------------------------- x

## ORDER AUTHORIZING PAYMENT OF PREPETITION SALES AND USE TAXES

Upon consideration of the motion (the "Motion")[2] for an order authorizing the payment of prepetition New York sales and use taxes; this Court having considered the Motion and being fully advised; it appearing that appropriate notice and opportunity for a hearing on the Motion was given and that no further notice need be given; it appearing that the relief requested in the Motion is appropriate in the context of these cases and necessary to ensure that the Debtors' business will be properly liquidated; it appearing that the relief requested in the Motion is in the best interests of Debtors and their respective estates, creditors, stockholders and other parties in interest; and good cause appearing therefor;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms used in this Order shall have the definitions attributed to them in the Motion unless otherwise indicated.

IT IS HEREBY ORDERED THAT:

1. The Motion is granted in part.

2. The Debtors are authorized, but not required, pursuant to sections 105(a), 541 and 507(a)(8) of the Bankruptcy Code, in their sole and absolute discretion and in the exercise of their business judgment, to pay that portion of the NYS Taxes for tax periods ending 05/31/2006, 08/31/2006, 11/30/2006, 02/28/2007, and 05/31/2007 up to the amount of $84,518.82,[3] and 08/31/07 up to the amount of $6,598.51,[4] plus accrued and unpaid interest that would otherwise be required to be paid under the Bankruptcy Code and the terms of the Plan, in a total aggregate amount not to exceed $110,000, which amount is in addition to the $150,000 granted by the First Day Sales and Use Tax Order.

3. The banks maintaining an account upon which any of the Debtors' checks, drafts, or wire transfers are drawn prior to, on, or after the commencement of these Chapter 11 cases are authorized and directed to (i) honor any checks or drafts issued upon presentation thereof, or any transfer instructions upon receipt thereof, in each case, in respect of the NYS Taxes and (ii) rely upon the representations of Debtors as to which such checks, drafts, or wire transfers are in payment of NYS Taxes pursuant to this Order.

4. Nothing in this Order shall impair the ability of the Debtors to contest the claim of any taxing authority or otherwise dispute, contest, set off or recoup such claim, or assert any rights, claims or defenses related thereto, or to recover any monies paid to any entity pursuant to this Order, or to bring any suit, motion, action or other proceeding against any entity.

---

[3] Such amount is included in proof of claim number 10,704 and identified as a portion of the amount listed under Notice Number L-031721764-5. Such amount is also included under Assessment ID # L-031735909-4 in the Consolidated Statement of Tax Liabilities issued to Michael J. Strauss, dated 10/16/09.

[4] Such amount is included in proof of claim number 10,704 and identified as a portion of the amount listed under Notice Number L-029586900-2. Such amount is also included under Assessment ID # L-031085839-8 in the Consolidated Statement of Tax Liabilities issued to Michael J. Strauss, dated 10/16/09.

5. Notwithstanding the relief granted herein and any actions taken hereunto, nothing in this Order shall create any rights in favor of any governmental entity.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

7. The Debtors, their officers, employees and agents, are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

Dated: December 14, 2009
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge