IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| AMERICAN HOME MORTGAGE : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*[1], : | |
| : | (Jointly Administered) |
| Debtors. : | |
| | Re: Docket Nos. 8191, 8324, 8292, 8293 and 8294 |

## OMNIBUS ORDER APPROVING CERTAIN PROFESSIONALS' INTERIM FEE REQUESTS

Upon consideration of the interim fee requests ("Fee Requests") of certain of the professionals in the above-captioned chapter 11 cases (collectively, the "Professionals"), a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), have been satisfied; and it further appearing that the fees and expenses incurred were actual, reasonable and necessary; and that notices of the Fee Requests were appropriate; and after due deliberation and sufficient good cause appearing therefore; it is hereby

ORDERED, that the Fee Requests are hereby APPROVED in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Professionals are allowed, on an interim basis, compensation in the amounts set forth on Exhibit A; and it is further

---

[1]  The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21836760v.2

2

ORDERED, that the Professionals are allowed, on an interim basis, the reimbursement of actual, reasonable and necessary expenses in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Debtors are authorized and directed to remit payment to Professionals in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses.

Dated: December 14, 2009

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge

128189.01600/21836760v.2