# EXHIBIT A

## In re American Home Mortgage Holdings, Inc., *et al.* (07-11047 (CSS))

### PROFESSIONAL FEES & EXPENSES
### (INTERIM FEE APPLICATIONS)

**HEARING – DECEMBER 14, 2009 @ 11:30 A.M.**

| APPLICANT | FEE PERIOD | TOTAL FEES & EXPENSES | AMOUNT APPROVED TO DATE (80% OF FEES) | AMOUNT OUTSTANDING (FEES HOLDBACK) |
|---|---|---|---|---|
| Blank Rome LLP<br><br>(Co-Counsel to Official Committee of Unsecured Creditors)<br><br>INTERIM (Sixth)<br>(Docket No. 8191) | 11/01/08 - 07/31/09 | $98,411.00 (fees)<br><br>$53,075.55 (expenses)<br><br>$151,486.55 (Total) | $66,215.95 (fees)<br>80% 11/08 – 04/09<br>50% 05/09 – 07/09<br><br>$53,075.55 (expenses)<br><br>$119,291.50 (Total) | $32,195.05 (fees)<br>20% 11/08 – 4/09<br>50% 05/09 – 07/09 |
| Blank Rome LLP<br>(Co-Counsel to Official Committee of Unsecured Creditors)<br><br>INTERIM (Seventh)<br>(Docket No. 8324) | 08/01/09 – 10/31/09 | $48,614.00 (fees)<br><br>$19,303.13 (expenses)<br><br>$67,917.13 (Total) | $24,307.00 (fees)<br><br>$19,303.13 (expenses)<br><br>$43,610.13 (Total) | $24,307.00 (fees)<br>50% 08/09 – 10/09 |

3

128189.01600/21836760v.2

| APPLICANT | FEE PERIOD | TOTAL FEES & EXPENSES | AMOUNT APPROVED TO DATE (80% OF FEES) | AMOUNT OUTSTANDING (20% of FEES) |
|---|---|---|---|---|
| Hahn & Hessen LLP<br><br>(Co-Counsel to Official Committee of Unsecured Creditors)<br><br>INTERIM (Fifth)<br>(Docket No. 8292) | 08/01/08 - 10/31/08 | $666,663.00 (fees)<br><br>$38,775.38 (expenses)<br><br>$705,438.38 (Total) | $533,330.40 (fees)<br><br>$38,775.38 (expenses)<br><br>$572,105.78 (Total) | $133,332.60 (fees) |
| Hahn & Hessen LLP<br><br>(Co-Counsel to Official Committee of Unsecured Creditors)<br><br>INTERIM (Sixth)<br>(Docket No. 8293) | 11/01/08 - 1/31/09 | $670,530.00 (fees)<br><br>$14,586.60 (expenses)<br><br>$685,116.60 (Total) | $536,424.00 (fees)<br><br>$14,586.60 (expenses)<br><br>$551,010.60 (Total) | $134,106.00 (fees) |
| Hahn & Hessen LLP<br><br>(Co-Counsel to Official Committee of Unsecured Creditors)<br><br>INTERIM (Seventh)<br>(Docket No. 8294) | 2/01/09 - 4/31/09 | $515,376.50 (fees)<br><br>$18,937.84 (expenses)<br><br>$534,314.34 (Total) | $412,301.20 (fees)<br><br>$18,937.84 (expenses)<br><br>$431,239.04 (Total) | $103,075.30 (fees) |

4