IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                             :  Jointly Administered
     Debtors.                                                :  Ref. Docket No.: 8340
                                                             :
                                                             :
------------------------------------------------------------ x

**ORDER PURSUANT TO 11 U.S.C. §§ 105, 365 AND 554 AUTHORIZING (I) THE ABANDONMENT OF CERTAIN REAL PROPERTY AND (II) THE REJECTION OF AGREEMENTS RELATED THERETO**

Upon consideration of the motion (the "Motion")[1] filed by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of the proposed order (the "Proposed Order"), pursuant to sections 105, 365, and 554 of title 11 of the United States Code (the "Bankruptcy Code"), (i) authorizing the Debtors to abandon certain real property located at 950 North Elmhurst Road/150 West Rand Road, Mount Prospect, Illinois (the "Property"), and (ii) authorizing and approving the rejection of certain unexpired nonresidential real property leases; and the Court being satisfied that abandonment of the Property and the rejection of the Rejected Agreements is in the best interest of the Debtors, their estates and creditors and is a proper exercise of their business judgment; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

ORDERED, that the ~~Debtors are authorized~~ *Property is abandoned,* pursuant to 11 U.S.C. § 554(a), ~~to abandon the Property~~ *effective December 31, 2009,*; and it is further

ORDERED, that, pursuant to 11 U.S.C. § 365(a), the Debtors rejection of the Rejected Agreements identified on <u>Exhibit A</u>, attached hereto, is hereby approved; and it is further

ORDERED, that the Rejected Agreements are deemed rejected pursuant to 11 U.S.C. § 365(a) effective as of December 31, 2009; and it is further

ORDERED, that nothing herein shall prejudice the rights of the Debtors to argue that any claim for damages arising from the rejection of the Rejected Agreements is limited to the remedies available under any applicable termination provision of such Rejected Lease; and it is further

ORDERED, that any claim allegedly arising from the rejection of the Rejected Agreements (a "<u>Rejection Claim</u>") must be filed on or before the date that is thirty (30) days from the entry of this Order (the "<u>Rejection Bar Date</u>"), and it is further

ORDERED, that any holder of a Rejection Claim who fails to timely file a proof of such claim on or before the Rejection Bar Date shall not be treated as a creditor for purposes of voting upon, or receiving distributions under, any chapter 11 plan or plans in these chapter 11 cases in respect of that claim, and it is further

ORDERED, that this Court shall retain jurisdiction over an any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: December *14*, 2009
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge