# EXHIBIT A

**Real Property Leases to be Rejected**

Office Lease dated August 2007, by and between American Home Mortgage Corp., as landlord, and T.M.P. Investments, as tenant, as amended by that certain First Amendment to Office Lease dated July 31, 2008.

Lease Agreement dated November 30, 2004, by and between American Home Mortgage Corp., as landlord, and Greg Hahaj Personal Training Center, Inc., as tenant.

Lease Agreement dated November 30, 2004, by and between American Home Mortgage Corp., as landlord, and The Darkside Tanning Studio, Ltd., as tenant.

Verbal month to month lease agreement with John Anda (Farmers Insurance Agency) for approximately 990 square feet.