# EXHIBIT A

## Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CHARD, ROBIN L.<br>763 DORIS JANE AVE<br>FAIRFIELD, OH 45014 | 1293 | 9/27/07 | 07-11051 | - (S)<br>- (A)<br>$1,117.20 (P)<br>- (U)<br>$1,117.20 (T) | Claim relates to unpaid wages for vacation and sick/personal pay. The vacation pay has already been accepted in claim 7507. Unused sick/personal pay is not payable as per company policy. |
| JORDAN, CHERYL S.<br>125 HALESITE DR<br>SOUND BEACH, NY 11789 | 8099 | 1/10/08 | 07-11053 | - (S)<br>- (A)<br>$952.45 (P)<br>- (U)<br>$952.45 (T) | Claim relates to unpaid wages. Claimant was paid $496.15 for regular pay on 8/24/07. Amount claimed for vacation pay has already been accepted in claim 8098 and is therefore duplicative. |

**Totals:** 2 Claims

- (S)<br>- (A)<br>$2,069.65 (P)<br>- (U)<br>$2,069.65 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.