# EXHIBIT B

# Exhibit B

## Modified Amount Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| INGINO, LONI<br>PO BOX 75<br>LINDENHURST, NY 11757 | 2948 | 11/21/07 | 07-11053 | - (S)<br>- (A)<br>$812.48 (P)<br>- (U)<br>$812.48 (T) | - (S)<br>- (A)<br>$673.08 (P)<br>- (U)<br>$673.08 (T) | Claim relates to unpaid wages. Modified to match Debtors' books and records for remaining vacation time. |
| LOPEZ, MARTHA<br>8975 LAWRENCE WELK DRIVE 314<br>ESCONDIDO, CA 92026 | 7507 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$466.23 (P)<br>$41.23 (U)<br>$507.46 (T) | - (S)<br>- (A)<br>$495.00 (P)<br>$41.23 (U)<br>$536.23 (T) | Claim relates to unpaid wages and expenses. Modified to match Debtors' books and records for remaining vacation time. |
| **Totals:** | 2 Claims | | | - (S)<br>- (A)<br>$1,278.71 (P)<br>$41.23 (U)<br>$1,319.94 (T) | - (S)<br>- (A)<br>$1,168.08 (P)<br>$41.23 (U)<br>$1,209.31 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed