# EXHIBIT C

# Exhibit C

## Modified Amount Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HAYES, SUSAN L. 15561 HAMMETT CT MORENO VALLEY, CA 92555 | 564 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>$9,680.74 (P)<br>$9,680.74 (U)<br>$9,680.74 (T) | - (S)<br>- (A)<br>$9,680.74 (P)<br>- (U)<br>$9,680.74 (T) | Claimed vacation pay which is unsecured priority. Claimant wrote the amount in the blank for unsecured nonpriority claims but checked off unsecured priority on proof of claim. |
| JANSEN, MILDRED A. 159 STERLING ST PORT JEFFERSON STATION, NY 11776 | 1062 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>$1,802.25 (P)<br>$1,802.25 (U)<br>$1,802.25 (T) | - (S)<br>- (A)<br>$1,802.25 (P)<br>- (U)<br>$1,802.25 (T) | Claimed vacation pay which is unsecured priority. Claimant wrote the amount in the blank for unsecured nonpriority claims but checked off unsecured priority on proof of claim. |
| TURNER, KRISTEN 1007 5TH AVE #405 SAN DIEGO, CA 921015130 | 1449 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>$969.23 (P)<br>$969.23 (U)<br>$969.23 (T) | - (S)<br>- (A)<br>$969.23 (P)<br>- (U)<br>$969.23 (T) | Claimed vacation pay which is unsecured priority. Claimant wrote the amount in the blank for unsecured nonpriority claims but checked off unsecured priority on proof of claim. |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>$12,452.22 (P)<br>$12,452.22 (U)<br>$12,452.22 (T) | - (S)<br>- (A)<br>$12,452.22 (P)<br>- (U)<br>$12,452.22 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.