

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------- x<br>In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,[1]<br><br>                        Debtors.<br>------------------------------------------------------------- x<br>KATHY S. KOCH, JARRETT PERRY, GINA<br>PULLIAM, CHAN NGUYEN, MICHAEL S.<br>SUROWIEC, KATHLEEN WIELGUS, and PATRICIA<br>WILLIAMS, on their behalf and on behalf of all other<br>persons similarly situated,<br><br>                        Plaintiffs,<br><br>        v.<br><br>AMERICAN HOME MORTGAGE CORP.,<br>AMERICAN HOME MORTGAGE ACCEPTANCE,<br>INC., AMERICAN MORTGAGE SERVICING, INC.,<br>AMERICAN HOME MORTGAGE INVESTMENT<br>CORP., and AMERICAN HOME MORTGAGE<br>HOLDING, INC.,<br><br>                        Defendants.<br>------------------------------------------------------------- x | : Chapter 11<br>:<br>:<br>: Case No. 07-11047 (CSS)<br>:<br>:<br>: Jointly Administered<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Adv. Pro. No. 07-51688 (CSS)<br>:<br>:<br>:<br>:<br>:<br>: Re: Docket No. 8014, 8184<br>:<br>:<br>:<br>:<br>: |

### FINAL ORDER APPROVING
### WARN ACT CLASS ACTION SETTLEMENT AGREEMENT

Upon consideration of the Joint Motion (as defined herein) [Docket No. 8014] of the above-captioned Defendants, debtors and debtors-in-possession (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

"Debtors"), the Official Committee of the Unsecured Creditors of the Debtors (the "Committee"), and class representatives Kathy S. Koch, Jarrett Perry, Gina Pullam, Michael S. Surowiec, Kathleen Wielgus, and Patricia Williams (together, the "Class Representatives," on behalf of themselves and similarly situated class members (together with the Class Representatives, but excluding the Opt-Outs[2], the "Class Members")), for an order: (i) preliminarily approving the proposed settlement and release agreement (the "Settlement Agreement"), regarding claims pursued by the Class Members pursuant to the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101, *et seq.* (the "WARN Act") and California Labor § 1400, *et seq.* (the "California WARN Act") pursuant to Rules 7023 and 9019 of the Federal Rules of Bankruptcy Procedure,(ii) approving the form and manner of notice to the Class Members of the proposed Settlement Agreement and their right to object to the Settlement Agreement, which notice was mailed by Class Counsel on October 21, 2009, and (iii) scheduling a Fairness Hearing to consider final approval of the Settlement Agreement (the "Joint Motion"); and following certification of the class [Adv. Pro. Docket No. 65, 82], preliminary approval of the Settlement Agreement [Docket No. 8184]; and notice to the Class Members having been provided; and a Fairness Hearing having been held on December 14, 2009; and the Court having considered the terms of the Stipulation Setting Reserve With Respect to Claims Asserted by WARN Act Class Action Plaintiffs (the "WARN Reserve Stipulation") [Docket No. 7297]; and the Court having considered the Joint Motion and the arguments of counsel with respect thereto; and the Court having found that proper notice of the Joint Motion and Fairness Hearing has been given and that no other or further notice is required; and that the relief requested in the Joint Motion is appropriate

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Joint Motion.

under the circumstances and is in the best interests of the Debtors' estates, creditors, and other parties in interest; and that no objections to the Settlement Agreement have been filed or otherwise presented to the Court;

IT IS HEREBY ORDERED THAT:

1. The Settlement Agreement is approved in its entirety.

2. The Debtors are authorized to implement the terms of the Settlement Agreement and make the payments required thereunder and in accordance with the terms of the Settlement Agreement.

3. Upon the Settlement Agreement's Effective Date (as that term is defined in the Settlement Agreement), and pursuant to the terms of the Settlement Agreement, the Debtors shall be released from any obligation under the WARN Reserve Stipulation or otherwise to establish the reserve as set forth therein.

4. Upon this Order becoming final and non-appealable, this adversary proceeding shall be deemed dismissed with prejudice.

5. This Court shall retain jurisdiction with respect to the Settlement Agreement and this Order, and any disputes arising from or related to the implementation of their terms.

*[signature]*

Christopher S. Sontchi,
United States Bankruptcy Judge

Dated: 12/14/09