**Exhibit A**

## AMERICAN HOME MORTGAGE
### Time Summary
### August 1, 2009 to October 31, 2009

| Professional | Category | Hours | Rate** | Amount |
|---|---|---:|---:|---:|
| TONY LENDEZ | PARTNER | 16.0 | 750.00 | 12,000.00 |
| STEPHANIE L GIAMMARCO | PARTNER | 20.9 | 625.00 | 13,062.50 |
| DAVID E BERLINER | PARTNER | 83.6 | 610.00 | 50,996.00 |
| MICHELE MICHAELIS | DIRECTOR | 50.5 | 450.00 | 22,725.00 |
| MICHELE MICHAELIS | DIRECTOR | 25.2 | 395.00 | 9,954.00 |
| ANTHONY LA MALFA | SENIOR MANAGER | 3.0 | 400.00 | 1,200.00 |
| CARL W BUSSE | MANAGER | 11.8 | 250.00 | 2,950.00 |
| CHRIS AWONG | SENIOR | 130.0 | 275.00 | 35,750.00 |
| MATTHEW J STEWART | SENIOR | 331.7 | 240.00 | 79,608.00 |
| SUSANNE CLEARY | SENIOR | 26.6 | 235.00 | 6,251.00 |
| CHRISTIE VITA | SENIOR | 5.0 | 235.00 | 1,175.00 |
| SAM BROWN | SENIOR | 85.8 | 225.00 | 19,305.00 |
| KEVIN REINLE | SENIOR | 18.9 | 225.00 | 4,252.50 |
| NAUSHON E VANDERHOOP | SENIOR | 7.6 | 190.00 | 1,444.00 |
| NAUSHON E VANDERHOOP | SENIOR | 2.4 | 185.00 | 444.00 |
| KEVIN REINLE | STAFF | 1.7 | 210.00 | 357.00 |
| JASON M FRIEDMAN | STAFF | 4.7 | 180.00 | 846.00 |
| ALAINA D MASLER | STAFF | 9.8 | 180.00 | 1,764.00 |
| WILLIAM T WILEY | STAFF | 2.5 | 180.00 | 450.00 |
| MARISSA HERMANN | STAFF | 4.4 | 150.00 | 660.00 |
| MARISSA A DEVITO | STAFF | 23.3 | 125.00 | 2,912.50 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 18.1 | 150.00 | 2,715.00 |
| *Travel Time (1/2 rate)* | **SUBTOTAL:** | **883.5** | | **270,821.50** |
| MATTHEW J STEWART | SENIOR | 13.5 | 120.00 | 1,620.00 |
| | **SUBTOTAL:** | **13.5** | | **1,620.00** |
| | **TOTAL:** | **897.0** | | **$272,441.50** |

**BDO standard rate changes effective September 1, 2009.

**Exhibit B**

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2009 to October 31, 2009

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| A. | ACCOUNTS PAYABLE | 80.9 | $21,420.50 |

Reviewed secured, admin and priority claims and analyzed reserves needed for Plan to go Effective. Performed analysis of claims for purposes of projecting potential recoveries on claims. Also, performed additional analysis of employee claims in relation to WARN Act settlement.

| B. | TAX ISSUES | 5.6 | 1,432.00 |
|---|---|---|---|

Discussed AHM plan and status of preparation or review of tax returns.

| C. | PREFERENCE ANALYSIS | 309.6 | 85,884.00 |
|---|---|---|---|

Preparation of schedules of potential preference payments to third parties and insiders for manual wires and checks. Prepared historical data by vendor to analyze ordinary course analysis for a sample of venders. Prepared summary reports for unsecured Creditors' Committee to highlight potential exposure and various reports for counsel. Prepared analysis of select vendors to compute new value provided. Assisted counsel in gathering and preparing information to respond to preference defendant inquiries. Responded to requested for information and preparation of analysis reports from counsel for various vendors.

| D. | LITIGATION CONSULTING | 109.1 | 41,742.50 |
|---|---|---|---|

Special investigative work related to potential litigation issues regarding UCC investigation. Reviewed and analyzed various documents for potential causes of action. Preparation of report to counsel summarizing findings and issues related to UCC investigation and related follow-up. Prepared for meeting with counsel to discuss status and initial findings.

| E. | ASSET SALE/AUCTION | 4.7 | 1,828.00 |
|---|---|---|---|

Reviewed sales process and relevant documents including, but not limited to, various documents related to sale of AH Bank and miscellaneous loans.

| F. | MEETINGS - DEBTOR | 70.6 | 23,266.00 |
|---|---|---|---|

Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information related to claims related issues, AH Bank, cash flow forecasts, cash needed to go effective and other current issues.

**Exhibit B**

| | | HOURS | AMOUNT |
|---|---|---|---|
| G. | REPORT PREPARATION | 67.0 | 21,934.00 |
| | Preparation and review of reports to the Creditors' Committee, regarding the Company's current and projected cash flow results, asset sales, status of sale of AH Bank, and other financial updates. | | |
| H. | MEETINGS WITH CREDITORS | 8.1 | 3,248.50 |
| | Meetings, discussions and correspondence with Creditors; Committee and professionals related to; case issues; financial update; claims; status of Bank sales; and other open issues. | | |
| I. | BUSINESS ANALYSIS | 165.0 | 48,914.50 |
| | Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, cash needed to go effective, estimated unsecured creditor recovery, Monthly Operating Reports and other financial results.  Reviewed and analyzed motions and objections filed with the Court. Reviewed and updated analysis regarding professional fee information.  Findings were conveyed to Counsel and the Committee. | | |
| J. | COUNSEL DISCUSSIONS & COURT HEARINGS | 29.3 | 13,193.50 |
| | Throughout the engagement we consulted with Counsel and Committee members regarding all pertinent matters related to ongoing work related to the Debtors' mortgage loans, Effective Date issues, sale of AH Bank; Committee report preparation and meetings; business analyses; and various other open case issues. | | |
| K. | FEE APPLICATIONS / MONTHLY STATEMENTS | 33.3 | 7,775.00 |
| | Preparation and review of monthly data for submission to the Debtor and other interested parties.  Preparation and review of July, August and September 2009 monthly applications and Eighth Interim application. | | |
| L. | CASE ADMINISTRATION | 0.3 | 183.00 |
| | Reviewed status of engagement with staff and planned areas of work to be performed. | | |
| | **SUBTOTAL:** | **883.5** | **270,821.50** |
| M. | **TRAVEL TIME** | 13.5 | 1,620.00 |
| | Professional time expended on travel, billed at one half the hourly rate of each professional. | | |
| | **SUBTOTAL:** | **13.5** | **1,620.00** |
| | **TOTAL:** | **897.0** | **$272,441.50** |

2

**Exhibit C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
August 1, 2009 through October 31, 2009

1.    PHOTOCOPYING
    a.    Internal
    b.    External

2.    TELECOMMUNICATIONS
    a.    Toll Charges
    b.    Facsimile
    c.    Out-of-State toll charges

3.    COURIER, FRIEGHT AND POSTAL SERVICES
*For overnight and hand delivery to Counsel*
*and Committee members*

4.    COURT REPORTER AND TRANSCRIPTS

5.    TECHNOLOGY SERVICES – *Concordance Database Fees*          $4,500.00

6.    OUT-OF-TOWN TRAVEL
    a.    Transportation          418.10
    b.    Lodging
    c.    Meals          11.94

7.    OUTSIDE SERVICES

8.    LOCAL MEALS          171.29

9.    LOCAL TRANSPORTATION, TOLLS, MILEAGE          20.00
AND PARKING – for cabs to/from meetings, car service
*for employees working after 8:00 p.m. and local mileage*
*using personal auto*

10.    MISCELLANEOUS


    **TOTAL**          **$5,121.33**

1

**Exhibit C**

**American Home Mortgage**
Ninth Interim Expense Details
August 1, 2009 through October 31, 2009 (by Accounting Date)

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 08/31/09 | 08/31/09 | Berliner,David E | Technology Services | $1,500.00 | Concordance Database Monthly Hosting Fee |
| 08/18/09 | 09/03/09 | Stewart,Matthew J | Travel | 56.10 | Travel to and from American Home Mortgage (Mileage) |
| 08/19/09 | 09/03/09 | Stewart,Matthew J | Local Meals | 5.86 | Overtime Meal - AHM |
| 08/18/09 | 09/03/09 | Stewart,Matthew J | Travel | 18.00 | George Washington Bridge and Throggs Neck tolls |
| 07/30/09 | 09/03/09 | Stewart,Matthew J | Local Meals | 5.83 | Overtime Meal - AHM |
| 05/06/09 | 09/03/09 | Stewart,Matthew J | Local Meals | 6.05 | Overtime meal - AHM |
| 03/04/09 | 09/03/09 | Stewart,Matthew J | Local Meals | 10.02 | Overtime meal - AHM |
| 08/13/09 | 09/09/09 | Brown,Charles S. | Local Meals | 13.29 | Late night meal working on American Home Mortgage project |
| 09/10/09 | 09/11/09 | Michaelis,Michele | Travel | 10.00 | train to Penn |
| 09/10/09 | 09/11/09 | Michaelis,Michele | Travel | 15.50 | LIRR ticket to Farmingdale |
| 09/10/09 | 09/11/09 | Michaelis,Michele | Travel | 10.00 | Cab from LIRR train to client |
| 09/10/09 | 09/15/09 | Stewart,Matthew J | Travel | 56.10 | Travel to and from American Home Mortgage (Mileage) |
| 09/10/09 | 09/15/09 | Stewart,Matthew J | Travel | 18.00 | Tolls for George Washington, and Throggs Neck Bridge |
| 09/10/09 | 09/15/09 | Stewart,Matthew J | Travel Meals | 11.94 | Travel Meal - AHM - Lunch |
| 09/30/09 | 09/30/09 | Berliner,David E | Technology Services | 1,500.00 | Concordance Database Monthly Hosting Fee |
| 09/18/09 | 10/01/09 | Michaelis,Michele | Local Meals | 124.55 | Breakfast meeting in NY office |
| 09/18/09 | 10/07/09 | La Malfa,Anthony | Local Travel | 10.00 | Cab from BDO Consulting |
| 09/18/09 | 10/07/09 | La Malfa,Anthony | Local Travel | 10.00 | Cab to BDO Consulting |
| 09/24/09 | 10/13/09 | Reinle,Kevin | Travel | 12.10 | Mileage for visit to client site. |

**Exhibit C**

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 09/24/09 | 10/16/09 | Stewart,Matthew J | Travel | 18.00 | American Home - Tolls |
| 10/08/09 | 10/16/09 | Stewart,Matthew J | Travel | 18.00 | American Home - Tolls |
| 10/08/09 | 10/16/09 | Stewart,Matthew J | Travel | 56.10 | Mileage to and From American Home Mortgage |
| 09/24/09 | 10/16/09 | Stewart,Matthew J | Travel | 56.10 | Mileage to and From American Home Mortgage |
| 09/16/09 | 10/16/09 | Stewart,Matthew J | Travel | 56.10 | Mileage to and From American Home Mortgage |
| 09/16/09 | 10/16/09 | Stewart,Matthew J | Local Meals | 5.69 | Meal for Trip to American Home Mortgage |
| 09/16/09 | 10/16/09 | Stewart,Matthew J | Travel | 18.00 | Travel - Tolls to and from American Home |
| 10/31/09 | 10/31/09 | Berliner,David E | Technology Services | 1,500.00 | Concordance Database Monthly Hosting Fee |

**$5,121.33**