# **EXHIBIT A**

***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555      Fax:   (302) 575-1714

American Home Morgage Holdings, Inc.,  November 1, 2009 to November 30, 2009
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue  Invoice No. 33519
New York, NY 10022
**Attention:**   Mark T. Power, Esquire


**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 0.20 | 30.00 |
| B25 | Fee Applications, Applicant - | 2.90 | 655.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 7.80 | 2,470.00 |
| | **Total** | **10.90** | **$3,155.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Rick S. Miller | 350.00 | 6.00 | 2,100.00 |
| Steven G. Weiler | 250.00 | 3.20 | 800.00 |
| Legal Assistant - DRS | 150.00 | 0.30 | 45.00 |
| Legal Assistant - MH | 150.00 | 1.40 | 210.00 |
| **Total** | | **10.90** | **$3,155.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                             **$88.80**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-04-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail to Ms. Irving re: request for production | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review draft motion to dismiss; e-maul to Mr. Morris | 0.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review draft initial disclosures; e-mail to Ms. Irving | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Irving re: discovery requests | 0.10 | RSM |
| Nov-05-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. Zawadski re: Thacher complaint | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - confer with SGW re: filings in Thatcher discovery | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mail from Mr. Zawdzki re: Thatcher suit | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review notice of rescheduled hearing; e-mail correspondence with Mr. Schnitzer | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - prepare notice of service; serve first request for production | 0.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mails from lead counsel re filing notice of proposed scheduling order and rescheduling a pre-trial conference re Thacher Proffitt adversary proceeding; revise notice and proposed scheduling order; prepare notice of rescheduling pre-trial conference; prepare certificates of service re same; scan, file and serve same; advise RSM re same | 2.00 | SGW |
| | *Litigation/Adversary Proceedings (Non-Claims)* - file and serve notice of discovery requests in JP Morgan case | 0.30 | DRS |
| Nov-06-09 | *Fee Applications, Applicant* - Review docket re hearing date for Ferry, Joseph & Pearce's 1st quarterly fee application; trade e-mails with debtors' local counsel re same; teleconference with debtors' local paralegal re same; trade e-mails with same re same; review compensation order re same; confer with legal assistant re same | 0.60 | SGW |
| Nov-09-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review voice mail from Mr. Morris | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail to Mr. Morris re: filing motion to dismiss | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re: initial disclosures | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Prepare and file motion to dismiss and memorandum | 0.80 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Prepare and serve initial disclosures and notice of service | 0.40 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review Certificate of No Objection for FJP 3rd monthly fee application | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail to Ms. Irving re: service of papers | 0.10 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and | 0.30 | MH |

| Invoice No. 33519 | Page 3 of 4 | | December 15, 2009 |
|---|---|---|---|
| | e-file and serve certificate of no objection re Sept. 09 fee application | | |
| Nov-10-09 | *Fee Applications, Applicant* - review e-mail from SGW re: quarterly fee app | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review JPM's disclosures; e-mail to co-counsel | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review hearing agenda for 11/13 hearing | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review notice of service | 0.10 | RSM |
| Nov-12-09 | *Fee Applications, Applicant* - review October time records | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. Morris re: scheduling | 0.10 | RSM |
| Nov-13-09 | *Litigation/Adversary Proceedings (Non-Claims)* - Attend teleconference with co-counsel | 0.70 | RSM |
| Nov-16-09 | *Fee Applications, Applicant* - review 4th monthly fee application for FJ&P | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* -  E-mail correspondence with S. Weiler re: CNO | 0.10 | RSM |
| | *Fee Applications, Applicant* - Teleconference with debtors' local counsel re frequency in payment of fees to professionals; trade e-mails with RSM re same; trade e-mails with debtors' local counsel re same; trade e-mails with debtors' financial professional re same | 0.30 | SGW |
| Nov-20-09 | *Litigation/Adversary Proceedings (Non-Claims)* - Review JPM discovery requests; e-mail to co-counsel | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Irving | 0.20 | RSM |
| Nov-24-09 | *Fee Applications, Applicant* - Confer with RSM re manner of service of certificates of no objection re fee applications upon fee examiner; review service lists for other similar professionals on docket; trade e-mails with legal assistant re same | 0.30 | SGW |
| | *Case Administration* - E-mail to RSM and S. Weiler and from RSM re 2002 service list update | 0.10 | MH |
| | *Fee Applications, Applicant* - E-mails from S. Weiler re quarterly fee application service procedures | 0.10 | MH |
| | *Fee Applications, Applicant* - Review samples of quarterly fee applications; start preparation of 1st quarterly fee application and related documents | 0.80 | MH |
| | Totals | 10.90 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Nov-05-09 | Photocopy Cost | 1.50 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 6.00 |
| | Photocopy Cost | 1.20 |
| Nov-09-09 | Photocopy Cost | 3.30 |

**Invoice No. 33519** **Page 4 of 4** **December 15, 2009**

|  |  |  |
|---|---|---:|
|  | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 10.40 |
|  | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 2.00 |
|  | Postage | 2.20 |
| Nov-11-09 | Photocopy Cost | 0.50 |
| Nov-16-09 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 20.00 |
| Nov-17-09 | First State Deliveries - hand deliveries on 11/16/09 | 32.50 |
| Nov-24-09 | Photocopy Cost | 1.00 |
|  | Totals | $88.80 |

**Total Fees & Disbursements** $3,243.80