IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------x <br> In re <br><br> AMERICAN HOME MORTGAGE HOLDINGS, <br> INC., *et al.*,[1] <br><br> Debtors. <br> ------------------------------------------------------------x <br> THE OFFICIAL COMMITTEE OF UNSECURED <br> CREDITORS OF AMERICAN HOME MORTGAGE <br> HOLDINGS, INC., *et al.*, <br><br> Plaintiff, <br><br> – against – <br><br> [SEE ATTACHED EXHIBIT A], <br><br> Defendants. | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br> (Jointly Administered) <br><br><br><br><br><br> Adv. Proc. Nos. <br> [See Attached Exhibit A] |

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA    )
                                ) ss.:
COUNTY OF PHILADELPHIA          )

**KATHLEEN A. SENESE**, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Blank Rome LLP, counsel to The Official Committee of Unsecured Creditors of American Home Mortgage in the above-captioned proceedings, and that on the 14th day of December, 2009, she caused copies of the *Scheduling Order [Dkt. 8409]*, to be served as indicated upon the parties listed on the attached service list.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

_____
Kathleen A. Senese, Paralegal

Sworn to and subscribed before
me this 15th day of December 2009

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARY ANNE KOWALCZYK, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 31, 2012

2

128189.01600/21838431v.1

Exhibit A to Scheduling Order

| Name | Adversary Proceeding # |
|---|---|
| COLUMBIA PROPERTIES MELVILLE, LLC d/b/a MARRIOTT MELVILLE | 09-52304 |
| INCO-CHECK, INC. | 09-52296 |
| INSIGHT DIRECT USA INC. d/b/a INSIGHT | 09-51688 |
| JOHN A. JOHNSTON | 09-52299 |
| LARRY ELLIOTT | 09-51707 |
| MORTGAGE GUARANTY INSURANCE CO. | 09-51801 |
| PITNEY BOWES CREDIT CORPORATION and PITNEY BOWES INC., | 09-51778 |
| PITNEY BOWES INC., d/b/a POSTAGE BY PHONE PLUS | 09-51760 |
| PITNEY BOWES, INC. d/b/a PURCHASE POWER, and PITNEY BOWES BANK, INC., d/b/a PURCHASE POWER | 09-51757 |
| RECKSON AUSTRALIA PORTFOLIO CLEARING, RNY AUSTRALIA LPT CORPORATION, RECKSON ASSOCIATES REALTY CORP, RXR REALTY | 09-51681 |
| SOURCEMEDIA, INC. | 09-52300 |
| TOUCH LLC d/b/a PURE | 09-52301 |
| TRADE SHOW FABRICATIONS, INC. | 09-52302 |
| VARGA BERGER LEDSKY HAYES & CASEY, P.C. | 09-52297 |
| WPH ARLINGTON, LLC d/b/a SHERATON CHICAGO NORTHWEST | 09-51690 |

SERVICE LIST

VIA OVERNIGHT MAIL
*Columbia Properties Melville, LLC*
*d/b/a Marriott Melville*
Theodore Mitchel
740 Centre View Blvd
Crestview Hills, KY 41017

Lawrence J. Hilton, Esquire
Jennifer Sun, Esquire
O'Neil LLP
19900 MacArthur Boulevard, Suite 1050
Irvine, CA 92612
*Counsel for Inco-Check, Inc.*
Email: lhilton@hewittoneil.com
Email: jsun@hewittoneil.com

*Insight*
Michael R. Walker, Esq.
Schian Walker, P.L.C.
3550 N Central Ave
Phoenix, AZ 85013
Email: mwalker@swazlaw.com

Carl N. Kunz, III, Esquire
Eric J. Monzo, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
*Counsel for John A. Johnstone*
Email: ckunz@morrisjames.com
Email: emonzo@morrisjames.com

VIA OVERNIGHT MAIL
*Larry Elliott*
1435 Piedmont Drive East, Suite 101
Tallahassee, FL 32308
Attn: Officer, Managing or General Agent

Seth A. Niederman, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19899-2323
*Counsel for Mortgage Guaranty Insurance Co.*
Email: sniederman@foxrothschild.com

VIA OVERNIGHT MAIL
Stephen Wayne, Esquire
*Pitney Bowes, Inc.*
27 Waterview Drive
Shelton, CT 06484

*Reckson Operating Partnership, LP*
Adam C. Dembrow, Esq.
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Email: dembrowa@gtlaw.com

VIA OVERNIGHT MAIL
*SourceMedia, Inc.*
One State Street Plaza, 29th Floor
New York, NY 10004
Attn: Officer, Managing or General Agent

VIA OVERNIGHT MAIL
*Touch LLC d/b/a Pure*
2121 Industrial Road, Suite 107
Las Vegas, NV 89102
Attn: Officer, Managing or General Agent

VIA OVERNIGHT MAIL
*Trade Show Fabrications, Inc.*
360 Oser Avenue
Hauppauge, NY 11788
Attn: Officer, Managing or General Agent

128189.01600/21838431v.1

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue, 10th Floor
Wilmington, DE 19899
*Counsel for Varga Berger Ledsky Hayes & Casey, P.C.*
Email: kmiller@skfdelaware.com
Email: mmigliore@skfdelaware.com

Michael D. Hayes, Esquire
*Varga Berger Ledsky Hayes & Casey, P.C.*
224 South Michigan Avenue, Suite 350
Chicago, IL 60604
Email: mhayes@vblhc.com

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
*Counsel for WPH Arlington, LLC d/b/a Sheraton Chicago Northwest*
Email: kbifferato@cblh.com
Email: mphillips@cblh.com