**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | x | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | re: Docket Nos. 8049, 8141 and |
| | | 8149 |

**CERTIFICATION OF COUNSEL IN CONNECTION WITH**
**PROPOSED ORDER REGARDING CLAIMS OF MONA DOBBEN**

The Court instructed counsel for the Debtors to submit a proposed form of Order in connection with the Claim of Mona Dobben following the evidentiary hearing held on December 9, 2009.

Counsel for the Debtors submitted the attached proposed form of Order Regarding Claim of Mona Dobben to counsel for Ms. Dobben, Douglas Pettibone, Esquire.  Mr. Pettibone approved the proposed form of order on December 15, 2009 for both form and substance.

Accordingly, the Debtors submit the attached proposed form of Order (attached as Exhibit "A") for the Court's consideration and entry.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors-in-Possession

Dated:  December 15, 2009

# EXHIBIT "A"

DB02:9036371.1

066585.1001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | x | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | re: Docket Nos. 8049, 8141 and 8149 |

## ORDER REGARDING CLAIMS OF MONA DOBBEN

AND NOW, the Court having considered Debtors' Objections to Claims of Mona Dobben, the pleadings and filings in connection therewith and having conducted an evidentiary hearing on December 9, 2009, after due consideration of the evidence and argument, for the reasons stated on the record at the conclusion of the evidentiary hearing,

IT IS ORDERED THAT Claimant Mona Dobben shall have an allowed, administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of One Hundred Thousand Dollars ($100,000.00) which claim shall be, jointly and severally, against the following Debtors: American Home Mortgage Corp., American Home Mortgage Holdings, Inc. and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.)(the "Allowed Claims");

IT IS FURTHER ORDERED that the Allowed Claims shall be paid on or before twenty-one (21) days from the date this order becomes final and non-appealable; and

IT IS FURTHER ORDERED that Claimant Mona Dobben shall have no other allowed claims against any of the Debtors, including but not limited to Claim Nos. 10607, 10608 and 10609, except the Allowed Claims provided for herein, and all such other claims are expunged.

IT IS SO ORDERED.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: Wilmington, Delaware
        December _____, 2009

2

066585.1001