IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., A Delaware Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No.: 07-11047 (CSS)<br><br>Jointly Administered<br><br>Docket Ref. No. 8101, 8226 |

**CERTIFICATION OF COUNSEL REGARDING AGREED ORDER
GRANTING PARK NATIONAL BANK RELIEF FROM AUTOMATIC STAY**

The undersigned certifies as follows:

1. Attached hereto as Exhibit "1" is the proposed form of *Agreed Order Granting Park National Bank Relief from Automatic Stay* (the "Proposed Order"). The Proposed Order reflects the agreement reached and approved by counsel for the Debtors/Debtors in Possession and counsel for Park National Bank.

2. The undersigned respectfully submits that the Court may consider and enter the Proposed Order at the Court's earliest convenience, without further notice or hearing.

Dated: Wilmington, Delaware
December 16, 2009

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

Michael Busenkell (No. 3933)
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252-4324

-and-

ARONAUER, RE & YUDELL, LLP
Joseph Aronauer, admitted Pro Hac Vice
444 Madison Avenue, 17th Floor
New York, New York 10022
Telephone: (212) 755-6000

*Counsel for Park National Bank*