## AMERICAN HOME MORTGAGE
### Time Summary
### November 1, 2009 to November 30, 2009

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 21.9 | 610.00 | 13,359.00 |
| ROBERT M KLEIN | PARTNER | 0.5 | 600.00 | 300.00 |
| MICHELE MICHAELIS | DIRECTOR | 13.7 | 450.00 | 6,165.00 |
| CHRIS AWONG | SENIOR | 47.0 | 275.00 | 12,925.00 |
| MATTHEW J STEWART | SENIOR | 59.3 | 240.00 | 14,232.00 |
| KEVIN REINLE | SENIOR | 2.1 | 225.00 | 472.50 |
| NAUSHON E VANDERHOOP | SENIOR | 1.5 | 190.00 | 285.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 2.7 | 150.00 | 405.00 |
| | **SUBTOTAL:** | **148.7** | | **$48,143.50** |
| TRAVEL TIME: Billed @1/2 rate | | | | |
| MICHELE MICHAELIS | DIRECTOR | 1.5 | 225.00 | 337.50 |
| MATTHEW J STEWART | SENIOR | 2.0 | 120.00 | 240.00 |
| | **SUBTOTAL:** | **3.5** | | **577.50** |
| | **TOTAL:** | **152.2** | | **$48,721.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2009 to November 30, 2009

**A.      ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/4/2009 | M.M. | Discussed with M. Stewart adjustments to SAP claims amounts and increased "cash at emergence". | 0.2 |
| 11/4/2009 | M.S. | Reviewed updated claims summary provided by the Debtors with an emphasis on SAP claims. | 2.6 |
| 11/11/2009 | M.S. | Reviewed information and analysis prepared by Debtors regarding: servers and claims. | 1.4 |
| | | **TOTAL:** | **4.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 0.2 | 450.00 | 90.00 |
| M. STEWART (M.S.) | 4.0 | 240.00 | 960.00 |
| **TOTAL:** | **4.2** | | **1,050.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

**B.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/4/2009 | M.M. | Reviewed and corresponded re: tax return update. | 0.1 |
| 11/13/2009 | M.S. | Corresponded with D. Berliner and M. Michaelis regarding tax planning. | 0.2 |
| 11/30/2009 | M.S. | Corresponded with D. Berliner regarding tax return preparation. | 0.2 |
| | | **TOTAL:** | **0.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 0.1 | 450.00 | 45.00 |
| M. STEWART (M.S.) | 0.4 | 240.00 | 96.00 |
| **TOTAL:** | **0.5** | | **141.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/3/2009 | C.A. | Per request from Counsel, reviewed the payments made to the employee benefits provider, SHPS, Inc. during the preference period.  Also reviewed various correspondence between SHPS' Counsel and Debtors' Counsel to establish potential new value defense.  Coordinated response with Debtors. | 2.1 |
| 11/3/2009 | C.A. | Per request from Counsel, researched whether a certain check paid to defendant Vicom cleared the bank or bounced by researching Debtors' bank statement, defendant's bank statement, A/P records, JP Morgan stop payment report, and proof of claim.  Coordinated response with Debtors. | 1.4 |
| 11/3/2009 | C.A. | Per request from Counsel, reviewed the accuracy of ZC Sterling's affidavit regarding wire payments it received, and coordinated response with Debtors. | 1.2 |
| 11/4/2009 | C.A. | Per request from Counsel, followed up with the Debtors on various open items, including vendors AllRegs, LeadPoint, Inc. | 0.3 |
| 11/4/2009 | C.A. | Per request from Counsel, researched and verified the existence of scheduled claims and proofs of claims filed by various Counties in the ZC Sterling preference matter. | 1.3 |
| 11/4/2009 | C.A. | Reviewed the Debtors' response to various questions on bounced check asserted by vendor Vicom, including review of Vicom stipulation and court order, and communicated response to Counsel. | 0.7 |
| 11/4/2009 | C.A. | Reviewed the Debtors' response to Counsel's questions on the accuracy of historical data provided by vendor Office Furniture Now, communicated response to Counsel. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/4/2009 | C.A. | Reviewed the defendant landlord, Town Park Common's assertion that a given check bounced and another check was not received, and provided response to Counsel. | 0.9 |
| 11/5/2009 | C.A. | Responded to various information and documentation requests for the two vendors LeadPoint, Inc. (investigated asserted vendor refund) and PCI Services (searched for invoices and checks). | 1.7 |
| 11/5/2009 | C.A. | Reviewed the Debtors' response regarding an unidentified check received by defendant Homebuyers Market, and provided explanation to Counsel. | 0.3 |
| 11/6/2009 | C.A. | Per request from Counsel, investigated the effectiveness of the Debtors' Check Stop Payment report (by verifying checks on the bank's website), and researched bounced checks from the Debtors' bank statements.  Reported observations to Counsel and Debtors. | 3.8 |
| 11/9/2009 | C.A. | Per request from Counsel, researched on the court docket whether the property lease with First Credit Union was assumed pursuant to sale to Indy Mac.  Coordinated response to Counsel with the Debtors. | 1.7 |
| 11/10/2009 | C.A. | Responded to various requests for information and support from Counsel based on responses from the Debtors regarding to vendors Open Access (missing invoice), Corporation Services Company (asserted new value), Brink's Communication (W-9 verification), and First Credit Union (confirmation of assumed and assigned lease). | 3.1 |
| 11/11/2009 | C.A. | Investigated Rural Development's assertion that two specific checks were returned due to insufficient funds, including reviewing check images, corresponding with the Debtors, and searching through the JP Morgan Stop Report and Bounced Check Report. | 1.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
**November 1, 2009 to November 30, 2009**

### C.     PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/11/2009 | C.A. | Prepared a summary schedule of preference settlements to date, per the 3rd Omnibus 9019 Motion, and submitted to BDO team for review. | 0.9 |
| 11/11/2009 | C.A. | Per request from Counsel, investigated and coordinated responses with the Debtors for various matters including LeadPoint, Inc. (verified assertion of pre-petition and administrative claims), Brink's Communication (assisted in determining defendant contact information), and Check Printers, Inc (assisted in determining correct contract assigned to 3rd party). | 2.3 |
| 11/11/2009 | C.A. | Per request from Counsel, verified the existence of pre-preference payments to vendor PBCC, existence of lease agreements, and coordinated response with the Debtors | 0.8 |
| 11/11/2009 | M.S. | Reviewed preference analysis prepared by C. Awong. | 0.3 |
| 11/12/2009 | M.M. | Reviewed preference summary update. | 0.2 |
| 11/17/2009 | C.A. | Responded to various questions from Counsel regarding IT vendor Brinks Communications (revised address, W-9, etc.). | 0.2 |
| 11/17/2009 | C.A. | Responded to various questions from Counsel regarding potential historical payments to Pitney Bowes. | 1.1 |
| 11/17/2009 | C.A. | Per request from Counsel, investigated the nature of a credit issued by vendor MERS, Inc., and coordinated response with the Debtors. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

**C.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/17/2009 | C.A. | Per request from Counsel, researched the nexus between AHM Servicing and Columbia National, and at what point in time the BG&E utility bill was no longer the responsibility of AHM pursuant to AHMSI's sale to Wilbur Ross. | 1.2 |
| 11/17/2009 | C.A. | Per request from Counsel, provided select invoices from the historical and preference period. | 0.3 |
| 11/18/2009 | C.A. | Reviewed the executed contract between the Debtors and Check Printers and verified the Defendant's assertion of the contract date.  Responded to Counsel. | 1.3 |
| 11/18/2009 | C.A. | Facilitated conference call between the Debtors and Counsel regarding defendant MGIC, and coordinated additional information from the Debtors. | 0.7 |
| 11/18/2009 | C.A. | Reviewed an additional list of bounced checks provide by the Debtors and revised and communicated updated schedule of bounced checks to Counsel. | 2.1 |
| 11/19/2009 | C.A. | Resolved various open items made by Counsel with the Debtors for vendor matters including Trade Show Fabrications and Pitney Bowes. | 0.4 |
| 11/19/2009 | C.A. | Followed up with the Debtor on various open items for various vendors including SHPS Inc, Microsoft, and bounced checks. | 1.2 |
| 11/19/2009 | M.M. | Reviewed updated data re: preferences. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/20/2009 | C.A. | Responded to various questions from Counsel on the Microsoft agreement that was purportedly assigned to Wilbur Ross, as well as various questions on payments made in the preference period to Microsoft. | 0.8 |
| 11/20/2009 | C.A. | Responded to Counsel's request for information on the credit issued by vendor MERS, Inc. | 1.3 |
| 11/20/2009 | C.A. | Per request from Counsel, reviewed and researched the existence of unpaid new value as asserted by Defendant Webb-Mason, and coordinated response with the Debtors. | 1.2 |
| 11/20/2009 | C.A. | Reviewed the JP Morgan reconciliation report (dated 8/31/07) and researched (with the assistance of the Debtors) the various codes assigned to checks.  Drafted and submitted a detailed memo to Counsel regarding asserted bounced checks. | 1.6 |
| 11/20/2009 | C.A. | Per request from Counsel, prepared a comprehensive report of detailed unpaid new value for the 200 preference vendors not yet settled or dismissed, and submitted to Counsel. | 2.9 |
| 11/23/2009 | C.A. | Corresponded with the Debtors regarding various open items in regards to preference defendants Rural Development, Baltimore Gas & Electric, Larmee Executive Search, and SHPS, Inc. | 1.2 |
| 11/24/2009 | C.A. | Per request from Counsel, reviewed various documents in relation to the Microsoft preference action, including the cure objection, new value, paid invoices, and coordinated response from the Debtors. | 1.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2009 to November 30, 2009

**C.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|---|---|---|---|
| 11/24/2009 | C.A. | Reviewed response from McKee (preference defendant's) Counsel regarding date of settlement for invoices paid in the preference period, and verified with the Debtors. Coordinated response with the Debtors to Counsel. | 2.3 |
| 11/30/2009 | C.A. | Coordinated various correspondences between the Debtors and Counsel regarding the existence of potential new value for vendor Webb Mason. | 0.8 |
| 11/30/2009 | C.A. | Per request from Counsel, verified the accuracy of an advance deposit made to vendor Ocean Resort, and coordinated response with the Debtors. | 0.4 |
| | | **TOTAL:** | **47.7** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| M. MICHAELIS (M.M.) | 0.4 | 450.00 | 180.00 |
| C. AWONG (C.A.) | 47.0 | 275.00 | 12,925.00 |
| M. STEWART (M.S.) | 0.3 | 240.00 | 72.00 |
| **TOTAL:** | **47.7** | | **13,177.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

## D.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/9/2009 | M.S. | Reviewed historical transactions and accounts with regards to the causes of action investigation. | 1.8 |
| 11/10/2009 | M.S. | Reviewed historical transactions and accounts with regards to the causes of action investigation. | 1.7 |
| 11/12/2009 | D.B. | Met with M. Stewart re: status of follow-up analysis for counsel on UCC Investigation issues. | 0.3 |
| 11/12/2009 | M.M. | Brief update discussion with D. Berliner re: "litigation" call to review all ongoing litigations. | 0.2 |
| 11/13/2009 | D.B. | Reviewed initial draft of mediation statement. | 1.4 |
| 11/13/2009 | M.S. | Reviewed documents relating to the causes of action. | 0.8 |
| 11/15/2009 | M.S. | Worked on potential causes of action analysis. | 0.8 |
| 11/19/2009 | M.S. | Reviewed emails relating to Waterfield, BDO update and meetings with Committee next week. | 0.6 |
| 11/20/2009 | M.S. | Reviewed information relating to the causes of action investigation. | 0.3 |
| 11/23/2009 | M.M. | Reviewed Waterfield and mediation documents prior to calls to discuss. | 0.4 |
| 11/23/2009 | M.M. | Call with D. Berliner re: Bank update and mediation hearing. | 0.2 |
| 11/24/2009 | D.B. | Reviewed final AHM mediation statement and confidential letter to judge and mediation statement from defendants to prepare for mediation for Waterfield litigation. | 1.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

### D.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/24/2009 | D.B. | Attended mediation session re: Waterfield litigation. | 1.7 |
| 11/24/2009 | D.B. | Met with M. Michaelis and M. Stewart re: Waterfield mediation and follow up work. | 0.2 |
| 11/24/2009 | M.M. | Met with D. Berliner re: update on Waterfield litigation mediation. | 0.3 |
| 11/30/2009 | D.B. | Met with team re: status of work on Waterfield litigation and UCC investigation. | 0.5 |
| | | **TOTAL:** | **12.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 5.7 | 610.00 | 3,477.00 |
| M. MICHAELIS (M.M.) | 1.1 | 450.00 | 495.00 |
| M. STEWART (M.S.) | 6.0 | 240.00 | 1,440.00 |
| **TOTAL:** | **12.8** | | **5,412.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

**E.      ASSET SALE/AUCTION**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 11/20/2009 | M.S. | Correspondence requesting loan information. | 0.2 |
| | | **TOTAL:** | **0.2** |

**INDIVIDUAL TOTALS**

| <u>Name</u> | <u>Hour</u> | <u>Rate</u> | <u>Compensation</u> |
|---|---|---|---|
| M. STEWART (M.S.) | 0.2 | 240.00 | 48.00 |
| **TOTAL:** | **0.2** | | **48.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
**November 1, 2009 to November 30, 2009**

### F.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/3/2009 | D.B. | E-mails with K. Nystrom re: update on AH Bank and e-mailed updated information to Hahn & Hessen. | 0.2 |
| 11/3/2009 | M.S. | Met with M. Michaelis, S. Martinez and the Trustee regarding various issues. | 2.5 |
| 11/4/2009 | M.S. | Corresponded with the Debtors regarding SAP claims and adjustments. | 0.4 |
| 11/5/2009 | M.S. | Corresponded with S. Martinez regarding open items and Effective Date issues. | 0.1 |
| 11/9/2009 | M.S. | Prepared for Debtors' site visit Tuesday and Wednesday. | 0.8 |
| 11/10/2009 | D.B. | Conference call with Debtors and UCC professionals re: open case issues. | 2.0 |
| 11/10/2009 | M.S. | Met with S. Martinez regarding open issues and Effective Date items. | 1.0 |
| 11/10/2009 | M.S. | Work sessions with AHM employees re: claims, loan sales, repurchases and EPD. | 0.9 |
| 11/10/2009 | M.S. | Prepared for meetings with Trustee's consultant on 11/11/09. | 0.6 |
| 11/11/2009 | M.S. | Various meetings and work sessions with L. Smalley and S. Martinez re: Effective Date planning. | 3.8 |
| 11/11/2009 | M.S. | Work sessions with AHM employees regarding servers, loan files, document destruction and Melville building. | 1.7 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
**November 1, 2009 to November 30, 2009**

**F.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/13/2009 | D.B. | Conference call with S. Martinez, PWC tax people and R. Klein re: tax return planning. | 0.5 |
| 11/13/2009 | D.B. | Telephone calls with R. Klein to prepare for tax return planning conference call and to follow-up results of call. | 0.2 |
| 11/13/2009 | D.B. | E-mail to S. Martinez re: tax return follow-up. | 0.1 |
| 11/13/2009 | M.M. | Participated in call with Debtors' advisors and PWC re: tax issues. | 0.9 |
| 11/13/2009 | M.S. | Conference call with PwC regarding tax preparation. | 0.5 |
| 11/13/2009 | R.K. | Participated on phone call re: open tax issues. | 0.5 |
| 11/18/2009 | M.S. | Corresponded with S. Martinez regarding Broadhollow. | 0.2 |
| 11/18/2009 | M.S. | Conference call with S. Martinez regarding current issues. | 0.5 |
| 11/18/2009 | M.S. | Prepared for weekly conference call with the Debtors regarding case issues. | 0.2 |
| 11/19/2009 | D.B. | Telephone call with M. Seidel, Esq. re: Waterfield litigation. | 0.3 |
| 11/23/2009 | M.M. | Call with K. Nystrom re: update on Bank sale. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2009 to November 30, 2009

## F.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/24/2009 | D.B. | Met with K. Nystrom, Cadwalader and Hahn & Hessen to prepare for mediation re: Waterfield. | 1.3 |
| 11/24/2009 | M.S. | Had telephone call and corresponded with S. Martinez regarding budget and professional fees. | 0.4 |
| 11/25/2009 | D.B. | Reviewed e-mails from Zolfo re: Waterfield litigation, AH Bank and health benefits analysis. | 0.4 |
| 11/25/2009 | D.B. | Conference call with M. Indelicato, K. Nystrom and S. Martinez re: Waterfield litigation. | 0.4 |
| 11/30/2009 | D.B. | Reviewed e-mails from S. Martinez re: employee benefits analysis. | 0.3 |
| | | **TOTAL:** | **21.0** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 5.7 | 610.00 | 3,477.00 |
| R. KLEIN (R.K.) | 0.5 | 600.00 | 300.00 |
| M. MICHAELIS (M.M.) | 1.2 | 450.00 | 540.00 |
| M. STEWART (M.S.) | 13.6 | 240.00 | 3,264.00 |
| **TOTAL:** | **21.0** | | **7,581.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

**G.      REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/19/2009 | D.B. | Reviewed final draft of BDO report to UCC re: case update. | 0.2 |
| 11/19/2009 | M.M. | Reviewed and edited memo for Committee re: update. | 0.8 |
| | | **TOTAL:** | **1.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.2 | 610.00 | 122.00 |
| M. MICHAELIS (M.M.) | 0.8 | 450.00 | 360.00 |
| **TOTAL:** | **1.0** | | **482.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

## H.    MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/3/2009 | M.M. | Met with S. Sass and L. Smalley re: case update, employee update and post effective date issues. | 3.1 |
| 11/19/2009 | M.M. | Discussed and corresponded with Committee members and Counsel re: additional information included in case update. | 0.3 |
| | | **TOTAL:** | **3.4** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 3.4 | 450.00 | 1,530.00 |
| **TOTAL:** | **3.4** | | **1,530.00** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

## I.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/2/2009 | D.B. | Reviewed news articles re: Hozie SEC Discovery issue. | 0.1 |
| 11/2/2009 | D.B. | Reviewed revised draft of liquidation analysis, prepared comments and discussed with M. Stewart; e-mailed to E. Schnitzer. | 2.1 |
| 11/2/2009 | D.B. | Reviewed draft 6 month Budget for Liquidating Trustee, prepared comments and discussed with M. Stewart. | 1.3 |
| 11/2/2009 | D.B. | Reviewed post-effective date timeline for liquidation trustee and discussed issues with M. Stewart and M. Michaelis. | 0.6 |
| 11/2/2009 | M.M. | Discussed status of case, timeline, effective date issues, and visit to facility with M. Stewart and D. Berliner. | 0.8 |
| 11/2/2009 | M.S. | Prepared the project and employee timeline. | 1.4 |
| 11/2/2009 | M.S. | Reviewed historically professional fee run-rates. | 0.4 |
| 11/2/2009 | M.S. | Prepared the 6 month forecast for the Trustee as required under the Plan. | 3.2 |
| 11/2/2009 | M.S. | Prepared for the site visit tomorrow with the Trustee. | 1.2 |
| 11/2/2009 | M.S. | Corresponded with P. Cashman and reviewed plan regarding indentured trustees. | 0.4 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2009 to November 30, 2009

## I.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/2/2009 | M.S. | Updated and reviewed liquidation analysis as of 4/30/09 per D. Berliner's edits to go to counsel. | 1.3 |
| 11/3/2009 | D.B. | Reviewed latest cash flow budget and effective date cash analysis. | 0.3 |
| 11/3/2009 | M.M. | Met with M. Stewart re: case update. | 0.8 |
| 11/3/2009 | M.M. | Reviewed updated employee sheet, cash at effective and timeline. | 0.9 |
| 11/3/2009 | M.M. | Reviewed other open issues at AHM leading to effective date delay. | 0.3 |
| 11/3/2009 | M.S. | Corresponded with D. Berliner and Law Debenture regarding the Indentured Trustees. | 0.2 |
| 11/3/2009 | M.S. | Reviewed and prepared materials for the Trustee including: 6 month budget, project and employee timelines, Effective Date cash and potential KERP post-Effective Date. | 3.3 |
| 11/3/2009 | M.S. | Met with M. Michaelis regarding current issues and updates. | 1.8 |
| 11/4/2009 | D.B. | Met with M. Stewart re: results of meeting with Liquidating Trustee at AHM offices, work to be done and next steps. | 0.3 |
| 11/4/2009 | M.S. | Met with D. Berliner regarding various effective date issues. | 0.3 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

I.    **BUSINESS ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 11/5/2009 | M.M. | Discussed case status with M. Stewart. | 0.3 |
| 11/5/2009 | M.S. | Prepared and reviewed Effective Date issues for D. Berliner. | 1.8 |
| 11/5/2009 | M.S. | Reviewed server decommission and applications files forwarded by the Debtors. | 0.3 |
| 11/5/2009 | M.S. | Collaboration of documents relating to Effective Date issues and go-forward projects. | 0.8 |
| 11/5/2009 | M.S. | Met with D. Berliner regarding various effective date issues. | 0.3 |
| 11/5/2009 | M.S. | Reviewed cash flow forecast provided on 10/28/09. | 0.4 |
| 11/5/2009 | M.S. | Reviewed Debtors' open items listing and updates to case planning. | 0.4 |
| 11/6/2009 | M.M. | Reviewed cash at effective date schedule. | 0.4 |
| 11/6/2009 | M.S. | Reviewed cash flow forecast and updated cash at the Effective Date. | 0.8 |
| 11/6/2009 | M.S. | Corresponded with D. Berliner and M. Michaelis regarding bank and site visit next week. | 0.3 |
| 11/9/2009 | D.B. | Met with M. Stewart to discuss work in process and to prepare for meeting at AHM office. | 0.3 |
| 11/9/2009 | M.S. | Reviewed historical fee applications related to the tax professionals. | 1.4 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

**I.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/9/2009 | M.S. | Corresponded with D. Berliner regarding site visit. | 0.1 |
| 11/9/2009 | M.S. | Reviewed cash flow forecast provided by the Debtors on 11/6/9. | 0.6 |
| 11/9/2009 | M.S. | Reviewed Debtors' and Creditors' Advisors Effective Date issue lists. | 0.8 |
| 11/10/2009 | D.B. | Reviewed list of open issues provided by YCST to prepare for conference call. | 0.5 |
| 11/10/2009 | D.B. | Reviewed cash flow forecast and effective date cash analysis prepared by Zolfo Cooper for period 10/31/2009 through 01/01/2010. | 0.4 |
| 11/10/2009 | D.B. | Telephone call and e-mails with M. Stewart re: results of meetings at Debtors' offices. | 0.2 |
| 11/10/2009 | M.S. | Reviewed and researched issues relating to FAS 140. | 1.8 |
| 11/10/2009 | M.S. | Corresponded with D. Berliner regarding conference call and Effective Date issues. | 0.2 |
| 11/10/2009 | M.S. | Reviewed historical monthly trial balances provided by AHM employees. | 0.8 |
| 11/11/2009 | M.M. | Reviewed open issues with regard to cash at effective date. | 0.3 |
| 11/12/2009 | M.S. | Reviewed Debtors cash flow forecast and analysis of 6 month budget Post-Effective Date. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

I.      BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/12/2009 | M.S. | Reviewed docket and related filings. | 0.4 |
| 11/12/2009 | M.S. | Reviewed emails and related documents. | 0.1 |
| 11/13/2009 | M.M. | Discussed case status update with M. Stewart. | 0.3 |
| 11/13/2009 | M.S. | Reviewed professional fee applications filed through 11/13/09. | 0.2 |
| 11/13/2009 | M.S. | Reviewed cash flow forecast provided on 11/13/09. | 0.4 |
| 11/17/2009 | K.R. | Updated professional fees summary schedules based on updated fee applications filed with the Court. | 1.1 |
| 11/17/2009 | M.S. | Corresponded with D. Berliner and M. Michaelis regarding weekly update and reviewed docket filings. | 0.2 |
| 11/18/2009 | K.R. | Reviewed docket for newly filed Omnibus Objections; updated summary schedule to include newly filed documents. | 1.0 |
| 11/18/2009 | M.S. | Prepared update email for D. Berliner and M. Michaelis and correspondences re: update email. | 1.4 |
| 11/18/2009 | M.S. | Reviewed professional fee applications filed through 11/17/09. | 0.3 |
| 11/18/2009 | M.S. | Reviewed Effective Date issues list and made necessary revisions. | 0.3 |
| 11/19/2009 | M.S. | Reviewed emails and docket and related files. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

**I.      BUSINESS ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 11/20/2009 | M.M. | Reviewed budget update and professional fee related data. | 0.4 |
| 11/24/2009 | M.S. | Reviewed and analyzed professional fees filed by Debtor professionals | 1.1 |
| 11/24/2009 | M.S. | Reviewed emails and docket with related filings. | 0.5 |
| 11/24/2009 | M.S. | Telephone call with D. Berliner and M. Michaelis regarding professional fees and budget. | 0.3 |
| 11/25/2009 | M.M. | Reviewed updated correspondence re: cash and current go forward plans. | 0.3 |
| 11/29/2009 | M.S. | Reviewed cash flow forecast prepared by the Debtors on 11/25/09 and prepared 6 month forecast. | 0.8 |
| 11/30/2009 | D.B. | Reviewed cash flow forecast dated 11/20/2009. | 0.3 |
| 11/30/2009 | M.M. | Reviewed and discussed with M. Stewart current effective date issues. | 0.4 |
| 11/30/2009 | M.S. | Reviewed cash flow forecast prepared by the Debtors on 11/25/09 and prepared 6 month forecast. | 0.6 |
| | | **TOTAL:** | **45.2** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2009 to November 30, 2009

## I.    BUSINESS ANALYSIS

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|-----:|-----:|-------------:|
| D. BERLINER (D.B.) | 6.4 | 610.00 | 3,904.00 |
| M. MICHAELIS (M.M.) | 5.2 | 450.00 | 2,340.00 |
| M. STEWART (M.S.) | 31.5 | 240.00 | 7,560.00 |
| K. REINLE (K.R.) | 2.1 | 225.00 | 472.50 |
| **TOTAL:** | **45.2** | | **14,276.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

## J.    COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/4/2009 | D.B. | E-mails with E. Schnitzer re: cash in escrow at Hahn & Hessen. | 0.2 |
| 11/5/2009 | D.B. | Telephone call and e-mails with M. Indelicato re: cancelling UCC call. | 0.1 |
| 11/5/2009 | D.B. | Prepared open issue list for counsel for conference call next week with Debtors. | 0.5 |
| 11/5/2009 | M.M. | Reviewed current correspondence from Counsel. | 0.2 |
| 11/10/2009 | M.S. | Prepared for and participated in conference call with counsel and Trustee to discuss Effective Day Issues. | 3.0 |
| 11/11/2009 | D.B. | Reviewed e-mails from E. Schnitzer and M. Indelicato re: preference settlements and Effective Date issues. | 0.2 |
| 11/12/2009 | D.B. | Telephone call and e-mails with M. Indelicato re: case status, Waterfield litigations and need for UCC call; reviewed e-mail to UCC cancelling call. | 0.2 |
| 11/13/2009 | D.B. | Conference call with M. Indelicato and Z. Newman re: Waterfield mediation. | 0.6 |
| 11/16/2009 | M.S. | Corresponded regarding AH Bank. | 0.1 |
| 11/18/2009 | D.B. | Prepared e-mail to Hahn & Hessen summarizing BDO update call with Zolfo Cooper. | 0.5 |
| 11/19/2009 | D.B. | Reviewed e-mail with counsel re: professional fee holdbacks. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

## J.   COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/23/2009 | M.M. | Call with Committee re: mediation hearing on Waterfield. | 0.5 |
| 11/23/2009 | M.M. | Call with professionals re: post-effective date issues. | 0.6 |
| 11/24/2009 | D.B. | E-mails with M. Indelicato re: Waterfield follow-up issues. | 0.1 |
| 11/25/2009 | D.B. | E-mail to Hahn & Hessen re: Cadwalader fee analysis and retention letters for Waterfield litigation. | 0.3 |
| | | **TOTAL:** | **7.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.8 | 610.00 | 1,708.00 |
| M. MICHAELIS (M.M.) | 1.3 | 450.00 | 585.00 |
| M. STEWART (M.S.) | 3.1 | 240.00 | 744.00 |
| **TOTAL:** | **7.2** | | **3,037.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

**K.      FEE APPLICATIONS / MONTHLY STATEMENTS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|-------------|------|
| 11/3/2009 | M.G. | Prepared October monthly data. | 0.9 |
| 11/4/2009 | M.G. | Prepared October monthly data. | 0.5 |
| 11/5/2009 | M.G. | Prepared October monthly data. | 0.6 |
| 11/11/2009 | M.G. | Prepared October monthly data. | 0.1 |
| 11/12/2009 | M.G. | Updated October monthly data. | 0.3 |
| 11/13/2009 | N.V. | Reviewed and edited October 2009 time detail; updated project categories. | 0.8 |
| 11/14/2009 | D.B. | Reviewed and approved 25th monthly application of BDO for compensation and services rendered as FA to UCC for October 2009 and Berliner Declaration. | 1.1 |
| 11/17/2009 | M.G. | Updated and sent out monthly application. | 0.3 |
| 11/19/2009 | N.V. | Reviewed updated October 2009 time detail and fee application. | 0.7 |
| 11/20/2009 | M.S. | Corresponded with N. Vanderhoop re: professional fees and reviewed same. | 0.2 |
| | | **TOTAL:** | **5.5** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

## K.       FEE APPLICATIONS / MONTHLY STATEMENTS

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.1 | 610.00 | 671.00 |
| M. STEWART (M.S.) | 0.2 | 240.00 | 48.00 |
| N. VANDERHOOP (N.V.) | 1.5 | 190.00 | 285.00 |
| M. GOMEZ (M.G.) | 2.7 | 150.00 | 405.00 |
| **TOTAL:** | **5.5** | | **1,409.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2009 to November 30, 2009**

**L.      TRAVEL TIME**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/3/2009 | M.M. | Travel time to/from NY to Meville, NY. | 1.5 |
| 11/3/2009 | M.S. | Travel time to and from Melville Long Island (above normal commute). | 1.0 |
| 11/10/2009 | M.S. | Travel Time to and from Melville Long Island. | 0.5 |
| 11/11/2009 | M.S. | Travel Time to and from Melville Long Island. | 0.5 |
| | | **TOTAL:** | **3.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 1.5 | 225.00 | 337.50 |
| M. STEWART (M.S.) | 2.0 | 120.00 | 240.00 |
| **TOTAL:** | **3.5** | | **577.50** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
November 1, 2009 through November 30, 2009

1.     PHOTOCOPYING
       a.     Internal
       b.     External

2.     TELECOMMUNICATIONS
       a.     Toll Charges
       b.     Facsimile

3.     COURIER, FRIEGHT AND POSTAL SERVICES
       *For overnight and hand delivery to Counsel
       and Committee members*

4.     COURT REPORTER AND TRANSCRIPTS

5.     TECHNOLOGY SERVICES – *Concordance Database*                    $1,500.00
       *Monthly Hosting Fee*

6.     OUT-OF-TOWN TRAVEL
       a.     Transportation                                              329.90
       b.     Lodging
       c.     Meals                                                       152.72

7.     OUTSIDE SERVICES

8.     LOCAL MEALS

9.     LOCAL TRANSPORTATION, TOLLS, MILEAGE
       AND PARKING – for cabs to/from meetings, car service
       *for employees working after 8:00 p.m. and local mileage
       using personal auto*

10.    MISCELLANEOUS – Internet Connection

       **TOTAL**                                                      **$1,982.62**

       *Details available upon request to BDO.*