# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | x  Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | :  Case No. 07-11047 (CSS) |
| Debtors. | :  Jointly Administered |
| | :  re: Docket Nos. 8049, 8141 and 8149 |

## ORDER REGARDING CLAIMS OF MONA DOBBEN

AND NOW, the Court having considered Debtors' Objections to Claims of Mona Dobben, the pleadings and filings in connection therewith and having conducted an evidentiary hearing on December 9, 2009, after due consideration of the evidence and argument, for the reasons stated on the record at the conclusion of the evidentiary hearing,

IT IS ORDERED THAT Claimant Mona Dobben shall have an allowed, administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of One Hundred Thousand Dollars ($100,000.00) which claim shall be, jointly and severally, against the following Debtors: American Home Mortgage Corp., American Home Mortgage Holdings, Inc. and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.)(the "Allowed Claims");

IT IS FURTHER ORDERED that the Allowed Claims shall be paid on or before twenty-one (21) days from the date this order becomes final and non-appealable; and

IT IS FURTHER ORDERED that Claimant Mona Dobben shall have no other allowed claims against any of the Debtors, including but not limited to Claim Nos. 10607, 10608 and 10609, except the Allowed Claims provided for herein, and all such other claims are expunged.

IT IS SO ORDERED.

Christopher S. Sontchi
United States Bankruptcy Judge

Dated: Wilmington, Delaware
       December 17, 2009