IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              :
                                                    :  Chapter 11
AMERICAN HOME MORTGAGE                              :
HOLDINGS, INC.,                                     :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    :  Jointly Administered
    Debtors.                                        :
                                                    :  Ref. Docket No.: 8322
                                                    :
---------------------------------------------------------------- x

**ORDER APPROVING THIRD STIPULATION BY AND AMONG
THE DEBTORS, CERTAIN CURRENT AND FORMER DIRECTORS AND
OFFICERS OF THE DEBTORS, THE PRIMARY INSURER, AND THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER GRANTING
RELIEF FROM THE AUTOMATIC STAY, TO ENFORCE INSURANCE
<u>POLICY IN FAVOR OF INSURED PARTIES</u>**

Upon consideration of the motion (the "<u>Motion</u>")[2] of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "<u>Debtors</u>") for entry of an order approving the Third Stipulation By and Among the Debtors, Certain Current and Former Directors and Officers of the Debtors, the Primary Insurer, and the Official Committee of Unsecured Creditors for an Order Granting Relief From the Automatic Stay, to Enforce Insurance Policy In Favor of Insured Parties (the "<u>Stipulation</u>"), a copy of which is attached hereto as <u>Exhibit 1</u>; and it appearing that the Stipulation and the relief requested in the Motion is in the best interests of the Debtors, their creditors and their estates; and it appearing that the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Third Stipulation is approved; and its is further

ORDERED that nothing in this Order or the Stipulation shall constitute a determination that the proceeds of the Insurance Policies are property of the Debtors' estates, and the rights of all parties in interest to assert that the proceeds of the Insurance Policies are, or are not, property of the Debtors' estates are reserved; and it is further

ORDERED that, the automatic stay pursuant to section 362 of the Bankruptcy Code shall be lifted for the sole and limited purpose of effectuating the Third Stipulation; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Date:   Wilmington, Delaware
        12/17     , 2009

Christopher S. Sontchi
United States Bankruptcy Judge