

November 30, 2009

Mr. Carlo Colagiacomo
General Counsel
American Home Mortgage Investment Corp.
538 Broad Hollow Road
Melville, NY  11747

**PLEASE REMIT TO OUR NEW JERSEY OFFICE**       **INVOICE NO. 102**

For management services rendered with respect to American Home Mortgage
Investment Corporation Chapter 11 for the period ended November 30, 2009.

| | |
|---|---|
| Professional Fees: | 127,212.50 |
| Paraprofessional Fees: | 900.00 |
| Expenses & Other Fees: | 4,887.34 |
| **Total Due:** | **$ 132,999.84** |

See Attached Schedules

Wire Instructions:

Zolfo Cooper, LLC

101 Eisenhower Pkwy, 3rd Floor, Roseland, NJ 07068  |  p: 973 618 5100  |  f: 973 618 9430  |  www.zolfocooper.com



## PROFESSIONAL FEES

| NAME | RATE | HOURS | PROFESSIONAL FEES |
|------|------|-------|-------------------|
| Kevin Nystrom | $ 775.00 | 61.00 | 47,275.00 |
| Elizabeth Kardos | $ 425.00 | 0.20 | 85.00 |
| Bret Fernandes | $ 675.00 | 9.80 | 6,615.00 |
| Scott R. Martinez | $ 465.00 | 157.50 | 73,237.50 |
| **Total Professional Fees:** | | **228.50** | $    127,212.50 |



## PARAPROFESSIONAL FEES

| NAME | RATE | HOURS | PARAPROFESSIONAL FEES |
|------|------|-------|----------------------|
| Laurie E. Verry | $ 225.00 | 4.00 | 900.00 |
| **Total Paraprofessional Fees:** | | **4.00** | $ **900.00** |



## EXPENSES & OTHER FEES

| | | |
|---|---|---|
| Travel & Lodging | $ | 4,022.40 |
| Meal | | 544.56 |
| Telephone | | 294.65 |
| Photocopies | | 6.80 |
| Postage & Courier | | 18.93 |
| **Total Expenses & Other Fees:** | $ | **4,887.34** |

**American Home Mortgage**
**Description of Current General Responsibilities of ZC Staff**

November 30, 2009

| Name | KZ Title | Company Title | Hourly Rate | Current General Responsibilities |
|---|---|---|---|---|
| K. Nystrom | Managing Director | Chief Restructuring Officer | $[...] | [...] |
| B. Fernandes | Senior Director | Director of Restructuring | $[...] | Responsible for the day to day oversight of liquidating activities and oversight of the activity at AH Bank. [...] |
| S. Martinez | Manager | Associate Director | $[...] | [...] |

**AMERICAN HOME MORTGAGE**
**Time Descriptions**

| Category Code | Service | Description of Service |
|---|---|---|
| 1 | Financing | Preparation of analyses and negotiating to obtain DIP financing, including use of cash collateral and attending related hearings. |
| 2 | Court Reporting | Preparing financial and operating information required by the US Trustee and/or the Court including Statement of Affairs, Schedules of Assets and Liabilities, lists of contracts, interim statements and monthly operating reports. |
| 3 | Chapter 11 Process | Organizing and managing the Debtor's or other parties in interests resources and activities to effectively plan, coordinate, and manage the Chapter 11 process. |
| 4 | Business Operations | Analyzing operations and strategies including the developing, designing, drafting and challenging of forecasts and Business Plan, including related assumptions and rationale and communications with vendors. |
| 5 | Cash Management | Forecasting, planning, controlling and other aspects of managing cash. |
| 6 | Claims Administration | Advising and assisting the Debtor with the development of a claims resolution process including evaluating and selecting a claims processor, responding to specific claims inquiries, analyzing claims, settling claims, assisting in the preparation of motions, orders, stipulations related thereto and attending related hearings. |
| 7 | Unexpired Leases and Executory Contracts | Preparing analyses and advising and assisting the Debtor in valuation, modifications, assumption and rejection of leases and executory contracts including assisting in the preparation and review of related motions, applications, orders, stipulations, and attending hearings related thereto. |
| 8 | Engagement Administration | Maintaining engagement files, preparation of fee applications, invoices and time summaries and responding to inquiries by the US Trustee and other parties in interest. |
| 9 | Asset Analysis | Identification and review of potential assets including causes of action and non-litigation recoveries. |
| 10 | Asset Disposition | Sales, leases (Section 365 matters), abandonment and related transaction work, including equipment lease buyout. |
| 11 | Litigation | Support counsel in identifying, pursuing, or defending various causes of action. |
| 12 | Meetings of creditors | Preparing for and attending the conference of creditors, the Section 341 (a) meeting and other creditors' committee meetings. |
| 13 | DIP Budget Reporting | Developing, designing, and preparing information required under the terms of the DIP agreement. |
| 14 | Secured Lenders Negotiation | Analyzing secured lenders assessments of collateral value, damage claims, and debt calculations and negotiations of settlement of these claims. |
| 15 | Communications matters | Assisting and advising general communications strategies and programs including press releases, letters to interested parties, websites, etc. |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Kevin Nystrom | 11/1/09 | 11 | 4.0 | Preparation as 30(b)(6) witness re: Waterfield |
| | | | 4.0 | |
| Kevin Nystrom | 11/2/09 | 11 | 10.0 | Deposition as 30(b)(6) witness re: Waterfield |
| | | | 10.0 | |
| Kevin Nystrom | 11/3/09 | 11 | 2.0 | Analysis of the Waterfield litigation settlement strategies |
| Kevin Nystrom | 11/3/09 | 11 | 1.0 | Update on the WLR settlement discussions |
| | | | 3.0 | |
| Kevin Nystrom | 11/4/09 | 10 | 0.5 | Update on the AH Bank sale approval process |
| | | | 0.5 | |
| Kevin Nystrom | 11/5/09 | 11 | 1.5 | Update on the WLR settlement discussions |
| | | | 1.5 | |
| Kevin Nystrom | 11/9/09 | 4 | 1.0 | Review of healthcare options |
| | | | 1.0 | |
| Kevin Nystrom | 11/11/09 | 5 | 1.0 | Review of the cash flow projections |
| Kevin Nystrom | 11/11/09 | 11 | 2.0 | Update on the WLR settlement discussions |
| | | | 3.0 | |
| Kevin Nystrom | 11/16/09 | 4 | 1.0 | Review of healthcare options |
| Kevin Nystrom | 11/16/09 | 11 | 5.0 | Analysis of the Waterfield litigation |
| | | | 6.0 | |
| Kevin Nystrom | 11/17/09 | 11 | 2.0 | Analysis of the Waterfield litigation |
| Kevin Nystrom | 11/17/09 | 11 | 1.0 | Update on the WLR settlement discussions |
| | | | 3.0 | |
| Kevin Nystrom | 11/18/09 | 10 | 3.0 | Prep for meeting with Bancorp |
| | | | 3.0 | |
| Kevin Nystrom | 11/19/09 | 10 | 4.5 | Meeting with Bancorp re: AH Bank |
| Kevin Nystrom | 11/19/09 | 10 | 0.5 | Call with F. Kobayashi regarding AH Bank costs |
| | | | 5.0 | |
| Kevin Nystrom | 11/20/09 | 11 | 2.0 | Analysis of the Waterfield litigation |
| | | | 2.0 | |
| Kevin Nystrom | 11/23/09 | 4 | 1.0 | Transition & update call with Trustee |
| Kevin Nystrom | 11/23/09 | 11 | 1.0 | Waterfield mediation prep & analysis |
| Kevin Nystrom | 11/23/09 | 11 | 1.0 | Call with UCC advisors on the Waterfield mediation |
| | | | 3.0 | |
| Kevin Nystrom | 11/24/09 | 11 | 6.0 | Waterfield mediation |
| | | | 6.0 | |
| Kevin Nystrom | 11/25/09 | 10 | 2.0 | Extension terms for the sale of AH Bank to Bancorp |
| Kevin Nystrom | 11/25/09 | 11 | 2.0 | Waterfield litigation strategy analysis |
| | | | 4.0 | |
| Kevin Nystrom | 11/30/09 | 4 | 1.0 | Analysis of healthcare options |
| Kevin Nystrom | 11/30/09 | 11 | 2.5 | Meeting with WLR regarding settlement |
| Kevin Nystrom | 11/30/09 | 11 | 1.5 | Analysis of advances |
| Kevin Nystrom | 11/30/09 | 10 | 1.0 | Update on AH Bank sale approval process |
| | | | 6.0 | |
| | | Total | 61.0 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Elizabeth Kardos | 11/10/09 | 8 | 0.2 | Reviewed supplemental affidavit and schedule 1 relationship report |
| | | | 0.2 | |
| | | Total | 0.2 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Bret Fernandes | 11/2/09 | 11 | 0.4 | Review Dobben discovery request review and planning call with J Burzenski and C Crowther. |
| | | | 0.4 | |
| Bret Fernandes | 11/3/09 | 5 | 0.8 | Cash forecasting and Effective Date planning |
| Bret Fernandes | 11/3/09 | 11 | 0.9 | WLR litigation and reconciliation planning and analysis |
| | | | 1.7 | |
| Bret Fernandes | 11/4/09 | 9 | 0.8 | Call with AHM and counsel regarding Broadhollow Funding sale and settlement terms |
| | | | 0.8 | |
| Bret Fernandes | 11/5/09 | 4 | 0.6 | Wind down planning and staffing level reviews |
| Bret Fernandes | 11/5/09 | 11 | 0.5 | WLR litigation and reconciliation planning and analysis |
| | | | 1.1 | |
| Bret Fernandes | 11/16/09 | 11 | 0.5 | Update call with Young Conaway regarding various settlements |
| Bret Fernandes | 11/16/09 | 5 | 0.5 | Cash forecasting and Effective Date planning |
| | | | 1.0 | |
| Bret Fernandes | 11/17/09 | 5 | 0.3 | Cash planning for an Effective Date |
| Bret Fernandes | 11/17/09 | 4 | 0.4 | Reinsurance company wind down planning |
| Bret Fernandes | 11/17/09 | 11 | 1.0 | WLR litigation and reconciliation planning and analysis |
| | | | 1.7 | |
| Bret Fernandes | 11/18/09 | 4 | 0.8 | Review AHM manager status update reports |
| Bret Fernandes | 11/18/09 | 10 | 0.7 | Mt Prospect property disposition planning discussions |
| | | | 1.5 | |
| Bret Fernandes | 11/19/09 | 11 | 0.6 | WLR litigation and reconciliation planning and analysis |
| | | | 0.6 | |
| Bret Fernandes | 11/30/09 | 4 | 0.4 | Reinsurance company wind down planning |
| Bret Fernandes | 11/30/09 | 5 | 0.6 | Cash forecasting update discussions and analysis |
| | | | 1.0 | |
| | | Total | 9.8 | |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Scott Martinez | 11/3/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 11/3/09 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 11/3/09 | 5 | 1.0 | Updated the cash flow projections |
| Scott Martinez | 11/3/09 | 12 | 1.0 | Work session with the Trustee regarding transition issues |
| Scott Martinez | 11/3/09 | 3 | 0.5 | Work session with AHM employees regarding the reinsurance companies |
| Scott Martinez | 11/3/09 | 11 | 0.7 | Work session with AHM employees regarding information needed in regards to the WLR settlement |
| Scott Martinez | 11/3/09 | 6 | 0.8 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 11/3/09 | 3 | 0.5 | Work session with AHM employees regarding the status of the server decommission project |
| Scott Martinez | 11/3/09 | 11 | 1.2 | Reviewed the revised Broadhollow/Melville sale agreement |
| Scott Martinez | 11/3/09 | 10 | 0.7 | Work session with AHM employees regarding the remaining loan inventory |
| Scott Martinez | 11/3/09 | 3 | 0.5 | Updated the JP Morgan REO analysis |
| Scott Martinez | 11/3/09 | 5 | 0.5 | Work session with AHM employees regarding issues related to the escrow funds from the IndyMac transaction |
|  |  |  | 10.7 |  |
| Scott Martinez | 11/4/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 11/4/09 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 11/4/09 | 2 | 1.5 | Reviewed the July financials |
| Scott Martinez | 11/4/09 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 11/4/09 | 11 | 1.0 | Participated in a conference call with Young Conaway and AHM regarding the Broadhollow settlement |
| Scott Martinez | 11/4/09 | 11 | 0.8 | Followed up on issues raised on the Broadhollow settlement conference call |
| Scott Martinez | 11/4/09 | 3 | 1.0 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 11/4/09 | 11 | 0.8 | Updated the supporting schedules in regards to the JP Morgan litigation |
| Scott Martinez | 11/4/09 | 3 | 0.7 | Phone call with Young Conaway regarding open issues |
| Scott Martinez | 11/4/09 | 10 | 0.4 | Phone call with Milestone regarding the status of the bank sale |
| Scott Martinez | 11/4/09 | 11 | 0.5 | Work session with AHM employees regarding pending litigation |
|  |  |  | 10.2 |  |
| Scott Martinez | 11/5/09 | 6 | 1.1 | Work session with AHM employees regarding EPD/Breach claims |
| Scott Martinez | 11/5/09 | 3 | 1.7 | Work session with AHM employees regarding the remaining loan inventory |
| Scott Martinez | 11/5/09 | 3 | 0.4 | Phone call with Young Conaway and AHM regarding an account at First Chicago |
| Scott Martinez | 11/5/09 | 5 | 0.5 | Prepared the professional fee wire request documents |
| Scott Martinez | 11/5/09 | 3 | 2.4 | Updated the open items analysis |
| Scott Martinez | 11/5/09 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 11/5/09 | 5 | 0.6 | Reviewed the payroll for AHM |
| Scott Martinez | 11/5/09 | 3 | 0.5 | Work session with AHM and AHMSI regarding issues related to the remaining loan portfolio |
| Scott Martinez | 11/5/09 | 11 | 0.8 | Reviewed the revised Broadhollow settlement agreement |
| Scott Martinez | 11/5/09 | 11 | 0.5 | Work session with AHM employees regarding pending litigation |
| Scott Martinez | 11/5/09 | 3 | 0.5 | Reviewed the active systems list prepared by AHM employees |
|  |  |  | 10.0 |  |
| Scott Martinez | 11/6/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 11/6/09 | 5 | 2.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 11/6/09 | 5 | 0.4 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 11/6/09 | 11 | 0.7 | Work session with AHM employees regarding the Broadhollow settlement |
| Scott Martinez | 11/6/09 | 6 | 1.0 | Work session with AHM employees regarding open SAP claims |
| Scott Martinez | 11/6/09 | 3 | 0.4 | Work session with AHM employees regarding 2010 benefits |
| Scott Martinez | 11/6/09 | 3 | 0.9 | Phone call with Young Conaway regarding the Mt. Prospect building and open issues listing |
| Scott Martinez | 11/6/09 | 3 | 0.8 | Prepared a contact list to be provided to the Trustee related to ongoing matters |
| Scott Martinez | 11/6/09 | 2 | 0.5 | Work session with AHM employees regarding the status of the August financials |
| Scott Martinez | 11/6/09 | 3 | 0.5 | Work session with AHM employees regarding issues related to the servers/systems |
|  |  |  | 8.9 |  |

| Name | Date | Category code | Hours | Narrative |
|------|------|------|------|-----------|
| Scott Martinez | 11/9/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 11/9/09 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 11/9/09 | 5 | 0.7 | Updated the cash flow projections |
| Scott Martinez | 11/9/09 | 11 | 2.0 | Reviewed and commented on the revised WLR settlement agreement |
| Scott Martinez | 11/9/09 | 11 | 0.5 | Phone call with Young Conaway regarding the WARN settlement |
| Scott Martinez | 11/9/09 | 6 | 1.4 | Work session with AHM employees regarding tax claims |
| Scott Martinez | 11/9/09 | 3 | 1.0 | Prepared for and participated in a conference call with AHM and Intercity regarding 2010 health benefits |
| Scott Martinez | 11/9/09 | 12 | 0.5 | Updated the transition items list |
| Scott Martinez | 11/9/09 | 3 | 0.5 | Work session with AHM employees regarding staffing |
| | | | 9.9 | |
| Scott Martinez | 11/10/09 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 11/10/09 | 12 | 2.5 | Prepared for and participated in a conference call with Young Conaway, Zolfo Cooper, Hahn & Hessen, BDO and the Trustee regarding open issues and effective date issues |
| Scott Martinez | 11/10/09 | 12 | 1.0 | Work session with BDO regarding open issues |
| Scott Martinez | 11/10/09 | 6 | 0.4 | Answered questions related to preference action items |
| Scott Martinez | 11/10/09 | 10 | 0.8 | Reviewed the October loan inventory report |
| Scott Martinez | 11/10/09 | 10 | 1.2 | Work session with AHM employees regarding the disposition of the remaining loan portfolio |
| Scott Martinez | 11/10/09 | 3 | 0.5 | Work session with AHM employees regarding the two reinsurance companies |
| Scott Martinez | 11/10/09 | 6 | 1.3 | Work session with AHM employees regarding open SAP claims |
| Scott Martinez | 11/10/09 | 11 | 1.0 | Work session with AHM employees regarding open issues related to the Broadhollow settlement |
| Scott Martinez | 11/10/09 | 3 | 0.5 | Reviewed the revised draft order related to the Mt. Prospect building |
| | | | 10.2 | |
| Scott Martinez | 11/11/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 11/11/09 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 11/11/09 | 12 | 4.0 | Work session with BDO and the Trustee regarding transition issues |
| Scott Martinez | 11/11/09 | 3 | 0.4 | Phone call with the insurance broker regarding the D&O renewal |
| Scott Martinez | 11/11/09 | 2 | 0.5 | Work session with AHM employees regarding the August financials |
| Scott Martinez | 11/11/09 | 11 | 0.5 | Phone call with Young Conaway regarding issues related to the WLR settlement |
| Scott Martinez | 11/11/09 | 10 | 1.2 | Work session with AHM employees regarding the reinsurance companies and open items related to the AH Bank transaction |
| Scott Martinez | 11/11/09 | 6 | 0.4 | Work session with AHM employees regarding preference actions |
| Scott Martinez | 11/11/09 | 6 | 0.8 | Work session with AHM employees regarding employee priority claims |
| | | | 10.3 | |
| Scott Martinez | 11/12/09 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 11/12/09 | 3 | 1.0 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 11/12/09 | 5 | 0.2 | Prepared the professional fee wire request documents |
| Scott Martinez | 11/12/09 | 6 | 1.0 | Prepared for and participated in a call with Young Conaway and AHM regarding the EPD/Breach claims |
| Scott Martinez | 11/12/09 | 3 | 0.4 | Phone call with Young Conaway regarding the revised Mt. Prospect order |
| Scott Martinez | 11/12/09 | 3 | 1.0 | Work session with AHM employees regarding staffing |
| Scott Martinez | 11/12/09 | 3 | 0.5 | Work session with Servicing regarding investor reporting issues |
| Scott Martinez | 11/12/09 | 3 | 0.7 | Work session with AHM employees regarding the loan reconciliation process |
| Scott Martinez | 11/12/09 | 2 | 0.5 | Work session with AHM employees regarding the August financials |
| Scott Martinez | 11/12/09 | 3 | 0.5 | Work session with AHM employees regarding the remaining tax list |
| Scott Martinez | 11/12/09 | 11 | 0.8 | Work session with AHM employees regarding requests related to various litigation matters |
| Scott Martinez | 11/12/09 | 6 | 1.0 | Work session with AHM employees regarding open SAP claims |
| Scott Martinez | 11/12/09 | 3 | 0.5 | Work session with AHM employees regarding the servers |
| | | | 9.1 | |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Scott Martinez | 11/13/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 11/13/09 | 5 | 2.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 11/13/09 | 5 | 0.4 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 11/13/09 | 3 | 0.5 | Reviewed and commented on the revised Mt. Prospect order |
| Scott Martinez | 11/13/09 | 11 | 1.4 | Reviewed the draft Waterfield mediation statement letter |
| Scott Martinez | 11/13/09 | 3 | 0.5 | Prepared a vendor analysis for the Mt. Prospect building |
| | | | 6.5 | |
| Scott Martinez | 11/16/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 11/16/09 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 11/16/09 | 5 | 0.6 | Updated the cash flow projections |
| Scott Martinez | 11/16/09 | 2 | 1.0 | Reviewed and commented on the August 2009 financials |
| Scott Martinez | 11/16/09 | 3 | 1.0 | Prepared for and participated in a conference call with Intercity, AHM and Zolfo Cooper regarding 2010 health benefits |
| Scott Martinez | 11/16/09 | 11 | 1.0 | Reviewed Waterfield's mediation statement letter |
| Scott Martinez | 11/16/09 | 5 | 0.8 | Work session related to P&I and paid in full amounts owed to AHM from AHMSI |
| Scott Martinez | 11/16/09 | 11 | 0.5 | Work session with AHM employees regarding requests related to Triad |
| Scott Martinez | 11/16/09 | 3 | 0.4 | Work session with AHM employees regarding tax issues |
| Scott Martinez | 11/16/09 | 11 | 0.5 | Phone call with Young Conaway regarding the status of various settlements |
| Scott Martinez | 11/16/09 | 3 | 0.4 | Reviewed the D&O renewal proposal |
| Scott Martinez | 11/16/09 | 3 | 0.5 | Work session with AHM employees regarding loan files |
| Scott Martinez | 11/16/09 | 6 | 0.5 | Work session with AHM employees regarding claims |
| | | | 10.5 | |
| Scott Martinez | 11/17/09 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 11/17/09 | 3 | 0.3 | Reviewed the revised order related to the Mt. Prospect building |
| Scott Martinez | 11/17/09 | 10 | 0.6 | Work session with AHM employees regarding the remaining loan portfolio |
| Scott Martinez | 11/17/09 | 6 | 1.0 | Work session with AHM employees regarding open SAP claims |
| Scott Martinez | 11/17/09 | 3 | 0.5 | Participated in a call with Aon regarding the D&O policy renewal |
| Scott Martinez | 11/17/09 | 3 | 1.0 | Work session with AHM employees regarding Melville Reinsurance |
| Scott Martinez | 11/17/09 | 3 | 1.0 | Work session with AHM employees regarding the NJ warehouse files |
| Scott Martinez | 11/17/09 | 5 | 1.0 | Prepared a monthly run rate analysis for the Estate and AH Bank |
| Scott Martinez | 11/17/09 | 3 | 0.5 | Work session with AHM employees regarding servicing issues |
| Scott Martinez | 11/17/09 | 11 | 0.8 | Work session with AHM employees regarding requests related to Triad |
| Scott Martinez | 11/17/09 | 3 | 1.0 | Reviewed the revised Melville Reinsurance letter that will be send to GE |
| Scott Martinez | 11/17/09 | 3 | 0.5 | Phone call with AH Bank regarding monthly operating costs |
| | | | 9.2 | |
| Scott Martinez | 11/18/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 11/18/09 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 11/18/09 | 6 | 1.0 | Work session with AHM employees regarding open SAP claims |
| Scott Martinez | 11/18/09 | 2 | 0.8 | Reviewed the revised August financials |
| Scott Martinez | 11/18/09 | 6 | 0.5 | Participated in a conference call with BDO and Hahn & Hessen regarding preference items |
| Scott Martinez | 11/18/09 | 12 | 1.0 | Prepared for and participated in a weekly update call with BDO |
| Scott Martinez | 11/18/09 | 3 | 0.7 | Work session with AHM employees regarding an analysis related to states where AHM is registered to do business |
| Scott Martinez | 11/18/09 | 11 | 0.5 | Work session with AHM employees regarding issues related to Servicing |
| Scott Martinez | 11/18/09 | 3 | 1.0 | Work session with AHM employees regarding Melville Reinsurance |
| Scott Martinez | 11/18/09 | 3 | 0.6 | Phone call with Young Conaway regarding Mt. Prospect and prepared follow up items as a result of the call |
| Scott Martinez | 11/18/09 | 11 | 1.2 | Work session with AHM employees regarding documents in support of ongoing litigation |
| | | | 9.8 | |
| Scott Martinez | 11/19/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 11/19/09 | 12 | 2.5 | Work session with the Trustee regarding transition issues |
| Scott Martinez | 11/19/09 | 6 | 1.0 | Prepared for and participated in a call with AHM, Young Conaway and M. Strauss' counsel regarding sales and use tax issues |
| Scott Martinez | 11/19/09 | 3 | 0.6 | Reviewed the docket and updated the professional fee tracking analysis |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 11/19/09 | 5 | 0.3 | Prepared the professional fee wire request documents |
| Scott Martinez | 11/19/09 | 11 | 0.6 | Reviewed the revised analysis provided by AHMSI's counsel in regards to the settlement of non-disputed items |
| Scott Martinez | 11/19/09 | 8 | 2.5 | Prepared the supporting analyses for Zolfo Cooper's October fee application |
| | | | 9.0 | |
| Scott Martinez | 11/20/09 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 11/20/09 | 5 | 2.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 11/20/09 | 5 | 0.4 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 11/20/09 | 5 | 1.2 | Reviewed the payroll and retention payouts |
| Scott Martinez | 11/20/09 | 11 | 2.2 | Prepared a subservicing fee analysis for the months of June 2009 through October 2009 |
| Scott Martinez | 11/20/09 | 12 | 0.5 | Work session with AHM employees regarding requests from BDO |
| Scott Martinez | 11/20/09 | 11 | 0.5 | Reviewed the information received from AHMSI's counsel regarding the non-disputed items |
| Scott Martinez | 11/20/09 | 11 | 0.5 | Work session with AHM employees regarding information received from AHMSI's counsel regarding the non-disputed items |
| | | | 8.5 | |
| Scott Martinez | 11/23/09 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 11/23/09 | 11 | 0.5 | Phone call with Young Conaway regarding the WLR non-disputed items |
| Scott Martinez | 11/23/09 | 6 | 0.5 | Phone call with Young Conaway regarding NY state admin tax claims |
| Scott Martinez | 11/23/09 | 11 | 0.5 | Prepared an analysis related to the fees associated with the Waterfield litigation |
| Scott Martinez | 11/23/09 | 12 | 1.0 | Prepared for and participated in a conference call with Young Conaway, Zolfo Cooper, BDO, Hahn & Hessen and the Trustee regarding the status of the sale of AH Bank, Waterfield and 2010 health benefits |
| | | | 3.5 | |
| Scott Martinez | 11/24/09 | 3 | 0.3 | Phone call with the health insurance provider regarding 2010 benefits |
| Scott Martinez | 11/24/09 | 5 | 2.0 | Prepared an analysis comparing the health benefit costs for 2009 versus 2010 |
| Scott Martinez | 11/24/09 | 3 | 0.7 | Reviewed the draft abandonment and lease rejection motion in regards to the Mt. Prospect building |
| Scott Martinez | 11/24/09 | 12 | 0.5 | Responded to questions raised by BDO in regards to professional fees |
| | | | 3.5 | |
| Scott Martinez | 11/25/09 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 11/25/09 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 11/25/09 | 11 | 0.5 | Participated in a conference call with Hahn & Hessen and BDO regarding Waterfield |
| Scott Martinez | 11/25/09 | 5 | 2.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 11/25/09 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| | | | 5.0 | |
| Scott Martinez | 11/30/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 11/30/09 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 11/30/09 | 5 | 1.0 | Updated the cash flow projection template through the end of March 2010 |
| Scott Martinez | 11/30/09 | 5 | 1.0 | Updated the cash flow projections |
| Scott Martinez | 11/30/09 | 11 | 0.6 | Work session with AHM employees regarding the First Chicago litigation |
| Scott Martinez | 11/30/09 | 6 | 0.8 | Work session with AHM employees regarding the open SAP claims |
| Scott Martinez | 11/30/09 | 11 | 0.5 | Participated in a prep call with Young Conaway and Zolfo Cooper regarding the WLR settlement call |
| Scott Martinez | 11/30/09 | 11 | 1.0 | Participated in a conference call with Young Conaway, Jones Day, Zolfo Cooper, WLR, AHMSI and AHM regarding the WLR settlement stipulation |
| Scott Martinez | 11/30/09 | 3 | 0.5 | Phone call with Young Conaway regarding various issues including the Dobbens claim and the Broadhollow settlement |
| Scott Martinez | 11/30/09 | 3 | 0.5 | Prepared draft vacation and sick policies for 2010 as well as the 2010 holiday calendar |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 11/30/09 | 11 | 3.5 | Work session with AHM employees regarding data received from AHMSI for the non-disputed items |
| | | | 12.7 | |
| | | Total | 157.5 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Laura Capen Verry | 11/3/09 | 8 | 2.0 | Worked on Schedule 1 relationship report and drafted supplemental affidavit |
| | | | 2.0 | |
| Laura Capen Verry | 11/10/09 | 8 | 2.0 | Revised Schedule 1 relationship report and circulated supplemental affidavit |
| | | | 2.0 | |
| | | Total | 4.0 | |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

**CATEGORY 1**          **FINANCING**

| Professional | Hourly Rate | November 2009 Hours | November 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 10.20 | $ 193.75 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 75.00 | $ 12,302.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 41.00 | $ 24,250.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 22.80 | $ 14,357.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 465 | 0.00 | $ - | 2.70 | $ 1,174.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 151.70 | $ 52,278.25 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

## CATEGORY 2          COURT REPORTING

| Professional | Hourly Rate | November 2009 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 15.50 | $ 4,292.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.20 | $ 129.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 13.00 | $ 7,345.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 31.80 | $ 17,490.00 |
| Scott Martinez | $ 465 | 4.80 | $ 2,232.00 | 59.10 | $ 26,370.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 24.10 | $ 9,037.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| | | | | | |
| Total | | 4.80 | $ 2,232.00 | 143.70 | $ 64,664.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

**CATEGORY 3**          **CHAPTER 11 PROCESS**

| | | November 2009 | | Cumulative | |
| Professional | Hourly Rate | Hours | Value | Hours | Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 17.50 | $ 4,262.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 40.50 | $ 12,910.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 1567.70 | $ 938,499.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 75.30 | $ 47,209.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 130.50 | $ 76,745.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 291.00 | $ 166,310.00 |
| Scott Martinez | $ 465 | 35.80 | $ 16,647.00 | 1659.60 | $ 734,320.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 138.90 | $ 60,757.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.60 | $ 225.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 43.00 | $ 2,150.00 |
| Total | | 35.80 | $ 16,647.00 | 3964.60 | $ 2,043,388.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

**CATEGORY 4          BUSINESS OPERATIONS**

| Professional | Hourly Rate | November 2009 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 476.05 | $ 152,636.25 |
| Kevin Nystrom | $ 775 | 4.00 | $ 3,100.00 | 350.00 | $ 88,067.50 |
| Bret Fernandes | $ 675 | 2.20 | $ 1,485.00 | 283.80 | $ 176,166.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 217.40 | $ 136,080.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 1212.10 | $ 705,255.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 465 | 0.00 | $ - | 2.50 | $ 1,102.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 9.10 | $ 3,944.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1.70 | $ 595.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 6.20 | $ 4,585.00 | 2552.65 | $ 1,263,847.75 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

**CATEGORY 5**          **CASH MANAGEMENT**

| Professional | Hourly Rate | November 2009 Hours | November 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 1.00 | $ - |
| Kevin Nystrom | $ 775 | 1.00 | $ 775.00 | 91.50 | $ 21,127.50 |
| Bret Fernandes | $ 675 | 2.20 | $ 1,485.00 | 392.50 | $ 232,541.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 4.60 | $ 2,898.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 275.10 | $ 154,753.00 |
| Scott Martinez | $ 465 | 49.90 | $ 23,203.50 | 1292.90 | $ 576,537.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 92.30 | $ 38,328.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 7.00 | $ 2,625.00 |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1335.30 | $ 489,437.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 4.00 | $ 200.00 |
| Total | | 53.10 | $ 25,463.50 | 3496.20 | $ 1,518,447.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

**CATEGORY 6**        **CLAIMS ADMINISTRATION**

| Professional | Hourly Rate | November 2009 Hours | November 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 7.25 | $ 2,712.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 45.00 | $ 20,162.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 87.90 | $ 55,021.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1.50 | $ 945.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 166.50 | $ 98,299.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 26.90 | $ 15,267.00 |
| Scott Martinez | $ 465 | 16.50 | $ 7,672.50 | 204.30 | $ 92,809.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 1881.60 | $ 822,731.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 16.50 | $ 7,672.50 | 2420.95 | $ 1,107,949.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

**CATEGORY 7**                    **UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

| Professional | Hourly Rate | November 2009 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 0.00 | $ - |
| Bret Fernandes | $ 675 | 0.00 | $ - | 2.00 | $ 1,180.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 465 | 0.00 | $ - | 1.00 | $ 450.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 3.00 | $ 1,630.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

**CATEGORY 8**       **ENGAGEMENT ADMINISTRATION**

| Professional | Hourly Rate | November 2009 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 3.50 | $ – |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 41.50 | $ 10,640.00 |
| Bret Fernandes | $ 675 | 0.00 | $ – | 0.00 | $ – |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 37.40 | $ 23,188.00 |
| Robert Semple | $ 640 | 0.00 | $ – | 21.90 | $ 12,808.50 |
| Mark Lymbery | $ 590 | 0.00 | $ – | 5.40 | $ 3,106.00 |
| Scott Martinez | $ 465 | 2.50 | $ 1,162.50 | 34.80 | $ 15,805.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 52.30 | $ 22,824.00 |
| Elizabeth Kardos | $ 425 | 0.20 | $ 85.00 | 55.00 | $ 21,790.00 |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 235.20 | $ 83,185.00 |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 4.00 | $ 900.00 | 65.20 | $ 13,321.00 |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 6.70 | $ 2,147.50 | 552.20 | $ 206,668.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

**CATEGORY 9**          **ASSET ANALYSIS**

| Professional | Hourly Rate | November 2009 Hours | November 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 $ | - | 0.00 $ | - |
| Kevin Nystrom | $ 775 | 0.00 $ | - | 2.50 $ | 720.00 |
| Bret Fernandes | $ 675 | 0.80 $ | 540.00 | 151.00 $ | 91,261.00 |
| Mitchell Taylor | $ 695 | 0.00 $ | - | 0.30 $ | 186.00 |
| Robert Semple | $ 640 | 0.00 $ | - | 2.00 $ | 1,130.00 |
| Mark Lymbery | $ 590 | 0.00 $ | - | 0.00 $ | - |
| Scott Martinez | $ 465 | 0.00 $ | - | 0.00 $ | - |
| Puneet Agrawal | $ 465 | 0.00 $ | - | 0.00 $ | - |
| Elizabeth Kardos | $ 425 | 0.00 $ | - | 0.00 $ | - |
| Linda Cheung | $ 375 | 0.00 $ | - | 0.00 $ | - |
| Carmen Bonilla | $ 375 | 0.00 $ | - | 0.00 $ | - |
| Rebecca Randall | $ 345 | 0.00 $ | - | 0.00 $ | - |
| Laura Capen Verry | $ 225 | 0.00 $ | - | 0.00 $ | - |
| Sam Mitchell | $ 50 | 0.00 $ | - | 0.00 $ | - |
| Total | | 0.80 $ | 540.00 | 155.80 $ | 93,297.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

**CATEGORY 10**          **ASSET DISPOSITION**

| Professional | Hourly Rate | November 2009 Hours | November 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 108.45 | $ 13,717.50 |
| Kevin Nystrom | $ 775 | 11.50 | $ 8,912.50 | 484.00 | $ 102,252.50 |
| Bret Fernandes | $ 675 | 0.70 | $ 472.50 | 739.50 | $ 436,038.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1002.30 | $ 625,625.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 854.70 | $ 494,725.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 75.10 | $ 41,949.00 |
| Scott Martinez | $ 465 | 4.90 | $ 2,278.50 | 285.20 | $ 127,542.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 72.30 | $ 31,096.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 17.10 | $ 11,663.50 | 3621.55 | $ 1,872,945.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

**CATEGORY 11**          **LITIGATION**

| Professional | Hourly Rate | November 2009 Hours | November 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $  850 | 0.00 | $  - | 22.05 | $  6,820.00 |
| Kevin Nystrom | $  775 | 44.50 | $  34,487.50 | 223.25 | $  156,855.00 |
| Bret Fernandes | $  675 | 3.90 | $  2,632.50 | 352.30 | $  222,277.50 |
| Mitchell Taylor | $  695 | 0.00 | $  - | 64.40 | $  40,542.00 |
| Robert Semple | $  640 | 0.00 | $  - | 31.00 | $  18,290.00 |
| Mark Lymbery | $  590 | 0.00 | $  - | 0.00 | $  - |
| Scott Martinez | $  465 | 28.60 | $  13,299.00 | 187.60 | $  86,449.50 |
| Puneet Agrawal | $  465 | 0.00 | $  - | 13.90 | $  6,046.50 |
| Elizabeth Kardos | $  425 | 0.00 | $  - | 0.00 | $  - |
| Linda Cheung | $  375 | 0.00 | $  - | 0.00 | $  - |
| Carmen Bonilla | $  375 | 0.00 | $  - | 0.90 | $  337.50 |
| Rebecca Randall | $  345 | 0.00 | $  - | 0.00 | $  - |
| Laura Capen Verry | $  225 | 0.00 | $  - | 0.00 | $  - |
| Sam Mitchell | $  50 | 0.00 | $  - | 14.00 | $  700.00 |
| Total | | 77.00 | $  50,419.00 | 909.40 | $  538,318.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

**CATEGORY 12**      **MEETINGS OF CREDITORS**

| Professional | Hourly Rate | | November 2009 Hours | Value | Cumulative Hours | Value |
|---|---|---|---|---|---|---|
| Stephen F. Cooper | $ | 850 | 0.00 | $   – | 18.70 | $   7,362.50 |
| Kevin Nystrom | $ | 775 | 0.00 | $   – | 72.50 | $   13,300.00 |
| Bret Fernandes | $ | 675 | 0.00 | $   – | 0.00 | $   – |
| Mitchell Taylor | $ | 695 | 0.00 | $   – | 34.20 | $   21,515.00 |
| Robert Semple | $ | 640 | 0.00 | $   – | 2.00 | $   1,180.00 |
| Mark Lymbery | $ | 590 | 0.00 | $   – | 1.50 | $   825.00 |
| Scott Martinez | $ | 465 | 14.50 | $   6,742.50 | 163.00 | $   73,236.00 |
| Puneet Agrawal | $ | 465 | 0.00 | $   – | 41.20 | $   18,384.00 |
| Elizabeth Kardos | $ | 425 | 0.00 | $   – | 0.00 | $   – |
| Linda Cheung | $ | 375 | 0.00 | $   – | 0.00 | $   – |
| Carmen Bonilla | $ | 375 | 0.00 | $   – | 61.10 | $   22,800.00 |
| Rebecca Randall | $ | 345 | 0.00 | $   – | 0.00 | $   – |
| Laura Capen Verry | $ | 225 | 0.00 | $   – | 0.00 | $   – |
| Sam Mitchell | $ | 50 | 0.00 | $   – | 0.00 | $   – |
| Total | | | 14.50 | $   6,742.50 | 394.20 | $   158,602.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

**CATEGORY 13**     **DIP BUDGET REPORTING**

| Professional | Hourly Rate | November 2009 Hours | November 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 0.00 | $ – |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 4.00 | $ – |
| Bret Fernandes | $ 675 | 0.00 | $ – | 2.60 | $ 1,430.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 0.00 | $ – |
| Robert Semple | $ 640 | 0.00 | $ – | 0.00 | $ – |
| Mark Lymbery | $ 590 | 0.00 | $ – | 1.10 | $ 605.00 |
| Scott Martinez | $ 465 | 0.00 | $ – | 22.00 | $ 9,570.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 46.70 | $ 17,107.50 |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| **Total** | | **0.00** | **$ –** | **76.40** | **$ 28,712.50** |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

**CATEGORY 14**          **SECURED LENDERS NEGOTIATION**

| Professional | Hourly Rate | November 2009 Hours | November 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 73.50 | $ 14,337.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 274.00 | $ 28,927.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 32.60 | $ 19,234.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 262.30 | $ 164,883.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 576.80 | $ 329,864.00 |
| Scott Martinez | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 802.40 | $ 337,747.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 2021.60 | $ 894,993.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2009

### CATEGORY 15        COMMUNICATIONS MATTERS

| Professional | Hourly Rate | November 2009 Hours | November 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 5.75 | $ – |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 10.00 | $ 1,662.50 |
| Bret Fernandes | $ 675 | 0.00 | $ – | 0.00 | $ – |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 15.30 | $ 9,486.00 |
| Robert Semple | $ 640 | 0.00 | $ – | 0.00 | $ – |
| Mark Lymbery | $ 590 | 0.00 | $ – | 3.40 | $ 1,870.00 |
| Scott Martinez | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 212.30 | $ 76,102.50 |
| Rebecca Randall | $ 345 | 0.00 | $ – | 22.80 | $ 7,410.00 |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 0.00 | $ – | 269.55 | $ 96,531.00 |

**AMERICAN HOME MORTGAGE CH.11**
**EXPENSES BY DAY BY PROFESSIONAL**
**NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| EMPLY # | NAME | DATE | | AMOUNT |
|---|---|---|---|---|
| 325 | Martinez S. | 11/3/2009 | Ground Transportation TOLLS | 5.50 |
| 325 | Martinez S. | 11/3/2009 | Ground Transportation | 106.55 |
| 325 | Martinez S. | 11/3/2009 | Hotel | 195.79 |
| 325 | Martinez S. | 11/3/2009 | Meals DINNER - 1 | 14.34 |
| 325 | Martinez S. | 11/4/2009 | Ground Transportation | 106.55 |
| 325 | Martinez S. | 11/4/2009 | Hotel | 195.79 |
| 325 | Martinez S. | 11/4/2009 | Meals DINNER - 1 | 22.46 |
| 325 | Martinez S. | 11/4/2009 | Meals LUNCH - 2 | 29.36 |
| 325 | Martinez S. | 11/5/2009 | Ground Transportation | 106.55 |
| 325 | Martinez S. | 11/5/2009 | Hotel | 195.79 |
| 325 | Martinez S. | 11/5/2009 | Meals DINNER - 1 | 32.14 |
| 325 | Martinez S. | 11/5/2009 | Meals LUNCH - 1 | 11.68 |
| 325 | Martinez S. | 11/6/2009 | Ground Transportation GAS | 17.20 |
| 325 | Martinez S. | 11/6/2009 | Ground Transportation TOLLS | 7.16 |
| 325 | Martinez S. | 11/6/2009 | Ground Transportation TOLLS | 10.00 |
| 325 | Martinez S. | 11/6/2009 | Ground Transportation | 106.54 |
| 325 | Martinez S. | 11/9/2009 | Ground Transportation TOLLS | 5.50 |
| 325 | Martinez S. | 11/9/2009 | Ground Transportation | 111.68 |
| 325 | Martinez S. | 11/9/2009 | Hotel | 195.79 |
| 325 | Martinez S. | 11/9/2009 | Meals BREAKFAST - 1 | 14.53 |
| 325 | Martinez S. | 11/9/2009 | Meals DINNER - 1 | 22.14 |
| 325 | Martinez S. | 11/9/2009 | Meals LUNCH - 1 | 13.62 |
| 325 | Martinez S. | 11/10/2009 | Ground Transportation | 111.68 |
| 325 | Martinez S. | 11/10/2009 | Hotel | 195.79 |
| 325 | Martinez S. | 11/10/2009 | Meals DINNER - 2 | 100.00 |
| 325 | Martinez S. | 11/10/2009 | Meals LUNCH - 2 | 30.74 |
| 325 | Martinez S. | 11/11/2009 | Ground Transportation | 111.68 |
| 325 | Martinez S. | 11/11/2009 | Hotel | 195.79 |
| 325 | Martinez S. | 11/11/2009 | Meals BREAKFAST - 1 | 12.90 |

1

AMERICAN HOME MORTGAGE CH.11
EXPENSES BY DAY BY PROFESSIONAL
NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| EMPLY # | NAME | DATE | | | AMOUNT |
|---------|------|------|--|--|--------|
| 325 | Martinez S. | 11/11/2009 | Meals | DINNER - 1 | 22.14 |
| 325 | Martinez S. | 11/12/2009 | Ground Transportation | GAS | 26.75 |
| 325 | Martinez S. | 11/12/2009 | Ground Transportation | TOLLS | 7.16 |
| 325 | Martinez S. | 11/12/2009 | Ground Transportation | | 111.68 |
| 325 | Martinez S. | 11/12/2009 | Meals | BREAKFAST - 1 | 11.00 |
| 325 | Martinez S. | 11/12/2009 | Meals | LUNCH - 1 | 11.99 |
| 325 | Martinez S. | 11/13/2009 | Ground Transportation | TOLLS | 10.00 |
| 325 | Martinez S. | 11/13/2009 | Ground Transportation | | 111.69 |
| 325 | Martinez S. | 11/16/2009 | Ground Transportation | TOLLS | 5.50 |
| 325 | Martinez S. | 11/16/2009 | Ground Transportation | | 105.46 |
| 325 | Martinez S. | 11/16/2009 | Hotel | | 195.79 |
| 325 | Martinez S. | 11/17/2009 | Ground Transportation | | 105.46 |
| 325 | Martinez S. | 11/17/2009 | Hotel | | 195.79 |
| 325 | Martinez S. | 11/17/2009 | Meals | BREAKFAST - 1 | 11.00 |
| 325 | Martinez S. | 11/17/2009 | Meals | DINNER - 1 | 21.71 |
| 325 | Martinez S. | 11/17/2009 | Meals | LUNCH - 1 | 18.19 |
| 325 | Martinez S. | 11/18/2009 | Ground Transportation | | 105.46 |
| 325 | Martinez S. | 11/18/2009 | Hotel | | 195.79 |
| 325 | Martinez S. | 11/18/2009 | Meals | BREAKFAST - 1 | 11.00 |
| 325 | Martinez S. | 11/18/2009 | Meals | DINNER - 1 | 50.00 |
| 325 | Martinez S. | 11/18/2009 | Meals | LUNCH - 1 | 8.07 |
| 325 | Martinez S. | 11/19/2009 | Ground Transportation | | 105.46 |
| 325 | Martinez S. | 11/19/2009 | Hotel | | 195.79 |
| 325 | Martinez S. | 11/19/2009 | Meals | LUNCH - 2 | 33.71 |
| 325 | Martinez S. | 11/19/2009 | Travel Expense | TIP | 5.00 |
| 325 | Martinez S. | 11/20/2009 | Ground Transportation | GAS | 31.15 |
| 325 | Martinez S. | 11/20/2009 | Ground Transportation | TOLLS | 7.16 |
| 325 | Martinez S. | 11/20/2009 | Ground Transportation | TOLLS | 10.00 |
| 325 | Martinez S. | 11/20/2009 | Ground Transportation | | 105.48 |

AMERICAN HOME MORTGAGE CH.11
EXPENSES BY DAY BY PROFESSIONAL
NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| EMPL Y # | NAME | DATE | | | AMOUNT |
|---|---|---|---|---|---|
| 325 | Martinez S. | 11/20/2009 | Meals | LUNCH - 1 | 7.88 |
| 325 | Martinez S. | 11/30/2009 | Ground Transportation | TOLLS | 5.50 |
| 325 | Martinez S. | 11/30/2009 | Meals | DINNER - 1 | 10.00 |
| 325 | Martinez S. | 11/30/2009 | Meals | LUNCH - 1 | 16.61 |
| 325 | Martinez S. | 11/30/2009 | Phone | DEC CELL | 146.47 |
| | | | **TOTALS:** | | **$ 4,307.08** |
| | | | | | |
| 401 | Nystrom K. | 11/19/2009 | Ground Transportation | | 7.00 |
| 401 | Nystrom K. | 11/19/2009 | Ground Transportation | | 6.00 |
| 401 | Nystrom K. | 11/19/2009 | Ground Transportation | | 10.00 |
| 401 | Nystrom K. | 11/19/2009 | Ground Transportation | AMTRAK | 194.00 |
| 401 | Nystrom K. | 11/19/2009 | Ground Transportation | AMTRAK | 165.00 |
| 401 | Nystrom K. | 11/24/2009 | Ground Transportation | | 17.00 |
| 401 | Nystrom K. | 11/30/2009 | Phone | NOV CELL | 103.39 |
| | | | **TOTALS:** | | **$ 502.39** |
| | | | | | |
| 9999 | Accounts P. | 11/11/2009 | Postage | | 5.14 |
| 9999 | Accounts P. | 11/13/2009 | Phone | conference Oct | 44.79 |
| 9999 | Accounts P. | 11/18/2009 | Postage | FED EX | 5.08 |
| 9999 | Accounts P. | 11/30/2009 | Copy Charges | | 6.80 |
| 9999 | Accounts P. | 11/30/2009 | Meals | SEAMLESS WEB- NYSTROM | 7.35 |
| 9999 | Accounts P. | 11/30/2009 | Postage | | 1.90 |
| 9999 | Accounts P. | 11/30/2009 | Postage | | 1.73 |
| 9999 | Accounts P. | 11/30/2009 | Postage | FED EX | 5.08 |
| | | | **TOTALS:** | | **$ 77.87** |
| | | | | | |
| | | | **TOTAL NOVEMBER EXPENSES:** | | **$ 4,887.34** |