## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                                    :     Chapter 11
                                                          :
AMERICAN HOME MORTGAGE                                     :     Case No.  07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,[1]  :
                                                          :     Jointly Administered
                              Debtors.                    :
                                                          :     **Ref. Docket. No. 8424**

------------------------------------------------------------- x

### NOTICE OF APPEAL

      PLEASE TAKE NOTICE that, pursuant to Rule 8001 of the Federal Rules of

Bankruptcy Procedure, the above captioned debtors and debtors-in-possession (collectively, the

"<u>Debtors</u>"), by and through their undersigned counsel, hereby appeal under 28 U.S.C. § 158(a) to

the United States District Court for the District of Delaware from this Court's Order Regarding

Claims of Mona Dobben [Docket No. 8424] (the "<u>Order</u>").  A copy of the Order is attached

hereto as <u>Exhibit A</u>.

      PLEASE TAKE FURTHER NOTICE that the names of all parties to the order

appealed from and the names, addresses and telephone numbers of their respective attorneys are

as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).   The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

| The Debtors | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Sean M. Beach<br>Curtis J. Crowther<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600 |
|---|---|
| Mona Dobben | Vivian A. Houghton<br>800 North West Street<br>Wilmington, DE 19801<br><br>-and-<br><br>Douglas J. Pettibone<br>Law Offices of Douglas J. Pettibone<br>17848 Sky Park Circle Suite C<br>Irvine, CA 92614 |

PLEASE TAKE FURTHER NOTICE that the names of other interested parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| The Official Committee of Unsecured Creditors | BLANK ROME LLP<br>Bonnie Glantz Fatell<br>David W. Carickhoff, Jr.<br>1201 Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue, 15th Fl<br>New York, NY 10022<br>Telephone: (212) 478-7200 |
|---|---|

Dated:  Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
        December 24, 2009

                                      Sean M. Beach (No. 4070)
                                      Curtis J. Crowther (No. 3238)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      Counsel for Debtors and Debtors-in-Possession

# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | x | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, <u>et al.</u>, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | re: Docket Nos. 8049, 8141 and |
| | | 8149 |

### ORDER REGARDING CLAIMS OF MONA DOBBEN

AND NOW, the Court having considered Debtors' Objections to Claims of Mona

Dobben, the pleadings and filings in connection therewith and having conducted an evidentiary

hearing on December 9, 2009, after due consideration of the evidence and argument, for the

reasons stated on the record at the conclusion of the evidentiary hearing,

IT IS ORDERED THAT Claimant Mona Dobben shall have an allowed,

administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of One Hundred

Thousand Dollars ($100,000.00) which claim shall be, jointly and severally, against the

following Debtors:  American Home Mortgage Corp., American Home Mortgage Holdings, Inc.

and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.)(the "Allowed Claims");

IT IS FURTHER ORDERED that the Allowed Claims shall be paid on or before

twenty-one (21) days from the date this order becomes final and non-appealable; and

066585.1001

IT IS FURTHER ORDERED that Claimant Mona Dobben shall have no other allowed claims against any of the Debtors, including but not limited to Claim Nos. 10607, 10608 and 10609, except the Allowed Claims provided for herein, and all such other claims are expunged.

IT IS SO ORDERED.

Christopher S. Sontchi
United States Bankruptcy Judge

Dated: Wilmington, Delaware
       December 17, 2009

DB02:9030402.1                                                    066585.1001