# EXHIBIT A

PAGE 3                                In Reference To:                            DATE: 12/23/2009
                                  American Home Mortgage
                            Our File Number:  AMERICA.AHM


TIMEKEEPER SUMMARY


<u>0040 - Fee/Employment Application</u>

| Name | Hours | Amount |
|------|-------|--------|
| Joshua D. Morse | 5.00 | $2,525.00 |
| TOTALS:  0040 - Fee/Employment Application | 5.00 | $2,525.00 |

PAGE 4                                In Reference To:                          DATE: 12/23/2009
                                    American Home Mortgage
                                Our File Number:  AMERICA.AHM


<u>0040 - Fee/Employment Application</u>

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 8/28/2009 | Joshua D. Morse | Review and revise invoice for third interim fee application. | 1.30 | $656.50 |
| 8/31/2009 | Joshua D. Morse | Draft third interim fee application. | 0.60 | $303.00 |
| 9/3/2009 | Joshua D. Morse | Review and revise third monthly fee application. | 0.60 | $303.00 |
| 9/3/2009 | Joshua D. Morse | Draft email correspondence to Mr. Miller regarding filing of third monthly fee application. | 0.10 | $50.50 |
| 9/3/2009 | Joshua D. Morse | Draft email correspondence to Mr. Beach regarding second monthly fee application. | 0.10 | $50.50 |
| 9/4/2009 | Joshua D. Morse | Draft CNO for second monthly fee application. | 0.30 | $151.50 |
| 9/4/2009 | Joshua D. Morse | Review and revise CNO for second monthly fee application. | 0.20 | $101.00 |
| 9/4/2009 | Joshua D. Morse | Coordinate filing and service of CNO for second monthly fee application. | 0.30 | $151.50 |
| 9/4/2009 | Joshua D. Morse | Trade emails with Mr. Weiler regarding third monthly fee application. | 0.30 | $151.50 |
| 9/4/2009 | Joshua D. Morse | Coordinate filing and service of third monthly fee application. | 0.30 | $151.50 |
| 9/4/2009 | Joshua D. Morse | Review and revise third monthly fee application. | 0.20 | $101.00 |
| 9/25/2009 | Joshua D. Morse | Draft certificate of no objection to third monthly fee application; transmit same to Mr. Weiler for filing and service. | 0.50 | $252.50 |
| 9/29/2009 | Joshua D. Morse | Draft email correspondence to Mr. Beach transmitting certificate of no objection for third interim fee application. | 0.10 | $50.50 |
| 9/29/2009 | Joshua D. Morse | Confirm filing of certificate of no objection for third interim fee application. | 0.10 | $50.50 |

TOTALS:  0040 - Fee/Employment Application                                      5.00        $2,525.00

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/23/2009

<u>0120 - Litigation</u>

| Name | Hours | Amount |
|---|---|---|
| Celestino Santos | 0.40 | $88.00 |
| Jeanne E. Irving | 152.30 | $103,564.00 |
| Joshua D. Morse | 69.60 | $35,148.00 |
| Michael Morris | 61.00 | $46,360.00 |
| Michael Schneidereit | 13.00 | $5,135.00 |
| TOTALS:  0120 - Litigation | 296.30 | $190,295.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

### 0120 - Litigation

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 8/3/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding JPMorgan proofs of claim. | 0.10 | $68.00 |
| 8/3/2009 | Jeanne E. Irving | Review and analyze debtors' and committee's mediation statement and cited case law. | 0.80 | $544.00 |
| 8/3/2009 | Jeanne E. Irving | Review and analyze debtors' and committee's mediation statement and cited case law. | 2.50 | $1,700.00 |
| 8/3/2009 | Jeanne E. Irving | Legal research regarding recoupment issues raised by JPMorgan. | 3.00 | $2,040.00 |
| 8/4/2009 | Jeanne E. Irving | Review of summons and notice of pretrial conference and certificate of service of summons. | 0.10 | $68.00 |
| 8/4/2009 | Jeanne E. Irving | Draft e-mail to Ms. Ziady regarding calendaring deadline for response to complaint. | 0.10 | $68.00 |
| 8/4/2009 | Jeanne E. Irving | Legal research regarding recoupment issues raised by JPMorgan | 1.10 | $748.00 |
| 8/4/2009 | Jeanne E. Irving | Draft e-mail to Mr. Floyd regarding electronic notices of filings in case. | 0.10 | $68.00 |
| 8/5/2009 | Jeanne E. Irving | Review current filings. | 0.10 | $68.00 |
| 8/5/2009 | Jeanne E. Irving | Conduct legal research regarding recomupment issues reaised by JP Morgan. | 3.10 | $2,108.00 |
| 8/5/2009 | Jeanne E. Irving | Conduct analysis of legal research regarding recoupment issues raised by JPMorgan. | 1.30 | $884.00 |
| 8/5/2009 | Michael Morris | Draft memorandum for Ms. Irving and Mr. Morse regarding case outline. | 0.80 | $608.00 |
| 8/5/2009 | Michael Morris | Revise memorandum regarding case outline. | 0.30 | $228.00 |
| 8/13/2009 | Jeanne E. Irving | Legal research regarding recoupment defense. | 3.60 | $2,448.00 |
| 8/17/2009 | Jeanne E. Irving | Conduct legal research regarding recoupment defense. | 3.20 | $2,176.00 |
| 8/17/2009 | Jeanne E. Irving | Conduct analysis of legal research regarding recoupment defense. | 2.00 | $1,360.00 |
| 8/18/2009 | Jeanne E. Irving | Review voice message from Mr. Morris regarding obtaining REO files; review e-mail regarding same. | 0.10 | $68.00 |
| 8/18/2009 | Michael Morris | Telephone conference with Mr. Stennent regarding document requested from Servicing. | 0.30 | $228.00 |

PAGE 7

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/23/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 8/18/2009 | Michael Morris | Memorandum to Ms. Irving and Mr. Morse regarding calls with Mr. Stennent and Servicing documents. | 0.30 | $228.00 |
| 8/19/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Morris regarding loan files. | 0.10 | $68.00 |
| 8/19/2009 | Joshua D. Morse | Review and respond to email correspondence from Mr. Morris regarding loan file issues. | 0.10 | $50.50 |
| 8/19/2009 | Joshua D. Morse | Review and respond to email correspondence from Ms. Irving regarding loan file issues. | 0.10 | $50.50 |
| 8/20/2009 | Joshua D. Morse | Trade emails with Mr. Morris regarding loan file scanning project. | 0.20 | $101.00 |
| 8/20/2009 | Joshua D. Morse | Trade emails with Mr. Baldwin regarding loan file scanning project. | 0.30 | $151.50 |
| 8/21/2009 | Joshua D. Morse | Trade emails with Mr. Baldwin regarding loan file scanning project. | 0.10 | $50.50 |
| 8/24/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Morris regarding extension of time to respond to complaint. | 0.10 | $68.00 |
| 8/24/2009 | Jeanne E. Irving | Review information regarding loan files. | 0.10 | $68.00 |
| 8/24/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding loan files. | 0.10 | $68.00 |
| 8/24/2009 | Michael Morris | Correspondence with Mr. Morse regarding documents. | 0.20 | $152.00 |
| 8/24/2009 | Michael Morris | Telephone conference with Messrs. Rath and McGuire regarding extension. | 0.20 | $152.00 |
| 8/24/2009 | Michael Morris | Correspondence to Mr. Beach regarding extension request from Mr. Rath. | 0.20 | $152.00 |
| 8/24/2009 | Michael Morris | Correspondence with Ms. Irving regarding extension and likely response. | 0.10 | $76.00 |
| 8/24/2009 | Michael Morris | Correspondence to Mr. Rath regarding approval of extension. | 0.10 | $76.00 |
| 8/24/2009 | Joshua D. Morse | Analysis of bids for loan file scanning project; trade emails with Mr. Baldwin regarding same. | 0.30 | $151.50 |
| 8/24/2009 | Joshua D. Morse | Trade emails with Mr. Morris regarding bids for loan file scanning project. | 0.20 | $101.00 |
| 8/24/2009 | Joshua D. Morse | Telephone conference with Mr. Morris regarding bids for loan file scanning project. | 0.10 | $50.50 |
| 8/24/2009 | Joshua D. Morse | Telephone conference (vmm) with Mr. Stennett regarding bids for loan file scanning project. | 0.10 | $50.50 |
| 8/24/2009 | Joshua D. Morse | Coordinate loan file scanning project. | 0.20 | $101.00 |

PAGE 8                  In Reference To:             DATE: 12/23/2009

American Home Mortgage

Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 8/25/2009 | Jeanne E. Irving | Conduct legal research regarding requirements for authenticating documents and establishing business records exception to hearsay rule; draft declaration to establish same. | 3.40 | $2,312.00 |
| 8/25/2009 | Jeanne E. Irving | Conduct analysis of legal research regarding requirements for authenticating documents and establishing business records exception to hearsay rule; draft declaration to establish same. | 2.10 | $1,428.00 |
| 8/25/2009 | Joshua D. Morse | Telephone conference with Mr. Stennett regarding bids for loan file scanning project. | 0.20 | $101.00 |
| 8/25/2009 | Joshua D. Morse | Telephone conference with Mr. Morris regarding bids for loan file scanning project. | 0.20 | $101.00 |
| 8/26/2009 | Jeanne E. Irving | Telephone conference with Mr. Morse regarding production of loan files and declaration authenticating them. | 0.20 | $136.00 |
| 8/26/2009 | Jeanne E. Irving | Review and revise declaration authenticating loan files. | 0.20 | $136.00 |
| 8/26/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morse and Morris regarding declaration authenticating loan files. | 0.10 | $68.00 |
| 8/26/2009 | Joshua D. Morse | Telephone conference with Ms. Irving regarding servicing documents. | 0.20 | $101.00 |
| 8/27/2009 | Jeanne E. Irving | Review e-mail from Mr. Morris regarding case issue outline. | 0.10 | $68.00 |
| 8/27/2009 | Jeanne E. Irving | Legal research regarding recoupment defense. | 4.00 | $2,720.00 |
| 8/27/2009 | Michael Morris | Review draft declaration regarding authentication of Servicing records. | 0.40 | $304.00 |
| 8/27/2009 | Michael Morris | Review case outline memorandum and transmit to Mr. Irving and Mr. Morse. | 0.70 | $532.00 |
| 8/27/2009 | Joshua D. Morse | Review declaration authenticating loan files; respond to email correspondence from Ms. Irving regarding same. | 0.50 | $252.50 |
| 8/31/2009 | Jeanne E. Irving | Review and respond to various e-mails from regarding conference call. | 0.10 | $68.00 |
| 8/31/2009 | Jeanne E. Irving | Review memorandum from Mr. Morris regarding issues to be addressed, and analyze case strategy. | 2.30 | $1,564.00 |
| 8/31/2009 | Jeanne E. Irving | Telephone conference with Messrs. Morris and Morse regarding status of proceedings. | 0.50 | $340.00 |
| 8/31/2009 | Jeanne E. Irving | Analyze and draft summary of requirements regarding initial disclosures, e-discovery disclosures and meeting of counsel. | 1.90 | $1,292.00 |

PAGE 9                                  In Reference To:                                DATE: 12/23/2009
                                     American Home Mortgage
                                  Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 8/31/2009 | Michael Morris | Telephone conference with Mr. Irving and Mr. Morse regarding case issues, research, and documents. | 0.50 | $380.00 |
| 8/31/2009 | Michael Morris | Telephone conference with Mr. Morse regarding documents. | 0.20 | $152.00 |
| 8/31/2009 | Joshua D. Morse | Draft email correspondence to internal group regarding loan file update. | 0.10 | $50.50 |
| 8/31/2009 | Joshua D. Morse | Telephone conference with Mr. Stennett regarding loan file scanning in Texas (3 calls). | 0.40 | $202.00 |
| 8/31/2009 | Joshua D. Morse | Prepare for internal conference call to discuss discovery plan and research topics in support of JPMorgan complaint. | 0.70 | $353.50 |
| 8/31/2009 | Joshua D. Morse | Attend conference call with internal group regarding discovery plan and research topics in support of JPMorgan complaint. | 0.50 | $252.50 |
| 9/1/2009 | Jeanne E. Irving | Analyze and draft summary of requirements regarding initial disclosures, e-discovery disclosures and meeting of counsel. | 2.80 | $1,904.00 |
| 9/1/2009 | Jeanne E. Irving | Draft email to Mr. Morris and Mr. Morse regarding deadlines for initial disclosures, e-discovery disclosures and meeting of counsel. | 1.40 | $952.00 |
| 9/1/2009 | Michael Morris | Correspondence with Mr. Beach regarding conference call. | 0.20 | $152.00 |
| 9/1/2009 | Michael Morris | Outline issues to discuss with debtors. | 0.20 | $152.00 |
| 9/1/2009 | Joshua D. Morse | Prepare chart of REO loan jurisdictions. | 0.60 | $303.00 |
| 9/1/2009 | Joshua D. Morse | Telephone conversation with Mr. Schneidereit regarding REO loan jurisdiction research. | 0.20 | $101.00 |
| 9/1/2009 | Michael Schneidereit | Begin preparing spreadsheet of authorities regarding bona fide purchasers. | 3.10 | $1,224.50 |
| 9/2/2009 | Jeanne E. Irving | Analyze requirements regarding opposition to motion to dismiss. | 0.40 | $272.00 |
| 9/2/2009 | Jeanne E. Irving | Analyze pre-trial requirements and prepare initial disclosures and e-discovery disclosures. | 2.30 | $1,564.00 |
| 9/2/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris, Mr. Morse, Mr. Beach, Mr. Martinez and Mr. Miller regarding discovery, response to complaint and disclosure obligations. | 0.70 | $476.00 |
| 9/2/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris and Mr. Morse regarding interviewing witnesses. | 0.20 | $136.00 |
| 9/2/2009 | Jeanne E. Irving | Prepare for meeting with Mr. Dokas | 0.30 | $204.00 |

PAGE 10

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/23/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 9/2/2009 | Jeanne E. Irving | Review and respond to various emails from Mr. Morris regarding trip to interview Mr. Dokas. | 0.10 | $68.00 |
| 9/2/2009 | Jeanne E. Irving | Review and revise analysis of pretrial time periods. | 0.20 | $136.00 |
| 9/2/2009 | Michael Morris | Telephone conference with Messrs. Beach, Martinez, Morse, and Ms. Irving. | 0.70 | $532.00 |
| 9/2/2009 | Michael Morris | Telephone conference with Ms. Irving and Mr. Morse. | 0.20 | $152.00 |
| 9/2/2009 | Michael Morris | Correspondence with Mr. Martinez regarding meeting with Mr. Dokos (4 items). | 0.80 | $608.00 |
| 9/2/2009 | Joshua D. Morse | Attend conference call with internal group and debtors' counsel. | 0.70 | $353.50 |
| 9/2/2009 | Joshua D. Morse | Telephone conference with Mr. Morris and Ms. Irving regarding initial interviews with potential witnesses. | 0.20 | $101.00 |
| 9/2/2009 | Joshua D. Morse | Telephone conference with Mr. Stennett regarding loan document scanning project (2 calls). | 0.20 | $101.00 |
| 9/2/2009 | Joshua D. Morse | Review email from Ms. Irving regarding initial disclosures. | 0.50 | $252.50 |
| 9/2/2009 | Michael Schneidereit | Continue preparing spreadsheet of bona fide purchaser provisions for various jurisdictions. | 3.40 | $1,343.00 |
| 9/3/2009 | Jeanne E. Irving | Analysis of parole evidence issues. | 1.80 | $1,224.00 |
| 9/3/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding meeting with Mr. Dokas | 0.10 | $68.00 |
| 9/3/2009 | Jeanne E. Irving | Prepare for Dokas meeting. | 0.30 | $204.00 |
| 9/3/2009 | Michael Morris | Correspondence with Mr. Beach. | 0.10 | $76.00 |
| 9/3/2009 | Michael Morris | Correspondence with Ms. Irving regarding meeting with Mr. Martinez. | 0.10 | $76.00 |
| 9/3/2009 | Joshua D. Morse | Telephone conference with Mr. Stennett regarding servicing files. | 0.20 | $101.00 |
| 9/3/2009 | Joshua D. Morse | Draft email correspondence to Mr. Stennett confirming servicing file format request. | 0.10 | $50.50 |
| 9/3/2009 | Joshua D. Morse | Draft email correspondence to Mr. Morris and Ms. Irving regarding update on servicing file request. | 0.10 | $50.50 |
| 9/3/2009 | Michael Schneidereit | Review and revise bona fide purchaser spreadsheet; add statutory provisions. | 2.70 | $1,066.50 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 9/3/2009 | Michael Schneidereit | Continue drafting spreadsheet identifying bona fide pruchaser provisions in various jurisdictions. | 3.20 | $1,264.00 |
| 9/4/2009 | Joshua D. Morse | Review email correspondence and results of research regarding mortgage perfection requirements in numerous jurisdictions. | 0.70 | $353.50 |
| 9/4/2009 | Michael Schneidereit | Finalize spreadsheet of authorities regarding bona fide purchasers. | 0.60 | $237.00 |
| 9/7/2009 | Jeanne E. Irving | Travel to New York to attend meetings with AHM personnel (non-working travel billed at 50%). | 4.10 | $2,788.00 |
| 9/7/2009 | Jeanne E. Irving | Review of recent decisions involving American Home Mortgage. | 0.40 | $272.00 |
| 9/8/2009 | Jeanne E. Irving | Review and respond to various electronic correspondence from Ms. Edwards regarding conference regarding procedural issues. | 0.10 | $68.00 |
| 9/8/2009 | Jeanne E. Irving | Review and analysis of Sontchi opinion granting summary judgment  against Bear Stearns and district court opinion affirming. | 0.70 | $476.00 |
| 9/8/2009 | Jeanne E. Irving | Draft email to Ms. Morris and Ms. Morse regarding Sontchi opinion granting summary judgment against Bear Stearns and district court opinion affirming. | 0.10 | $68.00 |
| 9/8/2009 | Michael Morris | Travel to NYC for meeting with Messrs. Martinez and Dokos regarding documents for JPM discovery (non-working travel billed at 50%). | 2.50 | $1,900.00 |
| 9/8/2009 | Michael Morris | Review JPM mediation statement in preparation for meeting with Mr. Dokos regarding documents. | 1.00 | $760.00 |
| 9/8/2009 | Joshua D. Morse | Review email correspondence from Ms. Irving regarding recent opinion interpreting contract in spite of request for equitable relief requested by party thereto. | 0.40 | $202.00 |
| 9/9/2009 | Jeanne E. Irving | Meeting with Ms. Morris regarding information sought from debtors. | 0.50 | $340.00 |
| 9/9/2009 | Jeanne E. Irving | Meeting with Mr. Dokas, Mr. Martinez and AHM IT professionals regarding transactions with J.P. Morgan and documentation regarding same; travel to and from meeting (non-working travel billed at 50%). | 3.00 | $2,040.00 |
| 9/9/2009 | Jeanne E. Irving | Draft discovery plan. | 0.50 | $340.00 |

PAGE 12

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/23/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 9/9/2009 | Michael Morris | Conference with Ms. Irving in preparation for meeting with Mr. Dokos and Mr. Martinez. | 0.50 | $380.00 |
| 9/9/2009 | Michael Morris | Meeting with Messrs. Dokos, Martinez, and debtor IT staff regarding documents needed for JPM litigation. | 3.00 | $2,280.00 |
| 9/9/2009 | Michael Morris | Return travel from NYC meeting (non-working travel billed at 50%). | 2.50 | $1,900.00 |
| 9/9/2009 | Michael Morris | Draft memorandum regarding documents for JPM case. | 0.60 | $456.00 |
| 9/9/2009 | Joshua D. Morse | Draft email correspondence to Mr. Martinez transmitting exhibits to JPM Complaint. | 0.10 | $50.50 |
| 9/9/2009 | Joshua D. Morse | Telephone conference with Mr. Stennett regarding servicing files. | 0.10 | $50.50 |
| 9/9/2009 | Joshua D. Morse | Draft email correspondence to Mr. Beach regarding loan file authentication declaration. | 0.10 | $50.50 |
| 9/9/2009 | Joshua D. Morse | Review and revise loan file authentication declaration. | 2.40 | $1,212.00 |
| 9/9/2009 | Joshua D. Morse | Draft email correspondence to Mr. Stennett regarding loan file authentication declaration. | 0.20 | $101.00 |
| 9/9/2009 | Joshua D. Morse | Draft email correspondence to Mr. Martinez transmitting exhibits to JPM Complaint. | 0.10 | $50.50 |
| 9/10/2009 | Jeanne E. Irving | Travel to Los Angeles following meeting with AHM personnel (non-working travel billed at 50%). | 3.00 | $2,040.00 |
| 9/10/2009 | Jeanne E. Irving | Draft discovery plan. | 0.80 | $544.00 |
| 9/10/2009 | Jeanne E. Irving | Review and revise declaration authenticating documents from servicing, and draft email to Mr. Morse regarding same. | 0.40 | $272.00 |
| 9/10/2009 | Michael Morris | Review revised declaration for Servicing files. | 0.30 | $228.00 |
| 9/10/2009 | Michael Morris | Correspondence with Mr. Morse regarding service file declaration. | 0.10 | $76.00 |
| 9/10/2009 | Michael Morris | Review spreadsheets regarding summaries of JPM loans. | 0.50 | $380.00 |
| 9/10/2009 | Michael Morris | Correspondence from Mr. Irving regarding changes in service file declaration. | 0.10 | $76.00 |
| 9/10/2009 | Joshua D. Morse | Review and revise declaration regarding production of loan servicing files. | 0.60 | $303.00 |
| 9/10/2009 | Joshua D. Morse | Draft email correspondence to Mr. Morris and Ms. Irving regarding update on servicing file request. | 0.20 | $101.00 |

PAGE 13

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/23/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 9/11/2009 | Jeanne E. Irving | Telephone conference with Ms. Edwards regarding initial disclosures. | 0.20 | $136.00 |
| 9/11/2009 | Jeanne E. Irving | Draft information relevant to discovery plan. | 1.90 | $1,292.00 |
| 9/11/2009 | Jeanne E. Irving | Draft email to Mr. Morris and Mr. Morse regarding telephone conference with Ms. Edwards. | 0.20 | $136.00 |
| 9/11/2009 | Joshua D. Morse | Coordinate wire transfer of document production expenses. | 0.40 | $202.00 |
| 9/11/2009 | Joshua D. Morse | Trade emails with Mr. Stennett regarding loan servicing file production. | 0.50 | $252.50 |
| 9/11/2009 | Joshua D. Morse | Draft email to internal group regarding loan servicing file production. | 0.10 | $50.50 |
| 9/11/2009 | Joshua D. Morse | Telephone conference with Mr. Morris regarding loan servicing file production. | 0.20 | $101.00 |
| 9/14/2009 | Jeanne E. Irving | Review of construction lending fileshare directory. | 1.10 | $748.00 |
| 9/14/2009 | Joshua D. Morse | Confirm receipt of wire transfer by AHMSI; trade emails with Mr. Stennett and internal group regarding same. | 0.40 | $202.00 |
| 9/14/2009 | Joshua D. Morse | Review email from Ms. Irving regarding initial disclosures. | 0.20 | $101.00 |
| 9/15/2009 | Jeanne E. Irving | Draft initial disclosures. | 5.40 | $3,672.00 |
| 9/15/2009 | Jeanne E. Irving | Draft email to Mr. Morris and Mr. Morse regarding initial disclosures and discovery outline. | 0.20 | $136.00 |
| 9/15/2009 | Jeanne E. Irving | Prepare scheduling order and proposed discovery/procedure schedule. | 0.40 | $272.00 |
| 9/15/2009 | Jeanne E. Irving | Draft email to Mr. Morris and Mr. Morse regarding construction lending files. | 0.10 | $68.00 |
| 9/15/2009 | Jeanne E. Irving | Draft email to Mr. Morris and Mr. Morse regarding email restoration. | 0.10 | $68.00 |
| 9/15/2009 | Michael Morris | Review draft initial disclosures from Ms. Irving and directory file of debtor JPM files. | 0.60 | $456.00 |
| 9/15/2009 | Joshua D. Morse | Review draft initial disclosures. | 1.30 | $656.50 |
| 9/15/2009 | Joshua D. Morse | Analysis of email restoration and e-file directory issues. | 0.50 | $252.50 |
| 9/16/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding email restoration. | 0.10 | $68.00 |
| 9/16/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding initial disclosures. | 0.10 | $68.00 |

PAGE 14                          In Reference To:                          DATE: 12/23/2009
                              American Home Mortgage
                          Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 9/16/2009 | Jeanne E. Irving | Draft proposed schedule and scheduling order. | 3.10 | $2,108.00 |
| 9/16/2009 | Jeanne E. Irving | Draft email to Mr. Morris and Mr. Morse regarding proposed schedule and scheduling order. | 0.40 | $272.00 |
| 9/16/2009 | Michael Morris | Revise disclosure document. | 0.50 | $380.00 |
| 9/16/2009 | Michael Morris | Correspondence to Ms. Irving regarding disclosure document. | 0.30 | $228.00 |
| 9/16/2009 | Michael Morris | Correspondence with Mr. Irving regarding timing of debtor documents. | 0.20 | $152.00 |
| 9/16/2009 | Michael Morris | Review draft scheduling order. | 0.30 | $228.00 |
| 9/17/2009 | Jeanne E. Irving | Telephone conference with Mr. Santos regarding email restoration. | 0.10 | $68.00 |
| 9/18/2009 | Jeanne E. Irving | Draft email to Mr. Santos regarding email restoration and review reply to same. | 0.10 | $68.00 |
| 9/18/2009 | Jeanne E. Irving | Draft email to Mr. Burzenski regarding email restoration. | 0.10 | $68.00 |
| 9/18/2009 | Jeanne E. Irving | Draft email to Ms. Edwards regarding restored emails. | 0.10 | $68.00 |
| 9/18/2009 | Jeanne E. Irving | Review email and attached spreadsheet from Ms. Edwards. | 0.10 | $68.00 |
| 9/21/2009 | Jeanne E. Irving | Review materials in preparation for conference call regarding discovery, pre-trial schedule and document review. | 0.50 | $340.00 |
| 9/21/2009 | Jeanne E. Irving | Conference call with Mr. Morris and Mr. Morse regarding discovery, pre-trial schedule and document review. | 0.40 | $272.00 |
| 9/21/2009 | Jeanne E. Irving | Review and revise scheduling order and pretrial schedule. | 1.80 | $1,224.00 |
| 9/21/2009 | Jeanne E. Irving | Review and respond to email from Mr. Burzenski regarding email restoration. | 0.10 | $68.00 |
| 9/21/2009 | Jeanne E. Irving | Draft email to Mr. Morris and Mr. Morse regarding revised scheduling order and pretrial schedule. | 0.20 | $136.00 |
| 9/21/2009 | Jeanne E. Irving | Draft email to Mr. Beach, Ms. Edwards and Mr. Miller regarding revised scheduling order and pretrial schedule. | 0.20 | $136.00 |
| 9/21/2009 | Jeanne E. Irving | Review email from Mr. Beach regarding conference call regarding scheduling order and draft email to Mr. Morris and Mr. Morse regarding same. | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/23/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 9/21/2009 | Michael Morris | Review and revise scheduling order. | 0.70 | $532.00 |
| 9/21/2009 | Michael Morris | Correspondence to Ms. Irving regarding scheduling order. | 0.20 | $152.00 |
| 9/21/2009 | Michael Morris | Telephone conference with Ms. Irving and Mr. Morse regarding scheduling order and miscellaneous issues. | 0.40 | $304.00 |
| 9/21/2009 | Michael Morris | Correspondence to Mr. Beach regarding Servicing document. | 0.10 | $76.00 |
| 9/21/2009 | Joshua D. Morse | Review proposed scheduling order and emails with respect thereto. | 0.60 | $303.00 |
| 9/21/2009 | Joshua D. Morse | Review email from Ms. Irving regarding back-up tape issues. | 0.20 | $101.00 |
| 9/21/2009 | Joshua D. Morse | Draft email correspondence to Mr. Stennett regarding loan file delivery and declaration update. | 0.10 | $50.50 |
| 9/21/2009 | Joshua D. Morse | Attend conference call with internal group regarding scheduling order. | 0.40 | $202.00 |
| 9/22/2009 | Jeanne E. Irving | Draft email to Ms. Edwards and Mr. Miller regarding scheduling order. | 0.20 | $136.00 |
| 9/22/2009 | Joshua D. Morse | Analysis of email from Ms. Irving regarding scheduling order issues. | 0.10 | $50.50 |
| 9/23/2009 | Jeanne E. Irving | Prepare for conference call regarding scheduling order and pretrial schedule. | 0.20 | $136.00 |
| 9/23/2009 | Jeanne E. Irving | Telephone conference with Ms. Edwards, Mr. Miller, Mr. Morris and Mr. Morse regarding scheduling order and pretrial schedule. | 0.30 | $204.00 |
| 9/23/2009 | Jeanne E. Irving | Further telephone conference with Mr. Morris regarding same and regarding common interest agreement. | 0.10 | $68.00 |
| 9/23/2009 | Jeanne E. Irving | Review and revise scheduling order. | 0.10 | $68.00 |
| 9/23/2009 | Michael Morris | Telephone conference with Ms. Edwards regarding scheduling order. | 0.30 | $228.00 |
| 9/23/2009 | Joshua D. Morse | Attend internal conference call regarding scheduling order. | 0.30 | $151.50 |
| 9/24/2009 | Jeanne E. Irving | Research regarding common interest agreement and draft email to Mr. Morris and Mr. Morse regarding same. | 0.60 | $408.00 |
| 9/24/2009 | Joshua D. Morse | Analysis of email from Ms. Irving regarding common interest privilege issues. | 0.30 | $151.50 |
| 9/25/2009 | Jeanne E. Irving | Review and revise scheduling order. | 0.40 | $272.00 |

PAGE 16                            In Reference To:                        DATE: 12/23/2009
                               American Home Mortgage
                            Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 9/25/2009 | Jeanne E. Irving | Draft email to Mr. Morris and Mr. Morse regarding substitution of trustee as plaintiff. | 0.40 | $272.00 |
| 9/25/2009 | Michael Morris | Correspondence from Mr. Irving regarding common interest provisions in stipulation. | 0.30 | $228.00 |
| 9/25/2009 | Michael Morris | Telephone conference with Ms. Edwards regarding common interest language and documents. | 0.10 | $76.00 |
| 9/25/2009 | Michael Morris | Correspondence to Ms. Edwards with stipulation including common interest. | 0.10 | $76.00 |
| 9/25/2009 | Michael Morris | Correspondence with Ms. Irving with revised scheduling order. | 0.10 | $76.00 |
| 9/25/2009 | Michael Morris | Review and revise scheduling order and correspondence to Mr. Irving regarding same. | 0.50 | $380.00 |
| 9/25/2009 | Joshua D. Morse | Review revised scheduling order and internal emails with respect thereto. | 0.90 | $454.50 |
| 9/25/2009 | Joshua D. Morse | Review final scheduling order transmitted to counsel for JPMorgan. | 0.30 | $151.50 |
| 9/28/2009 | Joshua D. Morse | Draft email correspondence to Mr. Stennett regarding loan servicing file declaration. | 0.10 | $50.50 |
| 9/30/2009 | Jeanne E. Irving | Review and analyze revised declaration regarding authentication of foreclosure files received from servicing. | 0.20 | $136.00 |
| 9/30/2009 | Jeanne E. Irving | Legal research regarding requirements of declaration regarding authentication of foreclosure files received from servicing. | 0.10 | $68.00 |
| 9/30/2009 | Jeanne E. Irving | Draft email to Ms. Morse and Ms. Morris regarding declaration regarding authentication of foreclosure files received from servicing. | 0.10 | $68.00 |
| 9/30/2009 | Michael Morris | Correspondence from Ms. Irving with Mr. Edwards' position regarding document review. | 0.30 | $228.00 |
| 9/30/2009 | Michael Morris | Telephone conference with Ms. Irving regarding debtor privilege issue and alternatives. | 0.40 | $304.00 |
| 9/30/2009 | Joshua D. Morse | Review revised loan servicing file declaration. | 0.40 | $202.00 |
| 9/30/2009 | Joshua D. Morse | Draft email correspondence to internal group regarding loan servicing file declaration. | 0.20 | $101.00 |
| 9/30/2009 | Joshua D. Morse | Review and respond to email correspondence from Mr. Stennett regarding loan servicing file declaration. | 0.20 | $101.00 |
| 10/1/2009 | Jeanne E. Irving | Develop case strategy. | 0.20 | $136.00 |

In Reference To:                              DATE: 12/23/2009
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/1/2009 | Jeanne E. Irving | Telephone conference with Ms. Edwards regarding access to documents. | 0.20 | $136.00 |
| 10/1/2009 | Jeanne E. Irving | Telephone call with Mr. Morris regarding privileged document issues. | 0.10 | $68.00 |
| 10/1/2009 | Jeanne E. Irving | Draft email to Messrs. Morris and Morse regarding privileged document issues with debtors. | 0.20 | $136.00 |
| 10/1/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding document issues with debtors. | 0.20 | $136.00 |
| 10/1/2009 | Jeanne E. Irving | Review chart of restored debtor email. | 0.10 | $68.00 |
| 10/1/2009 | Jeanne E. Irving | Analysis of plan documents in connection with common interest privilege issues. | 1.00 | $680.00 |
| 10/1/2009 | Jeanne E. Irving | Legal research regarding issues relevant to debtors' sharing of documents with Committee and/or Trustee and draft memorandum regarding same. | 5.90 | $4,012.00 |
| 10/1/2009 | Michael Morris | Review cases regarding equitable title. | 0.70 | $532.00 |
| 10/1/2009 | Joshua D. Morse | Draft email correspondence to Mr. Stennett regarding document authentication declaration. | 0.20 | $101.00 |
| 10/2/2009 | Jeanne E. Irving | Draft memorandum regarding common interest privilege issues. | 3.10 | $2,108.00 |
| 10/2/2009 | Jeanne E. Irving | Conduct legal research regarding common interest privilege; draft memorandum regarding same. | 3.40 | $2,312.00 |
| 10/2/2009 | Michael Morris | Telephone conference with Ms. Irving regarding privilege issue. | 0.20 | $152.00 |
| 10/2/2009 | Michael Morris | Telephone conference with Mr. Power regarding effective date status. | 0.20 | $152.00 |
| 10/2/2009 | Joshua D. Morse | Review email correspondence from Mr. Stennett regarding declaration issues. | 0.10 | $50.50 |
| 10/2/2009 | Joshua D. Morse | Review memorandum from Ms. Irving regarding document issues. | 0.40 | $202.00 |
| 10/5/2009 | Jeanne E. Irving | Review various emails from Messrs. Morris and Morse regarding gaining access to documents. | 0.10 | $68.00 |
| 10/5/2009 | Jeanne E. Irving | Review and analysis of answer and counterclaim. | 0.10 | $68.00 |
| 10/5/2009 | Jeanne E. Irving | Review and respond to various emails from Messrs. Morris and Morse regarding answer and counterclaims. | 0.20 | $136.00 |
| 10/5/2009 | Michael Morris | Review answer from JPMC. | 0.40 | $304.00 |

PAGE 18

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 12/23/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/5/2009 | Michael Morris | Correspondence with Ms. Irving and Mr. Morse regarding answer. | 0.30 | $228.00 |
| 10/5/2009 | Michael Morris | Review Irving correspondence regarding privilege issue and reply. | 0.30 | $228.00 |
| 10/5/2009 | Joshua D. Morse | Analysis of JPMorgan answer and counterclaims. | 1.90 | $959.50 |
| 10/5/2009 | Joshua D. Morse | Trade emails with Mr. Morris regarding document authenticating declaration. | 0.20 | $101.00 |
| 10/5/2009 | Joshua D. Morse | Review emails between internal team regarding document issues and JPMorgan answer. | 0.40 | $202.00 |
| 10/6/2009 | Jeanne E. Irving | Review and analyze answer and counterclaims, and research motion to dismiss counterclaims, and research motion to dismiss counterclaims. | 2.60 | $1,768.00 |
| 10/6/2009 | Jeanne E. Irving | Meeting with Mr. Morse regarding answer and counterclaims. | 0.10 | $68.00 |
| 10/6/2009 | Jeanne E. Irving | Telephone conference with Messrs. Morris and Morse regarding response to counterclaims and status of document collection. | 0.70 | $476.00 |
| 10/6/2009 | Jeanne E. Irving | Review briefs relevant to motion to dismiss counterclaims and draft email to Messrs. Morris and Morse regarding same. | 0.20 | $136.00 |
| 10/6/2009 | Jeanne E. Irving | Research and draft E-discovery disclosures. | 1.60 | $1,088.00 |
| 10/6/2009 | Jeanne E. Irving | Draft email to Messrs. Morris and Morse regarding E-discovery disclosures. | 0.20 | $136.00 |
| 10/6/2009 | Jeanne E. Irving | Review and analyze motion for order and order authorizing sale of REO. | 0.10 | $68.00 |
| 10/6/2009 | Michael Morris | Analyze answer and counterclaim. | 0.80 | $608.00 |
| 10/6/2009 | Michael Morris | Correspondence to Ms. Irving and Mr. Morse regarding motions to dismiss counterclaims. | 0.30 | $228.00 |
| 10/6/2009 | Michael Morris | Telephone conference with Mr. Morse and Ms. Irving regarding motion to dismiss counterclaim. | 0.50 | $380.00 |
| 10/6/2009 | Michael Morris | Correspondence to debtor's counsel regarding answer. | 0.20 | $152.00 |
| 10/6/2009 | Michael Morris | Review prior pleadings regarding motion to dismiss. | 0.40 | $304.00 |
| 10/6/2009 | Joshua D. Morse | Review email from Mr. Morris regarding JPMorgan answer and counterclaims. | 0.40 | $202.00 |
| 10/6/2009 | Joshua D. Morse | Prepare for and attend conference call with internal group regarding JPMorgan answer and counterclaims and next steps. | 1.90 | $959.50 |

PAGE 19

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/23/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/6/2009 | Joshua D. Morse | Analysis of motion to dismiss standards for counterclaims. | 0.70 | $353.50 |
| 10/6/2009 | Joshua D. Morse | Analyze motion to dismiss requirements in Delaware. | 0.40 | $202.00 |
| 10/6/2009 | Joshua D. Morse | Coordinate conference call with Debtors' counsel regarding JPMorgan answer. | 0.20 | $101.00 |
| 10/6/2009 | Joshua D. Morse | Review draft e-discovery disclosures and email from Ms. Irving regarding same. | 0.40 | $202.00 |
| 10/7/2009 | Jeanne E. Irving | Draft motion to dismiss counterclaims. | 2.90 | $1,972.00 |
| 10/7/2009 | Jeanne E. Irving | Legal research regarding motion to dismiss counterclaims. | 3.20 | $2,176.00 |
| 10/7/2009 | Jeanne E. Irving | Review and respond to various emails from debtors' counsel, Messrs. Morris and Morse regarding conference call regarding motion to dismiss counterclaims. | 0.20 | $136.00 |
| 10/7/2009 | Jeanne E. Irving | Draft email to Mr. Beach regarding E-discovery disclosures. | 0.20 | $136.00 |
| 10/7/2009 | Michael Morris | Review proposed e-file disclosures and reply to Ms. Irving. | 0.40 | $304.00 |
| 10/7/2009 | Michael Morris | Research regarding equitable title and section 544 claims. | 2.00 | $1,520.00 |
| 10/7/2009 | Michael Morris | Correspondence regarding proposed disclosures and answer. | 0.20 | $152.00 |
| 10/7/2009 | Joshua D. Morse | Attend internal conference call regarding motion to dismiss and next steps. | 0.60 | $303.00 |
| 10/7/2009 | Joshua D. Morse | Conduct computer legal research regarding JPMorgan counterclaims. | 3.10 | $1,565.50 |
| 10/7/2009 | Joshua D. Morse | Conduct analysis of computer legal research regarding JPMorgan counterclaims. | 2.30 | $1,161.50 |
| 10/7/2009 | Joshua D. Morse | Review agenda for call with Debtors' counsel. | 0.20 | $101.00 |
| 10/8/2009 | Jeanne E. Irving | Draft email to Messrs. Morris and Morse regarding issues to address with debtors' counsel. | 0.20 | $136.00 |
| 10/8/2009 | Jeanne E. Irving | Preparation for conference call with debtors' counsel. | 0.10 | $68.00 |
| 10/8/2009 | Jeanne E. Irving | Telephone conference with Ms. Edwards, and Messrs. Dorsey, Miller, Morris and Morse regarding discovery, motion to dismiss, E-discovery disclosures and meeting of counsel. | 0.50 | $340.00 |

PAGE 20

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/23/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/8/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding communication with defendant's counsel regarding meeting of counsel. | 0.10 | $68.00 |
| 10/8/2009 | Michael Morris | Review e-disclosures draft in preparation for conference call. | 0.40 | $304.00 |
| 10/8/2009 | Michael Morris | Correspondence with Mr. Miller regarding conference call and e-disclosures draft. | 0.10 | $76.00 |
| 10/8/2009 | Michael Morris | Telephone conference with debtor's counsel regarding counterclaims of JPM and discovery issues. | 0.50 | $380.00 |
| 10/8/2009 | Michael Morris | Correspondence from Mr. Morse regarding case support. | 0.30 | $228.00 |
| 10/8/2009 | Michael Morris | Correspondence to committee regarding status of case and strategy going forward. | 0.50 | $380.00 |
| 10/8/2009 | Michael Morris | Correspondence to JPM counsel regarding proposal for meeting. | 0.10 | $76.00 |
| 10/8/2009 | Michael Morris | Correspondence to Mr. Morse and Ms. Irving regarding cases supporting equitable title and avoidance. | 0.40 | $304.00 |
| 10/8/2009 | Joshua D. Morse | Continue computer legal research regarding counterclaims and violation of automatic stay. | 1.60 | $808.00 |
| 10/8/2009 | Joshua D. Morse | Draft memorandum to internal group regarding counterclaims and violation of automatic stay. | 0.60 | $303.00 |
| 10/8/2009 | Joshua D. Morse | Attend conference call with litigation team regarding motion to dismiss. | 0.50 | $252.50 |
| 10/8/2009 | Joshua D. Morse | Conduct computer legal research regarding claim for breach of prepetition contract asserted as administrative claim. | 0.80 | $404.00 |
| 10/8/2009 | Joshua D. Morse | Conduct analysis of computer legal research regarding claim for breach of prepetition contract asserted as administrative claim. | 0.60 | $303.00 |
| 10/8/2009 | Joshua D. Morse | Draft memorandum to internal group regarding claim for breach of prepetition contract asserted as administrative claim. | 0.50 | $252.50 |
| 10/8/2009 | Joshua D. Morse | Review status report to committee regarding motion to dismiss. | 0.20 | $101.00 |
| 10/8/2009 | Joshua D. Morse | Trade emails with Mr. Stennett regarding authentication declaration and document production. | 0.30 | $151.50 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/23/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/9/2009 | Jeanne E. Irving | Review and respond to various emails regarding spreadsheets regarding documents from Servicing, status report to committee, and contacting witnesses. | 0.60 | $408.00 |
| 10/9/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding projection of time for plan to become effective. | 0.10 | $68.00 |
| 10/9/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding legal issues in case and potential summary judgment motion. | 0.20 | $136.00 |
| 10/9/2009 | Jeanne E. Irving | Telephone call to Ms. Rocco regarding interaction with JPMorgan. | 0.10 | $68.00 |
| 10/9/2009 | Jeanne E. Irving | Draft rule 502(d) stipulation. | 3.00 | $2,040.00 |
| 10/9/2009 | Michael Morris | Correspondence with Ms. Irving and Mr. Morse regarding conference call with Servicing and issues with witnesses. | 0.30 | $228.00 |
| 10/9/2009 | Michael Morris | Correspondence to Ms. Irving and Mr. Morse regarding open issues and items to address in complaint. | 0.30 | $228.00 |
| 10/9/2009 | Joshua D. Morse | Draft email correspondence to Mr. Stennett regarding conference call to discuss spreadsheets. | 0.10 | $50.50 |
| 10/9/2009 | Joshua D. Morse | Coordinate upload of information from servicing. | 0.40 | $202.00 |
| 10/9/2009 | Joshua D. Morse | Trade emails with Ms. Irving regarding conference call with Mr. Stennett. | 0.10 | $50.50 |
| 10/12/2009 | Jeanne E. Irving | Review and respond to email from rule 502 stipulation, and review reply. | 0.10 | $68.00 |
| 10/12/2009 | Jeanne E. Irving | Revise rule 502 stipulation. | 0.10 | $68.00 |
| 10/12/2009 | Jeanne E. Irving | Draft email to Ms. Edwards and Messrs. Dorsey and Beach regarding rule 502(d) stipulation. | 0.10 | $68.00 |
| 10/12/2009 | Jeanne E. Irving | Review and analyze spreadsheets regarding documents from AHM SV, Inc. | 0.40 | $272.00 |
| 10/12/2009 | Michael Morris | Review 502 stipulation and correspondence with Ms. Irving regarding same. | 0.50 | $380.00 |
| 10/12/2009 | Michael Morris | Correspondence regarding conference call. | 0.10 | $76.00 |
| 10/12/2009 | Joshua D. Morse | Review initial draft of 502(d) stipulation. | 1.40 | $707.00 |
| 10/13/2009 | Jeanne E. Irving | Telephone conference with Mr. Morse regarding documents received from AHM SV, Inc. | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/23/2009

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 10/13/2009 | Jeanne E. Irving | Telephone conference with Messrs. Stennett and Morse regarding documents produced by AHM SV, Inc. | 0.20 | $136.00 |
| 10/13/2009 | Jeanne E. Irving | Review of debtors' revisions to E-discovery disclosures. | 0.30 | $204.00 |
| 10/13/2009 | Jeanne E. Irving | Review various emails from regarding meeting of counsel. | 0.10 | $68.00 |
| 10/13/2009 | Jeanne E. Irving | Telephone call to Ms. Rocco regarding delinquency reports. | 0.10 | $68.00 |
| 10/13/2009 | Jeanne E. Irving | Draft email to Mr. Martinez regarding efforts to contact Ms. Rocco. | 0.10 | $68.00 |
| 10/13/2009 | Jeanne E. Irving | Draft email to Ms. Edwards regarding E-discovery disclosures. | 0.20 | $136.00 |
| 10/13/2009 | Michael Morris | Correspondence regarding meeting of counsel. | 0.30 | $228.00 |
| 10/13/2009 | Joshua D. Morse | Attend conference call with Mr. Stennett regarding document production spreadsheets. | 0.20 | $101.00 |
| 10/13/2009 | Joshua D. Morse | Analysis of spreadsheets provided with documents produced by servicing. | 0.90 | $454.50 |
| 10/13/2009 | Joshua D. Morse | Telephone conference with Messrs. Santos and Meshell regarding servicing document review; trade emails regarding same. | 0.40 | $202.00 |
| 10/13/2009 | Joshua D. Morse | Review email from Ms. Irving regarding e-discovery disclosure issues. | 0.10 | $50.50 |
| 10/13/2009 | Joshua D. Morse | Research open issues for motion to dismiss. | 4.30 | $2,171.50 |
| 10/13/2009 | Joshua D. Morse | Analysis of research of open issues for motion to dismiss. | 3.40 | $1,717.00 |
| 10/13/2009 | Celestino Santos | Conference call with Mr. Morse and Mr. Meshell regarding data received | 0.40 | $88.00 |
| 10/14/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding meeting of counsel, scheduling conference, and discovery and proof issues. | 0.20 | $136.00 |
| 10/14/2009 | Jeanne E. Irving | Draft email to Ms. Yuson regarding scheduling conference. | 0.10 | $68.00 |
| 10/14/2009 | Jeanne E. Irving | Draft email to debtors' counsel regarding rule 502 stipulation. | 0.30 | $204.00 |
| 10/14/2009 | Jeanne E. Irving | Review debtors' comments on rule 502 stipulation. | 0.10 | $68.00 |
| 10/14/2009 | Jeanne E. Irving | Draft email to Ms. Yuson regarding rule 502 stipulation, review response and draft reply. | 0.10 | $68.00 |
| 10/14/2009 | Michael Morris | Review debtor changes to 502 stipulation. | 0.30 | $228.00 |

PAGE 23                                    In Reference To:                         DATE: 12/23/2009
                                       American Home Mortgage
                                  Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/14/2009 | Michael Morris | Correspondence to Ms. Irving regarding changes to 502 stipulation. | 0.10 | $76.00 |
| 10/14/2009 | Michael Morris | Draft correspondence to committee regarding 502 issues and alternatives. | 0.50 | $380.00 |
| 10/14/2009 | Michael Morris | Telephone conference with Mr. Dorsey regarding changes in 502 stipulation. | 0.10 | $76.00 |
| 10/14/2009 | Joshua D. Morse | Review revised authentication declaration. | 0.30 | $151.50 |
| 10/14/2009 | Joshua D. Morse | Review and respond to email correspondence from Mr. Stennett regarding authentication declaration. | 0.10 | $50.50 |
| 10/14/2009 | Joshua D. Morse | Draft email correspondence to internal group regarding authentication declaration. | 0.20 | $101.00 |
| 10/14/2009 | Joshua D. Morse | Review revised 502(d) stipulation. | 0.60 | $303.00 |
| 10/14/2009 | Joshua D. Morse | Telephone conference with Mr. Stennett regarding authentication declaration. | 0.20 | $101.00 |
| 10/14/2009 | Joshua D. Morse | Draft email correspondence to Ms. Irving regarding authentication declaration. | 0.10 | $50.50 |
| 10/14/2009 | Joshua D. Morse | Coordinate conference call regarding authentication declaration. | 0.20 | $101.00 |
| 10/15/2009 | Jeanne E. Irving | Review revised rule 502 stipulation. | 0.20 | $136.00 |
| 10/15/2009 | Jeanne E. Irving | Review and respond to various emails from Messrs. Morris and Dorsey regarding revised rule 502 stipulation. | 0.20 | $136.00 |
| 10/15/2009 | Jeanne E. Irving | Review and analyze issues in preparation for meeting of counsel (including drafting agenda). | 1.90 | $1,292.00 |
| 10/15/2009 | Jeanne E. Irving | Draft email to debtors' counsel and Messrs. Morris and Morse regarding E-discovery disclosures. | 0.20 | $136.00 |
| 10/15/2009 | Jeanne E. Irving | Telephone conference with Mr. Santos regarding form of electronic documents to request from JPMorgan. | 0.10 | $68.00 |
| 10/15/2009 | Jeanne E. Irving | Draft email to debtors' counsel and Messrs. Morris and Morse regarding form in which debtors would be willing to produce electronic documents. | 0.20 | $136.00 |
| 10/15/2009 | Jeanne E. Irving | Draft email to Messrs. Morris and Morse regarding agenda for meeting of counsel. | 0.10 | $68.00 |
| 10/15/2009 | Jeanne E. Irving | Draft email to debtors' counsel and Mr. Miller regarding conference before meeting of counsel, review responses and draft reply. | 0.10 | $68.00 |

PAGE 24

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 12/23/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/15/2009 | Jeanne E. Irving | Review and revise list of pretrial deadlines. | 0.40 | $272.00 |
| 10/15/2009 | Jeanne E. Irving | Telephone conference with debtors' counsel and Messrs. Miller, Morse and Morris regarding meeting of counsel. | 0.30 | $204.00 |
| 10/15/2009 | Jeanne E. Irving | Participate in meeting of counsel. | 0.50 | $340.00 |
| 10/15/2009 | Jeanne E. Irving | Review and revise declaration authenticating documents produced by AHM SV, Inc. and draft email to Mr. Morse regarding same. | 0.50 | $340.00 |
| 10/15/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morse regarding revised declaration authenticating documents produced by AHM SV, Inc. and review attached document. | 0.10 | $68.00 |
| 10/15/2009 | Jeanne E. Irving | Review and revise scheduling order. | 0.60 | $408.00 |
| 10/15/2009 | Jeanne E. Irving | Draft email to Mr. Dorsey regarding pre-trial memorandum. | 0.10 | $68.00 |
| 10/15/2009 | Jeanne E. Irving | Draft email to Messrs. Rath and McGuire regarding form requested for electronic documents. | 0.10 | $68.00 |
| 10/15/2009 | Michael Morris | Correspondence from Mr. Dorsey regarding debtor's changes to 502 stipulation. | 0.30 | $228.00 |
| 10/15/2009 | Michael Morris | Revise 502 stipulation. | 0.40 | $304.00 |
| 10/15/2009 | Michael Morris | Correspondence to Mr. McGuire regarding 502 stipulation. | 0.30 | $228.00 |
| 10/15/2009 | Michael Morris | Review agenda for meeting of counsel conference call. | 0.10 | $76.00 |
| 10/15/2009 | Michael Morris | Telephone conference with co-counsel and opposing counsel regarding meeting of counsel in accordance with rules. | 0.50 | $380.00 |
| 10/15/2009 | Joshua D. Morse | Trade numerous emails with internal group regarding pre-meeting of counsel conference call. | 0.50 | $252.50 |
| 10/15/2009 | Joshua D. Morse | Review and revise authentication declaration; transmit same to Mr. Stennett via email. | 0.40 | $202.00 |
| 10/15/2009 | Joshua D. Morse | Attend conference call with counsel to JPMorgan. | 0.50 | $252.50 |
| 10/15/2009 | Joshua D. Morse | Attend internal conference call following call with counsel to JPMorgan. | 0.30 | $151.50 |
| 10/15/2009 | Joshua D. Morse | Review 502(d) stipulation; analyze email traffic regarding same. | 0.80 | $404.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/15/2009 | Joshua D. Morse | Review email correspondence from Ms. Irving regarding pre-trial memorandum. | 0.20 | $101.00 |
| 10/15/2009 | Joshua D. Morse | Trade emails with internal group regarding authentication declaration. | 0.20 | $101.00 |
| 10/15/2009 | Joshua D. Morse | Review agenda for meeting of counsel. | 0.20 | $101.00 |
| 10/16/2009 | Jeanne E. Irving | Telephone conference with Ms. Yuson regarding revised scheduling order. | 0.10 | $68.00 |
| 10/16/2009 | Jeanne E. Irving | Draft email to Messrs. Morris and Morse regarding revised scheduling order. | 0.20 | $136.00 |
| 10/16/2009 | Michael Morris | Review final scheduling order. | 0.30 | $228.00 |
| 10/16/2009 | Joshua D. Morse | Review revised scheduling order and email with respect thereto. | 0.30 | $151.50 |
| 10/19/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding scheduling order. | 0.10 | $68.00 |
| 10/19/2009 | Jeanne E. Irving | Draft email to Ms. Edwards and Messrs. Dorsey and Miller regarding revised scheduling order. | 0.10 | $68.00 |
| 10/19/2009 | Jeanne E. Irving | Draft email to Mr. Morris and Morse regarding drafting document requests and review response to same. | 0.10 | $68.00 |
| 10/19/2009 | Michael Morris | Correspondence to Mr. McGuire to confirm time to respond to counterclaims. | 0.20 | $152.00 |
| 10/19/2009 | Michael Morris | Research cases regarding motion to dismiss. | 0.80 | $608.00 |
| 10/19/2009 | Joshua D. Morse | Review revised scheduling order and email with respect thereto. | 0.50 | $252.50 |
| 10/20/2009 | Jeanne E. Irving | Review and respond to email from Mr. Miller regarding scheduling order. | 0.10 | $68.00 |
| 10/20/2009 | Jeanne E. Irving | Draft email to Ms. Edwards and Messrs. Dorsey and Beach regarding scheduling order. | 0.10 | $68.00 |
| 10/20/2009 | Jeanne E. Irving | Draft email to JPMorgan counsel regarding scheduling order. | 0.20 | $136.00 |
| 10/20/2009 | Joshua D. Morse | Review revised scheduling order and email with respect thereto. | 0.40 | $202.00 |
| 10/21/2009 | Jeanne E. Irving | Review and revise task list. | 0.20 | $136.00 |
| 10/21/2009 | Jeanne E. Irving | Telephone conference with Mr. McGuire regarding scheduling order. | 0.10 | $68.00 |
| 10/21/2009 | Jeanne E. Irving | Draft email to Messrs. Morris and Morse regarding task list. | 0.20 | $136.00 |

In Reference To:                    DATE: 12/23/2009
                            American Home Mortgage
                        Our File Number: AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/21/2009 | Jeanne E. Irving | Draft email to Ms. Edwards and Messrs. Dorsey, Beach and Miller regarding changes to scheduling order and review response to same. | 0.10 | $68.00 |
| 10/21/2009 | Jeanne E. Irving | Review and revise initial disclosures. | 0.50 | $340.00 |
| 10/21/2009 | Jeanne E. Irving | Review and analyze issues relevant to motion to dismiss. | 0.50 | $340.00 |
| 10/21/2009 | Jeanne E. Irving | Telephone conference with Messrs. Morris and Morse regarding list of actions to be addressed. | 0.50 | $340.00 |
| 10/21/2009 | Jeanne E. Irving | Review various electronic correspondence from Messrs. Morris, McGuire and Beach regarding rule 502 stipulation. | 0.10 | $68.00 |
| 10/21/2009 | Jeanne E. Irving | Draft email to Messrs. Dorsey and Beach and Ms. Edwards regarding trial date, review response from Mr. Dorsey and draft reply. | 0.10 | $68.00 |
| 10/21/2009 | Jeanne E. Irving | Draft email to Mr. McGuire regarding trial date and regarding initial disclosures. | 0.20 | $136.00 |
| 10/21/2009 | Jeanne E. Irving | Review and revise scheduling order. | 0.10 | $68.00 |
| 10/21/2009 | Jeanne E. Irving | Draft email to all counsel regarding final version of scheduling order. | 0.10 | $68.00 |
| 10/21/2009 | Jeanne E. Irving | Review and respond to email from Mr. Miller regarding telephonic participation in scheduling conference. | 0.10 | $68.00 |
| 10/21/2009 | Jeanne E. Irving | Draft email to Mr. Morris regarding telephonic participation in scheduling conference. | 0.10 | $68.00 |
| 10/21/2009 | Michael Morris | Draft task and responsibility chart for case management. | 0.40 | $304.00 |
| 10/21/2009 | Michael Morris | Telephone conference with Ms. Irving and Mr. Morse regarding tasks in case and assignment of responsibilities. | 0.50 | $380.00 |
| 10/21/2009 | Michael Morris | Review custody agreement and application to case. | 0.70 | $532.00 |
| 10/21/2009 | Michael Morris | Correspondence to debtors regarding procedures with custodian for foreclosures. | 0.30 | $228.00 |
| 10/21/2009 | Michael Morris | Correspondence from Mr. McGuire regarding 502 stipulation. | 0.10 | $76.00 |
| 10/21/2009 | Michael Morris | Correspondence to debtors regarding approval of 502 stipulation. | 0.30 | $228.00 |
| 10/21/2009 | Joshua D. Morse | Coordinate time for internal call regarding next steps. | 0.20 | $101.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/21/2009 | Joshua D. Morse | Attend conference call with internal group regarding next steps. | 0.50 | $252.50 |
| 10/21/2009 | Joshua D. Morse | Review and revise task chart. | 0.30 | $151.50 |
| 10/21/2009 | Joshua D. Morse | Review email traffic regarding initial disclosures and trial date. | 0.80 | $404.00 |
| 10/21/2009 | Joshua D. Morse | Review final scheduling order. | 0.30 | $151.50 |
| 10/22/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Morris regarding custody agreement. | 0.10 | $68.00 |
| 10/22/2009 | Jeanne E. Irving | Review documents relevant to motion to dismiss counterclaims. | 0.10 | $68.00 |
| 10/22/2009 | Jeanne E. Irving | Draft e-mail to Mr. Miller regarding scheduling order, review response and forward to Mr. Morris and Mr. Morse. | 0.10 | $68.00 |
| 10/22/2009 | Jeanne E. Irving | Review various e-mails from Mr. Morris, Mr. Beach and Mr. Miller regarding Rule 502 stipulation. | 0.10 | $68.00 |
| 10/22/2009 | Jeanne E. Irving | Review and revise outline regarding motion to dismiss. | 0.20 | $136.00 |
| 10/22/2009 | Michael Morris | Analyze perfection and custody agreement issues. | 0.60 | $456.00 |
| 10/22/2009 | Michael Morris | Correspondence to Ms. Irving and Mr. Morse regarding custody agreement and related issues in reviewing documents. | 0.50 | $380.00 |
| 10/22/2009 | Michael Morris | Telephone conference with Mr. McGuire regarding submission of 502 stipulation at 10/27 hearing. | 0.20 | $152.00 |
| 10/22/2009 | Michael Morris | Correspondence regarding 502 stipulation. | 0.10 | $76.00 |
| 10/22/2009 | Joshua D. Morse | Telephone conference with Mr. Morris regarding custody agreement. | 0.20 | $101.00 |
| 10/22/2009 | Joshua D. Morse | Telephone conference with Mr. Stennett regarding authentication declaration and meetings with internal servicing personnel. | 0.40 | $202.00 |
| 10/22/2009 | Joshua D. Morse | Draft email correspondence to internal team regarding interview of servicing personnel. | 0.10 | $50.50 |
| 10/22/2009 | Joshua D. Morse | Review memorandum from Mr. Morris regarding custody agreement issues. | 0.30 | $151.50 |
| 10/22/2009 | Joshua D. Morse | Review email traffic regarding status conference issues. | 0.50 | $252.50 |
| 10/22/2009 | Joshua D. Morse | Review draft scheduling order. | 0.60 | $303.00 |
| 10/22/2009 | Joshua D. Morse | Coordinate document review. | 0.30 | $151.50 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/23/2009 | Michael Morris | Correspondence regarding 502 stipulation. | 0.10 | $76.00 |
| 10/23/2009 | Michael Morris | Outline arguments for motion to dismiss and review research previously gathered. | 1.50 | $1,140.00 |
| 10/25/2009 | Jeanne E. Irving | Review and revise outline regarding motion to dismiss. | 0.80 | $544.00 |
| 10/26/2009 | Jeanne E. Irving | Review various e-mails from Mr. Morris, Mr. Miller and debtors' counsel regarding Rule 502 stipulation and review revisions to same. | 0.30 | $204.00 |
| 10/26/2009 | Jeanne E. Irving | Review agenda regarding scheduling conference. | 0.10 | $68.00 |
| 10/26/2009 | Jeanne E. Irving | Draft document requests. | 3.40 | $2,312.00 |
| 10/26/2009 | Jeanne E. Irving | Draft e-mail to Litigation Support Department regarding desired format of electronic documents. | 0.10 | $68.00 |
| 10/26/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding scheduling order, motion to dismiss and document requests. | 0.10 | $68.00 |
| 10/26/2009 | Jeanne E. Irving | Review and revise document requests. | 1.90 | $1,292.00 |
| 10/26/2009 | Michael Morris | Telephone conference with Mr. Miller regarding cancellation of 10/27 hearing. | 0.10 | $76.00 |
| 10/26/2009 | Michael Morris | Correspondence regarding submission of 502 stipulation and scheduling order. | 0.20 | $152.00 |
| 10/26/2009 | Michael Morris | Correspondence to Mr. McGuire regarding call from court regarding 10/27 hearing and submission of certification of counsel. | 0.30 | $228.00 |
| 10/26/2009 | Michael Morris | Revise certification of counsel. | 0.30 | $228.00 |
| 10/26/2009 | Michael Morris | Correspondence with Mr. Miller and Mr. Edwards regarding submission of order. | 0.10 | $76.00 |
| 10/26/2009 | Michael Morris | Draft motion to dismiss counterclaims and review cases in support. | 2.00 | $1,520.00 |
| 10/26/2009 | Joshua D. Morse | Review email traffic regarding status conference coming off calendar and next steps. | 0.40 | $202.00 |
| 10/26/2009 | Joshua D. Morse | Review draft certification of counsel for submission of 502(d) stipulation. | 0.30 | $151.50 |
| 10/27/2009 | Jeanne E. Irving | Review orders signed by Judge Sontchi. | 0.10 | $68.00 |
| 10/27/2009 | Jeanne E. Irving | Review emil from Mr. Morris regarding motion to dismiss. | 0.10 | $68.00 |
| 10/27/2009 | Jeanne E. Irving | Analyze counterclaims and potential grounds for motion to dismiss. | 1.90 | $1,292.00 |

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 12/23/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/27/2009 | Jeanne E. Irving | Draft document requests. | 2.60 | $1,768.00 |
| 10/27/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris and Mr. Morse regarding motion to dismiss and case strategy. | 0.60 | $408.00 |
| 10/27/2009 | Jeanne E. Irving | Draft letter to Ms. Rocco regarding discussion with JPMorgan. | 0.30 | $204.00 |
| 10/27/2009 | Jeanne E. Irving | Review custody agreement. | 0.30 | $204.00 |
| 10/27/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Morse regarding conference call with counsel for servicing. | 0.10 | $68.00 |
| 10/27/2009 | Michael Morris | Draft motion to dismiss. | 1.70 | $1,292.00 |
| 10/27/2009 | Michael Morris | Correspondence to Ms. Irving and Mr. Morse regarding issues in motion to dismiss. | 0.40 | $304.00 |
| 10/27/2009 | Michael Morris | Telephone conference with Ms. Irving and Mr. Morse regarding issues in motion to dismiss and approach to motion. | 0.60 | $456.00 |
| 10/27/2009 | Michael Morris | Further revisions to motion to dismiss. | 0.70 | $532.00 |
| 10/27/2009 | Michael Morris | Research regarding ancillary issues in NY law for motion to dismiss. | 1.20 | $912.00 |
| 10/27/2009 | Joshua D. Morse | Attend internal conference call regarding motion to dismiss. | 0.60 | $303.00 |
| 10/27/2009 | Joshua D. Morse | Review draft document request (JPMorgan). | 0.40 | $202.00 |
| 10/27/2009 | Joshua D. Morse | Review and respond to email correspondence from Mr. Stennett regarding request for conference call to discuss authentication declaration; coordinate participation in same. | 0.30 | $151.50 |
| 10/27/2009 | Joshua D. Morse | Review memorandum from Mr. Morris regarding motion to dismiss. | 0.40 | $202.00 |
| 10/28/2009 | Jeanne E. Irving | Review Kistler declaration. | 0.10 | $68.00 |
| 10/28/2009 | Jeanne E. Irving | Several telephone conferences with Messrs. Stennett, Morse and Kistler and in-house counsel at Servicing. | 1.00 | $680.00 |
| 10/28/2009 | Jeanne E. Irving | Analysis of REO data. | 0.60 | $408.00 |
| 10/28/2009 | Jeanne E. Irving | Review and analyze motion to dismiss counterclaims and legal research regarding issues relevant to same. | 2.50 | $1,700.00 |
| 10/28/2009 | Michael Morris | Draft motion to dismiss and review supporting research. | 3.90 | $2,964.00 |
| 10/28/2009 | Michael Morris | Correspondence to Ms. Irving and Mr. Morse regarding motion. | 0.20 | $152.00 |

PAGE 30

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 12/23/2009

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 10/28/2009 | Joshua D. Morse | Attend conference calls with servicing regarding authentication declaration and meeting with servicing personnel. | 1.00 | $505.00 |
| 10/28/2009 | Joshua D. Morse | Review outline of motion to dismiss. | 0.50 | $252.50 |
| 10/29/2009 | Michael Morris | Review and reivse draft motion to dismiss. | 2.20 | $1,672.00 |
| 10/30/2009 | Jeanne E. Irving | Conduct legal research in support of motion to dismiss. | 1.30 | $884.00 |
| 10/30/2009 | Jeanne E. Irving | Review and revise motion to dismiss. | 3.40 | $2,312.00 |
| 10/30/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Morris regarding document requests; draft e-mail to debtors' counsel and Mr. Miller regarding same. | 0.10 | $68.00 |
| 10/30/2009 | Michael Morris | Review request for documents. | 0.50 | $380.00 |
| 10/30/2009 | Michael Morris | Correspondence regarding request for documents. | 0.10 | $76.00 |
| 10/30/2009 | Michael Morris | Further research regarding motion to dismiss (cases regarding post petition breach and offset). | 1.50 | $1,140.00 |
| 10/30/2009 | Michael Morris | Further revisions to motion. | 1.70 | $1,292.00 |
| 10/30/2009 | Michael Morris | Correspondence to Ms. Irving and Mr. Morse regarding schedule and revisions. | 0.30 | $228.00 |
| 10/30/2009 | Joshua D. Morse | Review first set of document requests to JPMorgan. | 1.90 | $959.50 |
| 10/30/2009 | Joshua D. Morse | Review email correspondence from Mr. Morris regarding motion to dismiss logistics. | 0.20 | $101.00 |
| 10/31/2009 | Jeanne E. Irving | Conduct legal reseach in support of motion to dismiss. | 2.40 | $1,632.00 |
| 10/31/2009 | Jeanne E. Irving | Review and revise motion to dismiss. | 3.30 | $2,244.00 |
| 10/31/2009 | Joshua D. Morse | Review and revise draft motion to dismiss; transmit comments to same to internal group. | 3.40 | $1,717.00 |

TOTALS: 0120 - Litigation

| | | | 296.30 | $190,295.00 |