# EXHIBIT B

Case 07-11047-CSS    Doc 8439-3    Filed 12/28/09    Page 2 of 11

PAGE 31                    In Reference To:                    DATE: 12/23/2009
                         American Home Mortgage
                      Our File Number: AMERICA.AHM

COSTS ADVANCED

| Description | Amount |
| --- | ---: |
| Outside Background Research | 53.76 |
| Computerized Legal Research | 4,388.74 |
| Telephone | 10.39 |
| In-House Reproduction | 1.40 |
| Meals | 74.74 |
| Reproduction | 3,800.00 |
| Travel & Transportation | 3,042.65 |

TOTAL COSTS ADVANCED:                                          $11,371.68

PAGE 32                          In Reference To:                          DATE: 12/23/2009
                              American Home Mortgage
                          Our File Number:  AMERICA.AHM

COSTS BY ACTIVITY


In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 12/23/2009

ACTIVITY: BAC

| Date | Description | Amount |
|---|---|---|
| 07/01/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $0.80 |
| 07/07/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $0.40 |
| 07/08/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $0.56 |
| 07/09/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $1.52 |
| 07/09/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $4.40 |
| 07/09/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $2.72 |
| 07/16/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $0.56 |
| 07/22/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $3.12 |
| 08/04/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $3.04 |
| 08/25/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $0.08 |
| 09/02/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $0.08 |
| 09/03/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $4.96 |
| 09/07/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $0.24 |
| 09/10/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $4.00 |
| 09/11/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $2.40 |
| 09/14/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $0.64 |
| 09/14/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $18.64 |
| 09/15/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/ 09 for Legal Research - Pacer | $2.40 |

| PAGE 34 | In Reference To:<br>American Home Mortgage<br>Our File Number: AMERICA.AHM | DATE: 12/23/2009 |
|---|---|---|

| Date | Description | Amount |
|---|---|---|
| 09/15/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/09 for Legal Research - Pacer | $2.40 |
| 09/17/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/09 for Legal Research - Pacer | $0.08 |
| 09/25/09 | Outside Background Research For services rendered from 07/01/09 to 09/30/09 for Legal Research - Pacer | $0.72 |

TOTAL: BAC

$53.76

ACTIVITY: HLEG

| Date | Description | Amount |
|---|---|---|
| 07/07/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/07/2009 | $7.05 |
| 07/07/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 07/07/2009 | $7.05 |
| 07/07/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/07/2009 | $11.42 |
| 07/08/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/08/2009 | $7.05 |
| 07/08/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 07/08/2009 | $8.81 |
| 07/08/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/08/2009 | $91.38 |
| 07/10/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/10/2009 | $1.76 |
| 07/10/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 07/10/2009 | $1.76 |
| 07/10/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/10/2009 | $11.42 |
| 08/03/09 | Computerized Legal Research COLLIER SERVICE-DOCUMENT PRINTING on 08/03/20 09 | $16.72 |
| 08/03/09 | Computerized Legal Research COLLIER SERVICE-COMBINED SEARCH COMPONENT on 08/03/2009 | $28.75 |
| 08/03/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 08/03/2009 | $50.15 |
| 08/03/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 08/03/2009 | $127.87 |
| 08/04/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 08/04/2009 | $8.36 |
| 08/04/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 08/04/2009 | $8.56 |

PAGE 35　　　　　　　　　　　　In Reference To:　　　　　　　　　　　DATE: 12/23/2009
American Home Mortgage
Our File Number: AMERICA.AHM

| Date | Description | Amount |
|---|---|---|
| 08/05/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 08/ 05/2009 | $16.72 |
| 08/05/09 | Computerized Legal Research COLLIER SERVICE-SEARCHES on 08/05/2009 | $28.75 |
| 08/05/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 08/05/2009 | $112.87 |
| 08/10/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 08/ 10/2009 | $1.68 |
| 08/10/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 08/10/2009 | $19.12 |
| 08/13/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 8/13/2009 | $1.94 |
| 08/13/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 08/13/2009 | $5.03 |
| 08/13/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 08/13/2009 | $51.10 |
| 08/13/09 | Computerized Legal Research COLLIER SERVICE-SEARCHES on 08/13/2009 | $57.51 |
| 08/17/09 | Computerized Legal Research For services rendered from 08/01/09 to 08/31/ 09 for Legal Research - WESTLAW. | $49.09 |
| 08/17/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 08/17/2009 | $96.84 |
| 08/17/09 | Computerized Legal Research COLLIER SERVICE-SEARCHES on 08/17/2009 | $143.77 |
| 08/25/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 08/25/2009 | $15.64 |
| 08/25/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 08/ 25/2009 | $21.73 |
| 08/27/09 | Computerized Legal Research LAW REVIEWS-SINGLE DOCUMENT RETRIEVAL on 08/2 7/2009 | $1.67 |
| 08/27/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 8/27/2009 | $1.94 |
| 08/27/09 | Computerized Legal Research BRIEFS PLEADINGS MOTIONS-DOCUMENT PRINTING on 08/27/2009 | $30.09 |
| 08/27/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 08/27/2009 | $31.77 |
| 08/27/09 | Computerized Legal Research BRIEFS PLEADINGS MOTIONS-SEARCHES on 08/27/20 09 | $32.77 |
| 08/27/09 | Computerized Legal Research BRIEFS PLEADINGS MOTIONS-SINGLE DOCUMENT RETR IEVAL on 08/27/2009 | $34.78 |
| 09/01/09 | Computerized Legal Research For services rendered from 09/01/09 to 09/30/ 09 for Legal Research - WESTLAW. | $242.45 |
| 09/02/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 9/02/2009 | $2.93 |
| 09/02/09 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC DOCUMENT LINKS on 09 /02/2009 | $3.37 |

| PAGE 36 | In Reference To:<br>American Home Mortgage<br>Our File Number: AMERICA.AHM | DATE: 12/23/2009 |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 09/02/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 09/02/2009 | $18.50 |
| 09/02/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 09/02/2009 | $98.40 |
| 09/03/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 09/03/2009 | $21.87 |
| 09/03/09 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC DOCUMENT LINKS on 09 /03/2009 | $74.02 |
| 09/03/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 09/03/2009 | $335.00 |
| 09/03/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 9/03/2009 | $0.97 |
| 09/03/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 09/03/2009 | $1.68 |
| 09/03/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 09/ 03/2009 | $31.96 |
| 09/03/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 09/03/2009 | $75.11 |
| 09/04/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 9/04/2009 | $0.98 |
| 09/04/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 09/04/2009 | $3.37 |
| 09/07/09 | Computerized Legal Research For services rendered from 09/01/09 to 09/30/ 09 for Legal Research - WESTLAW. | $12.63 |
| 09/07/09 | Computerized Legal Research For services rendered from 09/01/09 to 09/30/ 09 for Legal Research - WESTLAW. | $12.63 |
| 10/01/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 10/ 01/2009 | $67.98 |
| 10/01/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/01/2009 | $108.17 |
| 10/02/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 0/02/2009 | $1.07 |
| 10/02/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/02/2009 | $1.83 |
| 10/02/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 10/ 02/2009 | $22.04 |
| 10/02/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/02/2009 | $65.40 |
| 10/07/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/07/2009 | $1.84 |
| 10/07/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 10/ 07/2009 | $11.02 |
| 10/07/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/07/2009 | $11.91 |

PAGE 37                                  In Reference To:                          DATE: 12/23/2009
                                       American Home Mortgage
                                  Our File Number:  AMERICA.AHM

| Date | Description | Amount |
|---|---|---|
| 10/07/09 | Computerized Legal Research NEXIS SERVICE-DOCUMENT PRINTING on 10/07/2009 | $1.83 |
| 10/07/09 | Computerized Legal Research NEXIS SERVICE-SINGLE DOCUMENT RETRIEVAL on 10 /07/2009 | $1.83 |
| 10/07/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 0/07/2009 | $4.26 |
| 10/07/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/07/2009 | $7.35 |
| 10/07/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/07/2009 | $18.82 |
| 10/07/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 10/ 07/2009 | $67.98 |
| 10/07/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 0/07/2009 | $1.07 |
| 10/07/09 | Computerized Legal Research NEXIS SERVICE-SINGLE DOCUMENT RETRIEVAL on 10 /07/2009 | $1.83 |
| 10/07/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/07/2009 | $3.67 |
| 10/07/09 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC DOCUMENT LINKS on 10 /07/2009 | $14.70 |
| 10/07/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/07/2009 | $21.02 |
| 10/07/09 | Computerized Legal Research For services rendered from 10/01/09 to 10/31/ 09 for Legal Research - WESTLAW. | $889.76 |
| 10/08/09 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC DOCUMENT LINKS on 10 /08/2009 | $5.15 |
| 10/08/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 0/08/2009 | $1.06 |
| 10/08/09 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC DOCUMENT LINKS on 10 /08/2009 | $1.83 |
| 10/08/09 | Computerized Legal Research NEXIS SERVICE-SINGLE DOCUMENT RETRIEVAL on 10 /08/2009 | $1.83 |
| 10/08/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 10/ 08/2009 | $1.84 |
| 10/08/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/08/2009 | $9.20 |
| 10/08/09 | Computerized Legal Research For services rendered from 10/01/09 to 10/31/ 09 for Legal Research - WESTLAW. | $324.72 |
| 10/22/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/22/2009 | $3.67 |
| 10/22/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/22/2009 | $9.40 |

PAGE 38                          In Reference To:                                DATE: 12/23/2009
                                American Home Mortgage
                              Our File Number: AMERICA.AHM

| Date | Description | Amount |
|---|---|---|
| 10/22/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 10/ 22/2009 | $14.70 |
| 10/26/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 0/26/2009 | $1.06 |
| 10/26/09 | Computerized Legal Research LAW REVIEWS-SINGLE DOCUMENT RETRIEVAL on 10/2 6/2009 | $3.67 |
| 10/26/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/26/2009 | $11.02 |
| 10/26/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 10/ 26/2009 | $16.54 |
| 10/26/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/26/2009 | $70.69 |
| 10/27/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/27/2009 | $5.51 |
| 10/27/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 10/ 27/2009 | $9.19 |
| 10/27/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/27/2009 | $47.62 |
| 10/27/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 0/27/2009 | $1.07 |
| 10/27/09 | Computerized Legal Research COLLIER SERVICE-SINGLE DOCUMENT RETRIEVAL on 10/27/2009 | $7.35 |
| 10/27/09 | Computerized Legal Research MATTHEW BENDER SERVICE-SINGLE DOCUMENT RETRIE VAL on 10/27/2009 | $13.96 |
| 10/28/09 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 10/ 28/2009 | $5.51 |
| 10/28/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/28/2009 | $63.06 |
| 10/29/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/29/2009 | $1.83 |
| 10/29/09 | Computerized Legal Research LAW REVIEWS-SINGLE DOCUMENT RETRIEVAL on 10/2 9/2009 | $1.84 |
| 10/29/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/29/2009 | $35.71 |
| 10/30/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 0/30/2009 | $4.26 |
| 10/30/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/30/2009 | $7.35 |
| 10/30/09 | Computerized Legal Research COLLIER SERVICE-SEARCHES on 10/30/2009 | $31.60 |
| 10/30/09 | Computerized Legal Research COLLIER SERVICE-SINGLE DOCUMENT RETRIEVAL on 10/30/2009 | $51.45 |
| 10/30/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/30/2009 | $115.23 |

PAGE 39                                In Reference To:                          DATE: 12/23/2009
                                       American Home Mortgage
                                       Our File Number: AMERICA.AHM

| Date | Description | Amount |
|---|---|---|
| 10/31/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 0/31/2009 | $1.07 |
| 10/31/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/31/2009 | $1.84 |
| 10/31/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/31/2009 | $102.74 |

TOTAL: HLEG

$4,388.74

ACTIVITY: HTEL

| Date | Description | Amount |
|---|---|---|
| 07/12/09 | Telephone - - VENDOR: American Teleconferencing Services, LTD Inv#02402016-CR- for service rendered during 06/13- 07/12/09 for conference call for Mr. Morse. | $10.39 |

TOTAL: HTEL

$10.39

ACTIVITY: INH

| Date | Description | Amount |
|---|---|---|
| 10/06/09 | In-House Reproduction Expense (3 copies @ $.10 each). | $0.30 |
| 10/06/09 | In-House Reproduction Expense (2 copies @ $.10 earch). | $0.20 |
| 10/06/09 | In-House Reproduction Expense (9 copies @ $.10 earch). | $0.90 |

TOTAL: INH

$1.40

ACTIVITY: MEA

| Date | Description | Amount |
|---|---|---|
| 09/09/09 | Meals expense (lunch) for Ms. Irving while in New York on 09/09/09. | $26.84 |
| 09/09/09 | Meals expense (dinner) for Ms. Irving while in New York 09/09/09. | $43.56 |
| 09/10/09 | Meal expense (lunch) for Ms. Irving en route hom from New York on 09/10/09. | $4.34 |

TOTAL: MEA

$74.74

ACTIVITY: REP

PAGE 40                               In Reference To:                                         DATE: 12/23/2009
                                    American Home Mortgage
                                  Our File Number: AMERICA.AHM

| Date | Description | Amount |
|---|---|---|
| 09/14/09 | Reproduction - Expense reimbursement expense to AHMSI for loan servicing file document production related to JPMorgan litigation. | $3,800.00 |

TOTAL: REP

$3,800.00

ACTIVITY: TRA

| Date | Description | Amount |
|---|---|---|
| 09/02/09 | Travel agency fee for Mr. Morris regarding trip to New York (09/08/09 - 09/09/09). | $35.00 |
| 09/02/09 | Airfare expense for Mr. Morris from Florida to New York on 09/08/09. (one-way; reduced from actual due to cancellation of return flight). | $239.00 |
| 09/04/09 | Travel Agency fee for Ms. Irving regarding trip to New York (09/08/09 - 09/09/09). | $35.00 |
| 09/04/09 | Airfare expense for Ms. Irving from LAX to New York on 09/08/09 (one-way; reduced from actual). | $434.60 |
| 09/08/09 | Taxi expense for Ms. Irving from Newark to Manhattan (one-way, 09/08/09). | $89.00 |
| 09/09/09 | Airfare expense for Ms. Irving regarding from New York to LAX on 09/09/09. (one-way; reduced from actual). | $434.60 |
| 09/09/09 | Hotel expense for Ms. Irving while in New York (09/08/09 - 09/09/09). | $543.67 |
| 09/09/09 | Hotel expense for Mr. Morris while in New York (09/08/09 - 09/09/09; including meal expense in the amount of $98.11). | $641.78 |
| 09/09/09 | Airfare expense for Mr. Morris from New York to Florida on 09/09/09 (one-way; reduced from actual). | $239.00 |
| 09/10/09 | Car service expense for Mr. Morris and Ms. Irving from Manhattan to meeting with servicing personnel (one-way; reduced from actual; 09/09/09). | $175.50 |
| 09/10/09 | Car service expense for Mr. Morris and Ms. Irving from Manhattan to airport (one-way; 09/09/09). | $175.50 |

TOTAL: TRA

$3,042.65

TOTAL ALL ACTIVITIES:                                                                                    $11,371.68