**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re:  Docket No. 8364 |

**CERTIFICATE OF NO OBJECTION REGARDING TWENTY-FIFTH MONTHLY
APPLICATION OF HAHN & HESSEN LLP, CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE
HOLDINGS, INC., *ET AL*., FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2009 THROUGH AUGUST 31, 2009
[NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Twenty-Fifth Monthly Application of Hahn & Hessen LLP, Co-Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period August 1, 2009 through August 31, 2009 [Docket No. 8364]* filed on December 4, 2009 (the "Application").  The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 24, 2009 at 4:00 p.m.

128189.01600/21840968v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Debtors are authorized to pay Hahn & Hessen LLP $91,108.80, which represents 80% of the fees requested ($113,866.00) and $3,398.51 which represents 100% of the expenses requested in the Application for the period of August 1, 2009 through August 31, 2009 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    December 28, 2009                          **BLANK ROME LLP**

By:    */s/ Bonnie Glantz Fatell*
       Bonnie Glantz Fatell (DE No. 3809)
       David W. Carickhoff (DE No. 3715)
       1201 Market Street, Suite 800
       Wilmington, DE  19801
       Telephone:  (302) 425-6400
       Facsimile:  (302) 425-6464

           And

       Mark S. Indelicato
       Hahn & Hessen LLP
       488 Madison Avenue
       New York, NY  10022
       Telephone:  (212) 478-7200
       Facsimile:  (212) 478-7400

       *Co-Counsel for the Official Committee of Unsecured Creditors*

128189.01600/21840968v.1