# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.

**Case No.:**07−11047−CSS

**Chapter:**11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that American Home Mortgage Holdings Inc. filed a Notice of Appeal on 12/24/09 regarding the Claims of Mona Dobben

The Notice of Appeal may be viewed at docket number 8436. The order on appeal may be viewed at docket number 8424.

David D. Bird
CLERK OF COURT

Date: 12/28/09
(VAN−440)