# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Betsy | Date Created: 12/28/2009 |
| Case: 07−11047−CSS | Form ID: van440 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Blank Rome LLP | Blank Rome LLP | 1201 Market Street | Suite 800 | Wilmington, DE 19801 |
| aty | Vivian A. Houghton | Vivian A. Houghton, Esquire | 800 West Street, 2nd Floor | | Wilmington, DE 19801−1526 |

TOTAL: 2