IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:                                                                  :   Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                         :
                                                                        :   Jointly Administered
         Debtors.                                                       :
                                                                        :   Ref. No. 8347
----------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 8347

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Twenty-Fifth Monthly Application of Weiner Brodsky Sidman Kider PC as an Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2009 through September 30, 2009 (the "Application") has been received.  The Court's docket which was last updated December 29, 2009, reflects that no objections to the Application have been filed.  Objections to the Application were to be filed and served no later than December 22, 2009 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($8,062.00) of requested fees ($10,077.50) and 100% of requested expenses ($28.22) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       December 29, 2009

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                      /s/ Ryan M. Bartley
                                      Sean M. Beach (No. 4070)
                                      Ryan M. Bartley (No. 4950)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      Counsel for Debtors and
                                      Debtors in Possession