# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.

**Case No.:** 07–11047–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that American Home Mortgage Holdings Inc. filed a Notice of Appeal on 12/24/09 regarding the Claims of Mona Dobben

The Notice of Appeal may be viewed at docket number 8436. The order on appeal may be viewed at docket number 8424.

David D. Bird
CLERK OF COURT

Date: 12/28/09
(VAN–440)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Betsy               Page 1 of 1            Date Rcvd: Dec 28, 2009
Case: 07-11047                Form ID: van440           Total Noticed: 2

The following entities were noticed by first class mail on Dec 30, 2009.
aty          +Blank Rome LLP,   Blank Rome LLP,   1201 Market Street,   Suite 800,   Wilmington, DE 19801-1807
aty          +Vivian A. Houghton,   Vivian A. Houghton, Esquire,   800 West Street, 2nd Floor,
               Wilmington, DE 19801-1565
The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2009**              **Signature:**     *Joseph Speetjens*