IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc. | ) | Case No.    07-11047 |
| | ) | |
| Debtor. | ) | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | American Home Mortgage Holdings, Inc. | Bank: | N/A |
| Bankruptcy Number: | 07-11047 | Account Number: | N/A |
| Date of Confirmation: | 2/23/2009 | Account Type: | N/A |
| Reporting Period (month/year): | July 1, 2009 through September 30, 2009 | | |

Beginning Cash Balance: $0

All receipts received by the debtor:

- Cash Sales: $0
- Collection of Accounts Receivable: $0
- Proceeds from Litigation (settlement or otherwise): $0
- Sale of Debtor's Assets: $0
- Capital Infusion pursuant to the Plan: $0
- Total of cash received: $0

Total of cash available: $0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

- Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: $0
- Disbursements made pursuant to the administrative claims of bankruptcy professionals: $0
- All other disbursements made in the ordinary course: $0

Total Disbursements $0

Ending Cash Balance $0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 12/30/09

Name: Kevin Nystrom

Title: Chief Restructuring Officer

**American Home Mortgage Holdings, Inc. - Case No. 07-11047**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 9/30/2009 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 1,000 | $ - |
| Accounts receivable | 134,546 | 134,546 |
| Intercompany receivable | 133,122,337 | 133,037,400 |
| Investment in subsidiaries | 165,567,458 | (619,518,259) |
| Total assets | $ 298,825,341 | $ (486,346,313) |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Junior subordinated note | $ 304,214,000 | $ 304,214,000 |
| Accrued expenses and other liabilities | 4,733,874 | 4,733,870 |
| Total liabilities | $ 308,947,874 | $ 308,947,870 |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 94,597,812 | $ 94,597,810 |
| Retained earnings | (104,720,345) | (889,891,993) |
| Total stockholders' equity | $ (10,122,533) | $ (795,294,183) |
| Total liabilities and stockholders' equity | $ 298,825,341 | $ (486,346,313) |

|  | 8/5/2007 | 9/30/2009 |
|---|---:|---:|
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 4,733,874 | $ 4,733,870 |
| Total Accrued expenses and other liabilities | $ 4,733,874 | $ 4,733,870 |