**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Acceptance, Inc. | ) | Case No.   07-11049 |
| | ) | |
| Debtor. | ) | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | American Home Mortgage Acceptance, Inc. | Bank: | Various |
| Bankruptcy Number: | 07-11049 | Account Number: | Various |
| Date of Confirmation: | 2/23/2009 | Account Type: | Various |
| Reporting Period (month/year): | July 1, 2009 through September 30, 2009 | | |

| | | |
|---|---|---|
| Beginning Cash Balance: | $228,136 | |
| All receipts received by the debtor: | | |
|    Cash Sales: | $0 | |
|    Collection of Accounts Receivable: | $726,258 | |
|    Proceeds from Litigation (settlement or otherwise): | $0 | |
|    Sale of Debtor's Assets: | $0 | |
|    Capital Infusion pursuant to the Plan: | $0 | |
|    Total of cash received: | $726,258 | |
| Total of cash available: | | $954,394 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
|    Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | $0 | |
|    Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
|    All other disbursements made in the ordinary course: | $570,626 | |
|    Total Disbursements | | $570,626 |
| Ending Cash Balance | | $383,768 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 12/30/09

Name: *[signature]*
Kevin Nystrom
Title: Chief Restructuring Officer

American Home Mortgage Acceptance, Inc. - Case No. 07-11049
Parent-Only Statements of Financial Condition

|  | 8/5/2007 | 9/30/2009 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 722,409 | $ 383,768 |
| Restricted cash | 48,925 | - |
| Accounts receivable | 3,584,146 | - |
| Intercompany receivable | 479,912,597 | 517,059,825 |
| Mortgage loans | 471,583,017 | - |
| Mortgage servicing rights | 27,316,058 | - |
| Other real estate, net | 3,509,981 | - |
| Investment in subsidiaries | (28,806,603) | (25,712,553) |
| Other assets | 309,446 | - |
| Total assets | $ 958,179,976 | $ 491,731,040 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Warehouse lines of credit | $ 397,312,428 | $ - |
| Accrued expenses and other liabilities | 1,106,467 | 1,062,911 |
| Intercompany payable | 715,932,804 | 687,629,491 |
| Total liabilities | $ 1,114,351,699 | $ 688,692,402 |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 40,298,920 | $ 40,298,920 |
| Retained earnings | (196,470,643) | (237,260,282) |
| Total stockholders' equity | $ (156,171,723) | $ (196,961,362) |
| Total liabilities and stockholders' equity | $ 958,179,976 | $ 491,731,040 |

|  | 8/5/2007 | 9/30/2009 |
|---|---:|---:|
| Other Assets: | | |
| Prepaid expenses | $ 166,040 | $ - |
| Other | 143,406 | - |
| Total Other Assets | $ 309,446 | $ - |
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 837,359 | $ 813,295 |
| Escrow payable | - | (19,495) |
| Deferred compensation plan liability | 32,821 | 32,824 |
| Drafts payable | 236,287 | 236,287 |
| Total Accrued expenses and other liabilities | $ 1,106,467 | $ 1,062,911 |