IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Homegate Settlement Services Inc. | ) | Case No.   07-11053 |
| | ) | |
| Debtor. | ) | |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

| | | | |
|---|---|---|---|
| Debtor's Name: | Homegate Settlement Services Inc. | Bank: | N/A |
| Bankruptcy Number: | 07-11053 | Account Number: | N/A |
| Date of Confirmation: | 2/23/2009 | Account Type: | N/A |
| Reporting Period (month/year): | July 1, 2009 through September 30, 2009 | | |

| | |
|---|---|
| Beginning Cash Balance: | $0 |
| All receipts received by the debtor: | |
| Cash Sales: | $0 |
| Collection of Accounts Receivable: | $0 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $0 |
| Total of cash available: | $0 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $0 |
| Total Disbursements | $0 |
| Ending Cash Balance | $0 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 12/30/09

Name: Kevin Nystrom

Title: Chief Restructuring Officer

Homegate Settlement Services, Inc. - Case No. 07-11053
Parent-Only Statements of Financial Condition

|  | 8/5/2007 | 9/30/2009 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 22,184 | $ - |
| Restricted cash | 2,842 | - |
| Intercompany receivable | 106,617 | - |
| Premises and equipment, net | 233,715 | - |
| Total assets | $ 365,358 | $ - |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Accrued expenses and other liabilities | $ 2,915,241 | $ 2,343,230 |
| Intercompany payable | 8,290,600 | 9,033,856 |
| Income taxes payable | 3,671 | - |
| Total liabilities | $ 11,209,512 | $ 11,377,086 |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 250,000 | $ 250,000 |
| Retained earnings | (11,094,154) | (11,627,086) |
| Other comprehensive loss | - | - |
| Total stockholders' equity | $ (10,844,154) | $ (11,377,086) |
| Total liabilities and stockholders' equity | $ 365,358 | $ - |

|  | 8/5/2007 | 9/30/2009 |
|---|---:|---:|
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 2,811,769 | $ 2,316,224 |
| Accrued payroll expense | 76,466 | - |
| Deferred compensation plan liability | 27,006 | 27,006 |
| Total Accrued expenses and other liabilities | $ 2,915,241 | $ 2,343,230 |