IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x   Chapter 11
In re:                                                  :
                                                        :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                  :
HOLDINGS, INC., a Delaware corporation, <u>et</u>       :   Jointly Administered
<u>al.</u>,                                             :
                                                        :   **Hearing Date: February 18, 2010 at 11:00 a.m.**
                    Debtors.[1]                         x
-------------------------------------------------------

## RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that the omnibus hearing previously scheduled for February 9, 2010 at 10:00 a.m. has been re-scheduled to February 18, 2010 at 11:00 a.m.

Any matters previously scheduled for the hearing on February 9, 2010 at 10:00 a.m. will now be heard on February 18, 2010 at 11:00 a.m.

Dated: Wilmington, Delaware
       January 4, 2010

                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                /s/ Michael S. Neiburg
                                Sean M. Beach (No. 4070)
                                Matthew B. Lunn (No. 4119)
                                Michael S. Neiburg (No. 5275)
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                Wilmington, Delaware 19801
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253

                                Counsel for Debtors and Debtors in Possession

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.