**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re:                    :     Chapter 11

AMERICAN HOME MORTGAGE    :     Case No.  07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]   :
                         :     Jointly Administered
            Debtors.      :
                         :
---------------------------------------------------------- x

**DESIGNATION PURSUANT TO FED. R. BANKR. P. 8006 OF**
**ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND**
**STATEMENT OF ISSUES ON APPEAL WITH RESPECT TO DEBTORS'**
**APPEAL OF ORDER REGARDING CLAIMS OF MONA DOBBEN [D.I. 8424]**

**DESIGNATION OF ITEMS FOR RECORD ON APPEAL (DKT (CASE NO. 07-11047 (CSS))[2]**

| Index/Tab | Docket/Trial Exhibit No. | Description |
|-----------|--------------------------|-------------|
| 1 | Docket No. 8049 | Debtors' Forty-Second Omnibus Objection to Claims (Substantive) |
| 2 | Docket No. 8149 | Debtors' Reply to Response of Mona Dobben to Debtors' Forty-Second Omnibus Objection to Claims |
| 3 | Docket No. 8211 | Scheduling Order regarding Claims of Mona Dobben |
| 4 | Docket No. 8357 | Pretrial Memorandum for Evidentiary Hearing on Claims of Mona Dobben |
| 5 | Docket No. 8366 | Debtors' Motion for Summary Judgment on Claims of Mona Dobben |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).   The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]      The following designation includes all documents, exhibits, attachments, and supplements to each item designated herein and in other designations filed in this appeal.

| Index/Tab | Docket/Trial Exhibit No. | Description |
|---|---|---|
| 6 | Docket No. 8367 | Debtors' Trial Brief and Brief and Brief in Support of Motion for Summary Judgment |
| 7 | D.T.E.[3] 1 | Proof of Claim #10607 |
| 8 | D.T.E. 2 | Proof of Claim #10608 |
| 9 | D.T.E. 3 | Proof of Claim #10609 |
| 10 | D.T.E. 4 | Complaint filed on or about October 28,2009 by Mona Dobben in state court in California |
| 11 | D.T.E. 5 | Borrower's Certification & Authorization |
| 12 | D.T.E. 6 | Compliance Agreement |
| 13 | D.T.E. 7 | California Insurance Disclosure |
| 14 | D.T.E.8 | Adjustable Rate Mortgage Loan Disclosure Statement |
| 15 | D.T.E. 9 | Private Mortgage Insurance Disclosure |
| 16 | D.T.E. 10 | California Per Diem Interest Rate Disclosure |
| 17 | D.T.E. 11 | Occupancy Agreement |
| 18 | D.T.E. 12 | Affiliated Business Arrangement Disclosures |
| 19 | D.T.E. 13 | Equal Credit Opportunity Act Notice |
| 20 | D.T.E. 14 | Request for Transcript of Tax Return |
| 21 | D.T.E. 15 | Request for Taxpayer Identification Number and Certification |
| 22 | D.T.E. 16 | Deed of Trust between Mona S. Dobben as Borrower and American Home Mortgage Acceptance, Inc., as Lender |
| 23 | D.T.E. 17 | Signature/Name Affidavit |
| 24 | D.T.E. 18 | Adjustable Rate Note |
| 25 | D.T.E. 19 | Occupancy Certification |
| 26 | D.T.E. 20 | Copy of Mona Dobben's Driver's License from AHM loan file |
| 27 | D.T.E. 21 | RESPA Servicing Disclosure |
| 28 | D.T.E. 22 | Adjustable Rate Rider |
| 29 | D.T.E. 23 | Disclosure of Credit Score Information |

---

[3] D.T.E. means "Debtors' Trial Exhibit."

DB02:9089764.2                                                    066585.1001

| Index/Tab | Docket/Trial Exhibit No. | Description |
|---|---|---|
| 30 | D.T.E. 24 | Bank Account Statement from Mona Dobben from AHM loan file |
| 31 | D.T.E. 25 | HUD-1 Settlement Statement |
| 32 | D.T.E. 26 | Tax Escrow Account Designation |
| 33 | D.T.E. 27 | Truth-in-Lending Disclosure Statement |
| 34 | D.T.E. 28 | Preferred Real Estate & Inv. Management Fee Invoice Dated 7/1/07 |
| 35 | D.T.E. 29 | Amended Escrow instructions |
| 36 | D.T.E. 30 | Letter dated October 1, 2007 from Ilham Theodory to Mona Dobben |
| 37 | D.T.E. 31 | Notice of Trustee's Sale |
| 38 | D.T.E. 32 | American Home Mortgage Servicing Collection History Profile |
| 39 | D.T.E. 33 | Claimant Mona Dobben's Responses to Debtors' Interrogatories |
| 40 | D.T.E. 34 | Transcript of Deposition of Mona Dobben taken on November 20, 2009 |
| 41 | D.T.E. 35 | Yamamura Federal Truth-in-Lending Disclosure Statement |
| 42 | D.T.E. 36 | Yamamura Closing Instructions from Commitment Lending |
| 43 | D.T.E. 37 | Yamamura Closing Instructions (Second Mortgage) from Commitment Lending |
| 44 | D.T.E. 38 | Yamamura Amended Escrow Instructions |
| 45 | D.T.E. 39 | Yamamura Deed of Trust (First Mortgage) |
| 46 | D.T.E. 40 | Yamamura Deed of Trust (Second Mortgage) |
| 47 | D.T.E. 41 | Yamamura Deed in Lieu of Foreclosure |
| 48 | TBD[4] | Transcript of Evidentiary Hearing on December 9, 2009 |

---

[4] The transcript, while ordered and received from the third-party transcription service, has not been docketed by the Clerk. Debtors will include a copy of the transcript in the document sets sent to the Clerk.

3

## STATEMENT OF ISSUES ON APPEAL

1.      Whether Claimant Mona Dobben has a legally-cognizable claim against any of the Debtors.

2.      Whether Claimant Mona Dobben has an administrative expense claim against any of the Debtors.

3.      Whether the Bankruptcy Court erred in finding that any of the Debtors were accessories to a fraud against Claimant Mona Dobben.

4.      Whether the Bankruptcy Court erred in finding that any of the Debtors breached a duty to Claimant Mona Dobben.

5.      Whether the Bankruptcy Court erred in finding that any of the Debtors had a duty to supervise an independent mortgage broker.

6.      Whether the Bankruptcy Court erred in finding that Claimant Mona Dobben had proven the elements of fraud.

7.      Whether the Bankruptcy Court erred in finding that Claimant Mona Dobben's asserted damages were proximately caused by any breach of duty by any of the Debtors.

8.      Whether the Bankruptcy Court erred in finding that Claimant Mona Dobben's asserted damages were causally-related to her fraud claim.

9.      Whether the Bankruptcy Court erred in finding that Claimant Mona Dobben had sufficiently proven damages that would warrant any claim against any of the Debtors.

10.      Whether the Bankruptcy Court erred in trebling Ms. Dobben's asserted damages and rounding both the base and the trebling amounts.

4

11.     Whether the Bankruptcy Court improperly allowed evidence and

testimony.

12.     Whether the Bankruptcy Court improperly excluded evidence and

testimony.

Dated: Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
       January 4, 2010

_____ */s/ Curtis J. Crowther* _____
Sean M. Beach (No. 4070)
Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
(302) 576-3445
sbeach@ycst.com / ccrowther@ycst.com

066585.1001