**NO ORDER REQUIRED**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | (Jointly Administered) |
| *et al.*[1], | ) | |
| | ) | Objection Deadline: December 30, 2009 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: February 9, 2010 at 10:00 a.m. |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 8397

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Interim Fee Application Request of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for the Seventh Interim Period of July 6, 2009 through October 31, 2009, ("the Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than December 30, 2009 at 4:00 p.m.

Dated: January 5, 2010                                   FERRY, JOSEPH & PEARCE, P.A.

/s/ Rick S. Miller
Rick S. Miller, Esq. (#3418)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
*Special Conflicts Counsel to the Official
Committee Of Unsecured Creditors*

---

[1] Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.