**CERTIFICATE OF SERVICE**

    I, Rick S. Miller, Esquire, hereby certify that on January 5, 2010, one copy of the foregoing *Certification of No Objection Regarding Docket No. 8397*, was served on the following parties in the manner indicated:

| **BY HAND DELIVERY** | **BY FIRST-CLASS U.S. MAIL** |
|---|---|
| James L. Patton, Jr., Esq.<br>Pauline K. Morgan, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Alan Horn, Esq., General Counsel<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 |
| Bonnie Glantz Fatell, Esq.<br>David W. Carickhoff, Jr., Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Jeffrey M. Levine, Esq.<br>Milestone Advisors, LLC<br>1775 Eye Street, NW<br>Suite 800<br>Washington, DC 20006 |
| Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | Mark S. Indelicato, Esq.<br>Mark T. Power, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Victoria W. Counihan, Esq.<br>Greenberg Traurig, LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | Margot B. Schonholtz, Esq.<br>Scott D. Talmadge, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Joseph J. McMahon, Jr., Esq.<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Wilmington, DE 19801 | Corinne Ball, Esq.<br>Erica M. Ryland, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |

    Upon penalty of perjury I declare that the foregoing is true and correct.

    /s/Rick S. Miller
    Rick S. Miller (No. 3418)