AHM - Summary of Invoices Paid in the Preference Period
Vendor - SIR SPEEDY
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 304329 | 05/08/07 | 05/10/07 | $ 55,209.00 | SS MP INVOICE | 05/08/07 | $ 55,209.00 |
| 2 | 306145 | 05/16/07 | 05/25/07 | 170.33 | 56590 | 04/09/07 | 170.33 |
| 3 | 309809 | 05/25/07 | 05/30/07 | 34,853.03 | CUSTOM INVOICE | 05/24/07 | 34,853.03 |
| 4 | 309962 | 05/29/07 | 06/13/07 | | 56952 | 04/24/07 | 184.71 |
| 5 | 309962 | 05/29/07 | 06/13/07 | 266.40 | 57118 | 05/09/07 | 81.69 |
| 6 | 313830 | 06/13/07 | 06/18/07 | | 36786 | 02/28/07 | 2,679.80 |
| 7 | 313830 | 06/13/07 | 06/18/07 | 4,805.41 | 37441 | 04/30/07 | 2,125.61 |
| 8 | 313831 | 06/13/07 | 06/21/07 | | 57129 | 05/09/07 | 168.52 |
| 9 | 313831 | 06/13/07 | 06/21/07 | 239.54 | 56954 | 05/09/07 | 71.02 |
| 10 | 314180 | 06/13/07 | 06/15/07 | | SS INV | 06/13/07 | 64,035.53 |
| 11 | 314180 | 06/13/07 | 06/15/07 | 107,562.46 | SS MP INV | 06/13/07 | 43,526.93 |
| 12 | 314784 | 06/15/07 | 07/03/07 | 139.01 | 57227 | 05/08/07 | 139.01 |
| 13 | 315612 | 06/20/07 | 07/06/07 | | 57567 | 06/06/07 | 76.43 |
| 14 | 315612 | 06/20/07 | 07/06/07 | 149.04 | 57566 | 06/14/07 | 72.61 |
| 15 | 315810 | 06/21/07 | 07/06/07 | | 57596 | 06/12/07 | 176.74 |
| 16 | 315810 | 06/21/07 | 07/06/07 | 347.07 | 57511 | 06/06/07 | 170.33 |
| 17 | 318019 | 06/27/07 | 07/09/07 | 15,918.99 | 37442 | 04/30/07 | 15,918.99 |
| 18 | 323293 | 07/20/07 | 07/23/07 | | SS MP INV | 07/20/07 | 53,426.48 |
| 19 | 323293 | 07/20/07 | 07/23/07 | 85,054.82 | SS INV | 07/20/07 | 31,628.34 |
| 20 | 324763 | 07/23/07 | 07/26/07 | 36,777.27 | SS ABC INV | 07/23/07 | 36,777.27 |
| | | | | $ 341,492.37 | | | $ 341,492.37 |