
AHM - Summary of Invoices Paid in the Preference Period
Vendor - GOOGLE INC
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 301804 | 04/27/07 | 05/08/07 | $ 33,126.50 | 69086354815 | 03/31/07 | $ 33,126.50 |
| 2 | 306709 | 05/17/07 | 05/23/07 | 71,892.34 | 64759246815 | 02/28/07 | 71,892.34 |
| 3 | 311613 | 06/05/07 | 06/19/07 | 19,180.08 | 73046271815 | 04/30/07 | 19,180.08 |
| 4 | 315520 | 06/20/07 | 07/09/07 | 624.94 | 77149926815 | 05/31/07 | 624.94 |
| | | | | $ 124,823.86 | | | $ 124,823.86 |