AHM - Summary of Invoices Paid in the Preference Period
Vendor - WORKSPACE SOLUTIONS
Exhibit A

| # | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 313194 | 06/11/07 | 06/20/07 | $ 6,948.30 | 33245 | 05/09/07 | $ 6,948.30 |
| 2 | 313410 | 06/11/07 | 06/15/07 | 62,536.00 | 33468 | 06/11/07 | 62,536.00 |
| 3 | 313677 | 06/12/07 | 06/15/07 | 9,073.00 | 33467 | 06/11/07 | 9,073.00 |
| 4 | 322083 | 07/13/07 | 07/25/07 | 7,496.32 | 33502 | 06/16/07 | 7,496.32 |
|   |   |   |   | $ 86,053.62 |   |   | $ 86,053.62 |