## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, <u>et</u> <u>al.</u>, | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related Docket Item No. 3275** |

## NOTICE OF WITHDRAWAL OF LOAN FILE RETURN
## DECLARATION OF AURORA LOAN SERVICES LLC

Please take notice that Aurora Loan Services LLC, by and through its undersigned counsel, hereby withdraws the *Loan File Return Declaration of Aurora Loan Services LLC* [Docket No. 3275].

Dated: January 6, 2010

**ASHBY & GEDDES, P.A.**

William P. Bowden (#2553)
Amanda M. Winfree (#4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067

- and -

**LATHAM & WATKINS LLP**
Robert J. Rosenberg
Michael J. Riela
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

*Counsel to Aurora Loan Services LLC*

## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on January 6, 2009, I caused one copy of the foregoing to be served upon the parties listed below list via First Class U.S. Mail, or in the manner so indicated.

**HAND DELIVERY**
Robert S. Brady, Esq.
Sean M. Beach, Esq.
Margaret Whiteman Greecher, Esq.
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

**U.S. MAIL**
AMERICAN HOME MORTGAGE HOLDINGS, INC.
Attn: Chris Cavaco
538 Broadhollow Road
Melville, NY  11747

_____
Amanda M. Winfree (#4615)

{00313576;v1}