<u>**CERTIFICATE OF SERVICE**</u>

I, Lisa L. Coggins, Esquire, hereby certify that on January 7, 2010, one copy of the foregoing *Certification of No Objection Regarding Docket No. 8417*, was served on the following parties in the manner indicated:

| <u>**BY HAND DELIVERY**</u> | <u>**BY FIRST-CLASS U.S. MAIL**</u> |
|---|---|
| James L. Patton, Jr., Esq. | Alan Horn, Esq., General Counsel |
| Pauline K. Morgan, Esq. | American Home Mortgage Holdings, Inc. |
| Young Conaway Stargatt & Taylor, LLP | 538 Broadhollow Road |
| 1000 West Street, 17th Floor | Melville, NY 11747 |
| P.O. Box 391 | |
| Wilmington, DE 19899-0391 | Jeffrey M. Levine, Esq. |
| | Milestone Advisors, LLC |
| Bonnie Glantz Fatell, Esq. | 1775 Eye Street, NW |
| David W. Carickhoff, Jr., Esq. | Suite 800 |
| Blank Rome LLP | Washington, DC 20006 |
| 1201 Market Street, Suite 800 | |
| Wilmington, DE 19801 | Mark S. Indelicato, Esq. |
| | Mark T. Power, Esq. |
| Laurie Selber Silverstein, Esq. | Hahn & Hessen LLP |
| Potter Anderson & Corroon, LLP | 488 Madison Avenue |
| Hercules Plaza, 6th Floor | New York, NY 10022 |
| 1313 North Market Street | |
| Wilmington, DE 19801 | Margot B. Schonholtz, Esq. |
| | Scott D. Talmadge, Esq. |
| Victoria W. Counihan, Esq. | Kaye Scholer LLP |
| Greenberg Traurig, LLP | 425 Park Avenue |
| 1007 North Orange Street, Suite 1200 | New York, NY 10022 |
| Wilmington, DE 19801 | |
| | Corinne Ball, Esq. |
| Joseph J. McMahon, Jr., Esq. | Erica M. Ryland, Esq. |
| Office of the United States Trustee | Jones Day |
| 844 King Street, Room 2207 | 222 East 41st Street |
| Wilmington, DE 19801 | New York, NY 10017 |

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/Lisa L. Coggins
Lisa L. Coggins (No. 4234)