# EXHIBIT A

**Amended Claims**

## Exhibit A
## Amended Claims

| Name/Address of Claimant | Objectionable Claims ||||  Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ANDERSON, PAULA<br>3031 INVERNESS DR<br>LOS ALAMITOS, CA 90720 | 1213 | 9/25/07 | No Case | Unspecified* | 4058 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$1,342.00 (P)<br>- (U)<br>$1,342.00 (T) |
| COUNTY OF SANTA CLARA<br>ATTN DEBORAH NICHOLS, TAX COLLECTOR<br>COUNTY ADMINISTRATION BLDG<br>70 W HEDDING ST - E WING SIXTH FL<br>SAN JOSE, CA 95110 | 171 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>$1,220.42 (P)<br>- (U)<br>$1,220.42 (T) | 10733 | 8/19/09 | 07-11047 | - (S)<br>- (A)<br>$173.33 (P)<br>- (U)<br>$173.33 (T) |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 10062 | 3/12/08 | 07-11050 | $1,693.50 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,693.50 (T) | 10675 | 2/27/09 | 07-11050 | $16,963.50 (S)<br>- (A)<br>- (P)<br>- (U)<br>$16,963.50 (T) |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | 5399 | 12/13/07 | 07-11047 | $523.71 (S)<br>- (A)<br>- (P)<br>- (U)<br>$523.71 (T) | 10606 | 12/24/08 | 07-11047 | $1,103.99 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,103.99 (T) |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | 5400 | 12/13/07 | 07-11051 | $523.71 (S)<br>- (A)<br>- (P)<br>- (U)<br>$523.71 (T) | 10605 | 12/24/08 | 07-11051 | $1,103.99 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,103.99 (T) |
| MULTNOMAH COUNTY<br>ATTN ANGELIKA LOOMIS<br>PO BOX 2716<br>PORTLAND, OR 97208 | 175 | 8/28/07 | 07-11051 | $3,174.81 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,174.81 (T) | 8787 | 1/2/08 | 07-11047 | $367.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$367.10 (T) |
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 10653 | 1/29/09 | 07-11048 | $3,554.62 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,554.62 (T) | 10718 | 5/22/09 | 07-11048 | Unspecified* |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| WOOD COUNTY SHERIFF<br>PO BOX 1985<br>PARKERSBURG, WV 26102 | 166 | 8/28/07 | 07-11051 | - (S)<br>- (A)<br>$115.08 (P)<br>- (U)<br>$115.08 (T) | 10658 | 1/27/09 | 07-11047 | $274.28 (S)<br>- (A)<br>- (P)<br>- (U)<br>$274.28 (T) |
| Totals: | 8 Claims | | | $5,915.73 (S)<br>$3,554.62 (A)<br>$1,335.50 (P)<br>- (U)<br>$10,805.85 (T) | | | | $19,812.86 (S)<br>- (A)<br>$1,515.33 (P)<br>- (U)<br>$21,328.19 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.