066585.1001

# EXHIBIT B

**Wrong Debtor Claims**

**Exhibit B**
**Wrong Debtor Claim**

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| CAMERON COUNTY<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 9937 | 2/8/08 | 07-11047 | $54.63 (S)<br>- (A)<br>- (P)<br>- (U)<br>$54.63 (T) | 07-11051 |
| CITY OF MCALLEN<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 10000 | 2/25/08 | 07-11047 | $38.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$38.48 (T) | 07-11051 |
| CITY OF NORFOLK TREASURER<br>PO BOX 3215<br>NORFOLK, VA 23515 | 5334 | 12/6/07 | 07-11047 | $3,524.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,524.98 (T) | 07-11051 |
| KNOX COUNTY TRUSTEE<br>ATTN FRED A. SISK, TRUSTEE<br>P.O. BOX 70<br>KNOXVILLE, TN 37901 | 2878 | 11/9/07 | 07-11047 | $642.67 (S)<br>- (A)<br>- (P)<br>- (U)<br>$642.67 (T) | 07-11051 |
| MCALLEN ISD<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 9997 | 2/25/08 | 07-11047 | $104.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$104.58 (T) | 07-11051 |
| PENDER COUNTY<br>ATTN TERECA L. CRENSHAW, ASST. TAX COLL.<br>P.O. BOX 1047<br>BURGAW, NC 28425 | 6457 | 12/27/07 | No Case | $31.37 (S)<br>- (A)<br>- (P)<br>- (U)<br>$31.37 (T) | 07-11051 |
| PORTLAND CITY<br>ATTN ELIZABETH L. BOYNTON<br>PO BOX 544<br>PORTLAND, ME 04112 | 2554 | 11/19/07 | No Case | - (S)<br>- (A)<br>$376.54 (P)<br>- (U)<br>$376.54 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim Case Number | | New Case Number |
|---|---|---|---|---|---|
| SEMINOLE COUNTY TAX COLLECTOR<br>RAY VALDES<br>1101 EAST FIRST STREET<br>POST OFFICE BOX 630<br>SANFORD, FL 32772 | 4328 | 12/3/07 | 07-11047 | $49.13 (S)<br>- (A)<br>- (P)<br>- (U)<br>$49.13 (T) | 07-11051 |
| TOWN OF FLOWER MOUND<br>MARK A BURROUGHS, ATTORNEY AT LAW<br>SAWKO & BURROUGHS, P.C.<br>1100 DALLAS DRIVE, SUITE 100<br>DENTON, TX 76205 | 1521 | 10/5/07 | 07-11047 | - (S)<br>- (A)<br>$192.16 (P)<br>- (U)<br>$192.16 (T) | 07-11051 |
| **Totals:** | | 9 Claims | | $4,445.84 (S)<br>- (A)<br>$568.70 (P)<br>- (U)<br>$5,014.54 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.