IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No. 8422 |

**CERTIFICATE OF NO OBJECTION REGARDING TWENTY-SIXTH MONTHLY APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Twenty-Sixth Monthly Application of BDO Seidman, LLP, Financial Advisors to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period November 1, 2009 through November 30, 2009 [Docket No. 8422]* (the "Application") filed on December 16, 2009.  The undersigned further certifies that he has caused the review of the Court's docket in these jointly administered cases and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than January 5, 2010 at 4:00 p.m.

128189.01600/21843225v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtors are authorized to pay BDO Seidman, LLP $38,977.20, which represents 80% of the fees requested ($48,721.50) and $1,982.62 which represents 100% of the expenses requested in the Application for the period of November 1, 2009 through November 30, 2009 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    January 8, 2010               **BLANK ROME LLP**

                                        By:  */s/ Bonnie Glantz Fatell*
                                             Bonnie Glantz Fatell (DE No. 3809)
                                             David W. Carickhoff (DE No. 3715)
                                             1201 Market Street, Suite 800
                                             Wilmington, DE  19801
                                             Telephone:  (302) 425-6400
                                             Facsimile:  (302) 425-6464

                                                       and

                                             Mark S. Indelicato
                                             Mark T. Power
                                             Hahn & Hessen LLP
                                             488 Madison Avenue
                                             New York, NY  10022
                                             Telephone:  (212) 478-7200
                                             Facsimile:  (212) 478-7400

                                             *Co-Counsel for the Official Committee of Unsecured Creditors*