# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.* [1] | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | **Re: Docket No. 8416** |

## CERTIFICATE OF NO OBJECTION REGARDING BDO SEIDMAN, LLP'S NINTH INTERIM FEE APPLICATION REQUEST

The undersigned hereby certifies that, as of the date hereof, she has received no written answer, objection or other responsive pleading to the *BDO Seidman's Ninth Interim Fee Application [Docket No. 8416]* (the "Application") filed on December 14, 2009. The undersigned further certifies that she has caused the review of the Court's docket in these jointly administered cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than January 4, 2010 at 4:00 p.m.

Dated: January 8, 2010

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

Counsel for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21843217v.1