# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| American Home Mortgage Holdings, Inc., a Delaware corporation, | : | Case No. 07-11047 (CSS) Jointly Administered |
| Debtors. | : | Re D.I. 7286 |

## ORDER

Upon consideration of First Interim Fee Application of Gilbert Oshinsky LLP for Approval and Allowance of Compensation and Reimbursement of Expenses as Co-Counsel the Official Committee of Borrowers for the periods October 22, 2008 through February 28, 2009 [D.I. 7286] filed on April 17, 2009 (the "First Interim Fee Application"), and the objections thereto; the Court having reviewed the First Interim Fee Application and the objections thereto; the Court having heard counsel and parties in interest regarding the First Interim Fee Application at the hearing before the Court on October 14, 2009 (the "Hearing"); and the Court finding that notice of the First Interim Fee Application and the Hearing were adequate under the circumstances;

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the Hearing, the First Interim Fee Application is GRANTED.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: January 11, 2010