## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:                                                                  :   Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                      :
                                                                        :   Jointly Administered
Debtors.                                                                :
                                                                        :   **Re: Dkt Nos. 6826 and 6969**
----------------------------------------------------------------------- x

### ORDER APPROVING MEMORANDUM OF UNDERSTANDING, SETTLEMENT AGREEMENT, GENERAL RELEASE AND OPTION AGREEMENT TO PURCHASE REAL ESTATE RELATING TO CLAIM NO. 10347 FILED BY JAMES D. RUCKER

AND NOW, the Court having consider the Memorandum of Understanding, Settlement Agreement, General Release and Option Agreement To Purchase Real Estate (the "Settlement Agreement")(a copy of which is attached hereto and made a part hereof as Exhibit "A") relating to Claim No. 10347 filed by James D. Rucker and which Settlement Agreement fully resolves the Debtors' Objection to Claim No. 10347, the Settlement Agreement is hereby APPROVED:

IT IS ORDERED that the Settlement Agreement is approved in its entirety;

IT IS FURTHER ORDERED that Claim No. 10347 shall be deemed expunged;

IT IS FURTHER ORDERED that the Debtors may take all actions deemed necessary or proper to effectuate the terms, conditions and provisions of the Settlement Agreement;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction relating to the Settlement Agreement;

IT IS SO ORDERED this 12th day of January, 2010.

_____
Christopher S. Sontchi, United States Bankruptcy Judge