IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   **Ref. Docket Nos. 8405**
                                                                       :
---------------------------------------------------------------------- x

**STIPULATED ORDER RESOLVING DEBTORS' FORTY-EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NUMBER 1881 FILED BY TRANSWESTERN 535 CONNECTICUT, LLC AND GRANTING RELATED RELIEF**

WHEREAS, on November 5, 2007, Transwestern 535 Connecticut, LLC ("Transwestern") filed proof of claim number 1881 ("Claim 1881") against debtor, American Home Mortgage Corp. ("AHM Corp.") (Case No. 07-11051).

WHEREAS, pursuant to Claim 1881, Transwestern asserted that it was entitled to a secured claim in the amount of $10,075.98 (the "Claimed Amount").

WHEREAS, on December 11, 2009 the Debtors filed their Forty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 8405].

WHEREAS, by the Objection, the Debtors requested, *inter alia*, that the Court expunge and disallow Claim 1881 in its entirety on the grounds that Transwestern holds AHM

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Corp.'s security deposit in the amount of $17,377.16 (the "Security Deposit"), which exceeds the Claimed Amount.

WHEREAS, the Debtors and Transwestern (collectively, the "Parties") have conferred regarding a potential resolution of the Objection as it relates to Claim 1881.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. The Objection with respect to Claim 1881 is resolved as set forth herein.

2. Transwestern shall be granted limited relief from the automatic stay imposed by 11 U.S.C. § 362 in order to set-off the Claimed Amount against the amount owed to AHM Corp. on account of the Security Deposit.

3. Transwestern agrees to release any interest, claim or right it may have in the amounts of the Security Deposit remaining after Transwestern exercises the set-off of the Claimed Amount against the Security Deposit.

4. Claim 1881 shall be deemed satisfied through the set-off of the Claimed Amount against the Security Deposit and, except as set forth herein, Transwestern hereby forever waives, releases and discharges any claims, interests or causes of action of any nature whatsoever against the Debtors, whether known or unknown, upon the Court's approval of this Stipulation.

5. Within ninety (90) days of the entry of this Stipulated Order, Transwestern shall make a payment to AHM Corp. in the amount of $7,301.18 (the "Payment"). The Payment shall be in the form of a check payable to American Home Mortgage Corp. and sent to the following address: American Home Mortgage, Attn: Paul Moran, 538 Broadhollow Road, 3rd Floor, Melville, New York 11747.

6. Each of the Parties shall bear its own costs and attorney's fees incurred in connection with the Objection.

7. This Court shall retain jurisdiction to resolve any disputes or controversy arising from or related to this Stipulated Order.

8. The undersigned counsel represent that they have the authorization to execute this Stipulated Order on behalf of their respective client.

9. This Stipulated Order may be executed in counterparts, any of which may be transmitted by facsimile, and each of which should be deemed an original and all of which together shall constitute one and the same instrument.

STIPULATED AND AGREED this 11th day of January, 2010

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Sean M. Beach*

Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

CUMMINGS & LOCKWOOD LLC

*/s/ David T. Martin*

John F. Carberry
David T. Martin
Six Landmark Square
Stamford, Connecticut 06901
Telephone: (203) 327-1700
Facsimile: (203) 351-4535

*Counsel for Transwestern 535 Connecticut, LLC*

SO ORDERED:

Dated: Wilmington, Delaware
       January 12, 2010

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE