IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
        Debtors.                                                         :
                                                                         : **Ref. Docket No. 8405**
------------------------------------------------------------------------ x

**ORDER SUSTAINING DEBTORS' FORTY-EIGHTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Forty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reassigning, reclassifying and/or otherwise modifying each of the Disputed Claims[2] identified on Exhibits A, B, C, D, E, F, G, and H attached hereto; and it appearing that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to proof of claim number 1881 filed by Transwestern 535 Connecticut, LLC; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B and H are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit C is hereby modified to the dollar value listed under the column titled "Modified Amount" in Exhibit C; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit D are hereby (i) modified by fixing the amount of such claims to the dollar values listed under the column titled "Modified Amount" and (ii) reclassified to the priority levels indicated in Exhibit D; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit E are hereby (i) reclassified to the priority levels indicated in the column titled "Modified Amount" in Exhibit E; and (ii) reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit E; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit F is hereby (i) modified to the dollar value under the column titled "Modified Amount" in Exhibit F; and (ii) reassigned to the case number listed under the column titled "New Case Number" in Exhibit F; and it is further

DB02: 9022495.1                                                                                                                  066585.1001

ORDERED that the Disputed Claim identified on the attached <u>Exhibit G</u> is hereby (i) modified to the dollar value under the column titled "Modified Amount" in <u>Exhibit G</u>; (ii) reclassified to the priority level indicated in the column titled "Modified Amount" in <u>Exhibit G</u>; and (iii) reassigned to the case number listed under the column titled "New Case Number" in <u>Exhibit G</u>; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       January 12, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE