# EXHIBIT A

## No Liability Claims

**Exhibit A**

**No Liability Claims**

Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ARLINGTON INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA, BRUCE MEDLEY<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-430 | 9974 | 2/19/08 | 07-11050 | - (S)<br>$417.45 (A)<br>- (P)<br>- (U)<br>$417.45 (T) | Claim relates to 2008 personal property taxes for an American Home Mortgage Servicing, Inc. office. American Home Mortgage Servicing Inc. was sold in November 2007. Debtors' have no interest in the property for the claimed tax year. |
| CARBON COUNTY TAX CLAIM BUREAU<br>COURTHOUSE ANNEX,<br>P.O. BOX 37<br>JIM THORPE, PA 18229-0037 | 10711 | 5/11/09 | 07-11047 | - (S)<br>- (A)<br>$3,068.85 (P)<br>- (U)<br>$3,068.85 (T) | Claim relates to 2008 real estate taxes for a parcel. Debtors' do not have an interest in the property for the claimed tax year. This loan was included in the sale of American Home Mortgage Servicing, Inc. in November 2007. |
| COLE COUNTY, MISSOURI<br>COLE COUNTY COLLECTOR<br>311 E. HIGH ST.<br>ROOM 100<br>JEFFERSON CITY, MO 65101 | 10729 | 7/23/09 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$84.52 (U)<br>$84.52 (T) | Claimed amount is also in claim 2462 which has already been accepted and reclassified by court order 7930. |
| COLE COUNTY, MISSOURI<br>COLE COUNTY COLLECTOR<br>311 E. HIGH ST.<br>ROOM 100<br>JEFFERSON CITY, MO 65101 | 10730 | 7/23/09 | 07-11051 | - (S)<br>- (A)<br>$84.52 (P)<br>- (U)<br>$84.52 (T) | Claimed amount is also in claim 2462 which has already been accepted and reclassified by court order 7930. |
| FORSYTH COUNTY<br>P. O. BOX 82<br>WINSTON-SALEM, NC 27102 | 10636 | 1/5/09 | No Case | - (S)<br>- (A)<br>$278.51 (P)<br>$385.42 (U)<br>$663.93 (T) | Claimed amount is also in claim 4449 which has already been accepted and fixed by court order 7399. |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA, BRUCE MEDLEY<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | 9975 | 2/19/08 | 07-11050 | - (S)<br>$731.39 (A)<br>- (P)<br>- (U)<br>$731.39 (T) | Claim relates to 2008 personal property taxes. Debtors' did not have an interest in the property for the claimed tax year as offices were closed in August 2007. |
| FRANKITO, THOMAS<br>9765 JOHNNY CAKE RIDGE RD.<br>MENTOR, OH 44060 | 1534 | 10/12/07 | 07-11051 | - (S)<br>- (A)<br>$4,696.10 (P)<br>- (U)<br>$4,696.10 (T) | Claim relates to bankruptcy payments being withheld from the claimant's paychecks. Debtors' have confirmed that all payments withheld from the pay were forwarded to the proper court. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MUSKEGON HEIGHTS CITY<br>ATTN ROBERT L JACKSON JR, CITY ASSESSOR<br>2724 PECK ST<br>MUESKEGON HEIGHTS, MI 49444 | 2687 | 11/19/07 | No Case | - (S)<br>- (A)<br>$574.90 (P)<br>- (U)<br>$574.90 (T) | Claim relates to personal property tax for an office of American Home Loans. Debtors' have no affiliation with American Home Loans. |
| TOWN SQUARE VENTURES, L.P.<br>C/O INLAND SOUTHWEST MANAGEMENT, LLC<br>C/O BERT BITTOURNA, ESQUIRE - LAW DEPT.<br>2901 BUTTERFIELD ROAD<br>OAK BROOK, IL 60523 | 7950 | 1/9/08 | 07-11051 | $10,446.34 (S)<br>- (A)<br>- (P)<br>$4,032.14 (U)<br>$14,478.48 (T) | The $4,032.14 general unsecured portion of this claim relates to costs claimant incurred in removing signage from an office. The secured portion of this claim relates to the security deposit that the claimant already holds. The amount held as a security deposit offsets the costs of sign removal in the amount of $4,032.14. Accordingly, Debtor has no liability on account of this claim. |
| TREASURER OF PITTSYLVANIA COUNTY<br>P.O. BOX 230<br>CHATHAM, VA 24557 | 10709 | 5/4/09 | 07-11047 | - (S)<br>- (A)<br>$1,762.88 (P)<br>- (U)<br>$1,762.88 (T) | Claim relates to 2009 real estate taxes for two parcels. Debtors' do not have an interest in the properties for the claimed tax year. These loans were included in the sale of American Home Mortgage Servicing, Inc. in November 2007. |

**Totals:**                    **10 Claims**

$10,446.34 (S)
$1,148.84 (A)
$10,465.76 (P)
$4,502.08 (U)
$26,563.02 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.