# EXHIBIT B

## Multiple Debtor Claim

# Exhibit B

## Multiple Debtor Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| UNITED GUARANTY RESIDENTIAL INS CO ET AL<br>ATTN SARA F MILLARD, AUTHORIZED REP.<br>LAW DEPARTMENT<br>230 N. ELM, SUITE 27401, P.O. BOX 20597<br>GREENSBORO, NC 27420 | 8533 | 1/10/08 | 07-11052 | Unspecified* | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#8534) was asserted against the correct Debtor. |
| **Totals:** | **1 Claim** | | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.