# EXHIBIT C

**Modified Amount Claim**

# Exhibit C

## Modified Amount Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HOGAN, SHANA M<br>12433 CORKWOOD LN<br>VICTORVILLE, CA 92395 | 4830 | 12/7/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$360.00 (P)<br>- (U)<br>$360.00 (T) | Claim relates to unpaid vacation time. Modified to match Debtors' books and records for claimant's unused vacation time. |
| **Totals:** | 1 Claim | | | Unspecified* | - (S)<br>- (A)<br>$360.00 (P)<br>- (U)<br>$360.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.