# EXHIBIT D

**Modified Amount Reclassified Claims**

# Exhibit D

## Modified Amount Reclassified Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MCNUTT, CATHERINE A.<br>5610 MORSE AVE<br>JACKSONVILLE, FL 32244 | 1381 | 10/2/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$750.00 (P)<br>- (U)<br>$750.00 (T) | Claim relates to unpaid wages. Modified to match Debtors' books and records for remaining vacation time. Claimant did not specify a category on their proof of claim form. Vacation pay is entitled to unsecured priority. |
| MEADOW OAKS SHOPPING CENTER<br>ATTN REAGAN BROWN, MANAGER<br>PO BOX 8229<br>NO. 14 CROSSROADS SHOPPING VILLAGE # 201<br>CORPUS CHRISTI, TX 78412 | 2572 | 11/19/07 | 07-11051 | $8,848.59 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,848.59 (T) | - (S)<br>- (A)<br>- (P)<br>$6,348.59 (U)<br>$6,348.59 (T) | Claim relates to damages from rejected lease date and the claimant holds a security deposit in the amount of $2,500.00. Accordingly, the claim should be modified and reduced to $6,348.59 to reflect the amount of security deposit already held by the claimant and reclassified to general unsecured since claim relates to lease rejection damages. |
| **Totals:** | **2 Claims** | | | $8,848.59 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,848.59 (T) | - (S)<br>- (A)<br>$750.00 (P)<br>$6,348.59 (U)<br>$7,098.59 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.