# EXHIBIT E

**Reclassified Wrong Debtor Claims**

# Exhibit E

## Reclassified Wrong Debtor Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BERKEY ENGINEERING<br>ATTN DIANE BERKEY<br>167 ENGLEWOOD DR<br>RICHLAND, WA 99352 | 1428 | 10/5/07 | No Case | - (S)<br>- (A)<br>$460.00 (P)<br>- (U)<br>$460.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$460.00 (U)<br>$460.00 (T) | Claim relates to unpaid invoice for home inspection. No basis for priority exists under the Bankruptcy Code. |
| US BANK<br>110 MARTER AVE STE 101<br>MOORESTOWN, NJ 80573124 | 6455 | 12/26/07 | No Case | - (S)<br>- (A)<br>$2,239.90 (P)<br>- (U)<br>$2,239.90 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,239.90 (U)<br>$2,239.90 (T) | Claim relates to an expense report. No basis for priority exists under section 507 of the Bankruptcy Code. |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$2,699.90 (P)<br>- (U)<br>$2,699.90 (T) | | - (S)<br>- (A)<br>- (P)<br>$2,699.90 (U)<br>$2,699.90 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.