# EXHIBIT F

## Modified Amount Wrong Debtor Claim

066585.1001

# Exhibit F

## Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | Objectionable Claim | | | | |
| BREVARD COUNTY TAX COLLECTOR<br>ROD NORTHCUTT<br>400 S ST 6TH FL<br>PO BOX 2500<br>TITUSVILLE, FL 32781-2500 | 168 | 8/28/07 | 07-11048 | $377.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$377.88 (T) | 07-11051 | $350.77 (S)<br>- (A)<br>- (P)<br>- (U)<br>$350.77 (T) | Claim relates to tangible personal property taxes. Modified to match the tax bill received by the Debtors. |
| Totals: | 1 Claim | | | $377.88 (S)<br>- (A)<br>- (P)<br>- (U)<br>$377.88 (T) | | $350.77 (S)<br>- (A)<br>- (P)<br>- (U)<br>$350.77 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Printed on 12/11/2009 at 10:23AM*