# EXHIBIT G

**Modified Amount Reclassified Wrong Debtor Claim**

# Exhibit G

## Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| L H MARKS<br>PO BOX 10126<br>JACKSONVILLE, FL 32247 | 2643 | 11/19/07 | No Case | $1,400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,400.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | Claim relates to appraisal invoices on four loans. Modified to match Debtors' books and records for invoice ORL070741. Debtors' have no records of ordering the additional three appraisals. |
| **Totals:** | **1 Claim** | | | $1,400.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,400.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.