# EXHIBIT H

**Insufficient Documentation Claim**

# Exhibit H

## Insufficient Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WANAQUE BOROUGH<br>ATTN ANTHONY FIORELLO, ATTORNEY<br>579 RINGWOOD AVE.<br>WANAQUE, NJ 07456 | 4883 | 12/7/07 | No Case | - (S)<br>- (A)<br>$76.32 (P)<br>- (U)<br>$76.32 (T) | Insufficient documentation to assess validity of claim. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$76.32 (P)<br>- (U)<br>$76.32 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.