# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:                                                                  :   Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                      :
                                                                        :   Jointly Administered
Debtors.                                                                :
                                                                        :   Ref. Docket No. 8174, 8238 and 8299
----------------------------------------------------------------------- x

## ORDER REGARDING DEBTORS' FORTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NUMBER 7738 FILED BY EECO ELECTRIC CORP.

Upon consideration of the forty-fourth omnibus (substantive) objection to claims (the "Objection") [Docket No. 8174] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto [Docket No. 8238] filed by EECO Electric Corp. ("EECO"); and the Court having entered an order [Docket No. 8299] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 7738 ("Claim 7738") filed by EECO; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having conducted a hearing on January 12, 2010 to consider the Objection and Claim 7738; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 7738 is hereby reclassified and allowed as a general unsecured claim in the amount of $97,649.69 against American Home Mortgage Corp. (Case No. 07-11051); and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       January 12, 2010

/s/ Christopher S. Sontchi
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DB02: 9138035.1                                                                    066585.1001