# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 1/12/10 @ 9:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steven Breest - Telephonic | Eeco Electric | Eeco Electric |
| Robert J. Moore, Fred Neufeld | Milbank, Tweed, Hadley & McCloy | ABN AMRO Bank |
| Eileen Wanerka | American Home Mortgage | Eileen Wanerka |
| Mike Neiburg | Young Conaway | Debtors |
| Sean Beach | Young Conaway | Debtors |
| Ed Schnitzer | Hahn + Hessen | Committee |
| Jen Story | Archer & Greiner | AT&T, James Bucher |
| Mike Busenkell | Womble Carlyle | US Bank National Assoc., as successor Bank National |
| Tori Guilfoyle | Blank Rome LLP | Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.