IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:
: Chapter 11
:
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1] :
: Jointly Administered
Debtors. :
: **Ref. Docket Nos. 5181, 5257 and**
: **5463**
:
------------------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER REGARDING DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On November 13, 2007, David Holan filed claim numbered 3154 ("Claim 3154") asserting a claim for $21,200 on account of unpaid wages, salaries and commissions, $10,950 of which was alleged to be entitled to unsecured priority status.

On July 18, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 5181]. By the Objection, the Debtors requested, *inter alia*, that the Court modify and reduce Claim 3154 on the grounds that the Debtors' books and records indicated Mr. Holan was only entitled to an unsecured priority claim in the amount of $299.94.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

On or about July 23, 2008, Mr. Holan filed a response to the Objection [Docket No. 5257] (the "Response") contending that he is entitled to the full amount claimed based on approved bonus payments and unpaid commissions. On August 18, 2008, the Court entered an order [Docket No. 5463] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 3154.

Following good faith negotiations and further review of the Debtors' relevant records, the parties have agreed to allow Claim 3154 against American Home Mortgage Corp. (Case No. 07-11051) in the amounts and priority as follows: (i) a priority unsecured claim in the amount of $10,950; and (ii) a general unsecured claim in the amount of $9,9349.94. A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: January 14, 2010
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :   Jointly Administered
        Debtors.                                                :
                                                                :   **Ref. Docket Nos. 5181, 5257 and**
                                                                :   **5463**
---------------------------------------------------------------- x

### CONSENSUAL ORDER REGARDING DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirteenth omnibus (substantive) objection (the "Objection") [Docket No. 5181] of the above-captioned debtors and debtors in possession (the "Debtors") and the response [Docket No. 5257] thereto filed by David Holan; and the Court having entered an order [Docket No. 5463] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 3154 filed by Mr. Holan; and the Debtors and Mr. Holan having agreed that Claim 3154 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 3154 is hereby modified and allowed against American Home Mortgage Corp. (Case No. 07-11051) in the amounts and priority as follows: (i) a priority

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

unsecured claim in the amount of $10,950; and (ii) a general unsecured claim in the amount of $9,9349.94; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      January __, 2010

                                      CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE