IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. | Ref. No. 8429 |

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 8429**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Twenty-Sixth Monthly Application of Weiner Brodsky Sidman Kider PC as an Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period October 1, 2009 through October 31, 2009 (the "Application") has been received. The Court's docket which was last updated January 14, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than January 7, 2010 at 4:00 p.m.

   Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($1,416.00) of requested fees ($1,770.00) and 100% of requested expenses ($1,929.68) on an interim basis without further Court order.

Dated: Wilmington, Delaware
   January 14, 2010

            YOUNG CONAWAY STARGATT & TAYLOR, LLP

            /s/ Ryan M. Bartley
            Sean M. Beach (No. 4070)
            Ryan M. Bartley (No. 4950)
            The Brandywine Building
            1000 West Street, 17th Floor
            Wilmington, Delaware 19801
            Telephone: (302) 571-6600
            Facsimile: (302) 571-1253

            Counsel for Debtors and
            Debtors in Possession