IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. No. 8430 |

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 8430**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Twenty-Seventh Monthly Application of Weiner Brodsky Sidman Kider PC as an Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2009 through November 30, 2009 (the "Application") has been received.  The Court's docket which was last updated January 14, 2010, reflects that no objections to the Application have been filed.  Objections to the Application were to be filed and served no later than January 7, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($396.00) of requested fees ($495.00) and 100% of requested expenses ($12.88) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       January 14, 2010

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Ryan M. Bartley
                Sean M. Beach (No. 4070)
                Ryan M. Bartley (No. 4950)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession