IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 8049** |
| | ) | |

**CERTIFICATION OF COUNSEL RE:**
**ORDER SETTING BRIEFING SCHEDULE RE:**
**LAURA BEALL'S RESPONSE TO DEBTORS' OBJECTION TO CLAIM**

Undersigned counsel to Laura Beall certifies as follows:

1. Ms. Beall would like the opportunity to file a sur-reply in response to the Debtors' reply concerning Debtors' objection to Ms. Beall's claim.

2. The Debtors and Ms. Beall have agreed to the attached form of order, and Ms. Beall hereby respectfully requests that the Court enter this Order permitting her to file a sur-reply on or before February 26, 2010, with oral argument to take place at the March 9, 2010 omnibus hearing.

DATED: January 14, 2010

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:         loizides@loizides.com

---

[1] The Debtors are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; AHM SV, Inc. (f/ka American Home Mortgage Servicing, Inc.), a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability corporation; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

PROPOSED ORDER RE BRIEFING SCHEDULE.DOC