**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher D. Loizides, hereby certify that on January 14, 2010, I did cause to be served true and correct copies of **CERTIFICATION OF COUNSEL RE: ORDER SETTING BRIEFING SCHEDULE RE: LAURA BEALL'S RESPONSE TO DEBTORS' OBJECTION TO CLAIM** on the parties listed on the attached service list as indicated thereon.

DATED: January 14, 2010

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

---

[1] The Debtors are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; AHM SV, Inc. (f/ka American Home Mortgage Servicing, Inc.), a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability corporation; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

PROPOSED ORDER RE BRIEFING SCHEDULE.DOC

**SERVICE LIST**

**VIA FACSIMILE**

Curtis Crowther, Esq.
Sean M. Beach, Esquire
Michael S. Neiburg, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, DE  19801
Fax:    (302) 571-1253
*Counsel for Debtors and Debtors-in-Possession*