IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.[1], ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Re: Docket No. 8049 |
| ) | |

## ORDER SETTING BRIEFING SCHEDULE RE: LAURA BEALL'S RESPONSE TO DEBTORS' OBJECTION TO CLAIM

The Court having been advised that:

1. The above-captioned reorganized debtors ("Debtors") filed their 42nd Omnibus Claims Objection on September 11, 2009 (DI 8049, the "Objection") which included an objection to the claim of Laura Beall ("Beall").

2. Beall filed her response to the Objection on October 5, 2009 (DI 8137).

3. Debtors filed their reply in support of the Objection ("Reply") on October 7, 2009 (DI 8148).

4. Beall has requested the opportunity to file a sur-reply in response to the Reply and Debtors have, subject to this Court's approval, agreed to permit Beall to file a sur-reply by February 26, 2010.

IT IS NOW THEREFORE ORDERED:

(1) Beall may file a sur-reply on or before February 26, 2010.

---

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; AHM SV, Inc. (f/ka American Home Mortgage Servicing, Inc.), a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability corporation; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

PROPOSED ORDER RE BRIEFING SCHEDULE.DOC

(2)    Oral argument on the Objection will go forward at the March 9, 2010 omnibus hearing at 10:00 a.m.

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge

DATED: ____1/15____, 2010