# **EXHIBIT A**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555   Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,   December 1, 2009 to December 31, 2009
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue   Invoice No. 33727
New York, NY 10022
**Attention:**   Mark T. Power, Esquire

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 0.10 | 15.00 |
| B18 | Fee Applications, Others - | 0.80 | 200.00 |
| B25 | Fee Applications, Applicant - | 8.10 | 1,445.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 2.70 | 835.00 |
| | **Total** | **11.70** | **$2,495.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Rick S. Miller | 350.00 | 2.10 | 735.00 |
| Steven G. Weiler | 250.00 | 3.20 | 800.00 |
| Legal Assistant - MH | 150.00 | 6.40 | 960.00 |
| **Total** | | **11.70** | **$2,495.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**   $483.70

| | | | |
|---|---|---|---|
| Invoice No. 33727 | Page 2 of 3 | | January 15, 2009 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Dec-01-09 | *Fee Applications, Applicant* - Continue preparation of quarterly fee application and related documents; create database re same | 3.00 | MH |
| Dec-02-09 | *Fee Applications, Applicant* - Finalize drafts of quarterly fee application and related documents | 1.80 | MH |
| Dec-03-09 | *Fee Applications, Applicant* - Review interim fee application; confer with legal assistant re same | 0.30 | SGW |
| Dec-07-09 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re JPM response to 1st RFP | 0.20 | RSM |
| Dec-08-09 | *Fee Applications, Applicant* - review quarterly fee app | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review JPM response to 1st RFP | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review draft stipulation for extension; e-mail correspondence with Ms. Irving | 0.20 | RSM |
| Dec-09-09 | *Fee Applications, Applicant* - Review time records for Nov. fee app | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Parikh re extension stipulation | 0.20 | RSM |
| Dec-10-09 | *Fee Applications, Applicant* - review Certificate of No Objection re 4th monthly fee app | 0.10 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection re Oct. fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Oct. fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Modify Nov. invoice; prepare fee application, notice and certificate of service re same for filing on 12/15 | 0.90 | MH |
| Dec-15-09 | *Fee Applications, Applicant* - Review Nov. fee application, prepare for e-filing, e-file and serve same | 1.00 | SGW |
| Dec-17-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Ms. Irving | 0.10 | RSM |
| Dec-22-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. Zawadski re Thacher suit | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with SGW | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Ms. Irving re 502 order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Trade e-mails with RSM re filing voluntary dismissal re Thacher Proffitt; prepare notice and certificate of service re same; confer with RSM re same | 0.30 | SGW |
| Dec-23-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. McGuire re stipulation | 0.20 | RSM |
| Dec-28-09 | *Fee Applications, Others* - Review HB&D's 4th fee application; trade e-mails with J. Morse re same; prepare certificate of service re same; prepare for e-filing, e-file and arrange for service of same | 0.80 | SGW |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Prepare notice of dismissal with certificate of service; e-mail same to lead counsel for review; call to same re same | 0.40 | SGW |
| Dec-29-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review Court filing | 0.10 | RSM |

|  |  |  |  |
|---|---|---|---|
|  | notices in Thatcher suit |  |  |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Trade follow-up e-mails with lead counsel re filing and service of notice of dismissal re Thacher Proffitt; revise, file and serve same; advise RSM re same | 0.40 | SGW |
|  | Totals | 11.70 |  |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Dec-01-09 | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 0.70 |
| Dec-02-09 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 1.20 |
| Dec-04-09 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 1.20 |
| Dec-09-09 | Photocopy Cost | 0.80 |
| Dec-10-09 | Photocopy Cost | 2.50 |
|  | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.80 |
| Dec-15-09 | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 18.30 |
|  | Photocopy Cost | 2.00 |
| Dec-16-09 | Cost Advance - Blue Marble - copies 84.00; service 318.22 (Inv #37755) | 402.22 |
|  | Cost Advance - Blue Marble - copies 29.00; service 11.98 (Inv #37754) | 40.98 |
| Dec-22-09 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.60 |
| Dec-28-09 | Photocopy Cost | 5.30 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 1.20 |
|  | Totals | $483.70 |
|  | **Total Fees & Disbursements** | **$2,978.70** |