# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x

In re:                                          :        **Chapter 11**

**AMERICAN HOME MORTGAGE**                      :

**HOLDINGS, INC. a Delaware corporation, et al** :        **Case No. 07-11047 (CSS)**

                                                  :

                  **Debtors.**       :        **Jointly Administered**

                                                  :

---------------------------------------------------x

## DESIGNATION PURSUANT TO FED. R. BANKR. P. 8006 OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND REBUTTAL STATEMENT OF ISSUES IN THE RECORD ON APPEAL <u>WITH RESPECT TO THE CLAIMS OF MONA DOBBEN (D.I. 8424)</u>

<u>DESIGNATION OF ITEMS FOR RECORD ON APPEAL (CASE NO. 07-11047) (CSS)</u>

| INDEX | SOURCE | DESCRIPTION |
|-------|--------|-------------|
| 1 | Docket # 1490 | Motion for Disclosure, Ombudsman |
| 2 | Docket # 1654 | AHM Objection to Disclosure/Ombudsman |
| 3 | Docket # 1997 | Transcript Hearing on Docket #1490 |
| 4 | Docket # 2813 | Joinder and Disclosure Request |
| 5 | Docket # 5376 | Relief From Stay Motion |
| 6 | Docket # 5789 | Amended Relief From Stay Motion |
| 7 | Docket # 6150 | Joinder in Support of Borrower Committee Motion |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] The following designation includes all documents, exhibits, attachments, and supplements to each item designated herein and in other designations filed in this appeal.

1

| 8 | Docket # 6529 | **Transcript Borrower Committee Hearing** |
|---|---|---|
| 9 | Docket # 6941 | **Saunders Report - National Consumer Law Center** |
| 10 | Docket # 6964 | **Letter to AHM Borrowers Regarding Bankruptcy** |
| 11 | Docket # 7003 | **Motion to Allow Proof of Claims** |
| 12 | Docket # 7041 | **Transcript Chapter 11 Plan Hearing** |
| 13 | Docket # 7080 | **AHM Objection to Relief From Stay** |
| 14 | Docket # 7082 | **Unsecured Creditors Committee Objection to Relief From Stay** |
| 15 | Docket # 7174 | **Transcript Proof of Claim Hearing** |
| 16 | Docket # 7433 | **Order Denying Relief From Stay** |
| 17 | Docket # 7438 | **Transcript Relief From Stay Hearing** |
| 18 | Docket # 8141 | **Reply to Objection to Claims** |
| 19 | Docket # 7042 | **Finding of Fact - Confirmed Plan** |
| 20 | Docket # 8376 | **Reply to Motion for Summary Judgment** |
| 21 | Docket # 8424 | **Order Subject of Appeal** |
| 22 | NOT Docketed | **Transcript Hearing Subject of Appeal** |
| 23 | Plaintiff EX. 1 | **Purchase Agreement – Lender loan file sent 10/30/07** |
| 24 | Plaintiff EX. 2 | **Loan Application – Lender loan file sent 10/30/07** |
| 25 | Plaintiff EX. 3 | **Preliminary Title Report - Lender loan file sent 10/30/07** |
| 26 | Plaintiff EX. 4 | **Appraisal- Lender loan file sent 10/30/07** |
| 27 | Plaintiff EX. 5 | **Amended Escrow Instructions- Lender loan file sent 10/30/07** |
| 28 | Plaintiff EX. 6 | **Verification Bureau- Lender loan file sent 10/30/07** |
| 29 | Plaintiff EX. 7 | **Real Estate Agency Disclosure- Lender loan file sent 10/30/07** |
| 30 | Plaintiff EX. 8 | **Loan Origination Agreement- Lender loan file sent 10/30/07** |
| 31 | Plaintiff EX. 9 | **Borrower Cert & Auth - Lender Loan File sent 10/30/07** |
| 32 | Plaintiff EX. 10 | **Equal Credit Opportunity Act- Lender loan file sent 10/30/07** |
| 33 | Plaintiff EX. 11 | **Fair Lending Notice- Lender loan file sent 10/30/07** |
| 34 | Plaintiff EX. 12 | **Right to Receive Appraisal Report- Lender loan file sent 10/30/07** |
| 35 | Plaintiff EX. 13 | **Disclosure Notice- Lender loan file sent 10/30/07** |
| 36 | Plaintiff EX. 14 | **Credit Score Disclosure- Lender loan file sent 10/30/07** |
| 37 | Plaintiff EX. 15 | **Borrowers Signature Authorization- Lender loan file sent 10/30/07** |
| 38 | Plaintiff EX. 16 | **Additional California Disclosures- Lender loan file sent 10/30/07** |
| 39 | Plaintiff EX. 17 | **HUD-1 Provided to Dobben – Dobben rec'd at signing** |

| 40 | Plaintiff EX. 18 | HUD-1 LENDER FILE- Lender loan file sent 10/30/07 |
|----|------------------|---------------------------------------------------|
| 41 | Plaintiff EX. 19 | Truth in Lending Disclosure Final- Lender loan file sent 10/30/07 |
| 42 | Plaintiff EX. 20 | Broker Fake payment coupons - Dobben rec'd at signing |
| 43 | Plaintiff EX. 22 | Closing Instructions- Lender loan file sent 10/30/07 |
| 44 | Plaintiff EX. 23 | Broker Fees/YSP- Lender loan file sent 10/30/07 |
| 45 | Plaintiff EX. 24 | Servicing Records- Lender loan file sent 10/30/07 |
| 46 | Plaintiff EX. 25 | Servicing Call Records- Lender loan file sent 10/30/07 |
| 47 | Plaintiff EX. 26 | TD Service Company Foreclosure –Forwarded mail |
| 48 | Plaintiff EX. 28 | Release for Paula Rush – Dobben File |
| 49 | Plaintiff EX. 29 | RESPA Qualified Written Request – Dobben File |
| 50 | Plaintiff EX. 30 | Proof of Service of RESPA QWR – Dobben File |
| 51 | Plaintiff EX. 31 | Proof of Loan File Mailing to Sun City AZ – Dobben File |
| 52 | Plaintiff EX. 32 | Additional Mailing Proof – Dobben File |
| 53 | Plaintiff EX. 33 | Letter sent to Paula Rush – Rush File |
| 54 | Plaintiff EX. 34 | Wells Fargo Chapman Cutler Letter –Rush File |
| 55 | Plaintiff EX. 35 | TD Service Company Mailing to Wrong Address –Dobben File |
| 56 | Plaintiff EX. 36 | Power of Attorney to Paula Rush – Dobben File |
| 57 | Plaintiff EX. 38 | Preferred Real Estate Letter – Dobben File |
| 58 | Plaintiff EX. 39 | Preferred Real Estate Fees For Management – Dobben File |
| 59 | Plaintiff EX. 40 | Repair Bills – Dobben File |
| 60 | Plaintiff EX. 41 | Lease – Dobben File |
| 61 | Plaintiff EX. 42 | Produced by Debtor – #302 |
| 62 | Plaintiff EX. 43 | Produced by Debtor - #345 |
| 63 | Plaintiff EX. 44 | Produced by Debtor - #350 |
| 64 | Plaintiff EX. 45 | Produced by Debtor -#349 |
| 65 | Plaintiff EX. 46 | Produced by Debtor -# 234 |
| 66 | Plaintiff EX. 47 | Produced by Debtor -#351 |
| 67 | Plaintiff EX. 48 | Produced by Debtor -#353 |
| 68 | Plaintiff EX. 49 | Produced by Debtor -#378 |
| 69 | Plaintiff EX. 50 | Produced by Debtor - #380 |
| 70 | Plaintiff EX. 51 | Letter to Paula Rush YCST – 12/19/07 |
| 71 | Plaintiff EX. 52 | Certified Letter sent to all parties regarding foreclosure. |
| 72 | Plaintiff EX. 53 | Dobben Equifax Credit Report – 9/15/07 |

| 73 | Plaintiff EX. 56 | Broker License – CA DRE Web Site |
|---|---|---|
| 74 | Plaintiff EX. 58 | FTC Complaint #11467852 - Identity Theft -8/30/07 |
| 75 | Plaintiff EX. 61 | MERS registration this LOAN |
| 76 | Plaintiff EX. 62 | Assignment of Interest – Example |
| 77 | Plaintiff EX. 63 | Custom DU Findings - #00045-00050 |
| 78 | Plaintiff EX. 64 | Addendum E - #00057 |
| 79 | Plaintiff EX. 65 | Treasury Help Desk - #00354-00356 |
| 80 | Plaintiff EX. 66 | UCA Field Audit - #00360-00366 |
| 81 | Plaintiff EX. 67 | AHMSI Mailing to Dobben – 4/16/2009 |
| 82 | Plaintiff EX. 68 | Department of Corporations Desist and Refrain Order |
| 83 | Plaintiff EX. 69 | Broker agreement Produced by Debtor |
| 84 | Plaintiff EX. 70 | Broker Due Diligence Produced by Debtor |
| 85 | Plaintiff EX. 71 | |
| 86 | Plaintiff EX. 72 | SEC FILING FOR AHMA 2007-5 Trust |

## STATEMENT OF ISSUES

1. Whether there was sufficient evidence to find that the Debtors had a duty to monitor their brokers.

2. Whether the court was justified in finding that Debtor's had knowledge of their broker's fraud upon Claimant.

3. Whether Debtor's broker had series economic issues which the Debtor knew about through its own due diligence but failed to act thereby supporting a claim of liability against Debtor.

4. Whether there was sufficient evidence to find that the Debtor ignored red flags and blindly accepted documents from a broker that Debtor should never have been dealing with.

4

5. Was their sufficient evidence to find that the Debtor engaged in wrongful acts post-petition with the intent of causing harm to Claimant?

6. Was there sufficient evidence to find that Debtors aided and abetted the broker's fraud post-petition?  Was any of this evidence refuted by Debtor since they never called any witnesses?

7. Was Debtor's failure to call any witnesses a factor in Debtor's failure to negate liability or meet its burden of proof?

8. Was debtor's post-petition conduct of failing to respond to Debtor's requests for help a factor in finding Debtor engaged in wrongful conduct?

9. Whether Debtor wrongfully attempted to shield itself from its liability by attempting to hid behind other separate entities set up for that purpose.

10. Whether Debtor waived their rights, through counsel, to certain claims of damages by Claimant, by failing to properly cross-exam Claimant's witnesses on the issue of damages at the time of the hearing.

11. Whether Debtor waived its right to the presentation of certain items of damages by failing to properly object.

12. Whether Debtor's failure to put on any witnesses in their case in chief is a waiver of their right to make certain claims on appeal involving the testimony of Claimant's witnesses because such testimony was never refuted at the time of the hearing.

**Dated: January 15, 2010**

Respectfully submitted,

LAW OFFICE DOUGLAS J. PETTIBONE
By: *Douglas J. Pettibone*

Tel: (714) 730-9091
Fax: (714) 245-7324
Pettibonelaw@hotmail.com
www.pettibonelaw.com

Vivian A. Houghton, Esquire
800 North West Street
Wilmington, DE 19801
angie@vivianhoughton.com
302-658-0518x102
302-658-5731