**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January, 2010, a copy of the foregoing Motion was emailed to:

Counsel for Debtors:
Pauline K. Morgan, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box. 391
Wilmington DE 19899-0391
Phone: 302-571-6600
Fax: 302-571-0453

Official Committee of Unsecured Creditors
Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Ave. 14th & 15th Floor
New York, NY 10022

Joseph M. McMahon Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497


LAW OFFICE DOUGLAS J. PETTIBONE

By: *Douglas J. Pettibone*
Tel: (714) 730-9091
Fax: (714) 245-7324
Pettibonelaw@hotmail.com
www.pettibonelaw.com

Vivian A. Houghton, Esquire
800 North West Street
Wilmington, DE 19801
angie@vivianhoughton.com
302-658-0518x102
302-658-5731

7