# EXHIBIT I

**Declaration of Eileen Wanerka**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
        Debtors.                                                 :
---------------------------------------------------------------- x

DECLARATION OF EILEEN WANERKA IN SUPPORT OF DEBTORS'
FORTY-NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO
CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

I, Eileen Wanerka, pursuant to 28 U.S.C. § 1746, declare:

1.      I am an Assistant Vice President of the above-captioned debtors and debtors in possession (the "Debtors"). In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases. I have read the Debtors' Forty-Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), and am directly, or by and through my personnel or agents, familiar with the information contained therein, the proposed form of order (the "Proposed Order") and the exhibits attached thereto.

2.      Considerable resources and time have been expended in reviewing and reconciling the proofs of claim filed or pending against the Debtors in these cases. The claims were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

DB02:9143406.1                                                                                      066585.1001

personnel, including the Debtors' claims agent Epiq Bankruptcy Solutions, LLC ("Epiq"). These efforts resulted in the identification of the "Amended Claims", "Wrong Debtor Claims", "Satisfied Claim", "No Supporting Documentation Claim", and "Late Filed Claim" as defined in the Objection and identified on Exhibits A, B, C, D and E to the Proposed Order, respectively.

3. The information contained in Exhibits A, B, C, D and E to the Proposed Order is true and correct to the best of my knowledge.

4. The Debtors have further determined based upon a review of the claims docket that the claims identified on Exhibit A to the Proposed Order have been amended and superseded by subsequently filed claims. Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtors seek to expunge and disallow in full the Amended Claims.

5. The Debtors have further determined based upon a review of the claims docket and their books and records that the parties asserting the claims identified on Exhibit B to the Proposed Order asserted such claims against the wrong Debtor entities. Accordingly, to correct the claims register and prevent the applicable claimant from receiving a recovery from the wrong Debtor, the Debtors seek to reassign the Wrong Debtor Claims to the appropriate Debtor as outlined in Exhibit B to the Proposed Order.

6. The Debtors have further determined based upon a review of the claims docket and the claim identified on Exhibit C to the Proposed Order that such claim has been satisfied post-petition in accordance with the Bankruptcy Code, applicable rules or an order of this Court. Accordingly, to prevent the claimant from recovering on a claim that has already been satisfied, the Debtors seek to expunge and disallow in full the Satisfied Claim.

7. The Debtors have further determined based upon a review of the claims docket and the claim identified on Exhibit D to the Proposed Order that such claim was filed without any supporting documentation or any facts sufficient to support a legal basis for a claim.

Accordingly, the Debtors seek to expunge and disallow in full the No Supporting Documentation Claim.

8.  The Debtors have further determined based upon a review of the claims docket and the claim identified on <u>Exhibit E</u> to the Proposed Order that such claim has been filed after the deadline for filing claims had passed, as set forth in the Bar Date Order. Accordingly, the Debtors seek to expunge and disallow in full the Late Filed Claim.

*[Signature page follows]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2010

_____
Eileen Wanerka
Assistant Vice President