# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :  Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :  Jointly Administered
     Debtors.                                                       :
                                                                    :  Ref. Docket No. ____
------------------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' FORTY-NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the forty-ninth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, D and E attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]  All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A, C, D and E are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit B are hereby reassigned to the New Case Numbers as indicated on Exhibit B; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       February __, 2010

                                      CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claims**

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed | Surviving Claims: Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 10569 | 10/31/08 | 07-11054 | - (S)<br>$2,019.28 (A)<br>- (P)<br>- (U)<br>$2,019.28 (T) | 10753 | 1/20/09 | 07-11054 | - (S)<br>$3,056.87 (A)<br>- (P)<br>- (U)<br>$3,056.87 (T) |
| SPRINT NEXTEL<br>ABBY LATOURRETTE, BANKRUPTCY<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | 10237 | 4/14/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$159,264.01 (U)<br>$159,264.01 (T) | 10743 | 11/9/09 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$165,634.56 (U)<br>$165,634.56 (T) |
| **Totals:** | **2 Claims** | | | **- (S)**<br>**$2,019.28 (A)**<br>**- (P)**<br>**$159,264.01 (U)**<br>**$161,283.29 (T)** | | | | **- (S)**<br>**$3,056.87 (A)**<br>**- (P)**<br>**$165,634.56 (U)**<br>**$168,691.43 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.


# EXHIBIT B

**Wrong Debtor Claims**

**Exhibit B**

**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 10374 | 4/29/08 | 07-11047 | $1,813.51 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,813.51 (T) | 07-11051 |
| CARROLL INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA, BRUCE MEDLEY<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | 1588 | 8/13/07 | 07-11050 | $1,387.97 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,387.97 (T) | 07-11051 |
| CITY OF CEDAR HILL<br>ELIZABETH BANDA, BRUCE MEDLEY<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | 1590 | 8/13/07 | 07-11050 | $365.54 (S)<br>- (A)<br>- (P)<br>- (U)<br>$365.54 (T) | 07-11051 |
| CITY OF MT PLEASANT<br>320 WEST BROADWAY<br>MOUNT PLEASANT, MI 48858 | 10612 | 12/23/08 | 07-11047 | $487.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$487.98 (T) | 07-11051 |
| MULTNOMAH COUNTY<br>ATTN ANGELIKA LOOMIS<br>PO BOX 2716<br>PORTLAND, OR 97208 | 8787 | 1/2/08 | 07-11047 | $367.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$367.10 (T) | 07-11051 |
| O'CONNELL, MARY<br>118 CHATFIELD WAY<br>FRANKLIN, TN 37067 | 857 | 9/17/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$10,950.00 (T) | 07-11051 |
| PIMA COUNTY, ARIZONA<br>PIMA COUNTY CIVIL ATTORNEY<br>32 N STONE SUITE 2100<br>TUCSON, AZ 85701 | 540 | 9/10/07 | 07-11047 | $517.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$517.00 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| | | | | **Objectionable Claims** | Case Number |
| SOUTH TEXAS COLLEGE<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 9998 | 2/25/08 | 07-11047 | $14.07 (S)<br>- (A)<br>- (P)<br>- (U)<br>$14.07 (T) | 07-11051 |
| SOUTH TEXAS ISD<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 9999 | 2/25/08 | 07-11047 | $4.49 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4.49 (T) | 07-11051 |
| WILLIAMSON COUNTY TRUSTEE<br>WALTER J. DAVIS, TRUSTEE<br>P.O. BOX 648<br>FRANKLIN, TN 37065 | 2834 | 11/20/07 | 07-11047 | $464.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$464.00 (T) | 07-11051 |
| WILLIAMSON COUNTY TRUSTEE<br>WALTER J. DAVIS, TRUSTEE<br>P.O. BOX 648<br>FRANKLIN, TN 37065 | 2835 | 11/20/07 | 07-11047 | $794.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$794.00 (T) | 07-11051 |
| **Totals:** | **11 Claims** | | | $6,215.66 (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$17,165.66 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Satisfied Claim**

# Exhibit C

## Satisfied Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| RANDALL COUNTY TAXING DISTRICTS<br>D'LAYNE PEEPLES<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 | 4596 | 11/30/07 | 07-11047 | $1,348.18 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,348.18 (T) | Claim relates to 2007 real estate taxes. Debtor contacted the tax collector's office and verified that the taxes were paid on 1/31/08. |
| Totals: | 1 Claim | | | $1,348.18 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,348.18 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**No Supporting Documentation Claim**

# Exhibit D

## No Documentation Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| MALCOM, PATRICIA D<br>WALTON COUNTY TAX COMMISSIONER<br>303 S HAMMOND DR, STE 100<br>MONROE, GA  30655 | 10734 | 9/21/09 | 07-11047 | $3,861.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,861.58 (T) | No documentation provided.  Debtors unable to assess basis or validity of claim. |
| Totals: | 1 Claim | | | $3,861.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,861.58 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

**Late Filed Claim**

# Exhibit E
## Late Filed Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| SHERMAN, AMBER<br>6528 BITTER SWEET DR<br>FORT WAYNE, IN 42825 | 10740 | 11/5/09 | No Case | - (S)<br>- (A)<br>$6,240.00 (P)<br>- (U)<br>$6,240.00 (T) | 1/11/2008 |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>$6,240.00 (P)<br>- (U)<br>$6,240.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.