# EXHIBIT I

**Declaration of Eileen Wanerka**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
        Debtors.                                                       :
---------------------------------------------------------------------- x

### DECLARATION OF EILEEN WANERKA IN SUPPORT OF DEBTORS' FIFTIETH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

I, Eileen Wanerka, pursuant to 28 U.S.C. § 1746, declare:

1.      I am an Assistant Vice President of the above-captioned debtors and debtors in possession (the "Debtors"). In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases. I have read the Debtors' Fiftieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), and am directly, or by and through my personnel or agents, familiar with the information contained therein, the proposed form of order (the "Proposed Order") and the exhibits attached thereto.

2.      Considerable resources and time have been expended in reviewing and reconciling the proofs of claim filed or pending against the Debtors in these cases. The claims were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

personnel, including the Debtors' claims agent Epiq Bankruptcy Solutions, LLC ("Epiq"). These efforts resulted in the identification of the "No Liability Claims," "Multiple Debtor Claim," "Modified Amount Claim," "Modified Amount Wrong Debtor Claim," and "Modified Amount Reclassified Wrong Debtor Claim," as defined in the Objection and identified on Exhibits A, B, C, D and E to the Proposed Order, respectively.

3. The information contained in Exhibits A, B, C, D and E to the Proposed Order is true and correct to the best of my knowledge.

4. The Debtors have reviewed the No Liability Claims, related supporting documentation, and the Debtors' own books and records and determined that they have no record of any liability on account of the claims identified in Exhibit A to the Proposed Order. Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtors seek to expunge and disallow in full the No Liability Claims.

5. The Debtors have reviewed the claims docket as well as their books and records and determined that the claimant asserting the Multiple Debtor Claim identified on Exhibit B to the Proposed Order filed identical claims against multiple Debtors. The Debtors have determined that this claim is duplicative of another claim that was filed by the claimant against the correct Debtor entity. The Debtors therefore seek to expunge and disallow in full the Multiple Debtor Claim.

6. The Debtors have reviewed the Modified Amount Claim, related supporting documentation and the Debtors' own books and records and determined that the claim identified in Exhibit C to the Proposed order should be modified to the amount listed in Exhibit C. Accordingly, to prevent the claimant from receiving an unwarranted recovery, the Debtors seek to reduce the Modified Amount Claim.

2

7. The Debtors have reviewed their books and records and determined that the claim identified in Exhibit D to the Proposed Order should be modified to the amount listed in Exhibit D and reassigned to the new case number listed in Exhibit D. Accordingly, to prevent the claimant from receiving an unwarranted recovery against the wrong Debtor, the Debtors seek to reassign and modify by reducing the Modified Amount Wrong Debtor Claim.

8. The Debtors have reviewed their books and records and determined that the claim identified in Exhibit E to the Proposed Order should be modified to the amount listed in Exhibit E, reclassified to the priority level listed in Exhibit E, and reassigned to the new case number listed in Exhibit E. Accordingly, to prevent the claimant from receiving an unwarranted recovery and undue priority against the wrong Debtor, the Debtors seek to expunge and disallow in part, reclassify, and reassign the Modified Amount Reclassified Wrong Debtor Claim.

*[Signature page follows]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2010

_____
Eileen Wanerka
Assistant Vice President