# EXHIBIT II

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. | Ref. Docket No. _____ |

## ORDER SUSTAINING DEBTORS' FIFTIETH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Fiftieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reassigning, reclassifying and/or otherwise modifying each of the Disputed Claims[2] identified on Exhibits A, B, C, D and E attached hereto; and it appearing that the Court has jurisdiction over

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that, the Disputed Claims identified on the attached Exhibits A and B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit C is hereby modified to the dollar value listed under the column titled "Modified Amount" in Exhibit C; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit D is hereby (i) modified to the dollar value under the column titled "Modified Amount" in Exhibit D; and (ii) reassigned to the case number listed under the column titled "New Case Number" in Exhibit D; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit E is hereby (i) modified to the dollar value under the column titled "Modified Amount" in Exhibit E; (ii) reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit E; and (iii) reassigned to the case number listed under the column titled "New Case Number" in Exhibit E; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

3

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      February ___, 2010

                                      _____
                                      CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**No Liability Claims**

## Exhibit A
## No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BERNALILLO COUNTY TREASURER<br>PATRICK J. PADILLA<br>P.O. BOX 627<br>ALBUQUERQUE, NM 87103-0627 | 4606 | 12/4/07 | 07-11051 | $374.31 (S)<br>- (A)<br>- (P)<br>- (U)<br>$374.31 (T) | Claim relates to 2005-2007 personal property taxes against "Private Mortgage Investment Services Inc". Debtor does not have an interest in the property as "Private Mortgage Investment Services Inc" is not an entity of the Debtor. |
| CITY OF WATERBURY<br>FRANK CARUSO DEPUTY COLLECTOR OF REVENUE<br>OFFICE OF CORPORATION COUNSEL<br>236 GRAND ST<br>WATERBURY, CT 06702 | 1843 | 10/29/07 | 07-11047 | $91.27 (S)<br>- (A)<br>- (P)<br>- (U)<br>$91.27 (T) | Claim relates to 1999 personal property taxes against "American Home Mortgage LLC". Debtor does not have an interest in the property as "American Home Mortgage LLC" is not an entity of the Debtor. |
| CITY OF WATERBURY<br>FRANK CARUSO DEPUTY COLLECTOR OF REVENUE<br>OFFICE OF CORPORATION COUNSEL<br>236 GRAND ST<br>WATERBURY, CT 06702 | 1844 | 10/29/07 | 07-11047 | $1,134.23 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,134.23 (T) | Claim relates to 1999 personal property taxes against "American Home Mortgage LLC". Debtor does not have an interest in the property as "American Home Mortgage LLC" is not an entity of the Debtor. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10520 | 9/16/08 | 07-11050 | - (S)<br>$4,550.67 (A)<br>- (P)<br>- (U)<br>$4,550.67 (T) | Claim relates to 2008 real estate taxes regarding a parcel for which American Home Mortgage Servicing, Inc. had been the servicer and had been paying applicable taxes from the escrow account. However, the Debtors do not have an interest in the property for the claimed tax year because the loan applicable to this parcel was included in the sale of American Home Mortgage Servicing, Inc. in November 2007. In addition to the fact that the Debtors have no interest in the subject property, the Debtors have verified through the County's website that the claimed tax year has been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10529 | 9/16/08 | 07-11051 | - (S)<br>$4,612.95 (A)<br>- (P)<br>- (U)<br>$4,612.95 (T) | Claim relates to 2008 real estate taxes regarding a parcel for which American Home Mortgage Servicing, Inc. had been the servicer and had been paying applicable taxes from the escrow account. However, the Debtors do not have an interest in the property for the claimed tax year because the loan applicable to this parcel was included in the sale of American Home Mortgage Servicing, Inc. in November 2007. In addition to the fact that the Debtors have no interest in the subject property, the Debtors have verified through the County's website that the claimed tax year has been paid in full. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10531 | 9/16/08 | 07-11051 | - (S)<br>$4,947.22 (A)<br>- (P)<br>- (U)<br>$4,947.22 (T) | Claim relates to 2008 real estate taxes regarding a parcel for which American Home Mortgage Servicing, Inc. had been the servicer and had been paying applicable taxes from the escrow account. However, the Debtors do not have an interest in the property for the claimed tax year because the loan applicable to this parcel was included in the sale of American Home Mortgage Servicing, Inc. in November 2007. In addition to the fact that the Debtors have no interest in the subject property, the Debtors have verified through the County's website that the claimed tax year has been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10535 | 9/16/08 | 07-11051 | - (S)<br>$2,196.28 (A)<br>- (P)<br>- (U)<br>$2,196.28 (T) | Claim relates to 2008 real estate taxes regarding a parcel for which American Home Mortgage Servicing, Inc. had been the servicer and had been paying applicable taxes from the escrow account. However, the Debtors do not have an interest in the property for the claimed tax year because the loan applicable to this parcel was included in the sale of American Home Mortgage Servicing, Inc. in November 2007. In addition to the fact that the Debtors have no interest in the subject property, the Debtors have verified through the County's website that the claimed tax year has been paid in full. |
| SHERMAN, AMBER<br>6528 BITTER SWEET DR<br>FORT WAYNE, IN 42825 | 10740 | 11/5/09 | No Case | - (S)<br>- (A)<br>$6,240.00 (P)<br>- (U)<br>$6,240.00 (T) | By this claim, the claimant asserts she is due 60 days worth of pay on account of a purported WARN Act violation. However, the claimant is also listed as a WARN Act claimant in that certain action entitled Koch, et al. v. American Home Mortgage Corp., et al., Adv. Proc No. 07-51688 (CSS) (Bankr. D. Del.) and, therefore, any payment she is entitled to receive as compensation for the Debtors' alleged violation of the WARN Act will be made through the court-approved settlement of such action. Accordingly, the Debtors have no liability on account of this claim. |
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | 10743 | 11/9/09 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$165,634.56 (U)<br>$165,634.56 (T) | Claim is duplicative because the claimed amount was also in claim 9837, which has already been accepted and reduced by court order [docket no. 6462]. |

─── Objectionable Claims ───

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 9 Claims | | $1,599.81 (S)<br>$16,307.12 (A)<br>$6,240.00 (P)<br>$165,634.56 (U)<br>$189,781.49 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Multiple Debtor Claim**

# Exhibit B

## Multiple Debtor Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | 10606 | 12/24/08 | 07-11047 | $1,103.99 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,103.99 (T) | Duplicative of claim 10605 which was filed against the correct Debtor, American Home Mortgage Corp. and was accepted as filed. |
| **Totals:** | 1 Claim | | | $1,103.99 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,103.99 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Modified Amount Claim**

# Exhibit C

## Modified Amount Claims

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| SPOKANE COUNTY TREASURER<br>ATTN: MINDY ENSIGN<br>PO BOX 199<br>SPOKANE, WA 99210 | 9895 | 2/4/08 | 07-11051 | $791.02 (S)<br>- (A)<br>- (P)<br>- (U)<br>$791.02 (T) | $551.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$551.58 (T) | Claim relates to 2008 personal property taxes for parcels 00.022180 and 00.015555. The claimed amount has been modified and reduced to $551.5 to match the tax bill attached to the proof of claim with respect to parcel 00.022180. With respect to parcel 00.015555, the Debtors have no connection with this parcel because the office was closed and vacated in August 2007. |
| Totals: | 1 Claim | | | $791.02 (S)<br>- (A)<br>- (P)<br>- (U)<br>$791.02 (T) | $551.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$551.58 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Modified Amount Wrong Debtor Claim**

# Exhibit D

## Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim | | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | | |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10591 | 12/11/08 | 07-11047 | $4,427.08 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,427.08 (T) | 07-11051 | $1,855.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,855.24 (T) | Claim relates to personal property taxes for 5 parcels. Modified to match the personal property taxes indicated on the tax bills attached to the proof of claim in connection with parcels 209-909-480-0000, 210-453-380-0000 and 220-080-080-000. The claimed personal property taxes for parcel 210-517-440-000 are against a non-debtor entity Summit Mortgage and the Debtors do not have an interest in this parcel. The claimed 1999-2001 personal property taxes for parcel 208-221-950-000 are not reflected as owing in the Debtors' books and records. Thus, the claimed amount has been modified and reduced accordingly. |
| **Totals:** | **1 Claim** | | | **$4,427.08 (S)**<br>**- (A)**<br>**- (P)**<br>**- (U)**<br>**$4,427.08 (T)** | | **$1,855.24 (S)**<br>**- (A)**<br>**- (P)**<br>**- (U)**<br>**$1,855.24 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

**Modified Amount Reclassified Wrong Debtor Claim**

# Exhibit E

## Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| PINELLAS COUNTY TAX COLLECTOR ATTN BETTY A. GRAMLEY, TAX MANAGER PO BOX 2943 CLEARWATER, FL 33757-2943 | 1599 | 9/17/07 | 07-11047 | $2,034.83 (S) - (A) - (P) - (U) $2,034.83 (T) | 07-11051 | $562.31 (S) - (A) - (P) $112.46 (U) $674.77 (T) | Claim relates to estimated 2007 personal property taxes for two accounts, 804356 and 160402. Modified to match the tax bill received for account 160402. Penalties for this account have been reclassified to unsecured. Debtors verified on the Pinellas County Tax Collector website that there was no actual tax bill assessed for 2007 on account 804356, there is $0 owing on the account. |
| Totals: | 1 Claim | | | $2,034.83 (S) - (A) - (P) - (U) $2,034.83 (T) | | $562.31 (S) - (A) - (P) $112.46 (U) $674.77 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.