IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
         Debtors.                                                :
                                                                 :   Response Deadline: February 11, 2010 at 4:00 p.m. (ET)
                                                                 :   Hearing Date: February 18, 2010 at 11:00 a.m. (ET)
---------------------------------------------------------------- x

## NOTICE OF DEBTORS' OBJECTION TO REPURCHASE AGREEMENT DEFICIENCY CLAIM OF ORIX CAPITAL MARKETS, LLC (CLAIM NO. 9211)

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) ORIX; (III) COUNSEL FOR THE COMMITTEE; AND (IV) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. LR 2002-1(B).

PLEASE TAKE NOTICE the above-captioned debtors and debtors in possession (the "Debtors") have filed the attached **Debtors' Objection to Repurchase Agreement Deficiency Claim of ORIX Capital Markets, LLC (Claim No. 9211)** (the "Objection").

PLEASE TAKE FURTHER NOTICE that responses to the Objection, if any, must be filed on or before **February 11, 2010 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Response Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE OBJECTION WILL BE HELD ON **FEBRUARY 18, 2010 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 19, 2010
   Wilmington, Delaware

         **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

         _____
         John T. Dorsey (No. 2988)
         Sean M. Beach (No. 4070)
         Curtis J. Crowther (No. 3238)
         Michael S. Neiburg (No. 5275)
         The Brandywine Building
         1000 West Street, 17th Floor
         Wilmington, Delaware 19801
         Telephone: (302) 571-6600
         Facsimile: (302) 571-1253

         Counsel to the Debtors and Debtors in Possession

2

DB02:9144359.1                           066585.1001