**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | |
| *et al.*[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 18, 2010 at 4:00 p.m.** |

**CERTIFICATE OF NO OBJECTION TO FOURTH MONTHLY
APPLICATION OF HENNIGAN, BENNETT & DORMAN LLP [DKT. NO. 8439]**

The undersigned hereby certifies that as of the date hereof, she has received no written answer, objection or other responsive pleading to the *Fourth Monthly Application of Hennigan, Bennett & Dorman LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for the Period From August 1, 2009 Through October 31, 2009 [Docket No. 8439]* (the "Application") filed on December 28, 2009.  The undersigned further certifies that she has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than January 18, 2010.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code, dated September 3, 2007 [Docket No. 547], the Debtors are authorized to pay Hennigan, Bennett & Dorman LLP $154,256.00, which represents 80% of the fees requested

---

[1] The Debtors are the following entities:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

($192,820.00), and $11,371.68, which represents 100% of the expenses requested in the Application for the period of August 1, 2009 through October 31, 2009 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 20, 2010 | FERRY, JOSEPH & PEARCE, P.A.<br><br>/s/ Lisa L. Coggins<br>Rick S. Miller (No. 3418)<br>Lisa L. Coggins (No. 4234)<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington, DE 19801<br>Telephone: (302) 575-1555<br>Facsimile: (302) 575-1714<br><br>-and-<br><br>HENNIGAN, BENNETT & DORMAN LLP<br>Bruce Bennett<br>Michael A. Morris<br>Joshua D. Morse<br>865 S. Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>(213) 694-1200<br><br>*Special Conflicts Counsel to the*<br>*Official Committee of Unsecured Creditors* |