IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
         Debtors.                                                :
                                                                 :   Ref. Docket Nos. 7473, 7566 & 7584
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
REGARDING DEBTORS' THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

On January 28, 2008, the Marion County Treasurer ("Marion County") filed claim numbered 9825 ("Claim 9825") asserting a priority unsecured claim in the amount of $2,692.89 and a general unsecured claim in the amount of $804.04 on account of unpaid business-personal property taxes against American Home Mortgage Holdings, Inc. (Case No. 07-11047) ("AHM Holdings").

On June 2, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed their Thirty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 7473]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge Claim 9825 on the grounds that the applicable Debtor was not liable

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

for the claimed amount because such Debtor had no interest in or connection to the property referenced in Claim 9825.

On or about June 23, 2009, Marion County filed a response to the Objection [Docket No. 7566] (the "Response"), contending that the Debtors' pre-petition business-personal property tax obligations to Marion County had not been paid. On June 30, 2009, the Court entered an order [Docket No. 7584] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 9825.

Following good faith negotiations and further review of the relevant records, the parties have agreed that American Home Mortgage Corp. (Case No. 07-11051) ("AHM Corp.") is the correct debtor entity against which Claim 9825 should have been asserted and AHM Corp. owes Marion County $2,692.89 in connection with unpaid business-personal property taxes. Therefore, the parties have agreed to modify and reassign Claim 9825 such that Marion County should have an allowed priority unsecured claim in the amount of $2,692.89 against American Home Mortgage Corp. (Case No. 07-11051). A proposed form of order (the "Proposed Order") reflecting this agreement is attached hereto as Exhibit A. Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: January 27, 2010
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
    Debtors.                                                       :
                                                                   :   Ref. Docket Nos. 7473, 7566 & 7584
                                                                   :
------------------------------------------------------------------ x

## CONSENSUAL ORDER REGARDING DEBTORS' THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the thirty-seventh omnibus (substantive) claims objection (the "Objection") [Docket No. 7473] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto [Docket No. 7566] filed by the Marion County Treasurer ("Marion County"); and the Court having entered an order [Docket No. 7584] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 9825 ("Claim 9825") filed by Marion County; and the Debtors and Marion County having agreed that Claim 9825 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 9825 is modified and allowed as a priority unsecured claim in the amount of $2,692.89 and reassigned to American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE