## EXHIBIT B

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :   **Ref. Docket No.:** _____
---------------------------------------------------------------- x

### ORDER PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9019 AND 6004(h) APPROVING AND AUTHORIZING THE STIPULATION BETWEEN AMERICAN HOME MORTGAGE CORP. AND CORPORATE CENTER DRIVE HOLDINGS, LLC RESOLVING ALL CLAIMS AND DISPUTES RELATING TO THE STOCKBRIDGE PROPERTY

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors in possession in the above cases (collectively, the "Debtors"), seeking entry of an order pursuant to Bankruptcy Rules 9019 and 6004(h) and section 105(a) of the Bankruptcy Code approving the *Stipulation Between American Home Mortgage Corp. and Corporate Center Drive Holdings, LLC Resolving All Claims and Disputes Related to the Stockbridge Property* (the "Stipulation"); and due and sufficient notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

2

ORDERED that the Motion is hereby GRANTED as set forth herein; and it is further

ORDERED that the Stipulation, attached to the Motion as <u>Exhibit A</u>, is approved pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 9019 and 6004(h); and it is further

ORDERED that the Debtors are authorized to take all actions necessary to effectuate the terms of the Stipulation; and it is further

ORDERED that, notwithstanding the applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order and the Stipulation shall be immediately effective and enforceable; and it is further

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes arising out of the interpretation or enforcement of this Order.

Dated:   Wilmington, Delaware
         February ___, 2010

_____
Christopher S. Sontchi
United States Bankruptcy Judge