IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :
                                                                :  Jointly Administered
                        Debtors.                                :
                                                                :  Objections Due: February 11, 2009 at 4:00 p.m. (ET)
                                                                :  Hearing Date: February 18, 2010 at 11:00 a.m. (ET)
---------------------------------------------------------------- x

## NOTICE OF MOTION

TO: (i) the US Trustee; (ii) counsel to the Committees; (iii) the Indenture Trustees; (iv) counsel to the Buyer; (v) federal, state and local taxing authorities and relevant governmental entities; (vi) Lehman Brothers Inc.; (vii) parties who have filed a notice of appearance in the case; (viii) Bank of America; (ix) any parties who have expressed an interest in purchasing the Broadhollow and Melville LLC interests (if any); and (x) all parties known to the Debtors who have an interest in or rights to the LLC Interests.

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached **Debtors' Motion For an Order Pursuant to Bankruptcy Code Sections 105, 363 and 1146(a) and Bankruptcy Rules 2002, 6004, 9014 and 9019 Approving and Authorizing: (I)(A) the Sale, Assignment and Transfer of Limited Liability Company Interest of Broadhollow Funding, LLC; and (B) the Sale, Assignment and Transfer of Limited Liability Company Interest of Melville Funding, LLC; (II) Settlement of Claims, Releases and Waivers; (III) Release of Certain Escrow Funds; and (IV) Granting Related Relief** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. on February 11, 2010**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THIS MATTER WILL BE HELD ON **FEBRUARY 18, 2009 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware  
   January 29, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sean M. Beach
---
Sean M. Beach (No. 4070)  
Kara Hammond Coyle (No. 4410)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession