**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,[1]       :
                                                                :   Jointly Administered
                    Debtors.                                    :
                                                                :   **Objections Due:  February 11, 2010 at 4:00 p.m. (ET)**
                                                                :   **Hearing Date:  February 18, 2010 at 11:00 a.m. (ET)**
---------------------------------------------------------------- x

## NOTICE OF PRIVATE SALE AND SALE APPROVAL HEARING

**PLEASE TAKE NOTICE** that, on January 29, 2010, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed a motion [Docket No. 8524] (the "<u>Motion</u>")[2] seeking approval of the private sales (the "<u>Sales</u>") of (i) limited liability company interests of AHM Corp. in Broadhollow Funding LLC ("<u>Broadhollow</u>") and (ii) limited liability company interests of AHM Acceptance in Melville Funding, LLC ("<u>Melville</u>") to B&M Management Corp. (the "<u>Buyer</u>") pursuant to certain Sale Agreements by and among AHM Corp. and AHM Acceptance and the Buyer.

**PLEASE TAKE FURTHER NOTICE** that the key terms of the Sales are summarized as follows:[3]

**Property to be Sold:**  AHM Corp. and AHM Acceptance, as applicable, will sell to the Buyer their respective interests in Broadhollow and Melville (collectively, the "<u>LLC Interests</u>") free and clear of all liens, claims, encumbrances, and other interests pursuant to Section 363 of the Bankruptcy Code.

**Consideration:**  The primary consideration for the Debtors' estates in connection with the Sales is the settlement and release of claims by and among the Debtors, on the one hand, and the Buyer, Broadhollow, Melville, the Indenture Trustees, the Broadhollow Noteholders and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not otherwise defined herein have the meanings set forth in the Motion.

[3] The following description is intended solely to give interested parties a general overview of the terms of the Sales. Interested parties should refer to the Sale Agreements and proposed Sale Order for the complete and detailed terms thereof.  To the extent there are any inconsistencies between this summary and the Sale Agreements and Sale Order, the Sale Agreements and Sale Order shall govern.  All capitalized terms in this paragraph not otherwise defined herein shall have the meaning ascribed to them in the Sale Agreements and/or Sale Order.

the Melville Noteholders, on the other hand.  The Sales, claims settlements and releases will result in the retention by the Debtors' estates of approximately $5.5 million in aggregate consideration from the Escrow Funds and PHFA Funds, while the Buyer will receive the sum of $703,162 paid to or on behalf of Broadhollow out of the Escrow Funds.

**Sale Agreement Releases:**

    **Debtors' Releases:**  Subject to certain exceptions, Broadhollow and Melville, as applicable, and Assignee, on behalf of Assignee and all of Assignee's current and former officers, members, agents, directors, predecessors, successors, assigns, affiliates, and other representatives, in each case, solely in such capacity (collectively, the "Nondebtor Releasors"), fully and forever release, acquit, waive and discharge each of the Debtors and Debtors' respective officers, managers, members, directors, stockholders, employees, affiliates, subsidiaries, parents, agents, representatives, attorneys, heirs, successors and assigns, as applicable (collectively, the "Debtor Releasees"), of and from all and every manner of claims, including but not limited to, any action and actions, cause and causes of action, complaints, debts, covenants, rights, suits, judgments, representations, warranties, fees, demands, priority claims, unsecured claims, cure claims, deficiency claims, interest claims, penalty claims, administrative claims, counterclaims, and damages whatsoever, known or unknown, arising, accruing, assessed or assessable in respect of any periods and any transactions, contracts or agreements occurring or entered into in any periods (collectively, the "Nondebtor Released Claims"), which Nondebtor Released Claims shall be waived, released, forever barred, discharged and disallowed.  Notwithstanding the foregoing, Noteholders that hold direct or indirect ownership interests in Assignee shall not be deemed to be Nondebtor Releasors for certain purposes under the Sale Agreements.

    **Nondebtor Releases:**  Subject to certain exceptions, Debtors, on behalf of themselves and all of their current and former officers, members, agents, directors, predecessors, successors, assigns, affiliates, and other representatives, in each case, solely in such capacity (collectively, the "Debtor Releasors"), fully and forever release, acquit, waive and discharge each of Broadhollow, Melville, and Assignee, and all of their respective officers, managers, members, directors, shareholders, employees, affiliates, subsidiaries, parents, agents, representatives, attorneys, heirs, successors and assigns, as applicable (collectively, the "Nondebtor Releasees"), of and from all and every manner of claims, including but not limited to, any action and actions, cause and causes of action, complaints, debts, covenants, rights, suits, judgments, representations, warranties, fees, demands, priority claims, unsecured claims, cure claims, deficiency claims, interest claims, penalty claims, administrative claims, counterclaims, and damages whatsoever, known or unknown, arising, accruing, assessed or assessable in respect of any periods and any transactions, contracts or agreements occurring or entered into in any periods (collectively, the "Debtors' Released Claims"), which Debtors' Released Claims shall be waived, released, forever barred, discharged and disallowed.  Notwithstanding the foregoing, Noteholders that hold direct or indirect interests in the Assignee and the Indenture Trustees, shall not be deemed to be Nondebtor Releasees for certain purposes under the Sale Agreements.

**Sale Order Releases:**  Subject to certain exceptions, (i) the Debtor Releasors, on the one hand and solely with respect to any and all claims arising out of or in connection with the issuance,

sale, repayment, or other discharge of the Broadhollow Notes and Melville Notes, respectively, and (ii) the Broadhollow Indenture Trustee, the Melville Indenture Trustee and the holders of each of the Broadhollow Notes and Melville Notes, on the other hand and solely in their respective capacities as such and for no other purpose, on behalf of themselves and their respective current and former officers, members, agents, directors, predecessors, successors (including, without limitation, any plan trust established by order of the Bankruptcy Court to which any Debtors' assets are transferred as well as the trustee of any such trust), assigns, affiliates, and other representatives, in each case, solely in such capacity, fully and forever release, acquit, waive and discharge each other, of and from all and every manner of claims, including but not limited to, any action and actions, cause and causes of action, complaints, debts, covenants, rights, suits, judgments, representations, warranties, fees, demands, priority claims, unsecured claims, cure claims, deficiency claims, interest claims, penalty claims, administrative claims, counterclaims, and damages whatsoever, known or unknown, arising, accruing, assessed or assessable in respect of any periods and any transactions, contracts or agreements occurring or entered into in any periods (collectively, the "Additional Released Claims"), which Additional Released Claims shall be waived, released, forever barred, discharged and disallowed; provided however, that the foregoing releases shall not act as a waiver, release, bar, discharge or disallowance of any underlying claims or defenses related to the action styled as American Home Mortgage Investment Corp. v. Lehman Brothers Inc. and Lehman Commercial Paper Inc., Civil Action No. 08-484-JJF, in the United States District Court for the District of Delaware.

**Bankruptcy Court Approval.**  All obligations of the Debtors, Broadhollow, Melville and Buyer under the Sale Agreements, including all actions, sales, assignments, agreements, releases, waivers, consents, terms and obligations contained herein, are subject to and conditioned upon approval, upon notice and a hearing, by the Court of (i) the transfer of the Assigned Interests and the replacement of the manager, in each case without prior Rating Agency Confirmation, and (ii) the Sale Order releases (collectively, "Bankruptcy Court Approval").

**Waiver of Rating Agency Confirmation:**  Pursuant to the terms of the Broadhollow LLC Agreement and the Melville LLC Agreement, "Rating Agency Confirmation" is a condition to the transfer of a member's limited liability company interest or the removal of the manager. "Rating Agency Confirmation" means with respect to any action, each Rating Agency rating any outstanding Rated Notes shall have notified the Manager in writing that such action will not result in a reduction or withdrawal of the rating (in effect immediately before taking such action) of such outstanding Rated Notes.  "Rated Notes" means any notes issued by the Company that have been assigned a rating by the Rating Agency.  Each Rating Agency that had previously rated the Broadhollow and/or Melville Notes has since withdrawn all ratings as of the date of the filing of the Motion.  The Debtors are requesting, to the extent necessary, that the Court waive any requirement for Rating Agency Confirmation in order to transfer the LLC Interests and remove the managers under the terms of the Sale Agreements.

**Debtors' Representations and Warranties:**  The representations and warranties to be made by AHM Corp. and AHM Acceptance, as applicable, are set forth in Section 5(a) of the Sale Agreements.  There is a one (1) year survival and damages cap of $50,000 applicable to the Limited Representations and a survival period of the earlier of the closing of the above-

captioned bankruptcy cases or three (3) years for the remaining representations and warranties. As reflected in the Sale Order, there will be no Plan reserve requirement unless and until a complaint is filed in connection with any alleged breach of a representation or warranty.

**Sale of Mortgage Loans.**  As a condition to Closing, Broadhollow must sell the Mortgage Loans.

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be filed with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. on February 11, 2010**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.  If you fail to respond in accordance with this Notice, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that copies of the Motion are on file with the clerk of the Bankruptcy Curt, and copies of the same may be obtained by parties in interest free of charge on Epiq Bankruptcy Solutions, LLC's dedicated webpage related to these cases (http://chapter11.epiqsystems.com – click on "American Home Mortgage").  Copies are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.  In addition, copies of the Motion may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 29, 2010 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Sean M. Beach<br>Sean M. Beach (No. 4070)<br>Kara Hammond Coyle (No. 4410)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Counsel for Debtors and Debtors-in-Possession |