**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Objections Due By: 2/15/2010 @ 4:00 p.m.**        : |
|  | : | **Hearing Date:  2/18/2010 @ 11:00 a.m.** |

-----------------------------------------------------------------

**NOTICE OF FIRST APPLICATION OF RECEIVABLE MANAGEMENT SERVICES
CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AS
COLLECTION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD JULY 1, 2009 THROUGH DECEMBER 31, 2009**

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On January 29, 2010, the First Application of Receivable Management Services Corporation for Compensation for Services Rendered as Collection Agent for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* for the Period of  July 1, 2009 through December 31, 2009 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware  19801 (the *"Bankruptcy Court"*).  By the Fee Application, Receivable Management Services Corporation (*"RMS"*) seeks the allowance and payment of compensation in the amount of $238,670.76 incurred as collection agent for the Official Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings, Inc., *et al.* (the *"Debtors"*) during the period of July 1, 2009 through December 31, 2009 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

**February 15, 2010 at 4:00 p.m. (EST)**.  Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Fee Application will be held on February 18, 2010 at 11:00 a.m. before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.


Dated:    January 29, 2010                    BLANK ROME LLP

By:    /s/ Victoria A. Guilfoyle
               Bonnie Glantz Fatell (DE No. 3809)
               Victoria A. Guilfoyle (DE No. 5183)
               1201 Market Street, Suite 800
               Wilmington, DE  19801
               Telephone:  (302) 425-6400

                    and

               Mark S. Indelicato
               Edward L. Schnitzer
               Hahn & Hessen LLP
               488 Madison Avenue
               New York, NY 10022
               Telephone:  (212) 478-7200


               *Counsel for the Official Committee of*
               *Unsecured Creditors*