**CERTIFICATE OF SERVICE**

I, Vivian A. Houghton, Esquire, do hereby certify this 29th January 2010 that one (1) copy of Motion for Supersedeas Bond to Protect Judgment for Mona Dobben was mailed to:

Counsel for Debtors:
Pauline K. Morgan, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17$_{th}$ Floor
P.O. Box. 391
Wilmington DE 19899-0391
Phone: 302-571-6600
Fax: 302-571-0453

Official Committee of Unsecured Creditors
Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Ave. 14$_{th}$ & 15$_{th}$ Floor
New York, NY 10022

Joseph M. McMahon Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497

/s/ Vivian A. Houghton
Vivian A. Houghton, Esquire
800 West Street
Wilmington, DE 19801
(302) 658-0518