# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et. al.,<br><br>          Debtors, | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |
| Mona Dobben<br><br>MOVANT | Re: Docket No. 8424 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Mona Dobben, Movant, filed a Motion for Supersedeas Bond to Protect Judgment for Mona Dobben.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **February 18, 2010, at 11:00 a.m. (ET)** at the United State Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be filed with the Court on or before **February 11, 2010, at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the response to the Movant's attorney:

Vivian A. Houghton
800 North West Street, 2nd Floor
Wilmington, DE 19801

If you or your attorney does not do so, the Court may decide that you do not

oppose the Motion and may enter an order granting the Motion.

Dated: January 29, 2010                    /S/ Vivian A. Houghton
                                           VIVIAN A. HOUGHTON, ESQUIRE
                                           800 West St. 2nd Floor
                                           Wilmington, DE  19801
                                           (302) 658-0518