## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et. al.,<br><br>　　　　　Debtors, | ) Chapter 11<br>)<br>)<br>) Case No. 07-11047 (CSS)<br>) Jointly Administered<br>)<br>)<br>) |
| Mona Dobben<br><br>MOVANT | ) Re: Docket No. 8424<br>)<br>)<br>) |

## ORDER ON MOTION FOR SUPERSEDEAS BOND

## TO PROTECT JUDGMENT FOR MONA DOBBEN

**AND NOW**, the Court taking judicial note of the current state of the Debtors' businesses, and having conducted an evidentiary hearing on December 9, 2009, and for good cause;

**IT IS ORDERED THAT,** Debtors will post a bond on the judgment which was jointly and severally against the following Debtors: American Home Mortgage Corp., American Home Mortgage Holdings, Inc. and AHM SV, Inc. (American Home Mortgage Servicing, Inc.)(the "Allowed Claims"), during the pendency of the appeal. Fed. R. Civ. P. 62(d); Fed. R. App. P. 8(b) in the amount of Three Hundred Thousand ($300,000) to protect this Court's judgment for Mona Dobben;

**IT IS FURTHER ORDERED** that no hearing is required;

**IT IS SO ORDERED.**

_____Date:_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge
Dated: Wilmington, Delaware