IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
Debtors.                                                         :
                                                                 :  Ref. Docket Nos. 8049, 8140 & 8186
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER REGARDING THE DEBTORS' FORTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

The undersigned counsel hereby certifies as follows:

1. On November 19, 2007, by and through his counsel, John Monaghan filed claim number 2746 ("Claim 2746") asserting he was entitled to $400,948, of which $10,950 was classified as priority unsecured and the remaining $389,998 was classified as general unsecured. By Claim 2746, Mr. Monaghan contends he is due the amounts claimed on account of an unpaid bonus payment, unpaid wages, and damages purportedly resulting from an alleged breach of his employment contract.

2. The factual bases for Mr. Monaghan's allegations are set forth in full in the complaint he filed on August 1, 2007 in the United States District Court for the Middle District of Florida thereby commencing the civil action captioned *John Monaghan v. American Home Mortgage Corp.*, C.A. No. 07-CV-01342 (the "Pending Action"). A copy of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

complaint is attached to Claim 2746. Pursuant to 11 U.S.C. § 362(a), the continued prosecution of the Pending Action was automatically stayed as of August 6, 2007 when the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition with this Court for relief under chapter 11 of the Bankruptcy Code.

3. On September 11, 2009, the Debtors filed their Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 8049] (the "Objection"). By the Objection, the Debtors requested, *inter alia*, that the Court modify and reduce Claim 2746 on several grounds, including, among other reasons, (i) Mr. Monaghan was not owed the claimed bonus payment because he was not employed by the Debtors on the scheduled payment date of such bonus, and (ii) Mr. Monaghan had no valid breach of contract claim because he was an at-will employee and therefore, pursuant to the terms of his employment contract, the Debtors were entitled to discharge and terminate his employment at any time and for any reason.

4. On or about October 5, 2009, by and through his counsel, Mr. Monaghan filed a response to the Objection [Docket No. 8140] (the "Response") contending that he is entitled to the claimed amounts pursuant to the terms of his employment contract and the facts and circumstances surrounding his termination support his breach of contract claims. On October 14, 2009, the Court entered an order [Docket No. 8186] sustaining the Objection in part and adjourning the Objection with respect to various proofs of claim, including Claim 2746.

5. Following good faith negotiations and the Debtors having further evaluated the relevant records and underlying circumstances, the parties have agreed to allow Claim 2746 in the following amounts and priority against American Home Mortgage Corp. (Case No. 07-11051): (i) $10,950, unsecured, priority pursuant to 11 U.S.C. § 507(a)(4); and (ii) $45,588.48, general unsecured.

6. In exchange for the allowance of Claim 2746 as set forth herein, Mr. Monaghan agrees to dismiss the Pending Action with prejudice and to forever waive, release and discharge any claims, interests, or causes of action of any nature whatsoever against the Debtors, whether known or unknown, upon the Court's approval of the proposed form of order reflecting this agreement (the "Proposed Order"), a copy of which is attached hereto as Exhibit A. Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: Wilmington, Delaware
February 2, 2010

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _/s/ Sean M. Beach_
        Sean M. Beach (No. 4070)
        Michael S. Neiburg (No. 5275)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   **Ref. Docket Nos. 8049, 8140 & 8186**
---------------------------------------------------------------------- x

## CONSENSUAL ORDER REGARDING THE DEBTORS' FORTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the forty-second omnibus (substantive) objection [Docket No. 8049] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto [Docket No. 8140] filed by John Monaghan; and the Court having entered an order [Docket No. 8186] sustaining the Objection in part and adjourning the Objection with respect to various proofs of claim, including Claim 2746 filed by Mr. Monaghan; and the Debtors and Mr. Monaghan having agreed that Claim 2746 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

ORDERED that Claim 2746 is hereby modified and allowed against American Home Mortgage Corp. (Case No. 07-11051) in the amounts and priority as follows: (i) $10,950,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

unsecured, priority pursuant to 11 U.S.C. § 507(a)(4); and (ii) $45,588.48, general unsecured; and it is further

ORDERED that Mr. Monaghan shall promptly file a stipulation of dismissal in the United States District Court for the Middle District of Florida to dismiss with prejudice the civil action captioned *John Monaghan v. American Home Mortgage Corp.*, C.A. No. 07-CV-01342; and it is further

ORDERED that Mr. Monaghan forever waives, releases and discharges any claims, interests, or causes of action of any nature whatsoever against the Debtors, whether known or unknown at this time; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      February ___, 2010

                                            CHRISTOPHER S. SONTCHI
                                            UNITED STATES BANKRUPTCY JUDGE