

December 31, 2009

Mr. Carlo Colagiacomo
General Counsel
American Home Mortgage Investment Corp.
538 Broad Hollow Road
Melville, NY  11747

<u>PLEASE REMIT VIA WIRE TRANSFER</u>        E.I.N.  22-2689479        <u>Invoice#  0000204-IN</u>

For management services rendered with respect to American Home Mortgage
Investment Corporation Chapter 11 for the period ended December 31, 2009.

| | | |
|---|---|---:|
| Professional Fees | $ | 110,249.00 |
| Paraprofessional Fees | | 630.00 |
| Expenses and Other Charges | | 4,760.50 |
| **Invoice Total** | $ | **115,639.50** |

See Attached Schedules



## PROFESSIONAL FEES

| NAME | RATE | HOURS | PROFESSIONAL FEES |
|------|------|-------|-------------------|
| Kevin Nystrom | $ 775.00 | 41.50 | 32,162.50 |
| Bret Fernandes | $ 675.00 | 5.70 | 3,847.50 |
| Scott R. Martinez | $ 465.00 | 158.10 | 73,516.50 |
| Elizabeth Kardos | $ 425.00 | 1.70 | 722.50 |
| **Total Professional Fees** | | **207.00** | $    **110,249.00** |



## PARAPROFESSIONAL FEES

| NAME | RATE | HOURS | PARAPROFESSIONAL FEES |
|------|------|-------|------------------------|
| Laurie E. Verry | $ 225.00 | 2.80 | 630.00 |
| **Total Paraprofessional Fees** | | 2.80 | $ 630.00 |



## EXPENSES AND OTHER CHARGES

| | | |
|---|---|---:|
| Travel and Lodging | $ | 3,621.10 |
| Meals | | 543.75 |
| Telephone | | 491.65 |
| Photocopies | | 24.80 |
| Postage and Courier | | 79.20 |
| **Total Expenses and Other Charges** | $ | **4,760.50** |

American Home Mortgage
Description of Current General Responsibilities of ZC Staff

December 31, 2009

| Name | ZC/C Title | Company Title | Hourly Rate | Current General Responsibilities |
|---|---|---|---|---|
| K. Nystrom | Managing Director | Chief Restructuring Officer | $775 | Involved in counterparty negotiations, claim settlements and communications with creditors |
| B. Fernandes | Senior Director | Director of Restructuring | $675 | Responsible for the day to day oversight of liquidating activities and oversight of the activity at AH Bank |
| S. Martinez | Manager | Associate Director | $465 | ...management and self-liquidating responsibility and is the day to day... |

AMERICAN HOME MORTGAGE
Time Descriptions

| Category Code | Service | Description of Service |
|---|---|---|
| 1 | Financing | Preparation of analyses and negotiating to obtain DIP financing, including use of cash collateral and attending related hearings. |
| 2 | Court Reporting | Preparing financial and operating information required by the US Trustee and/or the Court including Statement of Affairs, Schedules of Assets and Liabilities, lists of contracts, interim statements and monthly operating reports. |
| 3 | Chapter 11 Process | Organizing and managing the Debtor's or other parties in interests resources and activities to effectively plan, coordinate, and manage the Chapter 11 process. |
| 4 | Business Operations | Analyzing operations and strategies including the developing, designing, drafting and challenging of forecasts and Business Plan, including related assumptions and rationale and communications with vendors. |
| 5 | Cash Management | Forecasting, planning, controlling and other aspects of managing cash. |
| 6 | Claims Administration | Advising and assisting the Debtor with the development of a claims resolution process including evaluating and selecting a claims processor, responding to specific claims inquiries, analyzing claims, settling claims, assisting in the preparation of motions, orders, stipulations related thereto and attending related hearings. |
| 7 | Unexpired Leases and Executory Contracts | Preparing analyses and advising and assisting the Debtor in valuation, modifications, assumption and rejection of leases and executory contracts including assisting in the preparation and review of related motions, applications, orders, stipulations, and attending hearings related thereto. |
| 8 | Engagement Administration | Maintaining engagement files, preparation of fee applications, invoices and time summaries and responding to inquiries by the US Trustee and other parties in interest. |
| 9 | Asset Analysis | Identification and review of potential assets including causes of action and non-litigation recoveries. |
| 10 | Asset Disposition | Sales, leases (Section 365 matters), abandonment and related transaction work, including equipment lease buyout. |
| 11 | Litigation | Support counsel in identifying, pursuing, or defending various causes of action. |
| 12 | Meetings of creditors | Preparing for and attending the conference of creditors, the Section 341 (a) meeting and other creditors' committee meetings. |
| 13 | DIP Budget Reporting | Developing, designing, and preparing information required under the terms of the DIP agreement. |
| 14 | Secured Lenders Negotiation | Analyzing secured lenders assessments of collateral value, damage claims, and debt calculations and negotiations of settlement of these claims. |
| 15 | Communications matters | Assisting and advising general communications strategies and programs including press releases, letters to interested parties, websites, etc. |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Kevin Nystrom | 12/1/09 | 10 | 1.0 | AH Bank operations update call |
| Kevin Nystrom | 12/1/09 | 11 | 0.5 | Meeting with WLR regarding settlement |
| Kevin Nystrom | 12/1/09 | 11 | 0.5 | Analysis of advances |
| | | | 2.0 | |
| Kevin Nystrom | 12/2/09 | 10 | 2.0 | Update on AH Bank sale approval process |
| | | | 2.0 | |
| Kevin Nystrom | 12/3/09 | 4 | 2.0 | Review of 2010 personnel policies |
| Kevin Nystrom | 12/3/09 | 11 | 1.0 | Update of WLR settlement agreement drafting |
| Kevin Nystrom | 12/3/09 | 10 | 1.0 | Discussion of the current OTS review of AH Bank |
| | | | 4.0 | |
| Kevin Nystrom | 12/4/09 | 4 | 1.0 | Review of employee benefits costs |
| | | | 1.0 | |
| Kevin Nystrom | 12/7/09 | 12 | 1.5 | Transition call with the Trustee and UCC advisors |
| Kevin Nystrom | 12/7/09 | 11 | 1.5 | Strategizing Waterfield settlement options |
| Kevin Nystrom | 12/7/09 | 10 | 1.0 | Review of AH Bank vacation accruals |
| | | | 4.0 | |
| Kevin Nystrom | 12/8/09 | 10 | 1.0 | AH Bank BOD meeting |
| Kevin Nystrom | 12/8/09 | 10 | 1.0 | Review AH Bank operational results |
| Kevin Nystrom | 12/8/09 | 10 | 0.5 | Update on AH Bank sale process |
| | | | 2.5 | |
| Kevin Nystrom | 12/9/09 | 10 | 0.5 | Update on AH Bank sale process |
| Kevin Nystrom | 12/9/09 | 10 | 1.0 | Update on borrowers litigation |
| | | | 1.5 | |
| Kevin Nystrom | 12/10/09 | 10 | 1.0 | Meeting to review the judge's opinion on borrower litigation |
| Kevin Nystrom | 12/10/09 | 10 | 1.0 | Strategy session on Waterfield litigation options |
| Kevin Nystrom | 12/10/09 | 10 | 0.5 | Update on AH Bank sale process |
| | | | 2.5 | |
| Kevin Nystrom | 12/11/09 | 10 | 1.0 | Amendment to the bank sale contract |
| Kevin Nystrom | 12/11/09 | 10 | 1.0 | Update on AH Bank sale process |
| Kevin Nystrom | 12/11/09 | 10 | 1.0 | Meeting with the UCC advisors on the borrowers litigation |
| | | | 3.0 | |
| Kevin Nystrom | 12/14/09 | 10 | 1.5 | Research the status of the AHM 2005-SD1 securities |
| Kevin Nystrom | 12/14/09 | 10 | 1.5 | Update on AH Bank sale process |
| | | | 3.0 | |
| Kevin Nystrom | 12/15/09 | 11 | 1.0 | Review of appeal options on the Dobbin case |
| | | | 1.0 | |
| Kevin Nystrom | 12/16/09 | 10 | 2.0 | Review of the Broadhollow sale agreement |
| | | | 2.0 | |
| Kevin Nystrom | 12/17/09 | 11 | 2.0 | Reconciliation of advances in the WLR settlement |
| Kevin Nystrom | 12/17/09 | 11 | 1.0 | Review of appeal options on the Dobbin case |
| | | | 3.0 | |
| Kevin Nystrom | 12/21/09 | 10 | 1.0 | Update on AH Bank sale process |
| | | | 1.0 | |
| Kevin Nystrom | 12/22/09 | 10 | 1.0 | Amendment to the bank sale contract |
| | | | 1.0 | |
| Kevin Nystrom | 12/23/09 | 11 | 1.0 | Call with UCC advisors on appeal options on the Dobbin case |
| Kevin Nystrom | 12/23/09 | 11 | 1.0 | Update on the Waterfield mediation process |
| | | | 2.0 | |
| Kevin Nystrom | 12/28/09 | 4 | 2.0 | Consents for AH Bank Director positions |
| | | | 2.0 | |
| Kevin Nystrom | 12/30/09 | 10 | 2.0 | Review of the unsolicited Miles family offer for AH Bank |
| Kevin Nystrom | 12/30/09 | 2 | 2.0 | Review of the quarterly reporting |
| | | | 4.0 | |
| | Total | | 41.5 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Bret Fernandes | 12/7/09 | 4 | 0.8 | Call with Servicing regarding HELOC and servicing fee reconciliations |
| Bret Fernandes | 12/7/09 | 11 | 0.7 | Call with counsel regarding JPM discovery request |
| Bret Fernandes | 12/7/09 | 3 | 0.3 | Wind down and disposition planning for the reinsurance companies |
| | | | 1.8 | |
| Bret Fernandes | 12/10/09 | 5 | 0.4 | Wind down and cash planning |
| Bret Fernandes | 12/10/09 | 3 | 0.3 | Discussions with counsel regarding recent court rulings |
| | | | 0.7 | |
| Bret Fernandes | 12/11/09 | 3 | 0.3 | Mt Prospect property disposition planning call with YCST |
| Bret Fernandes | 12/11/09 | 3 | 0.8 | Wind down and disposition planning for the reinsurance companies |
| Bret Fernandes | 12/11/09 | 3 | 1.0 | Status call with counsel and UCC advisors |
| | | | 2.1 | |
| Bret Fernandes | 12/16/09 | 4 | 0.5 | Review weekly update from AHM managers |
| | | | 0.5 | |
| Bret Fernandes | 12/17/09 | 5 | 0.6 | Wind down and cash planning |
| | | | 0.6 | |
| | | Total | 5.7 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 12/1/09 | 4 | 0.5 | Participated in a conference call with AH Bank and Bancorp regarding 2010 issues |
| Scott Martinez | 12/1/09 | 11 | 4.0 | Work session with AHM employees regarding issues related to the nondisputed items in the WLR settlement |
| Scott Martinez | 12/1/09 | 11 | 2.0 | Reviewed the advance file sent by AHMSI and compared it to an older file to determine if the claim is valid |
| Scott Martinez | 12/1/09 | 3 | 0.8 | Work session with AHM employees regarding states where AHM is licensed by the secretary of state |
| Scott Martinez | 12/1/09 | 6 | 0.6 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 12/1/09 | 6 | 0.5 | Work session with AHM employees regarding repo claims |
| Scott Martinez | 12/1/09 | 3 | 0.5 | Phone call with Intercity regarding 2010 health benefits |
| Scott Martinez | 12/1/09 | 11 | 0.5 | Phone call with Young Conaway regarding the Broadhollow litigation |
| Scott Martinez | 12/1/09 | 3 | 0.5 | Work session regarding transition and winddown issues |
| | | | 9.9 | |
| Scott Martinez | 12/2/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 12/2/09 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 12/2/09 | 11 | 4.0 | Reviewed and updated the analyses validating and disputing the servicing fees and heloc draws in regards to the WLR settlement |
| Scott Martinez | 12/2/09 | 12 | 4.0 | Work session with the Trustee and BDO regarding the status of various issues |
| Scott Martinez | 12/2/09 | 12 | 0.5 | Phone call with BDO regarding the status of the bank sale, 2009 tax returns and the budget |
| Scott Martinez | 12/2/09 | 5 | 1.3 | Updated the cash flow forecast and underlying assumptions |
| | | | 12.3 | |
| Scott Martinez | 12/3/09 | 11 | 0.5 | Phone call with Young Conaway regarding the JP Morgan interrogatories |
| Scott Martinez | 12/3/09 | 11 | 1.0 | Reviewed the JP Morgan discovery requests |
| Scott Martinez | 12/3/09 | 3 | 1.0 | Prepared employee communications for 2010 holidays and vacation policies |
| Scott Martinez | 12/3/09 | 3 | 1.0 | Reviewed health benefit plans for 2010 |
| Scott Martinez | 12/3/09 | 11 | 3.0 | Updated the analyses related to the servicing fees and heloc draws in regards to the WLR settlement |
| Scott Martinez | 12/3/09 | 6 | 0.5 | Responded to preference questions raised by BDO |
| Scott Martinez | 12/3/09 | 11 | 0.5 | Phone call with Young Conaway regarding the heloc and servicing fee analyses |
| Scott Martinez | 12/3/09 | 6 | 0.6 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 12/3/09 | 5 | 1.0 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 12/3/09 | 3 | 1.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 12/3/09 | 2 | 1.0 | Work session with AHM employees regarding the status of the September financials |
| | | | 11.6 | |
| Scott Martinez | 12/4/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 12/4/09 | 5 | 1.5 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 12/4/09 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 12/4/09 | 5 | 1.1 | Updated the effective date scenarios |
| Scott Martinez | 12/4/09 | 5 | 0.5 | Prepared the professional fee wire request documents |
| Scott Martinez | 12/4/09 | 3 | 3.0 | Prepared the various 2010 benefit packages for AHM and AH Bank employees |
| Scott Martinez | 12/4/09 | 6 | 0.5 | Work session with AHM employees regarding open SAP tax claims |
| Scott Martinez | 12/4/09 | 3 | 0.5 | Reviewed the weekly JP Morgan investor report sent by AHMSI |
| Scott Martinez | 12/4/09 | 3 | 0.5 | Participated in a conference call regarding the 401k plan termination |
| | | | 9.4 | |
| Scott Martinez | 12/7/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 12/7/09 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 12/7/09 | 5 | 1.0 | Updated the cash flow projections |
| Scott Martinez | 12/7/09 | 11 | 1.5 | Prepared for and participated in a conference call with AHMSI regarding servicing fees, helocs and LPMI owed |
| Scott Martinez | 12/7/09 | 11 | 0.5 | Participated in a conference call with Young Conaway, Zolfo Cooper and Hennigan Bennett regarding the JP Morgan discovery request |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 12/7/09 | 12 | 0.5 | Participated in a conference call with Young Conaway, Zolfo Cooper, BDO, Trustee and Hahn & Hessen regarding a general status update and transition issues |
| Scott Martinez | 12/7/09 | 10 | 0.5 | Phone call with Young Conaway regarding AH Bank |
| Scott Martinez | 12/7/09 | 6 | 0.5 | Work session with AHM employees regarding the EPD/Breach claims |
| Scott Martinez | 12/7/09 | 3 | 0.7 | Work session with AHM employees regarding Melville Reinsurance |
| Scott Martinez | 12/7/09 | 11 | 1.0 | Work session with AHM employees regarding data requests to AHMSI for P&I owed for various investors |
| Scott Martinez | 12/7/09 | 3 | 0.8 | Work session with AHM employees regarding tax issues |
| Scott Martinez | 12/7/09 | 3 | 0.5 | Work session with ABN's financial advisors regarding the remaining loans |
| | | | 10.8 | |
| Scott Martinez | 12/8/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 12/8/09 | 11 | 2.0 | Prepared for and participated in a conference call with Young Conaway, Hennigan Bennett and AHM regarding the JP Morgan discovery request |
| Scott Martinez | 12/8/09 | 3 | 0.6 | Participated in the AH Bank Board call |
| Scott Martinez | 12/8/09 | 3 | 0.5 | Work session with AHM employees regarding Melville Reinsurance |
| Scott Martinez | 12/8/09 | 3 | 0.5 | Reviewed the draft letter to Mt. Prospect tenants |
| Scott Martinez | 12/8/09 | 3 | 0.5 | Phone call with PwC regarding 2010 tax returns |
| Scott Martinez | 12/8/09 | 3 | 0.5 | Work session with AHM employees regarding sales and use taxes |
| Scott Martinez | 12/8/09 | 6 | 1.0 | Work session with AHM employees regarding claims |
| Scott Martinez | 12/8/09 | 2 | 0.7 | Work session with AHM employees regarding September financials |
| Scott Martinez | 12/8/09 | 11 | 1.0 | Work session with AHM employees regarding information requested from AHMSI |
| | | | 8.8 | |
| Scott Martinez | 12/9/09 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 12/9/09 | 3 | 4.0 | Prepared for and participated in conference calls regarding 2010 health benefits |
| Scott Martinez | 12/9/09 | 12 | 3.0 | Work session with BDO and the Trustee regarding transition issues |
| Scott Martinez | 12/9/09 | 3 | 1.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 12/9/09 | 11 | 0.5 | Work session with AHM employees regarding the JP Morgan discovery request |
| Scott Martinez | 12/9/09 | 10 | 0.5 | Work session with AHM employees regarding the November loan inventory |
| Scott Martinez | 12/9/09 | 6 | 0.5 | Work session with AHM employees regarding the Dobbens hearing |
| | | | 11.0 | |
| Scott Martinez | 12/10/09 | 5 | 2.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 12/10/09 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 12/10/09 | 3 | 1.0 | Phone call with AHM and Laner Muchin regarding the 401k termination |
| Scott Martinez | 12/10/09 | 12 | 0.5 | Phone call with the Trustee regarding the 401k plan |
| Scott Martinez | 12/10/09 | 6 | 0.5 | Phone call with Young Conaway regarding borrower claims |
| Scott Martinez | 12/10/09 | 3 | 0.5 | Phone call with Young Conaway regarding the sale of the bank and the NY State sales and use tax issue |
| Scott Martinez | 12/10/09 | 3 | 0.8 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 12/10/09 | 5 | 0.5 | Prepared the professional fee wire request documents |
| Scott Martinez | 12/10/09 | 11 | 0.5 | Phone call with Hahn and Hessen, BDO and Cadwalader regarding Waterfield |
| Scott Martinez | 12/10/09 | 6 | 1.0 | Work session with AHM employees regarding claims issues |
| Scott Martinez | 12/10/09 | 11 | 2.0 | Gathered and assembled JP Morgan files in regards to pending litigation |
| Scott Martinez | 12/10/09 | 3 | 0.5 | Work session with AHM employees regarding 2010 health benefits |
| | | | 10.3 | |
| Scott Martinez | 12/11/09 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 12/11/09 | 3 | 0.5 | Phone call with Young Conaway regarding the Mt. Prospect building |
| Scott Martinez | 12/11/09 | 3 | 1.0 | Prepared for and participated in a conference call with AHM and Marsh regarding Melville Reinsurance |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Scott Martinez | 12/11/09 | 12 | 1.0 | Participated in a conference call with Young Conaway and Hahn & Hessen regarding borrower claims, bank sale update and WLR |
| Scott Martinez | 12/11/09 | 6 | 0.5 | Phone call with Young Conaway and AHM regarding the NY State tax claim |
| | | | 4.0 | |
| Scott Martinez | 12/14/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 12/14/09 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 12/14/09 | 5 | 1.0 | Updated the cash flow projections |
| Scott Martinez | 12/14/09 | 2 | 1.5 | Work session with AHM employees regarding the July through September financials |
| Scott Martinez | 12/14/09 | 3 | 0.5 | Work session with AHM employees regarding the 2010 health benefits |
| Scott Martinez | 12/14/09 | 6 | 1.0 | Work session with AHM employees regarding open SAP claims |
| Scott Martinez | 12/14/09 | 8 | 2.0 | Prepared the supporting analyses for Zolfo Cooper's November fee application |
| Scott Martinez | 12/14/09 | 3 | 0.8 | Work session with AHM employees regarding loan questions |
| | | | 10.1 | |
| Scott Martinez | 12/15/09 | 12 | 1.5 | Prepared for and participated in an update call with BDO regarding open issues |
| Scott Martinez | 12/15/09 | 3 | 3.0 | Prepared a revised benefits analysis with various sensitivity analyses |
| Scott Martinez | 12/15/09 | 6 | 0.5 | Phone call with Young Conaway and AHM regarding EPD and Breach claims |
| Scott Martinez | 12/15/09 | 11 | 0.5 | Phone call with Young Conaway and AHM regarding potential legal actions against a joint venture member |
| Scott Martinez | 12/15/09 | 6 | 1.0 | Reviewed and commented on the draft letter to NY State in regards to the sales and use tax claims |
| Scott Martinez | 12/15/09 | 11 | 1.0 | Reviewed the revised Broadhollow settlement agreement |
| Scott Martinez | 12/15/09 | 3 | 0.5 | Phone call with NAI Long Island regarding the 538 Broadhollow building |
| Scott Martinez | 12/15/09 | 10 | 0.5 | Work session with AHM employees regarding miscellaneous assets to be sold |
| Scott Martinez | 12/15/09 | 3 | 0.5 | Work session with AHM employees regarding Mt. Prospect issues |
| Scott Martinez | 12/15/09 | 10 | 0.5 | Work session with AHM employees regarding the remaining loan inventory |
| Scott Martinez | 12/15/09 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 12/15/09 | 5 | 0.5 | Work session with AHM employees regarding A/P |
| | | | 11.0 | |
| Scott Martinez | 12/16/09 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 12/16/09 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 12/16/09 | 11 | 1.0 | Prepared for and participated in a conference call with Hennigan Bennett and AHM regarding the JP Morgan discovery request |
| Scott Martinez | 12/16/09 | 11 | 2.0 | Reviewed the current draft of the Broadhollow sale agreement |
| Scott Martinez | 12/16/09 | 11 | 0.7 | Participated in a conference call with Young Conaway and AHM regarding the Broadhollow sale agreement |
| Scott Martinez | 12/16/09 | 11 | 0.5 | Work session with AHM employees regarding schedule 6 of the Broadhollow agreement |
| Scott Martinez | 12/16/09 | 12 | 1.0 | Work session with BDO regarding the non-disputed items in the WLR settlement agreement |
| Scott Martinez | 12/16/09 | 3 | 0.8 | Reviewed the draft lease agreement for a prospective tenant at the 538 Broadhollow building |
| Scott Martinez | 12/16/09 | 6 | 1.0 | Work session with AHM employees regarding adjourned claims |
| Scott Martinez | 12/16/09 | 3 | 0.7 | Work session with AHM employees regarding loan reporting issues |
| Scott Martinez | 12/16/09 | 3 | 0.5 | Work session with AHM employees regarding 2010 health benefits |
| | | | 10.2 | |
| Scott Martinez | 12/17/09 | 3 | 1.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 12/17/09 | 5 | 0.5 | Prepared the professional fee wire request documents |
| Scott Martinez | 12/17/09 | 5 | 1.5 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 12/17/09 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 12/17/09 | 11 | 2.5 | Reviewed the response to JP Morgan's first discovery request |
| Scott Martinez | 12/17/09 | 11 | 1.0 | Prepared for and participated in a conference call with AHM and AHMSI regarding open non-disputed items |
| Scott Martinez | 12/17/09 | 11 | 0.5 | Reviewed and commented on the draft letter to Showcase of Agents regarding potential litigation |

| Name | Date | Category code | Hours | Narrative |
|------|------|:---:|:---:|------|
| Scott Martinez | 12/17/09 | 6 | 1.0 | Work session with AHM employees regarding open claims and the summary claims report |
| Scott Martinez | 12/17/09 | 3 | 0.4 | Phone call with NAI LI regarding lease status for a prospective tenant |
| Scott Martinez | 12/17/09 | 5 | 0.5 | Work session with AHM employees regarding A/P |
| Scott Martinez | 12/17/09 | 6 | 0.5 | Reviewed the revised letter to the State of New York regarding the sales and use tax owed |
| Scott Martinez | 12/17/09 | 11 | 0.5 | Work session with AHM employees regarding information on schedule 6 of the Broadhollow sale agreement |
| Scott Martinez | 12/17/09 | 11 | 0.5 | Work session with AHM employees regarding the Broadhollow and Melville sale agreement |
| | | | **11.2** | |
| Scott Martinez | 12/18/09 | 11 | 0.2 | Phone call with Young Conaway regarding the JP Morgan discovery request |
| Scott Martinez | 12/18/09 | 11 | 0.5 | Followed up on the JP Morgan discovery request with AHM employees |
| Scott Martinez | 12/18/09 | 6 | 0.3 | Work session with AHM employees regarding EPD and breach claims |
| | | | **1.0** | |
| Scott Martinez | 12/21/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 12/21/09 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 12/21/09 | 5 | 1.0 | Updated the cash flow projections |
| Scott Martinez | 12/21/09 | 6 | 1.2 | Reviewed the updated claims analysis |
| | | | **5.5** | |
| Scott Martinez | 12/22/09 | 8 | 0.5 | Prepared the supporting analyses for Zolfo Cooper's November fee application |
| Scott Martinez | 12/22/09 | 3 | 0.5 | Phone call with Young Conaway regarding the Mt. Prospect building |
| Scott Martinez | 12/22/09 | 2 | 1.5 | Reviewed draft quarterly operating report for the period ended 9/30/09 |
| Scott Martinez | 12/22/09 | 6 | 0.5 | Phone call with AHM employees regarding the repo claims |
| | | | **3.0** | |
| Scott Martinez | 12/23/09 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 12/23/09 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 12/23/09 | 6 | 0.5 | Participated in a conference call with Young Conaway, ZC and Hahn & Hessen regarding the Dobbens appeal |
| Scott Martinez | 12/23/09 | 3 | 0.3 | Phone call with AHM employees regarding the files in the NJ warehouse |
| Scott Martinez | 12/23/09 | 6 | 0.5 | Reviewed the revised draft of the letter to accompany the check to NY State for sales and use tax owed |
| Scott Martinez | 12/23/09 | 5 | 0.2 | Prepared the professional fee wire request documents |
| Scott Martinez | 12/23/09 | 10 | 0.5 | Reviewed the amendment to the AH Bank sale and purchase agreement |
| | | | **4.0** | |
| Scott Martinez | 12/24/09 | 3 | 1.0 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 12/24/09 | 5 | 1.5 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 12/24/09 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 12/24/09 | 3 | 0.7 | Prepared for and participated in a call with Young Conaway regarding the Mt. Prospect building |
| | | | **3.5** | |
| Scott Martinez | 12/28/09 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 12/28/09 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 12/28/09 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 12/28/09 | 3 | 0.2 | Work session with AHM employees regarding documentation for the OTS exam |
| | | | **4.0** | |
| Scott Martinez | 12/29/09 | 3 | 1.0 | Participated in conference call with AHM and Marsh regarding Melville Reinsurance |
| Scott Martinez | 12/29/09 | 3 | 1.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 12/29/09 | 5 | 0.5 | Prepared the professional fee wire request documents |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 12/29/09 | 2 | 0.5 | Reviewed the revised quarterly operating reports for the period ended September 2009 |
| | | | 3.5 | |
| Scott Martinez | 12/30/09 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 12/30/09 | 5 | 0.7 | Reviewed cash management activity |
| Scott Martinez | 12/30/09 | 5 | 1.0 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 12/30/09 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| | | | 3.0 | |
| | | Total | 158.1 | |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Elizabeth Kardos | 12/7/09 | 8 | 0.8 | Discussions with ZC professionals regarding discovery request |
| | | | 0.8 | |
| Elizabeth Kardos | 12/8/09 | 8 | 0.2 | Discussions with ZC professionals regarding discovery request |
| | | | 0.2 | |
| Elizabeth Kardos | 12/9/09 | 8 | 0.5 | Reviewed and revised draft hold memo in connection with discovery request |
| | | | 0.5 | |
| Elizabeth Kardos | 12/22/09 | 8 | 0.2 | Reviewed monthly fee statement |
| | | | 0.2 | |
| | | Total | 1.7 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Laura Capen Verry | 12/8/09 | 8 | 0.5 | Reviewed discovery request and prepared draft hold notice |
| | | | 0.5 | |
| Laura Capen Verry | 12/9/09 | 8 | 1.3 | Discussed discovery request with ZC professionals, finalized and issued hold memo |
| | | | 1.3 | |
| Laura Capen Verry | 12/14/09 | 8 | 1.0 | Call with ZC professionals regarding document production.  Work on email retrieval |
| | | | 1.0 | |
| | | Total | 2.8 | |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 1**          **FINANCING**

| Professional | Hourly Rate | December 2009 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 10.20 | $ 193.75 |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 75.00 | $ 12,302.50 |
| Bret Fernandes | $ 675 | 0.00 | $ – | 41.00 | $ 24,250.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 22.80 | $ 14,357.00 |
| Robert Semple | $ 640 | 0.00 | $ – | 0.00 | $ – |
| Mark Lymbery | $ 590 | 0.00 | $ – | 0.00 | $ – |
| Scott Martinez | $ 465 | 0.00 | $ – | 2.70 | $ 1,174.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 0.00 | $ – | 151.70 | $ 52,278.25 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 2**           **COURT REPORTING**

| Professional | Hourly Rate | December 2009 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 0.00 | $ – |
| Kevin Nystrom | $ 775 | 2.00 | $ 1,550.00 | 17.50 | $ 5,842.50 |
| Bret Fernandes | $ 675 | 0.00 | $ – | 0.20 | $ 129.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 0.00 | $ – |
| Robert Semple | $ 640 | 0.00 | $ – | 13.00 | $ 7,345.00 |
| Mark Lymbery | $ 590 | 0.00 | $ – | 31.80 | $ 17,490.00 |
| Scott Martinez | $ 465 | 5.20 | $ 2,418.00 | 64.30 | $ 28,788.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 24.10 | $ 9,037.50 |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 7.20 | $ 3,968.00 | 150.90 | $ 68,632.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 3**          **CHAPTER 11 PROCESS**

| Professional | Hourly Rate | December 2009 Hours | December 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 17.50 | $ 4,262.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 40.50 | $ 12,910.00 |
| Bret Fernandes | $ 675 | 2.70 | $ 1,822.50 | 1570.40 | $ 940,322.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 75.30 | $ 47,209.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 130.50 | $ 76,745.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 291.00 | $ 166,310.00 |
| Scott Martinez | $ 465 | 43.10 | $ 20,041.50 | 1702.70 | $ 754,362.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 138.90 | $ 60,757.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.60 | $ 225.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 43.00 | $ 2,150.00 |
| Total | | 45.80 | $ 21,864.00 | 4010.40 | $ 2,065,252.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

## CATEGORY 4      BUSINESS OPERATIONS

| Professional | Hourly Rate | December 2009 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 476.05 | $ 152,636.25 |
| Kevin Nystrom | $ 775 | 5.00 | $ 3,875.00 | 355.00 | $ 91,942.50 |
| Bret Fernandes | $ 675 | 1.30 | $ 877.50 | 285.10 | $ 177,044.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 217.40 | $ 136,080.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 1212.10 | $ 705,255.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 465 | 0.50 | $ 232.50 | 3.00 | $ 1,335.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 9.10 | $ 3,944.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1.70 | $ 595.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 6.80 | $ 4,985.00 | 2559.45 | $ 1,268,832.75 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 5**          **CASH MANAGEMENT**

| Professional | Hourly Rate | December 2009 Hours | December 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 1.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 91.50 | $ 21,127.50 |
| Bret Fernandes | $ 675 | 1.00 | $ 675.00 | 393.50 | $ 233,216.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 4.60 | $ 2,898.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 275.10 | $ 154,753.00 |
| Scott Martinez | $ 465 | 40.70 | $ 18,925.50 | 1333.60 | $ 595,462.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 92.30 | $ 38,328.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 7.00 | $ 2,625.00 |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1335.30 | $ 489,437.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 4.00 | $ 200.00 |
| Total | | 41.70 | $ 19,600.50 | 3537.90 | $ 1,538,048.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 6**          **CLAIMS ADMINISTRATION**

| Professional | Hourly Rate | December 2009 Hours | Value | Cumulative Hours | Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 7.25 | $ 2,712.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 45.00 | $ 20,162.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 87.90 | $ 55,021.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1.50 | $ 945.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 166.50 | $ 98,299.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 26.90 | $ 15,267.00 |
| Scott Martinez | $ 465 | 15.70 | $ 7,300.50 | 220.00 | $ 100,110.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 1881.60 | $ 822,731.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | | |
| Total | | 15.70 | $ 7,300.50 | 2436.65 | $ 1,115,249.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 7**            **UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

| Professional | Hourly Rate | December 2009 Hours | December 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 0.00 | $ - |
| Bret Fernandes | $ 675 | 0.00 | $ - | 2.00 | $ 1,180.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 465 | 0.00 | $ - | 1.00 | $ 450.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | | |
| | | | | | |
| Total | | 0.00 | $ - | 3.00 | $ 1,630.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 8**　　　　**ENGAGEMENT ADMINISTRATION**

| Professional | Hourly Rate | December 2009 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 3.50 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 41.50 | $ 10,640.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 37.40 | $ 23,188.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 21.90 | $ 12,808.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 5.40 | $ 3,106.00 |
| Scott Martinez | $ 465 | 2.50 | $ 1,162.50 | 37.30 | $ 16,968.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 52.30 | $ 22,824.00 |
| Elizabeth Kardos | $ 425 | 1.70 | $ 722.50 | 56.70 | $ 22,512.50 |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 235.20 | $ 83,185.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 2.80 | $ 630.00 | 68.00 | $ 13,951.00 |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 7.00 | $ 2,515.00 | 559.20 | $ 209,183.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 9**          **ASSET ANALYSIS**

| Professional | Hourly Rate | December 2009 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $    850 | 0.00 | $      - | 0.00 | $             - |
| Kevin Nystrom | $    775 | 0.00 | $      - | 2.50 | $      720.00 |
| Bret Fernandes | $    675 | 0.00 | $      - | 151.00 | $  91,261.00 |
| Mitchell Taylor | $    695 | 0.00 | $      - | 0.30 | $      186.00 |
| Robert Semple | $    640 | 0.00 | $      - | 2.00 | $    1,130.00 |
| Mark Lymbery | $    590 | 0.00 | $      - | 0.00 | $             - |
| Scott Martinez | $    465 | 0.00 | $      - | 0.00 | $             - |
| Puneet Agrawal | $    465 | 0.00 | $      - | 0.00 | $             - |
| Elizabeth Kardos | $    425 | 0.00 | $      - | 0.00 | $             - |
| Linda Cheung | $    375 | 0.00 | $      - | 0.00 | $             - |
| Carmen Bonilla | $    375 | 0.00 | $      - | 0.00 | $             - |
| Rebecca Randall | $    345 | 0.00 | $      - | 0.00 | $             - |
| Laura Capen Verry | $    225 | 0.00 | $      - | 0.00 | $             - |
| Sam Mitchell | $      50 | 0.00 | $      - | 0.00 | $             - |
| Total | | 0.00 | $      - | 155.80 | $  93,297.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 10**          **ASSET DISPOSITION**

| Professional | Hourly Rate | December 2009 Hours | December 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 108.45 | $ 13,717.50 |
| Kevin Nystrom | $ 775 | 23.50 | $ 18,212.50 | 507.50 | $ 120,465.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 739.50 | $ 436,038.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1002.30 | $ 625,625.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 854.70 | $ 494,725.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 75.10 | $ 41,949.00 |
| Scott Martinez | $ 465 | 2.50 | $ 1,162.50 | 287.70 | $ 128,704.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 72.30 | $ 31,096.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 26.00 | $ 19,375.00 | 3647.55 | $ 1,892,320.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 11**          **LITIGATION**

| Professional | Hourly Rate | December 2009 Hours | December 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 22.05 | $ 6,820.00 |
| Kevin Nystrom | $ 775 | 9.50 | $ 7,362.50 | 232.75 | $ 164,217.50 |
| Bret Fernandes | $ 675 | 0.70 | $ 472.50 | 353.00 | $ 222,750.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 64.40 | $ 40,542.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 31.00 | $ 18,290.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 465 | 35.90 | $ 16,693.50 | 223.50 | $ 103,143.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 13.90 | $ 6,046.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.90 | $ 337.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 14.00 | $ 700.00 |
| Total | | 46.10 | $ 24,528.50 | 955.50 | $ 562,846.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 12**       **MEETINGS OF CREDITORS**

| Professional | Hourly Rate | December 2009 Hours | December 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 18.70 | $ 7,362.50 |
| Kevin Nystrom | $ 775 | 1.50 | $ 1,162.50 | 74.00 | $ 14,462.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 34.20 | $ 21,515.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 2.00 | $ 1,180.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 1.50 | $ 825.00 |
| Scott Martinez | $ 465 | 12.00 | $ 5,580.00 | 175.00 | $ 78,816.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 41.20 | $ 18,384.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 61.10 | $ 22,800.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 13.50 | $ 6,742.50 | 407.70 | $ 165,345.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 13**        **DIP BUDGET REPORTING**

| Professional | Hourly Rate | December 2009 Hours | December 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 4.00 | $ - |
| Bret Fernandes | $ 675 | 0.00 | $ - | 2.60 | $ 1,430.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 1.10 | $ 605.00 |
| Scott Martinez | $ 465 | 0.00 | $ - | 22.00 | $ 9,570.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 46.70 | $ 17,107.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 76.40 | $ 28,712.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 14**        **SECURED LENDERS NEGOTIATION**

| Professional | Hourly Rate | December 2009 Hours | December 2009 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 73.50 | $ 14,337.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 274.00 | $ 28,927.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 32.60 | $ 19,234.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 262.30 | $ 164,883.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 576.80 | $ 329,864.00 |
| Scott Martinez | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 802.40 | $ 337,747.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 2021.60 | $ 894,993.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to December 31, 2009

**CATEGORY 15**          **COMMUNICATIONS MATTERS**

| Professional | Hourly Rate | December 2009 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 5.75 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 10.00 | $ 1,662.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 15.30 | $ 9,486.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 3.40 | $ 1,870.00 |
| Scott Martinez | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 212.30 | $ 76,102.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 22.80 | $ 7,410.00 |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 269.55 | $ 96,531.00 |

**AMERICAN HOME MORTGAGE**
**EXPENSES BY DAY BY PROFESSIONAL**
**DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| EMPLY | NAME | DATE | | | AMOUNT |
|---|---|---|---|---|---|
| 325 | Martinez S. | 11/30/2009 | Ground Transportation | | 104.12 |
| 325 | Martinez S. | 11/30/2009 | Hotel | | 198.81 |
| 325 | Martinez S. | 12/1/2009 | Ground Transportation | | 104.12 |
| 325 | Martinez S. | 12/1/2009 | Hotel | | 198.81 |
| 325 | Martinez S. | 12/1/2009 | Meals | LUNCH - 1 | 16.66 |
| 325 | Martinez S. | 12/1/2009 | Meals | DINNER - 1 | 50.00 |
| 325 | Martinez S. | 12/2/2009 | Ground Transportation | | 104.12 |
| 325 | Martinez S. | 12/2/2009 | Hotel | | 198.81 |
| 325 | Martinez S. | 12/2/2009 | Meals | LUNCH - 3 | 40.73 |
| 325 | Martinez S. | 12/2/2009 | Meals | DINNER - 1 | 22.14 |
| 325 | Martinez S. | 12/3/2009 | Ground Transportation | | 104.12 |
| 325 | Martinez S. | 12/3/2009 | Hotel | | 198.81 |
| 325 | Martinez S. | 12/3/2009 | Meals | BRKFST - 1 | 12.50 |
| 325 | Martinez S. | 12/3/2009 | Meals | LUNCH - 1 | 12.59 |
| 325 | Martinez S. | 12/3/2009 | Meals | DINNER - 1 | 26.72 |
| 325 | Martinez S. | 12/4/2009 | Ground Transportation | | 104.13 |
| 325 | Martinez S. | 12/4/2009 | Ground Transportation | TOLLS | 7.16 |
| 325 | Martinez S. | 12/4/2009 | Ground Transportation | GAS | 34.25 |
| 325 | Martinez S. | 12/4/2009 | Ground Transportation | EZ PASS TOLL | 10.00 |
| 325 | Martinez S. | 12/7/2009 | Ground Transportation | | 105.46 |
| 325 | Martinez S. | 12/7/2009 | Ground Transportation | TOLLS | 5.50 |
| 325 | Martinez S. | 12/7/2009 | Hotel | | 199.82 |
| 325 | Martinez S. | 12/7/2009 | Meals | LUNCH - 1 | 17.75 |
| 325 | Martinez S. | 12/7/2009 | Meals | DINNER - 1 | 25.73 |
| 325 | Martinez S. | 12/8/2009 | Ground Transportation | | 105.46 |
| 325 | Martinez S. | 12/8/2009 | Ground Transportation | | 21.50 |
| 325 | Martinez S. | 12/8/2009 | Hotel | | 199.82 |
| 325 | Martinez S. | 12/8/2009 | Meals | DINNER - 1 | 11.13 |
| 325 | Martinez S. | 12/8/2009 | Travel Expense | TIP | 10.00 |

AMERICAN HOME MORTGAGE
EXPENSES BY DAY BY PROFESSIONAL
DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| EMPL# | NAME | DATE | | | AMOUNT |
|---|---|---|---|---|---|
| 325 | Martinez S. | 12/9/2009 | Ground Transportation | | 105.46 |
| 325 | Martinez S. | 12/9/2009 | Hotel | | 199.83 |
| 325 | Martinez S. | 12/9/2009 | Meals | BRKFST - 1 | 11.00 |
| 325 | Martinez S. | 12/9/2009 | Meals | DINNER - 1 | 30.83 |
| 325 | Martinez S. | 12/10/2009 | Ground Transportation | | 105.46 |
| 325 | Martinez S. | 12/10/2009 | Ground Transportation | TOLLS | 7.16 |
| 325 | Martinez S. | 12/10/2009 | Ground Transportation | GAS | 16.00 |
| 325 | Martinez S. | 12/10/2009 | Meals | LUNCH - 1 | 17.70 |
| 325 | Martinez S. | 12/11/2009 | Ground Transportation | | 105.48 |
| 325 | Martinez S. | 12/11/2009 | Ground Transportation | EZ PASS TOLL | 10.00 |
| 325 | Martinez S. | 12/14/2009 | Ground Transportation | | 103.82 |
| 325 | Martinez S. | 12/14/2009 | Hotel | | 199.82 |
| 325 | Martinez S. | 12/14/2009 | Ground Transportation | TOLLS | 5.50 |
| 325 | Martinez S. | 12/14/2009 | Meals | LUNCH - 1 | 18.55 |
| 325 | Martinez S. | 12/14/2009 | Meals | DINNER - 1 | 23.88 |
| 325 | Martinez S. | 12/15/2009 | Ground Transportation | | 103.82 |
| 325 | Martinez S. | 12/15/2009 | Hotel | | 199.82 |
| 325 | Martinez S. | 12/15/2009 | Meals | LUNCH - 1 | 13.77 |
| 325 | Martinez S. | 12/15/2009 | Meals | DINNER - 1 | 22.04 |
| 325 | Martinez S. | 12/16/2009 | Ground Transportation | | 103.82 |
| 325 | Martinez S. | 12/16/2009 | Hotel | | 199.82 |
| 325 | Martinez S. | 12/16/2009 | Meals | BRKFST - 1 | 13.34 |
| 325 | Martinez S. | 12/16/2009 | Meals | LUNCH - 2 | 26.00 |
| 325 | Martinez S. | 12/16/2009 | Meals | DINNER - | 21.50 |
| 325 | Martinez S. | 12/17/2009 | Ground Transportation | | 103.81 |
| 325 | Martinez S. | 12/17/2009 | Ground Transportation | TOLLS | 7.16 |
| 325 | Martinez S. | 12/17/2009 | Ground Transportation | GAS | 19.50 |
| 325 | Martinez S. | 12/17/2009 | Ground Transportation | EZ PASS | 10.00 |
| 325 | Martinez S. | 12/17/2009 | Meals | BRKFST - 1 | 9.32 |

2

AMERICAN HOME MORTGAGE
EXPENSES BY DAY BY PROFESSIONAL
DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| EMPL# | NAME | DATE | | | AMOUNT |
|---|---|---|---|---|---|
| 325 | Martinez S. | 12/17/2009 | Meals | LUNCH - 1 | 10.32 |
| 325 | Martinez S. | 12/31/2009 | Phone | JAN | 138.32 |
| | | | TOTALS: | | $4,213.62 |
| | | | | | |
| 401 | Nystrom K. | 12/6/2009 | Phone | NOV | 82.71 |
| 401 | Nystrom K. | 12/8/2009 | Meals | LUNCH - 2 | 50.00 |
| | | | TOTALS: | | $132.71 |
| | | | | | |
| 9999 | Accounts P. | 11/30/2009 | Meals | NYSTROM SEAMLESS WEB | 8.60 |
| 9999 | Accounts P. | 12/9/2009 | Meals | NYSTROM SEAMLESS WEB | 7.98 |
| 9999 | Accounts P. | 12/10/2009 | Phone | NOV PREMIER GLOBAL | 150.29 |
| 9999 | Accounts P. | 12/14/2009 | Meals | NYSTROM SEAMLESS WEB | 11.10 |
| 9999 | Accounts P. | 12/17/2009 | Meals | NYSTROM SEAMLESS WEB | 11.87 |
| 9999 | Accounts P. | 12/24/2009 | Postage | FED EX | 5.08 |
| 9999 | Accounts P. | 12/30/2009 | Postage | FED EX | 49.40 |
| 9999 | Accounts P. | 12/31/2009 | Copy Charges | | 24.80 |
| 9999 | Accounts P. | 12/31/2009 | Phone | PREMIER GLOBAL | 120.33 |
| 9999 | Accounts P. | 12/31/2009 | Postage | | 3.46 |
| 9999 | Accounts P. | 12/31/2009 | Postage | FED EX | 21.26 |
| | | | TOTALS: | | $414.17 |
| | | | | | |
| | | | TOTAL DECEMBER EXPENSES: | | $4,760.50 |

3