## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                                      :       Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :       Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                           :
                                                            :       Jointly Administered
                                                            :
        Debtors.                                            :       **Ref. Docket Nos. 5181 & 5463**

------------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER RESOLVING DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 7066

On January 4, 2008, Charles P. Doyle filed claim number 7066 ("Claim 7066") asserting a claim in the total amount of $22,821.04, of which $10,950 was listed as being entitled to priority unsecured status, on account of an unpaid bonus payment. Claim 7066 failed to name the debtor entity against which such claim was asserted.

On July 18, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 5181]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge Claim 7066 on the grounds that Mr. Doyle was not entitled to the claimed amount pursuant to the terms of his employment contract. On August 18, 2008, the Court entered an order [Docket No. 5463] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 7066.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Following good faith negotiations and further review of the relevant records, the parties have agreed that American Home Mortgage Corp. (Case No. 07-11051) is the correct debtor entity against which Claim 7066 should have been asserted and that Claim 7066 should be allowed in the following priorities and amounts: (i) a priority unsecured claim, pursuant to 11 U.S.C. § 507(a)(4), in the amount of $10,950; and (ii) a general unsecured claim in the amount of $11,871.04.

A proposed form of order (the "Proposed Order") reflecting this agreement is attached hereto as Exhibit A.  Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: February 3, 2010
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x

In re:                                                  :      Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :      Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                      :
                                                        :      Jointly Administered
         Debtors.                                       :
                                                        :      **Ref. Docket No. 5181 and 5463**
--------------------------------------------------------------------- x

## CONSENSUAL ORDER RESOLVING DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 7066

Upon consideration of the thirteenth omnibus (substantive) objection to claims

(the "Objection") [Docket No. 5181] of the above-captioned debtors and debtors in possession

(the "Debtors"); and the Court having entered an order [Docket No. 5463] sustaining the

Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 7066

("Claim 7066") filed by Charles P. Doyle; and it appearing that the Court has jurisdiction over

this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is

hereby

ORDERED that Claim 7066 is reassigned to American Home Mortgage Corp.

(Case No. 07-11051) and allowed against American Home Mortgage Corp. (Case No. 07-11051)

in the following priorities and amounts: (i) a priority unsecured claim, pursuant to 11 U.S.C. §

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

507(a)(4) in the amount of $10,950; and (ii) a general unsecured claim in the amount of

$11,871.04; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims, or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
      February ____, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2