IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :  Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :  Jointly Administered
     Debtors.                                                            :
                                                                         :  Ref. Docket Nos. 5181 & 5463
------------------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER RESOLVING
DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS
WITH RESPECT TO PROOF OF CLAIM NO. 6085**

On December 21, 2007, Joseph R. Spinelli, Jr. filed claim numbered 6085 ("Claim 6085") apparently asserting a priority unsecured claim in the amount of $6,706.88 on account of an unpaid bonus payment. Claim 6085 failed to name the debtor entity against which such claim was asserted. In addition, Mr. Spinelli appears to have inadvertently checked the boxes on the proof of claim form for both priority and non-priority status with respect to the amounts owed to him on account of such bonus payment. Therefore, Claim 6085 may be read as asserting a priority unsecured claim in the amount of $6,706.88 and a general unsecured claim in the same amount.

On July 18, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 5181]. By the Objection, the Debtors requested, *inter alia*, that the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Court disallow and expunge Claim 6085 on the grounds that Mr. Spinelli was not entitled to the claimed amount pursuant to the terms of his employment contract. On August 18, 2008, the Court entered an order [Docket No. 5463] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 6085.

Following good faith negotiations and further review of the relevant records, the parties have agreed that American Home Mortgage Corp. (Case No. 07-11051) is the correct debtor entity against which Claim 6085 should have been asserted and that Claim 6085 should be allowed as a priority unsecured claim pursuant to 11 U.S.C. § 507(a)(4) in the amount of $6,706.88.

A proposed form of order (the "Proposed Order") reflecting this agreement is attached hereto as Exhibit A. Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: February 3, 2010
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

_____
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :  Jointly Administered
      Debtors.                                                         :
                                                                       :  Ref. Docket No. 5181 and 5463
---------------------------------------------------------------------- x

### CONSENSUAL ORDER RESOLVING DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 6085

Upon consideration of the thirteenth omnibus (substantive) objection to claims (the "Objection") [Docket No. 5181] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered an order [Docket No. 5463] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 6085 ("Claim 6085") filed by Joseph R. Spinelli, Jr.; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 6085 is reassigned to American Home Mortgage Corp. (Case No. 07-11051) and modified and reclassified such that Claim 6085 is allowed against American Home Mortgage Corp. (Case No. 07-11051) as a priority unsecured claim pursuant to 11 U.S.C. § 507(a)(4) in the amount of $6,706.88; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       February ___, 2010

                                                Christopher S. Sontchi
                                                United States Bankruptcy Judge

DB02:9155180.1                                    066585.1001