UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __07-11047__   ● BK   ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
__Order Regarding Claims of Mona Dobben__
       Docket Number: __8424__    Date Entered: __12/17/2009__

Item Transmitted:   ● Notice of Appeal        ○ Motion for Leave to Appeal
                    ○ Amended Notice of Appeal    ○ Cross Appeal
                    Docket Number: __8436__     Date Filed: __12/24/09__

| *Appellant/Cross Appellant: | *Appellee/Cross Appellee |
|---|---|
| American Home Mortgage Holdings, Inc.. | Mona Dobben |
| **Counsel for Appellant:** | **Counsel for Appellee:** |
| Curtis J Crowther | Vivian Houghton / Douglas J Pettibone |
| Young Conaway Stargatt & Taylor | 800 N West Street |
| 1000 West Street | Wilmington DE 19801 |
| Wilmington, DE 19899 |  |
| 302-571-6755 | 302-658-0518 x 102 |

*If additional room is needed, please attach a separate sheet.*

Filing Fee paid?   ● Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ● No

Have Additional Appeals to the Same Order been Filed?   ○ Yes   ● No
   If so, has District Court assigned a Civil Action Number?   ○ Yes   ● No   Civil Action # _____

Additional Notes:
_____

__2/4/2010__                                    By: __Betsy Magnuson__
Date                                                     Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __BAP-09-102__
7/6/06