# Notice Recipients

District/Off: 0311−1         User: Leslie                Date Created: 2/4/2010
Case: 07−11047−CSS           Form ID: ntcBK              Total: 22

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
aty    Michael S. Neiburg       bankfilings@ycst.com

                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     American Home Mortgage Holdings, Inc.    538 Broadhollow Road    Melville, NY 11747
aty    Curtis J Crowther    Young, Conaway, Stargatt &Taylor    The Brandywine Building    1000 West Street, 17th Floor    P.O. Box 391    Wilmington, DE 19899−0391
aty    Donald J. Bowman, Jr.    Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801
aty    Edward J. Kosmowski    Young, Conaway, Stargatt &Taylor    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899
aty    Edwin J. Harron    Young, Conaway, Stargatt &Taylor    The Brandywine Building    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
aty    Erin Edwards    Young, Conaway, Stargatt &Taylor    The Brandywine Building    17th Floor    1000 West Street    Wilmington, DE 19801
aty    Joel A. Waite    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
aty    Kara Hammond Coyle    Young Conaway Stargatt &Taylor LLP    1000 West St., 17th Floor    Brandywine Building    Wilmington, DE 19801
aty    Kenneth J. Enos    Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801
aty    Margaret Whiteman Greecher    Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801
aty    Matthew Barry Lunn    Young, Conaway, Stargatt &Taylor    The Brandywine Building, 17th Floor    1000 West Street    PO Box 391    Wilmington, DE 19899
aty    Nathan D. Grow    Young Conaway Stargatt &Taylor, LLP    The Brandywine Bldg.    17th Floor    Wilmington, DE 19801−0391
aty    Patrick A. Jackson    Young Conaway Stargatt &Taylor, LLP    The Brandywine Bldg 17th Fl,1000 West St    Wilmington, DE 19801
aty    Pauline K. Morgan    Young, Conaway, Stargatt &Taylor    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
aty    Quinn Emanuel    Quinn Emanuel Urquhart Oliver &Hedges
aty    Robert S. Brady    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
aty    Ryan M. Bartley    Young Conaway Stargatt &Taylor, LLP    The Brandywine Building    1000 West Street    17th Fl.    Wilmington, DE 19801
aty    Sean Matthew Beach    Young, Conaway, Stargatt &Taylor    The Brandywine Building, 17th Floor    1000 West Street    PO Box 391    Wilmington, DE 19899
aty    Sharon M Zieg    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg., 17th Floor    1000 West Street    PO Box 391    Wilmington, DE 19899
aty    Travis N. Turner    Young Conaway Stargatt &Taylor, LLP    The Brandywine Bldg., 17th Fl.    1000 West Street    Wilmington, DE 19801

                                                                TOTAL: 20