IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
           Debtors.                                                      :
                                                                         :   Ref. Docket No. 5181 and 5463
------------------------------------------------------------------------ x

**CONSENSUAL ORDER RESOLVING DEBTORS' THIRTEENTH
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT
TO PROOF OF CLAIM NO. 5538**

Upon consideration of the thirteenth omnibus (substantive) objection to claims (the "Objection") [Docket No. 5181] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered an order [Docket No. 5463] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 5538 ("Claim 5538") filed by Thomas J. Guinta; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 5538 is reassigned to American Home Mortgage Corp. (Case No. 07-11051) and modified and reclassified such that Claim 5538 is allowed against American Home Mortgage Corp. (Case No. 07-11051) as a priority unsecured claim, pursuant to 11 U.S.C. § 507(a)(4), in the amount of $10,060.32; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
February 4, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE