**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | **Re: Docket No. 8531** |

**NOTICE OF DOCUMENT ENTERED IN ERROR**

PLEASE TAKE NOTICE that Blank Rome LLP, Co-Counsel to the Official of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., hereby withdraws the *Certificate of No Objection regarding Twentieth Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of November 1, 2009 through November 30, 2009* **[Docket No. 8531]**, filed on February 2, 2010, which was duplicative (of Docket No. 8451) and filed in error.

Dated: February 5, 2010

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

*Co-Counsel for the Official Committee of
Unsecured Creditors of American Home Mortgage
Holdings, Inc., et al*

128189.01600/21852871v.1