# EXHIBIT II

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------------- x

In re:                                                   :    Chapter 11

                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                        :
                                                         :    Jointly Administered
                                                         :
      Debtors.                                           :
                                                         :    **Ref. Docket No. _____**
----------------------------------------------------------------------- x

**ORDER SUSTAINING DEBTORS' FIFTY-FIRST OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Fifty-First Omnibus (Substantive) Objection to Claims

Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local

Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in possession (the

"Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section

502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "Local Rules") disallowing and expunging in full each of the Disputed

Claims[2] identified on Exhibit A attached hereto; and it appearing that the Court has jurisdiction

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM
SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home
Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited
liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak
Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow
Road, Melville, New York 11747.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the
Objection.

Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      March ___, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DB02:9218851.1                                    066585.1001

# EXHIBIT A

## No Liability Claims

## Exhibit A

### No Liability Claims

| | | | | Objectionable Claims | |
|---|---|---|---|---|---|

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS, INC. ATTN; DAVID SOBUL, ESQ. 4500 PARK GRANADA - MS: CH11 CALABASAS, CA 91302 | 10481 | 8/28/08 | 07-11048 | $163,308,368.00 (S) - (A) - (P) - (U) $163,308,368.00 (T) | Claim relates to various breaches of a contract executed by and between claimant and American Home Mortgage Corp. (Case No. 07-11051) in January, 1995 (the "January 1995 Contract"). The debtor entity against which this claim has been asserted, American Home Mortgage Investment Corp. (Case No. 07-11048) ("AHM Investment Corp.") has no liability with respect to the January 1995 Contract because AHM Investment Corp. did not exist until July 2003 and therefore was not a counter-party to such contract. In addition, AHM Investment Corp. is not a guarantor of American Home Mortgage Corp.'s obligations in connection with such contract. Therefore, AHM Investment Corp. has no liability with respect to any alleged breaches of the January 1995 Contract and this claim should be disallowed and expunged in its entirety. *Note: By the Debtors' Forty-Second Omnibus Claims Objection [Docket No. 8049], the Debtors objected to two other proofs of claim [POC Nos. 10476 & 10480] filed by this claimant in connection with the January 1995 Contract on the grounds that the applicable debtor entities (American Home Mortgage Acceptance, Inc. and American Home Mortgage Holdings, Inc., respectively) had no liability because such contract was executed by and between claimant and American Home Investment Corp. By order dated October 14, 2009 [Docket No. 8186], the Court sustained the Objection in part and expunged POC Nos. 10476 & 10480. The Debtors submit that American Home Mortgage Investment Corp was inadvertently identified as the counter-party to the January 1995 Contract. As noted above, American Home Mortgage Corp. is the only debtor entity that was a signatory under the January 1995 Contract. |

—————— Objectionable Claims ——————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | 10745 | 11/6/09 | 07-11047 | $217,069.00 (S)<br>- (A)<br>- (P)<br>$8,184.25 (U)<br>$225,253.25 (T) | Most of the claimed amount relates to 2008 and/or 2009 secured real estate taxes for 63 properties and unsecured supplemental taxes for 23 parcels. The Debtors have no liability for the claimed tax years with respect to this portion because the Debtors do not own or service the loans applicable to such properties/parcels and, by information and belief, the current servicer of the mortgage loans applicable to such properties/parcels have or will satisfy such taxes in the ordinary course of business from the escrow account held by the servicer. American Home Mortgage Servicing, Inc. (AHMSI) was previously sold by the Debtors.<br><br>A small portion of the claim relates to two 2008 and 2009 tax bills on personal property. The Debtors have no liability with respect to this portion because the applicable office closed in August 2007 and therefore the debtor had no interest in such property for the claimed tax years of 2008 and 2009. |

| Totals: | 2 Claims | | | $163,525,437.00 (S)<br>- (A)<br>- (P)<br>$8,184.25 (U)<br>$163,533,621.25 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.