## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | **Re: D.I. 7372** |
| Debtors. | ) | |
| | ) | |

## CERTIFICATION OF COUNSEL

I, Thomas G. Macauley, a partner at Zuckerman Spaeder LLP and co-counsel to the Official Committee of Borrowers (the "Borrowers Committee"), hereby certify as follows:

1. On May 11, 2009, Margot Saunders ("Saunders) filed her First and Final Fee Application for Allowance of Fees and Reimbursement of Expenses as Testifying Expert on Behalf of the Official Committee of Borrowers for the Period January 20, 2009 Through February 28, 2009 (the "Application").

2. Although the Creditors Committee and the Debtors objected to the Counsel Applications -- which the Court subsequently overruled -- no objection was filed with respect to the Application. Accordingly, on June 3, 2009, a Certificate of No Objection was filed. Moreover the Fee Examiner submitted a report, dated October 6, 2009, finding in Paragraph 23 that the Application was acceptable.

3. I have attached a form of order approving the Application.

2515653.1

WHEREFORE, the Borrowers Committee respectfully requests that the Court enter the attached form of order.

Dated: Wilmington, Delaware
February 5, 2010

        ZUCKERMAN SPAEDER LLP

        _/s/ Thomas G. Macauley_
        Thomas G. Macauley (ID No. 3411)
        919 Market Street, Suite 990
        P.O. Box 1028
        Wilmington, Delaware 19899
        Telephone: (302) 427-0400
        Facsimile:  (302) 427-8242

        Attorneys for the Official Committee of Borrowers

2515653.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc. et al., | ) | Case No. 07-11047 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. 7372** |

## ORDER

Upon consideration of First Interim Fee Application of Margot Saunders for Allowance of Fees and Reimbursement of Expenses as Testifying Expert on Behalf of The Official Committee of Borrowers for the Period January 20, 2009 Through February 28, 2009 (the "Application") filed on May 11, 2009, and the Court having reviewed the Application; and the Court finding that the notice of the First Interim Fee Application was adequate under the circumstances; and upon the record of these chapter 11 cases;

IT IS HEREBY ORDERED that the Application is GRANTED.

Dated: February ___, 2010

_____
Christopher S. Sontchi
United States Bankruptcy Judge

2500391.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2010, a copy of the foregoing was served by regular first class mail, postage prepaid, on:

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Mr. M. Jacob Renick
Fee Examiner
NachmanHaysBrownstein, Inc.
Olympic Tower
645 Fifth Avenue, 8th Floor
New York, NY 10022

Sean M. Beach, Esquire
Margaret W. Greecher, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

---
Thomas G. Macauley (ID No. 3411)

2112514.1