## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc. et al., | ) | Case No. 07-11047 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. 7372** |

## ORDER

Upon consideration of First Interim Fee Application of Margot Saunders for Allowance of Fees and Reimbursement of Expenses as Testifying Expert on Behalf of The Official Committee of Borrowers for the Period January 20, 2009 Through February 28, 2009 (the "Application") filed on May 11, 2009, and the Court having reviewed the Application; and the Court finding that the notice of the First Interim Fee Application was adequate under the circumstances; and upon the record of these chapter 11 cases;

IT IS HEREBY ORDERED that the Application is GRANTED.

Dated: February 8, 2010

Christopher S. Sontchi
United States Bankruptcy Judge

2500391.1