## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                               :      Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,               :      Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                   :
                                                     :      Jointly Administered

       Debtors.                                      :      **Ref. Docket Nos. 5181 & 5463**

------------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER RESOLVING DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 646

On September 11, 2007, Mitchell Eininger filed claim numbered 646 ("Claim 646") asserting a priority unsecured claim in the amount of $66,666.68 against American Home Mortgage Holdings, Inc. (Case No. 07-11047) ("AHM Holdings") on account of unpaid vacation time.

On July 18, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 5181]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge Claim 646 on the grounds that Mr. Eininger was not entitled to the claimed amount pursuant to the terms of his employment contract.

On August 18, 2008, the Court entered an order [Docket No. 5463] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 646.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Following good faith negotiations and further review of the relevant records, the parties

have agreed that American Home Mortgage Corp. (Case No. 07-11051) is the correct debtor

entity against which Claim 646 should have been asserted and that Claim 646 should be allowed

in full but reclassified to unsecured non-priority.  Therefore, the parties have agreed to reclassify

and reassign Claim 646 such that Mitchell Eininger should have an allowed general unsecured

claim in the amount of $66,666.68 against American Home Mortgage Corp. (Case No. 07-

11051).

A proposed form of order (the "Proposed Order") reflecting this agreement is attached

hereto as Exhibit A.  Based on the foregoing, the Debtors respectfully request that the Court

enter the Proposed Order at its earliest convenience.

Dated: February 8, 2010
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP


Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

DB02: 9195092.1                                                          066585.1001

## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------  x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                    :
                                                    :    Jointly Administered
                                                    :
         Debtors.                                   :    Ref. Docket Nos. 5181 & 5463
                                                    :
------------------------------------------------------------------------  x
```

### CONSENSUAL ORDER RESOLVING DEBTORS' THIRTEENTH
### OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT
### TO PROOF OF CLAIM NO. 646

Upon consideration of the thirteenth omnibus (substantive) claims objection (the "Objection") [Docket No. 5181] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered an order [Docket No. 5463] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 646 ("Claim 646") filed by Mitchell Eininger; and the Debtors and Mr. Eininger having agreed that Claim 646 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

ORDERED that Claim 646 is reclassified and allowed as a general unsecured claim in the amount of $66,666.68 and reassigned to American Home Mortgage Corp. (Case No. 07-11051); and it is further

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ ___, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2