IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------X

In re:                                                    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,          Case No. 07-11047 (CSS)
a Delaware corporation, et al.,

                            Debtors.

------------------------------------------------------------------------X

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Rosenthal, Monhait & Goddess, P.A. and Diamond

McCarthy LLP hereby enter their appearance as counsel on behalf of *B&M Management Corp.*

in the above-captioned bankruptcy proceeding, pursuant to Sections 342(a) and 1109(b) of the

Bankruptcy Code, 11 U.S.C. §§ 342(a) and 1109(b), and Federal Rules of Bankruptcy Procedure

2002 and 9010, and request that all notices and all papers served in this case be given to and

served upon:

Norman M. Monhait, Esquire
ROSENTHAL, MONHAIT & GODDESS, PA
919 North Market Street, Suite 1401
Wilmington, DE  19801
Telephone:  (302) 656-4433
Facsimile:  (302) 658-7567
E-mail:  nmonhait@rmgglaw.com

and

Allan B. Diamond, Esquire
Christopher A. Provost, Esquire
DIAMOND McCARTHY LLP
909 Fannin Street, 15th Floor
Two Houston Center
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

and

620 Eighth Avenue, 39th floor
New York Times Building
New York, New York 10018
Telephone:  (212) 430-5400
Facsimile:  (212) 430-5400
E-mail:  adiamond@diamondmccarthy.com
E-mail:  cprovost@diamondmccarthy.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices

and papers specifically referred to in the Bankruptcy Rules and Bankruptcy Code provisions

specified above, but also includes, without limitation, any and all notices, motions, applications,

orders, petitions, pleadings, requests, complaints, demands, statements, certificates, affidavits,

exhibits, reports, or schedules, whether formal or informal, and whether transmitted or conveyed

by mail, courier, hand-delivery, telephone, facsimile, electronic mail, or otherwise.

Dated: February 9, 2010                    **ROSENTHAL, MONHAIT & GODDESS, P.A.**

                                           Norman M. Monhait, Esq. (DE 1040)
                                           919 North Market Street, Suite 1401
                                           Wilmington, DE  19801
                                           Telephone:  (302) 656-4433
                                           Facsimile:  (302) 658-7567
                                           E-mail:  nmonhait@rmgglaw.com

                                                   -and-

                                           **DIAMOND McCARTHY LLP**
                                           Allan B. Diamond, Esquire
                                           Christopher A. Provost, Esquire
                                           620 8th Avenue, 39th Floor
                                           New York Times Building
                                           New York, New York 10018
                                           Telephone:  (212) 430-5400
                                           Facsimile:  (212) 430-5499
                                           E-mail:  adiamond@diamondmccarthy.com
                                           E-mail:  cprovost@diamondmccarthy.com

                                           *Attorneys for B&M Management Corp.*