EXHIBIT "A"

**AMERICAN HOME MORTGAGE**
**Time Summary**
**December 1, 2009 to December 31, 2009**

| Professional | Category | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| DAVID E BERLINER | PARTNER | 22.6 | 610.00 | 13,786.00 |
| ROBERT M KLEIN | PARTNER | 0.2 | 600.00 | 120.00 |
| KEVIN MCCOLGAN | DIRECTOR | 1.5 | 450.00 | 675.00 |
| MICHELE MICHAELIS | DIRECTOR | 6.5 | 450.00 | 2,925.00 |
| CHRIS AWONG | SENIOR | 14.0 | 275.00 | 3,850.00 |
| MATTHEW J STEWART | SENIOR | 72.2 | 240.00 | 17,328.00 |
| KEVIN REINLE | SENIOR | 11.2 | 225.00 | 2,520.00 |
| NAUSHON E VANDERHOOP | SENIOR | 3.1 | 190.00 | 589.00 |
| ALAINA D MASLER | STAFF | 0.8 | 180.00 | 144.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 6.2 | 150.00 | 930.00 |
| | **SUBTOTAL:** | **138.3** | | **$42,867.00** |
| TRAVEL TIME: Billed @ ½ rate | | | | |
| MATTHEW J STEWART | SENIOR | 3.5 | 120.00 | 420.00 |
| | **SUBTOTAL:** | **3.5** | | **420.00** |
| | **TOTAL:** | **141.8** | | **$43,287.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### December 1, 2009 to December 31, 2009

**A.    ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/7/2009 | M.S. | Reviewed NYS Tax Claim and motion to pay sales and use taxes. | 0.3 |
| 12/15/2009 | K.R. | Updated Omnibus Objection schedule based on newly filed docket items. | 0.9 |
| 12/16/2009 | M.S. | Reviewed WL Ross Administrative claims and "non-disputed" items. | 1.2 |
| 12/17/2009 | K.R. | Reviewed claims and prepared summary schedule of total unique unsecured claimants. | 1.6 |
| 12/17/2009 | M.S. | Discussions with K. Reinle regarding claims. | 0.3 |
| 12/17/2009 | M.S. | Reviewed WL Ross Administrative claims and "non-disputed" items. | 0.9 |
| 12/21/2009 | M.S. | Reviewed updated claims register provided by the Debtors. | 0.6 |
| 12/22/2009 | M.S. | Correspondences with D. Berliner and M. Michaelis regarding AHM update, including claims. | 0.4 |
| 12/23/2009 | K.R. | Reviewed updated claims reconciliation provided by Debtors' management; reviewed various open claims and prepared summary schedules for internal review and for Committee report. | 3.8 |
| 12/23/2009 | M.S. | Discussions with K. Reinle regarding SAP and unsecured claims. | 0.3 |
| 12/23/2009 | M.S. | Reviewed claims objection filed and open claims. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**A.    ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/24/2009 | K.R. | Continued summary schedule and write-up of claims reconciliation process status. | 1.4 |
| | | **TOTAL:** | **12.3** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 4.6 | 240.00 | 1,104.00 |
| K. REINLE (K.R.) | 7.7 | 225.00 | 1,732.50 |
| **TOTAL:** | **12.3** | | **2,836.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**B.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/3/2009 | M.S. | Call with tax personnel regarding 401k closure issues. | 0.3 |
| 12/14/2009 | M.S. | Reviewed orders re: sales and use taxes and Mt. Prospect. | 0.5 |
| 12/17/2009 | M.S. | Conference call with L. Smalley, D. Berliner and R. Klein regarding tax returns. | 0.3 |
| 12/17/2009 | R.K. | Discussion regarding taxes issues. | 0.2 |
| | | **TOTAL:** | **1.3** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| R. KLEIN (R.K.) | 0.2 | 600.00 | 120.00 |
| M. STEWART (M.S.) | 1.1 | 240.00 | 264.00 |
| **TOTAL:** | **1.3** | | **384.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### December 1, 2009 to December 31, 2009

### C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/2/2009 | C.A. | Provided a status update to Counsel regarding the Microsoft Preference analysis. | 0.9 |
| 12/3/2009 | C.A. | Coordinated and communicated response to Counsel regarding a location that BG&E provided utilities service to.  Specifically, researched the docket to determine if the lease was rejected or assigned to a third party. | 1.3 |
| 12/3/2009 | C.A. | Per request from Counsel, researched and verified vendor Aspect Software's assertion that the payments made in the preference period were based on an assumed contract, including reviewing invoices, reviewing the End User Agreement, and coordinating response with the Debtors. | 3.1 |
| 12/8/2009 | C.A. | Per request from Counsel, coordinated response from the Debtors to determine the type of services provided by CDW Direct, and also if AHM received all good paid for in the preference period. | 0.4 |
| 12/8/2009 | C.A. | Per request from Counsel, discussed the existence of a potential admin claim with vendor Quantitative Risk Management with the Debtors, and provided response to Counsel. | 0.7 |
| 12/10/2009 | C.A. | Facilitated conference call with Counsel and BDO team to discuss potential fact witness for preference efforts. | 0.3 |
| 12/10/2009 | C.A. | Per request from Counsel, researched the validity of asserted new value for vendor Clayton Services. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**C.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/10/2009 | C.A. | Summarized preference settlements for the fourth omnibus 9019 filed with the Courts, and provided to the BDO team for review. | 0.9 |
| 12/10/2009 | M.S. | Correspondences with C. Awong and M. Michaelis regarding preferences. | 0.2 |
| 12/14/2009 | C.A. | Per request from Counsel, provided copies of all the invoices paid in the preference period for vendor Equifax. | 1.2 |
| 12/24/2009 | C.A. | Analyzed and responded to Counsel's question regarding potential new value for vendor Clayton Services. | 0.3 |
| 12/24/2009 | C.A. | Per request from Counsel, verified the preference Defendant's (Zensar) assertion that Zensar and Thought Digital provided the same type of services, as part of the ordinary course analysis. | 0.6 |
| 12/24/2009 | C.A. | Followed up with the Debtors regarding various open preference items including Microsoft, Equifax, and Trade Show Fabrications. | 0.9 |
| | | **TOTAL:** | **11.4** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

## C.    PREFERENCE ANALYSIS

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| C. AWONG (C.A.) | 11.2 | 275.00 | 3,080.00 |
| M. STEWART (M.S.) | 0.2 | 240.00 | 48.00 |
| **TOTAL:** | **11.4** | | **3,128.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**D.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/1/2009 | D.B. | Reviewed information gathered on potential damages for UCC investigation. | 0.8 |
| 12/8/2009 | K.M. | Discussions with D. Berliner and M. Stewart re: reserve calculations issue and review of certain workpaper summaries re: same. | 0.6 |
| 12/8/2009 | M.S. | Discussions with K. McColgan regarding repurchase reserve. | 0.3 |
| 12/10/2009 | A.M. | Reviewed quarterly public filings for loans sold within the past 10 years. | 0.8 |
| 12/10/2009 | M.S. | Reviewed information relating to the causes of action investigation. | 0.8 |
| 12/10/2009 | M.S. | Prepared schedules relating to the causes of action investigation and repurchase reserve. | 0.8 |
| 12/14/2009 | D.B. | Reviewed draft analysis of potential damages for UCC investigation and discussed with M. Stewart. | 1.5 |
| 12/14/2009 | M.S. | Reviewed information relating to the causes of action investigation. | 1.8 |
| 12/14/2009 | M.S. | Prepared report for D. Berliner based on the causes of action investigation. | 3.8 |
| 12/15/2009 | M.S. | Prepared report for D. Berliner based on the causes of action investigation. | 3.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

D.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/15/2009 | M.S. | Correspondences with K. Reinle and revised report per comments re: causes of action report. | 0.3 |
| 12/16/2009 | M.S. | Prepared report for D. Berliner based on the causes of action investigation. | 2.6 |
| 12/16/2009 | M.S. | Reviewed schedules relating to the causes of action investigation. | 0.6 |
| 12/18/2009 | D.B. | Reviewed report to counsel and supporting exhibits re: analysis of damages for UCC investigation; prepared comments and discuss with M. Stewart. | 2.6 |
| 12/18/2009 | K.M. | Reviewed memo and spreadsheet prepared by M. Stewart and discussed same re: potential under-reserve issues. | 0.9 |
| 12/18/2009 | M.S. | Preparation and review of potential causes of action report at the request of counsel. | 0.7 |
| 12/20/2009 | M.S. | Preparation and review of potential causes of action report at the request of counsel. | 2.5 |
| 12/21/2009 | D.B. | Reviewed report to counsel and supporting exhibits re: analysis of damages for UCC investigation; prepared comments and discuss with M. Stewart. | 0.8 |
| 12/21/2009 | M.M. | Reviewed current correspondence re: settlements and causes of actions. | 0.6 |
| 12/22/2009 | D.B. | Finalize report to counsel and e-mail to counsel. | 0.5 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### December 1, 2009 to December 31, 2009

**D.    LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/22/2009 | M.M. | Reviewed cause of action memo to counsel. | 0.8 |
| 12/23/2009 | M.S. | Reviewed causes of action report sent to counsel. | 0.6 |
| 12/23/2009 | M.S. | Reviewed and collaboration for materials relating to the causes of action investigation. | 1.2 |
| | | **TOTAL:** | **29.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 6.2 | 610.00 | 3,782.00 |
| K. MCCOLGAN (K.M.) | 1.5 | 450.00 | 675.00 |
| M. MICHAELIS (M.M.) | 1.4 | 450.00 | 630.00 |
| M. STEWART (M.S.) | 19.3 | 240.00 | 4,632.00 |
| A. MASLER (A.M.) | 0.8 | 180.00 | 144.00 |
| **TOTAL:** | **29.2** | | **9,863.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**E.      ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/1/2009 | C.A. | Reviewed various supporting documents and e-mails from the Debtors regarding the Microsoft licenses that were transferred to Wilbur Ross pursuant to the sale of AHMSI. | 1.6 |
| 12/4/2009 | M.M. | Reviewed current correspondence re: bank sale. | 0.4 |
| 12/7/2009 | M.S. | Reviewed materials and analyses of loans. | 1.2 |
| 12/17/2009 | M.S. | Reviewed Company's loans held for sale loan portfolio as of 12/31/06. | 1.4 |
| 12/18/2009 | M.S. | Reviewed loan delinquencies for the LHFS portfolio. | 0.4 |
| | | **TOTAL:** | **5.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 0.4 | 450.00 | 180.00 |
| C. AWONG (C.A.) | 1.6 | 275.00 | 440.00 |
| M. STEWART (M.S.) | 3.0 | 240.00 | 720.00 |
| **TOTAL:** | **5.0** | | **1,340.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
December 1, 2009 to December 31, 2009

**F.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/2/2009 | D.B. | Conference call with K. Nystrom, S. Martinez and M. Stewart re: case status updates. | 0.5 |
| 12/2/2009 | M.S. | Meetings with S. Martinez and L. Smalley discussing the budget. | 3.5 |
| 12/2/2009 | M.S. | Work sessions with AHM employees regarding repurchases, EPDs and Waterfield. | 0.6 |
| 12/2/2009 | M.S. | Work sessions with S. Martinez regarding the budget. | 1.2 |
| 12/2/2009 | M.S. | Conference call with K. Nystrom, D. Berliner and S. Martinez regarding the cash flow. | 0.5 |
| 12/2/2009 | M.S. | Various discussions with S. Martinez regarding case planning and current issues. | 0.8 |
| 12/3/2009 | C.A. | Communicated Debtors' response regarding the verification of potential new value for vendor Webb Mason. | 1.2 |
| 12/3/2009 | D.B. | E-mails with Zolfo re: tax return issues and AH Bank. | 0.3 |
| 12/3/2009 | M.S. | Correspondences with S. Martinez and C. Awong regarding AHM employees. | 0.2 |
| 12/4/2009 | D.B. | Telephone call and e-mails with Zolfo re: AH Bank loan issues, professional fees, tax return issues and Waterfield litigation. | 0.5 |
| 12/5/2009 | M.S. | Reviewed correspondences with Zolfo Cooper regarding OTS rules. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**F.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/7/2009 | D.B. | Conference call with Debtors and UCC professionals re: case status update. | 0.5 |
| 12/7/2009 | D.B. | E-mails to Zolfo re: tax return preparation issue and AH Bank. | 0.1 |
| 12/7/2009 | M.M. | Participated in update call re: case status. | 0.5 |
| 12/7/2009 | M.S. | Conference call with YCST, H&H, Zolfo regarding Effective Issues. | 0.8 |
| 12/7/2009 | M.S. | Correspondence with S. Martinez regarding cash flow forecast. | 0.1 |
| 12/8/2009 | D.B. | E-mail from S. Martinez re: NY State Taxes. | 0.1 |
| 12/9/2009 | M.S. | Meetings with the L. Smalley and S. Martinez regarding benefits and Effective Date issues. | 2.2 |
| 12/9/2009 | M.S. | Various discussions with S. Martinez regarding remaining employees, Dobben trial and other issues. | 0.8 |
| 12/9/2009 | M.S. | Work sessions with AHM employee regarding Waterfield and EPDs. | 0.4 |
| 12/10/2009 | D.B. | Conference call with Hahn & Hessen, Cadwalader and Zolfo re: Waterfield litigation strategy. | 0.5 |
| 12/15/2009 | D.B. | Conference call with S. Martinez re: case status update and issues; follow-up e-mails with S. Martinez re: preference settlements and escrow cash. | 1.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**F.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/15/2009 | M.M. | Prepared for and participated in update with Debtors advisors. | 1.2 |
| 12/15/2009 | M.S. | Update conference call with D. Berliner and Zolfo Cooper. | 0.9 |
| 12/16/2009 | M.S. | Meetings with Debtors' Advisors regarding Ross Settlement, Cash flow, and Effective Date. | 1.5 |
| 12/16/2009 | M.S. | Correspondences with AHM employees regarding repurchase demands. | 0.3 |
| 12/17/2009 | D.B. | Telephone call and e-mail with K. Nystrom re: update on AH Bank status. | 0.1 |
| 12/22/2009 | M.S. | Call with S. Martinez regarding current issues and New Jersey Warehouse. | 0.3 |
| | | **TOTAL:** | **21.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.8 | 610.00 | 2,318.00 |
| M. MICHAELIS (M.M.) | 1.7 | 450.00 | 765.00 |
| C. AWONG (C.A.) | 1.2 | 275.00 | 330.00 |
| M. STEWART (M.S.) | 14.3 | 240.00 | 3,432.00 |
| **TOTAL:** | **21.0** | | **6,845.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### December 1, 2009 to December 31, 2009

## G.      REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/9/2009 | M.S. | Prepared update report for the Committee. | 2.6 |
| 12/10/2009 | D.B. | Reviewed BDO draft report to UCC re: financial update; prepared comments and discussed with M. Stewart. | 1.7 |
| 12/10/2009 | D.B. | Reviewed revised report and prepared final comments. | 0.5 |
| 12/10/2009 | M.S. | Revised the Committee report based on D. Berliner's edits. | 1.8 |
| 12/10/2009 | M.S. | Work session with D. Berliner regarding BDO report. | 0.3 |
| 12/10/2009 | M.S. | Finalized and sent BDO's update report to the Committee. | 0.2 |
| 12/15/2009 | K.R. | Reviewed and edited memo and exhibits to report. | 0.7 |
| | | **TOTAL:** | **7.8** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.2 | 610.00 | 1,342.00 |
| M. STEWART (M.S.) | 4.9 | 240.00 | 1,176.00 |
| K. REINLE (K.R.) | 0.7 | 225.00 | 157.50 |
| **TOTAL:** | **7.8** | | **2,675.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

## H.      MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/4/2009 | M.M. | Reviewed correspondence from and corresponded with Committee members. | 0.3 |
| 12/17/2009 | D.B. | Conference call with L. Smally and R. Klein re: Trust Tax issues. | 0.2 |
| | | **TOTAL:** | **0.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.2 | 610.00 | 122.00 |
| M. MICHAELIS (M.M.) | 0.3 | 450.00 | 135.00 |
| **TOTAL:** | **0.5** | | **257.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**I.      BUSINESS ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 12/1/2009 | D.B. | Met with M. Stewart to plan for visit to AHM offices 12/2/2009, work to be done and issues to address. | 0.3 |
| 12/1/2009 | M.M. | Reviewed current correspondence. | 0.2 |
| 12/1/2009 | M.S. | Prepared for site visit tomorrow regarding cash flows, claims, and meeting with Trustee. | 0.7 |
| 12/1/2009 | M.S. | Correspondences with D. Berliner regarding site visit and various issues. | 0.3 |
| 12/2/2009 | D.B. | Telephone call and e-mails with M. Stewart re: status of meetings at AHM offices, cash flow issues and tax issues. | 0.3 |
| 12/2/2009 | M.M. | Discussion with M. Stewart re: update on current cash status. | 0.4 |
| 12/2/2009 | M.S. | Reviewed repurchase requests, loss severity schedules, delinquent rates. | 1.6 |
| 12/2/2009 | M.S. | Reviewed updated 3 month cash flow forecast for the period December to March 2010. | 0.8 |
| 12/3/2009 | D.B. | Met with M. Stewart re: tax return issues and 401K termination issues. | 0.2 |
| 12/3/2009 | D.B. | Reviewed updated draft analysis of AHM cash flow forecast through March 2010 and discussed with M. Stewart. | 0.8 |
| 12/3/2009 | M.S. | Discussions with D. Berliner regarding cash flows, 401k and other issues. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**I.      BUSINESS ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|------|------|
| 12/3/2009 | M.S. | Reviewed projected cash flow forecast and potential scenarios and preparation of materials for D. Berliner. | 2.2 |
| 12/4/2009 | D.B. | Supervised M. Stewart in preparation of professional fee analysis for counsel; reviewed analysis and discussed with M. Stewart. | 0.4 |
| 12/4/2009 | M.S. | Call with D. Berliner regarding professional fees and bank. | 0.3 |
| 12/4/2009 | M.S. | Various discussions with D. Berliner regarding professional fees. | 0.4 |
| 12/4/2009 | M.S. | Prepared professional fee analysis for D. Berliner. | 2.8 |
| 12/4/2009 | M.S. | Reviewed cash flow forecast provided by the Debtors on 12/4/09. | 0.6 |
| 12/7/2009 | D.B. | Met with M. Stewart re: preparation of report for UCC and status of damage analysis for UCC investigation. | 0.4 |
| 12/7/2009 | D.B. | Reviewed docket report for period 12/1/2009 through 12/4/2009. | 0.2 |
| 12/7/2009 | D.B. | Reviewed AHM motion authorizing payment of pre-petition sales and use taxes and discussed with M. Stewart. | 0.3 |
| 12/7/2009 | K.R. | Reviewed docket and updated professional fee applications; updated professional fee summary schedule. | 1.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

I.      BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/7/2009 | M.S. | Discussions with D. Berliner regarding Bank, cash flows and Debtors motion to pay sales and use taxes. | 0.3 |
| 12/7/2009 | M.S. | Reviewed cash flow forecast and the Effective Date analysis. | 0.6 |
| 12/8/2009 | D.B. | Met with M. Stewart re: trip to Debtors office to meet with Trustee and Debtors. | 0.2 |
| 12/8/2009 | M.M. | Reviewed current update of cash flow, bank sale and emergence. | 0.4 |
| 12/8/2009 | M.S. | Reviewed and prepared professional fees analysis through 12/6/09. | 0.4 |
| 12/8/2009 | M.S. | Reviewed Mona Dobben summary judgment motion and her response. | 0.6 |
| 12/9/2009 | D.B. | E-mails with M. Stewart re: results of meeting with Debtors and Trustee, Waterfield and claims status. | 0.3 |
| 12/9/2009 | D.B. | Reviewed Debtors' analysis of Waterfield loans with EPD and breach claims. | 0.2 |
| 12/9/2009 | M.S. | Reviewed and analyzed the 3 month cash flow forecast and reviewed cash flow scenarios. | 1.8 |
| 12/9/2009 | M.S. | Correspondences with D. Berliner regarding tax issues, report, Waterfield, and Dobben trial. | 0.4 |
| 12/9/2009 | M.S. | Reviewed schedules prepared by AHM employees regarding Waterfield. | 0.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### December 1, 2009 to December 31, 2009

### I.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/10/2009 | D.B. | Reviewed Limited Objection by UCC to Debtors motion for order authorizing payment of pre-petition sales and use taxes. | 0.1 |
| 12/10/2009 | M.S. | Reviewed AHM's historical recourse reserve demands and loan vintage delinquency. | 1.3 |
| 12/10/2009 | M.S. | Reviewed professional fee applications filed through December 9, 2009. | 0.7 |
| 12/10/2009 | M.S. | Reviewed docket and related filings: Borrowers' fees and Sales and Use taxes. | 0.6 |
| 12/11/2009 | D.B. | Reviewed court order approving Borrower Committee professional fees. | 0.1 |
| 12/11/2009 | D.B. | Reviewed revised cash flow forecast and effective date cash analysis for period 12/4/2009 through 4/2/2010 and 3/31/2010, respectively. | 0.4 |
| 12/11/2009 | M.S. | Reviewed schedules relating to loans sold and repurchase demands and correspondences with A. Masler regarding the causes of action investigation. | 0.6 |
| 12/11/2009 | M.S. | Reviewed cash flow forecast provided by S. Martinez. | 0.3 |
| 12/14/2009 | D.B. | Reviewed court orders re: abandonment of Mt. Prospect building effective 12/31/2009 and authorization to pay sales and use taxes. | 0.1 |
| 12/14/2009 | M.M. | Discussed case issues and reviewed current "funding issues" with M. Stewart. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**I.      BUSINESS ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|-------------|------|
| 12/14/2009 | M.S. | Meeting with D. Berliner regarding the causes of action investigation, cash flow, and WL Ross. | 0.7 |
| 12/14/2009 | M.S. | Reviewed AHM's historical recourse reserve demands and loan vintage delinquency and loans sold. | 1.2 |
| 12/15/2009 | K.R. | Reviewed professional fees on docket; updated professional fee summary to include additional advisors. | 1.2 |
| 12/15/2009 | M.S. | Reviewed historical repurchase demand requests for 2005 and 2006. | 0.8 |
| 12/15/2009 | M.S. | Reviewed anticipated professional fee payments for December and correspondences with D. Berliner and Zolfo Cooper re: same. | 0.4 |
| 12/15/2009 | M.S. | Discussions with D. Berliner regarding Bank, cash flows and causes of action. | 0.2 |
| 12/16/2009 | D.B. | E-mails with M. Stewart re: status of work at Debtor's offices. | 0.2 |
| 12/16/2009 | M.M. | Reviewed current update for new filings and effective date issues. | 0.4 |
| 12/17/2009 | D.B. | Prepared analysis for counsel of amounts in Exhibit E to WL Ross settlement agreement and discussed with M. Stewart. | 0.8 |
| 12/17/2009 | M.S. | Discussions with D. Berliner regarding Ross, loan pools, and claims. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
December 1, 2009 to December 31, 2009

**I.     BUSINESS ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|-------------|------|
| 12/18/2009 | K.R. | Updated professional fees summary based on newly filed fee applications with the Court. | 0.3 |
| 12/18/2009 | M.S. | Discussions with K. Reinle regarding fee applications analysis. | 0.3 |
| 12/22/2009 | D.B. | Reviewed notes from M. Stewart re: case status update from discussions with Debtors. | 0.1 |
| 12/22/2009 | M.M. | Reviewed correspondence related to claims adjustments and documents and discussed update call. | 0.2 |
| 12/23/2009 | D.B. | Reviewed docket report for period 12/8/2009 through 12/23/2009. | 0.1 |
| 12/24/2009 | M.S. | Various discussions with D. Berliner, N. Vanderhoop and the Debtors regarding professional fees. | 0.6 |
| 12/24/2009 | M.S. | Reviewed cash flow forecast prepared by the Debtors. | 0.7 |
| 12/24/2009 | M.S. | Updated to BDO's project status list. | 0.4 |
| 12/24/2009 | M.S. | Reviewed docket and related documents. | 0.3 |
| 12/30/2009 | M.S. | Reviewed docket and related documents. | 0.2 |
| | | **TOTAL:** | **34.9** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**I.      BUSINESS ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 5.5 | 610.00 | 3,355.00 |
| M. MICHAELIS (M.M.) | 2.2 | 450.00 | 990.00 |
| M. STEWART (M.S.) | 24.4 | 240.00 | 5,856.00 |
| K. REINLE (K.R.) | 2.8 | 225.00 | 630.00 |
| **TOTAL:** | **34.9** | | **10,831.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### December 1, 2009 to December 31, 2009

## J.     COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/3/2009 | D.B. | Telephone call and e-mails with H&H re: case issues. | 0.1 |
| 12/3/2009 | D.B. | E-mails with J. Storeo re: AH Bank sale issues. | 0.5 |
| 12/4/2009 | D.B. | Telephone calls and e-mails with M. Indelicato re: professional fees, bank sale issues, effective date cash flow and Waterfield litigation. | 0.5 |
| 12/4/2009 | D.B. | E-mails with Blank Rome re: AH Bank loan issues and professional fees. | 0.3 |
| 12/7/2009 | D.B. | Telephone call with M. Indelicato re: payment of pre-petition sales tax. | 0.1 |
| 12/7/2009 | M.M. | Reviewed current updates related to AHM from counsel correspondences. | 0.2 |
| 12/8/2009 | D.B. | E-mail from E. Schnitzer re: preference settlements. | 0.1 |
| 12/10/2009 | D.B. | Telephone call and e-mails with E. Schnitzer re: UCC call and Dobben borrower claim. | 0.3 |
| 12/10/2009 | M.M. | Discussed with counsel and reviewed best witness in preference analysis. | 0.3 |
| 12/10/2009 | M.S. | Various correspondences with Zolfo Cooper, D. Berliner and Hahn & Hessen regarding (No Suggestions) and Dobben decision. | 0.4 |
| 12/14/2009 | D.B. | Telephone call and e-mail from M. Indelicato re: professional fees and WL Ross settlement draft agreement. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**J.       COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/17/2009 | D.B. | E-mails with M. Indelicato re: UCC conference call and analysis of WL Ross settlement agreement; reviewed draft of WL Ross settlement agreement. | 1.3 |
| 12/23/2009 | D.B. | E-mail to Hahn & Hessen re: case status update. | 0.3 |
| 12/28/2009 | D.B. | Telephone call and e-mail from M. Indelicato re: professional fees and e-mail to S. Martinez. | 0.1 |
| | | **TOTAL:** | **4.7** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.8 | 610.00 | 2,318.00 |
| M. MICHAELIS (M.M.) | 0.5 | 450.00 | 225.00 |
| M. STEWART (M.S.) | 0.4 | 240.00 | 96.00 |
| **TOTAL:** | **4.7** | | **2,639.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**K.      FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/8/2009 | M.G. | Prepared November monthly data in anticipation of fee application. | 0.7 |
| 12/10/2009 | D.B. | Reviewed and approved 9th Interim Application of BDO FA for UCC period 8/1/2009 through 10/31/2009. | 0.2 |
| 12/10/2009 | M.G. | Prepared November monthly data in anticipation of fee application. | 2.2 |
| 12/10/2009 | N.V. | Prepared Ninth Interim Application for the period August 1, 2009 through October 31, 2009. | 1.7 |
| 12/14/2009 | M.G. | Prepared November monthly fee application. | 2.1 |
| 12/14/2009 | N.V. | Reviewed and edited November 2009 time detail; updated project categories. | 0.6 |
| 12/15/2009 | D.B. | Reviewed and approved 26th monthly application of BDO for compensation and services rendered as FA to UCC for November 2009 and Berliner Declaration. | 0.7 |
| 12/15/2009 | M.G. | Prepared November monthly fee application. | 1.2 |
| 12/15/2009 | N.V. | Reviewed November 2009 monthly application. | 0.8 |
| | | **TOTAL:** | **10.2** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**K.      FEE APPLICATIONS / MONTHLY STATEMENTS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.9 | 610.00 | 549.00 |
| N. VANDERHOOP (N.V.) | 3.1 | 190.00 | 589.00 |
| M. GOMEZ (M.G.) | 6.2 | 150.00 | 930.00 |
| **TOTAL:** | **10.2** | | **2,068.00** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2009 to December 31, 2009**

**L.    TRAVEL TIME**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/2/2009 | M.S. | Travel time to and from Melville Long Island. | 1.0 |
| 12/9/2009 | M.S. | Travel time to and from Melville Long Island. | 1.5 |
| 12/16/2009 | M.S. | Travel time to and from Melville Long Island. | 1.0 |
| | | **TOTAL:** | **3.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 3.5 | 120.00 | 420.00 |
| **TOTAL:** | **3.5** | | **420.00** |

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
December 1, 2009 through December 31, 2009

1.      PHOTOCOPYING
    a.      Internal
    b.      External

2.      TELECOMMUNICATIONS
    a.      Toll Charges
    b.      Facsimile

3.      COURIER, FRIEGHT AND POSTAL SERVICES
*For overnight and hand delivery to Counsel
and Committee members*

4.      COURT REPORTER AND TRANSCRIPTS

5.      TECHNOLOGY SERVICES – *Concordance Database*    $1,500.00
*Monthly Hosting Fee*

6.      OUT-OF-TOWN TRAVEL
    a.      Transportation    329.90
    b.      Lodging
    c.      Meals    152.72

7.      OUTSIDE SERVICES

8.      LOCAL MEALS

9.      LOCAL TRANSPORTATION, TOLLS, MILEAGE
AND PARKING – for cabs to/from meetings, car service
*for employees working after 8:00 p.m. and local mileage
using personal auto*

10.     MISCELLANEOUS – Internet Connection

    **TOTAL**    **$1,982.62**

*Details available upon request to BDO**.**