## CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, certify that on February 9, 2010, I caused service of the attached *Notice of Application* and *Twenty-Seventh Monthly Fee Application of BDO Seidman, LLP, Financial Advisors to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period December 1, 2009 through December 31, 2009* to be made via First Class Mail on the Notice Parties (as defined in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007) listed on the Service List attached hereto as Exhibit A.

I further certify that on February 9, 2010, a copy of the Notice only was served via First Class Mail upon all parties on the 2002 Service List attached hereto as Exhibit B.

Dated:  February 9, 2010

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)

**EXHIBIT A**
**Notice Parties**

(**Via First Class Mail**)

Alan Horn, Esquire
American Home Mortgage
Holdings, Inc.
538 Broadhollow Road
Melville, NY  11747
*Debtors*

James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Counsel for the Debtors*

Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 8800
Washington, DC  20006

Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
*Counsel for the Administrative Agent*

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Counsel for the Administrative Agent*

Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY  10017
*Counsel for DIP Agent*

Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
*Counsel for DIP Agent*

Joseph McMahon, Esquire
*Office of the United States Trustee*
844 King Street, Room 2313
Wilmington, DE  19801

**Exhibit B**

**Certain 2002 Service List Parties
via Electronic Mail**

| Name | Notice Name | Email |
|---|---|---|
| Airgas Inc. | David Boyle | David.boyle@airgas.com |
| Alon USA LP | James Ranspot | James.ranspot@alonusa.com |
| Andrews Kurth LLP | James Donnell | jimdonnell@andrewskurth.com |
| Andrews Kurth LLP | Peter Goodman | pgoodman@andrewskurth.com |
| Andrews Kurth LLP | Hugh M. Ray | hray@andrewskurth.com |
| Andrews Kurth LLP | Basil A. Umari | basilumari@andrewskurth.com |
| Apache Canada Ltd | John Chung (Houston Office) | john.chung@apachecorp.com sam.lofaro@apachecorp.com |
| Archer & Greiner PC | "J" Jackson Shrum | jjshrum@archerlaw.com |
| Arst & Arst, P.A. | David G. Arst | david@arstarst.kscoxmail.com Christy@artarst.kscoxmail.com |
| Ashby & Geddes PA | Amanda M. Winfree | awinfree@ashby-geddes.com |
| Ashby & Geddes PA | Don A. Beskrone | dbeskrone@ashby-geddes.com |
| Ashby & Geddes PA | William P. Bowden | wbowden@ashby-geddes.com |
| Atkinson Haskins Nellis Brittingham Gladd & Carwile, P.C. | John J. Carwile | jcarwile@ahn-law.com |
| Atkinson Haskins Nellis Brittingham Gladd & Carwile, P.C. | Carol J. Allen | callen@ahn-law.com |
| Attorney General's Office, New York | Linda E. White | Linda.white@oag.state.ny.us |
| Bain Capital/Sankaty | David Stein | dstein@sankaty.com rcunjak@sankaty.com tbarns@sankaty.com jlynn@sankaty.com |
| Baker Botts LLP | C. Luckey McDowell | luckey.mcdowell@bakerbotts.com |
| Baker Botts LLP | Douglass Rayburn | doug.rayburn@bakerbotts.com |
| Baker Botts LLP | Jack L. Kinzie | jack.kinzie@bakerbotts.com |
| Baker Botts LLP | James Prince II | jim.prince@bakerbotts.com |
| Ballard Spahr Andrews & Ingersoll LLP | Joseph J. Bellinger, Jr. | bellingerj@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Matthew G. Summers | summersm@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll | Robert Mel Boote | boote@ballardspahr.com |

| Name | Notice Name | Email |
|------|-------------|-------|
| LLP | | |
| Ballard Spahr Andrews & Ingersoll LLP | Tobey M. Daluz | daluzt@ballardspahr.com |
| Barnet B. Skelton, Jr., P.C. | Barnet B. Skelton | barnetbjr@msn.com |
| Barrow & Grimm, P.C. | Wm. Brad Heckenkemper | brad@barrowgrimm.com<br>brad@bggg.com |
| Baker & Hostetler LLP | Pamela G. Johnson | pjohnson@bakerlaw.com |
| Baker & McKenzie LLP | David W. Parham | david.w.parham@bakernet.com |
| Baker & McKenzie LLP | Laurie D. Babich | Laurie.d.babich@bakernet.com |
| Bayard PA | Neil B. Glassman | nglassman@bayardlaw.com |
| Bayard PA | Ashley B. Stitzer | astitzer@bayardlaw.com |
| Beiging Shapiro & Burrus LLP | Julie A. Trent | jtrent@bablawyers.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Bradford J. Sandler | bsandler@bfca.com;<br>bsandler@beneschlaw.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover | jhoover@bfca.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Raymond H. Lemisch | rlemisch@bfca.com |
| Berger Singerman, P.A. | Paul Steven Singerman | singerman@bergersingerman.com |
| Berger Singerman, P.A. | Ilyse M. Homer | ihomer@bergersingerman.com |
| Bieging Shapiro & Burrus LLP | Duncan E. Barber | dbarber@bsblawyers.com |
| Bieging Shapiro & Burrus LLP | Steven T. Mulligan | smulligan@bsblawyers.com |
| Bingham McCutcheon | A. Gallo | andrew.gallo@bingham.com |
| Bingham McCutcheon | E. Smith | edwin.smith@bingham.com |
| Bingham McCutcheon | F. Miceli | francesca.miceli@bingham.com |
| Bingham McCutcheon | K. Simon | kate.simon@bingham.com |
| Bingham McCutcheon | S. Wilamowsky | steven.wilamowsky@bingham.com |
| Blackstone Group, The | Steve Zelin | zelin@blackstone.com |
| Blank Rome LLP | Bonnie Glantz Fatell | fatell@blankrome.com |
| Blank Rome LLP | David W. Carickhoff | carickhoff@blankrome.com |
| Boesche McDermott LLP | Bradley K. Beasley | bbeasley@bme-law.com |
| Bracewell & Giuliani LLP | William A. (Trey) Wood III | trey.wood@bgllp.com |
| Briggs and Morgan, P.A. | Michael D. Gordon | mgordon@briggs.com |
| Brown McCarroll LLP | Patricia B. Tomasco | ptomasco@mailbmc.com |
| Brown, Dengler & O'Brien, LLC | Christopher W. O'Brien | cobrien@bdolaw.com |
| Brown Rudnick LLP | David J. Saval<br>Steven D. Pohl | dsaval@brownrudnick.com<br>spohl@brownrudnick.com |

| Name | Notice Name | Email |
|---|---|---|
| | Angelo Thalassinos | athalassinos@brownrudnick.com |
| Bryan Cave LLP | Michelle McMahon | Michelle.mcmahon@bryancave.com |
| Bryan Cave LLP | Eric Prezant | Eric.prezant@bryancave.com |
| Buchalter Nemer, PC | Shawn M. Christianson | schristianson@buchalter.com |
| Burnham Law Associates | Noel C. Burnham | Burnhamlaw1@verizon.net |
| Campbell & Levine, LLC | Mark T. Hurford | mhurford@camlev.com |
| Campbell & Levine, LLC | Marla R. Eskin | meskin@camlev.com |
| Central Crude Corporation | Sally Phillips | sphillips@berexco.com |
| Central Kansas Crude LLC | Chuck Touchstone | ctouchstone@centralkscrude.com |
| Chevron Texaco Corp. | Brian DePriest | bdepriest@chevron.com |
| Ciardi Ciardi & Astin, P.C. | Anthony M. Saccullo | asaccullo@ciardilaw.com |
| Ciardi Ciardi & Astin, P.C. | Daniel K. Astin | dastin@ciardilaw.com |
| City of Fort Worth | Christopher B. Mosley | Chris.Mosley@fortworthgov.org |
| Clearly Gottlieb Steen & Hamilton LLP | James L. Bromley | jbromley@cgsh.com |
| Clearly Gottlieb Steen & Hamilton LLP | Joel S. Moss | jmoss@cgsh.com |
| Cole Schotz Meisel Forman & Leonard, P.A. | Norman L. Pernick | npernick@coleschotz.com |
| Cole Schotz Meisel Forman & Leonard, P.A. | Karen M. McKinley | kmckinley@coleschotz.com |
| Connolly Bove Lodge & Hutz | Karen C. Bifferato | kbifferato@cblh.com |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler | jwisler@cblh.com |
| Connolly Bove Lodge & Hutz LLP | Marc J. Phillips | mphillips@cblh.com |
| Cooch & Taylor, P.A. | Susan A. Kaufman | skaufman@coochtaylor.com |
| Cozen O'Connor | Mark E. Felger | mfelger@cozen.com |
| Crescent Point Energy Trust | Trent Stangi | tstangi@cresentpointenergy.com |
| Cross & Simon LLC | Christopher P. Simon | csimon@crosslaw.com |
| Cross & Simon LLC | Michael J. Joyce | mjoyce@crosslaw.com |
| Cross & Simon, LLC | Christopher P. Simon | csimon@crosslaw.com |
| Cross & Simon, LLC | Michael J. Joyce | mjoyce@crosslaw.com |
| Crowe & Dunlevy | Cherish K. Ralls | cherish.ralls@crowedunlevy.com |
| Crowe & Dunlevy | Judy Hamilton Morse | judy.morse@crowedunlevy.com |
| Crowe & Dunlevy | William H. Hoch III | william.hoch@crowedunlevy.com |
| Curtis Mallet-Prevost Colt & Mosie LLP | Steven J. Reisman | sreisman@curtis.com |

| Name | Notice Name | Email |
|---|---|---|
| Curtis Mallet-Prevost Colt & Mosie LLP | Timothy A. Barnes | tbarnes@curtis.com |
| Davis & Gilbert, LLP | Joseph Cioffi | jcioffi@dglaw.com |
| Day Pitney LLP | Amish R. Doshi | adoshi@daypitney.com |
| Dewey & LeBoeuf LLP | Bennett G. Young | byoung@dl.com |
| Dickie, McCamey & Chilcote, P.C. | Samuel R. Grego | sgrego@dmclaw.com |
| Doerner Saunders Daniel & Anderson LLP | Chad J. Kutmas | ckutmas@dsda.com |
| Doerner, Saunders, Daniel & Anderson LLP | Gary M. McDonald | gmcdonald@dsda.com |
| Duane Morris LLP | James J. Holman | jjholman@duanemorris.com |
| Downey Brand LLP | Jamie P. Dreher | jdreher@downybrand.com |
| Downey Brand LLP | R. Dale Ginter | sheaton@downeybrand.com |
| Duane Morris LLP | Lauren Lonergan Taylor | lltaylor@duanemorris.com |
| Duane Morris LLP | Richard W. Riley | rwriley@duanemorris.com |
| Duane Morris LLP | Wendy M. Simkulak | wmsimkulak@duanemorris.com |
| Duane Morris LLP | Lawrence J. Kotler | LJKotler@duanemorris.com |
| Eaton Vance Management | David Zimmerman | dzimmerman@eatonvance.com |
| Edward Angell Palmer & Dodge LLP | William E. Chipman, Jr. | wchipman@eapdlaw.com |
| Elliott Greenleaf | Rafael X. Zahralddin Theodore A. Kittila | rxza@elliottgreenleaf.com tak@elliottgreenleaf.com |
| F&M Bank, The | Neal Tomlins | ntomlins@fmbanktulsa.com |
| Faegre & Bensen, LLP | Michael R. Stewart | mstewart@faegre.com |
| Ferry Joseph & Pearce PA | Theodore J. Tacconelli | ttacconelli@ferryjoseph.com |
| Ferry Joseph & Pearce PA | Jason C. Powell | jpowell@ferryjoseph.com |
| Fox Rothschild LLP | L. Jason Cornell | jcornell@foxrothschild.com |
| Fox Rothschild LLP | Jeffrey M. Schlerf | jschlerf@foxrothschild.com |
| Fox Rothschild LLP | Eric M. Sutty | esutty@foxrothschild.com |
| Frederic Dorwart, Lawyers | Samuel S. Ory | sory@fdlaw.com |
| Frederic Dorwart, Lawyers | James Higgins | jhiggins@fdlaw.com |
| Fredrikson & Bryon PA | James L. Baillie | jbaillie@fredlaw.com |
| Fredrikson & Byron, P.A. | Lawrence Bender | lbender@fredlaw.com |
| Frost Brown Todd LLC | Sara L. Abner | sabner@fbtlaw.com |
| Fulbright & Jaworski LLP | Michael M. Parker | mparker@fulbright.com |
| Fulbright & Jaworski LLP | Theodore W. Daniel Karl G. Dial | tdaniel@fulbright.com kdial@fulbright.com |

| Name | Notice Name | Email |
|---|---|---|
| Gable & Gotwals, P.C. | Jeffrey D. Hassell<br>Mark D.G. Sanders | jhassell@gablelaw.com<br>msanders@gablelaw.com |
| Gable & Gotwals, P.C. | Sidney K. Swinson | sswinson@gablelaw.com |
| Gable & Gotwals, P.C. | John D. Dale | jdale@gablelaw.com |
| Garvin Agee Carlton & Mashburn PC | John D. Mashburn | jmashburn@attysatlaw.com |
| GE Money Bank | Ramesh Singh | claims@recoverycorp.com |
| Gibson Dunn & Crutcher LLP | Aaron G. York | ayork@gibsondunn.com |
| Gibson Dunn & Crutcher LLP | Michael A. Rosenthal | mrosenthal@gibsondunn.com |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Dallas Albaugh | dalbaugh@golenbock.com |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Douglas L. Furth | dfurth@golenbock.com |
| Greenberg Traurig LLP | Donald J. Detweiler<br>Denis Meloro<br>Jesse Weiss<br>Michael J. Biles<br>Paul R. Bessette<br>Yusuf Bajwa | detweilerd@gtlaw.com<br>melorod@gtlaw.com<br>weissjz@gtlaw.com<br>bilesm@gtlaw.com<br>bessettep@gtlaw.com<br>bajway@gtlaw.com |
| Goodwin, Mee & Freede, P.C. | Todd Waddell | toddwaddell@gmf-ok.com |
| Hall Estill | W. Deke Canada | dcanada@hallestill.com |
| Hall Estill Hardwick Gable Golden & Nelson PC | Mike Cooke | mcooke@hallestill.com |
| Haynes and Boone, LLP | Charles A. Beckham, Jr. | charles.beckham@haynesboone.com |
| Haynes and Boone, LLP | Judith Elkin | judith.elkin@haynesboone.com |
| Haynes and Boone, LLP | Lenard M. Parkins | Lenard.parkins@haynesboone.com |
| Haynes and Boone, LLP | Trevor Hoffman | Trevor.hoffman@haynesboone.com |
| Haynes and Boone, LLP | Patrick L. Hughes | Patrick.Hughes@haynesboone.com |
| Hiscock & Barclay LLP | James J. Canfield | jcanfield@hiscockbarclay.com |
| Hogan Firm, The | Daniel K. Hogan | dkhogan@dkhogan.com |
| HSBC Bank USA National Association | Sandra E. Horwitz | sandra.e.horwitz@us.hsbc.com |
| Husky Energy Marketing Inc. | Steve Downing | steve.downing@huskyenergy.com<br>david.w.ross@huskyenergy.com |
| Jackson Walker LLP | Marvin E. Sprouse III | msprouse@jw.com |
| Jackson Walker LLP | Kenneth Stohner, Jr. | kstohner@jw.com |
| Jackson Walker LLP | Bruce J. Ruzinsky | bruzinsky@jw.com |
| Jackson Walker LLP | D. Elaine Conway | econway@jw.com |
| Jackson Walker LLP | Heather M. Forrest | hforrest@hw.com |

| Name | Notice Name | Email |
|---|---|---|
| Jaspan Schlesinger Hoffman LLP | Laurie Schenker Polleck | lpolleck@jshllp-de.com |
| Jones & Keller, P.C. | Barry L. Wilkie | bwilkie@joneskeller.com |
| K&L Gates LLP | James H. Billingsley | james.billingsley@klgates.com |
| Kaye Scholer | M. Rosenberg | mrosenberg@kayescholer.com |
| Kaye Scholer | M. Schonholtz | mschonholtz@kayescholer.com |
| Kaye Scholer | S. Talmadge | stalmadge@kayescholer.com |
| Kelley Drye & Warren LLP | Craig A. Wolfe | KDWBankruptcyDepartment@kelleydrye.com |
| Kelly Drye & Warren LLP | James S. Carr | KDWBankruptcyDepartment@kelleydrye.com |
| Kelly Hart & Hallman LLP | Clay M. Taylor | clay.taylor@khh.com |
| Kelly Hart & Hallman LLP | Michael M. McConnell | michael.mcconnell@khh.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Michael Yurkewicz | myurkewicz@klehr.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Richard M. Beck | rbeck@klehr.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Morton R. Branzburg | mbranzburg@klehr.com |
| Klestadt & Winters LLP | Tracy L. Klestadt | tklestadt@klestadt.com |
| Kline, Kline, Elliott & Bryant, P.C. | Stephen W. Elliott | selliott@klinefirm.org |
| Kline, Kline, Elliott & Bryant, P.C. | Julie Brower | jbrower@klinefirm.org |
| Kline, Kline, Elliott & Bryant, P.C. | Timothy D. Kline | tkline@klinefirm.org |
| Kurtzman Carson Consultants LLC | Travis Vandell | tvandell@kccllc.com |
| Landis Rath & Cobb LLP | Adam G. Landis | landis@lrclaw.com |
| Law Office of Dick Harris PC | Dick Harris | cdharris@swbell.net ; dharris_law_firm@swbell.net; dharris_law_firm@swbell.net |
| Lathrop & Gage, L.C. | Stephen K. Dexter | sdexter@lathropgage.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | Houston_bankruptcy@publicans.org |
| Linebarger Goggan Blair & Sampson, LLP | David G. Aelvoet | davida@publicans.com |
| Locke Lord Bissell & Liddell LLP | Philip G. Eisenberg | peisenberg@lockelord.com |
| Locke Lord Bissell & Liddell LLP | Rick Kuebel III | rkuebel@lockelord.com |
| Loizides, P.A. | Christopher D. Loizides | loizides@loizides.com |
| Lowenstein Sandler PC | Michael S. Etkin | metkin@lowenstein.com |

6

| Name | Notice Name | Email |
|---|---|---|
| Lowenstein Sandler PC | Ira M. Levee | ilevee@lowenstein.com |
| Margolis Edelstein | James E. Huggett | jhuggett@margolisedelstein.com |
| McAfee & Taft PC | Steven W. Bugg | Steven.bugg@mcafeetaft.com |
| McCarter & English LLP | Martin I. Kaminsky | mkaminsky@mccarter.com |
| McCarter & English LLP | Edward T. McDermott | emcdermott@mccarter.com |
| McCarter & English LLP | William F. Taylor, Jr. | wtaylor@mccarter.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | danielle.goff@mvbalaw.com |
| McDermott Will & Emery LLP | Gary O. Ravert | gravert@mwe.com |
| McDermott Will & Emery LLP | Kenneth W. Irvin | kirvin@mwe.com |
| McDermott Will & Emery LLP | Nathan F. Coco | ncoco@mwe.com |
| Memphis Light, Gas & Water Division | Stephanie Green Cole | offices@bellsouth.net |
| Michigan, State of  (Atty General) | Deborah B. Waldmeir | waldmeird@michigan.gov |
| Michael G. Smith PC | Michael G. Smith | mike@mikesmithlaw.net |
| Mitchell & DeClerck PLLC | Michael C. Bigheart | mcb@mdpllc.com |
| Mitchell & DeClerck PLLC | Roger L. Ediger | rle@mdpllc.com |
| Monarch Alternative Capital LP | Chun Won Yi | Chunwon.yi@monarchlp.com |
| Monzack Mersky McLaughlin and Browder PA | Rachel B. Mersky | rmersky@monlaw.com |
| Morris James LLP | Stephen M. Miller | smiller@morrisjames.com |
| Morris Nichols Arsht & Tunnell LLP | David J. Teklits<br>Curtis S. Miller<br>Kevin M. Cohen | dteklits@mnat.com<br>cmiller@mnat.com<br>kcoen@mnat.com |
| Morris Nichols Arsht & Tunnell LLP | Derek Abbott | dabbott@mnat.com |
| Morrison & Foerster LLP | G. Larry Engel | lengel@mofo.com |
| Morrison & Foerster LLP | Brett H. Miller | BMiller@mofo.com |
| Morrison & Foerster LLP | Melissa A. Hager | MHager@mofo.com |
| Munsch Hardt Kopf & Harr PC | Kevin M. Lippman | klippman@munsch.com |
| Munsch Hardt Kopf & Harr PC | Russell L. Munsch | rmunsch@munsch.com |
| Munsch Hardt Kopf & Harr PC | Joe E. Marshall | jmarshall@munsch.com |
| Mynde S. Eisen, P.C. | Attn:  Mynde S. Eisen | wyndeeisen@sbcglobal.net |
| Neal Law Firm PC, The | James J.R. Potts, Jr. | jrpotts@neallawfirm.com |
| Nixon Peabody LLP | Dennis J. Drebsky | ddrebsky@nixonpeabody.com |
| North American Transaction Services | Teresa Davidson | bankruptcygroup@vfsco.com |

130444.01600/21716307v.2

| Name | Notice Name | Email |
|---|---|---|
| Novack and Macey LLP | Eric N. Macey<br>Courtney D. Tedrowe<br>Christopher S. Moore | emacey@novackmacey.com<br>cdt@novackmacey.com<br>cmoore@novackmacey.com |
| Okin & Adams LLP | Matthew S. Okin | mokin@okinadams.com |
| Oklahoma Tax Commission | Joseph P. Gappa | jgappa@tax.ok.gov |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | jguy@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Kathleen A. Orr | korr@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Debra L. Felder | dfelder@orrick.com |
| Osler, Hoskin & Harcourt LLP | A. Robert Anderson | randerson@osler.com |
| Pachulski Stang Ziehl Jones LLP | Laura Davis Jones | ljones@pszjlaw.com |
| Pachulski Stang Ziehl Jones LLP | Timothy P. Cairns | tcairns@pszjlaw.com |
| Paul Hastings Janofsky & Walker LLP | Richard A. Chesley | richardchesley@paulhastings.com |
| Paul Weiss Rifkind Wharton & Garrison LLP | Brian S. Hermann | bhermann@paulweiss.com |
| Paul Weiss Rifkind Wharton & Garrison LLP | Dale M. Sarro | dsarro@paulweiss.com |
| Pepper Hamilton, LLP | David Stratton | strattond@pepperlaw.com |
| Pepper Hamilton, LLP | Edward C. Toole, Jr. | toolee@pepperlaw.com |
| Pepper Hamilton, LLP | Anne Marie Aaronson | aaronsoa@pepperlaw.com |
| Pepper Hamilton, LLP | Francis J. Lawall | lawallf@pepperlaw.com |
| Pepper Hamilton, LLP | Bonnie MacDougal Kistler | kistlerb@pepperlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | D'Layne Peeples | abragg@pbfcm.com |
| Perdue Brandon Fielder Collins & Mott LLP | Tab Beall | tbeall@pbfcm.com<br>tylebke@pbfcm.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | aribank@pbfcm.com |
| Perdue Brandon Fielder Collins & Mott LLP | R. Bruce Medley | aribank@pbfcm.com |
| Pinckney, Harris & Weidinger, LLC | Joanne P. Pinckney<br>Michael A. Weidinger | jpinckney@phw-law.com<br>mweidinger@phw-law.com |
| Phillips Goldman & Spence PA | Stephen W. Spence | sws@pgslaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | karen.dine@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | margot.erlich@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | richard.epling@pillsburylaw.com |

8

| Name | Notice Name | Email |
|---|---|---|
| PIMCO | Mark Afrasiabi | mark.afrasiabi@pimco.com<br>behenna@pimco.com |
| Pioneer Natural Resources USA Inc. | Chris Richardson<br>Jeff Rees | chris.richardson@dgslaw.com<br>jeff.rees@pxd.com |
| Plunkett & Gibson Inc. | Patrick H. Autry | autryp@plunkett-gibson.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Christopher A. Ward | cward@polsinelli.com |
| Porter & Hedges LLP | John F. Higgins | jhiggins@porterhedges.com |
| Porter & Hedges LLP | James Matthew Vaughn | mvaughn@porterhedges.com |
| Potter Anderson Corroon LLP | Laurie Selber Silverstein | lsilverstein@potteranderson.com |
| Potter Anderson Corroon LLP | Cacia M. Batts | cbatts@potteranderson.com |
| Potter Anderson Corroon LLP | B. Sitaras | bsitaras@potteranderson.com |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | Susheel Kirpalani | susheelkirpalani@quinnemanuel.com |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | Richard I. Werder | Rick.werder@quinnemanuel.com |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | Scott C. Shelley | Scottshelley@quinnemanuel.com |
| Range Resources Corporation | David P. Poole | dpoole@rangeresources.com |
| Rawle & Henderson LLP | Gary Seitz | gseitz@rawle.com |
| Redmond & Nazar, L.L.P. | Edward J. Nazar | enazar@redmondnazar.com |
| Reed Smith LLP | K. Gwynne | kgwynne@reedsmith.com |
| Reed Smith LLP | Kimberly E.C. Lawson | klawson@reedsmith.com |
| Richards Layton & Finger PA | Mark D. Collins | collins@rlf.com |
| Romero Law Firm | Martha E. Romero | romero@mromerolawfirm.com |
| Ropes & Gray LLP | Keith H. Wofford | keith.wofford@ropesgray.com |
| Ropes & Gray LLP | Nila Williams | nila.williams@ropesgray.com |
| Ropes & Gray LLP | Stephen Moeller-Sally | ssally@ropesgray.com |
| Rosenthal Monhalt & Goddess PA | Norman M. Monhait | nmonhait@rmgglaw.com |
| Rosenthan Fist & Ringold | John E. Howland | johnh@rfrlaw.com |
| Royal Dutch Petroleum Company (Shell) | Miguel Correa | miguel.correa@shell.com |
| Saul Ewing LLP | Lucian Murley | lmurley@saul.com |
| Saul Ewing LLP | Mark Minuti | mminuti@saul.com |
| Saunders, Schmidt, Echols, Ring & Heck | Jim Echols | j.m.echols@att.net |
| Schiffrin Barroway Topaz & Kessler, LLP | Sharan Nirmul | snirmul@sbtklaw.com |

| Name | Notice Name | Email |
|---|---|---|
| Schnader Harrison Segal & Lewis LLP | Barry E. Bressler | bbressler@schnader.com |
| Schnader Harrison Segal & Lewis LLP | Michael J. Barrie | mbarrie@schnader.com |
| Schnader Harrison Segal & Lewis LLP | Richard A. Barkasy | rbarkasy@schnader.com |
| Sedbrook Law Firm, P.C. | Matt. J. Sedbrook | msedbrook@att.net |
| Sidley Austin LLP | Michael G. Burke | mgburke@sidley.com |
| Skadden, Arps, Slater, Meagher & Flom LLP | Mark S. Chehi | mark.chehi@skadden.com |
| Skadden, Arps, Slater, Meagher & Flom LLP | Christopher S. Chow | Christopher.chow@skadden.com |
| Skadden, Arps, Slater, Meagher & Flom LLP | Thomas H. Kennedy | thomas.kennedy@skadden.com |
| Smith Katzenstein & Furlow LLP | Kathleen M. Miller | kmiller@skfdelaware.com |
| Sonnenschein Nath & Rosenthal LLP | Thomas A. Labuda | tlabuda@sonnenschein.com |
| Sonnenschein Nath & Rosenthal LLP | Jillian Gutman Mann | jgutmanmann@sonnenschein.com |
| Stevens & Lee PC | Joseph H. Huston, Jr. | jhh@stevenslee.com |
| Stevens & Lee PC | Nicholas F. Kajon | nfk@stevenslee.com |
| Stinson Morrison Hecker LLP | Paul M. Hoffman | phoffman@stinson.com |
| Stoel Rives LLP | Julia R. Petit | jrpettit@stoel.com |
| Strasburger & Price LLP | Duane J. Brescia | duane.brescia@strasburger.com |
| Strasburger & Price LLP | Stephen A. Roberts | stephen.roberts@strasburger.com |
| Stroock & Stroock & Lavan LLP | Harold A. Olsen | holsen@stroock.com |
| Stromberg & Associates PC | Mark Stromberg | mark@stromberglawfirm.com |
| Stutzman, Bromberg, Esserman & Plifka, PC | Steven A. Felsenthal | felsenthal@sbep-law.com |
| Stutzman, Bromberg, Esserman & Plifka, PC | Jacob L. Newton | Newton@sbep-law.com |
| Sullivan Hazeltine Allinson | William A. Hazeltine | mhazeltine@sha-llc.com |
| Sullivan Hazeltine Allinson LLC | William D. Sullivan | bsullivan@sha-llc.com |
| Suncor Energy (USA), Inc. | Michael E. Korenblat | mkorenblat@suncor.com |
| Sutherland Asbill & Brennan LLP | Mark D. Sherrill | mark.sherrill@sutherland.com |
| Sutherland Asbill & Brennan LLP | Paul B. Turner | paul.turner@sutherland.com |
| Thompson Coburn Fagel & Haber | Clinton P. Hansen | chanson@tcfhlaw.com |
| Thompson Coburn Fagel & Haber | Dennis E. Quaid | dquaid@tcfhlaw.com |

10

| Name | Notice Name | Email |
|---|---|---|
| Thompson & Knight LLP | John S. Brannon | John.brannon@tklaw.com |
| Thompson & Knight LLP | Rhett G. Campbell | Rhett.Campbell@tklaw.com |
| Thompson & Knight LLP | Mitchell E. Ayer | Mitchell.Ayer@tklaw.com |
| Thompson & Knight LLP | Katharine B. Richter | Katie.richter@tklaw.com |
| Tybout Redfearn and Pell | Sherry Ruggiero Fallon | sfallon@trplaw.com |
| U.S. Attorney's Office | Ellen W. Slights | usade.ecfbankruptcy@usdoj.gov |
| U.S. Bank National Association | Patrick M. Ryan | Patrick.ryan@usbank.com |
| Valero LP | Belinda Haecker | belinda.haecker@valero.com |
| Vedder Price PC | Michael L. Schein | mschein@vedderprice.com |
| Vinson & Elkins LLP | Jane Lee Vris | jvris@velaw.com |
| Watson & Jones PA | David S. Humphreys | dhumphreys@wjpalaw.com |
| Watson & Jones PA | J. Kevin Watson | kwatson@wjpalaw.com |
| Well Gotshal & Manges LLP | Harvey Miller | harvey.miller@weil.com |
| Well Gotshal & Manges LLP | Martin A. Sosland | martin.sosland@weil.com |
| Well Gotshal & Manges LLP | Michelle V. Larson | michelle.larson@weil.com |
| Well Gotshal & Manges LLP | Sylvia A. Mayer | sylvia.mayer@weil.com |
| Werb & Sullivan | Duane D. Werb | dwerb@werbsullivan.com |
| Werb & Sullivan | Regina A. Iorii | riorii@werbsullivan.com |
| Werb & Sullivan | Robert D. Wilcox | rwilcox@werbsullivan.com |
| Werb & Sullivan | Matthew P. Austria | maustria@werbsullivan.com |
| Werb & Sullivan | Brian Sullivan | bsullivan@werbsullivan.com |
| Western Asset Management Company | Gibson Cooper | gcooper@westernasset.com christopher.jacobs@westernasset.com |
| White & Case LLP | Andrew P. DeNatale | adenatale@whitecase.com |
| White & Case LLP | Bonnie Bolz Merkt | bmerkt@whitecase.com |
| Whiteford Taylor & Preston LLP | Brent C. Strickland | bstrickland@wtplaw.com |
| Whiteford Taylor & Preston LLP | Margaret M. Manning | mmanning@wtplaw.com |
| Whiteford Taylor & Preston LLP | Paul M. Nussbaum | pnussbaum@wtplaw.com |
| Whiteford Taylor & Preston LLP | Chad J. Toms | ctoms@wtplaw.com |
| Williams Mullen | Robert K. Imperial | rimperial@williamsmullen.com |
| Williams Mullen | William H. Schwarzschild III | tschwarz@williamsmullen.com |
| Winstead PC | J. Frasher Murphy | fmurphy@winstead.com |
| Winstead PC | Joseph G. Epstein | jepstein@winstead.com |
| Winstead PC | R. Michael Farquhar | mfarquhar@winstead.com |
| Womac & Associates | Brian D. Womac | |

| Name | Notice Name | Email |
|---|---|---|
| Womble Carlyle Sandridge & Rice PLLC | Kevin J. Mangan | kmangan@wcsr.com |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | mbusenkell@wcsr.com |
| Young Conaway Stargatt & Taylor LLP | Erin D. Edwards | eedwards@ycst.com |
| Young Conaway Stargatt & Taylor LLP | Pauline K. Morgan | pmorgan@ycst.com |
| Zuckerman Spaeder LLP | Thomas G. Macauley | tmacauley@zuckerman.com |

130444.01600/21716307v.2

**In re SEMCRUDE, L.P. (08-11525)**
**2002 SERVICE LIST – EXHIBIT B**
**(via First Class Mail)**

**Alerian Capital Management LLC**
Attn Gabriel A Hammond Partner
2100 McKinney Ave
Dallas, TX 75201

**Alerian Capital Management LLC**
Attn Richard Levy Chief Financial Officer
45 Rockefeller Plaza Ste 2000
New York, NY 10111

**Bank of America**
Jay T Wampler
Strategic Solutions Inc
901 Main St 66th Fl
Dallas, TX 75202

**Cimmaron Transportation LLC**
Attn John Schmitz
3314 E Hwy 82
Gainesville, TX 76240

**ConocoPhillips**
Craig Cooper
315 Johnstone 1350C POB
Bartlesville, OK 74004

**Fountain Capital Management**
Zachary Hamel
Zachary Hamel
11551 Ash St, #250
Leawood, KS 66211-7805

**Frank L Broyles**
Frank L Broyles
1201 Elm St Ste 4800
Dallas, TX 75270

**General Electric Capital Corporation**
Attn Portfolio Manager – SemCrude
Pipeline
120 Long Ridge Road
Stamford, CT 06927

**General Electric Capital Corporation**
Greg Hansen
120 Long Ridge Road
Stamford, CT 06927

**General Electric Capital Corporation**
Matt Lemieux
120 Long Ridge Road
Stamford, CT 06927

**Internal Revenue Service**
31 Hopkins Plaza Rm 1150
Baltimore, MD 21201

**Legal and General Investment
Management**
David North
3 Queens Victoria St
London, UK EC4N 8NH
England

**Manchester Securities Corp**
Attn Elliot Greenberg Vice President
712 Fifth Ave 35th Fl
New York, NY 10019

**Manchester Securities Corp**
Sundar Srinivasan
712 Fifth Ave 35th Fl
New York, NY 10019

**SEM CRUDE
SERVICE LIST**

**Merrill Lynch Asset Management**
4 World Financial Center 7th Fl
New York, NY 10080

**Missouri Department of Revenue**
Bankruptcy Unit
Attn Sheryl L Moreau
PO Box 475
Jefferson City, MO 65105-0475

**Muzinich & Company**
Anthony Iorfino
450 Park Ave
New York, NY 10022

**National Refinery Association (NCRA)**
Mary Minor
1391 Iron Horse Road
McPherson, KS 67460

**Nexen Marketing Inc**
Carol Wojciechowski
801 - 7th Ave SW Ste 1700
Calgary, AB T2P 3P7
Canada

**Office of the United States Trustee**
Joseph McMahon
District of Delaware
844 King St 2nd Fl
Wilmington, DE 19801

**Plains All American Pipeline LP**
Mike McBride
333 Clay St Ste 1600
Houston, TX 77002

**Secretary of State**
Division of Corporations
Franchise Tax
PO Box 7040
Dover, DE 19903

**Secretary of Treasury**
PO Box 7040
Dover, DE 19903

**Securities & Exchange Commission**
Mark Schonfeld Regional Director
3 World Financial Center Rm 4300
New York, NY 10281

**Securities & Exchange Commission**
100 F St NE
Washington, DC 20549

**SemGroup LP**
Two Warren Place
6120 S Yale Ave Ste 700
Tulsa, OK 74136-4216

**State of Texas**
Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

**Sullivan Hazeltine Allinson LLC**
Elihu E Allinson III
4 E 8th St Ste 400
Wilmington, DE 19801

**Sunoco Partners Marketing & Terminals
LP**
Tony Gallo
1801 Market St 25th Fl
Philadelphia, PA 19103

**Teppco Crude Oil LLC**
Gary Yager
1100 Louisiana St Ste 8160
Houston, TX 77002

## SEM CRUDE
## SERVICE LIST

**Transmontaigne**
Seth Belzley
1670 Broadway Ste 3100
Denver, CO 80202

**Wells Fargo**
Patrick Giordano VP Sr Relationship Mgr
Corporate Trust Services – MAC T5303-022
1445 Ross Ave 2nd Fl
Dallas, TX 75202-2812

**Michael G. Kelly, Esquire**
**Rush, Kelley, Morgan, Dennis, Corzine**
& Hansen, P.C.
P.O. Box 1311
Odessa, TX  79760-1311

**Cargill, Incorporated**
15407 McGinty Road West
Mailstop 24
Wayzata, MN  55391
Attn:  Geri L. Williams, Esquire

**Cargill, Incorporated**
15407 McGinty Road West
Mailstop 155
Wayzata, MN  55391
Attn:  Marc Rubenstein, Credit Manager,
        Commodity Risk Management

**BNSF Railway Company**
Attn:  Angela Chilcutt
3001 Lou Menk Drive
Fort Worth, TX 76131

**ExxonMobil Business Support Centre**
**Canada ULC**
Attn:  Jennifer Fraser
120 McDonald Street
Saint John, NB Canada
E2J 1M5

**Jack Corman**
10830 N. Central Expressway, Suite 160
Dallas, TX  75231

B. Gore Gaines, OBA No. 16500
**Lytle Soulé & Curlee, P.C.**
1200 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73102

Gretchen Crawford,
Asst. District Attorney
**Oklahoma County Treasurer**
320 Robert S. Kerr, Room 307
Oklahoma City, OK  73102

**McCreary, Veselka, Bragg & Allen, P.C.**
Attn:  Michael Reed, Esquire
P.O. Box 1269
Round Rock, TX  78680

Daniel T. Powers, Commissioner
**Chatham County Tax Commissioner**
P.O. Box 8321
Savannah, GA  31412

William C. Rice, Jr.
**Trotier Towers**
28250 FM 2978    Suite 324
Magnolia, TX 77354

**SEM CRUDE**
**SERVICE LIST**

**Missouri Highways**
**and Transportation Commission**
Attn:  Paul Sterrett
1590 Woodlake
Chesterfield, Missouri  63017

Brian D. Womac, Esquire
**Womac & Associates**
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, TX  77024

Susan R. Fuertes, Esquire
**Aldine Independent School District**
14910 Aldine-Westfield Road
Houston, TX 77032

DeAnn L. Owen, Esquire
**Office of the Solicitor**
**Rocky Mountain Region**
755 Parfet Street, Suite 151
Lakewood, CO  80215

Kayla Patrick, Litigation Department
**John Deere Credit**
P.O. Box 6600
Johnston, IA  50131-6600

**Walsh Production, Inc**.
PO Box 911
Sterling, CO 80751