## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, [1] | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | **Re: Docket No. 8553** |

-------------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, *Victoria A. Guilfoyle*, certify that on February 11, 2010 copies of the *Order Granting the Official Committee of Unsecured Creditors' Fifth Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof* [Dkt. No. 8553] were served via First Class Mail upon the parties listed on the Service List attached hereto as Exhibit A.

/s/ Victoria A. Guilfoyle
Dated:  February 11, 2010                 Victoria A. Guilfoyle (DE Bar. No 5183)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

# EXHIBIT A

James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Counsel for the Debtors*

Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
*Counsel for the Administrative Agent*

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Counsel for the Administrative Agent*

Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY  10017
*Counsel for DIP Agent*

Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
*Counsel for DIP Agent*

Joseph McMahon, Esquire
*Office of the United States Trustee*
844 King Street, Room 2313
Wilmington, DE  19801

*Preference Defendant(s)*

197 First Avenue, LLC,
by its Manager, Maric Needham, LLC
Attn:  Mark Rubin, Manager
197 1st Avenue
Needham, MA  02494-2874

Michael J. Barrie, Esquire
Benesch, Friedlander, Coplan &
Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
*Counsel for 197 First Avenue, LLC*

Bee Cave Contract, LLC
d/b/a Office Furniture Now!
Attn:  Bill Coon, Authorized
Representative
113 Industrial Boulevard
Austin, TX  78745

Brit Fifty West, LLC
BFCO Management, Inc., Authorized
Agent
Attn:  James H. Lystad, Esquire
5410 Edson Lane, Suite 200
Rockville, MD  20852

Broadridge Investor
Communication Solutions, Inc.
Attn:  Adam D. Amsterdam, Esquire
2 Journal Square
Jersey City, NJ  07306

Vincent D'Agostino, Esquire
Joseph M. Yar, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
*Counsel for Broadridge Investor*

128189.01600/21855035v.1

*Preference Defendant(s) continued*

Jeffrey R. Waxman, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Counsel for Broadridge Investor*

George P. Apostolides, Esquire
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL  60606-3910
*Counsel for CDW Direct LLC*

CDW Direct, LLC
Attn:  J. Heinz
200 N. Milwaukee Avenue
Vernon Hills, IL  60061

Sunstone MacArthur Lessee, Inc.
d/b/a The Fairmont Newport Beach
Attn:  Paul E. Ohm
4500 MacArthur Boulevard
Newport Beach, CA  92660

Fairmont Hotels and Resorts (U.S.), Inc.
Attn:  Barbara Kilner, Esquire
100 Wilmington Street W
Toronto, ON  MSK1B7

Kathryn M.S. Catherwood, Esquire
Duane Morris LLP
101 West Broadway, Suite 900
San Diego, CA  92101
*Counsel for The Fairmont Newport
Beach*

Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
*Counsel for The Fairmont Newport
Beach*

George Ayala and Shelly Tellez,
Individuals, d/b/a Planned Office
Attn:  George Ayala
Attn:  Shelly Tellez
1320 E. Saint Gertrude Place
Santa Ana, CA 92705

Todd Winter, Esq.
Winter & Associates, LLP
1901 Newport Blvd., Ste. 350, 3rd Floor
Costa Mesa, CA 92627
*Counsel for Planned Office*

Transvending Services, LLC
Attn:  Mark S. Gamell, Esquire
Torre Lentz Gamell Gary & Rittmaster,
LLP
100 Jericho Quadrangle, Suite 309
Jericho, NY  11753

Regents of the University of Minnesota
Gopher Sports Properties, LLC
c/o The Kaiser Law Firm
Attn:  Phil Kaiser, Esquire
12231 Manchester Road
Saint Louise, MO  63131

Vicom Computer Services, Inc.
Attn:  Victor V. Verola, President
60 Carolyn Boulevard
Farmingdale, NY  11735

Robert E. Seaman III, Esquire
Office of Robert E. Seaman III
475 Park Avenue South, 26th Floor
New York, NY  10002
*Counsel for Vicom Computer Services,
Inc.*

Westridge II and III, LLC f/k/a
West Properties II and II, LP
Mid-America Property, Inc., Manager
Attn:  Carolyn H. Helmlinger, President
4700 Westown Parkway
West Des Moines, Iowa  50266

West Properties II and III, L.P.
Jerry C. Sharpe
Belin McCormick, P.C.
666 Walnut Street, Ste. 2000
Des Moines, IA 50309