IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                : Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                    :
                                                                      : Jointly Administered
         Debtors.                                                     :
                                                                      : Ref. Docket Nos. 6826, 6968 & 7023
--------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER RESOLVING DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 3346**

On January 9, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed their Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 [Docket No. 6826] (the "Objection"). By the Objection, the Debtors requested, *inter alia*, that the Court expunge the proof of claim filed by the Indiana Department of Revenue ("Claim 3346"). The Debtors sought to expunge Claim 3346 on the grounds that the amount claimed by the Indiana Department of Revenue ("Indiana") was fully satisfied and therefore no amount was due and owing by the Debtors to Indiana.

On or about February 6, 2009, Indiana filed a response to the Objection [Docket No. 6968] (the "Response") in which Indiana contends that it is entitled to a total of $127,437.85 on account of unpaid taxes and late fees in an amount and priority as follows: (i) $67,716.93 unsecured priority; (ii) $363.97 secured; and (iii) $59,356.95 general unsecured. On February

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

17, 2009, the Court entered an order [Docket No. 7023] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 3346.

Following good faith negotiations, the parties have agreed that Claim 3346 should be modified and allowed as a secured claim in the amount of $363.97 against American Home Mortgage Holdings, Inc. (Case No. 07-11047). A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: February 12, 2010
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

17, 2009, the Court entered an order [Docket No. 7023] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 3346.

Following good faith negotiations, the parties have agreed that Claim 3346 should be modified and allowed as a secured claim in the amount of $363.97 against American Home Mortgage Holdings, Inc. (Case No. 07-11047). A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: February 12, 2010
    Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
       Debtors.                                                          :
                                                                         : Ref. Docket Nos. 6826, 6968 & 7023
------------------------------------------------------------------------ x

**THIRD ORDER REGARDING DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the twenty-ninth omnibus (substantive) objection (the "Objection") [Docket No. 6826] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 7023] on February 17, 2009; and the Objection having been adjourned with respect to proof of claim numbered 3346 filed by the Indiana Department of Revenue ("Claim 3346"); and the Debtors and the Indiana Department of Revenue having agreed that Claim 3346 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 3346 is hereby modified and allowed as a secured claim in the amount of $363.97 against American Home Mortgage Holdings, Inc. (Case No. 07-11047); and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE