**AMERICAN HOME MORTGAGE**
**Time Summary**
**January 1, 2010 to January 31, 2010**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 17.7 | 610.00 | 10,797.00 |
| ROBERT M KLEIN | PARTNER | 0.3 | 600.00 | 180.00 |
| MICHELE MICHAELIS | DIRECTOR | 15.4 | 450.00 | 6,930.00 |
| RAYMOND W KONG | SENIOR MANAGER | 1.4 | 455.00 | 637.00 |
| SAM LAU | MANAGER | 2.0 | 295.00 | 590.00 |
| CHRIS AWONG | SENIOR | 14.0 | 275.00 | 3,850.00 |
| MATTHEW J STEWART | SENIOR | 85.6 | 240.00 | 20,544.00 |
| KEVIN REINLE | SENIOR | 8.4 | 225.00 | 1,890.00 |
| NAUSHON E VANDERHOOP | SENIOR | 0.5 | 190.00 | 95.00 |
| ALAINA D MASLER | STAFF | 5.1 | 180.00 | 918.00 |
| MATTHEW E SANDBERG | STAFF | 7.9 | 150.00 | 1,185.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 3.8 | 150.00 | 570.00 |
| | **SUBTOTAL:** | **162.1** | | **$48,186.00** |
| TRAVEL TIME: Billed @ ½ rate | | | | |
| MATTHEW J STEWART | SENIOR | 2.0 | 120.00 | 240.00 |
| | **SUBTOTAL:** | **2.0** | | **240.00** |
| | **TOTAL** | **164.1** | | **$48,426.00** |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### January 1, 2010 to January 31, 2010

## A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/5/2010 | M.S. | Reviewed open SAP and general unsecured claims and correspondences with S. Martinez re: same. | 0.6 |
| 1/5/2010 | M.S. | Reviewed Rucker claim, sales of contraction loans and correspondences with D. Berliner re: same. | 0.8 |
| 1/7/2010 | M.S. | Reviewed SAP and unsecured claims filed with the Court. | 1.4 |
| 1/11/2010 | D.B. | Reviewed items to be included in record on appeal and statement of issues on appeal regarding claims of Mona Dobben. | 0.2 |
| 1/11/2010 | D.B. | Reviewed AHM reply to the opposition of Park National Bank to AHM motion for allowance and payment of Section 506(c) claim. | 0.2 |
| 1/18/2010 | D.B. | Reviewed analysis of WL Ross claim relating to advances and Ross settlement proposal and discussed with M. Stewart. | 0.3 |
| 1/20/2010 | K.R. | Reviewed docket and updated omnibus objections summary based on newly filed court documents. | 1.3 |
| 1/20/2010 | M.S. | Reviewed updated claims summary information. | 0.4 |
| 1/21/2010 | M.S. | Reviewed updated claims summary provided by the Debtors. | 0.4 |
| 1/22/2010 | K.R. | Reviewed claims reconciliation; prepared analyses and write-up of summary for report. | 1.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### January 1, 2010 to January 31, 2010

### A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/28/2010 | M.S. | Reviewed claims updated and objections filed for January. | 0.4 |
| | | **TOTAL:** | **7.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.7 | 610.00 | 427.00 |
| M. STEWART (M.S.) | 4.0 | 240.00 | 960.00 |
| K. REINLE (K.R.) | 2.5 | 225.00 | 562.50 |
| **TOTAL:** | **7.2** | | **1,949.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**B.     TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/7/2010 | D.B. | Supervised M. Stewart re: sales and use taxes and 2009 tax returns. | 0.4 |
| 1/12/2010 | D.B. | Met with M. Michaelis and M. Stewart re: tax return preparation and planning for meeting at Debtors on 1/14/2010. | 0.2 |
| 1/13/2010 | M.S. | Corresponded regarding tax personnel and call tomorrow with the Debtors. | 0.2 |
| 1/14/2010 | D.B. | Reviewed tax return status schedule and discussed with R. Klein. | 0.2 |
| 1/14/2010 | M.M. | Conference call re: tax planning. | 0.4 |
| 1/14/2010 | M.S. | Conference call with BDO tax professionals and the Debtors regarding tax planning. | 0.4 |
| 1/14/2010 | R.K. | Discussion regarding tax return issues. | 0.3 |
| 1/14/2010 | R.K. | Email from M. Stewart regarding tax project list (required 2009 returns, outstanding refund claims, status of tax notices, etc.). | 0.3 |
| 1/15/2010 | R.K. | Reviewed the tax project list sent by M. Stewart. | 0.3 |
| 1/22/2010 | R.K. | Reviewed information received and compiled a list of questions, issues, missing info for February 2 meeting. | 0.8 |
| 1/26/2010 | M.M. | Reviewed Engagement letter for tax services to be provided. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**B.      TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/26/2010 | M.S. | Reviewed draft engagement letter to perform tax advisory services. | 0.6 |
| 1/28/2010 | M.M. | Reviewed and participated in tax related discussions and issues. | 0.8 |
| 1/28/2010 | M.S. | Prepared for and corresponded with R. Klein regarding the Maryland Tax Refund. | 0.4 |
| 1/29/2010 | M.S. | Corresponded with R. Klein regarding tax retention. | 0.2 |
| | | **TOTAL:** | **5.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.8 | 610.00 | 488.00 |
| R. KLEIN (R.K.) | 0.3 | 600.00 | 180.00 |
| R. KONG (R.K.) | 1.4 | 455.00 | 637.00 |
| M. MICHAELIS (M.M.) | 1.5 | 450.00 | 675.00 |
| M. STEWART (M.S.) | 1.8 | 240.00 | 432.00 |
| **TOTAL:** | **5.8** | | **2,412.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**C.     PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/6/2010 | C.A. | Responded to and researched Counsel's questions on preference vendor Trade Show Fabrications. | 0.6 |
| 1/6/2010 | C.A. | Per request from Counsel, researched various questions regarding critical vendor BlackRock, and communicated to Counsel. | 1.4 |
| 1/6/2010 | C.A. | Communicated Debtors' response to Counsel regarding potentially preferential payments to vendor Microsoft. | 1.2 |
| 1/6/2010 | C.A. | Summarized preference settlements for the fifth omnibus 9019 filed with the Courts, and provided to the BDO team for review. | 0.8 |
| 1/6/2010 | C.A. | Coordinated various other preference requests for Counsel, including matter involving Deloitte, Cadwalader, Weiner Brodsky, Radian Group, and Diner's Club. | 1.8 |
| 1/6/2010 | M.M. | Reviewed current "settlement for preferences" proposal. | 0.2 |
| 1/8/2010 | C.A. | Per request from Counsel, reviewed various check payments made to Radian Group in the preference period, and communicated with the Debtors to determine why the payments were so large as compared with the historical period.  Communicated results to Counsel. | 1.7 |
| 1/11/2010 | M.M. | Reviewed preference related summaries. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

## C.      PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/13/2010 | C.A. | Revised the summary schedule of preference settlements to date to include only 11 settlements (as opposed to 14 settlements) per the Fifth Omnibus 9019 Motion, and submitted to the BDO team. | 0.6 |
| 1/13/2010 | C.A. | Per request from Counsel, investigated an alleged bounced check made to preference Defendant Mountainview Corp Centre, as well as the status of the lease, and coordinated a response with the Debtors. | 1.4 |
| 1/13/2010 | M.S. | Reviewed preference recoveries and Cash at Effective Date. | 0.4 |
| 1/14/2010 | C.A. | Per request from Counsel, researched and provided the detail for potential new value for preference Defendant Tax Verification Bureau. | 0.7 |
| 1/14/2010 | M.S. | Reviewed preference recoveries and settlements. | 0.3 |
| 1/14/2010 | M.S. | Corresponded with D. Berliner and C. Awong regarding preferences. | 0.1 |
| 1/19/2010 | M.S. | Corresponded with C. Awong regarding RMS and preferences. | 0.3 |
| 1/19/2010 | M.S. | Reviewed preference recoveries and tiered commission structure. | 0.3 |
| 1/20/2010 | C.A. | Per request from Counsel, researched Schedule G Claims for preference defendant Mountainview Corp Centre Sierra, and coordinated response with the Debtors. | 1.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### January 1, 2010 to January 31, 2010

**C.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/20/2010 | M.S. | Reviewed amounts related to preference settlements and correspondences with C. Awong re: same. | 0.4 |
| 1/21/2010 | C.A. | Per request from Counsel, provided and analyzed sample invoices for preference Defendant, Ellie Mae, and also determined company type.  Communicated results to Counsel. | 1.3 |
| 1/21/2010 | C.A. | Per request from Counsel, provided missing invoice related to preference Defendant Fair Isaac, and determined if it was related to a contract assumed by Wilbur Ross. | 0.2 |
| 1/21/2010 | M.S. | Reviewed preference amounts received and bank account information. | 0.3 |
| 1/25/2010 | C.A. | Per request from Counsel, investigated with the Debtors whether Newsday, Inc's assertion of a check payment was accurate. | 0.6 |
| 1/29/2010 | C.A. | Per request from Counsel, researched whether the Novasoft IT services contract was assumed and assigned. Coordinated response with the Debtors. | 0.4 |
| | | **TOTAL:** | **16.5** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**C.      PREFERENCE ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|------|
| M. MICHAELIS (M.M.) | 0.4 | 450.00 | 180.00 |
| C. AWONG (C.A.) | 14.0 | 275.00 | 3,850.00 |
| M. STEWART (M.S.) | 2.1 | 240.00 | 504.00 |
| **TOTAL:** | **16.5** | | **4,534.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

### D.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/5/2010 | M.S. | Indexed documents relating to the causes of action investigation. | 0.7 |
| 1/6/2010 | M.S. | Reviewed documents related to the causes of action investigation. | 2.1 |
| 1/6/2010 | M.S. | Reviewed payments made during 2006 and 2007 related to the causes of action investigation. | 0.8 |
| 1/8/2010 | M.S. | Corresponded with M. Michaelis regarding causes of action and Committee report. | 0.3 |
| 1/12/2010 | K.R. | Indexed documents related to causes of action investigation. | 1.9 |
| 1/12/2010 | M.S. | Entered financial statement data from EPIQ Systems into Excel and analyzed significant changes from one period to the next. | 2.6 |
| 1/12/2010 | M.S. | Indexed documents relating to the causes of action investigation. | 2.4 |
| 1/12/2010 | M.S. | Corresponded with K. Reinle regarding document indexing. | 0.2 |
| 1/12/2010 | M.S. | Reviewed documents related to D&T and D&T fees. | 0.6 |
| 1/18/2010 | M.S. | Prepared for and met with M. Michaelis to discuss the causes of action investigation. | 0.9 |
| 1/19/2010 | M.S. | Corresponded with D. Berliner regarding Johnston, causes of action and RMS. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**D.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/20/2010 | D.B. | Reviewed subpoena from JPM, discussed with M. Stewart and BDO in-house counsel. | 1.5 |
| 1/20/2010 | M.M. | Reviewed correspondence re: subpoena on JPM and other current issues. | 0.4 |
| 1/20/2010 | M.S. | Reviewed JPM subpoena and documents requested. | 0.7 |
| 1/21/2010 | D.B. | Met with M. Michaelis and M. Stewart to discuss documents required per subpoena; telephone calls with J. Burla, BDO counsel re: response to subpoena. | 0.8 |
| 1/21/2010 | K.R. | Reviewed and indexed documents in relation to subpoena. | 1.9 |
| 1/21/2010 | M.M. | Reviewed and discussed subpoena filed against BDO. | 0.9 |
| 1/21/2010 | M.S. | Responded to JPM Subpoena request for documents. | 2.7 |
| 1/21/2010 | M.S. | Prepared response to the JPM subpoena. | 0.4 |
| 1/21/2010 | M.S. | Work sessions with K. Reinle regarding JPM Subpoena. | 0.4 |
| 1/21/2010 | S.L. | Loading data into Concordance for BDO's review. | 1.5 |
| 1/22/2010 | D.B. | E-mails to BDO counsel re: response to documents requested in JPM subpoena. | 0.5 |
| 1/22/2010 | D.B. | Met with M. Stewart re: initial review of documents for subpoena. | 0.4 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**D.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/22/2010 | S.L. | Brief Concordance walkthrough with K. Brant. | 0.5 |
| 1/25/2010 | K.R. | Reviewed historical files and records for information on employee salaries and bonuses. | 0.4 |
| 1/25/2010 | M.M. | Discussed cause of action memo with R. Malatak re: potential recoveries. | 0.4 |
| 1/25/2010 | M.M. | Reviewed and discussed cause of action memo support with M. Stewart and reviewed relevant responses to counsel's request. | 0.3 |
| 1/25/2010 | M.S. | Discussed with M. Michaelis the causes of action investigation. | 0.3 |
| 1/25/2010 | M.S. | Reviewed information related to the cause of action report completed and sent to counsel in December. | 0.6 |
| 1/25/2010 | M.S. | Gathered support at the request of counsel regarding the causes of action investigation. | 2.8 |
| 1/25/2010 | M.S. | Conference call with R. Malatak regarding causes of action investigation. | 0.8 |
| 1/25/2010 | M.S. | Reviewed and collaboration of employment agreements for R. Malatak. | 0.8 |
| 1/25/2010 | M.S. | Reviewed information forwarded by the Debtors related to employee bonuses and commissions. | 0.3 |
| 1/26/2010 | A.M. | Reviewed employment agreements for and created schedule of compensation packages. | 1.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**D.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/26/2010 | M.M. | Met and discussed with M. Stewart re: AH Bank, WL Ross, and causes of action investigation. | 0.6 |
| 1/26/2010 | M.S. | Met and discussed with M. Michaelis AH Bank, WL Ross, and causes of action investigation. | 0.8 |
| 1/26/2010 | M.S. | Reviewed documents provided by the Debtors in response to the causes of action investigation. | 0.6 |
| 1/27/2010 | A.M. | Reviewed employment agreements for and created schedule of compensation packages. | 1.5 |
| 1/27/2010 | A.M. | Corresponded with M. Stewart regarding employment agreements. | 0.3 |
| 1/27/2010 | M.S. | Work sessions with AHM employees regarding information regarding the causes of action investigation. | 1.2 |
| 1/28/2010 | A.M. | Corresponded with M. Stewart regarding employment agreements. | 0.2 |
| 1/28/2010 | M.S. | Met and discussed with M. Michaelis AH Bank, WL Ross, and causes of action investigation. | 0.6 |
| 1/28/2010 | M.S. | Corresponded with A. Masler and staff regarding employment agreements. | 0.4 |
| 1/28/2010 | M.S. | Reviewed employment agreements and bonus and compensation payments for 2007. | 2.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**D.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/28/2010 | M.S. | Analyzed the Employment Agreements of various American Home Mortgage employees for performance-based compensation rates in order to find out how much of the bonuses issued in 2006 were discretionary. | 3.5 |
| 1/29/2010 | A.M. | Reviewed and updated compensation worksheet. | 0.8 |
| 1/29/2010 | A.M. | Analyzed 2007 bonus and commission payments and updated schedule. | 0.7 |
| 1/29/2010 | M.S. | Prepared materials related to the causes of action investigation at the request of counsel. | 3.8 |
| 1/29/2010 | M.S. | Corresponded with M. Michaelis and A. Masler regarding employment agreements and the causes of action investigation. | 0.3 |
| 1/29/2010 | M.S. | Corresponded with staff regarding employment agreements. | 0.4 |
| 1/29/2010 | M.S. | Updated the spreadsheet detailing discretionary bonuses in 2006 for various AHM employees (added 2007 salaries). | 1.8 |
| | | **TOTAL:** | **53.6** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**D.      LITIGATION CONSULTING**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.2 | 610.00 | 1,952.00 |
| M. MICHAELIS (M.M.) | 2.6 | 450.00 | 1,170.00 |
| S. LAU (S.L.) | 2.0 | 295.00 | 590.00 |
| M. STEWART (M.S.) | 28.6 | 240.00 | 6,864.00 |
| K. REINLE (K.R.) | 4.2 | 225.00 | 945.00 |
| A. MASLER (A.M.) | 5.1 | 180.00 | 918.00 |
| M. SANDBERG (M.S.) | 7.9 | 150.00 | 1,185.00 |
| **TOTAL:** | **53.6** | | **13,624.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### January 1, 2010 to January 31, 2010

**E.      ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/4/2010 | D.B. | Reviewed letter of intent, draft purchase agreement and resumes of principals for unsolicited offers to purchase AH Bank. | 0.6 |
| 1/4/2010 | M.M. | Reviewed competing bank offers and discussed same with D. Berliner and M. Stewart. | 0.8 |
| 1/4/2010 | M.S. | Reviewed unsolicited stock purchase offer. | 1.4 |
| 1/13/2010 | M.M. | Prepared for call with call with Debtors and discussed issues with BDO team. | 1.1 |
| 1/26/2010 | M.M. | Edited and distributed update to counsel re: bank sale. | 0.3 |
| | | **TOTAL:** | **4.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.6 | 610.00 | 366.00 |
| M. MICHAELIS (M.M.) | 2.2 | 450.00 | 990.00 |
| M. STEWART (M.S.) | 1.4 | 240.00 | 336.00 |
| **TOTAL:** | **4.2** | | **1,692.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**F.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/4/2010 | D.B. | Telephone call and e-mails with K. Nystrom and/or S. Martinez re: AH Bank and Waterfield. | 0.4 |
| 1/4/2010 | M.M. | Participated in conference call with Zolfo re: bank offer. | 0.4 |
| 1/4/2010 | M.S. | Conference call with the Debtors regarding the Bank. | 0.6 |
| 1/6/2010 | M.S. | Corresponded with Debtors regarding payments made during 2006 and 2007. | 0.2 |
| 1/7/2010 | D.B. | E-mails with S. Martinez re: sales and use taxes and 2009 tax returns. | 0.2 |
| 1/11/2010 | M.S. | Corresponded with D. Berliner, M. Michaelis and Debtors regarding Judge's orders. | 0.1 |
| 1/12/2010 | D.B. | Telephone call with Zolfo re: case status update. | 0.5 |
| 1/12/2010 | M.M. | Call with Debtors re: update. | 0.6 |
| 1/12/2010 | M.S. | Update call with the Debtors to discuss open issues. | 0.6 |
| 1/13/2010 | M.M. | Conference call with Debtors re:  bank update. | 0.4 |
| 1/14/2010 | D.B. | Telephone call with S. Martinez re: update on Bancorp. meeting with D&T. | 0.3 |
| 1/14/2010 | M.S. | Met with L. Smalley and S. Martinez regarding case issues and case planning. | 3.5 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**F.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/14/2010 | M.S. | Various discussions with. Berliner, Debtors and Zolfo Cooper regarding claims, litigations, CNI and Melville reinsurance, cash flow and Effective Date. | 1.6 |
| 1/15/2010 | M.S. | Corresponded with D. Berliner and the Debtors regarding WL Ross | 0.4 |
| 1/18/2010 | M.S. | Reviewed WL Ross disputed and non-disputed items outstanding. | 0.4 |
| 1/19/2010 | D.B. | E-mails with S. Martinez and R. Klein re: BDO Tax engagement letter. | 0.2 |
| 1/20/2010 | D.B. | Telephone call with S. Martinez re: case status update. | 0.6 |
| 1/20/2010 | M.S. | Conference call with the Debtors regarding monthly updates. | 0.6 |
| 1/22/2010 | D.B. | Telephone call with K. Nystrom re: AH Bank update. | 0.2 |
| 1/25/2010 | M.S. | Corresponded re: Debtors needed information. | 0.2 |
| 1/26/2010 | M.M. | Call with Debtors re: weekly update on bank and Ross. | 0.5 |
| 1/26/2010 | M.M. | Prepared for call with Debtors. | 0.4 |
| 1/26/2010 | M.S. | Conference call with the Debtors to discuss the Bank status. | 0.5 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### January 1, 2010 to January 31, 2010

**F.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/26/2010 | M.S. | Corresponded with the Debtors regarding causes of action investigation. | 0.2 |
| 1/27/2010 | M.S. | Various discussions with S. Martinez regarding Ross, Broadhollow and Effective Date. | 2.0 |
| 1/27/2010 | M.S. | Work session with S. Martinez regarding professional fee retention. | 0.3 |
| 1/28/2010 | M.S. | Corresponded with the Debtors regarding bonus and commission payments for 2007 | 0.3 |
| 1/29/2010 | M.S. | Prepared for meeting next Wednesday with Hahn and Hessen regarding outstanding AHM issues. | 0.7 |
| | | **TOTAL:** | **16.9** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.4 | 610.00 | 1,464.00 |
| M. MICHAELIS (M.M.) | 2.3 | 450.00 | 1,035.00 |
| M. STEWART (M.S.) | 12.2 | 240.00 | 2,928.00 |
| **TOTAL:** | **16.9** | | **5,427.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**G.     REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/6/2010 | M.M. | Reviewed correspondence regarding current week report. | 0.2 |
| 1/7/2010 | D.B. | Initial review of BDO Report to UCC re: financial update. | 1.1 |
| 1/7/2010 | K.R. | Reviewed and edited Committee report. | 0.5 |
| 1/7/2010 | M.M. | Reviewed summary memo for Committee and discussed same. | 0.9 |
| 1/7/2010 | M.S. | Prepared a Committee update report on the Bank, claims and preferences. | 3.3 |
| 1/7/2010 | M.S. | Reviewed 1/7/10 Committee report based on M. Michaelis comments. | 0.7 |
| 1/8/2010 | D.B. | Reviewed and edit BDO report to UCC re: financial update. | 0.8 |
| 1/8/2010 | K.R. | Reviewed and edited report to Committee. | 0.4 |
| 1/8/2010 | M.S. | Revised 1/8/09 Committee report based on D. Berliner's comments and sent to Committee. | 1.6 |
| 1/8/2010 | M.S. | Corresponded with D. Berliner regarding Committee report. | 0.3 |
| 1/19/2010 | M.M. | Discussed bank status and updated report. | 0.2 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

## G.     REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/20/2010 | M.S. | Prepared update report for counsel re: bank, Ross, Broadhollow and Dobben claim. | 1.3 |
| 1/22/2010 | D.B. | Prepared analysis for counsel re: AH Bank recovery. | 0.8 |
| 1/22/2010 | M.M. | Reviewed update memo from D. Berliner. | 0.2 |
| 1/26/2010 | M.S. | Prepared update report for counsel regarding bank and cash flows. | 0.8 |
| 1/26/2010 | M.S. | Prepared the Committee update report regarding bank, Ross, and Broadhollow. | 1.2 |
| 1/27/2010 | M.M. | Reviewed and edited update to be sent to Committee. | 1.2 |
| 1/27/2010 | M.S. | Prepared the Committee update report regarding bank, Ross, and Broadhollow. | 3.4 |
| 1/28/2010 | M.M. | Edited and distributed memo to Committee. | 0.3 |
| 1/28/2010 | M.S. | Revised 1/28/10 Committee report based on M. Michaelis comments. | 1.1 |
| | | **TOTAL:** | **20.3** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

## G.    REPORT PREPARATION

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|-----|------|-------------|
| D. BERLINER (D.B.) | 2.7 | 610.00 | 1,647.00 |
| M. MICHAELIS (M.M.) | 3.0 | 450.00 | 1,350.00 |
| M. STEWART (M.S.) | 13.7 | 240.00 | 3,288.00 |
| K. REINLE (K.R.) | 0.9 | 225.00 | 202.50 |
| **TOTAL:** | **20.3** | | **6,487.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**H.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/4/2010 | D.B. | Reviewed revised cash flow forecast for period ending 1/1/2010 through 4/2/2010 and effective date cash analyses for 1/29/2010 and 3/31/2010. | 0.3 |
| 1/4/2010 | D.B. | Reviewed November 2009 AHBank financial statements and updated analysis of recovery from Bancorp. offer vs. liquidation value. | 0.6 |
| 1/4/2010 | D.B. | Reviewed BDO analysis of value of unsolicited offer for AH Bank to prepare for conference call with Zolfo. | 0.3 |
| 1/4/2010 | M.M. | Discussed status of Waterfield and other open items with regard to AHM current status. | 0.2 |
| 1/4/2010 | M.S. | Reviewed updated bank balance sheet and current bank offer vs. liquidation. | 2.3 |
| 1/5/2010 | M.M. | Reviewed current correspondence re: Waterfiled. | 0.3 |
| 1/7/2010 | M.S. | Reviewed cash flow forecast provided by the Debtors last week. | 0.4 |
| 1/11/2010 | D.B. | Reviewed post confirmation report through September 2009 for each Debtors. | 0.5 |
| 1/11/2010 | D.B. | Reviewed docket report for period 12/24/2009 thru 1/8/2010. | 0.2 |
| 1/11/2010 | K.R. | Reviewed docket for updating fee applications; updated professional fee summary schedule based on newly filed docket items. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**H.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/11/2010 | M.M. | Reviewed current budget. | 0.4 |
| 1/11/2010 | M.S. | Reviewed professional fees filed through 1/8/10. | 0.7 |
| 1/11/2010 | M.S. | Reviewed docket and related documents. | 0.3 |
| 1/11/2010 | M.S. | Reviewed cash flow forecast provided by the Debtors on 1/8/10. | 0.4 |
| 1/12/2010 | M.M. | Reviewed summary prepared by M. Stewart re: update call. | 0.2 |
| 1/12/2010 | M.M. | Discussed status and information conveyed by Debtors with D. Berliner and M. Stewart. | 0.2 |
| 1/12/2010 | M.S. | Work Sessions with staff regarding Post Confirmation reports filed for the quarter-ended June 2009 and September 2009. | 0.7 |
| 1/14/2010 | D.B. | Reviewed M. Stewart analysis of recovery from AH Bank in liquidation vs. sale and cash needed to 'Go Effective'. | 0.3 |
| 1/14/2010 | M.M. | Reviewed and discussed current cash flow. | 0.6 |
| 1/14/2010 | M.S. | Reviewed cash flow forecast, ability to go Effective and forecasted cash flow. | 1.1 |
| 1/15/2010 | M.S. | Reviewed cash flow forecast, ability to go Effective and forecasted cash flow. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**H.      BUSINESS ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 1/15/2010 | M.S. | Reviewed outstanding issues with Ross including issues related to fees and advances. | 0.6 |
| 1/18/2010 | M.M. | Reviewed updated cash flow received. | 0.4 |
| 1/18/2010 | M.S. | Reviewed docket and PwC motion to employ and engagement letter. | 0.3 |
| 1/18/2010 | M.S. | Reviewed the tolling agreement with Deloitte and Touche. | 0.3 |
| 1/18/2010 | M.S. | Reviewed loan level detail for LHFS portfolio. | 0.4 |
| 1/18/2010 | M.S. | Met with D. Berliner to discuss WL Ross settlement and advance issue. | 0.2 |
| 1/20/2010 | M.S. | Reviewed WL Ross disputed amounts and overall recovery scenarios | 0.8 |
| 1/20/2010 | M.S. | Corresponded and discussed with D. Berliner Ross, JPM and other issues. | 0.4 |
| 1/21/2010 | D.B. | Supervised M. Stewart in preparation of analysis of AHBank sale vs. liquidation recoveries. | 0.3 |
| 1/21/2010 | M.M. | Reviewed "current update" as to status of bank sale and effective date issues. | 0.4 |
| 1/21/2010 | M.S. | Corresponded with D. Berliner regarding bank update. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/22/2010 | M.M. | Reviewed revised effective date budget. | 0.2 |
| 1/22/2010 | M.S. | Prepared cash flow, Bank disposal and Effective Scenario analyses. | 3.4 |
| 1/22/2010 | M.S. | Met with D. Berliner regarding Effective Date analysis. | 0.4 |
| 1/22/2010 | M.S. | Various discussions and correspondences with D. Berliner regarding AH Bank. | 0.4 |
| 1/22/2010 | M.S. | Revised Effective Date analysis based on D. Berliner's comments. | 0.8 |
| 1/26/2010 | M.S. | Reviewed updated AH Bank liquidation information. | 0.4 |
| 1/26/2010 | M.S. | Reviewed Debtors' employment agreements. | 0.4 |
| 1/26/2010 | M.S. | Reviewed updated tolling agreement between the Debtors, Creditors and D&T. | 0.3 |
| 1/26/2010 | M.S. | Reviewed materials forwarded by the Debtors related to employee compensation. | 0.6 |
| 1/27/2010 | M.S. | Corresponded with A. Masler regarding employment agreements. | 0.3 |
| 1/27/2010 | M.S. | Corresponded with M. Michaelis regarding cash flow and Bank. | 0.2 |
| 1/27/2010 | M.S. | Analyzed cash flow and various Effective Date scenarios. | 0.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

**H.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/28/2010 | M.S. | Analyzed cash flows for 2007 including bonus and commission payments. | 0.8 |
| 1/29/2010 | M.M. | Reviewed current cash flow expectations and budget. | 0.5 |
| 1/29/2010 | M.S. | Reviewed employee compensation for 2007 data provided by the Debtors. | 0.9 |
| 1/29/2010 | M.S. | Reviewed the cash flow forecast provided on January 29, 2010 analysis of budget forecasted past Debtors' current forecast. | 0.8 |
| | | **TOTAL:** | **27.1** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.5 | 610.00 | 1,525.00 |
| M. MICHAELIS (M.M.) | 3.4 | 450.00 | 1,530.00 |
| M. STEWART (M.S.) | 20.4 | 240.00 | 4,896.00 |
| K. REINLE (K.R.) | 0.8 | 225.00 | 180.00 |
| **TOTAL:** | **27.1** | | **8,131.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2010 to January 31, 2010**

### I.    COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/4/2010 | D.B. | Telephone call and e-mails with M. Indelicato re: AH Bank and Waterfield. | 0.5 |
| 1/5/2010 | D.B. | E-mails with E. Schnitzer re: settlement stipulation re: Rucker claim, reviewed stipulation and discussed with M. Stewart. | 0.5 |
| 1/6/2010 | D.B. | E-mails with J. McCahey re: damage calculation for UCC investigation. | 0.2 |
| 1/6/2010 | M.S. | Corresponded with H&H regarding payments made during 2006 and 2007. | 0.2 |
| 1/8/2010 | D.B. | Telephone calls and e-mails with M. Indelicato and E. Schnitzer re: BDO report to UCC, Debtors request to engage BDO for tax returns and status of Waterfield. | 0.4 |
| 1/12/2010 | D.B. | E-mails from E. Schnitzer re: latest preference settlements. | 0.2 |
| 1/12/2010 | M.S. | Prepared update information for D. Berliner and counsel. | 0.8 |
| 1/13/2010 | D.B. | Prepared memo to Hahn & Hessen re: case status update. | 0.5 |
| 1/13/2010 | D.B. | E-mails with Hahn & Hessen re: Lender 506(c) issue re: IL building. | 0.1 |
| 1/15/2010 | D.B. | E-mails with Hahn & Hessen re: status update on AHBank. | 0.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### January 1, 2010 to January 31, 2010

## I.      COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/18/2010 | D.B. | Reviewed draft tolling agreement with D&T, prepared comments and e-mailed to counsel. | 0.5 |
| 1/18/2010 | D.B. | E-mails to E. Schnitzer re: Johnston preference action issue. | 0.1 |
| 1/19/2010 | D.B. | E-mails with M. Indelicato re: preference actions and to review RMS retention papers. | 0.1 |
| 1/20/2010 | D.B. | Telephone call and e-mails with UCC counsel re: subpoena from JPM. | 0.3 |
| 1/20/2010 | D.B. | E-mails to Hahn & Hessen re: case status update. | 0.5 |
| 1/21/2010 | M.S. | Met with D. Berliner, M. Michaelis and in-house counsel regarding JPM subpoena. | 0.4 |
| 1/22/2010 | D.B. | E-mail to Hahn & Hessen re: AH Bank update. | 0.5 |
| | | **TOTAL:** | **6.2** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.8 | 610.00 | 2,928.00 |
| M. STEWART (M.S.) | 1.4 | 240.00 | 336.00 |
| **TOTAL:** | **6.2** | | **3,264.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### January 1, 2010 to January 31, 2010

### J.    FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/5/2010 | M.G. | Prepared December monthly data. | 0.3 |
| 1/7/2010 | M.G. | Prepared December monthly data. | 0.7 |
| 1/8/2010 | M.G. | Prepared December monthly data. | 0.4 |
| 1/13/2010 | M.G. | Revised December monthly data. | 0.8 |
| 1/14/2010 | N.V. | Reviewed and edited December 2009 time detail; updated project categories. | 0.5 |
| 1/15/2010 | M.G. | Prepared 27th monthly fee application. | 0.4 |
| 1/19/2010 | M.G. | Prepared 27th monthly fee application. | 0.8 |
| 1/20/2010 | M.G. | Prepared 27th monthly fee application and sent out | 0.4 |
| | | **TOTAL:** | **4.3** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| N. VANDERHOOP (N.V.) | 0.5 | 190.00 | 95.00 |
| M. GOMEZ (M.G.) | 3.8 | 150.00 | 570.00 |
| **TOTAL:** | **4.3** | | **665.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### January 1, 2010 to January 31, 2010

### K.      TRAVEL TIME

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/14/2010 | M.S. | Travel time to / from Melville NY. | 1.0 |
| 1/27/2010 | M.S. | Travel time to and from Melville NY. | 1.0 |
| | | **TOTAL:** | **2.0** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 2.0 | 120.00 | 240.00 |
| **TOTAL:** | **2.0** | | **240.00** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
January 1, 2010 through January 31, 2010

1.    PHOTOCOPYING
    a.    Internal
    b.    External

2.    TELECOMMUNICATIONS
    a.    Toll Charges
    b.    Facsimile

3.    COURIER, FRIEGHT AND POSTAL SERVICES
    *For overnight and hand delivery to Counsel
    and Committee members*

4.    COURT REPORTER AND TRANSCRIPTS

5.    TECHNOLOGY SERVICES – *Concordance Database*     $1,500.00
    *Monthly Hosting Fee*

6.    OUT-OF-TOWN TRAVEL
    a.    Transportation     225.30
    b.    Lodging
    c.    Meals     28.23

7.    OUTSIDE SERVICES

8.    LOCAL MEALS

9.    LOCAL TRANSPORTATION, TOLLS, MILEAGE
    AND PARKING – for cabs to/from meetings, car service
    *for employees working after 8:00 p.m. and local mileage*
    *using personal auto*

10.    MISCELLANEOUS – Internet Connection
    **SUBTOTAL**     **$1,753.53**
    **Less: Adjustment December 09 Expenses Overbilled**     **(75.32)**
    **TOTAL**     **$1,678.21**

    *Details available upon request to BDO**.**