# AFFIDAVIT

**STATE OF TEXAS**                       )
                                         ) ss:
**CITY AND COUNTY OF DALLAS)**

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the

Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general

circulation throughout the United States, and that the Notice attached to this Affidavit has

been regularly published in THE WALL STREET JOURNAL for national distribution

for <u>one</u> insertion(s) on the following date(s): <u>February 5, 2010</u>; advertiser: <u>American

Home Mortgage Holdings, Inc., et al.</u>; and that the foregoing statements are true and

correct to the best of my knowledge.

_____

Sworn to before me this
<u>5th</u> day of <u>February, 2010</u>.



_____
Notary Public

> ALBERT FOX
> Notary Public, State of Texas
> My Commission Expires
> **February 15, 2012**

## NOTICE OF SALE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapte |
| AMERICAN HOME MORTGAGE | ) | Case I |
| HOLDINGS, INC., a Delaware corporation, et al., | ) | 07-11 |
| Debtors. | ) | Joint |

**NOTICE OF PRIVATE SALE, SETTLEMENT, RELEASE A.
CLAIMS, AND SALE APPROVAL HEARING**

**PLEASE TAKE NOTICE** that, on January 29, 2010, the above-captione
debtors and debtors in possession (collectively, the "Debtors") filed a motion
(Docket No. 8524] (the "Motion")¹ seeking approval of the private sales
(the "Sales") of (i) limited liability company interests of American Home
Mortgage Corp. ("AHM Corp.") in Broadhollow Funding LLC ("Broadhollow")
and (ii) limited liability company interests of American Home Mortgage
Acceptance, Inc. ("AHM Acceptance") in Melville Funding, LLC ("Melville") to
B&M Management Corp. (the "Buyer") pursuant to certain Sale Agreements
by and among AHM Corp. and AHM Acceptance and the Buyer. The Debtors
have summarized key provisions of the Sale Agreements below. Interested
parties should refer to the Sale Agreements and proposed Sale Order for
the complete and detailed terms thereof. To the extent there are any
inconsistencies between this summary and the Sale Agreements and Sale
Order, the Sale Agreements and Sale Order shall govern.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sales, AHM
Corp. and AHM Acceptance, as applicable, will sell to the Buyer their
respective interests in Broadhollow and Melville free and clear of all liens,
claims, encumbrances, and other interests pursuant to Section 363 of the
Bankruptcy Code. The primary consideration for the Debtors' estates in
connection with the Sales is the settlement and release of claims by and
among the Debtors, on the one hand, and the Buyer, Broadhollow, Melville,
the Indenture Trustees, the Broadhollow Noteholders and the Melville
Noteholders, on the other hand. The Sales, claims settlements and releases
will result in the retention by the Debtors' estates of approximately $5.5
million in aggregate consideration from the Escrow Funds and PHFA Funds,
while the Buyer will receive the sum of $703,162 paid to or on behalf of
Broadhollow out of the Escrow Funds.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Agreements,
Melville, Broadhollow, the Assignee and the Debtors agreed to mutual
releases. Specifically, Melville, Broadhollow and the Assignee (collectively,
the "Nondebtor Releasors") fully and forever release each of the Debtors of
and from all and every manner of claim, while the Debtors (collectively, the
"Debtor Releasors") fully and forever release Broadhollow, Melville and the
Assignee of and from all and every manner of claim.

**PLEASE TAKE FURTHER NOTICE** that the proposed Sale Order contains
additional releases. Specifically, subject to certain exceptions, (i) the Debtor
Releasors, on the one hand and solely with respect to any and all claims
arising out of or in connection with the issuance, sale, repayment, or other
discharge of the Broadhollow Notes and Melville Notes, respectively, and
(ii) the Broadhollow Indenture Trustee, the Melville Indenture Trustee and
the holders of each of the Broadhollow Notes and Melville Notes, on the
other hand and solely in their respective capacities as such and for no other
purpose, on behalf of themselves and their respective current and former
officers, members, agents, directors, predecessors, successors (including,
without limitation, any plan trust established by order of the Bankruptcy
Court to which any Debtors' assets are transferred as well as the trustee of
any such trust), assigns, affiliates, and other representatives, in each case,
solely in such capacity, fully and forever release each other, of and from all
and every manner of claims (collectively, the "Additional Released Claims"),
which Additional Released Claims shall be waived, released, forever barred,
discharged and disallowed; provided however, that the foregoing releases
shall not act as a waiver, release, bar, discharge or disallowance of any
underlying claims or defenses related to the action styled as American Home
Mortgage Investment Corp. v. Lehman Brothers Inc. and Lehman Commercial
Paper Inc., Civil Action No. 08-484-JJF, in the United States District Court for
the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must
be filed with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilm-
ington, Delaware 19801 on or before **4:00 a.m. on February 11, 2010**. At
the same time, you must also serve a copy of the objection upon the under-
signed counsel. If you fail to respond in the Motion without fur-
ther notice or hearing.

A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 18, 2010 AT
11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, IN
THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE,
824 N. MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, Sale
Agreements and proposed Sale Order are on file with the clerk of the
Bankruptcy Court, and copies of the same may be obtained by parties in
interest free of charge on Epiq Bankruptcy Solutions, LLC's dedicated
webpage related to these cases (http://chapter11.epiqsystems.com – click
on "American Home Mortgage").

Dated: Wilmington, January 29, 2010
YOUNG CONAWAY STARGATT & TAYLOR, LLP   /s/ Sean M. Beach
Sean M. Beach (No. 4070), Kara Hammond Coyle (No. 4410), The Brandy-
wine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801,
Telephone: (302) 571-6600, Facsimile: (302) 571-1253
Counsel for Debtors and Debtors-in-Possession

¹ Capitalized terms not otherwise defined herein have the meanings set
forth in the Motion.