**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | (Jointly Administered) |
| *et al.*[1], | ) | |
| | ) | **Objection Deadline: March 8, 2010 at 4:00 p.m.** |
| Debtors. | ) | **Hearing Date: Only if objections are timely filed.** |

**NOTICE OF APPLICATION**

TO:    PARTIES ON THE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that Ferry, Joseph & Pearce, P.A. (the "Applicant"), as Special Conflicts Counsel to the Official Committee of Unsecured Creditors, has today filed its Seventh Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses for the period of January 1, 2010 through January 31, 2010 (the "Fee Application"). The interim amount sought in this Fee Application is (i) $1,208.80 (80% of $1,511.00) for services rendered during the period January 1, 2010 through January 31, 2010 (the "Application Period"); and (ii) $575.31 as reimbursement for the actual and necessary expenses incurred during the Application Period.

     PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Fee Application must be filed on or before **March 8, 2010 at 4:00 p.m.** (prevailing Eastern Time) (the "Objection Deadline") with the Bankruptcy Court and at the same time be served upon the undersigned counsel and the parties on the attached service list.

     A HEARING ON THE APPLICATION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION TO THE APPLICATION IS TIMELY FILED AND SERVED.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

Dated: February 15, 2010                                FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Rick S. Miller, Esq. (#3418)
Lisa L. Coggins, Esq. (#4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Special Conflicts Counsel to the Official Committee Of Unsecured Creditors*

**SERVICE LIST**

| **BY HAND DELIVERY** | **BY FIRST-CLASS U.S. MAIL** |
|---|---|
| James L. Patton, Jr., Esq.<br>Pauline K. Morgan, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Alan Horn, Esq., General Counsel<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 |
| Bonnie Glantz Fatell, Esq.<br>David W. Carickhoff, Jr., Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Jeffrey M. Levine, Esq.<br>Milestone Advisors, LLC<br>1775 Eye Street, NW<br>Suite 800<br>Washington, DC 20006 |
| Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | Mark S. Indelicato, Esq.<br>Mark T. Power, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Victoria W. Counihan, Esq.<br>Greenberg Traurig, LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | Margot B. Schonholtz, Esq.<br>Scott D. Talmadge, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Joseph J. McMahon, Jr., Esq.<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Wilmington, DE 19801 | Corinne Ball, Esq.<br>Erica M. Ryland, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |