# EXHIBIT A

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555        Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,                     January 1, 2010 to January 31, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue                                        Invoice No. 34113
New York, NY 10022
**Attention:**    Mark T. Power, Esquire

**RE:**      Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------:|-------:|
| B14 | Case Administration - | 1.00 | 222.00 |
| B18 | Fee Applications, Others - | 1.00 | 210.00 |
| B25 | Fee Applications, Applicant - | 2.80 | 484.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 1.70 | 595.00 |
| | **Total** | **6.50** | **$1,511.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 270.00 | 1.30 | 351.00 |
| Rick S. Miller | 350.00 | 1.90 | 665.00 |
| Legal Assistant - MH | 150.00 | 3.30 | 495.00 |
| **Total** | | **6.50** | **$1,511.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                             **$575.31**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jan-04-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review pro hac order re: Ms. Wolf | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* -E-mail correspondence with Ms. Irving re: discovery motions | 0.10 | RSM |
| Jan-05-10 | *Case Administration* - Confer with RSM re: background and status | 0.20 | LLC |
| | *Case Administration* - E-mail from RSM re: co-counsel status | 0.10 | LLC |
| | *Case Administration* - Confer with RSM re background and status | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: FJ&P interim fee app for 7th period | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - confer with LLC re: procedure status of case | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail to Ms. Irving re: LLC | 0.10 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re quarterly fee application for July-Oct. 09 | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re quarterly fee application for July to Oct. 09 | 0.30 | MH |
| Jan-07-10 | *Case Administration* - Review CNO re: Nov. 2009 fee app for filing | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review answering brief and affidavit of JPM | 0.60 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Nov. 09 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Nov. 09 fee application | 0.30 | MH |
| Jan-13-10 | *Fee Applications, Applicant* - Review December time records | 0.10 | RSM |
| Jan-14-10 | *Fee Applications, Applicant* - Modify Dec. statement; use spreadsheet to calculate re expenses chart in fee application; prepare fee application and related documents for filing on 1/15/10 | 0.70 | MH |
| Jan-15-10 | *Fee Applications, Others* - E-mail from and to D. Bowman re: status | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 6th fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* -  Review Dec. 09 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Dec. 09 fee application | 0.50 | MH |
| Jan-18-10 | *Fee Applications, Others* - E-mail from and to J. Morse re: Certificate of No Objection for 4th fee app | 0.10 | LLC |
| Jan-19-10 | *Fee Applications, Others* - Review HBD Certificate of No Objection re: 4th fee app for filing and confer with M. Hedden re: same | 0.20 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Revise certificate of no objection re HBD's 4th fee application   and prepare certificate of service re same | 0.20 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re HBD's 4th fee application | 0.30 | MH |
| Jan-20-10 | *Fee Applications, Others* - Review finalized Certificate of No Objection re: HBD 4th fee app for filing | 0.10 | LLC |

**Invoice No. 34113**                    **Page 3 of 3**                    **February 15, 2010**

| | | | |
|---|---|---:|---|
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review JPMC subpoena notices | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to Ms. Irving re: JPMC subpoenas | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with MS. Irving re: subpoenas | 0.30 | RSM |
| Jan-21-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review Court filings | 0.10 | RSM |
| | Totals | 6.50 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Jan-05-10 | Photocopy Cost | 2.50 |
| | Photocopy Cost | 1.00 |
| | postage | 2.20 |
| Jan-06-10 | First State Deliveries - hand deliveries | 32.50 |
| Jan-07-10 | Photocopy Cost | 2.00 |
| | postage | 2.20 |
| Jan-08-10 | Blue Marble   - hand deliveries (Inv # 12789) | 272.00 |
| Jan-11-10 | Pacer Service Center - 10/1-12/31/09 (RSM) Account # FJ0091 | 8.08 |
| Jan-14-10 | Photocopy Cost | 0.80 |
| Jan-15-10 | Photocopy Cost | 19.00 |
| | postage | 6.95 |
| Jan-20-10 | Photocopy Cost | 3.00 |
| Jan-21-10 | First State Deliveries - hand deliveries | 32.50 |
| Jan-28-10 | Blue Marble   - hand deliveries (Inv # 12938) | 20.00 |
| | Pacer Service Center - 10/1-12/31/09 (SGW) Account # FJ0321 | 138.08 |
| Jan-29-10 | First State Deliveries - hand deliveries | 32.50 |
| | Totals | $575.31 |

**Total Fees & Disbursements**                    **$2,086.31**