# **<u>EXHIBIT B</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | (Jointly Administered) |
| *et al.,* | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATION OF LISA L. COGGINS

I, Lisa L. Coggins, pursuant to 28 U.S.C. § 1746, state as follows:

1.　I am an associate in the law firm of Ferry, Joseph & Pearce, P.A., special conflicts counsel to The Official Committee of Unsecured Creditors (the "Committee"), in the above-captioned matter.

2.　I submit this Certification in connection with the Fee Application of my firm for a seventh monthly allowance for services rendered to the Committee during the period of January 1, 2010 through January 31, 2010.

3.　In accordance with Title 18 U.S.C. § 155 and the Local Rules of this Court, neither I nor any attorney of my firm has entered into any agreement, written or oral, express or implied, with Debtors, any creditor, or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Committee.

4.　In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any attorney thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the

Court herein, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me, or any partner or associate of my firm.

     5.    I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware and certify to the best of my knowledge and belief that this Fee Application complies with Local Rule 2016-2.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

/s/ Lisa L. Coggins<br>
Lisa L. Coggins, Esq. (#4234)

Dated: February 15, 2010