IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : | |
| corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Related to Docket Nos. 1711, 4084, |
| | : | 4738, 7248 and 8142 |

**NOTICE OF FILING OF PROPOSED ORDER APPROVING STIPULATION
REGARDING THE OBJECTION OF CITIMORTGAGE, INC.
TO PROPOSED PURCHASER'S CURE AMOUNTS**

PLEASE TAKE NOTICE that American Home Mortgage Servicing, Inc. f/k/a AH Mortgage Acquisition Co. (the "Purchaser"), by and through its undersigned counsel, hereby files the proposed Order Approving Stipulation Regarding the Objection of CitiMortgage, Inc. to Proposed Purchaser's Cure Amounts (the "Proposed Order"), a copy of which is attached hereto as **Exhibit "A"** and incorporated by reference herein. The referenced stipulation is attached as Exhibit 1 to the Proposed Order.

PLEASE TAKE FURTHER NOTICE that the Purchaser shall ask the Court to sign the Proposed Order at the omnibus hearing currently scheduled for Thursday, February 18, 2010 at

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

590096.1 2/16/10

11:00 a.m. (the "<u>Hearing</u>"). This Notice is being filed to give the Court and interested parties an opportunity to review the Proposed Order and the stipulation prior to the Hearing.

                                                     SAUL EWING LLP

                                      By: _____
                                          Teresa K.D. Currier (No. 3080)
                                          Mark Minuti (No. 2659)
                                          222 Delaware Avenue, Suite 1200
                                          P.O. Box 1266
                                          Wilmington, DE 19899
                                          Telephone: (302) 421-6840
                                          Facsimile: (302) 421-5873

                                          *Counsel to the American Home Mortgage*
                                          *Servicing, Inc. f/k/a AH Mortgage Acquisition Co.*

Dated: February 16, 2010