IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : | Case No. 07-11047 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, Mark Minuti, hereby certify that on February 16, 2010, I caused a copy of the foregoing **Notice of Filing of Proposed Order Approving Stipulation Regarding the Objection of CitiMortgage, Inc. to Proposed Purchaser's Cure Amounts** to be served on the parties set forth on the attached service list in the manner indicated therein.

                                              SAUL EWING LLP

                                              By: _____
                                              Mark Minuti (No. 2659)
                                              222 Delaware Avenue, Suite 1200
                                              P. O. Box 1266
                                              Wilmington, DE 19899
                                              (302) 421-6840

Dated: February 16, 2010

590096.1 2/16/10

**AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *et al*
Service List

**By Hand Delivery:**
James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE  19899

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE  19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**Via Telecopy:**
Mark Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, NY  10022

590096.1 2/16/10