UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE                                                 :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                     :
                                                                       :   Jointly Administered
              Debtors.                                                 :
                                                                       :   Ref. Docket No. 8524
---------------------------------------------------------------------- x

**NOTICE OF FILING OF (A) REVISED SALE, ASSIGNMENT AND TRANSFER OF LIMITED LIABILITY COMPANY INTEREST OF BROADHOLLOW FUNDING, LLC; (B) REVISED SALE, ASSIGNMENT AND TRANSFER OF LIMITED LIABILITY COMPANY INTEREST OF MELVILLE FUNDING, LLC; AND (C) REVISED PROPOSED FORM OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363 AND 1146(A) AND BANKRUPTCY RULES 2002, 6004, 9014 AND 9019 APPROVING AND AUTHORIZING: (I) (a) THE SALE, ASSIGNMENT AND TRANSFER OF LIMITED LIABILITY COMPANY INTEREST OF BROADHOLLOW FUNDING, LLC; AND (b) THE SALE, ASSIGNMENT AND TRANSFER OF LIMITED LIABILITY COMPANY INTEREST OF MELVILLE FUNDING, LLC; (II) SETTLEMENT OF CLAIMS, RELEASES AND WAIVERS; (III) RELEASE OF CERTAIN ESCROW FUNDS; AND (IV) GRANTING RELATED RELIEF**

        **PLEASE TAKE NOTICE** that on January 29, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion For an Order Pursuant to Bankruptcy Code Sections 105, 363 and 1146(a) and Bankruptcy Rules 2002, 6004, 9014 and 9019 Approving and Authorizing: (I)(A) the Sale, Assignment and Transfer of Limited Liability Company Interest of Broadhollow Funding, LLC; and (B) the Sale, Assignment and Transfer of Limited Liability Company Interest of Melville Funding, LLC; (II) Settlement of Claims, Releases and Waivers; (III) Release of Certain Escrow Funds; and (IV) Granting Related Relief* (the "Motion")[2] [Docket No. 8524]. You were previously served with a copy of the Motion.

---

[1]     The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580) (collectively, the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**PLEASE TAKE FURTHER NOTICE** that subsequent to the filing of the Motion, the Debtors and Buyer agreed on certain revisions to the Sale Agreements, copies of which were attached to the Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>Exhibit A</u> is a revised version of the Broadhollow Sale Agreement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>Exhibit B</u> is a blackline of the Broadhollow Sale Agreement against the version of the Broadhollow Sale Agreement originally attached to the Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>Exhibit C</u> is a revised version of the Melville Sale Agreement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>Exhibit D</u> is a blackline of the Melville Sale Agreement against the version of the Melville Sale Agreement originally attached to the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Buyer have also agreed on certain changes to the proposed form of order approving the Motion (the "<u>Original Order</u>"). Accordingly, attached hereto as <u>Exhibit E</u> is a revised form of order approving the Motion (the "<u>Revised Order</u>").

**PLEASE TAKE FURTHER NOTICE** that a blackline highlighting the changes made to the Original Order is attached hereto as <u>Exhibit F</u>.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Revised Order, as well as executed copies of the Sale Agreements, for approval at the hearing scheduled in these cases on February 18, 2010 at 11:00 a.m. (ET) before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 16, 2010 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Kara Hammond Coyle<br>Sean M. Beach (No. 4070)<br>Kara Hammond Coyle (No. 4410)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Counsel for Debtors and Debtors in Possession |