IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------X

In re:                                                     Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,

                    Debtors.
---------------------------------------------------------------------X

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Allan B. Diamond, Esquire of Diamond McCarthy LLP, 909 Fannin, Suite 1500, Houston, TX 77010 and Christopher A. Provost, Esquire of Diamond McCarthy LLP, 620 Eighth Avenue, 39th Floor, New York Times Building, New York, New York 10018, as counsel for *B&M Management Corp.* in the above-captioned case.

Dated: February 16, 2010            ROSENTHAL, MONHAIT & GODDESS, P.A.

                                    By_____

                                    Norman M. Monhait (I.D. No. 1040)
                                    919 Market Street, Suite 1401
                                    P.O. Box 1070
                                    Wilmington, DE 19899-1070
                                    (302) 656-4433
                                    nmonhait@rmgglaw.com

                                    *Counsel for B&M Management Corp.*

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Allan B. Diamond, Esquire
DIAMOND McCARTHY LLP
909 Fannin, Suite 1500
Houston, Texas 77010
Tel: (713) 333-5104
Fax: (713) 333-5109
E-mail: adiamond@diamondmccarthy.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Christopher A. Provost, Esquire
DIAMOND McCARTHY LLP
620 Eighth Avenue, 39th Floor
New York Times Building
New York, New York 10018
Tel: (212) 430-5419
Fax: (212) 430-5499
E-mail: cprovost@diamondmccarthy.com