IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | |

-------------------------------------------------------------------------X

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of Allan B. Diamond, Esquire of Diamond McCarthy LLP, 909 Fannin, Suite 1500, Houston, TX 77010 and Christopher A. Provost, Esquire of Diamond McCarthy LLP, 620 Eighth Avenue, 39th Floor, New York Times Building, New York, New York 10018, as counsel for *B&M Management Corp.* in the above-captioned case is granted.

Dated: February ____, 2010

_____
United States Bankruptcy Judge
Christopher S. Sonchi