## CERTIFICATE OF SERVICE

I, Norman M. Monhait, hereby certify that on this 16th day of February, 2010, I caused the foregoing *Motion and Order for Pro Hac Vice [of Allan B. Diamond and Christopher A. Provost, Esquires of Diamond McCarthy LLP]* to be served on all parties registered with the CM/ECF System for the United States Bankruptcy Court for the District of Delaware in this case **and** by prepaid first class mail to the individuals listed below.

Curtis J. Crowther, Esquire
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Edwin J. Harron, Esquire
Erin Edwards, Esquire
Joel A. Waite, Esquire
Kara Hammond Coyle, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Debtors*

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
Victoria A. Guilfoyle, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*The Official Committee of Unsecured Creditors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*U.S. Trustee*

Gabriel R. MacConaill, Esquire
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 1980
*Bank of America, N.A.*

Erin Edwards, Esquire
John T. Dorsey, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Broadhollow Funding, LLC*
*Melville Funding, LLC*
*American Home Mortgage Servicing, Inc. f/k/a Columbia National, Inc.*

_____
Norman M. Monhait (Bar No. 1040)