IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x    Chapter 11

In re:                                                                   :
                                                                         :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :
a Delaware corporation, et al., [1]                                      :    Jointly Administered
                                                                         :
        Debtors.                                                         :
----------------------------------------------------------------------- x

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 18, 2010 AT 11:00 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.      Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
        3007-1 [D.I. 4028, 5/12/08]

        Response Deadline:    June 4, 2008 at 4:00 p.m.

        Related Documents:

                a)      Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

        Responses Filed:      See Exhibit A, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit A, this matter will be adjourned.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]  **Amendments appear in bold.**

2.      Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
        3007-1 [D.I. 4029, 5/12/08]

        Response Deadline:    June 4, 2008 at 4:00 p.m.

        Related Documents:

                a)      Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

        Responses Filed:      See Exhibit B, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit B, this matter will be adjourned

3.      Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 4661, 6/17/08]

        Response Deadline:    July 10, 2008 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection
                        To Claims [D.I. 5175, 7/18/08]

                b)      Supplemental Declaration of  Eileen Wanerka in Support of Debtors'
                        Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
                        Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
                        Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                        3007-1 [D.I. 7629, 7/22/09]

        Responses Filed:      See Exhibit C, attached

        Status: With respect to the remainder of the relief requested and the remaining responses
                set forth on Exhibit C, this matter will be adjourned.

4.      Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 4662, 6/17/08]

        Response Deadline:    July 10, 2008 at 4:00 p.m.

        Related Documents:

      a)        Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5169, 7/17/08]

      b)        Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

      c)        (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:      See Exhibit D, attached

Status:  An Order has been entered that partially sustains the Objection.  This matter will be adjourned.

5.      Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:      August 11, 2008 at 4:00 p.m.

Related Document:

      a)        Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5463, 8/18/08]

      b)        Second Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 5920, 9/15/08]

      c)        Third Order Sustaining Debtors' Thirteenth Omnibus Objection (Substantive) to Claims [D.I. 6179, 10/2/08]

      d)        Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

      

e)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:      See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection.  This matter will be adjourned.

6.      Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:      September 8, 2008 at 4:00 p.m.

Related Documents:

a)      Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

b)      Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:      Please see Exhibit F, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses, this matter will be adjourned.

7.      Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

b)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:  See Exhibit G, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned.

8.    Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

a)    Notice of Submission of Claims [D.I. 6206, 10/10/08]

b)    Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [D.I. 6462, 10/27/08]

c)    Agreed Order Sustaining and Modifying Debtors' Nineteenth Omnibus Objection to Claims [D.I. 6496, 11/4/08]

d)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:        See Exhibit H, attached

Status: Orders have been entered that partially sustain the Objection.  The remainder of this matter will be adjourned.

9.      Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of
        Administrative Expenses [D.I. 6460, 10/25/08]

        Objection Deadline:    December 7, 2009 at 4:00 p.m.

        Objections Filed:      None

        Status: This matter will be adjourned.

10.     Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 6216, 10/10/08]

        Response Deadline:     November 5, 2008 at 4:00 p.m.

        Related Documents:

                a)      Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection
                        to Claims [D.I. 6611, 11/21/08]

                b)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
                        Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,
                        Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
                        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                        Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

        Responses Filed:       See Exhibit I, attached

        Status: An Order has been entered that partially sustains the Objection.  The remainder of
                this matter will be adjourned.

11.     Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
        Rule 3007-1 [D.I. 6554 11/10/08]

        Response Deadline:     December 3, 2008 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive)
                        Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
                        Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703,
                        12/10/08]

        Responses Filed:       See Exhibit J, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

12.     Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6610, 11/21/08]

Responses Deadline:   December 15, 2008 at 4:00 p.m.

Related Documents:

     a)     Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

     b)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:       See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

13.     Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

     a)     Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:       See Exhibit L, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned.

14.     Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

      a)      Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit M, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned.

15.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

      a)      Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

      b)      Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

      c)      Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

      d)      Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

      e)      Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

      f)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit N, attached.

Status: Orders have been entered that partially sustain the Objection.  This matter will be adjourned.

16.     Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:     May 8, 2009 at 4:00 p.m.

Related Documents:

    a)     Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

    b)     Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:        See Exhibit O, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit O, this matter will be adjourned.

17.     Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:     May 29, 2009 at 4:00 p.m.

Related Documents:

    a)     Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7506, 6/5/09]

    b)     Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7550, 6/19/09]

    c)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:        See Exhibit P, attached

Status: Orders have been entered that partially sustain the Objection.  This matter will be adjourned.

18.    Debtors' Thirty-Seventh Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7473, 6/10/09]

Response Deadline:    June 25, 2009 at 4:00 p.m.

Related Documents:

   a)    Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 7584, 7/1/09]

   b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:        See Exhibit Q, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

19.    Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7915, 8/7/09]

Response Deadline:     August 30, 2009 at 4:00 p.m.

Responses Filed:        See Exhibit R, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

20.    Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8049, 9/11/09]

Response Deadline:    October 5, 2009 at 4:00 p.m.

Related Documents:

a)      Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8148, 10/7/09]

b)      Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Mona Dobben [D.I. 8149, 10/7/09]

c)      Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [D.I. 8186, 10/14/09]

d)      Scheduling Order Relating to Debtors' Forty-Second Omnibus (Second) Objection to Claims [D.I. 8122, 10/28/09]

Responses Filed:      See Exhibit S, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

21.     Debtors' Forty-Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8173, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m.

Related Documents:

a)      Order Sustaining Debtors' Forty-Third Omnibus (Non-Substantive) Objection to Claims [D.I. 8297, 11/13/09]

Responses Received:  See Exhibit T, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

22.     Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m.

Related Document:

a)      Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 8299, 11/13/09]

Responses Received:  See Exhibit U, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

23.     Debtors' Forty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 8405, 12/11/09]

Response Deadline:    January 5, 2010 at 4:00 p.m.

Responses Filed:      See Exhibit V, attached

Status: This matter will be going forward.

24.     Debtors' Objection to Repurchase Agreement Deficiency Claim of Orix Capital Markets, LLC [D.I. 8514, 1/19/10]

Response Deadline:    February 11, 2010 at 4:00 p.m., **extended to March 1, 2010 at 4:00 p.m.**

Responses Filed:      None

Status: This matter will be adjourned by agreement of the parties to March 9, 2010 at 10:00 a.m.

25.     Countrywide's Motion to Intervene, Triad Guaranty Insurance Corp. v. American Home Mortgage Investment Corp., and American Home Mortgage Servicing, Inc., 09-52193 [D.I. 6, 10/13/09]

Objections Filed:

Status: This matter will be adjourned to March 9, 2010 at 10:00 a.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

26.     Debtors' Fiftieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8513 1/19/20]

Response Deadline:    February 11, 2010 at 4:00 p.m.

Responses Filed:      None

Status: A Certificate of No Objection will be filed in accordance with Local Rules.

27.    Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 6004(h) for an Order Approving and Authorizing the Stipulation Between American Home Mortgage Corp., and Corporate Center Drive Holdings, LLC Resolving All Claims and Disputes Relating to the Stockbridge Property [D.I. 8521, 1/29/10]

Objection Deadline:    February 11, 2010 at 4:00 p.m.

Responses Filed:    None

Status: A Certificate of No Objection will be filed in accordance with Local Rules.

## UNCONTESTED MATTER GOING FORWARD

28.    Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105, 363 and 1146(a) and Bankruptcy Rule 2002, 6004, 9014 and 9019 Approving and Authorizing: (I) (A) the Sale, Assignment and Transfer of Limited Liability Company Interest of Broadhollow Funding, LLC; and (B) the Sale, Assignment and Transfer of Limited Liability Company Interest of Melville Funding, LLC (II) Settlement of Claims, Releases and Waivers; (III) Release of Certain Escrow Funds; and (IV) Granting Related Relief [D.I. 8524, 1/29/10]

Objection Deadline:    February 11, 2010 at 4:00 p.m.

Related Documents:

a)    Notice of Private Sale and Sale Approval Hearing (8525, 1/29/10]

b)    Certification of Publication [D.I. 8564, 2/15/10]

c)    Notice of Filing of (A) Revised Sale, Assignment and Transfer of Limited Liability Company Interest of Broadhollow Funding, LLC (B) Revised Sale, Assignment and Transfer of Limited Liability Company Interest of Melville Funding, LLC; and (C) Revised Proposed form of Order Pursuant to Bankruptcy Code Sections 105, 363 and 1146(a) and Bankruptcy Rules 2002, 6004, 9014 and 9019 Approving and Authorizing: (I)(a) the Sale, Assignment and Transfer of Limited Liability Company Interest of Broadhollow Funding, LLC; and (b) The Sale, Assignment and transfer of Limited Liability Company Interest of Melville Funding, LLC; (II) Settlement of Claims, Releases and Waivers; (III) Release of Certain Escrow Funds; and (IV) Granting Related Relief [D.I. 8573, 2/16/10]

**d)    Affidavit of Kevin Nystrom in Support of Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105, 363 and 1146(a) and Bankruptcy Rule 2002, 6004, 9014 and 9019 Approving and Authorizing: (I) (A) the Sale, Assignment and Transfer of Limited Liability Company Interest of Broadhollow Funding, LLC; and (B)**

**the Sale, Assignment and Transfer of Limited Liability Company Interest of Melville Funding, LLC (II) Settlement of Claims, Releases and Waivers; (III) Release of Certain Escrow Funds; and (IV) Granting Related Relief [D.I. 8577, 2/16/10]**

Objections Filed:    None

Status: This matter will be going forward.  The Debtors intend to submit a revised form of order to the Court at the hearing reflecting changes requested by Deutsche Bank Trust Company Americas.

## CONTESTED MATTER GOING FORWARD

29.    CitiMortgage, Inc.'s Combined: (1) Statement of Cure Amount for Period Between Initial Closing and Final Closing; and (2) Objection to Debtors' Proposed Purchaser's Cure Amounts [D.I. 4738, 6/19/08]

Related Documents:

a)    Order Pursuant to Sections 105, 363, 364, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (B) Granting Certain Related Relief  [D.I. 1711, 10/30/07]

b)    Notice of Interim Cure Schedule [D.I. 2166, 11/26/07]

c)    Reply of American Home Mortgage Servicing, Inc. to CitiMortgage Inc.'s Combined: (1) Statement of Cure Amount for Period Between Initial Closing and Final Closing; and (2) Objection to Debtors' Proposed Purchaser's Cure Amount [D.I. 7248, 4/8/09]

d)    Notice of Filing of Proposed Order Approving Stipulation Regarding the Objection of Citimortgage, Inc. to Proposed Purchaser's Cure Amounts [D.I. 8572, 2/16/10]

Status: This matter will be going forward.

30.    Debtors' Forty-Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8512, 1/19/20]

Response Deadline:    February 11, 2010 at 4:00 p.m.

Responses Filed:

a)    Informal Response of Mary O'Connell

Status: Item (a) has been resolved.  The Debtors anticipate submitting a revised form or order at or prior to the hearing.

31.    Motion for Supersedeas Bond to Protect Judgment for Mona Dobben [D.I. 8527, 1/29/10]

Objection Deadline:    February 11, 2010 at 4:00 p.m.

Objections Filed:

a)    Joint Objection of the Debtors and the Committee to the Motion for Supersedeas Bond to Protect Judgment for Mona Dobben [D.I. 8556, 2/11/10]

Status: This matter will be going forward.

## ADDITIONAL MATTERS

**32.    First Application of Receivable Management Services Corporation for Compensation for Services Rendered as Collection Agent for the Official Committee of Unsecured Creditors for the Period July 1, 2009 through December 31, 2009 [D.I. 8526, 1/29/10]**

**Objection Deadline:  February 15, 2010 at 4:00 p.m.**

**Objections Filed:    None**

**Status:  The Committee anticipates filing a Certificate of No Objection in accordance with Local Rules.**

33.     **Initial Pretrial Conference in Adversary Nos: 10-50004 (Eastland Sales, Inc., d.b.a Workspace Solutions), 09-51602 (Diners Club International Ltd.), 10-50002 (Google, Inc.), 10-50001 (Nash Printing, Inc. d/b/a Sir Speedy of Plainview, and 10-50003 (Warhouseline, Ltd. a/k/a Warhouseline, Inc.)**

**Related Documents:**

    a)     **Proposed Scheduling Order [D.I. various, 2/9/10]**

**Status:  Debtors' counsel will present a proposed scheduling order with regard to Adversary Nos. 10-50004, 09-51602, 10-50002, 10-50001, 10,50003.**

Dated: Wilmington, Delaware             **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
       February 16, 2010

                                  */s/Kara Hammond Coyle*
                                  Sean M. Beach (No. 4070)
                                  Curtis J. Crowther (No. 3238)
                                  Kara Hammond Coyle (No. 4410)
                                  Patrick A. Jackson (No. 4976)
                                  Michael S. Neiburg (No. 5275)
                                  The Brandywine Building
                                  1000 West Street, 17th Floor
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 571-6600
                                  Facsimile: (302) 571-1253

                                  *Counsel for Debtors and Debtors in Possession*

## Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

## Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

## Exhibit C, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned |

## Exhibit D, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned |

## Exhibit E, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |
|  | Mitch Eininger |  | Resolved |

## Exhibit F, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |
|  | Office Max |  | Adjourned |

### Exhibit G, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |
|  | American Express Travel Related Services |  | Adjourned |

### Exhibit H, Nineteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Eric Segall | 6230, 10/15/08 | Adjourned |
|  | Jeffrey Harmon | 6231, 10/15/08 | Adjourned |
|  | Paul Parotti | 6233, 10/15/08 | Adjourned |
|  | American Express Travel Related Svc. Co. |  | Adjourned |

### Exhibit I, Twenty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Southern Horizon Financial Group, LLC |  | Adjourned |

### Exhibit J, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned |
|  | Scott Jossart |  | Adjourned |

### Exhibit K, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector | 8019, 9/8/09 and 8121-8130, 10/1/09 | Adjourned |

### Exhibit L, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. |  | Adjourned |

### Exhibit M, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned |
|  | Credit Suisse |  | Adjourned |
|  | Sharaine Hughes |  | Adjourned |

### Exhibit N, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |
|  | Douglas Huston |  | Adjourned |
|  | David Michaud |  | Adjourned |
|  | Joseph Bartoletta |  | Adjourned |

### Exhibit O, Thirty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | State of Hawaii | 7341, 4/30/09 | Adjourned |

### Exhibit P, Thirty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bexar County | 7447, 5/28/09 | Adjourned |
|  | EMC | 7466, 5/29/09 | Adjourned |
|  | Lee County |  | Adjourned |

### Exhibit Q, Thirty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Marion County Treasurer | 7566, 6/24/09 | Adjourned |

### Exhibit R, Forty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Los Angeles County Treasurer and Tax Collector | 7985, 8/28/09 | Adjourned |

### Exhibit S, Forty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | John Monaghan | 8140, 10/6/09 | Resolved |
|  | Laura Beall | 8148, 10/7/09 | Adjourned |

### Exhibit T, Forty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | New York State Department of Taxation and Finance | 8253, 11/5/09 | Resolved |

### Exhibit U, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Washington Mutual Mortgage Securities Corporation | 8258, 11/6/09 | Adjourned |
|  | UBS Real Estate Securities Inc. |  | Adjourned |
|  | EMC Mortgage Corp. |  | Adjourned |
|  | Citibank NA as Trustee |  | Adjourned |
|  | Morgan Stanley Mortgage Capital Holdings |  | Adjourned |
|  | U.S. Bank National Association |  | Adjourned |
|  | Bank of America, N.A. |  | Adjourned |
|  | Bank of America, N.A. (Successor by merger to LaSalle Bank N.A.) |  | Adjourned |
|  | HSBC |  | Adjourned |
|  | CitiMortgage Inc. |  | Adjourned |
|  | Impac Funding Corporation |  | Adjourned |

|  | Merrill Lynch Mortgage Lending |  | Adjourned |
| --- | --- | --- | --- |
|  | Residential Funding Company LLC |  | Adjourned |
|  | Aurora Loan Services LLC |  | Adjourned |

## Exhibit V, Forty-Eighth Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
| --- | --- | --- | --- |
|  | Transwestern |  | Debtors' anticipate filing proposed stipulated order resolving the claim under certification of counsel. |