# EXHIBIT A

### AMERICAN HOME MORTGAGE CO.
### PROJECT CODE SUMMARY
### DECEMBER 1, 2009, - DECEMBER 31, 2009

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 7.00 | $2,164.50 |
| 2 | Other Professionals' Fee/Employment Issues | 9.40 | $2,473.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.40 | $180.00 |
| 4 | Claims Analysis and Objections | 0.00 | $0.00 |
| 5 | Committee Business and Meetings | 0.00 | $0.00 |
| 6 | Case Administration | 2.10 | $210.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.20 | $135.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 2.30 | $1,277.50 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.80 | $196.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 5.00 | $2,210.50 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 1.10 | $123.50 |
| 22 | Preference Actions | 29.40 | $7,163.50 |
|  | **TOTALS** | **57.70** | **$16,133.50** |

Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  01

| Dec 02 09 | DRAFT BLANK ROME'S NOVEMBER MONTHLY FEE APPLICATION (0.7); FURTHER EDIT EXHIBIT SUMMARY AND NARRATIVE SHEETS (0.2); REVISE MONTHLY FEE APPLICATION BASED ON REVISED NARRATIVE EXHIBIT SHEETS (0.2) | SENESE | 1.10 |
| Dec 04 09 | REVIEW NOTICES, CNO'S, FEE APPLICATIONS FOR HAHN & HESSEN AND BLANK ROME; REVIEW NOTICE OF FEE HEARING AND COMMENTS TO K. SENESE | FATELL | 1.00 |
| Dec 04 09 | FINALIZE, FORMAT AND EFILE BLANK ROME'S TWENTIETH (NOVEMBER) MONTHLY FEE APPLICATION; SERVICE OF SAME UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 |
| Dec 04 09 | FINALIZE, FORMAT AND EFILE A CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S SEPTEMBER MONTHLY FEE APPLICATION | SENESE | 0.10 |
| Dec 04 09 | FINALIZE, FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S SIXTH INTERIM FEE APPLICATION | SENESE | 0.10 |
| Dec 04 09 | FINALIZE INDEX TO INTERIM FEE APPLICATION HEARING BINDER (0.3); FORWARD COPY TO D. LASKIN (0.1); FINALIZE BINDERS AND OVERNIGHT TO CHAMBERS (1.3); EMAIL EXCHANGES WITH AND TELEPHONE CALL FROM D. LASKIN REGARDING FORM OF PROPOSED ORDER AND BINDER FORM AT (0.1) | SENESE | 1.70 |
| Dec 07 09 | PREPARE PROPOSED ORDER APPROVING INTERIM FEE APPLICATIONS; EMAIL EXCHANGES WITH J. SMITH (HAHN) AND B. FATELL | SENESE | 0.90 |
| Dec 09 09 | FINALIZE, FORMAT AND EFILE CERTIFICATES OF NO OBJECTION WITH RESPECT TO BLANK ROME'S (I) NINETEENTH MONTHLY AND (II) SEVENTH INTERIM; EMAIL TO B. FATELL REGARDING FEES AND EXPENSES NOW DUE AND OWING | SENESE | 0.20 |
| Dec 11 09 | MONITOR RECEIVABLES; EMAIL EXCHANGES WITH K. BUCHANAN AND B. FATELL REGARDING WIRE RECEIVED AND SPECIFICS REGARDING HOW MONIES ARE TO BE APPLIED | SENESE | 0.10 |
| Dec 13 09 | REVIEW AND REVISE OMNIBUS FEE ORDER (.1); E-MAIL CORRESPONDENCE WITH D. CARICKHOFF REGARDING OMNIBUS FEE ORDER (.1) | GUILFOYLE | 0.20 |
| Dec 14 09 | REVIEW AND DISTRIBUTE ORDER GRANTING BLANK ROME'S AND HAHN'S INTERIM FEES | SENESE | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Dec 21 09 | EMAIL TO D. BERLINER REGARDING FEES | FATELL | 0.20 |
| Dec 29 09 | PREPARE, SCAN AND EFILE CERTIFICATE OF NO OBJECTION TO BLANK ROME'S 20TH MONTHLY FEE APPLICATION | MOODY | 0.50 |

| PROJECT CODE TOTALS  01 | TOTAL VALUE: | $2,164.50 | 7.00 |
|---|---|---|---|

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  02

| Dec 03 09 | REVIEW HAHN'S 22ND, 23RD AND 24TH MONTHLY FEE APPLICATIONS; REVISE CAPTIONS ON EACH APPLICATION; DRAFT A NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO EACH MONTHLY; FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.80 |

| Dec 04 09 | FORMAT AND EFILE HAHN'S TWENTY-SECOND MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE UPON ALL THE PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.70 |

| Dec 04 09 | FORMAT AND EFILE HAHN'S TWENTY-THIRD MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE UPON ALL THE PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.70 |

| Dec 04 09 | FORMAT AND EFILE HAHN'S TWENTY-FOURTH MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE UPON ALL THE PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.70 |

| Dec 04 09 | REVIEW AND FORMAT HAHN'S TWENTY-FIFTH MONTHLY FEE APPLICATION AND EXHIBIT DOCUMENTATION (0.2); DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME (0.3); EFILE MONTHLY (0.1); SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.6) | SENESE | 1.20 |

| Dec 04 09 | REVIEW AND FORMAT HAHN'S TWENTY-SIXTH MONTHLY FEE APPLICATION AND EXHIBIT DOCUMENTATION (0.2); DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME (0.3); EFILE MONTHLY (0.1); SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.6) | SENESE | 1.20 |

| Dec 04 09 | EMAIL ALL HAHN MONTHLIES (22ND, 23RD, 24TH, 25TH AND 26TH) AS REQURIED TO S. SPUGH (NHB) | SENESE | 0.10 |

| Dec 07 09 | FINALIZE, FORMAT AND EFILE A CERTIFICATE OF NO OBJECTION WITH RESPECT TO HAHN'S FIFTH, SIXTH AND SEVENTH INTERIM FEE APPLICATIONS; UPDATE | SENESE | 0.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | INTERIM FEE APPLICATION HEARING BINDER AND INDEX THERETO TO REFLECT THE FILING OF THE CNOS | | |
| Dec 14 09 | REVIEW AND REVISE CAPTION OF BDO'S NINTH INTERIM FEE APPLICATION; FORMAT PLEADINGS FOR EFILING PURPOSES; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |
| Dec 14 09 | FORMAT AND EFILE BDO'S NINTH INTERIM FEE APPLICATION; SERVICE OF APPLICATION UPON REVIEWING PARTIES VIA OVERNIGHT MAIL AND UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Dec 16 09 | REVIEW PROFESSIONAL FEE APPLICATIONS AND APPROVE NOTICE | FATELL | 0.30 |
| Dec 16 09 | FORMAT BDO'S ELEVENTH MONTHLY FEE APPLICATION AND RELATED EXHIBIT, NOTICE DOCUMENTATION; EFILE SAME; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA FIRST CLASS MAIL AND SERVICE OF A COPY OF THE NOTICE OF THE APPLICATION UPON THE PARTIES LI STED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 |
| Dec 24 09 | REVIEW CNO'S FOR COMMITTEE PROFESSIONAL FEES AND APPROVE FOR FILING | FATELL | 0.30 |
| Dec 24 09 | EMAIL EXCHANGES WITH AND TELEPHONE CALL FROM N. VANDERHOOP; REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS TO BDO'S 25TH MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.20 |
| Dec 24 09 | EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BDO'S OCTOBER MONTHLY FEE APPLICATION | SENESE | 0.10 |
| Dec 28 09 | REVIEW CURRENT DOCKET AND CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH HAHN'S 22ND, 23RD, 24TH, 25TH AND 26TH MONTHLY FEE APPLICATIONS; DRAFT CERTIFICATES OF NO OBJECTIONS WITH RESPECT TO EACH MONTHLY; EFILE ALL | SENESE | 1.00 |

PROJECT CODE TOTALS  02                   TOTAL VALUE:    $2,473.00        9.40

Project Code 3

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | | | |

PROJECT CODE:  03

| Dec 01 09 | REVIEW DEBTORS' MOTION TO ABANDON REAL PROPERTY<br>IN MT. PROSPECT, IL AND TO REJECT CERTAIN<br>UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES | CARICKHOFF | 0.40 |

| PROJECT CODE TOTALS  03 | TOTAL VALUE: | $180.00 | 0.40 |

Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  06 | | | |
| Dec 02 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 04 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Dec 07 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 08 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 09 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 10 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 11 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 14 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.40 |
| Dec 15 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 16 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 17 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 18 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 21 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 22 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Dec 28 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 29 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Dec 30 09 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| PROJECT CODE TOTALS  06 | TOTAL VALUE: | $210.00 | 2.10 |

Project Code 9

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  09 | | | |
| Dec 07 09 | EMAIL CORRESPONDENCE REGARDING FEDERAL ACTION AGAINST D & O'S | FATELL | 0.20 |

| PROJECT CODE TOTALS  09 | TOTAL VALUE: | $135.00 | 0.20 |
|------|------|------|------|

Project Code 12

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | | | |

PROJECT CODE:  12

| | | | |
|------|-----------|------------|-------|
| Dec 03 09 | MULTIPLE EMAILS REGARDING SALE OF BANK | FATELL | 0.30 |
| Dec 03 09 | RESPOND TO EMAIL TO D. BERLINER REGARDING BANK SALE AND REGULATORY APPROVAL | STORERO | 0.30 |
| Dec 03 09 | RESEARCH FEDERAL RESERVE ACT AND OFFICE OF THRIFT SUPERVISION REGULATIONS REGARDING LOANS TO AFFILIATES | ROBERTS AL | 0.50 |
| Dec 04 09 | EMAIL D. BERLINER REGARDING REG REQUIREMENTS | STORERO | 1.20 |

PROJECT CODE TOTALS  12                    TOTAL VALUE:   $1,277.50      2.30

Project Code 15

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  15

| Dec 10 09 | REVIEW AND FORMAT COMMITTEE'S LIMITED OBJECTION TO DEBTORS' MOTION FOR ORDER RE PAYMENT OF PREPETITION SALES AND USE TAXES; REVIEW NOTICE OF MOTION AND DRAFT CERTIFICATE OF SERVICE WITH REGARD TO SERVICE OF OBJECTION; FORWARD TO V. GUILFOYLE FOR EFILING APPROVAL | SENESE | 0.30 |
| Dec 10 09 | EFILE AND SERVE COMMITTEE'S LIMITED OBJECTION TO DEBTORS' MOTION FOR AUTHORITY TO PAY PREPETITION SALES AND USE TAXES | SENESE | 0.10 |
| Dec 10 09 | REVIEW AND REVISE LIMITED OBJECTION TO TAX MOTION (.3); E-MAIL CORRESPONDENCE WITH K. SENESE AND J. ZAWADZKI REGARDING FILING AND SERVICE OF LIMITED OBJECTION (.1) | GUILFOYLE | 0.40 |

PROJECT CODE TOTALS  15                 TOTAL VALUE:    $196.00        0.80

Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 17 | | | |
| Dec 07 09 | FURTHER PREPARE INTERIM FEE APPLICATION HEARING BINDER AND REVISE / UPDATE INDEX THERETO | SENESE | 0.40 |
| Dec 09 09 | LETTER TO JUDGE SONTCHI SUBMITTING INTERIM FEE APPLICATION HEARING BINDER IN PREPARATION FOR THE 12-17 HEARING; OVERNIGHT DELIVERY OF CORRESPONDENCE AND BINDER TO CHAMBERS | SENESE | 0.30 |
| Dec 09 09 | FINALIZE HEARING BINDER / INTERIM FEE APPLICATION HEARING BINDER FOR HEARING ON 12-14 | SENESE | 0.60 |
| Dec 09 09 | UPDATE AND FINALIZE BLANK ROME AND HAHN INTERIM FEE APPLICATION (BINDER) INDEX; FORWARD TO DEBTORS' COUNSEL FOR ATTACHMENT TO AGENDA FOR HEARING ON 12-14 | SENESE | 0.20 |
| Dec 10 09 | REVIEW HEARING AGENDA | FATELL | 0.10 |
| Dec 10 09 | REVIEW AND DISTRIBUTE AGENDA FOR 12-14 HEARING / INTERIM FEE APPLICATION HEARING | SENESE | 0.10 |
| Dec 11 09 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR 12-14 HEARING; EMAIL EXCHANGES WITH J. SMITH; PREPARATION OF INTERIM FEE HEARING BINDER FOR M. INDELICATO | SENESE | 0.30 |
| Dec 13 09 | REVIEW AGENDA AND EMAILS WITH BLANK ROME WORKING GROUP TO PREPARE FOR HEARING (.6); REVIEW AND REVISE PROPOSED OMNIBUS FEE ORDER (.3) | CARICKHOFF | 0.90 |
| Dec 13 09 | E-MAIL CORRESPONDENCE WITH D. CARICKHOFF REGARDING DECEMBER 14, 2009 HEARING | GUILFOYLE | 0.10 |
| Dec 14 09 | REVIEW HEARING AGENDA AND FEE APPLICATIONS TO PREPARE FOR AND ATTEND HEARING | FATELL | 1.80 |
| Dec 14 09 | REVIEW PROPOSED FORMS OF ORDERS AND PREPARE HEARING BINDER | GUILFOYLE | 0.20 |

PROJECT CODE TOTALS  17                TOTAL VALUE:    $2,210.50        5.00

Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  21 | | | |
| Dec 04 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 10 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 14 09 | REVIEW AND DISTRIBUTE FINAL ORDER APPROVING WARN ACT MATTER SETTLEMENT AGREEMENT | SENESE | 0.10 |
| Dec 15 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.50 |
| Dec 17 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 22 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Dec 30 09 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| PROJECT CODE TOTALS  21 | TOTAL VALUE: | $123.50 | 1.10 |

Project Code 22

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  22

| Dec 02 09 | TELEPHONE CONFERENCES WITH DEFENSE COUNSEL REGARDING VARIOUS REQUESTS (.3); E-MAIL CORRESPONDENCE WITH H. PATWARDHAN, Z. VIRANI AND C. KANG REGARDING DEFENSE COUNSEL REQUESTS (.2) | GUILFOYLE | 0.50 |
| Dec 03 09 | EXTENSIVE (I) REVIEW OF DOCKET FOR EACH ADVERSARY PROCEEDING AND (II) UPDATE STATUS CHART AND SERVICE LIST (ALL SIMULTANEOUSLY) IN PREPARATION FOR SERVING AGENDA FOR 12/14 HEARING AND PRETRIAL CONFERENCES | SENESE | 7.80 |
| Dec 03 09 | E-MAIL CORRESPONDENCE WITH H. PATWARDHAN, E. SCHNITZER AND J. ZAWADZKI REGARDING STIPULATIONS EXTENDING TIME TO RESPOND TO COMPLAINTS (.2); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING STATUS CHART AND REVIEW STATUS CHART (.2); OBTAIN AND REVIEW AD VERSARY PROCEEDING DOCKET (.1); PREPARE AND FILE STIPULATIONS EXTENDING TIME TO RESPOND TO COMPLAINTS (.3) | GUILFOYLE | 0.80 |
| Dec 04 09 | REVIEW HAHN'S DRAFT EXHIBIT TO AGENDA LISTING ADVERSARY PROCEEDINGS SCHEDULED FOR PRETRIAL CONFERENCE ON 12-14 (0.1); REVIEW STATUS CHART AND EMAIL TO E. SCHNITZER ADVISING OF ADDITIONAL MATTERS SCHEDULED FOR PRETRIAL CONFERENCE ON 12/14 (0.5); REVIEW CURRENT DOCKET FOR EACH OF THE ADVERSARY PROCEEDINGS LISTED FOR PRETRIAL CONFERENCE ON 12/14 TO GATHER INFORMATION IN PREPARATION FOR SERVICE OF 12-14 AGENDA / PRETRIAL CONFERENCES UPON THESE CERTAIN DEFENDANTS' AND DEFENDANTS' COUNSEL (1.2) | SENESE | 1.80 |
| Dec 04 09 | E-MAIL CORRESPONDENCE WITH N. RIGANO REGARDING ANSWER TO COMPLAINT | GUILFOYLE | 0.10 |
| Dec 07 09 | REVISE / CORRECT EXHIBIT TO NOTICE OF FILING SCHEDULING ORDER (0.3); REVIEW, FORMAT AND EFILE NOTICE OF FILING OF PROPOSED SCHEDULING ORDER (WITH REGARD TO DECEMBER PRETRIAL CONFERENCE DEFENDANTS) (0.3); SERVICE OF SAME UPON IMPACTED DEFENDANTS AND/OR DEFENDANTS' COUNSEL VIA FIRST CLASS MAIL (0.4) | SENESE | 1.00 |
| Dec 07 09 | REVIEW AND REVISE PROPOSED SCHEDULING ORDER AND NOTICE (.2); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING AND SERVICE OF PROPOSED SCHEDULING ORDER AND NOTICE (.2) | GUILFOYLE | 0.40 |
| Dec 08 09 | EMAIL EXCHANGES WITH T. GUILFOYLE REGARDING | SENESE | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | STATUS OF OBJECTIONS FILED AGAINST COMMITTEE'S THIRD 9019 MOTION AND TIMEFRAME FOR FILING A RELATED CERTIFICATE OF NO OBJECTION | | |
| Dec 08 09 | REVIEW CORRESPONDENCE FROM DEFENSE COUNSEL (.1); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING CERTIFICATE OF NO OBJECTION FOR THIRD OMNIBUS 9019 MOTION (.1); REVIEW AND REVISE CERTIFICATE OF NO OBJECTION FOR THIRD OMNIBUS 9019 MOTION (.1) | GUILFOYLE | 0.30 |
| Dec 09 09 | UPDATE ADVERSARY PROCEEDING STATUS CHART / CONTACT INFORMATION IN LIGHT OF RECENTLY FILED PLEADINGS | SENESE | 0.20 |
| Dec 09 09 | PREPARE FOR SERVICE OF FOURTH OMNIBUS 9019 MOTION | SENESE | 1.30 |
| Dec 09 09 | REVIEW SETTLEMENT AGREEMENTS (EXHIBITS TO FOURTH OMNIBUS 9019 MOTION); EMAIL EXCHANGES WITH E. SCHNITZER REGARDING CERTAIN RELATED ISSUES (I.E. UNEXECUTED VERSIONS, ETC.) | SENESE | 0.50 |
| Dec 09 09 | TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (.1); E-MAIL CORRESPONDENCE WITH J. ZAWADZKI REGARDING DEFENSE COUNSEL'S REQUEST (.1); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING VARIOUS ADVERSARY PROCEEDINGS (.2); OBTAIN AND REVIEW VARIOUS ADVERSARY PROCEEDING DOCKETS (.2) | GUILFOYLE | 0.60 |
| Dec 10 09 | FINALIZE, FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE COMMITTEE'S THIRD 9019 MOTION | SENESE | 0.10 |
| Dec 10 09 | ADDITIONAL PREPARATION FOR SERVICE OF FOURTH 9019 MOTION; REVIEW EXECUTED SETTLEMENT AGREEMENTS | SENESE | 0.60 |
| Dec 10 09 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND D. LASKIN REGARDING PENDING FILINGS (.2); REVIEW AGENDA AND REVISED AGENDA FOR DECEMBER 14, 2009 HEARING (.2); REVIEW, REVISE, FILE AND SERVE STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (.3); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING REQUEST FOR EXTENSION OF TIME (.1); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING CERTIFICATE OF NO OBJECTION (.1) | GUILFOYLE | 0.90 |
| Dec 11 09 | FORMAT AND ORGANIZE ALL EXHIBIT DOCUMENTS (0.3); FINALIZE, FORMAT AND EFILE COMMITTEE'S FOURTH 9019 MOTION REGARDING SETTLEMENT OF | SENESE | 1.70 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | CERTAIN PREFERENCE MATTERS (0.2); SERVICE OF THE MOTION PACKAGE UPON ALL INTERESTED PARTIES, INCLUDING THE IMPACTED PARTY DEFENDANTS / DEFENDANTS' COUNSEL VIA OVERNIGHT MAIL, ELECTRONIC MAIL OR FACSIMILE (0.7); SERVICE OF A COPY OF THE NOTICE OF THE MOTION UPON ALL THE PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.5) | | |
| Dec 11 09 | UPDATE ADVERSARY PROCEEDING PREFENCE PROGRAM STATUS CHART IN LIGHT OF NEWLY FILED STIPULATIONS EXTENDING TIME TO RESPOND AND ANSWER TO COMPLAINT | SENESE | 0.30 |
| Dec 11 09 | ARRANGE FOR DELIVERY OF CNO BINDER TO CHAMBERS | DAVID | 0.30 |
| Dec 11 09 | PREPARE CERTIFICATE OF NO OBJECTION BINDER (.5); REVIEW STIPULATIONS AND E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING STIPULATIONS (.3); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING AND SERVING THE FOURTH OMNIBU S 9019 MOTION (.2); REVIEW AND REVISE FOURTH OMNIBUS 9019 MOTION (.5); FILE STIPULATIONS EXTENDING TIME TO RESPOND TO COMPLAINTS (.3) | GUILFOYLE | 1.80 |
| Dec 14 09 | REVIEW AND DISTRIBUTE ORDER APPROVING COMMITTEE'S THIRD OMNIBUS 9019 MOTION REGARDING SETTLEMENT OF CERTAIN PREFERENCE MATTERS | SENESE | 0.10 |
| Dec 14 09 | REVIEW AND DISTRIBUTE SIGNED SCHEDULING ORDER; SERVICE OF SAME UPON IMPACTED DEFENDANTS / DEFENDANTS' COUNSEL VIA ELECTRONIC MAIL OR OVERNIGHT MAIL | SENESE | 0.40 |
| Dec 15 09 | EXECUTE, FORMAT AND EFILE AFFIDAVIT OF SERVICE WITH RESPECT TO SERVICE OF AGENDA FOR 12-14 HEARING UPON CERTAIN PREFERENCE DEFENDANTS / DEFENDANTS' COUNSEL | SENESE | 0.20 |
| Dec 15 09 | EXECUTE, FORMAT AND EFILE AFFIDAVIT OF SERVICE WITH RESPECT TO SERVICE OF SCHEDULING ORDER UPON CERTAIN PREFERENCE DEFENDANTS / DEFENDANTS' COUNSEL | SENESE | 0.20 |
| Dec 15 09 | UPDATE PREFERENCE PROGRAM STATUS CONTROL CHART / SERVICE INFORMATION | SENESE | 0.20 |
| Dec 15 09 | SUPPLEMENTAL SERVICE OF 12-14 SCHEDULING ORDER UPON DEFENDANT INSIGHT VIA OVERNIGHT MAIL; DRAFT AFFIDAVIT OF SERVICE WITH RESPECT TO SAME | SENESE | 0.20 |
| Dec 15 09 | REVIEW AFFIDAVITS OF SERVICE AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING | GUILFOYLE | 0.20 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | AFFIDAVITS OF SERVICE | | |
| Dec 16 09 | UPDATE PREFERENCE PROGRAM STATUS CONTROL SHEET IN LIGHT OF NEWLY GRANTED EXTENSIONS OF TIME TO RESPOND | SENESE | 0.20 |
| Dec 16 09 | REVIEW, REVISE AND FILE SEVERAL STIPULATIONS EXTENDING TIME TO RESPOND TO COMPLAINTS (.3); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING FILING STIPULATIONS (.1); REVIEW RECENT ADVERSARY PROCEEDING FILINGS (.2); TELEPHONE CONFERENCES WITH DEFENSE COUNSEL REGARDING DISCOVERY PLANNING (.2); TELEPHONE CONFERENCE WITH K. CRANER REGARDING DISCOVERY PLANNING CONFERENCES (.2) | GUILFOYLE | 1.00 |
| Dec 17 09 | UPDATE PREFERENCE PROGRAM STATUS CHART IN LIGHT OF NEWLY DISMISSED MATTER AND ORDERS APPROVING COMMITTEE'S FIRST, SECOND AND THIRD OMNIBUS 9019 MOTION SETTLING WITH CERTAIN PREFERENCE DEFENDANTS | SENESE | 0.60 |
| Dec 17 09 | TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING RESPONDING TO COMPLAINT (.2); REVIEW AND FILE STIPULATION OF DISMISSAL (.2) | GUILFOYLE | 0.40 |
| Dec 18 09 | PREPARE AND FILE SEVERAL NOTICES OF DISMISSAL (.7); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING NOTICES OF DISMISSAL (.1) | GUILFOYLE | 0.80 |
| Dec 21 09 | TELEPHONE CALL FROM V. GUILFOYLE REGARDING POSSIBLE AMENDED 9019 (4TH) MOTION IN LIGHT OF CLERICAL ERROR (ENTITY NAME) | SENESE | 0.10 |
| Dec 21 09 | UPDATE PREFERENCE PROGRAM STATUS CONTROL CHART IN LIGHT OF NEWLY DISMISSED MATTERS | SENESE | 0.20 |
| Dec 21 09 | REVIEW FOURTH OMNIBUS 9019 MOTION, PROPOSED FORM OF ORDER, AND EXHIBITS (.3); TELEPHONE CONFERENCE WITH M. DEBAECKE REGARDING CORRECTING FOURTH OMNIBUS 9019 MOTION (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING CORRECTED FOURTH OMNIBUS 9019 MOTION (.1); PREPARE AND FILE SEVERAL NOTICES OF DISMISSAL (.4); E-MAIL CORRESPONDENCE WITH Z. VIRANI AND N. RIGANO REGARDING DISMISSALS (.2) | GUILFOYLE | 1.20 |
| Dec 22 09 | REVIEW ANSWER BY S-TRON; UPDATE PREFERENCE PROGRAM STATUS CONTROL CHART TO REFLECT ANSWER FILED AND COUNSEL INFORMATION | SENESE | 0.10 |
| Dec 22 09 | TELEPHONE CALLS FROM AND EMAIL EXCHANGES WITH V. GUILFOYLE REGARDING POSSIBLY FILING AN AMENDED FOURTH 9019 IN LIGHT OF ERROR IN REGENT | SENESE | 0.30 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | ENTITY IN MOTION BODY | | |
| Dec 22 09 | REVIEW AND REVISE CORRECTED FOURTH OMNIBUS 9019 MOTION (.2); DISCUSS CORRECTED FOURTH OMNIBUS 9019 MOTION WITH B. FATELL (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING FOURTH OMNIBUS 9019 MOTION (.1); TELEPHONE CONFERENCE WITH T. FIELDS REGA RDING SETTLEMENT (.2) | GUILFOYLE | 0.60 |
| Dec 23 09 | FORMAT AND EFILE SECOND SUMMONS AND RELATED AFFIDAVIT OF SERVICE (DINER'S CLUB); UPDATE PREFERENCE PROGRAM STATUS CONTROL CHART | SENESE | 0.20 |
| Dec 23 09 | REVIEW SUMMONS AND AFFIDAVIT OF SERVICE (.1); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF SUMMONS AND AFFIDAVIT OF SERVICE (.1) | GUILFOYLE | 0.20 |
| Dec 23 09 | EMAIL AND CONFER WITH OPPOSING COUNSEL REGARDING DEMAND | TARR | 0.30 |
| Dec 28 09 | REVIEW RECENT FILINGS AND CORRESPONDENCE FROM DEFENSE COUNSEL (.2); REVIEW AND FILE STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (.3); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING FILING OF STIPULATION (.1) | GUILFOYLE | 0.60 |

PROJECT CODE TOTALS  22           TOTAL VALUE:    $7,163.50    29.40

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| REPORT TOTALS | TOTAL VALUE: | 16,133.50 | 57.70 |