# EXHIBIT A

**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**JANUARY 1, 2010, - JANUARY 31, 2010**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 1.40 | $329.00 |
| 2 | Other Professionals' Fee/Employment Issues | 3.50 | $966.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 0.80 | $216.00 |
| 5 | Committee Business and Meetings | 0.20 | $54.00 |
| 6 | Case Administration | 2.70 | $346.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.00 | $0.00 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 2.10 | $614.00 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 0.00 | $0.00 |
| 22 | Preference Actions | 33.40 | $8,504.50 |
| | **TOTALS** | **44.10** | **$11,030.00** |

Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | | | |

PROJECT CODE:  01

| Jan 08 10 | REVIEW, EDIT / CODE BLANK ROME'S DECEMBER MONTHLY TIME NARRATIVES IN PREPARATION FOR DRAFTING ITS MONTHLY FEE APPLICATION | SENESE | 0.50 |
| Jan 29 10 | REVIEW DRAFT EXHIBITS; DRAFT BLANK ROME'S DECEMBER MONTHLY FEE APPLICATION | SENESE | 0.70 |
| Jan 29 10 | REVIEW RECENT DOCKET TO CONFIRM NO OBJECTIONS FILED WITH RESPECT TO BLANK ROME'S NOVEMBER MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF SERVICE WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.20 |

PROJECT CODE TOTALS  01                TOTAL VALUE:     $329.00        1.40

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 02 | | | |
| Jan 08 10 | REVIEW AND APPROVE CNO'S REGARDING FEE APPLICATION | FATELL | 0.20 |
| Jan 08 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BDO'S NINTH INTERIM FEE APPLICATION REQUEST; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
| Jan 08 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BDO'S 26TH MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.20 |
| Jan 08 10 | FORMAT AND EFILE (I) CERTIFICATE OF NO OBJECTION WITH RESPECT TO BDO'S NINTH INTERIM FEE APPLICATION REQUEST AND (II) CERTIFICATE OF NO OBJECTION WITH RESPECT TO BDO'S 26TH MONTHLY FEE APPLICATION | SENESE | 0.20 |
| Jan 20 10 | REVIEW FEE APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. | GUILFOYLE | 0.20 |
| Jan 28 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING FILING AND SERVING RECEIVABLE MANAGEMENT SERVICES' FEE APPLICATION (.1); REVIEW RECEIVABLE MANAGEMENT SERVICES' FEE APPLICATION (.3); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING AND SERVING RECEIVABLE MANAGEMENT SERVICES' FEE APPLICATION (.2) | GUILFOYLE | 0.60 |
| Jan 29 10 | FOLLOW-UP EMAIL E. SCHNITZER REGARDING INFORMATION NEEDED TO FINALIZE NOTICE OF RMS' FEE APPLICATION | SENESE | 0.10 |
| Jan 29 10 | TELEPHONE CALL FROM E. SCHNITZER; REVISE NOTICE OF RMS FEE APPLICATION TO REFLECT AN INTERIM FILING (VERSUS A MONTHLY FILING); TELEPHONE CALL FROM T. GUILFOYLE REGARDING SETTING THE APPLICATION FOR HEARING; ONLINE REVIEW OF DOCKET / ORDER ESTABLISHING OMNIBUS HEARING DATES; FURTHER REVISE NOTICE AND FORWARD TO E. SCHNITZER FOR EFILING APPROVAL | SENESE | 0.30 |
| Jan 29 10 | EMAIL FROM E. SCHNITZER; SUBSEQUENT EMAIL EXCHANGES AND TELEPHONE CALL TO T. GUILFOYLE; REVISE, FINALIZE, FORMAT AND EFILE RMS' FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE OF THE FEE APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA | SENESE | 0.60 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | FIRST CLASS MAIL | | |
| Jan 29 10 | E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING FEE HEARING AND FEE APPLICATION OF RMS (.3); REVIEW AND REVISE NOTICE OF FEE APPLICATION (.3); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING RMS FEE APPLICATION (.1); COORDINATE SERVICE OF NOTICE OF FEE APPLICATION (.1) | GUILFOYLE | 0.80 |

PROJECT CODE TOTALS  02                        TOTAL VALUE:      $966.50      3.50

Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  04 | | | |
| Jan 14 10 | TELEPHONE CONFERENCE WITH CLAIMANT REGARDING CLAIMS DISTRIBUTION | GUILFOYLE | 0.20 |
| Jan 20 10 | REVIEW SEVERAL CLAIMS OBJECTIONS | GUILFOYLE | 0.60 |

| PROJECT CODE TOTALS  04 | TOTAL VALUE: | $216.00 | 0.80 |
|------|------|------|------|

Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE:  05 | | | |
| Jan 29 10 | REVIEW FINANCIAL UPDATE FROM BDO | GUILFOYLE | 0.20 |
| PROJECT CODE TOTALS  05 | TOTAL VALUE: | $54.00 | 0.20 |

Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 06 | | | |
| Jan 04 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Jan 05 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Jan 06 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Jan 07 10 | RESEARCH AND SUBMIT PAYMENT OF OUTSTANDING BILLS REGARDING 2009 HEARING TRANSCRIPT REQUESTS | MOODY | 0.20 |
| Jan 07 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Jan 08 10 | UPDATE 2002 SERVICE LISTS / DATA SOURCE IN LIGHT OF RECENTLY RETURNED MAIL, MARKED UNDELIVERABLE | SENESE | 0.20 |
| Jan 08 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Jan 11 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Jan 12 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Jan 13 10 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 0.20 |
| Jan 13 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.30 |
| Jan 14 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Jan 15 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Jan 19 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Jan 20 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Jan 21 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Jan 22 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Jan 25 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Jan 26 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Jan 27 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Jan 28 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Jan 29 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

PROJECT CODE TOTALS  06                TOTAL VALUE:    $346.00    2.70

Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 17 | | | |
| Jan 04 10 | REVIEW AND DISTRIBUTE RE-NOTICE OF OMNIBUS HEARING (CHANGE OF DATE AND TIME) | SENESE | 0.10 |
| Jan 08 10 | REVIEW AGENDA AND EMAILS WITH T. GUILFOYLE REGARDING SAME | CARICKHOFF | 0.30 |
| Jan 08 10 | REVIEW AND DISTRIBUTE AGENDA FOR 1-12-2010 HEARING | SENESE | 0.10 |
| Jan 11 10 | REVIEW AGENDA FOR JANUARY 12, 2010 HEARING (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING ATTENDANCE AT JANUARY 12, 2010 HEARING (.2); | GUILFOYLE | 0.30 |
| Jan 12 10 | ATTEND JANUARY 12, 2010 HEARING | GUILFOYLE | 1.30 |
| PROJECT CODE TOTALS  17 | TOTAL VALUE: | $614.00 | 2.10 |

Project Code 22

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  22 | | | |
| Jan 05 10 | EMAIL EXCHANGES WITH E. SLOAN; FORMAT AND EFILE CERTAIN NOTICE OF VOLUNTARY DISMISSAL (RECKSON) | SENESE | 0.10 |
| Jan 05 10 | FORMAT AND EFILE COMPLAINT (WAREHOUSELINE) | SENESE | 0.20 |
| Jan 05 10 | FORMAT AND EFILE COMPLAINT (WORKSTAGE) | SENESE | 0.20 |
| Jan 05 10 | UPDATE PREFERENCE PROGRAM STATUS CONTROL CHART | SENESE | 0.30 |
| Jan 05 10 | FILE PREFERENCE COMPLAINTS | DAVID | 1.00 |
| Jan 05 10 | REVIEW AND PREPARE ADVERSARY COMPLAINTS AND DISMISSALS FOR FILING | SLOAN | 1.20 |
| Jan 06 10 | MONITOR EMAIL EXCHANGES REGARDING PREFERENCE MATTER, ETC. TO BE INCLUDED ON 1-12 AGENDA; REVIEW CURRENT DOCKET TO VERIFY NO OBJECTIONS FILED IN CONNECTION WITH THE COMMITTEE'S FOURTH OMNIBUS 9019 MOTION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO V. GUILFOYLE FOR EFILING APPROVAL | SENESE | 0.30 |
| Jan 06 10 | EFILE GOOGLE SUMMONS AND RELATED AFFIDAVIT OF SERVICE; UPDATE PREFERENCE PROGRAM STATUS CONTROL CHART (INCLUDING CURRENT SERVICE INFORMATION) | SENESE | 0.10 |
| Jan 06 10 | PREPARE CERTIFICATE OF NO OBJECTION; PREPARE SUMMONS, AFFIDAVITS OF SERVICE FOR FILING | SLOAN | 0.70 |
| Jan 07 10 | REVISE, FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE COMMITTEE'S FOURTH 9019 MOTION; FORWARD TO DEBTORS' COUNSEL FOR INCLUSION IN AGENDA | SENESE | 0.20 |
| Jan 07 10 | UPDATE PREFERENCE PROGRAM STATUS CHART | SENESE | 0.10 |
| Jan 07 10 | REVIEW, FORMAT AND EFILE SUMMONS AND AFFIDAVIT OF SERVICE (NASH PRINTING); FURTHER UPDATE PREFERENCE PROGRAM | SENESE | 0.20 |
| Jan 07 10 | EMAIL FROM D. DOREY; FURTHER REVISE, FORMAT AND EFILE NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES | SENESE | 0.10 |
| Jan 07 10 | EMAIL EXCHANGE WITH E. SCHNITZER CONFIRMING PRETRIAL CONFERENCE DATE / TIME (TALMAN LARMEE MATTER); DISTRIBUTE CASE TO DOCKET TO E. SCHNITZER; UPDATE PREFERENCE PROGRAM STATUS CONTROL CHART | SENESE | 0.10 |
| Jan 07 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN | KILLEN | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | PLEADINGS LISTED THEREIN | | |
| Jan 08 10 | EMAIL TO E. SCHNITZER REGARDING FILING OF THE COMMITTEE'S FIFTH OMNIBUS 9019 MOTION AND ISSUES RELATING TO SERVICE OF SAME | SENESE | 0.10 |
| Jan 08 10 | ORGANIZE PLEADINGS AND OVERSEE CNO BINDER / PACKAGE PREPARATION AND HAND DELIVERY OF SAME TO CHAMBERS | SENESE | 0.10 |
| Jan 08 10 | REVIEW STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT (TRIAD MATTER); UPDATE PREFERNCE PROGRAM STATUS CONTROL CHART TO REFLECT EXTENDED DEADLINE | SENESE | 0.10 |
| Jan 08 10 | REVIEW CERTAIN SETTLEMENT AGREEMENTS; PREPARE FOR SERVICE OF COMMITTEE'S FIFTH OMNIBUS 9019 MOTION | SENESE | 0.50 |
| Jan 08 10 | REVIEW AND DISTRIBUTE ORDER GRANTING COMMITTEE'S FOURTH OMNIBUS 9019 MOTION | SENESE | 0.10 |
| Jan 08 10 | UPDATE PREFERENCE PROGRAM STATUS CHART / SERVICE INFORMATION IN LIGHT OF RECENTLY RETURNED SERVICE / MAIL AND EMAIL EXCHANGES WITH E. SCHNITZER REGARDING SAME | SENESE | 0.30 |
| Jan 08 10 | REVIEW CORRESPONDENCE REGARDING FILINGS AND DISCUSS FILINGS WITH E. SLOAN (.4); PREPARE AND FILE STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (.3); E-MAIL CORRESPONDENCE WITH J. ZAWADZKI REGARDING STIPULATION (.1); REVIEW AGENDA FOR JANUARY 12, 2009 HEARING AND RELATED CORRESPONDENCE (.3); REVIEW AND REVISE CERTIFICATE OF NO OBJECTION BINDER REGARDING FOURTH OMNIBUS 9019 MOTION (.3); REVIEW AND FORWARD SUMMONS AND AFFIDAVITS OF SERVICE TO K. SENESE FOR FILING (.2); E-MAIL CORRESPONDENCE WITH H. PATWARDHAN REGARDING FILING COMPLAINT (.1); PREPARE AND FILE NOTICE OF DISMISSAL (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING FILING NOTICE OF DISMISSAL (.1) | GUILFOYLE | 2.10 |
| Jan 11 10 | REVIEW DEFENDANTS' INITIAL DISCLOSURES (.1); E-MAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING INITIAL DISCLOSURES (.1); REVIEW, REVISE AND FILE SEVERAL NOTICES OF DISMISSAL (.5); E-MAIL CORRESPONDENCE WITH J. ORBACH REGARDING NOTICES OF DISMISSAL (.1); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING SUMMONSES AND AFFIDAVITS OF SERVICE (.1) | GUILFOYLE | 0.90 |
| Jan 12 10 | FORMAT AND EFILE SUMMONSES AND RELATED AFFIDAVITS OF SERVICE (WAREHOUSELINE AND | SENESE | 0.20 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | WORKSPACE) | | |
| Jan 12 10 | UPDATE PREFERENCE PROGRAM STATUS CHART IN LIGHT OF SETTLEMENT OF MATTERS (4TH 9019 ORDER) AND CERTAIN (I) DISMISSALS AND (II) SUMMONSES FILED, ANSWER FILED, ETC. | SENESE | 0.60 |
| Jan 12 10 | EMAIL FROM E. SCHNITZER PROVIDING FINAL DRAFT OF FIFTH OMNIBUS 9019 MOTION; FORMAT MOTION, NOTICE THEREOF AND ELEVEN SETTLEMENT AGREEMENTS (EXHIBITS); FINALIZE CERTIFICATE OF SERVICE / SERVICE LIST; EFILE MOTION AND SERVICE OF SAME UPON INTERESTED PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE OF THE MOTION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.90 |
| Jan 12 10 | E-MAIL CORRESPONDENCE WITH K. SENESE AND J. ZAWADZKI REGARDING SUMMONSES AND AFFIDAVITS OF SERVICE (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING FIFTH OMNIBUS 9019 MOTION (.1); REVIEW AND REVISE FIFTH OMNIBUS 9019 MOTION, NOTICE AND PROPOSED FORM OF ORDER (.7); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING FILING AND SERVICE OF FIFTH OMNIBUS 9019 MOTION (.2) | GUILFOYLE | 1.10 |
| Jan 13 10 | EMAIL FROM E. SCHNITZER; UPDATE PREFERENCE PROGRAM STATUS / CONTACT INFORMATION CHART TO REFLECT CORRECTED ADDRESS OF AMC TRANSFER | SENESE | 0.10 |
| Jan 13 10 | REVIEW THIRD AND FOURTH OMNIBUS 9019 MOTIONS (.2); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING SETTLEMENT OF ADVERSARY PROCEEDINGS (.1); E-MAIL CORRESPONDENCE WITH H. PATWARDHAN REGARDING NOTICES OF DISMISSAL (.1); PREPARE AND FILE SEVERAL NOTICES OF DISMISSAL (.5) | GUILFOYLE | 0.90 |
| Jan 14 10 | UPDATE PREFERENCE PROGRAM STATUS / CONTROL CHART IN LIGHT OF RECENTLY DISMISSED ACTIONS | SENESE | 0.10 |
| Jan 14 10 | PREPARE AND FILE STIPULATION (.2); E-MAIL CORRESPONDENCE WITH J. ZAWADZKI REGARDING FILING OF STIPULATION (.1) | GUILFOYLE | 0.30 |
| Jan 15 10 | DRAFT STATUS REPORT TO SUBMIT EXHIBITS PROVIDED BY E. SCHNITZER; FORWARD TO T. GUILFOYLE FOR EFILING APPROVAL | SENESE | 0.30 |
| Jan 15 10 | FORMAT STATUS REPORT WITH EXHIBITS AND EFILE SAME IN MULTIPLE ADVERSARY PROCEEDINGS; EMAIL TO T. GUILFOYLE REGARDING FEW ERRORS IN EXHIBIT INFORMATION | SENESE | 1.40 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Jan 15 10 | REVIEW STATUS REPORT EXHIBITS, SCHEDULING ORDER AND LOCAL RULES (.4); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING FILING OF STATUS REPORTS (.3); REVIEW AND REVISE STATUS REPORT (.2) | GUILFOYLE | 0.90 |
| Jan 15 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Jan 19 10 | REVIEW CORRESPONDENCE FROM DEFENSE COUNSEL (.2); OBTAIN, REVIEW AND FORWARD ADVERSARY PROCEEDING DOCKET TO E. SCHNITZER (.2); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING REQUEST FOR EXTENSION (.2); OBTAIN, REVIEW AND FORWARD DOCKET TO C. KANG (.2); REVIEW AFFIDAVITS OF SERVICE REGARDING INITIAL DISCLOSURES (.4); DISCUSS SERVICE OF DISCOVERY WITH E. SLOAN (.3); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF AFFIDAVITS OF SERVICE (.2); E-MAIL CORRESPONDENCE WITH J. ORBACH REGARDING FILING OF AFFIDAVITS OF SERVICE (.1); REVIEW AND EXECUTE TOLLING AGREEMENT (.2) | GUILFOYLE | 2.00 |
| Jan 19 10 | VOICEMAIL AND CALL TO AMEX'S COUNSEL | TARR | 0.30 |
| Jan 20 10 | TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING ADVERSARY PROCEEDING (.1); PREPARE AND FILE NOTICES OF DISMISSAL (.4); REVIEW AND FILE STIPULATION OF DISMISSAL (.2); E-MAIL CORRESPONDENCE WITH J. ORBACH AND N. RIGANO REGARDING FILING OF NOTICES AND STIPULATION (.1); REVIEW AND FORWARD AFFIDAVIT OF SERVICE AND SUMMONS TO K. SENESE FOR FILING (.2) | GUILFOYLE | 1.00 |
| Jan 20 10 | PREPARE EXTENSION OF LETTER AGREEMENT AND CONFER WITH T. GUILFOYLE REGARDING SAME | TARR | 0.30 |
| Jan 21 10 | EFILE THIRD SUMMONS AND RELATED AFFIDAVIT OF SERVICE (DINERS CLUB ADVERSARY) | MOODY | 0.20 |
| Jan 21 10 | TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING ADVERSARY PROCEEDING (.2); REVIEW ANSWERS TO COMPLAINTS, INITIAL DISCLOSURES AND CORRESPONDENCE FROM DEFENSE COUNSEL (.3); E-MAIL CORRESPONDENCE WITH H. PATWARDHAN REGARDING FILING COMPLAINT (.1); COORDINATE PAYMENT OF COMPLAINT FILING FEE (.1); DISCUSS FILING OF SUMMONS AND AFFIDAVIT OF SERVICE WITH T. MOODY (.1); E-MAIL CORRESPONDENCE WITH K. CRANER REGARDING FILING OF SUMMONS AND AFFIDAVIT OF SERVICE (.1); REVIEW, EXECUTE AND FILE STIPULATION OF DISMISSAL (.2); E-MAIL | GUILFOYLE | 1.70 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | CORRESPONDENCE WITH K. CRANER REGARDING FILING OF STIPULATION OF DISMISSAL (.1); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING DEFENSE COUNSEL REQUESTS (.1); PREPARE SEVERAL NOTICES OF DISMISSAL (.5) | | |
| Jan 22 10 | REVIEW, FORMAT AND EFILE CERTAIN AFFIDAVIT OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES | SENESE | 0.30 |
| Jan 22 10 | UPDATE PREFERENCE PROGRAM STATUS CONTROL CHART | SENESE | 0.20 |
| Jan 22 10 | FORMAT AND EFILE: STIPULATION OF DISMISSAL (FAIR ISAAC) AND STIPULATIONS TO EXTEND TIME TO RESPOND TO COMPLAINTS (THREE PITNEY BOWERS ACTIONS) | SENESE | 0.30 |
| Jan 22 10 | EFILE MULTIPLE NOTICES OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES | SENESE | 0.50 |
| Jan 22 10 | REVIEW AND EXECUTE SEVERAL STIPULATIONS (.3); DISCUSS FILING OF STIPULATIONS WITH K. SENESE (.1); E-MAIL CORRESPONDENCE WITH C. PILLIOD AND Z. VIRANI REGARDING REQUEST FOR DISMISSAL OF ADVERSARY PROCEEDING (.1) | GUILFOYLE | 0.50 |
| Jan 22 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Jan 23 10 | OBTAIN AND FORWARD FULLY EXECUTED STIPULATIONS AND ECF FILING CONFIRMATIONS TO E. SCHNITZER AND J. ORBACH (.2); PREPARE AND FILE NOTICE OF DISMISSAL (.2); REVIEW, REVISE AND FILE SEVERAL NOTICES OF DISMISSAL (.5); E-MAIL CORRESPONDENCE WITH H. PATWAR DHAN, J. ZAWADZKI AND Z. VIRANI REGARDING NOTICES OF DISMISSAL (.1) | GUILFOYLE | 1.00 |
| Jan 25 10 | FORMAT SEVERAL (ADDITIONAL) AFFIDAVITS OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES | SENESE | 0.30 |
| Jan 25 10 | REVIEW CORRESPONDENCE FROM DEFENSE COUNSEL AND SEVERAL INITIAL DISCLOSURES FROM DEFENDANTS (.6); REVIEW SEVERAL AFFIDAVITS OF SERVICE REGARDING PLAINTIFF'S INITIAL DISCLOSURES (.3); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF AFFIDAVITS OF SERVICE (.1); E-MAIL CORRESPONDENCE WITH J. ZAWADZKI REGARDING AFFIDAVITS OF SERVICE (.1) | GUILFOYLE | 1.10 |
| Jan 25 10 | EMAILS WITH AMEX COUNSEL REGARDING STATUS | TARR | 0.20 |
| Jan 26 10 | REVIEW CORRESPONDENCE FROM DEFENSE COUNSEL, DEFENDANTS' INITIAL DISCLOSURES AND DISCOVERY | GUILFOYLE | 0.30 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | REQUESTS | | |
| Jan 27 10 | REFORMAT AND EFILE NOTICE OF SERVICE OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, ADMISSIONS AND INTERROGATORIES IN CERTAIN ADVERSARY PROCEEDINGS | SENESE | 0.30 |
| Jan 27 10 | REFORMAT CERTAIN AFFIDAVITS / NOTICES OF SERVICE OF INITIAL DISCLOSURES (TO REMOVE DISCLOSURES FROM PDF IMAGES) AND EFILE | SENESE | 0.50 |
| Jan 27 10 | FORMAT AND EFILE ADDITIONAL NOTICES OF SERVICE OF DISCOVERY (PLAINTIFF'S FIRST REQUESTS, FIRST ADMISSIONS, INTERROGATORIES); EMAIL EXCHANGE WITH T. GUILFOYLE REGARDING SECURITRON NOTICE REFLECTING WRONG CASE NUMBER | SENESE | 0.30 |
| Jan 27 10 | REVIEW AFFIDAVITS OF SERVICE REGARDING INITIAL DISCLOSURES AND DISCOVERY REQUESTS (.4); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF AFFIDAVITS OF SERVICE (.1); E-MAIL CORRESPONDENCE WITH J. ORBACH AND Z. VIRANI REGARDING AFFIDAVITS OF SE RVICE (.1) | GUILFOYLE | 0.60 |
| Jan 28 10 | PREPARE AND FILE NOTICES OF DISMISSAL (.4); E-MAIL CORRESPONDENCE WITH N. RIGANO AND Z. VIRANI REGARDING NOTICES OF DISMISSAL (.1) | GUILFOYLE | 0.50 |
| Jan 29 10 | EFILE SEVERAL AFFDAVIT(S) OF SERVICE OF FIRST REQEUSTS | SENESE | 0.20 |
| Jan 29 10 | EFILE CERTAIN AFFDIAVITS OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES; EFILE AFFIDAVIT OF SERVICE OF FIRST REQUESTS (SECURITRON SYSTEMS) | SENESE | 0.20 |
| Jan 29 10 | FILE ADDITIONAL AFFIDAVITS OF SERVICE OF DISCOVERY; FILE AFFIDAVIT OF SERVICE OF REQUESTS (BELLAGIO) | SENESE | 0.20 |
| Jan 29 10 | SCAN AND EFILE VARIOUS AFFIDAVITS OF SERVICE IN CERTAIN ADVERSARY PORCEEDINGSS REGARDING PLAINTIFF'S FIRST SET OF DISCOVERY DOCUMENTS AND PLAINTIFF'S INITIAL DISCLOSURES | MOODY | 2.50 |
| Jan 29 10 | REVIEW SEVERAL AFFIDAVITS OF SERVICE REGARDING DISCOVERY (.8); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCES WITH K. SENESE AND T. MOODY REGARDING FILING OF AFFIDAVITS OF SERVICE (.2); E-MAIL CORRESPONDENCE WITH K. CRANER, N. RIGANO, H. PATWARDHAN AND Z. VIRANI REGARDING FILING OF AFFIDAVITS OF SERVICE (.3); REVIEW, REVISE AND FILE NOTICE OF DISMISSAL (.3); E-MAIL CORRESPONDENCE WITH Z. VIRANI REGARDING | GUILFOYLE | 1.70 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | NOTICE OF DISMISSAL (.1) | | |
| Jan 29 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

PROJECT CODE TOTALS  22                    TOTAL VALUE:    $8,504.50        33.40

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS |
|------|-----------|--|------------|-------|
| REPORT TOTALS | | TOTAL VALUE: | 11,030.00 | 44.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| REPORT TOTALS | TOTAL VALUE: | 11,030.00 | 44.10 |