IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
           Debtors.                                              :
                                                                 :  **Ref. Docket Nos. 8049, 8140 & 8186**
                                                                 :
---------------------------------------------------------------- x

## CONSENSUAL ORDER REGARDING THE DEBTORS' FORTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the forty-second omnibus (substantive) objection [Docket No. 8049] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto [Docket No. 8140] filed by John Monaghan; and the Court having entered an order [Docket No. 8186] sustaining the Objection in part and adjourning the Objection with respect to various proofs of claim, including Claim 2746 filed by Mr. Monaghan; and the Debtors and Mr. Monaghan having agreed that Claim 2746 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 2746 is hereby modified and allowed against American Home Mortgage Corp. (Case No. 07-11051) in the amounts and priority as follows: (i) $10,950,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

unsecured, priority pursuant to 11 U.S.C. § 507(a)(4); and (ii) $45,588.48, general unsecured; and it is further

ORDERED that Mr. Monaghan shall promptly file a stipulation of dismissal in the United States District Court for the Middle District of Florida to dismiss with prejudice the civil action captioned *John Monaghan v. American Home Mortgage Corp.*, C.A. No. 07-CV-01342; and it is further

ORDERED that Mr. Monaghan forever waives, releases and discharges any claims, interests, or causes of action of any nature whatsoever against the Debtors, whether known or unknown at this time; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       February 17, 2010

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE