IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                    :   Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                           :
                                                                          :   Jointly Administered
     Debtors.                                                             :
                                                                          :   Ref. No. 8521
------------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, Motion or other responsive pleading to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 6004(h) for an Order Approving and Authorizing the Stipulation Between American Home Mortgage Corp., and Corporate Center Drive Holdings, LLC Resolving All Claims and Disputes Relating to the Stockbridge Property (the "Motion") has been received. The Court's docket which was last updated February 17, 2010, reflects that no responses to the Motion have been filed. Responses to the Motion were to be filed and served no later than February 11, 2010 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
February 17, 2010

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Michael S. Neiburg
        Sean M. Beach (No. 4070)
        Michael S. Neiburg (No. 5275)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession