CERTIFICATE OF SERVICE

       I, Vivian A. Houghton, Esquire, do hereby certify this 17th February 2010 that one (1) copy of Motion for Supersedeas Bond to Protect Judgment for Mona Dobben was mailed to:

Counsel for Debtors:
Pauline K. Morgan, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box. 391
Wilmington DE 19899-0391
Phone: 302-571-6600
Fax: 302-571-0453

Official Committee of Unsecured Creditors
Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Ave. 14th & 15th Floor
New York, NY 10022

Joseph M. McMahon Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497

                          /S/ Vivian A. Houghton
                          Vivian A. Houghton, Esquire
                          800 West Street, 2nd Floor
                          Wilmington, Delaware 19801
                          (302) 658-0518