**AMERICAN HOME MORTGAGE COMPANY**
**PROFESSIONAL BACKGROUND**
**NOVEMBER 1, 2009 - DECEMBER 31, 2009**

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $675.00 | 5.60 | $3,780.00 |
| Storreo, J. | Partner Since 1999 Member of PA Bar Since 1986, Area of Expertise - Public Companies | $625.00 | 1.5 | $937.50 |
| Tarr, S. | Associate, Member of DE Bar Since 2004, Area of Expertise - Financial Services | $410.00 | 0.50 | $205.00 |
| Reberts Allen, T. | Associate, Member of PA Bar Since 2007, Area of Expertise - Business | $275.00 | 0.5 | $137.50 |
| Sloan, E | Associate, Member of the DE Bar Since 2006, Area of Expertise - Litigation | $275.00 | 0.2 | $55.00 |
| Guilfoyle, V. | Associate, Member of DE Bar Since 2008, Area of Expertise - Litigation | $255.00 | 34.40 | $8,772.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $450.00 | 1.90 | $855.00 |
| Senese, K. | Paralegal | $235.00 | 88.40 | $20,774.00 |
| Moody, T. | Paralegal | $210.00 | 2.40 | $504.00 |
| David, C. | Paralegal | $215.00 | 3.40 | $731.00 |
| Killen, R | Clerk | $100.00 | 5.10 | $510.00 |
| Grand Total: | | | **143.90** | **$37,261.00** |