**AMERICAN HOME MORTGAGE COMPANY**
**EXPENSE SUMMARY**
**NOVEMBER 1, 2009 TO DECEMBER 31, 2009**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | | $1.73 |
| Reproduction of Documents | | $514.50 |
| Contracted Photocopying - Parcels | | $3,079.65 |
| Telecopier/Fax | | $37.20 |
| Courier and Express Services | | $1,507.52 |
| Hand Delivery Service | | $15.00 |
| Special Mailing Charges | | $251.23 |
| Filing Fees | | $250.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $1,750.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Word Processing | | $0.00 |
| Record/Docket Searches | | $224.72 |
| **TOTAL** | | **$7,631.55** |