IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------
In re:                                                          :   Chapter 11
                                                                :
                                                                :   Case No. 07-11047 (CSS)
American Home Mortgage Holdings, Inc., *et al.* [1]             :   (Jointly Administered)
                                                                :
                                          Debtors.              :   **Re: Docket No. 8526**
                                                                :
---------------------------------------------------------------

**CERTIFICATE OF NO OBJECTION AND PROPOSED ORDER
REGARDING FIRST APPLICATION OF RECEIVABLE MANAGEMENT SERVICES
CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AS
COLLECTION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD OF JULY 1, 2009 THROUGH DECEMBER 31, 2009**

The undersigned hereby certifies that as of the date hereof, she has received no written answer, objection or other responsive pleading to the *First Application of Receivable Management Services Corporation for Compensation for Services Rendered as Collection Agent for the Official Committee of Unsecured Creditors for the Period July 1, 2009 through December 31, 2009 [Docket No. 8526]* (the "Application") filed on January 29, 2010. The undersigned further certifies that she has caused the review of the Court's docket in these jointly administered cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than February 15, 2010 at 4:00 p.m.

---

[1]  The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21855750v.1

Accordingly, RMS respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated:  February 18, 2010 BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

Counsel for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*