**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Re: Docket No. 8526** |
| | : | |

---

**ORDER APPROVING THE FIRST APPLICATION OF RECEIVABLE**
**MANAGEMENT SERVICES CORPORATION FOR COMPENSATION FOR**
**SERVICES RENDERED AS COLLECTION AGENT FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF**
**JULY 1, 2009 THROUGH DECEMBER 31, 2009**

Upon consideration of the *First Application of Receivable Management Services Corporation* ("RMS") *for Compensation for Services Rendered as Collection Agent for the Official Committee of Unsecured Creditors for the Period of July 1, 2009 through December 31, 2009* (the "Application") [Dkt. No. 8526]; and adequate notice of the Application having been given, and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED;

2.      RMS is allowed compensation for services rendered during the Compensation Period in the amount of **$23,8670.76**; and

3.      Debtors are authorized and directed to pay the RMS 100% of the fees shown above for services rendered during the period of July 1, 2009 through December 31, 2009.

---

[1]     The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21855836v.1

Dated:  February _____ , 2010

                                                                                     
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

128189.01600/21855836v.1