# EXHIBIT A

**No Liability Claims**

# Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BERNALILLO COUNTY TREASURER<br>PATRICK J. PADILLA<br>P.O. BOX 627<br>ALBUQUERQUE, NM 87103-0627 | 4606 | 12/4/07 | 07-11051 | $374.31 (S)<br>- (A)<br>- (P)<br>- (U)<br>$374.31 (T) | Claim relates to 2005-2007 personal property taxes against "Private Mortgage Investment Services Inc". Debtor does not have an interest in the property as "Private Mortgage Investment Services Inc" is not an entity of the Debtor. |
| CITY OF WATERBURY<br>FRANK CARUSO DEPUTY COLLECTOR OF REVENUE<br>OFFICE OF CORPORATION COUNSEL<br>236 GRAND ST<br>WATERBURY, CT 06702 | 1843 | 10/29/07 | 07-11047 | $91.27 (S)<br>- (A)<br>- (P)<br>- (U)<br>$91.27 (T) | Claim relates to 1999 personal property taxes against "American Home Mortgage LLC". Debtor does not have an interest in the property as "American Home Mortgage LLC" is not an entity of the Debtor. |
| CITY OF WATERBURY<br>FRANK CARUSO DEPUTY COLLECTOR OF REVENUE<br>OFFICE OF CORPORATION COUNSEL<br>236 GRAND ST<br>WATERBURY, CT 06702 | 1844 | 10/29/07 | 07-11047 | $1,134.23 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,134.23 (T) | Claim relates to 1999 personal property taxes against "American Home Mortgage LLC". Debtor does not have an interest in the property as "American Home Mortgage LLC" is not an entity of the Debtor. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10520 | 9/16/08 | 07-11050 | - (S)<br>$4,550.67 (A)<br>- (P)<br>- (U)<br>$4,550.67 (T) | Claim relates to 2008 real estate taxes regarding a parcel for which American Home Mortgage Servicing, Inc. had been the servicer and had been paying applicable taxes from the escrow account. However, the Debtors do not have an interest in the property for the claimed tax year because the loan applicable to this parcel was included in the sale of American Home Mortgage Servicing, Inc. in November 2007. In addition to the fact that the Debtors have no interest in the subject property, the Debtors have verified through the County's website that the claimed tax year has been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10529 | 9/16/08 | 07-11051 | - (S)<br>$4,612.95 (A)<br>- (P)<br>- (U)<br>$4,612.95 (T) | Claim relates to 2008 real estate taxes regarding a parcel for which American Home Mortgage Servicing, Inc. had been the servicer and had been paying applicable taxes from the escrow account. However, the Debtors do not have an interest in the property for the claimed tax year because the loan applicable to this parcel was included in the sale of American Home Mortgage Servicing, Inc. in November 2007. In addition to the fact that the Debtors have no interest in the subject property, the Debtors have verified through the County's website that the claimed tax year has been paid in full. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10531 | 9/16/08 | 07-11051 | - (S)<br>$4,947.22 (A)<br>- (P)<br>- (U)<br>$4,947.22 (T) | Claim relates to 2008 real estate taxes regarding a parcel for which American Home Mortgage Servicing, Inc. had been the servicer and had been paying applicable taxes from the escrow account. However, the Debtors do not have an interest in the property for the claimed tax year because the loan applicable to this parcel was included in the sale of American Home Mortgage Servicing, Inc. in November 2007. In addition to the fact that the Debtors have no interest in the subject property, the Debtors have verified through the County's website that the claimed tax year has been paid in full. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10535 | 9/16/08 | 07-11051 | - (S)<br>$2,196.28 (A)<br>- (P)<br>- (U)<br>$2,196.28 (T) | Claim relates to 2008 real estate taxes regarding a parcel for which American Home Mortgage Servicing, Inc. had been the servicer and had been paying applicable taxes from the escrow account. However, the Debtors do not have an interest in the property for the claimed tax year because the loan applicable to this parcel was included in the sale of American Home Mortgage Servicing, Inc. in November 2007. In addition to the fact that the Debtors have no interest in the subject property, the Debtors have verified through the County's website that the claimed tax year has been paid in full. |
| SHERMAN, AMBER<br>6528 BITTER SWEET DR<br>FORT WAYNE, IN 42825 | 10740 | 11/5/09 | No Case | - (S)<br>- (A)<br>$6,240.00 (P)<br>- (U)<br>$6,240.00 (T) | By this claim, the claimant asserts she is due 60 days worth of pay on account of a purported WARN Act violation. However, the claimant is also listed as a WARN Act claimant in that certain action entitled Koch, et al. v. American Home Mortgage Corp., et al., Adv. Proc No. 07-51688 (CSS) (Bankr. D. Del.) and, therefore, any payment she is entitled to receive as compensation for the Debtors' alleged violation of the WARN Act will be made through the court-approved settlement of such action. Accordingly, the Debtors have no liability on account of this claim. |
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | 10743 | 11/9/09 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$165,634.56 (U)<br>$165,634.56 (T) | Claim is duplicative because the claimed amount was also in claim 9837, which has already been accepted and reduced by court order [docket no. 6462]. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 9 Claims | | $1,599.81 (S)<br>$16,307.12 (A)<br>$6,240.00 (P)<br>$165,634.56 (U)<br>$189,781.49 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.