# EXHIBIT B

**Multiple Debtor Claim**

# Exhibit B
## Multiple Debtor Claims

―――― Objectionable Claim ――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | 10606 | 12/24/08 | 07-11047 | $1,103.99 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,103.99 (T) | Duplicative of claim 10605 which was filed against the correct Debtor, American Home Mortgage Corp. and was accepted as filed. |

Totals: 1 Claim

$1,103.99 (S)
- (A)
- (P)
- (U)
$1,103.99 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.