# EXHIBIT C

## Modified Amount Claim

## Exhibit C

### Modified Amount Claims

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | | | Case Number | Total Amount Claimed | | |
| SPOKANE COUNTY TREASURER<br>ATTN: MINDY ENSIGN<br>PO BOX 199<br>SPOKANE, WA 99210 | 9895 | 2/4/08 | 07-11051 | $791.02 (S)<br>- (A)<br>- (P)<br>- (U)<br>$791.02 (T) | $551.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$551.58 (T) | Claim relates to 2008 personal property taxes for parcels 00.022180 and 00.015555. The claimed amount has been modified and reduced to $551.5 to match the tax bill attached to the proof of claim with respect to parcel 00.022180. With respect to parcel 00.015555, the Debtors have no connection with this parcel for the claimed tax year because the office was closed and vacated in August 2007. |
| **Totals:** | 1 Claim | | | $791.02 (S)<br>- (A)<br>- (P)<br>- (U)<br>$791.02 (T) | $551.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$551.58 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.