# EXHIBIT D

**Modified Amount Wrong Debtor Claim**

# Exhibit D

## Modified Amount Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 10591 | 12/11/08 | 07-11047 | $4,427.08 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,427.08 (T) | 07-11051 | $1,855.24 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,855.24 (T) | Claim relates to personal property taxes for 5 parcels. Modified to match the personal property taxes indicated on the tax bills attached to the proof of claim in connection with parcels 209-909-480-0000, 210-453-380-0000 and 220-080-080-000. The claimed personal property taxes for parcel 210-517-440-000 are against a non-debtor entity Summit Mortgage and the Debtors do not have an interest in this parcel. The claimed 1999-2001 personal property taxes for parcel 208-221-950-000 are not reflected as owing in the Debtors' books and records. Thus, the claimed amount has been modified and reduced accordingly. |
| **Totals:** | **1 Claim** | | | **$4,427.08 (S)**<br>**- (A)**<br>**- (P)**<br>**- (U)**<br>**$4,427.08 (T)** | | **$1,855.24 (S)**<br>**- (A)**<br>**- (P)**<br>**- (U)**<br>**$1,855.24 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.