# EXHIBIT E

## Modified Amount Reclassified Wrong Debtor Claim

# Exhibit E

## Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim | | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | | |
| PINELLAS COUNTY TAX COLLECTOR<br>ATTN BETTY A. GRAMLEY, TAX MANAGER<br>PO BOX 2943<br>CLEARWATER, FL 33757-2943 | 1599 | 9/17/07 | 07-11047 | $2,034.83 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,034.83 (T) | 07-11051 | $562.31 (S)<br>- (A)<br>- (P)<br>$112.46 (U)<br>$674.77 (T) | Claim relates to estimated 2007 personal property taxes for two accounts, 804356 and 160402. Modified to match the tax bill received for account 160402. Penalties for this account have been reclassified to unsecured. Debtors verified on the Pinellas County Tax Collector website that there was no actual tax bill assessed for 2007 on account 804356, there is $0 owing on the account. |
| **Totals:** | **1 Claim** | | | $2,034.83 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,034.83 (T) | | $562.31 (S)<br>- (A)<br>- (P)<br>$112.46 (U)<br>$674.77 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.