# EXHIBIT A

**Amended Claims**

## Exhibit A

### Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 10569 | 10/31/08 | 07-11054 | - (S)<br>$2,019.28 (A)<br>- (P)<br>- (U)<br>$2,019.28 (T) | 10753 | 1/20/09 | 07-11054 | - (S)<br>$3,056.87 (A)<br>- (P)<br>- (U)<br>$3,056.87 (T) |
| SPRINT NEXTEL<br>ABBY LATOURRETTE, BANKRUPTCY<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | 10237 | 4/14/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$159,264.01 (U)<br>$159,264.01 (T) | 10743 | 11/9/09 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$165,634.56 (U)<br>$165,634.56 (T) |
| Totals: | 2 Claims | | | - (S)<br>$2,019.28 (A)<br>- (P)<br>$159,264.01 (U)<br>$161,283.29 (T) | | | | - (S)<br>$3,056.87 (A)<br>- (P)<br>$165,634.56 (U)<br>$168,691.43 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.