# EXHIBIT B

**Wrong Debtor Claims**

## Exhibit B
### Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 10374 | 4/29/08 | 07-11047 | $1,813.51 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,813.51 (T) | 07-11051 |
| CARROLL INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA, BRUCE MEDLEY<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | 1588 | 8/13/07 | 07-11050 | $1,387.97 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,387.97 (T) | 07-11051 |
| CITY OF CEDAR HILL<br>ELIZABETH BANDA, BRUCE MEDLEY<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | 1590 | 8/13/07 | 07-11050 | $365.54 (S)<br>- (A)<br>- (P)<br>- (U)<br>$365.54 (T) | 07-11051 |
| CITY OF MT PLEASANT<br>320 WEST BROADWAY<br>MOUNT PLEASANT, MI 48858 | 10612 | 12/23/08 | 07-11047 | $487.98 (S)<br>- (A)<br>- (P)<br>- (U)<br>$487.98 (T) | 07-11051 |
| MULTNOMAH COUNTY<br>ATTN ANGELIKA LOOMIS<br>PO BOX 2716<br>PORTLAND, OR 97208 | 8787 | 1/2/08 | 07-11047 | $367.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$367.10 (T) | 07-11051 |
| O'CONNELL, MARY<br>118 CHATFIELD WAY<br>FRANKLIN, TN 37067 | 857 | 9/17/07 | No Case | - (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$10,950.00 (T) | 07-11051 |
| PIMA COUNTY, ARIZONA<br>PIMA COUNTY CIVIL ATTORNEY<br>32 N STONE SUITE 2100<br>TUCSON, AZ 85701 | 540 | 9/10/07 | 07-11047 | $517.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$517.00 (T) | 07-11051 |

——— Objectionable Claims ——— ——— New Case Number ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| SOUTH TEXAS COLLEGE<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 9998 | 2/25/08 | 07-11047 | $14.07 (S)<br>- (A)<br>- (P)<br>- (U)<br>$14.07 (T) | 07-11051 |
| SOUTH TEXAS ISD<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 9999 | 2/25/08 | 07-11047 | $4.49 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4.49 (T) | 07-11051 |
| WILLIAMSON COUNTY TRUSTEE<br>WALTER J. DAVIS, TRUSTEE<br>P.O. BOX 648<br>FRANKLIN, TN 37065 | 2834 | 11/20/07 | 07-11047 | $464.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$464.00 (T) | 07-11051 |
| WILLIAMSON COUNTY TRUSTEE<br>WALTER J. DAVIS, TRUSTEE<br>P.O. BOX 648<br>FRANKLIN, TN 37065 | 2835 | 11/20/07 | 07-11047 | $794.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$794.00 (T) | 07-11051 |
| Totals: | 11 Claims | | | $6,215.66 (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$17,165.66 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.