# EXHIBIT C

**Satisfied Claim**

# Exhibit C

## Satisfied Claims

| Name/Address of Claimant | Objectionable Claim | | | Total Amount Claimed | |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | |
| RANDALL COUNTY TAXING DISTRICTS<br>D'LAYNE PEEPLES<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 | 4596 | 11/30/07 | 07-11047 | $1,348.18 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,348.18 (T) | Claim relates to 2007 real estate taxes. Debtor contacted the tax collector's office and verified that the taxes were paid on 1/31/08. |
| Totals: | 1 Claim | | | $1,348.18 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,348.18 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.