# EXHIBIT D

**No Supporting Documentation Claim**

## Exhibit D

### No Documentation Claims

| Name/Address of Claimant | Objectionable Claims ||||  |
|---|---|---|---|---|---|
|  | Claim Number | Date Filed | Case Number | Total Amount Claimed |  |
| MALCOM, PATRICIA D<br>WALTON COUNTY TAX COMMISSIONER<br>303 S HAMMOND DR, STE 100<br>MONROE, GA  30655 | 10734 | 9/21/09 | 07-11047 | $3,861.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,861.58 (T) | No documentation provided. Debtors unable to assess basis or validity of claim. |
| Totals: | 1 Claim |  |  | $3,861.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,861.58 (T) |  |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.