# EXHIBIT E

**Late Filed Claim**

# Exhibit E

## Late Filed Claims

| Name/Address of Claimant | Objectionable Claim | | | | |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
| SHERMAN, AMBER<br>6528 BITTER SWEET DR<br>FORT WAYNE, IN 42825 | 10740 | 11/5/09 | No Case | - (S)<br>- (A)<br>$6,240.00 (P)<br>- (U)<br>$6,240.00 (T) | 1/11/2008 |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$6,240.00 (P)<br>- (U)<br>$6,240.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.