IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.*<sup>1</sup>

Debtors.

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Re: Docket Nos. 8526 & 8589**
:

---

**CERTIFICATION OF COUNSEL REGARDING FIRST APPLICATION
OF RECEIVABLE MANAGEMENT SERVICES CORPORATION FOR
COMPENSATION FOR SERVICES RENDERED AS COLLECTION AGENT FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
OF JULY 1, 2009 THROUGH DECEMBER 31, 2009**

The undersigned hereby certify as follows:

1. On January 29, 2010, Receivable Management Services Corporation ("RMS"), collection agent for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* filed its First Application for Compensation of Services Rendered as Collection Agent for the Official Committee of Unsecured Creditors for the Period of July 1, 2009 through December 31, 2009 ("Interim Application") [Dkt. No. 8526]. The Interim Application was properly noticed and the deadline to object or respond to the Interim Application was February 15, 2010. On February 17, 2010, a Certificate of No Objection regarding the Interim Application was filed [Dkt. No. 8589].

2. On February 18, 2010, the Court approved the Interim Application.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/40186665v.1

3. The undersigned counsel informed the Court that an order approving the Interim Application would be submitted under certification of counsel once a typographical error was corrected.

4. The undersigned counsel hereby requests entry of the attached order at the convenience of the Court.

Dated: February 18, 2010

**BLANK ROME LLP**

*/s/ Victoria Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel for the Committee*