## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

-----------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Re: Docket No. 8526**
:

### ORDER APPROVING THE FIRST APPLICATION OF RECEIVABLE MANAGEMENT SERVICES CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AS COLLECTION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF <u>JULY 1, 2009 THROUGH DECEMBER 31, 2009</u>

Upon consideration of the *First Application of Receivable Management Services Corporation* ("<u>RMS</u>") *for Compensation for Services Rendered as Collection Agent for the Official Committee of Unsecured Creditors for the Period of July 1, 2009 through December 31, 2009* (the "<u>Application</u>") [Dkt. No. 8526]; and adequate notice of the Application having been given, and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED;

2. RMS is allowed compensation for services rendered during the Compensation Period in the amount of **$238,670.76**; and

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21855836v.1

      3.      Debtors are authorized and directed to pay the RMS 100% of the fees shown above for services rendered during the period of July 1, 2009 through December 31, 2009.

Dated: February \_\_\_\_ , 2010

                                                The Honorable Christopher S. Sontchi
                                                United States Bankruptcy Judge