**CERTIFICATE OF SERVICE**

I, *Victoria A. Guilfoyle*, certify that on February 18, 2010, I caused service of the attached *The Official Committee of Unsecured Creditors' Sixth Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof* and *Notice* thereof to be made (i) electronically via the Court's ECF system upon all subscribed parties and (ii) via overnight mail upon the parties listed on the Service List attached hereto as <u>Exhibit A</u>.

I further certify that on February 18, 2010, a copy of the Notice only was served via First Class Mail upon all parties on the 2002 Service List attached hereto as <u>Exhibit B</u>.

Dated: February 18, 2010

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE Bar. No 5183)

# EXHIBIT A

(**Via Overnight Mail**)

| | |
|---|---|
| James L. Patton, Jr., Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>*Counsel for the Debtors* | *Preference Defendant(s)*<br><br>Apogee Events, Inc.<br>Attn:  Paul F. Scollan, Vice President<br>80 Brown's River Road<br>Sayville, NY  11782 |
| Margot B. Schonholtz, Esquire<br>Scott D. Talmadge, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022<br>*Counsel for the Administrative Agent* | Clayton Services LLC<br>(f/k/a Clayton Services, Inc.)<br>Steven Cohen, Secretary<br>2 Corporate Drive<br>Shelton, CT  06484 |
| Laurie Selber Silverstein, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Counsel for the Administrative Agent* | Eastland Sales, Inc.<br>d/b/a Workspace Solutions<br>Brent Stiller, President<br>919 N. Coliseum Blvd.<br>Fort Wayne, IN  46805 |
| Corinne Ball, Esquire<br>Erica M. Ryland, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017<br>*Counsel for DIP Agent* | Eastland Sales, Inc.<br>d/b/a Workplace Solutions<br>Attn:  Wesley N. Stuery, Esq.<br>c/o The Law Offices of<br>Wesley N. Stuery<br>200 East Main Street, Suite 1000<br>Fort Wayne, Indiana  46805 |
| Victoria Counihan, Esquire<br>Greenberg Traurig LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE  19801<br>*Counsel for DIP Agent* | Ellie Mae, Inc.<br>Sigmund Anderman, CEO<br>4155 Hopyard Road, #200<br>Pleasanton, CA  94588 |
| Joseph McMahon, Esquire<br>*Office of the United States Trustee*<br>844 King Street, Room 2313<br>Wilmington, DE  19801 | Fed Ex Corporation<br>Robert R. Ross, Esquire<br>Senior Counsel<br>3620 Hacks Cross Road<br>Memphis, TN  38125 |
| | Google, Inc.<br>Hilary E. Ware, Esquire<br>Managing Litigation Counsel<br>1600 Amphiteatre Parkway<br>Mountain View, CA  94043 |

*Preference Defendant(s) continued*

MVCC Sierra LLC d/b/a Mountainview
Corp. Centre
Carrie L. Barone, Authorized Agent
3311 S. Rainbow Boulevard, #225
Las Vegas, NV  89146

Ocean Place LLC
Otto Svensson, General Manager
One Ocean Boulevard
Long Branch, NJ  07740

Trusted Force, LLC
William C. Hoffman, Managing Partner
1050 Connecticut Ave NW, Suite 1000
Washington DC  20036

Brian J. McLaughlin, Esquire
Monzack Mersky McLaughlin and
Browder, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE  19801-1155
*Counsel for Trusted Force, LLC*