# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 2/18/10 @ 11:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Teresa Currier | Saul Ewing LLP | American Home Mortgage Servicing Inc |
| Edward Schnitzer | Hahn & Hessen | Creditors Committee - Atty |
| Norman Kinel | Rosenthal Monhait + Goddess | B+M Management Corp |
| Allan Diamond | Diamond McCarthy | |
| Chris Provost | " | |
| Tori Gulfoyle | Blank Rome LLP | Creditors Committee |
| Michael Neiburg | Young Conaway LLP | Debtors |
| Sean Beach | Young Conaway LLP | Debtors |
| Andrew Behr | Featherstone Petrie | CMIMortgage |
| Brett Fallon | Morris James LLP | " |
| Marc Indelicato (tele) | Hahn & Hessen | Committee |
| Kevin Nystrom (tele) | Zolfo Cooper | Debtor |
| Doug Pettibone (tele) | | Mona Dobben |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**