# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>American Home Mortgage Holdings, Inc., et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Re: Docket No. 8526 |

## ORDER APPROVING THE FIRST APPLICATION OF RECEIVABLE MANAGEMENT SERVICES CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AS COLLECTION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 1, 2009 THROUGH DECEMBER 31, 2009

Upon consideration of the *First Application of Receivable Management Services Corporation ("RMS") for Compensation for Services Rendered as Collection Agent for the Official Committee of Unsecured Creditors for the Period of July 1, 2009 through December 31, 2009* (the "Application") [Dkt. No. 8526]; and adequate notice of the Application having been given, and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED;

2. RMS is allowed compensation for services rendered during the Compensation Period in the amount of **$238,670.76**; and

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21855836v.1

3. Debtors are authorized and directed to pay the RMS 100% of the fees shown above for services rendered during the period of July 1, 2009 through December 31, 2009.

Dated: February 19, 2010

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

128189.01600/21855836v.1