IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| THE FAIRCHILD CORPORATION, et al.,[1] : | Case No. 09-10899 (CSS) |
| : | (Jointly Administered) |
| Debtors. : | |
| : | Re: Docket No. ___ |

## ORDER APPROVING THE STIPULATION AND AGREED ORDER ALLOWING EXTENSION OF TIME TO FILE ADMINISTRATIVE CLAIM BY NEW YORK STATE

Upon consideration of the Stipulation and Agreed Order Allowing Extension of Time to File Administrative Claim by New York State (the "Administrative Claim Stipulation"),[2] a copy of which is attached hereto as **Exhibit A**, and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Administrative Claim Stipulation and all of the terms set forth therein are *APPROVED* and shall have the full force and effect of an order entered by the Court with respect thereto; and it is further

**ORDERED** that this Court retains jurisdiction to interpret, implement and enforce the provisions of this Order and the Stipulation.

Dated: February 19, 2010

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The last four digits of Fairchild's federal tax identification number are 8587. The mailing address for Fairchild is 1750 Tysons Boulevard, Suite 1400, McLean, VA 22102. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at http://chapter11.epiqsystems.com/fairchild.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Administrative Claim Stipulation.