**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Investment Corp. | ) | Case No.   07-11048 |
| | ) | |
| Debtor. | ) | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | American Home Mortgage Investment Corp. | Bank: | Various |
| Bankruptcy Number: | 07-11048 | Account Number: | Various |
| Date of Confirmation: | 2/23/2009 | Account Type: | Various |
| Reporting Period (month/year): | October 1, 2009 through December 31, 2009 | | |

| | | |
|---|---|---|
| Beginning Cash Balance: | | $157,817,761 |
| All receipts received by the debtor: | | |
|    Cash Sales: | $0 | |
|    Collection of Accounts Receivable: | $6,216,348 (a) | |
|    Proceeds from Litigation (settlement or otherwise): | $0 | |
|    Sale of Debtor's Assets: | $0 | |
|    Capital Infusion pursuant to the Plan: | $0 | |
|    Total of cash received: | $6,216,348 | |
| Total of cash available: | | $164,034,109 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
|    Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | | |
|    Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $3,389,097 | |
|    All other disbursements made in the ordinary course: | $1,737,837 | |
|    Total Disbursements | | $5,126,934 |
| Ending Cash Balance | | $158,907,175 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:   February 18, 2010

Name/Title:   _____
Kevin Nystrom
Chief Restructuring Officer

**Notes:**
(a) The accounts receivable line above includes a $5 million transfer from an American Home Mortgage Corp (Debtor in Possession) account

**American Home Mortgage Investment Corp. - Case No. 07-11048**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 12/31/2009 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 1,832,906 | $ 8,107,208 |
| Restricted cash | 150,799,967 | 150,799,967 |
| Accounts receivable | 2,861,619 | 3,700,171 |
| Intercompany receivable | 1,320,448,267 | 1,334,118,572 |
| Securities | 1,422,346,044 | 1,136,675,774 |
| Derivative assets | 17,769,854 | - |
| Investment in subsidiaries | (183,269,746) | (1,083,307,998) |
| Other assets | 11,876 | - |
| Total assets | $ 2,732,800,787 | $ 1,550,093,694 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Reverse repurchase agreements | $ 1,411,711,505 | $ - |
| Junior subordinated note | 180,416,000 | 180,416,000 |
| Derivative liabilities | 2,273,147 | 53,817,031 |
| Accrued expenses and other liabilities | 88,799,755 | 1,223,742,688 |
| Intercompany payable | 572,639,754 | 586,135,898 |
| Total liabilities | $ 2,255,840,161 | $ 2,044,111,617 |
| **Stockholders' Equity:** | | |
| Preferred stock - Series A | $ 50,856,875 | $ 50,856,875 |
| Preferred stock - Series B | 83,183,125 | 83,183,125 |
| Common stock | 543,074 | 543,074 |
| Additional paid-in capital | 1,057,864,155 | 1,057,864,155 |
| Retained earnings | (715,486,603) | (1,686,465,152) |
| Total stockholders' equity | $ 476,960,626 | $ (494,017,923) |
| Total liabilities and stockholders' equity | $ 2,732,800,787 | $ 1,550,093,694 |

|  | 8/5/2007 | 12/31/2009 |
|---|---:|---:|
| Other Assets: | | |
| Prepaid expenses | $ 11,876 | $ - |
| Total Other Assets | $ 11,876 | $ - |
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 4,033,799 | $ 3,933,798 |
| Accrued interest payable - repo payable | 3,768,482 | - |
| Payable for matured repos | 39,688,298 | 1,178,499,714 |
| Dividends payable | 41,309,176 | 41,309,176 |
| Total Accrued expenses and other liabilities | $ 88,799,755 | $ 1,223,742,688 |