**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | | |
|---|---|---|---|
| In re: | ) | Chapter 11 | |
| American Home Mortgage Corp. | ) | Case No. | 07-11051 |
| Debtor. | ) | | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | American Home Mortgage Corp. | Bank: | Various |
| Bankruptcy Number: | 07-11051 | Account Number: | Various |
| Date of Confirmation: | 2/23/2009 | Account Type: | Various |
| Reporting Period (month/year): | October 1, 2009 through December 31, 2009 | | |

| | | |
|---|---:|---:|
| Beginning Cash Balance: | $36,379,814 | |
| All receipts received by the debtor: | | |
|    Cash Sales: | $0 | |
|    Collection of Accounts Receivable: | $4,377,174 | |
|    Proceeds from Litigation (settlement or otherwise): | $760,584 | |
|    Sale of Debtor's Assets: | $0 | |
|    Capital Infusion pursuant to the Plan: | $0 | |
|    Total of cash received: | $5,137,757 | |
| Total of cash available: | | $41,517,571 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
|    Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | $0 | |
|    Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
|    All other disbursements made in the ordinary course: | $8,574,619 (a) | |
| Total Disbursements | | $8,574,619 |
| Ending Cash Balance | | $32,942,952 |
| Total Disbursements | | $8,574,619 |
| Less: Transfers to Debtor in Possession Accounts | | ($5,000,000) (a) |
| **Total Disbursements for Calculating U.S. Trustee Quarterly Fees** | | **$3,574,619** |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: February 18, 2010

Name/Title: Kevin Nystrom
Chief Restructuring Officer

**Notes:**
(a) The all other disbursements made in the ordinary course line above includes a $5 million transfer to American Home Mortgage Investment Corp (Debtor in Possession) account

**American Home Mortgage Corp. - Case No. 07-11051**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 12/31/2009 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 20,978,329 | $ 32,855,277 |
| Restricted cash | 25,509,915 | 87,675 |
| Accounts receivable | 42,901,766 | 26,866,675 |
| Intercompany receivable | 714,383,163 | 709,788,268 |
| Mortgage loans | 2,610,688,899 | 3,247,555 |
| Derivative assets | 743,601 | 743,601 |
| Mortgage servicing rights | 617,951,527 | - |
| Other real estate, net | 26,863,623 | 6,720,158 |
| Premises and equipment, net | 49,505,365 | 19,787,542 |
| Investment in subsidiaries | 117,050,809 | 63,972,857 |
| Other assets | 30,949,879 | 3,012,911 |
| Total assets | $ 4,257,526,876 | $ 867,082,519 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Warehouse lines of credit | $ 2,302,356,872 | $ 65,520,408 |
| Derivative liabilities | 10,481,560 | 10,481,560 |
| Accrued expenses and other liabilities | 75,929,180 | 86,430,490 |
| Intercompany payable | 1,490,325,989 | 1,553,080,001 |
| Notes payable | 447,177,107 | 833,818 |
| Income taxes payable | 567,125 | 1,977,310 |
| Total liabilities | $ 4,326,837,833 | $ 1,718,323,587 |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 153,195,270 | $ 153,195,272 |
| Retained earnings | (222,506,227) | (1,004,436,340) |
| Total stockholders' equity | $ (69,310,957) | $ (851,241,068) |
| Total liabilities and stockholders' equity | $ 4,257,526,876 | $ 867,082,519 |

|  | 8/5/2007 | 12/31/2009 |
|---|---:|---:|
| **Other Assets:** | | |
| Prepaid expenses | $ 396,599 | $ - |
| Security deposits | 3,508,628 | 2,979,520 |
| Deferred compensation plan assets in trust | 22,721,964 | - |
| Other | 4,322,688 | 33,391 |
| Total Other Assets | $ 30,949,879 | $ 3,012,911 |
| **Accrued expenses and other liabilities:** | | |
| Accrued expenses | $ 48,506,094 | $ 61,508,743 |
| Accrued payroll expense | - | 318,859 |
| Payable to WLR | - | 95,468 |
| Escrow payable | 1,339,340 | 1,198,372 |
| Foreclosure reserve | 3,000,000 | - |
| Deferred compensation plan liability | 22,065,997 | 22,052,366 |
| Drafts payable | 1,017,749 | 1,256,682 |
| Total Accrued expenses and other liabilities | $ 75,929,180 | $ 86,430,490 |