IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          :    Jointly Administered
         Debtors.                                         :
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 11, 2009, I caused to be served the

a)  "Notice of Debtors' Forty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 11, 2009, to which is attached the "Debtors' Forty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 11, 2009,  [Docket No. 8404], (the "Forty-Seventh Omnibus")

b)  "Notice of Debtors' Forty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 11, 2009, to which is attached the "Debtors' Forty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 11, 2009, [Docket No. 8405], (the "Forty- Eighth Omnibus")

by causing true and correct copies, enclosed securely in separate postage-prepaid envelopes of the

a)  Forty-Seventh Omnibus to be delivered by first class mail to those parties listed on the attached Exhibit A, and

    b) Forty-Eighth Omnibus to be delivered by first class mail to those parties listed on the attached <u>Exhibit B</u>.

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                       _____
                                                                       Angharad Bowdler

Sworn to before me this
15th day of December, 2009

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10-24-20__

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ANDERSON, PAULA | 3031 INVERNESS DR LOS ALAMITOS CA 90720 |
| CAMERON COUNTY | DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP 1949 SOUTH IH 35 (78741) P.O. BOX 17428 AUSTIN TX 78760-7428 |
| CITY OF MCALLEN | CITY OF MCALLEN PO BOX 220 MCALLEN TX 78505-0220 |
| CITY OF MCALLEN | DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 1949 SOUTH IH 35 (78741) P.O. BOX 17428 AUSTIN TX 78760-7428 |
| CITY OF NORFOLK TREASURER | PO BOX 3215 NORFOLK VA 23515 |
| COUNTY OF SANTA CLARA | ATTN DEBORAH NICHOLS, TAX COLLECTOR COUNTY ADMINISTRATION BLDG 70 W HEDDING ST - E WING SIXTH FL SAN JOSE CA 95110 |
| DALLAS COUNTY | ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS TX 75201 |
| KNOX COUNTY TRUSTEE | ATTN FRED A. SISK, TRUSTEE P.O. BOX 70 KNOXVILLE TN 37901 |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT | C/O ANDREA SHEEHAN LAW OFFICES OF ROBERT E. LUNA, P.C. 4411 NORTH CENTRAL EXPRESSWAY DALLAS TX 75205 |
| MCALLEN ISD | MCALLEN ISD PO BOX 178 EDINBURG TX 78540 |
| MCALLEN ISD | DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 1949 SOUTH IH 35 (78741) P.O. BOX 17428 AUSTIN TX 78760-7428 |
| MULTNOMAH COUNTY | ATTN ANGELIKA LOOMIS PO BOX 2716 PORTLAND OR 97208 |
| PENDER COUNTY | ATTN TERECA L. CRENSHAW, ASST. TAX COLL. P.O. BOX 1047 BURGAW NC 28425 |
| PORTLAND CITY | ATTN ELIZABETH L. BOYNTON PO BOX 544 PORTLAND ME 04112 |
| SEMINOLE COUNTY TAX COLLECTOR | RAY VALDES 1101 EAST FIRST STREET POST OFFICE BOX 630 SANFORD FL 32772 |
| STATE OF CALIFORNIA | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO CA 95812-2952 |
| TOWN OF FLOWER MOUND | MARK A BURROUGHS, ATTORNEY AT LAW SAWKO & BURROUGHS, P.C. 1100 DALLAS DRIVE, SUITE 100 DENTON TX 76205 |
| WOOD COUNTY SHERIFF | PO BOX 1985 PARKERSBURG WV 26102 |

**Total Creditor Count 18**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ARLINGTON INDEPENDENT SCHOOL DISTRICT | ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON TX 76094-430 |
| BERKEY ENGINEERING | ATTN DIANE BERKEY 167 ENGLEWOOD DR RICHLAND WA 99352 |
| BREVARD COUNTY TAX COLLECTOR | ROD NORTHCUTT 400 S ST 6TH FL PO BOX 2500 TITUSVILLE FL 32781-2500 |
| CARBON COUNTY TAX CLAIM BUREAU | COURTHOUSE ANNEX, P.O. BOX 37    Account No. 19A-21-C47 JIM THORPE PA 18229-0037 |
| COLE COUNTY, MISSOURI | COLE COUNTY COLLECTOR 311 E. HIGH ST. ROOM 100 JEFFERSON CITY MO 65101 |
| FORSYTH COUNTY | P. O. BOX 82    Account No. 07-600894, 05-600887 WINSTON-SALEM NC 27102 |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT | ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON TX 76094-0430 |
| FRANKITO, THOMAS | 9765 JOHNNY CAKE RIDGE RD. MENTOR OH 44060 |
| HOGAN, SHANA M | 12433 CORKWOOD LN VICTORVILLE CA 92395 |
| L H MARKS | PO BOX 10126 JACKSONVILLE FL 32247 |
| MCNUTT, CATHERINE A. | 5610 MORSE AVE JACKSONVILLE FL 32244 |
| MEADOW OAKS SHOPPING CENTER | ATTN REAGAN BROWN, MANAGER PO BOX 8229 NO. 14 CROSSROADS SHOPPING VILLAGE # 201 CORPUS CHRISTI TX 78412 |
| MUSKEGON HEIGHTS CITY | ATTN ROBERT L JACKSON JR, CITY ASSESSOR 2724 PECK ST MUESKEGON HEIGHTS MI 49444 |
| TOWN SQUARE VENTURES, L.P. | C/O INLAND SOUTHWEST MANAGEMENT, LLC C/O BERT BITTOURNA, ESQUIRE – LAW DEPT. 2901 BUTTERFIELD ROAD OAK BROOK IL 60523 |
| TRANSWESTERN 535 CONNECTICUT, LLC | C/O CUMMINGS & LOCKWOOD LLC ATTN JOHN F. CARBERRY SIX LANDMARK SQUARE STAMFORD CT 06901 |
| TREASURER OF PITTSYLVANIA COUNTY | P.O. BOX 230    Account No. 198779 CHATHAM VA 24557 |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL | ATTN SARA F MILLARD, AUTHORIZED REP. LAW DEPARTMENT 230 N. ELM, SUITE 27401, P.O. BOX 20597 GREENSBORO NC 27420 |
| US BANK | 110 MARTER AVE STE 101 MOORESTOWN NJ 80573124 |
| WANAQUE BOROUGH | ATTN ANTHONY FIORELLO, ATTORNEY 579 RINGWOOD AVE. WANAQUE NJ 07456 |

**Total Creditor Count 19**