IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :   Jointly Administered
        Debtors.                                                :
                                                                :   Related Docket Nos. 8512, 8513
----------------------------------------------------------------x   & 8514

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

BRITANY WHALEN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 19, 2010, I caused to be served the:

    a. "Notice of Debtors' Forty-Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 19, 2010, to which is attached the "Debtors' Forty-Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 19, 2010, [Docket No. 8512], (the "Forty-Ninth Omnibus Objection"),

    b. "Notice of Debtors' Fiftieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 19, 2010, to which is attached the "Debtors' Fiftieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 19, 2010 [Docket No. 8513], (the "Fiftieth Omnibus Objection"), and

    c. "Debtors' Objection to Repurchase Agreement Deficiency Claim Orix Capital Markets, LLC (Claim No. 9211)," dated January 19, 2010, to which is attached the "Notice of Debtors' Objection to Repurchase Agreement Deficiency Claim Orix Capital Markets,

LLC (Claim No. 9211)," dated January 19, 2010 [Docket No. 8514], (the "Orix Capital Markets Objection"),

by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes to be delivered via first class mail as follows:

    i.    the Forty-Ninth Omnibus Objection, to those parties listed on the attached <u>Exhibit A</u>,

    ii.    the Fiftieth Omnibus Objection, to those parties listed on the attached <u>Exhibit B</u>, and

    iii.    the Orix Capital Markets Objection, to those parties listed on the attached <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brittany Whalen

Sworn to before me this
20th day of January, 2010

_____
Notary Public

MAGALI L. LEE
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2010

**EXHIBIT A**

**EXHIBIT B**

# AMERICAN HOME MORTGAGE
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BEXAR COUNTY | DAVID G AELVOET LINEBARGER GOGGAN BLAIR & SAMPSON LLP 711 NAVARRO STE 300 SAN ANTONIO TX 78205 |
| CARROLL INDEPENDENT SCHOOL DISTRICT | ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON TX 76094-0430 |
| CITY OF CEDAR HILL | ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON TX 76094-0430 |
| CITY OF MT PLEASANT | 320 WEST BROADWAY   Account No. 6854 MOUNT PLEASANT MI 48858 |
| MALCOM, PATRICIA D | WALTON COUNTY TAX COMMISSIONER 303 S HAMMOND DR, STE 100   Account No. SC13-120 MONROE GA 30655 |
| MULTNOMAH COUNTY | ATTN ANGELIKA LOOMIS PO BOX 2716 PORTLAND OR 97208 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE | BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| O'CONNELL, MARY | 118 CHATFIELD WAY FRANKLIN TN 37067 |
| PIMA COUNTY, ARIZONA | PIMA COUNTY CIVIL ATTORNEY 32 N STONE SUITE 2100 TUCSON AZ 85701 |
| RANDALL COUNTY TAXING DISTRICTS | D'LAYNE PEEPLES PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 9132 AMARILLO TX 79105-9132 |
| SHERMAN, AMBER | 6528 BITTER SWEET DR FORT WAYNE IN 42825 |
| SOUTH TEXAS COLLEGE | SOUTH TEXAS COLLEGE PO BOX 178 EDINBURG TX 78540 |
| SOUTH TEXAS COLLEGE | DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 1949 SOUTH IH 35 (78741) P.O. BOX 17428 AUSTIN TX 78760-7428 |
| SOUTH TEXAS ISD | SOUTH TEXAS ISD PO BOX 178 EDINBURG TX 78540 |
| SOUTH TEXAS ISD | DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 1949 SOUTH IH 35 (78741) P.O. BOX 17428 AUSTIN TX 78760-7428 |
| SPRINT NEXTEL | ABBY LATOURRETTE, BANKRUPTCY P.O. BOX 7949 OVERLAND PARK KS 66207-0949 |
| WILLIAMSON COUNTY TRUSTEE | WALTER J. DAVIS, TRUSTEE P.O. BOX 648 FRANKLIN TN 37065 |

**Total Creditor Count 17**

**EXHIBIT C**

**AHM MERGE2 ORIX OBJ (1-19-10)**

**ORIX CAPITAL MARKETS LLC**
**ATTN: GREG MAY**
**1717 MAIN STREET STE 900**
**DALLAS TX 75201**