IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                       :
                                                      : Jointly Administered
       Debtors.                                       :
---------------------------------------------------------------x Related Docket Nos. 8410 &
                                                        8414

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 28, 2009, I caused to be served the:

   a. "Order Sustaining Debtors' Forty-Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 14, 2009 [Docket No. 8410], (the "Forty-Fifth Omnibus Order"), and

   b. "Order Sustaining Debtors' Forty-Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 14, 2009, [Docket No. 8414], (the "Forty-Sixth Omnibus Order"),

by causing true and correct copies, enclosed securely in separate postage-prepaid envelopes to be delivered via first class mail as follows:

   i. the Forty-Fifth Omnibus Order, to those parties listed on the attached Exhibit A, and

   ii. the Forty-Sixth Omnibus Order, to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
29th day of December, 2009

_____
Notary Public

MAGALI L. LEE
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2010

**EXHIBIT A**

# AMERICAN HOME MORTGAGE
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLEN, ROXANNA T. | 315 WRIGHTSBURG CT FAYETTEVILLE GA 30215 |
| ANELLI, CHRISTOPHER | 30 BUSCH ST HAUPPAUGE NY 11788 |
| ARAPAHOE COUNTY | ATTN GEORGE ROSENBERG, ASST ATTORNEY 5334 S PRINCE STREET LITTLETON CO 80166 |
| BOGGS, AMIE L | 5440 NOAH ROAD CUMMING GA 30041 |
| CANNITO, HELEN | 3368 CHESHIRE RD DELAWARE OH 43015 |
| DEWALD, KAREN | 114 CABANA DR MOORESVILLE NC 28117 |
| DRAKOS, SUZETTE | 3 SEABROOK CT STONY BROOK NY 117903305 |
| HASSLER, ASHLEY | 320 UPAS STREET SAN DIEGO CA 92103 |
| INGINO, LONI | PO BOX 75 LINDENHURST NY 11757 |
| MYERS, DENICE F | 926 GARDEN DR LYNDEN WA 98264 |
| NG, JACQUELINE | 956 N BAY AVE MASSAPEQUA NY 117582562 |
| PROMOTIONAL PRODUCTS PARTNERS, LLC | ATTN MICHAEL GOMBERG 405 WASHINGTON BLVD MUNDELEIN IL 60060 |
| RATHMANN, KAREN | 2908 NE 185TH COURT VANCOUVER WA 98682 |
| RICHTER, ELIZABETH | 1227 JACKSON AVE LINDENHURST NY 11757 |
| SOLIS, JENNIFER A | 2116 ROLLINGWAY CT VIRGINIA BEACH VA 23456 |
| TREASURER OF ARAPAHOE COUNTY, COLORADO | ARAPAHOE COUNTY TREASURER 5334 S. PRINCE STREET LITTLETON CO 80166 |
| WEINHEIMER, TRACEY K. | 2291 AIRPORT RD GREENFIELD IA 50849 |

**Total Creditor Count 17**

# EXHIBIT B

AMERICAN HOME MORTGAGE
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| CHARD, ROBIN L. | 763 DORIS JANE AVE FAIRFIELD OH 45014 |
| HAYES, SUSAN L. | 15561 HAMMETT CT MORENO VALLEY CA 92555 |
| INGINO, LONI | PO BOX 75 LINDENHURST NY 11757 |
| JANSEN, MILDRED A. | 159 STERLING ST PORT JEFFERSON STATION NY 11776 |
| JORDAN, CHERYL S. | 125 HALESITE DR SOUND BEACH NY 11789 |
| LOPEZ, MARTHA | 8975 LAWRENCE WELK DRIVE 314 ESCONDIDO CA 92026 |
| LOPEZ, MARTHA M | 8975 LAWRENCE WELK DRIVE 314 ESCONDIDO CA 92026 |
| TURNER, KRISTEN | 1007 5TH AVE #405 SAN DIEGO CA 921015130 |

**Total Creditor Count 8**