IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re

AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, [1]

Debtors.

-------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

Re: Docket No. 8598

## CERTIFICATE OF SUPPLEMENTAL SERVICE

I, *Victoria A. Guilfoyle*, certify that on February 19, 2010, I caused service of *The Official Committee of Unsecured Creditors' Sixth Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof* and *Notice [Dkt. No. 8598]* thereof to be made via overnight mail upon the parties listed below.

Dated: February 22, 2010

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE Bar. No 5183)

Apogee Events, Inc.
Attn: Gerard Scollan, President
c/o Lovin' Oven Catering of Suffolk, Inc.
322 W. Main Street
Patchogue, NY  11772

Equifax Mortgage Services,
a Division of Equifax Information Services, LLC
Attn:  Troy G. Kubes, Asst Vice President
Legal Department
1550 Peachtree St. NE
Atlanta, GA  30309

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.,; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/21856607v.1