

January 31, 2010

Mr. Carlo Colagiacomo
General Counsel
American Home Mortgage Investment Corp.
538 Broad Hollow Road
Melville, NY  11747

INVOICE

PLEASE REMIT VIA WIRE TRANSFER        E.I.N.  22-2689479        Invoice#  0000263-IN

For management services rendered with respect to American Home Mortgage
Investment Corporation Chapter 11 for the month ended January 31, 2010.

| | | |
|---|---|---|
| Professional Fees | $ | 150,940.00 |
| Paraprofessional Fees | | 112.50 |
| Total Current Fees | | 151,052.50 |
| Expenses and Other Charges | | 5,192.66 |
| **Invoice Total** | $ | **156,245.16** |

See Attached Schedules



## PROFESSIONAL FEES

| NAME | RATE | HOURS | PROFESSIONAL FEES |
|------|------|-------|-------------------|
| Kevin Nystrom | $ 775.00 | 54.00 | $ 41,850.00 |
| Bret Fernandes | $ 675.00 | 3.90 | 2,632.50 |
| Scott R. Martinez | $ 550.00 | 192.40 | 105,820.00 |
| Elizabeth Kardos | $ 425.00 | 1.50 | 637.50 |
| **Total Professional Fees** | | **251.80** | $ **150,940.00** |



## PARAPROFESSIONAL FEES

| NAME | RATE | HOURS | PARAPROFESSIONAL FEES |
|------|------|-------|----------------------|
| Laurie E. Verry | $ 225.00 | 0.50 | $ 112.50 |
| **Total Paraprofessional Fees** | | **0.50** | $ **112.50** |



## <u>EXPENSES AND OTHER CHARGES</u>

| | | |
|---|---|---:|
| Travel and Lodging | $ | 4,122.66 |
| Meals | | 725.56 |
| Telephone | | 318.65 |
| Photocopies | | 6.80 |
| Postage and Courier | | 18.99 |
| **Total Expenses and Other Charges** | $ | **5,192.66** |

American Home Mortgage
Description of Current General Responsibilities of ZC Staff

January 31, 2010

| Name | ZC Title | Company Title | Hourly Rate | Current General Responsibilities |
|------|----------|---------------|-------------|----------------------------------|
| K. Nystrom | Managing Director | Chief Restructuring Officer | $775 | Responsible for the day to day oversight of liquidating activities and oversight of the activity at AH Bank. |
| B. Fernandes | Senior Director | Director of Restructuring | $675 | Involved in counterparty negotiations, claim settlements and communications with creditors. |
| S. Martinez | Director | Associate Director | $550 | |

**AMERICAN HOME MORTGAGE**
**Time Descriptions**

| Category Code | Service | Description of Service |
|---|---|---|
| 1 | Financing | Preparation of analyses and negotiating to obtain DIP financing, including use of cash collateral and attending related hearings. |
| 2 | Court Reporting | Preparing financial and operating information required by the US Trustee and/or the Court including Statement of Affairs, Schedules of Assets and Liabilities, lists of contracts, interim statements and monthly operating reports. |
| 3 | Chapter 11 Process | Organizing and managing the Debtor's or other parties in interests resources and activities to effectively plan, coordinate, and manage the Chapter 11 process. |
| 4 | Business Operations | Analyzing operations and strategies including the developing, designing, drafting and challenging of forecasts and Business Plan, including related assumptions and rationale and communications with vendors. |
| 5 | Cash Management | Forecasting, planning, controlling and other aspects of managing cash. |
| 6 | Claims Administration | Advising and assisting the Debtor with the development of a claims resolution process including evaluating and selecting a claims processor, responding to specific claims inquiries, analyzing claims, settling claims, assisting in the preparation of motions, orders, stipulations related thereto and attending related hearings. |
| 7 | Unexpired Leases and Executory Contracts | Preparing analyses and advising and assisting the Debtor in valuation, modifications, assumption and rejection of leases and executory contracts including assisting in the preparation and review of related motions, applications, orders, stipulations, and attending hearings related thereto. |
| 8 | Engagement Administration | Maintaining engagement files, preparation of fee applications, invoices and time summaries and responding to inquiries by the US Trustee and other parties in interest. |
| 9 | Asset Analysis | Identification and review of potential assets including causes of action and non-litigation recoveries. |
| 10 | Asset Disposition | Sales, leases (Section 365 matters), abandonment and related transaction work, including equipment lease buyout. |
| 11 | Litigation | Support counsel in identifying, pursuing, or defending various causes of action. |
| 12 | Meetings of creditors | Preparing for and attending the conference of creditors, the Section 341 (a) meeting and other creditors' committee meetings. |
| 13 | DIP Budget Reporting | Developing, designing, and preparing information required under the terms of the DIP agreement. |
| 14 | Secured Lenders Negotiation | Analyzing secured lenders assessments of collateral value, damage claims, and debt calculations and negotiations of settlement of these claims. |
| 15 | Communications matters | Assisting and advising general communications strategies and programs including press releases, letters to interested parties, websites, etc. |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Kevin Nystrom | 1/7/10 | 4 | 0.5 | Review of the AHM sales tax returns |
| Kevin Nystrom | 1/7/10 | 4 | 2.0 | Preparation for the joint meeting of the AHM and AH Bank BODs |
| Kevin Nystrom | 1/7/10 | 5 | 0.5 | Review of the cash flow projections |
| Kevin Nystrom | 1/7/10 | 10 | 0.5 | Call with the UCC advisors regarding offers for AH Bank |
| Kevin Nystrom | 1/7/10 | 10 | 0.5 | Consideration of the sale of the high cost loans in Broadhollow |
| Kevin Nystrom | 1/7/10 | 10 | 0.5 | Review of the amendment to the Bancorp agreement |
| | | | 4.5 | |
| Kevin Nystrom | 1/8/10 | 11 | 1.0 | Read appellate response brief on 8/07 P&I payment |
| Kevin Nystrom | 1/8/10 | 10 | 1.0 | Review of the revised unsolicited offer for AH Bank from Worth |
| Kevin Nystrom | 1/8/10 | 11 | 0.5 | Update on settlement of the Dobbins case |
| Kevin Nystrom | 1/8/10 | 10 | 0.5 | Consideration of the sale of the high cost loans in Broadhollow |
| Kevin Nystrom | 1/8/10 | 4 | 1.0 | Joint meeting of the AHM and AH Bank BODs |
| Kevin Nystrom | 1/8/10 | 11 | 0.5 | Call regarding owners of AHM for the appellate brief |
| | | | 4.5 | |
| Kevin Nystrom | 1/11/10 | 11 | 0.5 | Review and execution of the Rucker settlement |
| Kevin Nystrom | 1/11/10 | 11 | 0.5 | Discussion of the Dobbins settlement offer |
| Kevin Nystrom | 1/11/10 | 11 | 1.0 | Review of the fees from EED regarding the Waterfield case |
| Kevin Nystrom | 1/11/10 | 10 | 0.5 | Review of the Broadhollow sale agreement and order |
| Kevin Nystrom | 1/11/10 | 4 | 0.5 | Review of the AH Bank meeting |
| Kevin Nystrom | 1/11/10 | 10 | 1.0 | Organization of the AHM 2005-SD1 junior bonds for sale |
| | | | 4.0 | |
| Kevin Nystrom | 1/12/10 | 10 | 1.5 | Organization of an offer for the sale of the AHM 2005-SD1 bonds |
| Kevin Nystrom | 1/12/10 | 10 | 0.5 | Update on the progress of selling AH Bank |
| Kevin Nystrom | 1/12/10 | 11 | 0.5 | Review of the fees from EED regarding the Waterfield case |
| | | | 2.5 | |
| Kevin Nystrom | 1/13/10 | 11 | 2.0 | Resolution of the WLR administrative claim |
| Kevin Nystrom | 1/13/10 | 10 | 1.0 | Exploring the possibilities of sale of de minimus assets |
| Kevin Nystrom | 1/13/10 | 10 | 1.0 | Update on sale of AH Bank |
| | | | 4.0 | |
| Kevin Nystrom | 1/14/10 | 10 | 1.0 | Update on sale of AH Bank |
| Kevin Nystrom | 1/14/10 | 11 | 0.5 | Update on the status of a Dobbins settlement |
| Kevin Nystrom | 1/14/10 | 4 | 0.5 | Update on the OTS examination of AH Bank |
| | | | 2.0 | |
| Kevin Nystrom | 1/15/10 | 10 | 1.5 | Update on sale of AH Bank |
| Kevin Nystrom | 1/15/10 | 11 | 0.5 | Update on the status of a Dobbins settlement |
| Kevin Nystrom | 1/15/10 | 11 | 0.5 | Strategizing the WLR settlement options |
| | | | 2.5 | |
| Kevin Nystrom | 1/18/10 | 5 | 1.0 | Review the cash forecast |
| Kevin Nystrom | 1/18/10 | 10 | 0.5 | Update on meetings between Bancorp and the OTS |
| Kevin Nystrom | 1/18/10 | 10 | 0.5 | BOD meeting invite and coordination |
| | | | 2.0 | |
| Kevin Nystrom | 1/19/10 | 4 | 1.5 | Review the AH Bank financial statements and write-downs |
| Kevin Nystrom | 1/19/10 | 10 | 0.5 | Update on loan sales |
| Kevin Nystrom | 1/19/10 | 11 | 1.0 | Review of unpaid advance detail |
| | | | 3.0 | |
| Kevin Nystrom | 1/20/10 | 11 | 2.5 | WLR settlement |
| Kevin Nystrom | 1/20/10 | 10 | 0.5 | Follow up on the AHM 2005-SD1 bonds |
| | | | 3.0 | |
| Kevin Nystrom | 1/21/10 | 11 | 2.0 | Gather materials in response to subpoena from JP Morgan |
| Kevin Nystrom | 1/21/10 | 10 | 1.0 | Review and comment on motions to sell Broadhollow |
| Kevin Nystrom | 1/21/10 | 11 | 1.0 | Settlement discussions with WLR |
| | | | 4.0 | |
| Kevin Nystrom | 1/22/10 | 10 | 0.5 | Call with BDO regarding AH Bank |
| Kevin Nystrom | 1/22/10 | 10 | 1.0 | Update on meeting between Bancorp and OTS regarding AH Bank |
| Kevin Nystrom | 1/22/10 | 11 | 2.0 | Gather materials in response to subpoena from JP Morgan |
| Kevin Nystrom | 1/22/10 | 10 | 0.5 | Follow up on the AHM 2005-SD1 bonds |
| | | | 4.0 | |
| Kevin Nystrom | 1/25/10 | 4 | 1.5 | Prepare for the AHM and AH Bank BOD meetings |
| Kevin Nystrom | 1/25/10 | 5 | 1.0 | Review of the estimate of capital needed for emergence |
| Kevin Nystrom | 1/25/10 | 10 | 1.5 | Review of the liquidation analysis of AH Bank |
| Kevin Nystrom | 1/25/10 | 4 | 1.0 | Combined AHM and AH Bank BOD meeting |
| | | | 5.0 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Kevin Nystrom | 1/26/10 | 4 | 1.0 | Drafting minutes of the BOD meeting |
| Kevin Nystrom | 1/26/10 | 11 | 1.0 | WLR settlement strategy |
| Kevin Nystrom | 1/26/10 | 10 | 1.0 | Assignment of mortgages to Broadhollow |
| Kevin Nystrom | 1/26/10 | 10 | 1.0 | Review of governance issues on unsolicited AH Bank offers |
| | | | 4.0 | |
| Kevin Nystrom | 1/27/10 | 11 | 1.0 | Gather materials in response to subpoena from JP Morgan |
| | | | 1.0 | |
| Kevin Nystrom | 1/28/10 | 10 | 2.0 | Strategized on extension term sheet for sale of AH Bank |
| | | | 2.0 | |
| Kevin Nystrom | 1/29/10 | 10 | 1.0 | Update on bank examiner progress for AH Bank |
| Kevin Nystrom | 1/29/10 | 10 | 1.0 | Update on the AH Bank sale negotiations |
| | | | 2.0 | |
| | | Total | 54.0 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|------|------|------|
| Bret Fernandes | 1/6/10 | 4 | 0.7 | Review weekly updates from AHM managers |
| | | | 0.7 | |
| Bret Fernandes | 1/8/10 | 9 | 1.0 | BOD call and AH Bank status review |
| | | | 1.0 | |
| Bret Fernandes | 1/13/10 | 4 | 0.6 | Review weekly updates from AHM managers |
| | | | 0.6 | |
| Bret Fernandes | 1/15/10 | 3 | 0.3 | Planning call on WLR settlement and tax reporting |
| Bret Fernandes | 1/15/10 | 5 | 0.3 | Review of weekly cash forecast |
| | | | 0.6 | |
| Bret Fernandes | 1/20/10 | 5 | 0.4 | Review cash forecast for Effective Date planning |
| Bret Fernandes | 1/20/10 | 11 | 0.3 | Review JPM subpoenas in relation to REO title disputes |
| Bret Fernandes | 1/20/10 | 11 | 0.3 | Litigation planning in response to the WLR Admin claim |
| | | | 1.0 | |
| | | Total | 3.9 | |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Scott Martinez | 1/4/10 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 1/4/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 1/4/10 | 11 | 1.0 | Work session with AHM employees regarding vendor issues related to the Waterfield litigation |
| Scott Martinez | 1/4/10 | 5 | 0.4 | Phone call with Young Conaway regarding the quarterly payments to the US Trustee |
| Scott Martinez | 1/4/10 | 5 | 0.8 | Updated the quarterly US Trustee fee analysis |
| Scott Martinez | 1/4/10 | 12 | 0.5 | Phone call with BDO regarding the proposal to purchase AH Bank |
| Scott Martinez | 1/4/10 | 3 | 0.7 | Work session with AHM employees regarding the files in the NJ warehouse |
| Scott Martinez | 1/4/10 | 11 | 1.2 | Work session with AHM employees regarding the open issues related to the WLR settlement |
| Scott Martinez | 1/4/10 | 3 | 0.5 | Work session with AHM employees regarding the open issues related to the Mt. Prospect building |
| Scott Martinez | 1/4/10 | 6 | 0.8 | Work session with AHM employees regarding the open SAP claims |
| | | | 9.2 | |
| Scott Martinez | 1/5/10 | 6 | 1.5 | Work session with AHM employees regarding the open SAP claims |
| Scott Martinez | 1/5/10 | 11 | 2.0 | Work session with AHM employees regarding the JP Morgan loan listing |
| Scott Martinez | 1/5/10 | 10 | 0.5 | Phone call with Young Conaway and AHM regarding the Rucker loan |
| Scott Martinez | 1/5/10 | 10 | 0.5 | Reviewed the draft Rucker settlement agreement |
| Scott Martinez | 1/5/10 | 5 | 0.5 | Reviewed the draft payroll report for the 12/31/09 payroll |
| Scott Martinez | 1/5/10 | 3 | 0.5 | Work session with AHM employees regarding issues related to the health benefits |
| Scott Martinez | 1/5/10 | 6 | 0.5 | Work session with AHM employees regarding preference actions |
| Scott Martinez | 1/5/10 | 8 | 2.0 | Prepared the supporting analyses for Zolfo Cooper's December fee application |
| Scott Martinez | 1/5/10 | 3 | 0.5 | Work session with AHM employees regarding the files in the NJ warehouse |
| Scott Martinez | 1/5/10 | 3 | 0.5 | Work session with NAI regarding the 538 Broadhollow building |
| | | | 9.0 | |
| Scott Martinez | 1/6/10 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 1/6/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 1/6/10 | 11 | 1.0 | Work session with AHM employees regarding the JP Morgan loan listing for pending litigation |
| Scott Martinez | 1/6/10 | 2 | 1.0 | Reviewed the draft October financials |
| Scott Martinez | 1/6/10 | 6 | 1.5 | Work session with AHM employees regarding the open SAP claims |
| Scott Martinez | 1/6/10 | 12 | 0.8 | Work session with AHM employees regarding requests from BDO |
| Scott Martinez | 1/6/10 | 10 | 1.0 | Work session with AHM employees regarding items on schedule 6 of the draft Broadhollow Sale Agreement |
| Scott Martinez | 1/6/10 | 3 | 0.5 | Phone call with Young Conaway regarding the records in the NJ warehouse |
| Scott Martinez | 1/6/10 | 3 | 0.5 | Work session with AHM employees regarding legal issues |
| Scott Martinez | 1/6/10 | 11 | 1.0 | Reviewed the draft 506(C) reply regarding Mt. Prospect |
| Scott Martinez | 1/6/10 | 3 | 0.5 | Work session with AHM employees regarding data needed from AHMSI |
| Scott Martinez | 1/6/10 | 4 | 0.5 | Reviewed the AH Bank Board package |
| | | | 10.8 | |
| Scott Martinez | 1/7/10 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 1/7/10 | 3 | 1.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 1/7/10 | 5 | 0.3 | Prepared the professional fee wire request documents |
| Scott Martinez | 1/7/10 | 10 | 1.0 | Prepared for and participated in a conference call with one of the Broadhollow Noteholders regarding items on schedule 6 of the draft sale agreement |
| Scott Martinez | 1/7/10 | 10 | 1.0 | Work session with AHM employees regarding the sale of various Broadhollow loans |
| Scott Martinez | 1/7/10 | 10 | 0.8 | Reviewed the revised amendment to the AH Bank sale agreement |
| Scott Martinez | 1/7/10 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 1/7/10 | 6 | 0.5 | Work session with AHM employees regarding follow up questions from BDO on various preference actions |
| Scott Martinez | 1/7/10 | 3 | 0.3 | Work session with AHM employees regarding sales and use taxes |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Scott Martinez | 1/7/10 | 10 | 0.7 | Work session with AHM employees regarding the remaining unencumbered loans |
| Scott Martinez | 1/7/10 | 3 | 0.5 | Work session with AHM employees regarding various legal issues |
| Scott Martinez | 1/7/10 | 3 | 0.5 | Work session with AHM employees regarding the files in the basement |
| | | | 9.6 | |
| Scott Martinez | 1/8/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 1/8/10 | 5 | 1.5 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 1/8/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 1/8/10 | 5 | 0.5 | Updated the effective date scenarios |
| Scott Martinez | 1/8/10 | 3 | 0.5 | Participated in the AH Bank Board meeting |
| Scott Martinez | 1/8/10 | 10 | 0.5 | Phone call with Young Conaway regarding the Broadhollow loans |
| Scott Martinez | 1/8/10 | 10 | 1.5 | Work session with AHM employees regarding the Broadhollow loans |
| Scott Martinez | 1/8/10 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 1/8/10 | 10 | 0.5 | Reviewed the NDA to be provided to Vantium in regards to the Broadhollow loan sale |
| Scott Martinez | 1/8/10 | 11 | 0.5 | Reviewed the Triad stipulation extension motion |
| Scott Martinez | 1/8/10 | 10 | 1.0 | Reviewed the revised Broadhollow sale agreement |
| | | | 8.8 | |
| Scott Martinez | 1/11/10 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 1/11/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 1/11/10 | 5 | 1.0 | Updated the cash flow projections |
| Scott Martinez | 1/11/10 | 5 | 1.0 | Reviewed invoices from an e-discovery vendor |
| Scott Martinez | 1/11/10 | 3 | 0.7 | Work session with AHM employees regarding loan files |
| Scott Martinez | 1/11/10 | 3 | 1.0 | Work session with AHM employees regarding information needed from AHMSI |
| Scott Martinez | 1/11/10 | 10 | 0.5 | Phone call with AHM and Young Conaway regarding the sale of the Broadhollow loans |
| Scott Martinez | 1/11/10 | 10 | 1.0 | Reviewed the revised Broadhollow sale agreement |
| Scott Martinez | 1/11/10 | 6 | 0.7 | Work session with AHM employees regarding SAP claims |
| | | | 9.2 | |
| Scott Martinez | 1/12/10 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 1/12/10 | 5 | 1.0 | Prepared a new bank account cash reporting analysis |
| Scott Martinez | 1/12/10 | 12 | 1.5 | Prepared for and participated in an update call with BDO regarding open issues |
| Scott Martinez | 1/12/10 | 10 | 2.0 | Work session with AHM employees regarding the sale of the Broadhollow loans |
| Scott Martinez | 1/12/10 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 1/12/10 | 11 | 0.5 | Work session with AHM employees regarding legal issues |
| Scott Martinez | 1/12/10 | 3 | 0.7 | Reviewed the vacation and personal time reports |
| Scott Martinez | 1/12/10 | 3 | 0.5 | Prepared a vacation and personal time tracking report |
| Scott Martinez | 1/12/10 | 10 | 0.5 | Phone call with AHM and Young Conaway regarding the sale of the Broadhollow loans |
| Scott Martinez | 1/12/10 | 3 | 0.4 | Phone call with AHM and Young Conaway regarding files in an old AHM office in GA |
| Scott Martinez | 1/12/10 | 3 | 0.5 | Phone call with Young Conaway regarding a status update from today's hearing |
| | | | 10.1 | |
| Scott Martinez | 1/13/10 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 1/13/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 1/13/10 | 6 | 1.5 | Work session with AHM employees regarding open SAP claims |
| Scott Martinez | 1/13/10 | 5 | 1.0 | Prepared an analysis of amounts owed to and from BofA |
| Scott Martinez | 1/13/10 | 11 | 0.5 | Phone call with Young Conaway regarding WLR |
| Scott Martinez | 1/13/10 | 3 | 1.0 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 1/13/10 | 3 | 0.8 | Work session with AHM employees regarding information needed from AHMSI |
| Scott Martinez | 1/13/10 | 3 | 0.5 | Work session with AHM employees regarding IT issues |
| Scott Martinez | 1/13/10 | 10 | 1.0 | Work session with AHM employees regarding the procedures for the Broadhollow loan sale |
| Scott Martinez | 1/13/10 | 3 | 0.5 | Phone call with AHM and Young Conaway regarding files in an old AHM office in GA |
| Scott Martinez | 1/13/10 | 11 | 0.5 | Work session with AHM employees regarding Melville Reinsurance |
| | | | 9.8 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 1/14/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 1/14/10 | 3 | 1.0 | Prepared for and participated in a conference call with BDO regarding the 2009 tax returns |
| Scott Martinez | 1/14/10 | 3 | 4.0 | Work session with the Trustee and BDO regarding wind down and transition issues |
| Scott Martinez | 1/14/10 | 11 | 0.5 | Participated in a conference call with AHM and Hennigan Bennett regarding the JP Morgan litigation |
| Scott Martinez | 1/14/10 | 11 | 1.0 | Revised analyses based upon the call with Hennigan Bennett |
| Scott Martinez | 1/14/10 | 5 | 0.3 | Prepared the professional fee wire request documents |
| Scott Martinez | 1/14/10 | 10 | 0.5 | Phone call with Young Conaway regarding the sale of the Broadhollow loans |
| Scott Martinez | 1/14/10 | 10 | 0.7 | Work session with AHM employees regarding the sale of the Broadhollow loans |
| Scott Martinez | 1/14/10 | 6 | 1.0 | Work session with AHM employees regarding open SAP claims |
| | | | 10.0 | |
| Scott Martinez | 1/15/10 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 1/15/10 | 5 | 2.0 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 1/15/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 1/15/10 | 8 | 0.5 | Prepared the supporting analyses for Zolfo Cooper's December fee application |
| Scott Martinez | 1/15/10 | 10 | 0.5 | Work session with AHM employees regarding the sale of the Broadhollow loans |
| Scott Martinez | 1/15/10 | 3 | 0.5 | Work session with AHM employees regarding files in an old AHM field office |
| Scott Martinez | 1/15/10 | 10 | 0.7 | Reviewed the revised Broadhollow sale agreement |
| Scott Martinez | 1/15/10 | 6 | 0.5 | Work session with AHM employees regarding open claims |
| Scott Martinez | 1/15/10 | 11 | 0.5 | Reviewed the revised JP Morgan analyses in support of the ongoing litigation |
| Scott Martinez | 1/15/10 | 11 | 1.0 | Reviewed analyses received from WLR regarding the advances made during the interim close period |
| | | | 8.0 | |
| Scott Martinez | 1/18/10 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 1/18/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 1/18/10 | 5 | 1.0 | Updated the cash flow projections |
| Scott Martinez | 1/18/10 | 5 | 1.0 | Reviewed the MORs for quarterly amounts owed to the Trustee |
| Scott Martinez | 1/18/10 | 10 | 1.0 | Reviewed the draft Broadhollow loan sale agreement |
| Scott Martinez | 1/18/10 | 11 | 1.5 | Prepared a comparison analysis for the non-disputed items in regards to the WLR global settlement |
| Scott Martinez | 1/18/10 | 11 | 0.5 | Reviewed the revised JP Morgan analyses in support of the ongoing litigation |
| | | | 8.3 | |
| Scott Martinez | 1/19/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 1/19/10 | 6 | 1.0 | Work session with AHM employees regarding the open SAP claims |
| Scott Martinez | 1/19/10 | 10 | 2.0 | Work session with AHM employees regarding the sale of the Broadhollow loans |
| Scott Martinez | 1/19/10 | 5 | 0.5 | Work session with AHM employees regarding miscellaneous funds owed to the Estate |
| Scott Martinez | 1/19/10 | 11 | 0.7 | Work session with AHM employees regarding the non-disputed items in the WLR settlement |
| Scott Martinez | 1/19/10 | 10 | 0.5 | Phone call with Young Conaway regarding the status of the Broadhollow settlement |
| Scott Martinez | 1/19/10 | 3 | 1.0 | Work session with AHM employees regarding Melville Reinsurance |
| Scott Martinez | 1/19/10 | 3 | 0.5 | Work session with AHM employees regarding personnel issues |
| Scott Martinez | 1/19/10 | 3 | 0.5 | Outlined the tax requirements for the draft engagement letter to retain tax professionals |
| Scott Martinez | 1/19/10 | 6 | 0.5 | Work session with AHM employees regarding follow up on a preference action |
| Scott Martinez | 1/19/10 | 3 | 0.5 | Work session with AHM employees regarding the quarterly report for the OTS |
| Scott Martinez | 1/19/10 | 3 | 0.4 | Work session with AHM employees regarding the files in the basement |
| Scott Martinez | 1/19/10 | 11 | 0.8 | Work session with AHM employees regarding the revised JP Morgan analyses in support of the ongoing litigation |
| | | | 9.9 | |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Scott Martinez | 1/20/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 1/20/10 | 5 | 3.5 | Prepared a cash flow analysis assuming the bank was not sold or liquidated until August 2010 |
| Scott Martinez | 1/20/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 1/20/10 | 12 | 1.0 | Prepared for and participated in an update call with BDO regarding open issues |
| Scott Martinez | 1/20/10 | 10 | 1.0 | Work session with prospective bidder for the Broadhollow loans |
| Scott Martinez | 1/20/10 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 1/20/10 | 6 | 1.0 | Reviewed the revised claims summary analysis |
| Scott Martinez | 1/20/10 | 11 | 0.5 | Reviewed the subpoena received from JP Morgan regarding the litigation between JP Morgan and AHM |
| Scott Martinez | 1/20/10 | 11 | 0.8 | Work session with AHM employees regarding the open WLR issues |
| Scott Martinez | 1/20/10 | 3 | 1.0 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 1/20/10 | 3 | 0.3 | Phone call with AHM and Young Conaway regarding files in an old AHM office in GA |
| | | | 12.1 | |
| Scott Martinez | 1/21/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 1/21/10 | 4 | 1.0 | Prepared for and participated in a call regarding Melville Reinsurance |
| Scott Martinez | 1/21/10 | 11 | 1.0 | Prepared for and participated in a call regarding with Young Conaway and AHM regarding the claims reconciliation process |
| Scott Martinez | 1/21/10 | 5 | 0.5 | Prepared the professional fee wire request documents |
| Scott Martinez | 1/21/10 | 10 | 2.0 | Work session with AHM employees regarding issues related to the sale of the Broadhollow loans |
| Scott Martinez | 1/21/10 | 10 | 0.7 | Phone calls with Young Conaway regarding the sale of the Broadhollow loans |
| Scott Martinez | 1/21/10 | 11 | 1.5 | Gathered additional documentation as a result of the JP Morgan subpoena |
| Scott Martinez | 1/21/10 | 6 | 0.8 | Work session with AHM employees regarding the repo claims |
| Scott Martinez | 1/21/10 | 6 | 0.5 | Work session with AHM employees regarding preference actions |
| Scott Martinez | 1/21/10 | 2 | 0.5 | Work session with AHM employees regarding the status of the November financials |
| | | | 9.5 | |
| Scott Martinez | 1/22/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 1/22/10 | 5 | 1.5 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 1/22/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 1/22/10 | 11 | 1.0 | Work session with AHM employees regarding the servicing fee owed to AHMSI |
| Scott Martinez | 1/22/10 | 11 | 1.0 | Updated the servicing fee analysis based upon comments from AHM employees |
| Scott Martinez | 1/22/10 | 4 | 0.5 | Phone call with AH Bank regarding the OTS review and monthly tax provisions |
| Scott Martinez | 1/22/10 | 10 | 0.5 | Responded to questions raised by prospective bidders for the Broadhollow loans |
| Scott Martinez | 1/22/10 | 3 | 0.5 | Work session with AHM employees regarding the W-2s and 1099s for 2009 |
| Scott Martinez | 1/22/10 | 5 | 2.0 | Prepared a financing analysis assuming an effective date without access to AH Bank sale or liquidation proceeds |
| Scott Martinez | 1/22/10 | 12 | 0.4 | Phone call with BDO regarding an update on the meeting between Bancorp and the OTS |
| | | | 8.7 | |
| Scott Martinez | 1/25/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 1/25/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 1/25/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 1/25/10 | 10 | 3.0 | Reviewed the supplemental transfer documents, loan listings and amounts funded for the remaining 22 Broadhollow loans |
| Scott Martinez | 1/25/10 | 4 | 1.0 | Prepared for and participated in the AH Bank and AHMIC Board call |
| Scott Martinez | 1/25/10 | 10 | 0.5 | Phone call with AHM and Young Conaway regarding the remaining Broadhollow loans |
| Scott Martinez | 1/25/10 | 10 | 0.5 | Phone call with Young Conaway and a prospective bidder for the Broadhollow loans |
| Scott Martinez | 1/25/10 | 10 | 1.0 | Reviewed the current liquidation vs sale analysis for AH Bank based off of the December financials |

| Name | Date | Category code | Hours | Narrative |
|------|------|------|------|-----------|
| Scott Martinez | 1/25/10 | 5 | 0.5 | Updated the financing analysis assuming an effective date without access to AH Bank sale or liquidation proceeds |
| | | | 9.8 | |
| Scott Martinez | 1/26/10 | 12 | 1.0 | Prepared for and participated in an update call with BDO regarding open issues |
| Scott Martinez | 1/26/10 | 10 | 3.0 | Work session with AHM employees regarding issues related to the remaining Broadhollow loans |
| Scott Martinez | 1/26/10 | 5 | 0.5 | Work session with AHM employees regarding premium refunds owed to the Estate |
| Scott Martinez | 1/26/10 | 10 | 0.5 | Reviewed the draft assignments of mortgages for the Broadhollow loan sale |
| Scott Martinez | 1/26/10 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 1/26/10 | 10 | 0.5 | Reviewed the revised NDA from Ellington regarding the Broadhollow loan sale |
| Scott Martinez | 1/26/10 | 10 | 0.5 | Phone call with Young Conaway regarding information to be included in the Broadhollow settlement agreement |
| Scott Martinez | 1/26/10 | 4 | 0.5 | Reviewed the draft minutes for the joint AHMIC and AH Bank Board meeting |
| Scott Martinez | 1/26/10 | 12 | 0.7 | Work session with AHM employees regarding information requests from BDO |
| Scott Martinez | 1/26/10 | 11 | 0.4 | Phone call with Young Conaway regarding the Showcase of Agents action |
| Scott Martinez | 1/26/10 | 2 | 0.5 | Work session with AHM employees regarding the status of the November financials |
| | | | 9.1 | |
| Scott Martinez | 1/27/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 1/27/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 1/27/10 | 6 | 0.5 | Phone call with Young Conaway and AHM regarding the EPD/Breach claims |
| Scott Martinez | 1/27/10 | 4 | 1.0 | Reviewed and commented on the draft BDO engagement letter |
| Scott Martinez | 1/27/10 | 10 | 4.0 | Work session with AHM employees regarding the schedules to the Broadhollow settlement agreement |
| Scott Martinez | 1/27/10 | 3 | 0.5 | Work session with AHM employees regarding issues related to records in a NJ warehouse |
| Scott Martinez | 1/27/10 | 5 | 0.5 | Work session with AHM employees regarding A/P |
| Scott Martinez | 1/27/10 | 10 | 1.5 | Work session with AHM employees regarding the sale of the Broadhollow loans |
| Scott Martinez | 1/27/10 | 12 | 0.5 | Work session with BDO regarding open issues and follow up on various requests |
| | | | 10.5 | |
| Scott Martinez | 1/28/10 | 10 | 1.5 | Reviewed the revised Broadhollow and Melville sale agreements |
| Scott Martinez | 1/28/10 | 10 | 4.0 | Work session with AHM employees regarding the schedules to the Broadhollow settlement agreement |
| Scott Martinez | 1/28/10 | 10 | 1.0 | Work session with AHM employees regarding the sale of the Broadhollow loans |
| Scott Martinez | 1/28/10 | 6 | 0.5 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 1/28/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 1/28/10 | 5 | 0.3 | Prepared the professional fee wire request documents |
| Scott Martinez | 1/28/10 | 3 | 0.6 | Work session with AHM employees regarding the files in the basement |
| Scott Martinez | 1/28/10 | 2 | 0.5 | Work session with AHM employees regarding the status of the November financials |
| Scott Martinez | 1/28/10 | 6 | 0.8 | Work session with AHM employees regarding the resolution to a filed swap claim |
| Scott Martinez | 1/28/10 | 3 | 0.5 | Reviewed a draft response letter to a repurchase request for a prepetition transaction |
| | | | 10.2 | |
| Scott Martinez | 1/29/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 1/29/10 | 5 | 1.5 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 1/29/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 1/29/10 | 5 | 0.7 | Updated the effective date scenarios |
| Scott Martinez | 1/29/10 | 10 | 1.0 | Prepared an analysis of additional parties to notice for the sale of Broadhollow and Melville |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 1/29/10 | 10 | 0.7 | Work session with AHM employees regarding additional parties to notice for the sale of Broadhollow and Melville |
| Scott Martinez | 1/29/10 | 10 | 1.0 | Reviewed the bids and sale agreements for the 22 Broadhollow loans |
| Scott Martinez | 1/29/10 | 2 | 0.5 | Work session with AHM employees regarding the Broadhollow and Melville financials |
| Scott Martinez | 1/29/10 | 10 | 1.5 | Prepared a summary analysis of the bids and sale process for the 22 Broadhollow loans |
| Scott Martinez | 1/29/10 | 10 | 0.4 | Phone call with Milestone regarding conversations with Bancorp |
| Scott Martinez | 1/29/10 | 6 | 0.7 | Reviewed documentation related to a proposed preference action settlement |
| | | | 9.3 | |
| Scott Martinez | 1/31/10 | 10 | 0.5 | Participated in a call with Young Conaway and AHM regarding the sale of the Broadhollow loans |
| | | | 0.5 | |
| | Total | | 192.4 | |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Elizabeth Kardos | 1/21/10 | 8 | 1.5 | Participated in various calls with debtor's counsel, ZC professionals and ZC's IT provider regarding document production in connection with subpoena dated January 15, 2010 |
| | | | 1.5 | |
| | | Total | 1.5 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Laura Capen Verry | 1/21/10 | 8 | 0.5 | Discussions with ZC professionals regarding document production |
| | | | 0.5 | |
| | | Total | 0.5 | |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

**CATEGORY 1**        **FINANCING**

| Professional | Hourly Rate | January 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 10.20 | $ 193.75 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 75.00 | $ 12,302.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 41.00 | $ 24,250.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 22.80 | $ 14,357.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 0.00 | $ - | 2.70 | $ 1,174.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 151.70 | $ 52,278.25 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

## CATEGORY 2 — COURT REPORTING

| Professional | Hourly Rate | January 2010 Hours | January 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 0.00 | $ – |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 17.50 | $ 5,842.50 |
| Bret Fernandes | $ 675 | 0.00 | $ – | 0.20 | $ 129.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 0.00 | $ – |
| Robert Semple | $ 640 | 0.00 | $ – | 13.00 | $ 7,345.00 |
| Mark Lymbery | $ 590 | 0.00 | $ – | 31.80 | $ 17,490.00 |
| Scott Martinez | $ 550 | 3.00 | $ 1,650.00 | 67.30 | $ 30,438.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 24.10 | $ 9,037.50 |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 3.00 | $ 1,650.00 | 153.90 | $ 70,282.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

**CATEGORY 3**          **CHAPTER 11 PROCESS**

| Professional | Hourly Rate | January 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 17.50 | $ 4,262.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 40.50 | $ 12,910.00 |
| Bret Fernandes | $ 675 | 0.30 | $ 202.50 | 1570.70 | $ 940,524.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 75.30 | $ 47,209.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 130.50 | $ 76,745.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 291.00 | $ 166,310.00 |
| Scott Martinez | $ 550 | 30.40 | $ 16,720.00 | 1733.10 | $ 771,082.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 138.90 | $ 60,757.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.60 | $ 225.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 43.00 | $ 2,150.00 |
| Total | | 30.70 | $ 16,922.50 | 4041.10 | $ 2,082,175.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

**CATEGORY 4**          **BUSINESS OPERATIONS**

| Professional | Hourly Rate | January 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 476.05 | $ 152,636.25 |
| Kevin Nystrom | $ 775 | 9.50 | $ 7,362.50 | 364.50 | $ 99,305.00 |
| Bret Fernandes | $ 675 | 1.30 | $ 877.50 | 286.40 | $ 177,921.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 217.40 | $ 136,080.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 1212.10 | $ 705,255.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 4.50 | $ 2,475.00 | 7.50 | $ 3,810.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 9.10 | $ 3,944.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1.70 | $ 595.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 15.30 | $ 10,715.00 | 2574.75 | $ 1,279,547.75 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

**CATEGORY 5**          **CASH MANAGEMENT**

| Professional | Hourly Rate | January 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 1.00 | $ - |
| Kevin Nystrom | $ 775 | 2.50 | $ 1,937.50 | 94.00 | $ 23,065.00 |
| Bret Fernandes | $ 675 | 0.70 | $ 472.50 | 394.20 | $ 233,688.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 4.60 | $ 2,898.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 275.10 | $ 154,753.00 |
| Scott Martinez | $ 550 | 54.20 | $ 29,810.00 | 1387.80 | $ 625,272.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 92.30 | $ 38,328.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 7.00 | $ 2,625.00 |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1335.30 | $ 489,437.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 4.00 | $ 200.00 |
| Total | | 57.40 | $ 32,220.00 | 3595.30 | $ 1,570,268.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

**CATEGORY 6**          **CLAIMS ADMINISTRATION**

| Professional | Hourly Rate | January 2010 Hours | January 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 7.25 | $ 2,712.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 45.00 | $ 20,162.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 87.90 | $ 55,021.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1.50 | $ 945.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 166.50 | $ 98,299.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 26.90 | $ 15,267.00 |
| Scott Martinez | $ 550 | 19.80 | $ 10,890.00 | 239.80 | $ 111,000.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 1881.60 | $ 822,731.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 19.80 | $ 10,890.00 | 2456.45 | $ 1,126,139.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

**CATEGORY 7**          **UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

| Professional | Hourly Rate | January 2010 Hours | January 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $  - | 0.00 | $  - |
| Kevin Nystrom | $ 775 | 0.00 | $  - | 0.00 | $  - |
| Bret Fernandes | $ 675 | 0.00 | $  - | 2.00 | $ 1,180.00 |
| Mitchell Taylor | $ 695 | 0.00 | $  - | 0.00 | $  - |
| Robert Semple | $ 640 | 0.00 | $  - | 0.00 | $  - |
| Mark Lymbery | $ 590 | 0.00 | $  - | 0.00 | $  - |
| Scott Martinez | $ 550 | 0.00 | $  - | 1.00 | $ 450.00 |
| Puneet Agrawal | $ 465 | 0.00 | $  - | 0.00 | $  - |
| Elizabeth Kardos | $ 425 | 0.00 | $  - | 0.00 | $  - |
| Linda Cheung | $ 375 | 0.00 | $  - | 0.00 | $  - |
| Carmen Bonilla | $ 375 | 0.00 | $  - | 0.00 | $  - |
| Rebecca Randall | $ 345 | 0.00 | $  - | 0.00 | $  - |
| Laura Capen Verry | $ 225 | 0.00 | $  - | 0.00 | $  - |
| Sam Mitchell | $ 50 | 0.00 | $  - | 0.00 | $  - |
| | | | | | |
| Total | | 0.00 | $  - | 3.00 | $ 1,630.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

**CATEGORY 8**    **ENGAGEMENT ADMINISTRATION**

| Professional | Hourly Rate | January 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 3.50 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 41.50 | $ 10,640.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 37.40 | $ 23,188.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 21.90 | $. 12,808.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 5.40 | $ 3,106.00 |
| Scott Martinez | $ 550 | 2.50 | $ 1,375.00 | 39.80 | $ 18,343.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 52.30 | $ 22,824.00 |
| Elizabeth Kardos | $ 425 | 1.50 | $ 637.50 | 58.20 | $ 23,150.00 |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 235.20 | $ 83,185.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.50 | $ 112.50 | 68.50 | $ 14,063.50 |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 4.50 | $ 2,125.00 | 563.70 | $ 211,308.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

## CATEGORY 9        ASSET ANALYSIS

| Professional | Hourly Rate | | January 2010 Hours | Value | Cumulative Hours | Value |
|---|---|---|---|---|---|---|
| Stephen F. Cooper | $ | 850 | 0.00 $ | - | 0.00 $ | - |
| Kevin Nystrom | $ | 775 | 0.00 $ | - | 2.50 $ | 720.00 |
| Bret Fernandes | $ | 675 | 1.00 $ | 675.00 | 152.00 $ | 91,936.00 |
| Mitchell Taylor | $ | 695 | 0.00 $ | - | 0.30 $ | 186.00 |
| Robert Semple | $ | 640 | 0.00 $ | - | 2.00 $ | 1,130.00 |
| Mark Lymbery | $ | 590 | 0.00 $ | - | 0.00 $ | - |
| Scott Martinez | $ | 550 | 0.00 $ | - | 0.00 $ | - |
| Puneet Agrawal | $ | 465 | 0.00 $ | - | 0.00 $ | - |
| Elizabeth Kardos | $ | 425 | 0.00 $ | - | 0.00 $ | - |
| Linda Cheung | $ | 375 | 0.00 $ | - | 0.00 $ | - |
| Carmen Bonilla | $ | 375 | 0.00 $ | - | 0.00 $ | - |
| Rebecca Randall | $ | 345 | 0.00 $ | - | 0.00 $ | - |
| Laura Capen Verry | $ | 225 | 0.00 $ | - | 0.00 $ | - |
| Sam Mitchell | $ | 50 | 0.00 $ | - | 0.00 $ | - |
| Total | | | 1.00 $ | 675.00 | 156.80 $ | 93,972.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

**CATEGORY 10**         **ASSET DISPOSITION**

| Professional | Hourly Rate | January 2010 Hours | January 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 108.45 | $ 13,717.50 |
| Kevin Nystrom | $ 775 | 23.50 | $ 18,212.50 | 531.00 | $ 138,677.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 739.50 | $ 436,038.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1002.30 | $ 625,625.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 854.70 | $ 494,725.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 75.10 | $ 41,949.00 |
| Scott Martinez | $ 550 | 50.70 | $ 27,885.00 | 338.40 | $ 156,589.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 72.30 | $ 31,096.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 74.20 | $ 46,097.50 | 3721.75 | $ 1,938,418.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

**CATEGORY 11**        **LITIGATION**

| Professional | Hourly Rate | January 2010 Hours | January 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 22.05 | $ 6,820.00 |
| Kevin Nystrom | $ 775 | 18.50 | $ 14,337.50 | 251.25 | $ 178,555.00 |
| Bret Fernandes | $ 675 | 0.60 | $ 405.00 | 353.60 | $ 223,155.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 64.40 | $ 40,542.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 31.00 | $ 18,290.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 20.90 | $ 11,495.00 | 244.40 | $ 114,638.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 13.90 | $ 6,046.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.90 | $ 337.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 14.00 | $ 700.00 |
| Total | | 40.00 | $ 26,237.50 | 995.50 | $ 589,084.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

**CATEGORY 12**          **MEETINGS OF CREDITORS**

| Professional | Hourly Rate | January 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 18.70 | $ 7,362.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 74.00 | $ 14,462.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 34.20 | $ 21,515.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 2.00 | $ 1,180.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 1.50 | $ 825.00 |
| Scott Martinez | $ 550 | 6.40 | $ 3,520.00 | 181.40 | $ 82,336.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 41.20 | $ 18,384.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 61.10 | $ 22,800.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 6.40 | $ 3,520.00 | 414.10 | $ 168,865.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

**CATEGORY 13**          **DIP BUDGET REPORTING**

| Professional | Hourly Rate | January 2010 Hours | Value | Cumulative Hours | Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 0.00 | $ – |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 4.00 | $ – |
| Bret Fernandes | $ 675 | 0.00 | $ – | 2.60 | $ 1,430.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 0.00 | $ – |
| Robert Semple | $ 640 | 0.00 | $ – | 0.00 | $ – |
| Mark Lymbery | $ 590 | 0.00 | $ – | 1.10 | $ 605.00 |
| Scott Martinez | $ 550 | 0.00 | $ – | 22.00 | $ 9,570.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 46.70 | $ 17,107.50 |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 0.00 | $ – | 76.40 | $ 28,712.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

**CATEGORY 14**        **SECURED LENDERS NEGOTIATION**

| Professional | Hourly Rate | January 2010 Hours | January 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 73.50 | $ 14,337.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 274.00 | $ 28,927.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 32.60 | $ 19,234.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 262.30 | $ 164,883.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 576.80 | $ 329,864.00 |
| Scott Martinez | $ 550 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 802.40 | $ 337,747.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 2021.60 | $ 894,993.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to January 31, 2010

**CATEGORY 15**          **COMMUNICATIONS MATTERS**

| Professional | Hourly Rate | January 2010 Hours | January 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 5.75 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 10.00 | $ 1,662.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 15.30 | $ 9,486.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 3.40 | $ 1,870.00 |
| Scott Martinez | $ 550 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 212.30 | $ 76,102.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 22.80 | $ 7,410.00 |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 269.55 | $ 96,531.00 |

**AMERICAN HOME MORTGAGE**
**EXPENSES BY DAY BY PROFESSIONAL**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Emp # | Name | Date | Description | | Amount |
|---|---|---|---|---|---|
| 0325 | Scott R. Martinez | 1/4/2010 | Ground Transportation | | 94.74 |
| 0325 | Scott R. Martinez | 1/4/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 1/4/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 1/4/2010 | Meals | LUNCH - 1 | 20.51 |
| 0325 | Scott R. Martinez | 1/4/2010 | Meals | DINNER - 1 | 24.10 |
| 0325 | Scott R. Martinez | 1/5/2010 | Ground Transportation | | 94.74 |
| 0325 | Scott R. Martinez | 1/5/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 1/5/2010 | Meals | LUNCH - 1 | 15.74 |
| 0325 | Scott R. Martinez | 1/5/2010 | Meals | DINNER - 1 | 20.00 |
| 0325 | Scott R. Martinez | 1/6/2010 | Ground Transportation | | 94.74 |
| 0325 | Scott R. Martinez | 1/6/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 1/6/2010 | Meals | LUNCH - 1 | 16.01 |
| 0325 | Scott R. Martinez | 1/6/2010 | Meals | DINNER - 1 | 36.39 |
| 0325 | Scott R. Martinez | 1/7/2010 | Ground Transportation | | 94.74 |
| 0325 | Scott R. Martinez | 1/7/2010 | Ground Transportation | | 7.16 |
| 0325 | Scott R. Martinez | 1/7/2010 | Ground Transportation | GAS | 21.00 |
| 0325 | Scott R. Martinez | 1/7/2010 | Meals | LUNCH - 1 | 15.96 |
| 0325 | Scott R. Martinez | 1/8/2010 | Ground Transportation | | 94.75 |
| 0325 | Scott R. Martinez | 1/8/2010 | Ground Transportation | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 1/11/2010 | Ground Transportation | | 88.94 |
| 0325 | Scott R. Martinez | 1/11/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 1/11/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 1/11/2010 | Meals | LUNCH - 1 | 16.01 |
| 0325 | Scott R. Martinez | 1/11/2010 | Meals | DINNER - 1 | 25.94 |
| 0325 | Scott R. Martinez | 1/12/2010 | Ground Transportation | | 88.94 |
| 0325 | Scott R. Martinez | 1/12/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 1/12/2010 | Meals | LUNCH - 1 | 10.86 |
| 0325 | Scott R. Martinez | 1/12/2010 | Meals | DINNER - 1 | 50.00 |
| 0325 | Scott R. Martinez | 1/13/2010 | Ground Transportation | | 88.94 |
| 0325 | Scott R. Martinez | 1/13/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 1/13/2010 | Meals | LUNCH - 1 | 17.09 |
| 0325 | Scott R. Martinez | 1/13/2010 | Meals | DINNER - 1 | 22.90 |
| 0325 | Scott R. Martinez | 1/14/2010 | Ground Transportation | | 88.94 |
| 0325 | Scott R. Martinez | 1/14/2010 | Ground Transportation | | 7.16 |
| 0325 | Scott R. Martinez | 1/14/2010 | Ground Transportation | GAS | 30.20 |
| 0325 | Scott R. Martinez | 1/14/2010 | Meals | LUNCH - 3 | 50.22 |
| 0325 | Scott R. Martinez | 1/15/2010 | Ground Transportation | | 88.92 |
| 0325 | Scott R. Martinez | 1/15/2010 | Ground Transportation | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 1/19/2010 | Ground Transportation | | 103.82 |
| 0325 | Scott R. Martinez | 1/19/2010 | Ground Transportation | TOLLS | 5.50 |
| 0325 | Scott R. Martinez | 1/19/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 1/19/2010 | Meals | BRKFST - 1 | 11.33 |
| 0325 | Scott R. Martinez | 1/19/2010 | Meals | LUNCH - 2 | 26.09 |
| 0325 | Scott R. Martinez | 1/19/2010 | Meals | DINNER - 1 | 23.88 |
| 0325 | Scott R. Martinez | 1/20/2010 | Ground Transportation | | 103.82 |
| 0325 | Scott R. Martinez | 1/20/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 1/20/2010 | Meals | LUNCH - 1 | 12.14 |
| 0325 | Scott R. Martinez | 1/20/2010 | Meals | DINNER - 1 | 31.60 |

**AMERICAN HOME MORTGAGE**
**EXPENSES BY DAY BY PROFESSIONAL**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Emp # | Name | Date | Description | | Amount |
|---|---|---|---|---|---|
| 0325 | Scott R. Martinez | 1/21/2010 | Ground Transportation | | 103.82 |
| 0325 | Scott R. Martinez | 1/21/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 1/21/2010 | Meals | LUNCH - 1 | 11.06 |
| 0325 | Scott R. Martinez | 1/21/2010 | Meals | DINNER - 1 | 50.00 |
| 0325 | Scott R. Martinez | 1/22/2010 | Ground Transportation | | 103.81 |
| 0325 | Scott R. Martinez | 1/22/2010 | Ground Transportation | TOLLS | 7.16 |
| 0325 | Scott R. Martinez | 1/22/2010 | Ground Transportation | GAS | 26.50 |
| 0325 | Scott R. Martinez | 1/22/2010 | Ground Transportation | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 1/25/2010 | Ground Transportation | TOLLS | 5.50 |
| 0325 | Scott R. Martinez | 1/25/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 1/25/2010 | Meals | LUNCH - 1 | 23.10 |
| 0325 | Scott R. Martinez | 1/25/2010 | Meals | DINNER - 1 | 25.94 |
| 0325 | Scott R. Martinez | 1/26/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 1/26/2010 | Meals | LUNCH - 2 | 28.08 |
| 0325 | Scott R. Martinez | 1/27/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 1/27/2010 | Meals | LUNCH - 1 | 18.68 |
| 0325 | Scott R. Martinez | 1/27/2010 | Meals | DINNER - 1 | 49.78 |
| 0325 | Scott R. Martinez | 1/28/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 1/28/2010 | Meals | LUNCH - 1 | 18.45 |
| 0325 | Scott R. Martinez | 1/28/2010 | Meals | DINNER - 1 | 20.15 |
| 0325 | Scott R. Martinez | 1/29/2010 | Ground Transportation | TOLLS | 7.16 |
| 0325 | Scott R. Martinez | 1/29/2010 | Ground Transportation | GAS | 23.00 |
| 0325 | Scott R. Martinez | 1/29/2010 | Ground Transportation | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 1/30/2010 | Phone | | 138.57 |
| | | | **Subtotal** | | **$ 4,953.24** |
| | | | | | |
| 0401 | Kevin Nystrom | 1/6/2010 | Phone | CELL | 109.72 |
| | | | **Subtotal** | | **$    109.72** |
| | | | | | |
| 9999 | Payable Accounts | 1/12/2010 | Meals | NYSTROM SEAMLESS WEB | 9.59 |
| 9999 | Payable Accounts | 1/20/2010 | Meals | NYSTROM SEAMLESS WEB | 10.23 |
| 9999 | Payable Accounts | 1/20/2010 | Postage | FED EX | 5.12 |
| 9999 | Payable Accounts | 1/25/2010 | Meals | NYSTROM SEAMLESS WEB | 13.73 |
| 9999 | Payable Accounts | 1/25/2010 | Postage | FED EX | 10.24 |
| 9999 | Payable Accounts | 1/31/2010 | Copy Charges | | 6.80 |
| 9999 | Payable Accounts | 1/31/2010 | Phone | PREMIER GLOBAL | 70.36 |
| 9999 | Payable Accounts | 1/31/2010 | Postage | | 3.63 |
| | | | **Subtotal** | | **$    129.70** |
| | | | | | |
| | | | **TOTAL JANUARY EXPENSES** | | **$ 5,192.66** |

2