IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | Ref. No. 8522 |

**CERTIFICATE OF NO OBJECTION TO APPLICATION**
**RE: DOCKET NO. 8522**

    The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Twenty-Eighth Monthly Application of Quinn Emanuel Urquhart Oliver & Hedges LLP as Special Investigatory Litigation and Conflicts Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period November 1, 2009 through November 30, 2009 (the "Application"). The Court's docket which was last updated February 24, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than February 18, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($9,057.20) of requested fees ($11,321.50) and 100% of requested expenses ($132.69) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       February 24, 2010

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ Patrick A. Jackson
          James L. Patton, Jr. (No. 2202)
          Joel A. Waite (No. 2925)
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Kenneth Enos (No. 4544)
          Patrick A. Jackson (No. 4976)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and
          Debtors in Possession