IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   Ref. Docket Nos. 7347, 7447 & 7506
---------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER RESOLVING DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NOS. 10450, 10448, 10449, 10590, 10649, 10657, 10660, 10676, 10677 AND 10690 FILED BY THE TEXAS TAXING AUTHORITIES**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies as follows:

1. On August 11, 2008 and February 27, 2009, Dallas County filed claim numbers 10448 ("Claim 10448") and 10676 ("Claim 10676"), respectively. Pursuant to Claim 10448, Dallas County asserting a secured claim in the amount of $16,397.21 against American Home Mortgage Servicing, Inc. (Case No. 07-11050) on account of unpaid ad valorem taxes for the 2008 taxable year. By Claim 10676, Dallas County asserted a secured claim in the amount of $67,535.48 against American Home Mortgage Servicing, Inc. (Case No. 07-11050) on account of unpaid ad valorem taxes for the 2008 and 2009 taxable years.

2. On August 11, 2008 and February 27, 2009, Coppell ISD filed claim numbers 10449 ("Claim 10449") and 10677 ("Claim 10677"), respectively. Pursuant to Claim 10449,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Coppell ISD asserted a secured claim in the amount of $36,825.62 against American Home Mortgage Servicing, Inc. (Case No. 07-11050) on account of unpaid ad valorem taxes for the 2008 taxable year. By Claim 10677, Coppell ISD asserted a secured claim in the amount of $83,399.23 against American Home Mortgage Servicing, Inc. (Case No. 07-11050) on account of unpaid ad valorem taxes for the 2008 and 2009 taxable years.

3. On August 11, 2008 and March 19, 2009, Tarrant County filed claim numbers 10450 ("Claim 10450") and 10690 ("Claim 10690"), respectively. Pursuant to Claim 10450, Tarrant County asserted a secured claim in the amount of $1,263.92 against American Home Mortgage Corp. (Case No. 07-11051) on account of unpaid ad valorem taxes for the 2008 taxable year. By Claim 10690, Tarrant County asserted an administrative expense claim in the amount of $2,478.52 against American Home Mortgage Corp. (Case No. 07-11051) on account of unpaid ad valorem taxes for the 2008 and 2009 taxable years.

4. On December 5, 2008 and February 9, 2009, Harris County filed claim numbers 10590 ("Claim 10590") and 10660 ("Claim 10660"), respectively. Pursuant to Claim 10590, Harris County asserted an administrative expense claim in the amount of $1,556.57 against American Home Mortgage Holdings, Inc. (Case No. 07-11047) on account of unpaid ad valorem taxes for the 2005 through 2008 taxable years. By Claim 10660, Harris County asserted an administrative expense claim in the amount of $4,812.29 against American Home Mortgage Holdings, Inc. (Case No. 07-11047) on account of unpaid ad valorem taxes for the 2007 and 2008 taxable years.

5. On January 26, 2009, Nueces County filed claim number 10649 ("Claim 10649") asserting an administrative expense claim in the amount of $1,321.16 against American Home Mortgage Holdings, Inc. (Case No. 07-11047) on account of unpaid estimated ad valorem taxes for the 2008 and 2009 taxable years.

6. On January 21, 2009, Bexar County filed claim number 10657 ("Claim 10657") asserting an administrative expense claim in the amount of $2,443.18 against American Home Mortgage Holdings, Inc. (Case No. 07-11047) on account of unpaid ad valorem taxes for the 2008 and 2009 taxable years.

7. Collectively, Dallas County, Coppell ISD, Tarrant County, Harris County, Nueces County, and Bexar County are referred to as the "Texas Taxing Authorities" and Claim Nos. 10450, 10448, 10449, 10590, 10649, 10657, 10660, 10676, 10677 and 10690 are the "Tax Claims". The Texas Taxing Authorities are represented by the law firm of Linebarger Goggan Blair & Sampson, LLP, which filed the Tax Claims on behalf of the Texas Taxing Authorities.

8. On May 6, 2009, the Debtors filed their Thirty-Fifth Omnibus (Substantive) Objection to Claims (the "Objection") [Docket No. 7347]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge each of the Tax Claims on the grounds that no amounts were due and owing to the Texas Taxing Authorities on account of such claims because the Debtors had no interest in the underlying properties for the claimed tax years.

9. On or about May 28, 2009, by and through their common counsel, the Texas Taxing Authorities filed a joint response to the Objection [Docket No. 7447] (the "Response") contending that the Tax Claims were validly asserted against the Debtors since the Texas Taxing Authorities are fully secured ad valorem tax creditors of the Debtors holding prior perfected liens against property of the Debtors' estates. On June 5, 2009, the Court entered an order [Docket No. 7506] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, the Tax Claims.

10. Following good faith negotiations and further review of the relevant records, the Debtors and the Texas Taxing Authorities (collectively, the "Parties") have agreed that the Debtors' outstanding tax obligations to the Texas Taxing Authorities are limited solely to certain

amounts claimed by Harris County through Claim 10660. Therefore, the Parties have agreed that Claim 10660 shall receive the following treatment: (i) modified and reduced from $4,812.29 to $1,883.87; (ii) reclassified to a priority unsecured claim; and (iii) reassigned to American Home Mortgage Corp. (Case No. 07-11051). In addition, the Parties have agreed that Claim Nos. 10450, 10448, 10449, 10590, 10649, 10657, 10676, 10677 and 10690 shall be disallowed and expunged in their entirety.

11. A proposed form of order (the "Proposed Order") reflecting this agreement is attached hereto as Exhibit A. Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: February 25, 2010
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Michael S. Neiburg
_____
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :   Jointly Administered
          Debtors.                                                  :
                                                                    :   **Ref. Docket Nos. 7347, 7447 & 7506**
---------------------------------------------------------------------- x

## CONSENSUAL ORDER RESOLVING DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NOS. 10450, 10448, 10449, 10590, 10649, 10657, 10660, 10676, 10677 AND 10690

Upon consideration of the thirty-fifth omnibus (substantive) claims objection (the "Objection") [Docket No. 7347] of the above-captioned debtors and debtors in possession (the "Debtors") and the joint response thereto [Docket No. 7447] filed by Dallas County, Coppell ISD, Tarrant County, Harris County, Nueces County, and Bexar County (collectively, the "Texas Taxing Authorities"); and the Court having entered an order [Docket No. 7506] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, proof of claim numbers 10450, 10448, 10449, 10590, 10649, 10657, 10660, 10676, 10677 and 10690 (collectively, the "Tax Claims") filed by the Texas Taxing Authorities; and the Debtors and the Texas Taxing Authorities having agreed that the Tax Claims should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that proof of claim numbers 10450, 10448, 10449, 10590, 10649, 10657, 10676, 10677 and 10690 are hereby disallowed and expunged in their entirety; and it is further

ORDERED that proof of claim number 10660 filed by Harris County shall receive the following treatment: (i) modified and allowed in the amount of $1,883.87; (ii) reclassified to a priority unsecured claim; and (iii) reassigned to American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE