IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   Ref. No. 8533
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 8533

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the Twenty-Ninth Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period December 1, 2009 through December 31, 2009 (the "Application"). The Court's docket which was last updated February 25, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than February 22, 2010 at 4:00 p.m.

DB02:9082691.4                                                                                   066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($113,183.60) of requested fees ($141,479.50) and 100% of requested expenses ($15,295.17) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       February 25, 2010

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                          */s/ Ryan M. Bartley*
                          Pauline K. Morgan (No. 3650)
                          Sean M. Beach (No. 4070)
                          Ryan M. Bartley (No. 4985)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          Wilmington, Delaware 19801
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253

                          Counsel for Debtors and
                          Debtors in Possession