UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X    Chapter 11
In re                                                 :
                                                      :    Case No. 07-11047 (CSS)
American Home Mortgage Holdings,                      :
Inc., et al.,                                         :    (Jointly Administered)
                                                      :
                                Debtors.              :
------------------------------------------------------X
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 26, 2010, U.S. Bank National Association, as successor in interest to Park National Bank and Trust of Chicago, by and through its undersigned counsel, caused a copy of the **First Request for the Production of Documents and Things** to be served upon the following individual(s) in the manner indicated:

> *Via Hand Delivery and Electronic Mail*
> Sharon Zieg, Esq.
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

Dated: February 26, 2010

WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC

_____
Michael Busenkell (Del. Bar No.3933)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone # (302) 252-4324

Aronauer, Re & Yudell, LLP
Joseph Aronauer, admitted Pro Hac Vice
444 Madison Avenue, 17th Floor
New York, New York 10022
Telephone # (212) 755-6000

*Attorneys for Park National Bank*