## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., *et al.*,[1] | ) ) | Case No. 07-11047 (CSS) |
| Debtors. | ) ) | Jointly Administered |
| | ) | |
| Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Proc. No. 09-51674 (CSS) |
| Innerworkings, Inc., | ) ) | |
| Defendant. | ) ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of James R. Irving to represent Innerworkings, Inc. in this action.

/s/ Kevin J. Mangain
Kevin J. Mangain (#3810)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Wilmington, DE 19801
Telephone: (302) 252-4316

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

CENTRAL\31314136.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court."

James R. Irving
DLA Piper LLP (US)
203 N. LaSalle, Ste. 1900
Chicago, IL 60601
Telephone: (312) 368-7234

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States Bankruptcy Judge

**Local Form 105**

CENTRAL\31314136.1