UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                          : Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1] :
                                                : Jointly Administered
                    Debtors.                    :
                                                : Ref. Docket Nos. 8049, 8141, 8149, 8424, 8527, and 8556

---

**CERTIFICATION OF COUNSEL REGARDING CONSENT ORDER AUTHORIZING AND APPROVING (I) STIPULATION OF CLAIMS AND RELEASES OF MONA DOBBEN AND (II) VACATING PRIOR ORDER REGARDING CLAIMS OF MONA DOBBEN [D.I. 8424]**

On January 29, 2010, Mona Dobben ("Dobben") filed her Motion for Motion for Supersedeas Bond to Protect Judgment for Mona Dobben [D.I. 8527] (the "Motion") and the debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors") and the official committee of unsecured creditors (the "Committee") jointly objected [D.I. 8556]. The Debtors, Committee and Dobben agreed in principle to resolve the Motion and all other claims and issues between them at the hearing on February 18, 2010 and each party has consented to the form of order attached hereto as Exhibit A (the "Proposed Order") approving the agreement and vacating a prior order of this Court. The Debtors respectfully request that the Court approve the Proposed Order.

Dated: Wilmington, Delaware       YOUNG CONAWAY STARGATT & TAYLOR, LLP
       February 26, 2010                /s/ Sean M. Beach
                                  Sean M. Beach (No. 4070)
                                  The Brandywine Building
                                  1000 West Street, 17th Floor
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 571-6600
                                  Facsimile: (302) 571-1253
                                  Counsel for Debtors and Debtors-in-Possession

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

## EXHIBIT A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | x : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | : : : | Case No. 07-11047 (CSS) Jointly Administered |
| Debtors. | : : : | Docket Ref. Nos. 8049, 8141, 8149, 8424, 8527, and 8556 |

**CONSENT ORDER AUTHORIZING AND APPROVING (I) STIPULATION OF CLAIMS AND RELEASES OF MONA DOBBEN AND (II) VACATING PRIOR ORDER REGARDING CLAIMS OF MONA DOBBEN [D.I. 8424]**

The Court having considered the Motion for Supersedeas Bond to Protect Judgment for Mona Dobben [D.I. 8527] (the "Motion"), the Joint Objection of the Debtors and the Committee to the Motion [D.I. 8556] (the "Objection"), and the consensual agreement between the debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"), the official committee of unsecured creditors (the "Committee"), and Mona Dobben ("Dobben") with respect to the Motion, Objection and any and all claims or causes of action that have been or could be asserted by Dobben, on Dobben's behalf or in any way related to Dobben, including, without limitation, Proof Of Claim Nos. 10607, 10608 and 10609, against the Debtors, their estates, the liquidating trust and liquidating trustee under the Plan (as defined in the Objection) (collectively, the "Dobben Claims"), and other pleadings, filings, proceedings, and orders in connection with the Dobben Claims, including (i) the findings of fact and conclusions

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

of law made at the evidentiary hearing on December 9, 2009, and (ii) the Order Regarding Claims Of Mona Dobben [D.I. 8424] (collectively with (i) and (ii) above, the "December Order");

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Claimant Mona Dobben shall have an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of One Hundred Thousand Dollars ($100,000.00), which claim shall be jointly and severally against the following Debtors: American Home Mortgage Corp., American Home Mortgage Holdings, Inc. and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.)(the "Allowed Claim");

2. The Debtors shall pay the Allowed Claim on or before ten (10) days from the date of entry of this order;

3. Except with respect to the terms of this order and upon payment of the Allowed Claim, the Dobben Claims shall be fully waived, released, disallowed and expunged in their entirety;

4. The Debtors and Dobben shall jointly execute and file a stipulation of dismissal of the appeal of the December Order pending before the United States District Court for the District of Delaware on or before ten (10) days from the date of entry of this order and the December Order is hereby vacated in its entirety immediately thereafter.

Dated: Wilmington, Delaware
_____, 2010

_____
Christopher S. Sontchi
United States Bankruptcy Judge