## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------- x
                                                  :
In re:                                            :   Chapter 11
                                                  :
AMERICAN HOME MORTGAGE                            :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                   :
a Delaware corporation, et al.,¹                  :   Jointly Administered
                                                  :
        Debtors.                                  :   Proposed Objection Deadline: At the hearing
                                                  :   Proposed Hearing Date: March 9, 2010 at 10:00 a.m. (ET)
------------------------------------------------- x
```

### NOTICE OF MOTION

TO:    THE OFFICE OF THE UNITED STATES TRUSTEE; COUNSEL TO THE OFFICIAL
       COMMITTEE OF UNSECURED CREDITORS; THE CLAIMANTS REFERENCED
       IN THE SUPPLEMENTAL DECLARATION; AND ALL OTHER PARTIES
       REQUESTING NOTICE PURSUANT TO RULE 2002 OF THE FEDERAL RULES OF
       BANKRUPTCY PROCEDURE

        PLEASE TAKE NOTICE THAT American Home Mortgage Holdings, Inc., a
Delaware corporation, and certain of its affiliates, debtors and debtors in possession in the above-
captioned cases (collectively, "AHM" or the "Debtors"), by and through its undersigned
counsel, has filed the **DEBTORS' MOTION PURSUANT TO SECTION 107 OF THE
BANKRUPTCY CODE FOR AN ORDER AUTHORIZING AND DIRECTING THE
FILING UNDER SEAL OF THE SUPPLEMENTAL DECLARATION OF SCOTT
MARTINEZ IN SUPPORT OF DEBTORS' THIRTEENTH, NINETEENTH, AND
TWENTY-FIRST OMNIBUS OBJECTIONS TO CLAIMS PURSUANT TO SECTION
502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND
LOCAL RULE 3007-1** (the "Seal Motion").

---

¹       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979);
American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New
York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407);
Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York
corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York
11747.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE SEAL MOTION WILL BE HELD ON **MARCH 9, 2010 AT 10:00 A.M.** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT, FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801 (THE "COURT").

PLEASE TAKE FURTHER NOTICE THAT RESPONSES, IF ANY, TO THE SEAL MOTION MUST BE PRESENTED TO THE COURT AT THE HEARING IN CONNECTION WITH THE SEAL MOTION ON **MARCH 9, 2010 AT 10:00 A.M.**

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE SEAL MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:      Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
            March 1, 2010

                                          _____ */s/ Michael S. Neiburg*_____
                                          Sean M. Beach (No. 4070)
                                          Michael S. Neiburg (No. 5275)
                                          The Brandywine Building
                                          1000 West Street, 17th Floor
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 571-6600
                                          Facsimile: (302) 571-1253


                                          Counsel for Debtors and Debtors in Possession