IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                                  :
a Delaware corporation, et al.,[1]                               :   Jointly Administered
                                                                 :
      Debtors.                     :
                                                                 :   **Objection Deadline: N/A**
                                                                 :   **Hearing Date: N/A**
---------------------------------------------------------------- x

## DEBTORS' MOTION TO SHORTEN NOTICE WITH RESPECT TO DEBTORS' MOTION PURSUANT TO SECTION 107 OF THE BANKRUPTCY CODE FOR AN ORDER AUTHORIZING AND DIRECTING THE FILING UNDER SEAL OF THE SUPPLEMENTAL DECLARATION OF SCOTT MARTINEZ IN SUPPORT OF DEBTORS' THIRTEENTH, NINETEENTH, AND TWENTY-FIRST OMNIBUS OBJECTIONS TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

American Home Mortgage Holdings, Inc., a Delaware corporation, and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, "AHM" or the "Debtors"), having filed contemporaneously herewith the *Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code for an Order Authorizing and Directing the Filing Under Seal of the Supplemental Declaration of Scott Martinez in Support of Debtors' Thirteenth, Nineteenth, and Twenty-First Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

"Seal Motion")[2] hereby move the Court (the "Motion"), pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order shortening the time for notice of the hearing to consider approval of the Seal Motion so that the matters may be heard on March 9, 2010 at 10:00 a.m. (ET) (the "Hearing"). The Debtors further request that the Court order that any objections to the relief requested in the Seal Motion must be presented to the Court at the Hearing.

1.  The Local Rules of Bankruptcy Procedure require that all motion papers, other than those related to discovery, be filed and served seventeen (17) days prior to the hearing date if service of such motion is by mail. *See* Del. Bankr. L.R. 9006-1(c). Pursuant to Local Rule 9006-1(e), however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice. The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing to consider the Seal Motion.

2.  The Seal Motion seeks to prevent the public disclosure of sensitive personal, financial and/or employment information such as the Claimants' social security numbers, home addresses, employment contracts and records, and other financial information. As set forth more fully in the Seal Motion, the public disclosure of such information is not required for a fair resolution of the Objections and would expose the Claimants to an unnecessary risk of personal and/or financial harm.

3.  Thus, the Debtors seek to conduct the hearing to consider the relief requested in the Seal Motion on March 9, 2010 at 10:00 a.m. prior to the start of the hearing in

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Seal Motion.

2

connection with the Objections, which, under the circumstances, will still provide parties in interest appropriate notice of the hearing on the Seal Motion and ample time to prepare and file any objections thereto. Moreover, no prejudice will result from the shortened notice because the only parties affected by the relief sought herein are the intended beneficiaries of the Seal Motion, i.e., the Claimants.

4. Under these circumstances, the Debtor seeks relief from this Court, pursuant to Bankruptcy Rule 2002 and Local Rule 9006-1(e), to have the Seal Motion heard on shortened notice as set forth herein.

## **NOTICE**

5. Notice of this Motion will be provided via federal express to the Office of the United States Trustee for the District of Delaware; counsel for the Official Committee of Unsecured Creditors; each Claimant; and those parties requesting notice pursuant to Bankruptcy Rule 2002. The Debtor respectfully submits that no other or further notice is necessary under the circumstances.

*[Signature page follows]*

WHEREFORE, the Debtors respectfully request that the Court enter an order substantially in the form attached hereto as Exhibit A granting the relief requested herein and any further relief the Court may deem just and proper.

Dated: Wilmington, Delaware
March 1, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*

---

Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession