## UNITED STATES BANKRUPTCY COURT DISTRICT OF DELWARE

| | |
|---|---|
| In Re:<br>American Home Mortgage Holdings, Inc.<br><br>   Debtor<br><br>_____<br>Wells Fargo, N.A., in its capacity as<br>Securities Administrator,<br><br>   Plaintiff,<br><br>   vs.<br><br>American Home Mortgage Investment<br>Corp., et al.<br><br>Defendants. | Case No.: 07-11047-CSS<br>Chapter:  11<br><br><br><br><br><br>Adv. Proc. No.: 07-51741-CSS |

### STATUS REPORT

PLEASE TAKE NOTICE, that pursuant to the February 25, 2010, Notice of Request for Status Report, plaintiff hereby states that the above-referenced adversary is on appeal to the United States Court of Appeals for the Third Circuit and, therefore, is Status K.

Dated: March 1, 2010

**DRINKER BIDDLE & REATH LLP**

/s/  Todd C. Schiltz
Todd C. Schiltz (I.D. #3253)
1100 N. Market Street, Suite 1000
Wilmington, DE  19801
Telephone: (302) 467-4225
Facsimile:  (302) 467-4201

WM01/ 7835474.1