UNITED STATES BANKRUPTCY COURT DISTRICT OF DELWARE

| | |
|---|---|
| In Re:<br>American Home Mortgage Holdings, Inc.<br><br>　　Debtor<br>_____<br>Wells Fargo, N.A., in its capacity as<br>Securities Administrator,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>American Home Mortgage Investment<br>Corp., et al.<br><br>　　Defendants. | Case No.: 07-11047-CSS<br>Chapter:　11<br><br><br><br><br><br>Adv. Proc. No.: 07-51741-CSS |

**CERTIFICATE OF SERVICE**

　　The undersigned hereby certifies that on March 1, 2010, a copy of the forgoing document was served upon the following persons in the manner indicated:

*Hand Delivery*
Fredrick B. Rosner
Messana Rosner & Stern LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801

John T. Dorsey
Erin D. Edwards
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

*U.S. Mail*
Andrew W. Stern
Owen H. Smith
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019-6018

WM01/ 7835482.1

Susheel Kirpalani
James C. Tecce
Harrison L. Denman
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010


Dated: March 1, 2010                          **DRINKER BIDDLE & REATH LLP**

/s/  Todd C. Schiltz
Todd C. Schiltz (I.D. #3253)
1100 N. Market Street, Suite 1000
Wilmington, DE  19801
Telephone: (302) 467-4225
Facsimile:  (302) 467-4201
