UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: **American Home Mortgage** § CHAPTER 11
　　　　Servicing, Inc. §
§
§
DEBTOR(S) § CASE NO.: **07-11050-11**

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

　　Now comes **Coppell ISD**, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case **Coppell ISD** filed its secured claim on or about **February 11, 2009**, in the amount of **$83,399.23**, which claim is designated as claim number **10677** on the claims register. That claim is no longer owed by the Debtor(s). Therefore Coppell ISD hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on 25th day of February, 20 10, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201-2691
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By: _____
Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie Spindler Huffman, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900