## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 4th day of March, 2010, I caused a true and correct copy of the foregoing to be served upon the following persons in the manner as indicated.

N. Christopher Griffiths (#5180)

**VIA HAND DELIVERY**
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Fl.
1000 West Street
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Victoria A. Guilfoyle, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FACSIMILE AND U.S. MAIL**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: 212-478-7400

#760232