**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)
a Delaware Corporation, et al.,                                :
                                                               :    Jointly Administered
    Debtors.                                 :
---------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

    **PLEASE TAKE NOTICE** the following new office and mailing address of the law firm of Pryor Cashman LLP is:

        **Pryor Cashman LLP**
        **7 Times Square**
        **New York, NY 10036-6569**

All telephone numbers, facsimile numbers, and email addresses for the firm and its attorneys remain unchanged.

    All pleadings and other papers filed or required to be given in this case should be served upon the undersigned at the above address.

        PRYOR CASHMAN LLP

        By:   */s/ Tina N. Moss*
            Tina N. Moss
        7 Times Square
        New York, New York 10036-6569
        (212) 326-0421
        tmoss@pryorcashman.com