IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :  Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.[1],                                :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :  Jointly Administered
            Debtors.                                                     :
                                                                         :  Ref. No. 8587
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, Motion or other responsive pleading to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 9019 for an Order Approving and Authorizing the Stipulation by and Among the Debtors and Citibank, N.A. in Various Capacities Resolving (I) Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.) and (II) Certain Proofs of Claim (the "Motion") has been received. The Court's docket which was last updated March 5, 2010, reflects that no responses to the Motion have been filed. Responses to the Motion were to be filed and served no later than March 2, 2010 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

DB02:6604224.12                                                                                            066585.1001

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
      March 5, 2010

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ Michael S. Neiburg
          Sean M. Beach (No. 4070)
          Patrick A. Jackson (No. 4976)
          Michael S. Neiburg (No. 5275)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and
          Debtors in Possession