IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                         :  Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.[1],      :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :  Jointly Administered
      Debtors.                                                 :
                                                               :  Ref. No. 8603
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, Motion or

other responsive pleading to Debtors' Application for an Order Authorizing the Debtors and

Debtors in Possession to Employ and Retain BDO Seidman, LLP as Tax Advisor Pursuant to 11

U.S.C. §§ 327(a) and 328(a) Nunc Pro Tunc to February 2, 2010 and Waiver of Local Rule

2016-2 (the "Motion") has been received. The Court's docket which was last updated March 5,

2010, reflects that no responses to the Motion have been filed. Responses to the Motion were to

be filed and served no later than March 2, 2010 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       March 5, 2010

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP


                          /s/ Sean M. Beach
                          Sean M. Beach (No. 4070)
                          Patrick A. Jackson (No. 4976)
                          Michael S. Neiburg (No. 5275)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          Wilmington, Delaware 19801
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253

                          Counsel for Debtors and
                          Debtors in Possession