# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
           Debtors.                                                      :
                                                                         : Ref. Docket No. ___
------------------------------------------------------------------------ x

## ORDER SUSTAINING DEBTORS' FIFTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the fifty-second omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]   All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

      ORDERED that the Objection is sustained as set forth herein; and it is further

      ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby reassigned to the New Case Numbers as indicated on Exhibit A; and it is further

      ORDERED that the Disputed Claims identified on the attached Exhibits B and C are hereby disallowed and expunged in their entirety; and it is further

      ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

      ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       April __, 2010

                                      _____
                                      CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Duplicate Claims**

## Exhibit A

### Duplicate Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| LOPEZ, MARTHA<br>8975 LAWRENCE WELK DRIVE # 314<br>ESCONDIDO, CA 92026 | 10749 | 12/7/09 | 07-11051 | - (S)<br>- (A)<br>$466.23 (P)<br>$41.23 (U)<br>$507.46 (T) | 7507 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$495.00 (P)<br>$41.23 (U)<br>$536.23 (T) |
| LOPEZ, MARTHA<br>8975 LAWRENCE WELK DRIVE # 314<br>ESCONDIDO, CA 92026 | 10750 | 12/7/09 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$20.00 (U)<br>$20.00 (T) | 7506 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$20.00 (U)<br>$20.00 (T) |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$466.23 (P)<br>$61.23 (U)<br>$527.46 (T) | | | | - (S)<br>- (A)<br>$495.00 (P)<br>$61.23 (U)<br>$556.23 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Wrong Debtor Claims**

Exhibit B

Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| CANYON COUNTY<br>ATTN TRACIE LLOYD, TREASURER<br>P.O. BOX 1010<br>CALDWELL, ID 83606 | 3357 | 11/26/07 | No Case | $304.42 (S)<br>- (A)<br>- (P)<br>- (U)<br>$304.42 (T) | 07-11051 |
| INDIAN RIVER COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY DEPARTMENT<br>1800 27TH STREET, BUILDING B<br>VERO BEACH, FL 32960 | 10640 | 12/22/08 | 07-11047 | - (S)<br>- (A)<br>$481.95 (P)<br>- (U)<br>$434.97 (T) | 07-11051 |
| SHPS, INC.<br>9200 SHELBYVILLE ROAD, SUITE 700<br>LOUISVILLE, KY 40222 | 10752 | 1/4/10 | No Case | - (S)<br>- (A)<br>- (P)<br>$70,000.00 (U)<br>$70,000.00 (T) | 07-11051 |
| Totals: | | | 3 Claims | $304.42 (S)<br>- (A)<br>$481.95 (P)<br>$70,000.00 (U)<br>$70,739.39 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Satisfied Claims**

# Exhibit C

## Satisfied Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | 10701 | 4/13/09 | 07-11051 | $1,145.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,145.10 (T) | Claim relates to 2007 personal property taxes for parcel R8120810045. The Debtor has verified on the Ada County Treasurer's website and by calling their office that there are no outstanding taxes due for 2007. |
| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | 10702 | 4/13/09 | 07-11051 | $445.82 (S)<br>- (A)<br>- (P)<br>- (U)<br>$445.82 (T) | Claim relates to 2007 personal property taxes for parcel R5760230070. The Debtor has verified on the Ada County Treasurer's website and by calling their office that there are no outstanding taxes due for 2007. |
| FLAGLER COUNTY TAX COLLECTOR<br>SUZANNE JOHNSTON<br>P.O. BOX 846<br>BUNNELL, FL 32210 | 6273 | 12/24/07 | 07-11051 | $322.64 (S)<br>- (A)<br>- (P)<br>- (U)<br>$322.64 (T) | Claim relates to 2007 personal property taxes for parcel 8242425. The Debtor has verified on the Flagler County Tax Collector website that the claimed taxes were paid on 3/26/2009. |
| Totals: | 3 Claims | | | $1,913.56 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,913.56 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.