# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
    Debtors.                                                             :
                                                                         : Ref. Docket No. _____
------------------------------------------------------------------------ x

### ORDER SUSTAINING DEBTORS' FIFTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying and/or otherwise modifying each of the Disputed Claims[2] identified on Exhibits A, B, and C attached hereto; and it appearing that the Court has jurisdiction over this matter

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit A is hereby (i) modified to the dollar value under the column titled "Modified Amount" in Exhibit A, and (ii) reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit A; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit C is hereby reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit C; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      April ___, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Modified Amount Reclassified Claim**

# Exhibit A

## Modified Amount Reclassified Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| CARROLL, TORY<br>227 DUNCAN TRAIL<br>LONGWOOD, FL 32779 | 9815 | 1/28/08 | 07-11051 | - (S)<br>- (A)<br>$900.00 (P)<br>$900.00 (U)<br>$900.00 (T) | - (S)<br>- (A)<br>$900.00 (P)<br>- (U)<br>$900.00 (T) | Claimed vacation pay which is unsecured priority. Claimant wrote the amount in the blank for unsecured nonpriority claims but checked off unsecured priority and unsecured nonpriority on proof of claim. |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>$900.00 (P)<br>$900.00 (U)<br>$900.00 (T) | - (S)<br>- (A)<br>$900.00 (P)<br>- (U)<br>$900.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**No Liability Claims**

## Exhibit B
### No Liability Claims

#### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BILLERICA TOWN<br>ATTN ASST. TREASURER<br>365 BOSTON RD.<br>ROOM 115<br>BILLERICA, MA 01821 | 5390 | 12/13/07 | No Case | - (S)<br>- (A)<br>$301.82 (P)<br>- (U)<br>$301.82 (T) | Claim relates to 2003-2008 personal property taxes against "American Home Loans". Debtor does not have an interest in the property as "American Home Loans" is not an entity of the Debtor. |
| CITY OF PORTLAND (OREGON)<br>CITY ATTORNEY'S OFFICE<br>ATTN DEPUT CITY ATTORNEY LINDA LAW<br>1221 SW 4TH AVENUE, RM 430<br>PORTLAND, OR 97204 | 9720 | 1/18/08 | 07-11047 | - (S)<br>- (A)<br>$2,039.37 (P)<br>$1,649.32 (U)<br>$3,688.69 (T) | Claim relates to licensing fees and 2004-2006 business income tax. The supporting documentation shows no evidence any American Home entity was ever licensed by the claimant. In the event of licensing, American Home Mortgage Holdings, Inc. would not have been the licensed entity. |
| YAKIMA COUNTY TREASURER<br>PO BOX 22530<br>YAKIMA, WA 98907 | 10503 | 9/10/08 | 07-11047 | $570.86 (S)<br>- (A)<br>- (P)<br>- (U)<br>$570.86 (T) | Claim relates to 2008 personal property taxes for parcel 500000-15157, property location 917 Triple Crown Wy, Yakima, WA. Debtor's did not have an interest in the property for the claimed tax year as the property was transferred to Indymac in August 2007, see Docket 228. Indymac is responsible for the payment of the 2008 taxes. |

| Totals: | 3 Claims | $570.86 (S)<br>- (A)<br>$2,341.19 (P)<br>$1,649.32 (U)<br>$4,561.37 (T) |
|---|---|---|

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Reclassified Claim**

# Exhibit C

## Reclassified Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| WEED, HAZE H L<br>1940 S E 2 ST<br>ASTORIA, OR  97103 | 9352 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$850.00 (P)<br>$12.00 (U)<br>$862.00 (T) | - (S)<br>- (A)<br>- (P)<br>$862.00 (U)<br>$862.00 (T) | (S) Claim relates to payment of fees for<br>(A) appraisals performed by the claimant<br>(P) prior to the Petition Date. No basis for<br>(U) priority status exists under section 507<br>(T) of the Bankruptcy Code. |
| **Totals:** | **1 Claim** | | | - (S)<br>- (A)<br>$850.00 (P)<br>$12.00 (U)<br>$862.00 (T) | - (S)<br>- (A)<br>- (P)<br>$862.00 (U)<br>$862.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.