# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------- x
```

In re:                                              : Chapter 11
                                                    :
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    : Jointly Administered
                                                    :
        Debtors.                                    :
                                                    : **Response Deadline: March 30, 2010 at 4 p.m. (ET)**
                                                    : **Hearing Date: April 6, 2010 at 10:30 a.m. (ET)**

```
-------------------------------------------------------------- x
```

## NOTICE OF DEBTORS' SUBSTANTIVE OBJECTION TO SWAP AGREEMENT CLAIM OF ROYAL BANK OF SCOTLAND PLC (CLAIM NO. 8963)

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) Royal Bank of Scotland PLC; (III) COUNSEL FOR THE COMMITTEE; AND (IV) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. LR 2002-1(B).

PLEASE TAKE NOTICE the above-captioned debtors and debtors in possession (the "Debtors") have filed the attached **Debtors' Objection to Swap Agreement Claim of Royal Bank of Scotland PLC (Claim No. 8963)** (the "Objection").

PLEASE TAKE FURTHER NOTICE that responses to the Objection, if any, must be filed on or before **March 30, 2010 at 4 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Response Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 6, 2010 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  March 5, 2010
       Wilmington, Delaware

               **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

               */s/ Sean M. Beach*

               Sean M. Beach (No. 4070)
               Michael S. Neiburg (No. 5275)
               The Brandywine Building
               1000 West Street, 17th Floor
               Wilmington, Delaware  19801
               Telephone: (302) 571-6600
               Facsimile: (302) 571-1253

               Counsel to the Debtors and Debtors in Possession

DB02:9303611.4                                              067920.1001