## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                           :
                                                             :  Jointly Administered
       Debtors.                                              :
                                                             :  Ref. Docket No. ____
                                                             :
------------------------------------------------------------ x

**ORDER SUSTAINING DEBTORS' SUBSTANTIVE OBJECTION TO SWAP AGREEMENT CLAIM OF ROYAL BANK OF SCOTLAND PLC (CLAIM NO. 8963)**

Upon consideration of the Debtors' Substantive Objection to Swap Agreement Claim of Royal Bank of Scotland PLC (Claim No. 8963) (the "Objection")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by which the Debtors requested the entry of an order, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007, classifying and allowing the Swap Claim as a general unsecured, non-priority claim and limiting RBS's recovery to the *pro rata* amount entitled to holders of general, unsecured claims, and all related pleadings and documents and the record, including the Declaration of Simon Sakamoto in Support of the Objection; having found that the Court has jurisdiction over this matter, and that adequate notice has been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is SUSTAINED as set forth herein; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

ORDERED that the Swap Claim is hereby classified as an allowed general unsecured, non-priority claim; and it is further

ORDERED that RBS's recovery shall be limited to the amount recoverable on the Swap Claim as a general unsecured creditor; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE