**EXHIBIT B**

**Declaration of Simon Sakamoto**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 : Jointly Administered
    Debtors.                                                     :
                                                                 : Response Deadline: March 30, 2010 at 4 p.m. (ET)
                                                                 : Hearing Date: April 6, 2010 at 10:30 a.m. (ET)
---------------------------------------------------------------- x

### DECLARATION OF SIMON SAKAMOTO IN SUPPORT OF DEBTORS' SUBSTANTIVE OBJECTION TO SWAP AGREEMENT CLAIM OF ROYAL BANK OF SCOTLAND PLC (CLAIM NO. 8963)

I, Simon Sakamoto, pursuant to 28 U.S.C. § 1746, declare:

1. I am a senior portfolio manager for AHM Investment, one of debtors and debtors in possession in the above-captioned chapter 11 cases (collectively with the other debtors and debtors in possession in the above-captioned chapter 11 cases, the "Debtors"). In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases. I have read the Debtors' Substantive Objection to Swap Agreement Claim of Royal Bank of Scotland PLC (Claim No. 8963) (the "Objection"), and am directly, or by and through my personnel or agents, familiar with the information contained therein and the proposed form of order (the "Proposed Order").

2. The information contained in the Objection and the Proposed Order is true and correct to the best of my knowledge.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

3. Schedules 1 through 7 attached to this Declaration and cited in the Objection are, to the best of my knowledge, true and correct copies of the documents presented.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2010

/s/ Simon Sakamoto
Simon Sakamoto
Senior Portfolio Manager
American Home Mortgage Investment Corporation

2