# EXHIBIT A

**No Liability Claims**

# Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS, INC. ATTN: DAVID SOBUL, ESQ. 4500 PARK GRANADA - MS: CH11 CALABASAS, CA  91302 | 10481 | 8/28/08 | 07-11048 | $163,308,368.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$163,308,368.00 (T) | Claim relates to various breaches of a contract executed by and between claimant and American Home Mortgage Corp. (Case No. 07-11051) in January, 1995 (the "January 1995 Contract"). The debtor entity against which this claim has been asserted, American Home Mortgage Investment Corp. (Case No. 07-11048) ("AHM Investment Corp.") has no liability with respect to the January 1995 Contract because AHM Investment Corp. did not exist until July 2003 and therefore was not a counter-party to such contract. In addition, AHM Investment Corp. is not a guarantor of American Home Mortgage Corp.'s obligations in connection with such contract. Therefore, AHM Investment Corp. has no liability with respect to any alleged breaches of the January 1995 Contract and this claim should be disallowed and expunged in its entirety.<br><br>* Note:  By the Debtors' Forty-Second Omnibus Claims Objection [Docket No. 8049], the Debtors objected to two other proofs of claim [POC Nos. 10476 & 10480] filed by this claimant in connection with the January 1995 Contract on the grounds that the applicable debtor entities (American Home Mortgage Acceptance, Inc. and American Home Mortgage Holdings, Inc., respectively) had no liability because such contract was executed by and between claimant and American Home Investment Corp.  By order dated October 14, 2009 [Docket No. 8186], the Court sustained the Objection in part and expunged POC Nos. 10476 & 10480. The Debtors submit that American Home Mortgage Investment Corp was inadvertently identified as the counter-party to the January 1995 Contract.  As noted above, American Home Mortgage Corp. is the only debtor entity that was a signatory under the January 1995 Contract. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | 10745 | 11/6/09 | 07-11047 | $217,069.00 (S)<br>- (A)<br>- (P)<br>$8,184.25 (U)<br>$225,253.25 (T) | Most of the claimed amount relates to 2008 and/or 2009 secured real estate taxes for 63 properties and unsecured supplemental taxes for 23 parcels. The Debtors have no liability for the claimed tax years with respect to this portion because the Debtors do not own or service the loans applicable to such properties/parcels and, by information and belief, the current servicer of the mortgage loans applicable to such properties/parcels have or will satisfy such taxes in the ordinary course of business from the escrow account held by the servicer. American Home Mortgage Servicing, Inc. (AHMSI) was previously sold by the Debtors.<br><br>A small portion of the claim relates to two 2008 and 2009 tax bills on personal property. The Debtors have no liability with respect to this portion because the applicable office closed in August 2007 and therefore the debtor had no interest in such property for the claimed tax years of 2008 and 2009. |

Totals: 2 Claims $163,525,437.00 (S)
- (A)
- (P)
$8,184.25 (U)
$163,533,621.25 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.