IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :  Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :  Jointly Administered
     Debtors.                                                            :
                                                                         :  **Ref. Docket No. 8593**
------------------------------------------------------------------------ x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 23, 2010, I caused to be served the: "Order Sustaining Debtors' Forty-Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated February 18, 2010 [Docket No.8593], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          _____
                                                               Eleni Kossivas

Sworn to before me this
24th day of February, 2010

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES _____

T:\Clients\AHM\Affidavits\order sust. debtors 49th omni objection._DI 8593_aff 02-23-10.doc

**EXHIBIT A**

# AMERICAN HOME MORTGAGE
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BEXAR COUNTY | DAVID G AELVOET LINEBARGER GOGGAN BLAIR & SAMPSON LLP 711 NAVARRO STE 300 SAN ANTONIO TX 78205 |
| CARROLL INDEPENDENT SCHOOL DISTRICT | ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON TX 76094-0430 |
| CITY OF CEDAR HILL | ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON TX 76094-0430 |
| CITY OF MT PLEASANT | 320 WEST BROADWAY   Account No. 6854 MOUNT PLEASANT MI 48858 |
| MALCOM, PATRICIA D | WALTON COUNTY TAX COMMISSIONER 303 S HAMMOND DR, STE 100   Account No. SC13-120 MONROE GA 30655 |
| MULTNOMAH COUNTY | ATTN ANGELIKA LOOMIS PO BOX 2716 PORTLAND OR 97208 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE | BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| O'CONNELL, MARY | 118 CHATFIELD WAY FRANKLIN TN 37067 |
| PIMA COUNTY, ARIZONA | PIMA COUNTY CIVIL ATTORNEY 32 N STONE SUITE 2100 TUCSON AZ 85701 |
| RANDALL COUNTY TAXING DISTRICTS | D'LAYNE PEEPLES PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 9132 AMARILLO TX 79105-9132 |
| SOUTH TEXAS COLLEGE | SOUTH TEXAS COLLEGE PO BOX 178 EDINBURG TX 78540 |
| SOUTH TEXAS COLLEGE | DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 1949 SOUTH IH 35 (78741) P.O. BOX 17428 AUSTIN TX 78760-7428 |
| SOUTH TEXAS ISD | SOUTH TEXAS ISD PO BOX 178 EDINBURG TX 78540 |
| SOUTH TEXAS ISD | DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 1949 SOUTH IH 35 (78741) P.O. BOX 17428 AUSTIN TX 78760-7428 |
| SPRINT NEXTEL | ABBY LATOURRETTE, BANKRUPTCY P.O. BOX 7949 OVERLAND PARK KS 66207-0949 |
| WILLIAMSON COUNTY TRUSTEE | WALTER J. DAVIS, TRUSTEE P.O. BOX 648 FRANKLIN TN 37065 |

**Total Creditor Count 16**