IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al., [1]

    Debtors.
------------------------------------------------------------------ x

:  Chapter 11
:
:  Case No. 07-11047 (CSS)
:
:  Jointly Administered
:
:
:

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 9, 2010 AT *4:30 P.M.* (ET)

---

**PLEASE NOTE THE TIME OF THE HEARING HAS BEEN CHANGED FROM 10:00 A.M. TO 4:30 P.M. AT THE REQUEST OF THE COURT.**

---

## ADJOURNED/RESOLVED MATTERS

1.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

    Response Deadline:    June 4, 2008 at 4:00 p.m.

    Related Documents:

        a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

    Responses Filed:    See Exhibit A, attached

    Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

    

2.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

      a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned

3.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

      a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

      b)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit C, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4.    Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Documents:

  a)  Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5169, 7/17/08]

  b)  Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

  c)  (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:  See Exhibit D, attached

Status:  An Order has been entered that partially sustains the Objection.  This matter will be adjourned.

5.  Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:  September 8, 2008 at 4:00 p.m.

Related Documents:

  a)  Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 6217, 10/10/08]

  b)  Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

  c)  (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

              

Responses Filed:     Please see Exhibit F, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses, this matter will be adjourned.

6.    Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:     September 25, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

b)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:  See Exhibit G, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned.

7.    Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:     December 7, 2009 at 4:00 p.m.

Objections Filed:     None

Status: This matter will be adjourned.

8.    Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:     December 3, 2008 at 4:00 p.m.

Related Document:

a)      Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:      See Exhibit J, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

9.      Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6610, 11/21/08]

Responses Deadline:  December 15, 2008 at 4:00 p.m.

Related Documents:

a)      Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

b)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:      See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

10.     Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:   February 10, 2009 at 4:00 p.m.

Related Document:

a)      Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:      See Exhibit L, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned.

11.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit M, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned.

12.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

b)    Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

c)    Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

d)    Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

e)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

f)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit N, attached.

Status: Orders have been entered that partially sustain the Objection.  This matter will be adjourned.

13.    Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:    May 8, 2009 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit O, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit O, this matter will be adjourned.

14.    Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:    May 29, 2009 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7506, 6/5/09]

b)    Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7550, 6/19/09]

      c)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:     See Exhibit P, attached

Status: Orders have been entered that partially sustain the Objection. This matter will be adjourned.

15.     Debtors' Thirty-Seventh Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7473, 6/10/09]

Response Deadline:    June 25, 2009 at 4:00 p.m.

Related Documents:

      a)     Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 7584, 7/1/09]

      b)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:     See Exhibit Q, attached

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested this matter will be adjourned.

16.     Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7915, 8/7/09]

Response Deadline:    August 30, 2009 at 4:00 p.m.

Responses Filed:     See Exhibit R, attached

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested this matter will be adjourned.

17.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 8299, 11/13/09]

Responses Received:  See Exhibit T, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

18.    Debtors' Fifty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8544 2/5/10]

Response Deadline:    March 2, 2010 at 4:00 p.m.

Related Document:

a)    Certificate of No Objection [D.I. 8643, 3/5/10]

Responses Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is required.

19.    Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 9019 for an Order Approving and Authorizing the Stipulation by and Among the Debtors and Citibank, N.A. in Various Capacities Resolving (I) Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.) and (II) Certain Proofs of Claim [D.I. 8587, 2/17/10]

Objection Deadline:    March 2, 2010 at 4:00 p.m.

Related Document:

a)    Certificate of No Objection [D.I. 8644, 3/5/10]

Objections Filed:     None

Status: A Certificate of No Objection has been filed.  No hearing is required.

20.   Official Committee of Unsecured Creditors' Sixth Omnibus Motion for an Order
      Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof
      [D.I. 8598, 2/18/10]

      Objection Deadline:   March 3, 2010 at 4:00 p.m.

      Related Document:

            a)       Certificate of No Objection [D.I. TBD]

      Objections Filed:     None

      Status: It is anticipated that the Committee will file a Certificate of No Objection in
            accordance with Local Rules.

21.   Debtors' Application for an Order Authorizing the Debtors and Debtors in Possession to
      Employ and Retain BDO Seidman, LLP as Tax Advisor Pursuant to 11 U.S.C. §§ 327(a)
      and 328(a) Nunc Pro Tunc to February 2, 2010 and Waiver of Local Rule 2016-2 [D.I.
      8603, 2/19/10]

      Objection Deadline:   March 2, 2010 at 4:00 p.m.

      Related Document:

            a)       Certificate of No Objection [D.I. 8645, 3/5/10]

      Objections Filed:     None

      Status: A Certificate of No Objection has been filed.  No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

22.   Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code for an Order
      Authorizing and Directing the Filing Under Seal of the Supplemental Declaration of Scott
      Martinez in Support of Debtors' Thirteenth, Nineteenth, and Twenty-First Omnibus
      Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
      Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8631, 3/1/10]

      Objection Deadline:   March 9, 2010 at 10:00 a.m.

      Related Documents:

a)    Supplemental Declaration of Scott Martinez in Support of Debtors' Thirteenth, Nineteenth, and Twenty-First Omnibus Objections to Claims [D.I. 8630, 3/1/10]

b)    Order Shortening the Time for Notice [D.I. 8633, 3/1/10]

Objections Filed:    None as of the filing of the Agenda

Status: This matter will be going forward.

23.    Interim Fee Requests

Objections Filed:    None

Related Documents:    See Schedule 1, attached

Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

24.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

a)    Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

Responses Filed:    See Exhibit E, attached

Status: Orders have been entered that partially sustain the Objection. This matter will be going forward with respect to the claim filed by Lonnie Watkins.

25.    Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

a)    Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

Responses Filed:    See Exhibit H, attached

Status: Orders have been entered that partially sustain the Objection. This matter will be going forward with respect to the claim and response filed by Jeff Harmon.

26.    Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6216, 10/10/08]

Response Deadline:    November 5, 2008 at 4:00 p.m.

Related Documents:

> a)    Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

Responses Filed:    See Exhibit I, attached

Status: Orders have been entered that partially sustain the Objection. This matter will be going forward with respect to the claim filed by Southern Horizon Financial Group.

27.    Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8049, 9/11/09]

Response Deadline:    October 5, 2009 at 4:00 p.m.

Related Documents:

> a)    Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8148, 10/7/09]

> b)    Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [D.I. 8186, 10/14/09]

> c)    Order Setting Briefing Schedule re: Laura Beall's Response to Debtors' Objection to Claim [D.I. 8507, 1/15/10]

> d)    Laura Beall's Sur-Reply Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8629, 2/26/10]

Responses Filed:

> e)    Laura Beall's Response to Debtors' Objection to Claim [D.I. 8137, 10/7/09]

Status: An Order has been entered that partially sustain the Objection. This matter will be going forward as an oral argument with respect to the claim of Laura Beall.

28.    Debtors' Objection to Repurchase Agreement Deficiency Claim of Orix Capital Markets, LLC [D.I. 8514, 1/19/10]

Response Deadline:    February 11, 2010 at 4:00 p.m., extended to March 1, 2010 at 4:00 p.m.

Responses Filed:

    a)    Orix Capital Markets, LLC's Response [D.I. 8640, 3/4/10]

Status: This matter will be going forward as a status conference only.

29.    Countrywide's Motion to Intervene, Triad Guaranty Insurance Corp. v. American Home Mortgage Investment Corp., and American Home Mortgage Servicing, Inc., 09-52193 [D.I. 6, 10/13/09]

Related Document:

    a)    Complaint [D.I. 1, 9/4/09]

Objections Filed:

    b)    Response of Triad Guaranty Insurance Corp. in Opposition to Motion to Intervene and Special Appearance [D.I. 18, 3/4/10]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
    March 5, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
Curtis J. Crowther (No. 3238)
Kara Hammond Coyle (No. 4410)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

### Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit C, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned |

### Exhibit D, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned |

### Exhibit E, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |

### Exhibit F, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |
|  | Office Max |  | Adjourned |

### Exhibit G, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |
|  | American Express Travel Related Services |  | Adjourned |

### Exhibit H, Nineteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Eric Segall | 6230, 10/15/08 | Adjourned |
| 1 | Jeffrey Harmon | 6231, 10/15/08 | Going forward |
|  | Paul Parotti | 6233, 10/15/08 | Adjourned |
|  | American Express Travel Related Svc. Co. |  | Adjourned |

### Exhibit I, Twenty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Southern Horizon Financial Group, LLC |  | Going forward |

### Exhibit J, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned |
|  | Scott Jossart |  | Adjourned |

### Exhibit K, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector | 8019, 9/8/09 and 8121-8130, 10/1/09 | Adjourned |

### Exhibit L, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. |  | Adjourned |

### Exhibit M, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned |
|  | Credit Suisse |  | Adjourned |
|  | Sharaine Hughes |  | Adjourned |

### Exhibit N, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |
|  | Douglas Huston |  | Adjourned |
|  | David Michaud |  | Adjourned |

### Exhibit O, Thirty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | State of Hawaii | 7341, 4/30/09 | Adjourned |

### Exhibit P, Thirty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bexar County | 7447, 5/28/09 | Adjourned |
|  | EMC | 7466, 5/29/09 | Adjourned |
|  | Lee County |  | Adjourned |

### Exhibit Q, Thirty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Marion County Treasurer | 7566, 6/24/09 | Adjourned |

### Exhibit R, Forty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Los Angeles County Treasurer and Tax Collector | 7985, 8/28/09 | Adjourned |

### Exhibit S, Forty-Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Laura Beall | 8137, 10/7/09 | Going forward |

### Exhibit T, Forty-Fourth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Washington Mutual Mortgage Securities Corporation | 8258, 11/6/09 | Adjourned |
| | UBS Real Estate Securities Inc. | | Adjourned |
| | EMC Mortgage Corp. | | Adjourned |
| | Citibank NA as Trustee | | Adjourned |
| | Morgan Stanley Mortgage Capital Holdings | | Adjourned |
| | U.S. Bank National Association | | Adjourned |
| | Bank of America, N.A. | | Adjourned |
| | Bank of America, N.A. (Successor by merger to LaSalle Bank N.A.) | | Adjourned |
| | HSBC | | Adjourned |
| | CitiMortgage Inc. | | Adjourned |
| | Impac Funding Corporation | | Adjourned |
| | Merrill Lynch Mortgage Lending | | Adjourned |
| | Residential Funding Company LLC | | Adjourned |
| | Aurora Loan Services LLC | | Adjourned |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
--
In re:                                        :    Chapter 11
                                              :
                                              :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,        :
a Delaware corporation, et al.,               :    Jointly Administered
                                              :
      Debtors.                                x
------------------------------------------------------------ 
--
```

**Schedule 1**
**Index to Fee Applications**

A.      **Ninth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to
        the Debtors for the Period August 1, 2009 through October 31, 2009 [D.I. 8431,
        12/18/09]**

        1.      Twenty-Five Fee Application for the Period August 1, 2009 through August 31,
                2009 [D.I. 8348, 12/2/09]

        2.      Certificate of No Objection [D.I. 8448, 12/29/09]

        3.      Twenty-Sixth Fee Application for the Period September 1, 2009 through
                September 30, 2009 [D.I. 8352, 12/3/09]

        4.      Certificate of No Objection [D.I. 8449, 12/29/09]

        5.      Twenty-Seventh Fee Application for the Period October 1, 2009 through October
                31, 2009 [D.I. 8425, 12/17/09]

        6.      Certificate of No Objection [D.I. 8501, 1/13/10]

B.      **Ninth Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special
        Counsel to the Debtors for the Period August 1, 2009 through October 31, 2009 [D.I.
        8431, 12/18/09]**

        1.      Fee Application for the Period August 1, 2009 through September 30, 2009 [D.I.
                8302, 11/13/09]

        2.      Certificate of No Objection [D.I. 8395, 12/10/09]

3.    Fee Application for the Period October 1, 2009 through October 31, 2009 [D.I. 8329, 11/23/09]

4.    Certificate of No Objection [D.I. 8434, 12/23/09]

**C.    Ninth Interim Fee Request of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period August 1, 2009 through October 31, 2009 [D.I. 8431, 12/18/09]**

1.    Twenty-Fourth Fee Application for the Period August 1, 2009 through August 31, 2009 [D.I. 8109, 9/29/09]

2.    Certificate of No Objection [D.I. 8225, 10/28/09]

3.    Twenty-Fifth Fee Application for the Period September 1, 2009 through September 30, 2009 [D.I. 8236, 10/29/09]

4.    Certificate of No Objection [D.I. 8344, 12/1/09]

5.    Twenty-Sixth Fee Application for the Period October 1, 2009 through October 31, 2009 [D.I. 8358, 12/4/09]

6.    Certificate of No Objection [D.I. 8446, 12/29/09]

**D.    Ninth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period August 1, 2009 through October 31, 2009 [D.I. 8431, 12/18/09]**

1.    Fee Application for the Period August 1, 2009 through August 31, 2009[D.I. 8215, 10/27/09]

2.    Certificate of No Objection [D.I. 8343, 12/1/09]

3.    Fee Application for the Period September 1, 2009 through September 30, 2009 [D.I. 8310, 11/17/09]

4.    Certificate of No Objection [D.I. 8394, 12/10/09]

5.    Monthly Application for the Period October 1, 2009 through October 31, 2009 [D.I. 8428, 12/18/09]

6.    Certificate of No Objection [D.I. 8502, 1/14/10]

**E.    Ninth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Period June 1, 2009 through October 31, 2009 [D.I. 8484, 1/8/09]**

1.    Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 8078, 9/18/09]

2.    Certificate of No Objection [D.I. 8198, 10/19/09]

3.    Fee Application for the Period July 1, 2009 through July 31, 2009 [D.I. 8108, 9/29/09]

4.    Certificate of No Objection [D.I. 8223, 10/28/09]

5.    Fee Application for the Period August 1, 2009 through August 31, 2009 [D.I. 8312, 11/17/09]

6.    Certificate of No Objection [D.I. 8396, 12/10/09]

7.    Fee Application for the Period September 1, 2009 through September 30, 2009 [D.I. 8347, 12/2/09]

8.    Certificate of No Objection [D.I. 8447, 12/29/09]

9.    Fee Application for the Period October 1, 2009 through October 31, 2009 [D.I. 8429, 12/18/09]

10:    Certificate of No Objection [D.I. 8499, 1/14/10]

**F.    Ninth Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period August 1, 2009 through August 31, 2009 [D.I. 8416, 12/14/09]**

1.    Twenty-Third Fee Application for the Period August 1, 2009 through August 31, 2009 [D.I. 8107, 9/29/09]

2.    Certificate of No Objection [D.I. 8219, 10/28/09]

3.    Twenty-Fourth Fee Application for the Period September 1, 2009 through September 30, 2009 [D.I. 8196, 10/16/09]

4.    Certificate of No Objection [D.I. 8288, 11/12/09]

5.    Twenty-Fifth Fee Application for the Period October 1, 2009 through October 30, 2009 [D.I. 8327, 11/20/09]

6.    Certificate of No Objection [D.I. 8438, 12/24/09]

**G.    Interim Fee Application for Ferry, Joseph & Pearce, P.A. as Special Conflicts Counsel for the Debtors for the Services Rendered and Reimbursement of Expenses for the Period July 6, 2009 through October 31, 2009 [D.I. 8397, 12/10/09]**

1.    Fee Application for the Period July 6, 2009 through August 31, 2009 [D.I. 8067, 9/15/09]

2.    Certificate of No Objection [D.I. 8156, 10/8/09]

3.    Fee Application for the Period September 1, 2009 through September 30, 2009 [D.I. 8187, 10/15/09]

4.    Certificate of No Objection 8266, 11/9/09]

5.    Fee Application for the Period October 1, 2009 through October 31, 2009 [D.I. 8306, 11/16/09]

6.    Certificate of No Objection [D.I. 8399, 12/10/09]

**H.    Application of Bifferato LLC as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of (I) Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2009 through September 4, 2009 and (II) Final Compensation for Services Rendered and Reimbursement of Expenses for the Retention of September 26, 2008 through September 4, 2009 [D.I. 8016, 9/4/09]**

1.    Supplement to the Application  [D.I. 8106, 9/29/09]

2.    Certificate of No Objection [D.I. 8103, 9/28/09]

**I.    Seventh Interim Fee Request of PricewaterhouseCoopers LLP, Professional to the Debtors for the Period August 1, 2009 through September 30, 2009 [D.I. 8431, 12/18/09]**

1.    Fee Application for the Period August 1, 2009 through September 30, 2009 [D.I. 8263, 11/6/09]

2.    Certificate of No Objection [D.I. 8349, 12/2/09]

**J.    Interim Fee Request of Blank Rome, Counsel to the Official Committee of Unsecured Creditors, for the Period November 1, 2009- through December 31, 2009 [D.I. 8588, 2/17/10]**

1.    Fee Application for the Period November 1, 2009 through November 30, 2009 [D.I. 8353, 12/4/09]

2.    Certificate of No Objection [D.I. 8461, 12/29/09]

3.    Fee Application for the Period December 1, 2009 through December 31, 2009 [D.I. 8579, 2/16/10]

4.    Certificate of No Objection [D.I. TBD]