# EXHIBIT A

| Check Clear Date | Check No. | Check Amt |
|---|---|---|
| 5/9/2007 | 303782 | 72,171.06 |
| 5/10/2007 | 303783 | 10,250.00 |
| 5/18/2007 | 305983 | 174.95 |
| 5/18/2007 | 305984 | 2,135.08 |
| 5/18/2007 | 305985 | 8,300.00 |
| 5/29/2007 | 309447 | 97,571.37 |
| 6/5/2007 | 310755 | 408,471.99 |
| 6/5/2007 | 310756 | 134,673.80 |
| 6/5/2007 | 310757 | 835,469.58 |
| 6/5/2007 | 310758 | 229,573.95 |
| 6/13/2007 | 312193 | 10,250.00 |
| 6/13/2007 | 312942 | 230,055.40 |
| 6/13/2007 | 312943 | 43,210.73 |
| 6/15/2007 | 313758 | 58,964.88 |
| 6/22/2007 | 314889 | 616.89 |
| 6/26/2007 | 316851 | 12,366.52 |
| 7/3/2007 | 318592 | 363,759.12 |
| 7/3/2007 | 318593 | 134,219.28 |
| 7/3/2007 | 318594 | 570,417.09 |
| 7/5/2007 | 318868 | 2,324.50 |
| 7/5/2007 | 318869 | 71,118.05 |
| 7/5/2007 | 318870 | 1,064.31 |

2

| Check Clear Date | Check No. | Check Amt |
|---|---|---|
| 7/6/2007 | 319333 | 197,344.68 |
| 7/12/2007 | 319629 | 10,125.00 |
| 7/13/2007 | 321136 | 70,828.43 |
| 7/13/2007 | 321137 | 30,547.86 |
| 7/13/2007 | 321138 | 75.00 |
| 7/17/2007 | 321449 | 58,085.31 |
| 7/20/2007 | 322903 | 43,193.60 |
| 7/20/2007 | 322904 | 22,068.63 |
| 7/20/2007 | 322905 | 68,513.65 |
| 7/23/2007 | 323118 | 1,978.99 |
| 7/23/2007 | 323119 | 15,811.76 |
| 7/23/2007 | 323120 | 50,826.26 |
| 7/26/2007 | 325169 | 35,485.84 |
| 7/30/2007 | 325419 | 15,987.87 |
| *TOTAL* | | *3,918,031.43* |