IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                                               Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS,                    Chapter 11
INC., et al.,
                         Debtors.
---------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address of Katie Bianchi (the "Creditor") has changed. Please note that the new address for the Creditor is 2710 Volley Circle, Meadow Vista, CA 95722.

Respectfully submitted,

   /s/ James E. Huggett
James E. Huggett, Esq. (#3956)
MARGOLIS EDELSTEIN
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
(302) 888-1112 Telephone

*Attorney for Creditor*

Dated: March 9, 2010