## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE HOLDINGS,   Chapter 11
INC., et al.

                                                          Case No. 07-11047 (CSS)

                Debtor.
-----------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

I, James E. Huggett, Esquire, hereby certify that on March 9, 2010, I served a copy of the attached *Notice of Address Change* on the parties listed on the attached service list via first class mail.

                                                        /s/James E. Huggett
                                          James E. Huggett, Esquire (#3956)

Joseph McMahon
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward J. Kosmowski, Esq.
Kara Hammond Coyle, Esq.
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Mark Idelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen, LLP
488 Madison Ave, 14th and 15th Floors
New York, NY  10022

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801