# Exhibit A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,           :
                                                                 :  Jointly Administered
         Debtors.                                                :
                                                                 :
---------------------------------------------------------------- x  **Docket Ref. Nos. 8226, 8423**

### ORDER APPROVING DEBTORS' AMENDED MOTION FOR RECOVERY OF COSTS AND EXPENSES PURSUANT TO 11 U.S.C. § 506(c) FROM MOUNT PROSPECT, ILLINOIS PROPERTY

Upon consideration of the amended motion (the "<u>Amended Motion</u>") of the above captioned debtors and debtors in possession (the "<u>Debtors</u>") for the entry of an order (this "<u>Order</u>") authorizing the Debtors to recover the costs and expenses pursuant to section 506(c) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") from certain real property (the "<u>Property</u>") located at 950 North Elmhurst Road/150 West Rand Road, Mount Prospect, Illinois in the amount of $552,114.84 (the "<u>Section 506(c) Claim</u>"); and the relief requested through the Amended Motion being in the best interests of the Debtors, their estates and creditors and other parties in interest; and it appearing that the Court has jurisdiction to consider the Amended Motion; and due and sufficient notice of the Amended Motion having been given; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; and based on the evidence adduced or proffered, and the findings of fact and conclusions of law set forth on the record, at the hearing on the Amended Motion, it is hereby

ORDERED that the Amended Motion is approved; and it is further

2

ORDERED that, pursuant to section 506(c) of the Bankruptcy Code, the Debtors are authorized to recover the Section 506(c) Claim from the Property and shall be granted a fully perfected, first priority lien on the Property; and it is further

ORDERED that the Debtors are authorized to take any and all action as may be required to enforce the Section 506(c) Claim, including, but not limited to, the filing or recording of this Order in accordance with applicable state law to effectuate a judgment lien on the Property; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction over any matter concerning, or in any way relating to, the Section 506(c) Claim, this Order, or the relief granted or denied herein.

Dated: _____, 2010
      Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge