IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DELAWARE DISTRICT OF INDIANA
WILMINGTON DIVISION

| | |
|---|---|
| AMERICAN HOME MORTGAGE, HOLDING,<br><br>                Debtor(s). | Case No. 07-11047-CSS-11<br><br>Chapter 11 |

**APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL**

Comes now Creditor, Indiana Department of Revenue and substitutes the appearance of LeGrand L. Clark, Deputy Attorney General, for the appearance of Luke P. Hodgin, on behalf of Creditor in above-entitled cause of action.

WHEREFORE, Creditor requests that all further copies of pleadings, motions, orders and other papers required by the Federal Rules of Civil Procedure to be filed with this Court now be served upon substitute counsel LeGrand L. Clark, and for all other relief just and proper in the premises.

                Respectfully submitted,

                GREGORY F. ZOELLER
                Attorney General of Indiana
                Atty. No. 1958-98

        By: /s/ LeGrand Clark
                LeGrand Clark
                Deputy Attorney General
                Office of Attorney General
                Indiana Government Center South, 5th Floor
                302 West Washington Street
                Indianapolis, IN  46204-2770
                Telephone: 317-233-6581
                Facsimile: 317-232-7979
                Email:  LeGrand.Clark@atg.in.gov

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been duly served upon all counsel of record listed below, by ECF notification or U. S. first class mail, postage prepaid, on March 10, 2010:

United States Trustee
101 West Ohio Street
Suite 1000
Indianapolis, IN 46204

Edward J. Kosmowski
Attorney for Debtor
1000 West Street, 17th Floor
Wilmington, DE 19899

/s/ LeGrand Clark_____
LeGrand Clark
Deputy Attorney General
Office of Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone: 317-233-6581
Facsimile: 317-232-7979
Email:  LeGrand.Clark@atg.in.gov