IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | x : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | : : : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : : | Docket Ref. Nos. 8049, 8141, 8149, 8424, 8527, and 8556 |

**CONSENT ORDER AUTHORIZING AND APPROVING (I) STIPULATION OF CLAIMS AND RELEASES OF MONA DOBBEN AND (II) VACATING PRIOR ORDER REGARDING CLAIMS OF MONA DOBBEN [D.I. 8424]**

The Court having considered the Motion for Supersedeas Bond to Protect Judgment for Mona Dobben [D.I. 8527] (the "Motion"), the Joint Objection of the Debtors and the Committee to the Motion [D.I. 8556] (the "Objection"), and the consensual agreement between the debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"), the official committee of unsecured creditors (the "Committee"), and Mona Dobben ("Dobben") with respect to the Motion, Objection and any and all claims or causes of action that have been or could be asserted by Dobben, on Dobben's behalf or in any way related to Dobben, including, without limitation, Proof Of Claim Nos. 10607, 10608 and 10609, against the Debtors, their estates, the liquidating trust and liquidating trustee under the Plan (as defined in the Objection) (collectively, the "Dobben Claims"), and other pleadings, filings, proceedings, and orders in connection with the Dobben Claims, including (i) the findings of fact and conclusions

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

of law made at the evidentiary hearing on December 9, 2009, and (ii) the Order Regarding Claims Of Mona Dobben [D.I. 8424] (collectively with (i) and (ii) above, the "December Order");

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Claimant Mona Dobben shall have an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of One Hundred Thousand Dollars ($100,000.00), which claim shall be jointly and severally against the following Debtors: American Home Mortgage Corp., American Home Mortgage Holdings, Inc. and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.)(the "Allowed Claim");

2. The Debtors shall pay the Allowed Claim on or before ten (10) days from the date of entry of this order;

3. Except with respect to the terms of this order and upon payment of the Allowed Claim, the Dobben Claims shall be fully waived, released, disallowed and expunged in their entirety;

4. The Debtors and Dobben shall jointly execute and file a stipulation of dismissal of the appeal of the December Order pending before the United States District Court for the District of Delaware on or before ten (10) days from the date of entry of this order and the December Order is hereby vacated in its entirety immediately thereafter.

Dated: Wilmington, Delaware
\_\_\_\_3/10\_\_\_\_, 2010

Christopher S. Sontchi
United States Bankruptcy Judge

2