## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : **Ref. Docket Nos. 7347, 7447 & 7506** |

----------------------------------------------------------------------- x

### CONSENSUAL ORDER RESOLVING DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NOS. 10450, 10448, 10449, 10590, 10649, 10657, 10660, 10676, 10677 AND 10690

Upon consideration of the thirty-fifth omnibus (substantive) claims objection (the "Objection") [Docket No. 7347] of the above-captioned debtors and debtors in possession (the "Debtors") and the joint response thereto [Docket No. 7447] filed by Dallas County, Coppell ISD, Tarrant County, Harris County, Nueces County, and Bexar County (collectively, the "Texas Taxing Authorities"); and the Court having entered an order [Docket No. 7506] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, proof of claim numbers 10450, 10448, 10449, 10590, 10649, 10657, 10660, 10676, 10677 and 10690 (collectively, the "Tax Claims") filed by the Texas Taxing Authorities; and the Debtors and the Texas Taxing Authorities having agreed that the Tax Claims should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that proof of claim numbers 10450, 10448, 10449, 10590, 10649, 10657, 10676, 10677 and 10690 are hereby disallowed and expunged in their entirety; and it is further

ORDERED that proof of claim number 10660 filed by Harris County shall receive the following treatment: (i) modified and allowed in the amount of $1,883.87; (ii) reclassified to a priority unsecured claim; and (iii) reassigned to American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____3/10_____, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DB02: 9240870.3                                                                                           066585.1001