# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

In re:                                              :  Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    :  Jointly Administered
Debtors.                                            :
                                                    :  Ref. Docket Nos. 6216, 6611 & 8630

---

## ORDER SUSTAINING DEBTORS' TWENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 6566

Upon consideration of the twenty-first omnibus (substantive) claims objection (the "Objection") [Docket No. 6216] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered an order [Docket No. 6611] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 6566 ("Claim 6566") filed by Southern Horizon Financial Group, LLC; and the Debtors having filed their supplemental declaration in support of the Objection [Docket No. 8630]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that Claim 6566 is disallowed and expunged in its entirety; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

DB02: 9345143.1

066585.1001

2

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      March 9, 2010

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE