**SIGN - IN - SHEET**

CASE NAME: American Home Mortgage
CASE NO: 07-11047 (CSS)

COURTROOM LOCATION: 6
DATE: 3/9/10 @ 4:30 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Curtis J. Crowther | Young Conaway Stargatt & Taylor | Debtors |
| Sean M. Beach | " | " |
| Michael Neiburg | " | " |
| Tori Guilfoyle | Blank Rome LLP | Creditors Committee |
| CHRISTOPHER A. JARVINEN | HAHN + HESSEN LLP | " |
| Barry M. Klayman | Cozen O'Connor | Triad Guaranty |
| Mark Minuti | Saul Ewing LLP | American Home Mortgage Servicing, Inc. |
| N. Chris Griffiths | Connolly Bove Lodge & Hutz | Orix |
| Denise Kraft | Edwards Angell Palmer+Dodge | Countrywide HLS BoA |
| Chris Loizides | Loizides, PA | Layne Beall |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.