# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

Calendar Date: 03/09/2010
Calendar Time: 04:30 PM

#6

1st Revision 03/08/2010 02:20 PM

Page #  Item #  Case Name  Case #  Proceeding  App ID  Telephonic Appearance By Telephone  Firm Name  Representing

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By Telephone | | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3343782 | ~~Pamela Chepiga~~ Nicholas Mitchell | 212-756-1168 | Allen & Overy, LLP | Interested Party, Allen & Overy, LLP / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3393811 | Scott Martinez | (631) 622-2414 | Zolfo Cooper | Debtor, American Home Mortgage / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3392383 | Christopher Updike | (212) 504-6683 | Cadwalader Wickersham Taft LLP | Debtor, American Mortgage Holdings, Inc., et al / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3392807 | Olga Urbieta | (212) 849-7178 | Quinn Emanuel Urquhart Oliver | Debtor, American Home Mortgage Holdings / LIVE |