**CASE NAME:** Premier Intl.
**CASE NO:** 09-12019 (CSS)

**SIGN - IN - SHEET**

**COURTROOM LOCATION:** 6
**DATE:** 3/10/10 @ 9:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steve Catlett | Paul Hastings Janofsky + Walker | Debtors |
| Matt Martin | " " | " |
| Mary Weber | " " | " |
| Dan DeFranceschi | Richards Layton + Finger | " |
| Landon Ellis | Landis Rath + Cobb | JP Morgan Chase Bank |
| Ken Ziman | Simpson Thatcher + Bartlett | JP Morgan Chase Bank |
| David Woll | Simpson Thatcher + Bartlett | JP Morgan Chase Bank |
| Steven Levine | Brown Rudnick | JP Morgan Chase Bank |
| Andrew Dash | Brown Rudnick | Official Committee of Unsecured Creditors |
| Jeremy Coffey | Brown Rudnick | Official Committee of Unsecured Creditors |
| Dion Nadj | Brown Rudnick | Official Committee of Unsecured Creditors |
| Dan O'Brien | Bayard | SEI Novastar |
| Chris Ghose | White + Case | SEI Novastar |
| John Cunningham | White + Cox | SEI Novastar |
| Lauren W. Walsh | Thompson Hine LLP | HSBC Bank NA, Indenture Trustee, Stowers |
| Michael R. Lastowski | Duane Morris | Goldman Sachs ... |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**

Calendar Date: 03/10/2010
Calendar Time: 09:00 AM

Amended Calendar 03/09/2010 03:54 PM #6

Page # Item #

| Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|
| Premier International Holdings Inc. et al. | 09-12019 | Hearing | 3397129 | John Ashmead | (212) 574-1366 | Seward & Kissel, LLP | Interested Party, H. Partners Management / LIVE |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3392841 | Danielle Bernthal | (302) 651-7699 | Six Flags | Debtor, Six Flags / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3392417 | Sue Borland | (800) 825-5575 ext. 1158 | Whirle Industries | Representing, Committee of Unsecured Creditors / LIVE |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3388056 | Justin Brass | 203-708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3395323 | Jeff Cate | 214-347-4186 | Hayman Advisors, LP | Interested Party, Jeff Cate / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3392393 | Andrew L. Chan | 212-526-4503 | Barclays Capital, Inc. | Interested Party, Andrew L. Chan / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3386285 | Michael Chernick | (212) 318-6000 | Paul Hastings Janofsky & Walker | Debtor, Premier International Holdings Inc., et al. and Six Flags, Inc. / LIVE |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3386231 | Michelle Cohen | (212) 318-6653 | Paul, Hastings, Janofsky & Walker | Debtor, Premier International Holdings Inc. / LIVE |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3395175 | Joe Criscione | (302) 778-6454 | Esopus Creek Value | Interested Party, Esopus Creek Value / LIVE |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3392443 | Laura Davis Jones | 302-652-4100 | Pachulski Stang Ziehl & Jones | Creditor, The Official Committee of Unsecured Creditors / LIVE |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3396216 | Joshua Feltman | (212) 403-1109 ext. 00 | Wachtell Lipton Rosen & Katz | Interested Party, Apollo / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3394517 | Christopher Greco | 212-446-4734 | Kirkland & Ellis | Interested Party, Kirkland & Ellis / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3396584 | Jean Hanson | 212-859-8198 | Fried Frank | Creditor, Fidelity / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3392801 | Walter Hawrylak | (302) 651-7699 | Six Flags | Debtor, Six Flags / LISTEN ONLY |

Peggy Drasal                    CourtConfCal2007                    Page 1 of 4

| | | | | | |
|---|---|---|---|---|---|
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3390172 | Autumn D. Highsmith | (214) 651-5420 | Haynes and Boone, LLP | Interested Party, Six Flags Funds / LIVE |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3395148 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3389911 | Lance Laifer | (212) 818-1110 | Lance Laifer - In Pro Per/Pro Se | Creditor, Lance Laifer (Client) / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3396898 | Gideon Lapson | (212) 526-8499 | Barclays Capital, Inc. | Participant, Advisor, Barclays Capital, Inc. / LIVE |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3393760 | Tong Li | (212) 373-3537 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3397298 | Dan Murphy | (312) 589-6428 | Pentwater Capital Management | Interested Party, Pentwater Capital Management / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3396202 | Deborah Pace | 302-521-8283 | DebtWire | In Propria Persona, Deborah Pace / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3389831 | Russell W. Parks, Jr. | 202-887-4092 | Akin Gump Strauss Hauer & Feld, LLP | Interested Party, Informal Committee of SFO Note Holders / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3393933 | Giacomo Picco | (212) 764-3500 | KS Capital | Interested Party, KS Capital / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3397127 | Allen Royce | (212) 891-5010 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3392329 | Lenny Russ | (302) 651-7699 | Six Flags | Debtor, Premier International Holdings, Inc. / LIVE |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3395228 | Caitlin Shadek | (212) 819-8588 | White & Case LLP | Interested Party, SFI Noteholders / LIVE |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3393729 | Alex Shayevsky | 212-270-1152 | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3396810 | Kenneth Smalley | (917) 434-4664 | The Seaport Group | Interested Party, The Seaport Group / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3397100 | Austin Taylor | 212-201-5737 | Altai Capital | Interested Party, Altai Capital / LISTEN ONLY |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3392318 | William Thomas | (302) 651-7699 | Six Flags | Debtor, Premier International Holdings Inc. / LIVE |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3395198 | Travis Vandell | 310-823-9000 | Kurtzman Carson Consultants | Debtor, Premier International Holdings Inc., et al and Six Flags, Inc. / LIVE |
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3390777 | Ryan N Williams | (212) 303-9497 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |

Peggy Drasal

| | | | | | Interested Party, Asif Zaman / LISTEN ONLY |
|---|---|---|---|---|---|
| Premier International Holdings Inc., et al. | 09-12019 | Hearing | 3395179 | Asif Zaman | (202) 423-8257 | Asif Zaman - In Pro Per/Pro Se |
| Premier International Holdings Inc., et al. | 9-12019 | Hearing | 3392355 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Representing, Tricadia Capital / LISTEN ONLY |

Arik Ruchim
David Bonanno
Catherine McCoy
Usman Tahir

CourtConfCal2007

Page 3 of 4