# EXHIBIT A

**Ninth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/1/09-8/31/09<br>12/2/09<br>8348 | 121,909.50 | 37,027.18 |
| 9/1/09-9/30/09<br>12/3/09<br>8352 | 158,788.00 | 17,572.58 |
| 10/1/09-10/31/09<br>12/17/09<br>8425 | 184,808.00 | 23,123.30 |
| Totals | 465,505.50 | 77,723.06 |

**Ninth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 6/1/09-6/30/09<br>9/18/09<br>8078 | 2,710.50 | 0.00 |
| 7/1/09-7/31/09<br>9/29/09<br>8108 | 1,200.50 | 1.40 |
| 8/1/09-8/30/09<br>11/17/09<br>8312 | 994.50 | 0.00 |
| 9/1/09-9/30/09<br>12/2/09<br>8347 | 10,077.50 | 28.22 |
| 10/1/09-10/31/09<br>12/18/09<br>8429 | 1,770.00 | 1,929.68 |
| Totals | 16,753.00 | 1,959.30 |

**Ninth Interim Fee Request Of Allen & Overy, LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/1/09-8/31/09<br>9/29/09<br>8109 | 1,265.50 | 97.26 |
| 9/1/09-9/30/09<br>10/29/09<br>8236 | 3,177.00 | 56.25 |
| 10/1/09-10/31/09<br>12/4/09<br>8358 | 9,913.00 | 264.80 |
| Totals | 14,355.50 | 418.31 |

**Seventh Interim Fee Request of PricewaterhouseCoopers LLP**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/1/09-9/30/09 8263 | 19,088.00 | 0.00 |
| Totals | 19,088.00 | 0.00 |

**Ninth Interim Fee Request of Cadwalader, Wickersham & Taft LLP**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/1/09-9/30/09 11/13/09 8302 | 735,112.00 | 29,406.29 |
| 10/1/09-10/31/09 11/23/09 8329 | 598,848.50 | 24,460.60 |
| Totals | 1,333,960.50 | 53,866.89 |

DB02:9282464.1                                                                 066585.1001

**Ninth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/1/09-8/31/09<br>10/27/09<br>8215 | 9,019.50 | 7,713.02 |
| 9/1/09-9/30/09<br>11/17/09<br>8310 | 9,762.00 | 33.04 |
| 10/1/09-10/31/09<br>12/18/09<br>8428 | 6,025.00 | 138.97 |
| Totals | 24,806.50 | 7,885.03 |

**Ninth Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/1/09-8/31/;09 9/29/09 8107 | 130,064.00 | 1,500.00 |
| 9/1/09-9/30/09 10/16/09 8196 | 71,614.50 | 1,736.69 |
| 10/1/09-10/31/09 11/20/09 8327 | 70,763.00 | 1,884.64 |
| Totals | 272,441.50 | 5,121.33 |

**Third Interim Fee Request of Bifferato LLC, Special Conflicts Counsel to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/09-9/4/09 9/4/09 and 9/29/09 8016 and 8106 | 3,252.50 | 10,512.03 |
| Totals | 3,252.50 | 10,512.03 |

**Interim Fee Application for Ferry, Joseph & Pearce, P.A. as Special Conflicts Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 7/6/09-8/31/09 9/15/09 8067 | 11,300.00 | 1,871.02 |
| 9/1/09-9/30/09 10/15/09 8187 | 2,550.00 | 303.20 |
| 10/1/09-10/31/09 11/16/09 8306 | 3,605.30 | 655.61 |
| Totals | 17,455.30 | 2,829.83 |

**Interim Fee Request of Blank Rome, Counsel to the Official Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/09-11/30/09 12/4/09 8353 | 21,127.50 | 4,780.17 |
| 12/1/09-12/31/09 2/16/10 8579 | 16,133.50 | 2,851.38 |
| Totals | 37,261.00 | 7,631.55 |