## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE HOLDINGS,　　　Chapter 11
INC., et al.

　　　　　　　　　　　　　　　　　　　　　　　Case No. 07-11047 (CSS)

　　　　　　　Debtor.
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on March 11, 2010, I served a copy of the attached *Notice of Address Change* on the parties listed on the attached service list via first class mail.

　　　　　　　　　　　　　　　　　　　　　　/s/James E. Huggett
　　　　　　　　　　　　　　　　　　　James E. Huggett, Esquire (#3956)

Joseph McMahon
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward J. Kosmowski, Esq.
Kara Hammond Coyle, Esq.
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Mark Idelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen, LLP
488 Madison Ave, 14th and 15th Floors
New York, NY 10022

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801


Epic Bankruptcy Solutions
757 3rd Ave. #3
New York, NY 10017