## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re

AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, [1]

Debtors.

-------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

**Re: Docket No. 8662**

## **CERTIFICATE OF SERVICE**

I, *Victoria A. Guilfoyle*, certify that on March 9, 2010, I caused service of the attached *Order Granting the Official Committee of Unsecured Creditors' Sixth Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof* [Dkt. 8662] to be made via First Class Mail, postage prepaid, upon the parties listed on the Service List attached hereto.

Dated: March 11, 2010

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE Bar. No 5183)

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.,; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/21861175v.1

## Service List

(**Via First Class Mail**)

| | |
|---|---|
| James L. Patton, Jr., Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>*Counsel for the Debtors* | *Preference Defendant(s)*<br><br>Apogee Events, Inc.<br>Attn:  Paul F. Scollan, Vice President<br>80 Brown's River Road<br>Sayville, NY  11782 |
| Margot B. Schonholtz, Esquire<br>Scott D. Talmadge, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022<br>*Counsel for the Administrative Agent* | Apogee Events, Inc.<br>Attn: Gerard Scollan, President<br>c/o Lovin' Oven Catering<br>of Suffolk, Inc.<br>322 W. Main Street<br>Patchogue, NY  11772 |
| Laurie Selber Silverstein, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Counsel for the Administrative Agent* | Clayton Services LLC<br>(f/k/a Clayton Services, Inc.)<br>Steven Cohen, Secretary<br>2 Corporate Drive<br>Shelton, CT  06484 |
| Corinne Ball, Esquire<br>Erica M. Ryland, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017<br>*Counsel for DIP Agent* | Eastland Sales, Inc.<br>d/b/a Workspace Solutions<br>Brent Stiller, President<br>919 N. Coliseum Blvd.<br>Fort Wayne, IN  46805 |
| Victoria Counihan, Esquire<br>Greenberg Traurig LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE  19801<br>*Counsel for DIP Agent* | Eastland Sales, Inc.<br>d/b/a Workplace Solutions<br>Attn:  Wesley N. Stuery, Esq.<br>c/o The Law Offices of<br>Wesley N. Stuery<br>200 East Main Street, Suite 1000<br>Fort Wayne, Indiana  46805 |
| Joseph McMahon, Esquire<br>*Office of the United States Trustee*<br>844 King Street, Room 2313<br>Wilmington, DE  19801 | Ellie Mae, Inc.<br>Sigmund Anderman, CEO<br>4155 Hopyard Road, #200<br>Pleasanton, CA  94588 |

*Preference Defendant(s) continued*

Equifax Mortgage Services,
a Division of Equifax Information
Services, LLC
Attn: Troy G. Kubes, Asst Vice
President
Legal Department
1550 Peachtree St. NE
Atlanta, GA  30309

Fed Ex Corporation
Robert R. Ross, Esquire
Senior Counsel
3620 Hacks Cross Road
Memphis, TN  38125

Google, Inc.
Hilary E. Ware, Esquire
Managing Litigation Counsel
1600 Amphiteatre Parkway
Mountain View, CA  94043

MVCC Sierra LLC d/b/a Mountainview
Corp. Centre
Carrie L. Barone, Authorized Agent
3311 S. Rainbow Boulevard, #225
Las Vegas, NV  89146

Ocean Place LLC
Otto Svensson, General Manager
One Ocean Boulevard
Long Branch, NJ  07740

Trusted Force, LLC
William C. Hoffman, Managing Partner
1050 Connecticut Ave NW, Suite 1000
Washington DC  20036

Brian J. McLaughlin, Esquire
Monzack Mersky McLaughlin and
Browder, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE  19801-1155
*Counsel for Trusted Force, LLC*