**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (NY Bar No. 2673416)
James C. Tecce (NY Bar No. 4360699)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Special Investigatory, Litigation and Conflicts*
*Counsel to American Home Mortgage Holdings, Inc, et al.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
| | |
|---|---|
| In re: | : |
| | : |
| | : Chapter 11 |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., a Delaware corporation, et al., | : Case No. 07-11047 (CSS) |
| | : |
| | : Jointly Administered |
| Debtors. | : |

-------------------------------------------------------------x

### NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE THAT** Quinn Emanuel Urquhart Oliver & Hedges, LLP, special investigatory, litigation and conflicts counsel to American Home Mortgage Holdings, Inc., et al.

*[Remainder of Page Intentionally Left Blank]*

03027.61106K/3369768.1

has changed its name to <u>Quinn Emanuel Urquhart & Sullivan, LLP</u>, effective March 11, 2010.

Please note the new firm name and update all service lists.

>Quinn Emanuel Urquhart & Sullivan, LLP
>51 Madison Avenue, 22nd Floor
>New York, NY 10010

Dated: March 12, 2010

>   /s/ James C. Tecce
>QUINN EMANUEL URQUHART & SULLIVAN, LLP
>Susheel Kirpalani (NY Bar No. 2673416)
>James C. Tecce (NY Bar No. 4360699)
>51 Madison Avenue, 22nd Floor
>New York, New York 10010
>Telephone: (212) 849-7000
>Telecopier: (212) 849-7100
>
>*Special Investigatory, Litigation and Conflicts*
>*Counsel to American Home Mortgage Holdings, Inc, et al.*