# **<u>EXHIBIT A</u>**

## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555   Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,   February 1, 2010 to February 28, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue   Invoice No. 34326
New York, NY 10022
**Attention:**   Mark T. Power, Esquire

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 0.70 | 201.00 |
| B18 | Fee Applications, Others - | 1.30 | 327.00 |
| B25 | Fee Applications, Applicant - | 3.00 | 638.00 |
| B32 | Litigation and Litigation Consulting - | 6.40 | 1,656.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 2.90 | 1,015.00 |
| | **Total** | **14.30** | **$3,837.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 8.60 | 2,322.00 |
| Rick S. Miller | 350.00 | 3.30 | 1,155.00 |
| Legal Assistant - MH | 150.00 | 1.80 | 270.00 |
| Legal Assistant - KC | 150.00 | 0.60 | 90.00 |
| **Total** | | **14.30** | **$3,837.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**   $95.70

Invoice No. 34326          Page 2 of 4          March 15, 2010

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-02-10 | *Case Administration* - Review Court order re: omnibus hearing dates | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review draft reply memorandum | 0.70 | RSM |
| Feb-03-10 | *Litigation and Litigation Consulting* - Prepare completion of briefing binder | 0.70 | LLC |
| Feb-04-10 | *Litigation and Litigation Consulting* - E-mail from RSM re: reply and completion of briefing and confer with RSM re: same | 0.20 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Morris re: procedural issues | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mail from Mr. Morris; e-mail to LLC | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Confer with LLC re: procedural issues | 0.20 | RSM |
| Feb-05-10 | *Fee Applications, Others* -Call from D. Laskin at Young Conaway Stargatt & Taylor re: Hennigan fee apps | 0.50 | LLC |
| | *Fee Applications, Others* - Review docket and confer with M. Hedden re: Hennigan fee apps | 0.50 | LLC |
| | *Fee Applications, Others* - E-mail from M. Hedden re: quarterlies follow-up | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re: reply brief status | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from RSM re: draft reply brief | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from co-counsel re: final version of reply brief | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with RSM re: completion of briefing binder, review local rules | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Review finalize, e-file and coordinate services of reply brief | 0.60 | LLC |
| | *Litigation and Litigation Consulting* - Confer with RSM re: status of filing brief and e-mails to co-counsel re: same | 0.30 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Confer with LLC; e-mail correspondence with Mr. Morris | 0.20 | RSM |
| | *Fee Applications, Others* - Confer with L. Coggins re past-due quarterlies of HBD; teleconference with J. Morse of HBD re status of quarterlies | 0.20 | MH |
| Feb-08-10 | *Case Administration* - E-mail from D. Laskin re: rescheduling of quarterly fee app hearing | 0.10 | LLC |
| | *Case Administration* - E-mail from RSM re: rescheduling of hearing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: 6th monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review e-mail from Ms. Laski re: fee hearing dates; forward to LLC and MH | 0.20 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Dec. fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Dec. 09 fee application | 0.30 | MH |

| Invoice No. 34326 | Page 3 of 4 | | March 15, 2010 |
|---|---|---|---|
| Feb-09-10 | *Litigation and Litigation Consulting* - E-mail from co-counsel re: oral argument | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Prepare notice of completion of briefing and request for oral argument | 0.60 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from and to RSM re: completion of briefing and oral argument | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Call to chambers re: request for oral argument | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with RSM and revise notice of completion of briefing and request for oral argument | 0.50 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to co-counsel and debtors' counsel re: completion of briefing and request for oral | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review Jan. 2010 time records | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Confer with LLC re: filing issues | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Morris | 0.20 | RSM |
| Feb-10-10 | *Litigation and Litigation Consulting* - E-mails from and to RSM re: status comp of briefing and request for oral argument and review local rules re: same | 0.30 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Morris re: scheduling issues | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with LLC re: rule changes | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mail from Mr. Beach | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review Court filings | 0.10 | RSM |
| Feb-11-10 | *Litigation and Litigation Consulting* - E-mail from RSM re: response from Debtors' counsel on completion of briefing and request for oral argument | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Attend teleconference with co-counsel | 0.30 | RSM |
| Feb-12-10 | *Litigation and Litigation Consulting* - Revise, finalize, e-file and coordinate service of notice of completion of briefing and request for oral argument | 0.70 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from J. Irving re: completion of briefing and request for oral argument | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail filed copies of completion of briefing and request for oral argument to counsel and opposing counsel | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Finalize briefing binder and confer with KC re: sending to Chambers | 0.50 | LLC |
| Feb-15-10 | *Fee Applications, Applicant* - Confer with M. Hedden re: 7th fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review, finalize, file and coordinate service of 7th fee application | 0.80 | LLC |
| | *Fee Applications, Applicant* - E-mail from M. Hedden re: payment status | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail from S. Martinez re: payment status | 0.10 | LLC |
| | *Fee Applications, Applicant* - Modify Jan. statement; use spreadsheet to calculate re expenses chart in fee application; prepare fee application and related documents | 0.80 | MH |

| | | | |
|---|---|---:|---:|
| **Invoice No. 34326** | **Page 4 of 4** | | **March 15, 2010** |
| Feb-16-10 | *Case Administration* - E-mail to co-counsel re: revised local rules | 0.10 | LLC |
| Feb-18-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review letter from Mr. Cobb | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - Prepare for and service of documents | 0.40 | KC |
| | *Litigation and Litigation Consulting* - consult with LLC; completion of briefing binder | 0.20 | KC |
| Feb-25-10 | *Fee Applications, Applicant* - E-mail from D. Laskin re interim fee order and forward same to M. Hedden for review | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail from M. Hedden re proposed interim fee order | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review interim fee order re 3/9/10 hearing; e-mail to L. Coggins re results | 0.10 | MH |
| | Totals | 14.30 | |

### DISBURSEMENTS

| | | |
|---|---|---:|
| Feb-05-10 | Photocopy Cost | 6.00 |
| | Photocopy Cost | 2.70 |
| Feb-08-10 | Photocopy Cost | 3.30 |
| | Photocopy Cost | 4.50 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 4.00 |
| | Photocopy Cost | 26.50 |
| | Cost Advance -   First State Deliveries - hand delivery | 6.50 |
| Feb-12-10 | Photocopy Cost | 1.70 |
| Feb-15-10 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 19.00 |
| Feb-17-10 | Cost Advance -   Blue Marble - hand deliveries (Inv # 13152) | 20.00 |
| | Totals | $95.70 |
| | **Total Fees & Disbursements** | **$3,932.70** |