# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

                       Debtors.

----------------------------------------------------------------- x

:   Chapter 11

:   Case No. 07-11047 (CSS)

:   Jointly Administered

:   **Objection Deadline: March 31, 2010, at 4:00 p.m. (ET)**
:   **Hearing Date: April 6, 2010 at 10:30 a.m. (ET)**

## NOTICE OF MOTION

TO:    (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE;
(II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA,
N.A., AS ADMINISTRATIVE AGENT; (IV) COUNSEL TO DEUTSCHE BANK
NATIONAL TRUST CO.; AND (V) ALL PARTIES ENTITLED TO NOTICE UNDER
DEL. BANKR. LR 2002-1(B).

       PLEASE TAKE NOTICE THAT the above-captioned debtors and debtors-in-
possession (the "Debtors") have filed the **DEBTORS' MOTION PURSUANT TO SECTION
105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019(a) FOR AN
ORDER AUTHORIZING AND APPROVING STIPULATION BY AND AMONG THE
DEBTORS AND DEUTSCHE BANK NATIONAL TRUST CO. IN VARIOUS
CAPACITIES RESOLVING CURE CLAIMS ASSERTED IN CONNECTION WITH
THE ASSUMPTION AND ASSIGNMENT OF CERTAIN LOAN SERVICING
AGREEMENTS TO AMERICAN HOME MORTGAGE SERVICING, INC. (F/K/A AH
MORTGAGE ACQUISITION CO., INC.)** (the "Motion").

       PLEASE TAKE FURTHER NOTICE THAT responses to the Motion, if any,
must be filed on or before **March 31, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with
the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street,
Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response
upon the undersigned counsel to the Debtors so that the response is received on or before the
Objection Deadline.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation
(3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM
SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American
Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC
("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.
("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York
corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **APRIL 6, 2010 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 5th FLOOR, COURTROOM NO.6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:    Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
          March 15, 2010

                                        Sean M. Beach (No. 4070)
                                        Patrick A. Jackson (No. 4976)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253

                                        Counsel for Debtors and Debtors in Possession