# EXHIBIT "B"

***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:   (302) 575-1714

American Home Morgage Holdings, Inc.,                            November 1, 2009 to November 30, 2009
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue                                                                    Invoice No. 33519
New York, NY 10022
**Attention:**    Mark T. Power, Esquire


**RE:**      Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 0.20 | 30.00 |
| B25 | Fee Applications, Applicant - | 2.90 | 655.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 7.80 | 2,470.00 |
| | **Total** | **10.90** | **$3,155.00** |

## SUMMARY BY TIMEKEEPER

| **Timekeeper** | **Rate** | **Hours** | **Amount** |
|---|---:|---:|---:|
| Rick S. Miller | 350.00 | 6.00 | 2,100.00 |
| Steven G. Weiler | 250.00 | 3.20 | 800.00 |
| Legal Assistant - DRS | 150.00 | 0.30 | 45.00 |
| Legal Assistant - MH | 150.00 | 1.40 | 210.00 |
| **Total** | | **10.90** | **$3,155.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                                  **$88.80**

| Invoice No. 33519 | Page 2 of 4 | | December 15, 2009 |
|---|---|---|---|

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-04-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail to Ms. Irving re: request for production | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review draft motion to dismiss; e-maul to Mr. Morris | 0.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review draft initial disclosures; e-mail to Ms. Irving | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Irving re: discovery requests | 0.10 | RSM |
| Nov-05-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. Zawadski re: Thacher complaint | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - confer with SGW re: filings in Thatcher discovery | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mail from Mr. Zawdzki re: Thatcher suit | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review notice of rescheduled hearing; e-mail correspondence with Mr. Schnitzer | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - prepare notice of service; serve first request for production | 0.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mails from lead counsel re filing notice of proposed scheduling order and rescheduling a pre-trial conference re Thacher Proffitt adversary proceeding; revise notice and proposed scheduling order; prepare notice of rescheduling pre-trial conference; prepare certificates of service re same; scan, file and serve same; advise RSM re same | 2.00 | SGW |
| | *Litigation/Adversary Proceedings (Non-Claims)* - file and serve notice of discovery requests in JP Morgan case | 0.30 | DRS |
| Nov-06-09 | *Fee Applications, Applicant* - Review docket re hearing date for Ferry, Joseph & Pearce's 1st quarterly fee application; trade e-mails with debtors' local counsel re same; teleconference with debtors' local paralegal re same; trade e-mails with same re same; review compensation order re same; confer with legal assistant re same | 0.60 | SGW |
| Nov-09-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review voice mail from Mr. Morris | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail to Mr. Morris re: filing motion to dismiss | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re: initial disclosures | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Prepare and file motion to dismiss and memorandum | 0.80 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Prepare and serve initial disclosures and notice of service | 0.40 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review Certificate of No Objection for FJP 3rd monthly fee application | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail to Ms. Irving re: service of papers | 0.10 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and | 0.30 | MH |

| Invoice No. 33519 | Page 3 of 4 | | December 15, 2009 |
|---|---|---|---|
| | e-file and serve certificate of no objection re Sept. 09 fee application | | |
| Nov-10-09 | *Fee Applications, Applicant* - review e-mail from SGW re: quarterly fee app | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review JPM's disclosures; e-mail to co-counsel | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review hearing agenda for 11/13 hearing | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review notice of service | 0.10 | RSM |
| Nov-12-09 | *Fee Applications, Applicant* - review October time records | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. Morris re: scheduling | 0.10 | RSM |
| Nov-13-09 | *Litigation/Adversary Proceedings (Non-Claims)* - Attend teleconference with co-counsel | 0.70 | RSM |
| Nov-16-09 | *Fee Applications, Applicant* - review 4th monthly fee application for FJ&P | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* -  E-mail correspondence with S. Weiler re: CNO | 0.10 | RSM |
| | *Fee Applications, Applicant* - Teleconference with debtors' local counsel re frequency in payment of fees to professionals; trade e-mails with RSM re same; trade e-mails with debtors' local counsel re same; trade e-mails with debtors' financial professional re same | 0.30 | SGW |
| Nov-20-09 | *Litigation/Adversary Proceedings (Non-Claims)* - Review JPM discovery requests; e-mail to co-counsel | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Irving | 0.20 | RSM |
| Nov-24-09 | *Fee Applications, Applicant* - Confer with RSM re manner of service of certificates of no objection re fee applications upon fee examiner; review service lists for other similar professionals on docket; trade e-mails with legal assistant re same | 0.30 | SGW |
| | *Case Administration* - E-mail to RSM and S. Weiler and from RSM re 2002 service list update | 0.10 | MH |
| | *Fee Applications, Applicant* - E-mails from S. Weiler re quarterly fee application service procedures | 0.10 | MH |
| | *Fee Applications, Applicant* - Review samples of quarterly fee applications; start preparation of 1st quarterly fee application and related documents | 0.80 | MH |
| | Totals | 10.90 | |

### DISBURSEMENTS

| Nov-05-09 | Photocopy Cost | 1.50 |
|---|---|---|
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 6.00 |
| | Photocopy Cost | 1.20 |
| Nov-09-09 | Photocopy Cost | 3.30 |

**Invoice No. 33519**          **Page 4 of 4**                              **December 15, 2009**

|            |                                                          |         |
|------------|----------------------------------------------------------|---------|
|            | Photocopy Cost                                           | 0.90    |
|            | Photocopy Cost                                           | 1.00    |
|            | Photocopy Cost                                           | 10.40   |
|            | Photocopy Cost                                           | 0.90    |
|            | Photocopy Cost                                           | 2.00    |
|            | Postage                                                  | 2.20    |
| Nov-11-09  | Photocopy Cost                                           | 0.50    |
| Nov-16-09  | Photocopy Cost                                           | 0.80    |
|            | Photocopy Cost                                           | 0.50    |
|            | Photocopy Cost                                           | 20.00   |
| Nov-17-09  | First State Deliveries -   hand deliveries on 11/16/09   | 32.50   |
| Nov-24-09  | Photocopy Cost                                           | 1.00    |
|            | Totals                                                   | $88.80  |

**Total Fees & Disbursements**                              **$3,243.80**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,  December 1, 2009 to December 31, 2009
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue  Invoice No. 33727
New York, NY 10022
**Attention:**   Mark T. Power, Esquire

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 0.10 | 15.00 |
| B18 | Fee Applications, Others - | 0.80 | 200.00 |
| B25 | Fee Applications, Applicant - | 8.10 | 1,445.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 2.70 | 835.00 |
| | **Total** | **11.70** | **$2,495.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Rick S. Miller | 350.00 | 2.10 | 735.00 |
| Steven G. Weiler | 250.00 | 3.20 | 800.00 |
| Legal Assistant - MH | 150.00 | 6.40 | 960.00 |
| **Total** | | **11.70** | **$2,495.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                             **$483.70**

**Invoice No. 33727**            **Page 2 of 3**            **January 15, 2009**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Dec-01-09 | *Fee Applications, Applicant* - Continue preparation of quarterly fee application and related documents; create database re same | 3.00 | MH |
| Dec-02-09 | *Fee Applications, Applicant* - Finalize drafts of quarterly fee application and related documents | 1.80 | MH |
| Dec-03-09 | *Fee Applications, Applicant* - Review interim fee application; confer with legal assistant re same | 0.30 | SGW |
| Dec-07-09 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re JPM response to 1st RFP | 0.20 | RSM |
| Dec-08-09 | *Fee Applications, Applicant* - review quarterly fee app | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review JPM response to 1st RFP | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review draft stipulation for extension; e-mail correspondence with Ms. Irving | 0.20 | RSM |
| Dec-09-09 | *Fee Applications, Applicant* - Review time records for Nov. fee app | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Ms. Parikh re extension stipulation | 0.20 | RSM |
| Dec-10-09 | *Fee Applications, Applicant* - review Certificate of No Objection re 4th monthly fee app | 0.10 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection re Oct. fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Oct. fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Modify Nov. invoice; prepare fee application, notice and certificate of service re same for filing on 12/15 | 0.90 | MH |
| Dec-15-09 | *Fee Applications, Applicant* - Review Nov. fee application, prepare for e-filing, e-file and serve same | 1.00 | SGW |
| Dec-17-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Ms. Irving | 0.10 | RSM |
| Dec-22-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. Zawadski re Thacher suit | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with SGW | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review e-mail from Ms. Irving re 502 order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Trade e-mails with RSM re filing voluntary dismissal re Thacher Proffitt; prepare notice and certificate of service re same; confer with RSM re same | 0.30 | SGW |
| Dec-23-09 | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with Mr. McGuire re stipulation | 0.20 | RSM |
| Dec-28-09 | *Fee Applications, Others* - Review HB&D's 4th fee application; trade e-mails with J. Morse re same; prepare certificate of service re same; prepare for e-filing, e-file and arrange for service of same | 0.80 | SGW |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Prepare notice of dismissal with certificate of service; e-mail same to lead counsel for review; call to same re same | 0.40 | SGW |
| Dec-29-09 | *Litigation/Adversary Proceedings (Non-Claims)* - review Court filing | 0.10 | RSM |

**Invoice No. 33727**  **Page 3 of 3**  **January 15, 2009**

|  |  |  |  |
|---|---|---:|---|
|  | notices in Thatcher suit | | |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Trade follow-up e-mails with lead counsel re filing and service of notice of dismissal re Thacher Proffitt; revise, file and serve same; advise RSM re same | 0.40 | SGW |
|  | Totals | 11.70 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| Dec-01-09 | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 0.70 |
| Dec-02-09 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 1.20 |
| Dec-04-09 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 1.20 |
| Dec-09-09 | Photocopy Cost | 0.80 |
| Dec-10-09 | Photocopy Cost | 2.50 |
|  | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.80 |
| Dec-15-09 | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 18.30 |
|  | Photocopy Cost | 2.00 |
| Dec-16-09 | Cost Advance - Blue Marble - copies 84.00; service 318.22 (Inv #37755) | 402.22 |
|  | Cost Advance - Blue Marble - copies 29.00; service 11.98 (Inv #37754) | 40.98 |
| Dec-22-09 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.60 |
| Dec-28-09 | Photocopy Cost | 5.30 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 1.20 |
|  | Totals | $483.70 |
|  | **Total Fees & Disbursements** | **$2,978.70** |

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555      Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,  January 1, 2010 to January 31, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue  Invoice No. 34113
New York, NY 10022
**Attention:**    Mark T. Power, Esquire

**RE:**    Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 1.00 | 222.00 |
| B18 | Fee Applications, Others - | 1.00 | 210.00 |
| B25 | Fee Applications, Applicant - | 2.80 | 484.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 1.70 | 595.00 |
| | **Total** | **6.50** | **$1,511.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 1.30 | 351.00 |
| Rick S. Miller | 350.00 | 1.90 | 665.00 |
| Legal Assistant - MH | 150.00 | 3.30 | 495.00 |
| **Total** | | **6.50** | **$1,511.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                       **$575.31**

**Invoice No. 34113**             **Page 2 of 3**                                      **February 15, 2010**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jan-04-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review pro hac order re: Ms. Wolf | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* -E-mail correspondence with Ms. Irving re: discovery motions | 0.10 | RSM |
| Jan-05-10 | *Case Administration* - Confer with RSM re: background and status | 0.20 | LLC |
| | *Case Administration* - E-mail from RSM re: co-counsel status | 0.10 | LLC |
| | *Case Administration* - Confer with RSM re background and status | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: FJ&P interim fee app for 7th period | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - confer with LLC re: procedure status of case | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail to Ms. Irving re: LLC | 0.10 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re quarterly fee application for July-Oct. 09 | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re quarterly fee application for July to Oct. 09 | 0.30 | MH |
| Jan-07-10 | *Case Administration* - Review CNO re: Nov. 2009 fee app for filing | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - review answering brief and affidavit of JPM | 0.60 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Nov. 09 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Nov. 09 fee application | 0.30 | MH |
| Jan-13-10 | *Fee Applications, Applicant* - Review December time records | 0.10 | RSM |
| Jan-14-10 | *Fee Applications, Applicant* - Modify Dec. statement; use spreadsheet to calculate re expenses chart in fee application; prepare fee application and related documents for filing on 1/15/10 | 0.70 | MH |
| Jan-15-10 | *Fee Applications, Others* - E-mail from and to D. Bowman re: status | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 6th fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* -   Review Dec. 09 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Dec. 09 fee application | 0.50 | MH |
| Jan-18-10 | *Fee Applications, Others* - E-mail from and to J. Morse re: Certificate of No Objection for 4th fee app | 0.10 | LLC |
| Jan-19-10 | *Fee Applications, Others* - Review HBD Certificate of No Objection re: 4th fee app for filing and confer with M. Hedden re: same | 0.20 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Revise certificate of no objection re HBD's 4th fee application   and prepare certificate of service re same | 0.20 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re HBD's 4th fee application | 0.30 | MH |
| Jan-20-10 | *Fee Applications, Others* - Review finalized Certificate of No Objection re: HBD 4th fee app for filing | 0.10 | LLC |

**Invoice No. 34113**  **Page 3 of 3**  **February 15, 2010**

|  |  |  |  |
|---|---|---|---|
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Review JPMC subpoena notices | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to Ms. Irving re: JPMC subpoenas | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail correspondence with MS. Irving re: subpoenas | 0.30 | RSM |
| Jan-21-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review Court filings | 0.10 | RSM |
|  | Totals | 6.50 |  |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Jan-05-10 | Photocopy Cost | 2.50 |
|  | Photocopy Cost | 1.00 |
|  | postage | 2.20 |
| Jan-06-10 | First State Deliveries - hand deliveries | 32.50 |
| Jan-07-10 | Photocopy Cost | 2.00 |
|  | postage | 2.20 |
| Jan-08-10 | Blue Marble   - hand deliveries (Inv # 12789) | 272.00 |
| Jan-11-10 | Pacer Service Center - 10/1-12/31/09 (RSM) Account # FJ0091 | 8.08 |
| Jan-14-10 | Photocopy Cost | 0.80 |
| Jan-15-10 | Photocopy Cost | 19.00 |
|  | postage | 6.95 |
| Jan-20-10 | Photocopy Cost | 3.00 |
| Jan-21-10 | First State Deliveries - hand deliveries | 32.50 |
| Jan-28-10 | Blue Marble   - hand deliveries (Inv # 12938) | 20.00 |
|  | Pacer Service Center - 10/1-12/31/09 (SGW) Account # FJ0321 | 138.08 |
| Jan-29-10 | First State Deliveries - hand deliveries | 32.50 |
|  | Totals | $575.31 |

**Total Fees & Disbursements**                                                              **$2,086.31**