IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
        Debtors.                                                    :
                                                                    :   Ref. No. 8559
------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO
## APPLICATION RE: DOCKET NO. 8559

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Eleventh Application of Cadwalader, Wickersham & Taft LLP as Special Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period November 1, 2009 through November 30, 2009 (the "Application"). The Court's docket which was last updated March 16, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than March 4, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($317,179.20) of requested fees ($396,474.00) and 100% of requested expenses ($59,218.72) on an interim basis without further Court order.

Dated: Wilmington, Delaware
March 16, 2010

                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                /s / Ryan M. Bartley
                                Sean M. Beach (No. 4070)
                                Margaret Whiteman Greecher (No. 4652)
                                Patrick A. Jackson (No. 4976)
                                Ryan M. Bartley (No. 4985)
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                Wilmington, Delaware 19801
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253

                                Counsel for Debtors and
                                Debtors in Possession