## Exhibit A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :  Chapter 11
                                                        :
AMERICAN HOME MORTGAGE                                  :  Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                         :
a Delaware corporation, et al.,[1]                      :  Jointly Administered
                                                        :
       Debtors.                                         :
                                                        :  Ref. Docket No.: ____
                                                        :
------------------------------------------------------- x

**ORDER SHORTENING NOTICE FOR HEARING ON DEBTORS' MOTION
PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 9019(a) FOR AN ORDER AUTHORIZING AND APPROVING
RELEASE AND SETTLEMENT AGREEMENT WITH AMERICAN HOME
MORTGAGE SERVICING, INC. (F/K/A AH MORTGAGE ACQUISITION CO., INC.)**

Upon consideration of the motion (the "Motion to Shorten") of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order providing that the applicable notice period for the *Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Release and Settlement Agreement with American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.)* (the "Settlement Motion") be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having determined that granting the relief requested by the Motion is in the best interest of the Debtors, their estates and creditors; and it appearing that due and adequate notice of the Settlement Motion and the Motion

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

      ORDERED that the Motion to Shorten is granted; and it is further

      ORDERED that a hearing on the Settlement Motion will be held on April 6, 2010 at 10:30 a.m. (ET); and it is further

      ORDERED that objections, if any, to the relief requested in the Settlement Motion must be filed and served by March 31, 2010 at 4:00 p.m. (ET); and it is further

      ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware  
      March ___, 2010

                                      _____  
                                      Christopher S. Sontchi  
                                      United States Bankruptcy Judge