# EXHIBIT A

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

PROFESSIONAL SERVICES RENDERED

| Description | Amount |
|---|---|
| 0040 - Fee/Employment Application | 1,066.50 |
| 0120 - Litigation | 162,493.00 |
| TOTAL: | $163,559.50 |

In Reference To:
DATE: 3/16/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

TIMEKEEPER SUMMARY

<u>0040 - Fee/Employment Application</u>

| Name | Hours | Amount |
|------|-------|--------|
| Joshua D. Morse | 2.10 | $1,066.50 |
| TOTALS:  0040 - Fee/Employment Application | 2.10 | $1,066.50 |

PAGE 4                                                                                DATE: 3/16/2010
In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

0040 - Fee/Employment Application

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 12/23/2009 | Joshua D. Morse | Review and revise invoice for fourth interim fee application. | 0.60 | $303.00 |
| 12/23/2009 | Joshua D. Morse | Draft fourth interim fee application. | 0.50 | $252.50 |
| 12/23/2009 | Joshua D. Morse | Trade emails with Mr. Weiler regarding filing and service of fourth interim fee application. | 0.30 | $151.50 |
| 12/23/2009 | Joshua D. Morse | Review and revise fourth interim fee application. | 0.30 | $151.50 |
| 12/28/2009 | Joshua D. Morse | Confirm filing of fourth interim fee application. | 0.10 | $50.50 |
| 1/18/2010 | Joshua D. Morse | Draft certificate of no objection to fourth interim fee application. | 0.20 | $105.00 |
| 1/18/2010 | Joshua D. Morse | Draft email correspondence to Ms. Coggins transmitting certificate of no objection to fourth interim fee application for filing and service. | 0.10 | $52.50 |

| TOTALS:  0040 - Fee/Employment Application | 2.10 | $1,066.50 |
|------|------|------|

In Reference To:                               DATE: 3/16/2010
                                     American Home Mortgage
                                  Our File Number:  AMERICA.AHM


<u>0120 - Litigation</u>

| Name | Hours | Amount |
|------|-------|--------|
| Celestino Santos | 52.10 | $11,462.00 |
| Jeanne E. Irving | 157.10 | $106,828.00 |
| Joshua D. Morse | 16.70 | $8,445.50 |
| Melissa Ziady | 3.30 | $643.50 |
| Michael Morris | 32.50 | $24,700.00 |
| Olin Ray | 44.50 | $9,122.50 |
| Ryan Meshell | 6.30 | $1,291.50 |
| TOTALS:  0120 - Litigation | 312.50 | $162,493.00 |

In Reference To:                                DATE: 3/16/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

0120 - Litigation

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 11/1/2009 | Jeanne E. Irving | Conduct legal research regarding motion to dismiss counter claims. | 1.40 | $952.00 |
| 11/1/2009 | Jeanne E. Irving | Review and revise motion to dismiss counterclaims. | 3.20 | $2,176.00 |
| 11/1/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding motion to dismiss. | 0.20 | $136.00 |
| 11/2/2009 | Jeanne E. Irving | Review and revise Initial Disclosures and draft e-mail to Messrs. Morris and Morse regarding same. | 0.90 | $612.00 |
| 11/2/2009 | Jeanne E. Irving | Draft e-mail to Debtors' counsel and Mr. Miller regarding Initial Disclosures. | 0.30 | $204.00 |
| 11/2/2009 | Michael Morris | Review and revise motion to dismiss. | 2.50 | $1,900.00 |
| 11/2/2009 | Michael Morris | Draft email correspondence to internal group transmitting dradt motion to dismiss. | 0.20 | $152.00 |
| 11/2/2009 | Joshua D. Morse | Review draft initial disclosures. | 0.40 | $202.00 |
| 11/2/2009 | Joshua D. Morse | Draft memorandum in support of motion to dismiss. | 0.40 | $202.00 |
| 11/2/2009 | Joshua D. Morse | Trade emails with Ms. Irving regarding meeting with servicing personnel. | 0.30 | $151.50 |
| 11/2/2009 | Joshua D. Morse | Analysis of email traffic from internal group regarding initial disclosure issues. | 0.40 | $202.00 |
| 11/3/2009 | Michael Morris | Review and review motion to dismiss. | 1.00 | $760.00 |
| 11/3/2009 | Michael Morris | Correspondence to Messrs. Beach and Edwards regarding motion to dismiss and timing of filing. | 0.30 | $228.00 |
| 11/3/2009 | Joshua D. Morse | Coordinate cite check of memorandum in support of motion to dismiss. | 0.20 | $101.00 |
| 11/3/2009 | Joshua D. Morse | Review and revise memorandum in support of motion to dismiss; transmit draft to larger group for comments. | 0.40 | $202.00 |
| 11/4/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Miller regarding document requests. | 0.10 | $68.00 |
| 11/4/2009 | Jeanne E. Irving | Review of Debtors' changes to Initial Disclosures. | 0.10 | $68.00 |
| 11/4/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding motion to dismiss, document requests, Initial Disclosures and collection of evidence. | 0.20 | $136.00 |
| 11/4/2009 | Jeanne E. Irving | Review and revise document requests. | 2.30 | $1,564.00 |

In Reference To:                              DATE: 3/16/2010
                                    American Home Mortgage
                                 Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 11/4/2009 | Jeanne E. Irving | Draft e-mail to Mr. Miller regarding document requests. | 0.20 | $136.00 |
| 11/4/2009 | Jeanne E. Irving | Draft e-mail to Debtors' counsel regarding document requests. | 0.10 | $68.00 |
| 11/4/2009 | Jeanne E. Irving | Prepare for call with Mr. Green regarding electronic discovery protocols. | 0.10 | $68.00 |
| 11/4/2009 | Jeanne E. Irving | Telephone conference with Mr. Green regarding electronic discovery protocols. | 0.30 | $204.00 |
| 11/4/2009 | Jeanne E. Irving | Draft e-mail to Mr. McGuire regarding preservation efforts. | 0.20 | $136.00 |
| 11/4/2009 | Jeanne E. Irving | Conference with Mr. Morse regarding motion to dismiss, collection of information from Servicing and electronic discovery protocols. | 0.50 | $340.00 |
| 11/4/2009 | Jeanne E. Irving | Review and revise motion to dismiss. | 1.90 | $1,292.00 |
| 11/4/2009 | Michael Morris | Correspondence with Mr. Edwards regarding timing of motion. | 0.10 | $76.00 |
| 11/4/2009 | Michael Morris | Correspondence with Mr. Morse regarding finalizing motion to dismiss and related matters. | 0.30 | $228.00 |
| 11/4/2009 | Joshua D. Morse | Review and revise memorandum in support of motion to dismiss. | 1.60 | $808.00 |
| 11/4/2009 | Joshua D. Morse | Trade emails with Mr. Morris regarding motion to dismiss. | 0.40 | $202.00 |
| 11/4/2009 | Joshua D. Morse | Draft separate motion to dismiss. | 0.50 | $252.50 |
| 11/4/2009 | Joshua D. Morse | Confer with Mr. Floyd regarding cite check of memorandum in support of motion to dismiss. | 0.40 | $202.00 |
| 11/4/2009 | Joshua D. Morse | Confer with Ms. Irving regarding motion to dismiss. | 0.50 | $252.50 |
| 11/4/2009 | Joshua D. Morse | Analysis of local rules; trade emails with internal group regarding procedural issues with respect to motion to dismiss. | 0.60 | $303.00 |
| 11/5/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Morse regarding Motion to Dismiss. | 0.10 | $68.00 |
| 11/5/2009 | Jeanne E. Irving | Research and draft unjust enrichment portion of motion to dismiss, and draft e-mail to Messrs. Morris and Morse regarding same. | 2.10 | $1,428.00 |
| 11/5/2009 | Jeanne E. Irving | Review and respond to email from Mr. McGuire regarding preservation of electronic documents and regarding E-Discovery Disclosures. | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 11/5/2009 | Jeanne E. Irving | Draft further e-mail to Mr. McGuire regarding preservation efforts regarding preservation of electronic documents and regarding E-Discovery Disclosures. | 0.30 | $204.00 |
| 11/5/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Morris regarding motion to dismiss and electronic discovery issues. | 0.10 | $68.00 |
| 11/5/2009 | Jeanne E. Irving | Telephone conference with Mr. Morse regarding conference call with  JPMorgan's counsel; draft e-mail to Mr. Morse regarding same. | 0.20 | $136.00 |
| 11/5/2009 | Jeanne E. Irving | Review of materials in preparation for conference call with JPMorgan's counsel regarding E-Discovery Disclosures. | 0.40 | $272.00 |
| 11/5/2009 | Jeanne E. Irving | Telephone conference with Messrs. McGuire, Green and Morse regarding  electronic discovery. | 0.50 | $340.00 |
| 11/5/2009 | Jeanne E. Irving | Review and revise Initial Disclosures and E-Discovery Disclosures and draft email regarding same to Debtors' counsel, Messrs. Morris, Morse and Miller. | 1.10 | $748.00 |
| 11/5/2009 | Michael Morris | Correspondence with Ms. Irving regarding Sontchi opinion and response. | 0.40 | $304.00 |
| 11/5/2009 | Michael Morris | Review comments on motion to dismiss from Young Conaway and revise same. | 1.50 | $1,140.00 |
| 11/5/2009 | Joshua D. Morse | Telephone conference with Ms. Irving regarding e-discovery disclosures. | 0.40 | $202.00 |
| 11/5/2009 | Joshua D. Morse | Review email correspondences regarding e-discovery disclosures. | 0.40 | $202.00 |
| 11/5/2009 | Joshua D. Morse | Attend conference call regarding e-discovery disclosures. | 0.50 | $252.50 |
| 11/5/2009 | Joshua D. Morse | Review and revise memorandum in support of motion to dismiss. | 1.60 | $808.00 |
| 11/5/2009 | Joshua D. Morse | Telephone conference with Ms. Irving regarding memorandum in support of motion to dismiss. | 0.30 | $151.50 |
| 11/5/2009 | Joshua D. Morse | Draft email correspondence to Mr. Stennett regarding status of Kistler declaration. | 0.10 | $50.50 |
| 11/6/2009 | Jeanne E. Irving | Review and revise motion to dismiss and review cited cases. | 0.90 | $612.00 |
| 11/6/2009 | Jeanne E. Irving | Review materials regarding Ms. Rocco. | 0.40 | $272.00 |
| 11/6/2009 | Jeanne E. Irving | Telephone conference with Ms. Rocco. | 0.30 | $204.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 11/6/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding Ms. Rocco and issues relevant to Initial Disclosures. | 0.40 | $272.00 |
| 11/6/2009 | Jeanne E. Irving | Draft e-mail to Ms. Rocco regarding telephone conference. | 0.10 | $68.00 |
| 11/6/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. McGuire regarding document requests. | 0.10 | $68.00 |
| 11/6/2009 | Jeanne E. Irving | Draft e-mail to Mr. Miller regarding document requests. | 0.10 | $68.00 |
| 11/6/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Morris regarding conversation with Messrs. McGuire and Green, and review reply. | 0.30 | $204.00 |
| 11/6/2009 | Jeanne E. Irving | Review and revise Initial Disclosures and E-Discovery Disclosures and draft e-mail regarding same to Debtors' counsel, Messrs. Morris and Morse. | 1.50 | $1,020.00 |
| 11/6/2009 | Michael Morris | Correspondence from Ms. Irving regarding motion. | 0.30 | $228.00 |
| 11/6/2009 | Michael Morris | Review initial disclosures. | 0.50 | $380.00 |
| 11/6/2009 | Michael Morris | Correspondence with Ms. Irving regarding call with Mr. McGuire. | 0.20 | $152.00 |
| 11/6/2009 | Joshua D. Morse | Telephone conference with Mr. Stennett regarding meeting with servicing personnel. | 0.20 | $101.00 |
| 11/6/2009 | Joshua D. Morse | Trade emails with internal group regarding final comments to memorandum in support of motion to dismiss and approval from debtors' counsel regarding filing of same. | 0.40 | $202.00 |
| 11/6/2009 | Joshua D. Morse | Trade emails with Ms. Hicks regarding final comments to memorandum in support of motion to dismiss. | 0.20 | $101.00 |
| 11/9/2009 | Jeanne E. Irving | Draft e-mail to Mr. Miller and debtors' counsel regarding Initial Disclosures and E-Discovery Disclosures. | 0.10 | $68.00 |
| 11/9/2009 | Jeanne E. Irving | Review various e-mails from Messrs. Morse, Morris and Miller regarding documents being served today. | 0.10 | $68.00 |
| 11/9/2009 | Jeanne E. Irving | Telephone call to office of Ms. Edwards regarding e-mail collection and disclosures being served today; telephone call to office of Mr. Beach; review and revise disclosures; telephone call to office of Mr. Dorsey regarding disclosures. | 0.20 | $136.00 |

In Reference To:                                    DATE: 3/16/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 11/9/2009 | Jeanne E. Irving | Telephone conference with Mr. Dorsey regarding Initial Disclosures and E-Discovery Disclosures. | 0.10 | $68.00 |
| 11/9/2009 | Jeanne E. Irving | Draft email to Mr. Miller regarding signing Initial Disclosures and E-Discovery Disclosures. | 0.10 | $68.00 |
| 11/9/2009 | Jeanne E. Irving | Legal research regarding request for hearing on motion to dismiss. | 0.10 | $68.00 |
| 11/9/2009 | Jeanne E. Irving | Review notice of service of Initial Disclosures and E-Discovery Disclosures. | 0.10 | $68.00 |
| 11/9/2009 | Jeanne E. Irving | Telephone call to office of Mr. Burzenski regarding e-mail collection and draft e-mail to Mr. Burzenski regarding same. | 0.10 | $68.00 |
| 11/9/2009 | Jeanne E. Irving | Review notes and loan documents in preparation for call with Ms. Rocco. | 0.60 | $408.00 |
| 11/9/2009 | Ryan Meshell | Attention to document review preparation (Create a database collection; import files to client database for attorney review; edit database fields for attorney review). | 3.10 | $635.50 |
| 11/9/2009 | Michael Morris | Correspondence regarding service and filing of motion to dismiss. | 0.30 | $228.00 |
| 11/9/2009 | Michael Morris | Correspondence with Mr. Morse regarding final changes to motion to dismiss. | 0.20 | $152.00 |
| 11/9/2009 | Michael Morris | Correspondence with Mr. Power regarding motion to dismiss. | 0.20 | $152.00 |
| 11/9/2009 | Joshua D. Morse | Review and revise memorandum in support of motion to dismiss. | 2.10 | $1,060.50 |
| 11/9/2009 | Joshua D. Morse | Review and revise motion to dismiss. | 0.50 | $252.50 |
| 11/9/2009 | Joshua D. Morse | Coordinate filing and service of motion to dismiss and memorandum in support thereof. | 0.30 | $151.50 |
| 11/9/2009 | Joshua D. Morse | Analysis of numerous emails from internal group regarding disclosure and discovery issues. | 0.70 | $353.50 |
| 11/10/2009 | Jeanne E. Irving | Prepare for conference call with Ms. Rocco and Mr. Morris. | 0.20 | $136.00 |
| 11/10/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding call with Ms. Rocco. | 0.20 | $136.00 |
| 11/10/2009 | Jeanne E. Irving | Telephone conference with Ms. Rocco and Mr. Morris regarding transactions between JPMorgan and AHM. | 0.70 | $476.00 |
| 11/10/2009 | Jeanne E. Irving | Further telephone conferences with Mr. Morris regarding call with Ms. Rocco and debtors' email collection. | 0.10 | $68.00 |

In Reference To:                                DATE: 3/16/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 11/10/2009 | Jeanne E. Irving | Draft email to Mr. Burzenski regarding email collection; review response; and draft reply. | 0.10 | $68.00 |
| 11/10/2009 | Jeanne E. Irving | Draft e-mail to debtors' counsel regarding email collection. | 0.10 | $68.00 |
| 11/10/2009 | Jeanne E. Irving | Draft summary of information received from Mr. Rocco. | 1.50 | $1,020.00 |
| 11/10/2009 | Jeanne E. Irving | Review JPMorgan's Initial Disclosures. | 0.10 | $68.00 |
| 11/10/2009 | Jeanne E. Irving | Draft further electronic correspondence to Mr. Burzenski regarding Ms. Larkin e-mail. | 0.10 | $68.00 |
| 11/10/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Morse regarding conference call regarding witnesses at Servicing. | 0.10 | $68.00 |
| 11/10/2009 | Jeanne E. Irving | Calculate deadlines regarding motion to dismiss counterclaims. | 0.10 | $68.00 |
| 11/10/2009 | Jeanne E. Irving | Draft e-mail to Ms. Ziady regarding calendaring all pretrial deadlines. | 0.10 | $68.00 |
| 11/10/2009 | Jeanne E. Irving | Reconcile Scheduling Order and calendar dates. | 0.40 | $272.00 |
| 11/10/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morse and Morris regarding trial date. | 0.10 | $68.00 |
| 11/10/2009 | Jeanne E. Irving | Draft e-mails to Mr. Miller regarding scheduling order. | 0.10 | $68.00 |
| 11/10/2009 | Michael Morris | Telephone conference with Ms. Irving regarding preparation for call with Ms. Rocco. | 0.20 | $152.00 |
| 11/10/2009 | Michael Morris | Telephone conference with Ms. Rocco and Mr. Irving regarding discovery issues. | 0.70 | $532.00 |
| 11/11/2009 | Ryan Meshell | Attention to document review preparation (Import documents for client database; edit database fields). | 3.20 | $656.00 |
| 11/12/2009 | Jeanne E. Irving | Draft preservation agreement. | 0.20 | $136.00 |
| 11/12/2009 | Jeanne E. Irving | Telephone call to office of Ms. Edwards regarding preservation agreement. | 0.10 | $68.00 |
| 11/12/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding preservation agreement and conference call with Debtors' regarding this and other discovery-related issues. | 0.10 | $68.00 |
| 11/12/2009 | Jeanne E. Irving | Draft email to Mr. McGuire regarding preservation agreement. | 0.10 | $68.00 |
| 11/12/2009 | Jeanne E. Irving | Review and analyze documents received from Servicing. | 0.70 | $476.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 11/12/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morse regarding Roger Kistler declaration and DVD from Servicing. | 0.10 | $68.00 |
| 11/12/2009 | Jeanne E. Irving | Draft discovery strategy and prepare for conference call with Debtors' counsel. | 1.80 | $1,224.00 |
| 11/12/2009 | Jeanne E. Irving | Draft e-mail to Mr. Santos regarding collection of Debtors' email and construction lending files. | 0.10 | $68.00 |
| 11/12/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding search terms. | 0.20 | $136.00 |
| 11/12/2009 | Jeanne E. Irving | Gather information on witnesses identified by JPMorgan. | 1.80 | $1,224.00 |
| 11/12/2009 | Michael Morris | Correspondence regarding revised custody agreement. | 0.30 | $228.00 |
| 11/12/2009 | Michael Morris | Review draft, unsigned custody agreement. | 0.40 | $304.00 |
| 11/13/2009 | Jeanne E. Irving | Review materials in preparation for conference call with Debtors' counsel. | 0.30 | $204.00 |
| 11/13/2009 | Jeanne E. Irving | Telephone conference with Messrs. Morris and Morse regarding discovery issues. | 0.30 | $204.00 |
| 11/13/2009 | Jeanne E. Irving | Telephone conference with Messrs. Miller, Dorsey, Edwards, Morris and Morse regarding discovery issues and motion to dismiss counterclaims. | 0.60 | $408.00 |
| 11/13/2009 | Jeanne E. Irving | Telephone conference with Ms. Rocco regarding discovery. | 0.10 | $68.00 |
| 11/13/2009 | Michael Morris | Telephone conference with Ms. Irving and Mr. Morse in preparation for call with debtors. | 0.30 | $228.00 |
| 11/13/2009 | Michael Morris | Telephone conference with Messrs. Edwards, Martinez, AHM personnel regarding discovery issues. | 0.60 | $456.00 |
| 11/13/2009 | Joshua D. Morse | Attend internal conference call regarding open issues. | 0.30 | $151.50 |
| 11/13/2009 | Joshua D. Morse | Attend conference call with debtors' counsel regarding open issues. | 0.60 | $303.00 |
| 11/13/2009 | Joshua D. Morse | Review proposed search terms for email document production. | 0.40 | $202.00 |
| 11/13/2009 | Melissa Ziady | Update responsive deadlines calendar. | 0.30 | $58.50 |
| 11/16/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morse regarding call with Mr. Stennett. | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 11/16/2009 | Jeanne E. Irving | Draft e-mail to Mr. McGuire regarding discovery issues and draft e-mail to Messrs. Morris and Morse regarding same. | 0.10 | $68.00 |
| 11/16/2009 | Jeanne E. Irving | Draft email to Litigation Support regarding Larkin e-mail discs. | 0.10 | $68.00 |
| 11/16/2009 | Jeanne E. Irving | Conference with Mr. Ray regarding Larkin e-mail files. | 0.10 | $68.00 |
| 11/16/2009 | Jeanne E. Irving | Review and analyze materials received from debtors. | 1.40 | $952.00 |
| 11/16/2009 | Joshua D. Morse | Attend conference call with Mr. Stennett and Ms. Irving regarding meetings with servicing personnel. | 0.40 | $202.00 |
| 11/17/2009 | Michael Morris | Review draft custody agreement. | 0.30 | $228.00 |
| 11/17/2009 | Joshua D. Morse | Review and respond to email correspondence from Mr. Morris regarding meetings with servicing personnel. | 0.10 | $50.50 |
| 11/18/2009 | Jeanne E. Irving | Review and respond to e-mail from Ms. Edwards regarding 5/07 amended Custody Agreement. | 0.10 | $68.00 |
| 11/18/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding unexecuted 5/07 amended Custody Agreement. | 0.10 | $68.00 |
| 11/18/2009 | Jeanne E. Irving | Review drafts of 5/07 amended Custody Agreement. | 0.50 | $340.00 |
| 11/18/2009 | Jeanne E. Irving | Draft e-mail to Ms. Edwards regarding restored e-mail for Messrs. Pino,  Friedman and Love. | 0.10 | $68.00 |
| 11/18/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Morris regarding JPMorgan document requests. | 0.10 | $68.00 |
| 11/18/2009 | Michael Morris | Correspondence regarding custody agreement and execution. | 0.20 | $152.00 |
| 11/18/2009 | Olin Ray | Attention to document review preparation (copy files to system; import into LAW; process for extraction; export data, load files, and images from LAW). | 2.00 | $410.00 |
| 11/19/2009 | Jeanne E. Irving | Review email from Mr. Morris regarding draft revised Custody Agreement. | 0.10 | $68.00 |
| 11/19/2009 | Jeanne E. Irving | Review e-mail from Mr. McGuire regarding discussion of discovery issues and motion to dismiss schedule and draft e-mail to Messrs. Morris and Morse regarding same. | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 11/19/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Morris regarding motion to dismiss schedule. | 0.10 | $68.00 |
| 11/19/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding revised Custody Agreement. | 0.30 | $204.00 |
| 11/19/2009 | Jeanne E. Irving | Telephone conference with Ms. Edwards regarding preservation efforts. | 0.10 | $68.00 |
| 11/19/2009 | Jeanne E. Irving | Draft e-mail to Mr. McGuire regarding discussion of discovery issues and motion to dismiss schedule. | 0.10 | $68.00 |
| 11/19/2009 | Michael Morris | Analyze perfection and estoppel issues in custody. | 0.70 | $532.00 |
| 11/19/2009 | Michael Morris | Correspondence with Ms. Irving regarding McGuire issues. | 0.20 | $152.00 |
| 11/19/2009 | Michael Morris | Correspondence regarding JPM request for extension of time. | 0.20 | $152.00 |
| 11/19/2009 | Michael Morris | Correspondence with Ms. Irving regarding emails and discovery. | 0.30 | $228.00 |
| 11/19/2009 | Olin Ray | Attention to document review preparation (copy files to system; import into LAW; process for extraction; export data, load files, and images from LAW; edit load files; batch data and port documents; quality control). | 4.00 | $820.00 |
| 11/20/2009 | Jeanne E. Irving | Review and analyze JPMorgan interrogatories and document requests to debtors. | 1.50 | $1,020.00 |
| 11/20/2009 | Jeanne E. Irving | Draft e-mail to debtors' counsel regarding JPMorgan document requests. | 0.10 | $68.00 |
| 11/20/2009 | Jeanne E. Irving | Review and respond to email from Mr. Edwards regarding preservation information and call with JPMorgan counsel regarding discovery issues. | 0.10 | $68.00 |
| 11/20/2009 | Jeanne E. Irving | Draft e-mail to debtors' counsel regarding motion to dismiss briefing schedule. | 0.10 | $68.00 |
| 11/20/2009 | Jeanne E. Irving | Draft e-mail to Mr. Miller regarding motion to dismiss schedule. | 0.10 | $68.00 |
| 11/20/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Miller regarding stipulation regarding motion to dismiss schedule. | 0.10 | $68.00 |
| 11/20/2009 | Jeanne E. Irving | Prepare for conference call with Mr. McGuire. | 0.10 | $68.00 |
| 11/20/2009 | Jeanne E. Irving | Review e-mail from Ms. Edwards regarding preservation agreement. | 0.10 | $68.00 |
| 11/20/2009 | Jeanne E. Irving | Telephone conference with Mr. McGuire regarding discovery issues. | 0.20 | $136.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 11/20/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding discovery issues. | 0.50 | $340.00 |
| 11/20/2009 | Jeanne E. Irving | Review and analyze Ms. Larkin email. | 3.40 | $2,312.00 |
| 11/20/2009 | Olin Ray | Attention to document review preparation (create load file; import emails, attachments and data; quality check). | 1.50 | $307.50 |
| 11/22/2009 | Jeanne E. Irving | Draft e-mail to Mr. McGuire regarding stipulation regarding motion to dismiss briefing schedule and review response to same. | 0.10 | $68.00 |
| 11/23/2009 | Jeanne E. Irving | Draft various e-mails to Messrs. Morris and Morse regarding conference regarding search methodology. | 0.10 | $68.00 |
| 11/23/2009 | Jeanne E. Irving | Develop search methodology. | 1.70 | $1,156.00 |
| 11/23/2009 | Jeanne E. Irving | Draft e-mail to Mike Morris regarding search terms. | 0.10 | $68.00 |
| 11/23/2009 | Jeanne E. Irving | Telephone conference with Mr. Burzenski regarding e-mail collection. | 0.10 | $68.00 |
| 11/23/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding discovery. | 0.60 | $408.00 |
| 11/23/2009 | Jeanne E. Irving | Review and analyze Larkin e-mails. | 0.60 | $408.00 |
| 11/23/2009 | Michael Morris | Telephone conference with Ms. Irving regarding discovery issues and search terms. | 0.60 | $456.00 |
| 11/23/2009 | Olin Ray | Attention to document review preparation (Extract designation documents and convert to PDF format). | 1.00 | $205.00 |
| 11/24/2009 | Jeanne E. Irving | Review and analyze Larkin e-mails. | 5.50 | $3,740.00 |
| 11/24/2009 | Jeanne E. Irving | Telephone conference with Mr. Burzenski regarding email collection. | 0.10 | $68.00 |
| 11/24/2009 | Jeanne E. Irving | Draft e-mail to Messrs. Morris and Morse regarding Larkin e-mail. | 0.10 | $68.00 |
| 11/24/2009 | Olin Ray | Attention to document review preparation (Combine PDF formatted documents). | 0.50 | $102.50 |
| 11/25/2009 | Jeanne E. Irving | Review and respond to e-mail from Mr. Green regarding document requests. | 0.10 | $68.00 |
| 11/30/2009 | Jeanne E. Irving | Draft requested search terms and draft e-mail to Messrs. Morris and Morse regarding same. | 0.60 | $408.00 |
| 11/30/2009 | Jeanne E. Irving | Draft e-mail to Mr. Burzenski regarding e-mail collection. | 0.30 | $204.00 |
| 11/30/2009 | Jeanne E. Irving | Telephone conferences with Mr. Ray regarding loading e-mail received from debtors . | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 11/30/2009 | Jeanne E. Irving | Telephone conference with Mr. Ray regarding search capability. | 0.10 | $68.00 |
| 11/30/2009 | Jeanne E. Irving | Draft e-ail to Messrs. Morris and Morse regarding e-mail received from debtor. | 0.30 | $204.00 |
| 11/30/2009 | Jeanne E. Irving | Draft correspondence to Mr. McGuire regarding proposed search terms, and draft e-mail to Messrs. Morris and Morse regarding same. | 1.20 | $816.00 |
| 11/30/2009 | Jeanne E. Irving | Review and analyze letter from debtors regarding discovery search parameters. | 0.40 | $272.00 |
| 11/30/2009 | Jeanne E. Irving | Draft preservation letter agreement and draft e-mail to Mr. McGuire regarding same. | 0.70 | $476.00 |
| 11/30/2009 | Olin Ray | Attention to document review preparation (Coordinate, monitor and process emails onto system). | 1.50 | $307.50 |
| 12/1/2009 | Jeanne E. Irving | Review and respond to email regarding processing of emails from several custodians. | 0.10 | $68.00 |
| 12/1/2009 | Jeanne E. Irving | Review and revise letter to Mr. McGuire regarding search terms and revise search term list. | 0.20 | $136.00 |
| 12/1/2009 | Jeanne E. Irving | Review and analyze Ms. Larkin's email. | 1.40 | $952.00 |
| 12/1/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; quality check). | 3.00 | $615.00 |
| 12/2/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding document production. | 0.30 | $204.00 |
| 12/2/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding hard copy document production. | 0.10 | $68.00 |
| 12/2/2009 | Jeanne E. Irving | Review and respond to email from Mr. Edwards regarding document production. | 0.30 | $204.00 |
| 12/2/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding document production. | 0.10 | $68.00 |
| 12/2/2009 | Michael Morris | Correspondence with Mr. Edwards regarding production of documents and interrogatories. | 0.20 | $152.00 |
| 12/2/2009 | Michael Morris | Correspondence with Ms. Irving regarding production of documents and Edwards' correspondence. | 0.30 | $228.00 |
| 12/2/2009 | Michael Morris | Correspondence with Ms. Irving regarding documents and responses. | 0.30 | $228.00 |
| 12/2/2009 | Michael Morris | Review and analyze document production request. | 0.50 | $380.00 |

In Reference To:                                    DATE: 3/16/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 12/2/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; quality check). | 4.00 | $820.00 |
| 12/3/2009 | Jeanne E. Irving | Review message from Ms. Edwards regarding discovery; telephone call to office of Ms. Edwards regarding same. | 0.10 | $68.00 |
| 12/3/2009 | Jeanne E. Irving | Review and analyze email files received from debtors. | 1.40 | $952.00 |
| 12/3/2009 | Jeanne E. Irving | Telephone conference with Ms. Edwards regarding discovery. | 0.40 | $272.00 |
| 12/3/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; quality check). | 2.00 | $410.00 |
| 12/4/2009 | Jeanne E. Irving | Review strategy for production of electronic documents. | 0.10 | $68.00 |
| 12/4/2009 | Jeanne E. Irving | Review and respond to email from Ms. Edwards regarding conference call with Mr. Martinez regarding responding to J.P. Morgan document requests. | 0.10 | $68.00 |
| 12/4/2009 | Olin Ray | Attention to document review prepration (Process PST files into LAW; export data; create load file; import documents and data; quality check). | 3.00 | $615.00 |
| 12/7/2009 | Jeanne E. Irving | Prepare for conference call with Ms. Edwards and Mr. Martinez regarding discovery. | 0.30 | $204.00 |
| 12/7/2009 | Jeanne E. Irving | Telephone conference with Ms. Edwards, Mr. Martinez, Mr. Dorsey, Mr. Fernandez and Ms. Carter regarding document production. | 0.60 | $408.00 |
| 12/7/2009 | Jeanne E. Irving | Draft emails to Mr. Miller, Ms. Edwards and Mr. Green regarding JP Morgan response to Committee's document requests; review and respond to email from Mr. Green regarding same. | 0.20 | $136.00 |
| 12/7/2009 | Jeanne E. Irving | Draft email to Mr. Morris and Mr. Morse regarding call with debtors' counsel and Zolfo Cooper. | 0.20 | $136.00 |
| 12/7/2009 | Jeanne E. Irving | Review Notice of Service of JP Morgan Response to Committee's document requests and draft email to Ms. Edwards regarding same. | 0.10 | $68.00 |
| 12/7/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding document production. | 0.40 | $272.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 12/7/2009 | Jeanne E. Irving | Review and analyze JP Morgan's document requests. | 2.90 | $1,972.00 |
| 12/8/2009 | Jeanne E. Irving | Review and analyze JP Morgan's responses to Committee's document requests. | 0.20 | $136.00 |
| 12/8/2009 | Jeanne E. Irving | Telephone conference with Ms. Edwards, Messrs. Dorsey, Morris, Burzenski, Martinez, Dokas and Vuolo regarding producing documents in response to JP Morgan document requests. | 1.30 | $884.00 |
| 12/8/2009 | Jeanne E. Irving | Review and respond to email from Mr. Burzenski regarding email production. | 0.10 | $68.00 |
| 12/8/2009 | Jeanne E. Irving | Review and revise stipulation regarding briefing schedule regarding motion to dismiss. | 0.20 | $136.00 |
| 12/8/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding stipulation regarding briefing schedule regarding motion to dismiss and regarding discovery issues. | 0.20 | $136.00 |
| 12/8/2009 | Jeanne E. Irving | Draft email to Mr. Miller regarding stipulation regarding motion to dismiss briefing schedule. | 0.10 | $68.00 |
| 12/8/2009 | Jeanne E. Irving | Draft email to Mr. McGuire regarding stipulation regarding motion to dismiss briefing schedule. | 0.10 | $68.00 |
| 12/8/2009 | Jeanne E. Irving | Draft email to Mr. McGuire regarding supplement to Initial Disclosures and regarding input on preservation letter. | 0.10 | $68.00 |
| 12/8/2009 | Jeanne E. Irving | Draft email to Mr. Green regarding JP Morgan response to document request. | 0.10 | $68.00 |
| 12/8/2009 | Michael Morris | Correspondence with Mr. Irving regarding conference call with debtors regarding document response and search. | 0.30 | $228.00 |
| 12/8/2009 | Michael Morris | Review documents and notes regarding email search terms and issues for document response. | 0.40 | $304.00 |
| 12/9/2009 | Jeanne E. Irving | Review and respond to email from Mr. Burzenski and Mr. Martinez regarding 169 loan files. | 0.10 | $68.00 |
| 12/9/2009 | Jeanne E. Irving | Draft email to Ms. Ziady regarding motion to dismiss briefing schedule. | 0.10 | $68.00 |
| 12/9/2009 | Jeanne E. Irving | Telephone conference with Mr. Green regarding electronic document production information. | 0.10 | $68.00 |
| 12/9/2009 | Michael Morris | Conference call with debtors and Mr. Irving regarding document search and response to JPMC request. | 1.20 | $912.00 |

In Reference To:                              DATE: 3/16/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 12/9/2009 | Michael Morris | Correspondence with Mr. Irving regarding documents. | 0.20 | $152.00 |
| 12/9/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; quality check). | 1.00 | $205.00 |
| 12/10/2009 | Jeanne E. Irving | Telephone conference with Mr. McGuire regarding preservation letter and status of document production. | 0.10 | $68.00 |
| 12/10/2009 | Jeanne E. Irving | Draft various emails to Ms. Yuson and Mr. Santos regarding media containing 169 loan files and review responses to same. | 0.10 | $68.00 |
| 12/10/2009 | Jeanne E. Irving | Review and respond to email from Ms. Edwards regarding medial containing 169 loan files. | 0.10 | $68.00 |
| 12/10/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; monitor processes; quality check). | 2.00 | $410.00 |
| 12/11/2009 | Jeanne E. Irving | Telephone conference with Ms. Ballard regarding electronic document review. | 0.10 | $68.00 |
| 12/11/2009 | Jeanne E. Irving | Conference with Mr. Santos regarding processing and review of electronic loan files and other documents received from debtors. | 0.10 | $68.00 |
| 12/11/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; monitor processes; quality check). | 3.00 | $615.00 |
| 12/14/2009 | Jeanne E. Irving | Review various emails regarding document production and collection of electronic documents. | 0.10 | $68.00 |
| 12/14/2009 | Jeanne E. Irving | Draft email to Ms. Edwards regarding discovery responses. | 0.10 | $68.00 |
| 12/14/2009 | Jeanne E. Irving | Legal research regarding discovery issues. | 0.10 | $68.00 |
| 12/14/2009 | Jeanne E. Irving | Review and analyze email files received from debtors. | 0.10 | $68.00 |
| 12/14/2009 | Joshua D. Morse | Analysis of JPMorgan responses to request for production. | 0.50 | $252.50 |
| 12/14/2009 | Olin Ray | (Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; monitor processes; quality check). | 3.00 | $615.00 |

In Reference To:                                        DATE: 3/16/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 12/15/2009 | Jeanne E. Irving | Review and respond to various emails from Mr. Ray regarding email files received from debtors. | 0.10 | $68.00 |
| 12/15/2009 | Jeanne E. Irving | Review of 169 loan files. | 0.60 | $408.00 |
| 12/15/2009 | Jeanne E. Irving | Telephone conference with Mr. McGuire regarding JP Morgan document production; telephone call to office of Ms. Edwards regarding written responses to JP Morgan document requests. | 0.10 | $68.00 |
| 12/15/2009 | Jeanne E. Irving | Telephone conference with Ms. Edwards regarding document productions and written responses to JP Morgan document requests. | 0.30 | $204.00 |
| 12/15/2009 | Jeanne E. Irving | Draft email to Ms. Ziady regarding privilege review on 169 loans. | 0.20 | $136.00 |
| 12/15/2009 | Jeanne E. Irving | Review and revise written response to JP Morgan's first discovery requests. | 2.10 | $1,428.00 |
| 12/15/2009 | Jeanne E. Irving | Conferences with Ms. Ziady regarding privilege review on 169 loans. | 0.40 | $272.00 |
| 12/15/2009 | Jeanne E. Irving | Draft written response to JP Morgan's first discovery request. | 3.20 | $2,176.00 |
| 12/15/2009 | Michael Morris | Correspondence with Mr. Dokos regarding documents. | 0.10 | $76.00 |
| 12/15/2009 | Michael Morris | Correspondence with Ms. Irving regarding documents. | 0.10 | $76.00 |
| 12/15/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; monitor processes; quality check; create folder and copy designated documents for review). | 2.50 | $512.50 |
| 12/15/2009 | Melissa Ziady | Attention to document review preparation (Review electric document database for privileged documents). | 1.50 | $292.50 |
| 12/16/2009 | Jeanne E. Irving | Review and respond to email from Mr. Martinez regarding conference call with team collecting electronic documents; review reply and respond to same. | 0.10 | $68.00 |
| 12/16/2009 | Jeanne E. Irving | Telephone conference with Mr. McGuire regarding request to continue deadline to file opposition to motion to dismiss. | 0.10 | $68.00 |
| 12/16/2009 | Jeanne E. Irving | Draft email to Mr. Morris and Mr. Morse regarding request to continue deadline to file opposition to motion to dismiss. | 0.10 | $68.00 |

In Reference To:                                    DATE: 3/16/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 12/16/2009 | Jeanne E. Irving | Review and revise written response to JP Morgan's first discovery requests. | 3.30 | $2,244.00 |
| 12/16/2009 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding request to continue deadline to file opposition to motion to dismiss. | 0.10 | $68.00 |
| 12/16/2009 | Jeanne E. Irving | Draft email to Mr. Dorsey, Mr. Beach and Ms. Edwards regarding request to continue deadline to file opposition to motion to dismiss. | 0.10 | $68.00 |
| 12/16/2009 | Jeanne E. Irving | Review and respond to email from Mr. Ray regarding electronic files being loaded onto introspect. | 0.10 | $68.00 |
| 12/16/2009 | Jeanne E. Irving | Review email from Ms. Edwards regarding request to continue deadline to file opposition to motion to dismiss, and draft email to Mr. McGuire regarding same. | 0.10 | $68.00 |
| 12/16/2009 | Jeanne E. Irving | Legal research relevant to document production obligations. | 0.40 | $272.00 |
| 12/16/2009 | Jeanne E. Irving | Analyze document production obligations in preparation for call with debtors review team. | 1.40 | $952.00 |
| 12/16/2009 | Jeanne E. Irving | Draft discovery plan and send email to Mr. Morris and Mr. Morse regarding same. | 0.90 | $612.00 |
| 12/16/2009 | Michael Morris | Correspondence regarding conference call. | 0.10 | $76.00 |
| 12/16/2009 | Michael Morris | Call with Ms. Irving regarding extension of response to motion. | 0.30 | $228.00 |
| 12/16/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; monitor processes; quality check). | 1.00 | $205.00 |
| 12/16/2009 | Celestino Santos | Prepare and update data for attorney review | 1.50 | $330.00 |
| 12/16/2009 | Melissa Ziady | Attention to document review preparation (Review database for privilege documents). | 1.00 | $195.00 |
| 12/17/2009 | Jeanne E. Irving | Review and revise stipulation regarding revised briefing schedule for motion to dismiss, and draft email to Mr. McGuire regarding same. | 0.20 | $136.00 |
| 12/17/2009 | Jeanne E. Irving | Legal research regarding privilege issues. | 2.70 | $1,836.00 |
| 12/17/2009 | Jeanne E. Irving | Review and analyze documents contained in the 169 loan files. | 0.40 | $272.00 |
| 12/17/2009 | Jeanne E. Irving | Draft Rule 502 Stipulation with JP Morgan. | 0.50 | $340.00 |
| 12/17/2009 | Jeanne E. Irving | Review Borrowing Base files received from Mr. Dokas today. | 0.10 | $68.00 |

In Reference To:                          DATE: 3/16/2010
                                American Home Mortgage
                            Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 12/17/2009 | Jeanne E. Irving | Telephone conference with Mr. Santos regarding Borrowing Base files. | 0.10 | $68.00 |
| 12/17/2009 | Jeanne E. Irving | Review and respond to various emails from Mr. Santos regarding Borrowing Base files. | 0.10 | $68.00 |
| 12/17/2009 | Jeanne E. Irving | Draft email to Mr. McGuire regarding JP Morgan document production. | 0.10 | $68.00 |
| 12/17/2009 | Jeanne E. Irving | Draft stipulated order under Rule 502(d) regarding JP Morgan. | 3.00 | $2,040.00 |
| 12/17/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; monitor processes; quality check). | 1.00 | $205.00 |
| 12/17/2009 | Celestino Santos | Prepare electronic email data for attorney document review. | 0.50 | $110.00 |
| 12/18/2009 | Jeanne E. Irving | Review electronic correspondence from Mr. McGuire regarding JP Morgan document production; review responses to same. | 0.10 | $68.00 |
| 12/18/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morse regarding Deutsche Bank, locate prior communications on that subject and draft email to Mr. Morris and Mr. Morse regarding same. | 0.20 | $136.00 |
| 12/18/2009 | Jeanne E. Irving | Review debtor's revised responses to J.P. Morgan's first discovery requests. | 0.10 | $68.00 |
| 12/18/2009 | Jeanne E. Irving | Draft email to Ms. Hall regarding revised responses to J.P. Morgan's first discovery requests. | 0.10 | $68.00 |
| 12/18/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; monitor processes; quality check). | 1.00 | $205.00 |
| 12/21/2009 | Jeanne E. Irving | Review debtor's revised responses to J.P. Morgan's first discovery requests. | 0.30 | $204.00 |
| 12/21/2009 | Jeanne E. Irving | Review and respond to email from Mr. Santos regarding form of production. | 0.10 | $68.00 |
| 12/21/2009 | Jeanne E. Irving | Draft stipulated order under Rule 502(d) regarding JP Morgan. | 1.60 | $1,088.00 |
| 12/21/2009 | Jeanne E. Irving | Draft email to Mike Morris and Josh Morse regarding stipulated order under Rule 502(d) regarding JPMorgan. | 0.30 | $204.00 |
| 12/21/2009 | Jeanne E. Irving | Review documents produced by JP Morgan. | 0.10 | $68.00 |

In Reference To:                          DATE: 3/16/2010
                                          American Home Mortgage
                                       Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 12/21/2009 | Celestino Santos | Prepare/process documents for attorney document review. | 1.00 | $220.00 |
| 12/22/2009 | Jeanne E. Irving | Review and respond to email from Ms. Edwards regarding Rule 502 order. | 0.10 | $68.00 |
| 12/22/2009 | Jeanne E. Irving | Review and respond to email from Ms. Edwards regarding written response to JP Morgan's document requests; telephone call to office of Ms. Edwards regarding document production. | 0.10 | $68.00 |
| 12/22/2009 | Jeanne E. Irving | Plan discovery strategy. | 0.50 | $340.00 |
| 12/22/2009 | Jeanne E. Irving | Review and analyze debtors' email production. | 1.40 | $952.00 |
| 12/22/2009 | Jeanne E. Irving | Telephone conference with Ms. Edwards regarding document production, written responses to JP Morgan document requests, and Rule 502 order. | 0.10 | $68.00 |
| 12/22/2009 | Jeanne E. Irving | Draft various emails to Mr. Santos regarding JP Morgan document production. | 0.30 | $204.00 |
| 12/22/2009 | Jeanne E. Irving | Review email from Mr. Burzenski regarding loan origination files, review loan files and draft response to same. | 0.20 | $136.00 |
| 12/22/2009 | Jeanne E. Irving | Telephone conference with Mr. McGuire regarding Rule 502 order. | 0.10 | $68.00 |
| 12/22/2009 | Jeanne E. Irving | Review email from Mr. Santos regarding format of JP Morgan document production. | 0.10 | $68.00 |
| 12/22/2009 | Jeanne E. Irving | Draft email to Mr. McGuire regarding Rule 502 order; draft email to Mr. Morris and Mr. Morse regarding same. | 0.10 | $68.00 |
| 12/22/2009 | Jeanne E. Irving | Telephone conference with Mr. Santos regarding format of JP Morgan's production to us and the debtors' production to JP Morgan. | 0.10 | $68.00 |
| 12/22/2009 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding Rule 502 Order. | 0.10 | $68.00 |
| 12/22/2009 | Jeanne E. Irving | Telephone conference with Mr. Burzenski regarding 169 loan files. | 0.10 | $68.00 |
| 12/22/2009 | Jeanne E. Irving | Draft email to Mr. Ray and Mr. Santos regarding 169 loan files and directions. | 0.10 | $68.00 |
| 12/22/2009 | Jeanne E. Irving | Review data received from Mr. Burzenski regarding email collection; draft email to Mr. Morris and Mr. Morse regarding same. | 0.20 | $136.00 |
| 12/22/2009 | Jeanne E. Irving | Telephone conference with Mr. Santos regarding 169 loan files and directories. | 0.10 | $68.00 |
| 12/22/2009 | Jeanne E. Irving | Review and analyze 169 loan files. | 0.60 | $408.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 12/22/2009 | Jeanne E. Irving | Draft email to Mr. Morris and Mr. Morse regarding consumer privacy issues. | 0.30 | $204.00 |
| 12/22/2009 | Jeanne E. Irving | Legal research regarding consumer privacy issues. | 0.30 | $204.00 |
| 12/22/2009 | Jeanne E. Irving | Draft email to Ms. Edwards, Mr. Beach and Mr. Dorsey regarding consumer privacy issues. | 0.10 | $68.00 |
| 12/22/2009 | Jeanne E. Irving | Conference with Ms. Ziady regarding document review in preparation to production to JP Morgan, including telephone conference with Mr. Ray (for part of time) regarding status of loading email data onto Introspect. | 0.20 | $136.00 |
| 12/22/2009 | Jeanne E. Irving | Review and analyze documents produced by JP Morgan. | 1.70 | $1,156.00 |
| 12/22/2009 | Michael Morris | Review draft consumer privacy stipulation and Irving correspondence regarding same. | 0.50 | $380.00 |
| 12/22/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; monitor processes; quality check). | 1.50 | $307.50 |
| 12/22/2009 | Celestino Santos | Prepare documents for attorney document review. | 0.80 | $176.00 |
| 12/23/2009 | Jeanne E. Irving | Prepare timeline of events relevant to case. | 0.50 | $340.00 |
| 12/23/2009 | Jeanne E. Irving | Conference with Ms. Ziady regarding analysis of levels of REO Properties disclosed on Borrowing Base Certificates. | 0.10 | $68.00 |
| 12/23/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; monitor processes; quality check). | 3.00 | $615.00 |
| 12/24/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; monitor processes; quality check). | 1.00 | $205.00 |
| 12/28/2009 | Jeanne E. Irving | Review and respond to email from Ms. Ziady regarding document review. | 0.10 | $68.00 |
| 12/28/2009 | Jeanne E. Irving | Telephone conference with Ms. Ziady regarding analysis of documents produced by JP Morgan. | 0.10 | $68.00 |
| 12/28/2009 | Jeanne E. Irving | Review email from Mr. Ray regarding Pino email collection. | 0.10 | $68.00 |

In Reference To:                              DATE: 3/16/2010
                                 American Home Mortgage
                           Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 12/28/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; monitor processes; quality check). | 1.00 | $205.00 |
| 12/29/2009 | Jeanne E. Irving | Telephone conference with Ms. Edwards regarding status of discovery and protective order. | 0.20 | $136.00 |
| 12/29/2009 | Olin Ray | Attention to document review preparation (Process PST files into LAW; export data; create load file; import documents and data; monitor processes; quality check). | 0.50 | $102.50 |
| 1/4/2010 | Jeanne E. Irving | Analyze status of proceedings and prepare case strategy. | 1.00 | $680.00 |
| 1/4/2010 | Jeanne E. Irving | Conference with Mr. Santos, Mr. Ray and Ms. Ziady regarding status of processing debtors' email. | 0.20 | $136.00 |
| 1/4/2010 | Jeanne E. Irving | Legal research regarding time to file motion to compel discovery. | 0.30 | $204.00 |
| 1/4/2010 | Jeanne E. Irving | Draft email to Mr. Miller regarding time to file motion to compel discovery. | 0.10 | $68.00 |
| 1/4/2010 | Jeanne E. Irving | Review and analyze documents produced by JPMorgan and documents received from debtors. | 2.10 | $1,428.00 |
| 1/4/2010 | Michael Morris | Correspondence with Ms. Irving and Mr. Morse regarding status. | 0.10 | $76.00 |
| 1/4/2010 | Olin Ray | Attention to document review preparation (Meeting with partner to discuss progress; monitor the processing of data for review). | 0.50 | $102.50 |
| 1/4/2010 | Celestino Santos | Meeting with Ms. Irving, Ms. Ziady and Mr. Ray regarding electronic data from client | 0.10 | $22.00 |
| 1/4/2010 | Melissa Ziady | Code electronic documents for document review. | 0.50 | $97.50 |
| 1/5/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris and Mr. Bennett regarding status of discovery and development of case strategy. | 0.50 | $340.00 |
| 1/5/2010 | Jeanne E. Irving | Draft email to Mr. Mester regarding protective orders. | 0.10 | $68.00 |
| 1/5/2010 | Jeanne E. Irving | Review and respond to email from Mr. Miller regarding associate. | 0.10 | $68.00 |
| 1/5/2010 | Michael Morris | Conference call with Ms. Irving and Mr. Bennett regarding status and tasks. | 0.80 | $608.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 3/16/2010

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 1/5/2010 | Joshua D. Morse | Telephone conference with Mr. Morris and Ms. Irving regarding status of litigation and next steps. | 0.50 | $262.50 |
| 1/6/2010 | Jeanne E. Irving | Draft protective order. | 3.20 | $2,176.00 |
| 1/6/2010 | Jeanne E. Irving | Review and analysis of opposition to motion to dismiss counterclaims. | 1.30 | $884.00 |
| 1/6/2010 | Jeanne E. Irving | Draft email to Mr. Morris and Mr. Morse regarding draft protective order. | 0.10 | $68.00 |
| 1/6/2010 | Jeanne E. Irving | Review declaration of Mr. McGuire in opposition to Motion to Dismiss and draft email to Mr. Morris and Mr. Morse regarding same. | 0.10 | $68.00 |
| 1/6/2010 | Michael Morris | Analyze memorandum in opposition to motion to dismiss. | 0.80 | $608.00 |
| 1/7/2010 | Jeanne E. Irving | Review and analysis of opposition to motion to dismiss counterclaims. | 6.20 | $4,216.00 |
| 1/7/2010 | Michael Morris | Correspondence from Ms. Irving regarding motion to dismiss and issues for reply. | 0.50 | $380.00 |
| 1/7/2010 | Michael Morris | Outline reply issues and research needed. | 0.60 | $456.00 |
| 1/7/2010 | Celestino Santos | Discuss status of electronic data process | 0.50 | $110.00 |
| 1/8/2010 | Michael Morris | Correspondence with Ms. Irving regarding reply. | 0.20 | $152.00 |
| 1/8/2010 | Michael Morris | Research regarding breach issue and cases in opposition. | 0.80 | $608.00 |
| 1/11/2010 | Jeanne E. Irving | Review various email regarding protective order and motion to dismiss. | 0.20 | $136.00 |
| 1/11/2010 | Jeanne E. Irving | Draft email to debtors' counsel regarding protective order regarding consumer information. | 0.10 | $68.00 |
| 1/11/2010 | Jeanne E. Irving | Review and analyze opposition to motion to dismiss counterclaims. | 0.20 | $136.00 |
| 1/11/2010 | Michael Morris | Draft opening sections of reply brief. | 1.20 | $912.00 |
| 1/11/2010 | Michael Morris | Review cases regarding breach and conversion. | 1.50 | $1,140.00 |
| 1/12/2010 | Jeanne E. Irving | Review draft opening of reply brief in support of motion to dismiss counterclaims. | 0.20 | $136.00 |
| 1/12/2010 | Jeanne E. Irving | Analyze status of discovery. | 0.40 | $272.00 |
| 1/12/2010 | Jeanne E. Irving | Telephone conference with Mr. Martinez regarding REO analysis. | 0.10 | $68.00 |

In Reference To:                                    DATE: 3/16/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 1/12/2010 | Jeanne E. Irving | Review and analyze spreadsheet regarding loans pledged to JPMorgan as collateral and draft email to Mr. Morris and Mr. Morse regarding same. | 1.80 | $1,224.00 |
| 1/12/2010 | Michael Morris | Revise opening sections to reply brief. | 0.80 | $608.00 |
| 1/12/2010 | Michael Morris | Correspondence to Ms. Irving regarding reply. | 0.30 | $228.00 |
| 1/13/2010 | Jeanne E. Irving | Review email from Mr. Morris regarding analysis of REO pledged to JPMorgan; draft email to Mr. Martinez regarding conference call regarding same. | 0.10 | $68.00 |
| 1/13/2010 | Jeanne E. Irving | Draft email to Ms. Edwards regarding protective order regarding consumer information. | 0.10 | $68.00 |
| 1/13/2010 | Jeanne E. Irving | Draft email to Mr. McGuire regarding protective order regarding consumer information and regarding Rule 502 order. | 0.20 | $136.00 |
| 1/13/2010 | Michael Morris | Review spreadsheet from debtors regarding loans on JPMC line and defaults. | 0.80 | $608.00 |
| 1/13/2010 | Michael Morris | Correspondence with Ms. Irving regarding loan spreadsheet. | 0.10 | $76.00 |
| 1/13/2010 | Joshua D. Morse | Draft email correspondence to Mr. Stennett regarding document production to JPMorgan. | 0.10 | $52.50 |
| 1/13/2010 | Celestino Santos | Prepare/process electronic data for attorney review. | 3.00 | $660.00 |
| 1/14/2010 | Jeanne E. Irving | Review and analyze spreadsheet regarding loans pledged to JPMorgan as collateral in preparation for conference call with debtors' personnel. | 1.70 | $1,156.00 |
| 1/14/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding analysis of loan spreadsheet from debtors. | 0.30 | $204.00 |
| 1/14/2010 | Jeanne E. Irving | Telephone conference with Messrs. Martinez, Voulo, Dokas and Mr. Morris. | 0.80 | $544.00 |
| 1/14/2010 | Michael Morris | Telephone conference with Ms. Irving in preparation for conference with debtors regarding discovery issues. | 0.30 | $228.00 |
| 1/14/2010 | Michael Morris | Telephone conference with Messrs. Martinez, Dokos, Ms. Irving regarding spreadsheet regarding all defaults on JPMC mortgages. | 0.60 | $456.00 |
| 1/14/2010 | Celestino Santos | Prepare/process electronic data for attorney document review. | 3.00 | $660.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 3/16/2010

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 1/15/2010 | Jeanne E. Irving | Review email from Mr. McGuire regarding protective orders and review of attached subpoena to BDO Seidman. | 0.10 | $68.00 |
| 1/15/2010 | Jeanne E. Irving | Draft email to Mr. Morris and Mr. Morse regarding subpoena to BDO Seidman; draft email to debtors's counsel regarding same. | 0.10 | $68.00 |
| 1/15/2010 | Michael Morris | Correspondence with Ms. Irving regarding subpoena on Seidman. | 0.30 | $228.00 |
| 1/16/2010 | Celestino Santos | Prepare/process electronic data for attorney document review. | 3.00 | $660.00 |
| 1/17/2010 | Celestino Santos | Prepare/process electronic data for attorney document review. | 3.00 | $660.00 |
| 1/18/2010 | Jeanne E. Irving | Review electronic correspondence from Mr. Dokas regarding documentation of margin payment; review and respond to email from Mr. Morris regarding motion to dismiss. | 0.10 | $68.00 |
| 1/18/2010 | Michael Morris | Revise reply brief. | 0.70 | $532.00 |
| 1/18/2010 | Michael Morris | Research regarding 544 issues in reply brief. | 0.80 | $608.00 |
| 1/18/2010 | Michael Morris | Correspondence to Ms. Irving regarding reply brief. | 0.10 | $76.00 |
| 1/18/2010 | Celestino Santos | Prepare/process electronic data for attorney document review. | 2.70 | $594.00 |
| 1/19/2010 | Celestino Santos | Prepare/process electronic data for attorney document review. | 3.30 | $726.00 |
| 1/20/2010 | Jeanne E. Irving | Review and analyze subpoenas served by JPMorgan. | 0.30 | $204.00 |
| 1/20/2010 | Jeanne E. Irving | Review and respond to email from Mr. Beach regarding subpoenas. | 0.10 | $68.00 |
| 1/20/2010 | Jeanne E. Irving | Review and respond to email from Mr. Miller regarding subpoenas. | 0.10 | $68.00 |
| 1/20/2010 | Jeanne E. Irving | Legal research regarding time to respond to subpoenas. | 0.60 | $408.00 |
| 1/20/2010 | Jeanne E. Irving | Review and revise consumer information protective order, and draft email to Mr. McGuire regarding same. | 0.50 | $340.00 |
| 1/20/2010 | Jeanne E. Irving | Telephone conference with Ms. Edwards regarding status of various discovery matters. | 0.20 | $136.00 |
| 1/20/2010 | Michael Morris | Correspondence to Ms. Power regarding subpoena to BDO. | 0.20 | $152.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 1/20/2010 | Michael Morris | Telephone conference with Mr. Berliner regarding subpoena. | 0.30 | $228.00 |
| 1/20/2010 | Michael Morris | Correspondence regarding subpoena. | 0.10 | $76.00 |
| 1/20/2010 | Celestino Santos | Prepare/process e-mail for attorney document review. | 4.00 | $880.00 |
| 1/21/2010 | Celestino Santos | Prepare/process electronic data for attorney document review. | 2.00 | $440.00 |
| 1/22/2010 | Jeanne E. Irving | Review and analyze issues relevant to subpoenas to third parties and draft email to Mr. Morse and Mr. Morris regarding same. | 0.20 | $136.00 |
| 1/22/2010 | Jeanne E. Irving | Research and draft email to Mr. McGuire and Mr. Green regarding service of subpoenas. | 0.60 | $408.00 |
| 1/22/2010 | Jeanne E. Irving | Analyze scope of email received from AHM per request of Ms. Edwards and draft email to Ms. Edwards regarding same. | 0.40 | $272.00 |
| 1/22/2010 | Jeanne E. Irving | Review email from Mr. Santos regarding status of email processing and telephone conference with Mr. Santos regarding same. | 0.10 | $68.00 |
| 1/22/2010 | Michael Morris | Correspondence with Ms. Irving regarding subpoenas. | 0.20 | $152.00 |
| 1/22/2010 | Michael Morris | Revise reply brief and review cases regarding conversion and 544. | 0.80 | $608.00 |
| 1/22/2010 | Michael Morris | Review opposition for response. | 0.30 | $228.00 |
| 1/22/2010 | Celestino Santos | Prepare/process documents for attorney document review. | 5.00 | $1,100.00 |
| 1/23/2010 | Celestino Santos | Prepare/process documents for attorney document review. | 4.00 | $880.00 |
| 1/24/2010 | Celestino Santos | Prepare/process documents for attorney document review. | 4.00 | $880.00 |
| 1/25/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding motion to dismiss counterclaims. | 0.10 | $68.00 |
| 1/25/2010 | Michael Morris | Draft reply and transmit to Mr. Morse and Ms. Irving. | 0.70 | $532.00 |
| 1/25/2010 | Celestino Santos | Prepare/process documents for review | 4.00 | $880.00 |
| 1/26/2010 | Jeanne E. Irving | Review and analyze third party subpoenas served by JPMorgan. | 0.40 | $272.00 |
| 1/26/2010 | Jeanne E. Irving | Review and respond to various emails from Mr. McGuire regarding third party subpoenas. | 0.20 | $136.00 |
| 1/26/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding third party subpoenas. | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 1/26/2010 | Jeanne E. Irving | Draft portions of reply brief in support of motion to dismiss counterclaims. | 2.40 | $1,632.00 |
| 1/26/2010 | Jeanne E. Irving | Draft email to Ms. Edwards regarding third party subpoenas. | 0.10 | $68.00 |
| 1/26/2010 | Jeanne E. Irving | Research in support of attorney document reply brief. | 2.70 | $1,836.00 |
| 1/26/2010 | Jeanne E. Irving | Review and revise reply brief. | 2.90 | $1,972.00 |
| 1/26/2010 | Michael Morris | Correspondence with Mr. Irving regarding BDO response and call to BDO. | 0.30 | $228.00 |
| 1/26/2010 | Celestino Santos | Prepare/process documents for attorney document review. | 3.20 | $704.00 |
| 1/27/2010 | Jeanne E. Irving | Review BDO Seidman subpoena response and draft email to Mr. Morris regarding same. | 0.10 | $68.00 |
| 1/27/2010 | Jeanne E. Irving | Draft portions of reply brief in support of motion to dismiss counterclaims. | 2.90 | $1,972.00 |
| 1/27/2010 | Jeanne E. Irving | Draft email to Mr. Morris regarding subpoena to BDO Seidman and review response to same; telephone call to office of Ms. Edwards regarding third party subpoenas. | 0.10 | $68.00 |
| 1/27/2010 | Jeanne E. Irving | Telephone conference with Ms. Edwards regarding third party subpoenas and status of discovery. | 0.10 | $68.00 |
| 1/27/2010 | Jeanne E. Irving | Telephone conference with Mr. McGuire regarding BDO Seidman subpoena response; draft email to Mr. Morris regarding same. | 0.10 | $68.00 |
| 1/27/2010 | Jeanne E. Irving | Research in support of reply brief. | 2.70 | $1,836.00 |
| 1/27/2010 | Jeanne E. Irving | Review and revise reply brief. | 1.90 | $1,292.00 |
| 1/27/2010 | Celestino Santos | Prepare/process documents for attorney document review. | 2.60 | $572.00 |
| 1/28/2010 | Jeanne E. Irving | Draft portions of reply brief in support of motion to dismiss counterclaims. | 2.50 | $1,700.00 |
| 1/28/2010 | Jeanne E. Irving | Telephone conference with Ms. Michaelis regarding BDO Seidman response to subpoena. | 0.10 | $68.00 |
| 1/28/2010 | Jeanne E. Irving | Research in support of reply brief. | 2.10 | $1,428.00 |
| 1/28/2010 | Jeanne E. Irving | Review and revise reply brief. | 3.60 | $2,448.00 |
| 1/29/2010 | Jeanne E. Irving | Review and revise reply brief. | 3.40 | $2,312.00 |
| 1/29/2010 | Jeanne E. Irving | Research and draft portions of reply brief in support of motion to dismiss counterclaims. | 3.40 | $2,312.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 3/16/2010

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 1/30/2010 | Michael Morris | Review draft from Ms. Irving of reply sections and revise front sections. | 0.80 | $608.00 |
| 1/30/2010 | Celestino Santos | Prepare documents for attorney document review. | 0.90 | $198.00 |
| TOTALS:  0120 - Litigation | | | 312.50 | $162,493.00 |