# EXHIBIT B

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

COSTS ADVANCED

| Description | Amount |
|---|---|
| Outside Background Research | 44.00 |
| Computerized Legal Research | 1,373.63 |
| Telephone | 119.18 |
| In-House Reproduction | 51.00 |
| Scanning | 67.70 |
| Travel & Transportation | 0.00 |
| TOTAL COSTS ADVANCED: | $1,655.51 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

COSTS BY ACTIVITY

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

## ACTIVITY: BAC

| Date | Description | Amount |
|------|-------------|--------|
| 01/06/10 | Outside Background Research - - VENDOR: Pacer Service Center Inv#010610- For services rendered from 10/01/09 to 12/31/09 for Legal Research - Pacer | $44.00 |

TOTAL: BAC

$44.00

## ACTIVITY: HLEG

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 11/01/2009 | $1.78 |
| 11/01/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 1/01/2009 | $3.10 |
| 11/01/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 11/01/2009 | $89.78 |
| 11/02/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 11/02/2009 | $14.30 |
| 11/02/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 11/02/2009 | $69.48 |
| 11/04/09 | Computerized Legal Research LEXIS LEGAL SERVICES-COMBINED SEARCH COMPONEN T on 11/04/2009 | $17.73 |
| 11/04/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 11/04/2009 | $93.92 |
| 11/04/09 | Computerized Legal Research For services rendered from 11/01/09 to 11/30/ 09 for Legal Research - WESTLAW. | $19.08 |
| 11/05/09 | Computerized Legal Research LEXIS LEGAL SERVICES-COMBINED SEARCH COMPONEN T on 11/05/2009 | $20.73 |
| 11/05/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 11/05/2009 | $45.75 |
| 11/06/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 11/06/2009 | $3.57 |
| 11/06/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 11/06/2009 | $11.72 |
| 11/09/09 | Computerized Legal Research For services rendered from 11/01/09 to 11/30/ 09 for Legal Research - WESTLAW. | $50.89 |
| 11/19/09 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 1/19/2009 | $1.03 |
| 11/19/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 11/19/2009 | $1.78 |
| 11/25/09 | Computerized Legal Research For services rendered from 11/01/09 to 11/30/ 09 for Legal Research - WESTLAW. | $12.72 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Description | Amount |
|------|-------------|--------|
| 12/07/09 | Computerized Legal Research COLLIER SERVICE-SEARCHES on 12/07/2009 | $57.09 |
| 12/16/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 12/16/2009 | $59.22 |
| 12/17/09 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 12/17/2009 | $27.75 |
| 01/07/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 1/07/2010 | $1.33 |
| 01/07/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 01/07/2010 | $9.20 |
| 01/18/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 01/ 18/2010 | $4.60 |
| 01/18/10 | Computerized Legal Research COLLIER SERVICE-SINGLE DOCUMENT RETRIEVAL on 01/18/2010 | $9.20 |
| 01/18/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 01/18/2010 | $11.49 |
| 01/18/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 01/18/2010 | $29.78 |
| 01/22/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 01/22/2010 | $2.30 |
| 01/25/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 1/25/2010 | $1.33 |
| 01/25/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 01/25/2010 | $9.20 |
| 01/25/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 01/25/2010 | $74.47 |
| 01/26/10 | Computerized Legal Research For services rendered from 01/01/10 to 01/31/ 10 for Legal Research - WESTLAW. | $12.67 |
| 01/26/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 01/26/2010 | $40.45 |
| 01/26/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 01/26/2010 | $55.18 |
| 01/27/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 01/27/2010 | $6.90 |
| 01/27/10 | Computerized Legal Research LEXIS LEGAL SERVICES-COMBINED SEARCH COMPONEN T on 01/27/2010 | $40.82 |
| 01/27/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 01/27/2010 | $194.90 |
| 01/28/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 1/28/2010 | $4.00 |
| 01/28/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 01/28/2010 | $20.68 |
| 01/28/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 01/28/2010 | $117.87 |
| 01/29/10 | Computerized Legal Research For services rendered from 01/01/10 to 01/31/ 10 for Legal Research - WESTLAW. | $12.67 |

In Reference To: DATE: 3/16/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Description | Amount |
|------|-------------|--------|
| 01/29/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 01/29/2010 | $11.49 |
| 01/29/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 01/29/2010 | $101.68 |

TOTAL: HLEG

$1,373.63

ACTIVITY: HTEL

| Date | Description | Amount |
|------|-------------|--------|
| 09/12/09 | Telephone - - VENDOR: American Teleconferencing Services, LTD Inv#02497755-CR- for service rendered during 07/13- 08/12/09 for conference call for Mr. Morse. | $13.02 |
| 10/12/09 | Telephone - - VENDOR: American Teleconferencing Services, LTD Inv#02637289- for service rendered during 09/13- 10/12/09 for conference call. | $35.30 |
| 11/12/09 | Telephone - - VENDOR: American Teleconferencing Services, LTD Inv#02714796- for service rendered during 10/13- 11/12/09 for conference call. | $70.86 |

TOTAL: HTEL

$119.18

ACTIVITY: INH

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/09 | In-House Reproduction Expense (10 copies @ $.10 per page). | $1.00 |
| 12/28/09 | In-House Reproduction Expense (17 copies @ $.10 per page). | $1.70 |
| 01/06/10 | In-House Reproduction Expense (233 copies @ $.10 per page). | $23.30 |
| 01/12/10 | In-House Reproduction Expense (234 copies @ $.10 per page). | $23.40 |
| 01/26/10 | In-House Reproduction Expense (16 copies @ $.10 per page). | $1.60 |

TOTAL: INH

$51.00

ACTIVITY: SCA

| Date | Description | Amount |
|------|-------------|--------|
| 11/04/09 | Scanning Expense (15 pages @ $.10 per page). | $1.50 |
| 11/23/09 | Scanning (16 pages @ $.10 per page). | $1.60 |
| 12/01/09 | Scanning Expense (5 pages @ $.10 per page). | $0.50 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Description | Amount |
|------|-------------|--------|
| 12/14/09 | Scanning Expense (6 pages @ $.10 per page). | $0.60 |
| 12/14/09 | Scanning expense (29 pages @ $.10 per page). | $2.90 |
| 12/14/09 | Scanning Expense (1 pages @ $.10 per page). | $0.10 |
| 12/28/09 | Scanning Expense (34 pages @ $.10 per page). | $3.40 |
| 01/06/10 | Scanning Expense (233 pages @ $.10 per page). | $23.30 |
| 01/12/10 | Scanning Expenses (1 pages @ $.10 per page). | $0.10 |
| 01/12/10 | Scanning Expense (46 pages @ $.10 per page). | $4.60 |
| 01/12/10 | Scanning Expense (128 pages @ $.10 per page). | $12.80 |
| 01/12/10 | Scanning Expense (106 pages @ $.10 per page). | $10.60 |
| 01/20/10 | Scanning Expense (7 pages @ $.10 per page). | $0.70 |
| 01/20/10 | Scanning Expense (7 pages @ $.10 per page). | $0.70 |
| 01/20/10 | Scanning Expense (7 pages @ $.10 per page). | $0.70 |
| 01/26/10 | Scanning Expense (6 pages @ $.10 per page). | $0.60 |
| 01/26/10 | Scanning Expense (6 pages @ $.10 per page). | $0.60 |
| 01/26/10 | Scanning Expense (6 pages @ $.10 per page). | $0.60 |
| 01/26/10 | Scanning Expense (9 pages @ $.10 per page). | $0.90 |
| 01/26/10 | Scanning Expense (1 page @ $.10 per page). | $0.10 |
| 01/26/10 | Scanning Expense (8 pages @ $.10 per page). | $0.80 |

TOTAL: SCA

$67.70

TOTAL ALL ACTIVITIES:                                    $1,655.51