**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC.**, a Delaware | : | |
| Corporation, et al.,[1] | : | **Jointly Administered** |
| | : | |
| | : | Objection Deadline:  April 6, 2010 at 4:00 p.m. |
| **Debtors.** | : | Hearing Date:  May 4, 2010 at 9:00 a.m. |

**FIRST INTERIM FEE APPLICATION REQUEST**

Name of Applicant:   Hennigan, Bennett & Dorman LLP

Authorized to Provide Professional Services to:   Official Committee of Unsecured Creditors

Date of Retention:   May 2, 2008, *nunc pro tunc* to March 3, 2008

Period for which compensation
and reimbursement are sought:   November 1, 2008 through January 31, 2010[2]

Amount of Compensation sought as actual,
reasonable, and necessary:   $516,696.00

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary:   $16,681.42

This is a(n):  ___ monthly    _X_  interim   ___   final application.

---

[1] The Debtors are the following entities:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] Hennigan, Bennett & Dorman, LLP's November 2008 – February 2009 [Docket No. 7317], March 2009 – July 2009 [Docket No. 8008], August 2009 – October 2009 [Docket No. 8439] and November 2009 – January 2010 [Docket No. 8691] monthly fee applications are hereby incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) |
| 4/24/2009 Docket No. 7317 | 11/01/2008 - 2/28/2009 | $61,528.50[3] | $2,325.37 | $49,222.80 | $2,325.37 |
| 9/4/2009 Docket No. 8008 | 3/1/2009 - 7/31/09 | $98,787.00 | $1,328.86 | $79,029.60 | $1,328.86 |
| 12/28/2009 Docket No.8439 | 8/1/2009 - 10/31/09 | $192,821.00 | $11,371.68 | $154,256.00 | $11,371.68 |
| 3/17/2010 Docket No. 8691 | 11/1/2009 - 1/31/10 | $163,559.50 | $1,655.51 | Obj deadline 4/6/10 | Obj deadline 4/6/10 |

Summary of Any Objections to Fee Applications: No objections have been filed to Hennigan, Bennett & Dorman LLP's monthly fee applications.

PLEASE TAKE NOTICE that pursuant to that certain Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code, dated September 3, 2007 [Docket No. 547] (the "Administrative Order"), Hennigan, Bennett & Dorman LLP ("HBD") hereby applies for interim quarterly allowance of compensation and reimbursement of expenses for all monthly applications filed during the period from November 1, 2008 through and including January 31, 2010, as summarized in the table immediately above.

PLEASE TAKE FURTHER NOTICE that Objections, if any, to the Interim Fee Application Request must be made in accordance with the Administrative Order, and must be filed with the Clerk of the Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and served on the Applicant at the address set forth below and the notice parties set forth in the Administrative Order so as to be received on or before **April 6, 2010, at 4:00 p.m. (ET)**. If no timely objections are filed to the Interim Fee Application

---

[3] As adjusted pursuant to the Final Fee Examiner Report filed on June 4, 2009 [Docket No. 7497].

2

Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Interim Fee Application Request will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on **May 4, 2010 at 9:00 a.m. (ET)**.

Dated: Los Angeles, California
March 16, 2010

FERRY, JOSEPH AND PEARCE, P.A.
Rick S. Miller (No. 3418)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19801
Telephone: (302) 575-1555
Facsimile: (302) 575-1714

-and-

HENNIGAN, BENNETT & DORMAN LLP

_____
Bruce Bennett
Michael A. Morris
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200

*Special Conflicts Counsel to the
Official Committee of Unsecured Creditors*