## <u>CERTIFICATE OF SERVICE</u>

I, Lisa L. Coggins, Esquire, hereby certify that on March 17, 2010, I caused one copy of the foregoing **First Interim Fee Application Request of Hennigan, Bennett & Dorman LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2008 through January 31, 2010**, to be served upon the parties listed in Exhibit A in the manner indicated and one copy of the Notice of the Application, to be served upon the parties listed in Exhibit B in the manner indicated.

Upon penalty of perjury I declare that the foregoing is true and correct.


/s/Lisa L. Coggins
Lisa L. Coggins (No. 4234)

**EXHIBIT A**

**BY HAND DELIVERY**

James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Victoria W. Counihan, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801

**BY FIRST-CLASS U.S. MAIL**

Alan Horn, Esq., General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Jeffrey M. Levine, Esq.
Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

**EXHIBIT B**

**BY HAND DELIVERY**

*Counsel for Merrill Lynch*
Derek Abbott
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

*Counsel for Chavez; Trister*
Elihu Allinson, III
Sullivan - Hazeltine - Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

*Counsel for Liberty Property*
Michael Barrie
Schnader Harrison Segal & Lewis LLP
824 N. Market St., Suite 1001
Wilmington, DE  19801

*Counsel for Wells Fargo, Washington Mutual, Inland US Management, LLC*
Karen Bifferato
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

*Counsel for Greenwich Capital; Royal Bank of Scotland*
Joseph Bodnar
Law Offices of Joseph J. Bodnar
1201 Orange Street, Ste. 400
Wilmington, DE  19801

*Counsel for UBS Securities LLC; Morgan Stanley; CIFG; Lehman*
William Bowden
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

*Counsel for AT&T*
Charles Brown
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

*Counsel for Propex*
Michael Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

*Counsel for Calyon*
Michael Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

*Counsel for HSBC, HSI Asset*
Mary Caloway
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

*Counsel for Citibank, N.A.*
John Carroll, III
Cozen O'Connor
Chase Manhattan Center, Suite 1400
1201 N. Market Street
Wilmington, DE  19801

*Counsel for Countrywide Home Loans*
William Chipman
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE  19801

*Counsel for National City Capital*
Jeffrey Cianciulli
Wier & Partners LLP
824 Market Street
PO Box 708
Wilmington, DE  19801

*Counsel for ABN AMBRO Bank N.V.*
Mark Collins
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*Counsel for WLR Recovery*
Victoria Counihan
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

*Counsel for Financial Guaranty Insurance Co.; Assured Guaranty*
Donna Culver
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

*Counsel for Societe Generale*
Teresa Currier
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

*Counsel for Waterfield Shareholders*
Eric Davis
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

*Counsel for Federal Home Loan Mortgage Corp*
J. Cory Falgowski
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

*Counsel for CitiMortgage, Inc.*
Brett Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE  19899

*Counsel for Special Conflicts Counsel*
Mark Felger
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

*Counsel for Palmer House Hilton*
Kurt Gwynne
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801

*Counsel for MERS*
William Hazeltine
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

Patrick Healy
Wilmington Trust Co.
1100 North Market Street
Rodney Square North
Wilmington, DE  19801

Thomas Horan
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE  19899

*Counsel for Citigroup Global Markets Inc*
Mark Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

*Counsel for IndyMac*
Laura Davis Jones
Pachulski, Stang, Ziehl, Young & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705

**Counsel for Wilmington Trust**
Shelley Kinsella
Cooch & Taylor
824 North Market Street, 1000
Wilmington, DE  19801

**Counsel for CSFB**
Steven Kortanek
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

**Counsel for Goldman Sachs**
Jeff Kurtzman
Klehr Harrison Harvey Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

**Counsel for JPMorgan Chase Bank, N.A.**
Adam Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

**Counsel for Bear Stearns; Impac**
Michael Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

**Counsel for GE Capital Information; ZC Real Estate Tax Solutions**
Kimberly Lawson
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE  19801

**Counsel for DDR Entities**
Raymond Lemisch
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 810
Wilmingtont, DE  19801

**Counsel for GECC**
Gaston Loomis
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

**Counsel for Borrowers Committee**
Thomas Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990
PO Box 1028
Wilmington, DE  19899

**Counsel for Triad Guaranty Insurance Corp.**
Kevin Mangan
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

Joseph McMahon
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE  19801

**Counsel for A-Colonial 300/500 Owner**
Rachel Mersky
Monzack Mersky McLaulgin and Browder
400 Commerce Center, 1201 Orange Street
P.O. Box 2031
Wilmington, DE  19899-2031

**Counsel for Security Connections**
Mark Minuti
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266

**Counsel for Kodiak Funding LP**
Norman Monhait
Rosenthal Monhait & Goddess
919 Market St./Ste. 1401 Mellon Bank Ctr
P.O. Box 1070
Wilmington, DE  19899

**Counsel for Debtors' Counsel**
Pauline Morgan
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE  19899

**Counsel for Microsoft**
Jami Nimeroff
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 4000
Wilmington, DE  19801

**Counsel for GMAC**
Joseph O'Neil
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

**Counsel for United Guaranty Services, Inc.**
Ricardo Palacio
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

Patrick Reilley
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE  19801

**Counsel for Impac; Bear Stearns**
Richard Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

**Counsel for Village Landen; Bear Stearns**
Frederick Rosner
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE  19801

**Counsel for Wells Fargo**
Todd Schiltz
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE  19801

**Counsel for U.S. Bank National Asso.**
Eric Lopez Schnabel
Dorsey & Whitney
1105 North Market Street, 16th Fl.
Wilmington, DE  19801

**Counsel for Bank of New York**
Russell Silberglied
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**Counsel for Bank of America**
Laurie Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

Christopher Simon
Cross & Simon, LLC
913 North Market Street, Suite 1001
Wilmington, DE  19801

Ellen Slights
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE  19899

**Counsel for Norman Loftis**
William Sullivan
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

**Counsel for Natixis Real Estate**
Eric Sutty
Fox Rothschild
919 North Market Street, Suite 1600
Wilmington, DE  19801

**Counsel for Verizon Business Global**
William Taylor
McCarter & English, LLP
405 N. King Street, 8th Fl.
Wilmington, DE  19801

*Counsel for Inland US Management, LLC*
Christina Thompson
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

*Counsel for McLain Partners*
Christopher Ward
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

*Counsel for Elvin and Phyllis Valenzuela (Creditors)*
Duane Werb
Werb & Sullivan
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE 19801

*Counsel for DB Structured; Lehman Bros.*
Amanda Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

*Counsel for Bracebridge Capital, LLC; Natixis; Lehman*
Steven Yoder
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

*Counsel for FNC, Inc.*
Rafael Zahralddin-Aravena
Elliott Greenleaf
1000 West Street, The Brandywine Bldg.
Wilmington, DE 19801

**BY FIRST-CLASS U.S. MAIL**

*Counsel for WARN Act Claimants; Columbia River Bank*
James Huggett
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

*Counsel for Cutisha Cauthorne*
Daniel Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

A.G. Edwards & Sons, Inc.
Attn: Jonathan Griffith
2801 Market Street, 9th Fl, F Bldg.
St. Louis, MO 63103

*Counsel for Raven Manager North Oaks Village*
Geoffrey Aaronson
100 SE 2nd St., 27th Fl
Miami, FL 33131

*Counsel for Calyon*
Benjamin Ackerly
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219

*Counsel for Merced County Tax Collector*
Karen Adams
Merced County Tax Collector
2222 "M" Street
Merced, CA 95340

*Counsel for Bexar County*
David Aelvoet
Linebarger Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

*Counsel for Travelers*
Jonathan Alter
Bingham McCutchen
One State Street
Hartford, CT 6103

Gil Quentin Alvarez
542 Mount Argyll Court
Apopka, FL 32712

*Counsel for UBS Securities*
Rick Antonoff
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

*Counsel for Deutsche Bank*
John Ashmead
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

*Counsel for Morgan Stanley*
Lee Attanasio
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

*Counsel for PPTS FX, Plymouth Park Tax Services*
Douglas Badaszewski
PPTS 361, LLC
35 Airport Road, Suite 150
Morristown, NJ 7960

*Counsel for Cedar Hill City, Carroll ISD, Arlington ISD*
Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

Thomas Barnett
Draper & Goldberg, P.L.L.C.
512 East Market Street
PO Box 947
Georgetown, DE 19947

*Counsel for WLR Recovery*
Brett Barragate
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114

*Counsel for Moody*
Christopher Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

*Counsel for Empire Blue Cross Blue Shield*
Louis Benza
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201

*Counsel for Institutional Investors Group*
Stuart Berman
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

*Counsel for Waldner*
Harold Berzow
Ruskin Moscou Faltischek
East Tower, 15th Fl
1425 RexCorp Plaza
Uniondale, NY 11556

*Counsel for Richtree Enterprises*
Peter Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

*Counsel for AON Consulting*
Brian Bisignani
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

*Counsel for EMC, CitiMortgage, Bank of America*
Hilary Bonial
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

**Counsel for LaSalle Bank**
J. William Boone
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309

**Counsel for MERS**
Rebecca Booth
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103

**Counsel for Time Warner Telecom Inc.**
Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO  80124

**Counsel for Amme Gannon**
James Brako
Tax Collector Palm Beach County
301 North Olive Avenue, 3rd Floor
P.O. Box 3715
West Palm Beach, FL  33402-3715

**Counsel for ABN AMRO Bank**
Gregory Bray
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

**Counsel for Liberty Property**
Barry Bressler
Schnader Harrison Segal & Lewis LLP
1600 Market St., Suite 3600
Philadelphia, PA  19103-7286

**Counsel for ORIX Capital Markets, LLC.**
Mark Broude
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022

**Counsel for McPherson, Inc.**
Dean Brunel
75 Central Street, Unit One
Somerville, MA  2143

**Counsel for Creditor Committee Member**
Juliet Buck
Nomura Credit & Capital, Inc.
2 World Financial Center, Building B
New York, NY  10281

**Counsel for NNN VF Four Resource Square, LLC**
John Capitano
Kennedy Covington Lobdell & Hickman
214 N. Tryon Street, 47th Fl.
Charlotte, NC  28202

**Counsel for Wells Fargo**
Paul Caruso
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Ling Chow
Assured Guaranty
1325 Avenue of the Americas
New York, NY  10019

**Counsel for Oracle USA**
Shawn Christianson
Buchalter Nemer P.C.
333 Market Street, 25th Floor
San Francisco, CA  94105-2126

**Counsel for Alcone Marketing Group**
Joseph Cioffi
Davis & Gilbert LLP
1740 Broadway
New York, NY  10019

**Counsel for Societe Generale**
Matthew Clemente
Sidley Austin LLP
One South Dearborn St.
Chicago, IL  60603

**Counsel for Citibank**
Ronald Cohen
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

**Counsel for Citibank**
Ronald Cohen
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

**Counsel for CSHV Southpark LLC**
Enid Colson
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA  90024

**Counsel for STWB, Inc.**
Nancy Connery
Schoeman, Updike & Kaufman, LLP
60 East 42nd St.
New York, NY  10165

**Counsel for U.S. Bank National Association**
Katherine Constantine
Dorsey & Whitney, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402

**Counsel for Lehman; Bracebridge Capital**
Kelley Cornish
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

**Counsel for State of Michigan Department of Treasury**
Michael Cox
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detriot, MI  48202

**Counsel for Bank of New York**
Leo Crowley
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036

**Counsel for State of Michigan, Department of Treasury**
Julius Curling
State of Michigan, Department of Treasury
3030 W. Grand Boulevard, Suite 10-200
Cadillac Place
Detroit, MI  48202

**Counsel for Trister**
Adam Currier
258 Spielman Highway
PO Box 2033
Burlington, CT  6013

**Counsel for AT&T Corp.**
Vincent D'Agostino
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068-1791

**Counsel for Lehman; Bracebridge Capital, LLC**
Douglas Davis
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

**Counsel for GNMA**
Mary DeFalaise
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC  20005

**Counsel for taxing Authorities, State of Texas, Montgomery County**
John Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

**Counsel for Harris County, Cypress-Fairbanks ISD; City of Houston County**
John Dillman
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253

**Counsel for IKON Financial Services**
Rosa Dominy
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

**Counsel for First Horizon Home Loan**
Kristi Doughty
Whittington & Aulgur
313 N. Dupont Hwy., Suite 110
P.O. Box 617
Odessa, DE 19730-1617

**Counsel for Deutsche Bank**
Dennis Drebsky
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

Adam Elgart
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713

Mark Ellenberg
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

**Counsel for WestLB**
Alyssa Englund
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

**Counsel for Institutional Investors Group**
Michael Etkin
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 7068

Federal Deposit Ins. Corp.
1601 Bryan Street
Dallas, TX 75201

Federal Deposit Ins. Corp.
Frank Campagna
1910 Pacific Avenue, Suite 1600
Dallas, TX 75201

**Counsel for Bear Stearns Mortgage Capital Corp and EMC Mortgage Corp.**
Matthew Ferguson
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10018

**Counsel for Waterfield Shareholders**
Lori Fife
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

**Counsel for Tower Place**
Stuart Finestone
Finestone & Morris
3340 Peachtree Road, NE, Suite 2540 Tower Place
Atlanta, GA 30326

**Counsel for NY State Dept. of Taxation**
Norman Fivel
NYS Dept. of Law
The Capitol
Albany, NY 12224

**Counsel for Kingstowne Office Building K LLC; Boston Properties Limited Partnership**
J. David Folds
McKenna Long & Aldridge LLP
1900 K. Street, NW
Washington, DC 20006

Ray Fredericks
1600 Pacific Highway, Room 162
San Diego, CA 92101

**Counsel for Aldine Independent School District**
Susan Fuertes
14910 Aldine-Westfield Road
Houston, TX 77032

Samuel Garber
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606

**Counsel for Imperial County**
Flora Garcia
Office the Tax Collector
940 west Main Street, Suite 106
El Centro, CA 92243

**Counsel for First Horizon Home Loan**
Nicole Gazzo
Steven J. Baum, P.C.
220 Northpointe Parkway, Suite G
Amherst, NY 14228

**Counsel for Triad Guaranty Insurance Corp.**
Garth Gersten
Womble Carlyle Sandridge & Rice PLLC
2530 Meridian Parkway, Suite 400
Research Triangle Park, NC 27713

**Counsel for Bear Stearns; EMC**
William Goldman
Sidley Austin
787 Seventh Avenue
New York, NY 10019

Marcia Goldstein
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

**Counsel for Waterfield Shareholders**
Eric Gorman
Skadden Arps Slate Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606

**Counsel for JPMorgan Chase Bank, N.A.**
Thomas Grace
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

**Counsel for Realty Associates Fund VII, L.P.**
Robert Greenberg
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W., Suite 700
Washington, DC 20036-4704

**Counsel for CIFG**
Stefanie Birbrower Greer
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

**Counsel for America's Servicing Company**
Whitney Groff
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

**Counsel for Greenwich Capital Markets, Inc.**
Arnold Gulkowitz
Dickstein Shapiro
1177 Avenue of the Americas
New York, NY 10036

James Hardy
Galaxy Associates
1220 Ensenada Avenue
Laguna Beach, CA 92651

**Counsel for Deutsche Bank**
Lee Harrington
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

**Counsel for EMC Mortgage; CitiMortgage; America's Servicing Company**
A. Michelle Hart
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Lisa Hatfield
Wittstadt & Wittstadt, P.A.
284 East Main Street
Newark, DE 19711

**Counsel for EMC Corp, IBS**
Phyllis Hayes
RMS
307 International Circle, Suite 270
Hunt Valley, MD 21030

James Heaney
Law Debenture Trust Company of New York
400 Madison Avenue, 4th Fl.
New York, NY 10017

Matthew Helland
Nichols Kaster & Anderson
80 South 8th Street, SUite 4600
Minneapolis, MN 55402

**Counsel for Indymac**
Frederick Holden
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

**Counsel for Corporate Center V, LLC**
Richard Holley
Santoro Driggs Walch Kearney Holley & Thompson
400 South Fourth Street, 3rd Fl
Las Vegas, NV 89101

**Counsel for Cowifi Ironpoint**
Nancy Hotchkiss
Trainor Robertson
980 Fulton Avenue
Sacramento, CA 95825

**Counsel for Official Committee of Unsecured Creditors**
Mark Indelicato
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022

Internal Revenue Service
11601 Roosevelt Blvd., Mail Drop N781
PO Box 21126
Philadelphia, PA 19114

Daniel Israeli
Vantium Capital
9 West 57th St., 37th Floor
New York, NY 10019

**Counsel for Wilmington Trust**
Susan Power Johnston
Covington & Burling LLP
The New York Times Build.
620 Eighth Avenue
New York, NY 10018

**Counsel for MorrenEcrand**
Lance Jurich
Loeb & Loeb LLP
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, CA 90067-4164

**Counsel for Hamid Hamrah**
Michael Katz
MBK and Associates
1136 Washington Avenue, Suite 905
St. Louis, Missouri 63101

**Counsel for Gateway Canyon, Inc.**
Steven Kelly
Silver & DeBoskey
1801 York Street
Denver, CO 80206

George Kielman
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102

**Counsel for Wayne County Treasurer**
Richardo Kilpatrick
Kilpatrick & Associates
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326

**Counsel for Bancorp**
Hersh Kozlov
WolfBlock LLP
1940 Route 70 70 East, Suite 200
Cherry Hill, NJ 8003

John Krigsman
First American Capital LLC
7286 Siena Way
Boulder, CO 80301

**Counsel for EMC**
David Kuney
Sidley Austin
1501 K. St. N.W.
Washington, DC 20005

**Counsel for Citigroup Global**
Lisa Laukitis
Kirkland & Ellis
153 East 53rd Street
Citicorp Center
New York, NY 10022

**Counsel for Pima County**
Barbara LaWall
Pima County Civil Division
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701

**Counsel for GECC**
Elena Lazarou
Reed Smith LLP
599 Lexington Avenue, 27th Floor
New York, NY 10022

**Counsel for LEF Management Company**
Thomas Leanse
Katten Muchin Rosenman
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

**Counsel for Creditor Inner Workings**
Steven Lefkofsky
31500 Northwestern Highway, Suite 105
Farmington Hills, MI 48334

**Counsel for FSI Realty Funding, Inc.**
Stephen Lerner
Squire Sanders & Dempsey L.L.P.
312 Walnut Street, suite 3500
Cincinnati, OH 45202

**Counsel for De Lage Financial Services, Inc.**
Scott Levine
Platzer Swergold Karlin Levine Goldberg & Jaslow
1065 Avenue of Americas, 18th Fl.
New York, NY 10018

Frederick Linfesty
Iron Mountain Information Management
745 Atlantic Avenue
Boston, MA 2111

Nancy Loftus
Deprt of Tax Admin - Fairfax Co.
12000 Governmnet Center Parkway, Suite 549
Fairfax, VA 22035

**Counsel for National City Commercial Capital Company, LLC**
Sherry Lowe
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053

**Counsel for American Corporate Record Center**
Gerard Luckman
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

**Counsel for Certain Participants of Non-Qualified Deferred Comp Plan**
Sean Malloy
McDonald Hopkins Co., LPA
600 Superior Avenue East, Suite2100
Cleveland, OH 44140

**Counsel for Trustee to Lehman**
Jeffrey Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Michael Margoll
Moss Codilis LLP
6560 Greenwood Plaza, Suite 100
Englewood, CO  80111

**Counsel for Suntrust Bank**
Madison Martin
Stites & Harbison PLLC
401 Commerce St., Suite 800
Nashville, TN  37219

**Counsel for A- Colonial 300/500 Owner**
Eloise May
Wiles & Wiles
800 Kennesaw Avenue, NW, Suite 400
Marietta, GA  30060

**Counsel for Frisco ISD**
David McCall
Gay McCall Isaacks Gordon & Roberts, P.C.
777 E. 15th Street
Plano, TX  75074

**Counsel for Champion & Asso.**
Robert McCall
Peabody & Arnold, LLP
600 Atlantic Ave.
Boston, MA  2210

**Counsel for Tennessee Department of Labor & Workforce Development-Unemployment Ins.**
Laura McCloud
Tennessee Department of Labor & Workforce Development-Unemployment Ins.
P.O. Box 20207
Nashville, TN  37202-0207

**Counsel for Iron Mountain Information Management, Inc.**
Frank McGinn
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA  2110

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA  19103

**Counsel for FRMC Financial**
Lisa McLaughlin
Phillips, Goldman & Spence, P.A.
1509 Highway One
Dewey Beach, DE  19971

Dana McRae
701 Ocean Street, Room 150
Santa Cruz, CA  95060

**Counsel for DeCaps Connections**
Gregory Meacham
McGrath Meacham & Smith
414 Shoup Avenue
PO Box 50731
Idaho Falls, ID  83405

**Counsel for Pol County**
Sari Meador
Office of Joe G. Tedder, CFC
P.O. Box 2016
Bartow, FL  33831

**Counsel for Barclays Bank PLC and Barclays Capital**
Richard Miller
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY  10022

**Counsel for Empire HealthChoice Assurance/Empire Blue Cross**
Joseph Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022

Christopher Momjian
Pennsylvania Attorney General' s Office
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

**Counsel for Hauppauge Woodlands Asso.**
Lee Mondshein
7600 Jericho Turnpike
Woodbury, NY  11797

**Counsel for DCFS Trust**
Martin Mooney
Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY  12203

**Counsel for ABN AMRO Bank**
Eric Moser
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413

**Counsel for City of Fort Worth**
Christopher Mosley
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX  76102

**Counsel for Law Debenture Trust Company of New York**
Tina Moss
Pryor Cashman Sherman & Flynn, LLP
410 Park Avenue
New York, NY  10022

**Counsel for Foreign Bank**
Guy Moss
Riemer & Braunstein
Three Center Plaza
Boston, MA  2108

**Counsel for DDR Entities**
David Neumann
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH  44114-2378

Janice Newell
ADA County Treasurer
200 W. Front Street, Room 3191
Boise, ID  83702

**Counsel for Broward County Revenue Collection Division, Bankruptcy & Litigation Section**
Jeffrey Newton
County Attorney for Broward County
115 South Andrews Ave., Suite 423
Governmental Center
Fort Lauderdale, FL  33301

**Counsel for Sun Life Assurance**
Andrea Niedermeyer
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX  75201

**Counsel for Bank**
North Fork
275 Broadhollow Road
Melville, NY  11747

**Counsel for Waterfall Shopping Center, Inc.**
William Novotny
Mariscal, Weeks, McIntyre & Freidlander, P.A.
2901 N. Central Avenue, Suite 200
Phoenix, AZ  85012

Kim Nuner
Nevada County Office ot the Treasurer
950 Maidu Avenue
PO Box 908
Nevada City, CA  95959

**Counsel for Societe Generale**
Larry Nyhan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

**Counsel for Suntrust Bank**
Kathleen O'Connell
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA  30308

Office of Thrift Supervision
1700 G Street, NW
Washington, DC 20552

**Counsel for Morgan Stanley**
Harold Olsen
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

**Counsel for City of Irving**
Tally Parker
Parker & Marks PC
1333 Corporate Drive, Suite 209
Irving, TX 75038

**Counsel for Calyon**
Peter Partee
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

**Counsel for CitiMortgage**
Andrew Petrie
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202

John Philip
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN 38117

Steven Pite
Pite Duncan LLP
525 E. Main Street
PO Box 12289
El Cajon, CA 92022

**Counsel for Fidelity Court Associates**
Dana Plon
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

**Counsel for Rexco, LLC**
Thomas Polis
Polis & Associates
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612

**Counsel for Drew & Rogers**
Mark Politan
Cole, Schotz, Meisel, Forman & Leonard,
P.A.
25 Main Street
Hackensack, NJ 7601

**Counsel for Seattle Office Bellefield**
Shawn Rediger
Williams Kastner & GIbbs
601 Union Street, Suite 4100
Seattle, WA 98101

**Counsel for Ben Ordonez, Jr., Manatee**

**County Tax Collector**
Susan Profant
c/o Ken Burton, Jr., Manatee Tax
Collector
819 U.S. 301 Blvd. West
P.O. Box 25300
Bradenton, FL 34206-5300

**Counsel for County of Denton**
Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755

**Counsel for Galaxy Associates**
Michael Reynolds
Snell & Wilmer LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

**Counsel for Triad Guaranty Insurance Corp.**
Richard Rice
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101

**Counsel for Priority Sign**
Shawn Rice
Rice & Gotzmer
605 N. 8th Street, Suite 350
Sheboygan, WI 53081

**Counsel for 3445 North Causeway Limited
Partners**
Fred Ringel
Robinson Brog Leinwand Green Genovese &
Gluck PC
1345 Avenue of the Americas
New York, NY 10105

**Counsel for Clark County**
Christine Roberts
Olson Cannon Gormley & Desruisseaux
9950 West Cheyenne avenue
Las Vegas, NV 89129

**Counsel for Triad Guaranty Insurance Corp.**
Erin Roberts
Womble Carlyle Sandridge & Rice PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, VA 22182

**Counsel for Placer and Monterey County**
Martha Romero
Romero Law Firm
6516 Bright Avenue
Whittier, CA 90601

**Counsel for Lehman Bros., Aurora Loan
Services**
Robert Rosenberg
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

**Counsel for Charles County; Prince
George County**
Robert Rosenbaum
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Suite 400
Berkshire Building
Riverdale Park, MD 20737-1385

**Counsel for FNC, Inc.**
Stephen Rosenblatt
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P.O. Box 22567
Jackson, MI 39225

**Counsel for Deutsche Bank**
John Rosenthal
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Rene Roupinian
Outten & Golden
3 Park Avenue, 29th Fl.
New York, NY 10016

**Counsel for Merrill Lynch**
Vadim Rubinstein
Loeb & Loeb
345 Park Avenue
New York, NY 10154

**Counsel for Institutional Investors Group**
Samuel Rudman
Coughlin Stoia Geller Rudman & Robbins
LLP
58 South Service Road, Suite 200
Melville, NY 11747

**Counsel for IKON Office Solutions, Inc.**
Rumph
IKON Office Solutions
3920 Arkwright Road, Suite 400
Macon, GA 31210

Thomas Salerno
Squire Sanders & Dempsey L.L.P.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004

**Counsel for Indiana Department of
Revenue**
Brian Salwowski
Indiana Dept. of Revenue
Indiana Government Center South, Fifth
Floor
302 West Washington Street
Indianapolis, IN 46204-2770

**Counsel for U.S. Bank**
Charles Sawyer
Dorsey & Whitney
50 South Sixth St., Suite 1500
Minneapolis, MN 55402

Counsel for Banc of America, N.A.

**Counsel for Bank of America**
Margot Schonholtz
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

Patricia Schrage
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

**Counsel for Goldman Sachs**
Lisa Schweitzer
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

**Counsel for CIFG Assurance**
Barry Seidel
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

**Counsel for WestLB AG**
Stephen Selbst
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

**Counsel for Microsoft Corporation**
Joseph Shickich, Jr.
Riddell Williams, P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

**Counsel for Deutsche Bank**
Andrew Silverstein
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

**Counsel for GMAC**
Robert Simons
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15230-2009

**Counsel for Borrowers Committee**
Linda Singer
Zuckerman Spaeder LLP
1800 M. Street, N.W., Suite 1000
Washington, DC 20036

**Counsel for GMAC**
Claudia Springer
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

David Stack
ABN AMRO Bank
101 Park Avenue, 6th Fl
New York, NY 10178

Karen Stapleton
Assistant County Attorney
One Harrison Street, S.E.
5th Floor
Leesburg, VA 20175

State of Maryland
1100 North Eutaw St., Room 401
Baltimore, MD 21201

**Counsel for Fannie Mae**
Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611

**Counsel for Borrower Committee**
Weisbrod Stephen
Gilbert Oshinsky
1100 New York Ave., NW
Suite 700
Washington, DC 20005-3987

**Counsel for Societe Generale**
Richard Stern
Luskin, Stern & Eisler LLp
330 Madison Avenue, Suite 3400
New York, NY 10017

**Counsel for Foster, Anderson, McBride, Hollingsworth, Fitzgerald, Meketa**
Ralph Stone
Shalov Stone & Bonner LLP
485 7th Avenue, Rm 1000
New York, NY 10018-7241

Nicola Suglia
Fleischer Fleischer & Suglia
Plaza 1000 At Main Street, Suite 208
Voorhees, NJ 8043

**Counsel for Bank of America**
Scott Talmadge
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Irving Thau
1139 Amalfi Drive
Pacific Palisades, CA 90272

**Counsel for Spring-Ford Area School District**
Prince Altee Thomas
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

**Counsel for Wells Fargo**
Franklin Top, III
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603

New Jersey Attorney General's Office
R.J. Hughes Justice Complex
PO Box 106
Trenton, NJ 8625

**Counsel for Washington Mutual Bank**
Robert Trodella
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

**Counsel for Duquesne LIght Company**
S. James Wallace
Griffith McCague & Wallace
707 Grant Street
Pittsburgh, PA 15219

**Counsel for Maricopa County**
Madeleine Wanslee
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004

**Counsel for Bancorp**
Peter Weinstock
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202

**Counsel for American Express Travel Related Svcs Co Inc Corp Card**
Gilbert Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355

**Counsel for Dallas County**
Elizabeth Weller
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201

**Counsel for DB Structured**
Steven Wilamowsky
Bingham McCutchen
399 Park Avenue
New York, NY 10022-4689

**Counsel for Calyon, ZC Real Estate Tax Solutions**
Michael Wilson
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219

**Counsel for Financial Guaranty Insurance Corporation**
Bruce Wilson
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102

Daniel Winikka
Jones Day
2727 North Harwood Street
Dallas, TX  75201

Jonathan Winnick
Bernstein Shur
100 Middle Street
Portland, ME  4104

***Counsel for Fidelity National***
Donald Workman
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC  20036

***Counsel for Banc of America Leasing***
William Wright
Farr, Burke, Gambacorta & Wright
PO Box 5375
Mount Laurel, NJ  8543

Karon Wright
Travis County Attorney
P.O. Box 1748
Austin, TX  78767

Craig Ziady
Cummings Properties, LLC
200 West Cummings Park
Woburn, MA  1801

***Counsel for Barbara Adams***
Charles Ziegler
1030 Lafayette St.
PO Box 53513
Lafayette, LA  70505

***Counsel for Washington Mutual***
David Zielke
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA  98101