## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 09-4295

In re: AMERICAN HOME MORTGAGE, et al.

(DE - Bankruptcy No. 07-bk-11047)

### ORDER

On March 16, 2010, the Court granted the petition for permission to appeal docketed at No. 09-4295. Accordingly, additional filing fees are due. Appellants shall remit a $200.00 additional filing fee to the Clerk of the Bankruptcy Court within fourteen (14) days of the date of this order. Upon payment, Appellants must promptly provide this Court with proof of payment. Failure to pay the full docketing fee will result in dismissal of the appeal pursuant to 3d Cir. LAR 107.1.

For the Court,


/s/ Marcia M. Waldron
Clerk


Dated: March 16, 2010

cc: Benjamin Ackerly, Esq.
    Jason W. Harbour, Esq.
    Michele S. Budicak, Esq.
    Michael Busekell, Esq.
    Curtis J. Crowther, Esq.
    John T. Dorsey, Esq.