IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :  Jointly Administered
                                                                 :
       Debtors.                                                  :  Objection Deadline: April 6, 2010 at 4:00 p.m.
                                                                 :  Hearing Date: May 4, 2010 at 9:00 a.m.
                                                                 x
----------------------------------------------------------------

## TENTH INTERIM QUARTERLY FEE REQUESTS
## OF DEBTORS' PROFESSIONALS

TO:   THE UNITED STATES TRUSTEE, COUNSEL FOR THE COMMITTEE, ALL
      PARTIES LISTED IN THE INTERIM COMPENSATION ORDER AND ALL OTHER
      PARTIES WHO REQUESTED NOTICE PURSUANT TO RULE 2002 OF THE
      FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to that certain Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331 of the Bankruptcy Code (the "Interim Compensation Order") [D.I. 547], the professionals retained by the above-captioned debtors and debtors-in-possession (the "Debtors") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (the "Fee Request") for all interim applications filed during the previous quarterly period covering the period from November 1, 2009 through and including January 31, 2010. Summaries of the fees and expenses subject to this Fee Request are summarized in the attachments hereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

PLEASE TAKE NOTICE that pursuant to the Interim Compensation Order, the Debtors were authorized to pay, on an interim basis, 80% of the amount of compensation requested and 100% of the amount requested for reimbursement for expenses without further order from the Court upon the expiration of a 20-day objection period.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before **April 6, 2010, at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Fee Request will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on **May 4, 2010 at 9:00 a.m.**

Dated: March 17, 2010
      Wilmington, Delaware

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                 :
                                                                :   Jointly Administered
    Debtors.                                                    :
                                                                :
---------------------------------------------------------------- x

## TENTH INTERIM FEE REQUEST
## OF YOUNG CONAWAY STARGATT & TAYLOR, LLP

Name of Applicant:                                Young Conaway Stargatt & Taylor, LLP

Authorized to Provide Professional Services to:   Debtors and Debtors-in-Possession

Date of Retention:                                Effective as of August 6, 2007

Period for which compensation and                 November 1, 2009 through January 31, 2010
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/09-11/30/09 2/2/10 8528 | 172,094.50 | 8,939.23 | 2/24/10 8619 | 137,675.60 | 8,939.23 | 34,418.90 |
| 12/1/09-12/31/09 2/25/10 8533 | 141,479.50 | 15,295.17 | 2/25/10 8623 | 113,183.60 | 15,295.17 | 28,295.90 |
| 1/1/10-1/31/10 3/16/10 8685 | 149,675.00 | 10,997.91 | Pending | 119,740.00 | 10,997.91 | 29,935.00 |
| Totals | 463,249.00 | 35,232.31 | | 370,599.20 | 35,232.31 | 92,649.80 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
      Debtors.                                                   :
                                                                 :
                                                                 :
---------------------------------------------------------------- x

## TENTH INTERIM FEE REQUEST
## OF LAW OFFICES OF CADWALADER, WICKERSHAM & TAFT LLP

Name of Applicant:                                Cadwalader, Wickersham & Taft LLP

Authorized to Provide Professional Services to:   Debtors and Debtors-in-Possession

Date of Retention:                                August 6, 2007

Period for which compensation and                 November 1, 2009 through January 31, 2010
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/09-11/30/09 8559 2/12/10 | 396,474.00 | 59,218.72 | 3/16/10 8688 | 317,179.20 | 59,218.72 | 79,294.80 |
| 12/1/09-1/31/10 3/16/10 8686 | 486,793.00 | 32,621.84 | Pending | 389434.40 | 32,621.84 | 97358.60 |
| Totals | 883,267.00 | 91,840.56 | | 706,613.60 | 91,840.56 | 176,653.40 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :  Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                    :
                                                                   :  Jointly Administered
    Debtors.                                                       :
                                                                   :
                                                                   :
------------------------------------------------------------------ x

## TENTH INTERIM FEE REQUEST
## OF ALLEN & OVERY, LLP

Name of Applicant:                                    Allen & Overy, LLP

Authorized to Provide Professional Services to:       Debtors and Debtors-in-Possession

Date of Retention:                                    September 7, 2007

Period for which compensation and                     November 1, 2009 through December 31,
reimbursement is sought:                              2009

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/09-11/30/09 8450 12/29/09 | 854.00 | 11,340.82 | 1/21/10 8517 | 683.20 | 11,340.82 | 170.80 |
| 12/1/09-12/31/09 8538 | 2,532.00 | 21.67 | 2/26/10 8624 | 2,025.60 | 21.67 | 506.40 |
| Totals | 3,386.00 | 11,362.49 | | 2,708.80 | 11,362.49 | 677.20 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :  Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE                                            :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                   :
                                                                  :  Jointly Administered
   Debtors.                                                       :
                                                                  :
                                                                  :
----------------------------------------------------------------- x

## TENTH INTERIM FEE REQUEST
## OF QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

Name of Applicant:                                   Quinn Emanuel Urquhart Oliver & Hedges LLP

Authorized to Provide Professional Services to:      Debtors and Debtors-in-Possession

Date of Retention:                                   August 10, 2007

Period for which compensation and
reimbursement is sought:                             November 1, 2009 through January 31, 2010

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/09-11/30/09 8522 1/29/10 | 11,321.50 | 132.69 | 2/24/10 8620 | 9,057.20 | 132.69 | 2,264.30 |
| 12/1/09-12/31/09 8658 3/8/10 | 11,907.00 | 1,465.05 | Pending | 9,525.60 | 1,465.05 | 2,381.40 |
| 1/1/10-1/31/10 8659 3/8/10 | 19,920.50 | 650.26 | Pending | 15,936.40 | 650.26 | 3,984.10 |
| Totals | 43,149.00 | 2,248.00 | | 34,519.20 | 2,248.00 | 8,629.80 |

DB02:9336372.1                                                                             066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :  Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                    :
                                                                   :  Jointly Administered
              Debtors.                                             :
                                                                   :
------------------------------------------------------------------ x

## TENTH INTERIM FEE REQUEST
## OF LAW OFFICES OF WEINER BRODSKY SIDMAN KIDER PC

Name of Applicant:                              Weiner Brodsky Sidman Kider PC

Authorized to Provide Professional Services to: Debtors and Debtors-in-Possession

Date of Retention:                              August 6, 2007

Period for which compensation and               November 1, 2009 through January 31, 2010
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/09-11/30/09 12/18/09 8439 | 495.00 | 12.88 | 1/14/10 8500 | 396.00 | 12.88 | 99.00 |
| 12/1/09-12/31/09 2/12/10 8558 | 1,759.00 | 0.00 | 3/16/10 8687 | 1,407.20 | 0.00 | 351.80 |
| 1/1/10-1/31/10 3/17/10 8694 | 12,704.50 | 3.47 | Pending | 10,163.60 | 3.47 | 2,540.90 |
| Totals | 14,958.50 | 16.35 | | 11,966.80 | 16.35 | 2,991.70 |