**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

December 9, 2009

#BCO-040

**No. 09-4295**

In Re: American Home Mortgage Holdings, Inc., et al, Debtors

Calyon New York Branch

v.

American Home Mortgage Holdings, Inc., et al

(Bankr. D. Del  1-07-bk-11047)

Present:  McKee, Rendell and Chagares, <u>Circuit Judges.</u>

Joint Petition by Petitioners Calyon New York Bank; American Home Mortgage Holdings, Inc.; American Home Mortgage Corp.; AHM SV, Inc. f/k/a American Home Mortgage Servicing Inc.; American Home Mortgage Acceptance, Inc.; and American Home Mortgage Investment Corp. for Permission to Appeal Pursuant to 28 U.S.C. Section 158(d)(2).

/s/Carolyn Hicks

Case Manager 267-299-4926

**O R D E R**

The foregoing petition for permission to appeal is granted.  In addition to any arguments the parties wish to raise in their appellate briefs, the parties shall address whether the joint petition for permission to appeal was timely filed.  <u>See</u> Fed. R. Bank. P. 8001(f)(1) (certification for direct appeal to court of appeals – "A certification of a judgment, order ... shall not be effective until a timely appeal has been taken ... under Rule 8002."); Fed. R. Bank. P. 8001(f)(5) ("A petition for permission to appeal in accordance with Fed. R. App. P. 5 shall be filed no later than 30 days after a certification has become effective as provided in subdivision (f)(1).").  The parties shall also address whether the timely filing requirement is a claims-processing rule or jurisdictional.  <u>See</u> <u>Bowles v. Russell</u>, 551 U.S. 205 (2007); <u>Eberhart v. United States</u>, 546 U.S. 12 (2005); <u>Kontrick v. Ryan</u>, 540 U.S. 443 (2004).

By the Court,

/s/ Theodore A. McKee

Circuit Judge

Dated: March 16, 2010

No. 09-4295
In Re: American Home Mortgage Holdings, Inc., et al, Debtor
Page 2


CH/cc:   Benjamin Ackerly, Esq.
         Jason W. Harbour, Esq.
         Michael G. Busenkell, Esq.
         John T. Dorsey, Esq.
         Curtis J. Crowther, Esq.
         Michele S. Budiack, Esq.