IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                                                                 :
                    Debtors.                                     :
                                                                 :
                                                                 :
                                                                 x
----------------------------------------------------------------

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on March 18, 2010, the above captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, caused a copy of the following to be served upon the parties listed on Exhibit A in the manner indicated:

**SUBPOENA ISSUED TO CB RICHARD ELLIS**

*(Signature Page Follows)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Dated: Wilmington, Delaware
March 18, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sharon M. Zieg*
Sharon M. Zieg (No. 4196)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

066585.1001

# EXHIBIT A

**SERVICE LIST**
**03/18/2010**

CB Richard Ellis
Attn: Barbara Endoy
Senior Counsel
Eastern Division CB Richard Ellis
700 Commerce Drive, Suite 550
Oak Brook, Illinois 60523
Email: barbara.endoy@cbre.com
*Via Email and Federal Express*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Service of Discovery Material were served this 18th day of March, 2010, upon the following parties as indicated:

CB Richard Ellis
Attn: Barbara Endoy
Senior Counsel
Eastern Division CB Richard Ellis
700 Commerce Drive, Suite 550
Oak Brook, Illinois 60523
Email: barbara.endoy@cbre.com
*First Class Mail and Email*

Joseph Aronauer, Esq.
Kenneth S. Yudell, Esq.
Aronauer, Re & Yudell, LLP
444 Madison Avenue, 17th Floor
New York, NY 10022
(Park National)
Email: jaronauer@aryllp.com
Email: kyudell@aryllp.com
*First Class Mail and Email*

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Park National)
Email: mbusenkell@wcsr.com
*Hand Delivery and Email*

_____
Sharon M. Zieg (No. 4196)