IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, | : | |
| Inc., et al., | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | Related to Docket No. 8690 |

## ORDER

Upon consideration of the Debtors' Motion To Shorten Notice with Respect to Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Release and Settlement Agreement with American Home Mortgage Servicing, Inc. (F/K/A AH Mortgage Acquisition Co., Inc.,) [D.I. 8690] filed on March 16, 2010 (the "Motion to Shorten"). The Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction over the Motion to Shorten under 28 U.S.C. § 1334; and (b) the Motion to Shorten is a core proceeding under 28 U.S.C.§ 157(b)(2); and the Court having determined that the movants have not established sufficient cause to justify the relief requested in the Motion to Shorten.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

The Motion to Shorten is DENIED.

Christopher S. Sontchi
United States Bankruptcy Court Judge

Dated: March 18, 2010