IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
AMERICAN HOME MORTGAGE                    : Chapter 11 Cases
HOLDINGS, INC., et al.,                   : No. 07-11047 (CSS)
                                          : Jointly Administered
                    Debtors.              :
                                          :
-----------------------------------------------------------------x
AMERICAN HOME MORTGAGE                    :
INVESTMENT CORP.,                         :
                                          :
                    Plaintiff,            :
          v.                              : Adv. Proc. No.: 07-51739-CSS
                                          :
LEHMAN BROTHERS INC. and LEHMAN           :
COMMERCIAL PAPER INC.,                    :
                                          :
                    Defendants.           :
-----------------------------------------------------------------x
```

**STATUS REPORT OF PLAINTIFF
AMERICAN HOME MORTGAGE INVESTMENT CORP.**

**STATUS: J & K**

Plaintiff, American Home Mortgage Investment Corporation ("AHMIC") submits this status report pursuant to the Order of the Court dated February 25, 2010 (Docket No. 55) (the "Stay Order") and respectfully states as follows.

        1.      On May 23, 2008, the Court dismissed with prejudice Counts I, II, III, IV, and the first four claims for declaratory judgment in Count V of the Plaintiff's Complaint. (Docket Nos. 24 & 34) (the "Dismissal Order"). On July 10, 2008, AHMIC filed a notice of appeal from the Dismissal Order.

        2.      Following docketing of the appeal in the United States District Court for the District of Delaware (the "District Court"), Civ. Act. No. 08-484 (JJF), on or about August 18, 2008, AHMIC filed its Request, Pursuant To 11 U.S.C. § 105(a), 28 U.S.C. § 158(d)(2) And Fed. R. Bankr. P. 8001(f), For Certification For Direct Appeal To United States Court Of

Appeals For Third Circuit Of Order Dismissing In Part With Prejudice And In Part Without Prejudice Complaint Against Lehman Brothers Inc. And Lehman Commercial Paper Inc. (As Amended) And Motion To Stay Action Pending Adjudication Of Certification Request (the "Certification Request"). (See D. Del. Docket Nos. 5, 6, 8).

3. The District Court denied the Certification Request by decision and Order dated July 28, 2009 and July 29, 2009. (See D. Del. Docket Nos. 10, 11).

4. On August 18, 2009, Defendant-Appellees advised the District Court that section 362(a) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") stayed AHMIC's prosecution of the appeal.

5. Specifically, on October 5, 2008, defendant Lehman Brothers Commercial Paper commenced its chapter 11 case, which is being jointly administered with the chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors and debtors in possession (Case No. 08-13555 (JMP) (Bankr. S.D.N.Y.)) (the "Lehman Chapter 11 Cases").

6. Defendant Lehman Brothers Inc. commenced a proceeding under the Securities Investor Protection Act on September 19, 2008 (Proceeding No. 08-1420 (JMP) (Bankr. S.D.N.Y.)) (the "SIPA Proceeding, and, with the Lehman Chapter 11 Cases, the "Lehman Bankruptcy Cases").

7. Noting the Lehman Bankruptcy Cases, the District Court entered an order denying the Certification Request and staying the appellate proceeding on August 25, 2009 (D. Del. Docket No. 54).

8. To date, no plan has been filed in the Lehman Bankruptcy Cases.

9. With respect to AHMIC, on February 23, 2009, this Court entered an order confirming the chapter 11 plan for AHMIC and its affiliated debtors and debtors in possession (the "Plan"). The Plan provides for the creation of a trust (the "Plan Trust").

10. Pursuant to the Plan, control of the instant action will be transferred to the Plan Trust. As of the date hereof, the Plan has not been consummated.

Respectfully submitted,

Dated: Wilmington, Delaware
March 18, 2010

**YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**

/s/ Patrick A. Jackson
John T. Dorsey (No. 2988)
Erin D. Edwards (No. 4392)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

**QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP**
Susheel Kirpalani
James C. Tecce
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7199
Facsimile: (212) 849-7100

*Counsel to American Home Mortgage Investment Corp.*