IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*[1] | ) ) ) | Case No. 07-11047 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on March 18, 2010, the above captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, caused a copy of the following to be served upon the party listed on Exhibit A in the manner indicated:

- **RESPONSES AND OBJECTIONS TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S SUBPOENA DIRECTED TO ZOLFO COOPER**

- **RESPONSES AND OBJECTIONS TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S SUBPOENA DIRECTED TO MILESTONE ADVISORS LLC**

- **A "THUMBDRIVE" CONTAINING DOCUMENTS BATES STAMPED AHM_JPM_00000001 TO AHM_JPM_00101536**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

- **A DVD CONTAINING DOCUMENTS BATES STAMPED AHM_JPM_00101537 TO AHM_JPM_00169051**

| | |
|---|---|
| Dated: Wilmington, Delaware<br>March 19, 2010 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Andrew A. Lundgren<br>John T. Dorsey (No. 2988)<br>Sean M. Beach (No. 4070)<br>Sharon M. Zieg (No. 4196)<br>Andrew A. Lundgren (No. 4429)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel for Debtors and Debtors in Possession* |

2