## EXHIBIT A

### SERVICE LIST
### 3/18/2010

James S. Green, Jr., Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, Delaware 19899
*Via Hand Delivery*