## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Service of Discovery Material were served this 19th day of March, 2010, upon the following party as indicated:

James S. Green, Jr., Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, Delaware 19899
***Via Hand Delivery and CM/ECF***

/s/ Andrew A. Lundgren
Andrew A. Lundgren (No. 4429)