**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : Case No. 07-11047 (CSS) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Objections Due By: April 8, 2010 @ 4:00 p.m.** |
| | : **Hearing Date: To be Determined** |

---

**NOTICE OF TENTH INTERIM FEE APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2009 THROUGH JANUARY 31, 2010**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On March 19, 2010, the Tenth Interim Fee Application of BDO Seidman, LLP, Financial Advisor to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of November 1, 2009 through January 31, 2010 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*).  By the Interim Application, BDO Seidman, LLP seeks the allowance and payment of compensation in the amount of $140,434.00 and reimbursement of expenses in the amount of $5,643.45 incurred in representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings,

---

[1]   The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21863815v.1

Inc., *et al.* (the *"Debtors"*) during the period of November 1, 2009 through January 31, 2010 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **April 8, 2010 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Interim Application will be scheduled on a future date and time convenient with the Court.

Dated:  March 19, 2010

                                                BLANK ROME LLP

                                                */s/  Bonnie Glantz Fatell*
                                                Bonnie Glantz Fatell (No. 3809)
                                                David W. Carickhoff (No. 3715)
                                                1201 Market Street, Suite 800
                                                Wilmington, Delaware 19801
                                                Telephone:     (302) 425-6400
                                                Facsimile:      (302) 425-6464

                                                And

                                                Mark S. Indelicato
                                                Mark T. Power
                                                Hahn & Hessen LLP
                                                488 Madison Avenue
                                                New York, NY  10022
                                                Telephone:  (212) 478-7200
                                                Facsimile:  (212) 478-7400

                                                *Co-Counsel to the Official Committee of Unsecured*
                                                *Creditors of American Home Mortgage, Inc., et al.*