**Exhibit A**

**AMERICAN HOME MORTGAGE**
**Time Summary**
**November 1, 2009 to January 31, 2010**

| **Professional** | **Category** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 62.2 | 610.00 | $37,942.00 |
| ROBERT M KLEIN | PARTNER | 1.0 | 600.00 | 600.00 |
| KEVIN MCCOLGAN | DIRECTOR | 1.5 | 450.00 | 675.00 |
| MICHELE MICHAELIS | DIRECTOR | 35.6 | 450.00 | 16,020.00 |
| RAYMOND W KONG | SENIOR MANAGER | 1.4 | 455.00 | 637.00 |
| SAM LAU | MANAGER | 2.0 | 295.00 | 590.00 |
| CHRIS AWONG | SENIOR | 75.0 | 275.00 | 20,625.00 |
| MATTHEW J STEWART | SENIOR | 217.1 | 240.00 | 52,104.00 |
| KEVIN REINLE | SENIOR | 21.7 | 225.00 | 4,882.50 |
| NAUSHON E VANDERHOOP | SENIOR | 5.1 | 190.00 | 969.00 |
| ALAINA D MASLER | STAFF | 5.9 | 180.00 | 1,062.00 |
| MATTHEW E SANDBERG | STAFF | 7.9 | 150.00 | 1,185.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 12.7 | 150.00 | 1,905.00 |
| | **SUBTOTAL:** | **449.1** | | **139,196.50** |
| *Travel Time (1/2 rate)* | | | | |
| MICHELE MICHAELIS | DIRECTOR | 1.5 | 225.00 | 337.50 |
| MATTHEW J STEWART | SENIOR | 7.5 | 120.00 | 900.00 |
| | **SUBTOTAL:** | **9.0** | | **1,237.50** |
| | **TOTAL:** | **458.1** | | **$140,434.00** |

1

**Exhibit B**

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### November 1, 2009 to January 31, 2010

| | | HOURS | AMOUNT |
|---|---|---|---|
| A. | ACCOUNTS PAYABLE | 23.7 | $5,836.00 |
| | Reviewed secured, admin and priority claims and analyzed reserves needed for Plan to go Effective. | | |
| B. | TAX ISSUES | 7.6 | 2,937.00 |
| | Discussed AHM plan, tax issues and status of preparation or review of tax returns. | | |
| C. | PREFERENCE ANALYSIS | 75.6 | 20,839.00 |
| | Assisted counsel in gathering and preparing information to respond to preference defendant inquiries. Responded to requests for information from counsel related to various individual preference defendants. | | |
| D. | LITIGATION CONSULTING | 95.6 | 28,899.00 |
| | Special investigative work related to potential litigation issues regarding UCC investigation. Preparation of follow-up information for counsel regarding issues related to UCC investigation, including analysis of potential damages. Reviewed mediation statement and attended mediation session for Waterfield litigation. | | |
| E. | ASSET SALE/AUCTION | 9.4 | 3,080.00 |
| | Reviewed sales process and relevant documents including, but not limited to, various documents related to sale of AH Bank and miscellaneous loans. | | |
| F. | MEETINGS - DEBTOR | 58.9 | 19,853.00 |
| | Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information related to claims related issues, AH Bank, cash flow forecasts, cash needed to go effective and other current issues. | | |
| G. | REPORT PREPARATION | 29.1 | 9,645.00 |
| | Preparation and review of reports to the Creditors' Committee, regarding the Company's current and projected cash flow results, status of sale of AH Bank, and other financial updates. | | |

**Exhibit B**

|   |   | HOURS | AMOUNT |
|---|---|---:|---:|
| H. | MEETINGS WITH CREDITORS | 3.9 | 1,787.00 |
|   | Meetings, discussions and correspondence with Creditors; Committee and professionals related to; case issues; financial update; claims; status of Bank sales; and other open issues. |   |   |
| I. | BUSINESS ANALYSIS | 107.2 | 33,238.50 |
|   | Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, cash needed to go effective, estimated unsecured creditor recovery, Monthly Operating Reports and other financial results. Reviewed and analyzed motions and objections filed with the Court. Reviewed and updated analysis regarding professional fee information. Findings were conveyed to Counsel and the Committee. |   |   |
| J. | COUNSEL DISCUSSIONS & COURT HEARINGS | 18.1 | 8,940.00 |
|   | Consulted with Counsel regarding all pertinent matters related to ongoing work related to the Debtors' mortgage loans, Effective Date issues, sale of AH Bank; Committee report preparation and meetings; business analyses; and various other open case issues. |   |   |
| K. | FEE APPLICATIONS / MONTHLY STATEMENTS | 20.0 | 4,142.00 |
|   | Preparation and review of monthly data for submission to the Debtor and other interested parties. Preparation and review of three monthly fee applications and interim application. |   |   |
|   | **SUBTOTAL:** | **449.1** | **139,196.50** |
| L. | TRAVEL TIME | 9.0 | 1,237.50 |
|   | Professional time expended on travel, billed at one half the hourly rate of each professional. |   |   |
|   | **SUBTOTAL:** | **9.0** | **1,237.50** |
|   | **TOTAL:** | **458.1** | **$140,434.00** |

**Exhibit C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
November 1, 2009 through January 31, 2010

1. PHOTOCOPYING
    a. Internal
    b. External

2. TELECOMMUNICATIONS
    a. Toll Charges
    b. Facsimile
    c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES – *Concordance Database Fees*    $4,500.00

6. OUT-OF-TOWN TRAVEL
    a. Transportation    704.40
    b. Lodging    195.79
    c. Meals    240.76

7. OUTSIDE SERVICES

8. LOCAL MEALS

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE    2.50
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS

    **TOTAL**    **$5,643.45**

1

**Exhibit C**

**American Home Mortgage**
Tenth Interim Expense Details
November 1, 2009 through January 31, 2010 (by Accounting Date)

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 10/27/09 | 11/02/09 | Stewart,Matthew J | Travel Meals | $41.16 | Lunch for S. Martinez, L. Smalley and myself at American Home |
| 10/27/09 | 11/02/09 | Stewart,Matthew J | Travel | 19.00 | George Washington / Throggs Neck Bridges(Tolls) |
| 10/23/09 | 11/02/09 | Stewart,Matthew J | Travel | 19.00 | George Washington / Throggs Neck Bridges (Tolls) |
| 10/28/09 | 11/02/09 | Stewart,Matthew J | Travel | 56.10 | Travel time to and Melville NY (normal commute by mass transit) - Mileage |
| 10/28/09 | 11/02/09 | Stewart,Matthew J | Travel | 19.00 | George Washington / Throggs Neck Bridges (Tolls) |
| 10/27/09 | 11/02/09 | Stewart,Matthew J | Travel | 56.10 | Travel time to and Melville NY (normal commute by mass transit) - Mileage |
| 10/21/09 | 11/02/09 | Stewart,Matthew J | Travel Meals | 6.69 | Out of town Meal (Lunch) - M. Stewart |
| 10/21/09 | 11/02/09 | Stewart,Matthew J | Travel | 19.00 | George Washington / Throggs Neck Bridges |
| 10/21/09 | 11/02/09 | Stewart,Matthew J | Travel Meals | 9.60 | Out of town Meal (Dinner) - M. Stewart |
| 10/23/09 | 11/02/09 | Stewart,Matthew J | Travel Meals | 4.22 | Out of town Meal (Brunch) - M. Stewart |
| 10/23/09 | 11/02/09 | Stewart,Matthew J | Travel | 56.10 | Travel time to and Melville NY (normal commute by mass transit) - Mileage |
| 10/21/09 | 11/02/09 | Stewart,Matthew J | Travel | 56.10 | Travel time to and Melville NY (normal commute by mass transit) - Mileage |
| 11/03/09 | 11/04/09 | Michaelis,Michele | Travel | 15.50 | train to LI |
| 11/03/09 | 11/04/09 | Michaelis,Michele | Travel | 14.00 | cab to train at 7:20am |
| 11/03/09 | 11/04/09 | Michaelis,Michele | Travel Meals | 91.05 | Lunch at Client |
| 11/30/09 | 11/30/09 | Berliner,David E | Technology Services | 1,500.00 | Concordance Database Monthly Hosting Fee |

**Exhibit C**

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 11/24/09 | 12/01/09 | Berliner,David E | Local Travel | 2.50 | Subway to AHM mediation. |
| 11/11/09 | 12/16/09 | Stewart,Matthew J | Travel Meals | 8.26 | AHM Meal |
| 11/11/09 | 12/16/09 | Stewart,Matthew J | Lodging | 16.79 | Hotel - Room Tax - Overnight stay at American Home |
| 11/11/09 | 12/16/09 | Stewart,Matthew J | Travel Meals | 30.98 | Meal with S. Martinez from Zolfo and L. Smalley - Liquidating Trustee |
| 11/11/09 | 12/16/09 | Stewart,Matthew J | Travel | 28.05 | Travel to Melville Long Island (Normal Commute by Train) |
| 11/11/09 | 12/16/09 | Stewart,Matthew J | Travel | 5.00 | Throggs neck bridge - toll |
| 11/11/09 | 12/16/09 | Stewart,Matthew J | Lodging | 179.00 | Hotel - Overnight stay at American Home |
| 11/03/09 | 12/16/09 | Stewart,Matthew J | Travel | 56.10 | Travel to and from Melville Long Island (normal commute by train) |
| 11/03/09 | 12/16/09 | Stewart,Matthew J | Travel | 19.00 | George Washington Bridge and Throggs neck |
| 10/28/09 | 12/16/09 | Stewart,Matthew J | Travel Meals | 7.68 | AHM Meal - Lunch |
| 11/03/09 | 12/16/09 | Stewart,Matthew J | Travel Meals | 4.22 | AHM Meal - Breakfast |
| 11/10/09 | 12/16/09 | Stewart,Matthew J | Travel | 28.05 | Travel to Melville Long Island (Normal Commute by Train) |
| 11/10/09 | 12/16/09 | Stewart,Matthew J | Travel | 13.00 | George Washington bridge plus Throggs Neck |
| 11/10/09 | 12/16/09 | Stewart,Matthew J | Travel Meals | 8.67 | AHM Meal |
| 12/31/09 | 12/31/09 | Berliner,David E | Technology Services | 1,500.00 | Concordance Database Monthly Hosting Fee |
| 12/09/09 | 01/09/10 | Stewart,Matthew J | Travel | 19.00 | George Washington and Throggs Neck (Tolls) |
| 12/09/09 | 01/09/10 | Stewart,Matthew J | Travel | 56.10 | Mileage To and From Melville Long Island (Normal Commute by Train) |
| 12/16/09 | 01/09/10 | Stewart,Matthew J | Travel | 19.00 | George Washington and Throggs Neck (Tolls) |

**Exhibit C**

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 12/16/09 | 01/09/10 | Stewart,Matthew J | Travel | 56.10 | Mileage To and From Melville Long Island (Normal Commute by Train) |
| 12/02/09 | 01/09/10 | Stewart,Matthew J | Travel | 56.10 | Mileage To and From Melville Long Island (Normal Commute by Train) |
| 12/02/09 | 01/09/10 | Stewart,Matthew J | Travel | 19.00 | George Washington and Throggs Neck (Tolls) |
| 12/09/09 | 01/09/10 | Stewart,Matthew J | Travel Meals | 28.23 | Meal with S. Martinez and L. Smalley at AHM |
| 01/31/10 | 01/31/10 | Berliner,David E | Technology Services | 1,500.00 | Concordance Database Monthly Hosting Fee |
|  |  |  |  | **$5,643.45** |  |

4