**AMERICAN HOME MORTGAGE**
**Time Summary**
**February 1, 2010 to February 28, 2010**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| WILLIAM K LENHART | PARTNER | 2.6 | 725.00 | 1,885.00 |
| DAVID E BERLINER | PARTNER | 29.4 | 610.00 | 17,934.00 |
| ROBERT M KLEIN | PARTNER | 0.8 | 600.00 | 480.00 |
| MICHELE MICHAELIS | DIRECTOR | 20.9 | 450.00 | 9,405.00 |
| CHRIS AWONG | SENIOR | 32.5 | 275.00 | 8,937.50 |
| MATTHEW J STEWART | SENIOR | 86.1 | 240.00 | 20,664.00 |
| JERRY D'AMATO III | SENIOR | 0.8 | 225.00 | 180.00 |
| KEVIN REINLE | SENIOR | 0.9 | 225.00 | 202.50 |
| NAUSHON E VANDERHOOP | SENIOR | 2.0 | 190.00 | 380.00 |
| JASON M FRIEDMAN | STAFF | 0.8 | 180.00 | 144.00 |
| ALAINA D MASLER | STAFF | 20.8 | 180.00 | 3,744.00 |
| MATTHEW E SANDBERG | STAFF | 3.5 | 150.00 | 525.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 1.8 | 150.00 | 270.00 |
| BETTY CHARMATZ | PARA-PROF. | 2.0 | 130.00 | 260.00 |
| | **SUBTOTAL:** | **204.9** | | **$65,011.00** |
| TRAVEL TIME: Billed @ ½ rate | | | | |
| MATTHEW J STEWART | SENIOR | 1.0 | 120.00 | 120.00 |
| | **SUBTOTAL:** | **1.0** | | **120.00** |
| | **TOTAL:** | **205.9** | | **$65,131.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2010 to February 28, 2010

### A.    TAX ISSUES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/1/2010 | M.S. | Corresponded with tax personnel and D. Berliner regarding site visit tomorrow. | 0.2 |
| 2/1/2010 | R.K. | Discussion regarding tax return issues. | 0.8 |
| 2/2/2010 | M.S. | Various meetings with tax personnel and AHM employees. | 2.5 |
| 2/2/2010 | M.S. | Assisted in gathering information and materials for tax personnel. | 1.4 |
| | | **TOTAL:** | **4.9** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| R. KLEIN (R.K.) | 0.8 | 600.00 | 480.00 |
| M. STEWART (M.S.) | 4.1 | 240.00 | 984.00 |
| **TOTAL:** | **4.9** | | **1,464.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**B.     PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/4/2010 | C.A. | Per request from Counsel, investigated whether services were used post petition for vendor Digital Solution, and also researched copies of invoices paid in the preference period.  Coordinated response with the Debtors and communicated to Counsel. | 1.1 |
| 2/4/2010 | C.A. | Per request from Counsel, investigated discrepancies between unpaid new value between the Debtors' records and Defendant Sprint's records.  Coordinated response with the Debtors and communicated to Counsel. | 1.4 |
| 2/4/2010 | C.A. | Researched and provided various copies of Deloitte invoices for potential preference analysis. | 0.7 |
| 2/4/2010 | M.S. | Corresponded with J. Friedman and C. Awong regarding payments preceding the bankruptcy and retrieving invoices. | 0.2 |
| 2/5/2010 | M.S. | Corresponded with D. Berliner regarding preferences and other. | 0.2 |
| 2/5/2010 | M.S. | Reviewed Debtors' vendors payment history from 2006 to Petition Date. | 0.4 |
| 2/6/2010 | C.A. | Per request from Counsel, investigated preference vendor RMIC's assertion that a check refund was provided to check# 323138. | 0.8 |
| 2/6/2010 | C.A. | Per request from Counsel, performed research in the Debtors' records and on the internet to determine a nexus between preference Defendants First American Real Estate and CoreLogic, and validated their asserted new value defense. | 1.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

B.     PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/6/2010 | C.A. | Per request from Counsel, researched the Debtors' SOAL to determine the range of claims filed for preference Defendant Manpower, Inc. | 0.7 |
| 2/8/2010 | J.F. | Searched for and reviewed Deloitte invoices. | 0.6 |
| 2/8/2010 | J.F. | E-mail correspondence with the Debtors regarding invoices. | 0.2 |
| 2/9/2010 | C.A. | Per request from Counsel, researched the preference vendor FNC's assertion of unpaid new value, and verified against Debtors' records. | 0.6 |
| 2/9/2010 | C.A. | Per request from Counsel, research with the Debtors, Digital Storage Solution's assertion that new value was provided post-petition. | 0.9 |
| 2/9/2010 | C.A. | For preference defendant Corporate Resources, researched with the Debtors the reason for the large delay in payment of an invoice in the historical period. | 1.2 |
| 2/11/2010 | C.A. | Per request from Counsel, researched the preference defendant Diner's Club assertion of a bounced check, and researched the SOAL and the Debtors' records for invoice detail for unpaid new value. | 1.3 |
| 2/15/2010 | C.A. | Per request from Counsel, researched and verified the preference defendant's assertion of unpaid new value. | 0.8 |
| 2/17/2010 | C.A. | Conference call with the Debtors to discuss the reason for increasing services and invoice amounts for vendor FNC Inc.  Provided memo response to Counsel. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**B.     PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/17/2010 | M.M. | Reviewed correspondence related to preferences. | 0.5 |
| 2/17/2010 | M.S. | Reviewed preference recoveries to Date. | 0.2 |
| 2/18/2010 | C.A. | Per request from Counsel, researched payments and new value made to preference defendant Digital Storage and related entities (Kodak, Kofax and Digitech) during the preference and historical periods.  Also coordinated responses between the Debtors and Counsel. | 1.6 |
| 2/19/2010 | C.A. | Per request from Counsel, researched and provided both checks and invoices for payments made to vendor Client Services Inc. during the preference period. | 0.9 |
| 2/19/2010 | C.A. | Per request from Counsel, provided both checks and invoices for preference vendor CT Networks. | 2.2 |
| 2/19/2010 | C.A. | Per request from Counsel, provided both checks and invoices for preference vendor Elite Fire Protection. | 0.8 |
| 2/22/2010 | M.M. | Reviewed current correspondence re: preferences. | 0.2 |
| 2/23/2010 | C.A. | Per request from Counsel, for preference vendor Mortgage Contracting Services, reconciled the Defendant's payment data to the Debtors' data (at the invoice level) for payments made in the historical and preference period, and coordinated a response with the Debtors. | 3.3 |
| 2/23/2010 | C.A. | Prepared a summary of preference settlements to date (through the 6th Omnibus 9019 Court Motion), and reconciled various settlements that were not ultimately filed with the Court. | 1.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**B.** **PREFERENCE ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 2/24/2010 | C.A. | Reviewed the Debtors' response related to the reconciliation of data for preference vendor Mortgage Contracting Services, and communicated to Counsel. | 1.1 |
| 2/24/2010 | C.A. | Per request from Counsel, vouched the details for a sample of invoices paid in the historical and preference periods for vendor Mortgage Contracting Services, and communicated findings to Counsel. | 1.9 |
| 2/24/2010 | C.A. | Per request from Counsel, reviewed the preference defendant's (Digital Storage) assertion of post-petition new value for related party Eastman Kodak, and coordinated response with the Debtors. | 1.2 |
| 2/24/2010 | D.B. | Reviewed summary of preference settlements for 6th omnibus. | 0.1 |
| 2/25/2010 | C.A. | Per request from Counsel, investigated various aspects of the preference analysis against Defendant Digital Storage Solutions (DSS), including reviewing the DSS service contract to determine services to be performed, researching possible nexus between Kodak, Kofax and DSS, and reviewing both historical and preference period invoices. Coordinated response with the Debtors, and responded to Counsel. | 2.8 |
| 2/25/2010 | C.A. | Per request from Counsel, reviewed service agreements, confidentiality agreement, and asserted new value invoice to determine the business relationship between preference Defendant Client Services Customer Care and the Debtors. | 2.8 |
| 2/25/2010 | C.A. | Per request from Counsel, reviewed various service agreements and invoices paid to preference vendor Protis, and coordinated response with the Debtors. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**B.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/26/2010 | M.S. | Reviewed schedules re: preferences | 0.2 |
| | | **TOTAL:** | **35.3** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.1 | 610.00 | 61.00 |
| M. MICHAELIS (M.M.) | 0.7 | 450.00 | 315.00 |
| C. AWONG (C.A.) | 32.5 | 275.00 | 8,937.50 |
| M. STEWART (M.S.) | 1.2 | 240.00 | 288.00 |
| J. FRIEDMAN (J.F.) | 0.8 | 180.00 | 144.00 |
| **TOTAL:** | **35.3** | | **9,745.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**C.     LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/1/2010 | A.M. | Reviewed and updated compensation worksheet. | 3.1 |
| 2/1/2010 | A.M. | Analyzed 2007 bonus and commission payments and updated schedule. | 1.8 |
| 2/1/2010 | D.B. | Reviewed letter from BDO counsel to JPMorgan counsel re: JPM subpoena. | 0.1 |
| 2/1/2010 | D.B. | Met with M. Michaelis and M. Stewart to discuss case status and to prepare for meeting with counsel re: UCC investigation. | 0.5 |
| 2/1/2010 | M.M. | Discussed meeting with counsel re: cause of action investigation. | 0.7 |
| 2/1/2010 | M.S. | Prepared for Wednesday meeting with H&H to discuss the causes of action report. | 2.8 |
| 2/1/2010 | M.S. | Reviewed employee compensation file provided by A. Masler | 0.4 |
| 2/2/2010 | A.M. | Analyzed 2007 bonus and commission payments and updated schedule. | 1.6 |
| 2/2/2010 | D.B. | Reviewed revised draft of tolling agreement. | 0.2 |
| 2/2/2010 | M.S. | Reviewed employee compensation file provided by A. Masler. | 0.7 |
| 2/2/2010 | M.S. | Corresponded with A. Masler regarding causes of action investigation. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2010 to February 28, 2010

### C.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/2/2010 | M.S. | Prepared for meeting tomorrow with Hahn & Hessen regarding causes of action investigation. | 1.4 |
| 2/2/2010 | M.S. | Reviewed REIT compliance testing for 2005-2007. | 0.8 |
| 2/2/2010 | M.S. | Prepared 2-3-10 meeting agenda outline and notes. | 0.8 |
| 2/3/2010 | A.M. | Created exhibit and chart of loan severity by lien type. | 0.6 |
| 2/3/2010 | A.M. | Reviewed and updated compensation worksheet. | 0.3 |
| 2/3/2010 | A.M. | Work session with M. Stewart regarding financial exhibits. | 0.5 |
| 2/3/2010 | A.M. | Verified historical financial data against public filings. | 0.9 |
| 2/3/2010 | D.B. | Reviewed UCC investigation reports and supporting documents to prepare for meeting with counsel; met with M. Stewart to discuss damage analysis. | 1.9 |
| 2/3/2010 | M.M. | Prepared for meeting with Counsel re: cause of action. | 0.9 |
| 2/3/2010 | M.S. | Provided documentation regarding the causes of action complaint to BDO team. | 0.4 |
| 2/3/2010 | M.S. | Discussed with A. Masler AHM financials. | 0.5 |
| 2/3/2010 | M.S. | Corresponded with T. Lendez and M. Michaelis regarding BDO reports and files for the causes of action investigation. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/3/2010 | M.S. | Met with D. Berliner regarding causes of action investigation meeting with Hahn & Hessen. | 0.5 |
| 2/3/2010 | M.S. | Reviewed Class Action Investor complaint and Judges' order on the settlement. | 0.7 |
| 2/3/2010 | M.S. | Reviewed AHM loan sale trading information file sent by the Debtors. | 0.2 |
| 2/3/2010 | M.S. | Reviewed employee compensation file provided by A. Masler. | 0.8 |
| 2/3/2010 | M.S. | Prepared for meeting with Hahn & Hessen regarding causes of action investigation. | 3.2 |
| 2/3/2010 | M.S. | Met with Hahn & Hessen regarding causes of action investigation. | 2.5 |
| 2/4/2010 | A.M. | Created exhibit of dividends paid by quarter 2005 - 2007. | 1.8 |
| 2/4/2010 | M.M. | Reviewed cause of action related damage calculations with regard to bonus and dividend data. | 1.1 |
| 2/4/2010 | M.M. | Discussed cause of action damage analysis with M. Stewart. | 0.7 |
| 2/4/2010 | M.S. | Prepared cause of action damages schedule for counsel. | 1.4 |
| 2/4/2010 | M.S. | Reviewed 2004, 2005 and 2006 REIT qualification tests. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

## C.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/4/2010 | M.S. | Reviewed all bonus payments by type and additional payments by person for 2007. | 1.8 |
| 2/4/2010 | M.S. | Reviewed dividends paid during 2006 and 2007. | 0.8 |
| 2/4/2010 | M.S. | Prepared damages schedule for counsel. | 2.2 |
| 2/4/2010 | M.S. | Work sessions with M. Michaelis regarding damage analysis. | 0.4 |
| 2/5/2010 | A.M. | Work session with M. Stewart regarding damage claim analysis. | 0.4 |
| 2/5/2010 | A.M. | Updated schedule of bonus and commission payments. Analyzed bonuses by type of payment. | 0.5 |
| 2/5/2010 | D.B. | Supervised M. Stewart and M. Michaelis in preparation of damage analysis for cause of action investigation. | 0.5 |
| 2/5/2010 | M.M. | Revisited updated damage calculation for actions. | 0.7 |
| 2/5/2010 | M.S. | Performed research on IRC Section 856. | 1.0 |
| 2/5/2010 | M.S. | Added invoice descriptions to an Excel spreadsheet detailing 2006 and 2007 AHM payments to Deloitte. | 0.8 |
| 2/5/2010 | M.S. | Prepared damages schedule for counsel. | 3.8 |
| 2/5/2010 | M.S. | Work session with A. Masler regarding causes of action investigation. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**C.     LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/5/2010 | M.S. | Revised damage analysis based on M. Michaelis revisions. | 2.1 |
| 2/5/2010 | M.S. | Work sessions with M. Michaelis regarding damage analysis. | 0.8 |
| 2/8/2010 | A.M. | Created historical financial exhibits for settlement damages schedule. | 1.6 |
| 2/8/2010 | A.M. | Work sessions with M. Stewart regarding settlement damages calculation. | 0.2 |
| 2/8/2010 | D.B. | Reviewed initial draft of Damage analysis for counsel, prepared comments and discussed with M. Stewart. | 1.8 |
| 2/8/2010 | M.S. | Discussed with A. Masler AHM schedules relating to the causes of action. | 0.2 |
| 2/8/2010 | M.S. | Prepared materials for counsel regarding the causes of action investigation. | 3.8 |
| 2/8/2010 | M.S. | Prepared for and met with D. Berliner regarding the causes of action investigation. | 0.9 |
| 2/8/2010 | M.S. | Reviewed invoices related to D&T for 2006-2007. | 0.8 |
| 2/9/2010 | A.M. | Created schedule of net income by quarter for damages schedule. | 0.4 |
| 2/9/2010 | A.M. | Work sessions with M. Stewart regarding settlement damage analysis. | 0.6 |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### February 1, 2010 to February 28, 2010

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/9/2010 | A.M. | Reviewed trade prices of loans sold by date and created exhibits. | 1.3 |
| 2/9/2010 | A.M. | Worked on settlement damages exhibit. | 1.6 |
| 2/9/2010 | A.M. | Reviewed commission-based employment agreements and pay rates. | 0.7 |
| 2/9/2010 | A.M. | Analyzed Debtors' trial balances and identified restricted v. unrestricted cash.  Created exhibit. | 2.9 |
| 2/9/2010 | D.B. | Final review of damage analysis for counsel, met with M. Michaelis & M. Stewart to discuss comments. | 1.6 |
| 2/9/2010 | M.M. | Reviewed and discussed updated damage calculations for cause of action investigation. | 1.1 |
| 2/9/2010 | M.S. | Created a worksheet of ten loan officers for AHM and descriptions of their commissions as per their employment agreements. | 1.5 |
| 2/9/2010 | M.S. | Updated bonus compensation worksheet with 2007 salaries. | 0.2 |
| 2/9/2010 | M.S. | Work sessions with A. Masler regarding AHM schedules relating to the causes of action. | 0.6 |
| 2/9/2010 | M.S. | Conference call with R. Malatak regarding causes of action investigation. | 0.4 |
| 2/9/2010 | M.S. | Discussed with staff 2006 invoices. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**C.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/9/2010 | M.S. | Prepared for and met with D. Berliner regarding the causes of action investigation. | 0.8 |
| 2/9/2010 | M.S. | Prepared materials for counsel regarding the causes of action investigation. | 3.8 |
| 2/9/2010 | M.S. | Reviewed the AHM's accounting policies and loan sales for 2004-2007 | 1.4 |
| 2/9/2010 | M.S. | Reviewed commission based compensation structure. | 0.6 |
| 2/10/2010 | J.D. | Reviewed Concordance database for support relating to a Commissionable Point. | 0.8 |
| 2/10/2010 | M.S. | Reviewed commission based compensation structure and payments made during 2007. | 0.7 |
| 2/10/2010 | M.S. | Reviewed unencumbered loan list. | 0.2 |
| 2/10/2010 | M.S. | Corresponded with and reviewed database relating to commissionable point. | 0.2 |
| 2/11/2010 | M.S. | Corresponded re: meeting on causes of action next week. | 0.1 |
| 2/11/2010 | M.S. | Reviewed damage analysis in connection with the causes of action investigation. | 0.8 |
| 2/12/2010 | M.M. | Reviewed cause of action related document from counsel. | 0.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
**February 1, 2010 to February 28, 2010**

### C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/15/2010 | D.B. | Reviewed draft Hahn & Hessen memo to UCC re: D&T investigation, prepared comments and discussed with M. Michaelis and M. Stewart. | 0.9 |
| 2/15/2010 | M.S. | Reviewed updated letter to the Committee prepared by H&H. | 0.3 |
| 2/15/2010 | M.S. | Reviewed cash flow forecast provided by the Debtors last week. | 0.4 |
| 2/16/2010 | M.M. | Met with D. Berliner and M. Stewart re: cause of action memo. | 0.6 |
| 2/16/2010 | M.S. | Revised causes of action analysis based on H&H comments. | 0.7 |
| 2/16/2010 | M.S. | Corresponded with D. Berliner and M. Michaelis regarding the causes of action analysis. | 0.6 |
| 2/16/2010 | M.S. | Prepared for the conference call with H&H regarding the causes of action investigation. | 0.3 |
| 2/17/2010 | M.S. | Reviewed open items listing and docket filings for this week. | 0.3 |
| 2/17/2010 | W.L. | Reviewed issues regarding cause of action analysis and presentation to counsel. | 0.5 |
| 2/18/2010 | M.S. | Reviewed cash flow forecast and projected future cash beyond Debtors projections | 0.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2010 to February 28, 2010

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/18/2010 | W.L. | Reviewed issues regarding cause of action analysis with D. Berliner. | 0.4 |
| 2/19/2010 | D.B. | Reviewed revised damage analysis for settlement meeting with D&T. | 0.7 |
| 2/19/2010 | W.L. | Discussed issues regarding cause of action settlement discussions. | 0.4 |
| 2/21/2010 | M.S. | Corresponded with D. Berliner and M. Michaelis regarding this week's docket filings. | 0.2 |
| 2/26/2010 | M.S. | Corresponded with D. Berliner and M. Michaelis regarding causes of action investigation. | 0.3 |
| | | **TOTAL:** | **90.8** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| W. LENHART (W.L.) | 1.3 | 725.00 | 942.50 |
| D. BERLINER (D.B.) | 8.2 | 610.00 | 5,002.00 |
| M. MICHAELIS (M.M.) | 6.2 | 450.00 | 2,790.00 |
| M. STEWART (M.S.) | 50.0 | 240.00 | 12,000.00 |
| J. D'AMATO III (J.D.) | 0.8 | 225.00 | 180.00 |
| A. MASLER (A.M.) | 20.8 | 180.00 | 3,744.00 |
| M. SANDBERG (M.S.) | 3.5 | 150.00 | 525.00 |
| **TOTAL:** | **90.8** | | **25,183.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**D.    ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/1/2010 | M.M. | Revisited status of Bank sale. | 0.4 |
| 2/4/2010 | M.M. | Prepared summary of Debtors conversation with regard to Bank sale. | 0.2 |
| 2/9/2010 | M.S. | Discussed with K. McColgan gain on sale and other accounting issues. | 0.4 |
| 2/10/2010 | M.S. | Prepared update on Bank, Ross, Broadhollow and remaining loans | 1.2 |
| 2/23/2010 | D.B. | Reviewed analysis of value of Worth offer for AH Bank and compared to Bancorp. | 0.2 |
| 2/23/2010 | M.M. | Discussion with M. Stewart re: update for Counsel and bank offer. | 0.2 |
| 2/23/2010 | M.M. | Reviewed current bank offer support provided by Zolfo for Worth bid. | 0.2 |
| 2/23/2010 | M.S. | Met with M. Michaelis to discuss AH Bank. | 0.2 |
| 2/23/2010 | M.S. | Prepared update to counsel based on revised Bank offer and potential recoveries. | 0.8 |
| 2/23/2010 | M.S. | Reviewed Worth financial offer for AH Bank. | 0.4 |
| 2/26/2010 | M.S. | Reviewed loan level detail for 2006. | 0.8 |
| | | **TOTAL:** | **5.0** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**D.    ASSET SALE/AUCTION**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.2 | 610.00 | 122.00 |
| M. MICHAELIS (M.M.) | 1.0 | 450.00 | 450.00 |
| M. STEWART (M.S.) | 3.8 | 240.00 | 912.00 |
| **TOTAL:** | **5.0** | | **1,484.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**E.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/2/2010 | M.S. | Various discussions with S. Martinez regarding bank, Ross, tax personnel and cash flows. | 1.2 |
| 2/4/2010 | M.M. | Call with Debtors re: Bank sale. | 0.3 |
| 2/5/2010 | M.S. | Corresponded with Debtors and BDO tax regarding tax information support. | 0.2 |
| 2/9/2010 | D.B. | Telephone call with S. Martinez re: case status update. | 0.3 |
| 2/9/2010 | M.M. | Participated on call with Debtors. | 0.6 |
| 2/9/2010 | M.S. | Conference call with the Debtors to discuss case updates. | 0.4 |
| 2/18/2010 | D.B. | Telephone call with K. Nystrom and S. Martinez re: AH Bank and case update. | 0.5 |
| 2/18/2010 | M.M. | Conference call with Debtors re: status update. | 0.7 |
| 2/19/2010 | D.B. | Telephone calls and emails with R. Klein, S. Beach and S. Martinez re: BDO tax retention and review revised application. | 0.3 |
| 2/19/2010 | M.S. | Various correspondences with the Debtors and counsel re: John Johnston. | 0.2 |
| 2/22/2010 | M.S. | Various correspondences with the Debtors and counsel re: John Johnston. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**E.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/22/2010 | M.S. | Corresponded with L. Smalley re: AHM updates. | 0.3 |
| 2/22/2010 | M.S. | Reviewed emails related to AHM updates from the last 3 weeks. | 0.3 |
| 2/23/2010 | M.M. | Conference call with Debtors re: update on Bank, Ross and other. | 0.3 |
| 2/23/2010 | M.S. | Conference call with the Debtors to discuss the Bank, Ross and Broadhollow. | 0.5 |
| 2/25/2010 | M.S. | Corresponded with Debtors re: weekly update call next week. | 0.1 |
| 2/26/2010 | M.S. | Reviewed letter forwarded by counsel and AHM general ledger and loan list. | 0.6 |
| 2/26/2010 | M.S. | Corresponded with S. Martinez re: preferences, review of updated settlement schedule. | 0.4 |
| | | **TOTAL:** | **7.6** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**E.      MEETINGS - DEBTOR**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.1 | 610.00 | 671.00 |
| M. MICHAELIS (M.M.) | 1.9 | 450.00 | 855.00 |
| M. STEWART (M.S.) | 4.6 | 240.00 | 1,104.00 |
| **TOTAL:** | **7.6** | | **2,630.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
**February 1, 2010 to February 28, 2010**

### F.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/1/2010 | D.B. | Reviewed BDO report to UCC dated 1/28/2010. | 0.4 |
| 2/15/2010 | M.M. | Reviewed memo to Committee re: cause of action. | 0.2 |
| 2/16/2010 | M.M. | Revisited memo to Committee re: cause of action and financial data presented. | 0.4 |
| 2/24/2010 | M.S. | Corresponded with M. Michaelis and D. Berliner regarding the Committee report. | 0.2 |
| 2/24/2010 | M.S. | Prepared report for the Committee update meeting tomorrow. | 1.2 |
| 2/25/2010 | M.M. | Reviewed and edited updated Committee memo. | 0.6 |
| 2/25/2010 | M.S. | Prepared update BDO report to go out to the Committee | 1.4 |
| 2/25/2010 | M.S. | Corresponded with D. Berliner and M. Michaelis regarding Committee report. | 0.2 |
| 2/26/2010 | D.B. | Reviewed and edited draft of BDO report to UCC, prepared comments and discussed with M. Stewart. | 1.2 |
| 2/26/2010 | M.S. | Reviewed D. Berliner's comments on the Committee update report. | 0.4 |
| 2/28/2010 | M.S. | Prepared the Committee update report for next week. | 0.3 |
| | | **TOTAL:** | **6.5** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**F.    REPORT PREPARATION**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.6 | 610.00 | 976.00 |
| M. MICHAELIS (M.M.) | 1.2 | 450.00 | 540.00 |
| M. STEWART (M.S.) | 3.7 | 240.00 | 888.00 |
| **TOTAL:** | **6.5** | | **2,404.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### February 1, 2010 to February 28, 2010

## G.     MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/4/2010 | D.B. | Prepared for and present BDO report on UCC conference call. | 0.8 |
| 2/4/2010 | M.M. | Participated in call with Committee re: update. | 0.8 |
| 2/4/2010 | M.S. | Prepared for and call with the Committee re: bank, Debtors' recent motions and cash flow. | 1.1 |
| 2/16/2010 | M.M. | Reviewed correspondence re: Thursday Committee meeting. | 0.1 |
| 2/18/2010 | D.B. | Prepared for and presented BDO Report on UCC conference call. | 1.6 |
| 2/18/2010 | M.M. | Prepared for call with Committee. | 0.6 |
| 2/18/2010 | M.M. | Conference call with Committee re: case status update. | 1.1 |
| 2/18/2010 | W.L. | Participated on a Committee conference call dealing with possible litigation recoveries. | 0.7 |
| | | **TOTAL:** | **6.8** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

## G.     MEETINGS WITH CREDITORS

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| W. LENHART (W.L.) | 0.7 | 725.00 | 507.50 |
| D. BERLINER (D.B.) | 2.4 | 610.00 | 1,464.00 |
| M. MICHAELIS (M.M.) | 2.6 | 450.00 | 1,170.00 |
| M. STEWART (M.S.) | 1.1 | 240.00 | 264.00 |
| **TOTAL:** | **6.8** | | **3,405.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/1/2010 | D.B. | Reviewed latest AHM budget for period 1/29/2010 - 4/2/2010. | 0.3 |
| 2/1/2010 | M.S. | Met with D. Berliner and M. Michaelis regarding cash flows, Effective Date and causes of action | 0.4 |
| 2/1/2010 | M.S. | Reviewed Dobben motion and Broadhollow motion filed with the Court. | 0.8 |
| 2/1/2010 | M.S. | Reviewed cash flow forecast and analysis of cash flow beyond the Debtors projections. | 1.4 |
| 2/1/2010 | M.S. | Prepared for meetings tomorrow and the Debtors' site. | 0.4 |
| 2/2/2010 | D.B. | E-mails with M. Stewart re: case update and summary of visit to AHM office. | 0.3 |
| 2/2/2010 | D.B. | Reviewed docket report for period 1/16/2010 through 1/31/2010 and reviewed 9019 settlement with Corporate Center Drive Holdings regarding admin rent claim, motion to approve sale and settlement relating to Broadhollow Funding, 1st fee application of RMS as collection agent for UCC and motion to prohibit use of cash collateral motion for supersedeas Bond to Protect Judgment for Mona Dobben. | 1.4 |
| 2/2/2010 | M.S. | Reviewed cash flow forecast and analysis of cash flow beyond the Debtors projections. | 0.8 |
| 2/2/2010 | M.S. | Updated D. Berliner and M. Michaelis on cash flow projection and Bank. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/3/2010 | M.S. | Corresponded with D. Berliner regarding cash flows. | 0.2 |
| 2/4/2010 | D.B. | Reviewed AH Bank December 2009 financial statements & revised liquidation analysis. | 0.4 |
| 2/4/2010 | D.B. | Met with M. Michaelis and M. Stewart re: conversation with K. Nystrom on AH Bank and analysis of damages for counsel re: cause of action investigation. | 0.3 |
| 2/4/2010 | K.R. | Updated professional fee summary schedules based on newly filed fee applications with Bankruptcy Court. | 0.9 |
| 2/4/2010 | M.M. | Reviewed motions filed summaries. | 0.2 |
| 2/5/2010 | M.M. | Reviewed updated budget. | 0.4 |
| 2/8/2010 | M.S. | Reviewed cash flow forecast and analysis of cash flow beyond the Debtors projections. | 0.5 |
| 2/8/2010 | M.S. | Prepared historical financial tables and analysis for D. Berliner. | 1.4 |
| 2/9/2010 | M.S. | Reviewed AHM cash flow for February - April. | 0.3 |
| 2/10/2010 | M.M. | Reviewed write-up as prepared by M. Stewart of call with Debtors. | 0.4 |
| 2/11/2010 | M.M. | Reviewed most recent updated cash flow summary. | 0.3 |
| 2/11/2010 | M.S. | Reviewed updated cash flow forecast and Effective Date scenarios received today. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**H.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/12/2010 | D.B. | Reviewed AHM cash flow budget for period 2/5/2010 through 5/7/2010. | 0.2 |
| 2/12/2010 | M.S. | Various discussions with D. Berliner and M. Michaelis regarding bank, Ross and cash flows. | 0.2 |
| 2/15/2010 | M.M. | Reviewed updated cash flow budget. | 0.7 |
| 2/15/2010 | M.S. | Reviewed docket and related filings. | 0.4 |
| 2/16/2010 | M.S. | Corresponded with M. Michaelis regarding Thursday's Committee call and update call with the Debtors. | 0.2 |
| 2/17/2010 | W.L. | Discussed analysis with D. Berliner. | 0.3 |
| 2/18/2010 | D.B. | Met with W. Lenhart and/or M. Michaelis to prepare for UCC conference call and discuss Hahn & Hessen report to UCC; discussed issues with BDO in-house counsel. | 0.6 |
| 2/19/2010 | M.M. | Reviewed correspondence and issues related to Johnston stock related request. | 0.3 |
| 2/19/2010 | M.M. | Reviewed revised budget received from Zolfo. | 0.8 |
| 2/19/2010 | M.S. | Discussed with M. Michaelis this week's meetings. | 0.3 |
| 2/19/2010 | M.S. | Reviewed files re: Hartford and correspondence with Debtors re: same. | 0.2 |
| 2/21/2010 | M.S. | Reviewed docket filings relating to: Broadhollow, RMS, BDO, and other orders. | 1.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**H.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/22/2010 | D.B. | Reviewed docket report for period 2/9/2010 through 2/19/2010. | 0.2 |
| 2/22/2010 | D.B. | Reviewed cash flow budget for the period 2/12/2010 through 5/7/2010. | 0.3 |
| 2/22/2010 | M.S. | Reviewed docket and related filings. | 0.3 |
| 2/24/2010 | M.S. | Prepared the Effective Date analysis based on several scenarios. | 1.1 |
| 2/24/2010 | M.S. | Reviewed bank financial statements. | 0.6 |
| 2/26/2010 | M.M. | Reviewed correspondence related to PCAOB issues. | 0.7 |
| 2/26/2010 | M.S. | Reviewed updated cash flow forecast and Effective Date scenarios received today. | 0.9 |
| 2/26/2010 | M.S. | Corresponded with D. Berliner regarding cash flow and Effective Date scenarios. | 0.3 |
| 2/28/2010 | M.S. | Reviewed cash flow forecast update sent by the Debtors on Feb 26th. | 0.4 |
| | | **TOTAL:** | **22.5** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**H.      BUSINESS ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| W. LENHART (W.L.) | 0.3 | 725.00 | 217.50 |
| D. BERLINER (D.B.) | 4.0 | 610.00 | 2,440.00 |
| M. MICHAELIS (M.M.) | 3.8 | 450.00 | 1,710.00 |
| M. STEWART (M.S.) | 13.5 | 240.00 | 3,240.00 |
| K. REINLE (K.R.) | 0.9 | 225.00 | 202.50 |
| **TOTAL:** | **22.5** | | **7,810.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

## I.      COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/1/2010 | D.B. | Reviewed e-mails with counsel re: status of AH Bank, AHM Tolling Agreement with D&T, fee statement for Liquidating Trustee and information on bonus payments for 2007. | 0.9 |
| 2/2/2010 | D.B. | Reviewed e-mails from J. McCahey re: revised draft of tolling agreement; telephone call with J. McCahey to discuss. | 0.3 |
| 2/3/2010 | D.B. | Met with counsel of Hahn & Hessen offices to discuss UCC investigation and damages. | 2.6 |
| 2/3/2010 | M.M. | Met with counsel re: potential cause of action. | 2.1 |
| 2/4/2010 | D.B. | Telephone calls and e-mails with M. Indelicato and E. Schnitzer to plan for UCC call, agenda for call and BDO retention for Waterfield litigation. | 0.4 |
| 2/4/2010 | D.B. | E-mail to Hahn & Hessen re: latest update on AH Bank status. | 0.5 |
| 2/5/2010 | D.B. | Telephone call and e-mail with E. Schnitzer re: payment of RMS success fee on preference litigation settlements. | 0.1 |
| 2/9/2010 | D.B. | Telephone call with R. Malatak re: cause of action. | 0.5 |
| 2/9/2010 | D.B. | Telephone call and e-mails with M. Moran, Esq., re: JPM subpoena follow-up. | 0.5 |
| 2/9/2010 | M.M. | Participated on call with Counsel re: damage calculations for cause of action. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

## I.     COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/11/2010 | D.B. | E-mail to Hahn & Hessen re: case status update. | 0.4 |
| 2/12/2010 | D.B. | E-mails with Hahn & Hessen re: damage analysis and preparation of memo to UCC. | 0.2 |
| 2/12/2010 | M.S. | Reviewed the Committee update memo prepared by R. Malatak. | 0.4 |
| 2/14/2010 | M.S. | Reviewed the Committee update memo prepared by R. Malatak. | 1.6 |
| 2/15/2010 | D.B. | E-mails with Hahn & Hessen memo to UCC. | 0.2 |
| 2/16/2010 | D.B. | Prepared for and attended conference call with Hahn & Hessen to discuss damage analysis for litigation and planning for UCC call Thursday. | 1.1 |
| 2/16/2010 | M.M. | Conference call with Counsel re: cause of action and summary memo. | 0.8 |
| 2/16/2010 | M.S. | Conference call with H&H regarding causes of action investigation. | 0.8 |
| 2/17/2010 | D.B. | Reviewed emails from E. Schnitzer re: preference settlement. | 0.3 |
| 2/18/2010 | D.B. | Telephone calls and emails with M. Indelicato re: planning for UCC call, update on AHBank and D&T investigation. | 0.4 |
| 2/18/2010 | W.L. | Discussed issues with counsel and T. Lendez. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2010 to February 28, 2010

### I.    COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/19/2010 | D.B. | Telephone call with M. Indelicato re: D&T investigation. | 0.1 |
| 2/22/2010 | D.B. | Telephone call and e-mails with M. Indelicato and J. McCahey re: D&T settlement session. | 0.2 |
| 2/22/2010 | M.M. | Discussed status of meeting with Counsel and D&T. | 0.2 |
| 2/24/2010 | D.B. | Reviewed e-mail to Hahn & Hessen re: summary of update call with Zolfo and discussed with M. Michaelis. | 0.2 |
| 2/24/2010 | M.S. | Reviewed update sent by M. Michaelis to counsel | 0.2 |
| 2/26/2010 | D.B. | E-mails with counsel re: PCAOB document request. | 0.2 |
| | | **TOTAL:** | **15.9** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| W. LENHART (W.L.) | 0.3 | 725.00 | 217.50 |
| D. BERLINER (D.B.) | 9.1 | 610.00 | 5,551.00 |
| M. MICHAELIS (M.M.) | 3.5 | 450.00 | 1,575.00 |
| M. STEWART (M.S.) | 3.0 | 240.00 | 720.00 |
| **TOTAL:** | **15.9** | | **8,063.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to February 28, 2010**

**J.     FEE APPLICATIONS / MONTHLY STATEMENTS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 2/1/2010 | B.C. | Entered January time details. | 1.3 |
| 2/4/2010 | B.C. | Entered January time details. | 0.5 |
| 2/5/2010 | D.B. | Reviewed and approved 27th monthly application of BDO for compensation and services rendered as FA to UCC for December, 2009 and Berliner declaration. | 0.6 |
| 2/9/2010 | B.C. | Entered January time details. | 0.1 |
| 2/9/2010 | M.S. | Reviewed BDO's November and December filed fee applications. | 0.2 |
| 2/10/2010 | M.G. | Revised monthly data. Prepared 28th monthly application. | 1.8 |
| 2/10/2010 | M.S. | Reviewed correspondences re: BDO's November and December fee application. | 0.3 |
| 2/10/2010 | N.V. | Reviewed and edited January 2010 time detail; updated project categories. | 1.3 |
| 2/11/2010 | D.B. | Reviewed and approved 28th monthly application of BDO for compensation and services rendered as FA to UCC for January 2010 and Berliner Declaration. | 0.7 |
| 2/12/2010 | M.S. | Corresponded re: BDO professional fee application. | 0.2 |
| 2/12/2010 | N.V. | Updated January 2010 Monthly Application. | 0.7 |

### AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2010 to February 28, 2010

### J.    FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/18/2010 | B.C. | Entered February time details. | 0.1 |
| | | **TOTAL:** | **7.8** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.3 | 610.00 | 793.00 |
| M. STEWART (M.S.) | 0.7 | 240.00 | 168.00 |
| N. VANDERHOOP (N.V.) | 2.0 | 190.00 | 380.00 |
| M. GOMEZ (M.G.) | 1.8 | 150.00 | 270.00 |
| B. CHARMATZ (B.C.) | 2.0 | 130.00 | 260.00 |
| **TOTAL:** | **7.8** | | **1,871.00** |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### February 1, 2010 to February 28, 2010

## K.    CASE ADMINISTRATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/1/2010 | D.B. | Telephone calls and e-mails with R. Klein re: tax return engagement letter and MD refund. | 0.2 |
| 2/1/2010 | M.S. | Reviewed BDO tax retention application. | 0.4 |
| 2/4/2010 | D.B. | Reviewed initial BDO invoice for Waterfield litigation, discussed with T. Lendez and prepared comments. | 0.5 |
| 2/5/2010 | D.B. | Final review of BDO invoices for Waterfield litigation and discussion with N. Vanderhoop re: same. | 0.4 |
| 2/18/2010 | D.B. | Reviewed retention papers for BDO tax work and discussed with R. Klein. | 0.3 |
| | | **TOTAL:** | **1.8** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.4 | 610.00 | 854.00 |
| M. STEWART (M.S.) | 0.4 | 240.00 | 96.00 |
| **TOTAL:** | **1.8** | | **950.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2010 to February 28, 2010

**L.      TRAVEL TIME**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/2/2010 | M.S. | Travel time to and from Melville NY. | 1.0 |
| | | **TOTAL:** | **1.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 1.0 | 120.00 | 120.00 |
| **TOTAL:** | **1.0** | | **120.00** |