EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
February 1, 2010 through February 28, 2010

| | | |
|---|---|---:|
| 1. | PHOTOCOPYING | |
| | a.   Internal | |
| | b.   External | |
| | | |
| 2. | TELECOMMUNICATIONS | |
| | a.   Toll Charges | |
| | b.   Facsimile | |
| | | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES *For overnight and hand delivery to Counsel and Committee members* | |
| | | |
| 4. | COURT REPORTER AND TRANSCRIPTS | |
| | | |
| 5. | TECHNOLOGY SERVICES – *Concordance Database Monthly Hosting Fee* | $1,500.00 |
| | | |
| 6. | OUT-OF-TOWN TRAVEL | |
| | a.   Transportation | 134.00 |
| | b.   Lodging | |
| | c.   Meals | 7.24 |
| | | |
| 7. | OUTSIDE SERVICES | |
| | | |
| 8. | LOCAL MEALS | |
| | | |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE AND PARKING – for cabs to/from meetings, car service *for employees working after 8:00 p.m. and local mileage using personal auto* | |
| | | |
| 10. | MISCELLANEOUS – Internet Connection | |
| | | |
| | **TOTAL** | **$1,641.24** |

*Details available upon request to BDO**.**

-1-