# EXHIBIT A

**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**FEBRUARY 1, 2010, - FEBRUARY 28, 2010**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 7.60 | $2,402.00 |
| 2 | Other Professionals' Fee/Employment Issues | 6.70 | $1,901.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 2.20 | $954.00 |
| 5 | Committee Business and Meetings | 1.80 | $788.50 |
| 6 | Case Administration | 3.50 | $506.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 1.50 | $675.00 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 1.60 | $720.00 |
| 17 | Hearings - Attendance/Preparation | 6.10 | $1,684.50 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 0.00 | $0.00 |
| 22 | Preference Actions | 27.50 | $7,290.50 |
| | **TOTALS** | **58.50** | **$16,921.50** |

**Project Code 1**

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  01 | | | |
| Feb 02 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S DECEMBER MONTHLY FEE APPLICATION; EMAIL TO B. FATELL BREAKING DOWN AMOUNTS NOW DUE TO BLANK ROME | SENESE | 0.10 |
| Feb 02 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S NOVEMBER MONTHLY | SENESE | 0.10 |
| Feb 03 10 | EMAIL EXCHANGES WITH D. LASKIN REGARDING UPCOMING INTERIM FEE APPLICATION HEARING AND COMMITTEE PROFESSIONALS' APPLICATIONS SCHEDULED FOR HEARING | SENESE | 0.10 |
| Feb 03 10 | REVIEW PORTION OF DOCKET, RELATED DOCUMENTATION AND FEE APPLICATION STATUS CHART; DRAFT NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION (DUPLICATIVE) REGARDING BLANK ROME'S NOVEMBER MONTHLY FEE APPLICATION; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.20 |
| Feb 05 10 | REVIEW AND APPROVE FOR FILING CNO'S REGARDING FEE APPLICATION | FATELL | 0.20 |
| Feb 05 10 | REVIEW, FORMAT AND EFILE NOTICE OF WITHDRAWAL OF DUPLICATIVE CNO REGARDING BLANK ROME'S NOVEMBER MONTHLY FEE APPLICATION | SENESE | 0.10 |
| Feb 05 10 | REVIEW, EDIT AND CODE JANUARY PROFORMA IN PREPARATION FOR DRAFTING BLANK ROME'S JANUARY MONTHLY FEE APPLICATION | SENESE | 0.60 |
| Feb 08 10 | TELEPHONE CALL FROM B. FATELL; RESPOND TO EMAIL FROM B. MAGNUSON (COURT CLERK) REGARDING CLARIFICATION OF NOTICE OF WITHDRAWAL OF CNO | SENESE | 0.20 |
| Feb 08 10 | REVIEW JANUARY 2010 EXHIBITS; DRAFT BLANK ROME'S JANUARY MONTHLY FEE APPLICATION | SENESE | 0.70 |
| Feb 09 10 | REVIEW MONTHLY FEE APPLICATION | FATELL | 0.30 |
| Feb 09 10 | PREPARATION OF BLANK ROME'S JANUARY MONTHLY FEE APPLICATION | SENESE | 0.80 |
| Feb 09 10 | REVIEW RECEIVABLES; EMAIL TO B. FATELL REGARDING UNPAID NOVEMBER FEES AND COSTS | SENESE | 0.20 |
| Feb 16 10 | REVIEW AND EDIT FEE APPLICATIONS FOR NOVEMBER, DECEMBER AND INTERIM | FATELL | 0.50 |
| Feb 17 10 | REVIEW AND EDIT EIGHTH INTERIM FEE APPLICATION AND APPROVE FOR FILING | FATELL | 0.40 |
| Feb 17 10 | PREPARE EXHIBIT A TO BLANK ROME'S EIGHTH | SENESE | 0.70 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| | INTERIM FEE APPLICATION | | |
| Feb 17 10 | PREPARE EXHIBIT B TO BLANK ROME'S EIGHTH INTERIM FEE APPLICATION | SENESE | 0.90 |
| Feb 17 10 | PREPARE EXHIBIT C TO BLANK ROME'S EIGHTH INTERIM FEE APPLICATION | SENESE | 0.30 |
| Feb 17 10 | REVISE, FINALIZE, FORMAT AND EFILE BLANK ROME'S EIGHTH INTERIM FEE APPLICATION AND RELATED EXHIBIT DOCUMENTATION; SERVICE OF SAME UPON REVIEWING PARTIES AND ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 1.00 |
| Feb 25 10 | REVIEW DRAFT PROPOSED ORDER APPROVING INTERIM FEE APPLICATIONS AND VERIFY FIGURES REFLECTED WITH RESPECT TO BLANK ROME'S INTERIM FEE APPLICATION; EMAIL RESPONSE TO D. LASKIN ADVISING OF ERRORS IN FIGURES REFLECTED FOR BLANK ROME'S DECEMBER MONTHLY FEE APPLICATION | SENESE | 0.20 |

PROJECT CODE TOTALS  01                TOTAL VALUE:    $2,402.00      7.60

# Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  02

| Feb 01 10 | REVIEW COMM PROFESSIONALS' RECENT FEE APPLICATION FILINGS IN LIGHT OF UPCOMING INTERIM FEE APPLICATION HEARING | SENESE | 0.40 |
| Feb 08 10 | EMAIL FROM DEBTORS' COUNSEL ADVISING THAT THE INTERIM FEE APPLICATION HEARING IS ADJOURNED TO MARCH 9; EMAIL TO B. FATELL; SUBSEQUENT EMAIL TO N. VANDERHOOP (BDO) | SENESE | 0.10 |
| Feb 08 10 | REVIEW BDO'S DECEMBER MONTHLY FEE APPLICATION AND EXHIBIT DOCUMENTATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
| Feb 09 10 | APPROVE BDO FEE APPLICATION FOR FILING | FATELL | 0.20 |
| Feb 09 10 | REVIEW BDO MONTHLY FEE APPLICATION AND APPROVE FOR FILING | FATELL | 0.30 |
| Feb 09 10 | FINALIZE, FORMAT AND EFILE BDO'S DECEMBER MONTHLY FEE APPLICATION; SERVICE OF SAME UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE OF THE APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.70 |
| Feb 12 10 | REVIEW BDO'S JANUARY MONTHLY FEE APPLICATION AND RELATED DOCUMENTATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LIST AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |
| Feb 12 10 | FINALIZE, FORMAT AND EFILE BDO'S JAN 2010 MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 |
| Feb 16 10 | REVIEW CADWALADER NOVEMBER FEE APPLICATION | CARICKHOFF | 0.30 |
| Feb 16 10 | EMAIL EXCHANGE WITH E. SCHNITZER REGARDING FILING CERTIFICATE OF NO OBJECTION WITH RESPECT TO RMS' FIRST FEE APPLICATION | SENESE | 0.10 |
| Feb 16 10 | EMAIL EXCHANGES WITH E. SCHNITZER AND T. GUILFOYLE REGARDING (I) RMS' FEE APPLICATION MISSING FROM AGENDA AND (II) METHOD FOR SUBMISSION OF PROPOSED ORDER APPROVING SAME; PREPARE INITIAL DRAFT OF CERTIFICATION OF COUNSEL AND PROPOSED ORDER | SENESE | 0.80 |
| Feb 16 10 | REVIEW RECEIVABLE MANAGEMENT SERVICES' FIRST INTERIM FEE APPLICATION AND AGENDA FOR FEBRUARY 18, 2010 HEARING (.2); TELEPHONE CONFERENCE | GUILFOYLE | 0.40 |

```
Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE
```

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | WITH K. SENESE REGARDING PREPARATION OF CERTIFICATE OF NO OBJECTION AND PROPOSED FORM OF ORDER REGARDING RECEIVAB LE MANAGEMENT SERVICES' FIRST INTERIM FEE APPLICATION (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING RECEIVABLE MANAGEMENT SERVICES' FIRST INTERIM FEE APPLICATION (.1) | | |
| Feb 17 10 | FINALIZE CERTIFICATE OF NO OBJECTION AND PROPOSED ORDER APPROVING RMS' FEE APPLICATION; EMAIL EXCHANGE WITH T. GUILFOYLE AND SUBSEQUENT EMAIL EXCHANGES WITH T. GUILFOYLE AND B. FATELL | SENESE | 0.70 |
| Feb 17 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION AND PROPOSED ORDER APPROVING RMS' INTERIM FEE APPLICATION; EMAIL EXCHANGES WITH E. SCHNITZER, T. GUILFOYLE AND B. FATELL REGARDING PROCESSING SAME | SENESE | 0.10 |
| Feb 18 10 | TELEPHONE CALL FROM T. GUILFOYLE REGARDING HEARING RESULTS; FORMAT AND EFILE CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING RMS' FIRST FEE APPLICATION | SENESE | 0.20 |
| Feb 18 10 | REVIEW AND REVISE ORDER APPROVING RMS FIRST INTERIM FEE APPLICATION (.1); PREPARE CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING RMS FIRST INTERIM FEE APPLICATION (.3); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILIN G OF CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING RMS FIRST INTERIM FEE APPLICATION (.1); COORDINATE DELIVERY OF CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING RMS FIRST INTERIM FEE APPLICATION TO CHAMBERS (.1); E-MAIL CORRESPONDENCE WITH E. PLANK REGARDING ORDER APPROVING RMS FIRST INTERIM FEE APPLICATION (.1) | GUILFOYLE | 0.70 |
| Feb 19 10 | OBTAIN, REVIEW AND FORWARD ORDER APPROVING RMS' FEE APPLICATION TO E. SCHNITZER AND E. PLANK | GUILFOYLE | 0.10 |
| Feb 25 10 | REVIEW DRAFT PROPOSED ORDER APPROVING INTERIM FEE APPLICATIONS AND VERIFY FIGURES REFLECTED WITH RESPECT TO BDO'S INTERIM FEE APPLICATION | SENESE | 0.10 |

```
PROJECT CODE TOTALS  02              TOTAL VALUE:    $1,901.00      6.70
```

# Project Code 4

```
Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE
```

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  04 | | | |
| Feb 02 10 | REVIEW MOTION TO APPROVE SETTLEMENT REGARDING STOCKBRIDGE PROPERTY | CARICKHOFF | 0.40 |
| Feb 09 10 | REVIEW 51ST OMNIBUS OBJECTION TO CLAIMS | CARICKHOFF | 0.20 |
| Feb 11 10 | REVIEW JOINT RESPONSE TO MOTION OF DOBBENS TO REQUIRE DEBTORS TO POST BOND REGARDING APPEAL; EMAILS WITH DEBTORS' COUNSEL AND CO-COUNSEL REGARDING SAME | CARICKHOFF | 1.00 |
| Feb 16 10 | REVIEW JOINT OBJECTION REGARDING MOTION FOR SUPERSEDEAS BOND TO PROTECT JUDGMENT FOR M. DOBBEN | GUILFOYLE | 0.20 |
| Feb 17 10 | REVIEW PROPOSED STIPULATION AND ORDER REGARDING RESOLUTION OF CITIMORTGAGE CURE AMOUNT | CARICKHOFF | 0.40 |

| PROJECT CODE TOTALS  04 | | TOTAL VALUE: | $954.00 | 2.20 |
|-------------------------|--|--------------|---------|------|

**Project Code 5**

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 05 | | | |
| Feb 04 10 | TELECONFERENCE WITH COMMITTEE REGARDING STATUS AND ISSUES SURROUNDING SALE OF THRIFT AND PLAN EFFECTIVE DATE | CARICKHOFF | 0.60 |
| Feb 09 10 | BRIEF DISCUSSION WITH B. FATELL AND EMAIL TO K. SCHERLING REGARDING FILING CNOS FOR COMMITTEE EXPENSE REIMBURSEMENT APPLICATIONS NOT IN DISPUTE | SENESE | 0.10 |
| Feb 18 10 | TELEPHONIC COMMITTEE MEETING TO DISCUSS CASE STATUS AND VARIOUS PENDING ISSUES | CARICKHOFF | 1.10 |

| PROJECT CODE TOTALS   05 | TOTAL VALUE: | $788.50 | 1.80 |
|--------------------------|--------------|---------|------|

# Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  06 | | | |
| Feb 01 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Feb 02 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 03 10 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX (FEE APPLICATION AND PREFERENCE PROGRAM DOCUMENTATION) | SENESE | 0.30 |
| Feb 03 10 | REVIEW DEBTORS' MOTION REGARDING SALE OF LLC INTEREST AND MOTION REGARDING STOCKBRIDGE PROPERTY STIPULATION | GUILFOYLE | 0.40 |
| Feb 03 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 04 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 05 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 08 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 09 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 11 10 | UPDATE 2002 SERVICE LIST / DATA SOURCE IN LIGHT OF NEWLY FILED REQUEST FOR SERVICE OF PAPERS | SENESE | 0.10 |
| Feb 11 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 12 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 17 10 | REVIEW PROPOSED ORDER APPROVING STIPULATION REGARDING PURCHASER'S CURE AMOUNTS | GUILFOYLE | 0.10 |
| Feb 17 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.50 |
| Feb 18 10 | E-MAIL CORRESPONDENCE WITH COUNSEL REGARDING SERVICE ADDRESSES FOR THE COMMITTEE | GUILFOYLE | 0.10 |
| Feb 18 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.30 |
| Feb 19 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Feb 22 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 23 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 24 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 25 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 26 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

PROJECT CODE TOTALS  06                    TOTAL VALUE:    $506.00      3.50

**Project Code 12**

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | PROJECT CODE:  12 | | |
| Feb 02 10 | REVIEW MOTION TO APPROVE SALE OF DEBTORS' INTERESTS IN BROADHOLLOW AND MELVILLE FUNDING AND RELATED SETTLEMENTS | CARICKHOFF | 1.20 |
| Feb 22 10 | REVIEW REVISED BROADHOLLOW SALE AGREEMENT | CARICKHOFF | 0.30 |

PROJECT CODE TOTALS  12          TOTAL VALUE:    $675.00      1.50

# Project Code 16

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 16 | | | |
| Feb 17 10 | REVIEW CO-COUNSEL MEMO REGARDING POTENTIAL ESTATE CLAIMS; REVIEW RECENT DECISION REGARDING SAME | CARICKHOFF | 1.60 |

| PROJECT CODE TOTALS | 16 | TOTAL VALUE: | $720.00 | 1.60 |

**Project Code 17**

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  17

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Feb 08 10 | EMAIL EXCHANGES WITH T. GUILFOYLE REGARDING ANTICIPATED AGENDA / AGENDA CANCELLING 2-9-2010 HEARING | SENESE | 0.10 |
| Feb 08 10 | OBTAIN AND REVIEW DOCKET (.2); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FEBRUARY 9, 2010 HEARING (.1) | GUILFOYLE | 0.30 |
| Feb 16 10 | REVIEW AGENDA AND AMENDED AGENDA; MEET WITH T. GUILFOYLE REGARDING SAME | CARICKHOFF | 0.50 |
| Feb 16 10 | REVIEW AND DISTRIBUTE AGENDA FOR 2-18-2010 HEARING; EMAIL TO RESPONSIBLE ATTYS REGARDING MISSING PRETRIAL CONFERENCE ITEMS; REVIEW PREFERENCE PROGRAM STATUS CONTROL CHART | SENESE | 0.10 |
| Feb 16 10 | DRAFT CERTIFICATE OF SERVICE / SERVICE LIST WITH RESPECT ANTICIPATED SERVICE OF AMENDED AGENDA FOR 2-18-2010 HEARING (WHICH AMENDED INCLUDES REFERENCE TO PRETRIAL CONFERENCES) UPON INTERESTED ADVERSARY PARTIES (DEFENDANTS / DEFENDANTS' COUNSEL) | SENESE | 0.30 |
| Feb 16 10 | EMAIL EXCHANGES WITH E. SCHNITZER AND T. GUILFOYLE REGARDING ADDITIONAL ISSUES IN CONNECTION WITH THE 2-18 HEARING | SENESE | 0.10 |
| Feb 16 10 | MULTIPLE EMAIL EXCHANGES WITH E. SCHNITZER AND T. GUILFOYLE REGARDING REMAINING AGENDA ISSUES ETC. | SENESE | 0.20 |
| Feb 16 10 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR 2-18-2010 HEARING; SERVICE OF SAME UPON DEFENDANTS / DEFENDANTS' COUNSEL (CERTAIN PRETRIAL CONFERENCES) | SENESE | 0.60 |
| Feb 16 10 | REVIEW AGENDA AND AMENDED AGENDA FOR FEBRUARY 18, 2010 HEARING (.2); E-MAIL CORRESPONDENCE WITH K. SENESE AND E. SCHNITZER REGARDING REVISIONS TO THE AGENDA (.1) | GUILFOYLE | 0.30 |
| Feb 18 10 | REVIEW AND DISTRIBUTE SECOND AMENDED AGENDA FOR HEARING ON 2-18-2010; SUBSEQUENT EMAIL EXCHANGE WITH E. SCHNITZER REGARDING CHANGES TO AGENDA | SENESE | 0.10 |
| Feb 18 10 | REVIEW SECOND AMENDED AGENDA FOR FEBRUARY 18, 2010 HEARING (.1); PREPARE FOR FEBRUARY 18, 2010 HEARING (.2); ATTEND HEARING (HEARING POSTPONED) (2.5); DISCUSS HEARING WITH D. CARICKHOFF (.2) | GUILFOYLE | 3.00 |
| Feb 23 10 | E-MAIL CORRESPONDENCE WITH D. LASKIN REGARDING MARCH 9, 2010 HEARING (.1); E-MAIL | GUILFOYLE | 0.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | CORRESPONDENCE WITH K. SENESE REGARDING NOTICE | | |
| | OF HEARING (.2); OBTAIN AND REVIEW DOCKET AND | | |
| | E-MAIL CORRESPONDENCE WITH E. PLANK REGARDING | | |
| | DISMISSAL OF ADVERSARY PROCEEDING (.2) | | |

PROJECT CODE TOTALS  17                TOTAL VALUE:    $1,684.50        6.10

**Project Code 22**

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 22 | | | |
| Feb 01 10 | FORMAT AND EFILE SEVERAL AFFIDAVITS OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES (VARIOUS ADVERSARY PROCEEDINGS) | SENESE | 0.50 |
| Feb 01 10 | REVIEW DISCOVERY REQUESTS OF VARIOUS DEFENDANTS (.3); REVIEW AND COORDINATE FILING OF SEVERAL AFFIDAVITS OF SERVICE (.3) | GUILFOYLE | 0.60 |
| Feb 01 10 | EMAIL AMEX COUNSEL REGARDING NEGOTIATION | TARR | 0.10 |
| Feb 02 10 | EMAIL EXCHANGE WITH T. MOODY REGARDING REQUEST BY B. O'BYRNE (ROSNER'S OFFICE) FOR DISCOVERY DOCUMENTS IN WORD FORMAT; EMAIL TO V. GUILFOYLE REGARDING SAME | SENESE | 0.10 |
| Feb 02 10 | EMAILS WITH AMEX COUNSEL REGARDING STATUS | TARR | 0.10 |
| Feb 03 10 | E-MAIL CORRESPONDENCE WITH K. SENESE AND TELEPHONE CONFERENCE WITH T. MOODY REGARDING REQUEST FROM DEFENSE COUNSEL (.2); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING DISCOVERY REQUESTS (.1); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING DISCOVERY REQUESTS (.1); REVIEW DEFENDANTS' DISCOVERY REQUESTS (.2); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING RESPONSE TO COMPLAINT (.2) | GUILFOYLE | 0.80 |
| Feb 04 10 | REVIEW DEFENDANTS' DISCOVERY REQUESTS (.3); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING DISCOVERY REQUESTS (.1); E-MAIL CORRESPONDENCE WITH DEFENSE COUNSEL REGARDING FILING RESPONSE TO COMPLAINT (.1) | GUILFOYLE | 0.50 |
| Feb 05 10 | UPDATE PREFERENCE PROGRAM STATUS CHART | SENESE | 0.10 |
| Feb 05 10 | EFILE CERTAIN AFFIDAVITS OF SERVICE OF PLAINTIFF'S FIRST REQUESTS, INTERROGATORIES | SENESE | 0.30 |
| Feb 05 10 | REVIEW AFFIDAVITS OF SERVICE REGARDING DISCOVERY REQUESTS (.2); E-MAIL CORRESPONDENCE WITH K. SENESE AND J. ZAWADZKI REGARDING FILING AFFIDAVITS OF SERVICE (.2); REVIEW DEFENDANTS' INITIAL DISCLOSURES AND DISCOVERY REQUESTS (.2) | GUILFOYLE | 0.60 |
| Feb 05 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 08 10 | FORMAT AND EFILE CERTAIN AFFIDAVITS OF SERVICE OF PLAINTIFF'S REQUESTS AND INTERROGATORIES | SENESE | 0.30 |
| Feb 08 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE COMMITTEE'S FIFTH OMNIBUS | SENESE | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| | 9019 MOTION | | |
| Feb 08 10 | UPDATE PREFERENCE PROGRAM STATUS CONTROL CHART IN LIGHT OF NEWLY FILED ANSWER TO COMPLAINT, ETC. | SENESE | 0.10 |
| Feb 08 10 | OBTAIN AND REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION REGARDING FIFTH OMNIBUS 9019 MOTION (.4); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING CERTIFICATE OF NO OBJECTION AND AFFIDAVITS OF SERVICE (.1); REVIEW SEVERAL AFFIDAVITS OF SERVICE REGARDING DISCOVERY REQUESTS (.3); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING DISCOVERY REQUESTS (.1); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING DISCOVERY REQUESTS AND FILING AFFIDAVITS OF SERVICE (.2); PREPARE CERTIFICATE OF NO OBJECTION BINDER REGARDING FIFTH OMNIBUS 9019 MOTION (.3) | GUILFOYLE | 1.40 |
| Feb 09 10 | REVIEW AND DISTRIBUTE ORDER GRANTING COMMITTEE'S FIFTH OMNIBUS 9019 MOTION | SENESE | 0.10 |
| Feb 09 10 | EMAIL EXCHANGES WITH T. GUILFOYLE (0.1); REVIEW DRAFT PROPOSED SCHEDULING ORDER AND DRAFT CERTIFICATE OF SERVICE / SERVICE LIST (0.4); FORMAT AND EFILE NOTICE OF PROPOSED SCHEDULING ORDER (0.2); SERVICE OF SAME UPON IMPACTED DEFENDANTS / DEFENDANTS' COUNSEL VIA ELECTRONIC MAIL OR FACSIMILE AND FIRST CLASS MAIL (0.4) | SENESE | 1.10 |
| Feb 09 10 | REVIEW ANSWER TO COMPLAINT, SEVERAL DEFENDANTS' DISCOVERY REQUESTS AND INITIAL DISCLOSURES (.4); E-MAIL CORRESPONDENCE WITH J. ZAWADZKI REGARDING NOTICE OF DISMISSAL (.1); REVIEW AND COORDINATE SERVICE OF CERTIFICATE OF NO OBJECTION BINDER REGARDING FIFTH OMNIBUS 9019 MOTION (.2); REVIEW ORDER GRANTING FIFTH OMNIBUS 9019 MOTION (.1); REVIEW AND REVISE PROPOSED SCHEDULING ORDER AND NOTICE (.3); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING REVISIONS TO PROPOSED SCHEDULING ORDER (.1); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING FILING AND SERVING PROPOSED SCHEDULING ORDER (.2); E-MAIL CORRESPONDENCE WITH Z. VIRANI REGARDING STIPULATION AND NOTICE (.1) | GUILFOYLE | 1.50 |
| Feb 11 10 | FORMAT AND EFILE CERTIFICATE OF SERVICE REGARDING ORDER GRANTING COMMITTEE'S FIFTH OMNIBUS 9019 MOTION | SENESE | 0.10 |
| Feb 11 10 | FORMAT AND EFILE CERTIFICATE OF SERVICE REGARDING NOTICE OF PROPOSED (2-18-2010) | SENESE | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | SCHEDULING ORDER UPON ALL INTERESTED PARTIES VIA EMAIL OR FACSIMILE AND/OR FIRST CLASS MAIL | | |
| Feb 11 10 | SERVICE OF ORDER APPROVING COMMITTEE'S FIFTH OMNIBUS 9019 MOTION VIA FIRST CLASS MAIL; PREPARE CERTIFICATE OF SERVICE EVIDENCING SERVICE OF ORDER UPON INTERESTED PARTIES AND FORWARD TO V. GUILFOYLE FOR REVIEW AND EFILING APPROVAL | SENESE | 0.60 |
| Feb 11 10 | TELEPHONE FROM A. HENRY (BETTER BUSINESS BUREAU) REGARDING WORKSPACE SOLUTIONS INQUIRING RE BANKRUPTCY MATTER IN GENERAL; EMAIL TO V. GUILFOYLE | SENESE | 0.10 |
| Feb 11 10 | UPDATE PREFERENCE PROGRAM STATUS CONTROL CHART IN LIGHT OF ENTRY OF ORDER APPROVING COMM'S FIFTH 9019 MOTION AND SERVICE OF NOTICE OF PROPOSED SCHEDULING ORDER | SENESE | 0.40 |
| Feb 11 10 | PREPARE CERTIFICATE OF SERVICE EVIDENCING SERVICE OF NOTICE OF FILING OF PROPOSED SCHEDULING ORDER UPON DEFENDANTS / DEFENDANTS' COUNSEL AND FORWARD SAME TO V. GUILFOYLE FOR REVIEW AND EFILING APPROVAL | SENESE | 0.40 |
| Feb 11 10 | UPDATE PREFERENCE PROGRAM STATUS CHART IN LIGHT OF CERTAIN STIPULATION EXTENDING TIME TO ANSWER AND NOTICE OF DISMISSAL | SENESE | 0.10 |
| Feb 11 10 | OBTAIN AND REVIEW ADVERSARY PROCEEDING DOCKET (.1); E-MAIL CORRESPONDENCE WITH DEFENSE COUNSEL REGARDING STATUS OF ADVERSARY PROCEEDING (.1); E-MAIL CORRESPONDENCE WITH Z. VIRANI AND E. SCHNITZER REGARDING NOTICE OF DISMISSAL AND STIPULATION (.2); PR EPARE AND FILE NOTICE OF DISMISSAL AND STIPULATION (.4); REVIEW AND REVISE CERTIFICATES OF SERVICE (.2); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING CERTIFICATES OF SERVICE AND INQUIRY FROM SERVICE PARTY (.2) | GUILFOYLE | 1.20 |
| Feb 11 10 | VOICEMAIL AND EMAILS WITH AMEX COUNSEL REGARDING STATUS | TARR | 0.20 |
| Feb 12 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING STIPULATION (.1); PREPARE STIPULATION FOR FILING (.1); REVIEW DEFENDANTS' INITIAL DISCLOSURES AND DISCOVERY REQUESTS (.2) | GUILFOYLE | 0.40 |
| Feb 12 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Feb 16 10 | E-MAIL CORRESPONDENCE WITH Z. VIRANI AND DEFENSE COUNSEL REGARDING PLAINTIFF'S DISCOVERY REQUESTS (.1); REVIEW PLAINTIFF'S DISCOVERY REQUESTS (.1); REVIEW SEVERAL DEFENDANTS' DISCOVERY REQUESTS (.2); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WIT H DEFENSE COUNSEL REGARDING PLAINTIFF'S DISCOVERY REQUESTS AND DEFENDANT'S DOCUMENT PRODUCTION (.2); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING PLAINTIFF'S DISCOVERY REQUESTS AND DEFENDANT'S DOCUMENT PRODUCTION (.1); TELEPHONE CALL TO INDIANA BETTER BUSINESS BUREAU REGARDING SERVICE OF ADVERSARY FILINGS (.1) | GUILFOYLE | 0.80 |
| Feb 17 10 | REVIEW E. SCHNITZER SUMMARY OF PROPOSED PREFERENCE ACTION SETTLEMENTS | CARICKHOFF | 0.30 |
| Feb 17 10 | COMPLETE SERVICE OF AMENDED AGENDA FOR HEARING ON 2-18-2010 UPON INTERESTED DEFENDANTS / DEFENDANTS' COUNSEL; REVISE, FINALIZE CERTIFICATE OF SERVICE EVIDENCING SERVICE OF AGENDA; EMAIL EXCHANGE WITH T. GUILFOYLE | SENESE | 0.40 |
| Feb 17 10 | EMAILS FROM E. SCHNITZER REGARDING THE COMMITTEE'S SIXTH OMNIBUS 9019 MOTION | SENESE | 0.60 |
| Feb 17 10 | FORMAT AND EFILE CERTIFICATE OF SERVICE OF AGENDA FOR HEARING UPON IMPACTED DEFENDANTS / DEFENDANTS' COUNSEL (MAIN CASE AND RESPECTIVE ADVERSARY PROCEDINGS) | SENESE | 0.20 |
| Feb 17 10 | E-MAIL CORRESPONDENCE WITH E. SCHINTZER REGARDING EXTENSION STIPULATION (.1); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING CERTIFICATE OF SERVICE (.1); REVIEW AND REVISE CERTIFICATE OF SERVICE (.1); FILE EXTENSION STIPULATION (.2); REVIEW DEFENDANT S' INITIAL DISCLOSURES AND DISCOVERY REQUESTS (.2) | GUILFOYLE | 0.70 |
| Feb 18 10 | REVIEW EXHIBITS TO SIXTH OMNIBUS 9019 MOTION; DRAFT CERTIFICATE OF SERVICE IN ANTICIPATION OF SERVICE OF SAME | SENESE | 0.60 |
| Feb 18 10 | REVIEW, ORGANIZE AND FORMAT COMMITTEE'S SIXTH OMNIBUS 9019 MOTION AND RELATED PLEADINGS AND TEN EXHIBITS FOR EFILIING PURPOSES | SENESE | 0.60 |
| Feb 18 10 | REVIEW AND DISTRIBUTE SIGNED 2-18-2010 SCHEDULING ORDER | SENESE | 0.10 |
| Feb 18 10 | TELEPHONE FROM V. GUILFOYLE AND EMAIL FROM J. ZAWADSKI (0.1); REVISE CERTIFICATE OF SERVICE / SERVICE LIST (0.1); FINALIZE, FORMAT AND EFILE COMMITTEE'S SIXTH OMNIBUS 9019 MOTION (0.4); | SENESE | 1.40 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | SERVICE OF MOTION PACKAGE UPON INTERESTED PARTIES AND CERTAIN IM PACTED DEFENDANTS / DEFENDANTS' COUNSEL VIA OVERNIGHT MAIL (0.5); PREPARE FOR AND OVERSEE SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.3) | | |
| Feb 18 10 | REVIEW SETTLEMENT AGREEMENTS AND REVIEW AND REVISE SIXTH OMNIBUS 9019 MOTION, NOTICE AND PROPOSED FORM OF ORDER (.7); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING SIXTH OMNIBUS 9019 MOTION (.2); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WIT H DEFENSE COUNSEL REGARDING EXTENSION OF TIME TO FILE RESPONSES (.2); REVIEW AND REVISE CERTIFICATE OF SERVICE REGARDING SIXTH OMNIBUS 9019 MOTION (.1); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING SERVICE OF SIXTH OMNIBUS 9019 MOTION (.2); E-MAIL CORRESPONDENCE WITH K. CRANER, J. ORBACH AND J. ZAWADZKI REGARDING SERVICE OF SIXTH OMNIBUS 9019 MOTION (.1); REVIEW SIGNED SCHEDULING ORDER AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING SERVING SIGNED SCHEDULING ORDER (.1) | GUILFOYLE | 1.60 |
| Feb 19 10 | REVIEW SERVICE REGARDING COMMITTEE'S SIXTH OMNIBUS 9019; EMAIL TO E. SCHNITZER REQUESTING SERVICE ADDRESSES FOR EQUIFAX MORTGAGE AND G. SCOLLAN (AS CO-SIGNOR OF APOGEE EVENTS DOCUMENT) | SENESE | 0.10 |
| Feb 19 10 | SUPPLEMENTAL SERVICE OF COMMITTEE'S SIXTH OMNIBUS 9019 MOTION VIA OVERNIGHT MAIL; DRAFT CERTIFICATE OF SUPPLEMENTAL SERVICE AND FORWARD TO V. GUILFOYLE FOR REVIEW AND EFILING APPROVAL | SENESE | 0.40 |
| Feb 19 10 | DRAFT CERTIFICATE OF SERVICE WITH RESPECT TO SERVICE OF SIGNED SCHEDULING (PRETRIAL) ORDER; FORWARD TO V. GUILFOYLE FOR HER REVIEW AND EFILING APPROVAL | SENESE | 0.20 |
| Feb 19 10 | SERVICE OF SIGNED SCHEDULING (PRETRIAL) ORDER UPON IMPACTED DEFENDANTS / DEFENDANTS' COUNSEL FOR ELECTRONIC MAIL, FACSIMILE OR FIRST CLASS MAIL | SENESE | 0.50 |
| Feb 19 10 | EMAIL FROM J. SMITH REGARDING DISCREPANCY IN HEARING DATE RE COMMITTEE'S SIXTH OMNIBUS 9019 MOTION; EMAIL TO T. GUILFOYLE REGARDING SAME | SENESE | 0.10 |
| Feb 19 10 | E-MAIL CORRESPONDENCE WITH Z. VIRANI AND C. GRIFFITHS REGARDING REQUEST FOR EXTENSION TO RESPOND TO DISCOVERY REQUESTS (.1); E-MAIL | GUILFOYLE | 1.30 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | CORRESPONDENCE WITH N. RIGANO REGARDING EXTENSION STIPULATIONS (.1); PREPARE EXTENSION STIPULATIONS FOR FILING (.1); O BTAIN AND FORWARD NOTICE OF DISMISSAL TO E. PLANK (.2); REVIEW DEFENDANTS' DISCOVERY REQUESTS (.2); REVIEW AND REVISE CERTIFICATES OF SERVICE AND DISCUSS WITH K. SENESE (.2); PREPARE, FILE AND FORWARD SEVERAL EXTENSION STIPULATIONS TO DEFENSE COUNSE L AND N. RIGANO (.4) | | |
| Feb 19 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Feb 20 10 | EMAILS WITH AMEX COUNSEL REGARDING STATUS | TARR | 0.20 |
| Feb 22 10 | REVIEW 9019 MOTION SEEKING APPROVAL OF STIPULATION WITH CITIBANK | CARICKHOFF | 0.30 |
| Feb 22 10 | REVIEW DOCKET, CERTAIN PLEADINGS, CASE CALENDAR FOR 3/3/2010 AND SEVERAL EMAIL EXCHANGES WITH T. GUILFOYLE REGARDING POSSIBLE DISCREPANCY IN TIME OF HEARING(S) ON 3/3/2010 | SENESE | 0.20 |
| Feb 22 10 | EFILE AFFIDAVIT OF SERVICE OF SCHEDULING ORDER UPON WAREHOUSELINE | SENESE | 0.10 |
| Feb 22 10 | UPDATE PREFERENCE PROGRAM STATUS CONTROL CHART IN LIGHT OF RECENTLY FILED STIPULATIONS EXTENDING DEADLINE TO RESPOND TO COMPLAINTS, ADDRESS CHANGES, ETC. | SENESE | 0.30 |
| Feb 22 10 | REVISE, FORMAT AND EFILE ADDITIONAL AFFIDAVITS OF SERVICE WITH RESPECT TO SCHEDULING ORDER SIGNED FEBRUARY 18, 2010 | SENESE | 0.10 |
| Feb 22 10 | REVISE, FORMAT AND EFILE CERTIFICATE OF SUPPLEMENTAL SERVICE OF THE COMMITTEE'S SIXTH OMNIBUS 9019 MOTION | SENESE | 0.10 |
| Feb 22 10 | E-MAIL CORRESPONDENCE WITH J. ZAWADZKI AND K. SENESE REGARDING FILING AFFIDAVIT OF SERVICE (.1); PREPARE AND FILE EXTENSION STIPULATION (.3); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING EXTENSION STIPULATION (.1) | GUILFOYLE | 0.50 |
| Feb 24 10 | REVIEW DEFENDANT'S DISCOVERY RESPONSES (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING DEFENDANT'S REQUEST FOR DISCOVERY RESPONSE EXTENSION (.1); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING REQUEST FOR DISCOVERY RESPONSE EXTENSION (.1 ); REVIEW AFFIDAVIT OF SERVICE AND FORWARD TO K. SENESE FOR FILING (.1) | GUILFOYLE | 0.40 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Feb 25 10 | DRAFT AMENDED NOTICE OF COMMITTEE'S SIXTH OMNIBUS 9019 MOTION TO CORRECT HEARING TIME; FORWARD TO T. GUILFOYLE FOR REVIEW AND EFILING APPROVAL | SENESE | 0.30 |
| Feb 25 10 | TELEPHONE CALL FROM V. GUILFOYLE; PREPARE FOR SERVICE OF AMENDED NOTICE OF COMMITTEE'S SIXTH OMNIBUS 9019 MOTION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST AND UPON IMPACTED DEFENDANTS AND DEFENDANTS' COUNSEL | SENESE | 0.30 |
| Feb 25 10 | TELEPHONE CALL FROM T. GUILFOYLE; REVISE CERTIFICATE OF SERVICE WITH RESPECT TO SERVICE OF AMENDED NOTICE OF COMMITTEE'S SIXTH OMNIBUS 9019 MOTION; FORMAT AMENDED NOTICE AND EFILE SAME; SERVICE OF THE AMENDED NOTICE UPON IMPACTED DEFENDANTS / DEFENDA NTS' COUNSEL VIA FIRST CLASS MAIL; ARRANGE FOR SERVICE OF NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; SUBSEQUENT EMAIL EXCHANGES WITH E. SCHNITZER REGARDING HEARING TIME | SENESE | 0.60 |
| Feb 25 10 | E-MAIL CORRESPONDENCE WITH H. PATWARDHAN REGARDING FILING OF AFFIDAVIT OF SERVICE (.1); REVIEW AND REVISE AMENDED NOTICE REGARDING SIXTH OMNIBUS 9019 MOTION AND CERTIFICATE OF SERVICE (.3); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCES WITH K. SENESE REGARDING FILING AND SERVICE OF AMENDED NOTICE (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND K. SENESE REGARDING AMENDED NOTICE (.1) | GUILFOYLE | 0.60 |
| Feb 25 10 | DRAFT COMPLAINT AND REVISE TOLLING AGREEMENT AND FORWARD SAME TO AMEX COUNSEL | TARR | 1.20 |
| Feb 26 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |

PROJECT CODE TOTALS  22                    TOTAL VALUE:    $7,290.50      27.50

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| REPORT TOTALS | TOTAL VALUE: | 16,921.50 | 58.50 |