# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road                     **Chapter:** 11
Melville, NY 11747
 **EIN:** 13–4066303


*Case No*.:  07–11047–CSS


### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 3/9/2010 was filed on 3/17/2010 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 4/7/2010 .

If a request for redaction is filed, the redacted transcript is due 4/19/2010 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 6/15/2010 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.


*David D. Bird*
Clerk of Court

Date: 3/17/10


(ntc)

# CERTIFICATE OF NOTICE

District/off: 0311-1        User: Jennifer        Page 1 of 1                    Date Rcvd: Mar 17, 2010
Case: 07-11047             Form ID: ntcBK        Total Noticed: 20

The following entities were noticed by first class mail on Mar 19, 2010.
| | |
|---|---|
| db | +American Home Mortgage Holdings, Inc., 538 Broadhollow Road,   Melville, NY 11747-2352 |
| aty | Curtis J Crowther,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building,   1000 West Street, 17th Floor,   P.O. Box 391,   Wilmington, DE 19899-0391 |
| aty | +Donald J. Bowman, Jr.,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,   Wilmington, DE 19801-1037 |
| aty | +Edward J. Kosmowski,   Young, Conaway, Stargatt & Taylor,   1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE 19899-0391 |
| aty | Edwin J. Harron,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building,   1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE 19899-0391 |
| aty | +Erin Edwards,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building,   17th Floor,   1000 West Street,   Wilmington, DE 19801-1053 |
| aty | James L. Patton,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,   1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE 19899-0391 |
| aty | Joel A. Waite,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,   1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE 19899-0391 |
| aty | +Kara Hammond Coyle,   Young Conaway Stargatt & Taylor LLP,   1000 West St., 17th Floor,   Brandywine Building,   Wilmington, DE 19801-1053 |
| aty | +Kenneth J. Enos,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,   Wilmington, DE 19801-1037 |
| aty | +Margaret Whiteman Greecher,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,   Wilmington, DE 19801-1037 |
| aty | +Matthew Barry Lunn,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building, 17th Floor,   1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391 |
| aty | Nathan D. Grow,   Young Conaway Stargatt & Taylor, LLP,   The Brandywine Bldg.,   17th Floor,   Wilmington, DE  19801-0391 |
| aty | +Patrick A. Jackson,   Young Conaway Stargatt & Taylor, LLP,   The Brandywine Bldg 17th Fl,1000 West St,   Wilmington, DE 19801-1037 |
| aty | Pauline K. Morgan,   Young, Conaway, Stargatt & Taylor,   1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391 |
| aty | Robert S. Brady,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,   1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE 19899-0391 |
| aty | +Ryan M. Bartley,   Young Conaway Stargatt & Taylor, LLP,   The Brandywine Building,   1000 West Street,   17th Fl.,   Wilmington, DE 19801-1053 |
| aty | +Sean Matthew Beach,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building, 17th Floor,   1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391 |
| aty | +Sharon M Zieg,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg., 17th Floor,   1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391 |
| aty | +Travis N. Turner,   Young Conaway Stargatt & Taylor, LLP,   The Brandywine Bldg., 17th Fl.,   1000 West Street,   Wilmington, DE 19801-1050 |

The following entities were noticed by electronic transmission.
NONE.                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty       Quinn Emanuel,   Quinn Emanuel Urquhart Oliver & Hedges

                                                                      TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2010**                              **Signature:**   *Joseph Speetjens*