IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :   Jointly Administered
         Debtors.                                                   :
                                                                    :   Ref. Docket Nos. 8174
                                                                    :
------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING STIPULATED ORDER RESOLVING
DEBTORS' FORTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS
WITH RESPECT TO CLAIM NUMBERS 9030, 9031 & 9032 FILED BY
MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On January 11, 2008, Morgan Stanley Mortgage Capital Holdings LLC ("Morgan Stanley MCH") filed proof of claim numbers 9030, 9031 and 9032 ("Claim 9030, Claim 9031, and Claim 9032, respectively, and collectively, the "Morgan Stanley Claims"). Claim 9030 was filed against debtor AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV") (Case No. 07-11050) and Claims 9031 and 9032 were filed against debtor, American Home Mortgage Corp. (Case No. 07-11051) ("AHM Corp.", and together with AHM SV, "AHM").

2. Pursuant to Claims 9030 and 9031, Morgan Stanley MCH asserts contingent, unliquidated claims against AHM for any amounts related to any potential claims

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

that may arise under certain agreements (collectively, the "Servicing Agreements") concerning the sale and servicing of mortgage loans which were entered into between Morgan Stanley Mortgage Capital Inc.[2] and AHM. With respect to Claim 9032, Morgan Stanley MCH asserts claims for actual damages resulting from AHM's alleged breaches of certain agreements (the "Agreements") concerning the sale, servicing, and/or repurchase of certain mortgage loans. Specifically, by Claim 9032, Morgan Stanley MCH asserts general unsecured claims as follows: (i) $28,975,635.02, which represents the repurchase price for 141 mortgage loans that AHM was obligated to repurchase pursuant to the terms of the Agreements; (ii) $1,665,689.59 for premium recapture in connection with 285 mortgage loans; and (iii) $2,368,655.20 for alleged breaches of various representations and warranties made by AHM in connection with the Agreements.

3. On October 13, 2009 the Debtors filed their Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 8174]. By the Objection, the Debtors requested, *inter alia*, that the Court modify and fix Claims 9031 and 9032 at $1,427,519 and $13,027,244, respectively, in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by Morgan Stanley MCH.

4. The hearing to consider the relief requested in the Objection was scheduled for November 13, 2009. Responses to the Objection were due on or before November 6, 2010 at 4:00 p.m. (the "Response Deadline"). Prior to the Response Deadline, the Debtors entered into discussions with Morgan Stanley MCH in an attempt to reach a consensual resolution of the Objection. In the interim, the Debtors agreed to adjourn the Objection with respect to Claims 9031 and 9032.

---

[2] Morgan Stanley MCH is successor-in-interest by merger to Morgan Stanley Mortgage Capital Inc.

5.  As a result of extensive discussions and good faith negotiations, the Debtors and Morgan Stanley MCH (collectively, the "Parties") have agreed to the proposed form of stipulated order (the "Stipulated Order") attached hereto as Exhibit A. Subject to Court approval, the Stipulated Order provides for, *inter alia*, the following: (i) Claims 9030 and 9031 shall be disallowed and expunged in their entirety; and (iii) Claim 9032 shall be allowed as a general unsecured claim in the total amount of $14,454,764 against AHM Corp. (Case No. 07-11051).

6.  The Parties have consented to the entry of the Stipulated Order and the Debtors submit that the Stipulated Order is appropriate and consistent with the agreement between the Parties.

WHEREFORE, based on the foregoing, the Debtors respectfully request that the Court enter the Stipulated Order at its earliest convenience.

Dated: March 23, 2010
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Stipulated Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                :   Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                    :
                                                                      :   Jointly Administered
         Debtors.                                                     :
                                                                      :   **Ref. Docket Nos. 8174**
                                                                      :
--------------------------------------------------------------------- x

### STIPULATED ORDER RESOLVING DEBTORS' FORTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NUMBERS 9030, 9031 & 9032 FILED BY MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC

WHEREAS, on January 11, 2008, Morgan Stanley Mortgage Capital Holdings LLC ("Morgan Stanley MCH") filed proof of claim numbers 9030, 9031 and 9032 ("Claim 9030, Claim 9031, and Claim 9032, respectively, and collectively, the "Morgan Stanley Claims");

WHEREAS, Claim 9030 was filed against debtor AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV") (Case No. 07-11050) and Claims 9031 and 9032 were filed against debtor, American Home Mortgage Corp. (Case No. 07-11051) ("AHM Corp.", and together with AHM SV, "AHM");

WHEREAS, pursuant to Claims 9030 and 9031, Morgan Stanley MCH asserts contingent, unliquidated claims against AHM for any amounts related to any potential claims

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

that may arise under certain agreements (collectively, the "Servicing Agreements")[2] concerning the sale and servicing of certain mortgage loans which were entered into between Morgan Stanley Mortgage Capital Inc.[3] and AHM;

WHEREAS, pursuant to Claim 9032, Morgan Stanley MCH asserts claims for actual damages resulting from AHM's alleged breaches of certain agreements (collectively, the "Agreements")[4] entered into between Morgan Stanley Mortgage Capital Inc. and AHM concerning the sale, servicing, and/or repurchase of certain mortgage loans;

WHEREAS, specifically, by Claim 9032, Morgan Stanley MCH asserts general unsecured claims against AHM as follows: (i) $28,975,635.02, which represents the repurchase price for 141 mortgage loans that AHM was obligated to repurchase pursuant to the terms of the Agreements; (ii) $1,665,689.59 for premium recapture in connection with 285 mortgage loans; and (iii) $2,368,655.20 for alleged breaches of various representations and warranties made by AHM in connection with the Agreements;

WHEREAS, on October 13, 2009 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed their Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 8174];

WHEREAS, by the Objection, the Debtors requested, *inter alia*, that the Court modify and fix Claims 9031 and 9032 at $1,427,519 and $13,027,244, respectively, in

---

[2]    The term *Servicing Agreements* means and refers to any and all agreements identified by Morgan Stanley MCH in Claims 9030 and 9031.

[3]    Morgan Stanley MCH is successor-in-interest by merger to Morgan Stanley Mortgage Capital Inc.

[4]    The term *Agreements* means and refers to any and all agreements identified by Morgan Stanley MCH in Claim 9032.

2

accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by Morgan Stanley MCH;

WHEREAS, the Debtors and Morgan Stanley MCH (collectively, the "Parties") have conferred regarding a potential resolution of the Morgan Stanley Claims and the Objection as it relates to Claims 9031 and 9032.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. The Objection with respect to Claims 9031 and 9032 is resolved and Claim 9030 shall receive the treatment as set forth herein.

2. Morgan Stanley MCH agrees that Claims 9030 and 9031 shall be disallowed and expunged in their entirety.

3. The Debtors agree that Claim 9032 shall be allowed as a general unsecured claim in the total amount of $14,454,764 against American Home Mortgage Corp. (Case No. 07-11051).

4. Upon the Court's approval of this Stipulation, Morgan Stanley MCH and the Debtors do hereby fully release and discharge each other, and any and all past, present and future persons, employees, former employees, independent contractors, entities, affiliates, stockholders, investors, attorneys, representatives, corporations, successors, assigns, agents, and partnerships associated with them, from any and all debts, claims, demands, liens, actions, rights, covenants, judgments, controversies, damages, losses, suits, attorney's fees, costs, expenses and causes of action of any kind in law, in equity, or otherwise, relating solely to the Morgan Stanley Claims, whether presently in existence or which may hereafter accrue, be asserted and/or held by the Parties. This Stipulation is intended to relate only to the Morgan Stanley Claims. This Stipulation is not intended to extend to any Mortgage Loans sold by AHM and purchased by

3

Morgan Stanley MCH pursuant to the terms of the Agreements from and after the date hereof which are not the basis for the Morgan Stanley Claims.

5. Each of the Parties shall bear its own costs and attorney's fees incurred in connection with the Objection.

6. This Court shall retain jurisdiction to resolve any disputes or controversy arising from or related to this Stipulation.

7. The undersigned counsel represent that they have the authorization to execute this Stipulation on behalf of their respective client.

8. This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile, and each of which should be deemed an original and all of which together shall constitute one and the same instrument.

STIPULATED AND AGREED this 23rd day of March, 2010

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

4

5

MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC

*/s/ Riche McKnight*
Riche McKnight, Esq.
Morgan Stanley Legal and Compliance Div.
1221 Avenue of the Americas, 35th Floor
New York, New York 10020
Telephone: (212) 762-7226
Facsimile: (212) 507-1446

*Morgan Stanley Mortgage Capital Holdings LLC*
*Counsel for Debtors and Debtors in Possession*

SO ORDERED:

Dated: Wilmington, Delaware
_____ \_\_\_, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE