2IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Ref. No. 8532 |

## CERTIFICATE OF NO OBJECTION TO STATEMENT
## RE: DOCKET NO. 8617

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Monthly Statement of Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2010 through January 31, 2010 (the "Statement"). The Court's docket which was last updated March 23, 2010, reflects that no objections to the Statement have been filed. Objections to the Statement were to be filed and served no later than March 15, 2010 at 4:00 p.m.

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of requested interim fees ($151,052.50) and 100% of requested interim expenses ($5,192.66) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       March 23, 2010

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            /s/ Ryan M. Bartley
                            Sean M. Beach (No. 4070)
                            Matthew B. Lunn (No. 4119)
                            Ryan M. Bartley (No. 4985)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253

                            Counsel for Debtors and
                            Debtors in Possession