IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :
a Delaware corporation, et al.,[1]                               :   Jointly Administered
                                                                 :
                      Debtors.                                   :   Objection Deadline: April 9, 2010 at 4:00 p.m. (ET)
                                                                 :   Hearing Date: May 4, 2010 at 9:00 a.m. (ET)
                                                                 :
---------------------------------------------------------------- x

## RE-NOTICE OF MOTION AND NOTICE OF AMENDMENT
## TO RELEASE AND SETTLEMENT AGREEMENT

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT; (IV) COUNSEL TO AMERICAN HOME MORTGAGE SERVICING, INC. (F/K/A AH MORTGAGE ACQUISITION CO., INC.); AND (V) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B).

PLEASE TAKE NOTICE THAT on March 16, 2010, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the **DEBTORS' MOTION PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019(a) FOR AN ORDER AUTHORIZING AND APPROVING RELEASE AND SETTLEMENT AGREEMENT WITH AMERICAN HOME MORTGAGE SERVICING, INC. (F/K/A AH MORTGAGE ACQUISITION CO., INC.)** (the "Motion"). You were previously served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE THAT, by the Motion, the Debtors seek approval of a certain Release and Settlement Agreement dated as of March 16, 2010, by and among American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.) and certain of the Debtors (collectively, the "Parties"). Subsequent to filing the Motion, the Parties entered into that certain First Amendment to Release and Settlement Agreement dated as of March 23, 2010 (the "Amendment"). A copy of the Amendment is attached hereto as Exhibit A.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

The Debtors intend to seek approval of the Amendment at the hearing to consider approval of the Motion.

PLEASE TAKE FURTHER NOTICE THAT responses to the Motion, if any, must be filed on or before **April 9, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **MAY 4, 2010 AT 9:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 5th FLOOR, COURTROOM NO.6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:   Wilmington, Delaware    YOUNG CONAWAY STARGATT & TAYLOR, LLP
         March 23, 2010

/s/ Sean M. Beach
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession