**<u>Exhibit A</u>**

**First Amendment to Release and Settlement Agreement**

**FIRST AMENDMENT TO RELEASE AND SETTLEMENT AGREEMENT**

This FIRST AMENDMENT TO RELEASE AND SETTLEMENT AGREEMENT, dated as of March 23, 2010 (this "First Amendment"), is by and among American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc. ("AHMSI"), American Home Mortgage Investment Corp., a Maryland corporation, as a debtor and debtor-in-possession ("AHM Investment"), American Home Mortgage Corp., a New York corporation, as a debtor and debtor-in-possession ("AHM Corp."), AHM SV, Inc., a Maryland corporation formerly known as American Home Mortgage Servicing, Inc., as a debtor and debtor-in-possession ("AHM SV,"), and American Home Mortgage Acceptance Inc., a Maryland corporation and a debtor and debtor-in-possession ("AHM Acceptance" and, together with AHM Investment, AHM Corp. and AHM SV, the "AHM Parties"). Each of AHMSI and the AHM Parties is referred to herein as a "Party" and collectively as the "Parties."

RECITALS:

WHEREAS, the Parties are also parties to that certain Release and Settlement Agreement, dated as of March 16, 2010 (the "Agreement"); and

WHEREAS, the Parties desire to amend a certain provision of the Agreement pursuant to this First Amendment.

NOW, THEREFORE, in consideration of the mutual promises, representations, warranties and agreements, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties, intending to be legally bound, agree as follows:

## ARTICLE I
## REPRESENTATIONS AND WARRANTIES OF AHMSI

AHMSI hereby represents and warrants to the AHM Parties as follows:

Section 1.1    Legal Power; Organization.  AHMSI has been duly incorporated, and is validly existing and in good standing under the laws of its jurisdiction of incorporation, has all requisite power and authority to execute and deliver this First Amendment and has taken all necessary corporate action to authorize the execution, delivery and performance of this First Amendment.

Section 1.2    Binding Agreement.  This First Amendment has been duly executed and delivered by AHMSI and, assuming due and valid authorization, execution and delivery by each of the AHM Parties, constitutes a legal, valid and binding obligation of AHMSI, enforceable against it in accordance with its terms, except as limited by the Enforceability Exceptions.

## ARTICLE II
## REPRESENTATIONS AND WARRANTIES OF AHM PARTIES

The AHM Parties hereby represent and warrant to AHMSI as follows:

DLI-6297854v1

Section 2.1    <u>Legal Power; Organization</u>.    Each AHM Party has been duly incorporated and is validly existing and in good standing under the laws of its jurisdiction of incorporation, has all requisite power and authority to execute and deliver this First Amendment (subject to entry of the Settlement Approval Order and the Bankruptcy Court's approval of this First Amendment) and has taken all necessary corporate action to authorize the execution, delivery and performance of this First Amendment.

Section 2.2    <u>Binding Agreement</u>.    This First Amendment has been duly executed and delivered by each AHM Party and, assuming due and valid authorization, execution and delivery by AHMSI and subject to entry of the Settlement Approval Order and the Bankruptcy Court's approval of this First Amendment, constitutes a legal, valid and binding obligation of the AHM Parties, enforceable against them in accordance with its terms, except as limited by the Enforceability Exceptions.

**ARTICLE III**
**AMENDMENT**

Section 3.1    <u>Amendment to Section 2 of Agreement</u>. The last sentence of paragraph 2 of the Agreement is amended and restated in its entirety to appear as follows:

> "If the Effective Time does not occur by May 30, 2010, either AHMSI or the Sellers shall have the option to terminate this Agreement by written notice to the other Party and upon such termination this Agreement will be of no force or effect, *ab initio*, without any further action by any of the Parties."

**ARTICLE IV**
**MISCELLANEOUS**

Section 4.1    <u>Amendment</u>.    This First Amendment may not be amended or modified except by written agreement executed and delivered by duly authorized officers of the respective Parties.

Section 4.2    <u>Defined Terms</u>.    Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Agreement. The definitions contained in this First Amendment are applicable to the singular as well as the plural forms of such terms.

Section 4.3    <u>Successors</u>.    This First Amendment shall be binding upon and shall inure to the benefit of the Parties and their respective successors (including, without limitation, the Plan Trust and the Plan Trustee (as defined in the Plan Confirmation Order)), assigns, purchasers and representatives.

Section 4.4    <u>Counterparts</u>.    This First Amendment may be executed in two or more counterparts, all of which shall be considered one and the same agreement and shall become effective when two or more counterparts have been signed by each of the Parties and delivered to the other Parties. Copies of executed counterparts transmitted by telecopy or other electronic transmission service shall be considered original executed counterparts, provided receipt of such counterparts is confirmed.

Section 4.5    <u>Descriptive Headings</u>.    Descriptive headings of the several sections of this First Amendment are inserted for convenience only and do not constitute a part of this First Amendment.

DLI-6297854v1

Section 4.6    <u>Consultation with Attorneys</u>.  Each Party has consulted with its own attorneys in the negotiation and drafting of this First Amendment and fully understands the terms hereof.

Section 4.7    <u>Governing Law and Waiver of Jury Trial</u>.  This First Amendment shall be construed and enforced in accordance with the (a) the internal laws of the State of New York without giving effect to the rules governing the conflict of laws and (b) to the extent applicable, Title 11, U.S.C. §§ 101, et seq., as amended.   THE PARTIES IRREVOCABLY WAIVE THE RIGHT TO TRIAL BY JURY IN ANY ACTION RELATING TO THIS FIRST AMENDMENT.

Section 4.8    <u>Venue and Retention of Jurisdiction</u>.

(a)    Without limiting any Party's right to appeal any order of the Bankruptcy Court, (i) the Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this First Amendment and to decide any claims or disputes which may arise or result from, or be connected with, this First Amendment, any breach or default hereunder, or the transactions contemplated hereby, and (ii) any and all proceedings related to the foregoing shall be filed and maintained only in the Bankruptcy Court, and the Parties hereby consent to and submit to the jurisdiction and venue of the Bankruptcy Court and shall receive notices at such locations as indicated in Section 11.6 of the APA; provided, however, that if the Bankruptcy Cases of the Sellers have closed, the Parties agree to unconditionally and irrevocably submit to the exclusive jurisdiction of the United States District Court for the Southern District of New York sitting in New York County for the resolution of any or all claims and disputes which arise or result from, or are connected with this First Amendment, any breach or defaults hereunder, or the transactions contemplated hereby that may be properly brought in federal court and submit to the exclusive jurisdiction of the Commercial Division, Civil Branch of the Supreme Court of the State of New York sitting in New York County and any appellate court from any thereof, for the resolution of any such claim or dispute that may not be properly brought in federal court.  The Parties hereby irrevocably waive, to the fullest extent permitted by applicable Law, any objection which they may now or hereafter have to the laying of venue of any such dispute brought in such court or any defense of inconvenient forum for the maintenance of such dispute.  Each of the Parties agrees that a judgment in any such dispute may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by Law.

(b)    Each of the Parties hereby consents to process being served by any Party in any suit, action or proceeding by delivery of a copy thereof in accordance with the provisions of Section 11.6 of the APA, including AHM Acceptance consenting to being served at the address provided for notice to Sellers.

*{Remainder of Page Intentionally Left Blank}*

DLI-6297854v1

IN WITNESS HEREOF, the Parties have caused this First Amendment to be executed by their respective officers thereunto duly authorized as of the date first written above.

AMERICAN HOME MORTGAGE SERVICING, INC. (formerly known as AH Mortgage Acquisition Co., Inc.)

By: _____

Name: Mark Zeidman

Title: EVP and Chief Financial Officer


AMERICAN HOME MORTGAGE INVESTMENT CORP., as Seller and Debtor and Debtor-in-Possession

By: _____

Name:

Title:


AMERICAN HOME MORTGAGE CORP., as Seller and Debtor and Debtor-in-Possession

By: _____

Name:

Title:


AHM SV, INC. (formerly known as American Home Mortgage Servicing, Inc.), as Seller and Debtor and Debtor-in-Possession

By: _____

Name:

Title:


AMERICAN HOME MORTGAGE ACCEPTANCE INC., as Debtor and Debtor-in-Possession

By: _____

Name:

Title:

IN WITNESS HEREOF, the Parties have caused this First Amendment to be executed by their respective officers thereunto duly authorized as of the date first written above.

AMERICAN HOME MORTGAGE SERVICING, INC. (formerly known as AH Mortgage Acquisition Co., Inc.)

By: _____
Name:
Title:

AMERICAN HOME MORTGAGE INVESTMENT CORP., as Seller and Debtor and Debtor-in-Possession

By: _____
Name: Kevin Nystrom
Title: Chief Restructuring Officer

AMERICAN HOME MORTGAGE CORP., as Seller and Debtor and Debtor-in-Possession

By: _____
Name: Kevin Nystrom
Title: Chief Restructuring Officer

AHM SV, INC. (formerly known as American Home Mortgage Servicing, Inc.), as Seller and Debtor and Debtor-in-Possession

By: _____
Name: Kevin Nystrom
Title: Chief Restructuring Officer

AMERICAN HOME MORTGAGE ACCEPTANCE INC., as Debtor and Debtor-in-Possession

By: _____
Name: Kevin Nystrom
Title: Chief Restructuring Officer