# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 09-4295

In re: AMERICAN HOME MORTGAGE, et al.

(D. Del. Bankruptcy No. 07-bk-11047)

## ORDER

In an order entered March 16, 2010, Appellants were directed to remit a $200.00 filing fee to the Clerk of the Bankruptcy Court within fourteen (14) days. It appears that this Office also notified Appellants that an additional filing fee of $455 should be paid to the District Court. That notice was issued in error and is hereby withdrawn. Appellants should contact the District Court for procedures regarding the refund of the $455 fee, which should not have been assessed.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: March 25, 2010

cc: Benjamin Ackerly, Esq.
    Jason W. Harbour, Esq.
    Michele S. Budicak, Esq.
    Michael Busenkell, Esq.
    Curtis J. Crowther, Esq.
    John T. Dorsey, Esq.