

**CITY OF**

**PORTLAND, OREGON**

OFFICE OF CITY ATTORNEY

**Linda Meng, City Attorney**
1221 S.W. 4th Avenue, Suite 430
Portland, Oregon 97204
Telephone: (503) 823-4047
Fax No.: (503) 823-3089

March 17, 2010

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Sean Beach
Michael Neiburg
Young Conaway Target & Taylor LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Re:   In re American Home Mortgage Holdings, Inc. et al
      UBS Case No. 07-11047 (jointly administered)
      Debtor's 53rd Omnibus (Substantive) Objection to Claims
      Response and objection of creditor City of Portland (Claim no. 9720)

Dear Interested Persons:

Debtor filed its above objection and included the claim of the City of Portland in exhibit B of the motion, on the basis that debtor did not have evidence that it (or an affiliated/related entity) was licensed and subject to taxing in the City of Portland for its business activities.

The City of Portland objects to debtor's inclusion in the 'no liability' group. Enclosed are copies of the applications by debtor entity American Home Mortgage Corp. (last four FEIN 1558) to engage in business in the City. It shows that the entity stated that it began its activities in 2004 and that it had multiple locations in Portland where it engaged in business activities. Its failure to comply with the business license and tax payment requirement in a timelier manner, i.e., to file for license before it started business in 2004, does not support debtor's claim in its omnibus objection that it has no liability. If debtor wishes to assert that it owes less taxes for the identified tax years other than what the City included in its proof of claim, debtor should file its tax reports to the City or amend the reports that it may have originally filed so that the City may perform an audit and present an amended tax assessment as may be needed.

The City asks that its proof of claim be excluded from the omnibus objection in light of the clearly erroneous foundation for debtor's objection and that the City's proof of claim be allowed.

Very truly yours,

Linda S. Law
Deputy City Attorney



2010 MAR 22 AM 10:02 FILED

LSL:ll
Enc.

C:\Documents and Settings\ATLINDAL\Desktop\Response to Omnibus Objection.doc

An Equal Opportunity Employer
TDD (For Hearing & Speech Impaired) (503) 823-6868



# BUSINESS LICENSE APPLICATION
## CITY OF PORTLAND OREGON

**PLEASE RETURN THIS FORM TO:**
City of Portland
OMF - Revenue Bureau, License and Tax Division
111 SW Columbia St, Suite 600
Portland, OR 97201
(503)823-5157

This form is to be used by businesses doing business in the City of Portland Oregon and Multnomah County. If you conduct business within Multnomah County limits ONLY, but not in Portland, then complete the Multnomah County Business Income Tax Information Form ONLY.

**Visit us on the web at: www.pdxbl.org**

Most information provided on this form is subject to disclosure under Public Record Law.

License and Tax Division Account Number: P-7638 692024

**BUSINESS NAME:** American Home Mortgage Corp.
(Last Name, First Name - if Sole Proprietorship and Single Member LLC)

**CONTACT NAME:** Kristin Stergakos    **CONTACT PHONE:** 516-949-3935

**DOING BUSINESS AS (DBA):** American Home Mortgage
(if different from BUSINESS NAME above)

**BUSINESS ENTITY TYPE:**
- [ ] Sole Proprietorship/Single-Member LLC
- [ ] Partnership
- [x] Corporation
- [ ] S-Corporation
- [ ] Ltd. Liability Company
- [ ] Ltd. Partnership
- [ ] Estate
- [ ] Trust
- [ ] Non-Profit Corporation (501c3)

*S.S. #: ___-__-____
*FEIN: __-___1568

* This information is not subject to public disclosure

**BUSINESS FISCAL/TAX YEAR END** (Sole Proprietorship and Single Member LLC is always a December Year-end): December Yr-end

**DATE PORTLAND BUSINESS ACTIVITY BEGAN:** 2/1/2004    **NUMBER OF OWNERS:** See Attach
(List Owners Names on back)

**PRIMARY BUSINESS LOCATION ADDRESS - No PMB or P.O. Box Numbers:**
(List additional business location addresses on back)
10220 SW Greenburg Rd, Ste 245, Portland, OR 97223

**BUSINESS ACTIVITY:** Residential Mortgage Lending

**BUSINESS PHONE:** 503-246-8820    **BUSINESS PROPERTY TYPE:** [x] Commercial  [ ] Residential

**MAILING ADDRESS - PMB or P.O. Box Numbers accepted:** 538 Broadhollow Rd, Melville New York 11747
(if different from PRIMARY BUSINESS LOCATION ADDRESS above)

---

This Section for Office Use Only - Application continued on back

**DATE RECEIVED:**
CITY OF PORTLAND
MAR 15 2007
REVENUE BUREAU

**FOR OFFICE USE ONLY:**
ACCOUNT #: _____    NAICS: _____
AMT RECEIVED: 100
CASH/RECEIPT #: _____    CHECK #: 0288230
ATTENTION: _____

**DATE ENTERED:**
ENTERED
MAR 2 X 2007
Linda Harter

10220 SW Greenburg Rd, Ste 245, Portland, OR 97223        Page 2

## ADDITIONAL LOCATION ADDRESSES and/or ADDRESSES OF RENTAL PROPERTY OWNED (use add'l sheet if needed)

| Business Name and Address | Business Description | Check All That Apply |
|---|---|---|
| None | | ☐ This is an Add'l Bus Location<br>☐ Rental Prop Owned<br>If Rental Property Owned, is it<br>Commercial ____ Residential ____<br>Number of Units ____ |
| | | ☐ This is an Add'l Bus Location<br>☐ Rental Prop Owned<br>If Rental Property Owned, is it<br>Commercial ____ Residential ____<br>Number of Units ____ |
| | | ☐ This is an Add'l Bus Location<br>☐ Rental Prop Owned<br>If Rental Property Owned, is it<br>Commercial ____ Residential ____<br>Number of Units ____ |

## OWNERS OF CORPORATION or PARTNERS (List Corporate Owners that hold more that 5% of the voting stock of the corporation; List all partners, including ltd partners, if any) and all LLC members. Use add'l sheets if needed.

| Owner Name and Address | Social Security Number (Not subject to disclosure) | % of Stock |
|---|---|---|
| Officer's: See Attached Chart | | |
| | | |
| | | |

A Business License is required of all those doing business within the City of Portland, Oregon. Exemptions include most non-profit agencies and businesses whose total gross receipts for all business everywhere is less than $25,000 annually. License fees are based upon net apportioned income; the minimum annual fee is $100. complete this application and return it with $100. You will receive a license which expires at the end of the current business year.

**Annual Business License Renewal Process:**
1. In the first month of your next fiscal/tax year, you will receive a reminder to renew.
2. You will have 3.5 months after your expiration date to renew your license without penalty
   (for example, if your business fiscal year goes from January 1 - December 31,
   then your business license will expire on Dec 31 each year, and you will have until April 15th of the following year to renew).
3. The renewal fee will be determined by the income figures filed on the renewal form.
4. The initial $100 payment is the minimum fee which will be applied toward your first year license fee.

### Renewal Forms may be found at: www.pdxbl.org

*Notice of Confidentiality: All tax returns, reports and related financial information, including a Taxpayer ID number, filed with the City of Portland are confidential. Except as provided by PCC 7.02.230, 240 and 250, it is unlawful to divulge or release any financial information submitted or disclosed to the City.*

The term "license" as used in the ordinance is not to be construed to mean "permit". The Business License fee is for revenue purposes, and is not a regulatory permit fee. The payment of a license fee and the acceptance of such a fee and issuance of a license by the City does not entitle a licensee to carry on a business not in compliance with all applicable requirements of state, federal, municipal or other laws. The undersigned declares under penalty of making a false certificate that the information given in this form is true.

Signature of Licensee or Authorized Representative: [signed]    Title: Alan Horn, Secy/EVP    Date: 3/14/2007

# Company Structure

```
                American Home Mortgage Investment Corp
                              |
                American Home Mortgage Holdings, Inc.
                              |
                American Home Mortgage Corp
```

American Home Mortgage Corp. (AHMC) is wholly owned by American Home Mortgage Holdings, Inc. (AHMH) which is wholly owned by American Home Mortgage Investment Corp. (AHMI), a Maryland corporation publicly traded on the NYSE exchange under the ticker symbol AHM. Michael Strauss, officer and director of American Home Mortgage Corp., is a 9% shareholder of American Home Mortgage Investment Corp., and is the only individual owning 9% or more of its stock.



# American Home Mortgage

538 Broadhollow Road • Melville, NY 11747

Stephen Adamo
Licensing Manager
Direct Phone: (516) 396-7760
Direct Fax: (516) 714-2435
email: stephen.adamo@americanhm.com

March 13, 2007

**VIA OVERNIGHT MAIL**

City of Portland
OMF – Revenue Bureau
License and Tax Division
111 SW Columbia St, Suite 600
Portland, Oregon 97201

        RE:   **American Home Mortgage Corp.**
                **City of Portland**
                **Application for Business License**

Dear Sir or Madam:

Enclosed please find the following:

1. A fully executed business license application;
2. An attachment showing corporate structure and officers of the corporation; and
3. A check (No. 0288230; dated 3/14/2007) payable to City of Portland, in the amount of $100.00 for the deposit and prorated license fees.

If you have any questions, or need any further information, please do not hesitate to contact me at the above phone number or email address. Thank you.

Very truly yours,

Stephen Adamo

Enclosures
SA/vcc

Licensed Mortgage Banker



# BUSINESS LICENSE APPLICATION
# CITY OF PORTLAND OREGON

This form is to be used by businesses doing business in the City of Portland Oregon and Multnomah County. If you conduct business within Multnomah County limits ONLY, but not in Portland, then complete the Multnomah County Business Income Tax Information Form ONLY.

**PLEASE RETURN THIS FORM TO:**
City of Portland
OMF - Revenue Bureau, License and Tax Division
111 SW Columbia St, Suite 600
Portland, OR 97201
(503)823-5157

**Visit us on the web at: www.pdxbl.org**

Most information provided on this form is subject to disclosure under Public Record Law.

License and Tax Division Account Number: **692024**

**BUSINESS NAME:** American Home Mortgage Corp.
(Last Name, First Name - if Sole Proprietorship and Single Member LLC)

**CONTACT NAME:** Kristin Stergakos   **CONTACT PHONE:** 516-949-3935

**DOING BUSINESS AS (DBA):** American Home Mortgage
(if different from BUSINESS NAME above)

**BUSINESS ENTITY TYPE:**
- [ ] Sole Proprietorship/Single-Member LLC
- [ ] Partnership
- [x] Corporation
- [ ] S-Corporation
- [ ] Ltd. Liability Company
- [ ] Ltd. Partnership
- [ ] Estate
- [ ] Trust
- [ ] Non-Profit Corporation (501c3)

*S.S. #: _____
*FEIN: __-__15_58__
* This information is not subject to public disclosure

**BUSINESS FISCAL/TAX YEAR END** (Sole Proprietorship and Single Member LLC is always a December Year-end): December Yr-end

**DATE PORTLAND BUSINESS ACTIVITY BEGAN:** 12/1/2006   **NUMBER OF OWNERS:** See Attached
(List Owners Names on back)

**PRIMARY BUSINESS LOCATION ADDRESS** - No PMB or P.O. Box Numbers:
(List additional business location addresses on back)
700 NE Multnomah Blvd, Ste 450, Portland, OR 97232

**BUSINESS ACTIVITY:** Residential Mortgage Lending

**BUSINESS PHONE:** 503-231-6009   **BUSINESS PROPERTY TYPE:** [x] Commercial [ ] Residential

**MAILING ADDRESS** - PMB or P.O. Box Numbers accepted:
(if different from PRIMARY BUSINESS LOCATION ADDRESS above): 538 Broadhollow Rd, Melville, NY 11747

---

This Section for Office Use Only - Application continued on back

**DATE RECEIVED:**
CITY OF PORTLAND
MAR 16 2007
REVENUE BUREAU

**FOR OFFICE USE ONLY:**
ACCOUNT #: _____   NAICS: _____
AMT RECEIVED: 100
CASH/RECEIPT #: _____   CHECK #: 028831
ATTENTION: _____

**DATE ENTERED:**


700 NE Multnomah Blvd. Ste 450, Portland, OR 97232              Page 2

**ADDITIONAL LOCATION ADDRESSES and/or ADDRESSES OF RENTAL PROPERTY OWNED** (use add'l sheet if needed):

| Business Name and Address | Business Description | Check All That Apply |
|---|---|---|
| None | | ☐ This is an Add'l Bus Location<br>☐ Rental Prop Owned<br>If Rental Property Owned, is it:<br>Commercial ____ Residential ____<br>Number of Units ____ |
| | | ☐ This is an Add'l Bus Location<br>☐ Rental Prop Owned<br>If Rental Property Owned, is it:<br>Commercial ____ Residential ____<br>Number of Units ____ |
| | | ☐ This is an Add'l Bus Location<br>☐ Rental Prop Owned<br>If Rental Property Owned, is it:<br>Commercial ____ Residential ____<br>Number of Units ____ |

**OWNERS OF CORPORATION or PARTNERS** (List Corporate Owners that hold more that 5% of the voting stock of the corporation; List all partners, including ltd partners, if any) and all LLC members. Use add'l sheets if needed.

| Owner Name and Address | Social Security Number (Not subject to disclosure) | % of Stock |
|---|---|---|
| Officers — See Attached Chart | | |
| | | |
| | | |

A Business License is required of all those doing business within the City of Portland, Oregon. Exemptions include most non-profit agencies and businesses whose total gross receipts for all business everywhere is less than $25,000 annually. License fees are based upon net apportioned income; the minimum annual fee is $100. complete this application and return it with $100. You will receive a license which expires at the end of the current business year.

**Annual Business License Renewal Process:**
1. In the first month of your next fiscal/tax year, you will receive a reminder to renew.
2. You will have 3.5 months after your expiration date to renew your license without penalty
   (for example, if your business fiscal year goes from January 1 - December 31,
   then your business license will expire on Dec 31 each year, and you will have until April 15th of the following year to renew).
3. The renewal fee will be determined by the income figures filed on the renewal form.
4. The initial $100 payment is the minimum fee which will be applied toward your first year license fee.

**Renewal Forms may be found at: www.pdxbl.org**

*Notice of Confidentiality: All tax returns, reports and related financial information, including a Taxpayer ID number, filed with the City of Portland are confidential. Except as provided by PCC 7.02.230, .240 and .250, it is unlawful to divulge or release any financial information submitted or disclosed to the City.*

The term "license" as used in the ordinance is not to be construed to mean "permit". The Business License fee is for revenue purposes, and is not a regulatory permit fee. The payment of a license fee and the acceptance of such a fee and issuance of a license by the City does not entitle a licensee to carry on a business not in compliance with all applicable requirements of state, federal, municipal or other laws. The undersigned declares under penalty of making a false certificate that the information given in this form is true.

Signature of Licensee or Authorized Representative: [signed]   Title: Alan Horn, Secy/EVP   Date: 3/14/2007



# American Home Mortgage

538 Broadhollow Road • Melville, NY 11747

Stephen Adamo
Licensing Manager
Direct Phone: (516) 396-7760
Direct Fax: (516) 714-2435
email: stephen.adamo@americanhm.com

March 13, 2007

**VIA OVERNIGHT MAIL**

City of Portland
OMF – Revenue Bureau
License and Tax Division
111 SW Columbia St, Suite 600
Portland, Oregon 97201

RE:   American Home Mortgage Corp.
      City of Portland
      Application for Business License

Dear Sir or Madam:

Enclosed please find the following:

1. A fully executed business license application;
2. An attachment showing corporate structure and officers of the corporation; and
3. A check (No. 0288231, dated 3/14/2007) payable to City of Portland, in the amount of $100.00 for the deposit and prorated license fees.

If you have any questions, or need any further information, please do not hesitate to contact me at the above phone number or email address. Thank you.

Very truly yours,

Stephen Adamo

Enclosures
SA/vcc

Licensed Mortgage Banker