**Exhibit C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|-----------:|-----------|
| 10/7/2009 | Zawadzki, Jeffrey | CAR | 62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 598367; DATE: 10/15/2009 |
| 10/13/2009 | Zawadzki, Jeffrey | CAR | 62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 599813; DATE: 10/31/2009 |
| 10/14/2009 | Schnitzer, Edward L. | CAR | 14.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 43; DATE: 10/15/2009 |
| 10/14/2009 | Zawadzki, Jeffrey | CAR | 4.00 | VENDOR: Jeffrey Zawadzki; INVOICE#: 5; DATE: 10/16/2009 |
| 10/20/2009 | Schnitzer, Edward L. | CAR | 10.20 | VENDOR: PETTY CASH; INVOICE#: 1030; DATE: 10/29/2009 |
| 10/25/2009 | Zawadzki, Jeffrey | CAR | 62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 599813; DATE: 10/31/2009 |
| 10/27/2009 | Indelicato, Mark S | CAR | 132.70 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 119334; DATE: 11/3/2009 |
| 10/27/2009 | Rigano, Nicholas C. | CAR | 44.33 | VENDOR: ROYAL DISPATCH SERVICES, INC.; INVOICE#: 649325; DATE: 11/6/2009 |
| 10/29/2009 | Schnitzer, Edward L. | CAR | 12.80 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 45; DATE: 11/4/2009 |
| | | | **$    405.95** | |
| 9/21/2009 | Kang, Christina | DUPL | 0.40 | |
| 9/21/2009 | Kang, Christina | DUPL | 6.00 | |
| 9/21/2009 | Kang, Christina | DUPL | 2.40 | |
| 9/23/2009 | Virani, Zahir | DUPL | 0.80 | |
| 9/23/2009 | Virani, Zahir | DUPL | 0.80 | |
| 10/1/2009 | | DUPL | 0.10 | |
| 10/1/2009 | | DUPL | 0.40 | |
| 10/1/2009 | | DUPL | 1.00 | |
| 10/1/2009 | | DUPL | 1.20 | |
| 10/1/2009 | | DUPL | 2.20 | |
| 10/1/2009 | | DUPL | 0.20 | |
| 10/2/2009 | | DUPL | 0.10 | |
| 10/2/2009 | | DUPL | 0.70 | |
| 10/2/2009 | | DUPL | 0.70 | |
| 10/5/2009 | | DUPL | 0.10 | |
| 10/5/2009 | | DUPL | 0.10 | |
| 10/5/2009 | | DUPL | 0.20 | |
| 10/5/2009 | | DUPL | 0.10 | |
| 10/5/2009 | | DUPL | 0.10 | |
| 10/5/2009 | | DUPL | 0.80 | |
| 10/5/2009 | | DUPL | 0.70 | |
| 10/6/2009 | Schnitzer, Edward L. | DUPL | 0.10 | |
| 10/6/2009 | Zawadzki, Jeffrey | DUPL | 0.90 | |
| 10/6/2009 | | DUPL | 0.10 | |
| 10/6/2009 | | DUPL | 0.10 | |
| 10/6/2009 | | DUPL | 0.20 | |
| 10/6/2009 | | DUPL | 0.20 | |

| Date | Name | Type | Amount |
|---|---|---|---|
| 10/6/2009 | | DUPL | 0.70 |
| 10/6/2009 | Zawadzki, Jeffrey | DUPL | 0.90 |
| 10/7/2009 | Rigano, Nicholas C. | DUPL | 0.40 |
| 10/7/2009 | | DUPL | 4.60 |
| 10/7/2009 | | DUPL | 2.10 |
| 10/7/2009 | | DUPL | 0.30 |
| 10/7/2009 | | DUPL | 0.20 |
| 10/7/2009 | | DUPL | 2.40 |
| 10/7/2009 | | DUPL | 0.10 |
| 10/7/2009 | | DUPL | 0.60 |
| 10/7/2009 | | DUPL | 0.10 |
| 10/7/2009 | | DUPL | 0.20 |
| 10/7/2009 | | DUPL | 1.00 |
| 10/7/2009 | | DUPL | 0.30 |
| 10/7/2009 | | DUPL | 0.30 |
| 10/8/2009 | | DUPL | 0.70 |
| 10/8/2009 | | DUPL | 0.20 |
| 10/8/2009 | | DUPL | 0.20 |
| 10/8/2009 | | DUPL | 0.80 |
| 10/8/2009 | | DUPL | 0.80 |
| 10/8/2009 | | DUPL | 0.70 |
| 10/8/2009 | | DUPL | 0.30 |
| 10/8/2009 | | DUPL | 0.70 |
| 10/8/2009 | | DUPL | 0.20 |
| 10/8/2009 | | DUPL | 0.20 |
| 10/8/2009 | | DUPL | 0.60 |
| 10/8/2009 | | DUPL | 2.10 |
| 10/8/2009 | | DUPL | 0.30 |
| 10/8/2009 | | DUPL | 0.70 |
| 10/8/2009 | | DUPL | 0.60 |
| 10/8/2009 | | DUPL | 0.70 |
| 10/8/2009 | | DUPL | 0.80 |
| 10/8/2009 | | DUPL | 0.50 |
| 10/8/2009 | | DUPL | 0.60 |
| 10/8/2009 | | DUPL | 0.50 |
| 10/8/2009 | | DUPL | 0.80 |
| 10/8/2009 | | DUPL | 0.30 |
| 10/8/2009 | | DUPL | 0.60 |
| 10/8/2009 | | DUPL | 1.30 |
| 10/8/2009 | | DUPL | 0.60 |
| 10/8/2009 | | DUPL | 0.80 |
| 10/8/2009 | | DUPL | 0.20 |
| 10/8/2009 | | DUPL | 0.70 |
| 10/8/2009 | | DUPL | 1.80 |
| 10/8/2009 | | DUPL | 0.80 |
| 10/8/2009 | | DUPL | 0.70 |
| 10/8/2009 | | DUPL | 1.00 |
| 10/8/2009 | | DUPL | 1.00 |
| 10/8/2009 | | DUPL | 0.80 |
| 10/8/2009 | | DUPL | 0.20 |
| 10/8/2009 | | DUPL | 0.10 |
| 10/8/2009 | | DUPL | 0.10 |

| | | |
|---|---|---|
| 10/8/2009 | DUPL | 1.60 |
| 10/8/2009 | DUPL | 0.20 |
| 10/8/2009 | DUPL | 0.60 |
| 10/8/2009 | DUPL | 0.20 |
| 10/8/2009 | DUPL | 0.40 |
| 10/8/2009 | DUPL | 0.10 |
| 10/8/2009 | DUPL | 1.60 |
| 10/8/2009 | DUPL | 0.40 |
| 10/8/2009 | DUPL | 0.60 |
| 10/8/2009 | DUPL | 0.20 |
| 10/8/2009 | DUPL | 0.10 |
| 10/8/2009 | DUPL | 0.20 |
| 10/8/2009 | DUPL | 0.20 |
| 10/8/2009 | DUPL | 0.20 |
| 10/8/2009 | DUPL | 0.60 |
| 10/8/2009 | DUPL | 0.80 |
| 10/8/2009 | DUPL | 0.20 |
| 10/8/2009 | DUPL | 2.20 |
| 10/8/2009 | DUPL | 1.50 |
| 10/8/2009 | DUPL | 2.40 |
| 10/8/2009 | DUPL | 0.80 |
| 10/8/2009 Virani, Zahir | DUPL | 2.40 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.80 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.80 |
| 10/9/2009 | DUPL | 0.20 |
| 10/9/2009 | DUPL | 0.20 |
| 10/9/2009 | DUPL | 0.30 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.40 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.30 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |

| | | |
|---|---|---|
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 1.70 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.20 |
| 10/9/2009 | DUPL | 0.50 |
| 10/9/2009 | DUPL | 0.60 |
| 10/9/2009 | DUPL | 2.00 |
| 10/9/2009 | DUPL | 1.00 |
| 10/9/2009 | DUPL | 1.50 |
| 10/9/2009 | DUPL | 0.70 |
| 10/9/2009 | DUPL | 0.90 |
| 10/9/2009 | DUPL | 7.20 |
| 10/9/2009 | DUPL | 1.60 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.20 |
| 10/9/2009 | DUPL | 0.20 |
| 10/9/2009 | DUPL | 0.10 |
| 10/9/2009 | DUPL | 0.10 |
| 10/12/2009 | DUPL | 0.60 |
| 10/12/2009 | DUPL | 4.10 |
| 10/12/2009 | DUPL | 0.40 |
| 10/12/2009 | DUPL | 0.20 |
| 10/12/2009 | DUPL | 0.20 |
| 10/12/2009 | DUPL | 0.10 |
| 10/12/2009 | DUPL | 0.60 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 10/12/2009 | | DUPL | 0.40 |
| 10/12/2009 | | DUPL | 0.90 |
| 10/12/2009 | | DUPL | 0.50 |
| 10/12/2009 | | DUPL | 0.60 |
| 10/12/2009 | | DUPL | 0.20 |
| 10/12/2009 | | DUPL | 0.80 |
| 10/12/2009 | | DUPL | 1.40 |
| 10/12/2009 | | DUPL | 0.50 |
| 10/12/2009 | | DUPL | 0.50 |
| 10/12/2009 | | DUPL | 0.40 |
| 10/12/2009 | | DUPL | 0.10 |
| 10/12/2009 | | DUPL | 14.10 |
| 10/12/2009 | | DUPL | 0.20 |
| 10/12/2009 | | DUPL | 0.70 |
| 10/12/2009 | | DUPL | 0.40 |
| 10/12/2009 | | DUPL | 0.90 |
| 10/13/2009 | | DUPL | 0.20 |
| 10/13/2009 | | DUPL | 1.40 |
| 10/13/2009 | | DUPL | 0.10 |
| 10/13/2009 | | DUPL | 0.10 |
| 10/13/2009 | | DUPL | 2.10 |
| 10/13/2009 | | DUPL | 1.00 |
| 10/13/2009 | | DUPL | 2.40 |
| 10/13/2009 | | DUPL | 0.30 |
| 10/13/2009 | | DUPL | 1.20 |
| 10/13/2009 | | DUPL | 0.20 |
| 10/13/2009 | | DUPL | 0.80 |
| 10/13/2009 | | DUPL | 0.10 |
| 10/13/2009 | | DUPL | 0.10 |
| 10/13/2009 | | DUPL | 0.10 |
| 10/13/2009 | | DUPL | 4.80 |
| 10/13/2009 | | DUPL | 3.60 |
| 10/13/2009 | Zawadzki, Jeffrey | DUPL | 4.80 |
| 10/14/2009 | | DUPL | 0.90 |
| 10/14/2009 | | DUPL | 0.10 |
| 10/14/2009 | | DUPL | 0.90 |
| 10/14/2009 | | DUPL | 0.70 |
| 10/14/2009 | | DUPL | 1.50 |
| 10/14/2009 | | DUPL | 0.70 |
| 10/14/2009 | | DUPL | 0.30 |
| 10/14/2009 | | DUPL | 0.10 |
| 10/14/2009 | | DUPL | 0.80 |
| 10/14/2009 | | DUPL | 0.20 |
| 10/14/2009 | | DUPL | 0.20 |
| 10/14/2009 | | DUPL | 1.80 |
| 10/14/2009 | | DUPL | 0.10 |
| 10/14/2009 | | DUPL | 0.10 |
| 10/14/2009 | | DUPL | 0.10 |
| 10/14/2009 | | DUPL | 0.70 |
| 10/14/2009 | | DUPL | 0.80 |
| 10/14/2009 | | DUPL | 0.70 |
| 10/14/2009 | | DUPL | 0.80 |

| Date | Name | Type | Hours |
|---|---|---|---|
| 10/14/2009 | | DUPL | 0.20 |
| 10/14/2009 | | DUPL | 0.70 |
| 10/14/2009 | | DUPL | 0.20 |
| 10/14/2009 | | DUPL | 0.80 |
| 10/14/2009 | | DUPL | 4.00 |
| 10/14/2009 | | DUPL | 1.00 |
| 10/14/2009 | | DUPL | 0.60 |
| 10/14/2009 | | DUPL | 2.40 |
| 10/14/2009 | | DUPL | 0.60 |
| 10/14/2009 | | DUPL | 0.60 |
| 10/14/2009 | | DUPL | 2.40 |
| 10/14/2009 | | DUPL | 0.20 |
| 10/14/2009 | | DUPL | 0.20 |
| 10/14/2009 | | DUPL | 0.20 |
| 10/14/2009 | | DUPL | 0.40 |
| 10/14/2009 | | DUPL | 0.40 |
| 10/15/2009 | | DUPL | 0.20 |
| 10/15/2009 | | DUPL | 0.10 |
| 10/15/2009 | | DUPL | 4.10 |
| 10/15/2009 | Zawadzki, Jeffrey | DUPL | 0.40 |
| 10/16/2009 | | DUPL | 0.60 |
| 10/16/2009 | | DUPL | 2.10 |
| 10/16/2009 | | DUPL | 1.30 |
| 10/16/2009 | | DUPL | 1.80 |
| 10/16/2009 | | DUPL | 0.20 |
| 10/16/2009 | | DUPL | 0.50 |
| 10/19/2009 | | DUPL | 0.70 |
| 10/19/2009 | | DUPL | 0.10 |
| 10/19/2009 | | DUPL | 0.50 |
| 10/19/2009 | | DUPL | 1.20 |
| 10/19/2009 | | DUPL | 0.30 |
| 10/19/2009 | Orbach, Joseph | DUPL | 0.70 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 1.20 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.40 |
| 10/20/2009 | | DUPL | 0.40 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.20 |
| 10/20/2009 | | DUPL | 0.20 |
| 10/20/2009 | | DUPL | 0.20 |
| 10/20/2009 | | DUPL | 0.80 |
| 10/20/2009 | | DUPL | 0.20 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.70 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.70 |
| 10/20/2009 | | DUPL | 0.10 |
| 10/20/2009 | | DUPL | 0.20 |
| 10/20/2009 | | DUPL | 0.40 |
| 10/20/2009 | | DUPL | 0.40 |
| 10/20/2009 | | DUPL | 0.90 |
| 10/20/2009 | | DUPL | 0.80 |
| 10/20/2009 | | DUPL | 0.40 |
| 10/20/2009 | | DUPL | 0.80 |
| 10/20/2009 | | DUPL | 0.80 |
| 10/20/2009 | Celli, Ceil | DUPL | 0.30 |
| 10/22/2009 | | DUPL | 0.90 |
| 10/22/2009 | | DUPL | 0.20 |
| 10/22/2009 | | DUPL | 3.10 |
| 10/22/2009 | | DUPL | 1.10 |
| 10/22/2009 | | DUPL | 1.10 |
| 10/23/2009 | | DUPL | 0.10 |
| 10/23/2009 | | DUPL | 0.80 |
| 10/23/2009 | | DUPL | 0.10 |
| 10/23/2009 | | DUPL | 1.90 |
| 10/23/2009 | | DUPL | 0.10 |
| 10/23/2009 | | DUPL | 0.20 |
| 10/23/2009 | | DUPL | 0.40 |
| 10/23/2009 | | DUPL | 0.70 |
| 10/23/2009 | | DUPL | 0.10 |
| 10/23/2009 | | DUPL | 0.10 |
| 10/23/2009 | | DUPL | 0.10 |
| 10/23/2009 | Craner, Katherine G. | DUPL | 2.40 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 10/23/2009 | Schnitzer, Edward L. | DUPL | 4.80 |
| 10/26/2009 | Delapaz, Christina | DUPL | 27.00 |
| 10/26/2009 | Schnitzer, Edward L. | DUPL | 0.60 |
| 10/26/2009 | | DUPL | 0.40 |
| 10/26/2009 | | DUPL | 0.20 |
| 10/26/2009 | | DUPL | 0.20 |
| 10/26/2009 | | DUPL | 0.70 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.60 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.40 |
| 10/26/2009 | | DUPL | 0.40 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.20 |
| 10/26/2009 | | DUPL | 0.70 |
| 10/26/2009 | | DUPL | 0.70 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.20 |
| 10/26/2009 | | DUPL | 0.70 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.70 |
| 10/26/2009 | | DUPL | 0.70 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.70 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.70 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.70 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.70 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/26/2009 | | DUPL | 0.10 |
| 10/27/2009 | | DUPL | 0.20 |
| 10/27/2009 | | DUPL | 0.10 |
| 10/27/2009 | | DUPL | 0.40 |
| 10/27/2009 | | DUPL | 0.10 |
| 10/27/2009 | | DUPL | 0.10 |
| 10/27/2009 | | DUPL | 0.10 |
| 10/27/2009 | | DUPL | 0.70 |
| 10/27/2009 | | DUPL | 0.60 |
| 10/27/2009 | | DUPL | 0.70 |
| 10/27/2009 | | DUPL | 0.30 |
| 10/27/2009 | | DUPL | 0.10 |
| 10/27/2009 | | DUPL | 0.80 |

| | | |
|---|---|---|
| 10/27/2009 | DUPL | 0.20 |
| 10/28/2009 | DUPL | 0.20 |
| 10/28/2009 | DUPL | 0.40 |
| 10/28/2009 | DUPL | 0.40 |
| 10/28/2009 | DUPL | 0.10 |
| 10/28/2009 | DUPL | 0.10 |
| 10/28/2009 | DUPL | 0.10 |
| 10/28/2009 | DUPL | 0.10 |
| 10/28/2009 | DUPL | 0.10 |
| 10/28/2009 | DUPL | 0.10 |
| 10/28/2009 | DUPL | 0.10 |
| 10/28/2009 | DUPL | 0.10 |
| 10/28/2009 | DUPL | 0.10 |
| 10/28/2009 | DUPL | 0.10 |
| 10/28/2009 | DUPL | 0.10 |
| 10/28/2009 | DUPL | 0.10 |
| 10/28/2009 | DUPL | 0.80 |
| 10/28/2009 | DUPL | 0.40 |
| 10/28/2009 | DUPL | 1.00 |
| 10/28/2009 | DUPL | 0.30 |
| 10/28/2009 | DUPL | 0.30 |
| 10/28/2009 | DUPL | 0.20 |
| 10/28/2009 | DUPL | 0.30 |
| 10/28/2009 | DUPL | 0.50 |
| 10/28/2009 | DUPL | 0.30 |
| 10/29/2009 Patwardhan, Huria N. | DUPL | 0.10 |
| 10/29/2009 | DUPL | 0.30 |
| 10/29/2009 | DUPL | 0.10 |
| 10/29/2009 | DUPL | 0.10 |
| 10/29/2009 | DUPL | 0.80 |
| 10/29/2009 | DUPL | 0.80 |
| 10/29/2009 | DUPL | 0.20 |
| 10/29/2009 | DUPL | 1.20 |
| 10/29/2009 | DUPL | 0.40 |
| 10/29/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.80 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.50 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.40 |

| | | |
|---|---|---|
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.40 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.30 |
| 10/30/2009 | DUPL | 0.40 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.30 |
| 10/30/2009 | DUPL | 0.40 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.30 |
| 10/30/2009 | DUPL | 0.60 |
| 10/30/2009 | DUPL | 0.60 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.30 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.30 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.30 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.30 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.30 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.30 |
| 10/30/2009 | DUPL | 0.30 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.30 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |

| | | |
|---|---|---|
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.30 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.40 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.60 |
| 10/30/2009 | DUPL | 0.40 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.50 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.40 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.40 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.40 |
| 10/30/2009 | DUPL | 0.50 |
| 10/30/2009 | DUPL | 0.50 |
| 10/30/2009 | DUPL | 0.20 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.10 |
| 10/30/2009 | DUPL | 0.40 |

| Date | Name | Code | Amount | Description |
|---|---|---|---|---|
| 10/30/2009 | | DUPL | 0.90 | |
| 10/30/2009 | | DUPL | 0.30 | |
| 10/30/2009 | | DUPL | 0.40 | |
| 10/30/2009 | | DUPL | 0.50 | |
| 10/30/2009 | | DUPL | 0.10 | |
| 10/30/2009 | | DUPL | 0.10 | |
| 10/30/2009 | | DUPL | 0.50 | |
| 10/30/2009 | | DUPL | 0.10 | |
| 10/30/2009 | | DUPL | 2.00 | |
| 10/30/2009 | | DUPL | 0.20 | |
| 10/30/2009 | | DUPL | 0.20 | |
| 10/30/2009 | | DUPL | 0.20 | |
| 10/30/2009 | | DUPL | 0.30 | |
| 10/30/2009 | | DUPL | 0.10 | |
| 10/30/2009 | | DUPL | 0.30 | |
| 10/30/2009 | | DUPL | 0.20 | |
| 10/30/2009 | | DUPL | 0.50 | |
| 10/30/2009 | | DUPL | 0.20 | |
| 10/30/2009 | | DUPL | 0.40 | |
| 10/30/2009 | | DUPL | 0.70 | |
| 10/30/2009 | | DUPL | 0.70 | |
| 10/30/2009 | | DUPL | 0.70 | |
| | | | **$ 317.70** | |
| 10/8/2009 | Rigano, Nicholas C. | LEXI | $ 17.56 | VENDOR: LEXIS - NEXIS; INVOICE#: 0910015285; DATE: 10/30/2009 |
| 10/9/2009 | Smith, Jason | LEXI | $ 15.78 | VENDOR: LEXIS - NEXIS; INVOICE#: 0910015285; DATE: 10/30/2009 |
| 10/22/2009 | Schnitzer, Edward L. | LEXI | $ 4.92 | VENDOR: LEXIS - NEXIS; INVOICE#: 0910015285; DATE: 10/30/2009 |
| 10/23/2009 | Patwardhan, Huria N. | LEXI | $ 67.57 | VENDOR: LEXIS - NEXIS; INVOICE#: 0910015285; DATE: 10/30/2009 |
| | | | **$ 105.83** | |
| 10/1/2009 | Indelicato, Mark S | MEAL | 16.33 | VENDOR: INDELICATO; INVOICE#: 38; DATE: 10/21/2009 |
| 10/14/2009 | Zawadzki, Jeffrey | MEAL | 23.20 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 584049; DATE: 10/18/2009 |
| 10/20/2009 | Schnitzer, Edward L. | MEAL | 20.97 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 586464; DATE: 10/25/2009 |
| 10/20/2009 | Smith, Jason | MEAL | 23.20 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 586464; DATE: 10/25/2009 |
| 10/26/2009 | Zawadzki, Jeffrey | MEAL | 20.13 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 592507; DATE: 11/1/2009 |
| | | | **$ 103.83** | |
| 10/7/2009 | Jarvinen, Christopher | ODEL | 7.77 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000V9211E419; DATE: 10/10/2009 |

| Date | Name | Code | Amount | Vendor/Invoice |
|---|---|---|---|---|
| 10/14/2009 | Craner, Katherine G. | ODEL | 14.76 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-36-20119; DATE: 10/19/2009 |
| 10/14/2009 | Craner, Katherine G. | ODEL | 14.76 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-36-20119; DATE: 10/19/2009 |
| 10/14/2009 | Craner, Katherine G. | ODEL | 14.76 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-36-20119; DATE: 10/19/2009 |
| | | | **$ 52.05** | |
| 10/7/2009 | Rigano, Nicholas C. | POST | 2.44 | |
| 10/8/2009 | Gonzalez, Dalgis E. | POST | 6.10 | |
| 10/9/2009 | Patwardhan, Huria N. | POST | 6.10 | |
| 10/14/2009 | Patwardhan, Huria N. | POST | 6.10 | |
| 10/14/2009 | Patwardhan, Huria N. | POST | 3.66 | |
| 10/15/2009 | Schnitzer, Edward L. | POST | 1.05 | |
| 10/20/2009 | Gonzalez, Dalgis E. | POST | 1.22 | |
| 10/20/2009 | Gonzalez, Dalgis E. | POST | 0.44 | |
| 10/20/2009 | Gonzalez, Dalgis E. | POST | 0.44 | |
| 10/21/2009 | Rigano, Nicholas C. | POST | 6.92 | |
| 10/23/2009 | Schnitzer, Edward L. | POST | 1.22 | |
| 10/26/2009 | Schnitzer, Edward L. | POST | 1.05 | |
| 10/28/2009 | Patwardhan, Huria N. | POST | 0.44 | |
| 10/30/2009 | Patwardhan, Huria N. | POST | 1.56 | |
| 10/30/2009 | Patwardhan, Huria N. | POST | 1.39 | |
| | | | **$ 40.13** | |
| 10/6/2009 | Power, Mark | SEAR | 1.52 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 10/12/2009 | Power, Mark | SEAR | 0.24 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 10/14/2009 | Power, Mark | SEAR | 1.84 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 10/20/2009 | Power, Mark | SEAR | 11.28 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 10/26/2009 | Power, Mark | SEAR | 37.68 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| | | | **$ 52.56** | |
| 10/1/2009 | Schnitzer, Edward L. | TELCON | 21.06 | VENDOR: AMERICAN EXPRESS; INVOICE#: 120709; DATE: 12/8/2009 |
| 10/7/2009 | Zawadzki, Jeffrey | TELCON | 1.69 | VENDOR: AMERICAN EXPRESS; INVOICE#: 120709; DATE: 12/8/2009 |
| 10/15/2009 | Schnitzer, Edward L. | TELCON | 0.22 | VENDOR: AMERICAN EXPRESS; INVOICE#: 120709; DATE: 12/8/2009 |
| 10/27/2009 | Schnitzer, Edward L. | TELCON | 7.85 | VENDOR: AMERICAN EXPRESS; INVOICE#: 120709; DATE: 12/8/2009 |
| | | | **$ 30.82** | |

| Date | Name | | Amount | Description |
|------|------|------|--------|-------------|
| 10/13/2009 | Zawadzki, Jeffrey | TRAV | 15.00 | VENDOR: Jeffrey Zawadzki; INVOICE#: 5; DATE: 10/16/2009 |
| 10/13/2009 | Indelicato, Mark S | TRAV | 223.00 | VENDOR: INDELICATO; INVOICE#: 38; DATE: 10/21/2009 |
| 10/14/2009 | Schnitzer, Edward L. | TRAV | 238.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 43; DATE: 10/15/2009 |
| 10/14/2009 | Zawadzki, Jeffrey | TRAV | 15.00 | VENDOR: Jeffrey Zawadzki; INVOICE#: 5; DATE: 10/16/2009 |
| 10/29/2009 | Jarvinen, Christopher | TRAV | 238.00 | VENDOR: CHRISTOPHER A. JARVINEN; INVOICE#: 4; DATE: 10/29/2009 |
| | | | **$ 729.00** | |

Total: **1,837.87**