*Exhibit "B"*

## NOTICE

32.    Notice of this Response has been provided to: (i) the Office of the United States Trustee; (ii) counsel to the Committee; (iii) counsel to the Borrowers Committee; (iv) counsel to Park National; and (v) all parties entitled to notice under Bankr. Del. L.R. 2002-1(b). In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that this Court (i) deny the Motion to Lift Stay pending determination of the Debtors' Section 506(c) Claim; and (ii) enter an order, substantially in the form annexed hereto as Exhibit B, that grants the allowance and directs the payment of the Section 506(c) Claim to the Debtors in the amount of $274,920.36.

Dated:  Wilmington, Delaware
        October 28, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sean M. Beach (No. 4070)
Sharon M. Zieg (No. 4196)
Matthew B. Lunn (No. 4119)
Justin H. Rucki (No. 5304)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession