## **CERTIFICATE OF SERVICE**

I, Pamela J. Groff, certify that I am not less than 18 years of age, and that service of the foregoing document was made on March 30, 2010, via hand-delivery, upon:

>Sean M. Beach
>Sharon M. Zieg
>Matthew B. Lunn
>Justin H. Rucki
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

| 3/30/10 | */s/ Pamela J. Groff* |
|---|---|
| Date | Pamela J. Groff |

WCSR 3894900v1