UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

2010 MAR 29  AM 10: 34

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: AMERICAN HOME MORTGAGE HOLDING, INC.
(ASSESSED IN THE NAME OF AMERICAN HOME
MORTGAGE SERVICING, INC.)

CHAPTER: 11

CASE NO: 07-11047(CSS)

## REQUEST FOR PAYMENT
## OF ADMINISTRATIVE EXPENSES

NOW COMES, Peyton C. Cochrane, Tax Collector for Tuscaloosa County, Alabama, requesting payment of administrative expenses, for the **2009** ad valorem taxes. Total amount due is **$1,653.64.**

This request is being made under the U.S. BANKRUPTCY CODE, TITLE 11, SECTION 203(B).

The ad valorem taxes in Alabama are collected in arrears in such a manner that the 2009 tax claim is based on a lien date of October 1, 2008.

Date this 23rd day of March, 2010.

Peyton C. Cochrane, Tax Collector
714 Greensboro Avenue, Room, 124
Tuscaloosa, Alabama  35401


cc.  YOUNG, CONAWAY, STARGATT & TAYLOR
     The Brandywine Bldg.
     1000 West Street, 17th Floor
     P.O. Box 371
     Wilmington, DE. 19899-0391

## STATEMENT OF LIEN

The Tax Collector, Tuscaloosa County, Alabama, holds a lien on

the_____Personal Property of the Debtor bearing the following

_____X____Real Property

description:

SEE ATTACHED ASSESSMENT SHEET

The lien arose on__OCTOBER 1, 2008__ pursuant to

ALABAMA CODE (1975) Section 40-1-3, which provides:

> From and after October 1 of each year, when property
> becomes assessable, the State shall have a lien upon
> each and every piece of parcel of property owned by any
> taxpayer for the payment of all taxes, which may be
> assessed against him and upon each piece and parcel of
> property, real or personal, assessed owner unknown,
> which lien shall continue until such taxes are paid,
> and the County shall have a like lien thereon for the
> payment of the taxes, which may be assessed by it; ...
> These liens shall be superior to all other liens and
> shall exist in the order named, and each of such liens
> may be enforced and foreclosed by sale for taxes as
> provided in this title, or as other liens upon property
> are enforced, ...

** AFTER JANUARY 1, INTEREST ACCRUES AT THE RATE OF 12% PER ANNUM AND THE DELINQUENT FEE IS $5.00 UNTIL MARCH 15TH, AT WHICH TIME IT INCREASES TO $25.00 INTEREST AND FEES WERE CALCULATED THROUGH MARCH, 2010 AS FOLLOWS:

| | |
|---|---:|
| BASE | $ 1,600.62 |
| INTEREST @ 3 MTHS | 48.02 |
| DELINQUENT FEES | 5.00 |
| TOTAL | $ 1,653.64 |

# TUSCALOOSA COUNTY TAX RETURN LIST REAL OR PERSONAL PROPERTY FOR 2009

3/23/2010

| UNIFORM PARCEL NUMBER AND DESCRIPTION | NAME AND ADDRESS | | |
|---|---|---|---|
| 30-08-33-2-009-029.000 | AMERICAN HOME MORTGAGE SERVICING INC | 3330 AZALEA LN | |
| LOT 214 IN WOODLAND HILLS SUBD SECTOR 10 | 4600 REGENT BLVD STE 200 | SECTION 33 TWP 21S RANGE 09W | |
| | IRVING  TX  75063-2443 | D.B., 2007-02002   D.D. 01/18/2007 | |
| | | ASSESSED BY DEED  2008 | |

**USED FOR TAX PURPOSES ONLY. NOT TO BE USED FOR CONVEYANCE.**

**TAXPAYER'S COPY**

TO: Doster L. McMullen, Tax Assessor of Tuscaloosa County, Alabama for the Year, 20___

☐ (1) I am 65 years of age or older
☐ (2) I am totally disabled
☐ (3) Did not file Income Tax Return
☐ (4) Combined annual taxable income is $7,500 or less on Federal Income Tax Return
☐ (5) Combined annual adjusted gross income is less than $12,000 on State Income Tax Return
☐ (6) Income exceeds limits
☐ (7) Signature in file
☐ (8) Did not resign

I do solemnly swear (or affirm) that I am the head of the family, and/or that no other claim of exemption from state taxes for Homestead has been made or filed by me on behalf of any member of my immediate household, and that the items of this assessment marked in the Homestead claimed by me.

Subscribed and sworn to before me this the _____ day of _____, 20___.

Taxpayer _____  Doster L. McMullen, Tax Assessor  Per _____

WARNING: Any person who having taken (or subscribed to) the oath required by law to be administered to him by the tax assessor or his deputy, corruptly makes a false return of the property and other subjects of taxation, is guilty of perjury, and shall, on conviction be imprisoned in the penitentiary for not less than two nor more than five years. (Sec. 379, Title 14, Code 1940.)

**OFFICE USE ONLY:**

| APPRAISED VALUE | BLIND, DEAF, ETC. | CURRENT USE | INDUSTRIAL EXEMPTION | PUBLIC UTILITY (ASSESSED VALUE) | TOTAL |
|---|---|---|---|---|---|
| 155,400 | | | | | |
| | NUMBER OF ACRES | ASSESSED VALUE | PENALTY | TOTAL ASSESSED VALUE | LND 2   12,500 |
| | 0.00 | 31,080 | 0.00 | 31,080 | IMP 2   142,900 |
| | | | | | **** MARKET **** |
| | | | | | 1  SINGLE FAMILY |

| CLASS | SCHOOL DIST. | MUN | EXEMPT | CORP. | STATE EXEMPT VALUE | STATE EXEMPT TAX | NET STATE TAX | TOTAL COUNTY TAX | COUNTY EXEMPT VALUE | COUNTY EXEMPT TAX | NET COUNTY TAX | | 155,400 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 3 | 4 | | | | | | | | | | | |
| TOTAL STATE TAX | | | | | | | | | | | | | |
| 202.02 | | | 0 | | 0.00 | 0.00 | 202.02 | 497.28 | 0 | 0.00 | 497.28 | | |
| TOTAL SCHOOL DISTRICT TAX | | | SCHOOL DISTRICT EXEMPT VALUE | | SCHOOL DISTRICT EXEMPT TAX | | NET SCHOOL DISTRICT TAX | TOTAL MUNICIPAL TAX | MUNICIPAL EXEMPT VALUE | MUNICIPAL EXEMPT TAX | NET MUNICIPAL TAX | | |
| 481.74 | | | 0 | | 0.00 | | 481.74 | 419.58 | 0 | 0.00 | 419.58 | | |
| RECEIPT NO: | | | | | (0) | | FIRE FEE | TIMBER FEE | | FEE | TOTAL TAX | | |
| | | | | | | | 0.00 | 0.00 | | 0.00 | 1,600.62 | | |