UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et. al.,<br><br>        Debtors,<br><br>Paula Rush<br><br>Movants | ) Chapter 11<br>)<br>)<br>) Case No. 07-11047 (CSS)<br>) Jointly Administered<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER DENYING

## MOTION FOR SETTLEMENT ON CURE CLAIMS OF DEUTSCHE BANK

Upon consideration of the MOTION **FOR SETTLEMENT ON CURE CLAIMS OF DEUTSCHE BANK** (the "Motion") proposed by Debtors American Home, and adequate notice was sufficient and proper; and sufficient cause appearing therefore; it is hereby:

ORDERED that the Motion is DENIED; and it is further;

ORDERED that Paula Rush may obtain discovery related to equitable subordination of her claims to Deutsche Bank claims.

Dated:_____

                                              The Honorable Christopher S. Sontchi
                                              United States Bankruptcy Judge

11