**AHMSI**
American Home Mortgage
Servicing,
at a higher power

P.O. Box 631730
Irving, TX 75063-1730

March 12, 2009

Paula Lynn Rush
2651 Peery Dr
Churchville, MD 21028-

*Citibank*

## NOTICE OF INTENT TO FORECLOSE

Pursuant to Real Property Article, 7-105.1, Annotated Code of Maryland

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU ARE CURRENTLY IN DEFAULT ON YOUR MORTGAGE LOAN. IF YOU DO NOT PAY WHAT IS OWED AND CURE THIS DEFAULT, WE MAY SELL YOUR PROPERTY AT A FORECLOSURE SALE. PLEASE READ THIS NOTICE CAREFULLY.**

| | |
|---|---|
| Date of Notice: | 03-12-09 |
| Name of Borrower(s): | Paula Lynn Rush |
| Property Address: | 2651 Peery Dr<br>Churchville MD 21028 |
| Mailing Address: | 2651 Peery Dr |
| Mortgage Loan Number: | 0031056674 |
| Lien Position: | 1st |
| Date of Last Payment: | 8/16/06 |
| Period to Which Most Recent Mortgage Loan Pmt Was Applied: | 8/1/2006 |
| Total Amt Reqd to Cure Default: | $ 79,137.43 |
| Date of Default: | 09-02-06 |
| → Name of Secured Party: | CITIBANK, N.A. ← |
| Telephone Number of Secured Party: | 866-621-9650 |
| Name of Loan Servicer: | American Home Mortgage Servicing, Incc. |
| Telephone Number of Servicer: | (877) 304-3100 |

Your mortgage loan payment is currently past due 923 days and is in default.

Please contact Lindsey Lucas at (800)505-3706 extension 42522 immediately upon your receipt of this Notice.

2

# BIERMAN, GEESING & WARD, LLC
## ATTORNEYS AND COUNSELORS AT LAW

4520 EAST-WEST HIGHWAY
SUITE 200
BETHESDA, MARYLAND 20814

HOWARD N. BIERMAN (MD, VA, DC, MA)
JACOB GEESING (MD, DC)
CARRIE M. WARD (MD, DC)
STEPHEN B. WOOD (VA)

(301) 961-6555
FAX (301) 961-6545

MATTHEW COHEN (MD, DC, VA)
STEPHANIE MONTGOMERY (MD, DC, NC)
KEVIN FEIG (MD, DC, NY)
RACHAEL ABRAMSON (MD, DC)
KYLE BLACKSTONE (MD)
ALLISON MELTON (VA)
ROHIT MATHEW (VA)
JOSEPH M. LeNOIR (VA)

April 15, 2009

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

Paula Lynn Rush
2651 Peery Drive
Churchville, MD 21028

Re:   American Home Mortgage Servicing Loan # 0031056674
      2651 Peery Drive, Churchville, MD 21028

Ms. Rush:

This firm represents American Home Mortgage Loan Servicing, Inc. ("AHMSI") in connection with the above referenced mortgage loan. This is in response to your correspondence dated April 7, 2009. We have confirmed that you have a currently pending federal suit against AHMSI regarding this mortgage loan. As a result, we have place our file on hold pending the outcome of that case.

Sincerely,

BIERMAN, GEESING & WARD, LLC

Jacob Geesing

**BIERMAN, GEESING & WARD, LLC**

ATTORNEYS AND COUNSELORS AT LAW
———o———
4520 EAST WEST HIGHWAY, SUITE 200
BETHESDA, MD 20814
http://www.bgw-llc.com
(301) 961-6555
FAX: (301) 961-6545

HOWARD N. BIERMAN (MD,DC,VA,MA)
JACOB GEESING (MD, DC)
CARRIE M. WARD (MD,DC)
STEPHEN B. WOOD (VA)

KEVIN FEIG (MD,DC,NY)
STEPHANIE MONTGOMERY (MD,DC,NC)
MATTHEW D. COHEN (MD,DC,VA)
KYLE BLACKSTONE (MD)
ALLISON MELTON (VA)
ROHIT MATHEW (DC,VA)
JOSEPH M. LENOIR (VA)
BRAD DAIL (VA)
RACHAEL ABRAMSON (MD,DC)
STEPHEN RELYEA (VA)
JESSICA BERTOVICH (VA)
ROBERT MICHAEL (VA,WV)
RALPH J. DIPIETRO (DC,MD,NY,PA)
REESE L. LESKO (MD)

December 21, 2009

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**
**VIA FIRST CLASS MAIL AND CERTIFIED MAIL**

Paula Lynn Rush
2651 Peery Drive
Churchville, MD 21028

RE: NOTICE OF FORECLOSURE SALE
Property Address: 2651 Peery Drive, Churchville, MD 21028
Grantor(s) of Deed of Trust: Paula Lynn Rush

Dear Paula Rush:

Please be advised that the appointed Substitute Trustees will sell at public auction the above referenced property on January 08, 2010 at 10:12 am. The sale will be conducted at the Circuit Court for Harford County, at the Court House Door, 20 W. Courtland Street, Bel Air, Maryland.

Enclosed please find a copy of the published advertisement which contains the terms of the foreclosure sale. This notice of sale is being sent to you by regular and certified mail.

NOTE: The foreclosure sale may result in a surplus amount owed to you. Please provide a post-sale address to the law firm address above. Without providing an alternative address, you risk reducing your surplus by additional fees and costs incurred through efforts to locate you and/or deposit the surplus with the Court.

Should you have any questions or require any further information, please do not hesitate to contact this office.

Sincerely,


Bierman, Geesing & Ward, LLC
Attorneys for Substitute Trustees

Enclosure



2

**BIERMAN, GEESING & WARD, LLC**

ATTORNEYS AND COUNSELORS AT LAW

———————o———————

4520 EAST WEST HIGHWAY, SUITE 200

BETHESDA, MD 20814

http://www.bgw-llc.com

(301) 961-6555
FAX: (301) 961-6545

HOWARD N. BIERMAN (MD,DC,VA,MA)
JACOB GEESING (MD, DC)
CARRIE M. WARD (MD,DC)
STEPHEN B. WOOD (VA)

KEVIN FEIG (MD,DC,NY)
STEPHANIE MONTGOMERY (MD,DC,NC)
MATTHEW D. COHEN (MD,DC,VA)
KYLE BLACKSTONE (MD)
ALLISON MELTON (VA)
ROHIT MATHEW (DC,VA)
JOSEPH M. LENOIR (VA)
BRAD DAIL (VA)
RACHAEL ABRAMSON (MD,DC)
STEPHEN RELYEA (VA)
JESSICA BERTOVICH (VA)
ROBERT MICHAEL (VA,WV)
RALPH J. DIPIETRO (DC,MD,NY,PA)
REESE L. LESKO (MD)

December 21, 2009

All Occupants
2651 Peery Drive
Churchville, MD 21028

Re: 2651 Peery Drive, Churchville, MD 21028

## NOTICE OF IMPENDING FORECLOSURE SALE

A foreclosure action has been filed against the property located at 2651 Peery Drive, Churchville, MD 21028 in the Circuit Court for Harford County. This notice is being sent to you as a person who lives in this property.

A foreclosure sale of the property is scheduled to occur as follows:

Date:       January 08, 2010
Time:       10:12 am
Place:      at the Circuit Court for Harford County, at the Court House Door, 20 W. Courtland Street, Bel Air, Maryland

After this sale, YOU COULD BE EVICTED, even if you are a tenant and even if you have paid the rent due and complied with your lease.

Below you will find the name, address, and telephone number of the person authorized to sell the property. You may contact this person to find out more about the sale. For further information, you may review the file in the office of the Clerk of the Circuit Court. You may want to consult an attorney to determine your rights. You also may contact the Maryland Department of Housing and Community Development, at 1-877-775-0357, or consult the Department's website, http://www.mdhope.org, for assistance.

Person Authorized to Sell the Property:

Jacob Geesing, Carrie M. Ward and Howard N. Bierman, Substitute Trustees
4520 East West Hwy, Ste 200
Bethesda, MD 20814
301-961-6555

<u>December 21, 2009</u>
Date of Notice



**COHN, GOLDBERG & DEUTSCH, LLC**
ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MARYLAND 21204

EDWARD S. COHN *
STEPHEN N. GOLDBERG *
RONALD S. DEUTSCH *
RICHARD E. SOLOMON *

RICHARD J. ROGERS *

*ALSO ADMITTED IN D.C.

JEROME F. COHN
(1935 – 1982)

TEL: 410-296-2550
FAX: 410-296-2558

April 26, 2007

Paula Lynn Rush
2651 Peery Drive
Churchville, MD 21028

RE: 2651 Peery Drive
Churchville, MD 21028
Loan #1001222336
Our File #414505

Dear Paula Lynn Rush:

On April 3, 2006 you executed a Deed of Trust and Note secured by the above referenced property, and borrowed money in connection with a loan made by American Brokers Conduit. The current holder of the Note is Mortgage Electronic Registration Systems, Inc., as Nominee for American Home Mortgage Corporation. The loan has been referred to this office for legal action based upon a default under the terms of the loan agreement.

The amount owed pursuant to the terms of the Deed of Trust and Note through the date of this letter is $636,714.95. Be advised, however, that interest continues to accrue on the principal balance of the loan at a rate of $129.72 per day. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day paid may be greater than the above-referenced "amount owed." Hence, if the above "amount owed," is paid, an adjustment may be necessary after we receive the funds, in which event we will inform the person making payment before depositing the check for collection.

**If within thirty (30) days from receipt of this letter you fail to dispute all or part of the debt, the amount recited herein will be assumed as valid. If you notify this office in writing within the thirty (30) day period that the debt or any portion thereof is disputed, this office will obtain verification of the debt and a copy of such verification will be mailed to you. Upon your written request within the thirty (30) day period, this office will provide the name and address of the original creditor if different from the current creditor.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have obtained an order of discharge from the United States Bankruptcy Court, which includes this debt, and have not reaffirmed your liability for the debt, or if you have not signed a Note in connection with this loan, this firm is not attempting to obtain a judgment against you, nor are we alleging that you have any personal liability for this debt. We may, however, take action against the property pledged as collateral for the debt, which may include repossession and/or foreclosure of the property.

For further information, write or call Darlene Buzzard of this office.

Very truly yours,

Cohn, Goldberg & Deutsch, LLC

Via Regular Mail

Edward S. Cohn

2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br>Paula Lynn Rush<br><br>DEBTOR(S)<br><br>American Home Mortgage Servicing, Inc.<br><br>MOVANT<br>VS.<br><br>Paula Lynn Rush<br>  RESPONDENT(S) | CASE NO. 07-10250-RAG<br>CHAPTER 13 |

### OBJECTION TO CHAPTER 13 PLAN

Creditor by its undersigned counsel, objects to the Chapter 13 Plan as filed as Debtor and for reasons states:

American Home Mortgage Servicing has a secured claim in the above matter and has filed a proof of claim for its pre-petition arrears in the amount of $13,385.69. The Debtor's chapter 13 plan does not acknowledge American Home Mortgage Servicing and therefore is not feasible.

WHEREFORE, Movant requests that confirmation of the Debtor's Chapter 13 Plan be denied.

/s/Richard Rogers
RICHARD ROGERS, ESQUIRE
COHN, GOLDBERG & DEUTSCH, LLC
600 BALTIMORE AVENUE, STE 208
TOWSON, MARYLAND 21204
410-296-2550

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of January, 2007, a copy of the above Objection to Chapter 13 Plan has been mailed first class mail, in this proceeding to:

Paul Lynn Rush
2651 Peery Drive
Churchville, MD 21028

Ellen W. Cosby, Trustee
P.O. Box 20016
Baltimore, MD 21284-0016

and respondent(s)' counsel:
Pro Se

/s/Richard Rogers
RICHARD ROGERS, ESQUIRE
ATTORNEY FOR MOVANT

2

> to agree to do so, of "netting" amounts currently due to and from such parties

Cash Management Order, page. 6

The Cash Management Order further provides, in relevant part, that:

> The reasonable costs of such trustee monitoring efforts shall be considered a reasonable expense of administration of the securitization trust reimbursable under the indemnification provisions of the Securitization Documents in accordance with the Securitization Documents or, alternatively, such expenses shall be afforded administrative expense priority under section 503(b)(1)(A) and 507(a)(2) to the extent provided in the relevant Securitization Documents

Cash Management Order, pages 7-8.

DBNTC reserves the right to assert claims for indemnification and its monitoring efforts as administrative priority expense claims.

4.  *Reservation of Certain Rights.*  The Purchaser has represented in their cure notices that no defaults exist under the terms of the Servicing Agreements. As such, DBNTC reserves its rights to further amend this claim in the event it becomes aware of the following types of breaches:

> a.  Litigation. The servicer's indemnification obligations include an indemnity for any losses suffered as a result of any litigation brought against a trust or the Indenture Trustee or Trust Administrator as a result of, *inter alia*, any unfair debt collection practices employed by AHM as servicer. DBNTC is aware of certain holders of mortgage loans who have initiated or threatened action against the Debtors, the Purchaser and others as a result of their mortgage loans, including but not limited to Mona Dobben, Paula Rush and Laura Beall. Other holders of mortgage loans may file or threaten claims in the future. To the extent that any such action seeks to hold DBNTC or any trust liable (or seeking to set off against any note held by a trust), DBNTC reserves the right to amend its claim to assert any such damages incurred. DBNTC notes that the servicer regularly institutes foreclosure proceedings which theoretically may give rise to counterclaims (whether or not meritorious) against the servicer and/or the trusts, trustees or master servicer. As such DBNTC cannot be certain that there are no other litigation matters which might give rise to an indemnity claim and reserves its right to file such a claim in the event any are asserted.