UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et. al.,<br><br>            Debtors,<br><br><br>Dr. David and Elisabeth Judith Jackson<br><br>Movants | ) Chapter 11<br>)<br>)<br>) Case No. 07-11047 (CSS)<br>) Jointly Administered<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER DENYING

### MOTION FOR SETTLEMENT ON CURE CLAIMS OF DEUTSCHE BANK

Upon consideration of the **MOTION FOR SETTLEMENT ON CURE CLAIMS OF DEUTSCHE BANK** (the "Motion") proposed by Debtors American Home, and adequate notice was sufficient and proper; and sufficient cause appearing therefore; it is hereby:

ORDERED that the Motion is DENIED; and it is further;

ORDERED that a evidentiary hearing is scheduled for _____, 2010 on the Jackson's Claims; and it is further;

ORDERED that discovery shall commence on _____ and be concluded on_____ and that the Debtors shall fully cooperate with such discovery.

Dated;_____                          _____
                                      The Honorable Christopher S. Sontchi
                                      United States Bankruptcy Judge

11