**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2010, a copy of the foregoing Motion was mailed first class postage paid to:

Counsel for Debtors:
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box. 391
Wilmington DE 19899-0391
Phone: 302-571-6600
Fax: 302-571-0453

Official Committee of Unsecured Creditors
Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Ave. 14th & 15th Floor
New York, NY 10022

Joseph M. McMahon Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497

_____ Date: 3/30/10
David E Jackson

_____ Date: 3/30/10
Elisabeth Judith Jackson

David E and Elisabeth Judith Jackson
12787 Lavender Keep Circle Fairfax VA., 22033
703-378-6750
EJJsInSIGHTs@aol.com

12