IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC[1].,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :   Ref. No. 8649
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Fifty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") has been received. The Court's docket which was last updated April 1, 2010, reflects that no responses to the Objection have been filed. Responses to the Objection were to be filed and served no later than March 30, 2010 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

It is hereby respectfully requested that the Order attached to the Objection be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       April 1, 2010

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ Michael S. Neiburg
                        Pauline K. Morgan (No. 3650)
                        Sean M. Beach (No. 4070)
                        Michael S. Neiburg (No. 5275)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253

                        Counsel for Debtors and Debtors in Possession