# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
           Debtors.                                                      :
                                                                         :   Ref. Docket No. ___
------------------------------------------------------------------------ x

### ORDER SUSTAINING DEBTORS' FIFTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the fifty-fourth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, and D attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

DB02:9441334.1                                                                                              066585.1001

2

notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

> ORDERED that the Objection is sustained as set forth herein; and it is further

> ORDERED that the Disputed Claims identified on the attached <u>Exhibits A</u>, <u>B</u>, <u>C</u>, and <u>D</u> are hereby disallowed and expunged in their entirety; and it is further

> ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

> ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      May __, 2010

                                                       _____
                                                     CHRISTOPHER S. SONTCHI
                                                     UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claims**

## Exhibit A

### Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BRAUN, MACKENZIE M<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 85262 | 5064 | 12/10/07 | 07-11051 | Unspecified* | 5065 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$863.52 (P)<br>- (U)<br>$863.52 (T) |
| CHRISTIAN, VALERIA C<br>143-25 84TH DR<br>BRIARWOOD, NY 11435 | 8877 | 1/11/08 | 07-11051 | Unspecified* | 8878 | 1/11/08 | 07-11051 | Unspecified* |
| MORA, ROSA M.<br>110 SW 91ST AVE APT 101<br>PLANTATION, FL 33324-2564 | 1411 | 10/3/07 | 07-11051 | Unspecified* | 4163 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$1,169.23 (P)<br>- (U)<br>$1,169.23 (T) |
| SCOTTO, ANTHONY<br>77 MARLOW DR<br>JACKSON, NJ 08527 | 10724 | 6/18/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,220.63 (U)<br>$1,220.63 (T) | 10727 | 6/19/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,220.63 (U)<br>$1,220.63 (T) |
| Totals: | 4 Claims | | | - (S)<br>- (A)<br>- (P)<br>$1,220.63 (U)<br>$1,220.63 (T) | | | | - (S)<br>- (A)<br>$2,032.75 (P)<br>$1,220.63 (U)<br>$3,253.38 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Duplicate Claim**

**Exhibit B**

**Duplicate Claim**

| Name/Address of Claimant | Objectionable Claim ||||| Surviving Claim ||||
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed || Claim Number | Date Filed | Case Number | Total Amount Claimed |
| EATON, RUSSELL ALAN<br>BOX 1131<br>GEORGETOWN, CA 95634 | 10763 | 3/1/10 | No Case | - (S)<br>- (A)<br>$96,678.17 (P)<br>$108,317.97 (U)<br>$108,317.97 (T) || 9252 | 1/11/08 | No Case | - (S)<br>- (A)<br>$96,678.17 (P)<br>$108,317.97 (U)<br>$108,317.97 (T) |
| **Totals:** | 1 Claim |||  - (S)<br>- (A)<br>$96,678.17 (P)<br>$108,317.97 (U)<br>$108,317.97 (T) |||||  |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Late Filed Claims**

# Exhibit C

## Late Filed Claims

**Objectionable Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| BEBENEK, ZDZISLAW<br>29 VAN DAM ST<br>BROOKLYN, NY 11222 | 10698 | 3/30/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,496.00 (U)<br>$2,496.00 (T) | 1/11/2008 |
| GRAVES, MICHELLE<br>1961 EWALD AVE<br>BALTIMORE, MD 21222 | 10728 | 7/20/09 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,514.76 (U)<br>$2,514.76 (T) | 1/11/2008 |
| LISLE, ELIZABETH B.<br>ETRADE SECURITIES CUSTODIAN<br>P.O. BOX 641<br>GAMBRILLS, MD 21054 | 10757 | 1/29/10 | No Case | - (S)<br>- (A)<br>- (P)<br>$6,382.10 (U)<br>$6,382.10 (T) | 1/11/2008 |
| MCLEOD, SEAN<br>15740 LANDING CREEK LN<br>ROANOKE, TX 762624476 | 9966 | 2/14/08 | 07-11051 | Unspecified* | 1/11/2008 |
| PINKAS, MARCELLA A.<br>4119 CARROLLWOOD VILL DR<br>TAMPA, FL 33618 | 10433 | 7/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$21,887.55 (U)<br>$21,887.55 (T) | 1/11/2008 |
| **Totals:** | 5 Claims | | | - (S)<br>- (A)<br>- (P)<br>$33,280.41 (U)<br>$33,280.41 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Insufficient Documentation Claims**

# Exhibit D

## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claim ||||  Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | |
| DESERT PALACE, INC., DBA CAESAR'S PALACE HOTEL & CASINO 3570 LAS VEGAS BLVD, S LAS VEGAS, NV 89109 | 7714 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Insufficient documentation provided to assess validity of claim and claimant has not yet responded to Debtors request for further documentation. |
| MAKI, KARLA R 3708 AMENDMENT COURT WILLIAMSBURG, VA 23188 | 3210 | 11/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$11,727.02 (U)<br>$11,727.02 (T) | Insufficient documentation provided to assess validity of claim and claimant has not yet responded to Debtors request for further documentation. |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>- (P)<br>$511,727.02 (U)<br>$511,727.02 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.