# EXHIBIT II

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                      :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                           :
                                                           :   Jointly Administered
          Debtors.                                         :
                                                           :   Ref. Docket No. _____
--------------------------------------------------------- x
```

### ORDER SUSTAINING DEBTORS' FIFTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Fifty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full or in part, reclassifying, reassigning, modifying, and/or affixing the value of each of the Disputed Claims[2] identified on Exhibits A, B, C, D, E, F, and G attached hereto; and it appearing that the Court has

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]      All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

notice of the Objection having been given under the circumstances; and sufficient cause

appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A, are

hereby (i) modified to the dollar values under the column titled "Modified Amount" in Exhibit A

and (ii) reclassified to the priority levels indicated in the column titled "Modified Amount" in

Exhibit A; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit B, are

hereby (i) modified to the dollar values under the column titled "Modified Amount" in Exhibit

B; (ii) reclassified to the priority levels indicated in the column titled "Modified Amount" in

Exhibit B; and (iii) reassigned to the new case numbers as indicated in Exhibit B; it is further

ORDERED that the Disputed Claims identified on the attached Exhibits C and D

are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit E is hereby

(i) reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit

E; and (ii) reassigned to the new case number as indicated in Exhibit E; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit F shall

have the values affixed to such claims as indicated on Exhibit F; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit G shall

have the value affixed to such claim as indicated on Exhibit G and shall be reassigned to the new

case number listed on Exhibit G; and it is further

2

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      May ___, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## Modified Amount Reclassified Claims

**Exhibit A**

**Modified Amount Reclassified Claims**

| | | | Objectionable Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
| HENDRICKS COUNTY TREASURER<br>355 S. WASHINGTON ST #125<br>DANVILLE, IN 46122 | 10732 | 8/18/09 | 07-11047 | - (S)<br>- (A)<br>$245.34 (P)<br>- (U)<br>$245.34 (T) | - (S)<br>- (A)<br>$69.64 (P)<br>$48.28 (U)<br>$117.92 (T) | - Claim relates to personal property taxes for the 2007/2008 and 2008/2009 tax years. Debtors have modified and reclassed to match the amounts owing for 2007/2008. Debtors vacated the property in August 2007 and therefore have no nexus for the 2008/2009 tax year. |
| MORGAN STANLEY CAPITAL SERVICES, INC.<br>C/O MORGAN STANLEY & CO. INC.<br>ATTN RICHE MCKNIGHT, ESQ.<br>1633 BROADWAY, 25TH FLOOR<br>NEW YORK, NY 10019 | 8157 | 1/10/08 | 07-11048 | $1,675,796.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,675,796.48 (T) | - (S)<br>- (A)<br>- (P)<br>$1,540,814.00 (U)<br>$1,540,814.00 (T) | - Claim relates to an ISDA agreement dated Nov. 14, 2003 entered into between Debtors AHM Investment Corp and the claimant. Per the Debtors' calculations, the amount owed to the claimant in connection with the ISDA Agreement is $1,540,814. As such, the amount allowed should be modified and reduced accordingly. In addition, no basis for secured status exists since: (i) the "swap collateral" is already in the possession and control of the claimant; (ii) the claimant does not have a lien on other collateral, if any, currently held by the estate; and (iii) there is no debt owed by claimant to debtor with which to exercise any setoff rights. Based on the foregoing, this claim should be modified and reduced as indicated and reclassified to a general unsecured claim. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| **Totals:** | | 2 Claims | | $1,675,796.48 (S) | - (S) | |
| | | | | - (A) | - (A) | |
| | | | | $245.34 (P) | $69.64 (P) | |
| | | | | - (U) | $1,540,862.28 (U) | |
| | | | | $1,676,041.82 (T) | $1,540,931.92 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Modified Amount Reclassified Wrong Debtor Claims**

## Exhibit B

### Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | | Objectionable Claim | | | |
| CARDOT, JEANINE A.<br>1137 OMAHA CT<br>NAPERVILLE, IL 60540 | 1569 | 10/15/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,673.50 (U)<br>$4,673.50 (T) | 07-11051 | - (S)<br>- (A)<br>$923.56 (P)<br>- (U)<br>$923.56 (T) | Claim relates to unused vacation time and bonus payment. Claimant was paid her bonus in the 8/7/2007 paycheck and we have no records of any further bonus payments owing. Claimant wrote the claim amount in the blank for unsecured nonpriority claims but checked off unsecured priority on proof of claim. Debtors' have modified and reclassed to match the amount owing for her unused vacation time. |
| EVERETT, DOROTHY<br>107 CEDARCREST PLACE<br>LOS GATOS, CA 95032 | 2113 | 11/13/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$20,062.50 (U)<br>$20,062.50 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$5,050.00 (U)<br>$16,000.00 (T) | Claim relates to minimimum compensation in the amount of $20,062.50. As per the employee's contract attached to her proof of claim she was to receive $10,000 a month for a total of six months. Debtor has reviewed her pay history and she was paid $44,000 of the minimum compensation. Claimant is owed $16,000 of the minimum compensation. Modified and reclassed to $10,950.00 priority and $5,050.00 unsecured. Corrected Debtor to match employer on her employee contract. |

## ——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| **Totals:** | | 2 Claims | | | | | |
| | | | | - (S) | | - (S) | |
| | | | | - (A) | | - (A) | |
| | | | | - (P) | | $11,873.56 (P) | |
| | | | | $24,736.00 (U) | | $5,050.00 (U) | |
| | | | | $24,736.00 (T) | | $16,923.56 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## No Documentation Claim

# Exhibit C

## No Documentation Claim

### ——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| POWELL, AMANDA<br>PO BOX 345<br>MCCLELLANVLE, SC 294580345 | 9482 | 1/14/08 | No Case | Unspecified* | No documentation provided. Debtors unable to assess basis or validity of claim. |
| **Totals:** | **1 Claim** | | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

## No Liability Claims

## Exhibit D

## No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BUEHRLE, JUDITH<br>406 S CHURCH ST<br>NUMBER 122<br>ST PETERS, MO 63376 | 5246 | 12/11/07 | 07-11051 | Unspecified* | Claim relates to a quarterly bonus payment. As per the employee contract, in order to receive payment the employee must be employed on the scheduled payment date. The last quarterly bonus was paid on 7/25/07, the employee was terminated on 8/3/07 and was not employed on the next scheduled payment date of 10/25/07. |
| HAYES, SUSAN L<br>15561 HAMMET CT<br>MORENO VALLEY, CA 92555 | 9633 | 1/15/08 | 07-11053 | Unspecified* | Claim is duplicative, scheduled amount on Proof of Claim relates to unused vacation time which has already been accepted and fixed per order [Docket No. 8414]. |
| KOHL, RICHARD P<br>32 AUDLEY CIR.<br>PLAINVIEW, NY 11803 | 10669 | 2/5/09 | 07-11051 | Unspecified* | Claim is duplicative. The scheduled amount on Proof of Claim relates to unused vacation time has already been accepted in claim 465 now that the Debtor has been corrected per Court order [Docket No. 7022]. |
| LAHENS, JUDITH E<br>7 CHELMSFORD DR<br>WHEATLEY HEIGHTS, NY 11798 | 2261 | 11/15/07 | 07-11053 | Unspecified* | Claim is duplicative of previously filed claim relating to unused vacation time that has already been accepted and fixed per order [Docket No. 4289]. |
| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N ROBINSON STE 2000<br>OKLAHOMA CITY, OK 73102-7471 | 1091 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | Debtors' books and records indicate that the applicable tax returns were filed and all amounts paid. |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 1932 | 11/1/07 | 07-11053 | - (S)<br>- (A)<br>$200.00 (P)<br>- (U)<br>$200.00 (T) | Debtors' books and records indicate that the applicable tax returns were filed and no amounts outstanding. |
| PLAGEMAN, SOONER E<br>3500 W. 53RD STREET<br>#103<br>SIOUX FALLS, SD 57106 | 10739 | 10/26/09 | 07-11051 | Unspecified* | Claim is duplicative, scheduled amount on Proof of Claim relates to unused vacation time has already been accepted and reduced per court order, Docket 7234. |

———— Objectionable Claim ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | **7 Claims** | | | | |
| | | | | – (S) | |
| | | | | – (A) | |
| | | | | $500.00 (P) | |
| | | | | – (U) | |
| | | | | $500.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

### Reclassified Wrong Debtor Claim

# Exhibit E

## Reclassified Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim | | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Case Number | Total Amount Claimed | | | | |
| SCOTTO, ANTHONY 77 MARLOW DRIVE JACKSON, NJ 08527 | 10727 | 6/19/09 | 07-11047 | - (S) - (A) - (P) $1,220.63 (U) $1,220.63 (T) | | 07-11051 | - (S) - (A) $1,220.63 (P) - (U) $1,220.63 (T) | (S)  Claim relates to five days - (A)  transition pay owing to the - (P)  employee.  Claim is entitled - (U)  to priority unsecured status - (T)  and should be reclassified accordingly. |
| **Totals:** | | **1 Claim** | | | | | | |
| (S) - Secured (A) - Administrative (P) - Priority (U) - Unsecured (T) - Total Claimed | | | | - (S) - (A) - (P) $1,220.63 (U) $1,220.63 (T) | | | - (S) - (A) $1,220.63 (P) - (U) $1,220.63 (T) | |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

## Undetermined Value Claims

## Exhibit F

### Undetermined Value Claims

| Name/Address of Claimant | Objectionable Claim | | | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | |
| ABLE, ANGELA M<br>P.O. BOX 674<br>HUGHESVILLE, MD 20637 | 7011 | 1/4/08 | 07-11051 | Unspecified* | - (S)<br>$1,862.40 (P) - (A)<br>- (U)<br>$1,862.40 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for two weeks unused vacation pay. As per company policy employees on a three week vacation schedule will receive a max payout of two weeks. |
| ALLEN, EDWARD<br>137 52 231ST STREET<br>LAURELTON, NY 11413 | 3930 | 11/30/07 | 07-11051 | Unspecified* | - (S)<br>$192.39 (P) - (A)<br>- (U)<br>$192.39 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for the remaining transition pay owed to the claimant. |
| BERTI, MICHAEL<br>64 PINE GROVE AVE<br>KINGSTON, NY 12401 | 4313 | 12/3/07 | 07-11051 | Unspecified* | - (S)<br>$3,846.16 (P) - (A)<br>- (U)<br>$3,846.16 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for the transition pay owed to the claimant as per their Separation Letter. |
| CHAMBERS-MURPHY, SHARRAN<br>12 JEFFERSON STREET<br>SOUTH FARMINGDALE, NY 11735 | 4559 | 12/5/07 | 07-11051 | Unspecified* | - (S)<br>$1,292.30 (P) - (A)<br>- (U)<br>$1,292.30 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for the remaining transition pay owed to the claimant. |
| CHRISTIAN, VALERIA C<br>143-26 84TH DR<br>BRIARWOOD, NY 11435 | 8878 | 1/11/08 | 07-11051 | Unspecified* | - (S)<br>$1,346.15 (P) - (A)<br>- (U)<br>$1,346.15 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for unused vacation pay. |
| LACOMBE, MICHAEL J<br>248 N MORGAN VALLEY DR<br>OSWEGO, IL 60543 | 8557 | 1/11/08 | 07-11051 | Unspecified* | - (S)<br>$1,500.00 (P) - (A)<br>- (U)<br>$1,500.00 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for unused vacation pay. |
| WHELAN, DOMINIC<br>5 JACKSON AVE<br>BRENTWOOD, NY 11717-3033 | 6552 | 12/31/07 | 07-11051 | Unspecified* | - (S)<br>$1,076.92 (P) - (A)<br>- (U)<br>$1,076.92 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for unused vacation pay. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | | 7 Claims | | Unspecified* | - (S) | |
| | | | | | - (A) | |
| | | | | | $11,116.32 (P) | |
| | | | | | - (U) | |
| | | | | | $11,116.32 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT G

**Undetermined Value Wrong Debtor Claim**

066585.1001

# Exhibit G

## Undetermined Value, Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | Case Number | Total Amount Claimed | | | |
| KAY, MARY K<br>309 SADDLE COURT<br>CHESAPEAKE, VA 23323 | 7015 | 1/4/08 | 07-11053 | Unspecified* | 07-11051 | - (S)<br>- (A)<br>$230.77 (P)<br>- (U)<br>$230.77 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for unused vacation pay. |
| **Totals:** | **1 Claim** | | | **Unspecified*** | | - (S)<br>- (A)<br>$230.77 (P)<br>- (U)<br>$230.77 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.