UNITED STATES BANKRUPTCY COURT
FOR THE DISRICT OF DELAWARE
-------------------------------x
In re                                               Chapter 11 Case No.
                                                    07-11047 (CSS)
AMERICAN HOME MORTGAGE
HOLDINGS INC., et al.,
                                                    Jointly Administered
                Debtors.
-------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Please take notice that claim # 9866 filed by the United States Securities and Exchange Commission ("SEC") on January 31, 2008, is hereby withdrawn by the SEC.

Dated: New York, New York
       April 1, 2010

                                    UNITED STATES SECURITIES AND
                                    EXCHANGE COMMISSION

                        By:         _____
                                    Patricia Schrage (PS 1753)
                                    New York Regional Office
                                    3 World Financial Center
                                    New York, New York 10281
                                    (212) 336-1100