## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                                                      :    Chapter 11
                                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                          :
                                                                            :    Jointly Administered
        Debtors.                                                            :
                                                                            :    **Ref. Docket Nos. 8514 & 8640**
------------------------------------------------------------------ x

## STIPULATED SCHEDULING ORDER

The above-captioned debtors and debtors in possession (the "Debtors") ORIX Capital

Markets, LLC ("ORIX" and together with the Debtors, the "Parties") hereby stipulate and agree

to the following fact and expert discovery schedule in connection with this contested matter (the

"Claims Objection") under Fed. R. Bankr. P. 9014:

1.      Written Fact Discovery:    All written fact discovery, which will be limited to

Requests for Production of Documents and Interrogatories, shall be served on or before April 24,

2010, provided, however, that Interrogatories shall be limited to ten (10) interrogatories

(including discreet subparts) and Requests for Production of Documents shall be limited to

fifteen (15) document requests.  Discovery requests may be served electronically by email on

counsel.

2.      All written responses to any Requests for Production of Documents and

Interrogatories shall be served on or before June 2, 2010.  All documents responsive to any

Requests for Production of Documents shall be served on or before June 14, 2010, provided,

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland
corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland
corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American
Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate
Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great
Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New
York 11747.

however, that neither Party shall be required to provide a privilege log.  Written discovery

responses may be served electronically by email on counsel.

      3.      The Parties will exchange witness lists for fact witnesses to be called in the

Party's case-in-chief on or before June 18, 2010.

      4.      <u>Fact Witness Depositions</u>:  The Parties will seek to schedule all depositions of any

fact witnesses, including any corporate designees pursuant to Fed. R. Civ. P. 30(b)(6), between

July 5, 2010 and July 23, 2010.

      5.      <u>Expert Discovery</u>:  Disclosure of experts and reports under Rules 26(a)(2) and

26(b)(4) of the Federal Rules of Civil Procedure, made applicable to these proceedings pursuant

to Rule 7026 of the Federal Rules of Bankruptcy Procedure, for experts to be called on the issue

of valuation of the securities and/or the deficiency/damage claim, shall be served on or before

August 2, 2010.  Disclosure of any rebuttal experts and responsive reports shall be served on or

before, August16, 2010.

      6.      The Parties will seek to schedule all depositions of any expert witnesses between

August 21, 2010 and September 6, 2010.

      7.      The Parties will seek to have the Court resolve any objection regarding discovery

at least two (2) business days prior to any deposition for which that objection is relevant.

      8.      A Joint Pretrial Order identifying all witnesses and exhibits shall be filed on or

before _____ ____, 2010.  Unless otherwise advised by the Court, the Parties should

assume that filing the proposed Joint Pretrial Order satisfies the pretrial disclosure requirement in

Fed. R. Civ. P. 26(a)(3).

      9.      A two-day evidentiary hearing regarding the Claims Objection is scheduled to

commence on _____, 2010 before the Honorable Christopher S. Sontchi.

      8.  The Court shall commence a status conference on October 15, 2010 at 10:00 AM.

2

                              

10.     Any deadline contained in this Scheduling Order (other than the date on which the evidentiary hearing is scheduled to be conducted and the Joint Pretrial Order due date) may be extended by the consent of the Parties or by the Court upon written motion and for good cause shown.

STIPULATED AND AGREED THIS 30th DAY OF MARCH 2010.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Michael S. Neiburg
Sean M. Beach (No. 4070)
Curtis J. Crowther (No. 3238)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtors and Debtors in Possession*

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Karen C. Bifferato
Karen C. Bifferato (No. 3279)
N. Christopher Griffiths (No. 5180)
The Nemours Building
1007 North Orange Street
Wilmington, Delaware
Tel: (302) 658-9141
Fax: (302) 658-5614

     - and –

WOLLMUTH MAHER & DEUTSCH LLP
James N. Lawlor
George Benaur
500 Fifth Avenue, 12th Floor
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050

*Counsel for ORIX Capital Markets, LLC*

3

SO ORDERED:

Date: Wilmington, Delaware
_____ 4/5 , 2010

_____
Christopher S. Sontchi
United States Bankruptcy Judge