United States Bankruptcy Court for the District of Delaware, CH.11, Case # 07-11047(CSS)

Haze Weed

1940 SE 2nd St.

Astoria, OR 97103

March 26, 2010

Re: Exhibit C Claim 9352-Response to Objection

Dear Sirs:

My claim for $862.00 as I have written for the court on several different occasions should be a priority claim. American Home wrote 3 checks to me totaling this amount. I have attached copies several times before of the checks. These 3 checks were returned to me unpaid as insufficient funds when I deposited them on August 6, 2007. It is a serious legal issue to write checks on an account without the funds available. I believe these checks to be fraudulent. This amount was wages to be paid to me. It created a hardship on my family. The $ 862.00 owed to me should be viewed by the court as a priority claim.

The court should not be asking for continual effort from me to protect my rights in this claim. This is a priority claim. I have spent over $ 89.00 just submitting this claim and in mailings to the court. Obviously, there is no justice. I had 12 days to respond to this, which is a very short unreasonable time. I work 7 days a week and do not have time to be continually harassed by the attorneys for American Home Mortgage.

Sincerely,

Haze Weed, claimant

*111012822*
08/10/2007
000003150236700

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-S
REFER TO MAKER

*18110001*
*9992*
*2*
*01264*

E32307038O3 042507385551 08/03/2007

THIS DOCUMENT HAS A MICRO PRINT BORDER ABSENCE INDICATES A COPY

JP Morgan Chase Bank, N.A.
Syracuse, NY 13202

50-937/213

Check # 0326042

American Home Mortgage Corp.
538 Broad Hollow Road
Melville, New York 11747

| Check Date | Check Amount |
| --- | --- |
| 7/26/2007 | *********$175.00 |

Void after 180 days

One Hundred Seventy-Five and 00/100

PAY TO THE ORDER OF HAZE H L WEED
1940 S E 2 ST
ASTORIA, OR 97103

RETURN TO: FED UTICA
FOR REASON INDICATED BELOW
REFER TO MAKER
RETURNED BY
JPMORGAN CHASE BANK, N.A.
50-937

DO NOT REDEPOSIT

RTM

AUG 07 2007

Authorized Signature

⑈0326042⑈ ⑆021309379⑆ 601876444⑈ ⑈0000017500⑈

⑈0326042⑈ ⑆021309379⑆ 601876444⑈ ⑈0000017500⑈

⑈0081207⑈ ⑆021309379⑆ 601888530⑈ ⑈0000060000⑈

*111012822*
08/10/2007
000003150236703

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-S
REFER TO MAKER

*18110001*
*9992*
*3*
*01265*

E32307038O3 042507385554 08/03/2007

JPMorgan Chase Bank, N.A.
Syracuse, NY 13206

50-937/213

Check # 0081207

HOMEGATE SETTLEMENT SERVICES
520 Broadhollow Road
MELVILLE, NY 11747

| Check Date | Check Amount |
| --- | --- |
| 7/25/2007 | *********$600.00 |

Void after 90 days

Six Hundred and 00/100 US DOLLARS

PAY TO THE ORDER OF HAZE H L WEED
1940 S E 2 ST
ASTORIA, OR 97103

RETURN TO. FED UTICA
FOR REASON INDICATED BELOW
REFER TO MAKER
RETURNED BY.
JPMORGAN CHASE BANK, N.A.
50-937

DO NOT REDEPOSIT

RTM

AUG 07 2007

Authorized Signature

⑈0081207⑈ ⑆021309379⑆ 601888530⑈ ⑈0000060000⑈

⑈0325398⑈ ⑆021309379⑆ 601876444⑈ ⑈0000007500⑈

*111012822*
08/10/2007
000003150236704

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-S
REFER TO MAKER

*18110001*
*9992*
*1*
*01263*

E32307038O3 042507385552 08/03/2007

THIS DOCUMENT HAS A MICRO PRINT BORDER ABSENCE INDICATES A COPY

JP Morgan Chase Bank, N.A.
Syracuse, NY 13202

50-937/213

Check # 0325398

American Home Mortgage Corp.
538 Broad Hollow Road
Melville, New York 11747

| Check Date | Check Amount |
| --- | --- |
| 7/25/2007 | *********$75.00 |

Void after 180 days

Seventy-Five and 00/100

PAY TO THE ORDER OF HAZE H L WEED
1940 S E 2 ST
ASTORIA, OR 97103

RETURN TO: FED UTICA
FOR REASON INDICATED BELOW
REFER TO MAKER
RETURNED BY
JPMORGAN CHASE BANK, N.A.
50-937

DO NOT REDEPOSIT

RTM

AUG 07 2007

Authorized Signature

⑈0325398⑈ ⑆021309379⑆ 601876444⑈ ⑈0000007500⑈



