



April 1, 2010

Bankruptcy Court
824 N. Market Street
3rd Floor
Wilmington   DE   19801

**CASE: #07-11047 (CSS)**
**RE: AMERICAN HOME MORTGAGE**

Please update your mailing address for creditor Atlantic Detroit Diesel Allison LLC to read:

Atlantic Detroit Diesel Allison LLC
**180 Rt. 17 South**
**P.O. Box 950**
**Lodi   NJ   07644**

**Attn: John C. Deane / Credit Manager**

Your records reflect the P.O. Box 2030, Pine Brook NJ address, our headquarters has moved to the above **Lodi NJ** address as of April 1, 2010.

Thank you,

Patricia Hrywniak
ADDA / Credit Dept.

---

**Reply To: Headquarters**

**Atlantic Detroit Diesel-Allison, LLC**
Headquarters and Service Technology Center
P.O. Box 2030, 19C Chapin Rd., Pine Brook, New Jersey 07058 Phone: (973) 575-0309 Fax: (973) 287-1086
Service Branches

| Lodi, NJ | Lodi Bus Center | Piscataway, NJ | Middletown, CT | Ronkonkoma, NY | Albany, NY | Burlington, VT |
|---|---|---|---|---|---|---|
| (201) 489-5800 | (201) 291-8415 | (732) 752-7100 | (860) 632-0218 | (631) 981-5800 | (518) 452-0000 | (802) 865-4672 |

www.atlanticdda.com