Joseph &Victoria Quinn
4032 Highway 516
Matawan NJ 07747-7064
732-566-8599
JoeQuinn@PraiseYAHWEH.com
3/30/2010

The Honorable Christopher S. Sontchi
United States Bankruptcy Court for the District of Delaware
824 Market Street 5th Floor Courtroom: 6
Wilmington, Delaware 19801

Dear Judge Sontchi,

Before the last judgment is entered on American Home Mortgage Holdings Inc., please let us know if you are aware of the following?

> "19. When these big mortgage companies file for bankruptcy, they did not disclose the mortgages already sold to the trusts as assets, because the transfers occurred months and years prior to the bankruptcy filing. Years later when the Assignments were required for foreclosures a bankruptcy court's permission was needed to assign billions of dollars in mortgages. Most likely in fear that a Bankruptcy Judge would not rubber stamp such a request, no such permission was sought.
> 20. In lieu of valid Assignments, Trusts continue to rely on Assignments specially made by their own law firms and mortgage default servicing companies...."[1]

This, Judge Sontchi is precisely where; my husband and I are at presently. Due to the unprecedented foreclosure rate, millions of families and individuals are in the same unenviable position. We reside in Old Bridge NJ and refinanced our mortgage in April of 2006 with American Brokers Conduit, now we know is under the umbrella of American Home Mortgage Holdings Inc. We have found that the assignment of our mortgage from American Brokers Conduit via Mortgage Electronic Registration Systems Inc., (MERS) to "Deutsche Bank National Trust Company, not in its individual capacity but solely as trustee on behalf of GSR Mortgage Loan Trust 2006-OA1." Our assignment, signed by Linda Green as Vice President of MERS is a lie. [2]

> Our Mortgage closing date was April 5, 2006.
> Our Assignment by Linda Green as 'Vice President' for Mortgage Electronic Registration Systems Inc. solely as Nominee for American Brokers Conduit on 7-09-2009

---

[1] 27348580-Class-Action-Against-Deutsche-Bank-National-Trust-Company-U-S-Bank-National-Association-Lender-Processing-Services-Inc-and-DOCX-LLC
Case 9:10-cv-80259-WJZ   Document 1   Entered on FLSD Docket 02/17/2010
[2] The complete listing of MERS officers and Board of Directors is attached at **TABLES I & II**

Recording Date: 04/13/2006   Book: 11479   Page: 510
Misc. Comments: ASSIGNMENT EFFECTIVE DATE 7/7/2009
SEE ATTACHED LEGAL DESCRIPTION
and recorded in the official records of the County of Middlesex, State of New Jersey affecting Real Property and more particularly described on said Mortgage referred to herein.
   IN WITNESS WHEREOF, the undersigned has caused these presents to be executed on this date of 07/09/2009.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AMERICAN BROKERS CONDUIT

_____
Linda Green
Vice President

Ms. Linda Green has a lucrative career as Vice President, Asst VP & occasionally as witness to mortgage institutions within American Home and others such as Saxon Mortgage, Bank of America, Option One, Wells Fargo, and others. As exemplified herein, signing as officer for two institutions on the same day 7-13-09, for (A) Option One Mortgage Company, and for, (B) Mortgage Electronic Registration Systems Inc. solely as Nominee for American Home Mortgage.

**(A)**

Original Mortgagee: Mid Atlantic Mtg Specialists LLC, a New Jersey Limited Liability
Date of Mortgage: 12/18/2006              Loan Amount: $317,600.00
Recording Date: 01/02/2007   Book: 12074   Page: 0816 Document #: MG 2007 000141
Misc. Comments: ASSIGNMENT EFFECTIVE DATE 12/1/2008
SEE ATTACHED LEGAL DESCRIPTION
and recorded in the official records of the County of Middlesex, State of New Jersey affecting Real Property and more particularly described on said Mortgage referred to herein.
   IN WITNESS WHEREOF, the undersigned has caused these presents to be executed on this date of 07/13/2009.

Option One Mortgage Corporation

_____
Linda Green
Vice President

**7-13-09 Linda Green, 'Vice President' of Option One Mortgage Corporation. Original Mortgage dated 12/18/06**

**(B)**

Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as nominee for AHM Mortgage
Date of Mortgage: 03/27/2006                      847   Loan Amount: $230,720.00
Recording Date: 04/27/2006   Book: 11509   Page: 8489 #   2006  031538
Misc. Comments: ASSIGNMENT EFFECTIVE DATE 7/8/2009                      UA
SEE ATTACHED LEGAL DESCRIPTION
and recorded in the official records of the County of Middlesex, State of New Jersey affecting Real Property and more particularly described on said Mortgage referred to herein.
IN WITNESS WHEREOF, the undersigned has caused these presents to be executed on this date of 07/13/2009.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., acting solely as nominee for AMERICAN HOME MORTGAGE

_/s/ Linda Green_
Linda Green
Vice President

**7-13-09 Linda Green 'Vice President' for Mortgage Electronic Registration Systems Inc. solely as Nominee for American Home Mortgage. Original Mortgage dated 3/27/06**

Now after researching so much on the paper trail of our mortgage, we're curious to know just, why Deutsche Bank National Trust Company, (DBNTC), would need an assignment for our mortgage when by the admission of their own servicer, American Home Mortgage Servicing Inc., declared three times, "Deutsche Bank National Trust Company" as the owner of the mortgage?[3]

American Home Mortgage Servicing Inc., complies with the letter of the 'law' when it fits their agenda. When our RESPA questions were sent to them the majority were totally overlooked, TILA then had no relevance.

Another most curious thing about the 'assignment', (which is the greatest linchpin to all foreclosures) is the obscurity of the fact that MERS, which I feel, serves as a giant paperweight, makes it unnecessary for proper documentation, during these infamous Mortgage Backed Securities, and Credit Default Swaps transactions. MERS, by their own company policy admits to having no beneficial interest in the said mortgages, except as nominee.

> "On September 25, 2009, R.K. Arnold, the President and CEO of MERSCORP, Inc. — the parent corporation of Mortgage Electronic Registration Systems, Inc. was deposed in Alabama. Arnold is also an Officer of MERS. **Arnold admitted MERS does not have a beneficial interest in any mortgage; does not loan money; does not suffer a default if monies are not paid; etc. etc. On November 11, 2009, William C. Hultman was deposed in Alabama and made the same admissions. And, of course, the internal agreement used by MERS expressly disavows any beneficial interest."** [4]

---

[3] Copy of letter on last page.

[4] By Mark Mausert, Nevada mark@markmausertlaw.com 2010/03/07 at 8:24pm
http://livinglies.wordpress.com/2010/03/11/mers-admits-no-interest-in-mortgage-and-no-loss-on-default/
Bill Hultman,. *Senior Vice President & Corporate Division* Manager He is responsible for law, finance and human resources. He holds the additional corporate titles of Secretary and Treasurer, see **TABLE I**

Therefore various important questions are raised by their 'in name only' status! From all that we have tried to read on securitizations of mortgages, there are terms called <u>warehousing mortgages</u> and <u>selling forward</u>. Apparently, totally unknown to us, our mortgage was warehoused, sold either before we signed or shortly thereafter to, in our case Goldman Sachs' GSR Mortgage Loan Trust 2006-OA1, option arm series, which closed in August of 2006. How then could American Brokers Conduit maintain their interest in a mortgage, even nominally, which they apparently sold in 2006? Yet the MERS assignment to Deutsche Bank National Trust Company on July 9, 2009 is in direct contradiction to the statement used by American Home Mortgage Servicing Inc. American Home Mortgage Servicing Inc., maintained by their own admission, that they were receiving our payments on behalf of "Deutsche Bank National Trust Company." Where and to who was it really being paid to?

   You can see from our mortgage assignment alone, not withstanding the millions of assignments, when homeowner/borrowers like us, are totally unaware that their mortgage underwent such a transformation as tranching. Tranching is the means by which the mortgages are sliced and diced and placed, with thousands of other mortgages in a mortgage pool. Each pool has its own Pooling and Servicing Agreement. Our mortgage is in a pool of 6,884, which information was denied us, through the servicer American Home Mortgage Servicing Inc. in spite of our RESPA request.
   In addition to the now obvious frauds, our questions to you, Your Honor, are, how can any assignment be made, even if it was not fraudulent without the bankruptcy judge being properly consulted, and all pertinent parties concerned? Secondly, does not all this fancy, illegal footwork open the door to more fraudulent activities and undercover financial transactions? The following are a sampling of some literally **'BOGUS ASSIGNEE'** assignments for real properties recorded on behalf of subsidiaries under American Home Mortgage Holdings Inc.

| Document Prepared By: |
| --- |
| Ron Meharg, 888-362-9638 |
| When Recorded Return To: |
| DOCX |
| 1111 Alderman Dr. |
| Suite 350 |
| Alpharetta, GA 30005 |
| AHMA | 647 | ▆▆▆▆ |

**The above heading is on all documents. We have found a History of "BOGUS" Assignments Recorded and Prepared by Ronald E. Meharg at DOCX 1111 Alderman Dr. Suite 350 Alpharetta GA 30005 1-888-362-9638. All of the ones we cited here are from there; see items C, D, E.**

   The following Mrs. Latrina (Green), we have spoken with, and she informed us they worked out a modification program. We did not inform them that their assignment was "**BOGUS ASSIGNEE**" and still in that state in their Michigan Registrars' office as of 2010, item (C).

**(C)**

acknowledged, American Home Mortgage Servicing, Inc., whose address is 6501 Irvine Center Drive, Irvine, CA 92618, does by these presents hereby grant, bargain, sell, assign, transfer, convey, set over and deliver unto **BOGUS ASSIGNEE FOR INTERVENING ASMTS**, whose address is XXXXXXXXXXXXXXXXXXX, the following described mortgage, securing the payment of a certain promissory note(s) for the sum listed below, together with all rights therein and thereto, all liens created or secured thereby, all obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such mortgage.

Original Mortgagor(s): LATRINA GREEN, A SINGLE WOMAN
Original Mortgagee: OPTION ONE MORTGAGE CORPORATION, A CALIFORNIA CORPORATION
Date of Mortgage: 04/07/2005                Loan Amount: $76,000.00
Recording Date: 04/25/2005   Book: 42559   Page: 992   Document #: 2005213177
Legal Description: LOT 555, INCLUDING THE ADJOINING ONE-HALF OF THE VACATED PUBLIC ALLEY AT THE REAR THEREOF, SEVEN MILE-CADIEUX SUBDIVISION NO. 4, ACCORDING TO THE PLAT THEREOF AS RECORDED IN LIBER 58, PAGE(S) 99 OF PLATS, WAYNE

and recorded in the official records of the County of Wayne, State of Michigan affecting Real Property and more particularly described on said Mortgage referred to herein.

IN WITNESS WHEREOF, the undersigned has caused these presents to be executed on this date of 09/11/2008.

American Home Mortgage Servicing, Inc.,

Witness: Korell Harp

Linda Green
Vice President

Witness: Christina Huang

Jessica Ohde
Asst. Vice President

================================================

Bernard J. Youngblood
Wayne County Register of Deeds
September 17, 2008  10:25 AM
Liber 47472 Page 269-270
#2008342456   REC FEE   $10.00

9/11/08 Linda Green 'Vice President', American Home Mortgage Servicing Inc., "BOGUS Assignee." Original Mortgage 4/07/05

**(D)**

acknowledged, American Home Mortgage Acceptance, Inc., whose address is
_6501 Irvine Center Dr, Irvine, CA 92618_, does by these presents hereby grant, bargain, sell, assign, transfer, convey, set over and deliver unto **BOGUS ASSIGNEE FOR INTERVENING ASMTS**, whose address is XXXXXXXXXXXXXXXXX, the following described mortgage, securing the payment of a certain promissory note(s) for the sum listed below, together with all rights therein and thereto, all liens created or secured thereby, all obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such mortgage.

Original Mortgagor(s): JEANENNE FOSTER, A SINGLE WOMAN
Original Mortgagee: AMERICAN HOME MORTGAGE ACCEPTANCE INC.
Date of Mortgage: 06/10/2005                Loan Amount: $92,000.00
Recording Date: 12/23/2005  Book: 44058  Page: 2345
Legal Description: THE LAND REFERRED TO IN THIS GUARANTEE AND COMMITMENT IS DESCRIBED AS FOLLOWS:
LOCATED IN THE CITY OF DETROIT, COUNTY OF WAYNE, STATE OF MICHIGAN IS DESCRIBED AS FOLLOWS:
LOT 216, DALBY-CAMPBELL OUTER BOULEVARD SUBDIVISION, AS RECORDED IN LIBER 46, PAGE 27 OF PLATS.

and recorded in the official records of the County of Wayne, State of Michigan affecting Real Property and more particularly described on said Mortgage referred to herein.

IN WITNESS WHEREOF, the undersigned has caused these presents to be executed on this date of 08/14/2008.

American Home Mortgage Acceptance, Inc.

_Witness: Korell Harp_                _Linda Green, Vice President_

_Witness: Helen Thomas_               _Jessica Ohde, Asst. Vice President_

=====================================================

Bernard J. Youngblood
Wayne County Register of Deeds
August 19, 2008  08:40 AM
Liber 47420 Page 452-453
#2008314123  RSG  FEE  $18.00

**8/14/08 Linda Green 'Vice President' American Home Mortgage Acceptance, Inc. "BOGUS Assignee." Original Mortgage dated 6/10/05**

**(E)**

acknowledged, American Home Mortgage Acceptance, Inc., whose address is 538 Broadhollow Road, Melville, NY 11747, does by these presents hereby grant, bargain, sell, assign, transfer, convey, set over and deliver unto **BOGUS ASSIGNEE FOR INTERVENING ASMTS**, whose address is XXXXXXXXXXXXXXXXXXXX, the following described mortgage, securing the payment of a certain promissory note(s) for the sum listed below, together with all rights therein and thereto, all liens created or secured thereby, all obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such mortgage.

Original Borrower(s): ANN PATTON
Original Mortgagee: **Mortgage Electronic Registration Systems, Inc. as a nominee for American Home Mortgage Acceptance, Inc.**
Date of Mortgage: 01/20/2005              Loan Amount: $150,430.00
Recording Date: 01/20/2005   Book: 1298   Page: 1969 Document #: 200503882
and recorded in the official records of the County of Nassau, State of Florida affecting Real Property and more particularly described on said Mortgage referred to herein.

IN WITNESS WHEREOF, the undersigned has caused these presents to be executed on this date of 10/31/2008.

American Home Mortgage Acceptance, Inc.

Witness: Korell Harp

Linda Green
Vice President

Witness: Christina Huang

Pat Kingston
Asst. Vice President

================================================================
INSTR # 200829363, Book 1592, Page 444   Doc Type ASG, Pages 1, Recorded 11/05/2008 at 03:10 PM, John A Crawford, Nassau County Clerk of Circuit Court, Rec. Fee $10.00
================================================================

**10/31/08 Linda Green "Vice President" American Home Mortgage Acceptance, Inc. "BOGUS Assignee." Original Mortgage dated 01/20/05**

---

We could go on listing more but in respect of time we will stop here. If you need anymore pieces of fraudulent assignments or have any questions let us know how we can help you.

In conclusion, my husband and I are no longer young, and we both have health concerns. In our endeavor to try and save our home, we had to dig deeply on our own. The scarlet letter, given to the distressed homeowner/borrower by the President and Secretary Geithner, of being "uncreditworthy and irresponsible" resonated throughout the nation. It became a national stigma and often an instant drawback from receiving help from those places, and people who were designated to do so. This stigma and the 'modification mania' was much more an aid to those who manipulated their crafty deeds so cleverly, that even the US Government came to their aid, twice! We, the homeowner/borrowers were left

like waifs, shivering in the cold. American Home Mortgage Holdings Inc. has, and is still playing a huge key role in this foreclosure crisis. They not only cheated their investors, but the homeowner/borrowers.[5] We became the literal collateral damage of it all. The preponderance of the foreclosures is directly related to the carefully calculated creation of timed default. From what we have seen of the various assignments we've gathered, these mortgages are like ticking time bombs, which will detonate at precise times. This time period can range from one to four years, but usually two to three years. Such precision is not just happenstance, but methodically enhanced for a purpose. It's not practical that a billionaire like Wilbur Ross, would pay huge sums to buy the rights to service mortgage loans, without owning the mortgages if there was no real profit behind it. Until last year, my husband and I, were under the impression that Mr. Ross's, American Home Mortgage Servicing Inc. owned our mortgage. It was from a chance reading online by my husband posted on Forbes.com that we learned the truth.

> "He says American Mortgage doesn't own any of the loans it services. "We think that being truly independent is important. You are acting as a fiduciary for all the tranches," he said. "That's a tricky enough thing to do without being an owner.'"[6]

Since we had to try and do research on our own, we now realize that Mr. Ross knew the real value of purchasing the American Home servicing rights as well as others. American Home, is listed on the service prospectus our mortgage is in, along with Deutsche Bank National Trust Company as trustee, Wells Fargo as master servicer, Countrywide Home Loans, Inc., IndyMac Bank F.S.B., SunTrust Mortgage, Inc., Goldman Sachs Mortgage Company, and GS Mortgage Securities Corp., to name a few. As a lay person this looks like collusion shrouded in secrecy, from the homeowner/borrower. Finally, we hope our questions and hopefully information has been a source of enlightenment. If it is in your legal capacity, to assist us in anyway to help bring this foreclosure crisis to an end with true justice, we offer our sincere appreciation. Thank You.


Sincerely,
Victoria & Joseph Quinn

*[signature]*

---

[5] The CEO, Michael Strauss, and former CFO Stephen Hozie went before the SEC last April due to lying to their investors and other SEC violations, http://www.sec.gov/news/press/2009/2009-92.htm

[6] In his interview posted last March, 2009 on Forbes.com, 'The Mortgage Morass Wilbur Ross, Mortgage King?' by Ms. Maurna Desmond, 03.25.09, 6:50 PM ET
http://www.forbes.com/2009/03/26/wilbur-ross-subprime-mortgages-bus..

# TABLE I

## MERSCORP INC., MERS OFFICERS from their website, http://www.mersinc.org/about/exec.aspx
## NO LINDA GREEN LISTED.

**MERS Executive Team**



- R.K. Arnold
*President & CEO*

R.K. Arnold serves as President & CEO of MERSCORP, Inc. and its subsidiary, Mortgage Electronic Registration Systems, Inc. He joined MERS at its inception in 1996, and served as Senior Vice President & General Counsel until his promotion to President in 1998. He is a member of the MERS Board of Directors. His team has built MERS into the central electronic registry for the mortgage finance industry.  - Full Bio --

Dan McLaughlin
*Executive Vice President & Product Division Manager*



Dan McLaughlin serves as Executive Vice President and Product Division Manager for MERS. He is responsible for all product development and integration activities for MERS members. Dan was the architect of the MERS® System and designs the business processes and procedures under which MERS operates. He also manages the relationship with EDS, the MERS technology provider.

- Full Bio -



Bill Hultman
*Senior Vice President & Corporate Division Manager*

Bill Hultman serves as Senior Vice President and Corporate Division Manager. He is responsible for law, finance and human resources. He holds the additional corporate titles of Secretary and Treasurer.

- Full Bio -



Douglas Danko
*Vice President, Customer Group Manager*

Douglas Danko serves as Vice President of the Customer Group. He is responsible for sales, marketing and all customer-related activities.

## TABLE II
**NO LINDA GREEN LISTED**

## MERS Board of Directors    http://www.mersinc.org/about/bod.aspx

| Name | Title | Company | Location |
|---|---|---|---|
| Ed Albrigo | Senior Vice President, Enterprise Services | Freddie Mac | McLean, VA |
| R.K. Arnold | President & CEO | MERSCORP, Inc. | Vienna, VA |
| Barry Bier | Executive Vice President (retired) | GMAC Residential Holding Corp. | Fort Washington, PA |
| John Courson | President and Chief Operating Officer | Mortgage Bankers Association | Washington, DC |
| Henry Cunningham | President | Cunningham & Company | Greensboro, NC |
| S.A. Ibrahim | CEO | Radian Group | Philadelphia, PA |
| John Johnson | Chairman & CEO | MortgageAmerica, Inc. | Birmingham, AL |
| Leo Knight | CEO (retired) | National City Mortgage | Miamisburg, Ohio |
| Pat Lamb | President, Mortgage Division (retired) | 1st National Bank of Arizona | Scottsdale, AZ |
| Ron McCord | Chairman & CEO | First Mortgage Company, LLC | Oklahoma City, OK |
| Michael Petrie | President | P/R Mortgage & Investment Corp. | Carmel, IN |
| Kurt Pfotenhauer | CEO | American Land Title Association | Washington, DC |
| Bruce Posey (MERS Subsidiary Director) | President and CEO | Streeter Brothers Mortgage Corp. | Billings, Montana |
| John Robbins | Managing Director and Special Counsel (retired) | Vertice Lending | San Diego, CA |
| Deborah Schiavo | Senior Director | Marcus & Millichap | New York, NY |
| Marianne Sullivan | Senior Vice President | Fannie Mae | Washington, D.C. |
| H.G. Waddell | Executive Vice President | United Guaranty Residential Insurance Co. | Greensboro, NC |
| Michael Young | Chairman of the Board | Cenlar | Ewing, NJ |



July 17, 2009

Joseph A. Quinn
4032 Hwy. 516
Matawan, NJ 07747

Re:    AHMSI Loan Number 0031069800

Dear Joseph A. Quinn:

American Home Mortgage Servicing, Inc. (AHMSI) received an inquiry regarding the above referenced mortgage loan. We appreciate the opportunity to be of assistance.

Your letter requests under the Truth in Lending Act, that we provide you with the identity of the owner of the Mortgage Loan. The owner is Deutsche Bank National Trust Company. The owner can be contacted at the following address.

> Deutsche Bank National Trust Company
> 1761 East St. Andrew Place
> Santa Ana, CA, 92705-4934

AHMSI is the mortgage servicer on this Mortgage Loan and collects payments on behalf of the owner.

AHMSI is dedicated to providing superior customer service to all of our customers. Should you have any further questions, please contact our Customer Care Department at 1.877.304.3100.

Sincerely,

Loan Administration Research
AMERICAN HOME MORTGAGE SERVICING, INC.
JVB

4600 Regent Boulevard, Suite 200, Irving, Texas 75063

This communication is from a debt collector but does not imply that American Home Mortgage Servicing, Inc. is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended solely for informational purposes and does not constitute a demand for payment.