## SIGN - IN - SHEET

**CASE NAME: American Home Mortgage**

**CASE NO: 07-11047 (CSS)**

**COURTROOM LOCATION: 6**

**DATE: 4/6/10  @ 10:30 AM**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Indelicato, Edward Schnitzer - telephonic | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Elisabeth Jackson | Elisabeth Jackson | Elisabeth Jackson |
| Eileen Wanerka | American Home Mortgage | Eileen Wanerka |
| Mark Indelicato | Hahn + Hessen | official committee |
| ANA ALFONSO | KAYE SCHOLER | BANK OF AMERICA |
| AARON RUBINSTEIN | KAYE SCHOLER | BANK OF AMERICA |
| Lauri Silber Silveden | Potter Anderson Corroner | " |
| Tori Gulfoyle | Blank Rome | Creditors Committee |
| Allan Demord | Dimmond McCarthy | Broodhollow Melville |
| Christopher Provost | " | " |
| Numan Nickel | Quarts Metacis Gudman | " |
| PATRICK JACKSON | YOUNG CONWAY | DEBTORS |
| MICHAEL NEIBURG | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**