UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>American Home Mortgage Holdings, Inc., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 5, 2010, U.S. Bank National Association, as successor in interest to Park National Bank and Trust of Chicago, by and through its undersigned counsel, caused a copy of its Responses and Objections to Debtors' First Set of Interrogatories, First Request for the Production of Documents and First Request for Admissions to be served upon the following individual(s) via overnight delivery:

> Andrew A. Lundgren
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801

Dated: April 6, 20109

**WOMBLE CARLYLE SANDRIDGE
 & RICE, PLLC**

*/s/ Michael G. Busenkell*
Michael G. Busenkell (No. 3933)
222 Delaware Ave., Ste. 1501
Wilmington, DE 19801
Telephone: 302-252-4324

*Counsel to U.S. Bank National Association, as successor in interest to Park National Bank and Trust of Chicago*

WCSR 4349131v1