**EXHIBIT A**

**SERVICE LIST**
**4/5/2010**

Sean W. Bezark, Esq.
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
*Email: bezarks@gtlaw.com*
*Via Email*

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Email: mbusenkell@wcsr.com
*Via Email*

Kenneth S. Yudell, Esq.
Aronauer, Goldfarb, Silas & Re, LLP
444 Madison Avenue, 17th Fl
New York, NY 10022
Email: kyudell@aryllp.com
Email: jaronauer@aryllp.com
*Via Email*