**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing **Notice of Service of Discovery Material** were served this 7th day of April, 2010, upon the following parties as indicated:

Sean W. Bezark, Esquire
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
*Email: bezarks@gtlaw.com*
*Via First Class Mail*

Kenneth S. Yudell, Esq.
Joseph Aronauer, Esq.
Aronauer, Goldfarb, Silas & Re, LLP
444 Madison Avenue, 17th Fl
New York, NY 10022
Email: kyudell@aryllp.com
Email: jaronauer@aryllp.com
*Via First Class Mail*

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Email: mbusenkell@wcsr.com
*Via Hand Delivery*

                                        */s/ Andrew A. Lundgren*
                                        Andrew A. Lundgren (No. 4429)