IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on April 5, 2010, the above captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, caused a true and correct copy of the following to be served upon the parties listed on Exhibit A in the manner indicated:

- **RESPONSES AND OBJECTIONS TO PARK NATIONAL'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS**

PLEASE TAKE FURTHER NOTICE that on April 5, 2010, the Debtors, by and through their undersigned counsel, caused a true and correct copy of the following to be served upon the party listed on Exhibit B in the manner indicated:

- **DISC CONTAINING DOCUMENTS BATES-STAMPED AHM_MT_PROSPECT_000001 TO AHM_MT_PROSPECT_003516**

*(Signature Page Follows)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:9474034.1

Dated: Wilmington, Delaware
      April 7, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
Sharon M. Zieg (No. 4196)
Matthew B. Lunn (No. 4119)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtors*