## EXHIBIT A

## SERVICE LIST

| | |
|---|---|
| Kenneth S. Yudell, Esq.<br>Aronauer, Goldfarb, Silas & Re, LLP<br>444 Madison Avenue, 17th Fl<br>New York, NY 10022<br>Email: kyudell@aryllp.com<br>*Via Federal Express on 4/6/2010<br>and Email on 4/5/2010* | Michael G. Busenkell<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Email: mbusenkell@wcsr.com<br>*Via Hand Delivery and Email on 4/5/2010* |