## EXHIBIT B

## SERVICE LIST

Kenneth S. Yudell, Esq.
Aronauer, Goldfarb, Silas & Re, LLP
444 Madison Avenue, 17th Fl
New York, NY 10022
Email: kyudell@aryllp.com
*Via Federal Express on 4/6/2010*

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Email: mbusenkell@wcsr.com
*Via Hand Delivery on 4/5/2010*