## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing **Notice of Service of Discovery Material** were served this 7th day of April, 2010, upon the following parties as indicated:

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Email: mbusenkell@wcsr.com
*Via Hand Delivery and CM/ECF*

Kenneth S. Yudell, Esq.
Aronauer, Goldfarb, Silas & Re, LLP
444 Madison Avenue, 17th Fl
New York, NY 10022
Email: kyudell@aryllp.com
*Via First Class Mail*

　　　　　　　　　　　　　　　　　　　　*/s/ Andrew A. Lundgren*
　　　　　　　　　　　　　　　　　　　　Andrew A. Lundgren (No. 4429)

DB02:9474034.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　066585.1001