# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :  Chapter 11
                                            :
AMERICAN HOME MORTGAGE                      :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware Corp., et        :
al.,                                        :  Jointly Administered
                                            :
          Debtors.                          :
                                            x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that on September 24, 2007, Skadden, Arps, Slate, Meagher & Flom LLP filed a Notice of Appearance and Demand for Notices and Papers, appearing as counsel in the above-captioned cases on behalf of Waterfield Shareholders LLC and Union Federal Bank of Indianapolis.

PLEASE TAKE FURTHER NOTICE that Eric M. Davis, Esq. now withdraws his appearance and demand for service of notices and papers in these cases, and hereby requests the discontinuance of service of notices and papers in these cases upon him.   Notices and pleadings given or filed in these cases should continue to be given and served upon each of the following:

| | |
|---|---|
| Jason M. Liberi, Esq.<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE   19899-0636<br>(302) 651-3000 (telephone)<br>(302) 651-3001 (facsimile) | Eric J. Gorman, Esq.<br>Felicia G. Perlman, Esq.<br>Justin L. Heather, Esq.<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>155 N. Wacker Drive, Suite 2700<br>Chicago, IL   60606-1720<br>(312) 407-0700 (telephone)<br>(312) 407-0411 (facsimile) |

Dated: Wilmington, Delaware
       April 8, 2010

           SKADDEN, ARPS, SLATE, MEAGHER &
              FLOM LLP

           */s/ Eric M. Davis*
           Eric M. Davis (I.D. No. 3621)
           Jason M. Liberi (I.D. No. 4425)
           One Rodney Square
           P.O. Box 636
           Wilmington, Delaware 19899-0636
           (302) 651-3000

           - and –

           Eric J. Gorman
           Felicia G. Perlman
           Justin L. Heather
           155 N. Wacker Drive, Suite 2700
           Chicago, Illinois 60606-1720
           (312) 407-0700 (telephone)
           (312) 407-0411 (facsimile)

           *Attorneys for Waterfield Shareholder LLC and Union Federal Bank of Indianapolis*

## CERTIFICATE OF SERVICE

I, Eric M. Davis, hereby certify that on April 8, 2010, I caused the foregoing **Notice of Withdrawal of Appearance** to be served on the following parties by first class United States Mail, postage prepaid.

Sean M. Beach, Esq.
Curtis J. Crowther, Esq.
Patrick A. Jackson, Esq.
Michael S. Neiburg, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE   19801

                                            */s/ Eric M. Davis*
                                              Eric M. Davis