April 5, 2010

U.S. Bankruptcy Court-District of Delaware
Clerk's Office
824 N Market St 3rd Fl
Wilmington, DE 19801



Re:   American Home Mortgage Holdings, Inc., et al.; Case No. 07-11047(CSS)

Dear Madam or Sir:

Please accept this letter as notice of an address change for myself under the American Home Mortgage Holdings, Inc., et al Bankruptcy for claim 7365. My new address is:

Eric Segall
1985 Rolling Vista Dr Unit 52
Lomita CA  90717

Thanks for your help. Please feel free to contact the undersigned at (818) 692-2647 should you have any questions or need additional information.

Sincerely,

Eric Segall, Esq.

Cc: Michael S. Neiburg, Young Conaway Stargatt & Taylor, LLP