IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
     Debtors.                                                    :
                                                                 :
---------------------------------------------------------------- x

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE FOR APPROVAL OF THE AGREEMENT WITH ZOLFO COOPER LLC, STEPHEN F. COOPER AND KEVIN NYSTROM**

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

**KEVIN N. NYSTROM** being duly sworn according to law, upon his oath, deposes and says:

1. I am a managing director of Zolfo Cooper LLC (either "ZC" or the "Firm") a New Jersey limited liability company. The information included in this supplemental affidavit (the "Supplemental Affidavit") concerning ZC is based upon my personal knowledge. I am fully familiar with the facts set forth herein, and I am authorized to make this Supplemental Affidavit to supplement the prior disclosures made by ZC.

2. I submit this Supplemental Affidavit in furtherance of the original Affidavit of Stephen F. Cooper in Support of Debtors' Application for Approval of a Services Agreement with ZC, Stephen F. Cooper and Kevin Nystrom dated August 6, 2007(the "Cooper Affidavit"), and the previous Supplemental Affidavit of Stephen F. Cooper dated August 23, 2007 (the "First Supplemental"), the Supplemental Affidavits of Kevin Nystrom dated November 30, 2007, April 23, 2008, July 30, 2008, January 20, 2009, April 7, 2009, and November 19, 2009 (respectively,

1

the "2nd Supplemental", "3rd Supplemental", "4th Supplemental", "5th Supplemental", 6th Supplemental and "7th Supplemental" and collectively the "Nystrom Supplementals"), the Certification of Elizabeth S. Kardos dated November 5, 2008 (the "Certification" and collectively with the Cooper Affidavit, the First Supplemental, and the Nystrom Supplementals, the "ZC Disclosures"), to supplement and expand upon the disclosures that were made in the ZC Disclosures. Such disclosures are set forth on Schedule 1 annexed hereto.

    3. ZC believes that it remains disinterested and does not hold or represent any interest adverse to the estate.

    4. ZC acknowledges its continuing obligation to supplement ZC's prior disclosures.

    5. All of the statements contained in the Cooper Affidavit are repeated herein as if the statements were more fully set forth in detail below.

_____
Kevin Nystrom

Sworn and subscribed to
before me this ___ day
of March 2010

_____
Notary Public

Maria E. D'elia
Notary Public, State of NY
No 01PA6061899
Qualified in Queens County
Commission Expires
July 23, 2013

2

SCHEDULE 1

| Party in Interest | Nature of Interest in American Home Mortgage Chapter 11 Case | Description of Current Relationship of Zolfo Cooper, LLC ("ZC") |
|---|---|---|
| American Express | creditor | ZC is current retained by the debtors in an out-of-court situation where American Express is an unsecured creditor. |
| Bank of America | potentially adverse party | Sherman Edmiston, a managing director of ZC is a member of a Board of Directors where Bank of America is a lender. |
| Citibank/Citicorp/ Citigroup/Citicapital, Citibank Canada, Citibank Switzerland, Citicorp Del Lease, Inc., Citicorp Vendor Fiance,Inc., Citicapital Technology Finance, Citicorp NorthAmerica (collectively "Citibank"), and Citigroup Venture Capital ("CVC") | creditor and potentially adverse party | ZC is currently retained by counsel to the bank groups in out-of-court situations where Citigroup is a member or agent. |
| Credit Suisse Asset Management, CSAM, Credit Suisse Capital, Credit Suisse Loan Funding LLC, CS Syndication or Credit Suisse First Boston ("CSFB ") | creditor | ZC is currently retained by counsel to the lender group in an out-of-court situation where CSFB is a lender/joint lead arranger and syndication agent.<br><br>Sherman Edmiston, a managing director of ZC is a member of a Board of Directors where CSFB is an equity holder of the company.<br><br>ZC is currently retained by the debtors in an out-of-court situation where CSFB is a lender.<br><br>ZC is currently retained by counsel to the bank group in an out-of-court situation where CSFB is a member of the bank group. |
| Deutsche Bank and DG Bank ("Deutsche Bank") | creditor | ZC is currently retained by counsel to the bank group in an out-of-court situation where Deutsche is a member of the bank group. |

| | | |
|---|---|---|
| Dewey LeBoeuf fka Dewey Ballantine LLP and LeBoeuf Lamb, Greene & MacRae (collectively "Dewey") | | ZC is currently retained by the chapter 11 Trustee in the Manhattan Investment Fund chapter 11 case where Dewey is Counsel.<br><br>ZC is currently retained by the debtors in the G-1 chapter 11 case where Dewey is counsel to the debtors. |
| General Motors Corpration, General Motors of Canada, GMAC, LLC, GMAC Commercial Credit LLC (collectively "GM") | creditor | ZC is current retained by the debtors in an out-of-court situation where GM is a lender. |
| Goldman Sachs & Co. and Goldman Sachs Asset Management ("Goldman") | shareholder | ZC is currently retained by counsel to the lender group in an out-of-court situation where Goldman is a lender/joint lead arranger and syndication agent.<br><br>ZC is currently retained by the Plan Trust in the Touch America chapter 11 case where Goldman was an adverse party to which a settlement has been reached. |
| Lehman Brothers, Lehman Commercial Paper, LB 745 LLC, PAMI Statler Arms LLC, Lehman Brothers Commodity Services, Lehman Brothers Special Financing, Lehman Brothers OTC Derivatives, Lehman Brothers Derivative Products, Lehman Brothers Commercial Corp., Lehman Brothers Financial Products, Lehman Brothers Scottish Finance LP, CES Aviation, East Dover Limited, Luxembourge Residential Properties, BNC Mortgage LLC, LB Rose Ranch, LLC, Structured Asset Securities (collectively, "Lehman") | creditor | ZC is currently in the process of being retained in a litigation support situation where Lehman is an adverse party. |

| Morgan Stanley | related party | ZC is current retained by the debtors in an out-of-court situation where Morgan Stanley is a lender.<br><br>ZC is currently retained by counsel to the bank group in an out-of-court situation where Morgan Stanley is a member of the bank group. |
|---|---|---|
| Natixis | potentially adverse party | ZC is currently in the process of being retained in a litigation support situation where Natixis is a derivatives consultant. |
| Nomura | creditor | ZC is current retained by the debtors in an out-of-court situation where Nomura is a lender. |
| Wells Fargo, Wells Fargo Foothill, Wells Fargo Bank, Wells Fargo Financial Leasing, Wells Fargo Retail Finance and Wells Capital Management, (collectively "Wells Fargo") | creditor | ZC is current retained by the debtors in an out-of-court situation where Wells Fargo is a lender. |
| Young Conaway Stargatt & Taylor ("YCST") | counsel to the debtors | ZC is currently providing management services in the Flying J chapter 11 case where YCST is counsel.<br><br>ZC is currently retained by the Plan Trustee of Touch America where YCST is counsel to the Plan Trust. |