IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

In re:                                                          :    Chapter 11

                                                                :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :

                                                                :    Jointly Administered

        Debtors.                                                :

-------------------------------------------------------------------- x    Ref. No. 8686

### CERTIFICATE OF NO OBJECTION TO
### APPLICATION RE: DOCKET NO. 8686

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Twelfth Application of Cadwalader, Wickersham & Taft LLP as Special Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period December 1, 2009 through January 31, 2010 (the "Application"). The Court's docket which was last updated April 12, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than April 5, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($389,434.40) of requested fees ($486,793.00) and 100% of requested expenses ($32,621.84) on an interim basis without further Court order.

Dated: Wilmington, Delaware
      April 12, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s / Ryan M. Bartley
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession