# Notice Recipients

District/Off: 0311−1         User: Theresa              Date Created: 4/13/2010
Case: 07−11047−CSS           Form ID: ntcBK             Total: 23

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
aty     Michael S. Neiburg        bankfilings@ycst.com

                                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     American Home Mortgage Holdings, Inc.     538 Broadhollow Road     Melville, NY 11747
aty    Curtis J Crowther     Young, Conaway, Stargatt &Taylor     The Brandywine Building     1000 West Street, 17th Floor     P.O. Box 391     Wilmington, DE 19899−0391
aty    Donald J. Bowman, Jr.     Young, Conaway, Stargatt &Taylor     1000 West Street     17th Floor     Wilmington, DE 19801
aty    Edward J. Kosmowski     Epiq Systems Bankruptcy Solutions     824 Market Street, Suite 412     Wilmington, DE 198001
aty    Edwin J. Harron     Young, Conaway, Stargatt &Taylor     The Brandywine Building     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty    Erin Edwards     Young, Conaway, Stargatt &Taylor     The Brandywine Building     17th Floor     1000 West Street     Wilmington, DE 19801
aty    James L. Patton     Young, Conaway, Stargatt &Taylor     The Brandywine Bldg.     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty    Joel A. Waite     Young, Conaway, Stargatt &Taylor     The Brandywine Bldg.     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty    Kara Hammond Coyle     Young Conaway Stargatt &Taylor LLP     1000 West St., 17th Floor     Brandywine Building     Wilmington, DE 19801
aty    Kenneth J. Enos     Young, Conaway, Stargatt &Taylor     1000 West Street     17th Floor     Wilmington, DE 19801
aty    Margaret Whiteman Greecher     Young, Conaway, Stargatt &Taylor     1000 West Street     17th Floor     Wilmington, DE 19801
aty    Matthew Barry Lunn     Young, Conaway, Stargatt &Taylor     The Brandywine Building, 17th Floor     1000 West Street     PO Box 391     Wilmington, DE 19899
aty    Nathan D. Grow     Young Conaway Stargatt &Taylor, LLP     The Brandywine Bldg.     17th Floor     Wilmington, DE 19801−0391
aty    Patrick A. Jackson     Young Conaway Stargatt &Taylor, LLP     The Brandywine Bldg 17th Fl,1000 West St     Wilmington, DE 19801
aty    Pauline K. Morgan     Young, Conaway, Stargatt &Taylor     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty    Quinn Emanuel     Quinn Emanuel Urquhart Oliver &Hedges
aty    Robert S. Brady     Young, Conaway, Stargatt &Taylor     The Brandywine Bldg.     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty    Ryan M. Bartley     Young Conaway Stargatt &Taylor, LLP     The Brandywine Building     1000 West Street     17th Fl.     Wilmington, DE 19801
aty    Sean Matthew Beach     Young, Conaway, Stargatt &Taylor     The Brandywine Building, 17th Floor     1000 West Street     PO Box 391     Wilmington, DE 19899
aty    Sharon M Zieg     Young, Conaway, Stargatt &Taylor     The Brandywine Bldg., 17th Floor     1000 West Street     PO Box 391     Wilmington, DE 19899
aty    Travis N. Turner     Young Conaway Stargatt &Taylor, LLP     The Brandywine Bldg., 17th Fl.     1000 West Street     Wilmington, DE 19801

                                                                            TOTAL: 21