# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., a Delaware corporation, | ) Case No. 07-11047 (CSS) |
| et. al., | ) Jointly Administered |
| | ) |
| Debtors, | ) |
| | ) |
| Dr. David and Elisabeth Jackson | ) Hearing Date: May 4, 2010 |
| Movants, | ) Objections Due By: April 25, 2010 |
| | ) |
| DEUTSCHE BANK NATIONAL TRUST | ) |
| CO. | ) |
| | ) |
| AHMIT 2006-2 TRUST a Statutory Trust | ) |
| | ) |
| AMERICAN HOME MORTGAGE | ) |
| SECURITIES LLC | ) |
| | ) |
| MICHAEL STRAUSS | ) |
| | ) |
| WELLS FARGO BANK N.A. | ) |
| | ) |
| WILBUR ROSS | ) |
| WLR RECOVERY FUND IIII, L.P. | ) |
| AH MORTGAGE ACQUISTIONS | ) |
| AHMSI | ) |
| | ) |
| Defendants | |

## ORDER APPROVING MOTION FOR EQUITABLE SUBORDINATION AND DECLARATORY RELIEF

Upon consideration of the **MOTION FOR EQUITABLE SUBORDINATION Of DEFENDANTS CLAIMS** it is hereby:

ORDERED that the Motion is APPROVED; and it is further;

ORDERED that Plaintiff are allowed an administrative priority claims in the amount of

$_____.


Dated;_____                          _____
                                      The Honorable Christopher S. Sontchi
                                      United States Bankruptcy Judge