**CERTIFICATE OF SERVICE**

I hereby certify that on this 13 day of April, 2010, a copy of the foregoing Motion was

mailed first class postage paid to:

Counsel for Debtors:
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box. 391
Wilmington DE 19899-0391
Phone: 302-571-6600
Fax: 302-571-0453

Official Committee of Unsecured Creditors
Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Ave. 14th & 15th Floor
New York, NY 10022

Joseph M. McMahon Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497

*AH Mortgage Acquisition Co., Inc., an affiliate of*
**WL Ross & Co. LLC**
Greenberg Traurig
The Nemours Building
1007 North Orange St. Suite 1200
Wilmington DE. 19801

Deutsche Bank
Nixon Peabody LLP
437 Madison Ave.
New York, N.Y. 10022

Michael Strauss
Kenneth S. Ziman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, N.Y. 10017

40

Goldman Sachs
85 Broad Street
New York, N.Y. 10004

Wells Fargo
Franklin Top
Chapman and Cutler LLP
111 West Monroe St.
Chicago IL. 60603

_____  Date: 4/13/10
Paula Rush
2651 Peery Drive
Churchville Md. 21028
410-914-5286
443-676-3509
paularush@comcast.net

41