UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware corporation, ) | |
| et. al., ) | Case No. 07-11047 (CSS) |
| ) | Jointly Administered |
| Debtors, ) | |
| ) | |
| ) | |
| Paula Rush ) | |
| ) | |
| Movants ) | |

**ORDER ALLOWING EQUITABLE SUBORDINATION OF CLAIMS OF
ALL DEFENDANTS AND GRANTING OTHER RELIEF**

Upon consideration of the MOTION (the "Motion") proposed by PAULA RUSH,

and adequate notice was sufficient and proper; and sufficient cause appearing therefore; it is

hereby:

ORDERED that the Motion is GRANTED; and it is further;

ORDERED that Defendants claims are equitably subordinated to the Rush Claims, and;

ORDERED that Paula Rush is entitled to an Administrative Priority Claim in the amount of

$_____.

Dated:_____

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

39