# **EXHIBIT A**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,   March 1, 2010 to March 31, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue                        Invoice No. 34801
New York, NY 10022
**Attention:**   Mark T. Power, Esquire

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 0.60 | 114.00 |
| B18 | Fee Applications, Others - | 3.20 | 612.00 |
| B25 | Fee Applications, Applicant - | 6.10 | 1,015.00 |
| B32 | Litigation and Litigation Consulting - | 3.50 | 897.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 3.40 | 1,190.00 |
| | **Total** | **16.80** | **$3,828.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 4.90 | 1,323.00 |
| Rick S. Miller | 350.00 | 3.60 | 1,260.00 |
| Legal Assistant - MH | 150.00 | 7.90 | 1,185.00 |
| Legal Assistant - KC | 150.00 | 0.40 | 60.00 |
| **Total** | | **16.80** | **$3,828.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                        **$712.32**

| | | | |
|---|---|---|---|
| Invoice No. 34801 | Page 2 of 5 | | April 15, 2010 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-02-10 | *Fee Applications, Applicant* - review FJ&P February 10 time records | 0.20 | RSM |
| Mar-03-10 | *Litigation/Adversary Proceedings (Non-Claims)* - reviewed email from Mr. Morris re revised case schedule | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email to Mr. Morris re revised case schedule | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review email correspondence from Mr. Morris to debtor's counsel re scheduling | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review email from debtor's counsel to Mr. Morris re scheduling | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review email from Mr. Morris to JPM counsel re scheduling | 0.10 | RSM |
| Mar-05-10 | *Case Administration* - Review invoice from service vendor for accuracy and forward for payment | 0.10 | LLC |
| Mar-08-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Reviewed email from Mr. Green re revised scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Reviewed email from Mr. Morris re revised scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - email to Mr. Morris re revised scheduling order | 0.10 | RSM |
| Mar-10-10 | *Case Administration* - Review order approving fee apps and forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re Jan 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Modify Feb. statement; use spreadsheet to calculate re expenses chart in fee application; prepare fee application and related documents for filing on 3/15/10 | 0.90 | MH |
| Mar-11-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review Email with Mr. Green re Rev Case Schedule | 0.20 | RSM |
| | *Case Administration* - E-mail to and from D. Laskin re interim fee hearing schedule | 0.10 | MH |
| | *Fee Applications, Applicant* - Perform calculations re 10th quarterly period; draft fee application and related documents for filing on 3/16/10 | 3.10 | MH |
| Mar-15-10 | *Fee Applications, Applicant* - Review Feb. 2010 fee app and confer with M. Hedden re same | 0.20 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Feb. 2010 fee application | 0.50 | MH |
| Mar-16-10 | *Fee Applications, Others* - E-mail from J. Morse re HBD quarterly fee app and review same and admin. order | 0.30 | LLC |
| | *Fee Applications, Others* - Call to J. Morse re HBD quarterly fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review quarterly fee app for 10th fee period for filing | 0.20 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file 10th quarterly fee application and notice thereof; serve fee application; arrange for service of notice on 2002 service list | 0.90 | MH |
| Mar-17-10 | *Fee Applications, Others* - Confer with M. Hedden and review HBD 5th monthly fee app for filing | 0.30 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - Review HBD 1st interim fee request and for filing and confer with M. Hedden re same | 0.30 | LLC |
| | *Fee Applications, Others* - Confer w/ M. Hedden re service of HBD monthly and interim fee apps | 0.10 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Review HBD's Nov. 09 - Jan. 10 monthly fee application and related documents; confer with L. Coggins re service recipients; prepare certificate of service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HBD's Nov. 09 - Jan. 10 monthly fee application | 0.50 | MH |
| | *Fee Applications, Others* - Review HBD's 1st quarterly fee application; confer with L. Coggins re notice; prepare notice and certificate of service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HBD's 1st quarterly fee application | 0.60 | MH |
| Mar-29-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Mr. McGuire re revised scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Ms. Irving re revised scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Ms. Irving re revised scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Mr. Morris re request for Oral Argument | 0.10 | RSM |
| Mar-30-10 | *Litigation and Litigation Consulting* - E-mail from RSM re agreed revised scheduling order review same and prepare black line comparison | 0.30 | LLC |
| | *Litigation and Litigation Consulting* - Confer with RSM re certificate of service of counsel regarding agreed revised scheduling order | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re certification of counsel re agreed revised scheduling order | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review finalize e-file and coordinate service of certificate of counsel re agreed revised scheduling order | 0.70 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re 502D stipulation and prepare certificate of counsel re same | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Follow-up e-mail from RSM re 502D stipulation | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review 502D stipulated order and prepare certificate of counsel re same and confer with RSM | 0.50 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to co-counsel re certificate of service of counsel for stipulated order | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Exchange emails with Ms. Irving re Certification of Counsel | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Draft Certification of Counsel | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email draft certification of counsel to co-counsel | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Conference with LLC re filing of certification of counsel | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review Certification of Counsel and prepare for filing | 0.20 | RSM |

|  |  | | |
|---|---|---:|---:|
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Ms. Irving re 502(d) stipulation | 0.20 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Email to LLC re filing 502(d) stipulation | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Ms. Zieg re 502(d) stipulation | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Email to LLC re 502(d) stipulation | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Review court order; email to co-counsel | 0.20 | RSM |
|  | *Litigation and Litigation Consulting* - Service | 0.20 | KC |
| Mar-31-10 | *Litigation and Litigation Consulting* - E-mail from J. Irving re 502D stipulation and certificate of counsel | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - E-mail from RSM re 502D stipulation and certificate of counsel | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - E-mail to RSM and co-counsel re procedure for submitting stipulation order per chamber's procedures | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Follow up e-mail to RSM and co-counsel re approval of content of cert of counsel | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - E-mail from J. Irving re approval of content of certificate of counsel and forward same to RSM | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Trade e-mails with RSM re proceeding w/ filing of certificate of counsel | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Revise finalize, e-file, and coordinate service of cert of counsel re stipulated order | 0.50 | LLC |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail; correspondence with LLC re certification of counsel | 0.20 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re certification of counsel | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re court order | 0.10 | RSM |
|  | *Litigation and Litigation Consulting* - Service | 0.20 | KC |
|  | Totals | **16.80** |  |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Mar-05-10 | First State Deliveries - expedited hand deliveries | 32.50 |
| Mar-10-10 | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 1.40 |
| Mar-11-10 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 0.50 |
|  | First State Deliveries - expedited hand deliveries | 32.50 |
| Mar-15-10 | Photocopy Cost | 19.00 |
|  | postage | 6.95 |
| Mar-16-10 | Photocopy Cost | 25.00 |
|  | Photocopy Cost | 1.00 |
| Mar-17-10 | Photocopy Cost | 7.00 |
|  | Photocopy Cost | 52.00 |

**Invoice No. 34801**  **Page 5 of 5**  **April 15, 2010**

|  |  |  |
|---|---|---:|
|  | Photocopy Cost | 5.10 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 1.00 |
|  | postage  5 @ 2.41 | 12.05 |
| Mar-18-10 | First State Deliveries - hand deliveries | 32.50 |
| Mar-26-10 | First State Deliveries - hand deliveries | 65.00 |
| Mar-30-10 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 5.30 |
| Mar-31-10 | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 4.30 |
|  | Blue Marble cc 84.00; service 318.22 (Inv #39871) | 402.22 |
|  | Totals | $712.32 |

**Total Fees & Disbursements**                                                                                 **$4,540.32**