**CERTIFICATE OF SERVICE**

     I, Lisa L. Coggins, Esquire, hereby certify that on April 15, 2010, one copy of the foregoing *Ninth Monthly Application of Ferry, Joseph & Pearce, P.A., as Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses For the Period of March 1, 2010 through March 31, 2010,* was served on the following parties in the manner indicated:

| BY HAND DELIVERY | BY FIRST-CLASS U.S. MAIL |
|---|---|
| James L. Patton, Jr., Esq.<br>Pauline K. Morgan, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Alan Horn, Esq., General Counsel<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 |
| Bonnie Glantz Fatell, Esq.<br>David W. Carickhoff, Jr., Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Jeffrey M. Levine, Esq.<br>Milestone Advisors, LLC<br>1775 Eye Street, NW<br>Suite 800<br>Washington, DC 20006 |
| Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | Mark S. Indelicato, Esq.<br>Mark T. Power, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Victoria W. Counihan, Esq.<br>Greenberg Traurig, LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | Margot B. Schonholtz, Esq.<br>Scott D. Talmadge, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Joseph J. McMahon, Jr., Esq.<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Wilmington, DE 19801 | Corinne Ball, Esq.<br>Erica M. Ryland, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |

     Upon penalty of perjury I declare that the foregoing is true and correct.

     /s/Lisa L. Coggins
     Lisa L. Coggins (No. 4234)