# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road          **Chapter:** 11
Melville, NY 11747
 **EIN:** 13−4066303

*Case No*.: 07−11047−CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 04/06/10 was filed on 04/13/10 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 05/04/10 .

If a request for redaction is filed, the redacted transcript is due 05/14/10 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 07/12/10 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*David D. Bird*
Clerk of Court

Date: 4/13/10

(ntc)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1           User: Theresa              Page 1 of 1             Date Rcvd: Apr 13, 2010
Case: 07-11047                 Form ID: ntcBK             Total Noticed: 20
```

The following entities were noticed by first class mail on Apr 15, 2010.
- db  +American Home Mortgage Holdings, Inc.,   538 Broadhollow Road,   Melville, NY 11747-2352
- aty   Curtis J Crowther,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building,    1000 West Street, 17th Floor,   P.O. Box 391,   Wilmington, DE 19899-0391
- aty  +Donald J. Bowman, Jr.,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,    Wilmington, DE 19801-1037
- aty  +Edward J. Kosmowski,   Epiq Systems Bankruptcy Solutions,   824 Market Street, Suite 412,    Wilmington, DE 19801-4918
- aty   Edwin J. Harron,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building,    1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE 19899-0391
- aty  +Erin Edwards,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building,   17th Floor,    1000 West Street,   Wilmington, DE 19801-1053
- aty   James L. Patton,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,    1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE 19899-0391
- aty   Joel A. Waite,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,    1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE 19899-0391
- aty  +Kara Hammond Coyle,   Young Conaway Stargatt & Taylor LLP,   1000 West St., 17th Floor,    Brandywine Building,   Wilmington, DE 19801-1053
- aty  +Kenneth J. Enos,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,    Wilmington, DE 19801-1037
- aty  +Margaret Whiteman Greecher,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,    Wilmington, DE 19801-1037
- aty  +Matthew Barry Lunn,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building, 17th Floor,    1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391
- aty   Nathan D. Grow,   Young Conaway Stargatt & Taylor, LLP,   The Brandywine Bldg.,   17th Floor,    Wilmington, DE 19801-0391
- aty  +Patrick A. Jackson,   Young Conaway Stargatt & Taylor, LLP,    The Brandywine Bldg 17th Fl,1000 West St,   Wilmington, DE 19801-1037
- aty   Pauline K. Morgan,   Young, Conaway, Stargatt & Taylor,   1000 West Street, 17th Floor,    PO Box 391,   Wilmington, DE 19899-0391
- aty   Robert S. Brady,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,    1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE 19899-0391
- aty  +Ryan M. Bartley,   Young Conaway Stargatt & Taylor, LLP,   The Brandywine Building,    1000 West Street,   17th Fl.,   Wilmington, DE 19801-1053
- aty  +Sean Matthew Beach,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building, 17th Floor,    1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391
- aty  +Sharon M Zieg,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg., 17th Floor,    1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391
- aty  +Travis N. Turner,   Young Conaway Stargatt & Taylor, LLP,   The Brandywine Bldg., 17th Fl.,    1000 West Street,   Wilmington, DE 19801-1050

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Quinn Emanuel,   Quinn Emanuel Urquhart Oliver & Hedges
                                                                                           TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 15, 2010                        Signature:   *Joseph Speetjens* (signed)