IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. No. 8709 |

**CERTIFICATE OF NO OBJECTION TO STATEMENT
RE: DOCKET NO. 8709**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Monthly Statement of Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period February 1, 2010 through February 28, 2010 (the "Statement"). The Court's docket which was last updated April 15, 2010, reflects that no objections to the Statement have been filed. Objections to the Statement were to be filed and served no later than April 12, 2010 at 4:00 p.m.

DB02:6333618.25                                                                              066585.1001

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of requested interim fees ($161,230.00) and 100% of requested interim expenses ($6,597.87) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       April 15, 2010

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Matthew B. Lunn
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Ryan M. Bartley (No. 4985)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession