IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :   Ref. No. 8658
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 8658

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Twenty-Ninth Monthly Application of Quinn Emanuel Urquhart Oliver & Hedges LLP as Special Investigatory Litigation and Conflicts Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period December 1, 2009 through December 31, 2009 (the "Application"). The Court's docket which was last updated April 15, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than March 29, 2010 at 4:00 p.m.

      Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($9,525.60) of requested fees ($11,907.00) and 100% of requested expenses ($1,465.05) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       April 15, 2010

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Patrick A. Jackson
                Sean M. Beach (No. 4070)
                Patrick A. Jackson (No. 4976)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession