## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:                             :      Chapter 11

                                  :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,     :      Case No. 07-11047 (CSS)

a Delaware corporation, <u>et al.</u>,[1]                   :

                                  :      Jointly Administered

          Debtors.                       :      **Ref. Docket Nos. 4662, 5016 & 5169**

---------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER RESOLVING DEBTORS' ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 7449

1.       On January 7, 2008, Kathleen R. Heck filed claim numbered 7449 ("<u>Claim 7449</u>") asserting a priority unsecured claim in the amount of $233,500.38 against American Home Mortgage Corp. (Case No. 07-11051) on account of an unpaid retroactive pay raise.

2.       On June 17, 2008, the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") filed their Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "<u>Objection</u>") [Docket No. 4662]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge Claim 7449 on the grounds that the Debtors' books and records indicated that Ms. Heck was not entitled to the claimed retroactive pay raise.

3.       Ms. Heck filed a response [Docket No. 5016] to the Objection pursuant to which she contended was entitled to the full amount of claimed retroactive pay. On July 17, 2008, the

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

                                                                     

Court entered an order [Docket No. 5169] sustaining the Objection in part and adjourning the

Objection with respect to, *inter alia*, Claim 7449.

4.      Following good faith negotiations and further review of the relevant records, the

parties have agreed that Claim 7449 should be allowed in the priorities and amounts as follows:

(i) a priority unsecured claim in the amount of $9,206.51; and (ii) and a general unsecured claim

in the amount of $90,793.49.

5.      A proposed form of order (the "Proposed Order") reflecting this agreement is

attached hereto as Exhibit A.  Based on the foregoing, the Debtors respectfully request that the

Court enter the Proposed Order at its earliest convenience.

Dated: April 20, 2010
      Wilmington, Delaware

                        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                        */s/ Michael S. Neiburg*
                        Sean M. Beach (No. 4070)
                        Michael S. Neiburg (No. 5275)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware  19801
                        Telephone: (302) 571-6756
                        Facsimile: (302) 571-1253

                        Counsel to the Debtors and Debtors in Possession

                                                          066585.1001

## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                          :    Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]              :
                                                :    Jointly Administered
        Debtors.                                :
                                                :    Ref. Docket Nos. 4662, 5016 & 5169
------------------------------------------------------------------ x
```

## CONSENSUAL ORDER RESOLVING DEBTORS' ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 7449

Upon consideration of the eleventh omnibus (substantive) claims objection (the "Objection") [Docket No. 4662] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto [Docket No. 5106] filed by Kathleen Heck; and the Court having entered an order [Docket No. 5169] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 7449 ("Claim 7449") filed by Ms. Heck; and the Debtors and Ms. Heck having agreed that Claim 7449 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 7449 is modified and reclassified such that Claim 7449 is allowed against American Home Mortgage Corp. (Case No. 07-11051) in the following priorities and amounts: (i) a priority unsecured claim in the amount of $9,206.51; and (ii) a general unsecured claim in the amount of $90,793.49; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
        _____ ___, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE