IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :    Jointly Administered
      Debtors.                                      :
---------------------------------------------------------------------x   Ref. Docket Nos. 8737 & 8738

## **AFFIDAVIT OF MAILING**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 1, 2010, I caused to be served the:

   a) "Notice of Debtors' Fifty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 1, 2010, to which was attached the "Debtors' Fifty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 1, 2010 [Docket No. 8737] (the "Fifty Fourth Omnibus Objection"), and

   b) "Notice of Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 1, 2010, to which was attached the "Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 1, 2010 [Docket No. 8738], (the "Fifty Fifth Omnibus Objection"),

by causing true and correct copies of:

   i. the Fifty Fourth Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit A, and

  ii. the Fifty Fifth Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

  3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
2nd day of April, 2010

_____
Notary Public

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2013

T:\Clients\AHM\Affidavits\54th Omni Obj & 55th Omni Obj_DI 8737 & 8738_AFF_4-1-10_SG.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BEBENEK, ZDZISLAW | 29 VAN DAM ST BROOKLYN NY 11222 |
| BRAUN, MACKENZIE M | 14219 E BARBIE LN SCOTTSDALE AZ 85262 |
| CHRISTIAN, VALERIA C | 143-25 84TH DR BRIARWOOD NY 11435 |
| DESERT PALACE, INC., DBA | DESERT PALACE, INC., DBA CAESAR'S PALACE HOTEL & CASINO ROBERT G. AISENSTEIN, ESQ 2114 FOUNTAIN SPRINGS DRIVE HENDERSON NV 89074 |
| DESERT PALACE, INC., DBA | CAESAR'S PALACE HOTEL & CASINO 3570 LAS VEGAS BLVD, S LAS VEGAS NV 89109 |
| EATON, RUSSELL ALAN | BOX 1131 GEORGETOWN CA 95634 |
| GRAVES, MICHELLE | 1961 EWALD AVE BALTIMORE MD 21222 |
| LISLE, ELIZABETH B. | ETRADE SECURITIES CUSTODIAN P.O. BOX 641   Account No. CUSIP 0266OR 305 GAMBRILLS MD 21054 |
| MAKI, KARLA R | 3708 AMENDMENT COURT WILLIAMSBURG VA 23188 |
| MCLEOD, SEAN | 15740 LANDING CREEK LN ROANOKE TX 762624476 |
| MORA, ROSA M. | 110 SW 91ST AVE APT 101 PLANTATION FL 33324-2564 |
| PINKAS, MARCELLA A. | 4119 CARROLLWOOD VILL DR   Account No. 130672106/Z43-073563 TAMPA FL 33618 |
| SCOTTO, ANTHONY | 77 MARLOW DR JACKSON NJ 08527 |
| SCOTTO, ANTHONY | YOUNG CONAWAY STARGATT & TAYLOR, LLP NATHAN D. GROW THE BRANDYWINE BUILDING 1000 WEST STREET, 17TH FL WILMINGTON DE 19801 |

**Total Creditor Count 14**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ABLE, ANGELA M | P.O. BOX 674 HUGHESVILLE MD 20637 |
| ALLEN, EDWARD | 137 52 231ST STREET LAURELTON NY 11413 |
| BERTI, MICHAEL | 64 PINE GROVE AVE KINGSTON NY 12401 |
| BUEHRLE, JUDITH | 406 S CHURCH ST NUMBER 122 ST PETERS MO 63376 |
| CARDOT, JEANINE A. | 1137 OMAHA CT NAPERVILLE IL 60540 |
| CHAMBERS-MURPHY, SHARRAN | 12 JEFFERSON STREET SOUTH FARMINGDALE NY 11735 |
| CHRISTIAN, VALERIA C | 143-25 84TH DR BRIARWOOD NY 11435 |
| EVERETT, DOROTHY | 107 CEDARCREST PLACE LOS GATOS CA 95032 |
| HAYES, SUSAN L | 15561 HAMMET CT MORENO VALLEY CA 92555 |
| HENDRICKS COUNTY TREASURER | 355 S. WASHINGTON ST #125 DANVILLE IN 46122 |
| KAY, MARY K | 309 SADDLE COURT CHESAPEAKE VA 23323 |
| KOHL, RICHARD P | 32 AUDLEY CIR. PLAINVIEW NY 11803 |
| LACOMBE, MICHAEL J | 248 N MORGAN VALLEY DR OSWEGO IL 60543 |
| LAHENS, JUDITH E | 7 CHELMSFORD DR WHEATLEY HEIGHTS NY 11798 |
| MORGAN STANLEY CAPITAL SERVICES, INC. | C/O MORGAN STANLEY & CO. INC. ATTN RICHE MCKNIGHT, ESQ. 1633 BROADWAY, 25TH FLOOR NEW YORK NY 10019 |
| MORGAN STANLEY CAPITAL SERVICES, INC. | ATTN HAROLD A OLSEN ESQ STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| OKLAHOMA TAX COMMISSION | BANKRUPTCY SECTION GENERAL COUNSEL'S OFFICE 120 N ROBINSON STE 2000 OKLAHOMA CITY OK 73102-7471 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | ATTN JAMES M. FOSTER, CHIEF BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 |
| PLAGEMAN, SOONER E | 3500 W. 53RD STREET #103 SIOUX FALLS SD 57106 |
| POWELL, AMANDA | PO BOX 345 MCCLELLANVLE SC 294580345 |
| SCOTTO, ANTHONY | 77 MARLOW DRIVE JACKSON NJ 08527 |
| SCOTTO, ANTHONY | YOUNG CONAWAY STARGATT & TAYLOR, LLP NATHAN D. GROW (NO.5014) THE BRANDYWINE BUILDING 1000 WEST STREET, 17TH FLOOR WILMINGTON DE 19801 |
| WHELAN, DOMINIC | 5 JACKSON AVE BRENTWOOD NY 11717-3033 |

**Total Creditor Count 23**