IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hearing Date: May 4, 2010 @ 9:00 am |
| | ) | Objection Deadline: April 27, 2010 |

## NOTICE OF MOTION

TO: PARTIES ON THE SERVICE LIST

Loizides, P.A. and Christopher D. Loizides, Esquire ("Movant") has filed a Motion to Withdraw as Counsel for Laura Beall (the "Motion") which seeks the following relief: to withdraw as counsel for Laura Beall.

You are required to file a response to the attached Motion on or before **April 27, 2010.**

At the same time, you must also serve a copy of the response upon Movant at the address listed below.

A HEARING ON THE MOTION WILL BE HELD ON **MAY 4, 2010 AT 9:00 A.M. (EDT)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

DATED: April 21, 2010

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
Email:  loizides@loizides.com

*Movant*

---

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; AHM SV, Inc. (f/ka American Home Mortgage Servicing, Inc.), a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability corporation; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

Motion to Withdraw as Counsel for Beall.DOCX