IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. ___** |
| | ) | |

ORDER GRANTING MOTION
OF LOIZIDES, P.A. TO WITHDRAW AS COUNSEL TO LAURA BEALL

Upon consideration of the Motion of Loizides, P.A. ("LPA") to Withdraw as Counsel for Laura Beall (the "Motion"), and having found that notice was good and sufficient under the circumstances of this case, and that good cause exists for granting the relief requested in the Motion, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. LPA and Christopher D. Loizides, Esquire shall be and are hereby withdrawn as counsel of record for Ms. Beall in the above-captioned bankruptcy case.

3. Loizides is directed to mail a copy of this Order to Ms. Beall at her last known address.

DATED: _____, 2010

                                                 The Honorable Christopher S. Sontchi
                                                 U.S. Bankruptcy Court Judge

---

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; AHM SV, Inc. (f/ka American Home Mortgage Servicing, Inc.), a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability corporation; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.