IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*[1], | ) ) ) | Case No. 07-11047 (CSS) (Jointly Administered) |
| | ) | |
| Debtors. | ) ) | |

### CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on April 21, 2010, I did cause to be served true and correct copies of the foregoing **MOTION OF LOIZIDES, P.A. TO WITHDRAW AS COUNSEL TO LAURA BEALL** on the parties on the attached service list as indicated thereon.

DATED: April 21, 2010

                                          Christopher D. Loizides (No. 3968)
                                          LOIZIDES, P.A.
                                          1225 King Street, Suite 800
                                          Wilmington, DE 19801
                                          Telephone:  (302) 654-0248
                                          Facsimile:  (302) 654-0728
                                          E-mail:  loizides@loizides.com

---

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; AHM SV, Inc. (f/ka American Home Mortgage Servicing, Inc.), a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability corporation; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

**SERVICE LIST**

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Sean M. Beach, Esquire
Curtis J. Crowther, Esquire
Patrick A. Jackson, Esquire
Michael S. Neiburg, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
Fax:    (302) 571-1253
*Counsel for Debtors and Debtors-in-Possession*

OFFICE OF THE U.S. TRUSTEE
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19899-0035
Fax:    (302) 573-6497


**VIA FIRST-CLASS MAIL AND ELECTRONIC MAIL**

William Jeff Barnes, Esquire
W.J. Barnes, P.A.
6655 W. Sahara Avenue, #B200
Las Vegas, NV 89146
E-mail: wjbarnes@cox.net

William Jeff Barnes, Esquire
1515 N. Federal Highway, Suite 300
Boca Raton, FL 33432
[same e-mail address as above]


**VIA CERTIFIED MAIL AND ELECTRONIC MAIL**

Ms. Laura Beall
11002 Blue Roan Road
Oakton, VA 22124