IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                          :
                                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :
a Delaware corporation, et al.,[1]                              :   Jointly Administered
                                                                :
     Debtors.                                                   :
---------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR STATUS CONFERENCE ON APRIL 27, 2010 AT 1:00 P.M. (ET)**

**MATTERS GOING FORWARD**

1. Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation by and Among the Debtors and Deutsche Bank National Trust Co. in Various Capacities Resolving Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.) [D.I. 8683, 3/15/10]

    Objection Deadline:   March 31, 2010 at 4:00 p.m.

    Responses Received:

    a) Paula Rush's Objection to Settlement with Deutsche Bank and Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation by and Among the Debtors and Deutsche Bank National Trust Co. in Various Capacities Resolving Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. [D.I. 8732, 4/1/10]

    b) David and Elisabeth Jackson's Objection to Settlement with Deutsche Bank and Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

> Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation by and Among the Debtors and Deutsche Bank National Trust Co. in Various Capacities Resolving Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. [D.I. 8733, 4/1/10]

Related Document:

> c)   Hearing Transcript 4/6/10 [D.I. 8768, 4/13/10]

Status: This matter will be going forward as a status conference.

2. Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rules 9019(a) for an Order Authorizing and Approving Release and Settlement Agreement with American Home Mortgage Servicing, Inc. (f/k/a) AH Mortgage Acquisition Co., Inc.) [D.I. 8689, 3/16/10]

    Objection Deadline:   April 8, 2010 at 4:00 p.m., extended for the Bank of America to April 27, 2010.

    Objections Filed:   None

    Status: This matter will be going forward as a status conference.

3. Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation by and Among the Debtors and Wells Fargo Bank, N.A. (I) Resolving Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.) and (II) Partially Resolving Certain Proofs of Claim [D.I. 8756, 4/8/10]

    Objection Deadline:   April 22, 2010 at 4:00 p.m.

    Objections Filed:   None

    Status: This matter will be going forward as a status conference.

4. Paula Rush v. Deutsche Bank National Trust Co., Goldman Sachs, GSR 2006-OA1 Trust, Wells Fargo, WLR Recovery Fund IIII, L.P. and Michael Strauss, Adv. No. 10-50917

    Status: This matter will be going forward as a status conference

5.  Dr. David and Elisabeth Jackson v. Deutsche Bank National Trust Co., AHMIT 2006-2 Trust a Statutory Trust, American Home Mortgage Securities LLC, Michael Strauss, Wells Fargo Bank, N.A., Wilbur Ross, WLR Recovery Fund IIII, L.P., AH Mortgage Acquisitions, AHMSI, Adv. No. 10-50915

    Status: This matter will be going forward as a status conference.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>April 22, 2010 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Sean M. Beach*<br>Sean M. Beach (No. 4070)<br>Curtis J. Crowther (No. 3238)<br>Patrick A. Jackson (No. 4976)<br>Michael S. Neiburg (No. 5275)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel for Debtors and Debtors in Possession* |