**AMERICAN HOME MORTGAGE**
Time Summary
**March 1, 2010 to March 31, 2010**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 33.3 | 610.00 | 20,313.00 |
| MICHELE MICHAELIS | DIRECTOR | 33.4 | 450.00 | 15,030.00 |
| CHRIS AWONG | SENIOR | 26.5 | 275.00 | 7,287.50 |
| MATTHEW J STEWART | SENIOR | 117.7 | 240.00 | 28,248.00 |
| KEVIN REINLE | SENIOR | 4.8 | 225.00 | 1,080.00 |
| NAUSHON E VANDERHOOP | SENIOR | 4.1 | 190.00 | 779.00 |
| JASON M FRIEDMAN | STAFF | 8.1 | 180.00 | 1,458.00 |
| ALAINA D MASLER | STAFF | 5.0 | 180.00 | 900.00 |
| MATTHEW E SANDBERG | STAFF | 17.1 | 150.00 | 2,565.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 6.2 | 150.00 | 930.00 |
| BETTY CHARMATZ | PARA-PROF. | 1.2 | 130.00 | 156.00 |
| | **TOTAL:** | **257.4** | | **$78,746.50** |
| TRAVEL TIME: Billed @ ½ rate MATTHEW J STEWART | SENIOR | 3.5 | 120.00 | 420.00 |
| | **SUBTOTAL:** | **3.5** | | **420.00** |
| | **TOTAL:** | **260.9** | | **$79,166.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

## A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/1/2010 | D.B. | Reviewed analysis from Zolfo re: settlement of WL Ross admin claim. | 0.4 |
| 3/5/2010 | M.S. | Reviewed RBS claim and correspondences with D. Berliner and M. Michaelis re: same. | 0.4 |
| 3/6/2010 | M.S. | Reviewed updated claims register and omnibus objections. | 0.4 |
| 3/8/2010 | D.B. | Reviewed information on RBS claim issue and discussed with M. Stewart re: POC #8963. | 0.4 |
| 3/8/2010 | M.S. | Reviewed claims and objections. | 0.2 |
| 3/10/2010 | M.S. | Reviewed draft settlement of the WL Ross administrative claim. | 0.4 |
| 3/11/2010 | D.B. | Reviewed Release & Settlement Agreement re: WL Ross admin claim and amount proposed in Exhibit D. | 0.8 |
| 3/15/2010 | D.B. | Reviewed claims matrix and updated schedule. | 0.3 |
| 3/16/2010 | M.M. | Reviewed information from counsel re: claims settlement and issues. | 0.3 |
| 3/26/2010 | M.S. | Reviewed open administrative and priority claims as of March 26, 2010. | 0.9 |
| 3/26/2010 | M.S. | Discussions with M. Sandberg re: open claims. | 0.4 |
| 3/26/2010 | M.S. | Edited AHM Admin and Priority Claims spreadsheet in Excel. | 2.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**March 1, 2010 to March 31, 2010**

**A.      ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/30/2010 | M.S. | Reviewed open administrative and priority claims as of March 26, 2010. | 0.6 |
| 3/31/2010 | M.S. | Reviewed open claims, loan file index and updates relating to litigation/asset sales timelines. | 0.6 |
| 3/31/2010 | M.S. | Prepared email update for D. Berliner and M. Michaelis re: claims, loan files, and other current issues. | 0.8 |
| | | **TOTAL:** | **9.7** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.9 | 610.00 | 1,159.00 |
| M. MICHAELIS (M.M.) | 0.3 | 450.00 | 135.00 |
| M. STEWART (M.S.) | 4.7 | 240.00 | 1,128.00 |
| M. SANDBERG (M.S.) | 2.8 | 150.00 | 420.00 |
| **TOTAL:** | **9.7** | | **2,842.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

**B.     TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/23/2010 | M.S. | Correspondences with the Debtors and R. Kong re: tax information. | 0.2 |
| | | **TOTAL:** | **0.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 0.2 | 240.00 | 48.00 |
| **TOTAL:** | **0.2** | | **48.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/1/2010 | C.A. | Per request from Counsel, verified the existence of unpaid new value for preference Defendant Media Recovery. | 0.6 |
| 3/1/2010 | C.A. | Per request from Counsel, responded to Defendant's (Balweb & Bellagio) discovery requests by providing various documentation such as checks, invoices, (and other correspondences) paid in the preference and historical period. | 2.9 |
| 3/1/2010 | C.A. | Per request from Counsel, reviewed the preference Defendant's (Remax) response to Counsel's preference letter, and researched the various vendor IDs applicable to that particular vendor name.  Responded to Counsel. | 2.7 |
| 3/2/2010 | M.S. | Reviewed and sent preference bank accounts to the Debtors. | 0.2 |
| 3/3/2010 | C.A. | Per request from Counsel, researched and reviewed invoices to determine why the vendor ILINC Communications had significantly larger invoices in the preference period versus the historical period, and also researched its line of business.  Coordinated response with the Debtors. | 2.3 |
| 3/3/2010 | C.A. | Per request from Counsel, verified the Defendant's (First American Flood Data Svcs) claim of additional unpaid new value. | 0.7 |
| 3/4/2010 | M.S. | Correspondences with C. Awong and the Debtors re: preferences. | 0.3 |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/4/2010 | M.S. | Reviewed preferences bank statements and preference settlement sheet. | 0.4 |
| 3/8/2010 | C.A. | Per request from Counsel, reviewed various service agreements, historical and preference period invoices, and HR records between AHM and preference Defendant Protis Executive Innovations, and communicated various information to Counsel. | 2.1 |
| 3/9/2010 | C.A. | Per request from Counsel, verified the preference Defendant's (First American Flood Data Services) assertion of unpaid new value, corresponded with the Debtors and communicated results to Counsel. | 0.9 |
| 3/9/2010 | C.A. | Per request from Counsel, reviewed various service agreements between AHM and preference Defendant CT Networks, and corresponded with the Debtors to determine potential unpaid new value exposure.  Communicated results to Counsel. | 1.7 |
| 3/10/2010 | M.M. | Discussion with C. Awong re: preference issues. | 0.3 |
| 3/15/2010 | M.M. | Reviewed preference settlement and data request files. | 0.4 |
| 3/15/2010 | M.M. | Discussed "Affirmation" to be made by Debtors and or BDO re: preference support. | 0.7 |
| 3/16/2010 | M.M. | Reviewed preference bank statements. | 0.3 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**March 1, 2010 to March 31, 2010**

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/16/2010 | M.M. | Reviewed new preference settlements. | 0.2 |
| 3/17/2010 | C.A. | Per request from Counsel, investigated and coordinated with the Debtors to determine whether the preference vendor DW Consulting provided post-petition services based on an assumed and assigned service agreement. | 1.8 |
| 3/18/2010 | C.A. | Per request from Counsel, reviewed service contract and coordinated with the Debtors to determine the payment terms for preference vendor Bellagio. | 0.2 |
| 3/19/2010 | C.A. | Per request from Counsel, investigated various invoices, e-mail correspondences, and check payments made to the preference vendor Touch LLC (Pure) during the preference period.  Coordinated response with the Debtors. | 2.1 |
| 3/19/2010 | C.A. | Per request from Counsel, investigated invoice, check payment and other documents related to preference vendor J. Laurie Commercial Floors, and communicated observations to Counsel. | 0.4 |
| 3/22/2010 | C.A. | Reviewed various executed contracts between AHM and preference vendor Touch (Pure) LLC to determine contract cancellation policy. | 1.2 |
| 3/23/2010 | C.A. | Per request from Counsel, followed-up with the Debtors regarding outstanding items for various preference vendors, including J Laure Commercial Floors, Bellagio, and Pure (Touch) LLC. | 1.3 |
| 3/23/2010 | M.S. | Reviewed the Debtors reconciliation to the preference accounts. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

**C.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/26/2010 | C.A. | Prepared a summary of preference settlements to date through the 7th Omnibus 9019 Motion filed with the Court, and submitted to the BDO team in preparation of the POR. | 0.8 |
| 3/30/2010 | C.A. | Per request from Counsel, analyzed payment patterns made to preference vendor Radian Services LLC during the preference period, and reviewed copies of invoices to determine unusual payment trends.  Also communicated issues with the Debtors and provided a detailed response to Counsel. | 2.9 |
| 3/31/2010 | M.S. | Reviewed open preference matters and projected recoveries. | 0.6 |
| | | **TOTAL:** | **28.3** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 1.9 | 450.00 | 855.00 |
| C. AWONG (C.A.) | 24.6 | 275.00 | 6,765.00 |
| M. STEWART (M.S.) | 1.8 | 240.00 | 432.00 |
| **TOTAL:** | **28.3** | | **8,052.00** |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

### D.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/2/2010 | D.B. | Reviewed PCAOB letter and documents requested from AHM and discussed with M. Stewart. | 0.8 |
| 3/2/2010 | M.S. | Reviewed documents relating to gain on sale accounts. | 0.4 |
| 3/2/2010 | M.S. | Correspondences with J. D'Amato re: loan numbers. | 0.3 |
| 3/3/2010 | M.M. | Reviewed and discussed status of investigation. | 0.4 |
| 3/3/2010 | M.M. | Revisited bank sale information. | 0.2 |
| 3/3/2010 | M.S. | Meeting with D. Berliner and M. Michaelis re: causes of action investigation. | 0.4 |
| 3/3/2010 | M.S. | Prepared materials for the causes of action investigation meeting Friday and next week. | 0.4 |
| 3/4/2010 | D.B. | Reviewed files on D&T investigation to prepare for meeting with Hahn & Hessen. | 1.1 |
| 3/4/2010 | D.B. | Reviewed M. Stewart summary of meeting with Debtors and work to be done by BDO. | 0.1 |
| 3/4/2010 | M.S. | Reviewed G/L ledger information regarding loan sales. | 0.6 |
| 3/4/2010 | M.S. | Reviewed documents and information related to the causes of action investigation. | 1.2 |
| 3/5/2010 | D.B. | Reviewed BDO reports to prepare for meeting with Hahn & Hessen. | 1.2 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

## D.     LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/5/2010 | D.B. | Met with M. Michaelis and M. Stewart to discuss work to be performed to prepare for meeting with D&T. | 0.3 |
| 3/5/2010 | M.M. | Reviewed and discussed PCAOB letter. | 0.3 |
| 3/8/2010 | M.M. | Reviewed, edited and discussed outline of summary for meeting with counsel. | 1.2 |
| 3/8/2010 | M.S. | Prepared materials for the 3/11/10 meeting with D&T. | 3.8 |
| 3/8/2010 | M.S. | Correspondences with M. Michaelis and A. Masler re: D&T meeting. | 0.4 |
| 3/8/2010 | M.S. | Prepared various materials for D. Berliner relating to the 3/11/10 meeting with D&T. | 3.3 |
| 3/9/2010 | D.B. | Reviewed BDO Reports to Hahn & Hessen to prepare for meeting with D&T. | 0.8 |
| 3/9/2010 | M.M. | Discussed and reviewed outline of meeting with counsel re: settlement discussions. | 0.8 |
| 3/9/2010 | M.S. | Meeting with D. Berliner re: meeting with counsel on Thursday. | 0.5 |
| 3/9/2010 | M.S. | Prepared various materials for D. Berliner relating to the 3/11/10 meeting with D&T. | 3.8 |
| 3/9/2010 | M.S. | Meeting with M. Michaelis re: materials for the causes of action investigation. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**March 1, 2010 to March 31, 2010**

D.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/9/2010 | M.S. | Reviewed Concordance database and documents relating to the causes of action investigation. | 0.8 |
| 3/9/2010 | M.S. | Reviewed information and documents relating to the causes of action investigation. | 1.5 |
| 3/10/2010 | D.B. | Reviewed and edited initial draft of outline of issues for D&T settlement meeting. | 1.1 |
| 3/10/2010 | D.B. | Reviewed files and BDO Reports to Hahn & Hessen to prepare for meeting with D&T. | 1.2 |
| 3/10/2010 | D.B. | Met with M. Stewart and M. Michaelis to prepare outline of issues for meeting with Hahn & Hessen and D&T. | 0.4 |
| 3/10/2010 | M.M. | Reviewed updated issue summaries for meetings with counsel and settlement discussions. | 1.9 |
| 3/10/2010 | M.M. | Multiple discussions with D. Berliner and M. Stewart re: preparation for meeting with counsel. | 0.3 |
| 3/10/2010 | M.S. | Prepared materials for the March 11 meeting with counsel: causes of action investigation. | 3.6 |
| 3/10/2010 | M.S. | Prepared the causes of action meeting tomorrow with Hahn & Hessen. | 1.7 |
| 3/10/2010 | M.S. | Prepared and meeting with D. Berliner and M. Michaelis re: causes of action investigation. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**March 1, 2010 to March 31, 2010**

**D.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/10/2010 | M.S. | Revised settlement materials based on M. Michaelis comments. | 0.6 |
| 3/10/2010 | M.S. | Reviewed document database for documents relating to the causes of action investigation. | 0.8 |
| 3/11/2010 | D.B. | Reviewed files and BDO Reports to Hahn & Hessen to prepare for meeting with D&T. | 1.9 |
| 3/11/2010 | D.B. | Met with M. Stewart to finalize outline of issues for D&T meeting. | 0.5 |
| 3/11/2010 | D.B. | Met with Hahn & Hessen, D&T and Skadden re: UCC investigation. | 1.7 |
| 3/11/2010 | M.M. | Prepared for meeting at counsel's office | 0.6 |
| 3/11/2010 | M.S. | Met with counsel, D. Berliner and M. Michaelis re: causes of action investigation. | 3.5 |
| 3/11/2010 | M.S. | Prepared materials for causes of action investigation meeting today. | 3.6 |
| 3/11/2010 | M.S. | Prepared materials for counsel re: causes of action investigation. | 0.4 |
| 3/12/2010 | M.S. | Reviewed documents relating to the causes of action investigation. | 1.6 |
| 3/12/2010 | M.S. | Correspondences with D. Berliner and M. Michaelis re: causes of action investigation. | 0.2 |

### AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### March 1, 2010 to March 31, 2010

## D.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/17/2010 | M.S. | Analyzed documents related to the causes of action investigation. | 1.0 |
| 3/17/2010 | M.S. | Preparation and discussions with M. Michaelis re: employees, claims, bank, Ross and other case issues. | 1.2 |
| 3/18/2010 | D.B. | Reviewed information related to PCAOB loan sample information request and discussed ramifications with M. Michaelis, M. Stewart and T. Lendez. | 2.3 |
| 3/18/2010 | M.M. | Reviewed loan sale procedures. | 0.4 |
| 3/18/2010 | M.M. | Reviewed and discussed E-discovery data transfer. | 0.3 |
| 3/18/2010 | M.S. | Reviewed documents relating to the causes of action investigation and the gain on sales of loans during 2006. | 2.4 |
| 3/18/2010 | M.S. | Correspondences with M. Sandberg re: indexing documents. | 0.3 |
| 3/18/2010 | M.S. | Various correspondences with D. Berliner, M. Michaelis, and the Debtors re: Ross and loan sales. | 0.6 |
| 3/19/2010 | M.M. | Reviewed correspondence re: gain on sale issues. | 0.2 |
| 3/22/2010 | D.B. | Continued review of information related to PCAOB loan sample information request. | 0.8 |
| 3/23/2010 | D.B. | Continued review of information related to PCAOB loan sample information request. | 0.7 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**March 1, 2010 to March 31, 2010**

**D.    LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/23/2010 | M.S. | Reviewed SFAS 140 in relation to the causes of action investigation. | 0.8 |
| 3/24/2010 | M.M. | Revisited Servicing settlement agreement. | 0.3 |
| 3/24/2010 | M.S. | Reviewed remaining loans to be sold. | 0.6 |
| 3/24/2010 | M.S. | Reviewed documents related to the causes of action investigation. | 0.8 |
| 3/25/2010 | D.B. | Met with M. Michaelis and M. Stewart re: status of UCC investigation and work to prepare for 'effective date'. | 0.3 |
| 3/25/2010 | M.S. | Reviewed documents related to the causes of action investigation. | 2.4 |
| 3/26/2010 | M.S. | Reviewed documents related to the causes of action investigation / preparation of analysis. | 2.3 |
| 3/29/2010 | M.M. | Reviewed potential gain on sale issues. | 1.4 |
| 3/29/2010 | M.S. | Reviewed documents related to the causes of action investigation. | 2.8 |
| 3/29/2010 | M.S. | Discussions with M. Michaelis re: causes of action investigation. | 0.3 |
| 3/29/2010 | M.S. | Reviewed trial balance and general ledger entries relating to the gain on sale account. | 1.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

#### D.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/30/2010 | D.B. | Met with M. Michaelis re: issues regarding gain on loan sale and to review documents. | 1.1 |
| 3/30/2010 | M.M. | Corresponded with M. Stewart re: gain on sale issue. | 0.4 |
| 3/30/2010 | M.M. | Reviewed data re: gains on sale. | 0.7 |
| 3/30/2010 | M.S. | Reviewed materials relating to the causes of action investigation. | 0.8 |
| 3/31/2010 | M.M. | Reviewed data re: equity investments/inflows during 2007. | 1.4 |
| 3/31/2010 | M.M. | Prepared summary of equity and investment in during 2007 and use of proceeds. | 0.4 |
| 3/31/2010 | M.M. | Reviewed and discussed data re: gains on sale. | 0.7 |
| 3/31/2010 | M.S. | Reviewed documents and information related to the causes of action investigation. | 3.8 |
| 3/31/2010 | M.S. | Work sessions with J. Friedman re: causes of action Investigation. | 0.8 |
| 3/31/2010 | M.S. | Meeting with M. Michaelis re: causes of action investigation. | 0.5 |
| 3/31/2010 | M.S. | Prepared memo for counsel related to the causes of action investigation. | 0.6 |
| | | **TOTAL:** | **86.1** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

**D.      LITIGATION CONSULTING**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 16.3 | 610.00 | 9,943.00 |
| M. MICHAELIS (M.M.) | 11.9 | 450.00 | 5,355.00 |
| M. STEWART (M.S.) | 57.9 | 240.00 | 13,896.00 |
| **TOTAL:** | **86.1** | | **29,194.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**March 1, 2010 to March 31, 2010**

E.      MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/1/2010 | D.B. | Conference call with Zolfo re: settlement of Ross claim and case update. | 0.5 |
| 3/1/2010 | M.M. | Conference call with Debtors re: Bank and Ross update. | 0.6 |
| 3/1/2010 | M.S. | Conference call with the Debtors to discuss the Bank and WL Ross. | 0.7 |
| 3/1/2010 | M.S. | Reviewed WL Ross administrative settlement and preparation for call with Debtors re: Ross and Bank. | 0.8 |
| 3/2/2010 | C.A. | Communicated with the Debtors regarding payments made to Defendant Kodak during period of one year warranty, and communicated results to Counsel. | 0.3 |
| 3/4/2010 | M.S. | Work sessions with AHM employees re: loan sales, preferences and claims. | 0.6 |
| 3/4/2010 | M.S. | Correspondences with the Debtors and counsel re: preferences. | 0.4 |
| 3/4/2010 | M.S. | Meetings with S. Martinez and L. Smalley re: Ross, Bank, and other Effective Date issues. | 2.5 |
| 3/4/2010 | M.S. | Work sessions with S. Martinez re: Effective Date cash flow and employees. | 1.5 |
| 3/6/2010 | M.S. | Correspondences with S. Martinez re: claims. | 0.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
March 1, 2010 to March 31, 2010

**E.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/9/2010 | C.A. | Held conference call with Counsel and the Debtors to discuss various responsibilities regarding potential discovery requests from preference Defendants. | 0.3 |
| 3/9/2010 | M.S. | Correspondences with the Debtors re: loan origination data. | 0.2 |
| 3/10/2010 | M.S. | Correspondence with the Debtors re: loan origination data. | 0.4 |
| 3/11/2010 | M.S. | Discussed with S. Martinez re: Bank, Ross and Loans. | 0.3 |
| 3/12/2010 | M.S. | Discussion with S. Martinez re: Ross and other issues. | 0.2 |
| 3/16/2010 | M.S. | Correspondences with the Debtors re: site visit tomorrow and Ross. | 0.2 |
| 3/17/2010 | M.M. | Met with Liquidating Trust, M. Stewart and S. Martinez re: employee issues. | 1.2 |
| 3/17/2010 | M.M. | Met with K. Nystrom re: update on bank sale and Ross settlement. | 0.9 |
| 3/17/2010 | M.S. | Preparation and meetings with S. Martinez re: employees, bank and other issues. | 0.8 |
| 3/17/2010 | M.S. | Prepared and meetings with the future Trustee and Zolfo Cooper at the Debtors site. | 3.5 |
| 3/18/2010 | D.B. | Reviewed e-mail from S. Martinez re: proposal loan sale procedures and discussed with M. Stewart. | 0.2 |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

### E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/23/2010 | M.M. | Update call with Zolfo. | 0.4 |
| 3/23/2010 | M.S. | Discussions with the Debtors re: preference accounts. | 0.3 |
| 3/24/2010 | D.B. | Conference call with Zolfo re: case status update. | 0.4 |
| 3/24/2010 | M.S. | Prepared and meeting with M. Michaelis, D. Berliner and the Debtors re: weekly update call. | 0.8 |
| 3/24/2010 | M.S. | Correspondences with S. Martinez re: water field. | 0.1 |
| 3/25/2010 | C.A. | Held a conference call with the Debtors and provided a status update to Counsel regarding payments made in the preference period, planning arrangements, cancellation and Schedule G Claims for vendor Touch LLC. | 1.3 |
| 3/30/2010 | M.S. | Work sessions with AHM employees re: general ledger information. | 1.6 |
| 3/30/2010 | M.S. | Work sessions with AHM employees and review of information provided re: claims. | 0.6 |
| 3/30/2010 | M.S. | Meetings with S. Martinez re: employees, Bank, Ross, and other case issues. | 1.0 |
| | | **TOTAL:** | **22.7** |

### AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

**E.      MEETINGS - DEBTOR**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|-----:|-----:|-------------:|
| D. BERLINER (D.B.) | 1.1 | 610.00 | 671.00 |
| M. MICHAELIS (M.M.) | 3.1 | 450.00 | 1,395.00 |
| C. AWONG (C.A.) | 1.9 | 275.00 | 522.50 |
| M. STEWART (M.S.) | 16.6 | 240.00 | 3,984.00 |
| **TOTAL:** | **22.7** | | **6,572.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**March 1, 2010 to March 31, 2010**

**F.      REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/1/2010 | M.S. | Prepared updated report for the Committee on 3/3/10. | 3.3 |
| 3/1/2010 | M.S. | Work sessions with M. Sandberg re: Committee report. | 0.7 |
| 3/1/2010 | M.S. | Reviewed report updates made by M. Sandberg and made comments re: report. | 0.4 |
| 3/1/2010 | M.S. | Edited AHM Financial Update memo. | 0.7 |
| 3/1/2010 | M.S. | Added a Cash Flow Update to the AHM Financial Update memo. | 3.3 |
| 3/2/2010 | D.B. | Reviewed revised draft of BDO Report to UCC and prepared comments for M. Stewart; discussed initial comments with M. Stewart. | 1.7 |
| 3/2/2010 | K.R. | Prepared analysis and graphs relating to professional fees to include in UCC report. | 1.2 |
| 3/2/2010 | M.M. | Reviewed and edited report to Committee. | 0.6 |
| 3/2/2010 | M.S. | Correspondences with D. Berliner re: Committee report. | 0.2 |
| 3/2/2010 | M.S. | Revised Committee report (3/3/10) based on M. Michaels's comments and questions. | 0.6 |
| 3/2/2010 | M.S. | Prepared the 3/3/10 BDO update report for the Committee. | 3.8 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

### F.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/3/2010 | D.B. | Finalized BDO Report to UCC & reviewed final edits. | 0.8 |
| 3/3/2010 | M.S. | Prepared Committee update report for 3/3/10. | 1.4 |
| 3/16/2010 | M.S. | Prepared update report for future Trustee in advance of meeting tomorrow. | 0.4 |
| 3/17/2010 | M.M. | Met with M. Stewart re: Committee update. | 0.7 |
| 3/17/2010 | M.M. | Prepared update to Committee. | 1.1 |
| 3/17/2010 | M.S. | Reviewed and revised update prepared by M. Michaelis re: bank, Ross and other issues. | 0.4 |
| 3/23/2010 | M.M. | Discussion with M. Stewart of report to Committee. | 0.3 |
| 3/23/2010 | M.S. | Prepared BDO report for 3.25.10. | 0.5 |
| 3/23/2010 | M.S. | Discussions with M. Michaelis re: case status and report. | 0.4 |
| 3/24/2010 | D.B. | Reviewed initial draft of BDO Report to UCC for 3/25/2010 meeting and prepared comments. | 0.9 |
| 3/24/2010 | K.R. | Reviewed and revised Committee report. | 0.3 |
| 3/24/2010 | M.M. | Reviewed and edited report to Committee. | 0.8 |
| 3/24/2010 | M.S. | Prepared report for the March 25, 2010 meeting. | 2.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

### F.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/24/2010 | M.S. | Prepared and meeting with M. Michaelis re: report and case status. | 0.6 |
| 3/24/2010 | M.S. | Revised Committee report for 3.25.10 based on D. Berliner's and counsel's comments. | 0.8 |
| 3/25/2010 | D.B. | Reviewed final draft of BDO Report to UCC for 3/25/2010 meeting. | 0.4 |
| 3/25/2010 | M.S. | Reviewed and sent out Committee report for today's call. | 0.6 |
| 3/25/2010 | M.S. | Sent out Committee report in advance of today's meeting with the Committee. | 0.3 |
| | | **TOTAL:** | **29.6** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.8 | 610.00 | 2,318.00 |
| M. MICHAELIS (M.M.) | 3.5 | 450.00 | 1,575.00 |
| M. STEWART (M.S.) | 16.8 | 240.00 | 4,032.00 |
| K. REINLE (K.R.) | 1.5 | 225.00 | 337.50 |
| M. SANDBERG (M.S.) | 4.0 | 150.00 | 600.00 |
| **TOTAL:** | **29.6** | | **8,862.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**March 1, 2010 to March 31, 2010**

## G.     MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/3/2010 | D.B. | Prepared for and presented BDO report to UCC at UCC conference call. | 0.9 |
| 3/3/2010 | M.M. | Prepared for and participated Committee call. | 0.9 |
| 3/3/2010 | M.S. | Prepared and Committee call re: case update. | 1.3 |
| 3/17/2010 | M.M. | Met with S. Sass, L. Smalley and Zolfo re: global update of case and effective date issues. | 1.9 |
| 3/25/2010 | D.B. | Conference call with UCC and presented BDO report; prepared for UCC call. | 0.6 |
| 3/25/2010 | M.M. | Prepared for and participated in call with Committee. | 1.3 |
| 3/25/2010 | M.S. | Prepared and conference call with the Committee re: Bank and Ross. | 0.8 |
| | | **TOTAL:** | **7.7** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.5 | 610.00 | 915.00 |
| M. MICHAELIS (M.M.) | 4.1 | 450.00 | 1,845.00 |
| M. STEWART (M.S.) | 2.1 | 240.00 | 504.00 |
| **TOTAL:** | **7.7** | | **3,264.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**March 1, 2010 to March 31, 2010**

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/1/2010 | K.R. | Updated professional fees summary schedule based on newly filed fee applications with the court. | 0.9 |
| 3/1/2010 | M.M. | Reviewed WLR settlement proposal in advance of call with Debtors. | 0.3 |
| 3/1/2010 | M.M. | Discussion with D. Berliner and M. Stewart re: visit to location, claims and effective date issues. | 0.3 |
| 3/1/2010 | M.M. | Reviewed revised budget as provided by Zolfo. | 0.3 |
| 3/1/2010 | M.S. | Created a cash flow forecast and budget to actual variance analysis in Excel. | 3.1 |
| 3/1/2010 | M.S. | Prepared updated Effective Date analysis. | 0.8 |
| 3/1/2010 | M.S. | Reviewed the cash flow forecast provided last week. | 0.4 |
| 3/1/2010 | M.S. | Meeting with M. Michaelis and D. Berliner re: bank, Ross and report. | 0.4 |
| 3/1/2010 | M.S. | Correspondences with K. Reinle re: professional fees. | 0.2 |
| 3/2/2010 | M.M. | Reviewed effective date and current run rate issues. | 0.3 |
| 3/2/2010 | M.S. | Reviewed professional fees filed through 2/28/10 and preparation of run rate analysis. | 0.6 |
| 3/2/2010 | M.S. | Reviewed updated cash flow forecast and updated Effective Date analysis. | 1.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

**H.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/3/2010 | D.B. | Met with M. Michaelis & M. Stewart to prepare for meeting with Hahn & Hessen on 3/5/2010. | 0.4 |
| 3/3/2010 | M.S. | Prepared materials for the site visit tomorrow. | 0.6 |
| 3/4/2010 | K.R. | Updated omnibus objections summary schedule based on updated filings with the bankruptcy court. | 0.8 |
| 3/4/2010 | M.S. | Reviewed Effective Date cash and additional reserve noted by the Debtors. | 1.2 |
| 3/5/2010 | M.M. | Discussed visits to location and information obtained with M. Stewart. | 0.4 |
| 3/5/2010 | M.M. | Reviewed current cash flow. | 0.3 |
| 3/8/2010 | A.M. | Reviewed BDO reports and created exhibit of historical financial data relating to loan severity, loan delinquencies, and loan originations. | 2.8 |
| 3/8/2010 | M.S. | Reviewed loan level detail retrieved by P. Raines. | 0.3 |
| 3/8/2010 | M.S. | Correspondences with P. Raines re: loan level detail. | 0.3 |
| 3/9/2010 | A.M. | Added 2003 and 2004 historical balance sheet and income statement data to master file. | 0.6 |
| 3/9/2010 | A.M. | Created exhibit of loan originations by year and by product type. | 1.1 |
| 3/9/2010 | M.S. | Correspondences with D. Berliner re: AHM updates. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

**H.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/9/2010 | M.S. | Reviewed loan origination data for 2004-2007. | 0.4 |
| 3/10/2010 | M.M. | Reviewed WL Ross settlement document. | 0.3 |
| 3/10/2010 | M.S. | Reviewed loan origination data for 2004, 2005 and 2006. | 0.2 |
| 3/11/2010 | M.S. | Reviewed remaining unencumbered loan pool and break-even analysis. | 0.3 |
| 3/12/2010 | M.M. | Reviewed current budget. | 0.3 |
| 3/12/2010 | M.S. | Reviewed the cash flow forecast provided 3/12/10. | 0.4 |
| 3/15/2010 | D.B. | Reviewed AHM cash flow forecast. | 0.2 |
| 3/16/2010 | M.S. | Correspondences with M. Michaelis re: visit tomorrow and case update. | 0.3 |
| 3/16/2010 | M.S. | Prepared site visit tomorrow and updates to Effective Date issues list. | 0.7 |
| 3/17/2010 | D.B. | Various e-mails with M. Michaelis and M. Stewart re: case update and results of meeting with K. Nystrom and S. Sass @ Melville. | 0.3 |
| 3/17/2010 | M.S. | Prepared employee listing schedule for S. Sass and L. Smalley. | 0.7 |
| 3/18/2010 | A.M. | Reviewed and summarized 2006 10-K for gain on sale data and explanations. | 0.5 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

**H.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/18/2010 | D.B. | Reviewed Debtor's motion for approval of settlement with Deutsche Bank. | 0.2 |
| 3/18/2010 | D.B. | Reviewed docket report for period March 1 thru March 12, 2010, amended motion for recovery of costs and expenses pursuant to Section 506(c) related to Mt. Prospect property and response of Orix Capital Markets to AHM's objection to repo deficiency claim. | 0.4 |
| 3/18/2010 | M.M. | Reviewed WL Ross motion. | 0.2 |
| 3/18/2010 | M.S. | Reviewed remaining loans and preparation of analysis for recovery for D. Berliner. | 0.3 |
| 3/18/2010 | M.S. | Correspondences with A. Masler re: 2006 10-K. | 0.2 |
| 3/18/2010 | M.S. | Reviewed AHM trial balances for the years-ended 2006 and 2007. | 0.8 |
| 3/19/2010 | M.M. | Reviewed newest cash flow budget. | 0.3 |
| 3/22/2010 | D.B. | Reviewed revised cash flow budget for period. | 0.3 |
| 3/22/2010 | K.R. | Updated professional fee summary schedules based on newly filed fee applications on the docket. | 0.9 |
| 3/24/2010 | M.M. | Revisited most recent cash budget. | 0.2 |
| 3/24/2010 | M.M. | Reviewed recent filings and correspondence. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**March 1, 2010 to March 31, 2010**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/25/2010 | K.R. | Updated omnibus objection summary schedules based on updated filing with the Bankruptcy Court. | 0.7 |
| 3/25/2010 | M.S. | Meeting with D. Berliner and M. Michaelis re: case planning and next steps. | 0.4 |
| 3/25/2010 | M.S. | Reviewed updated cash flow forecast and updated Effective Date analysis. | 0.4 |
| 3/26/2010 | M.M. | Reviewed updated budget. | 0.8 |
| 3/29/2010 | M.S. | Reviewed docket and related filings. | 0.4 |
| 3/29/2010 | M.S. | Had discussions with staff re: gestated loans. | 0.2 |
| 3/29/2010 | M.S. | Updated Loan Accounts spreadsheet in excel. | 2.9 |
| 3/30/2010 | D.B. | E-mails with M. Stewart re: results of meeting with Debtors at AHM offices. | 0.1 |
| 3/30/2010 | M.S. | Updated Loan Accounts spreadsheet in excel. | 4.3 |
| 3/30/2010 | M.S. | Reviewed information received from AHM employees re: general ledger details. | 1.4 |
| 3/30/2010 | M.S. | Reviewed loan information prepared by M. Sandberg. | 0.6 |
| 3/31/2010 | D.B. | Reviewed memo to files re: case status update and report on BDO visit to AHM office. | 0.3 |
| 3/31/2010 | D.B. | Reviewed employee structure schedule and post-effective date timeline. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**March 1, 2010 to March 31, 2010**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/31/2010 | J.F. | Work session with M. Stewart on Gain on sales analysis for 2007. | 0.8 |
| 3/31/2010 | J.F. | Analyzed Debtors January, February, and March 2007 gain on sales and loans credited GL accounts detail. | 2.4 |
| 3/31/2010 | J.F. | Analyzed Debtors monthly 2007 gain on sales and loans GL accounts. | 3.2 |
| 3/31/2010 | J.F. | Analyzed Debtors calendar year 2007 gain on sales and loans GL accounts. | 1.7 |
| | | **TOTAL:** | **47.6** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.6 | 610.00 | 1,586.00 |
| M. MICHAELIS (M.M.) | 4.2 | 450.00 | 1,890.00 |
| M. STEWART (M.S.) | 14.1 | 240.00 | 3,384.00 |
| K. REINLE (K.R.) | 3.3 | 225.00 | 742.50 |
| J. FRIEDMAN (J.F.) | 8.1 | 180.00 | 1,458.00 |
| A. MASLER (A.M.) | 5.0 | 180.00 | 900.00 |
| M. SANDBERG (M.S.) | 10.3 | 150.00 | 1,545.00 |
| **TOTAL:** | **47.6** | | **11,505.50** |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

## I.    COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/2/2010 | D.B. | E-mails with J. McCahay re: D&T investigation and preparing for settlement meeting and discuss PCAOB letter. | 0.2 |
| 3/3/2010 | D.B. | Telephone calls and e-mails with Hahn & Hessen re: planning for UCC call and meeting with D&T. | 0.5 |
| 3/5/2010 | D.B. | Met with Hahn & Hessen to prepare for meeting with D&T re: investigation. | 1.3 |
| 3/5/2010 | M.M. | Prepared for and met with Counsel, M. Stewart and D. Berliner re: Cause of Action settlement meeting. | 1.1 |
| 3/5/2010 | M.S. | Prepared and meetings with counsel re: causes of action investigation. | 3.0 |
| 3/11/2010 | D.B. | E-mails with M. Indelicato re: WL Ross admin claim settlement agreement and AH Bank status. | 0.2 |
| 3/11/2010 | D.B. | Met with J. McCahay, R. Malatek & C. Kang to prepare for meeting with D&T. | 1.7 |
| 3/11/2010 | M.M. | Meeting at counsel's office re: causes of action. | 3.1 |
| 3/17/2010 | D.B. | E-mail with E. Schnitzer re: interrogatories verification re: preference actions and summary of latest preference settlements and schedule needed re: WL Ross admin claim settlement. | 0.4 |
| 3/17/2010 | M.S. | Correspondences with counsel and M. Michaelis re: causes of action investigation. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**March 1, 2010 to March 31, 2010**

**I.    COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/18/2010 | D.B. | E-mails with Hahn & Hessen re: need for UCC call, case status update; reviewed Hahn & Hessen memo re: settlement of claim with Deutsche Bank. | 0.3 |
| 3/18/2010 | M.S. | Various correspondences with counsel and the Debtors re: preference recoveries and bank accounts. | 0.3 |
| 3/23/2010 | D.B. | Reviewed news article on servicing and forwarded to UCC counsel. | 0.1 |
| 3/24/2010 | D.B. | E-mails with Hahn & Hessen re: planning for 3/25/2010 conference call. | 0.2 |
| 3/24/2010 | M.M. | Reviewed counsel's summary re: Ross settlement. | 0.2 |
| 3/25/2010 | D.B. | Reviewed memo from Hahn & Hessen re: Debtor's motion to approve settlement with WL Ross. | 0.1 |
| | | **TOTAL:** | **12.9** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 5.0 | 610.00 | 3,050.00 |
| M. MICHAELIS (M.M.) | 4.4 | 450.00 | 1,980.00 |
| M. STEWART (M.S.) | 3.5 | 240.00 | 840.00 |
| **TOTAL:** | **12.9** | | **5,870.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

**J.    FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/1/2010 | M.G. | Prepared February monthly data. | 0.4 |
| 3/2/2010 | M.G. | Prepared February monthly data. | 0.4 |
| 3/4/2010 | M.G. | Prepared February monthly data. | 0.4 |
| 3/5/2010 | M.G. | Prepared February monthly data. | 0.6 |
| 3/9/2010 | B.C. | Entered February time details. | 1.1 |
| 3/10/2010 | M.G. | Prepared and revised February monthly data. | 0.4 |
| 3/10/2010 | N.V. | Prepared Tenth Interim application for the period November 1, 2009 through January 31, 2010. | 2.4 |
| 3/11/2010 | D.B. | Reviewed 10th Interim Application of BDO as FA to UCC for period 11/1/2009 through 1/31/2010. | 0.2 |
| 3/12/2010 | N.V. | Reviewed and edited February 2010 time detail; updated project categories. | 1.3 |
| 3/16/2010 | B.C. | Entered March time detail. | 0.1 |
| 3/16/2010 | M.G. | Updated February monthly data and prepared 29th F/A. | 1.3 |
| 3/18/2010 | D.B. | Reviewed and approved 29th monthly application of BDO for compensation and services rendered as FA to UCC for February 2010 and Berliner Declaration. | 0.9 |
| 3/18/2010 | M.G. | Revised and updated monthly application. | 1.2 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

**J.      FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/18/2010 | N.V. | Reviewed updated February 2010 monthly application; made final edits. | 0.4 |
| 3/24/2010 | M.G. | Prepared March monthly data. | 0.3 |
| 3/25/2010 | M.G. | Prepared February monthly data (Union). | 0.8 |
| 3/29/2010 | M.G. | Prepared and updated February monthly data (Union). | 0.4 |
| | | **TOTAL:** | **12.6** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.1 | 610.00 | 671.00 |
| N. VANDERHOOP (N.V.) | 4.1 | 190.00 | 779.00 |
| M. GOMEZ (M.G.) | 6.2 | 150.00 | 930.00 |
| B. CHARMATZ (B.C.) | 1.2 | 130.00 | 156.00 |
| **TOTAL:** | **12.6** | | **2,536.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### March 1, 2010 to March 31, 2010

### K.    TRAVEL TIME

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/4/2010 | M.S. | Travel time to and from Melville Long Island for meeting at AHM's office. | 1.0 |
| 3/17/2010 | M.S. | Travel time to and from Melville Long Island for meeting at AHM's office. | 1.0 |
| 3/30/2010 | M.S. | Travel time to and from Melville Long Island (storm/flooding) for meeting at AHM's office. | 1.5 |
| | | **TOTAL:** | **3.5** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 3.5 | 120.00 | 420.00 |
| **TOTAL:** | **3.5** | | **420.00** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
March 1, 2010 through March 31, 2010

| | | |
|---|---|---:|
| 1. | PHOTOCOPYING | |
| | a.　Internal | |
| | b.　External | |
| 2. | TELECOMMUNICATIONS | |
| | a.　Toll Charges | |
| | b.　Facsimile | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES | |
| | *For overnight and hand delivery to Counsel* | |
| | *and Committee members* | |
| 4. | COURT REPORTER AND TRANSCRIPTS | |
| 5. | TECHNOLOGY SERVICES – *Concordance Database* | $1,500.00 |
| | *Monthly Hosting Fee* | |
| 6. | OUT-OF-TOWN TRAVEL | |
| | a.　Transportation | 106.50 |
| | b.　Lodging | |
| | c.　Meals | 101.10 |
| 7. | OUTSIDE SERVICES | |
| 8. | LOCAL MEALS | |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE | |
| | AND PARKING – for cabs to/from meetings, car service | |
| | *for employees working after 8:00 p.m. and local mileage* | |
| | *using personal auto* | |
| 10. | MISCELLANEOUS – Memory Stick | 65.16 |
| | **TOTAL** | **$1,772.76** |

*Details available upon request to BDO**.**