# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage Holdings, Inc.  
**CASE NO:** 07-11047 (CSS)  
**COURTROOM LOCATION:** 6  
**DATE:** 4/27/10 @ 1:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dennis Drebsky | Nixon Peabody LLP | Deutsche Bank NTC |
| Edward Schnitzer | Hahn & Hessen LLP | Creditors' Committee |
| Tori Gulfoyle | Blank Rome LLP | Creditors' Committee |
| Sandra G.M. Selzer | Greenberg Traurig | AHM Acquisition |
| Sean Beach | Young Conaway Stargatt & Taylor | Debtors |
| Todd Schiltz | Drinker Biddle & Reath | Wells Fargo |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**