## CERTIFICATE OF SERVICE

      I, Laurie Selber Silverstein, hereby certify that I am not less than 18 years of age and that on this 28th day of April, 2010, I caused a true and correct copy of the within **Limited Objection of Bank of America, N.A., as Administrative Agent, to Debtors' Motion Pursuant to Sections 105(a) and 363(b) of The Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Release and Settlement Agreement With American Home Mortgage Servicing, Inc. (F/K/A AH Mortgage Acquisition Co., Inc.)** to be served on the following party in the manner indicated below:

**VIA HAND DELIVERY**
Sean M. Beach, Esquire
Patrick A. Jackson, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

      Under penalty of perjury, I declare that the forgoing is true and correct.

_/s/ Laurie Selber Silverstein_
Laurie Selber Silverstein

Pac#964081