IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
AHM SV Inc. ) Case No.      07-11050
(F/K/A American Home Mortgage Servicing, Inc.) )
Debtor. )

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | AHM SV Inc. (F/K/A American Home Mortgage Servicing, Inc.) | Bank: | Various |
| Bankruptcy Number: | 07-11050 | Account Number: | Various |
| Date of Confirmation: | 2/23/2009 | Account Type: | Various |
| Reporting Period (month/year): | January 1, 2010 through March 31, 2010 | | |

Beginning Cash Balance: $2,699,051

All receipts received by the debtor:

- Cash Sales: $0
- Collection of Accounts Receivable: $0
- Proceeds from Litigation (settlement or otherwise): $0
- Sale of Debtor's Assets: $0
- Capital Infusion pursuant to the Plan: $0
- Total of cash received: $0

Total of cash available: $2,699,051

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

- Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: $0
- Disbursements made pursuant to the administrative claims of bankruptcy professionals: $0
- All other disbursements made in the ordinary course: $0
- Total Disbursements: $0

Ending Cash Balance: $2,699,051

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: _April 29, 2010_    Name/Title: _Kevin Nystrom, Chief Restructuring Officer_

**AHM SV, Inc (F/K/A American Home Mortgage Servicing, Inc.) - Case No. 07-11050**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 3/31/2010 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 21,154,562 | $ 2,697,481 |
| Restricted cash | 27,735 | 1,570 |
| Accounts receivable and servicing advances | 115,919,288 | 8,805,506 |
| Intercompany receivable | 180,101,433 | 206,497,090 |
| Premises and equipment, net | 2,851,603 | - |
| Investment in subsidiaries | 10,892,018 | 9,727,945 |
| Other assets | 869,096 | 750,799 |
| Total assets | $ 331,815,735 | $ 228,480,391 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| | | |
| **Liabilities:** | | |
| Warehouse lines of credit | $ 50,000,000 | $ - |
| Accrued expenses and other liabilities | 15,425,797 | 6,067,241 |
| Intercompany payable | 118,132,459 | 7,639,489 |
| Income taxes payable | (1) | 1,779,363 |
| Total liabilities | $ 183,558,255 | $ 15,486,093 |
| | | |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 37,000,200 | $ 37,000,200 |
| Retained earnings | 111,257,280 | 175,994,098 |
| Total stockholders' equity | $ 148,257,480 | $ 212,994,298 |
| | | |
| Total liabilities and stockholders' equity | $ 331,815,735 | $ 228,480,391 |

|  | 8/5/2007 | 3/31/2010 |
|---|---:|---:|
| Other Assets: | | |
|   Prepaid expenses | $ 118,298 | $ - |
|   Other | 750,798 | 750,799 |
|   Total Other Assets | $ 869,096 | $ 750,799 |
| | | |
| Accrued expenses and other liabilities: | | |
|   Accrued expenses | $ 4,801,227 | $ 4,392,027 |
|   Accrued payroll expense | (5,418) | - |
|   Escrow payable | - | 1,674,880 |
|   Foreclosure reserve | 10,629,956 | - |
|   Deferred compensation plan liability | 32 | 334 |
|   Total Accrued expenses and other liabilities | $ 15,425,797 | $ 6,067,241 |