IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al., [1]

       Debtors.

-------------------------------------------------------------------- x

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
:

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 4, 2010 AT 9:00 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.      Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

      Response Deadline:   June 4, 2008 at 4:00 p.m.

      Related Documents:

          a)      Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

      Responses Filed:     See Exhibit A, attached

      Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

                                         

2.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned

3.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

    b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit C, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4.    Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4662, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Documents:

a)     Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 5169, 7/17/08]

b)     Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:     See Exhibit D, attached

Status:  An Order has been entered that partially sustains the Objection.  This matter will be adjourned.

5.     Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:     August 11, 2008 at 4:00 p.m.

Related Document:

a)     Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

Responses Filed:     See Exhibit E, attached

Status: Orders have been entered that partially sustain the Objection.  This matter will be adjourned.

6.     Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:     September 8, 2008 at 4:00 p.m.

     

Related Documents:

    a)    Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 6217, 10/10/08]

    b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

    c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    Please see Exhibit F, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses, this matter will be adjourned.

7.    Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

    b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:  See Exhibit G, attached

    

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned.

8.      Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:    October 15, 2008 at 4:00 p.m.

Related Document:

a)      Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

Responses Filed:      See Exhibit H, attached

Status: Orders have been entered that partially sustain the Objection. This matter will be adjourned.

9.      Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:    December 7, 2009 at 4:00 p.m.

Objections Filed:      None

Status: This matter will be adjourned.

10.     Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Related Document:

a)      Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:      See Exhibit I, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

11.    Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6610, 11/21/08]

Responses Deadline:  December 15, 2008 at 4:00 p.m.

Related Documents:

     a)    Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

     b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:      See Exhibit J, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

12.    Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

     a)    Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:      See Exhibit K, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned.

13.  Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit L, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned.

14.  Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

b)    Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

c)    Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

d)    Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

e)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

      f)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:      See Exhibit M, attached.

Status: Orders have been entered that partially sustain the Objection. This matter will be adjourned.

15.      Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:      May 8, 2009 at 4:00 p.m.

Related Documents:

      a)      Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

      b)      Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:      See Exhibit N, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit N, this matter will be adjourned.

16.      Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:      May 29, 2009 at 4:00 p.m.

Related Documents:

      a)      Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7506, 6/5/09]

      b)      Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7550, 6/19/09]

     c)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:     See Exhibit O, attached

Status: Orders have been entered that partially sustain the Objection. This matter will be adjourned.

17.     Debtors' Thirty-Seventh Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7473, 6/10/09]

Response Deadline:     June 25, 2009 at 4:00 p.m.

Related Documents:

     a)     Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 7584, 7/1/09]

     b)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:     See Exhibit P, attached

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested this matter will be adjourned.

18.     Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7915, 8/7/09]

Response Deadline:     August 30, 2009 at 4:00 p.m.

Responses Filed:     See Exhibit Q, attached

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested this matter will be adjourned.

19.    Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8049, 9/11/09]

Response Deadline:    October 5, 2009 at 4:00 p.m.

Related Documents:

    a)    Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8148, 10/7/09]

    b)    Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [D.I. 8186, 10/14/09]

    c)    Order Setting Briefing Schedule re: Laura Beall's Response to Debtors' Objection to Claim [D.I. 8507, 1/15/10]

    d)    Laura Beall's Sur-Reply Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8629, 2/26/10]

Responses Filed:

    e)    Laura Beall's Response to Debtors' Objection to Claim [D.I. 8137, 10/7/09]

Status: An Order has been entered that partially sustain the Objection. This matter will be adjourned by agreement with respect to the claim of Laura Beall to May 4, 2010 at 9:00 a.m.

20.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 8299, 11/13/09]

Responses Received:  See Exhibit R, attached

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested this matter will be adjourned.

21.    Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8650, 3/5/10]

Response Deadline:    March 30, 2010 at 4:00 p.m.

Related Document:

a)    Order Sustaining in Part Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8746, 4/6/10]]

Responses filed:    See Exhibit S, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

22.    Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation by and Among the Debtors and Deutsche Bank National Trust Co. in Various Capacities Resolving Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.)  [D.I. 8683, 3/15/10]

Objection Deadline:    March 31, 2010 at 4:00 p.m.

Objections Received:

a)    Paula Rush's Objection to Settlement with Deutsche Bank and Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation by and Among the Debtors and Deutsche Bank National Trust Co. in Various Capacities Resolving Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. [D.I. 8732, 4/1/10]

b)    David and Elisabeth Jackson's Objection to Settlement with Deutsche Bank and Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation by and Among the Debtors and Deutsche Bank National Trust Co. in Various Capacities Resolving Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. [D.I. 8733, 4/1/10]

     c)      Paula Rush v. Deutsche Bank National Trust Co., Goldman Sachs, GSR 2006-OA1 Trust, Wells Fargo, WLR Recovery Fund IIII, L.P. and Michael Strauss, Adv. No. 10-50917

     d)      Dr. David and Elisabeth Jackson v. Deutsche Bank National Trust Co., AHMIT 2006-2 Trust a Statutory Trust, American Home Mortgage Securities LLC, Michael Strauss, Wells Fargo Bank, N.A., Wilbur Ross, WLR Recovery Fund IIII, L.P., AH Mortgage Acquisitions, AHMSI, Adv. No. 10-50915

Status: This matter will be adjourned by agreement of the parties to May 11, 2010 at 9:00 a.m.

23.     Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rules 9019(a) for an Order Authorizing and Approving Release and Settlement Agreement with American Home Mortgage Servicing, Inc. (f/k/a) AH Mortgage Acquisition Co., Inc.) [D.I. 8689, 3/16/10]

     Objection Deadline:   April 8, 2010 at 4:00 p.m.

     Related Document:

     a)      Re-Notice of Motion and Notice of Amendment to Release and Settlement Agreement [D.I. 8712, 3/23/10]

     Objections Filed:

     a)      Paula Rush v. Deutsche Bank National Trust Co., Goldman Sachs, GSR 2006-OA1 Trust, Wells Fargo, WLR Recovery Fund IIII, L.P. and Michael Strauss, Adv. No. 10-50917

     b)      Dr. David and Elisabeth Jackson v. Deutsche Bank National Trust Co., AHMIT 2006-2 Trust a Statutory Trust, American Home Mortgage Securities LLC, Michael Strauss, Wells Fargo Bank, N.A., Wilbur Ross, WLR Recovery Fund IIII, L.P., AH Mortgage Acquisitions, AHMSI, Adv. No. 10-50915

     c)      Limited Objection of Bank of America, N.A., as Administrative Agent [D.I. 8799, 4/28/10]

Status: This matter will be adjourned by agreement of the parties to May 11, 2010 at 9:00 a.m.

24.    Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy
Rule 9019(a) for an Order Authorizing and Approving Stipulation by and Among the
Debtors and Wells Fargo Bank, N.A. (I) Resolving Cure Claims Asserted in Connection
with the Assumption and Assignment of Certain Loan Servicing Agreements to
American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.) and
(II) Partially Resolving Certain Proofs of Claim [D.I. 8756, 4/8/10]

Objection Deadline:    April 22, 2010 at 4:00 p.m.

Objections Filed:

  a)  Paula Rush v. Deutsche Bank National Trust Co., Goldman Sachs, GSR
2006-OA1 Trust, Wells Fargo, WLR Recovery Fund IIII, L.P. and
Michael Strauss, Adv. No. 10-50917

  b)  Dr. David and Elisabeth Jackson v. Deutsche Bank National Trust Co.,
AHMIT 2006-2 Trust a Statutory Trust, American Home Mortgage
Securities LLC, Michael Strauss, Wells Fargo Bank, N.A., Wilbur Ross,
WLR Recovery Fund IIII, L.P., AH Mortgage Acquisitions, AHMSI, Adv.
No. 10-50915

Status: This matter will be adjourned by agreement of the parties to May 11, 2010 at 9:00
a.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

25.    Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 8738, 4/1/10]

Response Deadline:    April 27, 2010 at 4:00 p.m.

Related Document:

  a)  Certificate of No Objection [D.I. 8808, 4/30/10]

Responses Filed:  None

Status: A Certificate of No Objection has been filed.  No hearing is required.

26.    The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. v. Digital Draw Network, Inc., Adv. No. 09-51599

Related Documents:

a)    Plaintiff's Motion to Strike Defendant's Answer [D.I. 17, 4/12/10]

b)    Certificate of No Objection regarding Plaintiff's Motion to Strike Defendant's Answer [D.I. 19, 4/29/10]

Status: No parties have objected to the relief requested in the Motion. Accordingly, Plaintiff has filed a Certificate of No Objection and respectfully requests that the Court enter the order attached to the Certificate of No Objection.

## UNCONTESTED GOING FORWARD

27.    Motion of Loizides, P.A. to Withdraw as Counsel to Laura Beall [D.I. 8791, 4/21/10]

Objection Deadline:    April 27, 2010 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be going forward.

28.    Interim Quarterly Fee Requests

Related Document:    See Schedule 1, attached

Objections Filed:    None

Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

29.    Debtors' Fifty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8737, 4/1/10]

Response Deadline:    April 27, 2010 at 4:00 p.m.

Responses Filed:

a)    Informal Response of Marcella Pinkas

Status: This matter will be adjourned with respect to item (a). The remainder of this matter will be going forward.

30.    The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. v. American Express Travel Related Services, Adv. No. 10-50746

Related Documents:

    a)    Complaint [D.I. 1, 3/8/10]

    b)    Answer to Complaint [D.I. 4, 4/7/10]

    c)    Notice of Filing of Proposed Scheduling Order [D.I. 5, 4/29/10]

Status: This matter will be going forward as a pre-trial conference.

Dated: Wilmington, Delaware
       April 30, 2010

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
Curtis J. Crowther (No. 3238)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

### Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit C, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned |

### Exhibit D, Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kathleen Heck | 5016, 7/9/08 | Adjourned |

### Exhibit E, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |

### Exhibit F, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |
|  | Office Max |  | Adjourned |

### Exhibit G, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |
|  | American Express Travel Related Services |  | Adjourned |

### Exhibit H, Nineteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Eric Segall | 6230, 10/15/08 | Adjourned |
|  | American Express Travel Related Svc. Co. |  | Adjourned |

### Exhibit I, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned |
|  | Scott Jossart |  | Adjourned |

### Exhibit J, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector | 8019, 9/8/09 and 8121-8130, 10/1/09 | Adjourned |

### Exhibit K, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. |  | Adjourned |

## Exhibit L, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned |
|  | Credit Suisse |  | Adjourned |
|  | Sharaine Hughes |  | Adjourned |

## Exhibit M, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |
|  | Douglas Huston |  | Adjourned |
|  | David Michaud |  | Adjourned |

## Exhibit N, Thirty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | State of Hawaii | 7341, 4/30/09 | Adjourned |

## Exhibit O, Thirty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bexar County | 7447, 5/28/09 | Adjourned |
|  | EMC | 7466, 5/29/09 | Adjourned |
|  | Lee County |  | Adjourned |

## Exhibit P, Thirty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Marion County Treasurer | 7566, 6/24/09 | Adjourned |

## Exhibit Q, Forty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Los Angeles County Treasurer and Tax Collector | 7985, 8/28/09 | Adjourned |

## Exhibit R, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Washington Mutual Mortgage Securities Corporation | 8258, 11/6/09 | Adjourned |
|  | UBS Real Estate Securities Inc. |  | Adjourned |
|  | EMC Mortgage Corp. |  | Adjourned |
|  | Morgan Stanley Mortgage Capital Holdings |  | Adjourned |
|  | U.S. Bank National Association |  | Adjourned |
|  | Bank of America, N.A. |  | Adjourned |
|  | HSBC |  | Adjourned |
|  | CitiMortgage Inc. |  | Adjourned |
|  | Impac Funding Corporation |  | Adjourned |
|  | Merrill Lynch Mortgage Lending |  | Adjourned |
|  | Residential Funding Company LLC |  | Adjourned |
|  | Aurora Loan Services LLC |  | Adjourned |

## Exhibit S, Fifty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | City of Portland Oregon | 8716, 3/25/10 | Adjourned |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------- x
--                                                          :   Chapter 11
In re:                                                      :
                                                            :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                      :
a Delaware corporation, et al.,                             :   Jointly Administered
                                                            :
        Debtors.                                            x
----------------------------------------------------------------- 
--
```

**Schedule 1**
**Index to Fee Applications**


A.    **Tenth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors for the Period November 1, 2009 through January 31, 2010  [D.I. 8696, 3/17/10]**

    1.    Twenty-Eighth Fee Application for the Period November 1, 2009 through November 30, 2009 [D.I. 8528, 2/2/10]

    2.    Certificate of No Objection [D.I. 8619, 2/24/10]

    3.    Twenty-Ninth Fee Application for the Period December 1, 2009 through December 31, 2009 [D.I. 8533, 2/25/10]

    4.    Certificate of No Objection [D.I. 8623, 2/25/10]

    5.    Thirtieth Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 8685, 3/16/10]]

    6.    Certificate of No Objection [D.I. 8766, 4/12/10]

**B.**      **Tenth Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors for the Period November 1, 2009 through January 31, 2010 [D.I. 8696, 3/17/10]**

         1.      Fee Application for the Period November 1, 2009 through November 30, 2009 [D.I. 8559, 2/12/10]

         2.      Certificate of No Objection [D.I. 8688, 3/16/10]

         3.      Fee Application for the Period December 1, 2009 through January 31, 2010 [D.I. 8686, 3/16/10]

         4.      Certificate of No Objection [D.I. 8765, 4/12/10]

**C.**      **Tenth Interim Fee Request of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period November 1, 2009 through December 31, 2009 [D.I. 8696, 3/17/10]**

         1.      Twenty-Seventh Fee Application for the Period November 1, 2009 through November 30, 2009 [D.I. 8450, 12/29/09]

         2.      Certificate of No Objection [D.I. 8517, 1/21/10]

         3.      Twenty-Eighth Fee Application for the Period December 1, 2009 through December 31, 2009 [D.I. 8538, 2/4/10]

         4.      Certificate of No Objection [D.I. 8624, 2/26/10]

**D.**      **Tenth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period November 1, 2009 through January 31, 2010 [D.I. 8696, 3/17/10]**

         1.      Fee Application for the Period November 1, 2009 through November 30, 2009 [D.I. 8522, 1/29/10]

         2.      Certificate of No Objection [D.I. 8620, 2/24/10]

         3.      Fee Application for the Period December 1, 2009 through December 31, 2009 [D.I. 8658, 3/8/10]

         4.      Certificate of No Objection [D.I. 8775, 4/16/10]

         5.      Monthly Application for the Period January 1, 2010 through January 31, 2010 [D.I. 8659, 3/8/10]

         6.      Certificate of No Objection [D.I. 8776, 4/16/10]

E.    **Tenth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Period November 1, 2009 through January 31, 2010 [D.I. 8696, 3/17/10]**

   1.    Fee Application for the Period November 1, 2009 through November 30, 2009 [D.I. 8430, 12/18/09]

   2.    Certificate of No Objection [D.I. 8500, 1/14/10]

   3.    Fee Application for the Period December 1, 2009 through December 31, 2009 [D.I. 8558, 2/12/10]

   4.    Certificate of No Objection [D.I. 8687, 3/16/10]

   5.    Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 8694, 3/17/10]

   6.    Certificate of No Objection [D.I. 8777, 4/16/10]

F.    **Tenth Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period November 1, 2009 through January 31, 2010 [D.I. 8805, 3/19/10]**

   1.    Twenty-Sixth Fee Application for the Period November 1, 2009 through November 30, 2009 [D.I. 8422, 12/16/09]

   2.    Certificate of No Objection [D.I. 8487, 3/5/10]

   3.    Twenty-Seventh Fee Application for the Period December 1, 2009 through December 31, 2009 [D.I. 8555, 2/9/10]

   4.    Certificate of No Objection [D.I. 8648, 3/5/10]

   5.    Twenty-Eighth Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 8561, 2/12/10]

   6.    Certificate of No Objection [D.I. 8656, 3/8/10]

**G.**    **Interim Fee Application for Ferry, Joseph & Pearce, P.A. as Special Conflicts Counsel for the Debtors for the Services Rendered and Reimbursement of Expenses for the Period November 1, 2009 through January 31, 2010 [D.I. 8684, 3/16/10]**

    1.    Fee Application for the Period November 1, 2009 through November 30, 2009 [D.I. 8417, 12/15/09]

    2.    Certificate of No Objection [D.I. 8479, 1/7/10]

    3.    Fee Application for the Period December 1, 2009 through December 31, 2009 [D.I. 8508, 1/15/10]

    4.    Certificate of No Objection [D.I. 8550, 2/8/10]

    5.    Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 8571, 2/15/10]

    6.    Certificate of No Objection [D.I. 8677, 3/10/10]

**H.**    **Interim Fee Request of Hennigan, Bennett & Dorman, LLP, as Special Conflicts Counsel for the Official Committee of Unsecured Creditors for the Services Rendered and Reimbursement of Expenses for the Period November 1, 2008 through January 31, 2010 [D.I. 8693, 3/17/10]**

    1.    Fee Application for the Period November 1, 2008 through February 28, 2009 [D.I. 7317, 4/24/09]

    2.    Certificate of No Objection [D.I. 8006, 9/4/10]

    3.    Fee Application for the Period March 1, 2009 through July 31, 2009 [D.I. 8008, 9/4/09]

    4.    Certificate of No Objection [D.I. 8105, 9/29/10]

    5.    Fee Application for the Period August 1, 2009 through October 31, 2009 [D.I. 8439, 12/28/10]

    6.    Certificate of No Objection  [D.I. 8515, 1/20/10]

    7.    Fee Application for the Period November 1, 2009 through January 31, 2010 [D.I. 8691, 3/17/10]

    8.    Certificate of No Objection [D.I. 8757, 4/8/10]