IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                                                  Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS,                        Case No. 07-11047 (CSS)
INC., *et al.*, [1]                                                                      (Jointly Administered)

                                  Debtors.         Hearing Date: June 21, 2010 @ 11:00a.m.
                                                                                       Objection Deadline: May 18, 2010 @ 4:00 p.m.
---------------------------------------------------------------x

**NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EIGHTH OMNIBUS MOTION FOR AN ORDER APPROVING SETTLEMENTS WITH CERTAIN PREFERENCE DEFENDANTS AND LIMITING NOTICE THEREOF**

      Attached hereto is the Official Committee of Unsecured Creditors' Eighth Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof (the "*Motion*"), pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a), filed by the Official Committee of Unsecured Creditors (the "*Committee*") of the above-captioned debtors and debtors-in-possession (the "*Debtors*").

      PLEASE TAKE NOTICE that any responses or objections to the Motion must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*"), 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served so as to be received by the undersigned counsel for the Committee on or before May 18, 2010 at 4:00 p.m. (prevailing Eastern Time).

      PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on June 21, 2010 at 11:00 a.m. (prevailing Eastern Time) before the Honorable Christopher S. Sontchi at

---

[1]   The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.,; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/40188046v.1

the Bankruptcy Court, 824 Market Street, Fifth Floor, Courtroom #6, Wilmington, Delaware 19801.  Only parties who have timely filed an objection will be heard at the hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
April 30, 2010

**BLANK ROME LLP**

*/s Victoria Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel for the Committee*

2