# PROPOSED FORM OF ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ X  Chapter 11
In re:                                                       )
                                                             )  Case No. 07-11047 (CSS)
                                                             )
AMERICAN HOME MORTGAGE                                       )  Jointly Administered
HOLDINGS, INC., a Delaware corporation, et al.,              )
                                                             )  Related to Claims 2743 and 10764
                                                             )  and Docket _____
                                                             )
                         Debtors'.                           )
                                                             )
------------------------------------------------------------ X
```

## ORDER GRANTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM OF DEBORAH MILLS

AND NOW, this ____ day of May, 2010, the Court having considered the Motion of Deborah Mills for allowance and payment of an administrative claim (the "Motion"): and the Court having considered all responses to the Motion: NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

Claimant Deborah Mills shall have an allowed, administrative expense claim pursuant to 11 U.S.C. Section 503(b) AND Sections 361, 362, 363, and 364 providing 'adequate protection' in the amount of Six Hundred Thirty Four Thousand, Nine Hundred Fifty Four Dollars and Forty Six Cents ($634,954.46) which claim shall be, jointly and severally, against the following Debtors: American Home Mortgage corp., American Home Mortgage Holdings, Inc. and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) (The "Allowed Claims");

IT IS FURTHER ORDERED that the Allowed Claims shall be paid on or before ten (10) days from the date this order becomes final and non-appealable; and

IT IS FURTHER ORDERED that Claimant Deborah Mills shall have no other allowed claims against any of the Debtors, including but not limited to Claim Nos. 2743, 10764 and duplicate claim 10765, except the Allowed Claims provided for herein, and all such other Claims are expunged.

IT IS SO ORDERED.

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge
Dated: Wilmington, Delaware
May\_\_\_\_, 2010