# Certificate of Service

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Deborah Mills Motion For Amendment, Payment of Administrative Expense Claim, Adequate Protection or Avoidance Action was sent electronically or via U. S. First Class Mail, postage paid, to the following on this 27 th day of April, 2010:

/s/ Deborah Mills

Deborah E. Mills
2639 Crows Nest Loop
Bradley, CA 93426
805-400-7953
landscapediva@gmail.com

**Chambers of the**
**Honorable Christopher S. Sontchi**
824 North Market
5th Floor, Courtroom #6
Wilminton, DE 19801

**Young Conaway Stargatt & Taylor, LLP**
**Attn: Curtis Crowthers, Esq., Patrick Jackson, Esq.**
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
http://youngconaway.com

**Hahn Hessen LLP**
**Attn: Mark S. Indelicato, Esq.**
488 Madison Avenue
14th & 15th Floor
New York, NY 10022
http://hahnhessen.com

**Blank Rome LLP**
**Attn: Bonnie Glantz Fatell, Esq.**
1201 Market Street, Suite 800
Wilmington, DE 19801.
http://blankrome.com