# EXHIBIT A

## Modified Amount Reclassified Claims

# Exhibit A

## Modified Amount Reclassified Claims

| Name/Address of Claimant | Objectionable Claim: Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HENDRICKS COUNTY TREASURER<br>355 S. WASHINGTON ST #125<br>DANVILLE, IN 46122 | 10732 | 8/18/09 | 07-11047 | - (S)<br>- (A)<br>$245.34 (P)<br>- (U)<br>$245.34 (T) | - (S)<br>- (A)<br>$69.64 (P)<br>$48.28 (U)<br>$117.92 (T) | Claim relates to personal property taxes for the 2007/2008 and 2008/2009 tax years. Debtors have modified and reclassed to match the amounts owing for 2007/2008. Debtors vacated the property in August 2007 and therefore have no nexus for the 2008/2009 tax year. |
| MORGAN STANLEY CAPITAL SERVICES, INC.<br>C/O MORGAN STANLEY & CO. INC.<br>ATTN RICHE MCKNIGHT, ESQ.<br>1633 BROADWAY, 25TH FLOOR<br>NEW YORK, NY 10019 | 8157 | 1/10/08 | 07-11048 | $1,675,796.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,675,796.48 (T) | - (S)<br>- (A)<br>- (P)<br>$1,540,814.00 (U)<br>$1,540,814.00 (T) | Claim relates to an ISDA agreement dated Nov. 14, 2003 entered into between Debtors AHM Investment Corp and the claimant. Per the Debtors' calculations, the amount owed to the claimant in connection with the ISDA Agreement is $1,540, 814. As such, the amount allowed should be modified and reduced accordingly. In addition, no basis for secured status exists since: (i) the "swap collateral" is already in the possession and control of the claimant; (ii) the claimant does not have a lien on other collateral, if any, currently held by the estate; and (iii) there is no debt owed by claimant to debtor with which to exercise any setoff rights. Based on the foregoing, this claim should be modified and reduced as indicated and reclassified to a general unsecured claim. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| **Totals:** | | 2 Claims | | $1,675,796.48 (S)<br>- (A)<br>$245.34 (P)<br>- (U)<br>$1,676,041.82 (T) | - (S)<br>- (A)<br>$69.64 (P)<br>$1,540,862.28 (U)<br>$1,540,931.92 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Modified Amount Reclassified Wrong Debtor Claims

# Exhibit B

## Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Objectionable Claim | | | | | | |
| CARDOT, JEANINE A.<br>1137 OMAHA CT<br>NAPERVILLE, IL 60540 | 1569 | 10/15/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,673.50 (U)<br>$4,673.50 (T) | 07-11051 | - (S)<br>- (A)<br>$923.56 (P)<br>- (U)<br>$923.56 (T) | Claim relates to unused vacation time and bonus payment. Claimant was paid her bonus in the 8/7/2007 paycheck and we have no records of any further bonus payments owing. Claimant wrote the claim amount in the blank for unsecured nonpriority claims but checked off unsecured priority on proof of claim. Debtors' have modified and reclassed to match the amount owing for her unused vacation time. |
| EVERETT, DOROTHY<br>107 CEDARCREST PLACE<br>LOS GATOS, CA 95032 | 2113 | 11/13/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$20,062.50 (U)<br>$20,062.50 (T) | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$5,050.00 (U)<br>$16,000.00 (T) | Claim relates to minimimum compensation in the amount of $20,062.50. As per the employee's contract attached to her proof of claim she was to receive $10,000 a month for a total of six months. Debtor has reviewed her pay history and she was paid $44,000 of the minimum compensation. Claimant is owed $16,000 of the minimum compensation. Modified and reclassed to $10,950.00 priority and $5,050.00 unsecured. Corrected Debtor to match employer on her employee contract. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| **Totals:** | | 2 Claims | | - (S)<br>- (A)<br>- (P)<br>$24,736.00 (U)<br>$24,736.00 (T) | | - (S)<br>- (A)<br>$11,873.56 (P)<br>$5,050.00 (U)<br>$16,923.56 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**No Documentation Claim**

# Exhibit C

## No Documentation Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| POWELL, AMANDA<br>PO BOX 345<br>MCCLELLANVLE, SC 294580345 | 9482 | 1/14/08 | No Case | Unspecified* | No documentation provided. Debtors unable to assess basis or validity of claim. |
| **Totals:** | | **1 Claim** | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**No Liability Claims**

# Exhibit D

## No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BUEHRLE, JUDITH<br>406 S CHURCH ST<br>NUMBER 122<br>ST PETERS, MO 63376 | 5246 | 12/11/07 | 07-11051 | Unspecified* | Claim relates to a quarterly bonus payment. As per the employee contract, in order to receive payment the employee must be employed on the scheduled payment date. The last quarterly bonus was paid on 7/25/07, the employee was terminated on 8/3/07 and was not employed on the next scheduled payment date of 10/25/07. |
| HAYES, SUSAN L<br>15561 HAMMET CT<br>MORENO VALLEY, CA 92555 | 9633 | 1/15/08 | 07-11053 | Unspecified* | Claim is duplicative, scheduled amount on Proof of Claim relates to unused vacation time which has already been accepted and fixed per order [Docket No. 8414]. |
| KOHL, RICHARD P<br>32 AUDLEY CIR.<br>PLAINVIEW, NY 11803 | 10669 | 2/5/09 | 07-11051 | Unspecified* | Claim is duplicative. The scheduled amount on Proof of Claim relates to unused vacation time has already been accepted in claim 465 now that the Debtor has been corrected per Court order [Docket No. 7022]. |
| LAHENS, JUDITH E<br>7 CHELMSFORD DR<br>WHEATLEY HEIGHTS, NY 11798 | 2261 | 11/15/07 | 07-11053 | Unspecified* | Claim is duplicative of previously filed claim relating to unused vacation time that has already been accepted and fixed per order [Docket No. 4289]. |
| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N ROBINSON STE 2000<br>OKLAHOMA CITY, OK 73102-7471 | 1091 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | Debtors' books and records indicate that the applicable tax returns were filed and all amounts paid. |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 1932 | 11/1/07 | 07-11053 | - (S)<br>- (A)<br>$200.00 (P)<br>- (U)<br>$200.00 (T) | Debtors' books and records indicate that the applicable tax returns were filed and no amounts outstanding. |
| PLAGEMAN, SOONER E<br>3500 W. 53RD STREET<br>#103<br>SIOUX FALLS, SD 57106 | 10739 | 10/26/09 | 07-11051 | Unspecified* | Claim is duplicative, scheduled amount on Proof of Claim relates to unused vacation time has already been accepted and reduced per court order, Docket 7234. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | | 7 Claims | | - (S)<br>- (A)<br>$500.00 (P)<br>- (U)<br>$500.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

## Reclassified Wrong Debtor Claim

# Exhibit E

## Reclassified Wrong Debtor Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| SCOTTO, ANTHONY<br>77 MARLOW DRIVE<br>JACKSON, NJ 08527 | 10727 | 6/19/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,220.63 (U)<br>$1,220.63 (T) | 07-11051 | - (S)<br>- (A)<br>$1,220.63 (P)<br>- (U)<br>$1,220.63 (T) | Claim relates to five days transition pay owing to the employee. Claim is entitled to priority unsecured status and should be reclassified accordingly. |
| **Totals:** | **1 Claim** | | | **- (S)<br>- (A)<br>- (P)<br>$1,220.63 (U)<br>$1,220.63 (T)** | | **- (S)<br>- (A)<br>$1,220.63 (P)<br>- (U)<br>$1,220.63 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

## Undetermined Value Claims

# Exhibit F
## Undetermined Value Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| ABLE, ANGELA M<br>P.O. BOX 674<br>HUGHESVILLE, MD 20637 | 7011 | 1/4/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,862.40 (P)<br>- (U)<br>$1,862.40 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for two weeks unused vacation pay. As per company policy employees on a three week vacation schedule will receive a max payout of two weeks. |
| ALLEN, EDWARD<br>137 52 231ST STREET<br>LAURELTON, NY 11413 | 3930 | 11/30/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$192.39 (P)<br>- (U)<br>$192.39 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for the remaining transition pay owed to the claimant. |
| BERTI, MICHAEL<br>64 PINE GROVE AVE<br>KINGSTON, NY 12401 | 4313 | 12/3/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$3,846.16 (P)<br>- (U)<br>$3,846.16 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for the transition pay owed to the claimant as per their Separation Letter. |
| CHAMBERS-MURPHY, SHARRAN<br>12 JEFFERSON STREET<br>SOUTH FARMINGDALE, NY 11735 | 4559 | 12/5/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,292.30 (P)<br>- (U)<br>$1,292.30 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for the remaining transition pay owed to the claimant. |
| CHRISTIAN, VALERIA C<br>143-25 84TH DR<br>BRIARWOOD, NY 11435 | 8878 | 1/11/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,346.15 (P)<br>- (U)<br>$1,346.15 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for unused vacation pay. |
| LACOMBE, MICHAEL J<br>248 N MORGAN VALLEY DR<br>OSWEGO, IL 60543 | 8557 | 1/11/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for unused vacation pay. |
| WHELAN, DOMINIC<br>5 JACKSON AVE<br>BRENTWOOD, NY 11717-3033 | 6552 | 12/31/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,076.92 (P)<br>- (U)<br>$1,076.92 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for unused vacation pay. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | 7 Claims | | | Unspecified* | - (S)<br>- (A)<br>$11,116.32 (P)<br>- (U)<br>$11,116.32 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT G

## Undetermined Value Wrong Debtor Claim

# Exhibit G

## Undetermined Value, Wrong Debtor Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| KAY, MARY K<br>309 SADDLE COURT<br>CHESAPEAKE, VA 23323 | 7015 | 1/4/08 | 07-11053 | Unspecified* | 07-11051 | - (S)<br>- (A)<br>$230.77 (P)<br>- (U)<br>$230.77 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount" for unused vacation pay. |
| **Totals:** | **1 Claim** | | | **Unspecified*** | | **- (S)**<br>**- (A)**<br>**$230.77 (P)**<br>**- (U)**<br>**$230.77 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.