**<u>Exhibit B</u>**

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141260

For professional services rendered from November 1, through November 30, 2009 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 20,226.00 |
| 006 | SALES OF ASSETS | | 2,130.00 |
| 007 | PROFESSIONIAL FEES | | 4,959.50 |
| 008 | AVOIDANCE ACTIONS | | 74,360.00 |
| 009 | LITIGATION | | 33,094.00 |
| 011 | EMPLOYEE ISSUES | | 1,062.50 |
| 012 | CLAIMS ADMINISTRATION | | 680.00 |
| 013 | INVESTIGATION OF COMPANY | | 8,978.00 |
| 014 | TRIAD WORKOUT | | 19,676.50 |
| | **Total Time** | $ | 165,166.50 |
| | | | |
| | CARFARE | $ | 433.78 |
| | DUPLICATING | | 328.90 |
| | LEXIS | | 116.77 |
| | MEALS | | 33.66 |
| | OVERNIGHT DELIVERY | | 63.16 |
| | POSTAGE | | 37.14 |
| | SEARCH FEES | | 424.16 |
| | TELEPHONE CONFERENCE CALL | | 113.01 |
| | TRAVEL | | 223.00 |
| | VELOBIND | | 8.25 |
| | **Total Disbursements** | $ | 1,781.83 |
| | | | |
| | **TOTAL BILL** | **$** | **166,948.33** |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141260

For professional services rendered from November 1, through November 30, 2009 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 002 | CREDITORS COMMITTEE |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/02/09 | Dobben - review document request from Dobben and various emails from YCST to Dobben's attorney re: same. | ELS | 0.60 | 357.00 |
| 11/03/09 | Conference call with Beach and Crowther re: Dobben claim and phone call with Crowther re: discovery issues (.60); review escrow balances and forward same to Berliner (.40). | ELS | 1.00 | 595.00 |
| 11/03/09 | Emails with S. Sass regarding outstanding issues (.10); Review email update from BDO (.10). | MSI | 0.20 | 152.00 |
| 11/04/09 | E-mail MSI re open issues (.10); review docket/recent oders (.10); calendar maintenance (.10). | JXZ | 0.30 | 127.50 |
| 11/04/09 | Draft email regarding issues on the effective date and meeting. | MSI | 0.20 | 152.00 |
| 11/04/09 | Review draft e-mail re update on effective date of plan. | MTP | 0.30 | 228.00 |
| 11/05/09 | Dobben - emails and phone call with Crowther re: claim objection and discovery. | ELS | 0.40 | 238.00 |
| 11/05/09 | E-mails internal team re open issues (.10); calendar maintenance (.10). | JXZ | 0.20 | 85.00 |
| 11/05/09 | Draft email to the Committee (.10); Review and respond to emails on meeting (.20); Review issue chart for agenda (.40). | MSI | 0.70 | 532.00 |
| 11/06/09 | Dobben - review emails re: discovery on claim objection and phone call with Crowther re: same and meeting with MSI re: same. | ELS | 0.60 | 357.00 |
| 11/06/09 | Review docket and recent pleadings (.80); update critical dates memo (.30); calendar events (.30). | JS | 1.40 | 343.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/06/09 | Review docket/recent pleadings (.20). | JXZ | 0.20 | 85.00 |
| 11/09/09 | Review docket and recent pleadings to update critical dates memo (1.20); review order setting omnibus hearing dates (.20); update calendar (.40). | JS | 1.80 | 441.00 |
| 11/09/09 | Review Scheduling Order (.10). | JXZ | 0.10 | 42.50 |
| 11/09/09 | Review e-mail and to do list for effective date issues (.60); E-mails with Beach regarding same (.10). | MSI | 0.70 | 532.00 |
| 11/09/09 | Review plan effective date to-do list (.30). | MTP | 0.30 | 228.00 |
| 11/10/09 | Conference call with MSI, JXZ, JO Sass and debtors re: effective date issues. | ELS | 2.00 | 1,190.00 |
| 11/10/09 | Call with Debtors and Steve Sass re effective date issues. | JO | 2.00 | 640.00 |
| 11/10/09 | Review Hearing agenda (.10); e-mails MSI and review transition documents (.70); transition conference call with Trustee Debtors' (2.00); review docket (.10). | JXZ | 2.90 | 1,232.50 |
| 11/10/09 | Review material in preparation for call on Effective Date Issue (.30); Teleconference with S. Sass, YCST and BDO to discuss effective date issues (2.00). | MSI | 2.30 | 1,748.00 |
| 11/10/09 | Participate in part of conference call with Young Conaway & Hahn & Hessen team re plan effective date issues (.50). | MTP | 0.50 | 380.00 |
| 11/11/09 | Review docket and recent pleadings (.50). | JS | 0.50 | 122.50 |
| 11/12/09 | Review docket/recent pleadings (.10); review hearing agenda (.10); review Committee update (.10). | JXZ | 0.30 | 127.50 |
| 11/12/09 | Draft summary update to the Committee and e-mails with BDO regarding same. | MSI | 0.60 | 456.00 |
| 11/12/09 | Review BDO & MSI e-mail updated to Committee (.20). | MTP | 0.20 | 152.00 |
| 11/13/09 | Review docket and recent pleadings (1.40); update calendar (.30). | JS | 1.70 | 416.50 |
| 11/13/09 | Review docket/recent pleadings (.20). | JXZ | 0.20 | 85.00 |
| 11/16/09 | Dobben - review various emails re: discovery and phone call with Crowther re: same. | ELS | 0.80 | 476.00 |
| 11/16/09 | Internal emails re insurance issues (.20). | JPM | 0.20 | 150.00 |
| 11/17/09 | Dobben - emails, phone call and review of their responses to debtors interrogatories; conference call with Crowther and Beach re: interrogatories answers; draft email to Dobben's attorney re: same. | ELS | 1.10 | 654.50 |
| 11/17/09 | Review docket and recent pleadings (.50). | JS | 0.50 | 122.50 |
| 11/17/09 | Review docket/recent pleadings (.10). | JXZ | 0.10 | 42.50 |
| 11/18/09 | Dobben - review their emails re: discovery, phone call with Crowther re: same. | ELS | 0.50 | 297.50 |
| 11/18/09 | Review correspondence (.10). | JXZ | 0.10 | 42.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/19/09 | Dobben - phone call with Crowther re: depositions (.30); emails to committee re: Thursday's call and re: Waterfield mediation (.40). | ELS | 0.70 | 416.50 |
| 11/19/09 | Reviewing BDO update. | JO | 0.10 | 32.00 |
| 11/19/09 | Review BDO update memo (.20). | MTP | 0.20 | 152.00 |
| 11/20/09 | Review Debtors' draft AT&T claim stipulation and emails re: same (.30); Dobben - phone call with Crowther re: depositions (.30). | ELS | 0.60 | 357.00 |
| 11/20/09 | Review docket (.20); update calendar (.20); file maintenance (.30). | JS | 0.70 | 171.50 |
| 11/20/09 | E-mails D. Berliner open issues (.10); review. Committee update (.10); calendar maintenance (.10); review D&O motion (.20); review Waterfield mediation Stipulations (1.20). | JXZ | 1.70 | 722.50 |
| 11/20/09 | Emails with ELS regarding update and meeting (.20); Teleconference with Beach regarding same (.10). | MSI | 0.30 | 228.00 |
| 11/23/09 | Dobben - emails with Crowther re: matter and review draft discovery response (.30); conference call with committee re: Waterfield mediation (.60); conference call with MSI, JXZ, Sass, BDO, Kroll and Debtors' counsel re: transition update (.60). | ELS | 1.50 | 892.50 |
| 11/23/09 | Conference call Debtors/Trustee re open issues (.50). | JXZ | 0.50 | 212.50 |
| 11/23/09 | Teleconference committee meeting to address Waterfield litigation as well as other outstanding matters (.60); Meeting with ELS regarding same (.20); Teleconference with Debtors, YCST, BDO & S. Sass regarding update on various issues and planning for the effective date (.60). | MSI | 1.40 | 1,064.00 |
| 11/23/09 | Participate in Committee call re Waterfield (.60); participate in part of follow up call with Kroll & Young Conaway (.40) | MTP | 1.00 | 760.00 |
| 11/24/09 | Dobben - email and phone call with Dobben attorney. | ELS | 0.50 | 297.50 |
| 11/24/09 | Review docket and recent pleadings (.50); update calendar events (.20); update critical dates memo (1.0). | JS | 1.70 | 416.50 |
| 11/24/09 | Review e-mails and items to address at Effective Date (.60); Teleconference with creditors regarding status (.20); Review outstanding items (.30); E-mails with Drebsky regarding same (.10). | MSI | 1.20 | 912.00 |
| 11/24/09 | Follow up e-mails re effective date issues. | MTP | 0.30 | 228.00 |
| 11/28/09 | Review motion to abandon/reject (.20). | JXZ | 0.20 | 85.00 |
| 11/30/09 | Dobben - review 2 emails from Dobben's attorney. | ELS | 0.30 | 178.50 |
| 11/30/09 | Review docket and recent pleadings (.30); end of month file maintenance (.80). | JS | 1.10 | 269.50 |

TOTAL HOURS                39.50

TOTAL SERVICES.........................................................................$    20,226.00

DISBURSEMENT SUMMARY

| | |
|---|---:|
| CARFARE | $172.00 |
| DUPLICATING | $175.90 |
| LEXIS | $5.91 |
| MEALS | $17.33 |
| OVERNIGHT DELIVERY | $9.13 |
| SEARCH FEES | $322.88 |
| TELEPHONE CONFERENCE CALL | $0.42 |
| TRAVEL | $223.00 |

TOTAL DISBURSEMENTS............................................................$    926.57

TOTAL FEES & DISBURSEMENTS ............................................$   21,152.57

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---:|---:|---:|
| 556 | Smith | 9.40 | 245.00 | 2,303.00 |
| 583 | Orbach | 2.10 | 320.00 | 672.00 |
| 493 | Zawadzki | 6.80 | 425.00 | 2,890.00 |
| 486 | Schnitzer | 10.60 | 595.00 | 6,307.00 |
| 226 | McCahey | 0.20 | 750.00 | 150.00 |
| 260 | Indelicato | 7.60 | 760.00 | 5,776.00 |
| 364 | Power | 2.80 | 760.00 | 2,128.00 |
| ATTY TOTAL | | 39.50 | | 20,226.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141260

For professional services rendered from November 1, through November 30, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
006          SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/02/09 | Miscellaneous conferences with MSI, Young Conaway re WLR stipulation (1.50); conference with MSI, Young Conaway re Broadhollow sale (.10). | DDG | 1.60 | 1,136.00 |
| 11/09/09 | Review revised WLR stipulation. | DDG | 0.30 | 213.00 |
| 11/11/09 | Conference with MSI re WLR stipulation. | DDG | 0.40 | 284.00 |
| 11/13/09 | Miscellaneous conference calls with MSI, Young Conaway and Jones Day regarding WLR claim settlement (.60), conference with Young Conaway regarding Broadhollow (.10). | DDG | 0.70 | 497.00 |

TOTAL HOURS                      3.00

TOTAL SERVICES..........................................................................$      2,130.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 426 | Grubman | 3.00 | 710.00 | 2,130.00 |
| ATTY TOTAL | | 3.00 | | 2,130.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141260

For professional services rendered from November 1, through November 30, 2009 in connection with the following:

    703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
    007         PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/02/09 | Review fee applications, draft summaries and e-mail MSI same (.40). | JXZ | 0.40 | 170.00 |
| 11/05/09 | Review certifications (.10); attention to fee applications (.10). | JXZ | 0.20 | 85.00 |
| 11/09/09 | Review certifications (.10); review fee application/draft summary (.30). | JXZ | 0.40 | 170.00 |
| 11/10/09 | Prepare Hahn & Hessen's Fifth interim fee application (2.50); Prepare Hahn & Hessen's Sixth interim fee application (2.20); Prepare Hahn & Hessen's Seventh interim fee application (2.20). | JS | 6.90 | 1,690.50 |
| 11/12/09 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 11/12/09 | Work on fifth, sixth and seventh interim fee applications. | MTP | 2.40 | 1,824.00 |
| 11/16/09 | Review fee application/draft summary (.40). | JXZ | 0.40 | 170.00 |
| 11/17/09 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 11/18/09 | Review fee applications/draft summaries (.50). | JXZ | 0.50 | 212.50 |
| 11/20/09 | Review fee applications/draft summaries and e-mails MSI (.60). | JXZ | 0.60 | 255.00 |
| 11/23/09 | Attention to fee applications (.10). | JXZ | 0.10 | 42.50 |
| 11/24/09 | Review fee applications/draft summaries (.50). | JXZ | 0.50 | 212.50 |
| 11/30/09 | Attention to fee applications (.10). | JXZ | 0.10 | 42.50 |

                TOTAL HOURS          12.70

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|

TOTAL SERVICES..........................................................................$    4,959.50

DISBURSEMENT SUMMARY

CARFARE                                                                                    $63.55

DUPLICATING                                                                                $0.10

SEARCH FEES                                                                                $22.16

TOTAL DISBURSEMENTS.............................................................$    85.81

TOTAL FEES & DISBURSEMENTS ............................................$    5,045.31

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|----------------|-------------|
| 556 | Smith | 6.90 | 245.00 | 1,690.50 |
| 493 | Zawadzki | 3.40 | 425.00 | 1,445.00 |
| 364 | Power | 2.40 | 760.00 | 1,824.00 |
| ATTY TOTAL | | 12.70 | | 4,959.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue    (33rd floor)
New York, NY 10022

Invoice number: 141260

For professional services rendered from November 1, through November 30, 2009 in connection with the following:

703159          AMERICAN HOME MORTGAGE HOLDINGS, INC.
008              AVOIDANCE ACTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/02/09 | Email communication with RMS/ELS/local counsel regarding dismissal of CMPS Institute preference action (.10); Email communication with ELS/counsel for Deloitte regarding settlement (.10); Reviewed Cablevision's answer to complaint (.10). | CJK | 0.30 | 150.00 |
| 11/02/09 | PGF - review RMS email re: matter and review underlying contract and underlying invoices (.40); NYSE Marketing - review RMS email and draft reply (.30); UPS - meeting with JXZ re: matter (.30); Moodys - emails with Crowther of YCST re: matter (.30); Rural Development - review defense letter from attorney for USDA (.20). | ELS | 1.50 | 892.50 |
| 11/02/09 | Multiple email correspondences with K. Knuckley regarding proposed settlements and/or dismissals of various preference matters (.20). | HNP | 0.20 | 75.00 |
| 11/02/09 | Calendar maintenance (.10); e-mails, calls, meetings ELS (various), F. Bohusiru (various), F. Feinstein (UPS), J. Forstadt (Thacher), C. Carrothers (various)(1.20); draft UPS tolling agreement (.40). | JXZ | 1.70 | 722.50 |
| 11/02/09 | Attention to answers filed in multiple matters and update status sheet with new information re same. | KGC | 2.00 | 970.00 |
| 11/02/09 | Review emails and meeting with ELS regarding same. | MSI | 0.20 | 152.00 |
| 11/02/09 | Review RMS list to determine status of preference matters assigned (1.30); search for and review omnibus motion to determine if any matters should be dismissed (.60). | NCR | 1.90 | 570.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/02/09 | Review and analysis of TownPark response and defense issue (.20); Review and analysis of US Rural Development response letter (.30). | ZV | 0.50 | 160.00 |
| 11/03/09 | Drafted settlement agreements for Deloitte & Touche and Deloitte Tax (1.50); Reviewed and revised settlement agreements for Deloitte & Touche and Deloitte Tax and email communication/conference call with ELS/JPM regarding same (.30); Email communication with ELS/Deloitte's counsel regarding same (.10); Reviewed scheduling order (.10); Email communication with ELS regarding meeting to discuss new value (.10). | CJK | 2.10 | 1,050.00 |
| 11/03/09 | Review emails from RMS and draft replies re: Open Access, Lead Point (.60); Marriott International - review email from Moran re: settlement payment and draft reply (.20); Magic - review emails re: extension stipulation, RMS email and response (.30); edits and finalization of scheduling order for November 13th conferences (.80); ZC - meetings with JXZ re: conduit tax payments (.30); Reckson - meeting with ZV re: amended complaint (.20); Optimost - phone call wit defendant re: matter and review historical payments (.40). | ELS | 2.80 | 1,666.00 |
| 11/03/09 | Review of proposed scheduling order to be entered in various adversary proceedings (.20). | HNP | 0.20 | 75.00 |
| 11/03/09 | Review and revise drafts of settlement of preference claims against Deloitte and Deloitte Tax; confer with CJK and ELS re same (1.00). | JPM | 1.00 | 750.00 |
| 11/03/09 | E-mails, calls, e-mails ELS (various), R. Rowland (various), F. Feinstein (UPS), G. Petrick (Cadwalader, P. Markman (Progress)(.80); revise Cadwalader tolling agreement (.20); review suppl. ZC affidavits and wire detail (.30); review ZC contract re indemnification (.10); review claims register (.20); review AP dockets (.20); revise UPS tolling agreement (.20); review scheduling order/meeting ELS same (.20). | JXZ | 2.20 | 935.00 |
| 11/03/09 | Prepare tolling agreements for Prostar and Protis (.30); review invoices as provided by Prostar (.40). | NCR | 0.70 | 210.00 |
| 11/03/09 | Revisions to Reckson complaint and effectuation of filing (.50); Analysis of defenses of TownPark commons (.30); Analysis of defenses and correspondence from M. Schmergel regarding Rural Development (.40); Analysis of defenses of Transvending and discussion on settlement (.30). | ZV | 1.50 | 480.00 |
| 11/04/09 | Review and respond to RMS emails on PGF, Pacific Ygnacio, Haggen and 197 First Avenue, Michael James, Vicom, Lehr (1.50); Moodys - emails with YCST re: ordinary course of business and settlement offers (.60); Protis - review defense letter and meeting with NCR re: matter (.30); emails with RMS re: various tolling agreements (.40); emails with Blank Rome re: filing various complaints (.30); Verizon Wireless - review email from YCST re: ordinary course of business and new value defenses, analyze same and draft replies (.70). | ELS | 3.80 | 2,261.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/04/09 | Review of preference actions that were initially tolled and email correspondences with ELS regarding the same (.30); Review and revised complaints and exhibits for two preference actions for purposes of filing and email to ELS with the same (.40); Various email correspondences and review of the same with ELS, K. Knuckley regarding various preference actions (.30). | HNP | 1.00 | 375.00 |
| 11/04/09 | Reviewing Haggen Talbot preference emails. | JO | 0.10 | 32.00 |
| 11/04/09 | Review complaints (.20); review AP dockets (.40); review document re ZC Sterling (.20); calendar maintenance (.10); review Vicom data, Ordinary course/New Value analyses (.20); revise status report (.10); numerous calls, e-mails, meetings ELS (various), R. Rowland (various), G. Petrick (Cadwalader), CJ (Triad)(.30); revise Cadwalader Stipulation (.10). | JXZ | 1.60 | 680.00 |
| 11/04/09 | Attention to AFP Associates matter (.60); attention to AllRegs preference matter (.60); attention to 197 First Avenue LLC matter (.60); attention to tolling agreement with Brit 50 West (.60); prepare complaints for tolled matter in anticipation of having to file (.60); review files re same (.60). | KGC | 3.60 | 1,746.00 |
| 11/04/09 | Draft Amended Complaint for Mortgage Success Source (.30). | NCR | 0.30 | 90.00 |
| 11/04/09 | Communication with R. Rowland regarding Hunter Group negotiations (.10); Preparation of Reckson summons and service (.30); Follow up regarding Scotsman tolling (.10). | ZV | 0.50 | 160.00 |
| 11/05/09 | Conference with ELS/team regarding new value analysis (1.00); Email communication with RMS regarding dismissal of CMPS Institute case (.10). | CJK | 1.10 | 550.00 |
| 11/05/09 | Review and respond to emails from RMS re: Vicom, Fairmont Hotel, Allregs and Leadpoint (2.20); Gryphon - review and respond to emails from RMS re: settlement agreement; phone call with defendant re: same and revise settlement agreement (.50); Manpower - review and respond to emails from RMS re: Franchise argument, review underlying checks and phone call with RMS re: same (.40); meeting with preference team re: calculation of new value in light of Pillowtex decision (.50); emails with local counsel re: Thacher action (.20). | ELS | 3.80 | 2,261.00 |
| 11/05/09 | Telephone discussion with preference defendant McKee Nelson LLP regarding stipulation to extend time to answer (.20); Drafted the above noted stipulation and email to ELS with the same (.30); Various email correspondences and review of the same with ELS, K. Knuckley regarding various preference actions (.50); Team meeting to discuss new value defenses with ELS (.70); Conducted research regarding issue of mechanic's lien for purposes of responding to defense asserted by preference defendant, Lehr Construction and email to ELS regarding the same (1.70); Review of complaint and exhibit for one preference action and email to T. Guilfolye for filing (.10). | HNP | 3.50 | 1,312.50 |
| 11/05/09 | Reviewing Fairmont preference. | JO | 0.20 | 64.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/05/09 | Meetings, calls, e-mails ELS (various), R. Rowland (various), R. Miller (Thacher), D. Workman (TVB), P. Markman(Progress), CAJ (Triad)(.90); review AP dockets (.10); review affidavits of service (.10); team meeting re New value issues (1.00). | JXZ | 2.10 | 892.50 |
| 11/05/09 | E-mails re Scheduling Order comments with counsel for Bellagio (.50); attend team meeting re paid new value (1.00); discussions with counsel for Bellagio re extension of time to answer and scheduling order comments (.80); e-mails re same (.40). | KGC | 2.70 | 1,309.50 |
| 11/05/09 | Review answers, discovery and letter from RMS (.60); Meeting with ELS regarding same (.10). | MSI | 0.70 | 532.00 |
| 11/05/09 | Determined whether PGF Solutions contracts were assumed (1.00); called Protis counsel seeking tolling agreement (.10); reviewed Protis' analysis (.20); reviewed PCI Services tolling agreement and provided it to Young Conaway (.10); reviewed invoice from PCI Services (.10); met with ELS re: the same (.20); preference meeting re: paid new value (.60). | NCR | 2.30 | 690.00 |
| 11/05/09 | Review and analysis of TEK systems correspondence and defenses (.20); Meeting with preference team to discuss paid new value (1.00);  Analysis of Pillowtex decision and application of defense to outstanding cases (.60). | ZV | 1.80 | 576.00 |
| 11/06/09 | Moodys - emails with Crowther re: settlement offers (.20); emails to Blank Rome re: various dismissals and extension stipulations (.40); KPMG - review JXZ draft stay stipulation and draft email re: same (.30); Vicom - review and draft emails re: offer and re: reclamation/503(b)(9) claim affect on alleged new value (.90); Lehr - review and approve HNP email re: lien argument and emails with RMS re: matter (.40); review and reply to RMS emails re: Allregs, 197 First Avenue, NYSE Marketing, Open Access, Mortgage Success, Robert Haft, Bradley Marketing and Inco-check (1.90); Michael James - review edits to settlement agreement and email RMS re: same (.30). | ELS | 4.40 | 2,618.00 |
| 11/06/09 | Telephone discussion and email correspondence with preference defendant McKee Nelson LLP regarding stipulation to extend time to answer (.50); Various email correspondences and review of the same with ELS and K. Knuckley regarding various preference actions (.60); Email correspondence to K. Knuckley regarding research in connection with defenses asserted by preference defendant Lehr Construction (.20). | HNP | 1.30 | 487.50 |
| 11/06/09 | Reviewing RMS emails re Incco-Check. | JO | 0.10 | 32.00 |
| 11/06/09 | Draft Tri M Stipulation (.20); Progress Stipulation (.40); e-mails, calls, meetings P. Markman (Progress), ELS (various), R. Rowland (various); G. Petrick (Cadwalader), J. Gripper (Tri M) (.60); calendar maintenance (.10); attention to tolled matters (.20); revise status report (.10). | JXZ | 1.60 | 680.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/06/09 | Review of summonses and filed complaints and preparation of service (.80); Review of Townpark Commons defense issue (.20); Follow up regarding tolling agreements with Sir Speedy and other outstanding matters (.60). | ZV | 1.60 | 512.00 |
| 11/09/09 | Reviewed status of Corporation Service Co. action and conference with ELS re same (.20); E-mail correspondence with BDO re unpaid invoices for Corporation Service Co. (.10). | CJK | 0.30 | 150.00 |
| 11/09/09 | Review and respond to RMS emails re: Bradley, Lehr, Open Access, AFP, Town Park, Open Access and Microsoft (2.40); Michael James - emails and phone calls with RMS and defense attorney re: settlement agreement language (.70); Sheraton - meeting with ZV re: amending complaint (.30); First Credit Union - review defendant's letter re: assumed lease and review Indymac deal (.40); Bellagio - phone call with defendant's counsel re: scheduling order (.40); meeting with CJK re: Corporation Service complaint (.20); emails with Blank Rome re: 11/13 hearing agenda (.40). | ELS | 4.80 | 2,856.00 |
| 11/09/09 | Review of multiple email correspondences regarding language in settlement agreement with preference defendant, Michael James Industries (1.40). Multiple email correspondences and review of the regarding preference defendants, Lehr Construction and McKee Nelson LLP regarding defenses and extension of time to answer (.40) Review of email correspondences regarding preference defendant, Microsoft Licensing and review of letter from counsel for the same (.50) Email to T. Guilfoyle with summons and affidavit of service for preference defendant, Modelytics (.10). | HNP | 1.40 | 525.00 |
| 11/09/09 | Reviewing RMS and defendant emails re preferences. | JO | 0.20 | 64.00 |
| 11/09/09 | Meetings, calls, e-mails P. Markman (Progress), T. Guilfoyle (various), ELS (various), R. Rowland (various), J. Gropper Tri M), D. Workman (TVB)(.70); review Xerox answer (.20); review Tri M Stipulation. (.10); draft TVB Stipulation (.20); review scheduling order (.10); review NSF payments (.10); review Thacher Stipulation (.10); e-mails J. Forstadt (Thacher)(.10). | JXZ | 1.60 | 680.00 |
| 11/09/09 | E-mail to ELS re AMC and re-send summons to Blank Rome (.70); e-mails to ELS re Brinks Communications (.30); review file and searched for service addresses (.70); e-mail to BDO re same (.20); review various e-mails re Bradley Marketing Group (.20). | KGC | 2.10 | 1,018.50 |
| 11/09/09 | Review of SHPS settlement (.10);  Review of checks and invoices related to Sheraton Chicago Northwest (.40); Meeting with ELS to discuss Sheraton complaint amendments (.30); Analysis and research on proper Sheraton entity to be included on amended complaint (.40);  Editing and revision and filing of Amended complaint (.50);  Preparation of service for Amended Sheraton complaint (.40). | ZV | 2.10 | 672.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/10/09 | Open Access - phone call with defendant's attorney re: settlement agreement and revise agreement (.70); First Credit Union - review emails re: assumption argument and emails to JO: same (.40); review and respond to RMS emails re: Lehr and Tek (.50); emails with YCST re: Moodys and BGE (.40); draft third omnibus 9019 notice, motion and order and email to committee re: addition of 5 more settlements (.70). | ELS | 2.70 | 1,606.50 |
| 11/10/09 | Drafting dismissals for First Credit Union and DBSI. | JO | 0.40 | 128.00 |
| 11/10/09 | Review settlement schedule (.10); meetings, calls, e-mails ELS (various), J. Forstadt (Thacher), T. Guilfoyle (TVB)(.20); review TVB Stipulation (.10). | JXZ | 0.40 | 170.00 |
| 11/10/09 | Dismiss action against AFP Associates. | KGC | 0.20 | 97.00 |
| 11/10/09 | Reviewed Nextel/Sprint's analysis regarding their the preference action (.50); drafted email to ELS re the same (.20). | NCR | 0.70 | 210.00 |
| 11/10/09 | Meeting with ELS regarding Rural Development defenses and correspondence regarding guaranty notes and returned checks (.30); Analysis of Rural Development service requirements and defenses regarding antecedent debt (.80); Communication with M. Schmergel regarding defenses of Rural Development (.30); Analysis of historical payments regarding loan note guaranty fees for Rural Development (.70);  Review and analysis of TEK Systems invoices and defenses (.30). | ZV | 2.40 | 768.00 |
| 11/11/09 | Conducted new value analysis for Corporation Service Co. (.10); Conference with ELS re new value analysis for Corporation Service. Co. (.10);  Checked bankruptcy court docket re Corporation Service Co. (.10); Email correspondence with local counsel regarding dismissal of Corporation Service Co. proceeding (.10); Email correspondence with ELS/JPM/Deloitte's counsel regarding settlement agreement (.10); Email correspondence with ELS/BDO regarding contract with Check Printers claimed to have been assumed in bankruptcy (.10). | CJK | 0.60 | 300.00 |
| 11/11/09 | Moodys and BGE - emails with Crowther re: defenses and settlement position (.50); Curran - emails to RMS re: settlement agreement (.10); revisions to draft third omnibus 9019 (.30); DeLoitte - review and revise their edits to settlement agreement and phone call with defendant's attorney re: same (.80); review and respond to RMS emails re: HomeBuyers, 197 First Avenue, Office Furniture and Vicom (1.70); Town Park - email and phone call with defendant's attorney re: 11/13 court conference (.30); Rural - emails with ZV re: matter (.40); Bellagio - review their proposed scheduling order revisions, draft revised order and send same to counsel (.50); Triad - analyze ordinary course of business defense and draft email re: same (.30). | ELS | 4.90 | 2,915.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/11/09 | Multiple email correspondences with various preference defendants regarding pretrial conference on preference actions (.30); email correspondences regarding dismissal of preference action against Leadpoint (.10); review of multiple emails regarding settlement of various preference actions (.20). | HNP | 0.60 | 225.00 |
| 11/11/09 | Serving Inco-Check summons and complaint (.40); Drafting HBM dismissal (.20). | JO | 0.60 | 192.00 |
| 11/11/09 | Review file for Brinks Communications for service address and re-search internet re same (.80); discuss same with ELS (.20); e-mail to BDO re additional documents re service address (.20); various e-mails with RMS re 197 First Avenue LLC (.40). | KGC | 1.60 | 776.00 |
| 11/11/09 | E-mails and review analysis re Triad preference claims; e-mail ELS re same. | MTP | 0.50 | 380.00 |
| 11/11/09 | Meeting with ELS regarding outstanding AHM issues (.30); Communication with opposing counsel regarding returned checks issue for Rural Development (.30); Analysis of history and defenses for Rural Development (.70); Analysis of proofs of claim and additional documentation regarding Rural Development loan note guarantees (.40); Review of TEK Systems offer of settlement and defenses (.20); Review of Regent settlement agreement (.20); Review of TownPark settlement offer and issues (.20). | ZV | 2.30 | 736.00 |
| 11/12/09 | TL with Ellie Mae's counsel re answer, settlement and 11/13 court conference (.10); Telephone call with ELS re Ellie Mae's request for extension of time to answer and 11/13 conference (.10); Email correspondence with Ellie Mae's counsel re same (.10). | CJK | 0.30 | 150.00 |
| 11/12/09 | BGE - emails with Crowther re: deposit and new tenant issue (.40); AON Consulting - emails with Crowther re: defenses (.20); Bellagio - emails with defendant's counsel re: scheduling order (.50); review and respond to RMS emails re: Magic, Marriott Melville, Brit 50, Toshiba, Frontage, Webb-Mason, Office Furniture, Vicom, Pitney and Trade Show (4.60); DeLoitte - phone call with defendant's attorney re: settlement agreement and make revisions to same (.50). | ELS | 6.20 | 3,689.00 |
| 11/12/09 | Prepared cover letter and summons for purposes of serving complaint (.30); Emails to T. Guilfolye regarding filing of affidavits of service, summons and notices of dismissal (.20); Review of multiple email correspondences between ELS and K. Knuckley regarding settlements of various preference matters (.20). | HNP | 0.70 | 262.50 |
| 11/12/09 | Reviewing RMS emails and responding to Frontrange request. | JO | 0.50 | 160.00 |
| 11/12/09 | Meetings, e-mails, calls ELS/R. Rowland (various), P. Markman (Progress), D. Workman (TVB), J. Forstadt (Thacher)(.60); review AP dockets (.20); revise TVB Stipulation (.10); review Triad OC analysis (.10); review Thacher Stipulation (.20); review Wyman Stipulation (.10). | JXZ | 1.20 | 510.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/12/09 | Review e-mails with counsel for Bellagio re comments to proposed scheduling order. | KGC | 0.30 | 145.50 |
| 11/12/09 | Analysis and review of Toshiba defenses (.30); Communication with local counsel regarding Toshiba dismissal (.10); Discussion with M. Schmergel regarding Rural Development defenses (.30); Meeting with ELS regarding Rural Development checks issue (.20);  Analysis of Rural Development history and OCB defense (.50). | ZV | 1.40 | 448.00 |
| 11/13/09 | Review and respond to RMS emails re: Office Furniture, Fair Isaac, Novasoft, Trade Show, 197 First Avenue (1.50); edits to third omnibus 9019 papers and preparation for agreements for filing (.60); revisions to scheduling order (.40);  prepare for 11/13 AHM hearing (.90); attend hearing (.80); travel to and from hearing (@50%) (1.50). | ELS | 5.70 | 3,391.50 |
| 11/13/09 | Multiple email correspondences with counsel for preference defendants regarding pre-trial conference (.30); Review of letter and voicemail received from preference defendant, Modelytics and discussion with ELS regarding the same (.20); Review of multiple email correspondences between K. Knuckley and ELS regarding settlement of various preference actions (.20); Review of docket for all outstanding preference actions and updated schedule reflecting the same (.60). | HNP | 1.30 | 487.50 |
| 11/13/09 | Review of Deloitte preference settlement agreement (.30). | JPM | 0.30 | 225.00 |
| 11/13/09 | Review claims register (.30); review AP dockets (.30); prepare Summons/Complaints (.30); research Service addresses (.80); draft affidavits of service (.30); supervise service (.10); review 9019 Order (.10); calendar maintenance (.10); e-mails, meetings, calls ELS/R. Rowland (various), D. Hercher (Vancouver), C. A. Wong (Johjnson), T. Guilfoyle (various), S Derousse (Zensar)(.50); review transfer data (.20). | JXZ | 3.00 | 1,275.00 |
| 11/13/09 | Review of TradeShow Fabrications defenses (.30). | ZV | 0.30 | 96.00 |
| 11/16/09 | Finalization of third 9019 motion and emails with Blank Rome re; same (.80); review and respond to emails from RMS re: Oakwood, Magic and 197 First Avenue (.90). | ELS | 1.70 | 1,011.50 |
| 11/16/09 | Emails and call with Homebuyers Marketing. | JO | 0.40 | 128.00 |
| 11/16/09 | E-mails ELS (Triad), T. Guilfoyle (various); K. Bohuslav (Wyman)(.30); review Summonses (.10); review Wyman settlement Stipulation (.10); revise status Report (.10). | JXZ | 0.60 | 255.00 |
| 11/16/09 | Review Rule 9019 motion. | MTP | 0.50 | 380.00 |
| 11/16/09 | Review of open preferences. | NCR | 0.20 | 60.00 |
| 11/17/09 | Review and respond to RMS emails re; Lehr, 197 First Avenue, Marriott Melville and Magic Johnson (1.10); Intex - emails with debtors re: transfer of settlement sum (.30); ADP - emails with Crowther re: analysis and settlement offer (.50). | ELS | 1.90 | 1,130.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/17/09 | Review of email correspondences and email to K. Knuckley regarding proposed settlement of preference action against Marriott Melville (.20). | HNP | 0.20 | 75.00 |
| 11/17/09 | E-mails/meeting ELS (Triad)(.10); review AP dockets (.20). | JXZ | 0.30 | 127.50 |
| 11/17/09 | Follow up on service for Brinks Communications and discussion with ELS re same (.30); review research on-line re same (.70). | KGC | 1.00 | 485.00 |
| 11/18/09 | Reviewed final scheduling order and email correspondence with ELS re same (.10); Email correspondence with BDO re assumption of Check Printers contract (.10); Reviewed Check Printers contract to assess assumption-of-contract defense (.10); Conference with ELS re assumption of Check Printer's contract (.10) e-mail correspondence with Check Printers' counsel re dismissal (.10); Checked docket re Check Printers' answer, if any, and email correspondence with local counsel re filing of notice of dismissal (.10). | CJK | 0.60 | 300.00 |
| 11/18/09 | Emails with Crowther re: BGE (.20); meeting with CJK re: Check Printers (.20); Mgic and miscellaneous matters - emails with RMS re: miscellaneous settlements and other Mgic matters; analysis of Mgic ordinary course of business defenses; conference call with Awong and debtors re: potential claims (1.60); Advisor Centric - review RMS email re: ordinary course of business and new value and reply re: settlement authority (.50); OFN - emails with RMS re: settlement (.40); Triad - meeting with JXZ and CJK re: extension to answer (.30); meeting with JO re: Heritage (.20); emails re: service of scheduling order (.60); meeting with ZV re: Rural and various matters (.30). | ELS | 4.30 | 2,558.50 |
| 11/18/09 | Review of email correspondences regarding proposed scheduling order and review of the same (.20); Review of multiple email correspondences regarding proposed settlement of preference action against MGIC (.20). | HNP | 0.40 | 150.00 |
| 11/18/09 | Discussing Heritage Village with ELS and review of checks (.20); Organizing all files and reviewing contact information for defendants (.80). | JO | 1.00 | 320.00 |
| 11/18/09 | E-mails, calls, meetings ELS (various), CAJ (Triad), K. Mangan (Triad), T. Guilfoyle (various), R. Rowland (various), M. Friedman (Webb)(.60); review Scheduling Order (.10); draft Triad Stipulation (.20); Attention to discovery issues (.10); review various answers (.20). | JXZ | 1.20 | 510.00 |
| 11/18/09 | Reviewed analysis as provided by Protis (.30); reviewed analysis as provided by Sprint and Nextel (.30). | NCR | 0.60 | 180.00 |
| 11/18/09 | Meeting with ELS to discuss Rural Development check issue (.20); Communication with C. Awong regarding returned checks (.10); Communication with M. Schmergel regarding Rural Development returned checks (.20); Review and analysis of scheduling order time lines (.30);  Revising, editing and drafting of address chart for scheduling order service (.70). | ZV | 1.50 | 480.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/19/09 | Johnston - review emails re: claim objections (.20); various emails with RMS re: Advisor Centric, On Guard and other matters (.60); Pitney Bowes - phone call with defendant's general counsel and emails with RMS re: same (.40). | ELS | 1.20 | 714.00 |
| 11/19/09 | Revise Triad Stipulation (.10); e-mails, meetings, calls ELS/T. Guilfoyle/R. Rowland (various), K. Mangan (Triad)(.20). | JXZ | 0.30 | 127.50 |
| 11/19/09 | Review address request from ELS re service and review files re same. | KGC | 0.40 | 194.00 |
| 11/19/09 | Review of affidavits of service for multiple summonses and complaints (.30); Communication with local counsel regarding filings (.20). | ZV | 0.50 | 160.00 |
| 11/20/09 | Email correspondence with Ellie Mae's counsel/RMS regarding ordinary course analysis and settlement (.10); Email correspondence/Telephone call with ELS regarding Ellie Mae's time to answer (.10). | CJK | 0.20 | 100.00 |
| 11/20/09 | Review and reply to RMS emails re: Hunter, Advisor and Teem Plumbing (.70); Ellie Mae - review analysis from defendant, conduct ordinary course of business and new value analysis (.80); review emails from Awong re: McKee, Microsoft, Heritage Village, bounced checks and unpaid invoices (.70); McKee Nelson - review and email with MSI re: matter (.50); emails with RMS re: answer deadlines stipulation (.30); emails with Blank Rome re: service of scheduling order (.40). | ELS | 3.40 | 2,023.00 |
| 11/20/09 | Review of letter and attachments received from counsel for Microsoft and review of emails from Debtors regarding the same (.60); Email correspondences to ELS and to C. Awong regarding obtaining additional information regarding Microsoft's asserted defenses to preference action (.50); Review of letter received from preference defendant, Modelytics and email to K. Knuckley regarding the same (.40); Email correspondences to ELS and DEG and telephone discussion with ELS regarding reservice of complaint for preference defendant Talman Larmee and review and revised cover letter and summons for the same (.40). | HNP | 1.90 | 712.50 |
| 11/20/09 | Reviewing AHM preferences. | JO | 0.20 | 64.00 |
| 11/20/09 | Review Invoicing Data (.20); review employee transfer data (.20); review claims data/POCs (.10); review service addresses (.20); e-mails/calls T. Guilfoyle, R. Rowland (various); M. Friedman (WEBB), K. Mangan (Triad)(.20). | JXZ | 0.90 | 382.50 |
| 11/20/09 | Reviewed all matters as assigned to determine which parties the scheduling order should be served upon (2.50). | NCR | 2.50 | 750.00 |
| 11/20/09 | Review and analysis of RMS spreadsheet regarding Hunter Group defenses (.30); Review and analysis of Teem Plumbing defenses (.20); Review of settlement agreement with Town Park Commons (.20). | ZV | 0.70 | 224.00 |
| 11/23/09 | Email correspondence with ELS/counsel to Corelogic Systems regarding contact (.10). | CJK | 0.10 | 50.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/23/09 | Review and reply to emails with Debtors and BDO re: BGE and Webb Mason (.30); review and respond to RMS emails re: miscellaneous, SHPS, Colliers, Townpark, Apogee and Microsoft (1.80); McKee Nelson - phone call with defendant re: matter (.40); Johnston - email and phone call with defendant's attorney (.50). | ELS | 3.00 | 1,785.00 |
| 11/23/09 | Reviewing homebuyers marketing dismissal stipulation. | JO | 0.10 | 32.00 |
| 11/23/09 | Meetings, e-mails, calls ELS, T. Guilfoyle, R. Rowland (various), M. McMahon (TriM), R. Orr (Johnson), T. Bohulsav (Wyman)(.70); review. NSF payments (.10); calendar maintenance (.10); Johnson Stipulation (.30); rev. open preferences (.20); rev. AP dockets (.10); rev. invoicing data and conduct OC/NV analysis (.50); research service addresses (.70). | JXZ | 2.70 | 1,147.50 |
| 11/23/09 | Draft and send letter to On Guard attorney re discovery responses (1.70). | NCR | 1.70 | 510.00 |
| 11/24/09 | PIP - review RMS emails re ordinary course and new value defenses and offers, conduct ordinary course and new value analysis and reply to RMS email (.80); emails with RMS re status update (.20); SHPS - emails with RMS re 502h waiver as part of settlement (.30); Fairmont - review comments to settlement agreement and email to RMS re same (.20); First Nebraska - emails with RMS re settlement of matter (.10); Larmee - prepare second summons for service of complaint on new address (.30); process settlement payments from Colliers and Wyman (.20). | ELS | 2.10 | 1,249.50 |
| 11/24/09 | E-mails T. Guilfoyle (various), C. Leiner (UVL), W. Davis (Winthrop (.20). | JXZ | 0.20 | 85.00 |
| 11/25/09 | Telephone conference with counsel for Corelogic Systems regarding settlement/status (.20). | CJK | 0.20 | 100.00 |
| 11/25/09 | Send emails re 502h claim waivers to RMS and Hahn & Hessen team (.40); PIP - emails with RMS re setlement parameters (.20); McKee Nelson - review BDO email re closing date and email to def. attorney re same (.50); Broker Agent Magazine - review and respond to RMS email re claim that company is defunct (.30); Phone call with RMS re Fairmont Hotel comments to settlement agreement (.40). | ELS | 1.80 | 1,071.00 |
| 11/25/09 | Reviewing actions to be dismissed and informing local counsel to dismiss settled actions with final orders. | JO | 0.40 | 128.00 |
| 11/25/09 | E-mail ELS re 502 claims (.10). | JXZ | 0.10 | 42.50 |
| 11/25/09 | Review of case dockets and update of settlements chart (.60). | ZV | 0.60 | 192.00 |
| 11/30/09 | Review and respond to emails from RMS re: Manpower, Ilinc, Ocean Place, Webb Mason (1.90); McKee - emails and phone call with defendant's counsel re: settlement (.60). | ELS | 2.50 | 1,487.50 |
| 11/30/09 | Attention to Tolled matters (.20); e-mails T. Guilfoyle (Webb Mason (.10); letter B. McLaughlin (T. Force)(.10). | JXZ | 0.40 | 170.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/30/09 | Review all files re answers and dismissals and update status chart re same. | KGC | 1.40 | 679.00 |

|  |  |  |  |
|--|--|--|--|
|  | TOTAL HOURS | 154.40 |  |
|  | TOTAL SERVICES..........................................................................$ | | 74,360.00 |

DISBURSEMENT SUMMARY

| CARFARE | $38.50 |
|---------|--------|
| DUPLICATING | $143.10 |
| OVERNIGHT DELIVERY | $54.03 |
| POSTAGE | $37.14 |
| SEARCH FEES | $61.44 |

|  |  |
|--|--|
| TOTAL DISBURSEMENTS...........................................................$ | 334.21 |
| TOTAL FEES & DISBURSEMENTS ...........................................$ | 74,694.21 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 544 | Rigano | 10.90 | 300.00 | 3,270.00 |
| 574 | Virani | 17.70 | 320.00 | 5,664.00 |
| 583 | Orbach | 4.20 | 320.00 | 1,344.00 |
| 546 | Patwardhan | 12.70 | 375.00 | 4,762.50 |
| 493 | Zawadzki | 22.10 | 425.00 | 9,392.50 |
| 478 | Craner | 15.30 | 485.00 | 7,420.50 |
| 931 | Kang | 5.80 | 500.00 | 2,900.00 |
| 486 | Schnitzer | 62.50 | 595.00 | 37,187.50 |
| 226 | McCahey | 1.30 | 750.00 | 975.00 |
| 260 | Indelicato | 0.90 | 760.00 | 684.00 |
| 364 | Power | 1.00 | 760.00 | 760.00 |
| ATTY TOTAL | | 154.40 | | 74,360.00 |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue    (33rd floor)
New York, NY 10022

Invoice number: 141260

For professional services rendered from November 1, through November 30, 2009 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
009       LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/02/09 | Revise and edit latest draft of Ross settlement (1.10); Meeting with DDG regarding comments (.30); Teleconference with Beach & Grear regarding same (1.20); Teleconference with Beach regarding Broadhollow (.10). | MSI | 2.70 | 2,052.00 |
| 11/02/09 | Review of revised WLR settlement agreement. | MTP | 0.80 | 608.00 |
| 11/03/09 | Review additional issues in settlement. | MSI | 0.90 | 684.00 |
| 11/04/09 | Review of proposed stipulation forwarded by counsel for Hozie re "comfort" order for insurers (.40); review of issues raised and internal email re same (.50); confer with MSI (.10); and MTP (.10); re same. | JPM | 1.10 | 825.00 |
| 11/04/09 | Attention to e-mails re stipulation on release of D&O insurance funds (.50); discuss with JPM (.10) | MTP | 0.60 | 456.00 |
| 11/06/09 | Review and edit latest draft of settlement with Ross. | MSI | 0.80 | 608.00 |
| 11/11/09 | Emails with ELS re Deloitte preference settlement agreement (.20). | JPM | 0.20 | 150.00 |
| 11/12/09 | Forward complaints and exhibits to complaint to ELS (.40); research complaints to ensure answers have been filed (1.80). | JS | 2.20 | 539.00 |
| 11/12/09 | Review settlement and emails with Stennert regarding same. | MSI | 0.30 | 228.00 |
| 11/13/09 | Update Adversary chart re: Closed cases (.30). | JS | 0.30 | 73.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/13/09 | Meeting with DDG regarding issues on Ross settlement (.20); Teleconference with DDG and S. Stennet regarding same (.30); Teleconference with Grear and Beach regarding same (.30); Review mediation statement for Waterfield (.60); Meeting with ZGN regarding same (.20); Teleconference with BDO and M. Siedel regarding same (.40); Teleconference with K. Nystrom regarding same (.10). | MSI | 2.10 | 1,596.00 |
| 11/13/09 | Review proposed mediation statement (1.00); prepare comments thereto (1.50); conference calls with AHM's counsel re: same (.50); call with BDO (.30); call with AHM's counsel re: settlement authority (.30). | ZGN | 3.60 | 2,376.00 |
| 11/16/09 | Review final mediation statement and settlement letter from AHM (.80); review mediation statement from Waterfield and related documents (1.50); confer with MSI re: same (.20). | ZGN | 2.50 | 1,650.00 |
| 11/17/09 | Review of stipulation re AHM insurance and release of funds to pay defense costs of former AHM officers (.40); emails with MTP re same (.10). | JPM | 0.50 | 375.00 |
| 11/17/09 | Attention to draft stipulation re release of D&O funds; forward same to JPM and discuss with him; e-mail authorization on behalf of Committee. | MTP | 0.80 | 608.00 |
| 11/18/09 | Calendar new response deadline in the AHM/Triad matter (.20); review email from CAJ re: same (.10). | JS | 0.30 | 73.50 |
| 11/18/09 | Retrieve cases from Lexis. | MM | 0.20 | 43.00 |
| 11/18/09 | Review Waterfield issues. | MSI | 0.60 | 456.00 |
| 11/20/09 | Began researching BDO's retention by both the Committee and the Debtors could subject one or more parties to discovery requests, including related subissues (6.30). | AMS | 6.30 | 2,205.00 |
| 11/20/09 | Research AHM Defaults to ensure that no answers or extensions have been filed (5.50). | JS | 5.50 | 1,347.50 |
| 11/20/09 | Review D&O insurance motion. | MTP | 0.20 | 152.00 |
| 11/20/09 | Meet with AMS and review and respond to various e-mails re: research on retention of consulting and/or testifying expert (.50). | ZGN | 0.50 | 330.00 |
| 11/22/09 | Continued researching privilege issues relating to the dual retention of a financial consultant by both the Committee and the Debtors and reviewed cases located (4.50). | AMS | 4.50 | 1,575.00 |
| 11/23/09 | Reviewed additional attorney-client privilege and work product cases dealing with the dual retention of accountant and memo to ZGN summarizing findings (4.50). | AMS | 4.50 | 1,575.00 |
| 11/23/09 | AHM/Defaults - Review cases to ensure that no answers or extensions have been filed (4.50). | JS | 4.50 | 1,102.50 |
| 11/23/09 | Review and analyze mediation statements (1.60); Meeting with ZGN regarding issues related to the mediation (.30); Teleconference with K. Nystrom and M. Siedel regarding same (.20); Review and respond to emails regarding same (.20). | MSI | 2.30 | 1,748.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/23/09 | Prepare for and participate in conference call with the committee (1.00); conference call with AHM's lawyers re: mediation session (.50). | ZGN | 1.50 | 990.00 |
| 11/24/09 | Review materials in preparation for mediation (1.10); Meeting with Nystrom, Siedel, Newman & Berliner in preparation for mediation (1.10); Attend mediation (2.0); Review emails regarding same (.20); Teleconference with Berliner regarding same (.10); Review Chaut to Develop Strategy (.40). | MSI | 4.70 | 3,572.00 |
| 11/24/09 | Discussion with MSI re mediation. | MTP | 0.50 | 380.00 |
| 11/24/09 | Attend pre-mediation session at Cadwalader's offices (1.50); attend mediation session and discussion afterwards (1.50). | ZGN | 3.00 | 1,980.00 |
| 11/25/09 | Review e-mails regarding issues on mediation (.60); Review documents provided by Cadwalader and statements (1.30); Teleconference with Berliner, K. Nystrom and B. Fernades regarding alternatives (.40). | MSI | 2.30 | 1,748.00 |
| 11/25/09 | Participate in part of conference call with Debtors & MSI re Waterfield strategy. | MTP | 0.50 | 380.00 |
| 11/30/09 | Meeting with ZGN re: strategy on mediation and BDO retention letters (.20); review and edit retention letters (.60). | MSI | 0.80 | 608.00 |

TOTAL HOURS 62.10

TOTAL SERVICES..........................................................................$ 33,094.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| CARFARE | $159.73 |
| DUPLICATING | $9.20 |
| LEXIS | $5.12 |
| MEALS | $16.33 |
| VELOBIND | $8.25 |

TOTAL DISBURSEMENTS............................................................$ 198.63

TOTAL FEES & DISBURSEMENTS ............................................$ 33,292.63

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 609 | Mitchell | 0.20 | 215.00 | 43.00 |

| 556 | Smith | 12.80 | 245.00 | 3,136.00 |
| 967 | Schrag | 15.30 | 350.00 | 5,355.00 |
| 428 | Newman | 11.10 | 660.00 | 7,326.00 |
| 226 | McCahey | 1.80 | 750.00 | 1,350.00 |
| 260 | Indelicato | 17.50 | 760.00 | 13,300.00 |
| 364 | Power | 3.40 | 760.00 | 2,584.00 |
| ATTY TOTAL | | 62.10 | | 33,094.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141260

For professional services rendered from November 1, through November 30, 2009 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 011 | EMPLOYEE ISSUES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/03/09 | Review documents re suppl. class members and e-mails M. Oleen, M. Minella same (.20). | JXZ | 0.20 | 85.00 |
| 11/10/09 | Review WARN settlement agreement re distribution issues (.60); meetings/e-mails MSI, M. Stewart re priority/distribution issues (.20). | JXZ | 0.80 | 340.00 |
| 11/12/09 | Review documents re suppl-Class Members/e-mails M. Olsen re same (.20). | JXZ | 0.20 | 85.00 |
| 11/17/09 | E-mail M. Olsen re supp. class members (.10). | JXZ | 0.10 | 42.50 |
| 11/18/09 | Review documents re suppl. class members and calls/e-mails M. Olsen, M. Minella same (.20); review Settlement Agreement (.20); conference call/Debtors/class re priority claim issues and WARN distributions (.50). | JXZ | 0.90 | 382.50 |
| 11/30/09 | Review settlement agreement/order and e-mails MSI re priority issues/hearing (.30). | JXZ | 0.30 | 127.50 |

TOTAL HOURS                                          2.50

TOTAL SERVICES.........................................................................$        1,062.50

DISBURSEMENT SUMMARY

SEARCH FEES                                                          $13.92

DISBURSEMENT SUMMARY

TOTAL DISBURSEMENTS.............................................................$        13.92

TOTAL FEES & DISBURSEMENTS ............................................$      1,076.42

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 2.50 | 425.00 | 1,062.50 |
| ATTY TOTAL | | 2.50 | | 1,062.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141260

For professional services rendered from November 1, through November 30, 2009 in connection with the following:

|        |                                          |
|--------|------------------------------------------|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC.    |
| 012    | CLAIMS ADMINISTRATION                    |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/02/09 | Review EECO response (.10). | JXZ | 0.10 | 42.50 |
| 11/05/09 | Review NYS response (.10). | JXZ | 0.10 | 42.50 |
| 11/09/09 | Review deposition notices (.10); review WAMU response (.10). | JXZ | 0.20 | 85.00 |
| 11/10/09 | Review deposition notices (.10). | JXZ | 0.10 | 42.50 |
| 11/13/09 | Review claims orders (.20); review omnibus claims objections (.40). | JXZ | 0.60 | 255.00 |
| 11/18/09 | Review claims Orders (.10). | JXZ | 0.10 | 42.50 |
| 11/20/09 | Review claims Orders (.10); review PNB response (.20). | JXZ | 0.30 | 127.50 |
| 11/30/09 | Meeting ELS, MSI re borrower claims (.10). | JXZ | 0.10 | 42.50 |

TOTAL HOURS                1.60

TOTAL SERVICES..........................................................................$        680.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 1.60 | 425.00 | 680.00 |
| | ATTY TOTAL | 1.60 | | 680.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141260

For professional services rendered from November 1, through November 30, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
013      INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/05/09 | Review of recent cases and earlier memoranda/cases re pari delecto and Deloitte (1.50). | JPM | 1.50 | 1,125.00 |
| 11/13/09 | Review of BDO email re Deloitte investigation (.10). | JPM | 0.10 | 75.00 |
| 11/16/09 | Commence review of relevant cases re the Wagoner rule and conduct additional research. | RJM | 4.90 | 2,793.00 |
| 11/17/09 | Continue reviewing case law and conduct related research re Wagoner rule. | RJM | 3.80 | 2,166.00 |
| 11/18/09 | Conference with RJM re Wagoner rule (.30); Reviewed RJM's email re Wagone rule (.20). | CJK | 0.50 | 250.00 |
| 11/18/09 | Review of RJM memorandum re "pari delecto," Deloitte issues (.50). | JPM | 0.50 | 375.00 |
| 11/18/09 | Review RJM research memo re Deloitte. | MTP | 0.50 | 380.00 |
| 11/18/09 | Finalize review of Wagoner Rule cases and related research and draft memorandum re same (2.50); confer with CJK re Wagoner rule (.20). | RJM | 2.70 | 1,539.00 |
| 11/19/09 | Email correspondence with JPM/RJM regarding Wagoner rule (.10). | CJK | 0.10 | 50.00 |
| 11/19/09 | Respond to RJM email re pari delecto, Deloitte issues (.30). | JPM | 0.30 | 225.00 |

TOTAL HOURS      14.90

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|

TOTAL SERVICES...........................................................................$     8,978.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                          $0.60

LEXIS                                                                              $105.74

SEARCH FEES                                                                          $3.76

TOTAL DISBURSEMENTS............................................................$      110.10

TOTAL FEES & DISBURSEMENTS ............................................$     9,088.10

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 931 | Kang | 0.60 | 500.00 | 300.00 |
| 952 | Malatak | 11.40 | 570.00 | 6,498.00 |
| 226 | McCahey | 2.40 | 750.00 | 1,800.00 |
| 364 | Power | 0.50 | 760.00 | 380.00 |
| ATTY TOTAL | | 14.90 | | 8,978.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141260

For professional services rendered from November 1, through November 30, 2009 in connection with the following:

|  |  |
|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 014 | TRIAD WORKOUT |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/01/09 | Attention to multiple communications to/from Debtors' counsel, re: proposed conference call (.60); Continue drafting/revising proposed e-mail to financial institutions and mortgage servicers (1.30) and send. | CAJ | 1.90 | 1,130.50 |
| 11/02/09 | Communication to MTP, re: forward email communications from financial institutions and servicers (.10); Communication from Committee Member, re: November 11 conference call (.10); research question (.80); and communication to Committee Member, re: same (.10). | CAJ | 1.10 | 654.50 |
| 11/02/09 | Review e-mails from CAJ re Triad. | MTP | 0.20 | 152.00 |
| 11/03/09 | Multiple communications from/to financial institutions and mortgage servicers, re: planning issues with respect to November 11 conference call (.60); Attention to research, re: recent insurance orders and public filings with respect to Triad (.60). | CAJ | 1.20 | 714.00 |
| 11/04/09 | Communications to/from Debtors' counsel, re: strategy planning (.20); Communications from/to counsel for Triad, re: litigation (.20). | CAJ | 0.40 | 238.00 |
| 11/04/09 | Call with CAJ & Young Conaway re Triad. | MTP | 0.20 | 152.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/05/09 | Communications from/to Debtors' counsel, re: November 11 conference call (.20); Communications from/to ES, re: status of adversary proceeding (.20); Communications to three participants for the November 11 conference call (.30); Additional communication to other participant, re: request representation (.10); Communications from/to Debtors' counsel, re: adjournment of Countrywide motion (.20); Communications to/from Debtors' counsel, re: strategy meeting (.20); Communications from/to multiple parties, re: issues with respect to November 11 conference call (.40). | CAJ | 1.60 | 952.00 |
| 11/06/09 | Communications with entities attending November 11 call, re: issues to be discussed (.30); Communications to/from Debtors' counsel (.10). | CAJ | 0.40 | 238.00 |
| 11/09/09 | Continue to prepare for conference call on November 11, including multiple communications with entities that may attend the call. | CAJ | 0.40 | 238.00 |
| 11/10/09 | Attention to detail communications from/to various potential attendees for November 11 conference call (.80); Attention to preparing presenting for November 11 conference call (1.20); Attention to drafting agenda (.10) and forwarding to Debtors' counsel (.10). | CAJ | 2.20 | 1,309.00 |
| 11/10/09 | Meeting with CAJ and join end of call on Triad issues. | MSI | 0.30 | 228.00 |
| 11/10/09 | Attention to memo and draft agenda for conference call with counsel to affected parties by Triad litigation discuss with CAJ (1.90) | MTP | 1.90 | 1,444.00 |
| 11/10/09 | Prepare for and participate in conference call with multiple financial institutions re Triad litigation (1.50) post mortem discussion with CAJ (.30); e-mails to Triad counsel (.30) | MTP | 2.10 | 1,596.00 |
| 11/11/09 | Attention to preparation for call with financial institutions and servicers (1.70); Attend call with MTP (.70); Follow-up communications with Debtors' counsel (.40); Research, re: policy issue (.40); Communication with counsel for Triad, re: November omnibus and stipulation with respect to extending time to respond to complaint (.10); Draft stipulation extending time to file response (.30); communications to/from Debtors' counsel, re: same (.20); and communication to counsel for Triad, re: forward same (.10). | CAJ | 3.90 | 2,320.50 |
| 11/12/09 | Attention to communications from/to MSI, re: adversary proceeding strategy (.20); Multiple communications to/from counsel for Triad and the Debtors, re: stipulation (.90). | CAJ | 1.10 | 654.50 |
| 11/13/09 | Attention to receipt/review signed stipulation (.20) and multiple communications with counsel for Triad and Debtors, re: same (.60); Conference call with counsel for Triad, re: adversary proceeding issues (.70); Communication with counsel for Triad, re: forward list of entities that had accepted invitation to join November call (.10); Communication from financial institution (.20). | CAJ | 1.80 | 1,071.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/16/09 | Additional research, re: motion to dismiss with respect to rescission (3.20); Communications to/from Debtors' counsel, re: same (.20). | CAJ | 3.40 | 2,023.00 |
| 11/17/09 | Communications from/to several financial institutions, re: current status of the case (.20); Research, re: subject matter jurisdiction (1.70). | CAJ | 1.90 | 1,130.50 |
| 11/18/09 | Communications to/from mortgage servicer, re: issues related to the adversary proceeding (.30); Attention to receipt/review entered stipulation and communication with Debtors' counsel, re: same (.10); Communication with counsel for Triad, re: same (.10); Communications from/to MTP, re: issue relating to stipulation (.10); Attention to research, re: motion to dismiss adversary proceeding and case law (1.30); Meeting with ES, re: various issues (.20); Communications from financial institution, re: extension of stipulation (.10), research issue raised by financial institution (.30) and communication with financial institution, re: same (.10). | CAJ | 2.60 | 1,547.00 |
| 11/18/09 | E-mails/discussions with CAJ re Triad litigation strategy issues. | MTP | 0.20 | 152.00 |
| 11/24/09 | Extensive communications with counsel for financial institution, re: case issues and scheduling future call (.40); Attention to conference call with Fannie Mae, re: case issues (1.10); and follow-up research (.40); and communications to Fannie Mae, re: communications (.40); Communication from MSI, re: document request and communication forwarding document (.10). | CAJ | 2.40 | 1,428.00 |
| 11/24/09 | Follow up e-mail.call with Fannie Mae re Triad and discuss with CAJ. | MTP | 0.40 | 304.00 |

TOTAL HOURS                                       31.60

TOTAL SERVICES.........................................................................$     19,676.50

DISBURSEMENT SUMMARY

TELEPHONE CONFERENCE CALL                                              $112.59

TOTAL DISBURSEMENTS...........................................................$        112.59

TOTAL FEES & DISBURSEMENTS ............................................$     19,789.09

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 588 | Jarvinen | 26.30 | 595.00 | 15,648.50 |
| 260 | Indelicato | 0.30 | 760.00 | 228.00 |
| 364 | Power | 5.00 | 760.00 | 3,800.00 |
| ATTY TOTAL | | 31.60 | | 19,676.50 |