**<u>Exhibit C</u>**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|------------|-----------|
| 11/2/2009 | Indelicato, Mark S | CAR | $159.73 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 119748; DATE: 11/10/2009 |
| 11/3/2009 | Schnitzer, Edward L. | CAR | $13.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 45; DATE: 11/4/2009 |
| 11/4/2009 | Zawadzki, Jeffrey | CAR | $62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 601149; DATE: 11/15/2009 |
| 11/5/2009 | Patwardhan, Huria N. | CAR | $25.50 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 119748; DATE: 11/10/2009 |
| 11/10/2009 | Smith, Jason | CAR | $63.55 | VENDOR: ROYAL DISPATCH SERVICES, INC.; INVOICE#: 650073; DATE: 11/20/2009 |
| 11/30/2009 | Schnitzer, Edward L. | CAR | $12.90 | VENDOR: PETTY CASH; INVOICE#: 120609; DATE: 12/7/2009 |
| 11/30/2009 | Power, Mark | CAR | $96.46 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 120904; DATE: 12/8/2009 |
| | | | **$433.78** | |
| 11/2/2009 | Rigano, Nicholas C. | DUPL | $1.80 | |
| 11/2/2009 | | DUPL | $0.70 | |
| 11/2/2009 | | DUPL | $0.10 | |
| 11/2/2009 | | DUPL | $0.10 | |
| 11/2/2009 | | DUPL | $0.40 | |
| 11/2/2009 | | DUPL | $0.40 | |
| 11/2/2009 | | DUPL | $0.40 | |
| 11/2/2009 | | DUPL | $0.10 | |
| 11/2/2009 | | DUPL | $0.20 | |
| 11/2/2009 | | DUPL | $0.40 | |
| 11/2/2009 | | DUPL | $0.40 | |
| 11/2/2009 | | DUPL | $0.20 | |
| 11/2/2009 | | DUPL | $0.40 | |
| 11/2/2009 | | DUPL | $0.60 | |
| 11/2/2009 | | DUPL | $2.80 | |
| 11/2/2009 | | DUPL | $0.90 | |
| 11/2/2009 | | DUPL | $0.50 | |
| 11/3/2009 | | DUPL | $0.90 | |
| 11/3/2009 | | DUPL | $0.70 | |
| 11/3/2009 | | DUPL | $0.70 | |
| 11/3/2009 | | DUPL | $0.70 | |
| 11/3/2009 | | DUPL | $0.10 | |
| 11/3/2009 | | DUPL | $0.70 | |
| 11/3/2009 | | DUPL | $0.70 | |
| 11/3/2009 | | DUPL | $0.80 | |

| | | |
|---|---|---|
| 11/3/2009 | DUPL | $0.70 |
| 11/3/2009 | DUPL | $0.80 |
| 11/3/2009 | DUPL | $0.70 |
| 11/3/2009 | DUPL | $0.40 |
| 11/3/2009 | DUPL | $0.40 |
| 11/3/2009 | DUPL | $0.10 |
| 11/3/2009 | DUPL | $0.10 |
| 11/3/2009 | DUPL | $0.70 |
| 11/3/2009 | DUPL | $0.10 |
| 11/3/2009 | DUPL | $0.70 |
| 11/3/2009 | DUPL | $0.70 |
| 11/3/2009 | DUPL | $0.40 |
| 11/3/2009 | DUPL | $3.20 |
| 11/3/2009 | DUPL | $0.40 |
| 11/3/2009 | DUPL | $0.70 |
| 11/3/2009 | DUPL | $0.30 |
| 11/3/2009 | DUPL | $0.20 |
| 11/3/2009 | DUPL | $0.70 |
| 11/3/2009 | DUPL | $0.30 |
| 11/3/2009 Zawadzki, Jeffrey | DUPL | $10.70 |
| 11/4/2009 | DUPL | $0.50 |
| 11/4/2009 | DUPL | $0.70 |
| 11/4/2009 | DUPL | $0.10 |
| 11/4/2009 | DUPL | $0.70 |
| 11/4/2009 | DUPL | $0.80 |
| 11/4/2009 | DUPL | $0.40 |
| 11/4/2009 | DUPL | $0.10 |
| 11/4/2009 | DUPL | $0.10 |
| 11/4/2009 | DUPL | $0.10 |
| 11/4/2009 | DUPL | $0.10 |
| 11/4/2009 | DUPL | $0.10 |
| 11/4/2009 | DUPL | $0.20 |
| 11/4/2009 | DUPL | $0.90 |
| 11/4/2009 | DUPL | $0.40 |
| 11/4/2009 | DUPL | $0.40 |
| 11/4/2009 | DUPL | $0.40 |
| 11/4/2009 | DUPL | $3.40 |
| 11/4/2009 | DUPL | $0.40 |
| 11/4/2009 | DUPL | $0.10 |
| 11/4/2009 | DUPL | $0.10 |
| 11/4/2009 | DUPL | $0.10 |
| 11/4/2009 | DUPL | $0.20 |
| 11/4/2009 | DUPL | $0.20 |
| 11/4/2009 | DUPL | $0.10 |
| 11/4/2009 | DUPL | $0.10 |
| 11/4/2009 | DUPL | $0.20 |
| 11/4/2009 | DUPL | $0.20 |

| | | | |
|---|---|---|---|
| 11/4/2009 | | DUPL | $0.10 |
| 11/4/2009 | | DUPL | $0.10 |
| 11/4/2009 | | DUPL | $0.10 |
| 11/4/2009 | | DUPL | $8.40 |
| 11/4/2009 | | DUPL | $0.40 |
| 11/4/2009 | | DUPL | $0.40 |
| 11/4/2009 | | DUPL | $0.40 |
| 11/4/2009 | | DUPL | $0.40 |
| 11/4/2009 | | DUPL | $0.40 |
| 11/5/2009 | | DUPL | $0.10 |
| 11/5/2009 | | DUPL | $0.10 |
| 11/5/2009 | | DUPL | $0.10 |
| 11/5/2009 | | DUPL | $0.10 |
| 11/5/2009 | | DUPL | $0.10 |
| 11/5/2009 | | DUPL | $0.10 |
| 11/5/2009 | | DUPL | $0.10 |
| 11/5/2009 | | DUPL | $0.10 |
| 11/5/2009 | | DUPL | $0.10 |
| 11/5/2009 | | DUPL | $0.10 |
| 11/5/2009 | | DUPL | $0.70 |
| 11/5/2009 | | DUPL | $0.10 |
| 11/5/2009 | | DUPL | $0.40 |
| 11/5/2009 | | DUPL | $0.20 |
| 11/5/2009 | | DUPL | $0.40 |
| 11/5/2009 | | DUPL | $0.40 |
| 11/5/2009 | | DUPL | $0.10 |
| 11/5/2009 | | DUPL | $0.20 |
| 11/5/2009 | | DUPL | $0.20 |
| 11/5/2009 | | DUPL | $0.20 |
| 11/5/2009 | | DUPL | $0.70 |
| 11/5/2009 | | DUPL | $0.20 |
| 11/5/2009 | | DUPL | $0.20 |
| 11/5/2009 | | DUPL | $0.20 |
| 11/5/2009 | | DUPL | $0.20 |
| 11/5/2009 | | DUPL | $0.40 |
| 11/5/2009 | | DUPL | $0.20 |
| 11/5/2009 | | DUPL | $0.50 |
| 11/6/2009 | Zawadzki, Jeffrey | DUPL | $0.60 |
| 11/6/2009 | Zawadzki, Jeffrey | DUPL | $0.70 |
| 11/6/2009 | | DUPL | $1.30 |
| 11/6/2009 | | DUPL | $0.10 |
| 11/6/2009 | | DUPL | $0.10 |
| 11/6/2009 | | DUPL | $0.40 |
| 11/6/2009 | | DUPL | $0.40 |
| 11/6/2009 | | DUPL | $0.60 |
| 11/6/2009 | | DUPL | $0.40 |
| 11/6/2009 | | DUPL | $0.60 |

| | | | |
|---|---|---|---|
| 11/6/2009 | | DUPL | $0.70 |
| 11/6/2009 | Schnitzer, Edward L. | DUPL | $9.10 |
| 11/9/2009 | Schnitzer, Edward L. | DUPL | $0.20 |
| 11/9/2009 | Schnitzer, Edward L. | DUPL | $4.20 |
| 11/9/2009 | Schnitzer, Edward L. | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.20 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.40 |
| 11/9/2009 | | DUPL | $0.80 |
| 11/9/2009 | | DUPL | $0.30 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.20 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.70 |
| 11/9/2009 | | DUPL | $0.70 |
| 11/9/2009 | | DUPL | $0.60 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.70 |
| 11/9/2009 | | DUPL | $0.20 |
| 11/9/2009 | | DUPL | $0.20 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $1.40 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $1.40 |
| 11/9/2009 | | DUPL | $0.20 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.70 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.40 |
| 11/9/2009 | | DUPL | $0.10 |
| 11/9/2009 | | DUPL | $0.10 |

| | | |
|---|---|---|
| 11/9/2009 | DUPL | $0.10 |
| 11/9/2009 | DUPL | $0.10 |
| 11/9/2009 | DUPL | $0.10 |
| 11/9/2009 | DUPL | $0.20 |
| 11/9/2009 | DUPL | $0.70 |
| 11/9/2009 | DUPL | $0.20 |
| 11/9/2009 | DUPL | $0.20 |
| 11/9/2009 | DUPL | $0.20 |
| 11/9/2009 | DUPL | $0.10 |
| 11/9/2009 | DUPL | $0.20 |
| 11/9/2009 | DUPL | $0.10 |
| 11/9/2009 | DUPL | $0.10 |
| 11/9/2009 | DUPL | $0.10 |
| 11/9/2009 | DUPL | $4.20 |
| 11/9/2009 | DUPL | $0.50 |
| 11/9/2009 | DUPL | $1.00 |
| 11/10/2009 | DUPL | $0.20 |
| 11/10/2009 | DUPL | $1.00 |
| 11/10/2009 | DUPL | $0.20 |
| 11/10/2009 | DUPL | $0.20 |
| 11/10/2009 | DUPL | $0.20 |
| 11/10/2009 | DUPL | $0.30 |
| 11/10/2009 | DUPL | $0.60 |
| 11/10/2009 | DUPL | $0.30 |
| 11/10/2009 | DUPL | $0.20 |
| 11/10/2009 | DUPL | $0.20 |
| 11/10/2009 | DUPL | $0.70 |
| 11/10/2009 | DUPL | $0.10 |
| 11/10/2009 | DUPL | $3.00 |
| 11/10/2009 | DUPL | $0.80 |
| 11/10/2009 | DUPL | $11.50 |
| 11/10/2009 | DUPL | $0.10 |
| 11/10/2009 | DUPL | $1.40 |
| 11/10/2009 | DUPL | $1.40 |
| 11/10/2009 | DUPL | $1.40 |
| 11/10/2009 | DUPL | $0.30 |
| 11/10/2009 | DUPL | $0.60 |
| 11/10/2009 | DUPL | $1.30 |
| 11/10/2009 | DUPL | $0.40 |
| 11/10/2009 | DUPL | $0.30 |
| 11/10/2009 | DUPL | $1.50 |
| 11/10/2009 | DUPL | $0.10 |
| 11/10/2009 | DUPL | $0.10 |
| 11/10/2009 | DUPL | $0.20 |
| 11/10/2009 | DUPL | $1.00 |
| 11/10/2009 | DUPL | $0.20 |
| 11/10/2009 | DUPL | $0.20 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 11/10/2009 | | DUPL | $0.20 |
| 11/10/2009 | | DUPL | $0.30 |
| 11/10/2009 | | DUPL | $0.60 |
| 11/10/2009 | | DUPL | $0.30 |
| 11/10/2009 | | DUPL | $0.20 |
| 11/10/2009 | | DUPL | $0.20 |
| 11/10/2009 | | DUPL | $0.70 |
| 11/10/2009 | | DUPL | $0.10 |
| 11/10/2009 | | DUPL | $3.00 |
| 11/10/2009 | | DUPL | $0.80 |
| 11/10/2009 | | DUPL | $11.50 |
| 11/10/2009 | | DUPL | $0.10 |
| 11/10/2009 | | DUPL | $1.40 |
| 11/10/2009 | | DUPL | $1.40 |
| 11/10/2009 | | DUPL | $1.40 |
| 11/10/2009 | | DUPL | $0.30 |
| 11/10/2009 | | DUPL | $0.60 |
| 11/10/2009 | | DUPL | $1.30 |
| 11/10/2009 | | DUPL | $0.40 |
| 11/10/2009 | | DUPL | $0.30 |
| 11/10/2009 | | DUPL | $1.50 |
| 11/10/2009 | | DUPL | $0.10 |
| 11/10/2009 | | DUPL | $0.10 |
| 11/10/2009 | Zawadzki, Jeffrey | DUPL | $0.40 |
| 11/11/2009 | Orbach, Joseph | DUPL | $7.00 |
| 11/11/2009 | Schnitzer, Edward L. | DUPL | $0.40 |
| 11/11/2009 | Orbach, Joseph | DUPL | $0.40 |
| 11/11/2009 | Orbach, Joseph | DUPL | $0.60 |
| 11/11/2009 | | DUPL | $0.60 |
| 11/11/2009 | | DUPL | $1.40 |
| 11/11/2009 | | DUPL | $1.50 |
| 11/11/2009 | | DUPL | $0.70 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.10 |
| 11/11/2009 | | DUPL | $0.30 |
| 11/11/2009 | | DUPL | $0.60 |
| 11/11/2009 | | DUPL | $0.30 |
| 11/11/2009 | | DUPL | $0.70 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.30 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.10 |
| 11/11/2009 | | DUPL | $0.10 |
| 11/11/2009 | | DUPL | $0.10 |
| 11/11/2009 | | DUPL | $0.70 |
| 11/11/2009 | | DUPL | $0.10 |

| Date | Name | Type | Amount |
|------|------|------|--------|
| 11/11/2009 | | DUPL | $0.10 |
| 11/11/2009 | | DUPL | $0.80 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.10 |
| 11/11/2009 | | DUPL | $0.90 |
| 11/11/2009 | | DUPL | $0.90 |
| 11/11/2009 | | DUPL | $5.40 |
| 11/11/2009 | | DUPL | $9.40 |
| 11/11/2009 | | DUPL | $0.10 |
| 11/11/2009 | | DUPL | $0.10 |
| 11/11/2009 | | DUPL | $0.10 |
| 11/11/2009 | | DUPL | $0.10 |
| 11/11/2009 | | DUPL | $1.50 |
| 11/11/2009 | | DUPL | $0.10 |
| 11/11/2009 | | DUPL | $0.10 |
| 11/11/2009 | | DUPL | $0.70 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.10 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.20 |
| 11/11/2009 | | DUPL | $0.60 |
| 11/11/2009 | Orbach, Joseph | DUPL | $1.00 |
| 11/12/2009 | Gonzalez, Dalgis E. | DUPL | $0.20 |
| 11/12/2009 | Schnitzer, Edward L. | DUPL | $9.90 |
| 11/12/2009 | | DUPL | $0.30 |
| 11/12/2009 | | DUPL | $0.70 |
| 11/12/2009 | | DUPL | $0.10 |
| 11/12/2009 | | DUPL | $0.20 |
| 11/12/2009 | | DUPL | $0.40 |
| 11/12/2009 | | DUPL | $0.30 |
| 11/12/2009 | | DUPL | $0.20 |
| 11/12/2009 | | DUPL | $1.90 |
| 11/12/2009 | | DUPL | $0.40 |
| 11/12/2009 | | DUPL | $0.20 |
| 11/12/2009 | | DUPL | $4.20 |
| 11/12/2009 | | DUPL | $1.60 |
| 11/12/2009 | | DUPL | $1.30 |
| 11/12/2009 | | DUPL | $0.70 |
| 11/12/2009 | | DUPL | $0.70 |

| | | | |
|---|---|---|---|
| 11/12/2009 | | DUPL | $0.10 |
| 11/12/2009 | | DUPL | $0.20 |
| 11/12/2009 | | DUPL | $4.20 |
| 11/12/2009 | | DUPL | $2.40 |
| 11/12/2009 | | DUPL | $2.40 |
| 11/12/2009 | | DUPL | $0.10 |
| 11/12/2009 | | DUPL | $0.20 |
| 11/12/2009 | | DUPL | $4.20 |
| 11/13/2009 | | DUPL | $0.70 |
| 11/13/2009 | | DUPL | $0.70 |
| 11/13/2009 | | DUPL | $0.20 |
| 11/13/2009 | | DUPL | $0.20 |
| 11/13/2009 | | DUPL | $0.70 |
| 11/13/2009 | | DUPL | $0.20 |
| 11/13/2009 | | DUPL | $0.20 |
| 11/13/2009 | | DUPL | $0.20 |
| 11/13/2009 | | DUPL | $0.20 |
| 11/13/2009 | | DUPL | $0.80 |
| 11/13/2009 | | DUPL | $0.80 |
| 11/13/2009 | | DUPL | $2.30 |
| 11/13/2009 | | DUPL | $5.80 |
| 11/13/2009 | | DUPL | $1.20 |
| 11/13/2009 | | DUPL | $0.70 |
| 11/13/2009 | | DUPL | $0.20 |
| 11/13/2009 | | DUPL | $0.10 |
| 11/13/2009 | | DUPL | $0.20 |
| 11/13/2009 | | DUPL | $0.20 |
| 11/13/2009 | | DUPL | $0.20 |
| 11/13/2009 | | DUPL | $0.70 |
| 11/13/2009 | | DUPL | $0.10 |
| 11/13/2009 | | DUPL | $0.10 |
| 11/16/2009 | Zawadzki, Jeffrey | DUPL | $0.30 |
| 11/16/2009 | Gonzalez, Dalgis E. | DUPL | $4.10 |
| 11/16/2009 | | DUPL | $0.70 |
| 11/16/2009 | | DUPL | $0.70 |
| 11/16/2009 | | DUPL | $0.20 |
| 11/16/2009 | | DUPL | $0.10 |
| 11/16/2009 | | DUPL | $0.10 |
| 11/16/2009 | | DUPL | $0.20 |
| 11/16/2009 | | DUPL | $0.30 |
| 11/16/2009 | | DUPL | $0.20 |
| 11/16/2009 | | DUPL | $0.20 |
| 11/16/2009 | | DUPL | $0.20 |
| 11/16/2009 | | DUPL | $0.10 |
| 11/17/2009 | | DUPL | $0.80 |
| 11/17/2009 | | DUPL | $1.70 |
| 11/17/2009 | | DUPL | $0.10 |

| | | |
|---|---|---|
| 11/17/2009 | DUPL | $0.10 |
| 11/17/2009 | DUPL | $0.10 |
| 11/17/2009 | DUPL | $0.40 |
| 11/17/2009 | DUPL | $0.40 |
| 11/18/2009 | DUPL | $0.60 |
| 11/18/2009 | DUPL | $0.20 |
| 11/18/2009 | DUPL | $0.20 |
| 11/18/2009 | DUPL | $0.20 |
| 11/18/2009 | DUPL | $0.20 |
| 11/18/2009 | DUPL | $0.20 |
| 11/18/2009 | DUPL | $0.70 |
| 11/18/2009 | DUPL | $0.10 |
| 11/18/2009 | DUPL | $0.70 |
| 11/18/2009 | DUPL | $0.10 |
| 11/18/2009 | DUPL | $0.70 |
| 11/18/2009 | DUPL | $0.10 |
| 11/18/2009 | DUPL | $0.20 |
| 11/18/2009 | DUPL | $0.20 |
| 11/18/2009 | DUPL | $0.20 |
| 11/18/2009 | DUPL | $0.20 |
| 11/18/2009 | DUPL | $0.20 |
| 11/18/2009 | DUPL | $0.10 |
| 11/18/2009 | DUPL | $0.10 |
| 11/18/2009 | DUPL | $0.30 |
| 11/18/2009 | DUPL | $0.70 |
| 11/18/2009 | DUPL | $3.70 |
| 11/18/2009 | DUPL | $0.30 |
| 11/18/2009 | DUPL | $0.70 |
| 11/18/2009 | DUPL | $0.30 |
| 11/18/2009 | DUPL | $0.60 |
| 11/18/2009 | DUPL | $1.00 |
| 11/18/2009 | DUPL | $0.40 |
| 11/18/2009 | DUPL | $0.10 |
| 11/18/2009 | DUPL | $0.10 |
| 11/18/2009 | DUPL | $1.40 |
| 11/18/2009 | DUPL | $0.10 |
| 11/18/2009 | DUPL | $0.10 |
| 11/18/2009 | DUPL | $0.10 |
| 11/18/2009 | DUPL | $0.10 |
| 11/18/2009 | DUPL | $0.60 |
| 11/18/2009 | DUPL | $0.60 |
| 11/18/2009 | DUPL | $0.60 |
| 11/18/2009 Virani, Zahir | DUPL | $1.20 |
| 11/19/2009 | DUPL | $1.20 |
| 11/19/2009 | DUPL | $0.70 |
| 11/19/2009 | DUPL | $0.20 |
| 11/19/2009 | DUPL | $0.10 |

| | | | |
|---|---|---|---|
| 11/19/2009 | | DUPL | $0.20 |
| 11/19/2009 | | DUPL | $0.10 |
| 11/19/2009 | | DUPL | $0.20 |
| 11/19/2009 | | DUPL | $0.20 |
| 11/19/2009 | | DUPL | $1.30 |
| 11/19/2009 | | DUPL | $0.20 |
| 11/19/2009 | | DUPL | $0.20 |
| 11/19/2009 | | DUPL | $1.60 |
| 11/19/2009 | | DUPL | $0.70 |
| 11/19/2009 | | DUPL | $0.70 |
| 11/20/2009 | | DUPL | $0.20 |
| 11/20/2009 | | DUPL | $4.90 |
| 11/20/2009 | | DUPL | $0.60 |
| 11/20/2009 | | DUPL | $0.20 |
| 11/20/2009 | | DUPL | $0.20 |
| 11/20/2009 | | DUPL | $0.20 |
| 11/20/2009 | | DUPL | $0.60 |
| 11/20/2009 | | DUPL | $1.00 |
| 11/20/2009 | Schnitzer, Edward L. | DUPL | $2.40 |
| 11/23/2009 | Schnitzer, Edward L. | DUPL | $0.90 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $1.00 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $1.00 |
| 11/23/2009 | | DUPL | $0.20 |
| 11/23/2009 | | DUPL | $0.20 |
| 11/23/2009 | | DUPL | $0.80 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.80 |
| 11/23/2009 | | DUPL | $0.10 |
| 11/23/2009 | | DUPL | $0.60 |
| 11/23/2009 | | DUPL | $0.10 |

| Date | Name | Type | Amount | Notes |
|------|------|------|-------:|-------|
| 11/23/2009 | | DUPL | $0.10 | |
| 11/23/2009 | | DUPL | $0.20 | |
| 11/23/2009 | | DUPL | $0.40 | |
| 11/23/2009 | | DUPL | $0.90 | |
| 11/23/2009 | | DUPL | $0.20 | |
| 11/23/2009 | | DUPL | $0.40 | |
| 11/24/2009 | Schnitzer, Edward L. | DUPL | $1.00 | |
| 11/24/2009 | Schnitzer, Edward L. | DUPL | $0.70 | |
| 11/24/2009 | Schnitzer, Edward L. | DUPL | $0.70 | |
| 11/24/2009 | | DUPL | $0.80 | |
| 11/24/2009 | | DUPL | $0.10 | |
| 11/24/2009 | | DUPL | $0.20 | |
| 11/24/2009 | | DUPL | $0.10 | |
| 11/24/2009 | | DUPL | $0.10 | |
| 11/24/2009 | | DUPL | $0.10 | |
| 11/24/2009 | | DUPL | $0.10 | |
| 11/24/2009 | | DUPL | $0.10 | |
| 11/24/2009 | | DUPL | $0.10 | |
| 11/24/2009 | | DUPL | $0.10 | |
| 11/24/2009 | | DUPL | $0.10 | |
| 11/24/2009 | | DUPL | $0.10 | |
| 11/24/2009 | | DUPL | $0.30 | |
| 11/24/2009 | | DUPL | $0.10 | |
| 11/24/2009 | | DUPL | $0.80 | |
| 11/25/2009 | | DUPL | $0.30 | |
| 11/25/2009 | | DUPL | $0.30 | |
| 11/25/2009 | | DUPL | $0.30 | |
| 11/25/2009 | | DUPL | $0.40 | |
| 11/25/2009 | | DUPL | $0.10 | |
| 11/25/2009 | | DUPL | $0.50 | |
| 11/25/2009 | | DUPL | $0.70 | |
| 11/25/2009 | | DUPL | $0.60 | |
| 11/25/2009 | | DUPL | $0.20 | |
| 11/30/2009 | | DUPL | $3.40 | |
| 11/30/2009 | | DUPL | $1.80 | |
| | | | **$328.90** | |
| | | | | |
| 11/6/2009 | Schnitzer, Edward L. | LEXI | $2.58 | VENDOR: LEXIS - NEXIS; INVOICE#: 0911014109; DATE: 11/30/2009 |
| 11/13/2009 | Smith, Jason | LEXI | $3.33 | VENDOR: LEXIS - NEXIS; INVOICE#: 0911014109; DATE: 11/30/2009 |
| 11/17/2009 | Malatak, Robert J. | LEXI | $20.91 | VENDOR: LEXIS - NEXIS; INVOICE#: 0911014109; DATE: 11/30/2009 |
| 11/18/2009 | Mitchell, Matthew | LEXI | $5.12 | VENDOR: LEXIS - NEXIS; INVOICE#: 0911014109; DATE: 11/30/2009 |

| Date | Name | Code | Amount | Description |
|---|---|---|---|---|
| 11/20/2009 | Schrag C, Alison M. | LEXI | $84.83 | VENDOR: LEXIS - NEXIS; INVOICE#: 0911014109; DATE: 11/30/2009 |
| | | | **$116.77** | |
| 11/23/2009 | Indelicato, Mark S | MEAL | $16.33 | VENDOR: INDELICATO; INVOICE#: 40; DATE: 12/30/2009 |
| 11/24/2009 | Indelicato, Mark S | MEAL | $17.33 | VENDOR: INDELICATO; INVOICE#: 40; DATE: 12/30/2009 |
| | | | **$33.66** | |
| 11/6/2009 | Zawadzki, Jeffrey | ODEL | $9.13 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-400-66519; DATE: 11/19/2009 |
| 11/6/2009 | Zawadzki, Jeffrey | ODEL | $9.13 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-400-66519; DATE: 11/19/2009 |
| 11/18/2009 | Virani, Zahir | ODEL | $27.10 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-423-56927; DATE: 12/7/2009 |
| 11/18/2009 | Virani, Zahir | ODEL | $8.90 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-423-56927; DATE: 12/7/2009 |
| 11/18/2009 | Virani, Zahir | ODEL | $8.90 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 9-423-56927; DATE: 12/7/2009 |
| | | | **$63.16** | |
| 11/4/2009 | Rigano, Nicholas C. | POST | $1.22 | Postage - Nicholas Rigano |
| 11/5/2009 | Virani, Zahir | POST | $6.10 | |
| 11/10/2009 | Virani, Zahir | POST | $6.10 | |
| 11/12/2009 | Orbach, Joseph | POST | $3.66 | |
| 11/12/2009 | Patwardhan, Huria N. | POST | $2.78 | |
| 11/13/2009 | Zawadzki, Jeffrey | POST | $7.32 | |
| 11/19/2009 | Schnitzer, Edward L. | POST | $7.35 | |
| 11/24/2009 | Schnitzer, Edward L. | POST | $1.22 | Edward Schnitzer - Postage |
| 11/24/2009 | Schnitzer, Edward L. | POST | $1.39 | Edward Schnitzer - Postage |
| | | | **$37.14** | |
| 11/2/2009 | Power, Mark | SEAR | $0.40 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 11/2/2009 | Power, Mark | SEAR | $3.20 | FEB-SEPT 009 VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 11/2/2009 | Power, Mark | SEAR | $7.20 | FEB-SEPT 009VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 11/2/2009 | Power, Mark | SEAR | $303.44 | FEB-SEPT 009 VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 11/2/2009 | Power, Mark | SEAR | $6.08 | FEB-SEPT 009 VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 11/2/2009 | Power, Mark | SEAR | $22.16 | FEB-SEPT 009 VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 11/2/2009 | Power, Mark | SEAR | $53.76 | FEB-SEPT 009 VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 11/2/2009 | Power, Mark | SEAR | $13.92 | FEB-SEPT 009 VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 11/4/2009 | Power, Mark | SEAR | $1.68 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 11/11/2009 | Power, Mark | SEAR | $7.68 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 11/17/2009 | Power, Mark | SEAR | $3.76 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 11/24/2009 | Power, Mark | SEAR | $0.88 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| | | | **$424.16** | |
| 11/5/2009 | Schnitzer, Edward L. | TELCON | $0.21 | VENDOR: AMERICAN EXPRESS; INVOICE#: 01210; DATE: 1/6/2010 |
| 11/11/2009 | Jarvinen, Christopher A | TELCON | $112.59 | VENDOR: AMERICAN EXPRESS; INVOICE#: 01210; DATE: 1/6/2010 |
| 11/23/2009 | Schnitzer, Edward L. | TELCON | $0.21 | VENDOR: AMERICAN EXPRESS; INVOICE#: 01210; DATE: 1/6/2010 |
| | | | **$113.01** | |
| 11/13/2009 | Schnitzer, Edward L. | TRAV | **$223.00** | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 47; DATE: 11/16/2009 |
| 11/16/2009 | Newman, Zachary G. | VELO | **$8.25** | |
| | Total: | | **$1,781.83** | |