## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| American Home Mortgage Holdings, Inc., _et al._[5] | : | Case No. 07-11047 (CSS) |
|  | : | (Jointly Administered) |
|  | : |  |
| Debtors | : |  |
|  | : |  |

-------------------------------------------------------------

### AFFIDAVIT OF MARK S. INDELICATO

| | |
|---|---|
| STATE OF NEW YORK | : |
| | : ss.: |
| COUNTY OF NEW YORK | : |

MARK S. INDELICATO, being duly sworn, deposes and says:

1.      I am a member of the law firm of Hahn & Hessen LLP ("H&H"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed herein. I am the attorney responsible for the services rendered and to be rendered to the Committee as well as for compliance with the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

2.      This affidavit is submitted in support of the foregoing Twenty-Eighth Monthly Fee Application (the "Application") for allowance of compensation and reimbursement of expenses incurred by H&H, as co-counsel to the Committee, for the period from November 1, 2009 through and including November 30, 2009.

---

[5]      The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

3.      I have personally performed many of the services rendered by H&H and am thoroughly familiar with all other services performed on behalf of the Committee by the lawyers and paraprofessionals in my firm.

4.      The facts contained in the Application are true and correct to the best of my knowledge, information and belief.

5.      The fees and disbursements requested in the Application are in accordance with practices customarily employed by H&H and generally accepted by H&H's clients.

6.      No agreement or understanding exists between H&H and any other person or persons or parties to share in any compensation received in connection with this case except as with respect to the terms of partnership agreements with members of H&H.

7.      To the best of my knowledge, information and belief, the application substantially complies with the Local Rules.

/s/ Mark S. Indelicato_____
MARK S. INDELICATO

Sworn to before me this
30th day of April, 2010

/s/ Susan Farrell_____
SUSAN FARRELL
Notary Public, State of New York
No. 01FA4890039
Qualified in Nassau County
Commission Expires April 27, 2011