**Exhibit B**

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141261

For professional services rendered from December 1, through December 31, 2009 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 27,673.50 |
| 007 | PROFESSIONIAL FEES | | 9,646.00 |
| 008 | AVOIDANCE ACTIONS | | 60,336.50 |
| 009 | LITIGATION | | 13,557.00 |
| 010 | PLAN AND DISCLOSURE STATEMENT | | 988.00 |
| 011 | EMPLOYEE ISSUES | | 467.50 |
| 012 | CLAIMS ADMINISTRATION | | 3,732.50 |
| 013 | INVESTIGATION OF COMPANY | | 7,500.00 |
| 014 | TRIAD WORKOUT | | 4,631.00 |
| | **Total Time** | $ | 128,532.00 |
| | CARFARE | $ | 695.13 |
| | DUPLICATING | | 238.10 |
| | MEALS | | 68.53 |
| | POSTAGE | | 6.61 |
| | SEARCH FEES | | 373.52 |
| | TELEPHONE CONFERENCE CALL | | 25.47 |
| | TRAVEL | | 966.00 |
| | VELOBIND | | 2.75 |
| | **Total Disbursements** | $ | 2,376.11 |
| | **TOTAL BILL** | **$** | **130,908.11** |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141261

For professional services rendered from December 1, through December 31, 2009 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
| | 002 | CREDITORS COMMITTEE |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/09 | Dobben - phone call with Crowther re: continuance letter and claim hearing; phone call with Pettibone re: same and review Crowther letter and Pettibone email re: documents; begin review of deposition transcripts. | ELS | 1.20 | 714.00 |
| 12/01/09 | Review docket, correspondence and recent pleadings (.20). | JXZ | 0.20 | 85.00 |
| 12/02/09 | Dobben - review various emails re: contested matter and phone call with Crowther re: Yamamura mortgage. | ELS | 0.70 | 416.50 |
| 12/02/09 | Teleconference with Beach regarding e-mails and outstanding matters; Meeting with ELS regarding same. | MSI | 0.30 | 228.00 |
| 12/03/09 | Dobben - review various emails re: pre-trial order and phone call with Crowther re: same. | ELS | 0.80 | 476.00 |
| 12/03/09 | Review and respond to e-mails on issues related to status and effective date (.40); Teleconference with creditors regarding status (.20). | MSI | 0.60 | 456.00 |
| 12/04/09 | Dobben - review various exhibits and proposed versions of pre-trial order and emails/phone calls with Crowther re: same; review debtor's summary judgment motion. | ELS | 1.70 | 1,011.50 |
| 12/04/09 | Review docket activity (.10). | JXZ | 0.10 | 42.50 |
| 12/04/09 | Discussion with D. Berliner regarding outstanding issues and funding issues. | MSI | 0.30 | 228.00 |
| 12/07/09 | Dobben - emails re: various emails, review Dobben deposition transcript. | ELS | 1.10 | 654.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/07/09 | Review motion to pay sales/use taxes, draft summary and e-mails/MTE, ELS, MSI (.50); calendar maintenance (.10); review various orders (.10). | JXZ | 0.70 | 297.50 |
| 12/07/09 | Review motion to pay sales/use tax and e-mail to MSI re objection (.60). | MTP | 0.60 | 456.00 |
| 12/07/09 | Participate in part of conference call with Debtors, Sass, BDO, MSI re plan effective date issues. | MTP | 0.50 | 380.00 |
| 12/08/09 | Dobben - review exhibits and review their response to summary judgment motion (1.20); review and revise JXZ draft objection to motion to pay New York State tax claim (.80). | ELS | 2.00 | 1,190.00 |
| 12/08/09 | Review Order approving stipulation between Debtors and AT&T (.20) review Dobben reply to motion for summary judgment (.10) review docket (.20) | JS | 0.50 | 122.50 |
| 12/09/09 | Dobben - prepare for evidentiary hearing (1.80); travel to and from hearing at 1/2 time (1.20); attend and assist debtors at evidentiary hearing (5.50); emails with MSI, Breach and Crowther re: result and strategy going forward (.90). | ELS | 9.40 | 5,593.00 |
| 12/09/09 | Review docket and recent pleadings (.30) file maintenance (.10) review and update critical dates memo (.20) | JS | 0.60 | 147.00 |
| 12/09/09 | Teleconference and e-mails with ELS regarding Dobner judgment. | MSI | 0.30 | 228.00 |
| 12/10/09 | Review emails re: Borrower Committee fees and amendments to bank sale Asset Purchase Agreement (.30); email to committee re: Dobben evidentiary hearing and administration claim (.70); emails and phone calls re: objection to motion to pay NYS taxes (.40). | ELS | 1.40 | 833.00 |
| 12/10/09 | Reviewing BDO weekly update and responding to BDO request re allowed fees. | JO | 0.30 | 96.00 |
| 12/10/09 | Review Committee update (.10); review effective date analysis (.20). | JXZ | 0.30 | 127.50 |
| 12/10/09 | Revise and edit objection to NYS tax motion (.20); Review BDO update (.40); E-mails with ELS regarding same (.10). | MSI | 0.70 | 532.00 |
| 12/10/09 | Review BDO Committee update and e-mail re same. | MTP | 0.20 | 152.00 |
| 12/11/09 | Conference call with MSI, Beach, Crowther and debtors re: Dobben claim and bank sale (.70); calls/emails with Beach re: tax motion (.50). | ELS | 1.20 | 714.00 |
| 12/11/09 | Document production for JXZ (.40) review amended agenda for 12/14 hearing and prepare for hearing (.80) review docket and recent pleadings (.70) calendar events (.30) file maintenance (.30) | JS | 2.50 | 612.50 |
| 12/11/09 | Review docket activity (.10; hearing preparation (.50). | JXZ | 0.60 | 255.00 |
| 12/11/09 | Docket review/print | KP | 0.30 | 45.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/11/09 | Meeting/teleconference with Debtor, YCST and BDO to discuss Dobner decision, Bank sale and effective date issues (.70); Review issues in preparation for meeting (.40). | MSI | 1.10 | 836.00 |
| 12/14/09 | Review draft Dobben order and emails re: same. | ELS | 0.20 | 119.00 |
| 12/14/09 | Review Order granting the official committee of unsecured creditors' third omnibus motion for an Order approving settlements with certain preference defendants (.40) review schedule order (.10) review order sustaining debtors' 45th omnibus objection to claims (.10) review order authorizing payment of prepetition sale and use taxes (.20) review docket (.20) update critical dates memo (.30) review order authorizing the abandonment of certain real property (.20) review order sustaining debtors' 46th omnibus objection to claims (.10) review order approving warn act class action settlement agreement (.20) | JS | 1.80 | 441.00 |
| 12/14/09 | Review amended Hearing Agenda (.10); hearing prep and pre-hearing (.10); meetings with counsel (2.50); attend Hearing and post-hearing meetings w/counsel (.90); non-working travel (4.00 x 1/2 = 2.00)((2.00). | JXZ | 5.50 | 2,337.50 |
| 12/14/09 | Review pleadings in preparation for hearing including WARN, preferences tax motion and abandonment motion (1.30); Attend hearing regarding same (1.80); Transportation back from court (2.60@50%) (1.30). | MSI | 4.40 | 3,344.00 |
| 12/14/09 | Attention to e-mails re WARN Act settlement. | MTP | 0.20 | 152.00 |
| 12/15/09 | Dobben - phone call with Beach and Crowther re: matter and meeting with MSI re: same (.40); review Murphy lawsuit, meeting with MSI re: same and phone call with Beach re: same (.40). | ELS | 0.80 | 476.00 |
| 12/15/09 | Teleconference with Beach regarding outstanding issues including Dobben, outstanding claims and potential settlement with Ross (.30); Review same (.40); Teleconference with S. Sass regarding same (.10). | MSI | 0.80 | 608.00 |
| 12/16/09 | Review Certification of counsel re: agreed order DI 8421 (.10) review docket (.20) | JS | 0.30 | 73.50 |
| 12/16/09 | Review docket activity (.10). | JXZ | 0.10 | 42.50 |
| 12/16/09 | Teleconference with Debra Mills regarding status and Dobben Matter (.30); Teleconference with creditors regarding status of effective date (.10). | MSI | 0.40 | 304.00 |
| 12/17/09 | Review Order approving 3rd Stipulation re DI8427 (.20) | JS | 0.20 | 49.00 |
| 12/17/09 | E-mail to Committee regarding meeting (.20); Discussion with creditors regarding status (.30). | MSI | 0.50 | 380.00 |
| 12/17/09 | Review MSI e-mail to Committee re call (.10). | MTP | 0.10 | 76.00 |
| 12/18/09 | Review docket (.20) review order approving the 3rd stipulation between debtors and former D&Os and the Committee (.20) Go over file maintenance with KP (.50) | JS | 0.90 | 220.50 |
| 12/18/09 | Review docket activity (.10). | JXZ | 0.10 | 42.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/23/09 | Conference call with MSI and debtors re: appeal of Dobben order. | ELS | 0.50 | 297.50 |
| 12/23/09 | Review correspondence (.10); e-mail D. Berliner re open issues (.10) | JXZ | 0.20 | 85.00 |
| 12/24/09 | Review docket and recent pleadings (.10) | JS | 0.10 | 24.50 |
| 12/28/09 | Review emergency motion regarding Mt. Prospect property and e-mails with M. Lunn regarding same. | MSI | 0.80 | 608.00 |
| 12/29/09 | Revise and edit proposed settlement between the Debtor and Broadhollow. | MSI | 0.90 | 684.00 |
| 12/29/09 | Attention to draft settlement agreement. | MTP | 0.50 | 380.00 |

TOTAL HOURS                    49.50

TOTAL SERVICES...........................................................................$    27,673.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| CARFARE | $325.51 |
| DUPLICATING | $70.90 |
| MEALS | $48.68 |
| SEARCH FEES | $204.88 |
| TRAVEL | $966.00 |
| VELOBIND | $2.75 |

TOTAL DISBURSEMENTS..............................................$    1,618.72

TOTAL FEES & DISBURSEMENTS ............................................$    29,292.22

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 608 | Primm | 0.30 | 150.00 | 45.00 |
| 556 | Smith | 6.90 | 245.00 | 1,690.50 |
| 583 | Orbach | 0.30 | 320.00 | 96.00 |
| 493 | Zawadzki | 7.80 | 425.00 | 3,315.00 |
| 486 | Schnitzer | 21.00 | 595.00 | 12,495.00 |
| 260 | Indelicato | 11.10 | 760.00 | 8,436.00 |
| 364 | Power | 2.10 | 760.00 | 1,596.00 |
| ATTY TOTAL | | 49.50 | | 27,673.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141261

For professional services rendered from December 1, through December 31, 2009 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
|  | 007 | PROFESSIONIAL FEES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/09 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 12/01/09 | Work on monthly fee statements. | MTP | 1.50 | 1,140.00 |
| 12/02/09 | Revise H&H's 22nd (May) fee application (1.40) Revise H&H's 23rd (June) fee application (1.60) Revise H&H's 24th (July) fee application (1.10) Prepare exhibits to fee applications for electronic filing (2.40) | JS | 6.50 | 1,592.50 |
| 12/02/09 | Review certifications (.10); review fee applications/draft summaries and e-mails MSI (.50). | JXZ | 0.60 | 255.00 |
| 12/02/09 | Drafting AHM Fee application shells | KP | 2.00 | 300.00 |
| 12/02/09 | Revise and edit fee applications. | MSI | 0.70 | 532.00 |
| 12/03/09 | Draft H&H's 25th (August) fee application (1.80) draft H&H's 26th (September) fee application (1.60) | JS | 3.40 | 833.00 |
| 12/03/09 | Drafting AHM Fee application shells | KP | 2.00 | 300.00 |
| 12/03/09 | Revise and edit fee application. | MSI | 0.60 | 456.00 |
| 12/04/09 | Review certifications (.10); review fee application/draft summary (.30). | JXZ | 0.40 | 170.00 |
| 12/04/09 | Revise and edit fee application. | MSI | 0.70 | 532.00 |
| 12/07/09 | Prepare H&H fee statements for fee examiner | JS | 1.00 | 245.00 |
| 12/07/09 | Attention to fee apps (.10); review fee application/draft summary (.40). | JXZ | 0.50 | 212.50 |
| 12/07/09 | E-mail/call with fee Examiner. | MTP | 0.20 | 152.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/08/09 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 12/09/09 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 12/10/09 | Review certifications/Orders (.10). | JXZ | 0.10 | 42.50 |
| 12/10/09 | Filing AHM Fee Applications. | KP | 1.00 | 150.00 |
| 12/10/09 | E-mails with fee Examiner re borrowers committee questions (.20). | MTP | 0.20 | 152.00 |
| 12/14/09 | Review and forward order approving certain professionals' interim fee request (.20) review DBO's 9th interim fee application (.30) | JS | 0.50 | 122.50 |
| 12/14/09 | Review docket re fee Orders and e-mails MSI same (.10). | JXZ | 0.10 | 42.50 |
| 12/17/09 | Review Quinn Emanuel's Oct fee app (.30) review Weiner Brodsky's Oct fee application (.20) review Weiner Brodsky's Nov Fee application (.20) review quarterly application for Debtors' professionals (.40) calendar events (.20) file maintenance (.30) | JS | 1.60 | 392.00 |
| 12/18/09 | Review Quinn Emanuel's October 09 fee application (.30) review Weiner Brodsky's Oct 09 fee app (.20) review Weiner Brodsky's November 09 fee app (.20) review Debtors quarterly fee app (.30) file maintenance (.30) calendar events (.20) | JS | 1.50 | 367.50 |
| 12/21/09 | Review numerous fee applications, draft summaries and e-mails MSI same (1.30); review retention order and e-mail/call ELS re certain professional fees (.30). | JXZ | 1.60 | 680.00 |
| 12/22/09 | Email with A Phillips re: H&H bills (.10) Prepare fee statements in WORD format for AP [Fee Examiner] (2.50) | JS | 2.60 | 637.00 |
| 12/24/09 | Review certifications (.10); review fee application/draft summary (.40). | JXZ | 0.50 | 212.50 |

TOTAL HOURS                    30.10

TOTAL SERVICES.........................................................................$    9,646.00

DISBURSEMENT SUMMARY

CARFARE                                                                    $63.55

DUPLICATING                                                               $103.30

MEALS                                                                      $19.85

TOTAL DISBURSEMENTS...............................................................$    186.70

TOTAL FEES & DISBURSEMENTS ............................................$    9,832.70

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 608 | Primm | 5.00 | 150.00 | 750.00 |
| 556 | Smith | 17.10 | 245.00 | 4,189.50 |
| 493 | Zawadzki | 4.10 | 425.00 | 1,742.50 |
| 260 | Indelicato | 2.00 | 760.00 | 1,520.00 |
| 364 | Power | 1.90 | 760.00 | 1,444.00 |
| ATTY TOTAL | | 30.10 | | 9,646.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**


April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022


Invoice number: 141261

For professional services rendered from December 1, through December 31, 2009 in connection with the following:

703159         AMERICAN HOME MORTGAGE HOLDINGS, INC.
008            AVOIDANCE ACTIONS


| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/01/09 | Email communication with ELS regarding summonses with the December court date. | CJK | 0.10 | 50.00 |
| 12/01/09 | Review and respond to RMS emails re: Transvending, West Properties, Ocean Place and Broadridge (1.40); McKee - emails re: settlement and draft settlement agreement (.90); prepare draft December 14th scheduling order, notice and exhibit re: same (1.30). | ELS | 3.60 | 2,142.00 |
| 12/01/09 | Review AP dockets (.10); review invoicing data (.10); calls/e-mails J. Forstadt (Thacher), E. Plank (West), ELS (various)(.30). | JXZ | 0.50 | 212.50 |
| 12/01/09 | Review list of summonses forwarded by ELS (.20); review e-mails re defendant Broadridge (.20); review all defendant files re status conference with RMS on 12/3 (1.30). | KGC | 1.70 | 824.50 |
| 12/01/09 | Review e-mails and meeting with ELS regarding disputes and potential settlements. | MSI | 0.30 | 228.00 |
| 12/01/09 | Review of open issues in preparation of meeting with RMS (.40); Review of Teem Plumbing settlement offer (.20);  Discussion with ELS and R. Rowland regarding Transvending services (.30). | ZV | 0.90 | 288.00 |
| 12/02/09 | Email communication with local counsel regarding discovery conference inquiry from Elite Fire Protection (.10); Email communication with ELS regarding status of preferences and reviewed chart (.10); Email communication with RMS regarding status of settlement discussion (.10). | CJK | 0.30 | 150.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/02/09 | Draft email and spreadsheet to Hahn & Hessen preference team and RMS team re: open matters (1.70); review and respond to RMS emails re: Radian, Qwest, Radian Guaranty, Broadridge, Radian Services, Teem Plumbing (1.20); Larmee - phone call with their attorney (.20);  Aspect - review their defense letter re: assumed contract assertion; RMIC - meeting with ZV re: their request for an extension and emails to Plank re: same (.30); meeting with JO re: AHM matters (.30). | ELS | 4.10 | 2,439.50 |
| 12/02/09 | Reviewing RMS emails re ilinc communications. | JO | 0.20 | 64.00 |
| 12/02/09 | Review scheduling order exhibit and cross-reference (.10); e-mails, calls E. Planck (various), M. Sheorey (Modelytics)(.20); review pending matters/stats report (.20). | JXZ | 0.50 | 212.50 |
| 12/02/09 | Check dockets of open matters re answers filed and update status chart re contacts and answers. | KGC | 1.20 | 582.00 |
| 12/02/09 | Discussion with ELS regarding December scheduling order (.20); Review of multiple summonses for listing on scheduling order (.30);  Review of open matters list for preparation of call with RMS (.50); Review of settlement offer of Teem Plumbing (.20); Call with R. Lindhal regarding RMIC preference answer time (.40); Meeting with ELS to discuss open issues and strategy regarding RMIC (.30). | ZV | 1.90 | 608.00 |
| 12/03/09 | Email communication with RMS regarding chart of status of preferences and reviewed chart (.10); Teleconference with RMS/team regarding status of all preference matters (1.50); Conference with ELS/team regarding status/issues in preferences (.20); Reviewed status of Clayton Services matter and email communication with ELS regarding same (.10). | CJK | 1.90 | 950.00 |
| 12/03/09 | Review and respond to RMS emails re: Tradeshow, Executive Management, University of Minnesota/Gopher Sports (.80); prepare for and lead RMS conference call re: all open preferences (1.90); begin drafting 4th 9019 papers (.60). | ELS | 3.30 | 1,963.50 |
| 12/03/09 | Meeting with ELS, RMS and preference team re status update on all preferences (1.70); Reviewing preference statuses in preparation for meeting (.30); Following up on EMAC preference following meeting (.20). | JO | 2.20 | 704.00 |
| 12/03/09 | Meeting preparation (.40); conference call with RMS, Hahn & Hessen team re preferences and internal team meeting thereafter (1.80); calendar maintenance (.10); draft TVB Stipulation (.20); e-mails, calls, meeting E. Plank (various), ELS (various), D. Workman (TVB); R. Rowland  (Zensar), T. Guilfoyle (various)(.50); review Ordinary Course /New Value analyses and lease agreements (.40); review open matters and reconcile RMS status report (.40). | JXZ | 3.80 | 1,615.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/09 | Prepare for status call with RMS re all outstanding preferences (1.0); participate in conference call re same (1.10); review documents forwarded by Aspect Software and defense asserted re same (1.50); detailed e-mail to BDO re verifying arguments asserted by Aspect in the defense letter (.80); discussion with ELS re Aspect Software issues (.20). | KGC | 4.60 | 2,231.00 |
| 12/03/09 | Call with RMS, ELS and remainder of the Hahn & Hessen preference team re: various preferences. | NCR | 1.80 | 540.00 |
| 12/04/09 | Email communication with RMS/Ellie Mae's counsel regarding analysis and status (.10). | CJK | 0.10 | 50.00 |
| 12/04/09 | Review RMS list of settlement and conference call with RMS re: discrepancies (1.20); McKee - review revised settlement agreement and emails re: same (.80); Aspect - email with RMS re: defenses (.30); Broadridge - review and respond to RMS email re: settlement agreement (.20). | ELS | 2.50 | 1,487.50 |
| 12/04/09 | Review AP dockets (.10); e-mail D. Workman (TVB)(.10). | JXZ | 0.20 | 85.00 |
| 12/04/09 | Prepared Protis ordinary course of business analysis (.60); prepared Sprint ordinary course of business analysis (1.20); prepared Nextel ordinary course of business analysis (1.20). | NCR | 3.00 | 900.00 |
| 12/07/09 | Conference with ELS re preference analysis for CDW Direct matter (.50); Email correspondence with BDO re CDW Direct preference invoices (.10); Reviewed preference analysis and settlement letter from CDW Direct (.30). | CJK | 0.90 | 450.00 |
| 12/07/09 | Finalize December 14th scheduling order and email to Blank Rome for filing (.80); review and respond to RMS emails re: Transvending, Ilinc, SHPS (.80); CDW - meeting with CJK re: ordinary course of business and new value analysis (.40) edits to fourth omnibus 9019 motion (.40). | ELS | 2.40 | 1,428.00 |
| 12/07/09 | E-mail C. Kunz (Johnson (.10); review AP dockets (.10). | JXZ | 0.10 | 42.50 |
| 12/07/09 | Discussion with ELS re issues on Aspect Software defenses (.30); review documents re same and preliminary research (1.20). | KGC | 1.50 | 727.50 |
| 12/07/09 | Review draft scheduling order. | MTP | 0.30 | 228.00 |
| 12/07/09 | Review of dismissed matters and update of preference charts (.40); Discussion with ELS regarding open matters (.30). | ZV | 0.70 | 224.00 |
| 12/08/09 | Review and respond to RMS emails re: QRM and Reckson and meeting with ZV re: Reckson (.90); finalize fourth omnibus 9019 and draft email to committee re: settlement approval (1.10). | ELS | 2.00 | 1,190.00 |
| 12/08/09 | Reviewing preference settlement list. | JO | 0.20 | 64.00 |
| 12/08/09 | Review settlement schedule (.10). | JXZ | 0.10 | 42.50 |
| 12/09/09 | Reviewed letter from Elite Fire's counsel re discovery planning conference (.10); Checked docket re answer from Diners Club (.10); Conference with ELS re service of complaint on Diners Club (.30); Research re Diners Club addresses (.30); Prepared second summons for Diners Club and prepared for service (.20). | CJK | 1.00 | 500.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/09/09 | Emails with Blank Rome re: fourth omnibus 9019 (.50); review RMS emails re: Apogee and Ilinc and Inco-check re Vicom (.50); review and revise escrow balances (.20). | ELS | 1.20 | 714.00 |
| 12/09/09 | Reviewing RMS emails re ilinc Communications and Incco-Check. | JO | 0.40 | 128.00 |
| 12/09/09 | E-mails, calls T. Guilfoyle (various), M. Migliore (Varga), R. Romano (various), ELS (various), K. Mangan (Triad)(.40); review AP dockets (.10); review documents re Varga and draft Stipulation (.40). | JXZ | 0.90 | 382.50 |
| 12/09/09 | Review e-mail and file for Apogee Events and settlement proposal re same. | KGC | 0.30 | 145.50 |
| 12/09/09 | Review of Reckson entity substitution issue (.30); Communication with opposing counsel regarding statements of proper Reckson entity (.30);  Meeting with ELS regarding potential amendments to complaint (.30); Call with E. O'Brien regarding Reckson settlement negotiation (.20). | ZV | 1.10 | 352.00 |
| 12/10/09 | Email correspondence with BDO re goods/services sold by CDW Direct to AHM during preference period (.10); teleconference with Elite Fire's counsel re discovery planning conference (.20); Reviewed Fed. R. Civ. P. 26(f) re requirement for written discovery plan and TL with ELS re same (.10); Teleconference with Cablevision counsel re discovery planning conference (.10); Correspondence with counsel for Capital Contractors, Chandler Signs, Client Services LLC/Red Leaf Capital, Client Services Inc., Com Bell Systems re discovery planning conference (.50); Checked Client Services docket re status of answer to amended complaint and counsel (.10). | CJK | 1.10 | 550.00 |
| 12/10/09 | Conference call with BDO re: preference initial disclosures (.30); review and respond to RMS emails re: 197 First Avenue, Fairmont, E-plus, Hunter Group, Clayton, Equifax and Ellie Mae (2.10); Touch - phone call with defendant's attorney and review of letter from attorney re: extension (.50). | ELS | 2.90 | 1,725.50 |
| 12/10/09 | Reviewing Equifax data. | JO | 0.30 | 96.00 |
| 12/10/09 | Review SHPS settlement Agreement (.10); calendar maintenance (.10); review 9010 CNO (.10). | JXZ | 0.30 | 127.50 |
| 12/11/09 | Email correspondence with ELS/RMS re dismissal of Cablevision action (.10); Teleconference with Capital Contractors counsel re discovery planning conference and settlement (.10); Prepared stipulation of dismissal of Cablevision Lightpath proceeding (.10); Email correspondence with Cablevision Lightpath counsel/local counsel re stipulation of dismissal (.10); Email correspondence with RMS/ELS re settlement negotiations with Digital Draw (.10). | CJK | 0.50 | 250.00 |
| 12/11/09 | Review and respond to emails from RMS re: Vicom, Inco-check and Digital Lightpath (1.50); meeting with ZV re: extensions of time re: various matters (.20); meeting with JXZ re: Vancouver re: matter (.30); finalize fourth 9019 motion and send same to Blank Rome for filing (.50). | ELS | 2.50 | 1,487.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/11/09 | Reviewing RMS emails re Inco-Check | JO | 0.30 | 96.00 |
| 12/11/09 | Review OC/UV analyses (.10); review documents re Vancouver (.30); e-mails, calls, Meeting R. Rowland/ELS (various); D. Hercher (Vancouver 26(F)); T. Guilfoyle)(9019)(.40). | JXZ | 0.80 | 340.00 |
| 12/11/09 | Call with A. Dembrow regarding Reckson entities that were proper transferees (.30);  Meeting with ELS regarding Reckson amendments and requirements for declarations (.20); Call with A. Snow regarding SourceMedia defenses and potential settlement (.30). | ZV | 0.80 | 256.00 |
| 12/14/09 | Email correspondence with Cablevision counsel re stipulation of dismissal (.10). | CJK | 0.10 | 50.00 |
| 12/14/09 | Reckson - emails with ZV re: matter (.30); review and respond to RMS emails re: Vicom, Newsday and West Properties (.90). | ELS | 1.20 | 714.00 |
| 12/14/09 | Reviewing Equifax invoices and sale order with assumed contracts (.80); 26(f) conference with iLinc attorney (.20). | JO | 1.00 | 320.00 |
| 12/14/09 | E-mails/meetings ELS/K. Manean re Triad (.20). | JXZ | 0.20 | 85.00 |
| 12/14/09 | Review files re defendants for R. 26(f) conferences (.60); e-mail correspondence with American Security Group re R. 26(f) conference (.30); review Aspect Software defenses and research re same (1.0). | KGC | 1.90 | 921.50 |
| 12/14/09 | Reviewed preference analysis and returned phone calls for various preferences. | NCR | 0.70 | 210.00 |
| 12/15/09 | Teleconference/correspondence with Corelogic Systems, Corporate Resources Group, CT Networks, Dartmouth Ventures, Della Femina, Digital Draw Network, Digital Storage Solutions, Drew & Rogers, Elite Fire Protection re discovery planning conference (.80). | CJK | 0.80 | 400.00 |
| 12/15/09 | Reckson - meeting with ZV re: matter (.20); review and respond to RMS emails re: Broadridge, Gopher, Trusted Force, Pitney Bowes and Vicom (1.50); conference call with Sass and Rowland re: Vicom (.20); meeting with CJK re: matters (.30). | ELS | 2.20 | 1,309.00 |
| 12/15/09 | E-mails R. Rowland/ELS (Vicom)(.10). | JXZ | 0.10 | 42.50 |
| 12/15/09 | Editing and review of Reckson entities information (.30); Review of SourceMedia stipulation (.30). | ZV | 0.60 | 192.00 |
| 12/16/09 | Update master chart and draft email to RMS re: missing settlement agreements and matters that have not paid settlement payments (.80); Microsoft - meeting with HNP re: defenses (.40); meeting with NCR re: Protis, Spring and Nextel matters (.70). | ELS | 1.90 | 1,130.50 |
| 12/16/09 | Calling all preference defendants that answered complaint for 26(f) conferences. | JO | 1.40 | 448.00 |
| 12/16/09 | Meetings, e-mails, calls ELS (various), K. Bohuslav (TP), R. Rowland (Vicom). J. Forstadt (Thacher), E. Plank (West)(.50); review AP dockets (.10); review 9019 Order (.10). | JXZ | 0.70 | 297.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/16/09 | Draft and send R. 26(f) conference e-mails to all outstanding defendants. | KGC | 1.00 | 485.00 |
| 12/16/09 | Conducted 26(f) with Pitney Bowes re: the three Pitney Bowes preference matters. | NCR | 0.30 | 90.00 |
| 12/16/09 | Call to multiple opposing counsels regarding required discovery planning conferences (.90).;Call with Reckson counsel regarding extension and proper entities (.20). | ZV | 1.10 | 352.00 |
| 12/17/09 | Email correspondence with Corelogic Systems re discovery planning conference (.10). | CJK | 0.10 | 50.00 |
| 12/17/09 | CDW - review emails from Awong re: matter (.20); Apogee - review and respond to RMS email re: settlement offers (.30). | ELS | 0.50 | 297.50 |
| 12/17/09 | 26f conference with First American Flood data and Eplus  (.30). | JO | 0.30 | 96.00 |
| 12/17/09 | Draft and send R. 26(f) conference e-mails to all outstanding defendants (.60); update status chart to reflect same (1.0). | KGC | 1.60 | 776.00 |
| 12/17/09 | Review pleadings and e-mails on preferences. | MSI | 0.70 | 532.00 |
| 12/17/09 | Calls with various opposing counsels regarding discovery planning conferences (.80);  Analysis of open issues and communication with R. Rowland regarding S-Tron negotiations (.50). | ZV | 1.30 | 416.00 |
| 12/18/09 | Email correspondence with RMS/ELS re settlement with Ellie Mae (.10); Email correspondence with Drew & Rogers re discovery planning conference (.10). | CJK | 0.20 | 100.00 |
| 12/18/09 | Reckson - meeting with ZV re matter (.40); Gopher - revise settlement agreement (.30); review bank statements and forward same to Berliner (.70). | ELS | 1.40 | 833.00 |
| 12/18/09 | Multiple telephone calls with preference defendants regarding Rule 26(f) conferences (2.50); Review of order approving settlement of certain preference actions and email to T. Guilfoyle regarding dismissal of the same (.40). | HNP | 2.90 | 1,087.50 |
| 12/18/09 | 26(f) conferences with Fair Issac and FedEx. | JO | 0.20 | 64.00 |
| 12/18/09 | Calls/e-mails D. Workman (TVB), S. DeRousse (Zensar), P. Rowland (various), M. Rolston (Xerox), B. Siemens (Vicom), E. Monzo (Vector), B. McLaughlin (TF), V. Groprer (Tri M)(1.70). | JXZ | 1.70 | 722.50 |
| 12/18/09 | Conducted 26(f) conferences for all AHM preferences. | NCR | 2.30 | 690.00 |
| 12/18/09 | Call with E. O'Brien regarding Reckson Australia entities (.30); Meeting with ELS to discuss possible Reckson amendments and settlement (.30);  Follow up and dismissal of Talx and Resume Mirror actions (.60);  Analysis and review of preference chart and follow up regarding settlements and negotiations of multiple actions (.80). | ZV | 2.00 | 640.00 |
| 12/21/09 | Reviewed preference analysis for CDW Direct (.20); Email correspondence with CDW Direct counsel re preference analysis and settlement proposal (.30); Email correspondence with ELS re same (.10). | CJK | 0.60 | 300.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/21/09 | Various e-mails with team members re preferences and with RMS re RMS fees. | ELS | 0.40 | 238.00 |
| 12/21/09 | Multiple telephone calls for purposes of conducting telephonic Rule 26(f) conferences with various preference defendants (1.20); Updated schedule of preference actions (.30). | HNP | 1.50 | 562.50 |
| 12/21/09 | E-mails/call M. Rolston (/xerox), R. Rowland (ELS (Vicom)(.20); review AP dockets (.10). | JXZ | 0.30 | 127.50 |
| 12/21/09 | Review files re R. 26(f) conferences and respond to e-mails re same. | KGC | 0.70 | 339.50 |
| 12/21/09 | Review several e-mails regarding settlements and issues raised by RMS. | MSI | 0.30 | 228.00 |
| 12/21/09 | Communication with R. Rowland regarding Tradeshow Fabrications negotiations (.20);  Communication with RMS regarding receipt of payment for Resume Mirror and Talx settlements (.30);  Communication with local counsel regarding dismissal of certain proceedings (.20);  Meeting with ELS To discuss open matters (.30); Call with E. O'Brien regarding Reckson settlement negotiations and requested extensions (.30); Call with multiple opposing counsels regarding discovery planning and settlement negotiations (1.20);  Follow up with RMS regarding Shred-it settlement offer (.20). | ZV | 2.70 | 864.00 |
| 12/22/09 | Zenstar - review and respond to various emails re: matter. | ELS | 0.50 | 297.50 |
| 12/22/09 | Review AP dockets (.20); review Johnston Answer (.10); e-mails/calls R. Rowland/ELS (various). S. De Rousse (Zensar), R. Miller (Thacher), F. Feinstein (UPS(.90); review Thacher settlement Stipulation (.10); draft UPS tolling agreement (.20); calendar maintenance (.10); review OC/NV analyses (.30). | JXZ | 1.90 | 807.50 |
| 12/22/09 | Review and execute settlements (.40); E-mails with ELS regarding same (.20). | MSI | 0.60 | 456.00 |
| 12/22/09 | Continued discussions with opposing counsels regarding discovery planning (.80);  Call with RMS to discuss status of Shred-it settlement offer (.20);  Meeting with ELS to discuss S-Tron answer (.30);  Drafting of correspondence regarding S-Tron appearance pro se and motion to strike S-Tron answer (.60). | ZV | 1.90 | 608.00 |
| 12/23/09 | Email correspondence with local counsel re Diners Club second summons and affidavit of service (.10). | CJK | 0.10 | 50.00 |
| 12/23/09 | Emails re: various preferences including Workspace, Zensar, Securitron, Trade Show and Vicom. | ELS | 1.10 | 654.50 |
| 12/23/09 | Numerous calls/e-mails R. Rowland/ELS (various), F. Feinstein/MSI (UPS)(.80); revise UPS tolling agreement (.10); calendar maintenance (.10); review S. Tron answer and e-mails ZV same (.20); review OC analyses (.20). | JXZ | 1.40 | 595.00 |
| 12/23/09 | E-mails with defendant CFN Financial re discovery and dismissal of action. | KGC | 0.40 | 194.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/23/09 | Review and execute settlement stipulation (.30); Review and respond to e-mails regarding issues to be addressed (.40). | MSI | 0.70 | 532.00 |
| 12/23/09 | Drafted and edited National Field discovery. | NCR | 2.60 | 780.00 |
| 12/23/09 | Follow up regarding S-Tron pro se answer and drafting and editing of motion to strike (.60); Research and review of defenses provided by RMS (.40). | ZV | 1.00 | 320.00 |
| 12/24/09 | Various emails re: Zestar and Vicom. | ELS | 0.40 | 238.00 |
| 12/24/09 | Review of file regarding preference action against Microsoft and email correspondence to C. Awong regarding the same (.50). | HNP | 0.50 | 187.50 |
| 12/24/09 | E-mails ELS/R. Rowland (various)(.20). | JXZ | 0.20 | 85.00 |
| 12/28/09 | Review and respond to various emails from RMS re: Vicom, Zenstar, Standard & Poors (1.60); review RMS settlement chart and email re: same (.50); Mari - review Crowther email re: ordinary course of business and new value analysis and draft reply (.30). | ELS | 2.40 | 1,428.00 |
| 12/28/09 | Call with Corporate Resource attorney. | JO | 0.10 | 32.00 |
| 12/28/09 | Review all e-mails/voicemails re R. 26(f) conferences (.80); update all contacts in status chart (.90); review research re software contracts and preference liability for Aspect Software (1.20). | KGC | 2.90 | 1,406.50 |
| 12/28/09 | Review of S&P defenses provided by RMS (.40). | ZV | 0.40 | 128.00 |
| 12/29/09 | Review and respond to various emails from RMS re: Corporate Resource, Vicom, Fedex, Standard & Poors. | ELS | 1.30 | 773.50 |
| 12/29/09 | Research on software contracts for Aspect Software. | KGC | 1.00 | 485.00 |
| 12/29/09 | Further analysis and review of S&P defenses (.30);  Review of scheduling order and follow up on additional 26f conferences (.40). | ZV | 0.70 | 224.00 |
| 12/30/09 | Review and respond to RMS emails re: Prostar and Google and Vicom (.80); Equifax - emails with JO (.20); CDW - call with counsel re: settlement, emails re: same and draft tolling agreement (.40); email to RMS re: tolling (.40); Reckson - review and revise ZV draft affidavit (.20). | ELS | 2.00 | 1,190.00 |
| 12/30/09 | Review of email correspondences from ELS regarding tolled preference actions, review of schedule of preference actions and tolling agreements (.40). | HNP | 0.40 | 150.00 |
| 12/30/09 | Reviewing Equifax and Google preferences re tolling expiration (.10); Reviewing Google preference and defense letter and offer (.30). | JO | 0.40 | 128.00 |
| 12/30/09 | Review dockets of certain preference ensure no answers have been filed (1.20) | JS | 1.20 | 294.00 |
| 12/30/09 | Review pleadings and e-mails regarding answers, discovery and disputes. | MSI | 0.70 | 532.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/30/09 | Communication with RMS regarding tolled matters requiring suing or retolling (.30);  Drafting of Reckson affidavit (.30);  Meeting with ELS to discuss Reckson affidavit and additional matters (.40);  Communication with A. Dembrow regarding Reckson entities (.20). | ZV | 1.20 | 384.00 |
| 12/31/09 | Xerox - review RMS' ordinary course of business email, analyze ordinary course of business and draft reply (.80); Radian - review RMS' ordinary course of business email, analyze ordinary course of business and draft reply (.60); Workspace - email re: new value with RMS (.30). | ELS | 1.70 | 1,011.50 |
| 12/31/09 | Reviewing 3rd 9019 settlement agreements and preparing dismissals for Greenberg, Gryphon and Helios. | JO | 0.40 | 128.00 |
| 12/31/09 | Attention to draft omnibus settlement agreement. | MTP | 0.30 | 228.00 |
| 12/31/09 | Drafted and sent tolling agreement to Protis counsel. | NCR | 0.20 | 60.00 |
| 12/31/09 | Review of correspondence from S-Tron counsel regarding response to amended complaint (.20). | ZV | 0.20 | 64.00 |

TOTAL HOURS                                       129.00

TOTAL SERVICES...........................................................$      60,336.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| CARFARE | $12.00 |
| DUPLICATING | $60.60 |
| POSTAGE | $5.22 |
| SEARCH FEES | $158.64 |
| TELEPHONE CONFERENCE CALL | $25.47 |

TOTAL DISBURSEMENTS..............................................$      261.93

TOTAL FEES & DISBURSEMENTS .............................................$      60,598.43

<u>SUMMARY OF ATTORNEY TIME</u>

| <u>ATTORNEY</u> | | <u>HOURS</u> | BILLED <u>PER HOUR</u> | BILL <u>AMOUNT</u> |
|---|---|---|---|---|
| 556 | Smith | 1.20 | 245.00 | 294.00 |
| 544 | Rigano | 10.90 | 300.00 | 3,270.00 |
| 574 | Virani | 18.50 | 320.00 | 5,920.00 |
| 583 | Orbach | 7.40 | 320.00 | 2,368.00 |
| 546 | Patwardhan | 5.30 | 375.00 | 1,987.50 |
| 493 | Zawadzki | 13.70 | 425.00 | 5,822.50 |
| 478 | Craner | 18.80 | 485.00 | 9,118.00 |
| 931 | Kang | 7.80 | 500.00 | 3,900.00 |
| 486 | Schnitzer | 41.50 | 595.00 | 24,692.50 |
| 260 | Indelicato | 3.30 | 760.00 | 2,508.00 |
| 364 | Power | 0.60 | 760.00 | 456.00 |
| ATTY TOTAL | | 129.00 | | 60,336.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141261

For professional services rendered from December 1, through December 31, 2009 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
009         LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/01/09 | Review motion seeking to abandon Mt. Prospect Property (.30); Teleconference to M. Lunn regarding same (.10). | MSI | 0.40 | 304.00 |
| 12/03/09 | Review and edit additional changes to the Proposed Ross Stipulation (1.10); Review prior drafts and issues (.40). | MSI | 1.50 | 1,140.00 |
| 12/03/09 | Attention to revision to WLR settlement agreement (.50). | MTP | 0.50 | 380.00 |
| 12/04/09 | Review Waterfield issues (.30); Teleconference with Skadden regarding mediation (.20); Meeting with ZGN regarding same (.20); Teleconference with Berliner regarding same (.10); Review additional issues on Ross settlement and numbers (.50). | MSI | 1.30 | 988.00 |
| 12/08/09 | Review revisions to WLR settlement (.5); conference call with Young Conaway regarding same (1.0) | DDG | 1.50 | 1,065.00 |
| 12/08/09 | Meeting with DDG and discussion with Beach and Grear regarding outstanding issues on draft Ross settlement (1.0); Review same (.20). | MSI | 1.20 | 912.00 |
| 12/10/09 | Attend conference call with Debtors, YCST and Cadwalader to discuss strategy with Waterfield. | MSI | 0.60 | 456.00 |
| 12/10/09 | Conference call with legal team re: settlement strategy. | ZGN | 0.50 | 330.00 |
| 12/11/09 | Review latest draft of Ross settlement comments from Ross' counsel. | MSI | 0.90 | 684.00 |
| 12/11/09 | Review revision to WLR settlement agreement (.30). | MTP | 0.30 | 228.00 |
| 12/14/09 | Review revised stipulation | DDG | 0.50 | 355.00 |
| 12/14/09 | Review latest issues on Ross settlement. | MSI | 0.30 | 228.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/16/09 | Conference with MSI regarding settlement with WLR | DDG | 0.20 | 142.00 |
| 12/16/09 | Meeting with DDG regarding comments to the proposed Ross settlement (.40); Review same and e-mails (.70). | MSI | 1.10 | 836.00 |
| 12/17/09 | Conference with MSI, Grear | DDG | 0.40 | 284.00 |
| 12/17/09 | Meeting with DDG and teleconference with C. Grear regarding comments to the settlement (.40); Review same (.20). | MSI | 0.60 | 456.00 |
| 12/18/09 | Conference call with Jones Day, MSI regarding WLR stipulation | DDG | 0.50 | 355.00 |
| 12/18/09 | Review issues on Ross agreement (.60); Meeting with DDG and teleconference with S. Stennet regarding concern of the Committee (.40); Teleconference with Beach regarding same (.10). | MSI | 1.10 | 836.00 |
| 12/22/09 | Teleconference with E. Gorman and meeting with ZGN regarding discussion of potential settlement parameters. | MSI | 0.40 | 304.00 |
| 12/23/09 | Review issues with Ross settlement. | MSI | 0.50 | 380.00 |
| 12/24/09 | Review Broadhollow documents. | DDG | 0.60 | 426.00 |
| 12/28/09 | Review issues on revisions to settlement. | MSI | 0.60 | 456.00 |
| 12/30/09 | Conferences with MSI, Grear and Beach re Broadhollow sale agreement. | DDG | 0.80 | 568.00 |
| 12/30/09 | Review issues on Broadhollow/Melville settlement (1.20); Teleconference with Beach and meeting with DDG regarding same (.40); Review draft over (.30). | MSI | 1.90 | 1,444.00 |

TOTAL HOURS                                    18.20

TOTAL SERVICES........................................................................$     13,557.00

DISBURSEMENT SUMMARY

CARFARE                                                                          $294.07

POSTAGE                                                                            $1.39

SEARCH FEES                                                                       $10.00

TOTAL DISBURSEMENTS..............................................$       305.46

TOTAL FEES & DISBURSEMENTS ............................................$     13,862.46

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 428 | Newman | 0.50 | 660.00 | 330.00 |
| 426 | Grubman | 4.50 | 710.00 | 3,195.00 |
| 260 | Indelicato | 12.40 | 760.00 | 9,424.00 |
| 364 | Power | 0.80 | 760.00 | 608.00 |
| ATTY TOTAL | | 18.20 | | 13,557.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141261

For professional services rendered from December 1, through December 31, 2009 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
010          PLAN AND DISCLOSURE STATEMENT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/07/09 | Attend status update call for effective date with Kroll, YCST, BDO and representative of proposed trustee to discuss all open issues (.70); and review documents in preparation for same (.60). | MSI | 1.30 | 988.00 |

|  | TOTAL HOURS |  | 1.30 |  |
|--|-------------|--|------|--|

TOTAL SERVICES........................................................................$     988.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 260      | Indelicato | 1.30 | 760.00 | 988.00 |
| ATTY TOTAL | | 1.30 | | 988.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141261

For professional services rendered from December 1, through December 31, 2009 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
|  | 011 | EMPLOYEE ISSUES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/09 | Review WARN docket (.10). | JXZ | 0.10 | 42.50 |
| 12/02/09 | Review Settlement Agreement and meeting MSI re disbursements/hearing issues (.30). | JXZ | 0.30 | 127.50 |
| 12/08/09 | Calls/meetings CMC, MSI re WARN settlement/fairness hearing (.20). | JXZ | 0.20 | 85.00 |
| 12/11/09 | Review docket re responses to settlement (.10); e-mail M. Minella re fairness HRG (.10). | JXZ | 0.20 | 85.00 |
| 12/13/09 | Review form of final WARN Order and e-mails M. Minella/D. Carickoff same (.20); e-mail M. Minella re distribution issues (.10). | JXZ | 0.30 | 127.50 |

TOTAL HOURS                    1.10

TOTAL SERVICES..........................................................................$      467.50

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 1.10 | 425.00 | 467.50 |

ATTY TOTAL                    1.10                    467.50

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141261

For professional services rendered from December 1, through December 31, 2009 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
012          CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/01/09 | Review correspondence re claims objections (.20). | JXZ | 0.20 | 85.00 |
| 12/02/09 | Review claims Order (.10). | JXZ | 0.10 | 42.50 |
| 12/03/09 | Review AT&T Stipulation (.10); review correspondence re claims objections (.20). | JXZ | 0.30 | 127.50 |
| 12/07/09 | Review motion to seal (.10); review motion for summary judgment (.50); review pre-trial statement (.20). | JXZ | 0.80 | 340.00 |
| 12/08/09 | Review AT&T claims order (.10); review debtors initial and pending tax motion, related order, draft limited objection and e-mails ELS same (2.10); review reply to summary judgment motion (.60). | JXZ | 2.80 | 1,190.00 |
| 12/09/09 | Review/revise tax objection (.20); e-mails ELS/MSI tax objection (.10); meeting ELS re borrower claims (.20). | JXZ | 0.50 | 212.50 |
| 12/10/09 | Meeting ELS re borrower claims (.20); review/revise tax objection (.20); e-mails ELS, MSI and Guilfoyle opposition papers (.10). | JXZ | 0.50 | 212.50 |
| 12/11/09 | Meeting ELS re NYS tax claim (.10). | JXZ | 0.10 | 42.50 |
| 12/14/09 | Review the transcript of the Dobben hearing and draft e-mail regarding thoughts on strategy; | MSI | 1.50 | 1,140.00 |
| 12/16/09 | Review omnibus claims objections (.40); review claims Orders (.10); review Dobbens Order and e-mails ELS same (.10). | JXZ | 0.60 | 255.00 |
| 12/18/09 | Review Paroti Stipulation (.10); review Dobbins Order (.10). | JXZ | 0.20 | 85.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|

TOTAL HOURS 7.60

TOTAL SERVICES.........................................................................$ 3,732.50

DISBURSEMENT SUMMARY

DUPLICATING $3.30

TOTAL DISBURSEMENTS............................................................$ 3.30

TOTAL FEES & DISBURSEMENTS .............................................$ 3,735.80

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|------|-------|-----------------|-------------|
| 493 | Zawadzki | 6.10 | 425.00 | 2,592.50 |
| 260 | Indelicato | 1.50 | 760.00 | 1,140.00 |
| ATTY TOTAL | | 7.60 | | 3,732.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141261

For professional services rendered from December 1, through December 31, 2009 in connection with the following:

> 703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
> 013          INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/01/09 | Review of memoranda re Deloitte (1.00). | JPM | 1.00 | 750.00 |
| 12/08/09 | Review of files re potential claims (1.00). | JPM | 1.00 | 750.00 |
| 12/10/09 | Review of file re AHM/DT (3.00). | JPM | 3.00 | 2,250.00 |
| 12/22/09 | Review of materials re AHM financial statements (2.00). | JPM | 2.00 | 1,500.00 |
| 12/23/09 | Email correspondence with BDO re damages analysis (.10); Reviewed BDO's damages analysis (.50). | CJK | 0.60 | 300.00 |
| 12/23/09 | Review of analysis by BDO re quantifying misstatements in AHM financial statements and potential damages against Deloitte (2.50); emails with BDO re same (.10). | JPM | 2.60 | 1,950.00 |

TOTAL HOURS                                                   10.20

TOTAL SERVICES........................................................................$       7,500.00

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 931 | Kang | 0.60 | 500.00 | 300.00 |
| 226 | McCahey | 9.60 | 750.00 | 7,200.00 |

ATTY TOTAL                    10.20                        7,500.00

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

April 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141261

For professional services rendered from December 1, through December 31, 2009 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|---------------------------------------|
|  | 014 | TRIAD WORKOUT |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/01/09 | Attention to research/review insurance policies. | CAJ | 0.80 | 476.00 |
| 12/02/09 | Attention to document review, re: insurance policies (.80); Attention to review repurchase demands (.20), communication to MTP, re: same (.10); Communications to/from Debtors' counsel, re: same, including telephone conference call (.20); legal research, re: chapter 11 and enforceability of repurchase demands (1.80). | CAJ | 3.10 | 1,844.50 |
| 12/02/09 | Discussion with CAJ re Triad strategy. | MTP | 0.10 | 76.00 |
| 12/06/09 | Communication to Debtors' counsel, re: December omnibus. | CAJ | 0.10 | 59.50 |
| 12/09/09 | Communications from Triad's counsel, re: notice (.10); Multiple communications to ES, re: same (.30). | CAJ | 0.40 | 238.00 |
| 12/10/09 | Attention to receive/review docket items (.20). | CAJ | 0.20 | 119.00 |
| 12/22/09 | Conference call with several financial institutions, re: provide general background of case and status of extension with Triad (1.00; .20); Follow-up communications with financial institutions, re: forward documents filed in case and other documents (.10, .10, .20); Communications to/from Debtors' counsel, including email (.10) and telephone conference call (.20), re: next steps; Communications from/to MTP, re: case issues (.20). | CAJ | 2.10 | 1,249.50 |
| 12/22/09 | Discussion with CAJ re strategy on Triad. | MTP | 0.20 | 152.00 |
| 12/29/09 | Conference call with counsel for Triad, re: case issues (.30); Communications to/from Debtors' counsel, re: same (.20). | CAJ | 0.50 | 297.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/30/09 | Multiple communications to/from counsel for Triad. | CAJ | 0.20 | 119.00 |

TOTAL HOURS                      7.70

TOTAL SERVICES..........................................................................$    4,631.00

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 588 | Jarvinen | 7.40 | 595.00 | 4,403.00 |
| 364 | Power | 0.30 | 760.00 | 228.00 |
| ATTY TOTAL | | 7.70 | | 4,631.00 |