## Exhibit C

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|-----------:|-----------|
| 12/3/2009 | Smith, Jason | CAR | $63.55 | VENDOR: ROYAL DISPATCH SERVICES, INC.; INVOICE#: 650936; DATE: 12/11/2009 |
| 12/3/2009 | Indelicato, Mark S | CAR | $161.57 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 120904; DATE: 12/8/2009 |
| 12/9/2009 | Schnitzer, Edward L. | CAR | $10.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 50; DATE: 12/10/2009 |
| 12/9/2009 | Schnitzer, Edward L. | CAR | $14.80 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 50; DATE: 12/10/2009 |
| 12/14/2009 | Zawadzki, Jeffrey | CAR | $4.50 | VENDOR: PETTY CASH; INVOICE#: 122209; DATE: 12/22/2009 |
| 12/14/2009 | Indelicato, Mark S | CAR | $134.64 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 121400; DATE: 12/22/2009 |
| 12/15/2009 | Schnitzer, Edward L. | CAR | $12.00 | VENDOR: PETTY CASH; INVOICE#: 122209; DATE: 12/22/2009 |
| 12/17/2009 | Indelicato, Mark S | CAR | $174.73 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 121803; DATE: 12/29/2009 |
| 12/23/2009 | Indelicato, Mark S | CAR | $119.34 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 120904; DATE: 12/8/2009 |
| | | | **$695.13** | |
| 12/1/2009 | | DUPL | $0.70 | |
| 12/1/2009 | | DUPL | $0.70 | |
| 12/1/2009 | | DUPL | $0.30 | |
| 12/1/2009 | | DUPL | $0.30 | |
| 12/1/2009 | | DUPL | $0.20 | |
| 12/2/2009 | Schnitzer, Edward L. | DUPL | $0.10 | |
| 12/2/2009 | Schnitzer, Edward L. | DUPL | $2.30 | |
| 12/2/2009 | | DUPL | $0.10 | |
| 12/2/2009 | | DUPL | $0.10 | |
| 12/2/2009 | | DUPL | $0.10 | |
| 12/2/2009 | | DUPL | $0.10 | |
| 12/2/2009 | | DUPL | $0.10 | |
| 12/2/2009 | | DUPL | $0.10 | |
| 12/2/2009 | | DUPL | $0.10 | |
| 12/2/2009 | | DUPL | $0.10 | |
| 12/2/2009 | | DUPL | $0.10 | |
| 12/2/2009 | | DUPL | $0.10 | |
| 12/2/2009 | | DUPL | $0.10 | |
| 12/2/2009 | | DUPL | $0.10 | |
| 12/2/2009 | | DUPL | $0.10 | |
| 12/2/2009 | | DUPL | $0.10 | |

| | | |
|---|---|---|
| 12/2/2009 | DUPL | $0.10 |
| 12/2/2009 | DUPL | $0.10 |
| 12/2/2009 | DUPL | $0.10 |
| 12/2/2009 | DUPL | $0.10 |
| 12/2/2009 | DUPL | $0.10 |
| 12/2/2009 | DUPL | $1.70 |
| 12/2/2009 | DUPL | $1.70 |
| 12/2/2009 | DUPL | $1.80 |
| 12/3/2009 Schnitzer, Edward L. | DUPL | $0.30 |
| 12/3/2009 | DUPL | $0.30 |
| 12/3/2009 | DUPL | $0.30 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.30 |
| 12/3/2009 | DUPL | $0.30 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $2.60 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $3.80 |
| 12/3/2009 | DUPL | $0.20 |
| 12/3/2009 | DUPL | $1.70 |
| 12/3/2009 | DUPL | $1.70 |
| 12/3/2009 | DUPL | $1.00 |
| 12/3/2009 | DUPL | $1.00 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $1.80 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.20 |
| 12/3/2009 | DUPL | $0.20 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $1.80 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $1.80 |
| 12/3/2009 | DUPL | $0.10 |

| | | |
|---|---|---|
| 12/3/2009 | DUPL | $1.50 |
| 12/3/2009 | DUPL | $1.80 |
| 12/3/2009 | DUPL | $0.30 |
| 12/3/2009 | DUPL | $3.00 |
| 12/3/2009 | DUPL | $1.70 |
| 12/3/2009 | DUPL | $1.40 |
| 12/3/2009 | DUPL | $1.50 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.10 |
| 12/3/2009 | DUPL | $0.80 |
| 12/3/2009 | DUPL | $0.40 |
| 12/3/2009 | DUPL | $2.50 |
| 12/3/2009 | DUPL | $4.10 |
| 12/3/2009 | DUPL | $3.80 |
| 12/4/2009 | DUPL | $2.30 |
| 12/4/2009 | DUPL | $1.70 |
| 12/4/2009 | DUPL | $1.50 |
| 12/4/2009 | DUPL | $2.00 |
| 12/4/2009 | DUPL | $0.30 |
| 12/4/2009 | DUPL | $0.30 |
| 12/4/2009 | DUPL | $0.30 |
| 12/4/2009 | DUPL | $0.70 |
| 12/4/2009 | DUPL | $0.10 |
| 12/4/2009 | DUPL | $1.80 |
| 12/4/2009 | DUPL | $1.50 |
| 12/4/2009 | DUPL | $1.40 |
| 12/4/2009 | DUPL | $1.50 |
| 12/4/2009 | DUPL | $0.10 |
| 12/4/2009 | DUPL | $0.10 |
| 12/4/2009 | DUPL | $2.30 |
| 12/4/2009 | DUPL | $0.70 |
| 12/4/2009 | DUPL | $2.00 |
| 12/4/2009 | DUPL | $2.90 |
| 12/4/2009 | DUPL | $3.00 |
| 12/4/2009 | DUPL | $3.00 |
| 12/4/2009 | DUPL | $3.00 |
| 12/4/2009 | DUPL | $2.50 |
| 12/4/2009 | DUPL | $2.20 |
| 12/4/2009 | DUPL | $2.50 |
| 12/4/2009 | DUPL | $0.20 |
| 12/4/2009 | DUPL | $3.20 |
| 12/7/2009 | DUPL | $0.50 |
| 12/7/2009 | DUPL | $0.20 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.10 |

| | | |
|---|---|---|
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.20 |
| 12/7/2009 | DUPL | $0.20 |
| 12/7/2009 | DUPL | $1.50 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.70 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.20 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.50 |
| 12/7/2009 | DUPL | $0.20 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.20 |
| 12/7/2009 | DUPL | $0.30 |
| 12/7/2009 | DUPL | $0.20 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.20 |
| 12/7/2009 | DUPL | $0.20 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.50 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.40 |
| 12/7/2009 | DUPL | $0.40 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.70 |
| 12/7/2009 | DUPL | $0.30 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $11.90 |
| 12/7/2009 | DUPL | $1.90 |
| 12/7/2009 | DUPL | $0.90 |
| 12/7/2009 | DUPL | $0.20 |
| 12/7/2009 | DUPL | $9.40 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.70 |
| 12/7/2009 | DUPL | $0.60 |
| 12/7/2009 | DUPL | $0.10 |
| 12/7/2009 | DUPL | $0.20 |

| Date | | | |
|---|---|---|---|
| 12/7/2009 | | DUPL | $0.10 |
| 12/8/2009 | Schnitzer, Edward L. | DUPL | $0.80 |
| 12/8/2009 | | DUPL | $0.40 |
| 12/8/2009 | | DUPL | $0.80 |
| 12/8/2009 | | DUPL | $0.10 |
| 12/8/2009 | | DUPL | $0.10 |
| 12/8/2009 | | DUPL | $0.10 |
| 12/8/2009 | | DUPL | $0.10 |
| 12/8/2009 | | DUPL | $0.10 |
| 12/8/2009 | | DUPL | $0.10 |
| 12/8/2009 | | DUPL | $0.10 |
| 12/8/2009 | | DUPL | $0.10 |
| 12/8/2009 | | DUPL | $0.10 |
| 12/8/2009 | | DUPL | $0.10 |
| 12/8/2009 | | DUPL | $2.10 |
| 12/8/2009 | | DUPL | $0.60 |
| 12/8/2009 | | DUPL | $0.60 |
| 12/8/2009 | | DUPL | $0.20 |
| 12/8/2009 | | DUPL | $0.20 |
| 12/8/2009 | | DUPL | $0.30 |
| 12/8/2009 | | DUPL | $0.20 |
| 12/8/2009 | | DUPL | $0.30 |
| 12/8/2009 | | DUPL | $0.60 |
| 12/8/2009 | | DUPL | $0.60 |
| 12/8/2009 | | DUPL | $0.50 |
| 12/8/2009 | | DUPL | $0.20 |
| 12/9/2009 | | DUPL | $0.40 |
| 12/9/2009 | | DUPL | $6.30 |
| 12/9/2009 | | DUPL | $0.20 |
| 12/9/2009 | | DUPL | $0.10 |
| 12/9/2009 | | DUPL | $0.50 |
| 12/9/2009 | | DUPL | $0.20 |
| 12/9/2009 | | DUPL | $0.20 |
| 12/9/2009 | | DUPL | $0.20 |
| 12/9/2009 | | DUPL | $0.20 |
| 12/9/2009 | | DUPL | $0.20 |
| 12/9/2009 | | DUPL | $0.10 |
| 12/9/2009 | | DUPL | $1.10 |
| 12/9/2009 | | DUPL | $0.30 |
| 12/9/2009 | | DUPL | $0.60 |
| 12/9/2009 | | DUPL | $0.10 |
| 12/9/2009 | | DUPL | $0.50 |
| 12/9/2009 | | DUPL | $0.50 |
| 12/9/2009 | | DUPL | $0.10 |
| 12/9/2009 | | DUPL | $0.40 |
| 12/9/2009 | | DUPL | $1.50 |
| 12/9/2009 | | DUPL | $1.50 |

| | | | |
|---|---|---|---|
| 12/9/2009 | | DUPL | $0.10 |
| 12/9/2009 | | DUPL | $0.10 |
| 12/9/2009 | | DUPL | $0.20 |
| 12/9/2009 | | DUPL | $0.40 |
| 12/9/2009 | Primm, Kyle | DUPL | $20.80 |
| 12/9/2009 | Primm, Kyle | DUPL | $17.20 |
| 12/10/2009 | | DUPL | $0.20 |
| 12/10/2009 | | DUPL | $0.20 |
| 12/10/2009 | | DUPL | $0.50 |
| 12/10/2009 | | DUPL | $0.50 |
| 12/10/2009 | | DUPL | $0.50 |
| 12/10/2009 | | DUPL | $0.10 |
| 12/10/2009 | | DUPL | $2.70 |
| 12/10/2009 | | DUPL | $0.20 |
| 12/10/2009 | | DUPL | $0.20 |
| 12/10/2009 | | DUPL | $0.10 |
| 12/10/2009 | | DUPL | $0.20 |
| 12/10/2009 | | DUPL | $0.10 |
| 12/10/2009 | | DUPL | $0.20 |
| 12/10/2009 | | DUPL | $0.10 |
| 12/10/2009 | | DUPL | $0.70 |
| 12/10/2009 | | DUPL | $0.20 |
| 12/10/2009 | | DUPL | $0.60 |
| 12/10/2009 | | DUPL | $0.70 |
| 12/10/2009 | | DUPL | $2.30 |
| 12/10/2009 | | DUPL | $0.40 |
| 12/11/2009 | | DUPL | $0.10 |
| 12/11/2009 | | DUPL | $1.00 |
| 12/11/2009 | | DUPL | $0.10 |
| 12/11/2009 | | DUPL | $0.60 |
| 12/11/2009 | | DUPL | $0.20 |
| 12/11/2009 | | DUPL | $0.40 |
| 12/11/2009 | | DUPL | $2.80 |
| 12/11/2009 | | DUPL | $3.80 |
| 12/11/2009 | | DUPL | $0.50 |
| 12/11/2009 | | DUPL | $0.10 |
| 12/11/2009 | | DUPL | $0.10 |
| 12/11/2009 | | DUPL | $1.20 |
| 12/11/2009 | | DUPL | $0.10 |
| 12/14/2009 | | DUPL | $8.20 |
| 12/16/2009 | Primm, Kyle | DUPL | $1.00 |
| 12/17/2009 | Schnitzer, Edward L. | DUPL | $0.40 |
| 12/21/2009 | Schnitzer, Edward L. | DUPL | $0.10 |
| 12/21/2009 | Schnitzer, Edward L. | DUPL | $0.10 |
| 12/23/2009 | Virani, Zahir | DUPL | $0.20 |
| 12/23/2009 | | DUPL | $2.40 |
| 12/23/2009 | | DUPL | $2.50 |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 12/23/2009 | | DUPL | $0.20 | |
| 12/23/2009 | | DUPL | $0.20 | |
| 12/28/2009 | Schnitzer, Edward L. | DUPL | $0.10 | |
| 12/28/2009 | | DUPL | $0.10 | |
| 12/28/2009 | | DUPL | $0.10 | |
| 12/30/2009 | | DUPL | $0.30 | |
| 12/31/2009 | | DUPL | $1.70 | |
| | | | **$238.10** | |
| | | | | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 608219; DATE: 12/6/2009 |
| 12/3/2009 | Smith, Jason | MEAL | $19.85 | |
| | | | | VENDOR: INDELICATO; INVOICE#: 40; DATE: 12/30/2009 |
| 12/11/2009 | Indelicato, Mark S | MEAL | $24.50 | |
| | | | | VENDOR: INDELICATO; INVOICE#: 40; DATE: 12/30/2009 |
| 12/11/2009 | Indelicato, Mark S | MEAL | $16.61 | |
| | | | | VENDOR: PETTY CASH; INVOICE#: 122209; DATE: 12/22/2009 |
| 12/14/2009 | Zawadzki, Jeffrey | MEAL | $5.58 | |
| | | | | VENDOR: PETTY CASH; INVOICE#: 122209; DATE: 12/22/2009 |
| 12/14/2009 | Zawadzki, Jeffrey | MEAL | $1.99 | |
| | | | **$68.53** | |
| 12/2/2009 | Schnitzer, Edward L. | POST | $1.56 | |
| 12/15/2009 | Kang, Christina | POST | $1.39 | |
| 12/15/2009 | Schnitzer, Edward L. | POST | $1.22 | |
| 12/21/2009 | Schnitzer, Edward L. | POST | $1.22 | |
| 12/24/2009 | Kardon, James C | POST | $1.22 | |
| | | | **$6.61** | |
| | | | | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 12/8/2009 | Power, Mark | SEAR | $7.52 | |
| | | | | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 12/18/2009 | Power, Mark | SEAR | $10.00 | |
| | | | | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 12/23/2009 | Power, Mark | SEAR | $197.36 | |
| | | | | VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 12/31/2009 | Power, Mark | SEAR | $158.64 | |
| | | | **$373.52** | |
| | | | | VENDOR: AMERICAN EXPRESS; INVOICE#: 20010; DATE: 2/1/2010 |
| 12/3/2009 | Schnitzer, Edward L. | TELCON | $25.47 | |
| | | | | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 50; DATE: 12/10/2009 |
| 12/9/2009 | Schnitzer, Edward L. | TRAV | $283.00 | |
| | | | | VENDOR: INDELICATO; INVOICE#: 40; DATE: 12/30/2009 |
| 12/14/2009 | Indelicato, Mark S | TRAV | $208.00 | |
| | | | | VENDOR: INDELICATO; INVOICE#: 40; DATE: 12/30/2009 |
| 12/14/2009 | Indelicato, Mark S | TRAV | $193.00 | |

| | | | | |
|---|---|---|---|---|
| | | | | VENDOR: INDELICATO; INVOICE#: 40; |
| 12/14/2009 | Indelicato, Mark S | TRAV | $104.00 | DATE: 12/30/2009 |
| | | | | VENDOR: INDELICATO; INVOICE#: 40; |
| 12/14/2009 | Indelicato, Mark S | TRAV | $178.00 | DATE: 12/30/2009 |
| | | | **$991.47** | |
| | | | | |
| 12/7/2009 | Schnitzer, Edward L. | VELO | **$2.75** | |
| | | | | |
| | Total: | | **$2,376.11** | |