# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **RE: DI 8791** |
| | ) | |

## WITHDRAWAL WITHOUT PREJUDICE OF MOTION OF LOIZIDES, P.A. TO WITHDRAW AS COUNSEL TO LAURA BEALL

At the request of its client, Loizides, P.A. withdraws, without prejudice, its motion to withdraw as counsel.

DATED: May 3, 2010

                                                        /s/ Christopher D. Loizides
                                             Christopher D. Loizides (No. 3968)
                                             LOIZIDES, P.A.
                                             1225 King Street, Suite 800
                                             Wilmington, DE  19801
                                             Telephone:  (302) 654-0248
                                             Facsimile:  (302) 654-0728
                                             Email:  loizides@loizides.com

---

[1] The Debtors are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; AHM SV, Inc. (f/ka American Home Mortgage Servicing, Inc.), a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability corporation; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

WITHDRAWAL OF MOTION TO WITHDRAW.DOCX