# EXHIBIT A

**Amended Claims**

**Exhibit A**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BRAUN, MACKENZIE M<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 85262 | 5064 | 12/10/07 | 07-11051 | Unspecified* | 5065 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$863.52 (P)<br>- (U)<br>$863.52 (T) |
| CHRISTIAN, VALERIA C<br>143-25 84TH DR<br>BRIARWOOD, NY 11435 | 8877 | 1/11/08 | 07-11051 | Unspecified* | 8878 | 1/11/08 | 07-11051 | Unspecified* |
| MORA, ROSA M.<br>110 SW 91ST AVE APT 101<br>PLANTATION, FL 33324-2564 | 1411 | 10/3/07 | 07-11051 | Unspecified* | 4163 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$1,169.23 (P)<br>- (U)<br>$1,169.23 (T) |
| SCOTTO, ANTHONY<br>77 MARLOW DR<br>JACKSON, NJ 08527 | 10724 | 6/18/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,220.63 (U)<br>$1,220.63 (T) | 10727 | 6/19/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,220.63 (U)<br>$1,220.63 (T) |
| Totals: | 4 Claims | | | - (S)<br>- (A)<br>- (P)<br>$1,220.63 (U)<br>$1,220.63 (T) | | | | - (S)<br>- (A)<br>$2,032.75 (P)<br>$1,220.63 (U)<br>$3,253.38 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Duplicate Claim**

**Exhibit B**

**Duplicate Claim**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| EATON, RUSSELL ALAN<br>BOX 1131<br>GEORGETOWN, CA 95634 | 10763 | 3/1/10 | No Case | - (S)<br>- (A)<br>$96,678.17 (P)<br>$108,317.97 (U)<br>$108,317.97 (T) | 9252 | 1/11/08 | No Case | - (S)<br>- (A)<br>$96,678.17 (P)<br>$108,317.97 (U)<br>$108,317.97 (T) |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>$96,678.17 (P)<br>$108,317.97 (U)<br>$108,317.97 (T) | | | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Late Filed Claims**

**Exhibit C**

**Late Filed Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| | | | **Objectionable Claim** | | |
| BEBENEK, ZDZISLAW<br>29 VAN DAM ST<br>BROOKLYN, NY 11222 | 10698 | 3/30/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,496.00 (U)<br>$2,496.00 (T) | 1/11/2008 |
| GRAVES, MICHELLE<br>1961 EWALD AVE<br>BALTIMORE, MD 21222 | 10728 | 7/20/09 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,514.76 (U)<br>$2,514.76 (T) | 1/11/2008 |
| LISLE, ELIZABETH B.<br>ETRADE SECURITIES CUSTODIAN<br>P.O. BOX 641<br>GAMBRILLS, MD 21054 | 10757 | 1/29/10 | No Case | - (S)<br>- (A)<br>- (P)<br>$6,382.10 (U)<br>$6,382.10 (T) | 1/11/2008 |
| MCLEOD, SEAN<br>15740 LANDING CREEK LN<br>ROANOKE, TX 762624476 | 9966 | 2/14/08 | 07-11051 | Unspecified* | 1/11/2008 |
| **Totals:** | **4 Claims** | | | - (S)<br>- (A)<br>- (P)<br>$11,392.86 (U)<br>$11,392.86 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Insufficient Documentation Claims**

**Exhibit D**

**Insufficient Documentation Claims**

| Name/Address of Claimant | Objectionable Claim | | | | |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| DESERT PALACE, INC., DBA CAESAR'S PALACE HOTEL & CASINO 3570 LAS VEGAS BLVD, S LAS VEGAS, NV 89109 | 7714 | 1/8/08 | 07-11051 | - (S) - (A) - (P) $500,000.00 (U) $500,000.00 (T) | Insufficient documentation provided to assess validity of claim and claimant has not yet responded to Debtors request for further documentation. |
| MAKI, KARLA R 3708 AMENDMENT COURT WILLIAMSBURG, VA 23188 | 3210 | 11/26/07 | No Case | - (S) - (A) - (P) $11,727.02 (U) $11,727.02 (T) | Insufficient documentation provided to assess validity of claim and claimant has not yet responded to Debtors request for further documentation. |
| **Totals:** | **2 Claims** | | | - (S) - (A) - (P) $511,727.02 (U) $511,727.02 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.