**EXHIBIT A**

**Tenth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 8805]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/09-11/30/09<br>2/2/10<br>8528 | 172,094.50 | 8,939.23 |
| 12/1/09-12/31/09<br>2/25/10<br>8533 | 141,479.50 | 15,295.17 |
| 1/1/10-1/31/10<br>3/16/10<br>8685 | 149,675.00 | 10,997.91 |
| Totals | 463,249.00 | 35,232.31 |

**Tenth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors [D.I. 8805]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/09-11/30/09<br>12/18/09<br>8439 | 495.00 | 12.88 |
| 12/1/09-12/31/09<br>2/12/10<br>8558 | 1,759.00 | 0.00 |
| 1/1/10-1/31/10<br>3/17/10<br>8694 | 12,704.50 | 3.47 |
| Totals | 14,958.50 | 16.35 |

**Tenth Interim Fee Request Of Allen & Overy, LLP, Special Counsel for the Debtors [D.I. 8805]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/09-11/30/09<br>8450<br>12/29/09 | 854.00 | 11,340.82 |
| 12/1/09-12/31/09<br>8538 | 2,532.00 | 21.67 |
| Totals | 3,386.00 | 11,362.49 |

**Tenth Interim Fee Request of Cadwalader, Wickersham & Taft LLP [D.I. 8805]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/09-11/30/09<br>8559<br>2/12/10 | 396,474.00 | 59,218.72 |
| 12/1/09-1/31/10<br>3/16/10<br>8686 | 486,793.00 | 32,621.84 |
| Totals | 883,267.00 | 91,840.56 |

**Tenth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP [D.I. 8805]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/09-11/30/09<br>8522<br>1/29/10 | 11,321.50 | 132.69 |
| 12/1/09-12/31/09<br>8658<br>3/8/10 | 11,907.00 | 1,465.05 |
| 1/1/10-1/31/10<br>8659<br>3/8/10 | 19,920.50 | 650.26 |
| Totals | 43,149.00 | 2,248.00 |

**Tenth Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors [D.I. 8705]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/09-11/30/09<br>12/16/09<br>8422 | 48,721.00 | 1,982.62 |
| 12/1/09-12/31/09<br>2/9/10<br>8555 | 43,287.00 | 1,982.62 |
| 1/1/10-1/31/10<br>2/12/10<br>8561 | 48,426.00 | 1,678.21 |
| Totals | 140,434.00 | 5,643.45 |

**Interim Fee Application for Ferry, Joseph & Pearce, P.A. as Special Conflicts Counsel for the Official Committee of Unsecured Creditors [D.I. 8684]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/09-11/30/09<br>12/15/09<br>8417 | 3,155.00 | 88.80 |
| 12/1/09-12/31/09<br>1/15/10<br>8508 | 2,495.00 | 483.70 |
| 1/1/10-1/31/10<br>2/15/10<br>8571 | 1,511.00 | 575.31 |
| Totals | 7,161.00 | 1147.81 |

**Interim Fee Application for Hennigan, Bennett & Dorman, LLP as Special Conflicts Counsel for the Debtors for the Official Committee of Unsecured Creditors [D.I. 8693]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/08-2/28/09<br>4/24/09<br>7317[2] | 61,528.50 | 2,325.37 |
| 3/1/09-7/31/09<br>9/4/09<br>8008 | 98,787.00 | 1,328.86 |
| 8/1/09-10/31/09<br>12/28/09<br>8439 | 192,821.00 | 11,371.68 |
| 11/1/09-1/31/10<br>3/17/10<br>8691 | 163,559.50 | 1,655.51 |
| Totals | 516,696.00 | 16,681.42 |

[2] Adjusted pursuant to the Fee Examiner Report [D.I. 7497].