IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
        Debtors.                                                         :
                                                                         : Ref. Docket Nos. 4662, 5016 & 5169
                                                                         :
------------------------------------------------------------------------ x

**CONSENSUAL ORDER RESOLVING DEBTORS' ELEVENTH
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT
TO PROOF OF CLAIM NO. 7449**

Upon consideration of the eleventh omnibus (substantive) claims objection (the "Objection") [Docket No. 4662] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto [Docket No. 5106] filed by Kathleen Heck; and the Court having entered an order [Docket No. 5169] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 7449 ("Claim 7449") filed by Ms. Heck; and the Debtors and Ms. Heck having agreed that Claim 7449 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 7449 is modified and reclassified such that Claim 7449 is allowed against American Home Mortgage Corp. (Case No. 07-11051) in the following priorities and amounts: (i) a priority unsecured claim in the amount of $9,206.51; and (ii) and a general unsecured claim in the amount of $90,793.49; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       5/3, 2010

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE