# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. | | |
| **Case Number:** | 07-11047-CSS | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, MAY 04, 2010 09:00 AM   CRT#6, 5TH FL. | | |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI | | |
| **Courtroom Clerk:** | ANISSA COTHRAN | | |
| **Reporter / ECR:** | LESLIE MURIN | | |

### *Matter:*

Omnibus

**R / M #:**   0 / 0

### *Appearances:*

See sign-in sheet

### *Proceedings:*

Hearing Matters
   Agenda Items:
      Orders Entered re item(s) 4, 29,
      Order Entered re Interim Fee Requests