# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage, Inc.
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 5/04/10 @ 9:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Jackson | Young Conaway Stargatt & Taylor | Debtors |
| Morgan Seward | " | " |
| Tori Gulfoyle | Blank Rome LLP | Committee |
| Laurie Selber Silverstein | Potter Anderson | B of A |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**