**CERTIFICATE OF SERVICE**

  I, *Victoria A. Guilfoyle*, certify that on May 6, 2010 a copy of the *Reply Of The Official Committee Of Unsecured Creditors To Objections By Paula Rush And David And Elisabeth Jackson To Certain Settlements* was served (i) via overnight priority mail and electronic mail upon the following parties:

VIA OVERNIGHT and EMAIL
Paula Rush, *Pro Se*
2651 Peery Drive
Churchville, MD  21028
Email:  paularush@comcast.net

VIA OVERNIGHT and EMAIL
Dr. David and Elizabeth Judith Jackson, *Pro Se*
12787 Lavender Keep Circle
Fairfax, VA  22033
Email:  EJJsInSIGHTs@aol.com

And (ii) via First Class Mail, postage prepaid, upon the following parties:

Sean M. Beach, Esquire
Patrick A. Jackson, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
*Counsel for the Debtors*

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

Greenberg Traurig
The Nemours Building
1007 North Orange St., Suite 1200
Wilmington, DE  19801
*Counsel for AH Mortgage Acquisition Co., Inc.*

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
*Counsel for Deutsche Bank*

Lee Harrington, Esquire
Dennis J. Drebsky, Esquire
Nixon Peabody, LLP
437 Madison Avenue
New York, NY  10022
*Counsel for Deutsche Bank*

John Ashmead, Esquire
Laurie Binder, Esquire
Seward & Kissel
One Battery Park Plaza
New York, NY  10004
*Counsel for Deutsche Bank*

Michael Strauss, Esquire
Kenneth S. Ziman, Esquire
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Goldman Sachs
85 Broad Street
New York, NY  10004

Jeff Kurtzman, Esquire
Klehr Harrison Harvey Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801
*Counsel for Goldman Sachs*

Franklin Top, Esquire
Chapman and Cutler, LLP
111 West Monroe St.
Chicago, IL  60603
*Counsel for Wells Fargo*

Paul S. Caruso, Esquire
Jessica Knowles, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
*Counsel for Wells Fargo*

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899
*Counsel for Wells Fargo*

Dated:  May 6, 2010

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE Bar. No 5183)

128189.01600/21875692v.1