# EXHIBIT D

Law Offices of

# CHAPMAN AND CUTLER LLP

Theodore S. Chapman
1877-1943
Henry E. Cutler
1879-1959

111 West Monroe Street, Chicago, Illinois 60603-4080
Telephone (312) 845-3000
Facsimile (312) 701-2361
chapman.com

San Francisco

595 Market Street
San Francisco, CA 94105
(415) 541-0500

Franklin H. Top, III
Telephone: 312-845-3824
Facsimile: 312-516-1824
E-mail: top@chapman.com

Salt Lake City

201 South Main Street
Salt Lake City, UT 84111
(801) 533-0066

March 6, 2008

Paula Rush
2651 Peery Drive
Churchville MD 21028

Re: *In re: American Home Mortgage Holdings, Inc. et al.*, Case No. 07-11047
(CSS) pending in the United States Bankruptcy Court for the District of Delaware
(the "*Court*")

Dear Ms. Rush:

As you are aware, our firm represents Wells Fargo Bank, N.A. ("*Wells Fargo*"), in its role as master servicer in connection with the above-referenced proceedings. I am in receipt of your email dated January 31, 2008, which demanded certain clarifications prior to February 1, 2008.

This letter is a general response to your email, because we were unable to ascertain from the information that you provided (a) whether or not your loan or loans are even included in one of the securitizations for which Wells Fargo serves as master servicer or (b) what the status of your loan(s) may be.

Assuming, however, your loan(s) are in one or more of the securitizations for which Wells Fargo serves as master servicer, we believe we should clarify the role a master servicer plays in connection with a securitization transaction to avoid any confusion. In a typical securitization transaction, the master servicer oversees the servicing of the mortgage loans for the trust and the protection and benefit of the investors typically pursuant to the terms of a pooling and servicing agreement. The master servicer, however, does not oversee the servicing of the mortgage loans for the benefit of individual mortgage loan obligors; nor manage individual mortgage loans. The master service has no obligation to resolve any disputes between individual mortgage loan obligors and the servicer. The relationship of mortgage loans obligors, such as yourself, is strictly with the servicer of the mortgage loans.

Law Offices of
## CHAPMAN AND CUTLER LLP

Paula Rush
March 6, 2008
Page 2

Even so, Wells Fargo does not condone any violation of any law applicable to the servicing of mortgage loans by American Home Mortgage or any other servicer. Based on your e-mail and your many appearances in the Court, it appears that the current servicer is aware of the facts and circumstances surrounding your claims and concerns. Nonetheless we are more than willing to forward your email on to them as well for any response they may deem appropriate under the circumstances.

Further, please be advised that Wells Fargo has not authorized anyone to speak on their behalf regarding any of the issues raised in your email, including but not limited to Mr. Brady or Mr. Dickman. Whatever testimony or argument either gave is solely their own and may not be reflective of the views and position of Wells Fargo.

If you have any further questions or concerns, please do not hesitate to contact us.

Very truly yours,

CHAPMAN AND CUTLER LLP

By: _____
Franklin H. Top, III