# CERTIFICATE OF SERVICE

I, Todd C. Schiltz, hereby certify that true and correct copies of the "Reply of Wells Fargo Bank, As Master Servicer to the 'Deemed' Objections of Paula Rush and Dr. David and Elisabeth Jackson to the Motions of the Debtor to Approve 9019 Settlements With, Inter Alia, Wells Fargo Bank [D.I. Nos. 8756, 8770 & 8771]" and the "Declaration of William Fay" were served on May 6, 2010 by electronic filing upon:

Pauline K. Morgan, Esq.
Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899

Edward J. Kosmowski, Esq.
Epiq Systems Bankruptcy Solutions
824 Market Street, Suite 412
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
David W. Carickhoff , Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

and on May 6, 2010 by regular mail upon:

Joseph McMahon, U.S. Trustee
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Official Committee of Unsecured Creditors
c/o Mark S, Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Victoria Counihan, Esq.
Greenberg Taurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Deutsche Bank
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Michael Strauss
Kenneth S. Ziman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Goldman Sachs
85 Broad Street
New York, NY 10004

Wells Fargo
Franklin Top
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

and on May 6, 2010 by Federal Express, email and regular mail upon:

Paula Rush
2651 Peery Drive
Churchville, MD 21028
paularush@comcast.net

Dr. David and Elisabeth Judith Jackson
12787 Lavender Keep Circle
Fairfax, VA 22033
EJJsInSIGHT@aol.com

/s/ Todd C. Schiltz
Todd C. Schiltz (DE 3253)