IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
       Debtors.                                                          :
                                                                         : Ref. Docket No.: 8767
                                                                         :
------------------------------------------------------------------------ x

**ORDER APPROVING STIPULATION RESOLVING THE CONSERVATOR'S
REQUEST FOR MODIFICATION OF THE AUTOMATIC STAY TO ALLOW RUTH D.
LIEST TO PROCEED WITH PENDING STATE COURT ACTION**

Upon consideration of the *Certification of Counsel Submitting Stipulation Regarding Proposed Order Modifying Automatic Stay to Allow Ruth D. Liest to Proceed With Pending State Court Action* (the "Certification");[2] and the Court having found, based on the statements made in the Certification, that good and sufficient cause appears for the relief requested by the Stipulation; it is hereby:

ORDERED that the Stipulation attached hereto as Exhibit 1 is approved; and it is further

ORDERED that, except as set forth in the Stipulation, nothing in this Order shall affect any party's right to move for relief from the automatic stay in accordance with the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms used but not otherwise defined shall have the meaning ascribed to them in the Certification.

applicable provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedures; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       April 5, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE