## Exhibit 1

**Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------------- x
In re:                                              :  Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                    :
                                                    :  Jointly Administered
        Debtors.                                    :
                                                    :
                                                    :
-------------------------------------------------------------------------- x
```

## STIPULATION REGARDING ORDER MODIFYING AUTOMATIC STAY TO ALLOW RUTH D. LIEST TO PROCEED WITH PENDING STATE COURT ACTION TO QUIET TITLE

WHEREAS, on February 21, 2008, Ruth D. Liest ("Conservatee"), by and through her conservator the Santa Cruz County Public Guardian (the "Conservator"), commenced that certain action captioned *Liest v. Anne Crawley-Putz et al.* (CISCV 169521) in the Superior Court of California (the "Action").

WHEREAS, the Conservatee, through the Conservator, seeks to file an amended complaint entitled *Liest v. Goldman Sachs Mortgage Company et al.* (the "Amended Complaint") against Goldman Sachs Mortgage Company and other non-debtor defendants (collectively, the "Non-Debtor Defendants").

WHEREAS, by the Action and Amended Complaint, the Conservatee alleges damages on account of the Non-Debtor Defendants' negligence and wrongdoing in connection

---

¹       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

with several deed transfers and a residential mortgage loan transaction involving real property located at 1446 Laurel Street, Santa Cruz, California (the "Property").

WHEREAS, Conservatee, a ninety-three year old woman residing in California, cannot personally represent her interests in the Action because of her advanced age and mental condition.

WHEREAS, the Conservator serves as Conservatee's Probate Conservator pursuant to an order of the Santa Cruz County Superior Court (Santa Cruz Superior Court No. PR44038). The Conservator has the authority to represent Conservatee's interests in the Action pursuant to Letters of Conservatorship issued on February 21, 2007.

WHEREAS, on August 6, 2007 (the "Petition Date"), the Debtors each filed a voluntary petition with this Court for relief under chapter 11 of the Bankruptcy Code. Each Debtor is continuing to operate its business and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

WHEREAS, pursuant to 11 U.S.C. § 362, the commencement or continuation of any action against the Debtors was stayed as of the Petition Date.

WHEREAS, counsel to the Conservator engaged in discussions with the Debtors with respect to seeking an order modifying the automatic stay as it pertains to the Action.

WHEREAS, counsel for the Conservator seeks an order from the Bankruptcy Court modifying the automatic stay to allow Conservatee, by and through the Conservator, to file the Amended Complaint to allow her to pursue a claim to quiet title on the Property as against Debtor American Home Mortgage Corp. ("AHM Corp") (Case No. 07-11051) and to prosecute all other claims as against the Non-Debtor Defendants.

2

WHEREAS, by the Amended Complaint, the Conservatee alleges that AHM Corp. and the Non-Debtor Defendants have no right, title, estate, lien or interest in the Property.

WHEREAS, the Debtors agree that neither AHM Corp. nor any other Debtor has any legal or equitable interest in the Property since the mortgage loan applicable to the Property was sold by AHM Corp. to Goldman Sachs Mortgage Company (or an affiliate thereof) on or about June 1, 2006.

WHEREAS, AHM Corp. must be named as a defendant in the Action as a matter of California state law because AHM Corp. is a beneficiary on a deed of trust recorded on the chain of title of the Property.

WHEREAS, the Debtors and the Conservator (collectively, the "Parties") have conferred regarding a consensual resolution of the Conservator's request for a modification of the automatic stay to allow Conservatee, by and through her Conservator, to file the Amended Complaint and continue to prosecute the Action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1.    The automatic stay applicable to the Action pursuant to 11 U.S.C. § 362(a) shall be modified only to the extent which would allow the Conservatee to file the Amended Complaint and to proceed with her cause of action to quiet title in the Property as against AHM Corp. and all causes of action as against the Non-Debtor Defendants.

2.    The modification of the automatic stay described in paragraph 1 above shall not be construed to permit nor does it permit the Conservatee to attempt to either recover any damages or assert any claims or causes of action against AHM Corp. other than her claim to quiet title in the Property.

DB02:9378176.1                                                                                                      066585.1001

3.      Moreover, the modification of the automatic stay described in paragraph 1 above shall not be construed to permit nor does it permit any Non-Debtor Defendant to assert any claims, cross-claims or causes of action against AHM Corp. in connection with the Action.

4.      The Parties acknowledge and agree that this Stipulation is entered into solely for the convenience of the Parties and neither this Stipulation nor the fact of its execution will constitute any admission or acknowledgment of liability or wrongdoing on the part of the Debtors.

5.      Upon the Court's approval of this Stipulation, the Conservatee, by and through her Conservator, hereby forever waives, releases and discharges any claims, interests or causes of action of any nature whatsoever against the Debtors, whether known or unknown, arising in connection with the Action and/or the Property.

6.      The Parties agree that in the event that the Debtors' bankruptcy cases are converted to another Chapter under the Bankruptcy Code, and no motion to vacate is timely filed by the Debtors, the Court's order approving this Stipulation shall be deemed to be binding and of full force and effect in any such converted case as to the Parties herein.

7.      Each of the Parties shall bear its own costs and attorney's fees incurred in connection with the Objection.

8.      This Court shall retain jurisdiction to resolve any disputes or controversy arising from or related to this Stipulation.

9.      The undersigned counsel represent that they have the authorization to execute this Stipulation on behalf of their respective client.

10.     This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile, and each of which should be deemed an original and all of which together shall constitute one and the same instrument.

4

11.   This Stipulation shall become effective immediately upon entry of an

order approving this Stipulation.

STIPULATED AND AGREED this 12th day of April, 2010

YOUNG CONAWAY STARGATT
& TAYLOR, LLP


*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*


DANA McRAE, COUNTY COUNSEL


*/s/ Tamyra Rice*
TAMYRA RICE
Assistant County Counsel
Santa Cruz County Public
Guardian
As Conservator of Ruth Liest

DB02:9378176.1                                                              066585.1001