**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------- x   Chapter 11
In re:                                                                :
                                                                      :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :
a Delaware corporation, et al.,[1]                                    :   Jointly Administered
                                                                      :
                    Debtors.                                          :   **Ref. Docket Nos. 8683, 8689, 8732, 8733, 8756**
                                                                      :
---------------------------------------------------------------------- x

**APPENDIX OF PRIMARY MARYLAND COURT DOCUMENTS REFERENCED
IN DEBTORS' REPLY TO BORROWER-CLAIMANTS' OBJECTIONS TO
SETTLEMENTS WITH (I) AMERICAN HOME MORTGAGE SERVICING, INC.
(F/K/A AH MORTGAGE ACQUISITION CO., INC.); (II) DEUTSCHE BANK
NATIONAL TRUST COMPANY; AND (III) WELLS FARGO BANK, N.A.**

**A.**   *In re Rush*, Case No. 07-10250 (Bankr. D. Md.)

      1.   Docket Report

**B.**   *Rush v. American Home Mortgage, Inc.* et al., Case No. 07-854 (WMN) (D. Md.)

      1.   Docket Report

      2.   Complaint [D.I. 1]

      3.   Memorandum Opinion Dated 10/25/07 [D.I. 32]

      4.   Memorandum Opinion Dated 8/19/09 [D.I. 42]

      5.   Memorandum Opinion Dated 12/3/09 [D.I. 45]

      6.   Amended Complaint [D.I. 50-1]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

       7.      Memorandum Opinion Dated 2/4/10 [D.I. 54]

       8.      Memorandum Opinion Dated 4/6/10 [D.I. 57]

       9.      Answer of AHM [D.I. 59]

      10.     Scheduling Order [D.I. 60]

**C.**    *Rush v. ServiceLink*, **Case No. 08-604 (WMN) (D. Md.)**

       1.      Docket Report

       2.      Memorandum Opinion Dated 6/16/08 [D.I. 20]

Dated:   Wilmington, Delaware     YOUNG CONAWAY STARGATT & TAYLOR, LLP
           May 6, 2010

/s/ Patrick A. Jackson
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession



**DISMISSED, FeeDueINST, CLOSED**

# U.S. Bankruptcy Court
## District of Maryland (Baltimore)
### Bankruptcy Petition #: 07-10250

*Assigned to:* Judge Robert A. Gordon
Chapter 13
Voluntary
Asset

*Date filed:* 01/09/2007
*Date terminated:* 06/22/2007
*Date dismissed:* 04/19/2007

*Debtor*
**Paula Lynn Rush**
2651 Peery Drive
Churchville, MD 21028
(443) 676-3509
SSN / ITIN: xxx-xx-2738

represented by **Wilbur W. Bolton, III**
Bolton and Kearney
102 S. Parke St.
Aberdeen, MD 21001
(410) 575-6556
Fax : (410) 272-5790
Email: boltonkearneybnkr@comcast.net

*Trustee*
**Ellen W. Cosby**
300 E. Joppa Road, Suite 409
Towson, MD 21286
(410) 825-5923
Fax : (410) 825-5904
Email: ECF@ch13balt.com

| Filing | # | Docket Text |
|---|---|---|

| Date | | |
|---|---|---|
| 06/24/2007 | 42 | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 41 Order Discharging Trustee). No. of Notices: 1. Service Date 06/24/2007. (Admin.) (Entered: 06/25/2007) |
| 06/22/2007 | | Bankruptcy Case Closed. (Komisarek, A) (Entered: 06/22/2007) |
| 06/22/2007 | 41 | Order Discharging Trustee . (Komisarek, A) (Entered: 06/22/2007) |
| 06/21/2007 | 40 | Chapter 13 Trustee Final Report and Account. (^12Cosby, Ellen) (Entered: 06/21/2007) |
| 04/28/2007 | 39 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 38 Order on Motion For Relief From Stay, ). No. of Notices: 1. Service Date 04/28/2007. (Admin.) (Entered: 04/29/2007) |
| 04/26/2007 | 38 | Order Denying Motion For Relief From Stay As Moot After Case Dismissed or Closed (related document(s): 29 Motion for Relief from Stay and Notice of Motion Re: As to the real property known as 2651 Perry Drive, Churchville, MD 21028. Filed by Mortgage Electronic Registration Systems, Inc., as Nominee for American Home Mortgage Corporation. (Constable, D) (Entered: 04/26/2007) |
| 04/21/2007 | 37 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 34 Order on Motion to Dismiss Case). No. of Notices: 1. Service Date 04/21/2007. (Admin.) (Entered: 04/22/2007) |

| | | |
|---|---|---|
| 04/21/2007 | 36 | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 34 Order on Motion to Dismiss Case). No. of Notices: 21. Service Date 04/21/2007. (Admin.) (Entered: 04/22/2007) |
| 04/20/2007 | 35 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 33 Order on Motion For Relief From Stay, ). No. of Notices: 3. Service Date 04/20/2007. (Admin.) (Entered: 04/21/2007) |
| 04/19/2007 | 34 | Order With Notice Dismissing Chapter 13 Case on Request of Debtors. Case is Dismissed with Prejudice. (related document(s): 31 Motion to Dismiss Case filed by Debtor Paula Lynn Rush) Eligibility date to File 10/17/2007. (Constable, D) (Entered: 04/19/2007) |
| 04/18/2007 | 33 | Order Granting Motion For Relief From Stay. In the event of repossession and sale or other disposition of the collateral, the Movant shall provide the Trustee and the Debtor with a report of sale within 30 days of the date of the sale. (related document(s): 22 Motion for Relief from Stay and Notice of Motion Re: 2005 Jeep Grand Cherokee. Filed by DaimlerChrysler Services North America, LLC. (Constable, D) (Entered: 04/18/2007) |
| 04/13/2007 | 32 | Notice of Appearance and Request for Notice Filed by Paula Lynn Rush. (Bolton, Wilbur) (Entered: 04/13/2007) |
| 04/13/2007 | 31 | Motion to Dismiss Case for other reasons Filed by Paula Lynn Rush. (Attachments: # 1 Proposed Order Order Dismissing Chapter 13 Proceeding Without Prejudice) (Bolton, Wilbur) (Entered: 04/13/2007) |
| 04/13/2007 | 30 | Receipt of filing fee for Relief from Stay and Notice of Motion(07-10250) [motion,mrlfntc] ( 150.00). Receipt number 6606160, (U.S. Treasury) (Entered: 04/13/2007) |

| | | |
|---|---|---|
| 04/13/2007 | 29 | Motion for Relief from Stay and Notice of Motion Re: As to the real property known as 2651 Perry Drive, Churchville, MD 21028. Fee Amount $150, Notice Served on 4/13/07, Filed by Mortgage Electronic Registration Systems, Inc., as Nominee for American Home Mortgage Corporation. Hearing scheduled for 5/11/2007 at 09:15 AM at Courtroom 9-D, Baltimore - Judge Gordon. Objections due by 5/4/2007. (Attachments: # 1 Notice of Motion # 2 Exhibit Deed of Trust Part 1# 3 Exhibit Deed of Trust Part 2# 4 Exhibit Note# 5 Exhibit Payment History) (Rogers, Richard) (Entered: 04/13/2007) |
| 04/06/2007 | 28 | Amended Chapter 13 Plan.Amount of Payments per Month: $$200.00,Number of Months:24, Filed by Paula Lynn Rush. Confirmation hearing to be held on 5/2/2007 at 10:00 AM at Courtroom 9-D, Baltimore - Judge Gordon. (Constable, D) (Entered: 04/11/2007) |
| 03/23/2007 | | Hearing Held (related document(s) 22 Motion for Relief from Stay and Notice of Motion Re: 2005 Jeep Grand Cherokee. Fee Amount $150, Notice Served on 2/27/07, Filed by DaimlerChrysler Services North America, LLC. Objections due by 3/19/2007). DOCKET 22 NO RESPONSE. TO BE PREPARED BY MOVANT'S COUNSEL. (Faucette, E) (Entered: 03/27/2007) |
| 03/15/2007 | 27 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 26 Order Denying Confirmation of Chapter 13 Plan with Leave to Amend, ). No. of Notices: 1. Service Date 03/15/2007. (Admin.) (Entered: 03/16/2007) |
| 03/13/2007 | 26 | Order Denying Confirmation of Chapter 13 Plan with Leave to Amend (related document(s) 17 Chapter 13 Plan filed by Debtor Paula Lynn Rush). Amended Chapter 13 Plan due by 4/6/2007. Confirmation hearing to be held on 5/2/2007 at 10:00 AM at Courtroom 9-D, Baltimore - Judge Gordon. Monitor Deadline due 4/9/2007. (Constable, D) (Entered: 03/13/2007) |
| 03/07/2007 | 25 | Hearing Held (related document(s) 17 Chapter 13 Plan filed |

| | | |
|---|---|---|
| | | by Debtor Paula Lynn Rush, 19 Objection on behalf of American Home Mortgage Servicing, Inc. Filed by Richard Rogers (related document(s) 17 Chapter 13 Plan filed by Debtor Paula Lynn Rush, 24 Objection to Confirmation of Plan Filed by Ellen W. Cosby (related document(s) 17 Chapter 13 Plan filed by Debtor Paula Lynn Rush). CONFIRMATION DENIED WITH LEAVE TO AMEND BY 4/6/07, CONFIRMATION HEARING TO BE HELD 5/2/07 AT 10:00 A.M., COURTROOM 9-D, BALTIMORE. ORDER PREPARED BY CSS. (See Proceeding Memo). (Faucette, E) (Entered: 03/09/2007) |
| 03/02/2007 | | Hearing Set On (related document(s) 24 Objection to Confirmation of the Plan filed by Trustee Ellen W. Cosby). Confirmation hearing to be held on 3/7/2007 at 10:00 AM at Courtroom 9-D, Baltimore - Judge Gordon. (Constable, D) (Entered: 03/02/2007) |
| 03/01/2007 | 24 | Objection to Confirmation of Plan Filed by Ellen W. Cosby (related document(s) 17 Chapter 13 Plan filed by Debtor Paula Lynn Rush). (^6Cosby, Ellen) (Entered: 03/01/2007) |
| 02/27/2007 | 23 | Receipt of filing fee for Relief from Stay and Notice of Motion(07-10250) [motion,mrlfntc] ( 150.00). Receipt number 6408209, (U.S. Treasury) (Entered: 02/27/2007) |
| 02/27/2007 | 22 | Motion for Relief from Stay and Notice of Motion Re: 2005 Jeep Grand Cherokee. Fee Amount $150, Notice Served on 2/27/07, Filed by DaimlerChrysler Services North America, LLC. Hearing scheduled for 3/23/2007 at 09:15 AM at Courtroom 9-D, Baltimore - Judge Gordon. Objections due by 3/19/2007. (Attachments: # 1 Exhibit Contract and Notice of Security Interest Filing# 2 Exhibit Used Vehicle Valuation page# 3 Exhibit Payment History# 4 Notice of Motion (Sets Objection Deadline)) (^1Dewey, H.) (Entered: 02/27/2007) |
| 02/16/2007 | | 341 Meeting Held Filed by Ellen W. Cosby. (^11Cosby, Ellen) (Entered: 02/16/2007) |
| 02/05/2007 | 21 | Certificate of Service Filed by Paula Lynn Rush (related document(s) 17 Chapter 13 Plan filed by Debtor Paula Lynn Rush). (Donnally, S) (Entered: 02/07/2007) |
| 01/29/2007 | | Hearing Set On (related document(s) 19 Objection filed by |

|  |  |  |
|---|---|---|
|  |  | Creditor American Home Mortgage Servicing, Inc.). Confirmation hearing to be held on 3/7/2007 at 10:00 AM at Courtroom 9-D, Baltimore - Judge Gordon. (Donnally, S) (Entered: 01/29/2007) |
| 01/29/2007 |  | Hearing Set On (related document(s) 17 Chapter 13 Plan filed by Debtor Paula Lynn Rush). Confirmation hearing to be held on 3/7/2007 at 09:00 AM at Courtroom 9-D, Baltimore - Judge Gordon. (Donnally, S) Modified on 1/29/2007 (Donnally, S). CORRECTIVE ENTRY: ENTERED IN ERROR; PLEASE DISREGARD (Entered: 01/29/2007) |
| 01/26/2007 | 20 | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 18 Deficiency Notice). No. of Notices: 1. Service Date 01/26/2007. (Admin.) (Entered: 01/27/2007) |
| 01/26/2007 | 19 | Objection on behalf of American Home Mortgage Servicing, Inc. Filed by Richard ^2Rogers (related document(s) 17 Chapter 13 Plan filed by Debtor Paula Lynn Rush). (Attachments: # 1 Order) (^2Rogers, Richard) (Entered: 01/26/2007) |
| 01/24/2007 |  | The Debtor(s) is/are certified as having complied with all filing requirements of 11 U.S.C. sec. 521(a)(1), with the exception of subparagraph 521(a)(1)(B)(iv), which is not filed with the Court pursuant to Administrative Order 05-04. (Donnally, S) (Entered: 01/24/2007) |
| 01/24/2007 |  | Hearing Set On (related document(s) 17 Chapter 13 Plan filed by Debtor Paula Lynn Rush). Confirmation hearing to be held on 3/7/2007 at 10:00 AM at Courtroom 9-D, Baltimore - Judge Gordon. (Donnally, S) (Entered: 01/24/2007) |
| 01/24/2007 | 18 | Deficiency Notice (related document(s) 17 Chapter 13 Plan filed by Debtor Paula Lynn Rush). Cured Pleading due by 2/5/2007. Monitor Deadline due 2/8/2007. (Donnally, S) (Entered: 01/24/2007) |

| | | |
|---|---|---|
| 01/24/2007 | 17 | Chapter 13 Plan Filed by Paula Lynn Rush. (Donnally, S) (Entered: 01/24/2007) |
| 01/24/2007 | 16 | Chapter 13 Statement of Current Monthly and Disposable Income Filed by Paula Lynn Rush (related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Paula Lynn Rush). (Donnally, S) (Entered: 01/24/2007) |
| 01/24/2007 | 15 | Verification of Creditor Matrix Filed by Paula Lynn Rush (related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Paula Lynn Rush). (Donnally, S) (Entered: 01/24/2007) |
| 01/24/2007 | 14 | Schedules A-J and Summary Filed by Paula Lynn Rush. (Donnally, S) (Entered: 01/24/2007) |
| 01/24/2007 | 13 | Statement of Financial Affairs Filed by Paula Lynn Rush. (Donnally, S) (Entered: 01/24/2007) |
| 01/22/2007 | 12 | Creditor Request for Notices Filed by DaimlerChrysler Financial Services Americas, LLC. (Zweig, Jacob) (Entered: 01/22/2007) |
| 01/18/2007 | 11 | Chapter 13 Voluntary Petition. Receipt Number 40064753. Fee Amount $ 274.00 received by AM. (admin) (Entered: 01/18/2007) |
| 01/14/2007 | 10 | BNC Certificate of Mailing - PDF Document. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 7 Order on Motion to Pay Filing Fees in Installments). No. of Notices: 1. Service Date 01/14/2007. (Admin.) (Entered: 01/15/2007) |
| 01/12/2007 | 9 | BNC Certificate of Mailing. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 1 Voluntary Petition (Chapter 13), Voluntary Petition (Chapter 13), Voluntary Petition (Chapter 13) filed by Debtor Paula Lynn Rush). No. of Notices: 1. Service Date |

| | | |
|---|---|---|
| | | 01/12/2007. (Admin.) (Entered: 01/13/2007) |
| 01/12/2007 | 8 | BNC Certificate of Mailing - Meeting of Creditors. This document shows ONLY the persons noticed by the Clerk by paper mailing. Additional persons noticed by the Clerk by electronic means using CM/ECF are viewed by clicking the silver ball NEXT TO THE UNDERLYING PLEADING (related document(s) 5 Meeting of Creditors Chapter 13, ). No. of Notices: 16. Service Date 01/12/2007. (Admin.) (Entered: 01/13/2007) |
| 01/12/2007 | 7 | Order on Application to Pay in Installments and Directing Debtor to Pay Filing Fee Re: 4 Application to Pay Filing Fee in Installments Filed by Paula Lynn Rush. Final Installment Payment due by 4/9/2007. (Donnally, S) (Entered: 01/12/2007) |
| 01/10/2007 | 5 | Meeting of Creditors & Notice of Appointment of Trustee Ellen W. Cosby with 341(a) meeting to be held on 02/15/2007 at 10:00 AM at 341 meeting room #2650 at 101 W. Lombard St., Baltimore. Proof of Claim due by 05/16/2007. Confirmation to be held on 03/07/2007 at 10:00 AM at Courtroom 9-D, Baltimore - Judge Gordon. Objection to Confirmation due by 02/27/2007. Objection to Dischargeability of Certain Debts due by 04/16/2007. (Entered: 01/10/2007) |
| 01/09/2007 | 6 | Installment Payment. Receipt Number 40064615. Fee Amount $0.00 received by CW. (admin) (Entered: 01/10/2007) |
| 01/09/2007 | 4 | Application to Pay Filing Fee in Installments Filed by Paula Lynn Rush. (Donnally, S) (Entered: 01/10/2007) |
| 01/09/2007 | 3 | Certificate of Credit Counseling Filed by Paula Lynn Rush. (Donnally, S) (Entered: 01/10/2007) |
| 01/09/2007 | 2 | Social Security Number Verification Page Filed by Paula Lynn Rush. (Donnally, S) (Entered: 01/10/2007) |
| 01/09/2007 | 1 | Chapter 13 Voluntary Petition Filed by Paula Lynn Rush. Government Proof of Claim due by 7/9/2007. Chapter 13 Plan due by 1/24/2007. Schedules A-J due 1/24/2007. Statement of Financial Affairs due 1/24/2007. Summary of |

|  |  | schedules due 1/24/2007. Chapter 13 Monthly and Disposable Income Form 22C due 1/24/2007. Creditor Mailing Matrix Verification due by 1/24/2007. Incomplete Filings due 1/24/2007 Section 521(i)(1) Incomplete Filing date: 2/23/2007. (Attachments: # [1](#) Matrix and Verification) (Donnally, S) (Entered: 01/10/2007) |
|---|---|---|

| **PACER Service Center** ||||
|---|---|---|---|
| **Transaction Receipt** ||||
| 04/26/2010 02:22:27 ||||
| **PACER Login:** | yc0001 | **Client Code:** | 066585.1001 pjack |
| **Description:** | Docket Report | **Search Criteria:** | 07-10250 Fil or Ent: filed From: 1/1/1990 To: 4/26/2010 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |



- Query
- Reports
- Utilities
- Logout

## U.S. District Court
### District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00854-WMN

Rush v. American Home Mortgage, Inc. et al  
Assigned to: Judge William M Nickerson  
Demand: $1,790,000  
Cause: 28:1332 Diversity-Fraud  

Date Filed: 04/03/2007  
Jury Demand: Plaintiff  
Nature of Suit: 371 Truth in Lending  
Jurisdiction: Diversity  

**Plaintiff**

**Paula Rush**     represented by **Paula Rush**  
2651 Peery Drive  
Churchville, MD 21028  
443-676-3509  
PRO SE  

V.

**Defendant**

**American Home Mortgage, Inc.**     represented by **David M Souders**  
Weiner Brodsky Sidman Kider PC  
1300 19th St NW Fifth Fl  
Washington, DC 20036  
12026282000  
Fax: 12026282011  
Email: souders@wbsk.com  
*ATTORNEY TO BE NOTICED*  

**Scott David Burke**  
Weiner Brodsky Sidman Kider PC  
1300 19th St NW Fifth Fl  
Washington, DC 20036  
12026282000

        Fax: 12026282011
        Email: burke@wbsk.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**American Home Mortgage Servicing Inc.**
*TERMINATED: 05/05/2009*

represented by **David M Souders**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott David Burke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Brokers Conduit**

represented by **David M Souders**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott David Burke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Brokers Conduit**

represented by **David M Souders**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott David Burke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trust Appraisers**

represented by **Catherine A Hanrahan**
Wilson Elser Moskowitz Edelman and Dicker LLP
700 11th St NW Ste 400
Washington, DC 20001
12026267660
Fax: 12026283606
Email: hanrahanc@wemed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Servicelink** | represented by | **Matthew Jeffrey MacLean** <br> Pillsbury Winthrop Shaw Pittman LLP <br> 2300 N St NW <br> Washington, DC 20037 <br> 12026638000 <br> Fax: 12026638007 <br> Email: matthew.maclean@pillsburylaw.com <br> *ATTORNEY TO BE NOTICED* <br><br> **Tonya Gordette Gaskins-Saunders** <br> HOWREY LLP <br> 1299 Pennsylvania Ave, NW <br> Washington, DC 20004 <br> 2023837082 <br> Fax: 2023187458 <br> Email: gaskinst@howrey.com <br> *TERMINATED: 01/22/2010* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **AHM SV, Inc.** | represented by | **David M Souders** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Scott David Burke** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |


| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2007 | [1] | COMPLAINT against American Home Mortgage, Inc., American Home Mortgage Servicing Inc., American Brokers Conduit, Trust Appraisers, Servicelink (Filing fee $ 350 receipt number 84637008934.), filed by Paula Rush. (Attachments: # [1] Civil Cover Sheet # [2] Exhibit 1# [3] Exhibit 2)(ch, Deputy Clerk) (Entered: 04/05/2007) |
| 04/03/2007 | | Jury Trial Demand by Paula Rush. (ch, Deputy Clerk) (Entered: 04/05/2007) |

| 04/17/2007 | 2 | ORDER Directing Clerk to Issue Summons (c/m Rush). Signed by Judge William M Nickerson on 4/17/07. (ljs, Deputy Clerk) (Entered: 04/17/2007) |
|---|---|---|
| 04/17/2007 | 3 | Summons Issued 20 days as to American Home Mortgage, Inc., American Home Mortgage Servicing Inc., American Brokers Conduit, Trust Appraisers, Servicelink. (ljs, Deputy Clerk)(c/m Rush) (Entered: 04/17/2007) |
| 05/21/2007 | 4 | Joint MOTION for Extension of Time *Regarding the Filing of Defendant's Responsive Pleading* by American Home Mortgage, Inc.. Responses due by 6/7/2007 (Souders, David) (Entered: 05/21/2007) |
| 05/22/2007 | 5 | PAPERLESS ORDER granting 4 Motion for Extension of Time. Signed by Judge William M Nickerson on 5/22/07. (cae, Chambers) (Entered: 05/22/2007) |
| 05/31/2007 | 6 | Consent MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by Trust Appraisers.Responses due by 6/18/2007 (Attachments: # 1 Text of Proposed Order)(Hanrahan, Catherine) (Entered: 05/31/2007) |
| 06/01/2007 | 7 | NOTICE by Trust Appraisers re 6 Consent MOTION for Extension of Time to File Response/Reply as to 1 Complaint, *Certificate of Service* (Hanrahan, Catherine) (Entered: 06/01/2007) |
| 06/01/2007 | 8 | CERTIFICATE OF SERVICE by Trust Appraisers re 6 Consent MOTION for Extension of Time to File Response/Reply as to 1 Complaint, (Hanrahan, Catherine) (Entered: 06/01/2007) |
| 06/04/2007 | 9 | PAPERLESS ORDER granting 6 Motion for Extension of Time to File Response/Reply as requested. Signed by Judge William M Nickerson on 6/4/07. (cae, Chambers) (Entered: 06/04/2007) |
| 06/20/2007 | 10 | Joint MOTION for Extension of Time *Regarding the Filing of Defendants' Responsive Pleading* by American Home Mortgage, Inc., American Home Mortgage Servicing Inc., American Brokers Conduit. Responses due by 7/9/2007 (Souders, David) (Entered: 06/20/2007) |
| 06/21/2007 | 11 | ORDER granting 10 Motion for Extension of Time. Signed by Judge William M Nickerson on 6/21/07. (cae, Chambers) Additional attachment(s) added on 6/21/2007 (jlb, Deputy Clerk). Modified on 6/21/2007 (jlb, Deputy Clerk). (Entered: 06/21/2007) |
| 06/21/2007 | 12 | MOTION to Dismiss Plaintiff's Complaint or, in the Alternative, Motion for More Definite Statement by Trust Appraisers. Responses due by 7/9/2007 (Hanrahan, Catherine) Modified on 6/22/2007 (jlb, Deputy Clerk). (Entered: 06/21/2007) |
| 07/03/2007 | 13 | MOTION for leave to Amend/Correct 1 Complaint by Paula Rush. |

|  |  |  |
|---|---|---|
|  |  | Responses due by 7/20/2007. (Attachments: # 1 Memorandum in Support# 2 Text of Proposed Order # 3 Proposed Amended Complaint# 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D)(hml, Deputy Clerk) (Entered: 07/06/2007) |
| 07/11/2007 | 14 | Consent MOTION for Extension of Time to File Response/Reply by American Home Mortgage, Inc., American Home Mortgage Servicing Inc., American Brokers Conduit. Responses due by 7/30/2007 (Souders, David) (Entered: 07/11/2007) |
| 07/11/2007 | 15 | Rule 12/56 letter mailed to plaintiff. (hml, Deputy Clerk) (Entered: 07/11/2007) |
| 07/16/2007 | 16 | PAPERLESS ORDER granting 14 Motion for Extension of Time to File Response/Reply. Signed by Judge William M Nickerson on 7/16/07. (cae, Chambers) (Entered: 07/16/2007) |
| 07/20/2007 | 17 | RESPONSE to Motion re 13 MOTION to Amend/Correct 1 Complaint, MOTION to Amend/Correct 1 Complaint, filed by Trust Appraisers.Replies due by 8/3/2007. (Attachments: # 1 Text of Proposed Order)(Rumsey, Alan) (Entered: 07/20/2007) |
| 07/31/2007 | 18 | RESPONSE in Opposition re 12 MOTION to Dismiss *Plaintiff's Complaint* filed by Paula Rush. Replies due by 8/14/2007. (Attachments: # 1 Memorandum)(hml, Deputy Clerk) (Entered: 07/31/2007) |
| 07/31/2007 | 19 | REPLY in Support re 13 MOTION to Amend/Correct 1 Complaint filed by Paula Rush. ( For Document # 19, See # 18) (hml, Deputy Clerk) (Entered: 07/31/2007) |
| 07/31/2007 | 20 | MOTION to Dismiss by American Home Mortgage, Inc., American Home Mortgage Servicing Inc., American Brokers Conduit. Responses due by 8/17/2007 (Attachments: # 1 Text of Proposed Order)(Souders, David) (Entered: 07/31/2007) |
| 07/31/2007 | 21 | Memorandum re 20 MOTION to Dismiss filed by American Home Mortgage, Inc., American Home Mortgage Servicing Inc., American Brokers Conduit. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Souders, David) (Entered: 07/31/2007) |
| 08/01/2007 | 22 | Second Rule 12/56 letter mailed to plaintiff. (hml, Deputy Clerk) (Entered: 08/01/2007) |
| 08/08/2007 | 23 | SUGGESTION OF BANKRUPTCY Upon the Record by American Home Mortgage, Inc., American Home Mortgage Servicing Inc., American Brokers Conduit. (Souders, David) (Entered: 08/08/2007) |
| 08/14/2007 | 24 | REPLY Response to Motion re 12 MOTION to Dismiss and Supplemental Memorandum in Support of Motion to Dismiss filed by |

| | | |
|---|---|---|
| | | Trust Appraisers. (Hanrahan, Catherine) Modified on 8/15/2007 (hml, Deputy Clerk). (Entered: 08/14/2007) |
| 08/14/2007 | 25 | MOTION for Extension of Time to File Answer re 1 Complaint, by Servicelink. Responses due by 8/31/2007 (Gaskins-Saunders, Tonya) (Entered: 08/14/2007) |
| 08/15/2007 | 26 | PAPERLESS ORDER granting 25 Motion for Extension of Time to Answer Servicelink answer due 8/31/2007.. Signed by Judge William M Nickerson on 8/15/07. (cae, Chambers) (Entered: 08/15/2007) |
| 08/17/2007 | 27 | RESPONSE in Opposition re 20 MOTION to Dismiss filed by Paula Rush.Replies due by 8/31/2007. (Attachments: # 1 Memorandum# 2 Text of Proposed Order # 3 Exhibit A1# 4 Exhibit B1# 5 Exhibit E1# 6 Exhibit F1# 7 Exhibit G1# 8 Exhibit H1# 9 Exhibit AA# 10 Exhibit BB# 11 Exhibit CC# 12 Exhibit DD# 13 Exhibit EE# 14 Exhibit FF)(hml, Deputy Clerk) (Entered: 08/17/2007) |
| 08/22/2007 | 28 | MOTION for Matthew Maclean to Appear Pro Hac Vice by Servicelink. (Filing Fee Paid) (Receipt 84637010679) (hml, Deputy Clerk) (Entered: 08/22/2007) |
| 08/22/2007 | 29 | MARGINAL ORDER granting 28 Motion for Matthew Maclean to Appear Pro Hac Vice. Signed by Clerk on 8/20/07. (For 29, See 28) (hml, Deputy Clerk) (Entered: 08/22/2007) |
| 08/31/2007 | 30 | MOTION to Dismiss by Servicelink. Responses due by 9/17/2007 (Attachments: # 1 Memorandum in Support of Motion to Dismiss# 2 Exhibit A to Memorandum in Support of Motion to Dismiss# 3 Text of Proposed Order)(Gaskins-Saunders, Tonya) (Entered: 08/31/2007) |
| 08/31/2007 | 31 | Local Rule 103.3 Disclosure Statement by Servicelink. (Gaskins-Saunders, Tonya) (Entered: 08/31/2007) |
| 10/25/2007 | 32 | MEMORANDUM Signed by Judge William M Nickerson on 10/25/07. (cag, Deputy Clerk) (Entered: 10/25/2007) |
| 10/25/2007 | 33 | ORDER denying as moot 12 Motion to Dismiss; denying 13 Motion to Amend/Correct; granting 30 Motion to Dismiss. Signed by Judge William M Nickerson on 10/25/07 (cag, Deputy Clerk) (Entered: 10/25/2007) |
| 03/31/2008 | 34 | MOTION to Consolidate Cases WMN-08-604 and WMN-07-854 by Paula Rush. Responses due by 4/17/2008. Associated Cases: 1:08-cv-00604-WMN, 1:07-cv-00854-WMN(hml, Deputy Clerk) (Entered: 04/01/2008) |
| 01/15/2009 | 35 | PAPERLESS ORDER finding as moot 34 Motion to Consolidate Cases. Signed by Judge William M Nickerson on 1/15/09. (cae, Chambers) (Entered: 01/15/2009) |

| | | |
|---|---|---|
| 04/03/2009 | 36 | MOTION to Reopen Case and Add New Party Defendants by Paula Rush. Responses due by 4/20/2009. (Lengthy Exhibits Filed Separately) (hmls, Deputy Clerk) (Entered: 04/03/2009) |
| 04/07/2009 | 37 | NOTICE by American Home Mortgage, Inc., American Home Mortgage Servicing Inc., American Brokers Conduit *of Withdrawal of Nancy W. Hunt as Counsel* (Souders, David) (Entered: 04/07/2009) |
| 04/20/2009 | 38 | RESPONSE in Opposition re 36 MOTION to Reopen Case filed by American Home Mortgage, Inc., American Home Mortgage Servicing Inc., American Brokers Conduit. Replies due by 5/4/2009. (Attachments: # 1 Exhibit)(Souders, David) (Entered: 04/20/2009) |
| 05/05/2009 | 39 | NOTICE by American Home Mortgage Servicing Inc. *of Name Change* (Attachments: # 1 Exhibit A)(Souders, David) (Entered: 05/05/2009) |
| 06/23/2009 | 40 | MOTION for Extension of Time to File an Amended Complaint and Response to American Home Mortgage's Motion to Dismiss by Paula Rush. Responses due by 7/10/2009. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(hmls, Deputy Clerk) (Entered: 06/24/2009) |
| 07/01/2009 | 41 | RESPONSE in Opposition re 40 MOTION for Extension of Time to File *and Amend Complaint* filed by AHM SV, Inc., American Home Mortgage, Inc., American Home Mortgage Servicing Inc., American Brokers Conduit. Replies due by 7/15/2009. (Souders, David) (Entered: 07/01/2009) |
| 08/19/2009 | 42 | MEMORANDUM. Signed by Judge William M Nickerson on 8/19/09. (c/m)(hmls, Deputy Clerk) (Entered: 08/19/2009) |
| 08/19/2009 | 43 | ORDER granting in part and denying in part 36 Motion to Reopen Case and Add Party Defendants; denying 40 Motion for Extension of Time to File an Amended Complaint and Response to American Home Mortgage's Motion to Dismiss. (c/m)Signed by Judge William M Nickerson on 8/19/09. (hmls, Deputy Clerk) (Entered: 08/19/2009) |
| 09/08/2009 | 44 | REPLY to Response to Motion re 20 MOTION to Dismiss filed by AHM SV, Inc., American Brokers Conduit. (Souders, David) (Entered: 09/08/2009) |
| 12/03/2009 | 45 | MEMORANDUM. Signed by Judge William M Nickerson on 12/3/09. (bmh, Deputy Clerk)(c/m 12/3/09) (Entered: 12/03/2009) |
| 12/03/2009 | 46 | ORDER granting in part and denying in part 20 Defendants American Home Mortgage Inc., d/b/a American Brokers Conduit and AHM SV, Inc.'s MOTION to Dismiss. Signed by Judge William M Nickerson on 12/3/09. (bmh, Deputy Clerk)(c/m 12/3/09) (Entered: 12/03/2009) |
| 12/11/2009 | 47 | Consent MOTION for Extension of Time to File Answer re 46 Order by |

|            |    |                                                                                                                                                                                                                                                                         |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | AHM SV, Inc., American Brokers Conduit, American Home Mortgage Servicing Inc., American Home Mortgage, Inc., Paula Rush Responses due by 12/28/2009 (Attachments: # 1 Text of Proposed Order)(Burke, Scott) (Entered: 12/11/2009)                                         |
| 12/15/2009 | 48 | PAPERLESS ORDER granting 47 Consent MOTION for Extension of Time to File Answer re AHM SV, Inc., American Brokers Conduit, American Home Mortgage, Inc. as requested. Signed by Judge William M Nickerson on 12/15/09. (cae, Chambers) (Entered: 12/15/2009)              |
| 01/05/2010 | 50 | MOTION to Add New Party Defendants and Injunctive Relief, by Paula Rush (Attachments: # 1 Amended Complaint, # 2 Redline Version)(bmh, Deputy Clerk) (Entered: 01/13/2010)                                                                                                |
| 01/05/2010 | 51 | MOTION for Temporary Restraining Order by Paula Rush (Attachments: # 1 Memorandum in Support, # 2 Exhibits Filed Separately in Paper Format)(bmh, Deputy Clerk) (Entered: 01/13/2010)                                                                                     |
| 01/11/2010 | 49 | Opposition to Temporary Restraining Order , *Opposition Memorandum* by AHM SV, Inc., American Home Mortgage, Inc. Responses due by 1/28/2010 (Attachments: # 1 Exhibit)(Burke, Scott) Modified on 1/13/2010 (bmh, Deputy Clerk). (Entered: 01/11/2010)                    |
| 01/21/2010 | 52 | RESPONSE in Opposition re 50 MOTION to Amend/Correct 1 Complaint, filed by AHM SV, Inc., American Home Mortgage, Inc.. Replies due by 2/8/2010. (Attachments: # 1 Exhibit Exhibits A, B, and C)(Burke, Scott) (Entered: 01/21/2010)                                       |
| 01/22/2010 | 53 | NOTICE by Servicelink *of Withdrawal of Tonya G. Gaskins-Saunders* (Gaskins-Saunders, Tonya) (Entered: 01/22/2010)                                                                                                                                                        |
| 02/04/2010 | 54 | MEMORANDUM. Signed by Judge William M Nickerson on 2/4/10. (bmh, Deputy Clerk)(c/m 2/4/10) (Entered: 02/04/2010)                                                                                                                                                          |
| 02/04/2010 | 55 | ORDER denying 51 Plaintiff's Emergency Motion for Temporary Restraining Order. Signed by Judge William M Nickerson on 2/4/10. (bmh, Deputy Clerk)(c/m 2/4/10) (Entered: 02/04/2010)                                                                                       |
| 02/22/2010 | 56 | REPLY to Defendant's Response to 50 Plaintiff's MOTION to Add New Party Defendants and Injunctive Relief filed by Paula Rush. (bmh, Deputy Clerk) (Entered: 02/24/2010)                                                                                                   |
| 04/06/2010 | 57 | MEMORANDUM. Signed by Judge William M Nickerson on 4/6/10. (bmh, Deputy Clerk)(c/m 4/6/10) (Entered: 04/06/2010)                                                                                                                                                          |
| 04/06/2010 | 58 | ORDER granting in part and denying in part 50 Plaintiff's Motion to Amend Complaint. Signed by Judge William M Nickerson on 4/6/10. (bmh, Deputy Clerk)(c/m 4/6/10) (Entered: 04/06/2010)                                                                                 |
| 04/20/2010 | 59 | ANSWER to 1 Complaint, by AHM SV, Inc., American Home                                                                                                                                                                                                                     |

|  |  |  |
|---|---|---|
|  |  | Mortgage, Inc..(Burke, Scott) (Entered: 04/20/2010) |
| 04/28/2010 | [60](#) | SCHEDULING ORDER: Status Report due by 7/28/2010.. Signed by Judge William M Nickerson on 4/28/10. (bmh, Deputy Clerk) (Entered: 04/29/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/07/2010 09:46:51 | | | |
| **PACER Login:** | yc0001 | **Client Code:** | 066585.1001 pjack |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-00854-WMN |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |