**NO ORDER REQUIRED**

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | |
| *et al.*[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 5, 2010 at 4:00 p.m. |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 8772

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Ninth Monthly Application of Ferry, Joseph & Pearce, P.A. (the "Applicant"), as Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of March 1, 2010 through March 31, 2010 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than May 5, 2010 at 4:00 p.m.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals ("the Order") dated September 3, 2007, the Debtors are authorized to pay the Applicant $3,062.40 which represents 80% of the fees

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

($3,828.00) and $712.32 which represents 100% of the expenses requested in the Application for the period March 1, 2010 through March 31, 2010, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: May 7, 2010                                                         FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Rick S. Miller, Esq. (#3418)
Lisa L. Coggins, Esq. (#4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Special Conflicts Counsel to the Official Committee Of Unsecured Creditors*