IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

    Debtors.

Case No. 07-11047 (CSS)

Jointly Administered

---------------------------------------------------------------- x

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 11, 2010 AT 9:00 A.M. (ET)

1. Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation by and Among the Debtors and Deutsche Bank National Trust Co. in Various Capacities Resolving Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.) [D.I. 8683, 3/15/10]

    Objection Deadline:   March 31, 2010 at 4:00 p.m.

    Objections Received:

    a) Paula Rush's Objection to Settlement with Deutsche Bank and Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation by and Among the Debtors and Deutsche Bank National Trust Co. in Various Capacities Resolving Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. [D.I. 8732, 4/1/10]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

[2] **Amendments appear in bold.**

YCST01:9607213.2

066585.1001

b) David and Elisabeth Jackson's Objection to Settlement with Deutsche Bank and Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation by and Among the Debtors and Deutsche Bank National Trust Co. in Various Capacities Resolving Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. [D.I. 8733, 4/1/10]

c) Dr. David and Elisabeth Jackson v. Deutsche Bank National Trust Co., AHMIT 2006-2 Trust a Statutory Trust, American Home Mortgage Securities LLC, Michael Strauss, Wells Fargo Bank, N.A., Wilbur Ross, WLR Recovery Fund IIII, L.P., AH Mortgage Acquisitions, AHMSI, Adv. No. 10-50915 [D.I. 8770, 4/13/10]

d) Paula Rush v. Deutsche Bank National Trust Co., Goldman Sachs, GSR 2006-OA1 Trust, Wells Fargo, WLR Recovery Fund IIII, L.P. and Michael Strauss, Adv. No. 10-50917 [D.I. 8771, 4/13/10]

Related Documents:

e) Deutsche Bank National Trust Company's Response to the Proceedings Initiated by Paula Rush and Dr. & Ms. Jackson Seeking Subordination of the Claims of Deutsche Bank National Trust Company [D.I. 8824, 5/5/10]

f) Reply of the Official Committee of Unsecured Creditors to Objection by Paula Rush and David and Elisabeth Jackson to Certain Settlements [D.I. 8825, 5/6/10]

g) Debtors' Reply to Borrower-Claimants' objections to Settlement with (I) American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.); (II) Deutsche Bank National Trust Company; and (III) Wells Fargo Bank, N.A. [D.I. 8829, 5/6/10]

h) **Appendix of Primary Maryland Court Documents Referenced in Debtors' Reply to Borrower-Claimants' Objections to Settlements with (i) American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.); (ii) Deutsche Bank National Trust Co.; and (iii)Wells Fargo Bank, N.A. [D.I. 8833, 5/7/10]**

i) **Affidavit of Kevin Nystrom in Support of Debtors' Motions Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for Orders Authorizing and Approving Settlements with American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.), Deutsche Bank National Trust Co., and Wells Fargo Bank, N.A. [D.I. 8835, 5/10/10]**

Status: This matter will be going forward. Per the Court's ruling at the April 27, 2010 status conference items (c) and (d) above are going forward solely as objections to the proposed settlement.

2. Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rules 9019(a) for an Order Authorizing and Approving Release and Settlement Agreement with American Home Mortgage Servicing, Inc. (f/k/a) AH Mortgage Acquisition Co., Inc.) [D.I. 8689, 3/16/10]

Objection Deadline:    April 8, 2010 at 4:00 p.m.

Related Document:

a) Re-Notice of Motion and Notice of Amendment to Release and Settlement Agreement [D.I. 8712, 3/23/10]

Objections Filed:

b) Dr. David and Elisabeth Jackson v. Deutsche Bank National Trust Co., AHMIT 2006-2 Trust a Statutory Trust, American Home Mortgage Securities LLC, Michael Strauss, Wells Fargo Bank, N.A., Wilbur Ross, WLR Recovery Fund IIII, L.P., AH Mortgage Acquisitions, AHMSI, Adv. No. 10-50915 [D.I. 8770, 4/13/10]

c) Paula Rush v. Deutsche Bank National Trust Co., Goldman Sachs, GSR 2006-OA1 Trust, Wells Fargo, WLR Recovery Fund IIII, L.P. and Michael Strauss, Adv. No. 10-50917 [D.I. 8771, 4/13/10]

d) Limited Objection of Bank of America, N.A., as Administrative Agent [D.I. 8799, 4/28/10]

Related Documents:

e) Reply of the Official Committee of Unsecured Creditors to Objection by Paula Rush and David and Elisabeth Jackson to Certain Settlements [D.I. 8825, 5/6/10]

f) Debtors' Reply to Borrower-Claimants' objections to Settlement with (I) American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.); (II) Deutsche Bank National Trust Company; and (III) Wells Fargo Bank, N.A. [D.I. 8829, 5/6/10]

g) American Home Mortgage Servicing, Inc.'s Joinder in the Debtors Reply to Borrower-Claimants' Objections to Settlements with (I) American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co.,

Inc.); (II) Deutsche Bank National Trust Company; and (III) Wells Fargo Bank, N.A. [D.I. 8830, 5/6/10]

    h)    **Appendix of Primary Maryland Court Documents Referenced in Debtors' Reply to Borrower-Claimants' Objections to Settlements with (i) American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.); (ii) Deutsche Bank National Trust Co.; and (iii) Wells Fargo Bank, N.A. [D.I. 8833, 5/7/10]**

    i)    **Affidavit of Kevin Nystrom in Support of Debtors' Motions Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for Orders Authorizing and Approving Settlements with American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.), Deutsche Bank National Trust Co., and Wells Fargo Bank, N.A. [D.I. 8835, 5/10/10]**

Status: This matter will be going forward. Per the Court's ruling at the April 27, 2010 status conference items (b) and (c) above are going forward solely as objections to the proposed settlement.

3. Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and Approving Stipulation by and Among the Debtors and Wells Fargo Bank, N.A. (I) Resolving Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.) and (II) Partially Resolving Certain Proofs of Claim [D.I. 8756, 4/8/10]

Objection Deadline:   April 22, 2010 at 4:00 p.m.

Objections Filed:

    a)    Dr. David and Elisabeth Jackson v. Deutsche Bank National Trust Co., AHMIT 2006-2 Trust a Statutory Trust, American Home Mortgage Securities LLC, Michael Strauss, Wells Fargo Bank, N.A., Wilbur Ross, WLR Recovery Fund IIII, L.P., AH Mortgage Acquisitions, AHMSI, Adv. No. 10-50915 [D.I. 8770, 4/13/10]

    b)    Paula Rush v. Deutsche Bank National Trust Co., Goldman Sachs, GSR 2006-OA1 Trust, Wells Fargo, WLR Recovery Fund IIII, L.P. and Michael Strauss, Adv. No. 10-50917 [D.I. 8771, 4/13/10]

Related Documents:

    c)    Reply of the Official Committee of Unsecured Creditors to Objection by Paula Rush and David and Elisabeth Jackson to Certain Settlements [D.I. 8825, 5/6/10]

d) Reply of Wells Fargo Bank, as Master Servicer to the "Deemed" Objections of Paula Rush and Dr. David and Elisabeth Jackson to the Motions of the Debtor to Approve 9019 Settlements with, Inter Alia, Wells Fargo Bank [D.I. 8827, 5/6/10]

e) Debtors' Reply to Borrower-Claimants' objections to Settlement with (I) American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.); (II) Deutsche Bank National Trust Company; and (III) Wells Fargo Bank, N.A. [D.I. 8829, 5/6/10]

f) **Appendix of Primary Maryland Court Documents Referenced in Debtors' Reply to Borrower-Claimants' Objections to Settlements with (i) American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.); (ii) Deutsche Bank National Trust Co.; and (iii)Wells Fargo Bank, N.A. [D.I. 8833, 5/7/10]**

g) **Affidavit of Kevin Nystrom in Support of Debtors' Motions Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for Orders Authorizing and Approving Settlements with American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.), Deutsche Bank National Trust Co., and Wells Fargo Bank, N.A. [D.I. 8835, 5/10/10]**

Status: This matter will be going forward. Per the Court's ruling at the April 27, 2010 status conference items (a) and (b) above are going forward solely as objections to the proposed settlement.

Dated: Wilmington, Delaware
May 10, 2010

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Sean M. Beach*
Sean M. Beach (No. 4070)
Curtis J. Crowther (No. 3238)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*