IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: American Home Mortgage Holdings, Inc., a Delaware corporation,<br><br>Debtor. | Case No. 07-11047<br>Hearing Date:<br>June 21, 2010, 11:00 am<br>Objection Date:<br>By June 14, 2010 |

FILED 2010 MAY -7 AM 11:50 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

## NOTICE OF MOTION OF HELEN L. FORD FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

To:

Patrick A. Jackson, Esq.
Young Conaway Stagatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

Joseph J. McMahon, Jr., Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen, LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)

1

Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801

The Movant, Helen L. Ford, respectfully submits this Notice of Motion of Helen L. Ford for Relief from Stay. You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion by June 14, 2010, at least five business days before the above hearing date. The hearing on the motion is scheduled for June 21, 2010 at 11:00 am.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court. The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

At the same time, you must also serve a copy of the response upon Movant's attorney:

Dennis A. Benzan, Esq.
Altman & Altman, LLP
689 Massachusetts Avenue
Cambridge, MA 02139
(617) 492-3000

                                                            Respectfully submitted,
Helen L. Ford

By: _____
Dennis A. Benzan, BBO #668755
Altman & Altman, LLP
689 Massachusetts Avenue
Cambridge, Massachusetts 02139
(617) 492-3000
(617) 491-3299 (facsimile)

Date: May 4, 2010