IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: American Home Mortgage Holdings, Inc., a Delaware corporation,<br><br>Debtor. | Case No. 07-11047<br>Hearing Date and Time:<br>June 21, 2010, 11:00 a.m.<br>Objection Date:<br>By June 14, 2010 |

## NOTICE OF MOTION TO LIMIT SERVICE

To:

Patrick A. Jackson, Esq.
Young Conaway Stagatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

Joseph J. McMahon, Jr., Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen, LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
Blank Rome, LLP

1

1201 Market Street, Suite 800
Wilmington, Delaware 19801

The Movant, Helen L. Ford, has filed a Motion to Limit Service to Debtor's counsel, Committee's counsel, and U.S. Trustee, all listed above. You are required to file a response to the attached motion by June 14, 2010, 7 days before the hearing date, June 21, 2010. Responses may be presented orally or at the hearing. If you fail to respond in accordance with this notice, the court may grant the relief demanded by the motion without further notice or hearing.

At the same time, you must also serve a copy of the response upon Movant's attorney:

Dennis A. Benzan, Esq.
Altman & Altman, LLP
689 Massachusetts Avenue
Cambridge, MA 02139
(617) 492-3000

Respectfully submitted,
Helen L. Ford

By: _____
Dennis A. Benzan, Esq. BBO #668755
Altman & Altman, LLP
689 Massachusetts Avenue
Cambridge, MA 02139
(617) 492-3000
(617) 491-3299 (facsimile)