IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: American Home Mortgage<br>Holdings, Inc., a Delaware corporation,<br><br><br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07-11047<br>Hearing Date and Time<br>June 21, 2010, 11:00 am<br>Objection Date:<br>By June 14, 2010 |

**MOTION TO LIMIT SERVICE**

The Movant, Helen L. Ford, respectfully requests this Court to grant this Motion to Limit

Service. The Movant is submitting a Motion of Helen L. Ford's for Relief from Stay, for which

the service list exceeds one hundred parties. Movant's attorney, Dennis Benzan, has conferred

with Debtor's counsel, Young Conaway Stargatt & Taylor, LLP, and Debtors do not object to a

motion to limit service to the following parties:

Patrick A. Jackson, Esq.
Young Conaway Stagatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

Joseph J. McMahon, Jr., Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801

Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen, LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Wherefore, Movant respectfully requests this Court to grant this Motion to Limit Service.

Respectfully submitted,
Helen L. Ford

By: _____

Dennis A. Benzan, Esq. BBO #668755
Altman & Altman, LLP
689 Massachusetts Avenue
Cambridge, MA 02139
(617) 492-3000
(617) 491-3299 (facsimile)