## CERTIFICATE OF SERVICE

I, Dennis A. Benzan, Esquire, hereby certify that service of this notice of motion and a copy of the motion was made on April 28, 2010 via first class mail, postage prepaid, upon:

Patrick A. Jackson, Esq.
Young Conaway Stagatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

Joseph J. McMahon, Jr., Esquire
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen, LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 4, 2010

_____
Dennis A. Benzan, Esq.