IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on May 10, 2010, the above captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, caused a true and correct copy of the following to be served upon the parties listed on Exhibit A in the manner indicated:

- Debtors' First Set of Requests for Production of Documents Directed to ORIX Capital Markets, LLC
- Debtors' First Set of Interrogatories Directed to ORIX Capital Markets, LLC

Dated: Wilmington, Delaware
       May 10, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Curtis J. Crowther (No. 3238)
Michael S. Neiburg (No 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

## EXHIBIT A

## SERVICE LIST

James N. Lawlor
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue, 5th Fl.
New York, NY 10110
Email: jlawlor@wmd-law.com
Counsel for ORIX
*Via Email*