# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

**Debtor:** American Home Mortgage Holdings, Inc.
**Case Number:** 07-11047-CSS    **Chapter:** 11
**Date / Time / Room:** TUESDAY, MAY 11, 2010 09:00 AM    CRT#6, 5TH FL.
**Bankruptcy Judge:** CHRISTOPHER S. SONTCHI
**Courtroom Clerk:** ANISSA COTHRAN
**Reporter / ECR:** LESLIE MURIN

## *Matter:*

Special Hearing(settlements)
**R / M #:** 0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters

Agenda Items:
Settlement Agreements Approved
Orders Entered