# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage Holdings, Inc.
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 5/11/10 @ 09:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Victoria Counihan | Greenberg Traurig | American Home Mortgage Servicing, Inc. |
| Daniel Vinikka | Jones Day | F/K/a AH Mortgage Acquisition/WLR |
| Dennis Dolby | Mitchel Peabody | DLBWTC |
| Edward Schnitzer | Helm D Hessen | Creditors Committee |
| Mark Indelicato | " | " |
| Sean Beach | Young Conaway Stargatt & Taylor LLP | Debtors |
| Patrick Jackson | " | " |
| Franis Tup | Chapman and Cutler | Wells Fargo, as Master Servicer |
| Todd Schiltz | Drinker Biddle & Reath | " |
| Tori Gulfoyle | Blank Rome LLP | Creditors Committee |
| Ana Alfonso | Kaye Scholer LLP | Bank of America N.A. as Agent |
| C. Stephen Michell | Potter Anderson & Corroon | " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**