## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]              :
                                                :   Jointly Administered
                        Debtors.                :
                                                :   Re: Docket Nos.  8689

---------------------------------------------------------------- x

## ORDER APPROVING SETTLEMENT AGREEMENT
## WITH AMERICAN HOME MORTGAGE SERVICING, INC.

This matter coming before the Court on the Motion Pursuant to Section 105(a)

and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for an Order Authorizing and

Approving Release and Settlement Agreement with American Home Mortgage Servicing, Inc.

(f/k/a AH Mortgage Acquisition Co., Inc.) [D.I. 8689] (the "Motion");[2] the Court having

reviewed the Motion and all pleadings related thereto and having heard the statements of counsel

and the evidence in support of the Motion at a hearing before the Court (the "Hearing"); the

Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and

1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion

and the Hearing were sufficient under the circumstances; and (d) the relief requested in the

Motion is reasonable and in the best interests of Sellers' (as defined in the Motion) respective

estates and is appropriate under rule 9019 of the Federal Rules of Bankruptcy Procedure; and the

---

[1] The above-captioned debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.
[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

1.      Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, the Release and Settlement Agreement attached hereto as <u>Exhibit 1</u> is approved (the "<u>Settlement Agreement</u>").

2.      Sellers are authorized to take any and all necessary actions to consummate the terms of the Settlement Agreement without further Court order.

3.      In accordance with the terms of the Settlement Agreement and upon the "Effective Time" occurring thereunder, AHMSI is granted an allowed administrative expense claim pursuant to section 503 of the Bankruptcy Code in the amount of $6,000,000.00 (the "<u>Administrative Claim</u>") against the estates of Sellers.

4.      Sellers are hereby authorized and directed to pay the Administrative Claim and the AHMSI Owed Amounts to AHMSI and AHMSI is hereby directed to pay the Sellers Owed Amounts and the P&I Owed Amounts to the Sellers when and as required under the terms of the Settlement Agreement.

5.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of the Settlement Agreement or this Order.

Dated: Wilmington, Delaware
~~April ____, 2010~~
5/14/10

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

YCST01:9357244.4                                                                      066585.1001