## Exhibit A

1. Interim Servicing Agreement, dated April 11, 2008, by and between AHM Corp. and AHMSI;

2. Interim Servicing Agreement, dated April 11, 2008, by and between AHM Acceptance and AHMSI;

3. Interim Servicing Agreement, dated April 11, 2008, by and between Broadhollow and AHMSI;

4. Subservicing Agreement, dated April 11, 2008, by and between AHM Corp. and AHMSI;

5. Subservicing Agreement, dated April 11, 2008, by and between AHM Acceptance and AHMSI;

6. Sub-servicing Agreement, dated April 11, 2008, by and between AHM SV and AHMSI (relating to Calyon loan portfolio);

7. Subservicing Agreement, dated April 11, 2008, by and between AHM SV and AHMSI (relating to Duke University Federal Credit Union loan portfolio);

8. Subservicing Agreement, dated April 11, 2008, by and between AHM SV and AHMSI (relating to Beltway Capital loan portfolio); and

9. Subservicing Agreement, dated April 11, 2008, by and between AHM SV and AHMSI (relating to DB Structured Products loan portfolio).

## Exhibit B

### Settlement Approval Order

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et. al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Re: Docket Nos. |

### ORDER APPROVING SETTLEMENT AGREEMENT
### WITH AMERICAN HOME MORTGAGE SERVICING, INC.

This matter coming before the Court on the [Motion for an Order Authorizing Certain Debtors to Enter Into a Release and Settlement Agreement With American Home Mortgage Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc.], [Docket No. l (the "Motion")[2] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Motion and all pleadings related thereto and having heard the statements of counsel and the evidence in support of the Motion at a hearing before the Court (the "Hearing"); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion and the Hearing

---

[1] The above-captioned debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Motion.

were sufficient under the circumstances; and (d) the relief requested in the Motion is reasonable and in the best interests of Sellers' (as defined in the Motion) respective estates and is appropriate under rule 9019 of the Federal Rules of Bankruptcy Procedure; and the

Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

1. Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, the Release and Settlement Agreement attached hereto as <u>Exhibit 1</u> is approved (the "<u>Settlement Agreement</u>").

2. Sellers are authorized to take any and all necessary actions to consummate the terms of the Settlement Agreement without further Court order.

3. In accordance with the terms of the Settlement Agreement and upon the "Effective Time" occurring thereunder, AHMSI is granted an allowed administrative expense claim pursuant to section 503 of the Bankruptcy Code in the amount of $6,000,000.00 (the "<u>Administrative Claim</u>") against the estates of Sellers.

4. Sellers are hereby authorized and directed to pay the Administrative Claim and the AHMSI Owed Amounts to AHMSI and AHMSI is hereby directed to pay the Sellers Owed Amounts and the P&I Owed Amounts to the applicable AHM Parties when and as required under the terms of the Settlement Agreement.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of the Settlement Agreement or this Order.

Dated: April _____, 2010

_____
Christopher S. Sontchi
**UNITED STATES BANKRUPTCY JUDGE**

# Exhibit 1

**Release and Settlement Agreement**

## Exhibit C

### Claims Generally Preserved

1. Any and all claims arising after the Execution Date.

2. Any and all claims of the Parties arising under this Agreement.

3. Any and all claims arising under or relating to the Subservicing Agreements identified on Exhibit A to this Agreement, other than any and all claims or categories of claims set forth as reconciled on Exhibit D relating to the respective periods set forth on Exhibit D, which are being released hereunder.

4. Any and all claims of AHMSI against the Sellers for breach of the APA resulting from or relating to any cash shortfall in an investor's principal and interest account or a borrower's taxes and insurance account, including, without limitation, those described in paragraphs 35, 37, 38, 40, or 41 of the AHMSI Motion (such claims, collectively, the "Account Shortfall Claims").

5. Any and all claims of the Debtors arising under the APA for reimbursement, indemnification, or contribution from AHMSI with respect to administrative expense claims asserted, or that may be asserted, against the Debtors arising from or relating to the claims of professionals retained and employed by the Debtors' bankruptcy estates for compensation for services rendered, and/or reimbursement of expenses incurred in connection with or for the benefit of the Business.

6. Any present or future claim of AHMSI or the Debtors relating to (i) the ownership of any claim or cause of action of any nature relating to the operation of the Business that is assertable against the U.S. Department of Housing and Urban Development, any affiliate thereof, or any other government unit, including without limitation, the Internal Revenue Service) (such claims and causes of action, collectively, "Government Claims") or (ii) the proper allocation, as between the Debtors and AHMSI, of proceeds of any Government Claims.

7. Any and all claims of AHMSI or the Sellers for breach of (or rights of AHMSI or the Sellers to compel specific performance of) the following obligations under the APA and/or Sale Approval Order:

    - Sellers' and AHMSI's obligations pursuant to Section 4.4 of the APA related to the Duke University Federal Credit Union Servicing Agreement;

    - AHMSI's obligation pursuant to Section 6.2(c) of the APA and paragraph 36 of the Sale Approval Order to pay the Purchaser's Cure Amount;

    - Sellers' and AHMSI's obligations pursuant to Section 6.3(b) of the APA;

Exhibit C-1

DLI-6279799v14

- Sellers' obligations under section 6.5 of the APA; and
- Sellers' and AHMSI's obligations pursuant to Section 11.2 of the APA.

Exhibit C-2

DLI-6279799v14

## Exhibit D

### Part 1 – AHMSI Owed Amounts

| Amounts Owed from the AHM Parties to AHMSI | Amount | Period Covered Is Through and Including: |
|---|---|---|
| Servicing fees | $1,570,830.44 | September 30, 2009 |
| Heloc advances | 151,555.49 | September 30, 2009 |
| LPMI advances | 473,516.25 | September 30, 2009 |
| **Total AHMSI Owed Amounts** | **$2,195,902.18** | |

### Part 2 – Sellers Owed Amounts

| Amounts Owed from AHMSI to the AHM Parties | Amount | Period Covered Is Through and Including: |
|---|---|---|
| Subservicing Fees owed to the Sellers | $628,577.00 | March 31, 2008 |
| Overhead and Insurance Cost Paid by Sellers | 2,592,600.00 | April 30, 2008 |
| Net corporate and escrow advances | 1,200,000.00 | September 30, 2009 |
| **Total Sellers Owed Amounts** | **$4,421,177.00** | |
| P&I for Unencumbered Loans in Inv 11/Q05 | 379,217.80 | December 31, 2009 |
| P&I for Unencumbered Loans in Inv 17/Q09 | 209,260.35 | September 2009 |
| P&I for Unencumbered Loans in Inv 18/Q10 | 156,935.86 | September 2009 |
| P&I for Unencumbered Loans in Inv 20/Q12 | 648,246.58 | September 2009 |
| P&I for Unencumbered Loans in Inv 21/Q13 | 2,842,574.31 | September 2009 |
| P&I for Unencumbered Loans in Inv 26/Q16 | 43,129.55 | September 2009 |
| **Total P&I Owed Amount** | **$4,279,364.45** | |

## Exhibit E

## Released Employees

| | | |
|---|---|---|
| Adams, Chiquita U | Brown, Scott M | Dangerfield, Dana |
| Adams, Earl M (Martino) | Brown, Susan K | Darden, David L |
| Adindu, Patrice Y | Bruce, Achanti | Darden, Stephanie N (Nickole) |
| Aguilar, Maria | Bruce, Marcus O | |
| Ahrens, Petra T | Bryant, Banisha C | Davis, James D |
| Allen, Byron L | Cadena, Jacqueline Y | Davis, Sheena L |
| Allen, Jasmine M | Cameron, Debra | Davis, Tanya |
| Alonso, Norma E | Cameron-Whitehead, Jenna L | Dawkins, Dwayne E |
| Applegate, Arlene K (Kay) | | Dawson, Barbara J |
| Arevalo, Marisol | Campos, Pedro | Dawson, Tamie R |
| Asafu-Adjaye, Kwasi | Carrera, Jose | De La Cerda, Enrique |
| Aubrey, JD R | Castelo, Isaac | DeLara, Monica J |
| Bailey, Delphy J | Cathcart, Sherel L | DeLeon, Charlotte |
| Bailey, Vickie D | Chapa, Marcia Gabriela | Delgado, Sonya R |
| Barbosa, Melissa A | Chase, Theresa | Dey, Donald A |
| Barillas-Tejada, Patricia | Cherryhomes, Sarah M | Dickman, Steven G |
| Barker, Stephanie | Cheshier, Jacob A | DiFranco, Amanda |
| Barrett, Wanuka S. | Clancy, Robyn L | Dolliff, Kristin |
| Bartulewicz, Kevin W | Clark, Shaniquia N | Dorchuck, Jordan D |
| Baxter, Cindi | Clayton, Miasha D | Dover, Melanie J. |
| Beaty, Mona Lisa | Colangelo, Daniel | Duarte, Lissette A |
| Behan, James M | Colbert, Bryan K | Edwards, Marie |
| Belton, Etta P. | Coldiron, Clara J | Ellerbee, Scott G |
| Berry, Rhonda | Coleman, Karen | Elliott, Johna |
| Bethel, John R | Conklin, Melonie | Espinoza, Mike |
| Bhamra, Sanjit | Cooks, Debra A. | Ewing, Tammy |
| Blais, Diana M | Cordova, Elsa M | Factor, Raymond |
| Bloomer, Paula A | Cottle, Dusty Glenn | Fanning, Melinda |
| Booth, Christopher W | Covington, Kim Anne | Fernandez, Dennis |
| Bozarth, Lisa M | Cramer, Callashondra | Fleming, Steven |
| Brewer, Gary | Crayton, Wanda Jean | Foraker, Leslie Lynne |
| Bridges, Ashley | Crow, Kimberly K | Fraim, Roger |
| Brigham-Chapman, Laurie | Cruz, Henry G | Friedman, David M |
| Brolan, Thomas | Cruz, Janette S | Gallenberger, Wayne E |
| Brooks, Kimberly A | Cubbage, Julie C | Garcia, Luis A |
| Broussard, Bernadette | Cunningham, LaTarsha | Garcia, Silvia |
| Brown, James Paul | Cunningham, Thomas E. | Garrett, Frank |
| Brown, Marion | Cutchshaw, Deborah | Garst, Juliana |

Exhibit E-1

| | | |
|---|---|---|
| Gates, Lee G | Hughes, Lori B | Lopez Cano, Miriam |
| Gendron, Joel P | Ireton, Patricia A | Love, Robert L |
| George, Peckepsie S | Jackson, Bruce B | Lovoi, Julie M |
| Gibson, Janet J | Jackson, Claudia | Lynch, Tanya |
| Gomez, Juanita F | Jackson, Leslie L | Madison, Tiffany |
| Gonzales, Jacklynn D | Jackson, Traynard (Tray) | Magee, Albert A |
| Gonzalez, Manuel J | Jacob, Ashok B. | Maiden, Kimberly N. |
| Gonzalez, Rosario | Jacob, George Edwin (Eddie) | Malone, Michael L |
| Goulet, Robert M | | Marbury, Kimbriana A |
| Graydon, Valencia L | Jean Baptiste, Michael | Marino, Camden A |
| Grayer, Kara S. | Johnson , Laquita  S | Marshall, Sharon K |
| Green, Enitra | Johnson, Gabrielle J | Martinez, Mary K |
| Green, Katrina C. | Johnson, Kenneth A | Mason, George |
| Guajardo, Krissy A | Johnson, Latoria R | Mathews, Glenda Michele |
| Guerra, Cadence R | Johnson, Vanessa G | Matlock, Charles |
| Guest, Paulette M | Jones, John C | Mays, Oran E (Gene) |
| Hadfield, Bethany S | Jones, Kenneth E | McCrea, Kevin G |
| Haggard, Victoria Lewis | Jones, Stacey C | McDowell, Bruce |
| Hahn, Scott A. | Jones, Tiffany A | McGee, Velashunte |
| Hall, LaToya | Jones, Trula J | McGrough, Lisa C |
| Hardge, Kemberly P | Jordan, Pattie | McLean, Scott |
| Hardin, Joe B | Juru, James T | McMillan, Amber A |
| Hardman, Robert C | Kalas, John | McWhirter, Jolie-Beth |
| Harper, ToyTanya C | Kamuruko, Edson | Mema, Dumaphi |
| Harris , Jammy  T. | Kanawaliwali, Kepola K | Miller, Hattie |
| Harris, Andra L | Kasten, Elizabeth L. | Milligan, Dena R |
| Harris, Jessica R | Kasujja, Douglas Joseph | Mitchell, David |
| Hayes, Carolyn J | Kay, Ann O | Mitchell, Pamela D |
| Heath, Virginia | Kilshteyn, Vadim | Mitcherson, Reggie A. |
| Helms, Kerry A | Kinnard, Theresa | Monjaras, Oscar |
| Henderson, Anitra H | Kinner, Kokila O | Moore , Fikisha |
| Henry, Jamie | Kistler, Roger L | Moreno, Anna M |
| Hernandez, Ivan | Knighten, Gaynor R | Munguia, Jose Luis |
| Hernandez, Mark | Krenz, Bonnie J | Muniz, Nidia |
| Hernandez, Valentin | Kysela, Kelli S | Murray, Ellen C |
| Hill, Tracy | Lammers, Mark D | Nava, Sergio |
| Holland, Verlette L | Lara, Eliathan I | Ndiraya, Naomi |
| Holmes, Susan M | Lara, Rosemary | Needum, Patsy R |
| Honny, Lawrence A | Larkin, Jane M | Nelson, Dorman L |
| Hopper, Richard | Leal , Norma  A | Nelson, Forrest E |
| House, Janis | Lee, Sandra K | Newsome, Reginald M |
| Hozie,Stephen | Lerma, Christopher L | Nichols, Doug |

| | | |
|---|---|---|
| Ocampo , Noe | Scott, Wade M (Mason) | Waites, Kevin |
| Ocasio, Alberto | Segovia, Juan | Walker, DeAndera |
| Olivo Michel, Gloria | Shepherd, Reginald J | Walker, Reno L |
| Ospina, Jennifer | Shofner, Tamara Y | Waters, Najla R |
| Pandya, Parag N | Siharath, Jimmy T | Watkins, Jessica R |
| Paniagua, Alejandra | Silva, Marcela | Watkins, Ronesia M (Michelle) |
| Parker, Kristina | Sims, Constance | White, Carol |
| Pasamonte , Richard R | Sipp, Korry | White, Debra A |
| Pearson, Andre | Siwela, Nomsa G | Williams, Christopher J |
| Peavler, Lori L | Smart, Regina G (Gaye) | Williams, Erica J |
| Pelton, Damion R. | Smith, Cheryl D | Wilson, Keisha L |
| Perera, Reyna S | Smith, Evette | Woodard, Tambra Gay |
| Pesina, Brenda | Smith, Melchora | Woodruff, Korel A. |
| Pesina, Claudia | Smith, Scott | Woodyard, Judith L |
| Pierce, Enadia | Smith, Wanda F | Wysor, Richard David |
| Pillows, Broderick Charles | Solares, Mark Daniel | Yancey, Leslie |
| Pino,Craig | Spurlock, Cynthia | Yanez, Vicky |
| Pitts, Rachel L | Starks, James | Yubeta, Dylan |
| Pope, Eric | Stoner, Matthew Gregory | |
| Pucciarello, Michael J | Stricklen, Megan L | |
| Punzalan, Felina M | Strong , Phillip E | |
| Ramos, Diamond | Sutherland, La Conti | |
| Ranka, Rahul | Taitingfong, Desireah M | |
| Rausch, Jill A | Taplin, Reginald Stefan | |
| Ravi, Krishna | Tapp, Larry | |
| Richard, Audrey | Thompson, Kathy A | |
| Richards, Tyra L | Tillis, Reandrea | |
| Richer, Shawn | Towers Edwards, Alicia LaShelle | |
| Rivera, Gerardo | Townsend, Rosemary | |
| Roberts, Jacoby D | Trevino, Rosa H | |
| Robinson, Harah | Trigg, Debra A | |
| Robinson, Jucena L | Tucker, Helen J | |
| Rodriguez, Michelle Y | Tuskan, Yazania | |
| Rodriguez, Oscar | Tyler, Chaundra L | |
| Rodriquez, Isabel | Valdez, Phillip | |
| Rodriquez, James A | Verver, Hillary | |
| Rolland, Connie Yvonne | Vitt, Paul | |
| Rosales, Regina | Vo, Nhan | |
| Routh, Lanae R | Vulgamore, Robert E | |
| Sanchez, Lorena E | Wade , Kashondria | |
| Sandberg, Rebecca | Waite, Jeffrey S | |
| Santoyo, Rosa P | | |

Exhibit E-3

DLI-6279799v14