IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :   Ref. Docket Nos. 6009, 6233, 6462,
                                                                       :   6704, 7387 and 8025
                                                                       :
---------------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL FIFTH ORDER REGARDING DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On November 16, 2007, Paul Parotti filed claim numbered 2353 ("Claim 2353") asserting an unsecured priority claim in the amount of $37,816.15 on account of unpaid deferred compensation and vacation pay. In addition, Mr. Parotti asserted a general unsecured claim in the amount of $15,816.66 for unreimbursed business expenses and unpaid vacation pay.

On September 22, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 6009]. By the Objection, the Debtors requested, *inter alia*, that the Court modify and reduce Claim 2353 to reflect the amount of liability indicated on the Debtors' books and records. In addition, the Debtors argued that, pursuant to the Debtors'

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

vacation policy, Mr. Parotti was not entitled to any amount claimed on account of unused vacation because he a sales employee.

On or about October 14, 2008, Mr. Parotti filed a response to the Objection [Docket No. 6233] (the "Response") contending that he is entitled to the full amount claimed pursuant to relevant records and his employment contract. On October 24, 2008, the Court entered an order [Docket No. 6462] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 2353.

Following good faith negotiations and further review of the Debtors' relevant records, the parties have agreed to allow Claim 2353 in the following amounts and priority: (i) $10,950.00 priority unsecured; and (ii) $16,198.28 general unsecured against American Home Mortgage Corp. (Case No. 07-11051). A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order"). Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: May 11, 2010
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Michael S. Neiburg
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                  : Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                      :
                                                        : Jointly Administered
    Debtors.                                            :
                                                        : Ref. Docket Nos. 6009, 6233, 6462,
                                                        : 6704, 7387 and 8025
                                                        :
------------------------------------------------------------------------- x

## CONSENSUAL FIFTH ORDER REGARDING DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the nineteenth omnibus (substantive) objection (the "Objection") [Docket No. 6009] of the above-captioned debtors and debtors in possession (the "Debtors"); and upon consideration of the response thereto filed by Paul Parotti [Docket No. 6233]; and the Court having entered an order [Docket No. 6462] sustaining the Objection in part and adjourning the Objection with respect to various proofs of claim, including proof of claim numbered 2353 filed by Paul Parotti ("Claim 2353"); and the Debtors and Mr. Parotti having agreed that Claim 2353 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 2353 is hereby modified and allowed against American Home Mortgage Corp. (Case No. 07-11051) in the following amounts and priorities: (i) $10,950.00 priority unsecured; and (ii) $16,198.28 general unsecured; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE