**CERTIFICATE OF SERVICE**

I, *Victoria A. Guilfoyle*, certify that on May 11, 2010, I caused service of the attached *Opposition Of The Official Committee Of Unsecured Creditors To Motion Of Deborah Mills To (I) Amend Her Proof Of Claim, (II) Allow Administrative Expense Claim, (III) For An Order Granting Adequate Protection And (IV) For Avoidance Of Post Petition Transfers Of Estate Property* to be made (i) electronically via the Court's ECF system upon all subscribed parties and (ii) via First Class mail, postage prepaid, unless indicated otherwise, upon the parties listed on the attached Service List.

|  |  |
|---|---|
| Dated: May 11, 2010 | */s/ Victoria A. Guilfoyle*<br>Victoria A. Guilfoyle (DE Bar. No 5183) |

128189.01600/21876897v.1

## SERVICE LIST

James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for the Debtors*

Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
*Counsel for the Administrative Agent*

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for the Administrative Agent*

Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017
*Counsel for DIP Agent*

Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*Counsel for DIP Agent*

Joseph McMahon, Esquire
*Office of the United States Trustee*
844 King Street, Room 2313
Wilmington, DE 19801

*Upon Claimant via Eletronic Mail and First Class Mail*

Deborah E. Mills
2639 Crows Nest Loop
Bradley, CA 93426
Email: landscapediva@gmail.com

128189.01600/21876897v.1