IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
     Debtors.                                                          :
                                                                       :   **Ref. Docket Nos. 6009, 6233, 6462,
                                                                       :   6704, 7387 and 8025**
                                                                       :
---------------------------------------------------------------------- x

### CONSENSUAL FIFTH ORDER REGARDING DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the nineteenth omnibus (substantive) objection (the "Objection") [Docket No. 6009] of the above-captioned debtors and debtors in possession (the "Debtors"); and upon consideration of the response thereto filed by Paul Parotti [Docket No. 6233]; and the Court having entered an order [Docket No. 6462] sustaining the Objection in part and adjourning the Objection with respect to various proofs of claim, including proof of claim numbered 2353 filed by Paul Parotti ("Claim 2353"); and the Debtors and Mr. Parotti having agreed that Claim 2353 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 2353 is hereby modified and allowed against American Home Mortgage Corp. (Case No. 07-11051) in the following amounts and priorities: (i) $10,950.00 priority unsecured; and (ii) $16,198.28 general unsecured; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       5/12, 2010

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE