IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
        Debtors.                                                         :
                                                                         : Ref. No. 8788
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO STATEMENT
## RE: DOCKET NO. 8788

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Monthly Statement of Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period March 1, 2010 through March 31, 2010 (the "Statement"). The Court's docket which was last updated May 12, 2010, reflects that no objections to the Statement have been filed. Objections to the Statement were to be filed and served no later than May 10, 2010 at 4:00 p.m.

YCST01:6333618.26                                                                                    066585.1001

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of requested interim fees ($147,957.50) and 100% of requested interim expenses ($6,655.29) on an interim basis without further Court order.

Dated: Wilmington, Delaware
May 12, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Ryan M. Bartley*
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession