# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                     §  SS:
NEW CASTLE COUNTY    §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for American Home Mortgage Servicing, Inc. f/k/a AH Mortgage Acquisition Co., Inc., in the above-captioned action, and that on the 6th day of May 2010, she caused copies of the following to be served upon the attached Service List via First Class, U.S. Mail unless otherwise indicated.

- Joinder to Debtors' Reply to Borrower-Claimants' Objections to Settlements With (I) American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.); (II) Deutsche Bank National Trust Company; and (III) Wells Fargo Bank, N.A. [Docket No. 8830]

Dated: May 10, 2010

Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Notary Public

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hurtz LLP
The Nemours Bldg.
1007 North Orange Street
Wilmington, DE 19801
(Wells Fargo Funding Inc, Wells Fargo Bank)

John R. Ashmead, Esquire
Laurie R. Binder, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
   (Deutsche Bank Trust Co. Americas)

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
  Wilmington, DE 19801

Lee Harrington, Esq.
Dennis Drebsky, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)

Franklin Top, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
 (Wells Fargo)

Sean Beach, Esq.
Patrick Jackson, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
 (Debtors' Counsel)

John Rosenthal, Esq.
Nixon Peabody, LLP
One Embarcadero Center
18th Floor
San Francisco CA 94111

PRIORITY OR EXPRESS MAIL:
Paula Rush
2651 Peery Drive
Churchville MD 21028

PRIORITY OR EXPRESS MAIL:
Dr. David and Elizabeth Judith Jackson
12787 Lavender Keep Circle
Fairfax VA 22033

Michael Strauss, Esq.
Kenneth Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York NY 10017

Jeff Kurtzman, Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street
Suite 1000
Wilmington DE 19801

Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York NY 10022
(Committee Counsel)

Bonnie Glantz Fatell
Victoria Guilfoyle, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Committee Counsel)