**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------
In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.
---------------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: June 2, 2010 @ 4:00 p.m.**
: **Hearing Date: Only in the Event of an Objection**

**NOTICE OF TWENTY-FOURTH MONTHLY FEE APPLICATION OF
BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,
*ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD OF MARCH 1, 2010 THROUGH MARCH 31, 2010**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On May 13, 2010, the Twenty-Fourth Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of March 1, 2010 through March 31, 2010 ("Fee Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). By the Fee Application, Blank Rome LLP ("Blank Rome") seeks the allowance and payment of interim compensation in the amount of $6,281.50 (50% of $12,563.00) and reimbursement of expenses in the amount of $901.39 incurred in representation of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, during the period of March 1, 2010 through March 31, 2010.

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21868869v.1

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **June 2, 2010 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Fee Application shall be held only in the event timely objections are filed. Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, in the absence of any objection or responsive pleading to the Fee Application, Blank Rome is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtors are authorized to pay Blank Rome an amount equal to 50% of the fees ($6,281.50) and 100% of the expenses ($901.39) requested in the Fee Application. If an objection to the Fee Application is timely filed and served, the Debtors shall be authorized to pay Blank Rome 50%[2] of the fees and 100% of the expenses not subject to the objection.

Dated: May 13, 2010

                                      BLANK ROME LLP

                                      */s/ Bonnie Glantz Fatell*
                                      Bonnie Glantz Fatell (No. 3809)
                                      David W. Carickhoff (No. 3715)
                                      1201 Market Street, Suite 800
                                      Wilmington, Delaware 19801
                                      Telephone:    (302) 425-6400
                                      Facsimile:     (302) 425-6464

                                      *Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*

---

[2] Holdback amount (originally calculated at 20% of fees sought by any given monthly fee application) is now calculated at 50% per agreement among the estate professionals.