# EXHIBIT A

**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**MARCH 1, 2010, - MARCH 31, 2010**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|:---:|:---|:---:|---:|
| 1 | Blank Rome Fee/Employment Applications | 5.20 | $1,253.50 |
| 2 | Other Professionals' Fee/Employment Issues | 5.60 | $1,351.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 1.20 | $324.00 |
| 5 | Committee Business and Meetings | 0.60 | $248.50 |
| 6 | Case Administration | 2.50 | $250.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.40 | $108.00 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 3.00 | $775.00 |
| 18 | Loan Servicing Transfer Issues | 0.70 | $189.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 6.00 | $2,058.00 |
| 22 | Preference Actions | 22.90 | $6,006.00 |
| | **TOTALS** | **48.10** | **$12,563.00** |

Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 01 | | | |
| Mar 04 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS WITH RESPECT TO BLANK ROME'S EIGHTH INTERIM FEE APPLICATION; DRAFT CERTIFICATE OF SERVICE WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
| Mar 05 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S EIGHTH INTERIM FEE APPLICATION REQUEST | SENESE | 0.10 |
| Mar 05 10 | EMAIL AND TELEPHONE CALL FROM V. GUILFOYLE REGARDING EMAIL FROM D. LASKIN INQUIRING AS TO THE FILING OF THE CNO RE BLANK ROME'S DECEMBER MONTHLY; REVIEW RELATED PLEADINGS, DOCKET ENTRIES; EMAIL TO D. LASKIN ADVISING CNO IS PROPERLY FILED | SENESE | 0.20 |
| Mar 05 10 | TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING BLANK ROME'S DECEMBER FEE APPLICATION AND INTERIM FEE APPLICATION | GUILFOYLE | 0.20 |
| Mar 09 10 | REVIEW BLANK ROME'S MONTHLY AND INTERIM FEE APPLICATIONS (.4); TELEPHONE CONFERENCE WITH K. SENESE REGARDING INTERIM AND MONTHLY FEE APPLICATIONS (.1) | GUILFOYLE | 0.50 |
| Mar 10 10 | REVIEW AND DISTRIBUTE ORDER APPROVING INTERIM FEE APPLICATION REQUESTS | SENESE | 0.10 |
| Mar 10 10 | REVIEW EXHIBIT A TO BLANK ROME'S INTERIM FEE APPLICATIONS (.1); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING REVISIONS TO EXHIBIT A (.1) | GUILFOYLE | 0.20 |
| Mar 11 10 | REVIEW, EDIT AND CODE BLANK ROME'S FEBRUARY 2010 TIME NARRATIVES IN PREPARATION FOR DRAFTING ITS MONTHLY FEE APPLICATION | SENESE | 0.70 |
| Mar 17 10 | COMPLETE REVIEW, EDITING AND CODING OF BLANK ROME'S FEBRUARY MONTHLY FEE APPLICATION | SENESE | 0.70 |
| Mar 19 10 | REVIEW CURRENT DOCKET WITH RESPECT TO BLANK ROME'S DECEMBER AND JANUARY MONTHLY FEE APPLICATIONS; CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH EITHER MONTHLY; DRAFT A CERTIFICATE OF NO OBJECTION WITH RESPECT TO EACH AND FORWARD TO B. FATELL FOR EFI LING REVIEW AND APPROVAL | SENESE | 0.50 |
| Mar 19 10 | PREPARE BLANK ROME'S FEBRUARY MONTHLY FEE APPLICATION | SENESE | 0.80 |
| Mar 19 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S JANUARY MONTHLY | SENESE | 0.10 |

Client Number/Name: 126189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 126189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | FEE APPLICATION | | |
| Mar 19 10 | FORMAT AND EFILE BLANK ROME'S TWENTY-THIRD MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 |

PROJECT CODE TOTALS  01                    TOTAL VALUE:    $1,253.50        5.20

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  02

| Mar 04 10 | EMAIL EXCHANGE WITH N. VANDERHOOP REGARDING ADJUSTED COST AMOUNT FOR DECEMBER; REVIEW CURRENT DOCKET TO VERIFY NO OBJECTIONS FILED WITH RESPECT TO BDO'S DECEMBER 2009 MONTHLY FEE APPLICATION; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |
|------|-----------|------------|-------|
| Mar 04 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS WITH RESPECT TO BDO'S JANUARY MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
| Mar 04 10 | REVIEW DEBTORS' APPLICATION TO EMPLOY BDO SEIDMAN, LLP | GUILFOYLE | 0.20 |
| Mar 05 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BDO'S 27TH MONTHLY FEE APPLICATION; FORMAT AND PREPARE TO EFILE THE CERTIFICATE OF NO OBJECTION WITH RESPECT TO ITS 28TH MONTHLY FEE APPLICATION | SENESE | 0.20 |
| Mar 08 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BDO'S JAN 2010 MONTHLY FEE APPLICATION | SENESE | 0.10 |
| Mar 16 10 | REVIEW EIGHTH MONTHLY FEE APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. | GUILFOYLE | 0.20 |
| Mar 17 10 | REVIEW TENTH INTERIM MONTHLY FEE APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. | GUILFOYLE | 0.30 |
| Mar 18 10 | REVIEW FIFTH MONTHLY FEE APPLICATION OF HENNIGAN BENNETT & DORMAN LLP | GUILFOYLE | 0.30 |
| Mar 19 10 | REVIEW AND FINALIZE BDO'S TENTH INTERIM FEE APPLICATION AND RELATED EXHIBIT DOCUMENTATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.40 |
| Mar 19 10 | REVIEW AND FINALIZE BDO'S TWENTY-NINTH MONTHLY FEE APPLICATION AND RELATED EXHIBIT DOCUMENTATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.40 |
| Mar 19 10 | PREPARE FOR SERVICE OF BDO'S 29TH MONTHLY AND TENTH INTERIM FEE APPLICATIONS UPON REVIEWING PARTIES AND ALL 2002 NOTICE PARTIES VIA FIRST CLASS MAIL | SENESE | 0.30 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Mar 19 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S DECEMBER MONTHLY FEE APPLICATION | SENESE | 0.10 |
| Mar 19 10 | FORMAT AND EFILE BDO'S TWENTY-NINTH MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.70 |
| Mar 19 10 | FORMAT AND EFILE BDO'S TENTH INTERIM FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.60 |
| Mar 23 10 | EMAIL EXCHANGES WITH AND TELEPHONE CALL FROM J. SMITH (HAHN & HESSEN) REGARDING FILING OF HAHN & HESSEN MONTHLY FEE APPLICATION | SENESE | 0.10 |
| Mar 26 10 | REVIEW HAHN & HESSEN'S TWENTY-SEVENTH MONTHLY FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LISTS WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.30 |
| Mar 26 10 | FORMAT AND EFILE HAHN & HESSEN'S OCTOBER MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.70 |

PROJECT CODE TOTALS  02              TOTAL VALUE:    $1,351.00      5.60

Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | PROJECT CODE:   04 | | |
| Mar 04 10 | REVIEW 9019 MOTION REGARDING CITIBANK CLAIMS | GUILFOYLE | 0.20 |
| Mar 08 10 | REVIEW RESPONSE REGARDING DEBTORS' OBJECTION TO DEFICIENCY CLAIM | GUILFOYLE | 0.20 |
| Mar 10 10 | REVIEW DEBTORS' FIFTY-SECOND AND FIFTY-THIRD OBJECTIONS TO CLAIMS AND OBJECTION TO SWAP AGREEMENT CLAIM | GUILFOYLE | 0.50 |
| Mar 16 10 | REVIEW DEBTORS' MOTION FOR APPROVAL OF STIPULATION WITH DEUTSCHE BANK RESOLVING CURE CLAIMS | GUILFOYLE | 0.30 |

| PROJECT CODE TOTALS  04 | TOTAL VALUE: | $324.00 | 1.20 |
|-------------------------|--------------|---------|------|

Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | | | |
| PROJECT CODE:  05 | | | |
| Mar 03 10 | COMMITTEE CALL | CARICKHOFF | 0.50 |
| | | | |
| Mar 23 10 | EMAIL EXCHANGES WITH J. SMITH (HAHN & HESSEN) REGARDING FORM OF COMMITTEE MEMBER EXPENSE REIMBURSEMENT APPLICATION AND FILING SAME ON BEHALF OF S. SASS | SENESE | 0.10 |

| PROJECT CODE TOTALS  05 | TOTAL VALUE: | $248.50 | 0.60 |
|------|------|------|------|

Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 06 | | | |
| Mar 01 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 02 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 03 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Mar 04 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 05 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 08 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Mar 09 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 10 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Mar 11 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Mar 12 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Mar 15 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Mar 16 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 17 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Mar 19 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 22 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 23 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 25 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Mar 26 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 29 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Mar 30 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Mar 31 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

PROJECT CODE TOTALS  06                    TOTAL VALUE:    $250.00        2.50

Project Code 12

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | PROJECT CODE: 12 | | |
| Mar 04 10 | REVIEW REVISED BROADHOLLOW FUNDING, LLC AND MELVILLE FUNDING, LLC SALE AGREEMENTS AND REVISED PROPOSED FORM OF ORDER APPROVING SALES | GUILFOYLE | 0.40 |

| | | TOTAL VALUE: | | |
|---|---|---|---|---|
| PROJECT CODE TOTALS  12 | | | $108.00 | 0.40 |

Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  17 | | | |
| Mar 01 10 | REVIEW DRAFT AGENDA FOR MARCH 9, 2010 HEARING (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING DRAFT AGENDA FOR MARCH 9, 2010 HEARING (.1) | GUILFOYLE | 0.20 |
| Mar 05 10 | REVIEW AND DISTRIBUTE AGENDA FOR 3-9-2010, NOTING CHANGE OF HEARING TIME | SENESE | 0.10 |
| Mar 05 10 | E-MAIL CORRESPONDENCE WITH D. LASKIN REGARDING MARCH 9, 2010 HEARING (.1) | GUILFOYLE | 0.10 |
| Mar 08 10 | PREPARE FOR 3/9 HEARING, INCLUDING DOCUMENTATION NEEDED FOR INTERIM FEE APPLICATION PORTION OF HEARING | SENESE | 0.60 |
| Mar 08 10 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR 3-9-2010 HEARING | SENESE | 0.10 |
| Mar 08 10 | REVIEW AMENDED AGENDA FOR MARCH 9, 2010 HEARING (.2); E-MAIL CORRESPONDENCE WITH D. CARICKHOFF REGARDING ATTENDANCE AT MARCH 9, 2010 HEARING (.1) | GUILFOYLE | 0.30 |
| Mar 09 10 | TELEPHONE CALL FROM T. GUILFOYLE AND REVIEW OF FEE APPLICATION PLEADINGS IN PREPARATION FOR TODAY'S INTERIM FEE HEARING | SENESE | 0.20 |
| Mar 09 10 | ATTEND MARCH 9, 2009 HEARING | GUILFOYLE | 1.40 |
| PROJECT CODE TOTALS  17 | TOTAL VALUE: | $775.00 | 3.00 |

Project Code 18

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | PROJECT CODE:  18 | | |
| Mar 17 10 | REVIEW DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH AMERICAN HOME MORTGAGE SERVICING, INC. AND RELATED MOTION TO SHORTEN | GUILFOYLE | 0.40 |
| Mar 25 10 | REVIEW RE-NOTICE OF 9019 MOTION AND AMENDMENT TO RELEASE AND SETTLEMENT AGREEMENT WITH AMERICAN HOME MORTGAGE SERVICING, INC. (.2); E-MAIL CORRESPONDENCE WITH D. LASKIN REGARDING APRIL 6, 2010 HEARING (.1) | GUILFOYLE | 0.30 |

| | | | | |
|---|---|---|---|---|
| PROJECT CODE TOTALS  18 | | TOTAL VALUE: | $189.00 | 0.70 |

Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | PROJECT CODE:  21 | | |
| Mar 08 10 | FINALIZE COMPLAINT AGAINST AMEX | CARICKHOFF | 1.00 |
| Mar 08 10 | FORMAT AND EFILE AMEX COMPLAINT / EXHIBIT; DRAFT SUMMONS AND FORWARD TO D. CARICKHOFF AND S. TARR FOR REVIEW AND EFILING APPROVAL; SUBSEQUENT EMAIL EXCHANGES WITH S. TARR REGARDING SERVICE AND FORM AND CONTENT OF SUMMONS; DISCUSS COORDINATED PAYMENT OF FILING FEE WITH T. MOODY | SENESE | 0.60 |
| Mar 08 10 | EMAIL EXCHANGES WITH T. GUILFOYLE AND S. TARR REGARDING PRETRIAL CONFERENCE DATE AND TIME FOR AMEX SUMMONS | SENESE | 0.10 |
| Mar 08 10 | SERVICE OF AMEX COMPLAINT & SUMMONS VIA CERTIFIED MAIL AND FIRST CLASS MAIL, POSTAGE PREPAID | SENESE | 0.50 |
| Mar 08 10 | REVISE, FINALIZE, FORMAT AND EFILE SUMMONS AND CERTIFICATE OF SERVICE OF SAME | SENESE | 0.40 |
| Mar 08 10 | DISCUSS AMERICAN EXPRESS COMPLAINT WITH S. TARR | GUILFOYLE | 0.10 |
| Mar 08 10 | REVISE COMPLAINT (0.4); MULTIPLE CONFERENCES WITH D. CARICKHOFF REGARDING SAME (0.4); RESEARCH REGARDING SERVICE (0.4); ATTEND TO FILING OF COMPLAINT AND SUMMONS (1.0); EMAIL OPPOSING COUNSEL REGARDING SAME (0.3) | TARR | 2.50 |
| Mar 09 10 | COORDINATE WITH USBC CLERK'S OFFICE TO APPLY COMPLAINT FILING FEE TO AMEX ADVERSARY MATTER | MOODY | 0.60 |
| Mar 23 10 | E-MAIL CORRESPONDENCE AND DISCUSSION WITH S. TARR REGARDING SCHEDULING ORDER FOR AMERICAN EXPRESS ADVERSARY PROCEEDING | GUILFOYLE | 0.20 |
| PROJECT CODE TOTALS  21 | TOTAL VALUE:    $2,058.00 | | 6.00 |

Project Code 22

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  22

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Mar 01 10 | TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING DISCOVERY RESPONSES (.1); E-MAIL CORRESPONDENCE WITH Z. VIRANI REGARDING DISCOVERY RESPONSES (.1) | GUILFOYLE | 0.20 |
| Mar 02 10 | E-MAIL CORRESPONDENCE WITH N. RIGANO REGARDING DISMISSAL OF ADVERSARY PROCEEDING (.1); PREPAR AND FILE NOTICE OF DISMISSAL (.2); REVIEW SEVERAL DEFENDANTS' DISCOVERY RESPONSES, REQUESTS AND INITIAL DISCLOSURES (.5); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING CERTIFICATE OF NO OBJECTION FOR SIXTH OMNIBUS 9019 MOTION (.1) | GUILFOYLE | 0.90 |
| Mar 03 10 | UPDATE PREFERENCE PROGRAM STATUS CONTROL CHART IN LIGHT OF RECENTLY FILED NOTICES OF DISMISSAL, EXTENSION STIPULATION, ETC. | SENESE | 0.30 |
| Mar 03 10 | SCAN AND EFILE AFFIDAVIT OF SERVICE OF DALGIS E. GONZALEZ RE: PLAINTIFF'S INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1) (RECKSON, SOURCEMEDIA, TOUCH LLC, TRADE SHOW FABRICATIONS, AND WPH ARLINGTON ADVERSARY MATTERS) | MOODY | 0.30 |
| Mar 03 10 | REVIEW SEVERAL DEFENDANTS' DISCOVERY REQUESTS AND RESPONSES (.4); REVIEW AND FORWARD AFFIDAVIT OF SERVICE TO T. MOODY FOR FILING (.1); E-MAIL CORRESPONDENCE WITH Z. VIRANI REGARDING AFFIDAVIT OF SERVICE (.1) | GUILFOYLE | 0.60 |
| Mar 04 10 | PREPARE AND FILE STIPULATION OF DISMISSAL (.2); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING FILING OF STIPULATION OF DISMISSAL (.1); REVIEW DEFENDANT'S INITIAL DISCLOSURES (.1); REVIEW DEFENDANT'S DISCOVERY RESPONSES (.1); REVIEW AND FORWARD LETTER FROM DEFENSE COUNSEL REGARDING DISMISSAL OF ADVERSARY PROCEEDING TO C. KANG (.2); PREPARE CERTIFICATE OF NO OBJECTION AND BINDER REGARDING SIXTH OMNIBUS 9019 MOTION (.3); DISCUSS FILING OF CERTIFICATE OF NO OBJECTION REGARDING SIXTH OMNIBUS 9019 MOT ION WITH K. SENESE (.1) | GUILFOYLE | 1.10 |
| Mar 05 10 | EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE COMMITTEE'S SIXTH OMNIBUS 9019 MOTION; EMAIL EXCHANGE WITH T. GUILFOYLE | SENESE | 0.10 |
| Mar 05 10 | TELEPHONE CALL FROM V. GUIFLOYLE; FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO COMMITTEE'S SIXTH OMNIBUS 9019 MOTION | SENESE | 0.20 |
| Mar 05 10 | REVIEW AGENDA FOR MARCH 9, 2010 HEARING AND | GUILFOYLE | 1.20 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | PREPARE CERTIFICATE OF NO OBJECTION BINDER FOR SIXTH OMNIBUS 9019 MOTION FOR DELIVERY TO CHAMBERS (.3); PREPARE AND FILE SEVERAL NOTICES OF DISMISSAL (.6); E-MAIL CORRESPONDENCE WITH J. ZAWADZKI REGARDING N OTICES OF DISMISSAL (.1); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING CERTIFICATE OF NO OBJECTION FOR SIXTH OMNIBUS 9019 MOTION (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING CERTIFICATE OF NO OBJECTION FOR SIXTH OMNIBUS 9019 MOTION (.1) | | |
| Mar 05 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 08 10 | REVIEW AND DISTRIBUTE ORDER GRANTING COMMITTEE'S SIXTH OMNIBUS 9019 MOTION | SENESE | 0.10 |
| Mar 08 10 | TELEPHONE CALLS TO CHAMBERS REGARDING ENTRY OF ORDER APPROVING SIXTH OMNIBUS 9019 MOTION (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND K. SENESE REGARDING ENTRY OF ORDER APPROVING SIXTH OMNIBU S 9019 MOTION (.1); PREPARE AND FILE STIPULATION OF DISMISSAL (.2); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING STIPULATION OF DISMISSAL (.1); REVIEW LOCAL RULES REGARDING PRETRIAL CONFERENCES AND E-MAIL CORRESPONDENCE WITH K. SENESE AND S. TARR RE GARDING PRETRIAL CONFERENCES (.2); REVIEW LETTER FROM DEFENSE COUNSEL REGARDING DISMISSAL OF ADVERSARY PROCEEDING (.1); REVIEW PROPOSED STIPULATIONS EXTENDING TIME TO RESPOND TO COMPLAINTS (.2) | GUILFOYLE | 1.00 |
| Mar 09 10 | SERVICE OF THE ORDER APPROVING COMMITTEE'S SIXTH OMNIBUS 9019 MOTION UPON IMPACTED DEFENDANTS / DEFENDANTS' COUNSEL; DRAFT CERTIFICATE OF SERVICE WITH RESPECT TO SAME AND FORWARD TO T. GUILFOYLE FOR REVIEW AND EFILING APPROVAL | SENESE | 0.50 |
| Mar 09 10 | TELEPHONE CALL FROM T. GUILFOYLE AND REVIEW EMAIL FROM J. ORBACH REGARDING SCHEDULING ORDER NEVER DOCKETED IN INCO-CHECK ADV PROCEEDING | SENESE | 0.10 |
| Mar 09 10 | REVIEW LETTER FROM DEFENDANT'S COUNSEL AND NOTICE OF FILING OF CHAPTER 11 PETITION (.2); E-MAIL CORRESPONDENCE WITH J. ORBACH AND K. SENESE REGARDING SCHEDULING ORDER (.1); REVIEW CERTIFICATE OF SERVICE REGARDING ORDER APPROVING SIXTH OMNIBUS 9019 MO TION (.1) | GUILFOYLE | 0.40 |
| Mar 09 10 | CONFER WITH CHAMBERS REGARDING PRETRIAL | TARR | 0.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | CONFERENCE DATE AND EMAIL BLANK ROME TEAM REGARDING SAME | | |
| Mar 10 10 | EMAIL FROM J. ORBACH; REVIEW INCO-CHECK ADVERSARY PROCEEDING DOCKET; EMAIL TO DE COURT STAFF ADVISING SCHEDULING ORDER NEVER DOCKETED BY COURT IN THE INCO-CHECK ADVERSARY PROCEEDING | SENESE | 0.20 |
| Mar 10 10 | PREPARE AND FILE SEVERAL STIPULATIONS (.4); E-MAIL CORRESPONDENCE WITH N. RIGANO REGARDING STIPULATIONS (.1); REVIEW AND FORWARD AFFIDAVITS OF SERVICE REGARDING DISCOVERY TO K. SENESE FOR FILING (.1); REVIEW SEVERAL NOTICES OF DISMISSAL (.2) | GUILFOYLE | 0.80 |
| Mar 11 10 | EFILE AFFIDAVITS OF SERVICE OF DISCOVERY DOCUMENTS IN CERTAIN OF THE ADVERSARY PROCEEDINGS | SENESE | 0.30 |
| Mar 11 10 | REVISE, FINALIZE, FORMAT AND EFILE CERTIFICATE OF SERVICE REGARDING SERVICE OF ORDER GRANTING COMMITTEE'S SIXTH OMNIBUS 9019 MOTION | SENESE | 0.10 |
| Mar 11 10 | REVIEW AND FORWARD AFFIDAVITS OF SERVICE REGARDING DISCOVERY REQUESTS TO K. SENESE FOR FILING (.2); E-MAIL CORRESPONDENCE WITH K. SENESE AND J. ORBACH REGARDING SCHEDULING ORDER (.1); REVIEW AND FORWARD CORRESPONDENCE AND CASH COLLATERAL-RELATED FILI NGS FROM THE RECENT BANKRUPTCY OF AN ADVERSARY DEFENDANT TO Z.  VIRANI (.5); PREPARE AND FILE TWELVE NOTICES OF DISMISSAL (1.7); E-MAIL CORRESPONDENCE WITH C.  KANG AND N. RIGANO REGARDING DISMISSAL OF ADVERSARY PROCEEDINGS (.2); E-MAIL CORRESPONDENCE WITH Z. VIRANI, H. PATWARDHAN AND J. ORBACH REGARDING AFFIDAVITS OF SERVICE (.1); PREPARE, FILE AND FORWARD STIPULATION OF DISMISSAL TO J. ZAWADZKI (.2); REVIEW DOCKET AND E-MAIL CORRESPONDENCE WITH K. CRANER REGARDING DISMISSAL OF ADVERSARY PROCEED ING (.2) | GUILFOYLE | 3.20 |
| Mar 12 10 | REVIEW AND FORWARD FILINGS REGARDING PREFERENCE DEFENDANT'S BANKRUPTCY PROCEDURE TO Z. VIRANI (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING ADMINISTRATION OF ADVERSARY PROCEEDINGS (.1) | GUILFOYLE | 0.30 |
| Mar 12 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 15 10 | REVIEW DEFENDANT'S DISCOVERY RESPONSES | GUILFOYLE | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| Mar 16 10 | E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING OF AFFIDAVIT OF SERVICE (.1); REVIEW AND REVISE SEVENTH OMNIBUS 9019 MOTION (.5); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING SEVENTH OMNIBUS 9019 MOTION (.1) | GUILFOYLE | 0.70 |
| Mar 17 10 | REVIEW AND REVISE SEVENTH OMNIBUS 9019 MOTION AND RELATED SETTLEMENT AGREEMENTS (.3); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING REVISIONS TO SEVENTH OMNIBUS 9019 MOTION (.1) | GUILFOYLE | 0.40 |
| Mar 18 10 | REVIEW AND FORWARD AFFIDAVIT OF SERVICE REGARDING DISCOVERY TO K. SENESE FOR FILING (.1); REVIEW SETTLEMENT AGREEMENT AND REVISE SEVENTH OMNIBUS 9019 MOTION (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING SETTLEMENT AGREEMENT (.1); REVIEW DEFENDANT'S DISCOVERY RESPONSES (.2) | GUILFOYLE | 0.50 |
| Mar 18 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 19 10 | REVIEW AFFIDAVIT OF SERVICE REGARDING DISCOVERY (.1); E-MAIL CORRESPONDENCE WITH J. ORBACH REGARDING REVISIONS TO AFFIDAVIT OF SERVICE OF DISCOVERY (.1); REVIEW SETTLEMENT AGREEMENT AND REVIEW AND REVISE MODIFIED SEVENTH OMNIBUS 9019 MOTION (.4); E-M AIL CORRESPONDENCE WITH E. SCHNITZER REGARDING MODIFIED SEVENTH OMNIBUS 9019 MOTION (.1); PREPARE, FILE AND SERVE STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (.2) | GUILFOYLE | 0.90 |
| Mar 22 10 | FORMAT AND EFILE CERTAIN AFFIDAVITS OF SERVICE (VARIOUS ADVERSARY PROCEEDINGS) | SENESE | 0.40 |
| Mar 22 10 | E-MAIL CORRESPONDENCE WITH J. ZAWADZKI REGARDING STIPULATION (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING SEVENTH OMNIBUS 9019 MOTION (.1); E-MAIL CORRESPONDENCE WITH K. SENESE, J. ORBACH, Z. VIRANI, AND K. CRANER REGARDING AFFIDAVITS OF SERVICE (.2) | GUILFOYLE | 0.40 |
| Mar 23 10 | REVIEW AND FORWARD PROPOSED FINAL CASH COLLATERAL ORDER FROM ADVERSARY DEFENDANT'S BANKRUPTCY CASE TO Z. VIRANI (.2); PREPARE AND FILE STIPULATION OF DISMISSAL AND NOTICE OF DISMISSAL (.3); E-MAIL CORRESPONDENCE WITH J. ORBACH REGARDING STIPULATION OF DISMISSAL AND NOTICE OF DISMISSAL (.1) | GUILFOYLE | 0.60 |
| Mar 25 10 | FORMAT AND EFILE 9019 MOTION; SERVICE OF MOTION | SENESE | 0.60 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| | PACKAGE UPON INTERESTED PARTIES VIA OVERNIGHT MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE VIA FIRST CLASS MAIL | | |
| Mar 25 10 | REVIEW AND FORMAT (FOR EFILING) EACH OF THE SETTLEMENT AGREEMENTS REFERENCED AS AN EXHIBIT TO THE COMMITTEE'S SEVENTH OMNIBUS 9019 MOTION | SENESE | 0.40 |
| Mar 25 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND Z. VIRANI REGARDING REVISIONS TO SEVENTH OMNIBUS 9019 MOTION (.1); REVISE SEVENTH OMNIBUS 9019 MOTION (.3); E-MAIL CORRESPONDENCE AND DISCUSSIONS WITH K. SENESE REGARDING FILING AND SERVICE OF SEVENTH OMNI BUS 9019 MOTION (.1); REVIEW AND FORWARD DEFENDANT'S DISCOVERY RESPONSES TO K. CRANER (.2); REVIEW AND FORWARD SEVERAL AFFIDAVITS OF SERVICE REGARDING DISCOVERY TO K. SENESE FOR FILING (.4); PREPARE AND FILE NOTICE AND STIPULATION DISMISSAL (.3); E- MAIL CORRESPONDENCE WITH J. ZAWADZKI REGARDING NOTICE AND STIPULATION OF DISMISSAL (.1) | GUILFOYLE | 1.50 |
| Mar 26 10 | FORMAT AND EFILE AFFIDAVIT OF SERVICE REGARDING PLAINTIFF'S FIRST REQUESTS (A CERTAIN ADVERSARY PROCEEDING) AND NUMEROUS AFFIDAVITS OF SERVICE REGARDING PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLOSURES (CERTAIN ADVERSARY PROCEEDINGS) | SENESE | 0.50 |
| Mar 26 10 | E-MAIL CORRESPONDENCE WITH J. ZAWADSKI AND H. PATWARDHAN REGARDING AFFDAVITS OF SERVICE (.1); REVIEW DEFENDANT'S DISCOVERY RESPONSES (.2); PREPARE AND FILE NOTICE OF DISMISSAL AND SEVERAL STIPULATIONS EXTENDING TIME TO RESPOND TO COMPLAINTS (.5); E-M AIL CORRESPONDENCE WITH N. RIGANO AND Z. VIRANI REGARDING NOTICE OF DISMISSAL AND SEVERAL STIPULATIONS EXTENDING TIME TO RESPOND TO COMPLAINTS (.1) | GUILFOYLE | 0.90 |
| Mar 26 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Mar 28 10 | UPDATE PREFERENCE ANALYSIS CHART IN LIGHT OF RECENTLY DISMISSED, EXTENSIONS, ETC. | SENESE | 0.10 |
| Mar 29 10 | REVIEW SEVERAL DEFENDANTS' DISCOVERY RESPONSES | GUILFOYLE | 0.40 |
| Mar 30 10 | REVIEW DEFENDANTS' DISCOVERY RESPONSES (.2); REVIEW AND FORWARD SEVERAL AFFIDAVITS OF SERVICE REGARDING DISCOVERY TO K. SENESE FOR FILING (.4) | GUILFOYLE | 0.60 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Mar 31 10 | FORMAT AND EFILE AFFIDAVIT OF SERVICE REGARDING PLAINTIFF'S SUPP INITIAL DISCLOSURES IN CERTAIN PREFERENCE ACTIONS | SENESE | 0.20 |
| Mar 31 10 | EFILE CERTAIN AFFIDAVITS OF SERVICE WITH RESPECT TO SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES (CERTAIN PREFERENCE MATTERS); EMAIL EXCHANGES WITH C. KANG REGARDING ERROR IN ELITE AFFIDAVIT OF SERVICE AND CORRECTED VERSION | SENESE | 0.30 |
| Mar 31 10 | EFILE ADDITIONAL AFFIDAVITS OF SERVICE WITH RESPECT TO SERVICE OF SUPPLEMENTAL INITIAL DISCLOSURES (CERTAIN ADV. PROCEEDINGS) | SENESE | 0.20 |
| Mar 31 10 | REVIEW AND FORWARD AFFIDAVIT SERVICE REGARDING DISCOVERY TO K. SENESE FOR FILING (.1); REVIEW DEFENDANTS' DISCOVERY RESPONSES (.2); E-MAIL CORRESPONDENCE WITH K. CRANER REGARDING AFFIDAVIT OF SERVICE (.1) | GUILFOYLE | 0.40 |

PROJECT CODE TOTALS  22                    TOTAL VALUE:    $6,006.00        22.90

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS |
|------|-----------|---|------------|-------|
| REPORT TOTALS | | TOTAL VALUE: | 12,563.00 | 48.10 |