# EXHIBIT B

**AMERICAN HOME MORTGAGE COMPANY**
**EXPENSE SUMMARY**
**MARCH 1, 2010 TO MARCH 31, 2010**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | | $0.00 |
| Reproduction of Documents | | $6.40 |
| Contracted Photocopying - Parcels | | $422.55 |
| Telecopier/Fax | | $0.00 |
| Courier and Express Services | | $222.44 |
| Hand Delivery Service | | $0.00 |
| Special Mailing Charges | | $0.00 |
| Filing Fees | | $0.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $250.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Transcript | | $0.00 |
| Record/Docket Searches | | $0.00 |
| **TOTAL** | | **$901.39** |

Cost Recap Summary by CostCode [128189-01600 - IN re AMERICAN HOME MORTGAGE]
Client:128189 - AMERICAN HOME MORTGAGE COMPANY, 4/9/2010 10:48:39 AM

Case 07-11047-CSS    Doc 8854-4    Filed 05/13/10    Page 3 of 8

Page 1

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 08 | 250.00 | 250.00 | FILING FEES: |
| 25 | 222.44 | 222.44 | FEDERAL EXPRESS |
| 30 | 7.68 | 6.40 | REPRODUCTION OF DOCUMENTS |
| 33 | 422.55 | 422.55 | CONTRACTED PHOTOCOPYING |
| TOTAL | 902.67 | 901.39 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/08/2010 | 00020 | BONNIE G. FATELL | 08 | 1.00 | 250.00 | 250.00 | FILING FEES: - UNITED STATES BANKRUPTCY COURT | 6969241 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 250.00 | 250.00 | COMPLAINT FILING FEE | |
| | | | | | | | Bank ID: 210 Check Number: 108569 | |
| | | Voucher=703786 Paid | | | | | Vendor=UNITED STATES BANKRUPTCY COURT Balance= .00 Amount= | |
| | | | | | | | 250.00 | |
| | | | | | | | Check #108569 03/08/2010 | |
| | | BILLED TOTALS: WORK: | | | | 250.00 | 1 records | |
| | | BILLED TOTALS: BILL: | | | | 250.00 | | |
| | | GRAND TOTAL: WORK: | | | | 250.00 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 250.00 | | |

Billed and Unbilled Recap Of Cost Detail - [128189-01600 - IN re AMERICAN HOME MORTGAGE]   Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   4/9/2010 10:48:39 AM

Case 07-11047-CSS   Doc 8854-4   Filed 05/13/10   Page 5 of 8

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/01/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.24 | 11.24 | FEDERAL EXPRESS Invoice: 700610319 Tracking: | 6962951 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 11.24 | 11.24 | 792176119318 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/01/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.52 | 14.52 | FEDERAL EXPRESS Invoice: 700610319 Tracking: | 6962952 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 14.52 | 14.52 | 792176121145 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014628 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 11.31 | 11.31 | 790208038155 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014629 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 11.31 | 11.31 | 790208039232 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014630 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 11.31 | 11.31 | 790699817246 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014631 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 11.31 | 11.31 | 790699817544 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014632 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 11.31 | 11.31 | 790699821065 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.62 | 14.62 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014633 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 14.62 | 14.62 | 790699821672 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014634 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 11.31 | 11.31 | 790699862260 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014635 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 11.31 | 11.31 | 791260788561 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014636 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 11.31 | 11.31 | 791260819049 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.06 | 14.06 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014637 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 14.06 | 14.06 | 791260832734 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 16.14 | 16.14 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014638 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 16.14 | 16.14 | 792179412550 Name: KATHLEEN SENESE Company: | |

Case 07-11047-CSS    Doc 8854-4    Filed 05/13/10    Page 6 of 8

Billed and Unbilled Recap Of Cost Detail - [128189-01600 - IN RE AMERICAN HOME MORTGAGE] Page 2
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,    4/9/2010 10:48:39 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014639 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 11.31 | 11.31 | 799446746590 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014640 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 11.31 | 11.31 | 799514426977 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014641 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 11.31 | 11.31 | 799514428307 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014642 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 11.31 | 11.31 | 799514432354 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 03/29/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 16.14 | 16.14 | FEDERAL EXPRESS Invoice: 703758042 Tracking: | 7014643 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 16.14 | 16.14 | 799514456970 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | BILLED TOTALS: WORK: | | | | 222.44 | 18 records | |
| | | BILLED TOTALS: BILL: | | | | 222.44 | | |
| | | GRAND TOTAL: WORK: | | | | 222.44 | 18 records | |
| | | GRAND TOTAL: BILL: | | | | 222.44 | | |

Billed and Unbilled Recap Of Cost Detail - 128189-01800 - IN re AMERICAN HOME MORTGAGE  
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  4/9/2010 10:48:39 AM

Case 07-11047-CSS    Doc 8854-4    Filed 05/12/10    Page 7 of 8

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/08/2010 | 02238 | KATHLEEN SENESE | 30 | 55.00 | 0.12 | 6.60 | REPRODUCTION OF DOCUMENTS | 6970432 |
| 04/09/2010 | | Invoice=1055572 | | 55.00 | 0.10 | 5.50 | | |
| 03/19/2010 | 00020 | BONNIE G. FATELL | 30 | 6.00 | 0.12 | 0.72 | REPRODUCTION OF DOCUMENTS | 6996801 |
| 04/09/2010 | | Invoice=1055572 | | 6.00 | 0.10 | 0.60 | | |
| 03/29/2010 | 02238 | KATHLEEN SENESE | 30 | 3.00 | 0.12 | 0.36 | REPRODUCTION OF DOCUMENTS | 7012909 |
| 04/09/2010 | | Invoice=1055572 | | 3.00 | 0.10 | 0.30 | | |
| | | BILLED TOTALS: WORK: | | | | 7.68 | 3 records | |
| | | BILLED TOTALS: BILL: | | | | 6.40 | | |
| | | GRAND TOTAL: WORK: | | | | 7.68 | 3 records | |
| | | GRAND TOTAL: BILL: | | | | 6.40 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/25/2010 | 00001 | BRCM HOUSE | 33 | 1.00 | 190.50 | 190.50 | CONTRACTED PHOTOCOPYING Robin Glanden1 doc | 7004938 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 190.50 | 190.50 | service via first class mail.....#10 envelopes | |
| | | | | | | | supplied231033 | |
| 03/19/2010 | 00001 | BRCM HOUSE | 33 | 1.00 | 232.05 | 232.05 | CONTRACTED PHOTOCOPYING Robin Glanden3 doc | 7024553 |
| 04/09/2010 | | Invoice=1055572 | | 1.00 | 232.05 | 232.05 | service via mail envelopes provided235598 | |
| | | BILLED TOTALS: WORK: | | | | 422.55 | 2 records | |
| | | BILLED TOTALS: BILL: | | | | 422.55 | | |
| | | GRAND TOTAL: WORK: | | | | 422.55 | 2 records | |
| | | GRAND TOTAL: BILL: | | | | 422.55 | | |