# **EXHIBIT A**

# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,　　　　　　　　　April 1, 2010 to April 30, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue　　　　　　　　　　　　　　　　　　Invoice No. 35198
New York, NY 10022
**Attention:**   Mark T. Power, Esquire

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 0.20 | 30.00 |
| B18 | Fee Applications, Others - | 0.90 | 231.00 |
| B25 | Fee Applications, Applicant - | 3.40 | 622.00 |
| B32 | Litigation and Litigation Consulting - | 2.00 | 540.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 1.00 | 350.00 |
| | **Total** | **7.50** | **$1,773.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 3.40 | 918.00 |
| Rick S. Miller | 350.00 | 1.20 | 420.00 |
| Legal Assistant - MH | 150.00 | 2.90 | 435.00 |
| **Total** | | **7.50** | **$1,773.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**　　　　　　　　　　　　　　　　　　　　　　　　　　　**$1,173.75**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Apr-05-10 | *Litigation and Litigation Consulting* - Review signed stipulated order and send same to co-counsel | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review March 2010 time records for FJ&P | 0.20 | RSM |
| Apr-06-10 | *Fee Applications, Others* - E-mail from J. Morris re: Certificate of No Objection regarding HBD 5th monthly fee app | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re: additional stipulation and certificate of counsel to be filed | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review email from Ms. Irving re: Consumer Information Protection | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email to LLC re: Prepare Certificate of Counsel for Consumer Protection Stipulation | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email to LLC re: Prepare Certificate of Counsel for Consumer Protection Stipulation | 0.10 | RSM |
| Apr-07-10 | *Fee Applications, Others* - E-mail to M. Hedden re: HBD CNO | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail from RSM re: status on additional 502 stipulation | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Feb. 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: interim fee app for period of Nov. 2009 through Jan. 2010 for filing | 0.10 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.00 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection re Feb. 10 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Feb. 10 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection re quarterly fee application for 10th period | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re quarterly fee application for 10th period | 0.30 | MH |
| Apr-08-10 | *Fee Applications, Others* - E-mail from M. Hedden and e-mail to co-counsel re: Certificate of No Objection for HBD first interim fee request | 0.10 | LLC |
| | *Fee Applications, Others* - Trade e-mails with J. Morse re: status of filing Certificate of No Objection for HBD 5th monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection regarding HBD first interim fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection regarding HBD 5th monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with RSM re: status of additional 502 stipulation | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to RSM re: status of approval of second rule 502 stipulation | 0.10 | LLC |
| | *Case Administration* - E-mail to accounting re expect wire payment re Feb. fee application | 0.10 | MH |
| | *Fee Applications, Others* - E-mail to L. Coggins re HBD didn't send certificate of no objection re interim fee application for filing | 0.10 | MH |
| Apr-09-10 | *Litigation and Litigation Consulting* - E-mail from RSM re: status of second 502 stipulation | 0.10 | LLC |

|           |                                                                                                                                                                                                   |       |     |
|-----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----|
|           | *Fee Applications, Applicant* - Modify Mar. 10 statement; use spreadsheet to calculate re expenses chart in fee application; prepare fee application and related documents for filing on 4/15/10 | 0.90  | MH  |
| Apr-12-10 | *Litigation and Litigation Consulting* - Confer with RSM re: status of 502 stipulation and certificate of counsel re: same                                                                        | 0.10  | LLC |
|           | *Litigation and Litigation Consulting* - Review proposed stipulated consumer protection order, prepare certificate of counsel re: same; confer with RSM                                           | 0.70  | LLC |
|           | *Litigation and Litigation Consulting* - Revise, finalize, e-file and coordinate service of certificate of counsel re: proposed stipulated consumer protection order                              | 0.60  | LLC |
|           | *Litigation and Litigation Consulting* - E-mail from RSM re: providing certificate of counsel to co-counsel and e-mail to KC re: same                                                             | 0.20  | LLC |
|           | *Litigation/Adversary Proceedings (Non-Claims)* - Conference with LLC re: filing certificate of counsel                                                                                            | 0.10  | RSM |
|           | *Litigation/Adversary Proceedings (Non-Claims)* - Review draft certificate of counsel                                                                                                              | 0.10  | RSM |
| Apr-13-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review subpoena notices; e-mail to Ms. Irving                                                                                                    | 0.20  | RSM |
|           | *Litigation/Adversary Proceedings (Non-Claims)* - Review court order; e-mail to co-counsel                                                                                                         | 0.20  | RSM |
| Apr-15-10 | *Fee Applications, Applicant* - Review fee app for March 2010 for filing                                                                                                                          | 0.10  | LLC |
|           | *Case Administration* - Update fee app/cno filed chart                                                                                                                                             | 0.10  | MH  |
|           | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Mar. 10 fee application                                                                                                     | 0.50  | MH  |
| Apr-30-10 | *Fee Applications, Others* - E-mail from J. Morse re: interim order for quarterly fee app                                                                                                         | 0.10  | LLC |
|           | *Fee Applications, Applicant* - E-mail from D. Laskin re: draft interim order for quarterly fee apps                                                                                              | 0.10  | LLC |
|           | *Fee Applications, Applicant* - E-mail to M. Hedden re: review of interim order regarding quarterly fee apps                                                                                      | 0.10  | LLC |
|           | Totals                                                                                                                                                                                             | 7.50  |     |

### DISBURSEMENTS

|           |                                              |        |
|-----------|----------------------------------------------|--------|
| Apr-05-10 | Photocopy Cost                               | 0.50   |
|           | Blue Marble - hand deliveries (Inv # 13331)  | 598.50 |
| Apr-07-10 | Photocopy Cost                               | 1.00   |
|           | Photocopy Cost                               | 5.00   |
|           | postage  5 @ 1.05                            | 5.25   |
| Apr-08-10 | Photocopy Cost                               | 1.00   |
|           | Photocopy Cost                               | 5.00   |
|           | postage  5 @ 1.05                            | 5.25   |
| Apr-09-10 | First State Deliveries - hand deliveries     | 32.00  |
|           | First State Deliveries - hand deliveries     | 32.00  |
| Apr-12-10 | Photocopy Cost                               | 1.40   |
|           | Photocopy Cost                               | 0.50   |
|           | Photocopy Cost                               | 0.80   |
|           | Photocopy Cost                               | 0.70   |
|           | Photocopy Cost                               | 3.80   |

**Invoice No. 35198**　　　　　　　　**Page 4 of 4**　　　　　　　　**May 15, 2010**

| | | |
|---|---|---:|
| Apr-14-10 | Blue Marble - cc 84.00; service 318.22 (Inv #40389) | 402.22 |
| | Pacer Service Center - 1/1/10-3/31/10 (RSM) Account # FJ0091 | 18.88 |
| Apr-15-10 | Photocopy Cost | 21.00 |
| | postage 5 @ 1.39 | 6.95 |
| Apr-20-10 | First State Deliveries - hand deliveries | 32.00 |
| | Totals | $1,173.75 |
| | **Total Fees & Disbursements** | **$2,946.75** |