IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       : Jointly Administered
         Debtors.                                                      :
                                                                       : Ref. Docket Nos. 6554, 6658 & 6703
---------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER RESOLVING DEBTORS' TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 2209 FILED BY THE MARICOPA COUNTY TREASURER**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies as follows:

1. On November 15, 2007, the Maricopa County Treasurer ("Maricopa County") filed claim number 2209 ("Claim 2209") against American Home Mortgage Corp. (Case No. 07-11051). By Claim 2209, Maricopa County asserts a secured claim in the amount of $105,257.77 on account of unpaid real property taxes.

2. On November 10, 2008, the Debtors filed their Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 6554]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge Claim 2209 on the grounds that the Debtors' books and records indicated that all outstanding taxes

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

owed to Maricopa County on account of Claim 2209 had been paid in full and/or the claimed taxes were not the responsibility of the Debtors.

3. Maricopa County filed a response [Docket No. 6658] to the Objection pursuant to which it contended that $10,808.27 remained due and owing by the Debtors on account of certain parcels identified in Claim 2209. On December 10, 2008, the Court entered an order [Docket No. 6703] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 2209.

4. Following good faith negotiations and further review of the relevant records, the parties have agreed that Claim 2209 should be expunged and disallowed in its entirety on the grounds that the claimed taxes have been paid in full and/or the applicable parcels are not held in the name of the Debtors.

5. A proposed form of order (the "Proposed Order") reflecting this agreement is attached hereto as Exhibit A. Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: May 18, 2010
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :  Jointly Administered
     Debtors.                                                          :
                                                                       :  Ref. Docket Nos. 6554, 6658 & 6703
                                                                       :
---------------------------------------------------------------------- x

## CONSENSUAL ORDER RESOLVING DEBTORS' TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 2209 FILED BY THE MARICOPA COUNTY TREASURER

Upon consideration of the twenty-second omnibus (substantive) claims objection (the "Objection") [Docket No. 6554] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto [Docket No. 6658] filed by the Maricopa County Treasurer; and the Court having entered an order [Docket No. 6703] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 2209 ("Claim 2209") filed by the Maricopa County Treasurer; and the Debtors and the Maricopa County Treasurer having agreed that Claim 2209 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 2209 is expunged and disallowed in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2010

                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE