## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------

|  |  |
|---|---|
| In re: | :   Chapter 11 |
|  | : |
|  | :   Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.*[1] | :   (Jointly Administered) |
|  | : |
| Debtors. | :   **Objections Due:  June 8, 2010 @ 4:00 p.m.** |
|  | :   **Hearing Date:  Only in the Event of an Objection** |

------------------------------------------------------------------

### NOTICE OF THIRTY-FIRST MONTHLY FEE APPLICATION OF BDO SEIDMAN, LLP FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF APRIL 1, 2010 THROUGH APRIL 30, 2010

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On May 19, 2010, the Thirty-First Monthly Fee Application of BDO Seidman, LLP, Financial Advisors to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* (the "*Committee*"), for Compensation and Reimbursement of Expenses for the Period of April 1, 2010 through April 30, 2010 ("*Fee Application*") was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware  19801 (the "*Bankruptcy Court*"). By the Fee Application, BDO Seidman, LLP ("*BDO*") seeks interim allowance of compensation in the amount of $58,472.50, payment of interim compensation in the amount of $46,778.00 (80% of $58,472.50), and reimbursement of expenses in the amount of $1,734.72 incurred in its capacity as financial advisor to the Committee during the period of April 1, 2010 through April 30, 2010.

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **June 8, 2010 at 4:00 p.m. (EDT)**.  Copies of the Fee Application are available upon written request to the undersigned.

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

A hearing on the Fee Application shall be held only in the event timely objections are filed.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Expense Reimbursement of Professionals and Committee Members, in the absence of any objection or responsive pleading to the Fee Application, BDO is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtors are authorized to pay BDO an amount equal to $46,778.00 (80% of $58,472.50) in interim compensation and 100% of the expenses ($1,734.72) requested in the Fee Application. If an objection to the Fee Application is timely filed and served, the Debtors shall be authorized to pay BDO 80% of the fees and 100% of the expenses not subject to the objection.

Dated:      May 19, 2010                    BLANK ROME LLP


                                            By:    /s/ Bonnie Glantz Fatell
                                                   Bonnie Glantz Fatell (DE No. 3809)
                                                   Victoria A. Guilfoyle (DE No. 5183)
                                                   1201 Market Street, Suite 800
                                                   Wilmington, DE  19801
                                                   Telephone:  (302) 425-6400
                                                   Facsimile:  (302) 425-6464

                                                            and

                                                   HAHN & HESSEN LLP
                                                   Mark S. Indelicato
                                                   Mark T. Power
                                                   488 Madison Avenue
                                                   New York, NY 10022
                                                   Telephone:  (212) 478-7200
                                                   Facsimile:  (212) 478-7400

                                                   *Counsel for the Official Committee of Unsecured Creditors*