**AMERICAN HOME MORTGAGE**
**Time Summary**
**April 1, 2010 to April 30, 2010**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 26.5 | 610.00 | 16,165.00 |
| MICHELE MICHAELIS | DIRECTOR | 33.0 | 450.00 | 14,850.00 |
| CHRIS AWONG | SENIOR | 14.3 | 275.00 | 3,932.50 |
| MATTHEW J STEWART | SENIOR | 94.3 | 240.00 | 22,632.00 |
| NAUSHON E VANDERHOOP | SENIOR | 0.8 | 190.00 | 152.00 |
| ALAINA D MASLER | STAFF | 0.7 | 180.00 | 126.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 2.5 | 150.00 | 375.00 |
| | **SUBTOTAL:** | **172.1** | | **$58,232.50** |
| TRAVEL TIME: Billed @ ½ rate | | | | |
| MATTHEW J STEWART | SENIOR | 2.0 | 120.00 | 240.00 |
| | **SUBTOTAL:** | **2.0** | | **240.00** |
| | **TOTAL:** | **174.1** | | **$58,472.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2010 to April 30, 2010

**A.    ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2010 | M.M. | Reviewed information related to Metaventa claim and preference. | 1.1 |
| 4/1/2010 | M.S. | Correspondences with various AHM personnel re: claims. | 0.4 |
| 4/27/2010 | M.S. | Reviewed updated claims analysis prepared by the Debtors. | 0.4 |
| | | **TOTAL:** | **1.9** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 1.1 | 450.00 | 495.00 |
| M. STEWART (M.S.) | 0.8 | 240.00 | 192.00 |
| **TOTAL:** | **1.9** | | **687.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

**B.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/10/2010 | D.B. | Reviewed e-mails and supporting documents re: Maryland Tax Refund hearing. | 0.4 |
| | | **TOTAL:** | **0.4** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.4 | 610.00 | 244.00 |
| **TOTAL:** | **0.4** | | **244.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

**C.     PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/2/2010 | C.A. | Responded to various questions related to preference Defendants Radian Guaranty and Pure LLC. | 1.1 |
| 4/6/2010 | C.A. | Per request from Counsel, investigated inter-company transaction between the Debtors and a non-Debtor entity (SPV II) regarding payments made to preference Defendant Elite Fire Protection. | 0.9 |
| 4/7/2010 | C.A. | Per request from Counsel, investigated and researched the Debtors' records (including invoices) to determine the reason for credits issued by preference Defendant Della Femina during the preference period.  Consulted with the Debtors and responded to Counsel. | 1.7 |
| 4/15/2010 | M.M. | Reviewed current correspondence re: preferences. | 0.2 |
| 4/16/2010 | C.A. | Per request from Counsel, researched the Debtors' check register and A/P system to determine why the payments in the historical and preference period to preference Defendant Drew & Rogers appear erratic.  Researched sample invoices and drafted an e-mail of observations, and coordinated response with the Debtors. | 2.3 |
| 4/21/2010 | C.A. | Per request from Counsel, confirmed that the check payment to preference Defendant OCWEN Bank was related to loan funding, and hence should not be pursued. Coordinated response with Counsel, reviewed supporting documentation, and communicated findings to Counsel. | 1.6 |
| 4/21/2010 | C.A. | Per request from Counsel, investigated whether certain property was leased or owned by AHM in regards to the J. Laurie Commercial Floors preference matter. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2010 to April 30, 2010

## C.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/22/2010 | M.M. | Reviewed preference related data. | 0.2 |
| 4/26/2010 | C.A. | Per request from Counsel, researched why the invoices in the preference period were so much larger than in the historical period for vendor Sprint.  Coordinated response with the Debtors. | 1.7 |
| 4/27/2010 | C.A. | Per request from Counsel, investigated preference Defendant's assertion that the payments made in the preference period were made to various franchisees, and not to one particular entity.  Reviewed various invoices, Debtors' records, checks, and internet resources, and communicated results to Counsel. | 2.8 |
| 4/28/2010 | C.A. | Per request from Counsel and in relation to preference Defendant CT Networks, reviewed Plaintiff's response to Defendant's interrogatories and provided notarized verification statement. | 1.1 |
| 4/28/2010 | C.A. | Per request from Counsel and in relation to preference Defendant ILINC Communications, assisted Plaintiff's Counsel in responding to Defendant's interrogatories. | 0.7 |
| 4/28/2010 | C.A. | Per request from Counsel and in relation to preference Defendant United Van Lines, provided copies of select invoices. | 0.2 |
| 4/28/2010 | M.M. | Revisited newest preference settlement data. | 0.2 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### April 1, 2010 to April 30, 2010

**C.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/29/2010 | M.M. | Reviewed correspondence re: preference and litigation settlements. | 0.2 |
| | | **TOTAL:** | **15.1** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 0.8 | 450.00 | 360.00 |
| C. AWONG (C.A.) | 14.3 | 275.00 | 3,932.50 |
| **TOTAL:** | **15.1** | | **4,292.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

**D.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2010 | M.M. | Prepared update on cause of action and discussed with counsel reply from D&T counsel. | 0.4 |
| 4/1/2010 | M.S. | Prepared and reviewed information related to the causes of action investigation. | 1.1 |
| 4/6/2010 | M.S. | Reviewed work papers relating to the causes of action investigation. | 3.3 |
| 4/7/2010 | M.M. | Reviewed information related to Gain/Loss recognition. | 1.8 |
| 4/7/2010 | M.S. | Prepared causes of action investigation report for D. Berliner and M. Michaelis. | 1.6 |
| 4/7/2010 | M.S. | Reviewed information received from the Debtors re: 12/31/06 historical financial statements. | 2.6 |
| 4/8/2010 | M.M. | Reviewed gain/loss issues. | 1.1 |
| 4/8/2010 | M.S. | Prepared causes of action investigation report for D. Berliner and M. Michaelis. | 1.4 |
| 4/8/2010 | M.S. | Reviewed information received from the Debtors re: 12/31/06 historical financial statements. | 3.4 |
| 4/8/2010 | M.S. | Reviewed information received from the Debtors re: 12/31/06 historical financial statements. | 0.8 |
| 4/9/2010 | M.M. | Reviewed and discussed status of D7T actions. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2010 to April 30, 2010

### D.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/9/2010 | M.S. | Prepared causes of action investigation report for D. Berliner and M. Michaelis. | 3.4 |
| 4/9/2010 | M.S. | Reviewed information received from the Debtors re: 12/31/06 historical financial statements. | 1.7 |
| 4/12/2010 | M.M. | Discussion with M. Stewart re: gain/loss report and FASB 140 issues. | 0.6 |
| 4/12/2010 | M.M. | Reviewed FASB 140 issues. | 1.9 |
| 4/12/2010 | M.S. | Discussions with M. Michaelis re: causes of action investigation. | 0.6 |
| 4/12/2010 | M.S. | Prepared causes of action investigation report for D. Berliner and M. Michaelis. | 3.6 |
| 4/12/2010 | M.S. | Reviewed documents relating to the causes of action investigation. | 3.3 |
| 4/13/2010 | D.B. | Reviewed information on AHM gain on sale of mortgage loans in preparation for call with counsel 4/14/2010. | 2.8 |
| 4/13/2010 | M.S. | Prepared for and meeting with M. Michaelis re: case updates and causes of action investigation. | 1.3 |
| 4/13/2010 | M.S. | Prepared materials related to the causes of action investigation. | 1.8 |
| 4/13/2010 | M.S. | Prepared report based on findings for the causes of action investigation. | 1.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2010 to April 30, 2010

**D.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/14/2010 | A.M. | Worked on report regarding FAS 140 and accounting treatment of sales of mortgage loans. | 0.7 |
| 4/14/2010 | D.B. | Reviewed in process draft of memo to file re: gain on sale of loans to prepare for conference call. | 2.1 |
| 4/14/2010 | M.M. | Discussion with A. LaMalfa re: FASB 140. | 0.4 |
| 4/14/2010 | M.M. | Reviewed issues raised by PCAOB regarding gains and losses. | 1.4 |
| 4/14/2010 | M.S. | Meeting with counsel, D. Berliner and M. Michaelis re: causes of action investigation. | 0.8 |
| 4/14/2010 | M.S. | Meeting with D. Berliner and M. Michaelis re: causes of action investigation. | 0.5 |
| 4/14/2010 | M.S. | Prepared for and meeting with Michaelis re: causes of action investigation. | 0.7 |
| 4/14/2010 | M.S. | Prepared report based on additional findings for the causes of action investigation. | 3.2 |
| 4/14/2010 | M.S. | Reviewed SFAS No. 140 and related documentation. | 2.8 |
| 4/15/2010 | D.B. | Finalized review of in-process draft of memo to files re: gain on sale of loans and prepared comments for staff; reviewed FAS140 pronouncement for UCC investigation. | 1.5 |
| 4/15/2010 | M.S. | Prepared the causes of action investigation memo for counsel. | 3.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

**D.     LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/16/2010 | D.B. | Met with M. Michaelis and M. Stewart re: comments and issues on gain on sale of loans memo. | 0.6 |
| 4/16/2010 | D.B. | Reviewed revised draft of memo to counsel on gain on sale issue and e-mail to Hahn & Hessen. | 1.8 |
| 4/16/2010 | M.M. | Reviewed memo re: gain on sale provided to Counsel and potential counteroffer from D&T. | 1.4 |
| 4/16/2010 | M.S. | Correspondences with D. Berliner and M. Michaelis re: causes of action investigation. | 0.3 |
| 4/16/2010 | M.S. | Prepared materials related to the causes of action investigation. | 1.3 |
| 4/16/2010 | M.S. | Prepared report based on findings for the causes of action investigation. | 3.7 |
| 4/16/2010 | M.S. | Reviewed revised report for counsel based on findings during the causes of action report. | 1.6 |
| 4/19/2010 | M.S. | Prepared materials for the causes of action investigation. | 2.2 |
| 4/20/2010 | M.S. | Prepared materials related to the causes of action investigation. | 0.8 |
| 4/21/2010 | M.M. | Revisited data re: D&T settlement negotiations. | 0.3 |
| 4/21/2010 | M.M. | Reviewed correspondence with counsel re: D&T and current updates. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2010 to April 30, 2010

**D.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/21/2010 | M.S. | Prepared materials related to the causes of action investigation. | 0.5 |
| 4/22/2010 | D.B. | Reviewed additional information on gain/loss issue to prepare for conference call with counsel re: D&T counteroffer. | 1.5 |
| 4/22/2010 | M.M. | Discussed with D. Berliner status of D&T investigation and settlement talks. | 0.3 |
| 4/22/2010 | M.S. | Prepared materials related to the causes of action investigation. | 0.8 |
| 4/23/2010 | D.B. | Reviewed additional information on gain/loss issue to prepare for conference call with counsel re: D&T counteroffer. | 0.6 |
| 4/26/2010 | M.S. | Meeting with D. Berliner and M. Michaelis re: causes of action investigation. | 0.2 |
| 4/30/2010 | M.M. | Reviewed correspondence regarding mitigation hearing. | 0.1 |
| 4/30/2010 | M.M. | Reviewed information relative to upcoming hearing. | 0.2 |
| | | **TOTAL:** | **76.3** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2010 to April 30, 2010

**D.      LITIGATION CONSULTING**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 10.9 | 610.00 | 6,649.00 |
| M. MICHAELIS (M.M.) | 10.4 | 450.00 | 4,680.00 |
| M. STEWART (M.S.) | 54.3 | 240.00 | 13,032.00 |
| A. MASLER (A.M.) | 0.7 | 180.00 | 126.00 |
| **TOTAL:** | **76.3** | | **24,487.00** |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### April 1, 2010 to April 30, 2010

## E.      ASSET SALE/AUCTION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2010 | M.S. | Discussions with AHM employees re: gain on sale and loan sales. | 0.4 |
| 4/6/2010 | M.M. | Met with M. Stewart re: status update re: bank and gain on sale issues. | 0.7 |
| 4/6/2010 | M.M. | Reviewed correspondence on gain on sale issues. | 0.3 |
| 4/8/2010 | M.M. | Revisited files regarding Bank Sale. | 0.4 |
| 4/13/2010 | M.S. | Analyzed Debtors' historical gain on sale accounts and loan sale information | 3.4 |
| 4/15/2010 | D.B. | Reviewed 3/31/2010 Financial Statement of AH Bank and estimated liquidation analysis of bank. | 0.7 |
| 4/16/2010 | M.M. | Discussed "next steps" for bank sale with D. Berliner. | 0.2 |
| 4/16/2010 | M.S. | Analyzed Debtors' historical gain on sale accounts and loan sale information | 1.2 |
| 4/16/2010 | M.S. | Reviewed documents and materials provided by the Debtors related to loan sale information. | 0.7 |
| 4/18/2010 | M.S. | Reviewed and analyzed 2006/2007 loan sale information. | 1.8 |
| 4/20/2010 | M.M. | Discussed bank sale and other current issues to be reviewed with Debtors. | 0.2 |
| 4/21/2010 | M.M. | Revisited previous budgets for data on asset sale settlements and recoveries. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

**E.      ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/26/2010 | M.M. | Discussed current status of bank liquidation or sale and claims process for parent. | 0.7 |
| | | **TOTAL:** | **11.1** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.7 | 610.00 | 427.00 |
| M. MICHAELIS (M.M.) | 2.9 | 450.00 | 1,305.00 |
| M. STEWART (M.S.) | 7.5 | 240.00 | 1,800.00 |
| **TOTAL:** | **11.1** | | **3,532.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2010 to April 30, 2010

**F.     MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2010 | D.B. | Telephone call with S. Martinez re: AH Bank status and next steps. | 0.3 |
| 4/1/2010 | M.M. | Participated on call with Debtors and BDO re: Bank sale update. | 0.4 |
| 4/1/2010 | M.M. | Corresponded with staff and Debtors re: current updates. | 0.6 |
| 4/1/2010 | M.S. | Discussions with AHM employees: CNI and Melville reinsurance. | 0.2 |
| 4/1/2010 | M.S. | Meetings with the Debtors and the future liquidating Trustee. | 2.5 |
| 4/1/2010 | M.S. | Conference call with S. Martinez and D. Berliner re: Bank. | 0.4 |
| 4/1/2010 | M.S. | Various meetings and discussions with S. Martinez re: Bank, company information, Ross and other items. | 1.0 |
| 4/1/2010 | M.S. | Work sessions with AHM employees re: corporate structure. | 1.2 |
| 4/2/2010 | M.S. | Discussions with S. Martinez, N. Nesi, and Trustee's representative re: Maryland issue. | 0.8 |
| 4/6/2010 | M.M. | Participated in conference call with Debtors re: status update. | 0.3 |
| 4/6/2010 | M.S. | Conference call with the Debtors and M. Michaelis re: Bank, Ross, claims and loan sales. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

**F.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/6/2010 | M.S. | Various meetings and discussions with S. Martinez re: Bank, company information, Ross and other items. | 0.6 |
| 4/8/2010 | M.S. | Correspondences with Debtors re: historical financial information. | 0.4 |
| 4/9/2010 | M.M. | Corresponded with Debtors and staff re: bank deal. | 0.2 |
| 4/12/2010 | D.B. | Reviewed e-mail from S. Martinez re: Bank sale status update. | 0.1 |
| 4/12/2010 | M.S. | Correspondences with the Debtors and D. Berliner and M. Michaelis re: loan sales. | 0.3 |
| 4/13/2010 | D.B. | Telephone call with S. Martinez re: case status update. | 0.3 |
| 4/13/2010 | M.M. | Call with Debtor/Zolfo re: current update on Bank and other open issues. | 0.8 |
| 4/13/2010 | M.S. | Conference call with the Debtors to discuss outstanding case issues. | 0.5 |
| 4/15/2010 | M.S. | Meetings with the Debtors and the future liquidating Trustee. | 1.5 |
| 4/15/2010 | M.S. | Work sessions with AHM employees re: causes of action | 1.8 |
| 4/15/2010 | M.S. | Correspondences with the Debtors re: various loan information. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2010 to April 30, 2010

**F.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/19/2010 | M.S. | Correspondences with the Debtors re: loan trade information. | 0.2 |
| 4/20/2010 | M.M. | Corresponded with Debtors re: update call. | 0.2 |
| 4/20/2010 | M.S. | Various discussions with the Debtors, M. Michaelis and D. Berliner re: bank and case planning. | 0.5 |
| 4/21/2010 | D.B. | Telephone call and e-mails with K. Nystrom re: case status and Waterfield fees for BDO. | 0.4 |
| 4/21/2010 | M.M. | Call with Debtors re: status update on Bank and other issues. | 0.3 |
| 4/26/2010 | M.S. | Conference call with the Debtors re: causes of action investigation. | 0.6 |
| 4/27/2010 | M.S. | Correspondences with Debtors and D. Berliner re: weekly call. | 0.2 |
| 4/28/2010 | D.B. | Telephone call with S. Martinez re: case status and issues. | 0.6 |
| 4/28/2010 | M.M. | Conference call with Debtors re: bank update and case status update. | 0.8 |
| 4/28/2010 | M.S. | Conference call with the Debtors re: case updates. | 1.0 |
| | | **TOTAL:** | **19.6** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

**F.      MEETINGS - DEBTOR**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.7 | 610.00 | 1,037.00 |
| M. MICHAELIS (M.M.) | 3.6 | 450.00 | 1,620.00 |
| M. STEWART (M.S.) | 14.3 | 240.00 | 3,432.00 |
| **TOTAL:** | **19.6** | | **6,089.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

## G.      REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/6/2010 | M.S. | Reviewed update to counsel prepared by M. Michaelis. | 0.2 |
| 4/8/2010 | M.M. | Discussed preparation of report to Committee with M. Stewart. | 0.5 |
| 4/12/2010 | M.M. | Prepared report to Committee. | 1.9 |
| 4/13/2010 | M.M. | Edited report to Committee. | 3.9 |
| 4/13/2010 | M.S. | Prepared Committee update report for 4/15/10 re: Bank, remaining loan sales and Effective Date analysis. | 2.3 |
| 4/14/2010 | D.B. | Reviewed and edited initial draft of report to UCC re: case status update. | 1.6 |
| 4/14/2010 | M.M. | Reviewed and edited report to Committee. | 2.2 |
| 4/14/2010 | M.S. | Reviewed and revised the Committee update report based on D. Berliner's edits. | 1.6 |
| 4/15/2010 | D.B. | Updated report to UCC to incorporate AH Bank Liquidation Analysis and finalized BDO Report to UCC. | 1.8 |
| 4/15/2010 | M.M. | Reviewed correspondence related to Committee update. | 0.3 |
| 4/15/2010 | M.S. | Prepared Committee update report for 4/15/10. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

## G.      REPORT PREPARATION

| Date | Name | Description | | Time |
|------|------|-------------|--|------|
| | | | **TOTAL:** | **16.7** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.4 | 610.00 | 2,074.00 |
| M. MICHAELIS (M.M.) | 8.8 | 450.00 | 3,960.00 |
| M. STEWART (M.S.) | 4.5 | 240.00 | 1,080.00 |
| **TOTAL:** | **16.7** | | **7,114.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2010 to April 30, 2010

### H.    MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/15/2010 | D.B. | Prepared for and presented BDO Report to UCC on Committee conference call. | 1.1 |
| 4/15/2010 | M.S. | Conference call with the Committee re: bank, cash, and ongoing litigations. | 0.8 |
| | | **TOTAL:** | **1.9** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.1 | 610.00 | 671.00 |
| M. STEWART (M.S.) | 0.8 | 240.00 | 192.00 |
| **TOTAL:** | **1.9** | | **863.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

## I.      BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2010 | D.B. | E-mails with M. Stewart at Debtor office re: AH Bank issues, work to be done and next steps with UCC investigation. | 0.4 |
| 4/1/2010 | M.M. | Discussed e-discovery issues and proposal re: document maintenance. | 0.8 |
| 4/1/2010 | M.S. | Prepared materials for C. Sabol and N. Nesi re: AHM corporate structure. | 2.2 |
| 4/1/2010 | M.S. | Reviewed 8-k related to the Servicing Business acquisition. | 0.4 |
| 4/1/2010 | M.S. | Prepared update for the Trustee on various case items. | 0.8 |
| 4/1/2010 | M.S. | Prepared update for D. Berliner re: Bank and Milestone. | 0.7 |
| 4/6/2010 | M.S. | Reviewed cash flow forecast provided by the Debtors and Effective Date analysis. | 0.6 |
| 4/6/2010 | M.S. | Prepared for and meeting with M. Michaelis re: case updates. | 0.5 |
| 4/7/2010 | M.M. | Revisited prior effective date cash. | 0.2 |
| 4/9/2010 | M.M. | Reviewed updated budget. | 0.3 |
| 4/9/2010 | M.S. | Reviewed cash flow forecast provided by the Debtors today. | 0.3 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

## I.      BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/12/2010 | D.B. | Reviewed docket report for period 3/22/2010 thru 4/9/2010, objections to settlement with Deutsche Bank filed by Borrowers Paula Rush & Jacksons and AHM motion to approve stipulation with Wells Fargo to resolve cure claim. | 0.6 |
| 4/12/2010 | D.B. | Met with M. Michaelis and/or M. Stewart re: status of loan sale, UCC investigation and report to UCC. | 0.4 |
| 4/13/2010 | M.S. | Reviewed documents and materials provided by the Debtors related to loan sale information. | 1.1 |
| 4/14/2010 | M.S. | Reviewed Effective Date analysis and cash flow updates. | 0.8 |
| 4/15/2010 | M.S. | Reviewed PCAOB public reports. | 0.8 |
| 4/19/2010 | D.B. | Reviewed cash flow budget for period 4/9 through 7/2/2010. | 0.2 |
| 4/19/2010 | M.M. | Reviewed revised budget. | 0.2 |
| 4/19/2010 | M.M. | Discussed status of litigation proceedings. | 0.2 |
| 4/19/2010 | M.S. | Reviewed trade commitment letters during December 2006. | 1.2 |
| 4/20/2010 | M.S. | Reviewed cash flow forecast and Effective Date analyses. | 0.7 |
| 4/21/2010 | M.S. | Meeting with D. Berliner and M. Michaelis re: Bank and cash flow. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

## I.      BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/23/2010 | M.S. | Reviewed docket and related filings. | 0.4 |
| 4/26/2010 | M.M. | Reviewed revised budget through effective date. | 0.4 |
| 4/26/2010 | M.S. | Reviewed cash flow forecast and Effective Date analyses. | 0.4 |
| 4/28/2010 | M.M. | Reviewed overall effect of extended time for bank close and objections settlement on effective date. | 0.6 |
| 4/28/2010 | M.S. | Reviewed cash flow forecast received by the Debtors. | 0.3 |
| 4/29/2010 | D.B. | Reviewed analysis of cash flow and available cash through July 2010. | 0.2 |
| 4/29/2010 | M.M. | Reviewed updated information summaries. | 0.4 |
| 4/29/2010 | M.S. | Correspondences with D. Berliner and the Debtors re: various issues. | 0.3 |
| 4/30/2010 | D.B. | Reviewed post-confirmation reports for each Debtor for period 1/1/2010 through 3/31/2010. | 0.3 |
| 4/30/2010 | D.B. | Reviewed docket report for period 4/12 through 4/29/2010, including limited objection of Bank of America to settlement with WL Ross. | 0.2 |
| 4/30/2010 | M.S. | Reviewed cash flow forecast received from the Debtors. | 0.2 |
| | | **TOTAL:** | **17.5** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

**I.      BUSINESS ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.3 | 610.00 | 1,403.00 |
| M. MICHAELIS (M.M.) | 3.1 | 450.00 | 1,395.00 |
| M. STEWART (M.S.) | 12.1 | 240.00 | 2,904.00 |
| **TOTAL:** | **17.5** | | **5,702.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

**J.      COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2010 | D.B. | E-mails with J. McCahey and R. Malatek re: D&T inquiry; discussed issues with M. Michaelis to responded to Hahn & Hessen. | 0.7 |
| 4/1/2010 | D.B. | Telephone call and e-mails to Hahn & Hessen re: case studies update and AH Bank news. | 0.8 |
| 4/6/2010 | M.M. | Prepared update summary for counsel re: status update. | 0.3 |
| 4/10/2010 | D.B. | Reviewed e-mail from M. Indelicato re: motion from Helen Ford for relief from stay. | 0.1 |
| 4/10/2010 | D.B. | Reviewed e-mail to Hahn & Hessen re: case status update. | 0.1 |
| 4/12/2010 | D.B. | Reviewed e-mails with Hahn & Hessen re: D&T counter offer. | 0.1 |
| 4/14/2010 | D.B. | Conference call with Hahn & Hessen re: D&T counter offer and next steps. | 0.7 |
| 4/14/2010 | M.M. | Conference call with Counsel re: gain and loss summary. | 0.9 |
| 4/16/2010 | D.B. | Reviewed e-mail from E. Schnitzer re: settlements of 11 preference actions. | 0.2 |
| 4/16/2010 | D.B. | Telephone call and e-mails with J. McCahey re: D&T counteroffer. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

**J.      COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/19/2010 | D.B. | Telephone call with J. McCahay re: draft BDO report and counter to D&T offer. | 0.1 |
| 4/21/2010 | D.B. | E-mails with Hahn & Hessen re: case status, update and D&T counter offer. | 0.5 |
| 4/22/2010 | D.B. | Reviewed e-mail from E. Schnitzer to UCC re: additional preferences settlements. | 0.1 |
| 4/26/2010 | D.B. | Conference call with Hahn & Hessen re: D&T counter offer and potential response. | 0.6 |
| 4/26/2010 | M.M. | Prepared for and participated in conference call with counsel re: cause of action. | 1.1 |
| 4/28/2010 | D.B. | E-mail to Hahn & Hessen re: case status & issues. | 0.3 |
| 4/29/2010 | D.B. | E-mails with E. Schnitzer re: preference mediation strategy inquiry on AHM entity and e-mail to UCC re: May 4 hearing. | 0.3 |
| 4/30/2010 | D.B. | E-mail from M. Indelicato re: recent court filings. | 0.1 |
| | | **TOTAL:** | **7.1** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**April 1, 2010 to April 30, 2010**

**J.      COUNSEL DISCUSSIONS & COURT HEARINGS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.8 | 610.00 | 2,928.00 |
| M. MICHAELIS (M.M.) | 2.3 | 450.00 | 1,035.00 |
| **TOTAL:** | **7.1** | | **3,963.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2010 to April 30, 2010

### K.      FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/7/2010 | M.G. | Prepared March monthly data. | 0.6 |
| 4/8/2010 | M.G. | Prepared March monthly data. | 1.2 |
| 4/13/2010 | M.G. | Prepared March monthly application. | 0.7 |
| 4/16/2010 | N.V. | Reviewed and edited March 2010 time detail; updated project categories. | 0.6 |
| 4/20/2010 | D.B. | Reviewed and approved 30th monthly application of BDO for compensation and services rendered as FA to UCC for March 2010 and Berliner Declaration. | 1.2 |
| 4/21/2010 | N.V. | Reviewed updated March 2010 application. | 0.2 |
| | | **TOTAL:** | **4.5** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.2 | 610.00 | 732.00 |
| N. VANDERHOOP (N.V.) | 0.8 | 190.00 | 152.00 |
| M. GOMEZ (M.G.) | 2.5 | 150.00 | 375.00 |
| **TOTAL:** | **4.5** | | **1,259.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### April 1, 2010 to April 30, 2010

**L.    TRAVEL TIME**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2010 | M.S. | Travel time to and from Melville Long Island. | 1.0 |
| 4/15/2010 | M.S. | Travel time to and from Melville Long Island. | 1.0 |
| | | **TOTAL:** | **2.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 2.0 | 120.00 | 240.00 |
| **TOTAL:** | **2.0** | | **240.00** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
April 1, 2010 through April 30, 2010

1.    PHOTOCOPYING
    a.    Internal
    b.    External

2.    TELECOMMUNICATIONS
    a.    Toll Charges
    b.    Facsimile

3.    COURIER, FRIEGHT AND POSTAL SERVICES
*For overnight and hand delivery to Counsel
and Committee members*

4.    COURT REPORTER AND TRANSCRIPTS

5.    TECHNOLOGY SERVICES – *Concordance Database*     $1,500.00
*Monthly Hosting Fee*

6.    OUT-OF-TOWN TRAVEL
    a.    Transportation     213.00
    b.    Lodging
    c.    Meals     21.72

7.    OUTSIDE SERVICES

8.    LOCAL MEALS

9.    LOCAL TRANSPORTATION, TOLLS, MILEAGE
AND PARKING – for cabs to/from meetings, car service
*for employees working after 8:00 p.m. and local mileage
using personal auto*

10.    MISCELLANEOUS

    **TOTAL**     **$1,734.72**

*Details available upon request to BDO.**