IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
      Debtors.                                                         :
                                                                       :   **Ref. Docket Nos. 6554, 6658 & 6703**
                                                                       :
---------------------------------------------------------------------- x

## CONSENSUAL ORDER RESOLVING DEBTORS' TWENTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 2209 FILED BY THE MARICOPA COUNTY TREASURER

Upon consideration of the twenty-second omnibus (substantive) claims objection (the "Objection") [Docket No. 6554] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto [Docket No. 6658] filed by the Maricopa County Treasurer; and the Court having entered an order [Docket No. 6703] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 2209 ("Claim 2209") filed by the Maricopa County Treasurer; and the Debtors and the Maricopa County Treasurer having agreed that Claim 2209 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 2209 is expunged and disallowed in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
___5/21___, 2010

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE