# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
         Debtors.                                                        :
                                                                         :   **Ref. Docket No. ___**
------------------------------------------------------------------------ x

**ORDER SUSTAINING DEBTORS' FIFTY-SIXTH OMNIBUS
(NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the fifty-sixth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, and D attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B, C, and D are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      June __, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claim**

# Exhibit A

## Amended Claim

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| THERIAULT FAZIO, JO ANN<br>480 PRESTWICK LANE<br>WHEELING, IL 60090 | 1979 | 11/12/07 | 07-11051 | - (S)<br>- (A)<br>$1,384.61 (P)<br>- (U)<br>$1,384.61 (T) | 10766 | 9/5/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,307.69 (U)<br>$2,307.69 (T) |
| Totals: | | 1 Claim | | - (S)<br>- (A)<br>$1,384.61 (P)<br>- (U)<br>$1,384.61 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$2,307.69 (U)<br>$2,307.69 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Duplicate Claim**

**Exhibit B**

**Duplicative Claim**

| | Objectionable Claim | | | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| PINKAS, MARCELLA A.<br>4119 CARROLLWOOD VILL DR<br>TAMPA, FL 33618 | 10433 | 7/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$21,887.55 (U)<br>$21,887.55 (T) | Claim is duplicative of claims 9548 and 9549 which have already been accepted and subordinated as per Docket 7234. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$21,887.55 (U)<br>$21,887.55 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Late Filed Claim**

## Exhibit C

## Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| KHAN, SETARA<br>5 SUGAR MAPLE COURT<br>DIX HILLS, NY 11746 | 10767 | 4/5/10 | No Case | $1,571.21 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,571.21 (T) | 1/11/2008 |
| Totals: | 1 Claim | | | $1,571.21 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,571.21 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Wrong Debtor Claims**

## Exhibit D
## Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| CITY OF MILWAUKEE<br>CITY TREASURER - WAYNE F WHITTOW<br>200 E WELLS ST - ROOM 103<br>MILWAUKEE, WI 53202 | 10645 | 12/29/08 | 07-11047 | $1,290.37 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,290.37 (T) | 07-11051 |
| CITY OF STERLING HEIGHTS<br>ATTN JAMES P BUHLINGER, TREASURER<br>40555 UTICA ROAD<br>PO BOX 8009<br>STERLING HEIGHTS, MI 48311-8009 | 9694 | 1/17/08 | 07-11047 | $158.29 (S)<br>- (A)<br>- (P)<br>- (U)<br>$158.29 (T) | 07-11051 |
| DUVAL COUNTY/CITY OF JACKSONVILLE<br>MIKE HOGAN, TAX COLLECTOR<br>C/O EDWARD C. TANNEN, ASST GEN. COUNSEL<br>117 W DUVAL ST, 480 CITY HALL<br>JACKSONVILLE, FL 32202 | 1837 | 10/29/07 | 07-11047 | $117.54 (S)<br>- (A)<br>- (P)<br>- (U)<br>$117.54 (T) | 07-11051 |
| EAGLE SELF STORAGE, INC.<br>ATTN PRESIDENT<br>PO BOX 18185<br>MISSOULA, MT 59808 | 1007 | 9/19/07 | 07-11047 | $406.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$406.00 (T) | 07-11051 |
| LAKE, JEFF<br>6872 STONE RIDGE PL<br>TUCSON, AZ 85750 | 332 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$21,673.17 (U)<br>$21,673.17 (T) | 07-11051 |
| MOBILE COUNTY<br>MARILYN E. WOOD, REVENUE COMMISSIONER<br>PO BOX DRAWER 1169<br>MOBILE, AL 36633-1169 | 1604 | 9/17/07 | 07-11050 | $150.38 (S)<br>- (A)<br>- (P)<br>- (U)<br>$150.38 (T) | 07-11051 |
| NEW HANOVER COUNTY<br>ATTN BONNIE POPE, DEPUTY COLLECTOR<br>P O BOX 18000<br>WILMINGTON, NC 28406 | 2080 | 11/13/07 | No Case | - (S)<br>- (A)<br>$221.43 (P)<br>- (U)<br>$221.43 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims | | | New Case Number |
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Case Number |
| SHERIFF OF WOOD COUNTY<br>PO BOX 1985<br>PARKERSBURG, WV 26102 | 10658 | 1/27/09 | 07-11047 | 07-11051 |
| | | | $274.28 (S)<br>- (A)<br>- (P)<br>- (U)<br>$274.28 (T) | |
| TRANSYLVANIA COUNTY<br>P. O. BOX 747<br>BREVARD, NC 28712 | 10731 | 8/17/09 | No Case | 07-11051 |
| | | | - (S)<br>- (A)<br>$32.04 (P)<br>- (U)<br>$32.04 (T) | |
| Totals: | 9 Claims | | $2,396.86 (S)<br>- (A)<br>$253.47 (P)<br>$21,673.17 (U)<br>$24,323.50 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.