# EXHIBIT II

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

     Debtors.

---------------------------------------------------------------- x

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: **Ref. Docket No. _____**

### ORDER SUSTAINING DEBTORS' FIFTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Fifty-Seventh Omnibus (Substantive) Objection to

Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007,

and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in

possession (the "Debtors"), by which the Debtors respectfully request the entry of an order

pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules

3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in

full or in part, reclassifying, reassigning, modifying, and/or affixing the value of each of the

Disputed Claims[2] identified on Exhibits A, B, C, and D attached hereto; and it appearing that the

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and

adequate notice of the Objection having been given under the circumstances; and sufficient cause

appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit A, is

hereby (i) modified to the dollar values under the column titled "Modified Amount" in Exhibit A

and (ii) reclassified to the priority level indicated in the column titled "Modified Amount" in

Exhibit A; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit B, are

hereby (i) modified to the dollar values under the column titled "Modified Amount" in Exhibit

B; (ii) reclassified to the priority levels indicated in the column titled "Modified Amount" in

Exhibit B; and (iii) reassigned to the new case numbers as indicated in Exhibit B; it is further

ORDERED that the Disputed Claim identified on the attached Exhibit C is hereby

(i) reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit

C; and (ii) reassigned to the new case number as indicated in Exhibit C; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits D are

hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement

this Objection, and to file additional objections to any claims filed in these chapter 11 cases

including, without limitation, the claims that are the subject of this Objection; and it is further

YCST01:9683086.1                                                                                   066585.1001

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      June ____, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Modified Amount Reclassified Claim**

# Exhibit A

## Modified Amount Reclassified Claim

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| MIAMI-DADE COUNTY TAX COLLECTOR<br>BANKRUTPCY UNIT<br>ATTN ALEXIS R. GONZALEZ<br>140 WEST FLAGLER STREET, SUITE 1403<br>MIAMI, FL 33130 | 1396 | 9/28/07 | 07-11051 | $728.20 (S)<br>- (A)<br>$1,015.00 (P)<br>- (U)<br>$1,743.20 (T) | $728.20 (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$1,178.20 (T) | Claim relates to 1999 (Folio 40-041863) and 2005 (Folio 40-139416) Personal Property Tax for two parcels and 2005 (Folio 607684-8) and 2007 (562519-0) Local Business Tax for two additional parcels. The Debtors verified on the claimant's website that the 2007 Local Business Tax for Folio 607684-8 has been paid. The remaining Local Business Tax for 2005, folio 607684-8 has been reclassified to unsecured nonpriority. |
| **Totals:** | 1 Claim | | | $728.20 (S)<br>- (A)<br>$1,015.00 (P)<br>- (U)<br>$1,743.20 (T) | $728.20 (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$1,178.20 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Modified Amount Reclassified Wrong Debtor Claims

# Exhibit B

## Modified Amount, Reclassified, Wrong Debtor Claims

| | | | | Objectionable Claim | | | |
|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
| MORGAN STANLEY MARKET PRODUCTS INC. C/O MORGAN STANLEY & CO., INC. ATTN: RICHE MCKNIGHT, ESQ. 1633 BROADWAY, 25TH FLOOR NEW YORK, NY 10019 | 8158 | 1/10/08 | 07-11051 | $4,975,548.26 (S) - (A) - (P) - (U) $4,975,548.26 (T) | 07-11048 | - (S) - (A) - (P) $153,125.00 (U) $153,125.00 (T) | Per the Debtors' calculations based on the relevant records, the amount owed to the claimant pursuant to the applicable terms and conditions governing the transactions at issue is $4,936,125. As such, the amount allowed should be modified and reduced accordingly. In addition, no basis for secured status exists since the applicable property is no longer in the possession, custody or control of the Debtors, the claimant does not have a lien on any other collateral, and there is no debt owed by the claimant to the Debtors to exercise any setoff rights. Therefore, this claim should be reclassified to a general unsecured claim. Lastly, the Debtors' records indicate that $153,125 of the allowed claim should be assigned to AHM Investment Corp. (Case No. 07-11048) with the remaining balance of the allowed claim ($4,783,000) assigned to AHM Corp. (Case No. 07-11051). Based on the foregoing, this claim should be modified and reduced, reclassified to a general unsecured claim, and apportioned as set forth herein. |
| | | | | | 07-11051 | - (S) - (A) - (P) $4,783,000.00 (U) $4,783,000.00 (T) | |
| THERIAULT-FAZIO, JO ANN 480 PRESTWICK LANE WHEELING, IL 60090 | 10766 | 9/5/07 | No Case | - (S) - (A) - (P) $2,307.69 (U) $2,307.69 (T) | 07-11051 | - (S) - (A) $1,384.61 (P) - (U) $1,384.61 (T) | Claim relates to unused vacation and sick time. Unused sick/personal pay is not payable as per company policy. Accordingly, the Debtors have modified the amount to match the amount owed to claimant on account of unused vacation time and reclassified to priority unsecured. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| Totals: | | | 2 Claims | | $4,975,548.26 (S) | | - (S) |
| | | | | | - (A) | | - (A) |
| | | | | | - (P) | | $1,384.61 (P) |
| | | | | | $2,307.69 (U) | | $4,936,125.00 (U) |
| | | | | | $4,977,855.95 (T) | | $4,937,509.61 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Reclassified Wrong Debtor Claim**

**Exhibit C**

**Reclassified Wrong Debtor Claim**

| | | | | ── Objectionable Claim ── | | | |
|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
| CERTIFIED PROPERTY INSPECTIONS<br>ATTN PRESIDENT<br>3712 N BROADWAY ST # 300<br>CHICAGO, IL 60613 4235 | 5725 | 12/18/07 | 07-11047 | - (S)<br>- (A)<br>$1,780.00 (P)<br>$1,780.00 (U)<br>$1,780.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,780.00 (U)<br>$1,780.00 (T) | The claim should have been asserted against AHM Corp. (07-11051) and no basis for priority status exists under the Bankruptcy Code as claim relates to amounts owed to third-party vendor on account of property inspection services. |
| **Totals:** | **1 Claim** | | | - (S)<br>- (A)<br>$1,780.00 (P)<br>$1,780.00 (U)<br>$1,780.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$1,780.00 (U)<br>$1,780.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**No Liability Claims**

# Exhibit D

## No Liability Claims

| | | Objectionable Claim | | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| MARYLAND DEPT. OF LABOR, LICENSING AND REGULATION OFFICE OF UNEMPLOYMENT INSURANCE 1100 N. EUTAW ST., ROOM 401 BALTIMORE, MD 21201 | 10725 | 6/15/09 | 07-11047 | - (S) - (A) $2,700.00 (P) - (U) $2,700.00 (T) | Claim relates to estimated unemployment insurance tax for 2008. The Debtors did not have any employees of record in Maryland for 2008. The applicable account was closed prior to the claimed tax year and amount owed to claimant is $0. |
| MARYLAND DEPT. OF LABOR, LICENSING AND REGULATION OFFICE OF UNEMPLOYMENT INSURANCE 1100 N. EUTAW ST., ROOM 401 BALTIMORE, MD 21201 | 10748 | 11/30/09 | 07-11047 | - (S) - (A) $5,430.00 (P) - (U) $5,430.00 (T) | Claim relates to estimated unemployment insurance tax for 2008 and 2009. The Debtors did not have any employees of record in Maryland for 2008 and 2009. The account was closed prior to the claimed tax years and amount owed to the claimant is $0. |
| **Totals:** | **2 Claims** | | | - (S) - (A) $8,130.00 (P) - (U) $8,130.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.