

April 30, 2010

Mr. Carlo Colagiacomo
General Counsel
American Home Mortgage Investment Corp.
538 Broad Hollow Road
Melville, NY 11747

Dear Carlo:

Attached is our invoice for management services rendered with respect to American Home
Mortgage Investment Corporation Chapter 11 for the period ended April 30, 2010.

If there are any questions regarding this invoice, please contact Kevin Nystrom at
(212) 561-4025.

Respectfully submitted,

Zolfo Cooper, LLC

Zolfo Cooper, LLC

cc: Matthew Lunn, Esq.
    Young, Conaway, Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor,
    P.O. Box 391
    Wilmington, DE 19899-0391
    and via email: mlunn@ycst.com

290



April 30, 2010

Mr. Carlo Colagiacomo
General Counsel
American Home Mortgage Investment Corp.
538 Broad Hollow Road
Melville, NY  11747

INVOICE

**PLEASE REMIT VIA WIRE TRANSFER**    **E.I.N.  22-2689479**    **Invoice#  0000446-IN**

For management services rendered with respect to American Home Mortgage
Investment Corporation Chapter 11 for the month ended April 30, 2010.

| | | |
|---|---|---:|
| Professional Fees | $ | 141,647.50 |
| Paraprofessional Fees | | 112.50 |
| Total Current Fees | | 141,760.00 |
| Expenses and Other Charges | | 3,978.05 |
| **Invoice Total** | **$** | **145,738.05** |

See Attached Schedules

Wire Instructions:
    Zolfo Cooper, LLC
    PNC Bank
    ABA# 031 207 607
    Acct# 8100588119

ZC ZOLFO COOPER

## PROFESSIONAL FEES

| NAME | RATE | HOURS | PROFESSIONAL FEES |
|------|------|-------|-------------------|
| Kevin Nystrom | $ 775.00 | 64.00 | $ 49,600.00 |
| Bret Fernandes | $ 675.00 | 5.10 | 3,442.50 |
| Scott R. Martinez | $ 550.00 | 161.10 | 88,605.00 |
| **Total Professional Fees** | | **230.20** | $ **141,647.50** |

ZC ZOLFO COOPER

## PARAPROFESSIONAL FEES

| NAME | RATE | HOURS | PARAPROFESSIONAL FEES |
|------|------|-------|----------------------|
| Laurie E. Verry | $ 225.00 | 0.50 | $ 112.50 |
| **Total Paraprofessional Fees** | | **0.50** | $ **112.50** |

ZOLFO COOPER

## EXPENSES AND OTHER CHARGES

| | | |
|---|---|---|
| Travel and Lodging | $ | 3,015.10 |
| Meals | | 532.50 |
| Telephone | | 409.10 |
| Photocopies | | 7.00 |
| Postage and Courier | | 14.35 |
| **Total Expenses and Other Charges** | $ | **3,978.05** |

American Home Mortgage
Description of Current General Responsibilities of ZC Staff

April 30, 2010

| Name | ZC Title | Company Title | Hourly Rate | Current General Responsibilities |
|------|----------|---------------|-------------|----------------------------------|
| K. Nystrom | Managing Director | Chief Restructuring Officer | $775 | Responsible for the day to day oversight of liquidating activities and oversight of the activity at AH Bank. |
| B. Fernandes | Senior Director | Director of Restructuring | $675 | Involved in counterparty negotiations, claim settlements and communications with creditors. |
| S. Martinez | Director | Associate Director | $550 | Cash management and forecasting. Responsible for the day to day oversight of the Estates' personnel. |

**AMERICAN HOME MORTGAGE**
**Time Descriptions**

| Category Code | Service | Description of Service |
|---|---|---|
| 1 | Financing | Preparation of analyses and negotiating to obtain DIP financing, including use of cash collateral and attending related hearings. |
| 2 | Court Reporting | Preparing financial and operating information required by the US Trustee and/or the Court including Statement of Affairs, Schedules of Assets and Liabilities, lists of contracts, interim statements and monthly operating reports. |
| 3 | Chapter 11 Process | Organizing and managing the Debtor's or other parties in interests resources and activities to effectively plan, coordinate, and manage the Chapter 11 process. |
| 4 | Business Operations | Analyzing operations and strategies including the developing, designing, drafting and challenging of forecasts and Business Plan, including related assumptions and rationale and communications with vendors. |
| 5 | Cash Management | Forecasting, planning, controlling and other aspects of managing cash. |
| 6 | Claims Administration | Advising and assisting the Debtor with the development of a claims resolution process including evaluating and selecting a claims processor, responding to specific claims inquiries, analyzing claims, settling claims, assisting in the preparation of motions, orders, stipulations related thereto and attending related hearings. |
| 7 | Unexpired Leases and Executory Contracts | Preparing analyses and advising and assisting the Debtor in valuation, modifications, assumption and rejection of leases and executory contracts including assisting in the preparation and review of related motions, applications, orders, stipulations, and attending hearings related thereto. |
| 8 | Engagement Administration | Maintaining engagement files, preparation of fee applications, invoices and time summaries and responding to inquiries by the US Trustee and other parties in interest. |
| 9 | Asset Analysis | Identification and review of potential assets including causes of action and non-litigation recoveries. |
| 10 | Asset Disposition | Sales, leases (Section 365 matters), abandonment and related transaction work, including equipment lease buyout. |
| 11 | Litigation | Support counsel in identifying, pursuing, or defending various causes of action. |
| 12 | Meetings of creditors | Preparing for and attending the conference of creditors, the Section 341 (a) meeting and other creditors' committee meetings. |
| 13 | DIP Budget Reporting | Developing, designing, and preparing information required under the terms of the DIP agreement. |
| 14 | Secured Lenders Negotiation | Analyzing secured lenders assessments of collateral value, damage claims, and debt calculations and negotiations of settlement of these claims. |
| 15 | Communications matters | Assisting and advising general communications strategies and programs including press releases, letters to interested parties, websites, etc. |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Kevin Nystrom | 4/5/10 | 10 | 0.5 | Review of the AH Bank loans |
| Kevin Nystrom | 4/5/10 | 10 | 0.5 | Discussion with L. Dunham on potential interest in AH Bank |
| Kevin Nystrom | 4/5/10 | 10 | 0.5 | Call on Worth/Diamond diligence efforts |
| Kevin Nystrom | 4/5/10 | 10 | 1.5 | Discussions regarding the updated offer from Worth/Diamond |
| Kevin Nystrom | 4/5/10 | 10 | 1.0 | Estimating the value of holding the AH Bank performing loans |
| | | | 4.0 | |
| Kevin Nystrom | 4/6/10 | 4 | 0.5 | Review of insurance renewal |
| Kevin Nystrom | 4/6/10 | 4 | 0.5 | Renewal of BofA settlement on return of escrow cash |
| Kevin Nystrom | 4/6/10 | 10 | 1.0 | Meeting on steps to market the AH Bank loans |
| Kevin Nystrom | 4/6/10 | 10 | 1.0 | Discussions with L. Dunham on offer for AH Bank |
| | | | 3.0 | |
| Kevin Nystrom | 4/7/10 | 10 | 0.5 | Arrange FICO scores on selected AH Bank loans |
| Kevin Nystrom | 4/7/10 | 4 | 1.5 | Prepare the AH Bank tax provision |
| Kevin Nystrom | 4/7/10 | 10 | 0.5 | Discuss a potential bid from L. Dunham for AH Bank |
| Kevin Nystrom | 4/7/10 | 10 | 0.5 | Discussions regarding the updated offer from Worth/Diamond |
| | | | 3.0 | |
| Kevin Nystrom | 4/8/10 | 4 | 0.5 | Discussion of AH Bank tax provision with F. Kobayashi |
| Kevin Nystrom | 4/8/10 | 10 | 0.5 | Review the FICO scores of the AH Bank loans |
| Kevin Nystrom | 4/8/10 | 10 | 0.5 | Call on Worth/Diamond diligence efforts |
| Kevin Nystrom | 4/8/10 | 10 | 0.5 | Organize the AH Bank loans for potential sale |
| | | | 2.0 | |
| Kevin Nystrom | 4/9/10 | 10 | 1.0 | Discussions with L. Dunham on an offer for AH Bank |
| Kevin Nystrom | 4/9/10 | 10 | 2.0 | Review of offers for the pool of AHM loans |
| | | | 3.0 | |
| Kevin Nystrom | 4/12/10 | 4 | 1.0 | Preparation for the AHM / AH Bank combined BOD meeting |
| Kevin Nystrom | 4/12/10 | 4 | 1.0 | AHM / AH Bank combined BOD meeting |
| Kevin Nystrom | 4/12/10 | 10 | 1.0 | Correspondence with L. Dunham on an offer for AH Bank |
| Kevin Nystrom | 4/12/10 | 10 | 1.0 | Update the AH Bank liquidation analysis |
| | | | 4.0 | |
| Kevin Nystrom | 4/13/10 | 10 | 0.5 | Arranging a meeting with OTS |
| Kevin Nystrom | 4/13/10 | 10 | 0.5 | Correspondence with L. Dunham on an offer for AH Bank |
| Kevin Nystrom | 4/13/10 | 10 | 1.0 | Execution of the sale of AHM loans |
| | | | 2.0 | |
| Kevin Nystrom | 4/14/10 | 4 | 1.0 | Review of the AH Bank March financial statements |
| Kevin Nystrom | 4/14/10 | 10 | 1.0 | Review of a potential offer from Starboard for AH Bank |
| Kevin Nystrom | 4/14/10 | 10 | 1.0 | Correspondence with L. Dunham on an offer for AH Bank |
| Kevin Nystrom | 4/14/10 | 10 | 1.0 | Update the AH Bank liquidation analysis |
| | | | 4.0 | |
| Kevin Nystrom | 4/15/10 | 10 | 1.0 | Arranging a review of the AH Bank artwork |
| Kevin Nystrom | 4/15/10 | 10 | 1.0 | Analysis of the AH Bank loans for sale |
| Kevin Nystrom | 4/15/10 | 10 | 1.0 | Review of the value of the AH Bank investments |
| | | | 3.0 | |
| Kevin Nystrom | 4/16/10 | 11 | 1.0 | Review the motion from P. Rush |
| | | | 1.0 | |
| Kevin Nystrom | 4/19/10 | 4 | 1.0 | Preparation for the AHM / AH Bank combined BOD meeting |
| Kevin Nystrom | 4/19/10 | 4 | 1.0 | AHM / AH Bank combined BOD meeting |
| Kevin Nystrom | 4/19/10 | 10 | 1.0 | Review of the AH Bank liquidation analysis |
| | | | 3.0 | |
| Kevin Nystrom | 4/20/10 | 10 | 1.0 | Meetings with the OTS on the AH Bank plans |
| Kevin Nystrom | 4/20/10 | 4 | 1.0 | Update C. Raffaeli on BOD meeting results |
| Kevin Nystrom | 4/20/10 | 10 | 1.0 | Review the proposed terms from Starboard for AH Bank |
| Kevin Nystrom | 4/20/10 | 10 | 1.0 | Update of the AH Bank loan file review |
| Kevin Nystrom | 4/20/10 | 4 | 1.0 | Analysis of invoices from Cohn Goldberg |
| | | | 5.0 | |
| Kevin Nystrom | 4/21/10 | 4 | 2.0 | Analysis of invoices from Cohn Goldberg |
| Kevin Nystrom | 4/21/10 | 4 | 1.0 | Review of the cash forecast |
| Kevin Nystrom | 4/21/10 | 10 | 0.5 | Update meeting with the UCC |
| Kevin Nystrom | 4/21/10 | 10 | 0.5 | Update on the Waterfield litigation |
| | | | 4.0 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|------|------|------|
| Kevin Nystrom | 4/22/10 | 10 | 1.5 | Review of the AH Bank liquidation plan application |
| Kevin Nystrom | 4/22/10 | 11 | 0.5 | Discussion regarding the Paula Rush motions |
| Kevin Nystrom | 4/22/10 | 10 | 1.0 | Review the AH Bank loan detail and coordinate file preparation |
| Kevin Nystrom | 4/22/10 | 10 | 0.5 | Execute the loan sale agreement |
| | | | 3.5 | |
| Kevin Nystrom | 4/23/10 | 10 | 1.0 | Call on AH Bank mortgage loan file clean-up |
| Kevin Nystrom | 4/23/10 | 10 | 0.5 | Update on the AHM loan sale |
| | | | 1.5 | |
| Kevin Nystrom | 4/26/10 | 10 | 1.0 | Meeting on the requested documentation for the AHM loan sale |
| Kevin Nystrom | 4/26/10 | 4 | 1.0 | Comment on the AH Bank BOD meeting minutes |
| | | | 2.0 | |
| Kevin Nystrom | 4/27/10 | 10 | 2.0 | Call and analysis of the AH Bank liquidation application |
| Kevin Nystrom | 4/27/10 | 11 | 1.5 | Review and comment on the Waterfield affidavit |
| Kevin Nystrom | 4/27/10 | 10 | 1.0 | Update interest and expense claims on the Waterfield litigations |
| Kevin Nystrom | 4/27/10 | 11 | 0.5 | Research release of funds held by legacy Bear Stearns |
| | | | 5.0 | |
| Kevin Nystrom | 4/28/10 | 11 | 1.0 | Preparation for May 4th hearing on subordination claims |
| Kevin Nystrom | 4/28/10 | 11 | 1.0 | Review and comment on the Waterfield affidavit |
| Kevin Nystrom | 4/28/10 | 6 | 1.0 | Review outstanding administrative and priority claims |
| Kevin Nystrom | 4/28/10 | 10 | 0.5 | Discussion on the liquidating trustee of AH Bank |
| Kevin Nystrom | 4/28/10 | 11 | 1.0 | Analysis of a potential settlement with P. Rush |
| Kevin Nystrom | 4/28/10 | 10 | 0.5 | Discussion with the OTS on the AH Bank liquidation application |
| Kevin Nystrom | 4/28/10 | 11 | 1.0 | Analysis of preference settlement parties claiming AH Bank |
| | | | 6.0 | |
| Kevin Nystrom | 4/29/10 | 2 | 1.0 | Review of the quarterly financial filings with the Court |
| Kevin Nystrom | 4/29/10 | 11 | 1.0 | Review of the BofA objection to the WLR settlement |
| Kevin Nystrom | 4/29/10 | 11 | 0.5 | Discussions of a potential P. Rush settlement |
| Kevin Nystrom | 4/29/10 | 6 | 1.0 | Review of the administrative, priority and secured claims |
| Kevin Nystrom | 4/29/10 | 4 | 0.5 | Coordinate the AH Bank BOD meeting |
| | | | 4.0 | |
| Kevin Nystrom | 4/30/10 | 4 | 1.0 | Review the combined BOD meeting minutes of AH Bank & AHM |
| | | | 1.0 | |
| | | Total | 64.0 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Bret Fernandes | 4/7/10 | 4 | 1.0 | Review weekly updates from AHM managers |
| | | | 1.0 | |
| Bret Fernandes | 4/9/10 | 9 | 0.3 | Review and discuss ABN loan true-up treatment |
| Bret Fernandes | 4/9/10 | 5 | 0.3 | Review of weekly cash forecast |
| | | | 0.6 | |
| Bret Fernandes | 4/16/10 | 5 | 0.4 | Review of weekly cash forecast |
| | | | 0.4 | |
| Bret Fernandes | 4/19/10 | 4 | 1.0 | AHBank BOD call - disposition planning |
| | | | 1.0 | |
| Bret Fernandes | 4/21/10 | 4 | 0.8 | Review weekly updates from AHM managers |
| | | | 0.8 | |
| Bret Fernandes | 4/23/10 | 4 | 0.3 | Review agenda for the 4/27 status conference |
| | | | 0.3 | |
| Bret Fernandes | 4/28/10 | 4 | 0.7 | Review weekly updates from AHM managers |
| | | | 0.7 | |
| Bret Fernandes | 4/30/10 | 5 | 0.3 | Review of weekly cash forecast |
| | | | 0.3 | |
| | | | 5.1 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 4/1/10 | 12 | 4.0 | Work session with BDO and the Trustee regarding status update and transition issues |
| Scott Martinez | 4/1/10 | 12 | 0.5 | Phone call with BDO regarding the status of AH Bank |
| Scott Martinez | 4/1/10 | 6 | 1.5 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 4/1/10 | 6 | 0.6 | Reviewed and commented on preference settlements |
| Scott Martinez | 4/1/10 | 3 | 0.5 | Work session with AHM employees regarding information related to the MD refund hearing |
| Scott Martinez | 4/1/10 | 2 | 1.0 | Work session with AHM employees regarding February financials |
| Scott Martinez | 4/1/10 | 3 | 0.3 | Reviewed the draft e-mail to the Board members of AH Bank and AHMIC |
| Scott Martinez | 4/1/10 | 3 | 0.5 | Work session with AHM employees regarding information requests from one of the reinsurance companies |
| Scott Martinez | 4/1/10 | 3 | 0.5 | Work session with AHM employees regarding files in the basement |
| | | | 9.4 | |
| Scott Martinez | 4/2/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 4/2/10 | 5 | 1.0 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 4/2/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 4/2/10 | 5 | 0.5 | Updated the effective date scenarios |
| Scott Martinez | 4/2/10 | 11 | 1.5 | Reviewed and commented on the revised Showcase/Orsi complaint |
| Scott Martinez | 4/2/10 | 3 | 1.0 | Prepared for and participated in a conference call with AHM and Schwab regarding the termination of the 401k plan |
| Scott Martinez | 4/2/10 | 6 | 0.3 | Work session with AHM employees regarding preference actions |
| Scott Martinez | 4/2/10 | 6 | 0.9 | Work session with AHM employees regarding various SAP claims |
| Scott Martinez | 4/2/10 | 3 | 0.5 | Work session with AHM employees regarding the files in the basement |
| | | | 7.0 | |
| Scott Martinez | 4/5/10 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 4/5/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 4/5/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 4/5/10 | 11 | 1.0 | Prepared for and participated in a conference call with AHM and Young Conaway regarding the Orsi litigation |
| Scott Martinez | 4/5/10 | 10 | 1.8 | Work session with AHM employees regarding the AH Bank loans |
| Scott Martinez | 4/5/10 | 6 | 0.5 | Reviewed the draft RBS settlement |
| Scott Martinez | 4/5/10 | 6 | 1.0 | Work session with AHM employees regarding various SAP claims |
| Scott Martinez | 4/5/10 | 3 | 0.5 | Reviewed and updated the AHM vacation tracking analysis |
| Scott Martinez | 4/5/10 | 3 | 0.7 | Work session with AHM employees regarding unresolved investor reporting issues |
| | | | 9.3 | |
| Scott Martinez | 4/6/10 | 3 | 1.5 | Listened in on the bankruptcy hearing regarding claims objections and various settlement proposals |
| Scott Martinez | 4/6/10 | 12 | 0.7 | Prepared for and participated in the weekly update with BDO |
| Scott Martinez | 4/6/10 | 2 | 1.0 | Work session with AHM employees regarding the February financials |
| Scott Martinez | 4/6/10 | 10 | 0.5 | Phone call with AHM and ZC regarding the AH Bank loans |
| Scott Martinez | 4/6/10 | 10 | 0.5 | Work session with AHM employees regarding the collateral review for the AH Bank loans |
| Scott Martinez | 4/6/10 | 10 | 1.0 | Work session with AHM employees regarding the sale strategy for the remaining AH Bank loans |
| Scott Martinez | 4/6/10 | 5 | 0.6 | Reviewed the payroll report for the period ended 3-30-10 |
| Scott Martinez | 4/6/10 | 6 | 0.4 | Work session with AHM employees regarding preference issues |
| Scott Martinez | 4/6/10 | 10 | 0.8 | Reviewed loan data provided by AH Bank |
| Scott Martinez | 4/6/10 | 3 | 0.7 | Work session with AHM employees regarding insurance renewals |
| Scott Martinez | 4/6/10 | 6 | 1.5 | Work session with AHM employees regarding various SAP and large unsecured claims |
| Scott Martinez | 4/6/10 | 10 | 0.5 | Work session with AHM employees regarding the remaining AHM loans |
| | | | 9.7 | |
| Scott Martinez | 4/7/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 4/7/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 4/7/10 | 3 | 0.5 | Phone call with Young Conaway regarding the Ford relief from stay motion |
| Scott Martinez | 4/7/10 | 3 | 0.8 | Reviewed the Ford relief from stay motion |
| Scott Martinez | 4/7/10 | 11 | 0.7 | Work session with AHM employees regarding various litigation matters |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 4/7/10 | 3 | 2.0 | Prepared an analysis to determine the servicing fees owed from ABN |
| Scott Martinez | 4/7/10 | 3 | 0.4 | Work session with AHM employees regarding the monthly AH Bank tax provision |
| Scott Martinez | 4/7/10 | 6 | 0.5 | Work session with AHM employees regarding preference action issues |
| Scott Martinez | 4/7/10 | 6 | 0.5 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 4/7/10 | 10 | 1.5 | Reviewed additional information received regarding the AH Bank loans |
| Scott Martinez | 4/7/10 | 5 | 0.3 | Work session with AHM employees regarding A/P issues |
| | | | 9.2 | |
| Scott Martinez | 4/8/10 | 11 | 2.0 | Reviewed and commented on the various drafts of the Orsi complaint |
| Scott Martinez | 4/8/10 | 4 | 0.5 | Work session with AH Bank employees regarding the loan data file |
| Scott Martinez | 4/8/10 | 4 | 2.0 | Reviewed the AH Bank loan data file |
| Scott Martinez | 4/8/10 | 3 | 1.0 | Reviewed the swap agreement regarding questions from the Broadhollow noteholders |
| Scott Martinez | 4/8/10 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 4/8/10 | 3 | 0.5 | Work session with AHM employees regarding the files in the basement |
| Scott Martinez | 4/8/10 | 10 | 1.0 | Work session with AHM employees regarding the sale of the remaining AHM loans |
| | | | 8.0 | |
| Scott Martinez | 4/9/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 4/9/10 | 5 | 1.0 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 4/9/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 4/9/10 | 5 | 0.5 | Updated the effective date scenarios |
| Scott Martinez | 4/9/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 4/9/10 | 5 | 0.3 | Prepared the professional fee wire request documents |
| Scott Martinez | 4/9/10 | 10 | 1.2 | Reviewed the proposed changes to the loan sale agreement from one of the prospective bidders |
| Scott Martinez | 4/9/10 | 3 | 0.5 | Work session with AHM employees regarding information requests |
| Scott Martinez | 4/9/10 | 6 | 0.5 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 4/9/10 | 5 | 0.5 | Work session with AHM employees regarding A/P |
| Scott Martinez | 4/9/10 | 5 | 0.5 | Phone call with ABN regarding service fee and advances owed |
| Scott Martinez | 4/9/10 | 10 | 0.5 | Phone call with Young Conaway regarding issues related to the loan sale agreement |
| Scott Martinez | 4/9/10 | 4 | 0.5 | Work session with AHM employees regarding the AH Bank loans |
| Scott Martinez | 4/9/10 | 10 | 1.0 | Work session with AHM and various bidders regarding questions on the loan sale |
| Scott Martinez | 4/9/10 | 10 | 1.2 | Prepared an analysis comparing the various bids for the remaining AHM loans |
| | | | 10.0 | |
| Scott Martinez | 4/12/10 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 4/12/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 4/12/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 4/12/10 | 4 | 1.0 | Prepared for and participated in a pre Board call to discuss the AH Bank sale status |
| Scott Martinez | 4/12/10 | 3 | 0.8 | Participated in the AH Bank and AHMIC Board call |
| Scott Martinez | 4/12/10 | 10 | 1.5 | Work session with AHM employees regarding the bids received for the remaining AHM loans |
| Scott Martinez | 4/12/10 | 3 | 0.5 | Work session with AHM employees regarding 401k issues |
| Scott Martinez | 4/12/10 | 4 | 1.0 | Work session with AHM employees regarding the collateral review for the AH Bank loans |
| Scott Martinez | 4/12/10 | 3 | 0.5 | Work session with AHM employees regarding the server decommission process |
| Scott Martinez | 4/12/10 | 6 | 0.5 | Work session with AHM employees regarding SAP claims |
| | | | 9.6 | |
| Scott Martinez | 4/13/10 | 5 | 2.0 | Updated the cash flow model and supporting tabs through the end of June 2010 |
| Scott Martinez | 4/13/10 | 6 | 1.5 | Work session with AHM employees regarding preference actions |
| Scott Martinez | 4/13/10 | 12 | 1.0 | Prepared for and participated in the weekly update with BDO |
| Scott Martinez | 4/13/10 | 6 | 1.5 | Work session with AHM employees regarding repo claims |
| Scott Martinez | 4/13/10 | 3 | 0.4 | Phone call with Young Conaway regarding the 401k plan termination |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 4/13/10 | 6 | 1.5 | Reviewed the Rush and Jackson subordination motions |
| Scott Martinez | 4/13/10 | 11 | 0.5 | Phone call with Weiner Brodsky and AHM regarding the status of the Rush litigation |
| Scott Martinez | 4/13/10 | 3 | 0.5 | Work session with AHM employees regarding the server decommission process |
| Scott Martinez | 4/13/10 | 4 | 0.5 | Work session with AHM employees regarding the collateral review for the AH Bank loans |
| | | | 9.4 | |
| Scott Martinez | 4/14/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 4/14/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 4/14/10 | 5 | 2.5 | Updated the ABN servicing fee and advance analyses |
| Scott Martinez | 4/14/10 | 6 | 1.0 | Work session with AHM employees regarding repo claims |
| Scott Martinez | 4/14/10 | 2 | 1.0 | Reviewed the draft February financials |
| Scott Martinez | 4/14/10 | 5 | 0.5 | Updated the US Trustee fee analysis |
| Scott Martinez | 4/14/10 | 3 | 0.5 | Phone call with AHM and Young Conaway regarding subpoena requests |
| Scott Martinez | 4/14/10 | 3 | 0.5 | Work session with AHM employees regarding servicing requests |
| Scott Martinez | 4/14/10 | 3 | 0.5 | Work session with AHM employees regarding server issues |
| Scott Martinez | 4/14/10 | 3 | 0.5 | Work session with AHM employees regarding winddown issues |
| | | | 9.0 | |
| Scott Martinez | 4/15/10 | 3 | 2.0 | Work session with the Trustee regarding transition issues |
| Scott Martinez | 4/15/10 | 3 | 1.6 | Phone call with AHM, Young Conaway, Trustee and Laner Muchin regarding the termination of the 401k plan |
| Scott Martinez | 4/15/10 | 10 | 1.0 | Work session with AHM employees regarding the bank loans |
| Scott Martinez | 4/15/10 | 3 | 0.8 | Reviewed the revised AH Bank liquidation analysis |
| Scott Martinez | 4/15/10 | 11 | 1.0 | Participated in a conference call with AHM, Young Conaway, Hahn & Hessen and Weiner Brodsky regarding the Rush litigation |
| Scott Martinez | 4/15/10 | 3 | 0.6 | Work session with AHM employees regarding reports needed from AHMSI |
| Scott Martinez | 4/15/10 | 6 | 0.4 | Work session regarding preference settlements |
| Scott Martinez | 4/15/10 | 3 | 0.5 | Work session with AHM employees regarding the files in the basement |
| Scott Martinez | 4/15/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 4/15/10 | 5 | 0.5 | Prepared the professional fee wire request documents |
| Scott Martinez | 4/15/10 | 6 | 0.6 | Work session with AHM employees regarding SAP claims |
| | | | 9.5 | |
| Scott Martinez | 4/16/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 4/16/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 4/16/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 4/16/10 | 5 | 0.7 | Updated the effective date scenarios |
| Scott Martinez | 4/16/10 | 6 | 0.7 | Reviewed files related to preference actions |
| Scott Martinez | 4/16/10 | 8 | 2.5 | Prepared the supporting analyses for Zolfo Cooper's March fee application |
| Scott Martinez | 4/16/10 | 11 | 0.4 | Work session with AHM employees regarding litigation issues |
| Scott Martinez | 4/16/10 | 10 | 0.5 | Work session with AHM employees regarding the status of the bank loan document review |
| Scott Martinez | 4/16/10 | 5 | 0.3 | Work session with AHM employees regarding A/P issues |
| Scott Martinez | 4/16/10 | 3 | 0.4 | Work session with AHM employees regarding 401k issues |
| | | | 8.0 | |
| Scott Martinez | 4/19/10 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 4/19/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 4/19/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 4/19/10 | 3 | 0.3 | Reviewed Epiq website for updated dockets |
| Scott Martinez | 4/19/10 | 11 | 0.5 | Reviewed the response to the Rush amended complaint |
| Scott Martinez | 4/19/10 | 3 | 0.4 | Responded to e-mails regarding winddown issues |
| | | | 5.0 | |
| Scott Martinez | 4/20/10 | 10 | 0.5 | Participated in a call with AHM employees regarding the status of the AH Bank loan file review |
| Scott Martinez | 4/20/10 | 10 | 0.5 | Phone call with AHM employees regarding the sale of the remaining AHM loans |
| | | | 1.0 | |
| Scott Martinez | 4/21/10 | 5 | 1.0 | Reviewed cash management activity |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 4/21/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 4/21/10 | 10 | 0.5 | Reviewed the draft memo of sale regarding the remaining AHM loans |
| Scott Martinez | 4/21/10 | 10 | 0.5 | Phone calls with AHM employees regarding issues related to the sale of the remaining AHM loans |
| | | | 3.0 | |
| Scott Martinez | 4/22/10 | 5 | 0.5 | Phone call with AHM employees regarding issues related to an account with Liquid Funding |
| Scott Martinez | 4/22/10 | 2 | 0.5 | Phone call with AHM employees regarding the status of the March financials |
| Scott Martinez | 4/22/10 | 10 | 0.8 | Phone call with AHM employees regarding issues related to the sale of the remaining AHM loans |
| Scott Martinez | 4/22/10 | 10 | 0.5 | Phone call with AHM employees regarding issues related to two loans being serviced by AHMSI |
| Scott Martinez | 4/22/10 | 10 | 0.2 | Phone call with AHMSI regarding documents needed in order to close on the sale of the remaining AHM loans |
| | | | 2.5 | |
| Scott Martinez | 4/23/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 4/23/10 | 5 | 1.0 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 4/23/10 | 5 | 0.2 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 4/23/10 | 5 | 0.5 | Updated the effective date scenarios |
| Scott Martinez | 4/23/10 | 3 | 1.0 | Phone call with Young Conaway regarding the status of various issues |
| Scott Martinez | 4/23/10 | 3 | 0.7 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 4/23/10 | 3 | 0.6 | Reviewed the last two weeks of reports from AHMSI regarding the JP Morgan REOs and updated the tracking analysis |
| Scott Martinez | 4/23/10 | 10 | 0.5 | Phone calls with AHM employees regarding issues related to the sale of the remaining loans |
| | | | 5.5 | |
| Scott Martinez | 4/26/10 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 4/26/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 4/26/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 4/26/10 | 10 | 0.8 | Work session with AHM employees regarding issues related to the sale of the remaining AHM loans |
| Scott Martinez | 4/26/10 | 6 | 0.5 | Work session with AHM employees regarding claims issues |
| Scott Martinez | 4/26/10 | 2 | 0.4 | Work session with AHM employees regarding the status of the March financials |
| Scott Martinez | 4/26/10 | 3 | 0.5 | Work session with AHM employees regarding the status of the file review |
| | | | 6.0 | |
| Scott Martinez | 4/27/10 | 6 | 2.0 | Reviewed the updated claims database and summary analysis |
| Scott Martinez | 4/27/10 | 6 | 2.0 | Prepared a detailed claim level analysis for all SAP claims |
| Scott Martinez | 4/27/10 | 3 | 1.0 | Participated in a conference call with Milestone, Paul Hastings and AH Bank regarding the bank liquidation application |
| Scott Martinez | 4/27/10 | 11 | 0.5 | Updated the Waterfield cost analysis |
| Scott Martinez | 4/27/10 | 10 | 0.7 | Work session with AHM employees regarding issues related to the sale of the remaining AHM loans |
| Scott Martinez | 4/27/10 | 6 | 0.5 | Work session with AHM employees regarding preference actions |
| Scott Martinez | 4/27/10 | 3 | 0.3 | Phone call with AHM regarding server issues |
| | | | 7.0 | |
| Scott Martinez | 4/28/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 4/28/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 4/28/10 | 12 | 1.0 | Prepared for and participated in the weekly update call with BDO |
| Scott Martinez | 4/28/10 | 2 | 2.0 | Work session with AHM employees regarding the March financials |
| Scott Martinez | 4/28/10 | 3 | 0.5 | Phone call with Young Conaway regarding yesterday's status conference |
| Scott Martinez | 4/28/10 | 6 | 1.0 | Participated in a conference call with Young Conaway and Hahn & Hessen regarding the Rush objections |
| Scott Martinez | 4/28/10 | 3 | 0.5 | Phone call with the Trustee regarding potential opportunity to be the Trustee of the bank |
| Scott Martinez | 4/28/10 | 6 | 0.5 | Participated in a conference call with Young Conaway and Hahn & Hessen regarding preference settlements |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 4/28/10 | 6 | 1.0 | Updated the detailed claim level analysis |
| Scott Martinez | 4/28/10 | 6 | 0.5 | Work session with AHM employees regarding various claims |
| | | | 9.0 | |
| Scott Martinez | 4/29/10 | 2 | 1.0 | Reviewed the draft quarterly operating reports for the period ended 3-31-10 |
| Scott Martinez | 4/29/10 | 6 | 0.6 | Work session with AHM employees regarding resolution to the adjourned SAP claims |
| Scott Martinez | 4/29/10 | 6 | 0.8 | Reviewed various documents received from AHMSI regarding Jackson and Rush |
| Scott Martinez | 4/29/10 | 10 | 0.5 | Work session with AH Bank regarding their remaining loans |
| Scott Martinez | 4/29/10 | 6 | 1.0 | Updated the detailed claim level analysis |
| Scott Martinez | 4/29/10 | 2 | 1.5 | Reviewed the quarterly operating reports for the period ended 3-31-10 |
| Scott Martinez | 4/29/10 | 3 | 0.6 | Work session with AHM employees regarding insurance renewals |
| | | | 6.0 | |
| Scott Martinez | 4/30/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 4/30/10 | 5 | 1.4 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 4/30/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 4/30/10 | 5 | 0.5 | Updated the effective date scenarios |
| Scott Martinez | 4/30/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 4/30/10 | 5 | 0.2 | Prepared the professional fee wire request documents |
| Scott Martinez | 4/30/10 | 6 | 0.7 | Reviewed the motion filed by Deborah Mills |
| Scott Martinez | 4/30/10 | 5 | 0.5 | Work session with AHM employees regarding A/P |
| Scott Martinez | 4/30/10 | 10 | 0.5 | Work session with AHM employees regarding miscellaneous assets for sale |
| Scott Martinez | 4/30/10 | 3 | 0.4 | Work session with AHM employees regarding the files in the basement |
| Scott Martinez | 4/30/10 | 6 | 0.5 | Phone call with AHM employees regarding SAP claims |
| Scott Martinez | 4/30/10 | 3 | 1.5 | Reviewed the current AH Bank dissolution application |
| | | | 8.0 | |
| | | Total | 161.1 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Laura Capen Verry | 4/5/10 | 8 | 0.5 | Prepared final supplemental affidavit and sent to counsel for filing |
| | | | 0.5 | |
| | | Total | 0.5 | |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 1**        **FINANCING**

| Professional | Hourly Rate | April 2010 Hours | April 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 10.20 | $ 193.75 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 75.00 | $ 12,302.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 41.00 | $ 24,250.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 22.80 | $ 14,357.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 0.00 | $ - | 2.70 | $ 1,174.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 151.70 | $ 52,278.25 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 2**          **COURT REPORTING**

| Professional | Hourly Rate | April 2010 Hours | April 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 1.00 | $ 775.00 | 18.50 | $ 6,617.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.20 | $ 129.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 13.00 | $ 7,345.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 31.80 | $ 17,490.00 |
| Scott Martinez | $ 550 | 8.40 | $ 4,620.00 | 95.10 | $ 45,728.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 24.10 | $ 9,037.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 9.40 | $ 5,395.00 | 182.70 | $ 86,347.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 3**          **CHAPTER 11 PROCESS**

| Professional | Hourly Rate | April 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 17.50 | $ 4,262.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 40.50 | $ 12,910.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 1571.40 | $ 940,997.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 75.30 | $ 47,209.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 130.50 | $ 76,745.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 291.00 | $ 166,310.00 |
| Scott Martinez | $ 550 | 36.80 | $ 20,240.00 | 1853.50 | $ 837,302.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 138.90 | $ 60,757.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.60 | $ 225.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 43.00 | $ 2,150.00 |
| Total | | 36.80 | $ 20,240.00 | 4162.20 | $ 2,148,867.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 4**          **BUSINESS OPERATIONS**

| Professional | Hourly Rate | April 2010 Hours | April 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 476.05 | $ 152,636.25 |
| Kevin Nystrom | $ 775 | 15.50 | $ 12,012.50 | 399.00 | $ 126,042.50 |
| Bret Fernandes | $ 675 | 3.80 | $ 2,565.00 | 296.60 | $ 184,806.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 217.40 | $ 136,080.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 1212.10 | $ 705,255.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 5.50 | $ 3,025.00 | 14.80 | $ 7,825.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 9.10 | $ 3,944.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1.70 | $ 595.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 24.80 | $ 17,602.50 | 2626.75 | $ 1,317,185.25 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 5**          **CASH MANAGEMENT**

| Professional | Hourly Rate | April 2010 Hours | April 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 1.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 94.00 | $ 23,065.00 |
| Bret Fernandes | $ 675 | 1.00 | $ 675.00 | 399.40 | $ 237,198.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 4.60 | $ 2,898.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 275.10 | $ 154,753.00 |
| Scott Martinez | $ 550 | 43.10 | $ 23,705.00 | 1538.50 | $ 708,157.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 92.30 | $ 38,328.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 7.00 | $ 2,625.00 |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1335.30 | $ 489,437.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 4.00 | $ 200.00 |
| Total | | 44.10 | $ 24,380.00 | 3751.20 | $ 1,656,663.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 6**          **CLAIMS ADMINISTRATION**

| Professional | Hourly Rate | April 2010 Hours | April 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 7.25 | $ 2,712.50 |
| Kevin Nystrom | $ 775 | 2.00 | $ 1,550.00 | 47.00 | $ 21,712.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 87.90 | $ 55,021.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1.50 | $ 945.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 166.50 | $ 98,299.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 26.90 | $ 15,267.00 |
| Scott Martinez | $ 550 | 28.50 | $ 15,675.00 | 329.00 | $ 160,060.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 1881.60 | $ 822,731.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 30.50 | $ 17,225.00 | 2547.65 | $ 1,176,749.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 7**          **UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

| Professional | Hourly Rate | April 2010 Hours | April 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 0.00 | $ - |
| Bret Fernandes | $ 675 | 0.00 | $ - | 2.00 | $ 1,180.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 0.00 | $ - | 1.00 | $ 450.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 3.00 | $ 1,630.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 8**        **ENGAGEMENT ADMINISTRATION**

| Professional | Hourly Rate | April 2010 Hours | April 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 3.50 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 41.50 | $ 10,640.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 37.40 | $ 23,188.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 21.90 | $ 12,808.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 5.40 | $ 3,106.00 |
| Scott Martinez | $ 550 | 2.50 | $ 1,375.00 | 45.30 | $ 21,368.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 52.30 | $ 22,824.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 59.70 | $ 23,787.50 |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 235.20 | $ 83,185.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.50 | $ 112.50 | 78.00 | $ 16,201.00 |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 3.00 | $ 1,487.50 | 580.20 | $ 217,108.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 9**          **ASSET ANALYSIS**

| Professional | Hourly Rate | April 2010 Hours | April 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 2.50 | $ 720.00 |
| Bret Fernandes | $ 675 | 0.30 | $ 202.50 | 152.30 | $ 92,138.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.30 | $ 186.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 2.00 | $ 1,130.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.30 | $ 202.50 | 157.10 | $ 94,174.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 10**          **ASSET DISPOSITION**

| Professional | Hourly Rate | | April 2010 Hours | | April 2010 Value | Cumulative Hours | | Cumulative Value |
|---|---|---|---|---|---|---|---|---|
| Stephen F. Cooper | $ | 850 | 0.00 | $ | - | 108.45 | $ | 13,717.50 |
| Kevin Nystrom | $ | 775 | 36.50 | $ | 28,287.50 | 632.00 | $ | 216,952.50 |
| Bret Fernandes | $ | 675 | 0.00 | $ | - | 739.50 | $ | 436,038.00 |
| Mitchell Taylor | $ | 695 | 0.00 | $ | - | 1002.30 | $ | 625,625.00 |
| Robert Semple | $ | 640 | 0.00 | $ | - | 854.70 | $ | 494,725.50 |
| Mark Lymbery | $ | 590 | 0.00 | $ | - | 75.10 | $ | 41,949.00 |
| Scott Martinez | $ | 550 | 21.00 | $ | 11,550.00 | 390.30 | $ | 185,134.50 |
| Puneet Agrawal | $ | 465 | 0.00 | $ | - | 72.30 | $ | 31,096.00 |
| Elizabeth Kardos | $ | 425 | 0.00 | $ | - | 0.00 | $ | - |
| Linda Cheung | $ | 375 | 0.00 | $ | - | 0.00 | $ | - |
| Carmen Bonilla | $ | 375 | 0.00 | $ | - | 0.00 | $ | - |
| Rebecca Randall | $ | 345 | 0.00 | $ | - | 0.00 | $ | - |
| Laura Capen Verry | $ | 225 | 0.00 | $ | - | 0.00 | $ | - |
| Sam Mitchell | $ | 50 | 0.00 | $ | - | 0.00 | $ | - |
| Total | | | 57.50 | $ | 39,837.50 | 3874.65 | $ | 2,045,238.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 11**      **LITIGATION**

| Professional | | Hourly Rate | April 2010 Hours | | April 2010 Value | Cumulative Hours | | Cumulative Value |
|---|---|---|---|---|---|---|---|---|
| Stephen F. Cooper | $ | 850 | 0.00 | $ | - | 22.05 | $ | 6,820.00 |
| Kevin Nystrom | $ | 775 | 9.00 | $ | 6,975.00 | 293.25 | $ | 211,105.00 |
| Bret Fernandes | $ | 675 | 0.00 | $ | - | 353.60 | $ | 223,155.00 |
| Mitchell Taylor | $ | 695 | 0.00 | $ | - | 64.40 | $ | 40,542.00 |
| Robert Semple | $ | 640 | 0.00 | $ | - | 31.00 | $ | 18,290.00 |
| Mark Lymbery | $ | 590 | 0.00 | $ | - | 0.00 | $ | - |
| Scott Martinez | $ | 550 | 8.10 | $ | 4,455.00 | 299.40 | $ | 144,888.00 |
| Puneet Agrawal | $ | 465 | 0.00 | $ | - | 13.90 | $ | 6,046.50 |
| Elizabeth Kardos | $ | 425 | 0.00 | $ | - | 0.20 | $ | 85.00 |
| Linda Cheung | $ | 375 | 0.00 | $ | - | 0.00 | $ | - |
| Carmen Bonilla | $ | 375 | 0.00 | $ | - | 0.90 | $ | 337.50 |
| Rebecca Randall | $ | 345 | 0.00 | $ | - | 0.00 | $ | - |
| Laura Capen Verry | $ | 225 | 0.00 | $ | - | 21.60 | $ | 4,860.00 |
| Sam Mitchell | $ | 50 | 0.00 | $ | - | 14.00 | $ | 700.00 |
| Total | | | 17.10 | $ | 11,430.00 | 1114.30 | $ | 656,829.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 12**        **MEETINGS OF CREDITORS**

| Professional | Hourly Rate | April 2010 Hours | Value | Cumulative Hours | Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 18.70 | $ 7,362.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 74.00 | $ 14,462.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 34.20 | $ 21,515.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 2.00 | $ 1,180.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 1.50 | $ 825.00 |
| Scott Martinez | $ 550 | 7.20 | $ 3,960.00 | 205.00 | $ 95,316.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 41.20 | $ 18,384.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 61.10 | $ 22,800.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 7.20 | $ 3,960.00 | 437.70 | $ 181,845.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 13**          **DIP BUDGET REPORTING**

| Professional | Hourly Rate | April 2010 Hours | April 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 4.00 | $ - |
| Bret Fernandes | $ 675 | 0.00 | $ - | 2.60 | $ 1,430.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 1.10 | $ 605.00 |
| Scott Martinez | $ 550 | 0.00 | $ - | 22.00 | $ 9,570.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 46.70 | $ 17,107.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 76.40 | $ 28,712.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 14**        **SECURED LENDERS NEGOTIATION**

| Professional | Hourly Rate | April 2010 Hours | Value | Cumulative Hours | Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 73.50 | $ 14,337.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 274.00 | $ 28,927.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 32.60 | $ 19,234.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 262.30 | $ 164,883.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 576.80 | $ 329,864.00 |
| Scott Martinez | $ 550 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 802.40 | $ 337,747.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 2021.60 | $ 894,993.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to April 30, 2010

**CATEGORY 15**        **COMMUNICATIONS MATTERS**

| Professional | Hourly Rate | | April 2010 Hours | | Value | Cumulative Hours | | Value |
|---|---|---|---|---|---|---|---|---|
| Stephen F. Cooper | $ | 850 | 0.00 | $ | - | 5.75 | $ | - |
| Kevin Nystrom | $ | 775 | 0.00 | $ | - | 10.00 | $ | 1,662.50 |
| Bret Fernandes | $ | 675 | 0.00 | $ | - | 0.00 | $ | - |
| Mitchell Taylor | $ | 695 | 0.00 | $ | - | 15.30 | $ | 9,486.00 |
| Robert Semple | $ | 640 | 0.00 | $ | - | 0.00 | $ | - |
| Mark Lymbery | $ | 590 | 0.00 | $ | - | 3.40 | $ | 1,870.00 |
| Scott Martinez | $ | 550 | 0.00 | $ | - | 0.00 | $ | - |
| Puneet Agrawal | $ | 465 | 0.00 | $ | - | 0.00 | $ | - |
| Elizabeth Kardos | $ | 425 | 0.00 | $ | - | 0.00 | $ | - |
| Linda Cheung | $ | 375 | 0.00 | $ | - | 0.00 | $ | - |
| Carmen Bonilla | $ | 375 | 0.00 | $ | - | 212.30 | $ | 76,102.50 |
| Rebecca Randall | $ | 345 | 0.00 | $ | - | 22.80 | $ | 7,410.00 |
| Laura Capen Verry | $ | 225 | 0.00 | $ | - | 0.00 | $ | - |
| Sam Mitchell | $ | 50 | 0.00 | $ | - | 0.00 | $ | - |
| Total | | | 0.00 | $ | - | 269.55 | $ | 96,531.00 |

**AMERICAN HOME MORTGAGE**
**EXPENSES BY DAY BY PROFESSIONAL**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Emp # | Name | Date | Description | | Amount |
|-------|------|------|-------------|--|--------|
| 0325 | Scott R. Martinez | 3/29/2010 | Ground Transportation | | 91.01 |
| 0325 | Scott R. Martinez | 3/30/2010 | Ground Transportation | | 91.01 |
| 0325 | Scott R. Martinez | 3/31/2010 | Ground Transportation | | 91.01 |
| 0325 | Scott R. Martinez | 4/1/2010 | Ground Transportation | | 91.01 |
| 0325 | Scott R. Martinez | 4/1/2010 | Ground Transportation | | 7.16 |
| 0325 | Scott R. Martinez | 4/1/2010 | Ground Transportation | GAS | 22.00 |
| 0325 | Scott R. Martinez | 4/1/2010 | Meals | LUNCH - 4 | 54.63 |
| 0325 | Scott R. Martinez | 4/1/2010 | Meals | DINNER - 2 | 41.57 |
| 0325 | Scott R. Martinez | 4/2/2010 | Ground Transportation | | 91.01 |
| 0325 | Scott R. Martinez | 4/2/2010 | Ground Transportation | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 4/5/2010 | Ground Transportation | | 101.84 |
| 0325 | Scott R. Martinez | 4/5/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 4/5/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 4/5/2010 | Meals | LUNCH - 1 | 14.05 |
| 0325 | Scott R. Martinez | 4/5/2010 | Meals | DINNER - 1 | 27.76 |
| 0325 | Scott R. Martinez | 4/6/2010 | Ground Transportation | | 101.84 |
| 0325 | Scott R. Martinez | 4/6/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 4/6/2010 | Meals | LUNCH - 1 | 18.99 |
| 0325 | Scott R. Martinez | 4/6/2010 | Meals | DINNER - 1 | 26.80 |
| 0325 | Scott R. Martinez | 4/7/2010 | Ground Transportation | | 101.84 |
| 0325 | Scott R. Martinez | 4/7/2010 | Ground Transportation | | 7.16 |
| 0325 | Scott R. Martinez | 4/7/2010 | Meals | LUNCH - 3 | 48.73 |
| 0325 | Scott R. Martinez | 4/8/2010 | Ground Transportation | | 101.84 |
| 0325 | Scott R. Martinez | 4/8/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 4/8/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 4/9/2010 | Ground Transportation | | 101.84 |
| 0325 | Scott R. Martinez | 4/9/2010 | Ground Transportation | | 7.16 |
| 0325 | Scott R. Martinez | 4/9/2010 | Ground Transportation | GAS | 34.68 |
| 0325 | Scott R. Martinez | 4/9/2010 | Ground Transportation | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 4/9/2010 | Meals | LUNCH - 1 | 9.33 |
| 0325 | Scott R. Martinez | 4/12/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 4/12/2010 | Ground Transportation | | 99.66 |
| 0325 | Scott R. Martinez | 4/12/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 4/12/2010 | Meals | BRKFST - 1 | 11.50 |
| 0325 | Scott R. Martinez | 4/12/2010 | Meals | DINNER - 1 | 46.05 |
| 0325 | Scott R. Martinez | 4/13/2010 | Ground Transportation | | 99.66 |
| 0325 | Scott R. Martinez | 4/13/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 4/13/2010 | Meals | LUNCH - 1 | 20.82 |
| 0325 | Scott R. Martinez | 4/13/2010 | Meals | DINNER - 1 | 23.87 |
| 0325 | Scott R. Martinez | 4/14/2010 | Ground Transportation | | 99.66 |
| 0325 | Scott R. Martinez | 4/14/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 4/14/2010 | Meals | LUNCH - 1 | 10.86 |
| 0325 | Scott R. Martinez | 4/14/2010 | Meals | DINNER - 2 | 75.82 |
| 0325 | Scott R. Martinez | 4/15/2010 | Ground Transportation | | 99.66 |
| 0325 | Scott R. Martinez | 4/15/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 4/15/2010 | Meals | LUNCH - 4 | 79.97 |
| 0325 | Scott R. Martinez | 4/15/2010 | Meals | DINNER - 1 | 21.75 |
| 0325 | Scott R. Martinez | 4/16/2010 | Ground Transportation | | 7.16 |
| 0325 | Scott R. Martinez | 4/16/2010 | Ground Transportation | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 4/16/2010 | Ground Transportation | | 99.65 |

1

**AMERICAN HOME MORTGAGE**
**EXPENSES BY DAY BY PROFESSIONAL**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Emp # | Name | Date | Description | | Amount |
|-------|------|------|-------------|--|--------|
| 0325 | Scott R. Martinez | 4/16/2010 | Ground Transportation | GAS | 22.00 |
| 0325 | Scott R. Martinez | 4/30/2010 | Phone | CELL | 138.75 |
| | | | **Subtotal** | | **$ 3,686.35** |
| | | | | | |
| 0401 | Kevin Nystrom | 3/6/2010 | Phone | CELL | 68.27 |
| 0401 | Kevin Nystrom | 4/6/2010 | Phone | CELL | 65.31 |
| | | | **Subtotal** | | **$   133.58** |
| | | | | | |
| 9999 | Payable Accounts | 4/2/2010 | Postage | FED EX | 5.41 |
| 9999 | Payable Accounts | 4/5/2010 | Postage | FED EX | 5.14 |
| 9999 | Payable Accounts | 4/26/2010 | Phone | PREMIER | 136.77 |
| 9999 | Payable Accounts | 4/30/2010 | Copy Charges | | 7.00 |
| 9999 | Payable Accounts | 4/30/2010 | Postage | | 3.80 |
| | | | **Subtotal** | | **$   158.12** |
| | | | | | |
| | | | **TOTAL APRIL EXPENSES** | | **$ 3,978.05** |