**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------- x
In re:                                                                    :   Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                        :
                                                                          :   Jointly Administered
                                                                          :
    Debtors.                                           :
------------------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF CLAIM NOS. 10582 AND 10747**
**FILED BY THE LEE COUNTY TAX COLLECTOR**

PLEASE TAKE NOTICE that the Lee County Tax Collector, by and through its undersigned representative, hereby withdrawals proofs of claim numbered 10582 and 10747 filed against American Home Mortgage Holdings, Inc. (Case No. 07-11047) on November 25, 2008 and November 30, 2009, respectively.

Dated: May 19, 2010
       Wilmington, Delaware

                              LEE COUNTY TAX COLLECTOR

                              /s/Amy L. Collins

                              Amy L. Collins, Legal Coordinator
                              Lee County Tax Collector
                              c/o Legal Department
                              Post Office Box 850
                              Fort Myers, FL  33902

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.