```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE


IN RE:                       .    Case No. 07-11047 (CSS)
                             .
                             .
AMERICAN HOME MORTGAGE       .
HOLDINGS, INC., et al.,      .    824 North Market Street
                             .    Wilmington, DE 19801
                             .
           Debtors.          .    May 4, 2010
. . . . . . . . . . . . . . ..    9:23 a.m.


                    TRANSCRIPT OF OMNIBUS HEARING
               BEFORE HONORABLE CHRISTOPHER S. SONTCHI
                 UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtors:         Young Conaway Stargatt & Taylor, LLP
                         By:  PATRICK A. JACKSON, ESQ.
                              MORGAN L. SEWARD, ESQ.
                         The Brandywine Building
                         1000 West Street, 17th Floor
                         Wilmington, DE 19801

For the Committee:       Blank Rome, LLP
                         By:  VICTORIA A. GUILFOYLE, ESQ.
                         1201 Market Street, Suite 800
                         Wilmington, DE 19801

For Bank of America:     Potter Anderson & Corroon, LLP
                         By:  LAURIE SELBER SILVERSTEIN, ESQ.
                         Hercules Plaza
                         1313 North Market Street, 6th Floor
                         Wilmington, DE 19801



Audio Operator:          Leslie Murin


Proceedings recorded by electronic sound recording, transcript
              produced by transcription service
```
_____

**J&J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  <jjcourt@optonline.net>

(609) 586-2311    Fax No. (609) 587-3599

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For the Debtors: | Cadwalader Wickersham & Taft, LLP<br>By:  CHRISTOPHER UPDIKE, ESQ.<br>One World Financial Center<br>New York, NY 10281 |
| | Quinn Emanuel Urquhart & Sullivan<br>By:  OLGA M. URBIETA, ESQ.<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| For the Official<br>Committee of Unsecured<br>Creditors: | Hahn & Hessen, LLP<br>By:  MARK S. INDELICATO, ESQ.<br>488 Madison Avenue<br>New York, NY 10022 |
| | Hennigan Bennett & Dorman, LLP<br>By:  JOSHUA D. MORSE, ESQ.<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 |
| For Allen & Overy, LLP: | Allen & Overy, LLP<br>By:  NICHOLAS MITCHELL, ESQ.<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| For ABN AMRO Bank: | Milbank Tweed Hadley & McCloy, LLP<br>By:  ROBERT J. MOORE, ESQ.<br>     FRED NEUFELD, ESQ.<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017-5735 |
| For American Home<br>Mortgage: | By:  EILEEN WANERKA |

- - -

**J&J COURT TRANSCRIBERS, INC.**

1        THE COURT:  Please be seated.  Good morning.
2   Apologize for the delay.  Mr. Jackson.
3        MR. JACKSON:  Good morning, Your Honor.  May it
4   please the Court, Patrick Jackson from Young, Conaway, Stargatt
5   & Taylor on behalf of the debtors.  It'll be a light agenda for
6   you today.  Items 1 through 24 on the agenda were adjourned and
7   just a note about 22 through 24.  Those are the settlements,
8   settlement motions, of the debtor with Deutsche Bank, Wells
9   Fargo and AHM Servicing, Inc., the purchaser of the debtors'
10  servicing business.  Paula Rush and Dr. David and Elisabeth
11  Jackson had filed objections to these.  They were originally
12  scheduled for today, but to facilitate the settlement
13  discussions between the parties, by agreement of the parties
14  and with permission of chambers we've set those for a special
15  hearing date Tuesday of next week at nine.  So --
16       THE COURT:  Okay.  Thank you.
17       MR. JACKSON:  Item Number 25, CNO, was filed and I
18  believe the Court entered the order.
19       THE COURT:  Yes.
20       MR. JACKSON:  Item 26, the CNO was filed, as well.
21  I'm not sure if the order was entered.  It was --
22       THE COURT:  Yes, I believe I did.
23       MR. JACKSON:  Okay.  That was the Committee's motion.
24  Apologize.  Item Number 27 was the motion of the Loizides Firm
25  to withdraw.  Last night, there was a withdrawal of that motion

1  that was filed which we didn't have time to get a revised
2  agenda.  So I believe that matter is resolved.  It was a
3  withdrawal without prejudice.
4              THE COURT:  All right.
5              MR. JACKSON:  And Item 28 is the interim quarterly
6  fee requests and I believe representatives from the respective
7  applicants are on the line or in the court if the Court has any
8  questions about those.
9              THE COURT:  I have no questions.  I'll approve the
10 orders.
11             MR. JACKSON:  Okay.  I have a copy of the order, Your
12 Honor.
13             THE COURT:  Please approach.  I understand.
14             MR. JACKSON:  All right.  With that, Your Honor, I
15 will cede the podium to my colleague Morgan Seward who will
16 address the Fifty-Fourth Omnibus Claim Objection.
17             THE COURT:  Very good.  Thank you.  Ms. Seward.
18             MS. SEWARD:  Good morning, Your Honor.  For the
19 record, Morgan Seward of Young, Conaway, Stargatt & Taylor on
20 behalf of the debtors.  I would like to begin, Your Honor, by
21 apologizing for the late arrival of the claims binder.  I was
22 unaware that it was not sent over and I take full
23 responsibility for it being late.
24             THE COURT:  That's fine.  Thank you.
25             MS. SEWARD:  Although the debtors are prepared to go

1  forward on those two insufficient documentation claims, if Your
2  Honor hasn't had an opportunity to review it due to our
3  mistake, we're more than happy to adjourn those two claims.
4              THE COURT:  We're on the fifty-fourth, correct?
5              MS. SEWARD:  Yes.  I'm sorry.  It's the Item Agenda
6  Number 29, the Debtors' Fifty-Fourth Omnibus Non-substantive
7  Objection.
8              THE COURT:  All right.  Well, I did -- they were
9  reviewed and I'm ready to go forward.  I have no problem with
10 the claim of AHM, Merguez (phonetic), oh, jeepers.  I'm sorry.
11 Carla Meeky Nocky (phonetic).
12             MS. SEWARD:  Okay.
13             THE COURT:  I have no issue with that proof of claim.
14 In connection with Desert Palace, Inc. for insufficient
15 documentation. I have a letter agreement here signed by the
16 debtors attached.  And so why is that insufficient
17 documentation?
18             MS. SEWARD:  Yes, Your Honor.  The -- in support of
19 the objection, we filed the declaration of Ms. Eileen Wanerka
20 and she is currently on the line and could probably better
21 answer your question specifically.  My understanding and from
22 the proof of claim it is a booking agreement, as Your Honor
23 said, and we've reached out to get more information as to what
24 this -- happened with the booking agreement and they have yet
25 to respond.

1           THE COURT:  Well, do they assert a -- they don't
2  actually assert an amount.  Oh, they do, 500,000.
3           MS. SEWARD:  Yes.  It's five -- exactly 500,000, yes.
4  Ms. Wanerka may be able to add more detail to what I have
5  already told Your Honor.
6           THE COURT:  All right.
7           MS. SEWARD:  Eileen.
8           MS. WANERKA:  Hi, this is Eileen.  Yes, the notes in
9  the claim system by the reviewer were that they had sent a
10 request for confirmation that they hadn't received a wire or an
11 AmEx for the payment and we didn't receive a letter.  We didn't
12 receive a response to that letter.
13          THE COURT:  Well, that's not their burden, that's
14 your burden to prove they didn't.  I mean, it's a prima facie
15 case.  You should know whether or not you sent a wire.
16          MS. WANERKA:  Right.  Our records had -- showed that
17 we did send the wire.  They're saying that they weren't receipt
18 of it --
19          THE COURT:  Oh, your records indicate you sent a
20 wire?
21          MS. WANERKA:  Right.
22          THE COURT:  All right.  I'll grant the claim
23 objection.
24          MS. SEWARD:  Okay.  Your Honor, the debtors did
25 receive one informal response from Ms. Marcella Pinkas.  She is

1  Claim Number 10433 which is listed on Exhibit C and the debtors
2  have voluntarily withdrawn that objection.
3         THE COURT:  Okay.
4         MS. SEWARD:  So I have revised the order to reflect
5  that withdrawal.
6         THE COURT:  All right.  Thank you.
7         MS. SEWARD:  May I approach?
8         THE COURT:  Please approach, yes.  I'll sustain the
9  claim objection as noted on the record and subject to the
10 provisions of the order.  Thank you.
11        MS. SEWARD:  I believe that completes Item Number 29
12 and I will cede the podium back to Mr. Jackson.  Thank you,
13 Your Honor.
14        THE COURT:  I think this is a Committee issue, isn't
15 it?
16        MS. SEWARD:  Oh.
17        THE COURT:  Thank you.
18        MS. GUILFOYLE:  Good morning, Your Honor, Tori
19 Guilfoyle of Blank Rome, LLP on behalf of the Committee, the
20 plaintiff in this adversary proceeding.  We filed a proposed
21 scheduling order and served it on defendant last week.  We
22 received no comment from the defendant.  Scheduling Order
23 tracks the scheduling order that's been entered in the other
24 adversary proceedings that are pending before Your Honor.  And
25 unless Your Honor has any questions, we'd respectively request

1  that the scheduling order be entered in this adversary
2  proceeding.
3              THE COURT:  All right.  I haven't looked at it.
4  Please approach.
5              MS. GUILFOYLE:  Okay.
6              THE COURT:  Thank you.  All right.  I'll approve it
7  as submitted.
8              MS. GUILFOYLE:  Thank you, Your Honor.
9              THE COURT:  That's it, Mr. Jackson?  Yes.  All right.
10 Hearing adjourned.
11                           * * * * *
12                    **C E R T I F I C A T I O N**
13          I, KELLI R. PHILBURN, court approved transcriber,
14 certify that the foregoing is a correct transcript from the
15 official electronic sound recording of the proceedings in the
16 above-entitled matter, and to the best of my ability.
17
18 <u>/s/ Kelli R. Philburn</u>        DATE:  MAY 24, 2010
19 KELLI R. PHILBURN
20 J&J COURT TRANSCRIBERS, INC.
21
22
23
24
25