UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re                                                                                      Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS,            Case No. 07-11047 (CSS)
INC., *et al.*, [1]                                                      (Jointly Administered)

                                          Debtors.            **Re: Docket No. 8810**
---------------------------------------------------------------------x

### CERTIFICATE OF NO OBJECTION REGARDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EIGHTH OMNIBUS MOTION FOR AN ORDER APPROVING SETTLEMENTS WITH CERTAIN PREFERENCE DEFENDANTS AND LIMITING NOTICE THEREOF [DKT. NO. 8810]

The undersigned hereby certifies as follows:

1. The Official Committee of Unsecured Creditors' Eighth Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof (the *"*Motion*"*) was filed on April 30, 2010 and docketed at Docket Number 8810. Objections to the Motion, if any, were to be filed and served on the undersigned on or before May 18, 2010.

2. The undersigned certifies that she has caused a review of the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon and that she has not received any answer, objection or other response to the Motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

128189.01600/40188722v.1

- 2 -

     3.     Accordingly, the undersigned respectfully requests that the Court enter an order approving the Motion substantially in the form attached thereto at its earliest convenience.

Dated:   May 26, 2010

                          BLANK ROME LLP

                          */s/ Victoria Guilfoyle*
                          Bonnie Glantz Fatell (No. 3809)
                          David W. Carickhoff (No. 3715)
                          Victoria A. Guilfoyle (No. 5183)
                          1201 Market Street, Suite 800
                          Wilmington, Delaware 19801
                          Telephone:    (302) 425-6400
                          Facsimile:     (302) 425-6464

                                -and

                          HAHN & HESSEN LLP
                          Mark S. Indelicato
                          Edward L. Schnizter
                          488 Madison Avenue
                          New York, New York 10022
                          Telephone:    (212) 478-7200
                          Facsimile:     (212) 478-7400

                          *Counsel for the Official Committee of Unsecured Creditors*