UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------------x

In re                                                                          Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.,*       Case No. 07-11047- CSS
                                                                                (Jointly Administered)
                               Debtors.

----------------------------------------------------------------------------x

AMERICAN HOME MORTGAGE HOLDINGS, INC.,

                               Plaintiff,

          v.

DEFENDANT                                                                      ADV. NO.

| DEFENDANT | ADV. NO. |
|---|---|
| ADP, INC., a/k/a AUTOMATIC DATA PROCESSING, INC. | 09-51562 |
| AJILON PROFESSIONAL STAFFING, LLC | 09-51563 |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS | 09-51565 |
| COMMONWEALTH EDISON COMPANY d/b/a ComEd | 09-51566 |
| EMBARQ, INC. | 09-51568 |
| MOODY'S INVESTORS SERVICE, INC. | 09-51570 |
| MOODY'S WALL STREET ANALYTICS, INC. | 09-50572 |
| ORACLE CORPORATION d/b/a ORACLE FINANCING | 09-51573 |
| RICOH AMERICAS CORPORATION d/b/a RICOH CUSTOMER FINANCE CORP. a/d/b/a BUSINESS SYSTEMS and a/d/b/a RICOH BUSINESS SOLUTIONS | 09-51575 |
| UNITED GUARANTY SERVICES, INC. | 09-51576 |
| WYNDHAM HOTELS AND RESORTS, LLC | 09-51577 |

## **STATUS REPORT**

American Home Mortgage Holdings, Inc., by its undersigned counsel, files the attached status report regarding adversary actions.

Dated: Wilmington, Delaware
       May 26, 2010

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Curtis J. Crowther
Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6755
(302) 576-3445 (fax)
ccrowther@ycst.com

Counsel for Plaintiff

## STATUS CHART

| | | |
|---|---|---|
| ADP, INC., a/k/a AUTOMATIC DATA PROCESSING, INC. | 09-51562 | E – Settled. Court approval will be sought within 30 days. |
| AJILON PROFESSIONAL STAFFING, LLC | 09-51563 | E – Settled. Court approval will be sought within 30 days. |
| MOODY'S INVESTORS SERVICE, INC. | 09-51570 | E – Settled. Court approval will be sought within 30 days. |
| MOODY'S WALL STREET ANALYTICS, INC. | 09-50572 | E – Settled. Court approval will be sought within 30 days. |
| | | |
| EMBARQ, INC. | 09-51568 | F – Discovery/disclosures underway. Expected date of completion is January 28, 2011. |
| ORACLE CORPORATION d/b/a ORACLE FINANCING | 09-51573 | F – Discovery/disclosures underway. Expected date of completion is January 28, 2011. |
| RICOH AMERICAS CORPORATION d/b/a RICOH CUSTOMER FINANCE CORP. a/d/b/a BUSINESS SYSTEMS and a/d/b/a RICOH BUSINESS SOLUTIONS | 09-51575 | F – Discovery/disclosures underway. Expected date of completion is January 28, 2011. |
| UNITED GUARANTY SERVICES, INC. | 09-51576 | F – Discovery/disclosures underway. Expected date of completion is January 28, 2011. |
| | | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS | 09-51565 | G – Mediator appointed 5/7/10 |
| WYNDHAM HOTELS AND RESORTS, LLC | 09-51577 | G – Mediator appointed 5/17/10 |