IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                                              Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS,         Case No. 07-11047 (CSS)
INC., *et al.*, [1]                                            (Jointly Administered)

                                                                   **Hearing Date: June 21, 2010 @ 11:00 a.m. (ET)**
                     Debtors.                               **Objection Deadline: June 14, 2010 @ 4:00 p.m. (ET)**
------------------------------------------------------------x

# NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NINTH OMNIBUS MOTION FOR AN ORDER APPROVING SETTLEMENTS WITH CERTAIN PREFERENCE DEFENDANTS AND LIMITING NOTICE THEREOF

Attached hereto is the **Official Committee of Unsecured Creditors' Ninth Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof** (the "*Motion*"), pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a), filed by the Official Committee of Unsecured Creditors (the "*Committee*") of the above-captioned debtors and debtors-in-possession (the "*Debtors*").

PLEASE TAKE NOTICE that any responses or objections to the Motion must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*"), Third Floor, 824 Market Street, Wilmington, Delaware 19801, and served so as to be received by the undersigned counsel for the Committee on or before **June 14, 2010 at 4:00 p.m.** (prevailing Eastern Time).

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.,; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/21879920v.1

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **June 21, 2010 at 11:00 a.m.** (prevailing Eastern Time) before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Fifth Floor, Courtroom #6, Wilmington, Delaware 19801.  Only parties who have timely filed an objection will be heard at the hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       May 26, 2010

                        **BLANK ROME LLP**

                        /s/  Victoria Guilfoyle
                        Bonnie Glantz Fatell (No. 3809)
                        David W. Carickhoff (No. 3715)
                        Victoria Guilfoyle (No. 5183)
                        1201 Market Street, Suite 800
                        Wilmington, Delaware 19801
                        Telephone:  (302) 425-6400
                        Facsimile:  (302) 425-6464

                                -and-

                        **HAHN & HESSEN LLP**
                        Mark S. Indelicato, Esq.
                        Edward L. Schnitzer, Esq.
                        Hahn & Hessen LLP
                        488 Madison Avenue
                        New York, NY  10022
                        Telephone: (212) 478-7200
                        Facsimile: (212) 478-7400

                        *Co-Counsel for the Committee*

128189.01600/21879920v.1