IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :     Jointly Administered
        Debtors.                                    :
---------------------------------------------------------------------x     Ref. Docket Nos. 8649-8650

## AFFIDAVIT OF MAILING

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 5, 2010, I caused to be served the:

    a) "Notice of Debtors' Fifty Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated March 5, 2010, to which was attached the "Debtors' Fifty Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated March 5, 2010, [Docket No. 8649], (the "Fifty Second Omnibus Objection") and

    b) "Notice of Debtors' Fifty Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated March 5, 2010, to which was attached the "Debtors' Fifty Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated March 5, 2010, [Docket No. 8650], (the "Fifty Third Omnibus Objection"),

by causing true and correct copies of the:

    i.  the Fifty Second Omnibus Objection, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit A, and

        ii.    the Fifty Third Omnibus Objection, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>.

        3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                                      Panagiota Manatakis

Sworn to before me this
8th day of March, 2010

Notary Public

*[Notary stamp: ELLI PETRIS, NOTARY PUBLIC, STATE OF NEW YORK, NO. 01PE6175879, QUALIFIED IN NASSAU COUNTY, COMMISSION EXPIRES]*

**EXHIBIT A**

| Claim Name | Address Information |
| --- | --- |
| ADA COUNTY TREASURER | P.O. BOX 2868   Account No. P1PRINRES01 2007 BOISE ID 83701 |
| CANYON COUNTY | ATTN TRACIE LLOYD, TREASURER P.O. BOX 1010 CALDWELL ID 83606 |
| FLAGLER COUNTY TAX COLLECTOR | SUZANNE JOHNSTON P.O. BOX 846 BUNNELL FL 32210 |
| INDIAN RIVER COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY DEPARTMENT 1800 27TH STREET, BUILDING B   Account No. 1558 VERO BEACH FL 32960 |
| LOPEZ, MARTHA | 8975 LAWRENCE WELK DRIVE # 314 ESCONDIDO CA 92026 |
| SHPS, INC. | 9200 SHELBYVILLE ROAD, SUITE 700 LOUISVILLE KY 40222 |

**Total Creditor Count 6**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BILLERICA TOWN | ATTN ASST. TREASURER 365 BOSTON RD. ROOM 115 BILLERICA MA 01821 |
| CARROLL, TORY | 227 DUNCAN TRAIL LONGWOOD FL 32779 |
| CITY OF PORTLAND (OREGON) | CITY ATTORNEY'S OFFICE ATTN DEPUT CITY ATTORNEY LINDA LAW 1221 SW 4TH AVENUE, RM 430 PORTLAND OR 97204 |
| WEED, HAZE H L | 1940 S E 2 ST ASTORIA OR 97103 |
| YAKIMA COUNTY TREASURER | PO BOX 22530   Account No. PARCEL #500000-15157 YAKIMA WA 98907 |

**Total Creditor Count 5**