## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x  Chapter 11

In re:                                                       :

AMERICAN HOME MORTGAGE                                        :  Case No.  07-11047 (CSS)

HOLDINGS, INC., a Delaware corporation, et al.,              :  Jointly Administered

                            Debtors.        :  **Obj. Deadline:  June 14, 2010 at 4:00 p.m. (ET)**
                                                  :  **Hearing Date:  June 21, 2010 at 11:00 a.m. (ET)**

------------------------------------------------------------x

## NOTICE OF MOTION

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF
DELAWARE; (II) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS; (III) COUNSEL TO BANK OF AMERICA, N.A. AS ADMINISTRATIVE
AGENT FOR THE LENDERS; (IV) ALL PARTIES KNOWN TO HAVE EXPRESSED A
BONA FIDE INTEREST IN ACQUIRING THE ASSETS; (V) THE INTERNAL
REVENUE SERVICE; (VI) THE U.S. SECURITIES AND EXCHANGE COMMISSION;
(VII) THE OFFICE OF THRIFT SUPERVISION; (VIII) THE FEDERAL DEPOSIT
INSURANCE CORPORATION; AND (IX) ALL PARTIES ENTITLED TO NOTICE
UNDER LOCAL RULE 2002-1(b).

       PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-
possession (collectively, the "Debtors"),[1] filed the attached *Motion of the Debtors for Order
Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing AHM Holdings to
Exercise its Controlling Interest in Non-Debtor American Home Bank, F.S.B. to Approve a
Liquidation* ("Motion").

       PLEASE TAKE FURTHER NOTICE that objections to the Motion must be filed
with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd
Floor, Wilmington, DE 19801 on or before 4:00 p.m. (ET) on June 14, 2010.  At the same time,
you must also serve a copy of the objection upon the undersigned counsel.

       A HEARING ON THE MOTION WILL BE HELD ON June 21, 2010 AT 11:00
A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment
Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979);
AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home
Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited
liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak
Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747.

                                                   

STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE PROCEDURES MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 28, 2010
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP


      /s/ Sean M. Beach
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Counsel for the Debtors and Debtors-in-Possession

      066585.1001