IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                               :   Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                      :
                                                                     :   Jointly Administered
                         Debtors.                                    :
                                                                     :   Ref. Docket No. 8876
---------------------------------------------------------------------x

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On May 28, 2010, I caused to be served the "Notice of Motion," dated May 28, 2010, to which was attached the "Motion of the Debtors for Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing AHM Holdings to Exercise Its Controlling Interest in Non-Debtor American Home Bank, F.S.B. to Approve a Liquidation," dated May 28, 2010 [Docket No. 8876], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit A.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
1st day of June, 2010

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\AHM\Affidavits\Mtn Exercise Controll_DI 8876_AFF_5-28-10.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 1ST COMMONWEALTH BANK OF VIRGINIA | ATTN: ERNEST TRESSLER 6829 ELM STREET, SUITE 240 MCLEAN VA 22101 |
| AIRLIE OPPORTUNITY FUND | ATTN: ANDREW DWYER, JEREMY BLOOMER 115 EAST PUTNAM AVE. GREENWICH CT 06830 |
| ALLIED CAPITAL CORP | ATTN: JOHN FRUEWIRTH, MATTHEW KELTY, WILLIAM WALTON, DANIEL RUSSELL 1919 PENNSYLVANIA AVE. NW WASHINGTON DC 20006 |
| AMERICAN BANK OF FLORIDA | 12475 SOUTH DIXIE HIGHWAY PINECREST FL 33156 |
| AMERICAN CAPITAL STRATEGIES | ATTN: CHRIS WUNZ TWO BETHESDA METRO CENTER, 14TH FLOOR BETHESDA MD 20814 |
| AMERICAN STOCK TRANSFER & TRUST COMPANY | ATTN: MICHAEL KARFUNKEL 6201 15TH AVENUE BROOKLYN NY 11219 |
| ANCHORAGE CAPITAL PARTNERS LTD. | ATTN: THOMAS BYRNE, BERNARD WAGENMANN 35-37 GROSVENOR GARDENS, STE. 200 LONDON SW1W 0BS UNITED KINGDOM |
| ANGELO GORDON | ATTN: DAVID ROBERTS 245 PARK AVENUE, 26HT FL. NEW YORK NY 10167 |
| ANNALY MORTGAGE MANAGEMENT, INC. | ATTN: RONALD D. KAZEL 1211 AVENUE OF THE AMERICAS, SUITE 2902 NEW YORK NY 10036 |
| APOLLO | ATTN: MARC E. BECKER 9 WEST 57TH STREET 43RD FLOOR NEW YORK NY 10022 |
| AQUILINE HOLDINGS, LLC | ATTN: SANDRA S. WIJNBERG 535 MADISON AVENUE NEW YORK NY 10022 |
| ARES MANAGEMENT LLC | ATTN: BENNETT ROSENTHAL, DAVID SACHS, MICHAEL AROUGHETI 1999 AVENUE OF THE STARS, SUITE 1900 LOS ANGELES CA 90067 |
| ASSOCIATED BANC-CORP | ATTN: PAUL BEIDEMAN, JOSEPH SELNER 1200 HANSEN RD. PO BOX 13307 GREEN BAY WI 54304 |
| AUSTIN ATLANTIC MANAGEMENT | ATTN: JAY MCENTIRE IV 600 CONGRESS, SUITE 450 AUSTIN TX 78701 |
| BALLAST POINT | ATTN: RICHARD BRANDEWIE 880 CARILLON PARKWAY ST. PETERSBURG FL 33716 |
| BANCO DO BRASIL, FEDERAL SAVINGS BANK | ATTN: MILTON RODRIGUEZ 11 WEST 42ND STREET NEW YORK NY 10036 |
| BANCOBUENAVENTURA, FSB (I/O) | PO BOX 1349 OXNARD CA 930321349 |
| BANKFINANCIAL CORP | ATTN: MORGAN GASIOR, PAUL CLOUTIER 15W060 NORTH FRONTAGE RD. BURR RIDGE IL 60527 |
| BAYVIEW FINANCIAL | ATTN: DAVID ERTEL 4425 PONCE DE LEON BLVD. 5TH FLOOR CORAL GABLES FL 33146 |
| BEAL BANK | ATTN: JOHN GOODMAN 6000 LEGACY DRIVE PLANO TX 75024 |
| BEAR STEARNS MERCHANT BANKING | ATTN: RICHARD PERKAL, BOB JUNEJA 383 MADISON AVE., 40TH FL. NEW YORK NY 10179 |
| BELEVEDERE | ATTN: JUSTIN EVANS ONE MARITIME PLAZA SUITE 825 SAN FRANCISCO CA 94111 |
| BLACK DIAMOND CAPITAL MANAGEMENT | ATTN: CHRIS PARKER ONE SOUND SHORE DRIVE, SUITE 200 GREENWICH CT 06830 |
| BLACKROCK, INC. | ATTN: LAURENCE DOUGLAS FINK, ROBERT STEVEN KAPITO, SUE WAGNER 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKSTONE GROUP | ATTN: MATT KABAKER, FLIP HUFFARD 345 PARK AVENUE NEW YORK NY 10154 |
| BRIDGE FINANCE GROUP | ATTN: RANDY T. ABRAHAMS 233 S. WACKER DRIVE, SUITE 5350 CHICAGO IL 60606 |
| BURKE CAPITAL GROUP, LLC | ATTN: RON GOFF 945 EAST PACES FERRY ROAD, NE SUITE 1400 ATLANTA GA 30326 |
| BURKE, WARREN, MACKAY & SERRITELLA, P.C. | ATTN: RICHARD BURKE 22ND FLOOR 330 N. WABASH AVE. CHICAGO IL 60611-3607 |
| CAPITALSOURCE | ATTN: DAVI TSERPELIS 640 FIFTH AVENUE  11TH FLOOR NEW YORK NY 10019 |
| CAPITOL BANCORP, LTD. | ATTN: MIKE MORAN 200 WASHINGTON SQUARE NORTH CAPITOL BANCORP CENTER LANSING MI 48933 |
| CAPITOL BANK OF COLUMBUS | ATTN: STEPHEN BROOKS 530 WEST SPRING STREET COLUMBUS OH 43215 |
| CARGILL FINANCIAL SERVICES | ATTN: JODY GUNDERSON, BOB PERRY 6000 CLEARWATER AVE. MINNETONKA MN 55343 |
| CARLYLE GROUP | ATTN: DAVID RUBENSTEIN, EDWARD MATHIAS, EDWARD "NED" KELLY, DAVID ZWEINER 1001 PENNSYLVANIA AVE. NW WASHINGTON DC 20004 |
| CARRINGTON CAPITAL MANAGEMENT | ATTN: DARREN FULCO 599 W. PUTNAM AVE. GREENWICH CT 06830 |
| CASTLE CREEK | ATTN: JOHN M. EGGEMEYER III, WILLIAM J. RUH 6051 EL TORDO P.O. BOX 1329 RANCHO SANTA FE CA 92067 |
| CATHAY GENERAL BANCORP | ATTN: DUNSON CHENG, HENG CHEN 777 NORTH BROADWAY LOS ANGELES CA 90012-2819 |
| CDP CAPITAL | ATTN: HENRI-PAUL ROUSSEAU 1000 PLACE JEAN-PAUL-RIOPELLE MONTREAL QC H2Z 2B3 CANADA |
| CERBERUS CALIFORNIA, INC. | ATTN: MICHAEL GRENIER, HOOTAN YAGHOOBZADEH 11812 SAN VICENTE BLVD, STE 300 LOS ANGELES CA 90049 |

| Claim Name | Address Information |
|---|---|
| CFS BANCORP INC. | ATTN: THOMAS PRISBY, ROBERT ROSS 707 RIDGE RD. MUNSTER IN 46321 |
| CHAPMAN & CUTLER | ATTN: ED SOMMER 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHARLESBANK CAPITAL PARTNERS | ATTN: MARK ROSEN 200 CLARENDON ST. 54TH FL BOSTON MA 02116 |
| CHURCHILL FINANCIAL HOLDINGS, LLC | ATTN: KENNETH J. KENCEL 400 PARK AVENUE, SUITE 1510 NEW YORK NY 10022 |
| CITADEL INVESTMENT GROUP, LLC | ATTN: YANNICK MATHIEU, BOB POLACHEK, WILLIAM MAGEE, COSTIN BANKS, YUNG BONG LIM, 131 SOUTH DEARBORN ST CHICAGO IL 60603 |
| CIVC | ATTN: KEITH YAMADA, NICHOLAS SAYERS 191 NORTH WACKER DR., STE 1100 CHICAGO IL 60606 |
| COMMERCE STREET CAPITAL, LLC | ATTN: WHITLEY CUMMINGS 382 SPRINGFIELD AVENUE, SUITE 201 SUMMIT NJ 07901 |
| CORSAIR CAPITAL | ATTN: CLIFFORD BROKAW IV, T. KIMBALL BROOKER JR. 717 FIFTH AVENUE 24TH FLOOR NEW YORK NY 10022 |
| COURT SQUARE CAPITAL PARTNERS | ATTN: CHRIS HOJLO 399 PARK AVE., 14TH FL. NEW YORK NY 10022 |
| CREDITONE FINANCIAL SOLUTIONS | ATTN: PAUL THOME 131 CONTINENTAL DR. SUITE 307 NEWARK DE 19713 |
| CRUSADER FINANCIAL GROUP, INC. | ATTN: BLAIR A. WEST 67 HAMPTON ROAD, SUITE6 SOUTHHAMPTON NY 11968 |
| CYPRESS GROUP | ATTN: WILLIAM SPIEGAL, GENE LEE, ALEKH DALAL 65 E. 55TH ST. NEW YORK NY 10022 |
| D E SHAW & CO, ATTN: DANIEL MICHALOW, | PHILLIP KEARNS,SCOTT HENKIN,BRAD PARISH 39TH FLOOR, TOWER 45 120 WEST FORTY-FIFTH STREET NEW YORK NY 10036 |
| DEERFIELD CAPITAL MANAGEMENT, LLC | ATTN: AARON D. PECK 8700 WEST BRYN MAWR AVENUE SOUTH TOWER SUITE 1200 CHICAGO IL 60631 |
| DEUTSCHE BANK | ATTN: BERND AMLUNG, HEAD OF CORP DEV 60 WALL STREET NEW YORK NY |
| DIAMOND CASTLE HOLDINGS | ATTN: LEE WRIGHT, ANDREW RUSH 280 PARK AVE., 25TH FL. EAST TOWER NEW YORK NY 10017 |
| DLJ MERCHANT PARTNERS | ATTN: SUSAN SCHNABEL 11 MADISON AVE. NEW YORK NY 10010 |
| EAST WEST BANCORP, INC. | ATTN: JULIA GOUW 135 NORTH LOS ROBLES AVE., 7TH FLOOR PASADENA CA 91101 |
| EDUCATIONAL FINANCE PARTNERS | 1908 KRAMER LN #300 AUSTIN TX 787584008 |
| ELLIE MAE, INC. | ATTN: SIG ANDERMAN 4155 HOPYARD ROAD, SUITE 200 PLEASANTON CA 94588 |
| ELLINGTON MANAGEMENT GROUP | ATTN: BRIAN ZIPP 53 FOREST AVENUE OLD GREENWICH CT 06870 |
| ENTERPRISE TRUST COMPANY | ATTN: FRANK H. SANFILIPPO 150 NORTH MERAMAC, SUITE 350 CLAYTON MO 63105 |
| EQUIFIN | ATTN: DAN URY 7 TIMES SQUARE STE. 2106 NEW YORK NY 10036 |
| EVOLVE BANK & TRUST | ATTN: W. SCOTT STAFFORD 8000 CENTERVIEW PARKWAY , SUITE 500 MEMPHIS TN 38018 |
| FALCON INVESTMENT ADVISORS, LLC | ATTN: SANDEEP ALVA, WILLIAM KENNEDY JR., RAFAEL FOGEL 21 CUSTOM HOUSE STREET; 10TH FLOOR BOSTON MA 02110 |
| FARALLON | ATTN: RYAN SCHAPER ONE MARITIME PLAZE, STE. 2100 SAN FRANCISCO CA 94111 |
| FBOP CORPORATION (KELLY/MITCHELL) | ATTN: EDWARD FITZPARTICK 11 MADISON ST. OAK PARK IL 60302 |
| FIFTH THIRD BANCORP (OH) | ATTN: KEVIN T. KABAT 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| FIRST BANKS, INC. (DIERBERG/BLAKE) | ATTN: TERRANCE MCCARTHY 135 N. MERAMEC AVE. CLAYTON MO 63105 |
| FIRST CHICAGO / CASTLE CREEK PARTNERS | ATTN: JOHN EGGEMEYER, MARK RUH, WILLIAM RUH 6051 EL TORDO RANCHO SANTA FE CA 92067 |
| FIRST NATIONAL OF NEBRASKA | ATTN: BRUCE LAURITZEN 1620 DODGE ST. OMAHA NE 68197 |
| FIVE MILE CAPITAL | ATTN: JOSEPH PISCINA THREE STAMFORD PLAZA 301 TRESSER BLVD., 9TH FLOOR STAMFORD CT 06901 |
| FORTRESS | ATTN: TONY ETTINGER, ANDREW BERMAN, MICHAEL FALLACARA 1345 AVENUE OF THE AMERICAS 46TH FLOOR NEW YORK NY 10105 |
| FOUNDATION FIRST BANK | ATTN: RANDAL J. BURNS 14450 EAGLE RUN DRIVE SUITE 210 OMAHA NE 68116 |
| FRIEDMAN, FLEISCHER & LOWE, ATTN: CALEB | EVERETT, NANCY GRAHAM,SPENCER FLEISCHER, RAJAT DUGGAL, CHRISTOPHER MASTO ONE MARITIME PLAZA, 22ND FLOOR SAN FRANCISCO CA 94111 |
| FT VENTURES | ATTN: RICHARD GARMAN, ROBERT HURET 555 CALIFORNIA ST., STE. 2900 SAN FRANCISCO CA 94104 |
| GREAT COURT CAPITAL | ATTN: ALAN SCHWARTZ 444 MADISON AVENUE, 24TH FLOOR NEW YORK NY 10022 |
| GREENHILL | ATTN: BORIS GUTIN 300 PARK AVENUE 23RD FLOOR NEW YORK NY 10022 |
| GREENHILL CAPITAL PARTNERS | ATTN: ROBERT GREENHILL, SR. 300 PARK AVE., 23RD FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| GREENLIGHT CAPITAL, INC. | ATTN: DAVID EINHORN, HARRY BRANDLER, NELSON HEUMANN 2 GRAND CENTRAL TOWER 140 E 45 ST,FL 24 NEW YORK NY 10017 |
| GSC GROUP | ATTN: ALFRED ECKERT III, ANDREW WAGNER 500 CAMPUS DRIVE, SUITE 220 FLORHAM PARK NJ 07932 |
| GTCR GOLDEN RAUNER, LLC | ATTN: BRUCE RAUNER, CRAIG BONDY 6100 SEARS TOWER CHICAGO IL 60606 |
| GUARANTEED RATE INC. | ATTN: TED AHERN 3940 NORTH RAVENSWOOD CHICAGO IL 60613 |
| HALCYON STRUCTURED ASSET MANAGEMENT | ATTN: STEVEN MANDIS 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HBK INVESTMENTS | 2101 CEDAR SPRINGS RD STE 700 DALLAS TX 752011845 |
| HEIGHTS CAPITAL MANAGEMENT | ATTN: ANDREW FROST 101 CALIFORNIA STREET, SUITE 3250 SAN FRANCISCO CA 94111 |
| HIG CAPITAL | ATTN: DOUG BERMAN 1001 BRICKELL BAY DR., 27TH FL. MIAMI FL 33131 |
| HIGHBRIDGE CAPITAL MANAGEMENT | ATTN: GLENN DUBIN, HENRY SWIECA 9 WEST 57TH STREET 27TH FLOOR NEW YORK NY 10019 |
| HIGHLAND CAPITAL MANAGEMENT | ATTN: PAUL BERZ, STEVEN WISHNIA 6077 PRIMACY PARKWAY SUITE 228 MEMPHIS TN 38119 |
| IFC | ATTN: ANDRE LAUDE, MILANA I. GORSHKOVA 2121 PENNSYLVANIA AVE, NW F10P-130 WASHINGTON DC 20433 |
| INDYMAC BANK | ATTN: AL E. GOMEZ 888 EAST WALNUT STREET HQ-06-04 PASADENA CA 91101-7211 |
| ITLA CAPITAL CORPORATION | ATTN: TIMOTHY M. DOYLE 888 PROSPECT STREET, STE. 110 LA JOLLA CA 92037 |
| JC FLOWERS | ATTN: EDWARD GREBOW 717 FIFTH AVENUE 26TH FLOOR NEW YORK NY 10022 |
| JLL | ATTN: KEVIN HAMMOND 450 LEXINGTON AVENUE 31ST FLOOR NEW YORK NY 10017 |
| JMH CAPITAL | 890 WINTER STREET SUITE 110 WALTHAM MA 02451 |
| JP MORGAN PARTNERS | TIM SEBUNYA, BROOK CUDDY |
| KBC FINANCIAL PRODUCTS USA INC. | ATTN: GAGAN SAWHNEY, DAVID PESKIN 140 EAST 45TH STREET 2 GRAND CENTRAL TOWER, 42ND FLOOR NEW YORK NY 10017-3144 |
| KELLY CAPITAL | ATTN: JOE ALTMAN 225 BROADWAY NBC TOWER 18TH FLOOR SAN DIEGO CA 92101 |
| KKR | ATTN: MARC S. LIPSCHULTZ 9 WEST 57 STREET SUITE 4200 NEW YORK NY 10019 |
| KOHLBERG & COMPANY | ATTN: JAMES KOHLBERG, JEROME KOHLBERG, SHANT MARDIROSSIAN 111 RADIO CIRCLE MT. KISCO NY 10549 |
| LANGER | TWO SOUNDVIEW DRIVE GREENWICH CT 06830 |
| LBC CREDIT PARTNERS | ATTN: JOHN BRIGNOLA, IRA LUBERT, CHRISTOPHER CALABRESE CIRCA CENTRE, 2929 ARCH STREET PHILADELPHIA PA 19104 |
| LEUCADIA | ATTN: BILL SLOVER 1730 RHODE ISLAND AVE NW SUITE 304 WASHINGTON DC 20036 |
| LEXIN CAPITAL | ATTN: METIN NEGRIN 645 MADISON AVENUE NEW YORK NY 10065 |
| LINDSAY GOLDBERG | ATTN: ALAN GOLDBERG 630 FIFTH AVE., 30TH FLOOR NEW YORK NY 10111 |
| LLR | ATTN: MITCHELL HOLLIN CIRCA CENTRE, 2929 ARCH ST. PHILADELPHIA PA 19104 |
| LONE STAR FUNDS | 2711 N HASKELL AVE STE 1700 DALLAS TX 752042922 |
| LUXMAC COVINO & COMPANY, INC. | ATTN: JORDAN HARRIS 560 WHITE PLAINS ROAD, SUITE 400 TARRYTOWN NY 10591 |
| M2 CAPITAL PARTNERS, LLC | ATTN: JAY MCENTIRE IV 3627 STONERIDGE ROAD #3 AUSTIN TX 78746 |
| MADISON DEARBORN | ATTN: TIMOTHY HURD, VAHE DOMBALAGIAN 3 FIRST NATIONAL PLAZA, SUITE 3800 CHICAGO IL 60602 |
| MAGNETAR CAPITAL LLC | ATTN: ALEC LOTOWITZ, ROSS LASER 1603 ORRINGTON AVE SUITE 990 EVANSTON IL 60201 |
| MARATHON ASSET MANAGEMENT, LLC | 1 BRYANT PARK #38 NEW YORK NY 100366715 |
| MARQUETTE FINANCIAL COMP. (POHLAD/HILE) | ATTN: JANN OZELLO-WILCOX 60 SOUTH 6TH ST., STE 3800 MINNEAPOLIS MN 55402 |
| MARSHALL & ILSLEY CORP. | ATTN: MARK FURLONG, KENNETH KREI 770 NORTH WATER ST. MILWAUKEE WI 53202 |
| MATLINPATTERSON ASSET MANAGEMENT, LLC | ATTN: FRANK PLIMPTON 520 MADISON AVENUE NEW YORK NY 10022 |
| MAVERICK CAPITAL | ATTN: MIKE LYONS, GUNNAR OVERSTROM, AMY COSTILLO, MIKE LYONS 767 FIFTH AVENUE 11TH FLOOR NEW YORK NY 10153 |
| MB FINANCIAL INC. | ATTN: JILL YORK 800 WEST MADISON ST. CHICAGO IL 60607 |
| MEDALLION FINANCIAL GROUP | ATTN: ANDY MURSTEIN 437 MADISON AVENUE, 38TH FLOOR NEW YORK NY 10022 |
| MERIDIAN | ATTN: HOWARD J. ZUCKERMAN 1 BATTERY PARK PLAZA, 26TH FLOOR NEW YORK NY 10004 |
| METALMARK CAPITAL | ATTN: LEIGH ABRAMSON, HOWARD HOFFEN 1177 AVENUE OF THE AMERICAS 40TH FL. NEW |

| Claim Name | Address Information |
|---|---|
| METALMARK CAPITAL | YORK NY 10036 |
| MHR | ATTN: KEITH WHITTAKER 40 WEST 57TH STREET 24TH FLOOR NEW YORK NY 10019 |
| MID AMERICA BANKING CORP (BARRY/JOHNSON) | ATTN: RALPH GATES 33 EAST BROADWAY, STE. 190 COLUMBIA MO 65203 |
| MUNIMAE | ATTN: MICHAEL L. FALCONE, THOMAS W. KORONA 900 17TH STREET, NW, SUITE 350 WASHINGTON DC 20006 |
| NATIONAL CITY CORP. (OH) | ATTN: JOHN D. GELLHAUSEN, CLARK KHAYAT, KENNETH GAVRITY 1900 EAST NINTH ST. CLEVELAND OH 44114 |
| NETMORE INC. | ATTN: MARK FREEDLE 109 EAST MAIN STREET, SUITE 301 WALLA WALLA WA 99362 |
| NEW WORLD FEDERAL SAVINGS BANK | ATTN: JOSE CAMACHO, GEORGE MUNOZ, SUSAN WALKER 1600 EAST ROBINSON STREET, SUITE 400 ORLANDO FL 32803 |
| NEW YORK MORTGAGE TRUST | ATTN: DAVID AKRE 52 VANDERBILT AVENUE NEW YORK NY 10017 |
| NEWOAK CAPITAL | ATTN: SHANKER MERCHANT 485 LEXINGTON AVENUE, 25TH FLOOR NEW YORK NY 10017 |
| OCH-ZIFF CAPITAL | ATTN: DAVID WINDREICH, JOSH ROSS 9 WEST 57TH ST., 39TH FLOOR NEW YORK NY 10022 |
| OCWEN | ATTN: WILLIAM ERBEY THE FORUM, SUITE 1003 1675 PALM BEACH LAKES BLVD. WEST PALM BEACH FL 33401 |
| ODYSSEY INVESTMENT PARTNERS | ATTN: STEPHEN BERGER 280 PARK AVE., WEST TOWER, 38TH FL. NEW YORK NY 10017 |
| OLD SECOND BANCORP INC. | ATTN: WILLIAM SKOGLUND 37 SOUTH RIVER ST. AURORA IL 60506 |
| OLYMPIA WEST MORTGAGE GROUP | ATTN: JOHN LUESSENHOP 1950 OLD GALLOWS RD. 8TH FLOOR VIENNA VA 22182 |
| ONE SOUTH BANK | ATTN: KIM WILSON, JANICE GEORGE 777 MAIN ST. BLDG. G, STE. 2 CHIPLEY FL 32428 |
| ORIX CAPITAL MARKETS | ATTN: CLIFF WEINER 1717 MAIN STREET, SUITE 900 DALLAS TX 75201 |
| PARTHENON CAPITAL | ATTN: BRIAN GOLSON, ANDREW DODSON 265 FRANKLIN ST., 18TH FL. BOSTON MA 02110 |
| PAYONEER (VIA PATTONBOGGS) | ATTN: YUVAL TAL 410 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| PERIMETER FIRST BANK | 3719 OLD ALABAMA RD STE 300-G ALPHARETTA GA 300228692 |
| PERRY CAPITAL | ATTN: ORI UZIEL 767 5TH AVE., 19TH FLOOR NEW YORK NY 10153 |
| PHH CORPORATION | ATTN: TERENCE W. EDWARDS, NEIL J. CASHEN, RON LYLES 3000 LEADENHALL ROAD MOUNT LAUREL NJ 08054 |
| PLAINFIELD ASSET MANAGEMENT LLC | ATTN: NIV HARIZMAN 55 RAILROAD AVENUE, 3RD FLOOR GREENWICH CT 06830 |
| PLATINUM EQUITY | ATTN: SAM FARAHNAK 360 NORTH CRESCENT DR. BEVERLY HILLS CA 90210 |
| POPULAR INC. | ATTN: RICHARD CARRION, DAVID CHAFEY JR. 209 MUNOZ RIVERA AVENUE PO BOX 362708 HATO REY PR 00918 |
| PROSPECT | ATTN: MARK FILLER, TRACY JACKSON, JASON SCHIFFMAN 1033 SKOKIE BOULEVARD NORTHBROOK IL 60062 |
| QUICKEN LOANS | ATTN: ROB KRAMER 20555 VICTOR PARKWAY LIVONIA MI 48152 |
| RAMIUS CAPITAL GROUP, LLC | ATTN: ROGER ANSCHER, PETER COHEN 666 THIRD AVENUE 26TH FLOOR NEW YORK NY 10017 |
| RANIERI & CO. | ATTN: KAREN BELLEZZA 120 GILBRALTAR ROAD HORSHAM PA 19044 |
| REDWOOD TRUST, INC. | ATTN: CANDACE LAU-HANSEN ONE BELVEDERE PLACE SUITE 300 MILL VALLEY CA 94941 |
| RESOURCE AMERICA, INC. | ATTN: KENT CARSTATER ONE CRESCENT DRIVE, SUITE 203 NAVY YARD CORPORATE CENTER PHILADELPHIA PA 19112 |
| RLJ COMPANIES | ATTN: ROBERT JOHNSON, H. VAN SINCLAIR 3 BETHESDA METRO CENTER, STE. 1000 BETHESDA MD 20814 |
| ROARK CAPITAL GROUP | ATTN: ROBERT CHAMBERS, NEAL ARONSON 1180 PEACHTREE ST. NE, STE. 2500 ATLANTA GA 30309 |
| SAC CAPITAL ADVISORS | ATTN: MAHESH NARAYAN 777 LONG RIDGE RD. STAMFORD CT 06902 |
| SAEHAN BANCORP | ATTN: DANIEL KIM 3580 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90010 |
| SEKITS CAPITAL (INVESTMENT ARM) | ATTN: MICHAEL SEKITS 9841 AIRPORT BLVD., 12TH FL. MANHATTAN BEACH CA 90045 |
| SIDHU ADVISORS LLC | ATTN: JAY S. SIDHU, ANDREA GOLDSMITH N 6TH ST. AND WASHINGTON ST. READING PA 19601 |
| SILVER POINT | ATTN: SETH COHEN, RICHARD S. PARISI 111 SOUTH WACKER DR., 39TH FLOOR CHICAGO IL 60606 |
| SPECTRUM EQUITY INVESTORS | ATTN: BRION APPLEGATE, BENJAMIN SPERO 333 MIDDLEFIELD RD., STE. 200 BOSTON MA |

| Claim Name | Address Information |
|---|---|
| SPECTRUM EQUITY INVESTORS | 94025 |
| STARBOARD SPECIALTY FUNDS, LLC | ATTN: SHAWN BASTIC 200 W. ADAMS STREET, SUITE 1050 CHICAGO IL 60606 |
| STARK INVESTMENTS LP | ATTN: MICHAEL ROTH, BRIAN STARK 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235-3716 |
| STERLING CAPITAL PARTNERS, LP | ATTN: TOM WIPPMAN, JUAN REYES 6335 SMITH AVE., STE. 210 BALTIMORE MD 21209 |
| STONE TOWER CAPITAL LLC | ATTN: RAKESH K. JAIN 152 WEST 57TH STREET, 34TH FLOOR NEW YORK NY 10019-3310 |
| STRATEGIC VALUE PARTNERS | 100 W PUTNAM AVE FL 2 GREENWICH CT 068305342 |
| SUMMIT PARTNERS | ATTN: ERIN VALENTI 499 HAMILTON AVENUE PALO ALTO CA 94301-1831 |
| SUN CAPITAL PARTNERS | ATTN: MARC LEDER, RODGER KROUSE, BRIAN URBANEK 5200 TOWN CENTER CIRCLE, STE. 470 BOCA RATON FL 33486 |
| SUSQUEHANNA INTERNATIONAL GROUP | ATTN: AARON HANTMAN, JOEL GREENBERG 401 CITY AVENUE, SUITE 220 BALA CYNWYD PA 19004 |
| TA ASSOCIATES | ATTN: TODD CROCKETT, TIM RUPERT 70 WILLOW RD., STE. 100 BOSTON MA 94025 |
| TCF FINANCIAL CORP. | ATTN: LYNN NAGORSKE, NEIL BROWN 200 EAST LAKE ST. WAYZATA MN 55391 |
| TERRAPIN PARTNERS, LLC | ATTN: JASON WEISS, NATHAN LEIGHT 1001 RIVAS CANYON RD. PACIFIC PALISADES CA 90272 |
| TEXAS PACIFIC GROUP | ATTN: DAVID BONDERMAN, JAMES COULTER, WILLIAM PRICE III 301 COMMERCE ST., STE 3300 FORT WORTH TX 76102 |
| THE BANCORP, INC. | ATTN: FRANK MASTRANGELO 405 SILVERSIDE ROAD WILMINGTON DE 19809 |
| THE PRIVATEWEALTH TRUST COMPANY | ATTN: WALLACE L. HEAD 70 WEST MADISON STREET CHICAGO IL 60602 |
| TOM MEYER | ATTN: TOM MEYER HIALEAH FL 33016 |
| TOMORROWS' BANK | ATTN: JOE MOSS 7130 BUFORD HWY., SUITE C100, C-110 DORAVILLE GA 30340 |
| TRANSATLANTIC FUNDS | ATTN: ROBIN TREHAN 123 W MADISON ST, SUITE 402 CHICAGO IL 60602 |
| TRENWITH GROUP, LLC | ATTN: JEFFREY R. MANNING 7101 WISCONSIN AVENUE, STE. 800 BETHESDA MD 20814-4827 |
| TRIVEST PARTNERS | 550 S DIXIE HWY #300 CORAL GABLES FL 331462701 |
| UBS (RBK MANAGEMENT) | ATTN: AMIT GROVER 299 PARK AVENUE, 31ST FLOOR NEW YORK NY 10171 |
| UCBH HOLDINGS, INC. | ATTN: JOHN DOWNING 555 MONTGOMERY STREET, 14TH FLOOR SAN FRANCISCO CA 94111 |
| VEGA ASSET MANAGEMENT | ATTN: ROBERT SLUTZ, MICHAEL MANN 375 PARK AVENUE, 29TH FLOOR NEW YORK NY 10152-0002 |
| VICTORY | 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| VULCAN | ATTN: GEOFF MCKAY, ZANDER DOROSKI 505 FIFTH AVENUE SOUTH SUITE 900 SEATTLE WA 98104 |
| W.R. BERKLEY CORPORATION | ATTN: WILLIAM (BILL) BERKLEY 475 STEAMBOAT ROAD GREENWICH CT 06830-7144 |
| WILMER CUTLER PICKERING HALE AND DORR | ATTN: SERENA B. WILLE 1875 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20006 |
| WILSHIRE STATE BANK | ATTN: STEVEN KOH 3200 WILSHIRE BOULEVARD LOS ANGELES CA 90010 |
| WL ROSS & CO. LLC | ATTN: JOSH SEEGOPAUL 1166 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| WPS COMMUNITY BANK, FSB | 6000 GISHOLT DRIVE MADISON WI 53713 |

**Total Creditor count  184**