# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No. 8816 |

**CERTIFICATE OF NO OBJECTION REGARDING TWENTY-EIGHTH MONTHLY APPLICATION OF HAHN & HESSEN LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, she has received no written answer, objection or other responsive pleading to the *Twenty-Eighth Monthly Application of Hahn & Hessen LLP, Co-Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period November 1, 2009 through November 30, 2009 [Docket No. 8816]* filed on April 30, 2010 (the "Application").  The undersigned further certifies that she has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than May 20, 2010 at 4:00 p.m.

128189.01600/21881729v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Debtors are authorized to pay Hahn & Hessen LLP $132,133.20, which represents 80% of the fees requested ($165,166.50) and $1,781.83, which represents 100% of the expenses requested in the Application for the period of November 1, 2009 through November 30, 2009 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:   June 2, 2010                                   **BLANK ROME LLP**

By:   */s/ Bonnie Glantz Fatell*
      Bonnie Glantz Fatell (DE No. 3809)
      David W. Carickhoff (DE No. 3715)
      1201 Market Street, Suite 800
      Wilmington, DE  19801
      Telephone:  (302) 425-6400
      Facsimile:  (302) 425-6464

              And

      Mark S. Indelicato
      Hahn & Hessen LLP
      488 Madison Avenue
      New York, NY  10022
      Telephone:  (212) 478-7200
      Facsimile:  (212) 478-7400

      *Co-Counsel for the Official Committee of Unsecured Creditors*

128189.01600/21881729v.1