# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re

AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, [1]

Debtors.

-------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

Re: Docket No. 8877

## CERTIFICATE OF SERVICE

I, *Victoria A. Guilfoyle*, certify that on June 1, 2010, I caused service of the attached *Order Granting The Official Committee of Unsecured Creditors' Eighth Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants* [Dkt. 8877] to be made via First Class Mail upon the parties listed on the Service List attached hereto as <u>Exhibit A</u>.

Dated: June 2, 2010

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE Bar. No 5183)

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.,; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/21881446v.1

# EXHIBIT A

(**Via First Class Mail**)

James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Counsel for the Debtors*

Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
*Counsel for the Administrative Agent*

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Counsel for the Administrative Agent*

Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY  10017
*Counsel for DIP Agent*

Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
*Counsel for DIP Agent*

Joseph McMahon, Esquire
*Office of the United States Trustee*
844 King Street, Room 2313
Wilmington, DE  19801

*Preference Defendant(s)*

Bellagio, LLC
Attn:  Bruce A. Aguilera, Esquire
Bellagio Resort & Casino
3600 Las Vegas Boulevard. S.
Las Vegas, NV  89109

Brett. D. Fallon, Esquire
Eric J. Monzo, Esquire
Carl N. Kunz, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1404
*Counsel to Bellagio, LLC*

Broker Agent Magazine, LLC
Attn:  Thomas A. Denker, Esquire
Munger Chadwick, P.L.C.
333 N. Wilmot Road, Suite 300
Tucson, AZ  85711

Chandler Signs, L.P., L.L.P.
Attn:  Jack Martin, Vice President
3201 Manor Way
Dallas, TX  75235

William W. Erhart, Esquire
William W. Erhart, P.A.
800 King Street, Suite 303
Wilmington, DE  198091
*Counsel to Chandler Signs, L.P., L.L.P.*

Com-Bell Systems, Inc.
Maryellen Santoro, Owner
561 Acorn Street   Unit C
Deer Park, NY  11729

128189.01600/21881446v.1

*Preference Defendant(s) continued*

William J. Burnett, Esquire
Flaster Greenberg, PC
901 North Market Street, 4th Floor
Wilmington, DE  19801
*Counsel for Com-Bell Systems, Inc.*

Dataspan
Attn:  David E. Chisum,
SVP & CFO
1111 W. Mockingbird Lane,
Suite 1050
Dallas, TX  75247

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Carl D. Neff, Esquire
Mary E. Augustine, Esquire
Ciardi, Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE  19801
*Counsel for Dataspan*

Elite Fire Protection, Inc.
Attn:  Michael Riccuiti, President
252 Eastern Pkwy
Farmingdale, NY  11735

Laurie Schenker Polleck, Esquire
Jaspan Schlesinger, LLP
913 Market Street, 12th Fl
Wilmington, DE  19801
*Counsel for Elite Fire Protection, Inc.*

Mitchell J. Devack, Esquire
Thomas Yanega, Esquire
The Law Offices of Mitchell J. Devack PLLC
90 Merrick Avenue, Suite 500
East Meadow, NY  11554
*Counsel for Elite Fire Protection, Inc.*

FNC, Inc.
Dennis Tosh, Jr., CAO
1214 Office Park Drive
Oxford, MS  38655

Rafael X. Zahralddin- Aravena, Esquire
Shelley A. Kinsella, Esquire
Elliott Greenleaf
1105 Market Street, Suite 1700
Wilmington, DE  19801
*Counsel for FNC, Inc.*

Stephen W. Rosenblatt, Esquire
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, Regions Plaza
210 East Capitol Street
Jackson, Mississippi  39201
*Counsel for FNC, Inc.*

Frontrange Solutions USA, Inc.
Attn:  Franklin P. Huang, Esquire
5675 Gibralter Drive
Pleasanton, CA  94588

Brian S. Healy, Esq.
Tierney, Watson and Healy, P.C.
595 Market Street, Ste. 2360
San Francisco, CA 94105
*Counsel for Frontrange Solutions, USA*

MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.
Attn:  Bill Hultman,
Senior Vice President
1818 Library Street, Suite 300
Reston, VA  20190

*Preference Defendant(s) continued*

Microsoft
Attn: Maria Ann Milano
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

Maria Ann Milano, Esquire
Riddell Williams P.S.
1001 – 4th avenue, Suite 4500
Seattle, WA 98154-1065
*Counsel for Microsoft*

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
*Counsel for Microsoft*

Pitney Bowes, Inc., et al.
c/o Edward J. LoBello, Esquire
Meyer Suozzi English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY 10018

Protis Executive Innovations
Attn: Ben T. Caughey, Esquire
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200