BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: Terri A. Roberts
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
State Bar No. 024449
Attorneys for Creditor Pima County

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | No.: 07-11047 (CSS)<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR NOTICES<br><br>CHAPTER 11 |

    Please be advised that Terri A. Roberts and German Yusufov hereby withdraw their "Notice of Appearance and Request for Notice" in this chapter 11 case. It is requested that their names be removed from all the mailing and service lists in this matter.

    RESPECTFULLY SUBMITTED this 4th day of June 2010.

                       BARBARA LAWALL
                       PIMA COUNTY ATTORNEY

                       By:   /s/ Terri A. Roberts
                            Terri A. Roberts
                            German Yusufov
                            Deputy County Attorneys

Copy of the foregoing mailed this
__4th__ day of June 2010

Bonnie Glantz Fatell
David W. Carickhoff
Victoria Guilfoyle
1201 Market Street, Ste. 800
Wilmington, Delaware 19801

U.S. Trustee
Office of the U.S. Trustee
230 N. First Avenue
Suite 204
Phoenix, AZ  85003

By:   /s/ *Annette Atkins*

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750