# EXHIBIT A

In Reference To:                              DATE: 6/2/2010
                                              American Home Mortgage
                                          Our File Number:  AMERICA.AHM


PROFESSIONAL SERVICES RENDERED

| Description | Amount |
|---|---|
| 0040 - Fee/Employment Application | 4,347.00 |
| 0120 - Litigation | 99,094.00 |
| TOTAL: | $103,441.00 |

In Reference To:                                    DATE: 6/2/2010
American Home Mortgage
Our File Number:  AMERICA.AHM


TIMEKEEPER SUMMARY


<u>0040 - Fee/Employment Application</u>

| Name | Hours | Amount |
| --- | --- | --- |
| Joshua D. Morse | 8.20 | $4,305.00 |
| Kevin Floyd | 0.20 | $42.00 |
| TOTALS:  0040 - Fee/Employment Application | 8.40 | $4,347.00 |

PAGE 4                                      In Reference To:                                      DATE: 6/2/2010
                                      American Home Mortgage
                                  Our File Number:  AMERICA.AHM


<u>0040 - Fee/Employment Application</u>

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/2/2010 | Joshua D. Morse | Draft email correspondence to Mr. Beach regarding quarterly fee application deadline. | 0.10 | $52.50 |
| 3/15/2010 | Joshua D. Morse | Review pre-bill for fifth monthly fee application. | 1.80 | $945.00 |
| 3/15/2010 | Joshua D. Morse | Draft fifth monthly fee application. | 0.80 | $420.00 |
| 3/15/2010 | Joshua D. Morse | Draft first interim fee application. | 0.90 | $472.50 |
| 3/15/2010 | Joshua D. Morse | Confirm calculations for first interim fee application. | 0.90 | $472.50 |
| 3/15/2010 | Joshua D. Morse | Review and revise fifth monthly fee application. | 0.40 | $210.00 |
| 3/15/2010 | Joshua D. Morse | Review and revise first interim fee application. | 0.40 | $210.00 |
| 3/16/2010 | Joshua D. Morse | Review and revise fifth monthly fee application. | 0.80 | $420.00 |
| 3/16/2010 | Joshua D. Morse | Review and revise first interim fee application. | 0.50 | $262.50 |
| 3/16/2010 | Joshua D. Morse | Draft email correspondence to Ms. Laskin confirming objection deadline for interim fee application. | 0.10 | $52.50 |
| 3/16/2010 | Joshua D. Morse | Draft email correspondence to Ms. Coggins regarding interim fee application. | 0.20 | $105.00 |
| 3/16/2010 | Joshua D. Morse | Telephone conference with Ms. Coggins regarding interim fee application. | 0.20 | $105.00 |
| 4/6/2010 | Joshua D. Morse | Confirm no objection to fifth interim fee application. | 0.20 | $105.00 |
| 4/6/2010 | Joshua D. Morse | Draft certificate of no objection to fifth interim fee application. | 0.20 | $105.00 |
| 4/6/2010 | Joshua D. Morse | Draft email correspondence to Ms. Coggins transmitting certificate of no objection to fifth interim fee application for filing. | 0.10 | $52.50 |
| 4/8/2010 | Joshua D. Morse | Confirm filing of CNO for fifth interim fee application. | 0.10 | $52.50 |
| 4/9/2010 | Joshua D. Morse | Draft email correspondence to Mr. Beach transmitting CNO for fifth interim fee application. | 0.10 | $52.50 |
| 4/30/2010 | Kevin Floyd | Arrange telephonic appearance for Mr. Morse at upcoming hearing. | 0.20 | $42.00 |
| 4/30/2010 | Joshua D. Morse | Coordinate telephonic hearing for interim fee application. | 0.10 | $52.50 |
| 4/30/2010 | Joshua D. Morse | Review proposed form of order approving interim fee application. | 0.20 | $105.00 |

PAGE 5

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 6/2/2010

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 4/30/2010 | Joshua D. Morse | Draft email correspondence to Ms. Laskin regarding form of order approving interim fee application. | 0.10 | $52.50 |
| TOTALS:  0040 - Fee/Employment Application | | | 8.40 | $4,347.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

<u>0120 - Litigation</u>

| Name | Hours | Amount |
|------|-------|--------|
| Celestino Santos | 33.00 | $7,260.00 |
| Jeanne E. Irving | 86.80 | $59,024.00 |
| Joshua D. Morse | 4.70 | $2,467.50 |
| Luis Perez | 13.50 | $2,362.50 |
| Melissa Ziady | 3.40 | $663.00 |
| Michael Morris | 33.30 | $25,308.00 |
| Olin Ray | 9.80 | $2,009.00 |
| TOTALS:  0120 - Litigation | 184.50 | $99,094.00 |

PAGE 7                                   In Reference To:                          DATE: 6/2/2010
                                    American Home Mortgage
                              Our File Number:  AMERICA.AHM


<u>0120 - Litigation</u>

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 2/1/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding motion to dismiss reply brief. | 0.20 | $136.00 |
| 2/1/2010 | Michael Morris | Revise reply memorandum (motion to dismiss). | 0.80 | $608.00 |
| 2/1/2010 | Michael Morris | Correspondence to Ms. Irving regarding revisions to reply memorandum. | 0.40 | $304.00 |
| 2/1/2010 | Michael Morris | Correspondence to debtors regarding reply brief. | 0.20 | $152.00 |
| 2/1/2010 | Joshua D. Morse | Review revised version of reply to objection to motion to dismiss and internal email traffic regarding same. | 1.70 | $892.50 |
| 2/2/2010 | Jeanne E. Irving | Review electronic correspondence from Mr. Morris regarding motion to dismiss reply brief. | 0.10 | $68.00 |
| 2/2/2010 | Jeanne E. Irving | Legal research regarding reply regarding motion to dismiss. | 0.20 | $136.00 |
| 2/2/2010 | Michael Morris | Research regarding 544 cases regarding timing of foreclosures. | 1.50 | $1,140.00 |
| 2/2/2010 | Michael Morris | Correspondence to Ms. Irving regarding 544 cases and revisions. | 0.30 | $228.00 |
| 2/2/2010 | Joshua D. Morse | Review email correspondence from Mr. Morris regarding additional authority in support of reply to objection to motion to dismiss. | 0.30 | $157.50 |
| 2/2/2010 | Joshua D. Morse | Review comments to reply brief from Debtors' counsel. | 0.40 | $210.00 |
| 2/3/2010 | Jeanne E. Irving | Review and revise motion to dismiss reply. | 3.40 | $2,312.00 |
| 2/3/2010 | Michael Morris | Revise reply brief with changes from debtors and new sections. | 2.00 | $1,520.00 |
| 2/3/2010 | Michael Morris | Correspondence to Ms. Irving regarding brief. | 0.10 | $76.00 |
| 2/3/2010 | Joshua D. Morse | Review further revised version of reply to objection to motion to dismiss. | 0.50 | $262.50 |
| 2/4/2010 | Jeanne E. Irving | Review and revise motion to dismiss reply. | 3.30 | $2,244.00 |
| 2/4/2010 | Jeanne E. Irving | Review various emails from Mr. Morris regarding motion to dismiss reply and regarding discovery issues raised by Mr. Green. | 0.10 | $68.00 |
| 2/4/2010 | Jeanne E. Irving | Review and analyze cases cited in motion to dismiss reply. | 3.50 | $2,380.00 |
| 2/4/2010 | Michael Morris | Final revisions to reply and prepare for filing. | 2.50 | $1,900.00 |
| 2/4/2010 | Michael Morris | Correspondence to debtors for approval of final reply brief. | 0.30 | $228.00 |

PAGE 8                 In Reference To:             DATE: 6/2/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 2/4/2010 | Michael Morris | Correspondence to JPMC counsel regarding discovery issues. | 0.10 | $76.00 |
| 2/4/2010 | Michael Morris | Correspondence to Ms. Irving regarding JPMC discovery issues. | 0.20 | $152.00 |
| 2/4/2010 | Michael Morris | Correspondence to Mr. Miller regarding preparation for filing reply. | 0.20 | $152.00 |
| 2/4/2010 | Joshua D. Morse | Review internal email traffic regarding oral argument for motion to dismiss. | 0.20 | $105.00 |
| 2/4/2010 | Melissa Ziady | Cite-check brief. | 3.40 | $663.00 |
| 2/5/2010 | Jeanne E. Irving | Review various emails from Mr. Morris regarding motion to dismiss reply brief. | 0.10 | $68.00 |
| 2/5/2010 | Jeanne E. Irving | Telephone conference with Ms. Botta regarding preparation of tables for motion to dismiss reply brief. | 0.10 | $68.00 |
| 2/5/2010 | Jeanne E. Irving | Review and revise motion to dismiss reply brief, and draft and review various emails regarding same. | 1.40 | $952.00 |
| 2/5/2010 | Jeanne E. Irving | Revise master caption and draft email to Ms. Botta regarding same. | 0.10 | $68.00 |
| 2/5/2010 | Jeanne E. Irving | Telephone call to office of Ms. Coggins regarding filing of motion to dismiss reply. | 0.10 | $68.00 |
| 2/5/2010 | Jeanne E. Irving | Review and respond to various emails from Mr. Morris and Ms. Coggins regarding filing of motion to dismiss reply. | 0.10 | $68.00 |
| 2/5/2010 | Michael Morris | Review final version of reply brief from Ms. Irving. | 0.40 | $304.00 |
| 2/5/2010 | Michael Morris | Correspondence to Mr. Miller regarding filing and service of reply. | 0.30 | $228.00 |
| 2/8/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding discovery. | 0.10 | $68.00 |
| 2/8/2010 | Jeanne E. Irving | Review and analyze email and attachment from Mr. Green regarding email searches. | 0.10 | $68.00 |
| 2/8/2010 | Jeanne E. Irving | Draft email to Mr. Green regarding email searches. | 0.80 | $544.00 |
| 2/8/2010 | Jeanne E. Irving | Review and analyze email files received from American Home Mortgage. | 3.40 | $2,312.00 |
| 2/8/2010 | Michael Morris | Correspondence with Ms. Irving regarding JPMC discovery. | 0.10 | $76.00 |
| 2/8/2010 | Michael Morris | Correspondence with Mr. Miller regarding oral argument and certification. | 0.20 | $152.00 |

In Reference To:                                    DATE: 6/2/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 2/8/2010 | Michael Morris | Correspondence with Mr. Dorsey regarding argument. | 0.10 | $76.00 |
| 2/8/2010 | Celestino Santos | Prepare documents for review. | 1.00 | $220.00 |
| 2/9/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding margin payment claim; review message from Ms. Edwards regarding protective order. | 0.10 | $68.00 |
| 2/9/2010 | Jeanne E. Irving | Telephone conference with Ms. Edwards regarding status of discovery. | 0.10 | $68.00 |
| 2/9/2010 | Jeanne E. Irving | Review of email regarding time to object to third party subpoenas. | 0.20 | $136.00 |
| 2/9/2010 | Jeanne E. Irving | Draft various emails regarding conference call regarding experts and review responses to same. | 0.10 | $68.00 |
| 2/9/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding BDO Seidman subpoena. | 0.20 | $136.00 |
| 2/9/2010 | Jeanne E. Irving | Draft email to Mr. McGuire regarding BDO Seidman subpoena. | 0.10 | $68.00 |
| 2/9/2010 | Jeanne E. Irving | Further telephone conference with Mr. Morris regarding BDO Seidman subpoena. | 0.30 | $204.00 |
| 2/9/2010 | Jeanne E. Irving | Review and revise protective orders and draft email to Mr. Morris, Mr. Morse and debtor's counsel regarding same. | 1.30 | $884.00 |
| 2/9/2010 | Jeanne E. Irving | Review email from Mr. Berliner regarding review of BDO Seidman documents in connection with subpoena. | 0.10 | $68.00 |
| 2/9/2010 | Michael Morris | Correspondence with Ms. Irving regarding expert witness. | 0.20 | $152.00 |
| 2/9/2010 | Michael Morris | Call with Ms. Irving regarding BDO response to subpoena (2 calls). | 0.50 | $380.00 |
| 2/9/2010 | Michael Morris | Call with Mr. Berliner regarding BDO response. | 0.30 | $228.00 |
| 2/9/2010 | Michael Morris | Correspondence with Mr. Berliner regarding BDO response to subpoena. | 0.40 | $304.00 |
| 2/9/2010 | Michael Morris | Correspondence to Ms. Irving regarding BDO. | 0.10 | $76.00 |
| 2/9/2010 | Joshua D. Morse | Review draft protective order for consumer information and internal email traffic regarding same. | 0.50 | $262.50 |
| 2/9/2010 | Joshua D. Morse | Review internal email traffic regarding discovery issues. | 0.10 | $52.50 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 2/10/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris and Mr. Gerger regarding expert to value mortgage portfolio. | 0.50 | $340.00 |
| 2/10/2010 | Michael Morris | Telephone conference with Ms. Irving and Mr. Gerger regarding expert witness. | 0.50 | $380.00 |
| 2/10/2010 | Michael Morris | Correspondence with debtors regarding conference call regarding scheduling. | 0.20 | $152.00 |
| 2/11/2010 | Jeanne E. Irving | Prepare for conference call with debtor's counsel. | 0.20 | $136.00 |
| 2/11/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding discovery issues. | 0.30 | $204.00 |
| 2/11/2010 | Jeanne E. Irving | Telephone conference with Messrs. Dorsey, Miller and Morris regarding discovery and other scheduling issues. | 0.60 | $408.00 |
| 2/11/2010 | Jeanne E. Irving | Draft objections to BDO Seidman subpoena. | 0.20 | $136.00 |
| 2/11/2010 | Jeanne E. Irving | Legal research regarding issues relevant to objection to BDO Seidman subpoena. | 3.00 | $2,040.00 |
| 2/11/2010 | Jeanne E. Irving | Review email from Mr. Dorsey regarding Rule 502 stipulation and draft email to Mr. McGuire regarding same. | 0.10 | $68.00 |
| 2/11/2010 | Jeanne E. Irving | Draft email to Mr. Morris regarding emails from Power to Committee. | 0.10 | $68.00 |
| 2/11/2010 | Jeanne E. Irving | Review privileged emails in connection with preparation of objection to BDO Seidman subpoena. | 0.10 | $68.00 |
| 2/11/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding objection to BDO Seidman subpoena. | 0.30 | $204.00 |
| 2/11/2010 | Michael Morris | Telephone conference with Ms. Irving regarding preparation for call with debtors. | 0.30 | $228.00 |
| 2/11/2010 | Michael Morris | Review scheduling order for dates to extend. | 0.20 | $152.00 |
| 2/11/2010 | Michael Morris | Telephone conference with Messrs. Dorsey, Miller regarding scheduling order, expert, extension of time, and argument. | 0.60 | $456.00 |
| 2/11/2010 | Michael Morris | Telephone conference with Ms. Irving regarding BDO and attorney client privilege. | 0.30 | $228.00 |
| 2/11/2010 | Michael Morris | Review emails to committee and forward to Ms. Irving. | 0.30 | $228.00 |
| 2/12/2010 | Jeanne E. Irving | Review and respond to email from Mr. McGuire regarding request for oral argument. | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 2/12/2010 | Jeanne E. Irving | Review and respond to email from Ms. Coggins regarding Notice of Completion of Briefing and Request for Oral Argument; review same. | 0.10 | $68.00 |
| 2/12/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding privilege documents distributed to BDO Seidman. | 0.20 | $136.00 |
| 2/12/2010 | Jeanne E. Irving | Legal research regarding privilege issue. | 1.20 | $816.00 |
| 2/12/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding privilege issues. | 0.30 | $204.00 |
| 2/12/2010 | Michael Morris | Review cases regarding attorney client privilege and BDO role. | 0.60 | $456.00 |
| 2/12/2010 | Michael Morris | Correspondence to Ms. Irving regarding BDO and privilege. | 0.30 | $228.00 |
| 2/12/2010 | Michael Morris | Telephone conference with Ms. Irving regarding privilege issue and approach to BDO. | 0.30 | $228.00 |
| 2/12/2010 | Michael Morris | Correspondence from Mr. McGuire regarding hearing. | 0.10 | $76.00 |
| 2/16/2010 | Jeanne E. Irving | Draft email to Mr. Morris regarding objections to BDO Seidman subpoena. | 0.10 | $68.00 |
| 2/16/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding BDO Seidman objection and draft email to Ms. Botta regarding same. | 0.10 | $68.00 |
| 2/16/2010 | Michael Morris | Review issues regarding BDO response. | 0.20 | $152.00 |
| 2/16/2010 | Michael Morris | Correspondence to Ms. Irving regarding BDO. | 0.20 | $152.00 |
| 2/17/2010 | Joshua D. Morse | Review JPM request for oral argument on motion to dismiss. | 0.10 | $52.50 |
| 2/18/2010 | Jeanne E. Irving | Review and revise consumer protective order pursuant to debtor's counsel's comments; draft email to Mr. Dorsey regarding same; draft email to Mr. McGuire regarding same. | 0.60 | $408.00 |
| 2/18/2010 | Joshua D. Morse | Review additional comments to protective order (consumer information). | 0.10 | $52.50 |
| 2/23/2010 | Jeanne E. Irving | Telephone conference with Mr. Duda regarding consumer information protective order. | 0.10 | $68.00 |
| 2/23/2010 | Jeanne E. Irving | Review email from Mr. Dorsey regarding consumer information protective order. | 0.10 | $68.00 |
| 2/23/2010 | Jeanne E. Irving | Telephone conference with Ms. Zieg regarding email requested and collected. | 0.20 | $136.00 |
| 2/23/2010 | Jeanne E. Irving | Draft email to Ms. Zieg regarding email restored and collected. | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 2/23/2010 | Celestino Santos | Prepare/process documents for attorney review. | 1.50 | $330.00 |
| 2/24/2010 | Jeanne E. Irving | Review email from Mr. Morris regarding changing pretrial schedule. | 0.10 | $68.00 |
| 2/24/2010 | Jeanne E. Irving | Telephone conference with Ms. Zieg regarding electronic database. | 0.10 | $68.00 |
| 2/24/2010 | Jeanne E. Irving | Draft email to Mr. Morris regarding call from BDO Siedman. | 0.10 | $68.00 |
| 2/24/2010 | Jeanne E. Irving | Telephone conference with Ms. Morris regarding subpoena to BDO Seidman. | 0.20 | $136.00 |
| 2/24/2010 | Michael Morris | Telephone conference with Mr. McGuire regarding extension of schedule. | 0.20 | $152.00 |
| 2/24/2010 | Michael Morris | Correspondence to Mr. Irving regarding telephone conference with Mr. McGuire. | 0.30 | $228.00 |
| 2/26/2010 | Michael Morris | Correspondence regarding conference with JPMC and Debtors. | 0.20 | $152.00 |
| 2/26/2010 | Michael Morris | Telephone conference with Mr. Zieg regarding extension of schedule. | 0.30 | $228.00 |
| 2/27/2010 | Jeanne E. Irving | Review and revise protective order consistent with request by Mr. Dorsey, and draft email to Mr. McGuire regarding protective order and Rule 502 Stipulation. | 0.90 | $612.00 |
| 2/27/2010 | Jeanne E. Irving | Research and analyze issues relevant to prejudgment interest. | 4.10 | $2,788.00 |
| 2/27/2010 | Joshua D. Morse | Review further revised protective order (consumer information). | 0.40 | $210.00 |
| 3/1/2010 | Michael Morris | Review and analyze proposed revised scheduling order. | 0.50 | $380.00 |
| 3/2/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding proposed revised pretrial schedule; prepare revised pretrial schedule. | 1.00 | $680.00 |
| 3/2/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding proposed revised pretrial schedule. | 0.20 | $136.00 |
| 3/2/2010 | Jeanne E. Irving | Review documents produced by JPMorgan and draft email to Mr. Morris and Mr. Morse regarding same. | 3.30 | $2,244.00 |
| 3/2/2010 | Michael Morris | Correspondence to Ms. Irving regarding revised dates for scheduling order. | 0.40 | $304.00 |
| 3/2/2010 | Michael Morris | Review Irving spreadsheet regarding schedule. | 0.30 | $228.00 |
| 3/2/2010 | Michael Morris | Telephone conference with Ms. Irving regarding schedule. | 0.20 | $152.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/2/2010 | Michael Morris | Correspondence to Young Conaway regarding revised schedule. | 0.20 | $152.00 |
| 3/3/2010 | Jeanne E. Irving | Review and respond to a multitude of emails from Mr. Morris, debtors' counsel and JPMorgan counsel regarding proposed revised pretrial schedule and discovery. | 0.60 | $408.00 |
| 3/3/2010 | Michael Morris | Review correspondence from Ms. Irving and related JPM emails regarding mortgages. | 0.60 | $456.00 |
| 3/3/2010 | Michael Morris | Correspondence to Ms. Irving regarding documents and emails. | 0.30 | $228.00 |
| 3/3/2010 | Michael Morris | Correspondence with debtors regarding schedule. | 0.20 | $152.00 |
| 3/3/2010 | Michael Morris | Correspondence with Young Conaway and JPM counsel regarding meeting regarding scheduling order. | 0.40 | $304.00 |
| 3/5/2010 | Jeanne E. Irving | Review email from Ms. Zieg regarding electronically stored information and draft email to Mr. Santos regarding same. | 0.10 | $68.00 |
| 3/5/2010 | Jeanne E. Irving | Gather information requested by Ms. Zieg regarding custodian's positions and draft email to her regarding same. | 0.20 | $136.00 |
| 3/5/2010 | Jeanne E. Irving | Meeting with Mr. Santos regarding electronically stored information issues; telephone call to office of Ms. Zieg regarding same. | 0.30 | $204.00 |
| 3/5/2010 | Michael Morris | Review revised scheduling order from Green (LRC). | 0.50 | $380.00 |
| 3/5/2010 | Celestino Santos | Meeting with Ms. Irving regarding pending electronic data collection. | 0.30 | $66.00 |
| 3/7/2010 | Michael Morris | Analyze revised order and correspondence to Ms. Irving regarding suggestions on changes. | 0.40 | $304.00 |
| 3/8/2010 | Jeanne E. Irving | Review and respond to several emails from Ms. Zieg regarding discussion regarding electronically stored information. | 0.10 | $68.00 |
| 3/8/2010 | Jeanne E. Irving | Telephone conference with Mr. Rath, Mr. McGuire, Ms. Zieg and Mr. Morris regarding pretrial schedule. | 0.80 | $544.00 |
| 3/8/2010 | Michael Morris | Correspondence to Young Conaway regarding changes to scheduling order and review reply. | 0.20 | $152.00 |
| 3/8/2010 | Michael Morris | Correspondence to Mr. McGuire regarding scheduling order. | 0.20 | $152.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/8/2010 | Michael Morris | Telephone conference with debtors and JPM's counsel regarding revisions to scheduling order and miscellaneous pending matters. | 0.80 | $608.00 |
| 3/11/2010 | Jeanne E. Irving | Telephone conference with Ms. Zieg regarding electronically stored information. | 0.30 | $204.00 |
| 3/12/2010 | Jeanne E. Irving | Draft email to Mr. Rath and Mr. McGuire regarding Rule 302 order and consumer information protective order. | 0.10 | $68.00 |
| 3/12/2010 | Michael Morris | Review revised order from Ms. Green. | 0.60 | $456.00 |
| 3/12/2010 | Michael Morris | Correspondence to Ms. Irving regarding revised order. | 0.10 | $76.00 |
| 3/15/2010 | Jeanne E. Irving | Plan discovery approach. | 0.10 | $68.00 |
| 3/16/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding pretrial schedule. | 0.10 | $68.00 |
| 3/18/2010 | Jeanne E. Irving | Review and analyze pretrial schedule. | 1.30 | $884.00 |
| 3/18/2010 | Jeanne E. Irving | Draft email to Mr. Santos regarding communication with Mr. Dubois regarding electronically stored information. | 0.10 | $68.00 |
| 3/18/2010 | Jeanne E. Irving | Review email from Ms. Zieg regarding status of restoration of email. | 0.10 | $68.00 |
| 3/18/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding pretrial schedule. | 0.10 | $68.00 |
| 3/18/2010 | Michael Morris | Correspondence from Ms. Irving regarding order from Ms. Green. | 0.30 | $228.00 |
| 3/18/2010 | Michael Morris | Review revised scheduling order. | 0.30 | $228.00 |
| 3/18/2010 | Michael Morris | Correspondence to Mr. Zieg regarding issues in scheduling order. | 0.20 | $152.00 |
| 3/19/2010 | Jeanne E. Irving | Review email from Mr. Morris to Mr. Green regarding pretrial schedule. | 0.10 | $68.00 |
| 3/19/2010 | Jeanne E. Irving | Review of correspondence from Ms. Zieg to Mr Green regarding document production; draft email to Ms. Ziady. | 0.10 | $68.00 |
| 3/19/2010 | Michael Morris | Correspondence to Ms. Green regarding comments on order and suggestions. | 0.30 | $228.00 |
| 3/29/2010 | Jeanne E. Irving | Review email from Mr. Dubois regarding electronically stored information received from Mr. Burzenski; draft email to IT staff regarding same; review and respond to email from Mr. Morris regarding protective orders. | 0.10 | $68.00 |

PAGE 15

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 6/2/2010

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/29/2010 | Jeanne E. Irving | Review email from Mr. Burzenski regarding email restoration status; review and revise chart regarding same. | 0.10 | $68.00 |
| 3/29/2010 | Jeanne E. Irving | Meeting with Ms. Ziady regarding electronically stored information received from AHM. | 0.10 | $68.00 |
| 3/29/2010 | Jeanne E. Irving | Review revised scheduling order; draft emails to Mr. Morris and Mr. Miller regarding same. | 0.50 | $340.00 |
| 3/29/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding status of discovery. | 0.20 | $136.00 |
| 3/29/2010 | Jeanne E. Irving | Review and respond to email from Mr. Miller regarding revised scheduling order. | 0.10 | $68.00 |
| 3/29/2010 | Michael Morris | Telephone conference with Mr. McGuire regarding status of pending matters. | 0.30 | $228.00 |
| 3/29/2010 | Michael Morris | Correspondence with Ms. Irving regarding call with Mr. McGuire. | 0.20 | $152.00 |
| 3/29/2010 | Michael Morris | Review revised scheduling order and correspondence with Ms. Irving and Young Conaway regarding same. | 0.40 | $304.00 |
| 3/29/2010 | Michael Morris | Correspondence from Mr. McGuire regarding 502 stipulation. | 0.10 | $76.00 |
| 3/29/2010 | Michael Morris | Correspondence to Mr. McGuire regarding 502 stipulation. | 0.10 | $76.00 |
| 3/29/2010 | Joshua D. Morse | Review and respond to email correspondence from Mr. Morris regarding discussions with Mr. Stennett. | 0.10 | $52.50 |
| 3/30/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding Rule 502 stipulation; prepare stipulation to be filed and send back to Mr. Miller; review and respond to email from Mr. Miller regarding same. | 0.30 | $204.00 |
| 3/30/2010 | Jeanne E. Irving | Review of Rule 502 stipulation received from JPMorgan; draft email to Mr. Miller regarding same. | 0.30 | $204.00 |
| 3/30/2010 | Michael Morris | Correspondence regarding 502 stipulation. | 0.10 | $76.00 |
| 3/31/2010 | Jeanne E. Irving | Review changes to protective order received from JPMorgan, draft email to Mr. Morris regarding same; draft email to Ms. Zieg regarding same. | 0.80 | $544.00 |
| 3/31/2010 | Jeanne E. Irving | Review of executed revised scheduling order. | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 3/31/2010 | Jeanne E. Irving | Draft email to Mr. Miller regarding executed revised scheduling order and review response to same. | 0.10 | $68.00 |
| 3/31/2010 | Jeanne E. Irving | Draft email to Ms. Ziady regarding calendaring dates from revised scheduling order. | 0.10 | $68.00 |
| 3/31/2010 | Jeanne E. Irving | Review email from Mr. Perez regarding status of email upload. | 0.10 | $68.00 |
| 3/31/2010 | Jeanne E. Irving | Conference with Ms. Ziady regarding uploading of email. | 0.10 | $68.00 |
| 3/31/2010 | Jeanne E. Irving | Review documents. | 3.40 | $2,312.00 |
| 3/31/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morse regarding Excel file requested by JPMorgan. | 0.10 | $68.00 |
| 3/31/2010 | Jeanne E. Irving | Draft email to Ms. Zieg regarding producing loan files. | 0.20 | $136.00 |
| 3/31/2010 | Michael Morris | Correspondence from Ms. Irving regarding consumer stipulation and review relevant language. | 0.30 | $228.00 |
| 3/31/2010 | Michael Morris | Correspondence from Ms. Irving regarding excel exhibit regarding REO. | 0.20 | $152.00 |
| 3/31/2010 | Joshua D. Morse | Review and respond to email correspondence from Ms. Irving regarding exhibits to complaint. | 0.20 | $105.00 |
| 4/1/2010 | Jeanne E. Irving | Prepare exhibits requested by JPMorgan; draft email to Mr. Green regarding same. | 0.30 | $204.00 |
| 4/1/2010 | Jeanne E. Irving | Review of debtors' electronic stored information. | 1.20 | $816.00 |
| 4/1/2010 | Jeanne E. Irving | Telephone conference with Ms. Ziady regarding review of electronically stored information. | 0.20 | $136.00 |
| 4/1/2010 | Michael Morris | Review spreadsheets regarding information requested by JPM. | 0.30 | $228.00 |
| 4/1/2010 | Michael Morris | Correspondence regarding spreadsheet. | 0.10 | $76.00 |
| 4/5/2010 | Jeanne E. Irving | Draft email to Mr. Morris regarding review of Pino documents. | 0.10 | $68.00 |
| 4/5/2010 | Jeanne E. Irving | Telephone conference with Mr. Perez regarding review of Pino documents. | 0.10 | $68.00 |
| 4/5/2010 | Jeanne E. Irving | Review of Pino documents. | 2.60 | $1,768.00 |
| 4/5/2010 | Jeanne E. Irving | Review Rule 502 order executed by court, draft email to Ms. Zieg regarding same. | 0.20 | $136.00 |
| 4/5/2010 | Jeanne E. Irving | Review email from Mr. Dorsey regarding consumer information protective order. | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 4/5/2010 | Jeanne E. Irving | Draft email to JPMorgan counsel regarding consumer information protective order. | 0.20 | $136.00 |
| 4/5/2010 | Jeanne E. Irving | Review and revise consumer information protective order. | 0.20 | $136.00 |
| 4/5/2010 | Jeanne E. Irving | Review loan documents to be produced. | 0.40 | $272.00 |
| 4/5/2010 | Jeanne E. Irving | Telephone conferences with Mr. Santos regarding production of loan files. | 0.20 | $136.00 |
| 4/5/2010 | Jeanne E. Irving | Review of email regarding status of loading electronically stored information from AHM hard drive; draft email to litigation support department regarding same. | 0.10 | $68.00 |
| 4/5/2010 | Michael Morris | Correspondence with Ms. Irving regarding introspect Pino files. | 0.20 | $152.00 |
| 4/5/2010 | Luis Perez | Prepare production of electronic documents. | 1.70 | $297.50 |
| 4/5/2010 | Celestino Santos | Review status of project with staff; prepare/process electronic documents for attorney review. | 2.70 | $594.00 |
| 4/5/2010 | Celestino Santos | Instruct/discuss production process with IT staff and assist in same. | 0.30 | $66.00 |
| 4/6/2010 | Jeanne E. Irving | Review of Pino documents. | 3.40 | $2,312.00 |
| 4/6/2010 | Jeanne E. Irving | Several conferences with Ms. Ziady regarding AHM media. | 0.10 | $68.00 |
| 4/6/2010 | Luis Perez | Prepare and produce electronic documents. | 3.10 | $542.50 |
| 4/6/2010 | Olin Ray | Copy and configure data from hard drive for attorney review. | 1.70 | $348.50 |
| 4/6/2010 | Celestino Santos | Review/discuss production source information with staff | 0.30 | $66.00 |
| 4/6/2010 | Celestino Santos | Assist in preparing/processing electronic documents for attorney review. | 1.20 | $264.00 |
| 4/7/2010 | Jeanne E. Irving | Review email from Mr. McGuire regarding oral argument, draft email to Mr. Morris and Mr. Morse regarding same; draft email to Ms. Ziady regarding same. | 0.20 | $136.00 |
| 4/7/2010 | Jeanne E. Irving | Review of Pino documents. | 3.50 | $2,380.00 |
| 4/7/2010 | Jeanne E. Irving | Draft email to Mr. Morris regarding Pino documents. | 0.20 | $136.00 |
| 4/7/2010 | Joshua D. Morse | Review and respond to email correspondence from Ms. Irving regarding motion to dismiss oral argument. | 0.10 | $52.50 |
| 4/7/2010 | Luis Perez | Prepare and produce electronic documents. | 3.50 | $612.50 |

In Reference To:                DATE: 6/2/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 4/7/2010 | Celestino Santos | Assist in preparing/processing electronic documents for attorney review. | 1.10 | $242.00 |
| 4/8/2010 | Celestino Santos | Assist in preparing/processing electronic documents for production. | 0.30 | $66.00 |
| 4/9/2010 | Jeanne E. Irving | Review and respond to email from Mr. Perez regarding production of 169 loan files. | 0.10 | $68.00 |
| 4/9/2010 | Jeanne E. Irving | Draft letter to Mr. Green regarding production of 169 loan files. | 0.30 | $204.00 |
| 4/9/2010 | Jeanne E. Irving | Review latest JPMorgan changes to consumer information protective order and draft email to Mr. Morris regarding same, review response to same. | 0.20 | $136.00 |
| 4/9/2010 | Jeanne E. Irving | Draft email to debtors regarding latest revisions to JPMorgan consumer information protective order and review response to same. | 0.10 | $68.00 |
| 4/9/2010 | Jeanne E. Irving | Draft email to Ms. Ziady regarding production of 169 loan files. | 0.10 | $68.00 |
| 4/9/2010 | Jeanne E. Irving | Review of Delaware local rules regarding confidential documents. | 0.20 | $136.00 |
| 4/9/2010 | Michael Morris | Correspondence regarding changes to consumer information stipulation and order. | 0.20 | $152.00 |
| 4/9/2010 | Michael Morris | Review Pino emails regarding correspondence with JPMorgan and REO properties. | 2.00 | $1,520.00 |
| 4/9/2010 | Luis Perez | Prepare and import electronic documents for attorney review. | 3.10 | $542.50 |
| 4/9/2010 | Celestino Santos | Assist in preparing/processing documents electornic for attorney review. | 0.90 | $198.00 |
| 4/12/2010 | Jeanne E. Irving | Review notices of filing of consumer information protective order and draft emails to Ms. Botta regarding same. | 0.10 | $68.00 |
| 4/13/2010 | Jeanne E. Irving | Review notice of entry of protective order and draft email to Ms. Botta regarding same. | 0.10 | $68.00 |
| 4/13/2010 | Jeanne E. Irving | Review of subpoena to Servicing. | 0.10 | $68.00 |
| 4/13/2010 | Jeanne E. Irving | Draft email to Mr. McGuire regarding service requirements regarding subpoena. | 0.20 | $136.00 |
| 4/13/2010 | Olin Ray | Processing electronic data from hard drive for attorney review. | 3.30 | $676.50 |
| 4/14/2010 | Michael Morris | Review Pino emails and related JPM documents. | 1.50 | $1,140.00 |
| 4/14/2010 | Olin Ray | Processing electronic data for attorney review. | 2.90 | $594.50 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 4/15/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding review of Pinot email. | 0.10 | $68.00 |
| 4/15/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding Pinot email, discovery and motion to dismiss. | 0.30 | $204.00 |
| 4/15/2010 | Michael Morris | Correspondence to Mr. Irving regarding Pino emails and custody agreement. | 0.30 | $228.00 |
| 4/15/2010 | Luis Perez | Prepare and import electronic documents for attorney review. | 2.10 | $367.50 |
| 4/15/2010 | Olin Ray | Processing electronic data for attorney review. | 0.80 | $164.00 |
| 4/15/2010 | Celestino Santos | Prepare/process electornic documents for attorney review. | 2.20 | $484.00 |
| 4/16/2010 | Jeanne E. Irving | Review and respond to various emails from Mr. Morris regarding discovery. | 0.10 | $68.00 |
| 4/16/2010 | Jeanne E. Irving | Conference with Mr. Patty regarding document review. | 0.20 | $136.00 |
| 4/16/2010 | Michael Morris | Review Pino emails regarding REO mortgages and sequencing. | 0.80 | $608.00 |
| 4/16/2010 | Michael Morris | Correspondence to Mr. Morse and Ms. Irving regarding further discovery from JPM regarding Pino emails on REO mortgages and questions. | 0.40 | $304.00 |
| 4/16/2010 | Michael Morris | Telephone conference with Ms. Irving regarding discovery. | 0.40 | $304.00 |
| 4/16/2010 | Michael Morris | Correspondence to Mr. McGuire regarding custody agreement. | 0.20 | $152.00 |
| 4/16/2010 | Olin Ray | Processing electronic data for attorney review. | 1.10 | $225.50 |
| 4/17/2010 | Celestino Santos | Prepare/process electronic documents for attorney review. | 2.70 | $594.00 |
| 4/18/2010 | Celestino Santos | Prepare/process electronic documents for attorney review. | 3.30 | $726.00 |
| 4/19/2010 | Michael Morris | Telephone conference with Mr. McGuire regarding custody agreement. | 0.20 | $152.00 |
| 4/19/2010 | Celestino Santos | Prepare/process electronic documents for attorney review. | 2.30 | $506.00 |
| 4/20/2010 | Jeanne E. Irving | Review email from Mr. Burzenski and Ms. Zieg regarding status of email collections. | 0.10 | $68.00 |
| 4/21/2010 | Michael Morris | Telephone conference with Mr. McGuire regarding custody agreement. | 0.20 | $152.00 |
| 4/22/2010 | Jeanne E. Irving | Conference with Ms. Ziady regarding review of electronically stored information and discovery. | 0.20 | $136.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 4/23/2010 | Jeanne E. Irving | Review and respond to various email from Mr. Morris regarding discovery plan and custody agreement amendment. | 0.20 | $136.00 |
| 4/23/2010 | Jeanne E. Irving | Review and analyze electronically stored information. | 0.60 | $408.00 |
| 4/24/2010 | Celestino Santos | Prepare/process electronic documents for attorney review. | 3.40 | $748.00 |
| 4/25/2010 | Celestino Santos | Prepare/process electronic documents for attorney review. | 3.30 | $726.00 |
| 4/26/2010 | Jeanne E. Irving | Analyze proof of requirements and supplement discovery plan. | 1.40 | $952.00 |
| 4/26/2010 | Jeanne E. Irving | Draft email to Mr. Santos regarding documents received from Servicing and review responses to same. | 0.10 | $68.00 |
| 4/26/2010 | Jeanne E. Irving | Review and analyze documents produced by Servicing. | 1.00 | $680.00 |
| 4/26/2010 | Jeanne E. Irving | Analyze character of damages. | 1.10 | $748.00 |
| 4/26/2010 | Celestino Santos | Prepare folder for attorney review. | 0.30 | $66.00 |
| 4/26/2010 | Celestino Santos | Prepare/process electronic documents for attorney review. | 1.60 | $352.00 |
| 4/27/2010 | Jeanne E. Irving | Conference with Ms. Ziady regarding importing email data. | 0.10 | $68.00 |
| 4/27/2010 | Jeanne E. Irving | Review and respond to email from Mr. Santos regarding importing email data. | 0.10 | $68.00 |
| 4/27/2010 | Jeanne E. Irving | Analyze proof requirements and supplement discovery plan. | 3.40 | $2,312.00 |
| 4/27/2010 | Celestino Santos | Give status update on import process for review | 0.30 | $66.00 |
| 4/27/2010 | Celestino Santos | Prepare/process electronic documents received from Debtors for attorney review. | 2.20 | $484.00 |
| 4/28/2010 | Jeanne E. Irving | Analyze proof of requirements and discovery needs. | 3.30 | $2,244.00 |
| 4/28/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding discovery plan. | 0.60 | $408.00 |
| 4/28/2010 | Jeanne E. Irving | Review and analyze electronic documents provided by debtors. | 3.40 | $2,312.00 |
| 4/28/2010 | Jeanne E. Irving | Conference with Mr. Schneidereit regarding research regarding legal formalities of security interest in real property. | 0.20 | $136.00 |
| 4/28/2010 | Michael Morris | Review Irving comments to discovery memorandum and review related documents. | 0.40 | $304.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 4/28/2010 | Michael Morris | Telephone conference with Mr. Irving regarding ending issues and discovery outline and call with Mr. Singh and others. | 0.60 | $456.00 |
| 4/28/2010 | Michael Morris | Review prior disclosures to JPM regarding relief from stay and forward to Mr. Irving. | 0.50 | $380.00 |
| 4/28/2010 | Celestino Santos | Prepare/process electronic documents produced by Debtors for attorney review. | 1.80 | $396.00 |
| 4/29/2010 | Jeanne E. Irving | Conference with Mr. Palmer regarding document review. | 0.10 | $68.00 |
| 4/29/2010 | Jeanne E. Irving | Review and analyze electronic documents provided by debtors. | 3.20 | $2,176.00 |
| 4/30/2010 | Jeanne E. Irving | Review and analyze electronic documents provided by debtors. | 2.80 | $1,904.00 |
| TOTALS:  0120 - Litigation | | | 184.50 | $99,094.00 |