# EXHIBIT B

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 6/2/2010

COSTS ADVANCED

| Description | Amount |
|---|---:|
| Outside Background Research | 24.40 |
| Couriers | 39.30 |
| Computerized Legal Research | 471.30 |
| Telephone | 34.93 |
| In-House Reproduction | 8.00 |
| Scanning | 12.10 |
| **TOTAL COSTS ADVANCED:** | **$590.03** |

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

COSTS BY ACTIVITY

PAGE 24  In Reference To:  DATE: 6/2/2010
American Home Mortgage
Our File Number: AMERICA.AHM

## ACTIVITY: BAC

| Date | Description | Amount |
|---|---|---|
| 04/07/10 | Outside Background Research - - VENDOR: Pacer Service Center Inv#HM0151-Q12010-CR- For services rendered from 01/01/10 to 03/31/10 for Legal Research - Pacer | $24.40 |

TOTAL: BAC  $24.40

## ACTIVITY: COU

| Date | Description | Amount |
|---|---|---|
| 04/09/10 | Couriers Fed Ex charge for shipment to SHARON ZIEG on 04/09/2010 - Invoice #705915152 | $19.65 |
| 04/09/10 | Couriers Fed Ex charge for shipment to JAMES S. GREEN, JR., ESQ. on 04/09/2010 - Invoice #705915152 | $19.65 |

TOTAL: COU  $39.30

## ACTIVITY: HLEG

| Date | Description | Amount |
|---|---|---|
| 02/02/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 02/02/2010 | $35.13 |
| 02/02/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 2/02/2010 | $1.03 |
| 02/02/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 02/ 02/2010 | $7.11 |
| 02/02/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 02/02/2010 | $7.11 |
| 02/02/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 02/02/2010 | $23.04 |
| 02/04/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 02/04/2010 | $7.11 |
| 02/04/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 02/04/2010 | $11.51 |
| 02/04/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 2/04/2010 | $7.21 |
| 02/04/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 02/ 04/2010 | $24.89 |

Case 07-11047-CSS   Doc 8886-3   Filed 06/04/10   Page 5 of 6

PAGE 25

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 6/2/2010

| Date | Description | Amount |
|---|---|---|
| 02/04/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 02/04/2010 | $60.44 |
| 02/04/10 | Computerized Legal Research For services rendered from 02/01/10 to 02/28/ 10 for Legal Research - WESTLAW. | $114.85 |
| 02/11/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 2/11/2010 | $3.10 |
| 02/11/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 02/11/2010 | $19.54 |
| 02/11/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 02/11/2010 | $129.55 |
| 02/12/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 2/12/2010 | $1.04 |
| 02/12/10 | Computerized Legal Research LAW REVIEWS-SINGLE DOCUMENT RETRIEVAL on 02/1 2/2010 | $1.78 |
| 02/12/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 02/12/2010 | $1.78 |
| 02/12/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 02/12/2010 | $15.08 |

TOTAL: HLEG

$471.30

ACTIVITY: HTEL

| Date | Description | Amount |
|---|---|---|
| 01/12/10 | Telephone - - VENDOR: American Teleconferencing Services, LTD Inv#02847905CR- for service rendered during 12/13- 01/12/ for conference call Ms. Irving. | $13.29 |
| 03/15/10 | Telephone - - VENDOR: American Teleconferencing Services, LTD Inv#02913221-CR- for service rendered during 01/13- 02/12/10 for conference call Ms. Irving. | $21.64 |

TOTAL: HTEL

$34.93

ACTIVITY: INH

| Date | Description | Amount |
|---|---|---|
| 02/12/10 | In-House Reproduction Expense (2 pages @ $.10 per page). | $0.20 |
| 02/16/10 | In-House Reproduction Expense (2 pages @ $.10 per page). | $0.20 |
| 02/24/10 | In-House Reproduction Expense (5 pages @ $.10 per page). | $0.50 |
| 03/22/10 | In-House Reproduction Expense (11 pages @ $.10 per page). | $1.10 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 6/2/2010

| Date | Description | Amount |
|---|---|---|
| 03/29/10 | In-House Reproduction Expense (21 pages @ $.10 per page). | $2.10 |
| 04/06/10 | In-House Reproduction Expense (11 pages @ $.10 per page). | $1.10 |
| 04/06/10 | In-House Reproduction Expense (10 pages @ $.10 per page). | $1.00 |
| 04/07/10 | In-House Reproduction Expense (4 pages @ $.10 per page). | $0.40 |
| 04/09/10 | In-House Reproduction Expense (12 pages @ $.10 per page). | $1.20 |
| 04/12/10 | In-House Reproduction Expense (2 pages @ $.10 per page). | $0.20 |

TOTAL: INH

$8.00

ACTIVITY: SCA

| Date | Description | Amount |
|---|---|---|
| 02/05/10 | Scanning Expense (27 pages @ $.10 per page). | $2.70 |
| 02/12/10 | Scanning Expense (5 pages @ $.10 per page). | $0.50 |
| 02/12/10 | Scanning Expense (7 pages @ $.10 per page). | $0.70 |
| 02/16/10 | Scanning Expense (1 page @ $.10 per page). | $0.10 |
| 02/24/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 03/22/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |
| 03/29/10 | Scanning Expense (9 pages @ $.10 per page). | $0.90 |
| 03/31/10 | Scanning Expense (13 pages @ $.10 per page). | $1.30 |
| 04/09/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 04/13/10 | Scanning Expense (16 pages @ $.10 per page). | $1.60 |
| 04/13/10 | Scanning Expense (18 pages @ $.10 per page). | $1.80 |
| 04/19/10 | Scanning Expense (17 pages @ $.10 per page). | $1.70 |

TOTAL: SCA

$12.10

TOTAL ALL ACTIVITIES:                                                                                          $590.03