IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) ) | **Chapter 11** |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC.,** *et al.,* | ) ) | |
| | ) | Jointly Administered |
| | ) | |
| **Debtors.** | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the firm listed below should be removed from all notices given or required to be given and all papers served or required to be served in these cases:

>Margot B. Schonholtz, Esquire
>Mark F. Liscio, Esquire
>Scott D. Talmadge, Esquire
>KAYE SCHOLER LLP
>425 Park Avenue
>New York, New York 10022
>mschonholtz@kayescholer.com
>mliscio@kayescholer.com
>stalmadge@kayescholer.com
>(212) 836-8000
>(212) 836-8689 (Fax)

**PLEASE TAKE FURTHER NOTICE** that the firm listed below should be included in all notices given or required to be given and all papers served or required to be served in these cases:

>Margot B. Schonholtz, Esquire
>Ana Alfonso, Esquire
>WILLKIE FARR & GALLAGHER LLP
>787 Seventh Avenue
>New York, NY 10019-6099
>mschonholtz@willkie.com
>aalfonso@willkie.com
>(212) 728-8000
>(212) 728-8111 (Fax)

PAC 969005 / 32126

Dated:    June 4, 2010

POTTER ANDERSON & CORROON LLP

*[signature]*

Laurie Selber Silverstein (DE Bar No. 2396)
R. Stephen McNeill (DE Bar No. 5210)
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000

*Counsel for Bank of America, N.A., as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006*

2