## CERTIFICATE OF SERVICE

I, Laurie Selber Silverstein, certify that I am not less than 18 years of age and that on this 4th day of June, 2010, I caused a true and correct copy of the within **Notice of Substitution of Counsel** to be served via first class U.S. Mail, postage prepaid, upon the following parties on the attached list.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Laurie Selber Silverstein

PAC 969005 / 32126