# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | | **Re: Docket No. 8871** |

## NOTICE OF WITHDRAWAL OF CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING THE STIPULATION BETWEEN THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, GRANTING COMMITTEE AUTHORITY AND STANDING TO PURSUE CLAIMS AGAINST DELOITTE & TOUCHE LLP

The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, et al. hereby withdraws the *Certification of Counsel regarding Proposed Order Approving the Stipulation between the Debtors and the Official Committee of Unsecured Creditors, Granting Committee Authority and Standing to Pursue Claims Against Deloitte &Touch, LLP* [Dkt No. 8871] filed on May 26, 2010.

Dated:  June 7, 2010

**BLANK ROME LLP**

By: */s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
1201 North Market Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

*Attorneys for the Official Committee of Unsecured Creditors*

128189.01600/21882928v.1