IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC., :
a Delaware corporation, et al., : Jointly Administered
:
Debtors. :
:
------------------------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING THE STIPULATION BETWEEN THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, GRANTING COMMITTEE AUTHORITY AND STANDING TO PURSUE CLAIMS AGAINST DELOITTE & TOUCHE LLP**

The undersigned hereby certify as follows:

On August 6, 2007, American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[1] filed voluntary petitions in this Court for reorganization relief under title 11 of the United States Code (the "Bankruptcy Code").

On August 14, 2007, the Office of the United States Trustee formed the Official Committee of Unsecured Creditors (the "Committee").

On August 15, 2008, the Debtors filed their Chapter 11 Plan of Liquidation of the Debtors (as amended, the "Plan"). The Plan, inter alia, provides that post-Effective Date, the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

1

128189.01600/40188725v.2

Trustee (as defined in the Plan) was authorized and obligated to investigate, prosecute, litigate, settle, and/or compromise all causes of actions the Debtors may have against third-parties, including those against the Debtors' former auditors, Deloitte & Touche LLP (the "Deloitte Claims").

On February 23, 2009, the Court entered its Findings of Fact, Conclusions of Law and Order Confirming the Amended Chapter 11 Plan of Liquidation of the Debtors dated February 18, 2009.

The Plan has not yet gone effective.

The Committee and the Debtors have consulted regarding the efficient pursuit and transition of the Deloitte Claims for the period prior to the occurrence of the Effective Date of the Plan and have determined that such claims should be pursued by the Committee as it is the unsecured creditors who hold the pecuniary interest in the Deloitte Claims under the Plan.

128189.01600/40188725v.2

The Debtors and the Committee request that the Court enter the Order, attached as **Exhibit A**, approving the Stipulation which is attached as **Exhibit 1** to the Order. The Stipulation has been reviewed by counsel for Deloitte & Touche LLP and reflects their comments to the same.

Dated: June 7, 2010

| | |
|---|---|
| **BLANK ROME LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| By: */s/ David W. Carickhoff* <br> Bonnie Glantz Fatell (No. 3809) <br> David W. Carickhoff (No. 3715) <br> 1201 Market Street, Suite 800 <br> Wilmington, DE  19801 <br> (302) 425-6400/telephone | By: */s/ Sean M. Beach* <br> Sean M. Beach (No. 4070) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware 19801 <br> (302) 571-6600/telephone <br> (302) 571-1253/facsimile |
|     -and- | *Counsel for Debtors and Debtors in Possession* |
| Mark S. Indelicato, Esq. <br> John P. McCahey, Esq. <br> Robert J. Malatak, Esq. <br> **HAHN & HESSEN LLP** <br> 488 Madison Avenue <br> New York, New York  10022 <br> (212) 478-7200/telephone | |
| *Co-Counsel for the Committee* | |