IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC., :
a Delaware corporation, et al., : Jointly Administered
:
Debtors. :
: Re: Docket No. 8891
----------------------------------------------------------------x

## ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, GRANTING COMMITTEE AUTHORITY AND STANDING TO PURSUE CLAIMS AGAINST DELOITTE & TOUCHE LLP

This Court having considered the Stipulation Between the Debtors and the Official Committee of Unsecured Creditors, Granting Committee Authority and Standing to Pursue Claims Against Deloitte & Touche LLP Action (the "Stipulation") attached hereto as **Exhibit 1**;

and the Court having determined that good and adequate cause exists for approval of the Stipulation;

and the Court having determined that no further notice of the Stipulation must be given.

IT IS HEREBY ORDERED that the Stipulation is approved.

Dated: June 8, 2010
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge

1864336v1
128189.01600/40188726v.3