# EXHIBIT "B"

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555      Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,　　　　　　　February 1, 2010 to February 28, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue　　　　　　　　　　　　　　　　Invoice No. 34326
New York, NY 10022
**Attention:**   Mark T. Power, Esquire

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| **Task** | | **Hours** | **Amount** |
|---|---|---:|---:|
| B14 | Case Administration - | 0.70 | 201.00 |
| B18 | Fee Applications, Others - | 1.30 | 327.00 |
| B25 | Fee Applications, Applicant - | 3.00 | 638.00 |
| B32 | Litigation and Litigation Consulting - | 6.40 | 1,656.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 2.90 | 1,015.00 |
| | **Total** | **14.30** | **$3,837.00** |

## SUMMARY BY TIMEKEEPER

| **Timekeeper** | **Rate** | **Hours** | **Amount** |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 8.60 | 2,322.00 |
| Rick S. Miller | 350.00 | 3.30 | 1,155.00 |
| Legal Assistant - MH | 150.00 | 1.80 | 270.00 |
| Legal Assistant - KC | 150.00 | 0.60 | 90.00 |
| **Total** | | **14.30** | **$3,837.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$95.70**

| Invoice No. 34326 | Page 2 of 4 | | March 15, 2010 |
|---|---|---|---|
| **Date** | **Description** | **Hours** | **Lawyer** |
| Feb-02-10 | *Case Administration* - Review Court order re: omnibus hearing dates | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review draft reply memorandum | 0.70 | RSM |
| Feb-03-10 | *Litigation and Litigation Consulting* - Prepare completion of briefing binder | 0.70 | LLC |
| Feb-04-10 | *Litigation and Litigation Consulting* - E-mail from RSM re: reply and completion of briefing and confer with RSM re: same | 0.20 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Morris re: procedural issues | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mail from Mr. Morris; e-mail to LLC | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Confer with LLC re: procedural issues | 0.20 | RSM |
| Feb-05-10 | *Fee Applications, Others* -Call from D. Laskin at Young Conaway Stargatt & Taylor re: Hennigan fee apps | 0.50 | LLC |
| | *Fee Applications, Others* - Review docket and confer with M. Hedden re: Hennigan fee apps | 0.50 | LLC |
| | *Fee Applications, Others* - E-mail from M. Hedden re: quarterlies follow-up | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re: reply brief status | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from RSM re: draft reply brief | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from co-counsel re: final version of reply brief | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with RSM re: completion of briefing binder, review local rules | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Review finalize, e-file and coordinate services of reply brief | 0.60 | LLC |
| | *Litigation and Litigation Consulting* - Confer with RSM re: status of filing brief and e-mails to co-counsel re: same | 0.30 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Confer with LLC; e-mail correspondence with Mr. Morris | 0.20 | RSM |
| | *Fee Applications, Others* - Confer with L. Coggins re past-due quarterlies of HBD; teleconference with J. Morse of HBD re status of quarterlies | 0.20 | MH |
| Feb-08-10 | *Case Administration* - E-mail from D. Laskin re: rescheduling of quarterly fee app hearing | 0.10 | LLC |
| | *Case Administration* - E-mail from RSM re: rescheduling of hearing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: 6th monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review e-mail from Ms. Laski re: fee hearing dates; forward to LLC and MH | 0.20 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Dec. fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Dec. 09 fee application | 0.30 | MH |

| Invoice No. 34326 | | Page 3 of 4 | | March 15, 2010 |
|---|---|---|---|---|

| Date | Description | Hours | Atty |
|---|---|---|---|
| Feb-09-10 | *Litigation and Litigation Consulting* - E-mail from co-counsel re: oral argument | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Prepare notice of completion of briefing and request for oral argument | 0.60 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from and to RSM re: completion of briefing and oral argument | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Call to chambers re: request for oral argument | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with RSM and revise notice of completion of briefing and request for oral argument | 0.50 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to co-counsel and debtors' counsel re: completion of briefing and request for oral | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review Jan. 2010 time records | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Confer with LLC re: filing issues | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Morris | 0.20 | RSM |
| Feb-10-10 | *Litigation and Litigation Consulting* - E-mails from and to RSM re: status comp of briefing and request for oral argument and review local rules re: same | 0.30 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Morris re: scheduling issues | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with LLC re: rule changes | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mail from Mr. Beach | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review Court filings | 0.10 | RSM |
| Feb-11-10 | *Litigation and Litigation Consulting* - E-mail from RSM re: response from Debtors' counsel on completion of briefing and request for oral argument | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Attend teleconference with co-counsel | 0.30 | RSM |
| Feb-12-10 | *Litigation and Litigation Consulting* - Revise, finalize, e-file and coordinate service of notice of completion of briefing and request for oral argument | 0.70 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from J. Irving re: completion of briefing and request for oral argument | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail filed copies of completion of briefing and request for oral argument to counsel and opposing counsel | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Finalize briefing binder and confer with KC re: sending to Chambers | 0.50 | LLC |
| Feb-15-10 | *Fee Applications, Applicant* - Confer with M. Hedden re: 7th fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review, finalize, file and coordinate service of 7th fee application | 0.80 | LLC |
| | *Fee Applications, Applicant* - E-mail from M. Hedden re: payment status | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail from S. Martinez re: payment status | 0.10 | LLC |
| | *Fee Applications, Applicant* - Modify Jan. statement; use spreadsheet to calculate re expenses chart in fee application; prepare fee application and related documents | 0.80 | MH |

| Invoice No. 34326 | Page 4 of 4 | | March 15, 2010 |
|---|---|---|---|
| Feb-16-10 | *Case Administration* - E-mail to co-counsel re: revised local rules | 0.10 | LLC |
| Feb-18-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review letter from Mr. Cobb | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - Prepare for and service of documents | 0.40 | KC |
| | *Litigation and Litigation Consulting* - consult with LLC; completion of briefing binder | 0.20 | KC |
| Feb-25-10 | *Fee Applications, Applicant* - E-mail from D. Laskin re interim fee order and forward same to M. Hedden for review | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail from M. Hedden re proposed interim fee order | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review interim fee order re 3/9/10 hearing; e-mail to L. Coggins re results | 0.10 | MH |
| | Totals | 14.30 | |

## DISBURSEMENTS

| Feb-05-10 | Photocopy Cost | 6.00 |
|---|---|---|
| | Photocopy Cost | 2.70 |
| Feb-08-10 | Photocopy Cost | 3.30 |
| | Photocopy Cost | 4.50 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 4.00 |
| | Photocopy Cost | 26.50 |
| | Cost Advance -   First State Deliveries - hand delivery | 6.50 |
| Feb-12-10 | Photocopy Cost | 1.70 |
| Feb-15-10 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 19.00 |
| Feb-17-10 | Cost Advance -   Blue Marble - hand deliveries (Inv # 13152) | 20.00 |
| | Totals | $95.70 |
| | **Total Fees & Disbursements** | **$3,932.70** |

***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555   Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,  March 1, 2010 to March 31, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue  Invoice No. 34801
New York, NY 10022
**Attention:**   Mark T. Power, Esquire

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 0.60 | 114.00 |
| B18 | Fee Applications, Others - | 3.20 | 612.00 |
| B25 | Fee Applications, Applicant - | 6.10 | 1,015.00 |
| B32 | Litigation and Litigation Consulting - | 3.50 | 897.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 3.40 | 1,190.00 |
| | **Total** | **16.80** | **$3,828.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 4.90 | 1,323.00 |
| Rick S. Miller | 350.00 | 3.60 | 1,260.00 |
| Legal Assistant - MH | 150.00 | 7.90 | 1,185.00 |
| Legal Assistant - KC | 150.00 | 0.40 | 60.00 |
| **Total** | | **16.80** | **$3,828.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**  $712.32

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-02-10 | *Fee Applications, Applicant* -  review FJ&P February 10 time records | 0.20 | RSM |
| Mar-03-10 | *Litigation/Adversary Proceedings (Non-Claims)* -  reviewed email from Mr. Morris re revised case schedule | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email to Mr. Morris re revised case schedule | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review email correspondence from Mr. Morris to debtor's counsel re scheduling | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review email from debtor's counsel to Mr. Morris re scheduling | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review email from Mr. Morris to JPM counsel re scheduling | 0.10 | RSM |
| Mar-05-10 | *Case Administration* -  Review invoice from service vendor for accuracy and forward for payment | 0.10 | LLC |
| Mar-08-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Reviewed email from Mr. Green re revised scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Reviewed email from Mr. Morris re revised scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - email to Mr. Morris re revised scheduling order | 0.10 | RSM |
| Mar-10-10 | *Case Administration* - Review order approving fee apps and forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re Jan 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Modify Feb. statement; use spreadsheet to calculate re expenses chart in fee application; prepare fee application and related documents for filing on 3/15/10 | 0.90 | MH |
| Mar-11-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review Email with Mr.  Green re Rev Case Schedule | 0.20 | RSM |
| | *Case Administration* - E-mail to and from D. Laskin re interim fee hearing schedule | 0.10 | MH |
| | *Fee Applications, Applicant* - Perform calculations re 10th quarterly period; draft fee application and related documents for filing on 3/16/10 | 3.10 | MH |
| Mar-15-10 | *Fee Applications, Applicant* - Review Feb. 2010 fee app and confer with M. Hedden re same | 0.20 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Feb. 2010 fee application | 0.50 | MH |
| Mar-16-10 | *Fee Applications, Others* - E-mail from J. Morse re HBD quarterly fee app and review same and admin. order | 0.30 | LLC |
| | *Fee Applications, Others* - Call to J. Morse re HBD quarterly fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review quarterly fee app for 10th fee period for filing | 0.20 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file 10th quarterly fee application and notice thereof; serve fee application; arrange for service of notice on 2002 service list | 0.90 | MH |
| Mar-17-10 | *Fee Applications, Others* - Confer with M. Hedden and review HBD 5th monthly fee app for filing | 0.30 | LLC |

**Invoice No. 34801**  **Page 3 of 5**  **April 15, 2010**

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - Review HBD 1st interim fee request and for filing and confer with M. Hedden re same | 0.30 | LLC |
| | *Fee Applications, Others* - Confer w/ M. Hedden re service of HBD monthly and interim fee apps | 0.10 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Review HBD's Nov. 09 - Jan. 10 monthly fee application and related documents; confer with L. Coggins re service recipients; prepare certificate of service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HBD's Nov. 09 - Jan. 10 monthly fee application | 0.50 | MH |
| | *Fee Applications, Others* - Review HBD's 1st quarterly fee application; confer with L. Coggins re notice; prepare notice and certificate of service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HBD's 1st quarterly fee application | 0.60 | MH |
| Mar-29-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Mr. McGuire re revised scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Ms. Irving re revised scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Ms. Irving re revised scheduling order | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Mr. Morris re request for Oral Argument | 0.10 | RSM |
| Mar-30-10 | *Litigation and Litigation Consulting* - E-mail from RSM re agreed revised scheduling order review same and prepare black line comparison | 0.30 | LLC |
| | *Litigation and Litigation Consulting* - Confer with RSM re certificate of service of counsel regarding agreed revised scheduling order | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re certification of counsel re agreed revised scheduling order | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review finalize e-file and coordinate service of certificate of counsel re agreed revised scheduling order | 0.70 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re 502D stipulation and prepare certificate of counsel re same | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Follow-up e-mail from RSM re 502D stipulation | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review 502D stipulated order and prepare certificate of counsel re same and confer with RSM | 0.50 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to co-counsel re certificate of service of counsel for stipulated order | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Exchange emails with Ms. Irving re Certification of Counsel | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Draft Certification of Counsel | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email draft certification of counsel to co-counsel | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Conference with LLC re filing of certification of counsel | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review Certification of Counsel and prepare for filing | 0.20 | RSM |

|  |  | |  |
|---|---|---:|---|
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Ms. Irving re 502(d) stipulation | 0.20 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Email to LLC re filing 502(d) stipulation | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Ms. Zieg re 502(d) stipulation | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Email to LLC re 502(d) stipulation | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Review court order; email to co-counsel | 0.20 | RSM |
|  | *Litigation and Litigation Consulting* - Service | 0.20 | KC |
| Mar-31-10 | *Litigation and Litigation Consulting* - E-mail from J. Irving re 502D stipulation and certificate of counsel | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - E-mail from RSM re 502D stipulation and certificate of counsel | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - E-mail to RSM and co-counsel re procedure for submitting stipulation order per chamber's procedures | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Follow up e-mail to RSM and co-counsel re approval of content of cert of counsel | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - E-mail from J. Irving re approval of content of certificate of counsel and forward same to RSM | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Trade e-mails with RSM re proceeding w/ filing of certificate of counsel | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Revise finalize, e-file, and coordinate service of cert of counsel re stipulated order | 0.50 | LLC |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - e-mail; correspondence with LLC re certification of counsel | 0.20 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re certification of counsel | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re court order | 0.10 | RSM |
|  | *Litigation and Litigation Consulting* - Service | 0.20 | KC |
|  | Totals | **16.80** |  |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Mar-05-10 | First State Deliveries - expedited hand deliveries | 32.50 |
| Mar-10-10 | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 1.40 |
| Mar-11-10 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 0.50 |
|  | First State Deliveries - expedited hand deliveries | 32.50 |
| Mar-15-10 | Photocopy Cost | 19.00 |
|  | postage | 6.95 |
| Mar-16-10 | Photocopy Cost | 25.00 |
|  | Photocopy Cost | 1.00 |
| Mar-17-10 | Photocopy Cost | 7.00 |
|  | Photocopy Cost | 52.00 |

**Invoice No. 34801**                     **Page 5 of 5**                                              **April 15, 2010**

|            |                                                   |         |
|------------|---------------------------------------------------|---------|
|            | Photocopy Cost                                    | 5.10    |
|            | Photocopy Cost                                    | 1.20    |
|            | Photocopy Cost                                    | 1.00    |
|            | postage 5 @ 2.41                                  | 12.05   |
| Mar-18-10  | First State Deliveries - hand deliveries          | 32.50   |
| Mar-26-10  | First State Deliveries - hand deliveries          | 65.00   |
| Mar-30-10  | Photocopy Cost                                    | 0.60    |
|            | Photocopy Cost                                    | 0.70    |
|            | Photocopy Cost                                    | 5.30    |
| Mar-31-10  | Photocopy Cost                                    | 0.90    |
|            | Photocopy Cost                                    | 4.30    |
|            | Blue Marble cc 84.00; service 318.22 (Inv #39871) | 402.22  |
|            | Totals                                            | $712.32 |

**Total Fees & Disbursements**                                                          **$4,540.32**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:    (302) 575-1714

American Home Mortgage Holdings, Inc.,　　　　　　　　　　April 1, 2010 to April 30, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue　　　　　　　　　　　　　　　　　　　　Invoice No. 35198
New York, NY 10022
**Attention:**    Mark T. Power, Esquire

**RE:**    Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 0.20 | 30.00 |
| B18 | Fee Applications, Others - | 0.90 | 231.00 |
| B25 | Fee Applications, Applicant - | 3.40 | 622.00 |
| B32 | Litigation and Litigation Consulting - | 2.00 | 540.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 1.00 | 350.00 |
| | **Total** | **7.50** | **$1,773.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 270.00 | 3.40 | 918.00 |
| Rick S. Miller | 350.00 | 1.20 | 420.00 |
| Legal Assistant - MH | 150.00 | 2.90 | 435.00 |
| **Total** | | **7.50** | **$1,773.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**　　　　　　　　　　　　　　　　　　　　　　**$1,173.75**

| Invoice No. 35198 | Page 2 of 4 | | May 15, 2010 |
|---|---|---|---|

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Apr-05-10 | *Litigation and Litigation Consulting* - Review signed stipulated order and send same to co-counsel | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review March 2010 time records for FJ&P | 0.20 | RSM |
| Apr-06-10 | *Fee Applications, Others* - E-mail from J. Morris re: Certificate of No Objection regarding HBD 5th monthly fee app | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re: additional stipulation and certificate of counsel to be filed | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review email from Ms. Irving re: Consumer Information Protection | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email to LLC re: Prepare Certificate of Counsel for Consumer Protection Stipulation | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email to LLC re: Prepare Certificate of Counsel for Consumer Protection Stipulation | 0.10 | RSM |
| Apr-07-10 | *Fee Applications, Others* - E-mail to M. Hedden re: HBD CNO | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail from RSM re: status on additional 502 stipulation | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Feb. 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: interim fee app for period of Nov. 2009 through Jan. 2010 for filing | 0.10 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.00 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection re Feb. 10 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Feb. 10 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection re quarterly fee application for 10th period | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re quarterly fee application for 10th period | 0.30 | MH |
| Apr-08-10 | *Fee Applications, Others* - E-mail from M. Hedden and e-mail to co-counsel re: Certificate of No Objection for HBD first interim fee request | 0.10 | LLC |
| | *Fee Applications, Others* - Trade e-mails with J. Morse re: status of filing Certificate of No Objection for HBD 5th monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection regarding HBD first interim fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection regarding HBD 5th monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with RSM re: status of additional 502 stipulation | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to RSM re: status of approval of second rule 502 stipulation | 0.10 | LLC |
| | *Case Administration* - E-mail to accounting re expect wire payment re Feb. fee application | 0.10 | MH |
| | *Fee Applications, Others* - E-mail to L. Coggins re HBD didn't send certificate of no objection re interim fee application for filing | 0.10 | MH |
| Apr-09-10 | *Litigation and Litigation Consulting* - E-mail from RSM re: status of second 502 stipulation | 0.10 | LLC |

**Invoice No. 35198**                                                  **Page 3 of 4**                                                **May 15, 2010**

| Date | Description | Hours | Atty |
|---|---|---|---|
|  | *Fee Applications, Applicant* - Modify Mar. 10 statement; use spreadsheet to calculate re expenses chart in fee application; prepare fee application and related documents for filing on 4/15/10 | 0.90 | MH |
| Apr-12-10 | *Litigation and Litigation Consulting* - Confer with RSM re: status of 502 stipulation and certificate of counsel re: same | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Review proposed stipulated consumer protection order, prepare certificate of counsel re: same; confer with RSM | 0.70 | LLC |
|  | *Litigation and Litigation Consulting* - Revise, finalize, e-file and coordinate service of certificate of counsel re: proposed stipulated consumer protection order | 0.60 | LLC |
|  | *Litigation and Litigation Consulting* - E-mail from RSM re: providing certificate of counsel to co-counsel and e-mail to KC re: same | 0.20 | LLC |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Conference with LLC re: filing certificate of counsel | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Review draft certificate of counsel | 0.10 | RSM |
| Apr-13-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review subpoena notices; e-mail to Ms. Irving | 0.20 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Review court order; e-mail to co-counsel | 0.20 | RSM |
| Apr-15-10 | *Fee Applications, Applicant* - Review fee app for March 2010 for filing | 0.10 | LLC |
|  | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Mar. 10 fee application | 0.50 | MH |
| Apr-30-10 | *Fee Applications, Others* - E-mail from J. Morse re: interim order for quarterly fee app | 0.10 | LLC |
|  | *Fee Applications, Applicant* - E-mail from D. Laskin re: draft interim order for quarterly fee apps | 0.10 | LLC |
|  | *Fee Applications, Applicant* - E-mail to M. Hedden re: review of interim order regarding quarterly fee apps | 0.10 | LLC |
|  | Totals | 7.50 |  |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Apr-05-10 | Photocopy Cost | 0.50 |
|  | Blue Marble - hand deliveries (Inv # 13331) | 598.50 |
| Apr-07-10 | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 5.00 |
|  | postage  5 @ 1.05 | 5.25 |
| Apr-08-10 | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 5.00 |
|  | postage  5 @ 1.05 | 5.25 |
| Apr-09-10 | First State Deliveries - hand deliveries | 32.00 |
|  | First State Deliveries - hand deliveries | 32.00 |
| Apr-12-10 | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 3.80 |

**Invoice No. 35198**  **Page 4 of 4**  **May 15, 2010**

| | | |
|---|---|---:|
| Apr-14-10 | Blue Marble - cc 84.00; service 318.22 (Inv #40389) | 402.22 |
| | Pacer Service Center - 1/1/10-3/31/10 (RSM) Account # FJ0091 | 18.88 |
| Apr-15-10 | Photocopy Cost | 21.00 |
| | postage 5 @ 1.39 | 6.95 |
| Apr-20-10 | First State Deliveries - hand deliveries | 32.00 |
| | Totals | $1,173.75 |

**Total Fees & Disbursements**  **$2,946.75**