# EXHIBIT D



The Plaza at Yarrow Bay, Suite 200 / 3933 Lake Washington Blvd. NE / Kirkland, WA  98033-7806
www.eedinc.com

| Date | Invoice Number |
|---|---|
| 02/18/2009 | 016818 |

BILL TO

Accounts Payable
American Home Mortgage Corp
538 Broadhollow Road
Melville, NY 11747

| Project Description |
|---|
| CWT AHM Litigation |

| Terms | Project |
|---|---|
| Net 30 | 0371-05 |

American Home Mortgage Corp

| Processing | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 1/31/2009 | LOAD100 | Pre-Cull Units | Processing raw native files from media | 127.41 GB | 200.00 | 25,482.00 |
| 1/31/2009 | LOAD200 | Post-Cull Units | Data migrated to Discovery Partner | 56.78 GB | 900.00 | 51,102.00 |
| | Subtotal Processing | | | | | 76,584.00 |

| Analysis Related Activities | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 1/17/2009 | NJ | ANLY300 | Search Terms | Code selection search terms and loan numbers | 4.50 | 250.00 | 1,125.00 |
| 1/18/2009 | NJ | ANLY300 | Search Terms | Code selection search terms and loan numbers | 3.00 | 250.00 | 750.00 |
| | Subtotal Analysis Related Activities | | | | 7.50 | | 1,875.00 |

| Project Management | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 1/6/2009 | MC | PMGT100 | Project Management | Project initiation call - no charge | 1.00 | 0.00 | 0.00 |
| 1/8/2009 | MC | PMGT100 | Project Management | Onsite kickoff meeting and prep - no charge | 4.00 | 0.00 | 0.00 |
| 1/19/2009 | MC | PMGT100 | Project Management | Manage loading and processing of data for Discovery Partner upload | 2.00 | 0.00 | 0.00 |
| 1/19/2009 | MG | PMGT100 | Project Management | Manage loading and processing of data for Discovery Partner upload | 2.00 | 0.00 | 0.00 |
| 1/20/2009 | MC | PMGT100 | Project Management | File Type reporting | 1.50 | 0.00 | 0.00 |
| 1/20/2009 | MG | PMGT100 | Project Management | Manage loading and processing of data for Discovery Partner upload | 3.00 | 0.00 | 0.00 |
| 1/21/2009 | MC | PMGT100 | Project Management | Investigate GB count discrepancies – no charge | 2.00 | 0.00 | 0.00 |

Invoice Number     016818
Project     0371-05
Page     2 of 3

American Home Mortgage Corp

| Date | | Code | | Description | Qty | Rate | Extended Amount |
|------|----|--------|--------------------|-------------|------|------|
| 1/22/2009 | MC | PMGT100 | Project Management | Investigate GB count discrepancies – no charge | 2.00 | 0.00 | 0.00 |
| 1/22/2009 | MC | PMGT100 | Project Management | Research options for building custom searching index | 2.00 | 0.00 | 0.00 |
| 1/26/2009 | MC | PMGT100 | Project Management | Investigate GB count discrepancies – no charge | 2.00 | 0.00 | 0.00 |
| 1/26/2009 | MC | PMGT100 | Project Management | Search term highlighting research - no charge | 2.00 | 0.00 | 0.00 |
| 1/26/2009 | MC | PMGT100 | Project Management | ItemIDs research - no charge | 1.00 | 0.00 | 0.00 |
| 1/27/2009 | EK | PMGT200 | Review Management | Highlight term "Waterfield" for all docs in Discovery Partner | 0.50 | 0.00 | 0.00 |
| 1/27/2009 | EK | PMGT200 | Review Management | Remove term highlighting for "Loan" on all docs in Discovery Partner | 0.50 | 0.00 | 0.00 |
| 1/27/2009 | MC | PMGT100 | Project Management | Investigate GB count discrepancies – no charge | 2.00 | 0.00 | 0.00 |
| 1/27/2009 | MC | PMGT100 | Project Management | Search term highlighting research - no charge | 2.00 | 0.00 | 0.00 |
| 1/28/2009 | EK | PMGT200 | Review Management | Remove term highlighting "Loan" | 0.50 | 0.00 | 0.00 |
| 1/28/2009 | MC | PMGT100 | Project Management | Research options for building custom searching index | 1.00 | 0.00 | 0.00 |
| 1/28/2009 | MC | PMGT100 | Project Management | Search term highlighting research - no charge | 2.00 | 0.00 | 0.00 |
| 1/28/2009 | MC | PMGT100 | Project Management | ItemIDs research - no charge | 1.00 | 0.00 | 0.00 |
| 1/28/2009 | MR | PMGT200 | Review Management | Remove term highlighting "Loan" | 0.50 | 0.00 | 0.00 |
| 1/29/2009 | MC | PMGT100 | Project Management | Research options for building custom searching index | 1.00 | 0.00 | 0.00 |
| 1/29/2009 | MC | PMGT100 | Project Management | Research and provide printing information and specs | 3.00 | 0.00 | 0.00 |
| 1/30/2009 | EK | PMGT200 | Review Management | Search term highlighting | 0.50 | 0.00 | 0.00 |
| 1/30/2009 | MC | PMGT100 | Project Management | Research options for concept based searching | 2.00 | 250.00 | 500.00 |
| | | Subtotal Project Management | | | 41.00 | | 500.00 |

| Hosting / Storage Charges | | | | Qty | Rate | Extended Amount |
|------|------|--------|--------------------|------|------|------|
| 1/31/2009 | | HOST100 | Monthly Data Storage | 100.00 GB | 25.00 | 2,500.00 |
| 1/31/2009 | | HOST100 | Monthly Data Storage | 10.41 GB | 20.00 | 208.20 |
| | | Subtotal Hosting / Storage Charges | | 110.41 | | 2,708.20 |

| | |
|---|---|
| Invoice Number | 016818 |
| Project | 0371-05 |
| Page | 3 of 3 |

American Home Mortgage Corp

| | | |
|---|---|---|
| **Remittance Address:** | | |
| 3933 Lake Washington Blvd. NE, Suite 200 | | |
| Kirkland, WA  98033-7806 | | |
| Page 3 of 3 | Tax ID# 91-1566624 | **Total   USD        81,667.20** |



The Plaza at Yarrow Bay, Suite 200 / 3933 Lake Washington Blvd. NE / Kirkland, WA  98033-7806

www.eedinc.com

| Date | Invoice Number |
|------|----------------|
| 03/16/2009 | 017127 |

BILL TO

Accounts Payable
American Home Mortgage Corp
538 Broadhollow Road
Melville, NY 11747

| Project Description |
|---------------------|
| CWT AHM Litigation |

| Terms | Project |
|-------|---------|
| Net 30 | 0371-05 |

American Home Mortgage Corp

| Processing | | | Qty | Rate | Extended Amount |
|------------|---|---|-----|------|-----------------|
| 2/28/2009 | LOAD200 | Post-Cull Units | Data migrated to Discovery Partner | 10.15 GB | 900.00 | 9,135.00 |
| | Subtotal Processing | | | | | 9,135.00 |

| Project Management | | | | Qty | Rate | Extended Amount |
|--------------------|---|---|---|-----|------|-----------------|
| 2/2/2009 | MC | PMGT100 | Project Management | Strategy call with CWT to discuss 2nd & 3rd level review options | 1.00 | 250.00 | 250.00 |
| 2/3/2009 | MC | PMGT100 | Project Management | Research options for building custom searching index | 2.00 | 0.00 | 0.00 |
| 2/3/2009 | MC | PMGT100 | Project Management | Research on itemIDs to verify search execution | 1.00 | 250.00 | 250.00 |
| 2/5/2009 | MC | PMGT100 | Project Management | Research options for building custom searching index | 2.00 | 0.00 | 0.00 |
| 2/9/2009 | MC | PMGT100 | Project Management | Call with CWT regarding hit highlighting options | 2.00 | 0.00 | 0.00 |
| 2/9/2009 | MG | PMGT100 | Project Management | Coordinate work on custom indexing of non-alpha characters | 1.00 | 250.00 | 250.00 |
| 2/10/2009 | MC | PMGT100 | Project Management | Research options for building custom searching index | 3.00 | 0.00 | 0.00 |
| 2/10/2009 | MC | PMGT100 | Project Management | Discovery Partner user training for CWT team | 1.00 | 250.00 | 250.00 |
| 2/11/2009 | MC | PMGT100 | Project Management | Call with CWT regarding hit highlighting | 1.00 | 0.00 | 0.00 |
| 2/19/2009 | MC | PMGT100 | Project Management | Provide information on how Tiffs are rendered | 1.00 | 250.00 | 250.00 |
| 2/19/2009 | MC | PMGT100 | Project Management | Modified search terms per CWT and removed 900 docs from Discovery Partner based on changes | 2.00 | 250.00 | 500.00 |
| 2/24/2009 | MC | PMGT100 | Project Management | Term highlighting update and prep | 3.00 | 0.00 | 0.00 |

| | | | | | Invoice Number | 017127 |
| | | | | | Project | 0371-05 |
American Home Mortgage Corp | | | | | Page | 2 of 2 |

| Date | | Code | Description | Detail | Qty | Rate | Extended Amount |
|------|---|------|-------------|--------|-----|------|------------------|
| 2/26/2009 | MC | PMGT100 | Project Management | Provide Sample productions | 1.00 | 250.00 | 250.00 |
| 2/27/2009 | MC | PMGT100 | Project Management | Provide Sample productions | 1.00 | 250.00 | 250.00 |
| 2/28/2009 | MG | PMGT100 | Project Management | Work on Hidden Content Inspector analysis in order to flag Excel documents with hidden content | 1.00 | 250.00 | 250.00 |
| | | Subtotal Project Management | | | 23.00 | | 2,500.00 |

| Hosting / Storage Charges | | | | Qty | Rate | Extended Amount |
|---------------------------|---|---|---|-----|------|------------------|
| 2/28/2009 | HOST100 | Monthly Data Storage | | 100.00 GB | 25.00 | 2,500.00 |
| 2/28/2009 | HOST100 | Monthly Data Storage | | 10.41 GB | 20.00 | 208.20 |
| | Subtotal Hosting / Storage Charges | | | 110.41 | | 2,708.20 |

**Remittance Address:**
3933 Lake Washington Blvd. NE, Suite 200
Kirkland, WA 98033-7806
Tax ID# 91-1566624

**Total   USD         14,343.20**



The Plaza at Yarrow Bay, Suite 200 / 3933 Lake Washington Blvd. NE / Kirkland, WA  98033-7806
www.eedinc.com

| Date | Invoice Number |
|------|----------------|
| 04/09/2009 | 017399 |

BILL TO

Accounts Payable
American Home Mortgage Corp
538 Broadhollow Road
Melville, NY 11747

| Project Description |
|---------------------|
| CWT AHM Litigation |

| Terms | Project |
|-------|---------|
| Net 30 | 0371-05 |

American Home Mortgage Corp

| Project Management | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 3/4/2009 | MC | PMGT100 | Project Management | Annotation code setup for third tier review | 1.00 | 250.00 | 250.00 |
| 3/6/2009 | MC | PMGT100 | Project Management | Research on numerical term hits in Discovery Partner, per CWT | 2.50 | 0.00 | 0.00 |
| 3/10/2009 | MC | PMGT100 | Project Management | Project status call with CWT team | 1.00 | 0.00 | 0.00 |
| 3/13/2009 | MC | PMGT100 | Project Management | Internal project status call | 1.00 | 0.00 | 0.00 |
| 3/18/2009 | MC | PMGT100 | Project Management | Implement changes to previously exported DAT files | 0.50 | 250.00 | 125.00 |
| 3/18/2009 | MC | PMGT100 | Project Management | Investigation into highlighting | 1.50 | 0.00 | 0.00 |
| 3/20/2009 | MC | PMGT100 | Project Management | Pricing discussion | 1.00 | 0.00 | 0.00 |
| 3/25/2009 | MC | PMGT100 | Project Management | "For Further Review" export creation | 1.00 | 250.00 | 250.00 |
| 3/26/2009 | MC | PMGT100 | Project Management | "For Further Review" export creation | 1.00 | 0.00 | 0.00 |
| | | Subtotal Project Management | | | 10.50 | | 625.00 |

| Production or Conversion | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 3/5/2009 | PROD220 | TIFF Units | | Production of tiffs – "Export 1" | 22,360.00 Pages | 0.02 | 447.20 |
| 3/5/2009 | PROD620 | Media Creation Units | | DVD media for "Export 1" | 1.00 DVD | 75.00 | 75.00 |
| 3/5/2009 | PROD200 | Native Units | | Production of Native files – "Export 1" | 845.00 Items | 0.08 | 67.60 |
| 3/28/2009 | PROD220 | TIFF Units | | Production of tiffs – "Further Review Priv Export 1" | 231,941.00 Pages | 0.02 | 4,638.82 |

| | Invoice Number | 017399 |
|---|---|---|
| | Project | 0371-05 |
| American Home Mortgage Corp | Page | 2 of 2 |

| Date | Code | Description | Detail | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 3/28/2009 | PROD200 | Native Units | Production of Native files – "Further Review Priv Export 1" | 6,085.00 Items | 0.08 | 486.80 |
| 3/28/2009 | PROD620 | Media Creation Units | Hard drive media – "Further Review Priv Export 1" | 1.00 HD | 175.00 | 175.00 |
| 3/30/2009 | PROD220 | TIFF Units | Production of tiffs – "Further Review Priv Export 2" | 16,174.00 Pages | 0.02 | 323.48 |
| 3/30/2009 | PROD200 | Native Units | Production of Native files – "Further Review Priv Export 2" | 2,523.00 Items | 0.08 | 201.84 |
| 3/30/2009 | PROD620 | Media Creation Units | Hard drive media – "Further Review Priv Export 2" | 1.00 HD | 175.00 | 175.00 |
| | | Subtotal Production or Conversion | | | | 6,590.74 |

| Hosting / Storage Charges | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 3/31/2009 | HOST100 | Monthly data storage | | 100.00 GB | 25.00 | 2,500.00 |
| 3/31/2009 | HOST100 | Monthly data storage | | 10.41 GB | 20.00 | 208.20 |
| | | Subtotal Hosting / Storage Charges | | 110.41 | | 2,708.20 |

| Other | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 3/12/2009 | COST700 | Postage, Courier | 03/05/09  1Z3AW8600197724007 | 0.00 | 0.00 | 15.81 |
| | UPS | | | | | |
| | | Subtotal Other | | | | 15.81 |

**Remittance Address:**
3933 Lake Washington Blvd. NE, Suite 200
Kirkland, WA  98033-7806
Tax ID# 91-1566624

| Total | USD | 9,939.75 |
|---|---|---|



The Plaza at Yarrow Bay, Suite 200 / 3933 Lake Washington Blvd. NE / Kirkland, WA  98033-7806
www.eedinc.com

| Date | Invoice Number |
|------|----------------|
| 05/28/2009 | 017754 |

BILL TO

Accounts Payable
American Home Mortgage Corp
538 Broadhollow Road
Melville, NY 11747

| Project Description |
|---------------------|
| CWT AHM Litigation |

| Terms | Project |
|-------|---------|
| Net 30 | 0371-05 |

American Home Mortgage Corp

| Project Management | | | Qty | Rate | Extended Amount |
|--------------------|---|---|-----|------|-----------------|
| 4/3/2009 | MC | PMGT100 | Project Management | Coordinate Production 1 | 1.00 | 250.00 | 250.00 |
| 4/6/2009 | MC | PMGT100 | Project Management | Coordinate Third Tier Export 2 production | 1.50 | 250.00 | 375.00 |
| 4/21/2009 | MG | PMGT100 | Project Management | Coordinate Production 3 | 1.00 | 250.00 | 250.00 |
| 4/23/2009 | MG | PMGT100 | Project Management | Coordinate Production 3 | 0.50 | 250.00 | 125.00 |
| | | Subtotal Project Management | | | 4.00 | | 1,000.00 |

| Production or Conversion | | | Qty | Rate | Extended Amount |
|--------------------------|---|---|-----|------|-----------------|
| 4/5/2009 | PROD220 | TIFF Units | Production of tiffs – "Production 1" | 15,727.00 Pages | 0.03 | 471.81 |
| 4/5/2009 | PROD200 | Native Units | Production of native files – "Production 1" | 2,064.00 Items | 0.08 | 165.12 |
| 4/5/2009 | PROD620 | Media Creation Units | Hard drive media – "Production 1" | 1.00 HD | 175.00 | 175.00 |
| 4/7/2009 | PROD220 | TIFF Units | Production of tiffs – "Further Review Priv Export 2" | 145,000.00 Pages | 0.02 | 2,900.00 |
| 4/9/2009 | PROD220 | TIFF Units | Production of tiffs – "Further Review Priv Export 3" | 276,910.00 Pages | 0.02 | 5,538.20 |
| 4/9/2009 | PROD200 | Native Units | Production of native files – "Further Review Priv Export 3" | 670.00 Items | 0.08 | 53.60 |
| 4/9/2009 | PROD220 | TIFF Units | Production of tiffs – "Third Tier Export 2" | 74,311.00 Pages | 0.02 | 1,486.22 |

| | | | | Invoice Number | 017754 |
| | | | | Project | 0371-05 |
| American Home Mortgage Corp | | | | Page | 2 of 3 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/9/2009 | PROD200 | Native Units | Production of Native files – "Third Tier Export 2" | 621.00 Items | 0.08 | 49.68 |
| 4/9/2009 | PROD620 | Media Creation Units | Hard drive media – "Further Review Priv Export 3" | 1.00 HD | 175.00 | 175.00 |
| 4/9/2009 | PROD620 | Media Creation Units | Hard drive media – "Third Tier Export 2" | 1.00 HD | 175.00 | 175.00 |
| 4/20/2009 | PROD220 | TIFF Units | Production of tiffs – "Production 2" | 1,217,577.00 Pages | 0.03 | 36,527.31 |
| 4/20/2009 | PROD200 | Native Units | Production of native files – "Production 2" | 10,684.00 Items | 0.08 | 854.72 |
| 4/20/2009 | PROD620 | Media Creation Units | Hard drive media – "Production 2" | 1.00 HD | 175.00 | 175.00 |
| 4/20/2009 | PROD220 | TIFF Units | Production of tiffs – "Production 2" | 1,050,016.00 Pages | 0.03 | 26,250.40 |
| 4/22/2009 | PROD620 | Media Creation Units | Hard drive media – "Production 3" | 1.00 HD | 175.00 | 175.00 |
| 4/22/2009 | PROD220 | TIFF Units | Production of tiffs – "Production 3" | 28,475.00 Pages | 0.03 | 711.88 |
| 4/25/2009 | PROD200 | Native Units | Production of native items – "Priv and Resp Export" | 3,724.00 Items | 0.08 | 297.92 |
| 4/25/2009 | PROD620 | Media Creation Units | DVD media – "Priv and Resp Export" | 1.00 DVD | 75.00 | 75.00 |
| | | Subtotal Production or Conversion | | | | 76,256.86 |

| Hosting / Storage Charges | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 4/30/2009 | HOST100 | Monthly data storage | | 100.00 GB | 25.00 | 2,500.00 |
| 4/30/2009 | HOST100 | Monthly data storage | | 10.41 GB | 20.00 | 208.20 |
| | | Subtotal Hosting / Storage Charges | | 110.41 | | 2,708.20 |

| Other | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 4/16/2009 | COST700 | Postage, Courier | 03/28/09   1Z3AW8600191109380 | 0.00 | 0.00 | 50.63 |
| | UPS | | | | | |
| 4/16/2009 | COST700 | Postage, Courier | 03/30/09   1Z3AW8600193001198 | 0.00 | 0.00 | 35.25 |

|  | Invoice Number | 017754 |
|---|---|---|
|  | Project | 0371-05 |
| American Home Mortgage Corp | Page | 3 of 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | UPS | | | | | | |
| 4/22/2009 | COST700 | Postage, Courier | 04/05/09 | 3530362 | 0.00 | 0.00 | 248.00 |
| | Bellair Expediting Service | | | | | | |
| 4/23/2009 | COST700 | Postage, Courier | 04/07/09 | 1Z3AW8600191342638 | 0.00 | 0.00 | 37.07 |
| | UPS | | | | | | |
| 4/23/2009 | COST700 | Postage, Courier | 04/09/09 | 1Z3AW8600199841850 | 0.00 | 0.00 | 45.46 |
| | UPS | | | | | | |
| 4/27/2009 | COST700 | Postage, Courier | 04/09/09 | 1Z3AW8600199841850 | 0.00 | 0.00 | 8.56 |
| | UPS | | | | | | |
| 4/30/2009 | COST700 | Postage, Courier | 04/14/09 | 3530357 | 0.00 | 0.00 | 208.00 |
| | Bellair Expediting Service | | | | | | |
| 4/30/2009 | COST700 | Postage, Courier | 04/15/09 | 3530817 | 0.00 | 0.00 | 208.00 |
| | Bellair Expediting Service | | | | | | |
| 4/30/2009 | COST700 | Postage, Courier | 04/15/09 | 13530818 | 0.00 | 0.00 | 208.00 |
| | Bellair Expediting Service | | | | | | |
| 4/30/2009 | COST700 | Postage, Courier | 04/16/09 | 3530821 | 0.00 | 0.00 | 208.00 |
| | Bellair Expediting Service | | | | | | |
| Subtotal Other | | | | | | | 1,256.97 |

| **Remittance Address:** | | |
|---|---|---|
| 3933 Lake Washington Blvd. NE, Suite 200 | | |
| Kirkland, WA  98033-7806 | | |
| Tax ID# 91-1566624 | **Total** | **USD** | **81,222.03** |



The Plaza at Yarrow Bay, Suite 200 / 3933 Lake Washington Blvd. NE / Kirkland, WA  98033-7806
www.eedinc.com

| Date | Invoice Number |
| --- | --- |
| 06/11/2009 | 018031 |

BILL TO

Accounts Payable
American Home Mortgage Corp
538 Broadhollow Road
Melville, NY 11747

| Project Description |
| --- |
| CWT AHM Litigation |

| Terms | Project |
| --- | --- |
| Net 30 | 0371-05 |

American Home Mortgage Corp

| Project Management | | | | Qty | Rate | Extended Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 5/6/2009 | MC | PMGT100 | Project Management | Coordinate Third Tier Export 3 production | 1.50 | 250.00 | 375.00 |
| 5/19/2009 | MC | PMGT100 | Project Management | Apply "Purchase Subj Agrmt" search terms to data in Discovery Partner | 1.00 | 250.00 | 250.00 |
| | | Subtotal Project Management | | | 2.50 | | 625.00 |

| Production or Conversion | | | | Qty | Rate | Extended Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 5/7/2009 | PROD220 | TIFF Units | Production of tiffs – "Third Tier Export 3 (calculated @ .015/tiff)" | 119,133.00 Pages | 0.02 | 1,787.00 |
| 5/7/2009 | PROD200 | Native Units | Production of native itens – "Third Tier Export 3" | 100.00 Items | 0.08 | 8.00 |
| 5/7/2009 | PROD620 | Media Creation Units | Hard drive media – "Third Tier Export3" | 1.00 HD | 175.00 | 175.00 |
| 5/13/2009 | PROD220 | TIFF Units | Production of tiffs – "Third Tier Export 3 Supplemental (calculated @.015/tiff)" | 11,166.00 Pages | 0.02 | 167.49 |
| 5/13/2009 | PROD200 | Native Units | Production of native items – "Third Tier Export 3 Supplemental" | 10.00 Items | 0.08 | 0.80 |
| | | Subtotal Production or Conversion | | | | 2,138.29 |

| Hosting / Storage Charges | | | Qty | Rate | Extended Amount |
| --- | --- | --- | --- | --- | --- |
| 5/31/2009 | HOST100 | Monthly Data Storage | 100.00 GB | 25.00 | 2,500.00 |
| 5/31/2009 | HOST100 | Monthly Data Storage | 10.41 GB | 20.00 | 208.20 |
| | Subtotal Hosting / Storage Charges | | 110.41 | | 2,708.20 |

| | | Invoice Number | 018031 |
| --- | --- | --- | --- |
| | | Project | 0371-05 |
| American Home Mortgage Corp | | Page | 2 of 2 |

| Other | | | | | Qty | Rate | Extended Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 5/1/2009 | COST700 | Postage, Courier | 04/18/09 | 1Z3AW8600196195000 | 0.00 | 0.00 | 48.48 |
| | UPS | | | | | | |
| 5/1/2009 | COST700 | Postage, Courier | 04/20/09 | 1Z3AW8601591702471 | 0.00 | 0.00 | 111.50 |
| | UPS | | | | | | |
| 5/1/2009 | COST700 | Postage, Courier | 04/21/09 | 1Z3AW8602869614012 | 0.00 | 0.00 | 75.05 |
| | UPS | | | | | | |
| 5/1/2009 | COST700 | Postage, Courier | 04/22/09 | 1Z3AW8600198476051 | 0.00 | 0.00 | 31.44 |
| | UPS | | | | | | |
| 5/1/2009 | COST700 | Postage, Courier | 04/22/09 | 1Z3AW8600198650648 | 0.00 | 0.00 | 31.44 |
| | UPS | | | | | | |
| 5/7/2009 | COST700 | Postage, Courier | 04/25/09 | 1Z3AW8600199152845 | 0.00 | 0.00 | 31.27 |
| | UPS | | | | | | |
| 5/18/2009 | COST700 | Postage, Courier | 05/07/09 | 1Z3AW8600199662026 | 0.00 | 0.00 | 34.39 |
| | UPS | | | | | | |
| | Subtotal Other | | | | | | 363.57 |

**Remittance Address:**
3933 Lake Washington Blvd. NE, Suite 200
Kirkland, WA  98033-7806
Tax ID# 91-1566624

| **Total** | **USD** | **5,835.06** |
| --- | --- | --- |



The Plaza at Yarrow Bay, Suite 200 / 3933 Lake Washington Blvd. NE / Kirkland, WA  98033-7806
www.eedinc.com

| Date | Invoice Number |
|------|----------------|
| 07/09/2009 | 018309 |

BILL TO

Accounts Payable
American Home Mortgage Corp
538 Broadhollow Road
Melville, NY 11747

| Project Description |
|---------------------|
| CWT AHM Litigation |

| Terms | Project |
|-------|---------|
| Net 30 | 0371-05 |

American Home Mortgage Corp

| Project Management | | | | Qty | Rate | Extended Amount |
|--------------------|--|--|--|-----|------|-----------------|
| 6/19/2009 | MC | PMGT100 | Project Management | Perform and quality-check the execution of "Witness" search terms | 1.50 | 250.00 | 375.00 |
| 6/22/2009 | MC | PMGT100 | Project Management | Perform and quality-check the execution of "Witness" search terms | 2.00 | 250.00 | 500.00 |
| 6/29/2009 | MC | PMGT100 | Project Management | Perform and quality-check the execution of "Witness" search terms | 1.00 | 250.00 | 250.00 |
| 6/30/2009 | MC | PMGT100 | Project Management | Perform and quality-check the execution of "Witness" search terms | 1.00 | 250.00 | 250.00 |
| | | Subtotal Project Management | | 5.50 | | 1,375.00 |

| Production or Conversion | | | | Qty | Rate | Extended Amount |
|--------------------------|--|--|--|-----|------|-----------------|
| 6/16/2009 | PROD200 | Native Units | Production of Native items – "Export Placersheeted Items" | 142.00 Items | 0.80 | 113.60 |
| 6/19/2009 | PROD220 | TIFF Units | Production of tiffs – "Third Tier Export 4 (.015 each)" | 25.00 Pages | 0.02 | 0.38 |
| 6/19/2009 | PROD200 | Native Units | Production of native items – "Third Tier Export 4" | 10.00 Items | 0.08 | 0.80 |
| 6/25/2009 | PROD220 | TIFF Units | Production of tiffs – "Production of Four Items per CWT" (.015 each) | 1,716.00 Pages | 0.02 | 25.74 |
| 6/25/2009 | PROD200 | Native Units | Production of native items – "Production of Four Items" | 4.00 Items | 0.08 | 0.32 |
| | | Subtotal Production or Conversion | | | | 140.84 |

| Hosting / Storage Charges | | | Qty | Rate | Extended Amount |
|---------------------------|--|--|-----|------|-----------------|
| 6/30/2009 | HOST100 | Monthly Data Storage | 100.00 GB | 25.00 | 2,500.00 |

|  |  | Invoice Number | 018309 |
|--|--|----------------|--------|
|  |  | Project | 0371-05 |
| American Home Mortgage Corp |  | Page | 2 of 2 |

| 6/30/2009 | HOST100 | Monthly Data Storage |  | 10.41 GB | 20.00 | 208.20 |
|-----------|---------|----------------------|--|----------|-------|--------|
|  | Subtotal Hosting / Storage Charges |  |  | 110.41 |  | 2,708.20 |

| **Other** |  |  |  | Qty | Rate | Extended Amount |
|-----------|--|--|--|-----|------|-----------------|
| 6/1/2009 | COST700 | Postage, Courier | 05/07/09  1Z3AW8600199662026 | 0.00 | 0.00 | 22.51 |
|  | UPS |  |  |  |  |  |
|  | Subtotal Other |  |  |  |  | 22.51 |

**Remittance Address:**
3933 Lake Washington Blvd. NE, Suite 200
Kirkland, WA  98033-7806
Tax ID# 91-1566624

| **Total** | **USD** | **4,246.55** |
|-----------|---------|--------------|



The Plaza at Yarrow Bay, Suite 200 / 3933 Lake Washington Blvd. NE / Kirkland, WA  98033-7806
www.eedinc.com

| Date | Invoice Number |
|------|----------------|
| 08/13/2009 | 018650 |

BILL TO

Accounts Payable
American Home Mortgage Corp
538 Broadhollow Road
Melville, NY 11747

| Project Description |
|---------------------|
| CWT AHM Litigation |

| Terms | Project |
|-------|---------|
| Net 30 | 0371-05 |

American Home Mortgage Corp

| Processing | | | | Qty | Rate | Extended Amount |
|------------|--|--|--|-----|------|-----------------|
| 7/15/2009 | LOAD100 | Pre-Cull Units | Processing raw native files from received media | 3.57 GB | 200.00 | 714.00 |
| 7/15/2009 | LOAD200 | Post-Cull Units | Data migrated to Discovery Partner | 3.95 GB | 900.00 | 3,555.00 |
| | Subtotal Processing | | | | | 4,269.00 |

| Project Management | | | | Qty | Rate | Extended Amount |
|--------------------|--|--|--|-----|------|-----------------|
| 7/8/2009 | MC | PMGT100 | Project Management | Execute "Witness" search terms and report on results | 1.50 | 250.00 | 375.00 |
| 7/9/2009 | MC | PMGT100 | Project Management | Execute "Witness" search terms and report on results | 2.00 | 250.00 | 500.00 |
| 7/15/2009 | MC | PMGT100 | Project Management | Process "CapMktFiles" and create custom metadata file | 0.75 | 250.00 | 187.50 |
| 7/15/2009 | MC | PMGT100 | Project Management | Process "LegalDr01" and create custom metadata file | 0.75 | 250.00 | 187.50 |
| 7/15/2009 | MC | PMGT100 | Project Management | Process "LegalDr02" and create custom metadata file | 0.75 | 250.00 | 187.50 |
| 7/16/2009 | MC | PMGT100 | Project Management | Process "LegalDr03" and create custom metadata file | 0.75 | 250.00 | 187.50 |
| 7/16/2009 | MC | PMGT100 | Project Management | Process "LoanSrch01" and create custom metadata file | 0.75 | 250.00 | 187.50 |
| 7/16/2009 | MC | PMGT100 | Project Management | Process "LoanSrch02" and create custom metadata file | 0.75 | 250.00 | 187.50 |
| 7/16/2009 | MC | PMGT100 | Project Management | Process "RiskMgmt01" and create custom metadata file | 0.75 | 250.00 | 187.50 |
| 7/16/2009 | MC | PMGT100 | Project Management | Process "RiskSrch01" and create custom metadata file | 0.75 | 250.00 | 187.50 |
| 7/17/2009 | MC | PMGT100 | Project Management | Process "LoanSrchPrv" and create custom metadata file | 0.75 | 250.00 | 187.50 |

| | | |
|---|---|---|
| Invoice Number | 018650 |
| Project | 0371-05 |
| American Home Mortgage Corp | Page | 2 of 3 |

| | | | | | |
|---|---|---|---|---|---|
| | Subtotal Project Management | | | 10.25 | 2,562.50 |

| Production or Conversion | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 7/16/2009 | PROD220 | TIFF Units | Production of tiffs – "Production 4" (.025 each) | 165,127.00 Pages | 0.03 | 4,128.18 |
| 7/16/2009 | PROD620 | Media Creation Units | Hard drive media – "Production 4" | 2.00 HD | 175.00 | 350.00 |
| 7/17/2009 | PROD220 | TIFF Units | Production of tiffs – "Production 5" (.025 each) | 126,581.00 Pages | 0.03 | 3,164.53 |
| 7/17/2009 | PROD620 | Media Creation Units | Hard drive media – "Production 5" | 2.00 HD | 175.00 | 350.00 |
| 7/18/2009 | PROD220 | TIFF Units | Production of tiffs – "Production 6" (.025 each) | 53,597.00 Pages | 0.03 | 1,339.93 |
| 7/18/2009 | PROD620 | Media Creation Units | DVD media – "Production 6" | 4.00 DVD | 75.00 | 300.00 |
| 7/18/2009 | PROD220 | TIFF Units | Production of tiffs – "Production 7" (.025 each) | 37,903.00 Pages | 0.03 | 947.58 |
| 7/18/2009 | PROD620 | Media Creation Units | Hard drive media – "Production 7" | 2.00 HD | 175.00 | 350.00 |
| 7/18/2009 | PROD220 | TIFF Units | Production of tiffs – "EED AHM Prod" (.025 each) | 28.00 Pages | 0.03 | 0.70 |
| 7/18/2009 | PROD620 | Media Creation Units | CD media – "EED AHM PROD" | 1.00 CD | 35.00 | 35.00 |
| | Subtotal Production or Conversion | | | | | 10,965.92 |

| Hosting / Storage Charges | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 7/31/2009 | HOST100 | Monthly Data Storage | | 13.98 GB | 20.00 | 279.60 |
| 7/31/2009 | HOST100 | Monthly Data Storage | | 100.00 GB | 25.00 | 2,500.00 |
| | Subtotal Hosting / Storage Charges | | | 113.98 | | 2,779.60 |

| Other | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 7/22/2009 | COST700 | Postage, Courier | 07/16/09  1Z3AW8601596882189 | 0.00 | 0.00 | 118.70 |
| | UPS | | | | | |

| | Invoice Number | 018650 |
| | Project | 0371-05 |
| American Home Mortgage Corp | Page | 3 of 3 |

| Subtotal Other | 118.70 |
|---|---|

| Remittance Address: | | |
|---|---|---|
| 3933 Lake Washington Blvd. NE, Suite 200 | | |
| Kirkland, WA  98033-7806 | | |
| Tax ID# 91-1566624 | **Total   USD** | **20,695.72** |



The Plaza at Yarrow Bay, Suite 200 / 3933 Lake Washington Blvd. NE / Kirkland, WA  98033-7806
www.eedinc.com

| Date | Invoice Number |
|------|----------------|
| 09/15/2009 | 018994 |

BILL TO

Accounts Payable
American Home Mortgage Corp
538 Broadhollow Road
Melville, NY 11747

| Project Description |
|---------------------|
| CWT AHM Litigation |

| Terms | Project |
|-------|---------|
| Net 30 | 0371-05 |

American Home Mortgage Corp

| Hosting / Storage Charges | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 8/31/2009 | HOST100 | Monthly Data Storage | | 100.00 GB | 25.00 | 2,500.00 |
| 8/31/2009 | HOST100 | Monthly Data Storage | | 13.98 GB | 20.00 | 279.60 |
| | Subtotal Hosting / Storage Charges | | | 113.98 | | 2,779.60 |

| Other | | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|---|
| 8/3/2009 | COST700 | Postage, Courier | 07/17/09 | 1Z3AW8604492089221 | 0.00 | 0.00 | 82.73 |
| | UPS | | | | | | |
| 8/3/2009 | COST700 | Postage, Courier | 07/18/09 | 1Z3AW8601593130657 | 0.00 | 0.00 | 138.23 |
| | UPS | | | | | | |
| | Subtotal Other | | | | | | 220.96 |

**Remittance Address:**
3933 Lake Washington Blvd. NE, Suite 200
Kirkland, WA  98033-7806
Tax ID# 91-1566624

Page 1 of 1

| Total | USD | 3,000.56 |



The Plaza at Yarrow Bay, Suite 200 / 3933 Lake Washington Blvd. NE / Kirkland, WA  98033-7806
www.eedinc.com

| Date | Invoice Number |
| --- | --- |
| 11/12/2009 | 019686 |

BILL TO

Accounts Payable
American Home Mortgage Corp
538 Broadhollow Road
Melville, NY 11747

| Project Description |
| --- |
| CWT AHM Litigation |

| Terms | Project |
| --- | --- |
| Net 30 | 0371-05 |

American Home Mortgage Corp

| Production or Conversion | | | Qty | Rate | Extended Amount |
| --- | --- | --- | --- | --- | --- |
| 10/2/2009 | PROD200 | Native Units | Production of native items – "SMP Production" | 650.00 Items | 0.08 | 52.00 |
| | Subtotal Production or Conversion | | | | | 52.00 |

| Hosting / Storage Charges | | | Qty | Rate | Extended Amount |
| --- | --- | --- | --- | --- | --- |
| 9/30/2009 | HOST100 | Monthly Data Storage | 100.00 GB | 25.00 | 2,500.00 |
| 9/30/2009 | HOST100 | Monthly Data Storage | 13.98 GB | 20.00 | 279.60 |
| 10/31/2009 | HOST100 | Monthly Data Storage | 100.00 GB | 25.00 | 2,500.00 |
| 10/31/2009 | HOST100 | Monthly Data Storage | 13.98 GB | 20.00 | 279.60 |
| | Subtotal Hosting / Storage Charges | | 227.96 | | 5,559.20 |

**Remittance Address:**
3933 Lake Washington Blvd. NE, Suite 200
Kirkland, WA  98033-7806
Tax ID# 91-1566624

Page 1 of 1

**Total   USD**      **5,611.20**



The Plaza at Yarrow Bay, Suite 200 / 3933 Lake Washington Blvd. NE / Kirkland, WA 98033-7806
www.eedinc.com

| Date | Invoice Number |
|------|----------------|
| 12/09/2009 | 019971 |

BILL TO

Accounts Payable
American Home Mortgage Corp
538 Broadhollow Road
Melville, NY 11747

| Project Description |
|---------------------|
| CWT AHM Litigation |

| Terms | Project |
|-------|---------|
| Net 30 | 0371-05 |

American Home Mortgage Corp

| Production or Conversion | | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|---|
| 11/3/2009 | PROD220 | TIFF Units | Production of tiffs – "EED - AHM Prod 11032009" | 510.00 Pages | 0.03 | 12.75 |
| 11/4/2009 | PROD220 | TIFF Units | Production of tiffs -- "Export 11042009" | 100.00 Pages | 0.03 | 2.50 |
| | Subtotal Production or Conversion | | | | | 15.25 |

| Hosting / Storage Charges | | | Qty | Rate | Extended Amount |
|---|---|---|---|---|---|
| 11/30/2009 | HOST100 | Monthly Data Storage | 100.00 GB | 25.00 | 2,500.00 |
| 11/30/2009 | HOST100 | Monthly Data Storage | 13.98 GB | 20.00 | 279.60 |
| | Subtotal Hosting / Storage Charges | | 113.98 | | 2,779.60 |

**Remittance Address:**
3933 Lake Washington Blvd. NE, Suite 200
Kirkland, WA  98033-7806
Tax ID# 91-1566624

Page 1 of 1

| **Total** | **USD** | **2,794.85** |
|-----------|---------|--------------|