IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
    Debtors.                                                       :
------------------------------------------------------------------ x

### DECLARATION OF KARIN S. HANSEN IN SUPPORT OF THE THIRTEENTH APPLICATION OF CADWALADER, WICKERSHAM & TAFT LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD FEBRUARY 1, 2010 THROUGH APRIL 30, 2010

I, Karin S. Hansen, hereby declare, pursuant to section 1746 of title 28 of the United States Code, that the following is true to the best of my knowledge, information, and belief:

1. I am an attorney admitted to practice in the State of Washington and serve as Senior Corporate Counsel of Daticon EED ("Daticon EED"). I am duly authorized to make this declaration (the "Declaration") on behalf of Daticon EED.

2. I submit this Declaration in support of the "Thirteenth Application of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period February 1, 2010 through April 30, 2010" (the "Thirteenth Application").[1]

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Thirteenth Application.

USActive 19634040.2

3. Pursuant to that certain Services Agreement, dated December 31, 2008 (the "Daticon EED Agreement"), a copy of which is attached to the Thirteenth Application as Exhibit C, Electronic Evidence Discovery Incorporated, predecessor in interest to Daticon EED, agreed to provide the Debtors with certain electronic discovery services and access to Daticon EED's hosted online discovery platform, as more fully described in the Daticon EED Agreement.

4. The services provided by Daticon EED to the Debtors and their counsel from January 1, 2009 through November 30, 2009, which are evidenced by the invoices attached to the Thirteenth Application as Exhibit D, were necessitated by the Waterfield Litigation. All items and charges, expenses, billing rates and fees related to such services are consistent with the terms of the Daticon EED Agreement and comparable to those charged by similar vendors.

5. I acknowledge that, pursuant to this Court's "Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code," all payments to Daticon EED for services provided pursuant to the Daticon EED Agreement are subject to disgorgement until final allowance by the Court.

Dated: June 4, 2010
Kirkland, Washington

_____
Karin S. Hansen