# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC.**, a Delaware | : | |
| Corporation, et al.,[1] | : | **Jointly Administered** |
| | : | |
| | : | Objection Deadline: July 6, 2010 at 4:00 p.m. |
| **Debtors.** | : | Hearing Date: July 19, 2010 at 11:00 a.m. |
| | : | |

## NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant:  Hennigan, Bennett & Dorman LLP

Authorized to Provide Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  May 2, 2008, *nunc pro tunc* to March 3, 2008

Period for which compensation
and reimbursement are sought:  February 1, 2010 through April 30, 2010[2]

Amount of Compensation sought as actual,
reasonable, and necessary:  $103,441.00

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary:  $590.03

This is a(n): ___ monthly   X  interim   ___   final application.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] Hennigan, Bennett & Dorman, LLP's February 2010 – April 2010 [Docket No. 8886] monthly fee application is hereby incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | **Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** |
| 6/4/2010 Docket No. 8886 | 2/1/2010 - 4/30/10 | $103,441.00 | $509.03 | Obj deadline 6/24/10 | Obj deadline 6/24/10 |

Summary of Any Objections to Fee Applications: No objections have been filed to Hennigan, Bennett & Dorman LLP's monthly fee application.

PLEASE TAKE NOTICE that pursuant to that certain Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code, dated September 3, 2007 [Docket No. 547] (the "Administrative Order"), Hennigan, Bennett & Dorman LLP ("HBD") hereby applies for interim quarterly allowance of compensation and reimbursement of expenses for all monthly applications filed during the period from February 1, 2010 through and including April 30, 2010, as summarized in the table immediately above.

PLEASE TAKE FURTHER NOTICE that Objections, if any, to the Interim Fee Application Request must be made in accordance with the Administrative Order, and must be filed with the Clerk of the Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and served on the Applicant at the address set forth below and the notice parties set forth in the Administrative Order so as to be received on or before **July 6, 2010, at 4:00 p.m. (ET)**. If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Interim Fee Application Request will be held before the Honorable Christopher S. Sontchi, United States

Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on **July 19, 2010 at 11:00 a.m. (ET)**.

Dated: Hillsborough, California
June 14, 2010

FERRY, JOSEPH AND PEARCE, P.A.
Rick S. Miller (No. 3418)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19801
Telephone: (302) 575-1555
Facsimile: (302) 575-1714

-and-

HENNIGAN, BENNETT & DORMAN LLP

_____
Bruce Bennett
Michael A. Morris
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200

*Special Conflicts Counsel to the*
*Official Committee of Unsecured Creditors*