## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re

AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, [1]

Debtors.

-------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

Re: Dkt. No. _____

### ORDER GRANTING DEBTORS' MOTION FOR ORDER APPROVING
### SETTLEMENT AGREEMENT WITH AON CONSULTING, INC.

Upon consideration of the Debtors' Motion for Order Approving Settlement Agreement With Aon Consulting, Inc. (the "*Motion*") filed by the above-captioned debtors and debtors-in-possession (the "*Debtors*"); and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and it appearing that the relief requested is in the best interest of the Debtors' estates and their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that the Settlement Agreement (as defined in the Motion) is approved in all respects pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 9019; and it is further

ORDERED that the parties shall have all rights and privileges as set forth therein; and it is further

ORDERED that the Debtors are authorized to take any and all such actions necessary under Settlement Agreement; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation of this Order.

Dated: Wilmington, Delaware
          _____, 2010

                                            _____
                                          THE HONORABLE CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE

---

[1]    The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.,; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.