IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: July 5, 2010 @ 4:00 p.m.**
: **Hearing Date: July 19, 2010 @ 11:00 a.m.**

**NOTICE OF ELEVENTH INTERIM FEE APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD OF FEBRUARY 1, 2010 THROUGH APRIL 30, 2010</u>**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On June 15, 2010, the Eleventh Interim Fee Application of BDO Seidman, LLP, Financial Advisor to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of February 1, 2010 through April 30, 2010 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*).  By the Interim Application, BDO Seidman, LLP seeks the allowance and payment of compensation in the amount of $202,770.00 and reimbursement of expenses in the amount of $5,148.72 incurred in representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings,

---

[1]   The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21884921v.1

Inc., *et al.* (the *"Debtors"*) during the period of February 1, 2010 through April 30, 2010 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **July 5, 2010 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Interim Application is scheduled for July 19, 2010 at 11:30 A.M. before The Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated: June 15, 2010

                              BLANK ROME LLP

                              */s/ Bonnie Glantz Fatell*
                              Bonnie Glantz Fatell (No. 3809)
                              David W. Carickhoff (No. 3715)
                              1201 Market Street, Suite 800
                              Wilmington, Delaware 19801
                              Telephone:   (302) 425-6400
                              Facsimile:    (302) 425-6464

                              And

                              Mark S. Indelicato
                              Mark T. Power
                              Hahn & Hessen LLP
                              488 Madison Avenue
                              New York, NY  10022
                              Telephone:  (212) 478-7200
                              Facsimile:  (212) 478-7400

                              *Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*