**Exhibit A**

## AMERICAN HOME MORTGAGE

### Time Summary

### February 1, 2010 to April 30, 2010

| **Professional** | **Category** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| WILLIAM K LENHART | PARTNER | 2.6 | 725.00 | $1,885.00 |
| DAVID E BERLINER | PARTNER | 89.2 | 610.00 | 54,412.00 |
| ROBERT M KLEIN | PARTNER | 0.8 | 600.00 | 480.00 |
| MICHELE MICHAELIS | DIRECTOR | 87.3 | 450.00 | 39,285.00 |
| CHRIS AWONG | SENIOR | 73.3 | 275.00 | 20,157.50 |
| MATTHEW J STEWART | SENIOR | 298.1 | 240.00 | 71,544.00 |
| JERRY D'AMATO III | SENIOR | 0.8 | 225.00 | 180.00 |
| KEVIN REINLE | SENIOR | 5.7 | 225.00 | 1,282.50 |
| NAUSHON E VANDERHOOP | SENIOR | 6.9 | 190.00 | 1,311.00 |
| JASON M FRIEDMAN | STAFF | 8.9 | 180.00 | 1,602.00 |
| ALAINA D MASLER | STAFF | 26.5 | 180.00 | 4,770.00 |
| MATTHEW E SANDBERG | STAFF | 20.6 | 150.00 | 3,090.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 10.5 | 150.00 | 1,575.00 |
| BETTY CHARMATZ | PARA-PROF. | 3.2 | 130.00 | 416.00 |
| | **SUBTOTAL:** | **634.4** | | **201,990.00** |
| **Travel time (billed at ½ rate)** | | | | |
| MATTHEW J STEWART | SENIOR | 6.5 | 120.00 | 780.00 |
| | **SUBTOTAL:** | **6.5** | | **780.00** |
| | **TOTAL:** | **640.9** | | **$202,770.00** |

1

**Exhibit B**

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2010 to April 30, 2010**

|    |                         | HOURS | AMOUNT |
|----|-------------------------|------:|-------:|
| A. | ACCOUNTS PAYABLE        | 11.6  | $3,529.00 |

Accounts payable schedules were prepared or analyzed, significant balances were confirmed to statements received from vendors or through direct communication with vendors. In addition, all available documents were examined to identify the secured indebtedness and the related security.

| B. | TAX ISSUES | 5.5 | 1,756.00 |
|----|------------|-----|----------|

Discussed tax issues and status of preparation or review of tax returns. Reviewed tax issues related to Maryland tax refund hearing.

| C. | PREFERENCE ANALYSIS | 78.7 | 22,090.00 |
|----|---------------------|------|-----------|

Responded to requests for information from counsel related to various individual preference defendants.

| D. | LITIGATION CONSULTING | 253.2 | 78,864.50 |
|----|-----------------------|-------|-----------|

Special investigative work related to potential litigation issues regarding UCC investigation. Preparation of follow-up information for counsel regarding issues related to UCC investigation, including analysis of potential damages. Prepared for and attended settlement conference with UCC counsel and D&T re: UCC investigation. Meetings with UCC counsel regarding settlement proposals received.

| E. | ASSET SALE/AUCTION | 16.1 | 5,016.00 |
|----|--------------------|------|----------|

Reviewed sales process and relevant documents including, but not limited to, various documents related to sale of AH Bank and miscellaneous loans.

| F. | MEETINGS – DEBTOR | 49.9 | 15,291.50 |
|----|-------------------|------|-----------|

Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information related to claims related issues, AH Bank, cash flow forecasts, cash needed to go effective and other current issues.

| G. | REPORT PREPARATION | 52.8 | 18,380.50 |
|----|--------------------|------|-----------|

Preparation and review of reports to the Creditors' Committee, regarding the Company's current and projected cash flow results, status of sale of AH Bank, and other financial updates.

**Exhibit B**

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| H. | MEETING WITH CREDITORS | 16.4 | 7,532.50 |
| | Prepared for and attended meetings of Creditors' Committee. Presented BDO reports to the Committee. | | |
| I. | BUSINESS ANALYSIS | 87.6 | 25,017.50 |
| | Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, cash needed to go effective, estimated unsecured creditor recovery, Monthly Operating Reports and other financial results. Reviewed and analyzed motions and objections filed with the Court. Reviewed and updated analysis regarding professional fee information. Findings were conveyed to Counsel and the Committee. | | |
| J. | COUNSEL DISCUSSIONS & COURT HEARINGS | 35.9 | 17,896.50 |
| | Consulted with Counsel regarding all pertinent matters related to ongoing work related to the Debtors' mortgage loans, Effective Date issues, sale of AH Bank; Committee report preparation and meetings; business analyses; and various other open case issues. | | |
| K. | FEE APPLICATIONS / MONTHLY STATEMENTS | 24.9 | 5,666.00 |
| | Preparation and review of monthly data for submission to the Debtor and other interested parties. Preparation and review of monthly fee application and interim application. | | |
| L. | CASE ADMINISTRATION | 1.8 | 950.00 |
| | Reviewed status of engagement with staff and planned areas of work to be performed. | | |
| | **SUBTOTAL:** | **634.4** | **201,990.00** |
| M. | TRAVEL TIME | 6.5 | 780.00 |
| | Professional time expended on travel, billed at one half the hourly rate of each professional. | | |
| | **SUBTOTAL:** | **6.5** | **780.00** |
| | **TOTAL:** | **640.9** | **$202,770.00** |

**Exhibit C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
February 1, 2010 through April 30, 2010

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES – *Concordance Database Fees*     $4,500.00

6. OUT-OF-TOWN TRAVEL
   a. Transportation                                      453.50
   b. Lodging
   c. Meals                                               130.06

7. OUTSIDE SERVICES

8. LOCAL MEALS

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS                                         65.16

    **TOTAL**                                             **$5,148.72**

**Exhibit C**

**American Home Mortgage**
Eleventh Interim Expense Details
February 1, 2010 through April 30, 2010 (by Accounting Date)

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 01/27/10 | 02/01/10 | Stewart,Matthew J | Travel | $51.00 | Mileage to and from Melville, NY |
| 01/27/10 | 02/01/10 | Stewart,Matthew J | Travel Meals | 7.24 | Out of Town Meal - Lunch at AHM |
| 01/27/10 | 02/01/10 | Stewart,Matthew J | Travel | 16.00 | Tappan Zee Bridge and Whitestone Bridge (Tolls) |
| 01/14/10 | 02/01/10 | Stewart,Matthew J | Travel | 16.00 | Tappan Zee Bridge and Whitestone Bridge (Tolls) |
| 01/14/10 | 02/01/10 | Stewart,Matthew J | Travel | 51.00 | Mileage to and from Melville, NY |
| 02/28/10 | 02/28/10 | Berliner,David | Technology | 1,500.00 | Concordance Database Monthly Hosting Fee |
| 02/02/10 | 03/03/10 | Stewart,Matthew | Travel | 51.00 | Mileage to and from Melville, NY |
| 02/02/10 | 03/03/10 | Stewart,Matthew | Travel | 16.00 | Tappan Zee Bridge and Whitestone Bridge (Tolls) |
| 02/02/10 | 03/03/10 | Stewart,Matthew | Travel Meals | 7.24 | Out of Town Meal - Lunch at AHM |
| 02/02/10 | 03/03/10 | Stewart,Matthew | Miscellaneous | 65.16 | American Home Mortgage - Bought memory stick at the client site in order to transfer financial and tax information to the Tax personnel on site. Too much information for CDs and DVDs. |
| 03/17/10 | 03/17/10 | Michaelis,Michele | Travel | 15.50 | Train to Melville and back to NYC |
| 03/17/10 | 03/17/10 | Michaelis,Michele | Travel | 14.00 | Cab to PENN Station |
| 03/17/10 | 03/17/10 | Michaelis,Michele | Travel Meals | 93.86 | Lunch at client - 5 attended working lunch |
| 03/17/10 | 03/17/10 | Michaelis,Michele | Travel | 10.00 | Cab from train to Melville office |

**Exhibit C**

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 03/31/10 | 03/31/10 | Berliner,David | Technology | 1,500.00 | Concordance Database Monthly Hosting Fee |
| 03/30/10 | 04/14/10 | Stewart,Matthew | Travel | 51.00 | Mileage to and from Melville, NY |
| 03/17/10 | 04/14/10 | Stewart,Matthew | Travel | 55.50 | Mileage to and from Melville, NY |
| 03/30/10 | 04/14/10 | Stewart,Matthew | Travel Meals | 7.24 | Out of Town Meal - Lunch at AHM |
| 03/17/10 | 04/14/10 | Stewart,Matthew | Travel Meals | 7.24 | Out of Town Meal - Lunch at AHM |
| 03/17/10 | 04/14/10 | Stewart,Matthew | Travel | 16.00 | Tarrytown Bridge and Long Island Bridges (Tolls) |
| 03/04/10 | 04/14/10 | Stewart,Matthew | Travel | 16.00 | Tarrytown Bridge and Long Island Bridges (Tolls) |
| 03/04/10 | 04/14/10 | Stewart,Matthew | Travel Meals | 7.24 | Out of Town Meal - Lunch at AHM |
| 03/30/10 | 04/14/10 | Stewart,Matthew | Travel | 19.00 | George Washington and Long Island Bridges (Tolls) |
| 03/04/10 | 04/14/10 | Stewart,Matthew | Travel | 55.50 | Mileage to and from Melville, NY |
| 04/30/10 | 04/30/10 | Berliner,David | Technology | 1,500.00 | Concordance Database Monthly Hosting Fee |
| | | | | **$5,148.72** | |

3