# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | (Jointly Administered) |
| *et al.*[1], | ) | |
| | ) | **Objection Deadline: July 6, 2010 at 4:00 p.m.** |
| Debtors. | ) | **Hearing Date:  Only if objections are timely filed.** |

## ELEVENTH MONTHLY APPLICATION OF FERRY, JOSEPH & PEARCE, P.A., AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2010 THROUGH MAY 31, 2010

| | |
|---|---|
| Name of Applicant: | Ferry, Joseph & Pearce, P.A. |
| Authorized to provide professional services to: | Special Conflicts Counsel to the Official Committee Of Unsecured Creditors |
| Date of retention: | August 11, 2009, *nunc pro tunc,* to July 6, 2009 |
| Period for which compensation and reimbursement is sought: | May 1, 2010 through May 31, 2010 |
| Amount of compensation sought as actual reasonable and necessary: | $1,357.00 |
| Less 20% Holdback per procedures for interim compensation and reimbursement of expenses | $   271.40 |
| TOTAL FEE REQUEST | $1,085.60 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $     97.25 |

This is a:   __X__ monthly _____ interim _____ final application

---

[1] Debtors are the following entities:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

**Prior Monthly Applications:**

| Date Filed-Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 9/15/09; 8067 | 7/6/09-8/31/09 | $11,300.00 | $1,871.02 | $9,040.00 | $1,871.02 |
| 10/15/09; 8187 | 9/1/09-9/30/09 | $2,550.00 | $303.20 | $2,040.00 | $303.20 |
| 11/16/09; 8306 | 10/1/09-10/31/09 | $3,605.30 | $655.61 | $2,884.24 | $655.61 |
| 12/15/09; 8417 | 11/1/09-11/30/09 | $3,155.00 | $88.80 | $2,524.00 | $88.80 |
| 1/15/10; 8508 | 12/1/09-12/31/09 | $2,495.00 | $483.70 | $1,996.00 | $483.70 |
| 2/15/10; 8571 | 1/1/10-1/31/10 | $1,511.00 | $575.31 | $1,208.80 | $575.31 |
| 3/15/10; 8682 | 2/1/10-2/28/10 | $3,837.00 | $95.70 | $3,069.60 | $95.70 |
| 4/15/10; 8772 | 3/1/10-3/31/10 | $3,828.00 | $712.32 | $3,062.40 | $712.32 |
| 5/17/10; 8855 | 4/1/10-4/30/10 | $1,773.00 | $1,173.75 | $1,418.40 | $1,173.75 |

**SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS**

| Name of professional person | Position of the Applicant, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David J. Ferry, Jr. | Partner, Various, 1982, General Practice, General Litigation and Bankruptcy | $450.00 | 0.00 | $0.00 |
| Rick S. Miller | Partner, Various, 1995, Bankruptcy and General Litigation | $350.00 | 1.70 | $595.00 |
| Lisa L. Coggins | Associate, 2002, Bankruptcy and General Practice | $270.00 | 0.60 | $162.00 |
| Heather Zolna | Law Clerk | $150.00 | 0.00 | $0.00 |
| Diane Sacconey | Legal Assistant | $150.00 | 0.00 | $0.00 |
| Margriet Hedden | Legal Assistant | $150.00 | 3.30 | $495.00 |
| Kristie Callahan | Legal Assistant | $150.00 | 0.00 | $0.00 |
| Grand Total: | | | **5.60** | **$1,252.00** |

## INTERIM COMPENSATION SUMMARY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---:|---:|
| Case Administration | 1.40 | $222.00 |
| Committee Matters and Creditor Meetings | 0.00 | $0.00 |
| Fee Applications, Others | 0.10 | $27.00 |
| Fee Applications, Applicant | 4.10 | $1,003.00 |
| Hearings | 0.00 | $0.00 |
| Litigation and Litigation Consulting | 0.00 | $0.00 |
| Litigation/Adversary Proceedings (Non-Claims) | 0.00 | $0.00 |
| Employment Applications, Others | 0.00 | $0.00 |
| Employment Applications, Applicant | 0.00 | $0.00 |
| Mediation | 0.00 | $0.00 |
| Professional Retention Issues | 0.00 | $0.00 |
| Travel/Non-working | 0.00 | $0.00 |
| Other | 0.00 | $0.00 |
| **Total:** | **5.60** | **$1,252.00** |

## **INTERIM EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $0.00 |
| Facsimile ($1.00 per page) | $0.00 |
| In-House Reproduction | $25.30 |
| Outside Reproduction | $0.00 |
| Filing/Court Fees | $0.00 |
| Out-of-Town Travel | $0.00 |
| Courier & Express Carriers | $65.00 |
| Postage | $6.95 |
| Web Pacer | $0.00 |
| Hearing Transcripts | $0.00 |
| Other | $0.00 |
| **Total:** | **$97.25** |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | (Jointly Administered) |
| *et al.*[2], | ) | |
| | ) | **Objection Deadline: July 6, 2010 at 4:00 p.m.** |
| Debtors. | ) | **Hearing Date: Only if objections are timely filed.** |

### ELEVENTH MONTHLY APPLICATION OF FERRY, JOSEPH & PEARCE, P.A., AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2010 THROUGH MAY 31, 2010

Ferry, Joseph & Pearce, P.A. (the "Applicant"), as special conflicts counsel to The Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of American Home Mortgage Holdings, Inc., a Delaware Corporation, et. al. (the "Debtors"), submits its Eleventh Monthly application for allowance of compensation and reimbursement of expenses for the period of May 1, 2010 through May 31, 2010 (the "Fee Application"), and respectfully represents and alleges as follows:

### JURISDICTION

This Court has jurisdiction over this Fee Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Fee Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

---

[2] Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

**BACKGROUND**

1. On August 6, 2007 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The cases are administered jointly pursuant to an Order of the Court.

2. Debtors continue to operate their business and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3. On September 3, 2007, the Court entered an *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* ("Interim Compensation Order") [Docket No. 547].

4. On August 14, 2007, the United States Trustee formed the Committee.

5. By application dated July 30, 2009, Applicant sought Court approval for its retention as special conflicts counsel to the Committee, *nunc pro tunc,* to July 6, 2009. The Court signed the Order approving the retention on September 2, 2009.

**RELIEF REQUESTED**

6. This Fee Application is made for an allowance of compensation for professional services rendered for and on behalf of the Committee for the period of May 1, 2010 through May 31, 2010 (the "Fee Period"). In addition, Applicant seeks reimbursement of actual and necessary costs and expenses incurred during the Fee Period.

7. Specifically, Applicant seeks an allowance of $1,357.00, less a twenty percent (20%) holdback in the amount of $271.40, for a total fee request of $1,085.60 for services rendered for the Fee Period. Applicant also seeks reimbursement of actual and necessary costs and expenses incurred during the Fee Period in the sum of $97.25. The itemizations including identification of services performed by the attorneys sorted by date and time keeper are attached hereto as **Exhibit "A."** These itemizations also contain a statement of Applicant's disbursements,

necessarily incurred in the performance of Applicant's duties as special conflicts counsel to the Committee.

8.  Applicant has rendered professional services as special conflicts counsel to the Committee as requested and necessary and appropriate in furtherance of Committee's duties and functions in these chapter 11 cases.

9.  In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

## DISBURSEMENTS

10.  Applicant incurred reasonable and necessary out-of-pocket expenses in the sum of $97.25 in connection with rendering legal services to the Committee during the Fee Period. A description of the expenses is set forth in **Exhibit "A"** annexed hereto. Such disbursements include postage, messenger service, photocopying, travel expenses, Federal Express and telecopy expenses. Applicant has sought to utilize the most cost efficient method of communication consistent with the necessary time constraints. Applicant's regular charge for photocopy expenses is $0.10 per page. Westlaw and Lexis charges represent computerized legal research facility charges for computer assisted research. Use of Westlaw and Lexis greatly enhances legal research and access to case law from all jurisdictions, and is cost efficient, saving substantial attorney research time. Other disbursements are itemized in the annexed schedule. These disbursements were necessary to effectively render legal services in this case.

11.  Annexed hereto as **Exhibit "B"** and made part hereof is a Certification of Lisa L. Coggins, Esq. submitted pursuant to Section 504 of the Bankruptcy Code.

12. During the course of this case, Applicant has incurred and paid its actual and necessary disbursements and expenses.

13. This is the Applicant's Eleventh Monthly application pursuant to this Court's Order Interim Compensation Order. Applicant has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case, and there is no agreement or understanding between Applicant and any other person, other than members of the Applicant, for the sharing of compensation to be received for services rendered in this case.

WHEREFORE, Applicant respectfully requests that it be granted a Eleventh Monthly allowance in the amount of $1,357.00, less a twenty percent (20%) holdback in the amount of $271.40, for a total fee request in the amount of $1,085.60 for professional services rendered to and on behalf of the Committee during the Fee Period, plus reimbursement of its actual, reasonable, and necessary expenses incurred in connection with services rendered during the Fee Period in the sum of $97.25, and that it be granted such other and further relief as the Court may deem just and proper.

Dated: June 15, 2010                                             FERRY, JOSEPH & PEARCE, P.A.

                                                        /s/ Lisa L. Coggins
Rick S. Miller, Esq. (#3418)
Lisa L. Coggins, Esq. (#4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
*Special Conflicts Counsel to the Official Committee Of Unsecured Creditors*