# **<u>EXHIBIT A</u>**

***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555   Fax:   (302) 575-1714

American Home Morgage Holdings, Inc.,                          May 1, 2010 to May 31, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue                                             Invoice No. 35577
New York, NY 10022
**Attention:**   Mark T. Power, Esquire


**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase


## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 1.40 | 222.00 |
| B18 | Fee Applications, Others - | 0.10 | 27.00 |
| B25 | Fee Applications, Applicant - | 4.10 | 1,003.00 |
| | **Total** | **5.60** | **$1,252.00** |


## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 0.60 | 162.00 |
| Rick S. Miller | 350.00 | 1.70 | 595.00 |
| Legal Assistant - MH | 150.00 | 3.30 | 495.00 |
| **Total** | | **5.60** | **$1,252.00** |


## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                 **$97.25**

**Invoice No. 35577**                                **Page 2 of 3**                                **June 15, 2010**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| May-03-10 | *Case Administration* - E-mail from L. Coggins re check our quarterly fee application numbers against fee application order; e-mail to D. Laskin re results | 0.10 | MH |
| May-04-10 | *Case Administration* - E-mail from M. Hedden re: order approving interim fee apps | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from M. Hedden to J. Morris re: signed order approving fee apps | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review signed order approving interim fee requests and forward same to M. Hedden re: checking numbers and sending to co-counsel | 0.10 | LLC |
| | *Case Administration* - Review order approving fee applications; download and e-mail same to J. Morse | 0.10 | MH |
| May-07-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: March 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re March 2010 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re March 2010 fee application | 0.30 | MH |
| May-10-10 | *Fee Applications, Applicant* - Review time records for April 2010 | 0.20 | RSM |
| | *Case Administration* - E-mail to accounting re expect wire payment re Feb. fee application | 0.10 | MH |
| May-11-10 | *Fee Applications, Applicant* - Edit April 2010 prebill | 0.10 | MH |
| | *Fee Applications, Applicant* - Modify April 2010 statement; use spreadsheet to calculate re expenses chart in fee application; prepare fee application and related documents for filing on 5/17/10 | 0.90 | MH |
| May-12-10 | *Fee Applications, Applicant* - E-mail from RSM re: fee report from fee auditor and review same | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review letter from Ms. Pugh re: Fee Report | 0.20 | RSM |
| | *Fee Applications, Applicant* - E-mail to MH and LLC re: Ms. Pugh's letter | 0.10 | RSM |
| | *Case Administration* - E-mail from RSM and attached letter from fee examiner re Blue Marble invoices; obtain copies of invoices; review file re service explanation for each invoice; memo to RSM re same | 0.80 | MH |
| May-13-10 | *Fee Applications, Applicant* -  Draft letter to Ms. Pugh | 0.80 | RSM |
| May-14-10 | *Fee Applications, Applicant* - Revise letter to Ms. Pugh; e-mail to Ms. Pugh | 0.40 | RSM |
| May-17-10 | *Fee Applications, Applicant* - Review April 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve April 2010 fee application | 0.40 | MH |
| | Totals | 5.60 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| May-07-10 | Photocopy Cost | 3.00 |
| May-11-10 | Photocopy Cost | 0.80 |
| | First State Deliveries - hand deliveries | 32.50 |

**Invoice No. 35577**                          **Page 3 of 3**                          **June 15, 2010**

| Date | Description | Amount |
|---|---|---:|
| May-12-10 | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 0.50 |
| May-17-10 | Photocopy Cost | 20.00 |
|  | postage | 6.95 |
| May-19-10 | First State Deliveries - hand deliveries | 32.50 |
|  | Totals | $97.25 |
|  | **Total Fees & Disbursements** | **$1,349.25** |