## EXHIBIT A

**Proposed Form of Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x   Chapter 11
In re:                                                       :
                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :
a Delaware corporation, et al.,¹                             :   Jointly Administered
                                                             :
                        Debtors.                             :   REF. DOCKET NO. _____
                                                             :
------------------------------------------------------------- x
```

**ORDER APPROVING DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019
AND 11 U.S.C. § 105(A) FOR AN ORDER APPROVING AND AUTHORIZING
SETTLEMENT AGREEMENT RESOLVING ALL CLAIMS
AND OTHER MATTERS WITH PAULA LYNN RUSH**

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") for entry of an order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), approving the settlement (the "Settlement") by and among the Debtors, the Official Committee of Unsecured Creditors (the "Committee"), and Deutsche Bank National Trust Company ("DBNTC"), on the one hand (collectively, the "Lender/Servicer Parties"), and Paula L. Rush ("Ms. Rush"), on the other hand (collectively with the Lender/Servicer Parties and Ms. Rush, the "Parties"); and it appearing that the Settlement and the relief requested in the

---

[1]  The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]  Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

Motion is in the best interests of the Debtors, their creditors and their estates; and it appearing

that the Court has jurisdiction to consider the Motion and the relief requested therein; and due

notice of the Motion having been provided, and it appearing that no other or further notice need

be provided; and after due deliberation and sufficient cause appearing therefor; it is hereby

      ORDERED, that the relief requested in the Motion is hereby granted; and it is

further

      ORDERED, that the Settlement is approved pursuant to section 105(a) of the

Bankruptcy Code and Bankruptcy Rule 9019; and it is further

      ORDERED, that this Court shall retain jurisdiction over any and all matters

arising from or related to the interpretation or implementation of this Order.

Date:  Wilmington, Delaware
      June _____, 2010

                                 _____
                                   Christopher S. Sontchi
                                   United States Bankruptcy Judge