IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                          :
                                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :
a Delaware corporation, et al.,[1]                              :   Jointly Administered
                                                                :
                              Debtors.                          :   Objection Deadline: N/A
                                                                :   Hearing Date: N/A
                                                                :
---------------------------------------------------------------- x

**DEBTORS' MOTION TO SHORTEN NOTICE WITH RESPECT TO
DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019
AND 11 U.S.C. § 105(A) FOR AN ORDER APPROVING AND AUTHORIZING
SETTLEMENT AGREEMENT RESOLVING ALL CLAIMS
AND OTHER MATTERS WITH PAULA LYNN RUSH**

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), having contemporaneously filed herewith the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving All Claims and Other Matters with Paula Lynn Rush* (the "Settlement Motion")[2] hereby move the Court (the "Motion to Shorten"), pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for entry of an order shortening time for notice of the hearing to consider approval of the Settlement Motion so that the matter may be heard at the Debtors' next omnibus hearing, scheduled on June 21, 2010 at 11:00 a.m. (ET) (the "Hearing"). The Debtors further request that the Court order that any objections to the relief requested in the

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]  Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Settlement Motion.

Settlement Motion must be filed by June 21, 2010 at 9:00 a.m. (noon) (ET). In support of this Motion to Shorten, the Debtors respectfully represent as follows:

1. Bankruptcy Rule 2002(a)(3) requires twenty-one (21) days' notice by mail of any such motion, such as the Settlement Motion, seeking approval of a compromise or settlement of a controversy. Pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e), however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice. The Debtors submit that there is sufficient cause to justify shortening the notice period so that this Court may consider approval of the Settlement Motion at the Hearing.

2. As set forth more fully in the Settlement Motion, the Debtors, along with other lender/servicer parties on one hand, and Ms. Paula Rush on the other hand, have settled their various disputes following court-ordered mediation before the Honorable Brendan Linehan Shannon. Resolution of the claims and issues surrounding Ms. Rush resolves a significant distraction to the Debtors' efforts to effectuate the Plan. Moreover, the resolution with Ms. Rush impacts other related action in these bankruptcy cases, including the Subordination Actions and, as a result, expedited approval of the settlement will alleviate the burdens of further preparing for these actions.

3. Notably, the parties in interest to this Settlement have been actively participating in negotiating the terms of the Settlement and are amenable to resolving these disputes and are aware of the general settlement terms. Moreover, to minimize any potential prejudice to parties as a result of shortened notice, the Debtors propose that the objection deadline for the Settlement Motion be extended to June 21, 2010 at 9:00 a.m. (noon) (ET). Under these circumstances, the Debtors seeks relief from this Court, pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e), to have the Settlement Motion heard on shortened notice as set forth herein.

## NOTICE

4.      Notice of the Settlement Motion and this Motion will be served by electronic means, courier service and/or overnight delivery, as appropriate, on the Office of the United States Trustee for the District of Delaware, counsel for the Parties of the Settlement, and those parties requesting notice pursuant to Bankruptcy Rule 2002. The Debtors respectfully submit that no other or further notice is necessary under the circumstances.

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto, granting the relief requested herein and any further relief the Court may deem just and proper.

Dated: Wilmington, Delaware
       June 15, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sean M. Beach
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors