IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x : Chapter 11
In re: :
: Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC., :
a Delaware corporation, et al.,[1] : Jointly Administered
:
Debtors. :
: Ref. Docket No. ____
:
---------------------------------------------------------------- x

## ORDER SHORTENING NOTICE FOR HEARING ON DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 AND 11 U.S.C. § 105(A) FOR AN ORDER APPROVING AND AUTHORIZING SETTLEMENT AGREEMENT RESOLVING ALL CLAIMS AND OTHER MATTERS WITH PAULA LYNN RUSH

Upon consideration of the motion (the "Motion to Shorten")[2] of the above captioned debtors and debtors-in-possession (the "Debtors") for entry of an order providing that the applicable notice period for the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving All Claims and Other Matters with Paula Lynn Rush* (the "Settlement Motion") be shortened pursuant to Local Rule 9006-1(e); and the Court having determined that granting the relief requested by the Motion to Shorten is in the best interests of the Debtors, their estates and creditors; and it appearing that due and adequate notice of the Settlement Motion and the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]  Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion to Shorten.

YCST01:9797338.1                                                                                                    066585.1001

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that a hearing to consider the Settlement Motion will be held on June 21, 2010 at 11:00 a.m. (ET); and it is further

ORDERED that objections, if any, to the relief requested in the Settlement Motion must be filed and served by June 21, 2010 at 9:00 a.m. (noon) (ET); and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       June ___, 2010

                                        Christopher S. Sontchi
                                        United States Bankruptcy Judge