**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------x
In re:                                                                                    :   Chapter 11
                                                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                                              :   Jointly Administered
    Debtors.                                                          :
                                                                                              :
                                                                                              :   Hearing Date: June 21, 2010 at 11:00 a.m.
                                                                                              :   Objection Deadline: June 21, 2010 at 9:00 a.m.
                                                                                              :
------------------------------------------------------------------x

## NOTICE OF MOTION

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE CREDITORS COMMITTEE; (III) COUNSEL TO THE LENDER/SERVICER PARTIES; (IV) MS. RUSH; (V) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(b)

    **PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached Motion to File Rush Settlement Under Seal (the "Motion").

    Responses to the Motion, if any, must be filed on or before **June 21, 2010 at 9:00 a.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

    A HEARING ON THE MOTION WILL BE HELD ON **JUNE 21, 2010 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 6th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

2

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       June 15, 2010

                                     YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                     /s/ *Sean M. Beach*
                                     Sean M. Beach (No. 4070)
                                     Curtis J. Crowther (No. 3238)
                                     The Brandywine Building
                                     1000 West Street, 17th Floor
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 571-6600
                                     Facsimile: (302) 571-1253

                                     Counsel for Debtors and Debtors in Possession