**Exhibit A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                           :
                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,           :
a Delaware corporation, et al.,¹                 :
                                                 :
                          Debtors.               :
                                                 :
------------------------------------------------------------------ x
```

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Ref. Docket No. _____

## ORDER SEALING THE RUSH SETTLEMENT

Upon consideration of the motion (the "Motion")[2] filed by the Debtors, with the

support of the Parties, of the Settlement, seeking entry of an order pursuant to section 107(b) of

the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b) authorizing the parties to

file the Settlement under seal; and it appearing that the Court has jurisdiction to consider the

Motion pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the relief

requested in the Motion is in the best interests of the Debtors, their estates and creditors; and it

appearing that due and adequate notice and disclosure of the Motion has been given; and after

due deliberation and sufficient cause appearing therefore; it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are hereby authorized to file the Settlement under

seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule

9018-1(b); and it is further

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303);
American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American
Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a
American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home
Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC
("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.
("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York
corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that the Settlement, and each of the terms thereof, shall remain under seal, confidential and shall not be made available to anyone, except to the United States Trustee, or others (i) as authorized by all Parties in writing as set forth in the Settlement or otherwise, or (ii) upon further order of this Court; and it is further

ORDERED that any person receiving a copy of the Settlement shall keep the Settlement confidential pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       June ___, 2010

_____
Christopher S. Sontchi
United States Bankruptcy Judge

---

<sup>2</sup>     Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

                                        066585.1001