## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x    Chapter 11
In re:                                                       :
                                                             :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :
a Delaware corporation, et al.,¹                             :    Jointly Administered
                                                             :
                          Debtors.                           :
                                                             :    Objection Deadline: N/A
                                                             :    Hearing Date: N/A
------------------------------------------------------------ x
```

## DEBTORS' MOTION TO SHORTEN NOTICE WITH RESPECT TO
## JOINT MOTION TO FILE RUSH SETTLEMENT UNDER SEAL

The debtors and debtors in possession in the above-captioned cases (collectively,

the "Debtors"), having contemporaneously filed herewith the *Joint Motion to File Rush*

*Settlement Under Seal* (the "Seal Motion")² hereby move the Court (the "Motion to Shorten"),

pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an

order shortening time for notice of the hearing to consider approval of the Seal Motion so that

the matter may be heard at the Debtors' next omnibus hearing, scheduled on June 21, 2010 at

11:00 a.m. (ET) (the "Hearing"). The Debtors further request that the Court order that any

objections to the relief requested in the Seal Motion must be filed by June 21, 2010 at 9:00 a.m.

(ET). In support of this Motion to Shorten, the Debtors respectfully represent as follows:

1.      The Local Rules require that all motion papers, other than those related to

discovery, be filed and served fourteen (14) days prior to the hearing date if service of such

---

¹       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303);
American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American
Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a
American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home
Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC
("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.
("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York
corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

motion is by overnight delivery.  See Del. Bankr. L.R. 9006-1(c).  Pursuant to Local Rule 9006-1(e), however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice.  The Debtors submit that there is sufficient cause to justify shortening the notice period so that this Court may consider approval of the Seal Motion at the Hearing.

2.        As set forth more fully in the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving All Claims and Other Matters with Paula Lynn Rush* (the "Settlement Motion"), the Debtors, along with other Lender/Servicer Parties on one hand, and Ms. Paula Rush on the other hand, have settled their various disputes following court-ordered mediation before the Honorable Brendan Linehan Shannon.  The parties are documenting the terms of the compromise pursuant to a stipulation (the "Settlement") and are seeking approval of the Settlement Motion on an expedited basis.[3]  The Parties agreed that the terms of the Settlement must remain under seal and confidential, and such nondisclosure is material to entry into the parties' compromise.  Accordingly, the parties have filed the Seal Motion seeking entry of an order authorizing them to file the Settlement under seal and directing that the Settlement shall remain under seal and confidential.  Because failure to maintain confidentiality of the Settlement will result in parties withdrawing from participation in the Settlement, the Seal Motion must be considered prior to, or simultaneously with, consideration of the Settlement Motion.

3.        To minimize any potential prejudice to parties as a result of shortened notice, the Debtors propose that the objection deadline for the Seal Motion be set for June 21, 2010 at 9:00 a.m. (ET).  Under these circumstances, the Debtors seek relief from this Court,

---

[2]        Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Seal Motion.

[3]        The Debtors' request to have this Court consider approval of the Settlement Motion on an expedited basis is the subject of a separate motion to shorten notice.

pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e), to have the Seal Motion

heard on shortened notice as set forth herein.

## NOTICE

4.      Notice of the Seal Motion and this Motion will be served by courier

service or overnight delivery, as appropriate, on the Office of the United States Trustee for the

District of Delaware, counsel for the Parties of the Settlement, and those parties requesting notice

pursuant to Bankruptcy Rule 2002.  The Debtors respectfully submit that no other or further

notice is necessary under the circumstances.

WHEREFORE, the Debtors respectfully request that the Court enter an order,

substantially in the form attached hereto, granting the relief requested herein and any further

relief the Court may deem just and proper.

Dated: Wilmington, Delaware
       June 15, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors