IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                           :
                                                                             :   Jointly Administered
           Debtors.                                                          :
                                                                             :   Ref. Docket Nos. 8737 & 8819
---------------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL SUBMITTING AN ORDER REINSTATING THE CLAIM OF DESERT PALACE

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies as follows:

1. Desert Palace Inc. d/b/a Ceasar's Palace Hotel & Casino ("Desert Palace") filed claim no. 7714 (the "Desert Palace Claim") in the amount of $500,000 on January 8, 2008.

2. On April 1, 2010, the Debtors filed *The Debtors' Fifty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Claim Objection").

3. Pursuant to the Claim Objection, the Debtors requested that the Court disallow the Desert Palace Claim based on insufficient documentation.

4. Following a hearing held on May 4, 2010, the Court entered the *Order Sustaining the Debtors' Fifty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

*502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Order") on May 4, 2010. The Order disallowed the Desert Palace Claim.

5. Upon further investigation, the Debtors have determined that the Desert Palace Claim is a valid claim against American Home Mortgage Corp. Thus, attached hereto as Exhibit A, is a proposed order (the "Proposed Order") reinstating the Desert Palace Claim as a general unsecured claim in the amount of $500,000 against American Home Mortgage Corp.

6. The Debtors respectfully request the Court entered the Proposed Order at its earliest convenience.

Dated: June 16, 2010
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Margaret Whiteman Greecher*

Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Morgan L. Seward (No. 5388)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   Ref. Docket Nos. 8737, 8819 & ____
                                                                       :
---------------------------------------------------------------------- x

## ORDER REINSTATING THE CLAIM OF DESERT PALACE

Upon consideration of the fifty-fourth omnibus (non- substantive) claims objection (the "Objection") [Docket No. 8737] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered an order [Docket No. 8819] sustaining the Objection and disallowing the claim no. 7714 filed by Desert Palace Inc. d/b/a Ceasar's Palace Hotel & Casino (the "Desert Palace Claim"); and the Debtors having determined the Desert Palace Claim is a valid claim against American Home Mortgage Corp.; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that the Desert Palace Claim shall be allowed as a general unsecured claim against American Home Mortgage Corp. in the amount of $500,000; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE