IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
                        Debtors.                                       :
                                                                       :    **Ref. Docket No. 8837**
                                                                       :
---------------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL SUBMITTING CONSENT ORDER GRANTING MOTION OF HELEN L. FORD FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

The undersigned hereby certifies as follows:

1. On May 7, 2010, Helen L. Ford ("Movant") filed a motion for relief from the automatic stay [D.I. 8837] (the "Motion") for the purpose of prosecuting a complaint filed against American Home Mortgage Holdings, Inc. ("AHM Holdings") in the United States District Court for the District of Massachusetts (the "Massachusetts Action") to enforce her asserted rights with respect to certain real property located in Cambridge, Massachusetts (the "Property").

2. The undersigned counsel for the Debtors has discussed the Motion with Movant's counsel and, after conducting due diligence as to the status of the Property based on the Debtors' books and records, has determined that the Debtors do not presently assert any legal or equitable interest in the property. Accordingly, the Debtors have no objection to modification of the automatic stay to the extent necessary to permit Movant to proceed nominally against AHM Holdings to establish and enforce Movant's *in rem* rights in the Property or to seek relief against non-debtor third parties. Movant has agreed to so limit the relief sought in the Massachusetts Action, and not to seek damages or other monetary relief against AHM Holdings

or any of the Debtors absent further order of this Court.

3. The undersigned, counsel for Movant, and counsel for the Official Committee of Unsecured Creditors have conferred on a form of consensual order embodying the foregoing understanding and agreement with respect to the Motion. As a result, the parties agreed upon the form of order attached hereto as Exhibit A.

4. As of the date hereof, no objections to the Motion have been filed or received by the undersigned. Objections, if any, were due to be filed by June 14, 2010.

WHEREFORE, the Debtors respectfully request that the Court enter the order attached hereto as Exhibit A at its earliest convenience, without further notice or hearing. The undersigned is available to answer any questions the Court may have.

Dated: Wilmington, Delaware
June 17, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
                                Debtors.                               :
                                                                       :    **Ref. Docket No. 8837**
                                                                       :
---------------------------------------------------------------------- x

**CONSENT ORDER GRANTING MOTION OF HELEN L. FORD FOR RELIEF
FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

Upon consideration of the motion (the "Motion") of Helen L. Ford ("Movant") pursuant to section 362(d) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") for entry of an order granting Movant relief from the automatic stay for the purpose of enforcing her asserted rights with respect to the property known as and numbered Two Rumeal Robinson Way in Cambridge, Massachusetts 02139 (the "Property"); and the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding under 28 U.S.C. § 157(b); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service of the Motion upon the limited parties stated on the Certificate of Service is adequate under the circumstances; and after due deliberation, it appearing that cause exists to grant Movant limited relief from the automatic stay to enforce her asserted rights vis-à-vis the Property; and the above-captioned Debtors and the Official Committee of Unsecured Creditors having consented to entry of this form of order; it is hereby

ORDERED, that the Motion is GRANTED to the extent set forth herein; and it is further

ORDERED that the automatic stay is hereby modified to permit Movant to

proceed with prosecution of the action captioned *Helen L. Ford v. American Home Mortgage Holdings, Inc.*, Civ. Act. No. CA09-12025-MLW pending in the United States District Court for the District of Massachusetts against American Home Mortgage Holdings, Inc. nominally for the purposes of (i) asserting and enforcing Movant's *in rem* rights in the Property, or (ii) obtaining relief against any party other than the above-captioned Debtors; and it is further

ORDERED that, for the avoidance of doubt, nothing in this Order is intended, nor shall it be construed to authorize Movant to seek, obtain, or enforce any award of damages or other monetary relief, or to liquidate or collect upon any claim, against any of the above-captioned Debtors; and it is further

ORDERED that 10-day stay of this Order prescribed by Fed. R. Bankr. P. 4001(a)(3) is hereby waived, and this Order shall become effective immediately upon entry by this Court; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: June __, 2010

                                                                        _____
                                                                        CHRISTOPHER S. SONTCHI
                                                                        UNITED STATES BANKRUPTCY JUDGE