IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. | Ref. No. 8865 |

## CERTIFICATE OF NO OBJECTION TO STATEMENT
## RE: DOCKET NO. 8865

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Monthly Statement of Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period April 1, 2010 through April 30, 2010 (the "Statement"). The Court's docket which was last updated June 17, 2010, reflects that no objections to the Statement have been filed. Objections to the Statement were to be filed and served no later than June 14, 2010 at 4:00 p.m.

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of requested interim fees ($141,760.00) and 100% of requested interim expenses ($3,978.05) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       June 17, 2010

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/ Ryan M. Bartley*
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Ryan M. Bartley (No. 4985)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession