# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Objections Due By:  July 7, 2010 @ 4:00 p.m.** |
|  | : | **Hearing Date:  July 19, 2010 @ 11:00 a.m.** |

-------------------------------------------------------------

## NOTICE OF NINTH INTERIM FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2010 THROUGH MARCH 31, 2010

TO:     Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On June 17, 2010, the Ninth Interim Fee Application of Blank Rome LLP,

Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage

Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of

January 1, 2010 through March 31, 2010 (*"Fee Application"*) was filed with the United States

Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware

19801 (the *"Bankruptcy Court"*).  By the Interim Application, Blank Rome LLP (*"Blank

Rome"*) seeks the allowance and payment of compensation in the amount of $40,514.50 and

reimbursement of expenses in the amount of $6,469.62 incurred in representation of the Official

Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings,

Inc., *et al.* (the *"Debtors"*) during the period of January 1, 2010 through March 31, 2010 (the

*"Application Period"*).

---

[1]     The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.;

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **July 7, 2010 at 4:00 p.m. (EST)**.  Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Interim Application is scheduled for **July 19, 2010  at 11:00 a.m.** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated:   June 17, 2010

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:      (302) 425-6400
Facsimile:      (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*

---

American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21885717v.1