# EXHIBIT A

AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
JANUARY 1, 2010 - MARCH 31, 2010

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $675.00 | 2.10 | $1,417.50 |
| Tarr, S. | Associate, Member of NY Bar Since 2005, Area of Expertise - Business Restructuring | $410.00 | 5.60 | $2,296.00 |
| Sloan, E. | Associate, Member of DE Bar Since 2006, Area of Expertise - Litigation | $275.00 | 1.9 | $522.50 |
| Guilfoyle, V. | Associate, Member of DE Bar Since 2008, Area of Expertise - Litigation | $270.00 | 63.40 | $17,118.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $450.00 | 10.00 | $4,500.00 |
| Senese, K. | Paralegal | $235.00 | 54.50 | $12,807.50 |
| David, C. | Paralegal | $215.00 | 1.00 | $215.00 |
| Moody, T. | Paralegal | $210.00 | 3.80 | $798.00 |
| Killen, R | Clerk | $100.00 | 8.40 | $840.00 |
| Grand Total: | | | 150.70 | $40,514.50 |

# EXHIBIT B

Case 07-11047-CSS    Doc 8930-2    Filed 06/17/10    Page 3 of 6

**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**JANUARY 1, 2010, - MARCH 31, 2010**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 14.20 | $3,984.50 |
| 2 | Other Professionals' Fee/Employment Issues | 15.80 | $4,218.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 4.20 | $1,494.00 |
| 5 | Committee Business and Meetings | 2.60 | $1,091.00 |
| 6 | Case Administration | 8.70 | $1,102.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 1.90 | $783.00 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 1.60 | $720.00 |
| 17 | Hearings - Attendance/Preparation | 11.20 | $3,073.50 |
| 18 | Loan Servicing Transfer Issues | 0.70 | $189.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 6.00 | $2,058.00 |
| 22 | Preference Actions | 83.80 | $21,801.00 |
|  | **TOTALS** | **150.70** | **$40,514.50** |

# Exhibit C

Case 07-11047-CSS    Doc 8930-2    Filed 06/17/10    Page 5 of 6

**AMERICAN HOME MORTGAGE COMPANY**
**EXPENSE SUMMARY**
**January 1, 2010 TO MARCH 31, 2010**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | | $0.00 |
| Reproduction of Documents | | $39.30 |
| Contracted Photocopying - Parcels | | $3,554.25 |
| Telecopier/Fax | | $0.00 |
| Courier and Express Services | | $841.89 |
| Hand Delivery Service | | $30.00 |
| Special Mailing Charges | | $126.02 |
| Filing Fees | | $0.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $1,250.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Transcript | | $271.60 |
| Record/Docket Searches | | $356.56 |
| **TOTAL** | | **$6,469.62** |