IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc. | : | Case No. 07-11047 (CSS) |
| *Et al.,* | : | (Jointly Administered) |
|           Debtors. | : | |
| _____x | | |
| The Official Committee of Unsecured | : | |
| Creditors of American Home Mortgage | : | |
| Holdings, Inc., *et al.,* | : | |
| | : | Adv. Proc. No. 09-51552 (CSS) |
|           Plaintiff, | : | |
| -against- | : | |
| | : | |
| Chandler Signs, L.L.P., | : | |
| | : | |
|           Defendant, | : | |
| _____x | | |

## REQUEST TO BE REMOVED FROM THE MAILING LIST
## AND THE E-NOTIFICATION LIST

      Please remove William W. Erhart, Esquire, counsel for Chandler Signs, L.L.P., from the

mailing list and the e-notification list in this bankruptcy proceeding.


Dated:  June 18, 2010             WILLIAM W. ERHART, P.A.

                         */s/ William W. Erhart*
                         William W. Erhart, Esq. (ID# 2116)
                         800 King St., Ste. 303
                         Wilmington, DE 19801
                         (302) 651-0113
                         (302) 651-0331 (Facsimile)
                         Attorney for Chandler Signs, L.L.P.