IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
                    Debtors.                        :
                                                    : Ref. Docket No. 8837
                                                    :
------------------------------------------------------------------- x

**CONSENT ORDER GRANTING MOTION OF HELEN L. FORD FOR RELIEF
FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

Upon consideration of the motion (the "Motion") of Helen L. Ford ("Movant") pursuant to section 362(d) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") for entry of an order granting Movant relief from the automatic stay for the purpose of enforcing her asserted rights with respect to the property known as and numbered Two Rumeal Robinson Way in Cambridge, Massachusetts 02139 (the "Property"); and the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding under 28 U.S.C. § 157(b); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service of the Motion upon the limited parties stated on the Certificate of Service is adequate under the circumstances; and after due deliberation, it appearing that cause exists to grant Movant limited relief from the automatic stay to enforce her asserted rights vis-à-vis the Property; and the above-captioned Debtors and the Official Committee of Unsecured Creditors having consented to entry of this form of order; it is hereby

ORDERED, that the Motion is GRANTED to the extent set forth herein; and it is further

ORDERED that the automatic stay is hereby modified to permit Movant to

YCST01:9794631.2                                                          066585.1001

proceed with prosecution of the action captioned *Helen L. Ford v. American Home Mortgage Holdings, Inc.*, Civ. Act. No. CA09-12025-MLW pending in the United States District Court for the District of Massachusetts against American Home Mortgage Holdings, Inc. nominally for the purposes of (i) asserting and enforcing Movant's *in rem* rights in the Property, or (ii) obtaining relief against any party other than the above-captioned Debtors; and it is further

ORDERED that, for the avoidance of doubt, nothing in this Order is intended, nor shall it be construed to authorize Movant to seek, obtain, or enforce any award of damages or other monetary relief, or to liquidate or collect upon any claim, against any of the above-captioned Debtors; and it is further

ORDERED that 10-day stay of this Order prescribed by Fed. R. Bankr. P. 4001(a)(3) is hereby waived, and this Order shall become effective immediately upon entry by this Court; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: June 1?, 2010

*/s/ CSS*

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE