IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------
In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.
-------------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: July 8, 2010 @ 4:00 p.m.**
: **Hearing Date: July 19, 2010 @ 11:30 a.m.**


**NOTICE OF NINTH INTERIM FEE APPLICATION OF HAHN & HESSEN LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD OF AUGUST 1, 2009 THROUGH OCTOBER 31, 2009</u>**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On June 18, 2010, the Ninth Interim Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of August 1, 2009 through October 31, 2009 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By the Interim Application, Hahn & Hessen LLP seeks the allowance and payment of compensation in the amount of $391,921.00 and reimbursement of expenses in the amount of $7,530.80 incurred in representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings, Inc., *et al.* (the

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21886136v.1

*"Debtors"*) during the period of August 1, 2009 through October 31, 2009 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **July 8, 2010 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Interim Application is scheduled for **July 19, 2010 at 11:30 a.m.** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated: June 18, 2010

                                BLANK ROME LLP

                                */s/ Bonnie Glantz Fatell*
                                Bonnie Glantz Fatell (No. 3809)
                                David W. Carickhoff (No. 3715)
                                1201 Market Street, Suite 800
                                Wilmington, Delaware 19801
                                Telephone:    (302) 425-6400
                                Facsimile:     (302) 425-6464

                                            And

                                Mark S. Indelicato
                                Hahn & Hessen LLP
                                488 Madison Avenue
                                New York, NY  10022
                                Telephone:  (212) 478-7200
                                Facsimile:  (212) 478-7400

                                *Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*