## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

                         Debtors.

------------------------------------------------------------------ x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Ref. Docket No. 8913 & 8925**

### NOTICE OF FILING SUBSTANTIALLY FINAL SETTLEMENT AGREEMENT RESOLVING ALL CLAIMS AND OTHER MATTERS WITH PAULA LYNN RUSH UNDER SEAL

On June 15, 2010, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving All Claims and Other Matters with Paula Lynn Rush* [D.I. 8913] (the "Settlement Motion").

Contemporaneously therewith, the Debtors filed a motion for an order sealing the underlying settlement (the "Settlement") [D.I. 8915]. On June 16, 2010, the Court entered an *Order Sealing the Rush Settlement* [D.I. 8925] (the "Seal Order").

The Debtors hereby file the substantially final Settlement, attached hereto as Exhibit A, under seal. The Settlement is final, but for potential changes to paragraph 8 of the Settlement.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Pursuant to the Seal Order, "the Settlement, and each of the terms thereof, shall remain under seal, confidential and shall not be made available to anyone, except to the United States Trustee or others (i) as authorized by all Parties in writing as set forth in the Settlement or otherwise, or (ii) upon further order of this Court."

Dated: June 18, 2010           YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                         */s/ Margaret Whiteman Greecher*
                         Sean M. Beach (No. 4070)
                         Margaret Whiteman Greecher (No. 4652)
                         The Brandywine Building
                         1000 West Street - 17th Floor
                         P.O. Box 391
                         Wilmington, Delaware  19899
                         Telephone: (302) 571-6600
                         Facsimile: (302) 571-1253

                         Counsel to Debtors and Debtors in Possession

                                        066585.1001

## Exhibit A

UNDER SEAL

**DOCUMENT TO BE FILED UNDER SEAL PURSUANT TO ORDER AT
DOCKET NO. 8925**