IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                :   Chapter 11
                                                                      :
                                                                      :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :
a Delaware corporation, et al.,[1]                                    :   Jointly Administered
                                                                      :
        Debtors.                                                      :
--------------------------------------------------------------------- x

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 21, 2010 AT 12:30 P.M. (ET)

**PLEASE NOTE THE TIME OF THE HEARING HAS CHANGED TO 12:30 P.M. AT THE REQUEST OF THE COURT.**

## ADJOURNED/RESOLVED MATTERS

1.  Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

    Response Deadline:  June 4, 2008 at 4:00 p.m.

    Related Documents:

    a)  Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

    Responses Filed:  See Exhibit A, attached

    Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

[2] **At the request of the Court the time of the hearing has been changed to 12:30 p.m.**

2. Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

   Response Deadline:   June 4, 2008 at 4:00 p.m.

   Related Documents:

   a) Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

   Responses Filed:   See Exhibit B, attached

   Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned

3. Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

   Response Deadline:   July 10, 2008 at 4:00 p.m.

   Related Document:

   a) Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

   b) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

   Responses Filed:   See Exhibit C, attached

   Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4. Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

   Response Deadline:   August 11, 2008 at 4:00 p.m.

   Related Document:

        a)       Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

Responses Filed:    See Exhibit D, attached

Status: Orders have been entered that partially sustain the Objection. This matter will be adjourned.

5.    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

        a)       Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6217, 10/10/08]

        b)       Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

        c)       (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    Please see Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses, this matter will be adjourned.

6.    Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

      a)      Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

      b)      Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed: See Exhibit F, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned.

7. Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline: October 15, 2008 at 4:00 p.m.

Related Document:

      a)      Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

Responses Filed: See Exhibit G, attached

Status: Orders have been entered that partially sustain the Objection. This matter will be adjourned.

8. Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline: December 7, 2009 at 4:00 p.m.

Objections Filed: None

Status: This matter will be adjourned.

9. Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline: December 3, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:    See Exhibit H, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned.

10. Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6610, 11/21/08]

Responses Deadline: December 15, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

    b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned.

11. Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline: February 10, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:    See Exhibit J, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

12. Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

   Response Deadline:    February 10, 2009 at 4:00 p.m.

   Related Document:

   a) Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

   Responses Filed:    See Exhibit K, attached

   Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

13. Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

   Response Deadline:    March 30, 2009 at 4:00 p.m.

   Related Documents:

   a) Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

   b) Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

   c) Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

   d) Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

   e) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

  f)  (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed: See Exhibit L, attached.

Status: Orders have been entered that partially sustain the Objection. This matter will be adjourned.

14. Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline: May 8, 2009 at 4:00 p.m.

Related Documents:

  a)  Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

  b)  Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed: See Exhibit M, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned.

15. Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline: May 29, 2009 at 4:00 p.m.

Related Documents:

  a)  Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7506, 6/5/09]

  b)   Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7550, 6/19/09]

  c)   (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:  See Exhibit N, attached

Status: Orders have been entered that partially sustain the Objection. This matter will be adjourned.

16.  Debtors' Thirty-Seventh Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7473, 6/10/09]

Response Deadline:  June 25, 2009 at 4:00 p.m.

Related Documents:

  a)   Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 7584, 7/1/09]

  b)   (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:  See Exhibit O, attached

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested this matter will be adjourned.

17.  Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7915, 8/7/09]

Response Deadline:  August 30, 2009 at 4:00 p.m.

Responses Filed:  See Exhibit P, attached

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested this matter will be adjourned.

18. Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8049, 9/11/09]

    Response Deadline:   October 5, 2009 at 4:00 p.m.

    Related Documents:

    a)  Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8148, 10/7/09]

    b)  Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [D.I. 8186, 10/14/09]

    c)  Order Setting Briefing Schedule re: Laura Beall's Response to Debtors' Objection to Claim [D.I. 8507, 1/15/10]

    d)  Laura Beall's Sur-Reply Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8629, 2/26/10]

    Responses Filed:

    e)  Laura Beall's Response to Debtors' Objection to Claim [D.I. 8137, 10/7/09]

    Status: An Order has been entered that partially sustains the Objection. This matter will be adjourned by agreement with respect to the claim of Laura Beall.

19. Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8650, 3/5/10]

    Response Deadline:   March 30, 2010 at 4:00 p.m.

    Related Document:

    a)  Order Sustaining in Part Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8746, 4/6/10]]

    Responses filed:    See Exhibit Q, attached

       Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested this matter will be adjourned.

20.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

       Response Deadline:   November 6, 2009 at 4:00 p.m.

       Related Document:

          a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 8299, 11/13/09]

       Responses Received:  See Exhibit R, attached

       Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested this matter will be adjourned.

21.    Debtors' Fifty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8737, 4/1/10]

       Response Deadline:   April 27, 2010 at 4:00 p.m.

       Related Document:

          a)    Order Sustaining Debtors' Fifty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8819, 5/4/10]

       Responses Filed:    See Exhibit S, attached

       Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested this matter will be adjourned.

22.    Pretrial Conference - American Home Mortgage Corp. v. Showcase of Agents, L.L.C. and Piero Orsi, Adv. No. 10-50913

       Related Documents:

       Status: This matter is adjourned by agreement of the parties pending submission of a proposed scheduling order.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

23. Motion of Helen L. Ford for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 8837, 5/7/10]

    Objection Deadline: June 14, 2010 at 4:00 p.m.

    Related Document:

    a) Certification of Counsel Submitting Consent Order Granting Motion of Helen L. Ford for Relief from Stay [D.I. 8926, 6/17/10]

    Objections Filed:

    b) Informal Response of the Debtors

    Status: A Certification of Counsel has been filed. No hearing is required.

24. Official Committee of Unsecured Creditors' Ninth Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limited Notice Thereof [D.I. 8872, 5/26/10]

    Objection Deadline: June 14, 2010 at 4:00 p.m.

    Related Document:

    a) Certificate of No Objection [D.I. 8922, 6/16/10]

    Status: A Certificate of No Objection has been filed. No hearing is required.

25. Motion of the Debtors for Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing AHM Holdings to Exercise its Controlling Interest in Non-Debtor American Home Bank, F.S.B. to Approve a Liquidation [D.I. 8876, 5/28/10]

    Objection Deadline: June 14, 2010 at 4:00 p.m.

    Related Document:

    a) Certification of Counsel [D.I. 8921, 6/16/10]

    Objections Filed: None

    Status: A Certification of Counsel has been filed. No hearing is required.

**UNCONTESTED MATTERS GOING FORWARD**

26. Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving All Claims and Other Matters with Paula Lynn Rush [D.I. 8913, 6/15/10]

    Objection Deadline: June 21, 2010 at 9:00 a.m.

    Related Documents:

    a) Order Shortening Notice for Hearing on Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving All Claims and Other Matters with Paula Lynn Rush [D.I. 8923, 6/16/10]

    b) Declaration of Kevin Nystrom in Support of Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving All Claims and Other Matters with Paula Lynn Rush [D.I. 8931, 6/18/10]

    Objections Filed: None as date of this Agenda

    Status: The parties are in the process of documenting the settlement reached at mediation. This matter will be going forward.

27. Debtors Motion to File Rush Settlement Under Seal [D.I. 8915, 6/15/10]

    Objection Deadline: June 21, 2010 at 9:00 a.m.

    Related Documents:

    a) Order Shortening Notice for Hearing on Motion to File Rush Settlement Under Seal [D.I. 8924, 6/16/10]

    b) Order Sealing the Rush Settlement [D.I. 8925, 6/16/10]

    Objections Filed: None as date of this Agenda

    Status: The parties are in the process of documenting the settlement reached at mediation. This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

28. Motion of Deborah Mills for Order to (I) Amend Proof of Claim and (II) Motion for Order of Allowed Administrative Expense Claim Priority Against the Estate Pursuant to Section 503(b) of the Bankruptcy Code in Immediately Available Funds and (III) Order of Right to Protections of Certain Property Interests Under Section 361 or (IV) Avoidance Action Against Debtors Pursuant to Section 549 [D.I. 8812, 4/30/10]

    Objection Deadline: May 11, 2010 at 4:00 p.m.

    Objections Filed:

    a) Opposition of the Official Committee of Unsecured Creditors to Motion of Deborah Mills' Motion for an Order (I) Amending Proof of Claim, (II) Allowing an Administrative Expense Claim Pursuant to Section 503(b), (III) Ordering a Right of Protections of Certain Property Interests Pursuant to Section 361 and (IV) an Avoidance Action Against the Debtors Pursuant to Section 549 [D.I. 8846, 5/11/10]

    b) Debtors' Objection to Deborah Mills' Motion for an Order (I) Amending Proof of Claim, (II) Allowing an Administrative Expense Claim Pursuant to Section 503(b), (III) Ordering a Right of Protections of Certain Property Interests Pursuant to Section 361 and (IV) an Avoidance Action Against the Debtors Pursuant to Section 549 [D.I. 8847, 5/11/10]

    Status: The parties have consented to the adjournment of this matter until July 19, 2010 at 11:00 a.m. The parties have further agreed that the matter will go forward on July 19, 2010 without further adjournment and as follows. The Debtors will consent to the movants request to amend the proof of claim, subject to a full reservation of rights by the Debtors to object to any and all claims filed by Ms. Mills at a later date. With respect to the movants requests for an administrative expense claim, adequate protection and a fraudulent transfer under section 549 of the Bankruptcy Code, the parties have agreed to go forward with oral argument only.

29. Debtors' Fifty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8863, 5/21/10]

    Response Deadline: June 14, 2010 at 4:00 p.m.

    Responses Filed: See Exhibit T, attached

    Status: This matter will be going forward except as noted on Exhibit T.

30. Debtors' Fifty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8864, 5/21/10]

    Response Deadline:   June 14, 2010 at 4:00 p.m.

    Responses Filed:     See Exhibit U, attached

    Status: This matter will be going forward except as noted on Exhibit U.

**STATUS CONFERENCES**

31. Dr. David and Elisabeth Jackson v. Deutsche Bank National Trust Co., AHMIT 2006-2 Trust a Statutory Trust, American Home Mortgage Securities LLC, Michael Strauss, Wells Fargo Bank, N.A., Wilbur Ross, WLR Recovery Fund IIII, L.P., AH Mortgage Acquisitions, AHMSI, Adv. No. 10-50915 [D.I. 8770, 4/13/10]

    Status: This matter will be going forward as a status conference.

32. Paula Rush v. Deutsche Bank National Trust Co., Goldman Sachs, GSR 2006-OA1 Trust, Wells Fargo, WLR Recovery Fund IIII, L.P. and Michael Strauss, Adv. No. 10-50917 [D.I. 8771, 4/13/10]

    Status: This matter will be going forward as a status conference.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>June 21, 2010 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Michael S. Neiburg*<br>Sean M. Beach (No. 4070)<br>Curtis J. Crowther (No. 3238)<br>Margaret Whiteman Greecher (No. 4652)<br>Patrick A. Jackson (No. 4976)<br>Michael S. Neiburg (No. 5275)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel for Debtors and Debtors in Possession* |

### Exhibit A, Seventh Omnibus Objection

| Claimant | Docket No., Date Filed | Status |
| --- | --- | --- |
| U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Eighth Omnibus Objection

| Claimant | Docket No., Date Filed | Status |
| --- | --- | --- |
| Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit C, Tenth Omnibus Objection

| Claimant | Docket No., Date Filed | Status |
| --- | --- | --- |
| Samuel A. Case | 5054, 7/9/08 | Adjourned |

### Exhibit D, Thirteenth Omnibus Objection

| Claimant | Docket No., Date Filed | Status |
| --- | --- | --- |
| Countrywide | 5337, 8/8/08 | Adjourned |
| FGIC | 5351, 8/11/08 | Adjourned |
| MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
| Deutsche Bank | 5356, 8/11/08 | Adjourned |
| FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
| AT&T Global Services | | Adjourned |

### Exhibit E, Fifteenth Omnibus Objection

| Claimant | Docket No., Date Filed | Status |
| --- | --- | --- |
| Shervonne Powell | 5814, 9/11/08 | Adjourned |
| John Johnston | 5818, 9/11/08 | Adjourned |
| Grailing Carter | 5947, 9/17/08 | Adjourned |
| Office Max | | Adjourned |

### Exhibit F, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |
|  | American Express Travel Related Services |  | Adjourned |

### Exhibit G, Nineteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Eric Segall | 6230, 10/15/08 | Adjourned |
|  | American Express Travel Related Svc. Co. |  | Adjourned |

### Exhibit H, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned |
|  | Scott Jossart |  | Adjourned |

### Exhibit I, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector | 8019, 9/8/09 and 8121-8130, 10/1/09 | Adjourned |

### Exhibit J, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. |  | Adjourned |

### Exhibit K, Twenty-Ninth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned |
|   | Credit Suisse |   | Adjourned |
|   | Sharaine Hughes |   | Adjourned |

### Exhibit L, Thirty-First Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Norman Loftis | 7176, 3/30/09 | Adjourned |
|   | Douglas Huston |   | Adjourned |
|   | David Michaud |   | Adjourned |

### Exhibit M, Thirty-Third Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | State of Hawaii | 7341, 4/30/09 | Adjourned |

### Exhibit N, Thirty-Fifth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Bexar County | 7447, 5/28/09 | Adjourned |
|   | EMC | 7466, 5/29/09 | Adjourned |

### Exhibit O, Thirty-Seventh Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Marion County Treasurer | 7566, 6/24/09 | Adjourned |

### Exhibit P, Forty-First Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Los Angeles County Treasurer and Tax Collector | 7985, 8/28/09 | Adjourned |

### Exhibit Q, Fifty-Third Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | City of Portland Oregon | 8716, 3/25/10 | Adjourned |

### Exhibit R, Forty-Fourth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Washington Mutual Mortgage Securities Corporation | 8258, 11/6/09 | Adjourned |
|   | UBS Real Estate Securities Inc. |   | Adjourned |
|   | EMC Mortgage Corp. |   | Adjourned |
|   | Morgan Stanley Mortgage Capital Holdings |   | Adjourned |
|   | U.S. Bank National Association |   | Adjourned |
|   | Bank of America, N.A. |   | Adjourned |
|   | HSBC |   | Adjourned |
|   | CitiMortgage Inc. |   | Adjourned |
|   | Impac Funding Corporation |   | Adjourned |
|   | Merrill Lynch Mortgage Lending |   | Adjourned |
|   | Residential Funding Company LLC |   | Adjourned |
|   | Aurora Loan Services LLC |   | Adjourned |

### Exhibit S, Fifty-Fourth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Marcella Pinkas |   | Adjourned |

### Exhibit T, Fifty-Sixth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Marcella Pinkus |   | Adjourned |

## Exhibit U, Fifty-Seventh Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Morgan Stanley |   | Adjourned |