# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS  **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JUNE 21, 2010 12:30 PM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | ANISSA COTHRAN |
| **Reporter / ECR:** | LESLIE MURIN |

## *Matter:*

Omnibus

**R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters

    Hearing Held.
    Orders Entered