# SIGN - IN - SHEET

**CASE** American Home Mortgage Holdings
**CASE NO: 07-11047 (CSS)**

**COURTROOM LOCATION: 6**
**DATE: 6/21/10 AT 11:00 AM**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ana M. Alfonso   (Telephonic) | Willkie Farr & Gallagher | Bank of America |
| Barry S. Glaser | Steckbauer Weinhart Jaffe | County of LA |
| Elisabeth J. Jackson | | Elisabeth J. Jackson (Pro Se) |
| Edward Schnitzer | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Daniel Winikka | Jones Day | AH Acquisition |
| SANDRA GM SELZER | Greenberg Traurig | WLR Recovery / AH Mortgage Acquisitions |
| Michael Neiburg | Young Conaway | DEBTORS |
| Todd Schiltz | Drinker Biddle & Reath | Wells Fargo |
| Ted Cooper | Usndr Minkus | Boadhillu – Melvin |
| Tori Guilfoyle | Blank Rome | Creditors Committee |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | Hahn & Hessen |
| Rochelle Evans | Visteon | Rochelle Evans Pro Se |
| Mark Indelicat | Hahn & Hessen | Committee |
| Dennis Drebsky | Nixon Peabody | DBNTC |
| Sean Beach | Young Conaway | Debtors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**