IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| ------------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |
| | : Objection Deadline: July 12, 2010 at |
| | : 4:00 p.m. |
| ------------------------------------------------------------------- x | Hearing Date: N/A |

## NOTICE OF MONTHLY STATEMENT

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, Counsel for the Official Committee of Unsecured Creditors.

The **Monthly Statement of Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2010 through May 31, 2010** (the "Monthly Statement") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $152,772.50 nd interim expenses in the amount of $8,892.42.

Objections to the Monthly Statement , if any, are required to be filed on or before **July 12, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Carlo Colagiacomo, Office of General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; and (iv) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Monthly Statement will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 only if objections are filed.

Dated: Wilmington, Delaware
June 21, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Matthew B. Lunn
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession