# EXHIBIT A

**Modified Amount Reclassified Claim**

# Exhibit A

## Modified Amount Reclassified Claim

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| MIAMI-DADE COUNTY TAX COLLECTOR<br>BANKRUTPCY UNIT<br>ATTN ALEXIS R. GONZALEZ<br>140 WEST FLAGLER STREET, SUITE 1403<br>MIAMI, FL 33130 | 1396 | 9/28/07 | 07-11051 | $728.20 (S)<br>- (A)<br>$1,015.00 (P)<br>- (U)<br>$1,743.20 (T) | $728.20 (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$1,178.20 (T) | Claim relates to 1999 (Folio 40-041863) and 2005 (Folio 40-139416) Personal Property Tax for two parcels and 2005 (Folio 607684-8) and 2007 (562519-0) Local Business Tax for two additional parcels. The Debtors verified on the claimant's website that the 2007 Local Business Tax for Folio 607684-8 has been paid. The remaining Local Business Tax for 2005, folio 607684-8 has been reclassified to unsecured nonpriority. |
| Totals: | 1 Claim | | | $728.20 (S)<br>- (A)<br>$1,015.00 (P)<br>- (U)<br>$1,743.20 (T) | $728.20 (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$1,178.20 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Modified Amount Reclassified Wrong Debtor Claim**

# Exhibit B

## Modified Amount, Reclassified, Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| THERAULT-FAZIO, JO ANN<br>480 PRESTWICK LANE<br>WHEELING, IL 60090 | 10766 | 9/5/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,307.69 (U)<br>$2,307.69 (T) | 07-11051 | - (S)<br>- (A)<br>$1,384.61 (P)<br>- (U)<br>$1,384.61 (T) | Claim relates to unused vacation and sick time. Unused sick/personal pay is not payable as per company policy. Accordingly, the Debtors have modified the amount to match the amount owed to claimant on account of unused vacation time and reclassified to priority unsecured. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$2,307.69 (U)<br>$2,307.69 (T) | | - (S)<br>- (A)<br>$1,384.61 (P)<br>- (U)<br>$1,384.61 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Reclassified Wrong Debtor Claim**

# Exhibit C

## Reclassified Wrong Debtor Claim

| Name/Address of Claimant | Objectionable Claim ||||| Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | | |
| CERTIFIED PROPERTY INSPECTIONS<br>ATTN PRESIDENT<br>3712 N BROADWAY ST # 300<br>CHICAGO, IL 60613 4235 | 5725 | 12/18/07 | 07-11047 | - (S)<br>- (A)<br>$1,780.00 (P)<br>$1,780.00 (U)<br>$1,780.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,780.00 (U)<br>$1,780.00 (T) | The claim should have been asserted against AHM Corp. (07-11051) and no basis for priority status exists under the Bankruptcy Code as claim relates to amounts owed to third-party vendor on account of property inspection services. |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>$1,780.00 (P)<br>$1,780.00 (U)<br>$1,780.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$1,780.00 (U)<br>$1,780.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**No Liability Claims**

# Exhibit D

## No Liability Claims

| Name/Address of Claimant | Objectionable Claim | | | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | |
| MARYLAND DEPT. OF LABOR, LICENSING AND REGULATION<br>OFFICE OF UNEMPLOYMENT INSURANCE<br>1100 N. EUTAW ST., ROOM 401<br>BALTIMORE, MD 21201 | 10725 | 6/15/09 | 07-11047 | - (S)<br>- (A)<br>$2,700.00 (P)<br>- (U)<br>$2,700.00 (T) | Claim relates to estimated unemployment insurance tax for 2008. The Debtors did not have any employees of record in Maryland for 2008. The applicable account was closed prior to the claimed tax year and amount owed to claimant is $0. |
| MARYLAND DEPT. OF LABOR, LICENSING AND REGULATION<br>OFFICE OF UNEMPLOYMENT INSURANCE<br>1100 N. EUTAW ST., ROOM 401<br>BALTIMORE, MD 21201 | 10748 | 11/30/09 | 07-11047 | - (S)<br>- (A)<br>$5,430.00 (P)<br>- (U)<br>$5,430.00 (T) | Claim relates to estimated unemployment insurance tax for 2008 and 2009. The Debtors did not have any employees of record in Maryland for 2008 and 2009. The account was closed prior to the claimed tax years and amount owed to the claimant is $0. |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$8,130.00 (P)<br>- (U)<br>$8,130.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.