IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :
a Delaware corporation, et al.,[1]                               :   Jointly Administered
                                                                 :
                Debtors.                                         :
                                                                 :   Ref. Docket No. 8913 & 8925
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF FILING FINAL, FULLY EXECUTED SETTLEMENT AGREEMENT RESOLVING ALL CLAIMS AND OTHER MATTERS WITH PAULA LYNN RUSH UNDER SEAL

On June 15, 2010, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving All Claims and Other Matters with Paula Lynn Rush* [D.I. 8913] (the "Settlement Motion").

Contemporaneously therewith, the Debtors filed a motion for an order sealing the underlying settlement (the "Settlement") [D.I. 8915]. On June 16, 2010, the Court entered an *Order Sealing the Rush Settlement* [D.I. 8925] (the "Seal Order").

The Debtors hereby file the final, fully executed Settlement (the "Final Settlement Agreement"), attached hereto as Exhibit A, and the blackline version of the Final Settlement Agreement reflecting changes to the version filed on June 18, 2010, attached hereto as Exhibit B, under seal. The Final Settlement Agreement was submitted to the Court under seal at the hearing on June 21, 2010 and approved.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation

Pursuant to the Seal Order, "the Settlement, and each of the terms thereof, shall remain under seal, confidential and shall not be made available to anyone, except to the United States Trustee or others (i) as authorized by all Parties in writing as set forth in the Settlement or otherwise, or (ii) upon further order of this Court."

Dated: June 21, 2010
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to Debtors and Debtors in Possession

---

(7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

## **Exhibit A**

UNDER SEAL

## **Exhibit B**

UNDER SEAL