## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x

In re

AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, [1]

Debtors.

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

------------------------------------------------------------------------x

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,

Plaintiff,

- against -

SHRED-IT USA, INC.,

Defendant.

Adv. Proc. No. 09-51658 (CSS)

------------------------------------------------------------------------x

## SETTLEMENT AGREEMENT

This settlement agreement (the "*Settlement Agreement*") by and between the Official Committee of Unsecured Creditors ("*Plaintiff*" or the "*Committee*") of the above-captioned debtors (collectively, the "*Debtors*") and Shred-It USA, Inc. ("SHRED-IT USA"), together with the Committee, the "*Parties*") sets forth the terms upon which the Parties have agreed to settle the matter described below.

## RECITALS

**WHEREAS,** on August 6, 2007 (the "*Petition Date*"), the Debtors filed voluntary petitions for relief (the "*Chapter 11 Cases*") under chapter 11 of title 11 of the United States

---

[1]    The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the District of Delaware (the "*Court*"); and

WHEREAS, August 14, 2007, the Office of the United States Trustee formed the Committee; and

WHEREAS, on August 15, 2008, the Debtors filed their Chapter 11 Plan of Liquidation of the Debtors (as amended, the "*Plan*"); and

WHEREAS, on February 23, 2009, the Court entered an order confirming the Plan but the Plan has not yet become effective; and

WHEREAS, on July 6, 2009, the Committee and Debtors executed and filed a stipulation (the "*Stipulation*") which, *inter alia*, (i) appoints the Committee as representative of the Debtors' estates, and confers standing upon the Committee for the purpose of investigating, pursuing, prosecuting and, if appropriate, compromising and settling any and all causes of actions under chapter 5 of the Bankruptcy Code and any causes of action ancillary thereto (the "*Avoidance Actions*") subject to approval of this Court, and (ii) provides that, as of the Effective Date, the Liquidating Trustee (as defined in the Plan) would (a) automatically be deemed to be substituted in the place and stead of the Committee and/or the Debtors with respect to any and all Avoidance Actions, (b) succeed to all rights, benefits and protections of the Committee and/or the Debtors with respect to such Avoidance Actions, and (c) have standing post-Effective Date to pursue and, if appropriate, compromise and settle all claims asserted in the Avoidance Actions in accordance with the terms of the Plan

WHEREAS, on July 8, 2009, the Court entered an order approving the Stipulation; and

WHEREAS, on or about July 28, 2009, a complaint (the "*Adversary Proceeding*") in the instant action was filed by the Committee against SHRED-IT USA, which asserted that SHRED-

IT USA had received transfers from the Debtors totaling $39,013.78 (the "*Transfers*") subject to avoidance (the "*Preference Claims*") pursuant to Chapter 5 of the Bankruptcy Code; and

**WHEREAS**, SHRED-IT USA denies liability and, among other things, asserted numerous affirmative defenses;

asserts that it only received transfers totaling $16,932.63 (see Attached "Exhibit A"); and

**WHEREAS**, in order to avoid the costs and risks of litigation, the Parties have determined to resolve their disputes on the terms and subject to the conditions set forth in this Settlement Agreement; and

**NOW, THEREFORE**, in consideration of the promises and mutual covenants contained herein and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is stipulated and agreed by and between the Parties, as follows

1.    The recitals set forth above are incorporated herein by reference. In full and final settlement and satisfaction of the Preference Claims, SHRED-IT USA shall pay, as consideration for this settlement, the sum of Three Thousand Dollars ($3,000.00) (the "*Settlement Sum*"). The Settlement Sum shall be paid by check made payable to the order of "American Home Mortgage", in the amount of $3,000.00 and such check shall be delivered to Kelli J. Bohuslav-Kail at Receivable Management Services located at 307 International Circle, Suite 270, Hunt Valley, Maryland 21030, so that it is received on or before June 25, 2010, unless the Committee or its representative agrees to a later date in writing.

2.    The Parties understand and acknowledge that this Settlement Agreement is subject to approval by the Bankruptcy Court and that this Settlement Agreement shall not be binding upon the Parties until the entry by the Bankruptcy Court or an appellate court, where applicable, of an order approving this Settlement Agreement (the "*Final Order*"). For purposes

of this Settlement Agreement, a "Final Order" means an order, the operation or effect of which has not been stayed, reversed or amended and as to which the time to appeal or move for review or rehearing has expired and as to which no appeal or petition for review or rehearing was filed or, if filed, remains pending.

3.    If this Settlement Agreement is not approved by the Bankruptcy Court or the Bankruptcy Court's order approving this Settlement Agreement in its entirety is reversed by a higher court, the Settlement Agreement shall be deemed null and void and any portion of the Settlement Sum which has been paid in good funds by SHRED-IT USA and received by the Committee shall be returned within ten (10) calendar days of such order.

4.    Upon SHRED-IT USA's receipt of a fully executed copy of this Settlement Agreement and entry of a Final Order, SHRED-IT USA hereby (a) releases, acquits and discharges the Committee, the Debtors, and their estates, their respective retained professionals, and their respective successors and assigns, of and from any claims, damages, actions, suits, causes of action, rights, liens, demands, obligations and/or liabilities of any kind or nature, including but not limited to attorney's fees, (b) releases, waives and agrees to the expunging of any claims filed by, or scheduled on behalf of, SHRED-IT USA including, but not limited to, the claims identified on the attached Exhibit B,  and (c) waives any right to file a claim against the Debtors' estates relating to the Settlement Sum pursuant to 11 U.S.C. § 502(h); *provided, however*, that nothing contained herein shall be deemed to release any obligations the Committee has under this Settlement Agreement.

5.    SHRED-IT USA represents and warranties that (a) of the Transfers identified on Exhibit A of the Complaint, SHRED-IT USA only received the transfers totaling $16,932.63 which are identified in Exhibit A attached to this agreement and (b) it did not

receive, whether direct or indirect, any other Transfers identified on Exhibit A of the Complaint, and (c) it does not possess any other Transfers identified on Exhibit A of the Complaint.

6.      Conditional upon the Committee's receipt of the entire Settlement Sum in good funds and a fully executed copy of this Settlement Agreement, entry of a Final Order and the truthfulness of SHRED-IT USA's representations contained in paragraph 5, the Committee, on behalf of itself and the Debtors' estates, hereby releases, acquits and discharges SHRED-IT USA from and against the Preference Claims and from and against any actions under section 547 of the Bankruptcy Code that could have been asserted against SHRED-IT USA. For the avoidance of doubt, the Parties agree that (a) subject to (b) below, this Settlement Agreement and the release contained herein shall have no effect on the Committee, or its successor, from pursuing any entity other than SHRED-IT USA for any transfers SHRED-IT USA asserts that it did not receive and (b) in the event any of SHRED-IT USA's representations contained within the Settlement Agreement including, but not limited to, those contained in paragraph 5 are inaccurate, the release in this paragraph shall be void and this Settlement Agreement shall not effect, in any way, the Committee's (or its successor's) ability to seek the avoidance and recovery of the Transfers from any party that may be liable including SHRED-IT USA.

7.      The Parties acknowledge that this Settlement Agreement is a compromise of disputed claims and that neither admits, and each expressly denies, any liability on its part.

8.      Each person signing this Settlement Agreement represents and warrants that he/she has been duly authorized and has the requisite authority to execute and deliver this Settlement Agreement on behalf of such Party, to bind his or her respective client or clients to the terms and conditions of this Settlement Agreement and to act with respect to the rights and claims that are being altered or otherwise affected by this Settlement Agreement.

9.    The Parties represent and acknowledge that, in executing this Settlement Agreement, they do not rely and have not relied upon any representation or statement made by any Party or any of their agents, shareholders, representatives or attorneys, with regard to the subject matter, basis or effect of this Settlement Agreement or otherwise, other than as specifically stated in this Settlement Agreement.

10.    The Parties further declare that, in making this Settlement Agreement, they rely entirely upon their own judgment, beliefs and interest and the advice of their counsel (for whose expense each shall be solely responsible) and that they have had a reasonable period of time to consider this Settlement Agreement.

11.    The Parties agree that each Party has reviewed this Settlement Agreement and that each fully understands and voluntarily accepts all the provisions contained in this Settlement Agreement. The Parties further agree that this Settlement Agreement was the product of negotiations between the Parties and that any rule of construction that ambiguities are to be resolved against the drafting party shall not apply in the interpretation of this Settlement Agreement.

12.    The language of all parts of this Settlement Agreement shall in all cases be construed as a whole, according to its fair meaning and not strictly for or against any of the Parties.

13.    Should any immaterial provision of this Settlement Agreement be declared or be determined by any court of competent jurisdiction to be illegal, invalid or unenforceable, the legality, validity and enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal, unenforceable or invalid part, term or provision shall be deemed not to be a part of this Settlement Agreement.

14.     This Settlement Agreement sets forth the entire agreement between the Parties and fully supersedes any and all prior agreements and understandings, written or oral, between the Parties pertaining to the subject matter hereof.

15.     No modification of this Settlement Agreement shall be binding or enforceable unless in writing and signed by the Parties.

16.     This Settlement Agreement shall be binding upon and inure to the benefit of the Parties, their respective heirs, executors, successors, administrators and assigns.

17.     This Settlement Agreement may be executed in one or more counterparts, including by facsimile and/or electronic mail, each of which shall be deemed an original, but all of which together constitute one and the same instrument.

Dated:    _June 15_____, 2010
          New York, New York

| **HAHN & HESSEN LLP** | **CONNER & PINSKI, PLLP** |
|---|---|
| Counsel for the Committee | Counsel for Shred-It USA, Inc. |
| By: _____ | By: _____ |
| Mark S. Indelicato | Gregory G. Pinski |
| Edward L. Schnitzer | |
| 488 Madison Avenue | 520 Third Avenue North |
| New York, NY  10022 | P.O. Box 3028 |
| (212) 478-7200 | Great Falls, MT 59403-3028 |
| | (406) 727-3550 |

AHM
Invoice Details with Locations
Shred-It USA

| # | Vendor ID | Vendor City | Vendor State | Vendor Name | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 302 | SHREIT0656053 | BIRMINGHAM | AL | SHRED-IT | 314683 | 06/15/07 | 07/06/07 | | 6565288936 | 05/25/07 | 85.00 |
| 303 | SHREIT0656053 | BIRMINGHAM | AL | SHRED-IT | 314683 | 06/15/07 | 07/06/07 | 170.00 | 6565288935 | 04/27/07 | 85.00 |
| 4 | SHREIT7518808 | CONCORD | CA | SHRED-IT | 299835 | 04/20/07 | 05/10/07 | 95.00 | 7575912679 | 03/28/07 | 95.00 |
| 5 | SHREIT7520390 | CONCORD | CA | SHRED-IT | 299836 | 04/20/07 | 05/10/07 | 80.00 | 7575911993 | 04/10/07 | 80.00 |
| 7 | SHREIT7522062 | CONCORD | CA | SHRED-IT | 300258 | 04/23/07 | 05/10/07 | | 7575923779 | 03/09/07 | 150.40 |
| 8 | SHREIT7522062 | CONCORD | CA | SHRED-IT | 300258 | 04/23/07 | 05/10/07 | | 7575923780 | 05/23/07 | 108.10 |
| 9 | SHREIT7522062 | CONCORD | CA | SHRED-IT | 300258 | 04/23/07 | 05/10/07 | 338.50 | 7575923778 | 02/23/07 | 80.00 |
| 72 | SHREIT7520390 | CONCORD | CA | SHRED-IT | 303612 | 05/04/07 | 05/21/07 | 80.00 | 7575917994 | 04/24/07 | 80.00 |
| 100 | SHREIT7518808 | CONCORD | CA | SHRED-IT | 304280 | 05/08/07 | 05/29/07 | 95.00 | 7575912680 | 04/25/07 | 95.00 |
| 101 | SHREIT7520402 | CONCORD | CA | SHRED-IT | 304281 | 05/08/07 | 05/25/07 | 85.00 | 7575940933 | 04/27/07 | 85.00 |
| 163 | SHREIT7520390 | CONCORD | CA | SHRED-IT | 306859 | 05/18/07 | 06/05/07 | 80.00 | 7575911995 | 05/08/07 | 80.00 |
| 249 | SHREIT7520390 | CONCORD | CA | SHRED-IT | 311914 | 06/06/07 | 06/25/07 | 80.00 | 7575917996 | 05/22/07 | 80.00 |
| 250 | SHREIT7520492 | CONCORD | CA | SHRED-IT | 311915 | 06/06/07 | 06/25/07 | 75.00 | 7575943009 | 05/03/07 | 75.00 |
| 262 | SHREIT7520492 | CONCORD | CA | SHRED-IT | 313562 | 06/12/07 | 06/27/07 | 85.00 | 7575940934 | 05/25/07 | 85.00 |
| 335 | SHREIT7522062 | CONCORD | CA | SHRED-IT | 315304 | 06/19/07 | 07/09/07 | | 7575923784 | 05/18/07 | 225.60 |
| 336 | SHREIT7522062 | CONCORD | CA | SHRED-IT | 315304 | 06/19/07 | 07/09/07 | | 7575923782 | 04/20/07 | 89.30 |
| 337 | SHREIT7518808 | CONCORD | CA | SHRED-IT | 315304 | 06/19/07 | 07/09/07 | | 7575923783 | 05/04/07 | 80.00 |
| 338 | SHREIT7522062 | CONCORD | CA | SHRED-IT | 315304 | 06/19/07 | 07/09/07 | 474.90 | 7575923781 | 04/06/07 | 80.00 |
| 392 | SHREIT7518808 | CONCORD | CA | SHRED-IT | 318328 | 06/28/07 | 07/18/07 | 95.00 | 7575912681 | 05/23/07 | 95.00 |
| 421 | SHREIT7520390 | CONCORD | CA | SHRED-IT | 320486 | 07/09/07 | 07/25/07 | 80.00 | 7575917998 | 06/19/07 | 80.00 |
| 22 | SHREIT7707648 | CONCORD | CA | SHRED-IT | 301652 | 04/27/07 | 05/23/07 | 85.00 | 3737274182 | 04/10/07 | 85.00 |
| 267 | SHREIT3702151 | DALLAS | TX | SHRED-IT | 313583 | 06/12/07 | 06/25/07 | | 3737274182 | 04/25/07 | 75.00 |
| 268 | SHREIT3702151 | DALLAS | TX | SHRED-IT | 313583 | 06/12/07 | 06/25/07 | 150.00 | 3737274183 | 05/23/07 | 75.00 |
| 448 | SHREIT3702151 | DALLAS | TX | SHRED-IT | 321174 | 07/11/07 | 07/24/07 | 75.00 | 3737274184 | 06/20/07 | 75.00 |
| 57 | SHREIT1183600 | FRESNO | CA | SHRED-IT | 303256 | 05/03/07 | 05/22/07 | | 1185220124 | 03/30/07 | 105.00 |
| 58 | SHREIT1183600 | FRESNO | CA | SHRED-IT | 303256 | 05/03/07 | 05/22/07 | 210.00 | 1185220125 | 04/13/07 | 105.00 |
| 151 | SHREIT1183600 | FRESNO | CA | SHRED-IT | 306591 | 05/17/07 | 06/01/07 | | 1185224880 | 05/08/07 | 55.00 |
| 234 | SHREIT1183600 | FRESNO | CA | SHRED-IT | 311904 | 06/06/07 | 06/25/07 | 55.00 | 1185220126 | 04/27/07 | 105.00 |
| 235 | SHREIT1183600 | FRESNO | CA | SHRED-IT | 311904 | 06/06/07 | 06/25/07 | 210.00 | 1185220127 | 05/11/07 | 105.00 |
| 341 | SHREIT1183600 | FRESNO | CA | SHRED-IT | 315607 | 06/20/07 | 07/11/07 | 55.00 | 1185224882 | 06/08/07 | 55.00 |
| 412 | SHREIT1183600 | FRESNO | CA | SHRED-IT | 320479 | 07/09/07 | 07/25/07 | | 1185225547 | 06/08/07 | 55.00 |
| 413 | SHREIT1183600 | FRESNO | CA | SHRED-IT | 320479 | 07/09/07 | 07/25/07 | 210.00 | 1185225546 | 05/25/07 | 105.00 |
| 85 | SHREIT10779 | FT. LAUDERDALE | FL | SHRED-IT | 303971 | 05/07/07 | 05/22/07 | | 444522806 | 04/12/07 | 75.00 |
| 86 | SHREIT10779 | FT. LAUDERDALE | FL | SHRED-IT | 303971 | 05/07/07 | 05/22/07 | 150.00 | 444522807 | 04/26/07 | 75.00 |
| 128 | SHREIT10779 | FT. LAUDERDALE | FL | SHRED-IT | 305459 | 05/12/07 | 05/29/07 | 50.00 | 444613244 | 05/02/07 | 50.00 |
| 222 | SHREIT10779 | FT. LAUDERDALE | FL | SHRED-IT | 311570 | 06/05/07 | 07/03/07 | | 444522808 | 05/10/07 | 75.00 |
| 223 | SHREIT10779 | FT. LAUDERDALE | FL | SHRED-IT | 311570 | 06/05/07 | 07/03/07 | 150.00 | 444522809 | 05/24/07 | 75.00 |
| 444 | SHREIT10779 | FT. LAUDERDALE | FL | SHRED-IT | 321170 | 07/11/07 | 07/23/07 | | 444522811 | 06/21/07 | 75.00 |
| 445 | SHREIT10779 | FT. LAUDERDALE | FL | SHRED-IT | 321170 | 07/11/07 | 07/23/07 | 150.00 | 444522810 | 06/07/07 | 75.00 |
| 59 | SHREIT2102338 | GLENDALE HEIGHTS | IL | SHRED-IT | 303257 | 05/03/07 | 05/29/07 | 85.00 | 21206498 | 02/22/07 | 85.00 |
| 88 | SHREIT0214670 | GLENDALE HEIGHTS | IL | SHRED-IT | 304271 | 05/08/07 | 06/04/07 | 75.00 | 21200061 | 04/20/07 | 75.00 |
| 164 | SHREIT0214670 | GLENDALE HEIGHTS | IL | SHRED-IT | 307335 | 05/21/07 | 06/25/07 | 462.00 | 21235653 | 05/09/07 | 462.00 |
| 230 | SHREIT0215203 | GLENDALE HEIGHTS | IL | SHRED-IT | 311900 | 06/06/07 | 06/25/07 | 75.00 | 21200062 | 05/18/07 | 75.00 |
| 312 | SHREIT0214670 | GLENDALE HEIGHTS | IL | SHRED-IT | 315284 | 06/19/07 | 07/09/07 | 75.00 | 21236060 | 05/18/07 | 75.00 |
| 442 | SHREIT0214670 | GLENDALE HEIGHTS | IL | SHRED-IT | 321170 | 07/11/07 | 08/01/07 | | 21207063 | 06/15/07 | 105.80 |
| 443 | SHREIT0215203 | GLENDALE HEIGHTS | IL | SHRED-IT | 321171 | 07/11/07 | 08/01/07 | 75.00 | 21236061 | 06/15/07 | 75.00 |
| 56 | SHREIT0542420 | GRAND RAPIDS | MI | SHRED-IT | 303255 | 05/03/07 | 05/21/07 | 55.00 | 5454495942 | 03/01/07 | 55.00 |
| 84 | SHREIT0542420 | GRAND RAPIDS | MI | SHRED-IT | 303970 | 05/07/07 | 05/21/07 | 55.00 | 5454495943 | 04/26/07 | 55.00 |

EXHIBIT A-1

AHM
Invoice Details with Locations
Shred-It USA

| # | Vendor ID | Vendor Name | Vendor State | Vendor City | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | SHREIT5638040 | SHRED - IT | TX | HOUSTON | 300567 | 04/24/07 | 05/09/07 | 80.00 | 56384474 | 04/18/07 | 80.00 |
| 51 | SHREIT5638654 | SHRED - IT | TX | HOUSTON | 303237 | 05/03/07 | 05/14/07 | 70.00 | 56413663 | 04/24/07 | 70.00 |
| 192 | SHREIT5638040 | SHRED - IT | TX | HOUSTON | 308913 | 05/23/07 | 06/07/07 | 269.75 | 56384475 | 05/09/07 | 269.75 |
| 331 | SHREIT5638040 | SHRED - IT | TX | HOUSTON | 315300 | 06/19/07 | 06/29/07 | 240.50 | 56384476 | 06/11/07 | 240.50 |
| 347 | SHREIT5642019 | SHRED - IT | TX | HOUSTON | 315611 | 06/20/07 | 07/06/07 | | 56400201 | 03/27/07 | 70.00 |
| 348 | SHREIT5642019 | SHRED - IT | TX | HOUSTON | 315611 | 06/20/07 | 07/06/07 | 140.00 | 56400200 | 03/13/07 | 70.00 |
| 391 | SHREIT5638654 | SHRED - IT | TX | HOUSTON | 318326 | 06/28/07 | 07/13/07 | 70.00 | 56413664 | 06/19/07 | 70.00 |
| 396 | SHREIT5638040 | SHRED - IT | TX | HOUSTON | 318834 | 06/29/07 | 07/13/07 | 103.75 | 56419881 | 06/14/07 | 103.75 |
| 10 | SHREIT4304124 | SHRED - IT | KY | LOUISVILLE | 300562 | 04/24/07 | 05/08/07 | 45.00 | 43200926 | 12/04/06 | 45.00 |
| 87 | SHREIT4304124 | SHRED - IT | KY | LOUISVILLE | 303972 | 05/07/07 | 05/18/07 | 45.00 | 43239428 | 04/23/07 | 45.00 |
| 227 | SHREIT4304124 | SHRED - IT | KY | LOUISVILLE | 311573 | 06/05/07 | 06/19/07 | 45.00 | 43239429 | 05/21/07 | 45.00 |
| 394 | SHREIT4304124 | SHRED - IT | KY | LOUISVILLE | 318832 | 06/29/07 | 07/16/07 | 45.00 | 43239430 | 06/18/07 | 45.00 |
| 78 | SHREIT1907023 | SHRED - IT | CA | MILPITAS | 303705 | 05/04/07 | 05/21/07 | 116.20 | 192227476 | 04/23/07 | 116.20 |
| 79 | SHREIT1907023 | SHRED - IT | CA | MILPITAS | 303705 | 05/04/07 | 05/21/07 | 186.20 | 192227475 | 04/09/07 | 70.00 |
| 387 | SHREIT1907023 | SHRED - IT | CA | MILPITAS | 318322 | 06/28/07 | 07/18/07 | 124.50 | 192227477 | 06/04/07 | 124.50 |
| 49 | SHREIT2509142 | SHRED - IT | NE | OMAHA | 302953 | 05/02/07 | 05/17/07 | | 1463074492 | 04/25/07 | 47.66 |
| 50 | SHREIT2509142 | SHRED - IT | NE | OMAHA | 302953 | 05/02/07 | 05/17/07 | 95.32 | 1463074491 | 04/11/07 | 47.66 |
| 209 | SHREIT2509142 | SHRED - IT | NE | OMAHA | 309961 | 05/29/07 | 06/12/07 | | 1463074493 | 05/09/07 | 47.66 |
| 210 | SHREIT2509142 | SHRED - IT | NE | OMAHA | 309961 | 05/29/07 | 06/12/07 | 95.32 | 1463074494 | 05/23/07 | 47.66 |
| 323 | SHREIT2509142 | SHRED - IT | NE | OMAHA | 315293 | 06/19/07 | 07/09/07 | 47.66 | 1463074495 | 06/06/07 | 47.66 |
| 446 | SHREIT2509142 | SHRED - IT | NE | OMAHA | 321173 | 07/11/07 | 07/24/07 | | 1463074496 | 06/20/07 | 47.66 |
| 447 | SHREIT2509142 | SHRED - IT | NE | OMAHA | 321173 | 07/11/07 | 07/24/07 | 95.32 | 1463089663 | 07/03/07 | 47.66 |
| 1 | SHREIT0327994 | SHRED - IT | MD | ROCKVILLE | 298409 | 04/18/07 | 05/14/07 | 60.00 | 32315159 | 03/21/07 | 60.00 |
| 2 | SHREIT3204820 | SHRED - IT | MD | ROCKVILLE | 298411 | 04/18/07 | 05/14/07 | | 32347808 | 03/23/07 | 65.00 |
| 3 | SHREIT3204820 | SHRED - IT | MD | ROCKVILLE | 298411 | 04/18/07 | 05/14/07 | 125.00 | 32347809 | 04/06/07 | 60.00 |
| 13 | SHREIT3204820 | SHRED - IT | MD | ROCKVILLE | 300843 | 04/25/07 | 05/14/07 | 97.50 | 32347810 | 04/20/07 | 97.50 |
| 28 | SHREIT0327710 | SHRED - IT | MD | ROCKVILLE | 302947 | 05/02/07 | 05/17/07 | | 32313731 | 04/02/07 | 115.50 |
| 29 | SHREIT0327710 | SHRED - IT | MD | ROCKVILLE | 302947 | 05/02/07 | 05/17/07 | | 32313728 | 03/12/07 | 115.50 |
| 30 | SHREIT0327710 | SHRED - IT | MD | ROCKVILLE | 302947 | 05/02/07 | 05/17/07 | | 32313733 | 04/16/07 | 115.50 |
| 31 | SHREIT0327710 | SHRED - IT | MD | ROCKVILLE | 302947 | 05/02/07 | 05/17/07 | | 32313729 | 03/19/07 | 96.25 |
| 32 | SHREIT0327710 | SHRED - IT | MD | ROCKVILLE | 302947 | 05/02/07 | 05/17/07 | | 32313726 | 02/26/07 | 85.00 |
| 33 | SHREIT0327710 | SHRED - IT | MD | ROCKVILLE | 302947 | 05/02/07 | 05/17/07 | | 32313734 | 04/23/07 | 77.00 |
| 34 | SHREIT0327710 | SHRED - IT | MD | ROCKVILLE | 302947 | 05/02/07 | 05/17/07 | | 32313730 | 03/26/07 | 70.00 |
| 35 | SHREIT0327710 | SHRED - IT | MD | ROCKVILLE | 302947 | 05/02/07 | 05/17/07 | 744.75 | 32313732 | 04/09/07 | 70.00 |
| 36 | SHREIT0329212 | SHRED - IT | MD | ROCKVILLE | 302948 | 05/02/07 | 05/17/07 | | 32320858 | 03/19/07 | 115.50 |
| 37 | SHREIT0329212 | SHRED - IT | MD | ROCKVILLE | 302948 | 05/02/07 | 05/17/07 | | 32320856 | 03/05/07 | 85.00 |
| 38 | SHREIT0329212 | SHRED - IT | MD | ROCKVILLE | 302948 | 05/02/07 | 05/17/07 | | 32320857 | 03/12/07 | 85.00 |
| 39 | SHREIT0329212 | SHRED - IT | MD | ROCKVILLE | 302948 | 05/02/07 | 05/17/07 | | 32320855 | 02/26/07 | 85.00 |
| 40 | SHREIT0329212 | SHRED - IT | MD | ROCKVILLE | 302948 | 05/02/07 | 05/17/07 | | 32320859 | 03/26/07 | 70.00 |
| 41 | SHREIT0329212 | SHRED - IT | MD | ROCKVILLE | 302948 | 05/02/07 | 05/17/07 | | 32320860 | 04/02/07 | 70.00 |
| 42 | SHREIT0329212 | SHRED - IT | MD | ROCKVILLE | 302948 | 05/02/07 | 05/17/07 | 650.50 | 32320861 | 04/09/07 | 70.00 |
| 43 | SHREIT0329212 | SHRED - IT | MD | ROCKVILLE | 302948 | 05/02/07 | 05/17/07 | | 32320863 | 04/23/07 | 70.00 |
| 53 | SHREIT0327708 | SHRED - IT | MD | ROCKVILLE | 303253 | 05/03/07 | 05/17/07 | 83.00 | 32313710 | 04/25/07 | 85.00 |
| 83 | SHREIT0327994 | SHRED - IT | MD | ROCKVILLE | 303969 | 05/07/07 | 05/24/07 | 60.00 | 32315160 | 04/18/07 | 60.00 |
| 116 | SHREIT0327710 | SHRED - IT | MD | ROCKVILLE | 305338 | 05/12/07 | 05/29/07 | 173.25 | 32313736 | 05/07/07 | 96.25 |
| 117 | SHREIT0329212 | SHRED - IT | MD | ROCKVILLE | 305338 | 05/12/07 | 05/29/07 | | 32313735 | 04/30/07 | 70.00 |
| 118 | SHREIT0329212 | SHRED - IT | MD | ROCKVILLE | 305339 | 05/12/07 | 05/29/07 | | 32320864 | 04/30/07 | 77.00 |
| 119 | SHREIT0329212 | SHRED - IT | MD | ROCKVILLE | 305339 | 05/12/07 | 05/29/07 | 147.00 | 32320865 | 05/07/07 | 70.00 |

EXHIBIT A-2

AHM
Invoice Details with Locations
Shred-it USA

| # | Vendor ID | Vendor City | Vendor State | Vendor Name | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 187 | SHREIT3204820 | ROCKVILLE | MD | SHRED-IT | 308910 | 05/23/07 | 06/06/07 | | 32347811 | 05/04/07 | 115.75 |
| 188 | SHREIT3204820 | ROCKVILLE | MD | SHRED-IT | 308910 | 05/23/07 | 06/06/07 | 185.23 | 32347812 | 05/18/07 | 71.50 |
| 196 | SHREIT0327710 | ROCKVILLE | MD | SHRED-IT | 309922 | 05/29/07 | 06/11/07 | | 32313738 | 05/21/07 | 70.00 |
| 197 | SHREIT0327710 | ROCKVILLE | MD | SHRED-IT | 309922 | 05/29/07 | 06/11/07 | 140.00 | 32313737 | 05/14/07 | 70.00 |
| 198 | SHREIT0329212 | ROCKVILLE | MD | SHRED-IT | 309923 | 05/29/07 | 06/11/07 | | 32320867 | 05/21/07 | 70.00 |
| 199 | SHREIT0329212 | ROCKVILLE | MD | SHRED-IT | 309923 | 05/29/07 | 06/11/07 | 140.00 | 32320866 | 05/14/07 | 70.00 |
| 263 | SHREIT0327708 | ROCKVILLE | MD | SHRED-IT | 313579 | 06/12/07 | 06/22/07 | 85.00 | 32313711 | 05/23/07 | 85.00 |
| 264 | SHREIT0327994 | ROCKVILLE | MD | SHRED-IT | 313580 | 06/12/07 | 06/20/07 | 60.00 | 32315161 | 05/16/07 | 60.00 |
| 266 | SHREIT3204820 | ROCKVILLE | MD | SHRED-IT | 313582 | 06/12/07 | 06/22/07 | 81.25 | 32347813 | 06/01/07 | 81.25 |
| 298 | SHREIT0327710 | ROCKVILLE | MD | SHRED-IT | 314681 | 06/15/07 | 07/02/07 | | 32313739 | 05/28/07 | 77.00 |
| 299 | SHREIT0327710 | ROCKVILLE | MD | SHRED-IT | 314681 | 06/15/07 | 07/02/07 | 147.00 | 32313740 | 06/04/07 | 70.00 |
| 300 | SHREIT0329212 | ROCKVILLE | MD | SHRED-IT | 314682 | 06/15/07 | 07/02/07 | | 32320868 | 05/28/07 | 70.00 |
| 301 | SHREIT0329212 | ROCKVILLE | MD | SHRED-IT | 314682 | 06/15/07 | 07/02/07 | 140.00 | 32320869 | 06/04/07 | 70.00 |
| 313 | SHREIT0327710 | ROCKVILLE | MD | SHRED-IT | 315285 | 06/19/07 | 07/02/07 | 70.00 | 32313741 | 06/11/07 | 70.00 |
| 314 | SHREIT0329212 | ROCKVILLE | MD | SHRED-IT | 315286 | 06/19/07 | 07/02/07 | 70.00 | 32320870 | 06/11/07 | 70.00 |
| 399 | SHREIT0327708 | ROCKVILLE | MD | SHRED-IT | 319112 | 07/02/07 | 07/12/07 | 85.00 | 32313712 | 06/20/07 | 85.00 |
| 400 | SHREIT0327710 | ROCKVILLE | MD | SHRED-IT | 319113 | 07/02/07 | 07/12/07 | 70.00 | 32313743 | 06/25/07 | 70.00 |
| 401 | SHREIT0327994 | ROCKVILLE | MD | SHRED-IT | 319114 | 07/02/07 | 07/12/07 | 60.00 | 32315162 | 06/13/07 | 60.00 |
| 406 | SHREIT0327708 | ROCKVILLE | MD | SHRED-IT | 320474 | 07/09/07 | 07/19/07 | 95.00 | 32382916 | 06/15/07 | 95.00 |
| 452 | SHREIT0327710 | ROCKVILLE | MD | SHRED-IT | 321677 | 07/12/07 | 07/23/07 | 84.70 | 32313744 | 07/02/07 | 84.70 |
| 453 | SHREIT0329212 | ROCKVILLE | MD | SHRED-IT | 321678 | 07/12/07 | 07/23/07 | 70.00 | 32320872 | 06/25/07 | 70.00 |
| 470 | SHREIT3204820 | ROCKVILLE | MD | SHRED-IT | 321981 | 07/13/07 | 07/25/07 | | 32347814 | 06/15/07 | 60.00 |
| 471 | SHREIT3204820 | ROCKVILLE | MD | SHRED-IT | 321981 | 07/13/07 | 07/25/07 | 120.00 | 32347815 | 06/29/07 | 60.00 |
| 189 | SHREIT3402158 | SALT LAKE CITY | UT | SHRED-IT | 308911 | 05/23/07 | 06/06/07 | | 34686720 | 04/26/07 | 75.00 |
| 190 | SHREIT3402158 | SALT LAKE CITY | UT | SHRED-IT | 308911 | 05/23/07 | 06/06/07 | 150.00 | 34686721 | 05/10/07 | 75.00 |
| 383 | SHREIT3402158 | SALT LAKE CITY | UT | SHRED-IT | 318016 | 06/27/07 | 07/18/07 | | 34686722 | 05/24/07 | 109.50 |
| 384 | SHREIT3402158 | SALT LAKE CITY | UT | SHRED-IT | 318016 | 06/27/07 | 07/18/07 | 184.50 | 34686723 | 06/07/07 | 75.00 |
| 472 | SHREIT3402158 | SALT LAKE CITY | UT | SHRED-IT | 321982 | 07/13/07 | 08/02/07 | 75.00 | 34686724 | 06/21/07 | 75.00 |
| 27 | SHREIT0632156 | SAN ANTONIO | TX | SHRED-IT | 301981 | 04/30/07 | 05/14/07 | 106.25 | 6367099661 | 04/10/07 | 106.25 |
| 361 | SHREIT0632156 | SAN ANTONIO | TX | SHRED-IT | 315804 | 06/21/07 | 07/10/07 | | 6367099660 | 03/13/07 | 172.50 |
| 362 | SHREIT0632156 | SAN ANTONIO | TX | SHRED-IT | 315804 | 06/21/07 | 07/10/07 | 232.50 | 6367083559 | 02/13/07 | 60.00 |
| 89 | SHREIT0304234 | SANTA FE SPRINGS | CA | SHRED-IT | 304272 | 05/08/07 | 05/18/07 | 75.00 | 333484627 | 04/30/07 | 75.00 |
| 171 | SHREIT0304234 | SANTA FE SPRINGS | CA | SHRED-IT | 307580 | 05/22/07 | 06/04/07 | 75.00 | 333484628 | 05/14/07 | 75.00 |
| 221 | SHREIT0304234 | SANTA FE SPRINGS | CA | SHRED-IT | 311569 | 06/05/07 | 06/18/07 | 75.00 | 333484629 | 05/30/07 | 75.00 |
| 339 | SHREIT0304234 | SANTA FE SPRINGS | CA | SHRED-IT | 315605 | 06/20/07 | 07/09/07 | 75.00 | 333484630 | 06/11/07 | 75.00 |
| 423 | SHREIT0304234 | SANTA FE SPRINGS | CA | SHRED-IT | 320803 | 07/10/07 | 07/20/07 | 75.00 | 333484631 | 06/25/07 | 75.00 |
| 113 | SHREIT70087 | ST. ROSE | LA | SHRED-IT | 305148 | 05/11/07 | 05/29/07 | | 70117175 | 04/06/07 | 37.50 |
| 114 | SHREIT70087 | ST. ROSE | LA | SHRED-IT | 305148 | 05/11/07 | 05/29/07 | | 70127110 | 04/30/07 | 37.50 |
| 115 | SHREIT70087 | ST. ROSE | LA | SHRED-IT | 305148 | 05/11/07 | 05/29/07 | 150.00 | 70127110 | 05/02/07 | 37.50 |
| 131 | SHREIT70087 | ST. ROSE | LA | SHRED-IT | 305462 | 05/12/07 | 05/29/07 | 75.00 | 70129841 | 05/08/07 | 37.50 |
| 148 | SHREIT70087 | ST. ROSE | LA | SHRED-IT | 306565 | 05/17/07 | 06/04/07 | 75.00 | 70117176 | 05/04/07 | 37.50 |
| 271 | SHREIT70087 | ST. ROSE | LA | SHRED-IT | 313587 | 06/12/07 | 06/25/07 | | 70127111 | 05/23/07 | 37.50 |
| 272 | SHREIT70087 | ST. ROSE | LA | SHRED-IT | 313587 | 06/12/07 | 06/25/07 | 75.00 | 70127111 | 05/23/07 | 37.50 |
| 296 | SHREIT70087 | ST. ROSE | LA | SHRED-IT | 314240 | 06/14/07 | 07/06/07 | 75.00 | 70129842 | 06/05/07 | 37.50 |
| 310 | SHREIT70087 | ST. ROSE | LA | SHRED-IT | 314781 | 06/15/07 | 07/05/07 | | 70117150 | 05/09/07 | 75.00 |
| 311 | SHREIT70087 | ST. ROSE | LA | SHRED-IT | 314781 | 06/15/07 | 07/05/07 | 150.00 | 70117177 | 06/01/07 | 75.00 |
| 367 | SHREIT70087 | ST. ROSE | LA | SHRED-IT | 315809 | 06/21/07 | 07/11/07 | 75.00 | 70117151 | 06/01/07 | 75.00 |
| 371 | SHREIT70087 | ST. ROSE | LA | SHRED-IT | 317333 | 06/25/07 | 07/12/07 | | 70127112 | 06/13/07 | 37.50 |

EXHIBIT A-3

AHM
Invoice Details with Locations
Shred-It USA

| # | Vendor ID | Vendor Name | Vendor State | Vendor City | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 372 | SHREIT00087 | SHRED-IT | LA | ST. ROSE | 317333 | 06/25/07 | 07/12/07 | 75.00 | 70127112 | 06/13/07 | 37.50 |
| 405 | SHREIT00087 | SHRED-IT | LA | ST. ROSE | 319117 | 07/02/07 | 07/16/07 | 75.00 | 70133482 | 06/27/07 | 75.00 |
| 478 | SHREIT00087 | SHRED-IT | LA | ST. ROSE | 321987 | 07/13/07 | 07/25/07 | 75.00 | 70129843 | 07/03/07 | 75.00 |
| 395 | SHREIT475498 | SHRED-IT | CA | STOCKTON | 318833 | 06/29/07 | 07/18/07 | 65.00 | 47695918 | 06/12/07 | 65.00 |
| 402 | SHREIT047023 | SHRED-IT | CA | STOCKTON | 319115 | 07/02/07 | 07/18/07 | | 47688032 | 06/21/07 | 92.50 |
| 403 | SHREIT047023 | SHRED-IT | CA | STOCKTON | 319115 | 07/02/07 | 07/18/07 | 115.50 | 47688032 | 06/21/07 | 23.00 |
| 429 | SHREIT047023 | SHRED-IT | CA | STOCKTON | 320825 | 07/10/07 | 07/30/07 | | 47688033 | 06/28/07 | 89.32 |
| 430 | SHREIT047023 | SHRED-IT | CA | STOCKTON | 320825 | 07/10/07 | 07/30/07 | 111.65 | 47688033 | 06/28/07 | 22.33 |
| 432 | SHREIT4702012 | SHRED-IT | CA | STOCKTON | 320827 | 07/10/07 | 07/30/07 | 55.00 | 47723256 | 06/12/07 | 55.00 |
| 15 | SHREIT800719 | SHRED-IT | FL | TAMPA | 308914 | 05/23/07 | 06/07/07 | 65.00 | 888316696 | 05/21/07 | 65.00 |
| 193 | SHREIT800719 | SHRED-IT | FL | TAMPA | 315766 | 06/21/07 | 07/11/07 | 65.00 | 888316697 | 06/18/07 | 65.00 |
| 359 | SHREIT800719 | SHRED-IT | FL | TAMPA | 315297 | 06/19/07 | 07/09/07 | 65.00 | 888316698 | 05/09/07 | 65.00 |
| 259 | SHREIT4203133 | SHRED-IT | OR | TAULATIN | 313560 | 06/12/07 | 07/06/07 | 65.00 | 42484001 | 06/06/07 | 65.00 |
| 327 | SHREIT4203133 | SHRED-IT | OR | TAULATIN | 315297 | 06/19/07 | 07/09/07 | 65.00 | 42484002 | 04/06/07 | -43.00 |
| 12 | SHREIT2603016 | SHRED-IT | MI | TROY | 300842 | 04/25/07 | 05/08/07 | 43.00 | 2664711763 | 04/30/07 | -43.00 |
| 60 | SHREIT2604757 | SHRED-IT | MI | TROY | 303258 | 05/03/07 | 05/18/07 | 43.00 | 2664711257 | 05/14/07 | 105.00 |
| 147 | SHREIT2604757 | SHRED-IT | MI | TROY | 306554 | 05/17/07 | 05/30/07 | 105.00 | 2664711258 | 04/06/07 | 95.00 |
| 185 | SHREIT2604757 | SHRED-IT | MI | TROY | 308908 | 05/23/07 | 06/07/07 | 95.00 | 44731092 | 05/04/07 | 95.00 |
| 201 | SHREIT2603016 | SHRED-IT | MI | TROY | 309925 | 05/29/07 | 06/12/07 | 95.00 | 2664711764 | 03/27/07 | 348.75 |
| 202 | SHREIT2603016 | SHRED-IT | MI | TROY | 309925 | 05/29/07 | 06/12/07 | 348.75 | 2664469656 | 06/11/07 | 105.00 |
| 324 | SHREIT2604757 | SHRED-IT | MI | TROY | 315294 | 06/19/07 | 07/03/07 | 210.00 | 2664711260 | 06/25/07 | 105.00 |
| 414 | SHREIT2604757 | SHRED-IT | MI | TROY | 323480 | 07/09/07 | 07/20/07 | 95.00 | 2664711261 | 06/29/07 | 95.00 |
| 463 | SHREIT2603016 | SHRED-IT | MI | TROY | 321752 | 07/12/07 | 07/26/07 | 95.00 | 2664711766 | 05/22/07 | 95.00 |
| 464 | SHREIT2604757 | SHRED-IT | MI | TROY | 321753 | 07/12/07 | 07/26/07 | 108.00 | 2664469657 | 04/18/07 | 105.00 |
| 14 | SHREIT0204075 | SHRED-IT | OR | TUALATIN | 308844 | 04/25/07 | 05/15/07 | 105.00 | 424487652 | 04/30/07 | 70.00 |
| 64 | SHREIT0426327 | SHRED-IT PORTLAND | OR | TUALATIN | 303676 | 05/04/07 | 05/23/07 | 70.00 | 424462995 | 02/05/07 | 55.00 |
| 154 | SHREIT0426327 | SHRED-IT PORTLAND | OR | TUALATIN | 306852 | 05/18/07 | 06/06/07 | 55.00 | 424462992 | 04/25/07 | 55.00 |
| 158 | SHREIT0204075 | SHRED-IT | OR | TUALATIN | 306836 | 05/18/07 | 06/06/07 | 55.00 | 424487653 | 05/02/07 | 98.80 |
| 159 | SHREIT0204075 | SHRED-IT | OR | TUALATIN | 306836 | 05/18/07 | 06/06/07 | | 424487654 | 05/09/07 | 83.60 |
| 160 | SHREIT0204075 | SHRED-IT | OR | TUALATIN | 306836 | 05/18/07 | 06/06/07 | 252.40 | 424487655 | 05/18/07 | 70.00 |
| 200 | SHREIT0426327 | SHRED-IT PORTLAND | OR | TUALATIN | 309924 | 05/29/07 | 06/22/07 | 55.00 | 424492599 | 05/23/07 | 55.00 |
| 225 | SHREIT0204075 | SHRED-IT | OR | TUALATIN | 311572 | 06/05/07 | 07/02/07 | 70.00 | 424487657 | 05/16/07 | 76.00 |
| 226 | SHREIT0204075 | SHRED-IT | OR | TUALATIN | 311572 | 06/05/07 | 07/02/07 | | 424487656 | 05/28/07 | 70.00 |
| 231 | SHREIT0426327 | SHRED-IT PORTLAND | OR | TUALATIN | 311091 | 06/06/07 | 07/02/07 | 146.00 | 424462996 | 05/30/07 | 55.00 |
| 294 | SHREIT0204075 | SHRED-IT | OR | TUALATIN | 314238 | 06/14/07 | 07/02/07 | 55.00 | 424487658 | 06/06/07 | 76.00 |
| 342 | SHREIT0204075 | SHRED-IT | OR | TUALATIN | 315608 | 06/20/07 | 07/15/07 | 76.00 | 424487659 | 06/13/07 | 85.10 |
| 358 | SHREIT0426327 | SHRED-IT PORTLAND | OR | TUALATIN | 315765 | 06/21/07 | 07/19/07 | 85.10 | 424487660 | 06/25/07 | 70.00 |
| 360 | SHREIT0426327 | SHRED-IT PORTLAND | OR | TUALATIN | 315802 | 06/21/07 | 07/19/07 | 70.00 | 424487661 | 06/27/07 | 55.00 |
| 407 | SHREIT0426327 | SHRED-IT PORTLAND | OR | TUALATIN | 320475 | 07/09/07 | 07/30/07 | 55.00 | 424462997 | 05/01/07 | 55.00 |
| 415 | SHREIT0204075 | SHRED-IT | OR | TUALATIN | 321682 | 07/12/07 | 07/30/07 | 55.00 | 424487662 | 05/29/07 | 55.00 |
| 457 | SHREIT0204075 | SHRED-IT | OR | TUALATIN | 321682 | 07/12/07 | 07/30/07 | 76.00 | 424487663 | 05/15/07 | 76.00 |
| 6 | SHREIT4000202 | SHRED-IT | NY | VALHALLA | 300256 | 04/23/07 | 05/08/07 | 70.00 | 40494510 | 04/17/07 | 70.00 |
| 135 | SHREIT4000202 | SHRED-IT | NY | VALHALLA | 306078 | 05/16/07 | 06/01/07 | 91.80 | 40494509 | 05/29/07 | 91.80 |
| 237 | SHREIT4000202 | SHRED-IT | NY | VALHALLA | 311907 | 06/06/07 | 06/20/07 | 91.80 | 40494511 | 06/12/07 | 91.80 |
| 238 | SHREIT4000202 | SHRED-IT | NY | VALHALLA | 315626 | 06/20/07 | 07/11/07 | | 40494513 | 04/20/07 | 91.80 |
| 354 | SHREIT4000202 | SHRED-IT | NY | VALHALLA | 315626 | 06/20/07 | 07/11/07 | 183.60 | 40494514 | 05/07/07 | 91.80 |
| 48 | SHREIT2303287 | SHRED-IT | OH | WEST CHESTER | 302952 | 05/02/07 | 05/17/07 | 91.80 | 23215129 | 04/20/07 | 55.00 |
| 132 | SHREIT0234329 | SHRED-IT | OH | WEST CHESTER | 306075 | 05/16/07 | 05/30/07 | 55.00 | 23189023 | 05/07/07 | 55.00 |

EXHIBIT A-4

AHM
Invoice Details with Locations
Shred-It USA

| # | Vendor ID | Vendor City | Vendor State | Vendor Name | Check Number | Check "Cut" Date | Check "Clear" Date | Check Amount | Invoice Number | Invoice Date | Invoice Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 236 | SHREITT2303387 | WEST CHESTER | OH | SHRED - IT | 311905 | 06/06/07 | 07/17/07 | 99.00 | 23215130 | 05/18/07 | 99.00 |
| 357 | SHREITT2303387 | WEST CHESTER | OH | SHRED - IT | 315764 | 06/21/07 | 07/13/07 | 55.00 | 23215131 | 06/15/07 | 55.00 |
| 368 | SHREITT0234329 | WEST CHESTER | OH | SHRED - IT | 317330 | 06/25/07 | 07/12/07 | 55.00 | 23189024 | 06/04/07 | 55.00 |
| 382 | SHREITT0374 | WEST CHESTER | OH | SHRED - IT | 318815 | 06/27/07 | 07/17/07 | 130.00 | 23218450 | 06/19/07 | 130.00 |
| 451 | SHREITT0234329 | WEST CHESTER | OH | SHRED - IT | 321676 | 07/12/07 | 07/27/07 | 55.00 | 23189025 | 07/02/07 | 55.00 |
| 73 | SHREITT0592894 | WILLIAMSVILLE | NY | SHRED - IT | 303701 | 05/04/07 | 05/17/07 | 59.40 | 5139553 | 04/18/07 | 59.40 |
| 74 | SHREITT0592901 | WILLIAMSVILLE | NY | SHRED - IT | 303702 | 05/04/07 | 05/17/07 | 59.81 | 5134633 | 04/13/07 | 59.81 |
| 120 | SHREITT0592894 | WILLIAMSVILLE | NY | SHRED - IT | 305340 | 05/12/07 | 05/23/07 | 59.40 | 5131772 | 04/30/07 | 59.40 |
| 121 | SHREITT0592901 | WILLIAMSVILLE | NY | SHRED - IT | 305341 | 05/12/07 | 05/23/07 | 59.81 | 5134634 | 04/27/07 | 59.81 |
| 172 | SHREITT0592894 | WILLIAMSVILLE | NY | SHRED - IT | 307581 | 05/22/07 | 06/08/07 | 59.40 | 5131773 | 05/14/07 | 59.40 |
| 173 | SHREITT0592901 | WILLIAMSVILLE | NY | SHRED - IT | 307582 | 05/22/07 | 06/08/07 | 59.81 | 5134635 | 05/11/07 | 59.81 |
| 317 | SHREITT0592894 | WILLIAMSVILLE | NY | SHRED - IT | 315288 | 06/19/07 | 07/03/07 | 59.40 | 5140431 | 05/30/07 | 59.40 |
| 318 | SHREITT0592901 | WILLIAMSVILLE | NY | SHRED - IT | 315289 | 06/19/07 | 07/03/07 | 59.81 | 5134636 | 05/25/07 | 59.81 |
| 408 | SHREITT0592894 | WILLIAMSVILLE | NY | SHRED - IT | 320476 | 07/09/07 | 07/19/07 | 59.40 | 5131775 | 06/11/07 | 59.40 |
| 409 | SHREITT0592901 | WILLIAMSVILLE | NY | SHRED - IT | 320477 | 07/09/07 | 07/19/07 | 59.81 | 5134637 | 06/08/07 | 59.81 |
| 465 | SHREITT0592894 | WILLIAMSVILLE | NY | SHRED - IT | 321976 | 07/13/07 | 07/27/07 | 59.40 | 5131776 | 06/25/07 | 59.40 |
| 466 | SHREITT0592901 | WILLIAMSVILLE | NY | SHRED - IT | 321977 | 07/13/07 | 07/27/07 | 59.81 | 5134638 | 06/22/07 | 59.81 |
| | | | | | | | | 16,932.63 | | | 16,932.63 |

EXHIBIT A-5

Search Claims



Guest

American Home Mortgage
American Home Mortgage Corp.
Change Client

Client Home    Claims    Docket    Key Documents

Home › Search Claims

⭐ Bookmark this Page

## Search Claims

Criteria

| | | | |
|---|---|---|---|
| Claim Number | Creditor Name | | Scope |
| | Name Starts With | shred | Claims and schedules |
| Schedule Number | Amount | | |
| | Total Claim Value | Equals | |
| | Claim Date Range | | |
| | | to | |

Debtor

Order By: Creditor Name          Results Per Page: 50          Reset  Search

Results
Expand All

| | 2708 | 751126190 | SHRED - IT | | 11/19/2007 | | $515.00 | Image |
|---|---|---|---|---|---|---|---|---|
| | | | ATTN NADOLYN B HOLLEMAN | | | Allowed Unsecured: | $515.00 | |
| | | | PO BOX 18580 | | | Claimed Unsecured: | $515.00 | |
| | | | MEMPHIS, TN 38181 | | | Scheduled Unsecured: | $115.00 | |
| | | | Debtor: American Home Mortgage Corp. | | | | | |
| | 2978 | 751126290 | SHRED - IT | | 11/23/2007 | | $45.00 | Image |
| | | | ATTN PATTI SCHMITT, OFFICE MANAGER | | | Claimed Unsecured: | $45.00 | |
| | | | 10115 PRODUCTIONS COURT | | | Scheduled Unsecured: | $45.00 | |
| | | | LOUISVILLE, KY 40299 | | | | | |
| | | | Debtor: American Home Mortgage Corp. | | | | | |

Image

EXHIBIT B-1

| 751125880 | SHRED - IT<br>115 W. LAKE RD<br>SUITE 200<br>GLENDALE HEIGHTS, IL 60139 | Scheduled Unsecured: | $75.00<br>$75.00 | No Image |

Debtor:  American Home Mortgage Corp.

| 751125890 | SHRED - IT<br>115 W. LAKE DRIVE<br>SUITE 200<br>GLENDALE HEIGHTS, IL 60139 | Scheduled Unsecured: | $75.00<br>$75.00 | No Image |

Debtor:  American Home Mortgage Corp.

| 751125900 | SHRED - IT<br>11821 WAKEMAN STREET<br>SANTA FE SPRINGS, CA 90670-2130 | Scheduled Unsecured: | $150.00<br>$150.00 | No Image |

Debtor:  American Home Mortgage Corp.

| 751125910 | SHRED - IT<br>850 EAST GUDE DR, STE H<br>ROCKVILLE, MD 20850 | Scheduled Unsecured: | $85.00<br>$85.00 | No Image |

Debtor:  American Home Mortgage Corp.

| 751125920 | SHRED - IT<br>850 EAST GUDE DRIVE,<br>STE H<br>ROCKVILLE, MD 20850 | Scheduled Unsecured: | $70.00<br>$70.00 | No Image |

Debtor:  American Home Mortgage Corp.

| 751125930 | SHRED - IT<br>850 EAST GUDE DRIVE<br>ROCKVILLE, MD 20850 | Scheduled Unsecured: | $60.00<br>$60.00 | No Image |

Debtor:  American Home Mortgage Corp.

| 751125940 | SHRED - IT<br>850 EAST GUDE DRIVE<br>STE H<br>ROCKVILLE, MD 20850 | Scheduled Unsecured: | $70.00<br>$70.00 | No Image |

Debtor:  American Home Mortgage Corp.

EXHIBIT B-2

| 751125980 | SHRED - IT | | $118.80 | No Image |
| | 440 LAWRENCE BELL DRIVE | Scheduled Unsecured: | $118.80 | |
| | STE #2 | | | |
| | WILLIAMSVILLE, NY 14221 | | | |
| | | | | |
| | Debtor: American Home Mortgage Corp. | | | |

| 751125990 | SHRED - IT | | $59.81 | No Image |
| | 440 LAWRENCE BELL DRIVE | Scheduled Unsecured: | $59.81 | |
| | SUITE #2 | | | |
| | WILLIAMSVILLE, NY 14221 | | | |
| | | | | |
| | Debtor: American Home Mortgage Corp. | | | |

| 751126090 | SHRED - IT | $370.00 | No Image |

EXHIBIT B-3

|  |  |  |  |
|---|---|---|---|
| | 3742 W GETTYSBURG AVE # 101<br>FRESNO, CA 93722-7827 | Scheduled Unsecured: | $370.00 |
| | Debtor: American Home Mortgage Corp. | | |
| ⊟ 751126100 | SHRED - IT<br>350 HATCH DR<br>FOSTER CITY, CA 944011106 | Scheduled Unsecured: | $182.05<br>$182.05   No Image |
| | Debtor: American Home Mortgage Corp. | | |
| ⊟ 751126130 | SHRED - IT<br>9860 WINDISCH RD<br>WEST CHESTER, OH 45069 | Scheduled Unsecured: | $55.00<br>$55.00   No Image |
| | Debtor: American Home Mortgage Corp. | | |
| ⊟ 751126140 | SHRED - IT<br>9757 S 140TH ST #7<br>OMAHA, NE 681384011 | Scheduled Unsecured: | $95.32<br>$95.32   No Image |
| | Debtor: American Home Mortgage Corp. | | |
| ⊟ | | | |
| ⊟ 751126160 | SHRED - IT<br>2741 ELLIOTT DR<br>TROY, MI 480834638 | Scheduled Unsecured: | $216.00<br>$216.00   No Image |
| | Debtor: American Home Mortgage Corp. | | |
| ⊟ 751126170 | SHRED - IT<br>2741 ELLIOTT DR<br>TROY, MI 480834638 | Scheduled Unsecured: | $190.00<br>$190.00   No Image |
| | Debtor: American Home Mortgage Corp. | | |
| ⊟ 751126180 | SHRED - IT<br>P.O. BOX 18560<br>MEMPHIS, TN 38181-0560 | Scheduled Unsecured: | $65.00<br>$65.00   No Image |
| | Debtor: American Home Mortgage Corp. | | |
| ⊟ 751126210 | SHRED - IT<br>850 EAST GUDE DR., STE H<br>ROCKVILLE, MD 20850 | Scheduled Unsecured: | $120.00<br>$120.00   No Image |
| | Debtor: American Home Mortgage Corp. | | |
| ⊟ 751126220 | SHRED - IT<br>754 WEST 1700 SOUTH<br>SALT LAKE CITY, UT 84104 | Scheduled Unsecured: | $460.25<br>$460.25   No Image |
| | Debtor: American Home Mortgage Corp. | | |
| ⊟ 751126240 | SHRED - IT<br>9755 CLIFFORD DRIVE<br>SUITE 150<br>DALLAS, TX 75220 | Scheduled Unsecured: | $75.00<br>$75.00   No Image |
| | Debtor: American Home Mortgage Corp. | | |
| ⊟ 751126250 | SHRED - IT<br>9755 CLIFFORD DR<br>SUITE 150<br>DALLAS, TX 75220 | Scheduled Unsecured: | $255.00<br>$255.00   No Image |
| | Debtor: American Home Mortgage Corp. | | |
| ⊟ 751126260 | SHRED - IT | | $330.75   No Image |

EXHIBIT B-4

|  |  |  | 420 COLUMBUS AVE, STE 202<br>VALHALLA, NY 10595 | Scheduled Unsecured: | $330.75 |  |
|---|---|---|---|---|---|---|

Debtor: American Home Mortgage Corp.

|  | 751126270 | SHRED - IT<br>19670 S.W. 118TH AVE.<br>TAULATIN, OR 97062 | Scheduled Unsecured: | $98.00<br>$98.00 | No Image |
|---|---|---|---|---|---|

Debtor: American Home Mortgage Corp.

|  | 751126280 | SHRED - IT<br>19670 S.W. 118TH AVE.<br>TUALATIN, OR 97062 | Scheduled Unsecured: | $505.40<br>$505.40 | No Image |
|---|---|---|---|---|---|

Debtor: American Home Mortgage Corp.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

EXHIBIT B-5



Claim Question? Call: 646 282 2400

Guest

American Home Mortgage

American Home Mortgage Corp.
Change Client

SYSTEMS

Client Home    Claims    Docket    Key Documents

Home › Search Claims

Bookmark this Page

## Search Claims

Criteria

| Claim Number | Creditor Name | | Scope |
|---|---|---|---|
| | Name Starts With | shred | Claims and schedules |
| Schedule Number | Amount | | |
| | Total Claim Value | Equals | |
| | Claim Date Range | | |
| | | to | |
| Debtor | | | |

Order By: Creditor Name         Results Per Page:  50

Reset    Search

Results
Expand All

751126380    SHRED - IT                                        $299.00    No Image
10540 BISSONNET ST STE 190          Scheduled Unsecured:    $299.00
HOUSTON, TX 770992268

Debtor: American Home Mortgage Corp.

EXHIBIT B-6

| | | | | |
|---|---|---|---|---|
| 751126460 | SHRED - IT<br>5159 COMMERCIAL CIRCLE<br>STE A<br>CONCORD, CA 94520 | Scheduled Unsecured: | $160.00<br>$160.00 | No Image |
| | Debtor:  American Home Mortgage Corp. | | | |
| 751126470 | SHRED - IT<br>5159 COMMERCIAL CIRCLE<br>SUITE A<br>CONCORD, CA 94520 | Scheduled Unsecured: | $245.00<br>$245.00 | No Image |
| | Debtor:  American Home Mortgage Corp. | | | |
| 751126480 | SHRED - IT<br>3504 CRAGMONT DR<br>#125<br>TAMPA, FL 33619 | Scheduled Unsecured: | $65.00<br>$65.00 | No Image |
| | Debtor:  American Home Mortgage Corp. | | | |
| 751126530 | SHRED IT DETROIT<br>2741 ELLIOTT DR<br>TROY, MI 480834638 | Scheduled Unsecured: | $95.00<br>$95.00 | No Image |
| | Debtor:  American Home Mortgage Corp. | | | |

EXHIBIT B-7

| | 3719 | SHRED-IT<br>350 HATCH DR<br>FOSTER CITY, CA 944041106 | 11/29/2007<br>Allowed Unsecured:<br>Claimed Unsecured: | $520.50<br>$520.50<br>$520.50 | Image |

Debtor:  American Home Mortgage Corp.

| | 751126570 | SHRED-IT<br>110 WIDGEON DR<br>STE 100<br>ST ROSE, LA 70087 | Scheduled Unsecured: | $75.00<br>$75.00 | No Image |

Debtor:  American Home Mortgage Corp.

| | 751126580 | SHRED-IT<br>110 WIDGEON DR<br>STE 100<br>ST ROSE, LA 70087 | Scheduled Unsecured: | $75.00<br>$75.00 | No Image |

Debtor:  American Home Mortgage Corp.

| | 751126640 | SHRED-IT<br>1885 W SR 84<br>STE 106 | Scheduled Unsecured: | $50.00<br>$50.00 | No Image |

EXHIBIT B-8

Search Claims

FT LAUDERDALE, FL 33315

Debtor: American Home Mortgage Corp.

| | 751126650 | SHRED-IT<br>19670 SW 118TH AVE<br>TUALATIN, OR 97062 | Scheduled Unsecured: | $95.00<br>$95.00 | No Image |

Debtor: American Home Mortgage Corp.

| | 751126660 | SHRED-IT<br>110 WIDGEON DRIVE<br>SUITE 100<br>ST. ROSE, LA 70087 | Scheduled Unsecured: | $300.00<br>$300.00 | No Image |

Debtor: American Home Mortgage Corp.

| | 751126680 | SHRED-IT PORTLAND<br>19670 S.W. 118TH AVENUE<br>TUALATIN, OR 97062 | Scheduled Unsecured: | $55.00<br>$55.00 | No Image |

Debtor: American Home Mortgage Corp.

| | 751126690 | SHRED-IT-USA<br>10162 BELLWRIGHT ROAD<br>SUITE A<br>SUMMERVILLE, SC 29483 | Scheduled Unsecured: | $65.00<br>$65.00 | No Image |

Debtor: American Home Mortgage Corp.

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

EXHIBIT B-9