IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
In re                                                                                   Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS,                  Case No. 07-11047 (CSS)
INC., *et al.*, [1]                                              (Jointly Administered)

                              Debtors.                              **Re: Dkt. No. _____**

-------------------------------------------------------------x

**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' TENTH OMNIBUS MOTION FOR AN ORDER
APPROVING SETTLEMENTS WITH CERTAIN PREFERENCE DEFENDANTS**

Upon consideration of the Tenth Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants (the "*Motion*"), filed by the Official Committee of Unsecured Creditors (the "*Committee*") of the above-captioned debtors and debtors-in-possession (the "*Debtors*"); and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and it appearing that the relief requested is in the best interest of the Debtors' estates and their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that the Settlements[2] with the Preference Defendants are approved in all respects pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 9019; and it is further

ORDERED that the parties to the Settlements shall have all rights and privileges as set forth therein; and it is further

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.,; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

ORDERED that the Committee is authorized to take any and all such actions necessary under the Settlements to effectuate the terms of the Settlements; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       July____, 2010

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[2]   Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.