**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objections Due: July 12, 2010 @ 4:00 p.m.** |
| | : | **Hearing Date: Only in the Event of an Objection** |

----------------------------------------------------------------

**NOTICE OF THIRTY-SECOND MONTHLY FEE APPLICATION OF BDO SEIDMAN, LLP FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MAY 1, 2010 THROUGH MAY 31, 2010**

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On June 19, 2010, the Thirty-Second Monthly Fee Application of BDO Seidman, LLP, Financial Advisors to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al*. (the "*Committee*"), for Compensation and Reimbursement of Expenses for the Period of May 1, 2010 through May 31, 2010 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "*Bankruptcy Court*"). By the Fee Application, BDO Seidman, LLP (*"BDO"*) seeks interim allowance of compensation in the amount of $51,490.00, payment of interim compensation in the amount of $41,192.00 (80% of $51,490.00), and reimbursement of expenses in the amount of $1,964.74 incurred in its capacity as financial advisor to the Committee during the period of May 1, 2010 through May 31, 2010.

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **July 12, 2010 at 4:00 p.m. (EDT)**. Copies of the Fee Application are available upon written request to the undersigned.

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21886416v.1

2

A hearing on the Fee Application shall be held only in the event timely objections are filed.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Expense Reimbursement of Professionals and Committee Members, in the absence of any objection or responsive pleading to the Fee Application, BDO is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtors are authorized to pay BDO an amount equal to $41,192.00 (80% of $51,490.00) in interim compensation and 100% of the expenses ($1,964.74) requested in the Fee Application. If an objection to the Fee Application is timely filed and served, the Debtors shall be authorized to pay BDO 80% of the fees and 100% of the expenses not subject to the objection.

Dated:    June 21, 2010

BLANK ROME LLP

By:  */s/ Bonnie Glantz Fatell*
    Bonnie Glantz Fatell (DE No. 3809)
    Victoria A. Guilfoyle (DE No. 5183)
    1201 Market Street, Suite 800
    Wilmington, DE  19801
    Telephone:  (302) 425-6400
    Facsimile:  (302) 425-6464

       and

    HAHN & HESSEN LLP
    Mark S. Indelicato
    Mark T. Power
    488 Madison Avenue
    New York, NY 10022
    Telephone:  (212) 478-7200
    Facsimile:  (212) 478-7400

    *Counsel for the Official Committee of Unsecured Creditors*