EXHIBIT "A"

**AMERICAN HOME MORTGAGE**
**Time Summary**
**May 1, 2010 to May 31, 2010**

| **Professional** | **Category** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 33.1 | 610.00 | 20,191.00 |
| MICHELE MICHAELIS | DIRECTOR | 10.1 | 450.00 | 4,545.00 |
| CHRIS AWONG | SENIOR | 35.0 | 275.00 | 9,625.00 |
| MATTHEW J STEWART | SENIOR | 61.2 | 240.00 | 14,688.00 |
| NAUSHON E VANDERHOOP | SENIOR | 0.9 | 190.00 | 171.00 |
| JASON M FRIEDMAN | STAFF | 7.2 | 180.00 | 1,296.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 0.8 | 150.00 | 120.00 |
| | **SUBTOTAL:** | **148.3** | | **$50,636.00** |
| TRAVEL TIME: Billed @ ½ rate | | | | |
| DAVID E BERLINER | PARTNER | 2.8 | 305.00 | 854.00 |
| | **SUBTOTAL:** | **2.8** | | **854.00** |
| | **TOTAL:** | **151.1** | | **$51,490.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2010 to May 31, 2010

**A.    CLAIMS ANALYSIS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/6/2010 | D.B. | Reviewed Deutsche Bank response to proceedings initiated by Rush & Jacksons seeking subordination of claims. | 0.1 |
| 5/6/2010 | D.B. | Reviewed reply of UCC to objections by Rush & Jacksons to certain settlements. | 0.4 |
| 5/11/2010 | M.S. | Participated on conference call re: WL Ross claim and reviewed Effective Date analysis based on order. | 1.2 |
| 5/18/2010 | D.B. | Reviewed Debtors and UCC objections to D. Mills motion for order allowing administrative claim. | 0.2 |
| 5/26/2010 | J.F. | Reconciled Sprint/Nextel proof of claims to the Debtors schedules. | 2.6 |
| | | **TOTAL:** | **4.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 0.7 | 610.00 | 427.00 |
| M. STEWART (M.S.) | 1.2 | 240.00 | 288.00 |
| J. FRIEDMAN (J.F.) | 2.6 | 180.00 | 468.00 |
| **TOTAL:** | **4.5** | | **1,183.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2010 to May 31, 2010

**B.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/3/2010 | M.S. | Reviewed bank statements received from counsel re: preference accounts. | 0.2 |
| 5/3/2010 | M.S. | Reviewed updated list of bank accounts received from the Debtors. | 0.2 |
| 5/4/2010 | C.A. | Prepared a summary of preference settlements to date through the 8th Omnibus 9019 Motion filed with the Court, and submitted to the BDO team in preparation of the POR. | 1.1 |
| 5/4/2010 | C.A. | Per request from Counsel, investigated the reasons for the erratic payment pattern between the Debtors and preference Defendant CT Networks by reviewing invoice and payment data, corresponding with the Debtors and submitting response to Counsel. | 2.9 |
| 5/5/2010 | D.B. | Reviewed excel schedule summarizing preference recovery through 8th omnibus 9010 motion. | 0.1 |
| 5/6/2010 | C.A. | Per request from Counsel, investigated miscellaneous information requests in relation to preference Defendants On Guard Security Systems, Zensar, and Thought Digital. Coordinated responses with the Debtors and communicated results to Counsel. | 1.2 |
| 5/10/2010 | C.A. | Per request from Counsel, investigated the reason for the large delay in certain checks clearing the bank for Preference Defendant PMC Investigations. Coordinated response with the Debtors and responded to Counsel, including discussing the matter with Counsel. | 0.8 |
| 5/11/2010 | C.A. | Per request from Counsel, obtained all checks and invoices paid in the preference period to Defendant landlord 8695 Eastern LLC, and provided documents to Counsel. Also coordinated related inquiries with the Debtors such as reason and period of payments. | 1.6 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2010 to May 31, 2010**

**B.     PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/11/2010 | C.A. | Per request from Counsel, coordinated the reproduction of over 600 checks paid to various preference Defendants (ATT and BellSouth) during the preference period. | 1.4 |
| 5/12/2010 | C.A. | Per request from Counsel, reviewed the responses to interrogatories and verification statements for Preference Defendants On Guard and ILINC Communications prior to filing with the Court. | 1.7 |
| 5/12/2010 | C.A. | Per request from Counsel, prepared a schedule of payments made in the preference and historical periods, as well as unpaid new value for preference Defendants Iron Mountain Records Management and IM Off-Site Data Protection. | 0.8 |
| 5/12/2010 | C.A. | Per request from Counsel, researched various interrogatories (such as contemporaneous exchange assertions, invoice approvers and reviewers, etc.) from preference Defendants Iron Mountain Records Management and IM Off-Site Data Protection. Coordinated responses with the Debtors. | 1.6 |
| 5/12/2010 | C.A. | Per request from Counsel, researched invoices to determine if certain payments to preference Defendant 8695 Eastern LLC were typical of the Debtors. Coordinated response with the Debtors. | 1.1 |
| 5/13/2010 | C.A. | Per request from Counsel, investigated preference Defendant Varga Berger's assertion of a bounced check, as well as the Defendant's assertion of unpaid new value. Coordinated response with the Debtors' in-house Counsel and A/P personnel. | 2.3 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
## May 1, 2010 to May 31, 2010

**B.     PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/13/2010 | C.A. | Per request from Counsel, coordinated the discovery demands from preference Defendant Varga Berger et al for various documents (all invoices in the preference and historical periods) as well as all forms of communications between AHM and Defendant. | 2.6 |
| 5/13/2010 | C.A. | Per request from Counsel, reviewed various invoices and other documents to determine payment terms to vendor and preference Defendant RJ Foote Floor and Fashion, including possible change in payment terms, and possible indications of payment pressure.  Coordinated response to Counsel with the assistance with the Debtors. | 2.4 |
| 5/14/2010 | C.A. | Per request from Counsel, coordinated the discovery demands from preference Defendant Varga Berger et al for all forms of communications between AHM and Defendant. | 1.2 |
| 5/14/2010 | C.A. | Held various calls with the Debtors to determine the circumstances in which payments were made to preference Defendant RJ Foote Floor and Fashion, as well as when various services were provided to AHM.  Held conference call with the Debtor to discuss this matter with Counsel. | 0.8 |
| 5/14/2010 | C.A. | Per request from Counsel, investigated the reasons and circumstances for a bounced check to preference Defendant Varga Berger, and discussed with the Debtors.  Drafted various memos and held conference call to discuss with Counsel. | 1.1 |
| 5/17/2010 | C.A. | Per request from Counsel, reviewed the Committee's responses to the interrogatories posed by preference Defendant Varga Berger et al. | 0.9 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2010 to May 31, 2010

**B.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/17/2010 | C.A. | Per request from Counsel, investigated the reasons for the bounced check payment to preference Defendant Varga Berger et al, discussed with the Debtors various check controls in place such as the positive pay check file. Provided a detailed memo to Counsel. | 1.7 |
| 5/18/2010 | C.A. | Responded to Counsel's request to research an asserted bounced check by preference Defendant Design Circles. Researched and drafted a detailed explanation why this check, in addition to other similar checks, bounced. | 0.8 |
| 5/20/2010 | C.A. | Per request from Counsel, provided various invoices paid to preference Defendant PMC Security & Investigations in the historical and preference period.  Also investigated various data discrepancies found in the Debtors' A/P system and communicated to Counsel. | 2.1 |
| 5/20/2010 | C.A. | Per request from Counsel, provided various checks and invoices paid to preference Defendant Vector Consulting in the preference period. | 0.4 |
| 5/24/2010 | C.A. | Per request from Counsel, investigated various asserted unpaid invoices/services in regard to service provider and preference Defendant PMC Investigations, as well as check clearing issues, and coordinated response with the Debtors and communicated results to Counsel. | 1.7 |
| 5/24/2010 | J.F. | Discussion with C. Awong concerning proof of claim and preference reconciliation. | 0.4 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2010 to May 31, 2010

**B.     PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/25/2010 | J.F. | Reviewed payments made to PMC per Counsel's request. | 0.9 |
| 5/25/2010 | J.F. | Discussion with BDO team members on additional payments not included in our historical data. | 0.4 |
| 5/27/2010 | C.A. | Coordinated various calls between BDO team and the Debtors to determine how the preference data queries were run, and how to rerun the queries. | 0.8 |
| 5/27/2010 | J.F. | Discussion with BDO team members on cleared checks not included in our historical data. | 0.4 |
| 5/28/2010 | C.A. | Drafted and submitted a plan of action to rerun the Debtors' database queries to obtain the preference data.  Coordinated between the Debtors, BDO team, and Counsel. | 1.1 |
| 5/28/2010 | C.A. | Summarized preference settlements for the ninth omnibus 9019 filed with the Courts, and provided to the BDO team for review. | 0.9 |
| | | **TOTAL:** | **37.6** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2010 to May 31, 2010

**B.      PREFERENCE ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---:|---:|---:|
| D. BERLINER (D.B.) | 0.1 | 610.00 | 61.00 |
| C. AWONG (C.A.) | 35.0 | 275.00 | 9,625.00 |
| M. STEWART (M.S.) | 0.4 | 240.00 | 96.00 |
| J. FRIEDMAN (J.F.) | 2.1 | 180.00 | 378.00 |
| **TOTAL:** | **37.6** | | **10,160.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
## May 1, 2010 to May 31, 2010

### C. LITIGATION CONSULTING

| Date | Name | Description | Time |
| --- | --- | --- | --- |
| 5/4/2010 | M.M. | Reviewed correspondence re: D&T. | 0.2 |
| 5/5/2010 | M.S. | Reviewed fees and expenses related to the Waterfield investigation. | 0.2 |
| 5/12/2010 | M.S. | Reviewed documents related to the causes of action investigation. | 0.4 |
| 5/17/2010 | M.S. | Correspondence with D. Berliner re: causes of action investigation. | 0.1 |
| 5/18/2010 | M.S. | Prepared for and meeting with D. Berliner, M. Michaelis and the Debtors re: bank liquidation and other litigation issues. | 0.7 |
| 5/19/2010 | M.M. | Discussed status of litigations. | 0.2 |
| 5/20/2010 | M.M. | Conference call with Counsel re: D&T settlement talks and complaint to be filed. | 0.8 |
| 5/20/2010 | M.S. | Conference call with counsel and meeting with D. Berliner and M. Michaelis re: causes of action investigation. | 0.7 |
| 5/24/2010 | D.B. | Reviewed initial draft of AHM complaint and prepared questions and initial edits. | 1.5 |
| 5/24/2010 | M.S. | Reviewed draft complaint for the causes of action investigation. | 0.8 |
| 5/25/2010 | D.B. | Reviewed initial draft of AHM complaint and prepared questions and initial edits. | 1.0 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2010 to May 31, 2010**

## C. LITIGATION CONSULTING

| Date | Name | Description | Time |
|---|---|---|---|
| 5/25/2010 | D.B. | Telephone with C. Kang re: draft of AHM complaint and met with M. Michaelis and M. Stewart re: work to be done for edits. | 0.6 |
| 5/25/2010 | D.B. | Telephone call and e-mail with L. Morris, BDO counsel, re: ongoing document dispute re: JPM litigation. | 0.5 |
| 5/25/2010 | M.M. | Reviewed cause of action memos; revisited versus complaint. | 0.5 |
| 5/25/2010 | M.S. | Reviewed draft complaint for the causes of action investigation and preparation of materials to be used. | 3.8 |
| 5/25/2010 | M.S. | Prepared notes and inserts re: causes of action investigation complaint. | 1.8 |
| 5/25/2010 | M.S. | Reviewed materials related to the causes of action investigation. | 1.7 |
| 5/25/2010 | M.S. | Correspondence with D. Berliner re: draft complaint. | 0.2 |
| 5/26/2010 | D.B. | E-mails with L. Morris re: additional information needed and inquires from subpoenaing counsel re: JPM litigation. | 0.3 |
| 5/26/2010 | D.B. | Reviewed 5/26/2010 revised draft of AHM complaint; prepared comments, edits and inserts for counsel. | 5.2 |
| 5/26/2010 | D.B. | Met with M. Stewart to discuss comments and edits to AHM complaint for counsel. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2010 to May 31, 2010**

### C. LITIGATION CONSULTING

| Date | Name | Description | Time |
|---|---|---|---|
| 5/26/2010 | M.M. | Reviewed complaint. | 1.3 |
| 5/26/2010 | M.S. | Worked on complaint for the causes of action investigation. | 3.4 |
| 5/26/2010 | M.S. | Reviewed D. Berliner's notes and revisions related to the causes of action investigation. | 1.3 |
| 5/26/2010 | M.S. | Reviewed notes relating to the causes of action investigation. | 0.9 |
| 5/26/2010 | M.S. | Prepared comments for counsel re: updated complaint. | 2.2 |
| 5/26/2010 | M.S. | Meeting with D. Berliner re: bank and complaint. | 0.3 |
| 5/27/2010 | D.B. | Reviewed 5/27/2010 revised draft of AHM complaint and prepared comments to discuss with counsel; met with M. Michaelis and M. Stewart to review comments and prepare for conference call. | 3.2 |
| 5/27/2010 | M.S. | Reviewed information, at the request of counsel, for the causes of action investigation. | 3.6 |
| 5/27/2010 | M.S. | Reviewed analytics re: causes of action investigation. | 1.1 |
| 5/27/2010 | M.S. | Call with counsel re: causes of action investigation complaint and preparation of materials re: same. | 0.7 |
| 5/28/2010 | D.B. | Revised wording of certain complaint paragraphs at request of counsel and discussed changes with M. Stewart. | 2.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2010 to May 31, 2010**

### C.     LITIGATION CONSULTING

| Date | Name | Description | Time |
|---|---|---|---|
| 5/28/2010 | M.S. | Various correspondence with D. Berliner and Counsel re: causes of action investigation. | 0.6 |
| 5/28/2010 | M.S. | Prepared information for counsel re: causes of action investigation. | 3.6 |
| 5/29/2010 | M.S. | Reviewed draft complaint filed received from counsel. | 0.4 |
| | | **TOTAL:** | **46.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 15.3 | 610.00 | 9,333.00 |
| M. MICHAELIS (M.M.) | 3.0 | 450.00 | 1,350.00 |
| M. STEWART (M.S.) | 28.5 | 240.00 | 6,840.00 |
| **TOTAL:** | **46.8** | | **17,523.00** |

EXHIBIT "A"

-13-

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
## May 1, 2010 to May 31, 2010

**D.    ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/5/2010 | D.B. | Reviewed order authorizing sale of mortgage loans and loan sale agreement for G2 Capital Group (sub of west coast). | 0.2 |
| | | **TOTAL:** | **0.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 0.2 | 610.00 | 122.00 |
| **TOTAL:** | **0.2** | | **122.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2010 to May 31, 2010

**E.     MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/5/2010 | D.B. | Conference call with K. Nystrom and S. Martinez re: bank status and general case update. | 0.7 |
| 5/5/2010 | M.M. | Weekly update call with Debtors re: sale of bank, current loan files and litigation status. | 0.8 |
| 5/5/2010 | M.S. | Prepared for and conference call with the Debtors re: case updates, Bank and Rush. | 1.2 |
| 5/5/2010 | M.S. | Various correspondences with the Debtors re: preferences and forecast. | 0.3 |
| 5/10/2010 | M.S. | Work sessions with the Debtors re: Effective Date analysis. | 0.4 |
| 5/11/2010 | D.B. | Met with K. Nystrom re: AH Bank status and update. | 0.2 |
| 5/11/2010 | D.B. | Met with Sean Beach, K. Nystrom and UCC counsel after hearing to discuss mediation with Rush & Jacksons. | 0.3 |
| 5/14/2010 | M.S. | Correspondence with S. Martinez re: cash flow budget. | 0.2 |
| 5/18/2010 | D.B. | Conference call with K. Nystrom and S. Martinez re: status of AH Bank and other case issues. | 0.4 |
| 5/18/2010 | M.M. | Call with Debtors re: status update. | 0.6 |
| 5/18/2010 | M.M. | Prepared for Debtors call. | 0.2 |