**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2010 to May 31, 2010**

### E.      MEETINGS - DEBTOR

| Date | Name | Description | Time |
|---|---|---|---|
| 5/19/2010 | D.B. | Telephone calls with S. Martinez re: professional fee on Waterfield litigation. | 0.2 |
| 5/19/2010 | M.S. | Correspondence with Debtors and tax department re: tax issues. | 0.2 |
| 5/25/2010 | J.F. | Discussion with Debtors concerning the payments made to PMC. | 0.2 |
| 5/25/2010 | J.F. | Discussion with Debtors regarding cleared checks not included in our historical data. | 0.6 |
| 5/25/2010 | M.S. | Reviewed loan tape forwarded by S. Martinez. | 0.1 |
| 5/26/2010 | D.B. | Telephone call with K. Nystrom and S. Martinez re: case status update. | 0.3 |
| 5/26/2010 | J.F. | Correspondence with Debtors regarding a contract with Intercity Agency. | 0.3 |
| 5/26/2010 | J.F. | Discussion with Debtors regarding the Sprint/Nextel proof of claims and the Debtors records. | 0.6 |
| 5/26/2010 | M.S. | Prepared for and weekly call with the Debtors re: Bank. | 0.8 |
| 5/26/2010 | M.S. | Conference call with the Debtors re: bank status. | 0.7 |
| 5/27/2010 | J.F. | Discussion with Debtors on cleared checks not included in our historical data. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2010 to May 31, 2010**

**E.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|---|---|---|---|
| | | **TOTAL:** | **9.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 2.1 | 610.00 | 1,281.00 |
| M. MICHAELIS (M.M.) | 1.6 | 450.00 | 720.00 |
| M. STEWART (M.S.) | 3.9 | 240.00 | 936.00 |
| J. FRIEDMAN (J.F.) | 1.9 | 180.00 | 342.00 |
| **TOTAL:** | **9.5** | | **3,279.00** |

EXHIBIT "A"

-17-

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2010 to May 31, 2010**

**F.     MEETINGS WITH CREDITORS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/13/2010 | M.S. | Correspondence re: Committee updates. | 0.2 |
| | | **TOTAL:** | **0.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| M. STEWART (M.S.) | 0.2 | 240.00 | 48.00 |
| **TOTAL:** | **0.2** | | **48.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2010 to May 31, 2010

**G.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/3/2010 | M.M. | Reviewed updated budget. | 0.4 |
| 5/3/2010 | M.S. | Reviewed cash flow forecast received from the Debtors on 4/30/10. | 0.4 |
| 5/4/2010 | M.M. | Reviewed updated effective date data relative to testimony by D. Berliner. | 0.6 |
| 5/4/2010 | M.S. | Reviewed docket and updated filings including Judge's orders. | 0.6 |
| 5/4/2010 | M.S. | Prepared analysis for D. Berliner with regards to cash flows and updated Effective Date analysis. | 3.4 |
| 5/5/2010 | D.B. | Reviewed BDO analysis of cash available and cash needed to go Effective and discussed with M. Stewart. | 0.4 |
| 5/5/2010 | M.M. | Reviewed update memo and discussed. | 0.2 |
| 5/5/2010 | M.S. | Analysis of cash flow forecast prepared by the Debtors and preparation of 8 month future forecast. | 3.6 |
| 5/5/2010 | M.S. | Prepared AHM update and analysis for D. Berliner re: Bank and P. Rush. | 1.4 |
| 5/6/2010 | M.S. | Reviewed Committee response to P. Rush filed today on the docket. | 0.4 |
| 5/6/2010 | M.S. | Prepared 8 month forecast for D. Berliner for Court next week. | 1.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2010 to May 31, 2010**

### G.     BUSINESS ANALYSIS

| Date | Name | Description | Time |
|---|---|---|---|
| 5/7/2010 | D.B. | Reviewed AHM reply to borrower's claimants' objections to settlements with WL Ross, Deutsche Bank and Wells Fargo. | 0.8 |
| 5/7/2010 | D.B. | Reviewed responses to objections of Paula Rush & Jacksons by Wells Fargo and AHM servicing. | 0.4 |
| 5/7/2010 | D.B. | Reviewed docket report for period 4/30/2010 through 5/7/2010 including notice of agenda of matters scheduled for hearing 5/11/2010. | 0.1 |
| 5/7/2010 | M.M. | Reviewed updated cash budget and effective date issues. | 0.4 |
| 5/7/2010 | M.S. | Correspondence with D. Berliner re: cash flows and hearing next Tuesday. | 0.1 |
| 5/7/2010 | M.S. | Reviewed updated cash flow forecast provided by the Debtors for the period ended August 2009. | 1.6 |
| 5/9/2010 | D.B. | Reviewed Declaration of K. Nystrom in support of AHM motions for settlements with AHM servicing, Wells Fargo and Deutsche Bank. | 1.2 |
| 5/9/2010 | D.B. | Reviewed files and attempted to reconcile cash balance to cash flow budgets; discussed with M. Stewart. | 0.6 |
| 5/10/2010 | D.B. | Reviewed cash flow budget for period 5/1/2010 through 9/3/2010 and effective date cash flow analysis for 9/1/2010 estimated date to prepare for court hearing; reviewed revised cash analysis assuming 9/1/2010 effective date and discussed with M. Stewart. | 1.9 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2010 to May 31, 2010**

**G.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
| --- | --- | --- | --- |
| 5/10/2010 | M.M. | Reviewed updated cash at effect date budget and supporting for hearing. | 0.6 |
| 5/10/2010 | M.S. | Prepared for and meeting with D. Berliner re: hearing preparation. | 0.6 |
| 5/10/2010 | M.S. | Reviewed cash flow forecast and updated Effective Date analysis. | 3.8 |
| 5/10/2010 | M.S. | Reviewed K. Nystrom's affidavit for Tuesday's hearing. | 1.3 |
| 5/10/2010 | M.S. | Prepared for and discussions with M. Michaelis re: hearing and cash flow forecast. | 0.7 |
| 5/11/2010 | M.M. | Reviewed correspondence related to Bank status. | 0.2 |
| 5/11/2010 | M.S. | Correspondence with D. Berliner re: cash flows and review of cash flow forecasts. | 0.3 |
| 5/11/2010 | M.S. | Discussions with M. Michaelis re: case update and go-forward planning. | 0.7 |
| 5/11/2010 | M.S. | Reviewed cash at Effective Date information. | 0.4 |
| 5/12/2010 | M.M. | Discussed status of settlement hearing and current settlements. | 0.2 |
| 5/13/2010 | M.M. | Reviewed recent preference and cash status. | 0.3 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2010 to May 31, 2010**

## G.     BUSINESS ANALYSIS

| Date | Name | Description | Time |
|---|---|---|---|
| 5/14/2010 | M.S. | Reviewed cash flow forecast received from the Debtors today. | 0.4 |
| 5/15/2010 | M.S. | Reviewed cash flow forecast and updated Effective Date analysis. | 0.8 |
| 5/17/2010 | D.B. | Reviewed cash flow budget for period 5/7/2010 through 9/3/2010. | 0.2 |
| 5/17/2010 | D.B. | Reviewed docket report for period 5/8/2010 through 5/15/2010. | 0.1 |
| 5/17/2010 | M.M. | Reviewed and discussed revised cash budget. | 0.3 |
| 5/21/2010 | M.M. | Reviewed changes to current cash budget and effective date issues. | 0.2 |
| 5/21/2010 | M.S. | Reviewed cash flow forecast received on May 21, 2010. | 0.3 |
| 5/23/2010 | M.S. | Reviewed cash flow forecast prepared by the Debtors and Effective Date analysis. | 0.4 |
| 5/25/2010 | M.S. | Reviewed AH Bank liquidation timeline | 0.3 |
| 5/26/2010 | D.B. | Reviewed AH Bank open issues and liquidation timeline draft. | 0.3 |
| 5/26/2010 | M.S. | Reviewed update provided by D. Berliner to counsel. | 0.2 |

EXHIBIT "A"

-22-

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2010 to May 31, 2010**

**G.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/26/2010 | M.S. | Reviewed information related to Johnston. | 0.6 |
| | | **TOTAL:** | **33.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 6.0 | 610.00 | 3,660.00 |
| M. MICHAELIS (M.M.) | 3.4 | 450.00 | 1,530.00 |
| M. STEWART (M.S.) | 24.1 | 240.00 | 5,784.00 |
| **TOTAL:** | **33.5** | | **10,974.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2010 to May 31, 2010

**H.    COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/3/2010 | D.B. | Telephone call from M. Indelicato re: court hearing 5/4/2010 and 5/11/2010 and work to be done.  Discussed work to be done with M. Stewart. | 0.2 |
| 5/4/2010 | D.B. | Reviewed e-mail from J. McCahey re: summary of conversation with D&T. | 0.1 |
| 5/5/2010 | D.B. | E-mail to Hahn & Hessen re: summary of conversation with Zolfo re: case status. | 0.5 |
| 5/6/2010 | D.B. | E-mails from Hahn & Hessen re: cancelling UCC call and update on court hearing. | 0.1 |
| 5/9/2010 | D.B. | E-mails with M. Indelicato re: K. Nystrom affidavit and supporting cash balance. | 0.1 |
| 5/10/2010 | D.B. | E-mails with Hahn & Hessen re: K. Nystrom Declaration and preparing for court hearing 5/11/2010. | 0.5 |
| 5/11/2010 | D.B. | Met with M. Indelicato and E. Schnitzer to prepare for court hearing. | 0.4 |
| 5/11/2010 | D.B. | Attended court hearing. | 2.3 |
| 5/11/2010 | M.M. | Participated in court call re: objection to settlements. | 0.9 |
| 5/12/2010 | D.B. | E-mails with J. McCahay re: status of D&T settlement negotiations. | 0.1 |
| 5/13/2010 | D.B. | E-mails with Hahn & Hessen re: cancellation of UCC meeting and case status. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**May 1, 2010 to May 31, 2010**

**H.    COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/19/2010 | D.B. | E-mail to Hahn & Hessen re: case status update. | 0.3 |
| 5/20/2010 | D.B. | Telephone call with R. Malatek re: draft complaint and questions on issues; discussed with M. Michaelis and M. Stewart. | 0.5 |
| 5/25/2010 | D.B. | Reviewed e-mails with Hahn & Hessen re: preference settlement proposed and data query. | 0.1 |
| 5/25/2010 | J.F. | E-mailed Counsel regarding payments to PMC. | 0.4 |
| 5/25/2010 | M.S. | Correspondence with counsel re: draft complaint. | 0.7 |
| 5/26/2010 | D.B. | E-mails with Hahn & Hessen re: case status update, Waterfield litigation, draft complaint and Johnston preference action, | 0.5 |
| 5/26/2010 | J.F. | E-mailed Counsel results of the reconciliation of the Sprint/Nextel proof of claims and the Debtors' records. | 0.2 |
| 5/26/2010 | M.M. | Conference call with Counsel re: cause of action and reviewed motion. | 0.9 |
| 5/27/2010 | D.B. | Conference call with R. Malatek and C. Kang re: questions and comments on draft AHM complaint. | 1.5 |
| 5/27/2010 | M.S. | Prepared and conference call with counsel re: complaint. | 2.2 |
| 5/28/2010 | D.B. | Various e-mails with counsel re: questions on AHM complaint sections. | 0.5 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2010 to May 31, 2010

**H.   COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/28/2010 | M.M. | Conference call with Counsel re: cause of action and reviewed motion. | 0.3 |
| | | **TOTAL:** | **13.4** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 7.8 | 610.00 | 4,758.00 |
| M. MICHAELIS (M.M.) | 2.1 | 450.00 | 945.00 |
| M. STEWART (M.S.) | 2.9 | 240.00 | 696.00 |
| J. FRIEDMAN (J.F.) | 0.6 | 180.00 | 108.00 |
| **TOTAL:** | **13.4** | | **6,507.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2010 to May 31, 2010

**I.     FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/13/2010 | N.V. | Reviewed and edited April 2010 time detail; updated project categories. | 0.5 |
| 5/14/2010 | M.G. | Prepared 31st monthly application. | 0.4 |
| 5/14/2010 | N.V. | Reviewed and updated April 2010 monthly application. | 0.4 |
| 5/17/2010 | D.B. | Reviewed and approved 31st monthly application of BDO for compensation and services as FA to UCC for April 2010 and Berliner Declaration. | 0.9 |
| 5/17/2010 | M.G. | Revised and sent out April application. | 0.4 |
|  |  | **TOTAL:** | **2.6** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 0.9 | 610.00 | 549.00 |
| N. VANDERHOOP (N.V.) | 0.9 | 190.00 | 171.00 |
| M. GOMEZ (M.G.) | 0.8 | 150.00 | 120.00 |
| **TOTAL:** | **2.6** |  | **840.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### May 1, 2010 to May 31, 2010

**J.   TRAVEL TIME**

| Date | Name | Description | Time |
|---|---|---|---|
| 5/11/2010 | D.B. | Travel time to/from Wilmington, DE/New Jersey for court hearing on 9019 settlement motions. | 2.8 |
| | | **TOTAL:** | **2.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 2.8 | 305.00 | 854.00 |
| **TOTAL:** | **2.8** | | **854.00** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
May 1, 2010 through May 31, 2010

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel
   and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES – *Concordance Database*     $1,500.00
   *Monthly Hosting Fee*

6. OUT-OF-TOWN TRAVEL
   a. Transportation     445.00
   b. Lodging
   c. Meals     19.74

7. OUTSIDE SERVICES

8. LOCAL MEALS

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage
   using personal auto*

10. MISCELLANEOUS

    **TOTAL**     **$1,964.74**

*Details available upon request to BDO.