IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
       Debtors.                                                  :
                                                                 :  Ref. Docket No. 8174
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS

PLEASE TAKE NOTICE that that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby partially withdraw the *Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 8174] solely with respect to the following proofs of claim, without prejudice to the Debtors' right to object again to these proofs of claim on any and all grounds:

| Claimant Name | Claim Number |
|---|---|
| Lasalle Bank National Association | 9014 |
| Lasalle Bank National Association | 9015 |
| Lasalle Bank National Association | 9016 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Dated: June 22, 2010
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

_/s/_

Sean M. Beach (No. 4070)
Patrick Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession