## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------- x
In re:                                          :    Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :    Jointly  Administered
                               Debtors.         :
                                                ::
-------------------------------------------------------------------- x
```

### AFFIDAVIT OF SERVICE

```
STATE OF DELAWARE      )
                       ) SS
NEW CASTLE COUNTY      )
```

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on June 18, 2010 she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Declaration of Kevin Nystrom [D.I. 8931]

Omnibus Objections to Claims [D.I. 8938 and 8939]

                                              _____
                                              Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 21 day of June 2010.

_____
Notary Public

# 2002 SERVICE LIST

## 6/18/2010

A.G. Edwards & Sons, Inc.
Attn: Jonathan Griffith
2801 Market Street, 9th Fl, F Bldg.
St. Louis, MO 63103
*FedEx*

Geoffrey Aaronson
100 SE 2nd St., 27th Fl
Miami, FL 33131
(Craven-Shaffer North Bay Village)
*FedEx*

Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(Merrill Lynch)
*Hand Delivery*

Benjamin C. Ackerly, Esq
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
(Calyon)
*FedEx*

Ms. Karen D. Adams
Attn: Lorraine Gonzalez, Tax Collector Clerk I
Merced County Tax Collector
2222 "M" Street
Merced, CA 95340
(Merced County Tax Collector)
*FedEx*

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
(Bexar County)
*FedEx*

Elihu E. Allinson, III, Esq.
Sullivan - Hazeltine - Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
(Chavez; Trister)
*FedEx*

Jonathan Alter, Esq
Bingham McCutchen
One State Street
Hartford, CT 06103
(Travelers)
*FedEx*

Gil Quentin Alvarez
542 Mount Argyll Court
Apopka, FL 32712
*FedEx*

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
(UBS Securities)
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

Joseph Aronauer, Esq.
Aronauer, Re & Yudell, LLP
444 Madison Avenue, 17th Floor
New York, NY 10022
(Park National)
*FedEx*

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Deutsche Bank)
*FedEx*

Lee S Attanasio, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(Morgan Stanley)
*FedEx*

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
(Cedar Hill City, Carroll ISD, Arlington ISD)
*FedEx*

William Jeff Barnes
1515 N. Federal Highway, Suite 300
Boca Raton, FL 33432
(Laura Beall)
*FedEx*

Thomas D. Barnett
Draper & Goldberg, P.L.L.C.
512 East Market Street
PO Box 947
Georgetown, DE 19947
*FedEx*

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
(WLR Recovery)
*FedEx*

Michael J. Barrie
Richard A. Barkasy
Schnader Harrison Segal & Lewis LLP
824 N. Market St., Suite 1001
Wilmington, DE 19801
(Liberty Property)
*Hand Delivery*

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
(Moody)
*FedEx*

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201
(Empire Blue Cross Blue Shield)
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

Stuart Berman, Esq.
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
(Institutional Investors Group)
*FedEx*

Harold Berzow, Esq.
Ruskin Moscou Faltischek
East Tower, 15th Fl
1425 RexCorp Plaza
Uniondale, NY 11556
(Waldner)
*FedEx*

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(Wells Fargo, Washington Mutual, Inland US
Management, LLC)
*Hand Delivery*

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601
(AON Consulting)
*FedEx*

Joseph J. Bodnar
Law Offices of Joseph J. Bodnar
1201 Orange Street, Ste. 400
Wilmington, DE 19801
(Greenwich Capital; Royal Bank of Scotland)
*Hand Delivery*

Hilary B. Bonial, Esq.
Tyler Jones, Esq.
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
(EMC, CitiMortgage, Bank of America)
*FedEx*

J. William Boone, Esq.
Bess Parrish, Esq.
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
(LaSalle Bank)
*FedEx*

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Don Beskrone, Esq.
Benjamin W. Keenan, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(UBS Securities LLC; Morgan Stanley; CIFG; Lehman)
*Hand Delivery*

Ms. Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
(Time Warner Telecom Inc.)
*FedEx*

James T. Brako
Governmental Center
Tax Collector Palm Beach County
301 North Olive Avenue, 3rd Floor
P.O. Box 3715
West Palm Beach, FL 33402-3715
(Amme Gannon)
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(ABN AMRO Bank)
*FedEx*

Barry E. Bressler
Schnader Harrison Segal & Lewis LLP
1600 Market St., Suite 3600
Philadelphia, PA 19103-7286
(Liberty Property)
*FedEx*

Lia Brooks, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
*FedEx*

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(ORIX Capital Markets, LLC.)
*FedEx*

Charles J. Brown, III, Esq.
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
(AT&T)
*Hand Delivery*

Dean Brunel, Esq.
75 Central Street, Unit One
Somerville, MA 02143
(McPherson, Inc.)
*FedEx*

Juliet Buck
Nomura Credit & Capital, Inc.
2 World Financial Center, Building B
New York, NY 10281
(Creditor Committee Member)
*FedEx*

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Calyon; Park National)
*Hand Delivery*

Mary F. Caloway, Esq.
Eric Lopez Schnable, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(HSBC, HSI Asset)
*Hand Delivery*

John Capitano
Kennedy Covington Lobdell & Hickman
214 N. Tryon Street, 47th Fl.
Charlotte, NC 28202
(NNN VF Four Resource Square, LLC)
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

John T. Carroll, III, Esq.
Cozen O'Connor
Chase Manhattan Center, Suite 1400
1201 N. Market Street
Wilmington, DE 19801
(Citibank, N.A.)
*Hand Delivery*

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Wells Fargo)
*FedEx*

William E. Chipman, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(Countrywide Home Loans)
*Hand Delivery*

Ling Chow
Andrew Pickering
Robert Heller
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019
*FedEx*

Shawn M. Christianson
Buchalter Nemer P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
(Oracle USA)
*FedEx*

Jeffrey Cianciulli, Esq.
Wier & Partners LLP
824 Market Street
PO Box 708
Wilmington, DE 19801
(National City Capital)
*Hand Delivery*

Joseph Cioffi, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(Alcone Marketing Group)
*FedEx*

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Societe Generale)
*FedEx*

Ronald L. Cohen, Esq.
Arlene Alves, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)
*FedEx*

Ronald L. Cohen, Esq.
Arlene Alves, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)
*FedEx*

## 2002 SERVICE LIST

### 6/18/2010

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(ABN AMBRO Bank N.V.)
**Hand Delivery**

Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
(CSHV Southpark LLC)
**FedEx**

Nancy Connery, Esq.
Schoeman, Updike & Kaufman, LLP
60 East 42nd St.
New York, NY 10165
(STWB, Inc.)
**FedEx**

Katherine A. Constantine, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(U.S. Bank National Association)
**FedEx**

Kelley Cornish, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman; Bracebridge Capital)
**FedEx**

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)
**Hand Delivery**

Michael A. Cox, AG
Julius O. Curling, Assistant to the Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detriot, MI 48202
(State of Michigan Department of Treasury)
**FedEx**

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036
(Bank of New York)
**FedEx**

Donna Culver, Esq.
Robert J. Dehney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Financial Guaranty Insurance Co.; Assured Guaranty)
**Hand Delivery**

Julius O. Curling, Esq.
Assistant Attorney General
State of Michigan, Department of Treasury
3030 W. Grand Boulevard, Suite 10-200
Cadillac Place
Detroit, MI 48202
(State of Michigan, Department of Treasury)
**FedEx**

# 2002 SERVICE LIST

## 6/18/2010

Adam Currier, Esq.
258 Spielman Highway
PO Box 2033
Burlington, CT 06013
(Trister)
*FedEx*

Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(Societe Generale)
*Hand Delivery*

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
(AT&T Corp.)
*FedEx*

Eric M. Davis, Esq.
Jason Liberi, Esq.
Robert A. Weber, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(Waterfield Shareholders)
*Hand Delivery*

Douglas Davis, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman; Bracebridge Capital, LLC)
*FedEx*

Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005
(GNMA)
*FedEx*

Allan Diamond, Esq.
Christopher Provost, Esq.
Diamond McCarthy LLP
909 Fannin Street, 15th Fl.
Two Houston Center
Houston, TX 77010
(B&M Management)
*FedEx*

John Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253
(Harris County, Angelina County)
*FedEx*

Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
(IKON Financial Services)
*FedEx*

Kristi J. Doughty, Esq
Whittington & Aulgur
313 N. Dupont Hwy., Suite 110
P.O. Box 617
Odessa, DE 19730
(First Horizon Home Loan)
*FedEx*

## 2002 SERVICE LIST

### 6/18/2010

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)
*FedEx*

Adam Elgart, Esq.
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713
*FedEx*

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
*FedEx*

Alyssa Englund, Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(WestLB)
*FedEx*

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Institutional Investors Group)
*FedEx*

J. Cory Falgowski, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Federal Home Loan Mortgage Corp)
*Hand Delivery*

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899
(CitiMortgage, Inc.)
*Hand Delivery*

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Federal Deposit Ins. Corp.
Attn: Officer, General or Managing Agent
1601 Bryan Street
Dallas, TX 75201
*FedEx*

Federal Deposit Ins. Corp.
Division of Resolution & receiverships
Frank Campagna
1910 Pacific Avenue, Suite 1600
Dallas, TX 75201
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

Mark E. Felger, Esq.
Jeffrey R. Waxman, Esq.
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(Special Conflicts Counsel)
*Hand Delivery*

Matthew S. Ferguson, Esq
Terry D. Lawson, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10018
(Bear Stearns Mortgage Capital Corp and EMC Mortgage
Corp.)
*FedEx*

Lori Fife, Esquire
Howard B. Comet, Esq.
Ronit Berkovich, Esq.
Christopher J. Marcus, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)
*FedEx*

Stuart Finestone, Esq.
Finestone & Morris
3340 Peachtree Road, NE, Suite 2540 Tower Place
Atlanta, GA 30326
(Tower Place)
*FedEx*

Norman P. Fivel, Esq.
Assistant Attorney General
NYS Dept. of Law
The Capitol
Albany, NY 12224
(NY State Dept. of Taxation)
*FedEx*

J. David Folds, Esq.
McKenna Long & Aldridge LLP
1900 K. Street, NW
Washington, DC 20006
(Kingstowne Office Building K LLC; Boston Properties
Limited Partnership)
*FedEx*

Ray Fredericks
1600 Pacific Highway, Room 162
San Diego, CA 92101
*FedEx*

Susan R. Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032
(Aldine Independent School District)
*FedEx*

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606
*FedEx*

Flora Garcia
Office the Tax Collector
940 west Main Street, Suite 106
El Centro, CA 92243
(Imperial County)
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

Nicole Gazzo, Esq.
Steven J. Baum, P.C.
220 Northpointe Parkway, Suite G
Amherst, NY 14228
(First Horizon Home Loan)
*FedEx*

Garth Gersten, Esq.
Womble Carlyle Sandridge & Rice PLLC
2530 Meridian Parkway, Suite 400
Research Triangle Park, NC 27713
(Triad Guaranty Insurance Corp.)
*FedEx*

Barry G. Glaser, Esq.
Steckbauer Weinhart Jaffee, LLP
333 S. Hope St., Suite 3600
Los Angeles, CA 90071
(Los Angeles County Tax Collector & Tax Assessor's Office)
*FedEx*

William Goldman, Esq.
Andrew Stern, Esq.
Sidley Austin
787 Seventh Avenue
New York, NY 10019
(Bear Stearns; EMC)
*FedEx*

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)
*FedEx*

Eric Gorman, Esq
Felicia Perlman, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(Waterfield Shareholders)
*FedEx*

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
*FedEx*

Robert E. Greenberg, Esq.
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W., Suite 700
Washington, DC 20036-4704
(Realty Associates Fund VII, L.P.)
*FedEx*

Stefanie Birbrower Greer, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(CIFG)
*FedEx*

Whitney Groff, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
(America's Servicing Company)
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

Brian Guiney, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
*FedEx*

Arnold Gulkowitz, Esq.
Brian Goldberg
Dickstein Shapiro
1177 Avenue of the Americas
New York, NY 10036
(Greenwich Capital Markets, Inc.; Royal Bank of
Scotland)
*FedEx*

Kurt F. Gwynne, Esq
Kathleen Murphy, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(Palmer House Hilton)
*Hand Delivery*

James Hardy
Galaxy Associates
1220 Ensenada Avenue
Laguna Beach, CA 92651
*FedEx*

Lee Harrington, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)
*FedEx*

A. Michelle Hart, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
(EMC Mortgage; CitiMortgage; America's Servicing
Company)
*FedEx*

Lisa R. Hatfield, Esq.
Wittstadt & Wittstadt, P.A.
284 East Main Street
Newark, DE 19711
*FedEx*

Phyllis A. Hayes
RMS
307 International Circle, Suite 270
Hunt Valley, MD 21030
(EMC Corp, IBS)
*FedEx*

William A. Hazeltine, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
(MERS)
*FedEx*

Patrick Healy
Wilmington Trust Co.
1100 North Market Street
Rodney Square North
Wilmington, DE 19801
*Hand Delivery*

# 2002 SERVICE LIST

## 6/18/2010

James D. Heaney, VP
Law Debenture Trust Company of New York
400 Madison Avenue, 4th Fl.
New York, NY 10017
*FedEx*

Matthew Helland, Esq.
Nichols Kaster & Anderson
80 South 8th Street, SUite 4600
Minneapolis, MN 55402
*FedEx*

Adam Hiller
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, DE 19899
*Hand Delivery*

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
(Cutisha Cauthorne)
*FedEx*

Frederick D. Holden, Jr
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
(Indymac)
*FedEx*

Richard Holley, Esq.
Ogonna Atamoh, Esq.
Santoro Driggs Walch Kearney Holley & Thompson
400 South Fourth Street, 3rd Fl
Las Vegas, NV 89101
(Corporate Center V, LLC)
*FedEx*

Thomas Horan, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899
*Hand Delivery*

Nancy Hotchkiss, Esq.
Trainor Robertson
980 Fulton Avenue
Sacramento, CA 95825
(Cowifi Ironpoint)
*FedEx*

James E. Huggett, Esq.
Sally E. Sobczyk, Esq.
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
(Counsel for Columbia River Bank)
*FedEx*

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Citigroup Global Markets Inc)
*Hand Delivery*

## 2002 SERVICE LIST

### 6/18/2010

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
*FedEx*

Internal Revenue Service
Insolvency Section
11601 Roosevelt Blvd., Mail Drop N781
PO Box 21126
Philadelphia, PA 19114
*FedEx*

Daniel Israeli
Vantium Capital
9 West 57th St., 37th Floor
New York, NY 10019
*FedEx*

Susan Power Johnston, Esq.
Amanda Weiss, Esq.
Covington & Burling LLP
The New York Times Build., 620 Eighth Avenue
New York, NY 10018
(Wilmington Trust)
*FedEx*

Laura Davis Jones, Esq.
Curtis Hehn, Esq.
Pachulski, Stang, Ziehl, Young & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
(IndyMac)
*Hand Delivery*

Lance N. Jurich, Esq.
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4164
(Merrill Lynch)
*FedEx*

Michael Katz, Esq.
MBK and Associates
1136 Washington Avenue, Suite 905
St. Louis, Missouri 63101
(Hamid Hamrah)
*FedEx*

Steven W. Kelly, Esq.
Silver & DeBoskey
1801 York Street
Denver, CO 80206
(Gateway Canyon, Inc.)
*FedEx*

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102
*FedEx*

Richardo I. Kilpatrick, Esq.
Attorneys for Orca Steel Processing, LLC
Leonora K. Baughman, Esq.
Kilpatrick & Associates
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
(Wayne County Treasurer)
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

Maureen Peyton King
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*FedEx*

Shelley A. Kinsella, Esq.
Cooch & Taylor
The Brandywine Building, 1000 West Street, 10th Floor
Wilmington, DE 19801
(Wilmington Trust)
*Hand Delivery*

Steven K. Kortanek, Esq.
Kevin J. Mangan, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(CSFB)
*Hand Delivery*

Hersh Kozlov
WolfBlock LLP
1940 Route 70 70 East, Suite 200
Cherry Hill, NJ 08003
(Bancorp)
*FedEx*

John Krigsman
First American Capital LLC
7286 Siena Way
Boulder, CO 80301
*FedEx*

David Kuney, Esq.
Sidley Austin
1501 K. St. N.W.
Washington, DC 20005
(EMC)
*FedEx*

Jeff Kurtzman, Esq.
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
(Goldman Sachs)
*Hand Delivery*

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)
*Hand Delivery*

Michael R. Lastowski, Esq.
Christopher M. Winter, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Bear Stearns; Impac)
*Hand Delivery*

Lisa G. Laukitis, Esq.
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
Citicorp Center
New York, NY 10022
(Citigroup Global)
*FedEx*

## 2002 SERVICE LIST

### 6/18/2010

Barbara LaWall, Esq
Terri A. Roberts, Esq.
German Yusufov, Esq.
Pima County Civil Division
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701
(Pima County)
*FedEx*

Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
(GE Capital Information; ZC Real Estate Tax Solutions)
*Hand Delivery*

Elena P. Lazarou, Esq
Reed Smith LLP
599 Lexington Avenue, 27th Floor
New York, NY 10022
(GECC)
*FedEx*

Thomas J. Leanse, Esq.
Dustin P. Branch
Katten Muchin Rosenman
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(RREEF Management Company)
*FedEx*

Steven Lefkofsky, Esq.
31500 Northwestern Highway, Suite 105
Farmington Hills, MI 48334
(Creditor Inner Workings)
*FedEx*

Raymond H. Lemisch, Esq.
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 810
Wilmingtont, DE 19801
(DDR Entities)
*Hand Delivery*

Scott K. Levine, Esq
Platzer Swergold Karlin Levine Goldberg & Jaslow
1065 Avenue of Americas, 18th Fl.
New York, NY 10018
(De Lage Financial Services, Inc.)
*FedEx*

Frederick Linfesty, Esq.
Iron Mountain Information Management
745 Atlantic Avenue
Boston, MA 02111
*FedEx*

Nancy F. Loftus, Esq.
Assistant County Attorney
Deprt of Tax Admin - Fairfax Co.
12000 Governmnet Center Parkway, Suite 549
Fairfax, VA 22035
*FedEx*

Christopher D. Loizides, Esq.
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
(Laura Beall)
*Hand Delivery*

# 2002 SERVICE LIST

## 6/18/2010

Gaston P. Loomis, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(GECC)
*Hand Delivery*

Sherry D. Lowe, Esq.
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053
(National City Commercial Capital Company, LLC)
*FedEx*

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
(American Corporate Record Center)
*FedEx*

Thomas G. Macauley, Esq.
Virginia W. Guldi, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
PO Box 1028
Wilmington, DE 19899
(Borrowers Committee)
*Hand Delivery*

Sean D. Malloy, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue East, Suite2100
Cleveland, OH 44140
(Certain Participants of Non-Qualified Deferred Comp
Plan)
*FedEx*

Kevin Mangan, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Triad Guaranty Insurance Corp.)
*Hand Delivery*

Jeffrey S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(Trustee to Lehman)
*FedEx*

Michael Margoll, Esq.
Moss Codilis LLP
6560 Greenwood Plaza, Suite 100
Englewood, CO 80111
*FedEx*

Madison Martin, Esq.
Stites & Harbison PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
(Suntrust Bank)
*FedEx*

Eloise May, Esq.
Wiles & Wiles
800 Kennesaw Avenue, NW, Suite 400
Marietta, GA 30060
(A- Colonial 300/500 Owner)
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

David McCall, Esq.
Gay McCall Isaacks Gordon & Roberts, P.C.
777 E. 15th Street
Plano, TX 75074
(Frisco ISD)
*FedEx*

Robert A. McCall
Peabody & Arnold, LLP
600 Atlantic Ave.
Boston, MA 02210
(Champion & Asso.)
*FedEx*

Laura L. McCloud, Esq.
c/o Tennessee Attorney General's Office, Bankruptcy
Division
Tennessee Department of Labor & Workforce
Development-Unemployment Ins.
P.O. Box 20207
Nashville, TN 37202-0207
(Tennessee Department of Labor & Workforce
Development-Unemployment Ins.)
*FedEx*

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
(Iron Mountain Information Management, Inc.)
*FedEx*

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103
*FedEx*

Lisa C. McLaughlin, Esq.
Stephen W. Spence, Esq.
Phillips, Goldman & Spence, P.A.
1200 N Broom Street
Wilmington, DE 19806
(FRMC Financial)
*FedEx*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

Dana McRae
County of Santa Cruz
701 Ocean Street, Room 150
Santa Cruz, CA 95060
*FedEx*

Gregory Meacham, Esq.
McGrath Meacham & Smith
414 Shoup Avenue
PO Box 50731
Idaho Falls, ID 83405
(Security Connections)
*FedEx*

Sari E. Meador
Tax Collector for Polk County, Florida
Office of Joe G. Tedder, CFC
P.O. Box 2016
Bartow, FL 33831
(Pol County)
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

Rachel B. Mersky, Esq.
Monzack Mersky McLauglin and Browder
400 Commerce Center, 1201 Orange Street
P.O. Box 2031
Wilmington, DE 19899-2031
(A-Colonial 300/500 Owner)
*Hand Delivery*

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
(Barclays Bank PLC and Barclays Capital)
*FedEx*

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(Security Connections)
*Hand Delivery*

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
(Empire HealthChoice Assurance/Empire Blue Cross)
*FedEx*

Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Pennsylvania Attorney General' s Office
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
*FedEx*

Lee Mondshein, Esq.
7600 Jericho Turnpike
Woodbury, NY 11797
(Hauppauge Woodlands Asso.)
*FedEx*

Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market St./Ste. 1401 Mellon Bank Ctr
P.O. Box 1070
Wilmington, DE 19899
(Kodiak Funding LP; B&M Management Corp)
*Hand Delivery*

Martin A. Mooney
Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203
(DCFS Trust)
*FedEx*

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
(Debtors' Counsel)
*Hand Delivery*

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(ABN AMRO Bank)
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

Christopher B. Mosley, Esq
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76102
(City of Fort Worth)
*FedEx*

Tina N. Moss, Esq.
Pryor Cashman Sherman & Flynn, LLP
410 Park Avenue
New York, NY 10022
(Law Debenture Trust Company of New York)
*FedEx*

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108
(Sovereign Bank)
*FedEx*

David M. Neumann, Esq
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(DDR Entities)
*FedEx*

Janice D. Newell
 Cecil Ingram
ADA County Treasurer
200 W. Front Street, Room 3191
Boise, ID 83702
*FedEx*

Jeffrey J. Newton, Esq.
Hollie N. Hawn, Esq.
County Attorney for Broward County
115 South Andrews Ave., Suite 423
Governmental Center
Fort Lauderdale, FL 33301
(Broward County Revenue Collection Division,
Bankruptcy & Litigation Section)
*FedEx*

Andrea Niedermeyer, Esq.
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201
(Sun Life Assurance)
*FedEx*

Jami B. Nimeroff, Esq.
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 4000
Wilmington, DE 19801
(Microsoft)
*Hand Delivery*

North Fork
Attn: Michael Weisbrod
275 Broadhollow Road
Melville, NY 11747
(Bank)
*FedEx*

William Novotny, Esq.
Mariscal, Weeks, McIntyre & Freidlander, P.A.
2901 N. Central Avenue, Suite 200
Phoenix, AZ 85012
(Waterfall Shopping Center, Inc.)
*FedEx*

## 2002 SERVICE LIST

### 6/18/2010

Kim Nuner
Nevada County Office ot the Treasurer
950 Maidu Avenue
PO Box 908
Nevada City, CA 95959
*FedEx*

Larry J. Nyhan, Esq.
Matthew Clemente, Esq.
David Hall, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Societe Generale)
*FedEx*

Kathleen O'Connell, Esq.
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA 30308
(Suntrust Bank)
*FedEx*

Joseph O'Neil, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(GMAC)
*Hand Delivery*

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
(Morgan Stanley)
*FedEx*

Ricardo Palacio, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(United Guaranty Services, Inc.)
*Hand Delivery*

Jr Tally F Parker
Parker & Marks PC
1333 Corporate Drive, Suite 209
Irving, TX 75038
(City of Irving)
*FedEx*

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
(Calyon)
*FedEx*

Andrew Petrie, Esq.
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202
(CitiMortgage)
*FedEx*

Douglas Pettibone
17848 Sky Park Circle, Suite C
Irvine, CA 92614
(Mona Dobben)
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

John Philip, Esq.
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN 38117
*FedEx*

Marc Phillips, Esq
Kelly Conlan
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(Los Angeles County Treasurer)
*Hand Delivery*

Steven Pite, Esq.
John Duncan, Esq.
Pite Duncan LLP
525 E. Main Street
PO Box 12289
El Cajon, CA 92022
*FedEx*

Dana S. Plon, Esq.
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102
(Fidelity Court Associates)
*FedEx*

Thomas J. Polis, Esq.
Polis & Associates
19800 MacArthur Boulevard
Suite 1000
Irvine, CA 92612
(Rexco, LLC)
*FedEx*

Mark Politan, Esq
Court Plaza North
Cole, Schotz, Meisel, Forman & Leonard, P.A.
25 Main Street
Hackensack, NJ 07601
(Drew & Rogers)
*Hand Delivery*

Susan D. Profant, CFCA, CLA, Paralegal
c/o Ken Burton, Jr., Manatee County Tax Collector
819 U.S. 301 Blvd. West
P.O. Box 25300
Bradenton, FL 34206-5300
(Ken Burton, Jr., Manatee County Tax Collector)
*FedEx*

Gary Ravert, Esq.
Lance Rothenberg
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
(Michael Strauss)
*FedEx*

Shawn Rediger, Esq.
Williams Kastner & GIbbs
601 Union Street, Suite 4100
Seattle, WA 98101
(Seattle Office Bellefield)
*FedEx*

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755
(County of Denton)
*FedEx*

## 2002 SERVICE LIST

### 6/18/2010

Patrick J. Reilley, Esq
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
*Hand Delivery*

Michael Reynolds, Esq.
Snell & Wilmer LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
(Galaxy Associates)
*FedEx*

Richard T. Rice, Esq.
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101
(Triad Guaranty Insurance Corp.)
*FedEx*

Shawn Rice, Esq.
Rice & Gotzmer
605 N. 8th Street, Suite 350
Sheboygan, WI 53081
(Priority Sign)
*FedEx*

Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Impac; Bear Stearns)
*Hand Delivery*

Fred B. Ringel, Esq.
Robinson Brog Leinwand Green Genovese & Gluck PC
1345 Avenue of the Americas
New York, NY 10105
(3445 North Causeway Limited Partners)
*FedEx*

Christine Roberts, Esq.
Olson Cannon Gormley & Desruisseaux
9950 West Cheyenne avenue
Las Vegas, NV 89129
(Clark County)
*FedEx*

Erin L. Roberts, Esq.
Womble Carlyle Sandridge & Rice PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, VA 22182
(Triad Guaranty Insurance Corp.)
*FedEx*

Martha E. Romero, Esq.
BMR Professional Building
Romero Law Firm
6516 Bright Avenue
Whittier, CA 90601
(Placer and Monterey County)
*FedEx*

Robert H. Rosenbaum, Esq.
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Suite 400
Berkshire Building
Riverdale Park, MD 20737-1385
(Charles County; Prince George County)
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

Robert J. Rosenberg, Esq.
Noreen A. Kelly-Najah, Esq.
George Royle, Esq.
Michael J. Riela, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(Lehman Bros., Aurora Loan Services)
*FedEx*

Stephen W. Rosenblatt, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Box 22567
Jackson, MI 39225
(FNC, Inc.)
*Facsimile*

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
(Deutsche Bank)
*FedEx*

Frederick B. Rosner, Esq
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(De Lage Landen; Bear Stearns)
*Hand Delivery*

Rene Roupinian, Esq.
Jack A. Raisner, Esq.
Rene S. Roupinian, Esq.
Outten & Golden
3 Park Avenue, 29th Fl.
New York, NY 10016
*FedEx*

Vadim Rubinstein, Esq.
Loeb & Loeb
345 Park Avenue
New York, NY 10154
(Merrill Lynch)
*FedEx*

Samuel Rudman, Esq.
David Rosenfeld, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
(Institutional Investors Group)
*FedEx*

Rumph
IKON Office Solutions
3920 Arkwright Road, Suite 400
Macon, GA 31210
(IKON Office Solutions, Inc.)
*FedEx*

Thomas Salerno, Esq.
Two Renaissance Square
Squire Sanders & Dempsey L.L.P.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
*FedEx*

Brian D. Salwowski, Esq.
Deputy Attorney General
Indiana Dept. of Revenue
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
(Indiana Department of Revenue)
*FedEx*

## 2002 SERVICE LIST

### 6/18/2010

Charles Sawyer, Esq.
Dorsey & Whitney
50 South Sixth St., Suite 1500
Minneapolis, MN 55402
(U.S. Bank)
*FedEx*

Eric Lopez Schnabel, Esq.
Dorsey & Whitney
1105 North Market Street, 16th Fl.
Wilmington, DE 19801
(U.S. Bank National Asso.)
*Hand Delivery*

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*FedEx*

Barry N. Seidel
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(CIFG Assurance)
*FedEx*

Joseph E. Shickich, Jr., Esq
Riddell Williams, P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(Microsoft Corporation)
*FedEx*

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE 19801
(Wells Fargo)
*Hand Delivery*

Margot B. Schonholtz, Esq.
Myron Kirschbaum, Esq.
Scott D. Talmadge, Esq.
Ana Alfonso, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
*FedEx*

Lisa Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006
(Goldman Sachs)
*FedEx*

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
(WestLB AG)
*FedEx*

Russell C. Silberglied, Esq.
Christopher Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Bank of New York)
*Hand Delivery*

# 2002 SERVICE LIST

## 6/18/2010

Laurie S. Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)
*Hand Delivery*

Andrew Silverstein, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Deutsche Bank)
*FedEx*

Christopher P. Simon, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Fl.
Wilmington, DE 19801
*Hand Delivery*

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15230-2009
(GMAC)
*FedEx*

Linda Singer
Zuckerman Spaeder LLP
1800 M. Street, N.W., Suite 1000
Washington, DC 20036
(Borrowers Committee)
*FedEx*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(GMAC)
*FedEx*

David Stack
ABN AMRO Bank
101 Park Avenue, 6th Fl
New York, NY 10178
*FedEx*

Karen Stapleton
Assistant County Attorney
One Harrison Street, S.E.
5th Floor
Leesburg, VA 20175
(County of Loudoun, VA)
*FedEx*

State of Maryland
Office Unemployment Ins./Litigation and Prosecution Dept.
1100 North Eutaw St., Room 401
Baltimore, MD 21201
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611
(Fannie Mae)
*FedEx*

Weisbrod Stephen, Esq
W. Hunter Winstead
Gilbert Oshinsky
1100 New York Ave., NW
Suite 700
Washington, DC 20005-3987
(Borrower Committee)
*FedEx*

Richard Stern, Esquire
Michael Luskin, Esq.
Luskin, Stern & Eisler LLp
330 Madison Avenue,  Suite 3400
New York, NY 10017
(Societe Generale)
*FedEx*

David Stoelting
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*FedEx*

Ralph Stone, Esq.
Thomas Ciarlone, Esq.
Shalov Stone & Bonner LLP
485 7th Avenue, Rm 1000
New York, NY 10018-7241
(Foster, Anderson, McBride, Hollingsworth, Fitzgerald, Meketa)
*FedEx*

Nicola Suglia, Esq.
Fleischer Fleischer & Suglia
Plaza 1000 At Main Street, Suite 208
Voorhees, NJ 08043
*FedEx*

William D. Sullivan, Esq.
Elihu E. Allinson, III
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
(Norman Loftis)
*Hand Delivery*

Eric M. Sutty, Esq.
Fox Rothschild
919 North Market Street, Suite 1600
Wilmington, DE 19801
(Natixis Real Estate)
*Hand Delivery*

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Bank of America)
*FedEx*

William F. Taylor, Jr
Renaissance Centre
McCarter & English, LLP
405 N. King Street, 8th Fl.
Wilmington, DE 19801
(Verizon Business Global)
*Hand Delivery*

## 2002 SERVICE LIST

### 6/18/2010

William F. Taylor, Jr
Renaissance Centre
McCarter & English, LLP
405 N. King Street, 8th Fl.
Wilmington, DE 19801
(Verizon Business Global)
*Hand Delivery*

Irving Thau
1139 Amalfi Drive
Pacific Palisades, CA 90272
*FedEx*

Prince Altee Thomas, Esq.
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(Spring-Ford Area School District)
*FedEx*

Christina Thompson, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(Inland US Management, LLC)
*Hand Delivery*

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
(Wells Fargo)
*FedEx*

Marikae Toye
Deputy Attorney General
New Jersey Attorney General's Office
R.J. Hughes Justice Complex
PO Box 106
Trenton, NJ 08625
*FedEx*

Robert Trodella, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
(Washington Mutual Bank)
*FedEx*

S. James Wallace, Esq.
The Gulf Tower, 38th Fl.
Griffith McCague & Wallace
707 Grant Street
Pittsburgh, PA 15219
(Duquesne LIght Company)
*FedEx*

Madeleine C. Wanslee, Esq.
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004
(Maricopa County)
*FedEx*

Christopher A. Ward, Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(McLain Partners; B. Frimmel)
*Hand Delivery*

# 2002 SERVICE LIST

## 6/18/2010

Peter Weinstock
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
(Bancorp)
*FedEx*

Gilbert B. Weisman, Esq.
(American Express Travel Related Svcs Co Inc Corp Card)
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355
(American Express Travel Related Svcs Co Inc Corp Card)
*FedEx*

Gilbert B. Weisman, Esq.
(American Express Travel Related Svcs Co Inc Corp Card)
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355
(Counsel for American Express Travel Related Svcs Co Inc Corp Card)
*FedEx*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
(Dallas County)
*FedEx*

Duane Werb, Esq.
Werb & Sullivan
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE 19801
(Elvin and Phyllis Valenzuela (Creditors))
*Hand Delivery*

Steven Wilamowsky, Esq
Bingham McCutchen
399 Park Avenue
New York, NY 10022-4689
(DB Structured)
*FedEx*

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
(Calyon, ZC Real Estate Tax Solutions)
*FedEx*

Bruce Wilson, Esq.
Thomas T. Roubidoux, Esq.
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102
(Financial Guaranty Insurance Corporation)
*FedEx*

Amanda M. Winfree
William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(DB Structured; Lehman Bros.)
*Hand Delivery*

Daniel P. Winikka, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201
*FedEx*

## 2002 SERVICE LIST

### 6/18/2010

Jonathan Winnick, Esq.
Bernstein Shur
100 Middle Street
Portland, ME 04104
*FedEx*

Donald A. Workman, Esq.
Jeffrey M. Sullivan, Esq.
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(Fidelity National)
*FedEx*

William G. Wright, Esq.
John Weaver, Esq.
Farr, Burke, Gambacorta & Wright
PO Box 5375
Mount Laurel, NJ 08543
(Banc of America Leasing)
*FedEx*

Karon Wright, Esq.
Travis County Attorney
P.O. Box 1748
Austin, TX 78767
*FedEx*

Steven M. Yoder, Esq.
Eric Sutty, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(Bracebridge Capital, LLC; Natixis; Lehman)
*Hand Delivery*

Kenneth S. Yudell, Esq.
Joseph Aronauer, Esq.
Aronauer, Goldfarb, Silas & Re, LLP
444 Madison Avenue, 17th Fl
New York, NY 10022
*FedEx*

Rafael Zahralddin-Aravena, Esq.
Elliott Greenleaf
1000 West Street, The Brandywine Bldg.
Wilmington, DE 19801
(FNC, Inc.)
*Hand Delivery*

Craig Ziady
Cummings Properties, LLC
200 West Cummings Park
Woburn, MA 01801
*FedEx*

Charles Ziegler, Esq.
1030 Lafayette St.
PO Box 53513
Lafayette, LA 70505
(Barbara Adams)
*FedEx*

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101
(Washington Mutual)
*FedEx*