IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :   Jointly Administered
    Debtors.                                                        :
                                                                    :   Ref. Docket Nos. 8737, 8819 & _____
                                                                    :
------------------------------------------------------------------- x

## ORDER REINSTATING THE CLAIM OF DESERT PALACE

Upon consideration of the fifty-fourth omnibus (non- substantive) claims objection (the "Objection") [Docket No. 8737] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered an order [Docket No. 8819] sustaining the Objection and disallowing the claim no. 7714 filed by Desert Palace Inc. d/b/a Ceasar's Palace Hotel & Casino (the "Desert Palace Claim"); and the Debtors having determined the Desert Palace Claim is a valid claim against American Home Mortgage Corp.; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

ORDERED that the Desert Palace Claim shall be allowed as a general unsecured claim against American Home Mortgage Corp. in the amount of $500,000; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
        6/22, 2010

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE