

# TUSCALOOSA COUNTY TAX COLLECTOR
### 124 COURTHOUSE • 714 GREENSBORO AVENUE
### TUSCALOOSA, ALABAMA 35401

**PEYTON C. COCHRANE**
TAX COLLECTOR

June 18, 2010

PHONE (205) 349-3870 Ext. 237
FAX (205) 469-6831

Clerk
U. S. Bankruptcy Court
824 Market Street, 5th Street
Wilmington, Delaware  19801

RE:   **AMERICAN HOME MORTGAGE HOLDINGS, INC.**
      **CASE NO:  07-11047(CSS)**

Dear Sir:

Please withdraw my amended secured claim in the amount of $1,430.67 that was filed on the above listed case on August 28, 2007.

The 2007 taxes on the above account for claim number 18 was paid December 3, 2007.

Thank you for your assistance in this matter.

Sincerely,

Peyton C. Cochrane
Tax Collector

PCC:bmm