**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : | |
| AMERICAN HOME MORTGAGE HOLDINGS, : | Case No. 07-11047(CSS) |
| INC., : | |
| Debtor. : | |
| _____ : | |

## NOTICE OF REMOVAL

PLEASE remove my name on the electronic notification service list in the above captioned bankruptcy matter.

Dated: June 24, 2010

                WEIR & PARTNERS LLP

              BY: /s/ Jeffrey S. Cianciulli
                  Jeffrey S. Cianciulli (#4369)
                  824 Market Street Mall, Suite 800
                  Wilmington, Delaware 19899
                  (302) 652-8181 (telephone)
                  (302) 652-8909 (facsimile)