UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :    Jointly Administered
     Debtors.                                                :
                                                               :
                                                               :    Hearing Date: July 19, 2010 at 11:00 a.m.
                                                               :    Objection Deadline: July 12, 2010 at 4:00 p.m.
                                                               :
---------------------------------------------------------------x

## NOTICE OF MOTION

TO:    (1) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, (2) ALL PARTIES WHO HAVE TIMELY FILED REQUESTS FOR NOTICE UNDER BANKRUPTCY RULE 2002, (3) COUNSEL FOR THE UNSECURED CREDITORS' COMMITTEE, AND (4) COUNSEL FOR AJILON AND ADP

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached Debtors' Motion for Entry of an Order Approving Settlement Agreements with Certain Preference Defendants (the "Motion").

Responses to the Motion, if any, must be filed on or before **July 12, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **JULY 19, 2010 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 6th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
June 28, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Curtis J. Crowther*
Sean M. Beach (No. 4070)
Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession