**<u>Exhibit B</u>**

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 24, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141262

For professional services rendered from January 1, through January 31, 2010 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 12,837.50 |
| 006 | SALES OF ASSETS | | 4,498.00 |
| 007 | PROFESSIONIAL FEES | | 2,706.50 |
| 008 | AVOIDANCE ACTIONS | | 59,325.00 |
| 009 | LITIGATION | | 24,351.00 |
| 011 | EMPLOYEE ISSUES | | 170.00 |
| 012 | CLAIMS ADMINISTRATION | | 722.50 |
| 013 | INVESTIGATION OF COMPANY | | 27,627.50 |
| 014 | TRIAD WORKOUT | | 5,172.50 |
| | **Total Time** | $ | 137,410.50 |
| | | | |
| | CARFARE | $ | 66.30 |
| | DUPLICATING | | 717.80 |
| | LEXIS | | 326.32 |
| | MEALS | | 184.75 |
| | POSTAGE | | 152.21 |
| | SEARCH FEES | | 62.00 |
| | TELEPHONE CONFERENCE CALL | | 4.81 |
| | TRAVEL | | 1,205.20 |
| | VELOBIND | | 2.75 |
| | **Total Disbursements** | $ | 2,722.14 |
| | | | |
| | **TOTAL BILL** | **$** | **140,132.64** |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 24, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141262

For professional services rendered from January 1, through January 31, 2010 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
002        CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/02/10 | Review post-confirmation reports (.30). | JXZ | 0.30 | 127.50 |
| 01/02/10 | Review post-confirmation report | MTP | 0.20 | 152.00 |
| 01/03/10 | Review docket activity (.10). | JXZ | 0.10 | 42.50 |
| 01/04/10 | Review notice of adjourned hearing (.10); calendar (.10); review notice of transcript and verify whether H&H needed a copy (.10). | JS | 0.30 | 73.50 |
| 01/05/10 | Rucker - phone call with Creditors' Committee and emails with BDO re: same. | ELS | 0.40 | 238.00 |
| 01/05/10 | Review docket and recent pleadings (.20). | JS | 0.20 | 49.00 |
| 01/05/10 | Review e-mails on settlement of loan (.30); discuss same with ELS and other open issues (.20); review e-mails from BDO (.20). | MSI | 0.70 | 532.00 |
| 01/06/10 | Attention to credit inquiries (.10). | JXZ | 0.10 | 42.50 |
| 01/07/10 | Review and revise critical dates memo and calendar entries (1.50); review and forward the reply to the opposition of Park National Bank to the Debtors' motion for allowance and payment of section 506c claim (.30); file maintenance (.50). | JS | 2.30 | 563.50 |
| 01/07/10 | Attention to creditor inquiries (.90). | JXZ | 0.90 | 382.50 |
| 01/07/10 | Review opposition to the response on 506 charges against the Chicago property (.40); meeting with ELS regarding same (.10). | MSI | 0.50 | 380.00 |
| 01/07/10 | Review of cases re claims against Deloitte (1.00). | JPM | 1.00 | 750.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/08/10 | Dobben - phone call with Dobben's attorney re: settlement interest; meeting with MSI re: same and email to Debtors re: same (.90); Park National - review pleadings re: 506(c) issue and meeting with MSI re: same (.80). | ELS | 1.70 | 1,011.50 |
| 01/08/10 | Review notice of agenda for 1/12 hearing (.20); review docket and recent pleadings (.30); calendar events (.10). | JS | 0.60 | 147.00 |
| 01/08/10 | Attention to Creditor inquiries (.40). | JXZ | 0.40 | 170.00 |
| 01/08/10 | Teleconference with Beach regarding hearing and issues to be dealt with on objection as well as third party litigation (.30); Review and edit BDO report and teleconference with Berliner regarding same (.50). | MSI | 0.80 | 608.00 |
| 01/09/10 | Review financial update (.20). | JXZ | 0.20 | 85.00 |
| 01/09/10 | Review hearing agenda (.10). | JXZ | 0.10 | 42.50 |
| 01/11/10 | Dobben - emails with debtors re: settlement approval procedure and meeting with MSI re: same (.50); meeting with MSI re: Park National and 506(c) hearing. | ELS | 0.70 | 416.50 |
| 01/11/10 | Meeting with ELS and discussion with Beach about issues regarding Chicago Property and hearing. | MSI | 0.40 | 304.00 |
| 01/12/10 | Travel to and from Court for 1/12 hearing (at 1/2 time) (2.40); attend 1/12 hearing (1.10); meeting with MSI re: 506(c) result and email to Beach re: stipulation (.40). | ELS | 3.90 | 2,320.50 |
| 01/12/10 | Review order approving memorandum of understanding (.10); review order resolving debtors 48th omnibus objection to claims (.10); review committee's omnibus motion to approve 9019 (.40); calendar (.10). | JS | 0.70 | 171.50 |
| 01/13/10 | Emails to BDO re: Park National 506(c) issue (.30); phone call with Dobben's attorney re: settlement offer (.30). | ELS | 0.60 | 357.00 |
| 01/13/10 | Teleconference with Beach regarding Ross issues, Bank and claims (.20); teleconference with S. Sass regarding status (.20). | MSI | 0.40 | 304.00 |
| 01/13/10 | Short discussion with MSI re Ross and Bank | MTP | 0.10 | 76.00 |
| 01/14/10 | Emails re: Dobben matter. | ELS | 0.20 | 119.00 |
| 01/14/10 | Review certification of counsel regarding omnibus objection to claims (.10); review and update critical dates memo (.40); file maintenance (.50). | JS | 1.00 | 245.00 |
| 01/14/10 | Review Rucker Stipulation/Order (.10). | JXZ | 0.10 | 42.50 |
| 01/15/10 | Review order setting briefing schedule (.10); review docket and recent pleadings (.20). | JS | 0.30 | 73.50 |
| 01/19/10 | Review Order regarding debtors 13th omnibus objection to claims (.10); review and calendar 49th omnibus objection to claims (.20); review and calendar 15th omnibus objection to claims (.20); review and calendar objection to repurchase agreement deficiency claim of Orix Capital (.30); update critical dates memo (.30). | JS | 1.10 | 269.50 |
| 01/19/10 | Attention to creditor inquiries (.20). | JXZ | 0.20 | 85.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/21/10 | Teleconference with S. Sass regarding status. | MSI | 0.20 | 152.00 |
| 01/25/10 | Dobben - review response to our offer and emails to attorney and debtors re: same (.30) meeting with Neiburg re: landlord with possible administration rent claim (.20). | ELS | 0.50 | 297.50 |
| 01/25/10 | Review docket activity (.10). | JXZ | 0.10 | 42.50 |
| 01/26/10 | Reviewing Debtors objection to Orix claim. | JO | 0.40 | 128.00 |
| 01/26/10 | Review docket and recent pleadings (.20); review and review critical dates memo (.20). | JS | 0.40 | 98.00 |
| 01/26/10 | Docket Printing for JS (3.00) | KP | 3.00 | 450.00 |
| 01/27/10 | Review certification of counsel re 27th omnibus objection to claim (.10); review docket (.10). | JS | 0.20 | 49.00 |
| 01/28/10 | Review order re debtors 37th omnibus objection to claims (.10); review docket (.20). | JS | 0.30 | 73.50 |
| 01/28/10 | Review latest draft of Broadhollow agreement (.50); Teleconference with DDG regarding same and review e-mail from Beach regarding response to comments (.30). | MSI | 0.80 | 608.00 |
| 01/29/10 | Review debtors motion to approve 9019 (.20); calendar events (.10); review debtors motion and notice to approve sale of Broadhollow (.60) calendar events (.20); review Dobben's motion to prohibit use of cash collateral (.30); calendar (.10); update critical dates memo (.30); file maintenance (.60). | JS | 2.40 | 588.00 |
| 01/29/10 | Review CCDH 9019 motion (.20); review financial update (.20). | JXZ | 0.40 | 170.00 |

TOTAL HOURS                    29.20

TOTAL SERVICES.........................................................................$    12,837.50

DISBURSEMENT SUMMARY

CARFARE                                                                    $12.50

DUPLICATING                                                             $19.90

LEXIS                                                                          $1.02

POSTAGE                                                                   $20.40

SEARCH FEES                                                            $7.84

TRAVEL                                                                     $253.20

TOTAL DISBURSEMENTS............................................................$    314.86

TOTAL FEES & DISBURSEMENTS .............................................$    13,152.36

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 608 | Primm | 3.00 | 150.00 | 450.00 |
| 556 | Smith | 9.80 | 245.00 | 2,401.00 |
| 583 | Orbach | 0.40 | 320.00 | 128.00 |
| 493 | Zawadzki | 2.90 | 425.00 | 1,232.50 |
| 486 | Schnitzer | 8.00 | 595.00 | 4,760.00 |
| 226 | McCahey | 1.00 | 750.00 | 750.00 |
| 260 | Indelicato | 3.80 | 760.00 | 2,888.00 |
| 364 | Power | 0.30 | 760.00 | 228.00 |
| ATTY TOTAL | | 29.20 | | 12,837.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 24, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141262

For professional services rendered from January 1, through January 31, 2010 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|  | 006 | SALES OF ASSETS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/04/10 | Review Broadhollow order; confer with MSI regarding same. | DDG | 0.30 | 213.00 |
| 01/08/10 | Conference with MSI, conference call regarding Broadhollow agreement and order. | DDG | 0.60 | 426.00 |
| 01/09/10 | Miscellaneous e-mails with Beach, MSI regarding Broadhollow order. | DDG | 0.20 | 142.00 |
| 01/11/10 | Review revisions to Broadhollow order and agreement, conferences and e-mails regarding same. | DDG | 0.50 | 355.00 |
| 01/12/10 | Miscellaneous conferences with MSI, Grear and Beach regarding Broadhollow agreement, order. | DDG | 0.80 | 568.00 |
| 01/13/10 | Conference with Grear, Beach, MSI regarding Broadhollow issues. | DDG | 0.40 | 284.00 |
| 01/14/10 | Review revised Broadhollow and sale agreement, miscellaneous e-mails and conferences regarding same. | DDG | 0.90 | 639.00 |
| 01/14/10 | Attention to Broadhollow sale agreement | MTP | 0.50 | 380.00 |
| 01/15/10 | Review revisions to Broadhollow order, sale agreement, conferences and e-mails regarding same. | DDG | 0.50 | 355.00 |
| 01/18/10 | Review revised Broadhollow order and agreement, miscellaneous e-mails regarding same. | DDG | 0.40 | 284.00 |
| 01/28/10 | Review revised Broadhollow documents, e-mails and conferences with MSI, Beach | DDG | 1.20 | 852.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| | TOTAL HOURS | | 6.30 | |
| | TOTAL SERVICES.......................................................................$ | | | 4,498.00 |

DISBURSEMENT SUMMARY

| | | | | |
|------|----------|------|-------|-------|
| MEALS | | | | $14.77 |
| | | | | ———— |
| TOTAL DISBURSEMENTS............................................................$ | | | | 14.77 |
| TOTAL FEES & DISBURSEMENTS ............................................$ | | | | 4,512.77 |

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---------|-------|-----------------|-------------|
| 426 | Grubman | 5.80 | 710.00 | 4,118.00 |
| 364 | Power | 0.50 | 760.00 | 380.00 |
| ATTY TOTAL | | 6.30 | | 4,498.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 24, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141262

For professional services rendered from January 1, through January 31, 2010 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
|  | 007 | PROFESSIONIAL FEES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 01/03/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 01/05/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 01/07/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 01/11/10 | Review Fee Order (.10). | JXZ | 0.10 | 42.50 |
| 01/14/10 | Review Fee Order (.10); review numerous certifications (.10). | JXZ | 0.20 | 85.00 |
| 01/20/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 01/21/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 01/25/10 | Reviewing Fee Applications from May 2008-March 2009 In preparation for Fee Examiner (4.30) | KP | 4.30 | 645.00 |
| 01/25/10 | Work on monthly fee applications | MTP | 1.50 | 1,140.00 |
| 01/26/10 | Prepare and forward fee past fee statements to Fee Auditor (2.20). | JS | 2.20 | 539.00 |

TOTAL HOURS                8.90

TOTAL SERVICES..........................................................................$     2,706.50

<u>SUMMARY OF ATTORNEY TIME</u>

| <u>ATTORNEY</u> | | <u>HOURS</u> | <u>BILLED PER HOUR</u> | <u>BILL AMOUNT</u> |
|---|---|---|---|---|
| 608 | Primm | 4.30 | 150.00 | 645.00 |
| 556 | Smith | 2.20 | 245.00 | 539.00 |
| 493 | Zawadzki | 0.90 | 425.00 | 382.50 |
| 364 | Power | 1.50 | 760.00 | 1,140.00 |
| ATTY TOTAL | | 8.90 | | 2,706.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 24, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141262

For professional services rendered from January 1, through January 31, 2010 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
008           AVOIDANCE ACTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/02/10 | Review settlement stipulations (.20); e-mails ELS/R. Rowland (various)(.20). | JXZ | 0.40 | 170.00 |
| 01/03/10 | Review AP dockets (.10); e-mail S. Weiler (Thacher), ELS/R. Rowland (various)(.30). | JXZ | 0.40 | 170.00 |
| 01/04/10 | Email corrsespondence/conference with ELS re service of second summons on Diners Club and info re Diners Club (.40); research for alternative addresses for Diners Club and letter to Diners Club (.10); drafted settlement agreement for CDW Direct (.50); email correspondence with ELS/counsel for CDW Direct re settlement agreement (.10); research re Diners Club's locations, registered agents, and correct corporate name for service of third summons (.40); prepared third summons for Diners Club and letter to registered agent re same (.10). | CJK | 1.60 | 800.00 |
| 01/04/10 | Draft 5th omnibus 9019 motion, notice and order and emails to committee and RMS re: same (1.10); CDW - review and revise settlement agreement (.30); Diners Club - meetings with CDW re: service of complaint (.40); Scotsman Guide - review and respond to RMS email re: defense analysis (.40). | ELS | 2.20 | 1,309.00 |
| 01/04/10 | Review of email correspondences regarding the preference action against Microsoft (.20) Email to E. Plank regarding tolled matters (.10) | HNP | 0.30 | 112.50 |
| 01/04/10 | Reviewing Fedex settlement offer. | JO | 0.10 | 32.00 |
| 01/04/10 | Calls/e-mails J. Forstadt (Thacher), ELS/R. Rowland (various)(.40); review pending tolled matters (.40); review schedule of settlements (.10). | JXZ | 0.90 | 382.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/04/10 | Reviewed and updated preference chart re: preferences as assigned. | NCR | 0.60 | 180.00 |
| 01/04/10 | Meeting with ELS to discuss Reckson partial dismissal (.30); call with A. Dembrow regarding Reckson Associates dismissal (.30); editing of Reckson affidavit and further communication with A. Dembrow regarding execution (.30); drafting of dismissal notice and communication with local counsel regarding filing (.30); analysis and review of Scotsman Publishing defenses provided by RMS (.20); drafting and editing of Sir Speedy complaint and schedule (.40). | ZV | 1.80 | 576.00 |
| 01/05/10 | Review and respond to emails from RMS re: Google, Equifax, Planned Office and Fairmont Hotel (1.40); meeting with ZV re: Reckson (.20); meeting with JXZ re: Cadwalder and Weiner tolled matters (.30); review and approve various complaints for filing (.30). | ELS | 2.20 | 1,309.00 |
| 01/05/10 | Drafted complaint and exhibit for preference defendant Merscorp Inc. (.30); conducted research into the name of a preference defendant for purposes of drafting the above noted complaint and email correspondences with ELS regarding the same (.60). | HNP | 0.90 | 337.50 |
| 01/05/10 | Follow-up with Liz Plank on Equifax and Google re tolling (.10); reviewing Equifax settlement terms (.10); prepare Google complaint, summons and affidavit of service (.40). | JO | 0.60 | 192.00 |
| 01/05/10 | Meetings,/calls/e-mails ELS (various), A. Awong (various), R. Rowland (various), L. Sloan (various), D. Souter (WBSK); K. Bohuslvv/B. McLaughlin (TF), G. Petrick (Cadwalader), CAS (Triad)(1.10); review invoices and conduct OC analyses (.50); attention to pending/tolled matters (.10); draft WBSK Tolling Agreement (.20); draft complaints (.20); draft affidavits of service (.20); research service addresses (.20). | JXZ | 3.20 | 1,360.00 |
| 01/05/10 | Reviewed AHM preferences as assigned to determine which matters need tolling agreements (.40); sent fully executed tolling agreement for Protis Innovation Services to opposing counsel (.20). | NCR | 0.60 | 180.00 |
| 01/05/10 | Editing and filing of Sir Speedy complaint (.40); communication with local counsel regarding Reckson partial dismissal (.20); communication with RMS regarding Reckson partial dismissal (.30); meeting with ELS to discuss open issues (.40). | ZV | 1.30 | 416.00 |
| 01/06/10 | Email correspondence with BDO re Diners Club invoices (.10); email correspondence with RMS/ELS re Ellie Mae settlement agreement (.10); revised settlement agreement for CDW Direct (.10); conference with ELS re settlement agreement for CDW Direct (.10). | CJK | 0.40 | 200.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/06/10 | MERS - review and approve complaint for filing and emails re: tolling of same (.40); CDW - meeting with CJK re: CDW edits to settlement agreement (20); review and respond to RMS emails re: Blackrock, Ellie Mae, Trade (1.50); process various settlement checks (.40); emails re: various tolling agreements (.20); edits to draft discovery requests (.30); Microsoft - emails with debtors re: matter (.40). | ELS | 3.40 | 2,023.00 |
| 01/06/10 | Email correspondences with ELS and Debtors' counsel regarding Microsoft preference action and underlying agreement with Microsoft (.30); Review of the above noted underlying agreement with Microsoft (.30); Review and revised complaint against preference defendant Merscorp as per ELS's revisions (.30); Multiple email correspondences with ELS, E. Plank and T. Guilfoyle regarding further tolling of the above noted action against Merscorp (.30). | HNP | 1.20 | 450.00 |
| 01/06/10 | Serving Google summons and complaint. | JO | 0.20 | 64.00 |
| 01/06/10 | E-mails ELS (various)(.10); review affidavits of service (.10). | JXZ | 0.20 | 85.00 |
| 01/06/10 | Tolling Agreement for Aspect Software (.20); check pleadings for Critical Vendor Motion for Blackrock and various e-mails re same (.40). | KGC | 0.60 | 291.00 |
| 01/06/10 | Review and analysis of Securitron answer (.20); drafting of correspondence to opposing counsel regarding need for local counsel (.20); communication with local counsel regarding filing of affidavit of service (.20); execution of Scotsman tolling agreement and communication with opposing counsel (.20). | ZV | 0.80 | 256.00 |
| 01/07/10 | Review and respond to emails from RMS re: 8965 Eastern, Workplace, Equifax, Ocean Place, Sourcemedia and Blackrock (2.30); Larmee - review emails from defendant's attorney re: ordinary course of business and review email from RMS re: same (.40). | ELS | 2.70 | 1,606.50 |
| 01/07/10 | E-mails, ELS/R. Rowland (various)(.10). | JXZ | 0.10 | 42.50 |
| 01/07/10 | E-mail to L. Plank and ELS re Blackrock (.10); review files re initial disclosure preparation (.90). | KGC | 1.00 | 485.00 |
| 01/07/10 | Review of Pure correspondence and settlement offer (.20); review of other open issues (.40). | ZV | 0.60 | 192.00 |
| 01/08/10 | Teleconference and email correspondence with CDW's counsel re settlement agreement (.20); teleconference and email correspondence with ELS re CDW's settlement agreement (.10); revised settlement agreement (.10); email correspondence with RMS/ELS re settlement/tolling agreement with Clayton Services (.10). | CJK | 0.50 | 250.00 |
| 01/08/10 | Various emails re: expiring tolling agreements (.40); review and respond to RMS emails re: S-Tron, Manpower and Growth Solutions (.70). | ELS | 1.10 | 654.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/08/10 | Multiple email correspondences with ELS and K. Knuckley regarding preference action against Manpower and with tolling agreement (.50); Drafted and review and revised complaint against above noted preference defendant and tolling agreement (.70); Multiple email correspondences with E. Sloan and T. Guilfoyle regarding filing of with complaint and exhibit for filing (.20). | HNP | 1.40 | 525.00 |
| 01/08/10 | Draft Triad stipulation and e-mails ELS, CAS, K Manern same (.20); review Affidavits (.10); E-mails T. Guilfoyle (various)(.10); review AP dockets (.10). | JXZ | 0.50 | 212.50 |
| 01/09/10 | Review 9019 Order (.10). | JXZ | 0.10 | 42.50 |
| 01/11/10 | Email correspondence with ELS re meeting to discuss discovery (.10). | CJK | 0.10 | 50.00 |
| 01/11/10 | E-mails ELS/R. Rowland (Workspace)(.10). | JXZ | 0.10 | 42.50 |
| 01/11/10 | Review of Securitron systems initial disclosures (.30); review of dockets and dismissal requirements for settled matters (.30). | ZV | 0.60 | 192.00 |
| 01/12/10 | Email correspondence with CDW counsel/ELS re status of settlement agreement (.10). | CJK | 0.10 | 50.00 |
| 01/12/10 | Finalize Fifth 9019 motion for filing (.50); review and respond to RMS emails re: MVCC Sierra (.30); prepare status report on November and December scheduling orders (1.30). | ELS | 2.10 | 1,249.50 |
| 01/12/10 | Review of file regarding preference defendant Metavante and email correspondences with ELS regarding the same (.10). | HNP | 0.10 | 37.50 |
| 01/12/10 | Reviewing status of all matters for report to court. | JO | 0.30 | 96.00 |
| 01/12/10 | E-mails T. Guilfoyle (Triad)(.10). | JXZ | 0.10 | 42.50 |
| 01/12/10 | Review of answers and dockets for preparation of initial discovery (.40); review and update of status chart (.30); review of 4th and 5th omnibus 9019 motions for matters to dismiss (.60). | ZV | 1.30 | 416.00 |
| 01/13/10 | Conference with ELS/team re discovery (.70); reviewed status report for accuracy and email correspondence with ELS re comments to report (.50). | CJK | 1.20 | 600.00 |
| 01/13/10 | Discovery meeting with team re: initial disclosures and service of discovery requests (.70); edits to status report (1.50); Ellie Mae - settlement agreement revisions, call with defendant's counsel (.50). | ELS | 2.70 | 1,606.50 |
| 01/13/10 | Meeting with ELS and preference team regarding servicing initial discovery on preference defendants (.60); review of ELS's status report schedule of pending and dismissed preference actions, review of docket and preference chart regarding the same and email to ELS with changes to the status report schedule (1.30); update of preference chart as per review of docket (.30); review of omnibus 9019 motion and settlement agreements for dismissed preference actions and email to T. Guilfolye to dismiss said actions (.70). | HNP | 2.90 | 1,087.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/13/10 | Meeting with ELS re initial disclosures and discovery requests (.70); reviewing all matters to determine who to serve and describing to assistant how to prepare initial disclosures and affidavit of services (.70). | JO | 1.40 | 448.00 |
| 01/13/10 | Attend team meeting re discovery discussion (1.20); draft stipulation of dismissal for Blackrock (.50); review file re service for AMC Transfer and e-mail to local counsel re same (.50); review files re status report for the Court (1.60). | KGC | 3.80 | 1,843.00 |
| 01/13/10 | Created master chart of all matters assigned (1.20); meeting with AHM preference team re: discovery (.40); prepared initial disclosures for all matters (.70). | NCR | 2.30 | 690.00 |
| 01/13/10 | Meeting with preference team for initial discovery planning (.70); review of status report and docket analysis (.80); initial drafting of discovery requests (.90). | ZV | 2.40 | 768.00 |
| 01/14/10 | Email correspondence with CDW Direct's counsel re settlement payment (.10). | CJK | 0.10 | 50.00 |
| 01/14/10 | MCVV Sierra - review emails from BDO re: matter (.20); Tax Verification - review JXZ email re: matter and meeting with JXZ re: same (.30); finalize status report for filing (1.50); Fedex emails with RMS re: settlement status (.30). | ELS | 2.30 | 1,368.50 |
| 01/14/10 | Review of files for purposes of preparing to serve initial discovery on preference defendants (.30). | HNP | 0.30 | 112.50 |
| 01/14/10 | Review data and conduct various OC/NV analyses (1.80); review claims registry (.10); calendar maintenance (.10); draft case assessment (.40); review/revise status report (.20); calls, meetings, e-mails ELS/R. Rowland (various), D. Hercher (VCD)/T. Guilfoyle, D. Workman (TVB)(.90); review SO/draft TVB Stipulation (.30); review AP dockets (.20). | JXZ | 3.80 | 1,615.00 |
| 01/14/10 | Review all files and update Status Report on all matters to be filed with the Court (2.00); review file re Bellagio payments (.60); e-mails with RMS re Blackrock stipulation of dismissal (.30); review file for defendant Advisor Centric (.30). | KGC | 3.20 | 1,552.00 |
| 01/14/10 | Meeting with ELS regarding settlements and issues (.10); review same (.30). | MSI | 0.40 | 304.00 |
| 01/14/10 | Analysis of status chart and dockets for preparation of status report and initial disclosures (.80); drafting of initial disclosures for multiple cases (1.70). | ZV | 2.50 | 800.00 |
| 01/15/10 | Following up with assistant re service of initial disclosures. | JO | 0.20 | 64.00 |
| 01/15/10 | Calendar maintenance (.10); e-mails R. Rowland (TVB)(.10). | JXZ | 0.20 | 85.00 |
| 01/15/10 | Teleconference with S. Sass regarding preference settlement (.20); review e-mails regarding facts (.10); review answers and discovery responses (.50). | MSI | 0.80 | 608.00 |
| 01/19/10 | Email correspondence with local counsel/ELS re Diners Club's request for extension of time to answer (.10). | CJK | 0.10 | 50.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/19/10 | Info Highway - review and respond to RMS email re: matter (.30); Ellie Mae - review revised settlement agreement and revise further and email to defendant's attorney (.50); MCVV - review BDO email re: cure payments and draft email to RMS re: settlement (.30). | ELS | 1.10 | 654.50 |
| 01/19/10 | Email correspondence with counsel for preference defendant Media Recovery regarding initial disclosures (.20). Review of email correspondence from ELS and counsel to preference defendant Mortgage Guaranty Insurance Corp and email correspondence to the same regarding having a telephone initial conference (.30) | HNP | 0.50 | 187.50 |
| 01/19/10 | Reviewing and having filed service for all initial disclosures (.40); reviewing infohighway ordinary course defense (.20). | JO | 0.60 | 192.00 |
| 01/19/10 | Reviewed all initial disclosures and prepared them for ELS's signature. | NCR | 1.60 | 480.00 |
| 01/20/10 | Email correspondence with local counsel re third summons and affidavit of service re diners club (.10); reviewed drafts of initial disclosures, document requests, interrogatories and request for admissions (.30); reviewed discovery requests served by client services customer care and email correspondence with ELS re same (.10). | CJK | 0.50 | 250.00 |
| 01/20/10 | MVCC - review and respond to RMS emails re: settlement (.30); review bank statements regarding escrow accounts and update escrow chart (.70); Outsource - review RMS email re: defenses (.30); Touch - emails with defendant's attorney re: extension of time (.20). | ELS | 1.50 | 892.50 |
| 01/20/10 | Drafting dismissal stipulation and having it filed for Infohighway communications (.20); reviewing form discovery requests and instructing assistant how to prepare same (.80). | JO | 1.00 | 320.00 |
| 01/20/10 | E-mails, calls, meetings ELS/T. Guilfoyle (various), B. Berliner (Johnson)(.20); review invoicing data/conduct OC analyses (.40). | JXZ | 0.60 | 255.00 |
| 01/20/10 | Organize files for defendants re discovery and service of same (.50); review Bellagio file re specific interrogatories (.50); prepare for service of initial disclosures and written discovery (.50). | KGC | 1.50 | 727.50 |
| 01/20/10 | Reviewed preference analysis for Protis, Sprint and Nextel (.30); requested Blank Rome dismiss Oakwood Corporate Housing and Mortgage Success Source adversary proceedings (.10). | NCR | 0.40 | 120.00 |
| 01/20/10 | Meeting with ELS regarding discovery planning and dismissals for settled matters (.40); follow up and review of payment memos for received payments (.30); communication with local counsel regarding dismissal of settled matters (.30). drafting of initial disclosures and discovery to be served on open matters (.80). | ZV | 1.80 | 576.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/21/10 | Teleconference/email correspondence with Diners Club counsel/ELS re extension request, initial disclosures, and information requested (.20). | CJK | 0.20 | 100.00 |
| 01/21/10 | Review and respond to RMS emails re: Clayton, Fair Isaac, Novasoft, Modelytics and Balweb (1.40); Ellie Mae - phone call with defendant's attorney re: edits to settlement (.20); review and provide comments on RMS' fee application (.40); MERS - review their new value analysis and draft email re: same and further tolling (.40). | ELS | 2.40 | 1,428.00 |
| 01/21/10 | Multiple discussions and email correspondences with CD regarding preparing initial disclosures for service on various preference defendants (1.50); review and revised the above noted initial disclosures and updated preference chart regarding the same (1.80); email correspondences with E. Plank regarding preference action against Merscorp, Inc. (.20); review of email correspondences between ELS and counsel to Merscorp, Inc. regarding potential settlement of preference action (.20); review and revised preference complaint against Merscorp, Inc. and prepared tolling agreement for the same (.50); email correspondences with T. Guilfoyle regarding filing of preference complaint for Merscorp, Inc. (.10); review of settlement agreements and payment memoranda for various preference actions, email to T. Guilfoyle regarding filing of notices of dismissals and updated preference chart to reflect the same (1.10). | HNP | 5.40 | 2,025.00 |
| 01/21/10 | Reviewing Fair Isaac defense and drafting and having filed Fair Isaac dismissal. | JO | 0.50 | 160.00 |
| 01/21/10 | Review open preferences ad draft Initial Disclosures (.70); e-mails K. Bohuslav (Heyman)(.10). | JXZ | 0.80 | 340.00 |
| 01/21/10 | Draft, review and edit Initial Disclosures for all defendants (1.20); prepare and forward Blackrock Stipulation of Dismissal (.30). | KGC | 1.50 | 727.50 |
| 01/21/10 | Ensured all initial discloses were served to the correct address (.80); reviewed initial disclosure affidavit of service (.50); reviewed docket to determine if Novasoft Information Technology contract was assumed (1.50). | NCR | 2.80 | 840.00 |
| 01/22/10 | Reviewed initial disclosures and prepared to serve on all defendants (.80); email correspondence with Diners Club re account numbers and discovery (.20). | CJK | 1.00 | 500.00 |
| 01/22/10 | Review and respond to RMS emails re: PIP and Pitney and ePlus (.90); Diners Club - emails with defendant's attorney re: extension and account numbers (.30); MERS - emails re: further tolling agreement and paid new value (.20). | ELS | 1.40 | 833.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/22/10 | Email correspondences with counsel for Merscorp regarding tolling agreement and email to T. Guilfoyle regarding the same (.30); review of email correspondences between ELS and K. Knuckley regarding preference actions against Modelytics and email to K. Knuckley regarding the same (.30); multiple discussions with CD regarding service of initial disclosures on certain preference defendant (.20). | HNP | 0.80 | 300.00 |
| 01/22/10 | Review open preferences/draft initial disclosures and meeting LEB re service (1.50; e-mails/calls M. Migliore (Varga), C. Kunn (Johnson), ELS (various), D. Workman/T. Guilfoyle (TVB)(.30). | JXZ | 1.80 | 765.00 |
| 01/22/10 | Prepared and reviewed discovery for AHM preference matters. | NCR | 2.70 | 810.00 |
| 01/24/10 | Drafting and editing of initial disclosures (.70). | ZV | 0.70 | 224.00 |
| 01/25/10 | Ellie Mae - emails with defendant's attorney re: settlement (.20); Diners Club - phone call and emails with Discover's attorney re matter (.40). | ELS | 0.60 | 357.00 |
| 01/25/10 | Multiple email correspondences with preference defendants Lehr Construction and MGIC Investor Services regarding initial disclosures (.4) | HNP | 0.40 | 150.00 |
| 01/25/10 | Discussing service of preferences with assistant. | JO | 0.20 | 64.00 |
| 01/25/10 | Review AP dockets/pleadings and draft defaults (.70); revise status report (.40); review numerous affidavits; supervise service of disc. class and e-mails to T. Guilfoyle same (.40); review documents and draft discovery requests/correspondence to counsel (2.70); e-mail ELS/RR (TRI M/Zensar)(.10). | JXZ | 4.30 | 1,827.50 |
| 01/25/10 | Prepare, review, edit and serve written discovery on all defendants (3.30); review affidavits of service for initial disclosures (.40); e-mail to AHM team re discovery edits (.20). | KGC | 3.90 | 1,891.50 |
| 01/25/10 | Prepared and served discovery responses on all American Home preference defendants. | NCR | 0.90 | 270.00 |
| 01/25/10 | Drafting and editing of discovery, including admissions requests, document production requests and interrogatories for multiple preference defendants on November scheduling order (2.10). | ZV | 2.10 | 672.00 |
| 01/26/10 | Bellagio - meeting with KGC re: discovery (.20); Google - emails with Plank re: settlement (.30); Ellie Mae - review and revise settlement agreement (.30). | ELS | 0.80 | 476.00 |
| 01/26/10 | Multiple discussions with DEG regarding service of first discovery requests (.60); Updated preference chart for purposes of servicing first discovery requests (.30); Review of first discovery requests (.50); Email correspondences with preference defendant, Mortgage Contracting Services, regarding extension of time to serve initial disclosures (.20). | HNP | 1.60 | 600.00 |
| 01/26/10 | Discussing service of discovery requests with assistant. | JO | 0.20 | 64.00 |
| 01/26/10 | E-mail D. Workman (TVB), R. Rowland (ZENSAR)(.10). | JXZ | 0.10 | 42.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/26/10 | Review discovery from Bellagio (.50) and American Security Group (.50); review e-mails form RMS re Balweb (.20). | KGC | 1.20 | 582.00 |
| 01/26/10 | Communication with C. Pilliod regarding Sir Speedy affidavit (.20). Review and analysis of Sir Speedy affidavit and transferee issue (.20). Meeting with ELS to discuss Sir Speedy issue (.20). | ZV | 0.60 | 192.00 |
| 01/27/10 | Goggle - review draft settlement agreement and emails with RMS re: same (.40); Pitney Bowes - emails with RMS re: analysis and conference call with NCR, Sass and  Rowland re: same (.60); meeting with JXZ re: Zenstar (.20); meeting with ZV re: RMIC (.20); meeting with KGC re: Bellagio (.30); Microsoft meeting with HNP re: discovery and settlement posture (.80). | ELS | 2.50 | 1,487.50 |
| 01/27/10 | Meeting ELS (various)(.10). | JXZ | 0.10 | 42.50 |
| 01/27/10 | Review and revise Bellagio discovery and discuss same with ELS (.60); edit same (.40). | KGC | 1.00 | 485.00 |
| 01/27/10 | Call with Ron Rowland, Steve Sass and ELS re: Pitney Bowes preference matters. | NCR | 0.30 | 90.00 |
| 01/27/10 | Communication with C. Pilliod regarding Sir Speedy partial dismissal (.20). Review of affidavit provided by Sir Speedy regarding transfers (.30). Communication with local counsel regarding multiple dismissals for settled matters (.30). Communication with R. Rowland regarding outstanding settlement negotiations (.20). Follow up regarding service of discovery requests and filing of affidavits (.20). | ZV | 1.20 | 384.00 |
| 01/28/10 | Review and respond to RMS emails re: general preference analysis, Insight, Ocean Place, Trusted Force and Ellie Mae (1.40); review revised RMS fee application and emails re: procedure and filing of same (.50). | ELS | 1.90 | 1,130.50 |
| 01/28/10 | Multiple email correspondences with ELS and K. Knuckly regarding settlement with preference defendants Insight Inc, Metavante and Mortgage Contracting Services (.30) Drafted memorandum regarding Microsoft preference action (1.90) Review of multiple affidavits of service for initial disclosures, discussion with DEG regarding the same and email to T. Guilfoyle with affidavits of service for initial disclosures and discovery requests (.70) Email correspondences between ELS and E. Plank regarding preference defendant Merscorp (.10). | HNP | 3.00 | 1,125.00 |
| 01/28/10 | Review AP dockets (.10). | JXZ | 0.10 | 42.50 |
| 01/28/10 | Review global affidavits of service for written discovery requests for filing with the Court. | KGC | 0.30 | 145.50 |
| 01/28/10 | Revised affidavit of service for discovery requests (.30).; sent the same to Blank Rome for filing (.10). | NCR | 0.40 | 120.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/28/10 | Review and analysis of S-Tron discovery demands (.50). Communication with R. Rowland regarding status of cases (.30). Call with R. Lindahl regarding RMIC discussions and answer deadline (.20).  Communication with local counsel re TEK Systems dismissal and other dismissals (.20). | ZV | 1.20 | 384.00 |
| 01/29/10 | Reviewed discovery requests to be served on all defendants (.50). | CJK | 0.50 | 250.00 |
| 01/29/10 | Emails and phone calls re: RMS fee application (.50); Review of draft default documents for defaulting preference defendants (.30); review and respond to RMS emails re: EPlus; MERS, Pitney (1.30); phone calls with debtors' attorneys re: Pitney's alleged administration claim (.20). | ELS | 2.30 | 1,368.50 |
| 01/29/10 | Review of case for purposes of memorandum regarding Microsoft preference action and continued drafting of the same (.50) Email correspondence with ELS and E. Plank regarding tolling of preference action against Merscorp (.10) | HNP | 0.60 | 225.00 |
| 01/29/10 | Review AP dockets (.10); review TF settlement agreement (.10); meetings, calls, emails ELS (various), D. Workman (TVB), K. Bonuslav (TF), S. Rousse (Zenser); R. Romand (various) (.40). | JXZ | 0.60 | 255.00 |
| 01/29/10 | Drafting of notice of partial dismissal for Sir Speedy (.20). Review of multiple affidavits of service for discovery matters for filing (.20).  Call with R. Rowland regarding RMIC (.10). | ZV | 0.50 | 160.00 |

TOTAL HOURS                   133.80

TOTAL SERVICES...........................................................................$   59,325.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| CARFARE | $53.80 |
| DUPLICATING | $575.80 |
| LEXIS | $188.76 |
| MEALS | $150.44 |
| POSTAGE | $131.81 |
| SEARCH FEES | $54.16 |
| TELEPHONE CONFERENCE CALL | $4.81 |
| TRAVEL | $952.00 |

TOTAL DISBURSEMENTS..............................................$   2,111.58

TOTAL FEES & DISBURSEMENTS ..............................................$   61,436.58

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 544 | Rigano | 12.60 | 300.00 | 3,780.00 |
| 574 | Virani | 19.40 | 320.00 | 6,208.00 |
| 583 | Orbach | 5.30 | 320.00 | 1,696.00 |
| 546 | Patwardhan | 19.40 | 375.00 | 7,275.00 |
| 493 | Zawadzki | 18.40 | 425.00 | 7,820.00 |
| 478 | Craner | 18.00 | 485.00 | 8,730.00 |
| 931 | Kang | 6.30 | 500.00 | 3,150.00 |
| 486 | Schnitzer | 33.20 | 595.00 | 19,754.00 |
| 260 | Indelicato | 1.20 | 760.00 | 912.00 |
| ATTY TOTAL | | 133.80 | | 59,325.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 24, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141262

For professional services rendered from January 1, through January 31, 2010 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|---------------------------------------|
|  | 009 | LITIGATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/04/10 | Review order and issues on Broadhollow sale (.40); discuss with DDG (.10). | MSI | 0.50 | 380.00 |
| 01/05/10 | Review adversary dockets and upcoming events (2.50); calendar and update adversary summary chart (.50). | JS | 3.00 | 735.00 |
| 01/06/10 | Meeting with JPM regarding potential claims against Deloitte (.10); teleconference with Beach regarding same (.20); review issues regarding same (.40). | MSI | 0.70 | 532.00 |
| 01/07/10 | E-mails to P. Danner and H. Sasso re chart of outstanding litigations and review dockets re backup of same. | KGC | 0.80 | 388.00 |
| 01/07/10 | Review of issues on Broadhollow. | MSI | 0.30 | 228.00 |
| 01/08/10 | Review revised order and agreement on Broadhollow (.80); meeting with DDG and discussion with Beach and Grear regarding same (.60). | MSI | 1.40 | 1,064.00 |
| 01/11/10 | Conversation with counsel to defaulted preference judgment defendant National Leisure Group and e-mails re same on settlement of action. | KGC | 0.80 | 388.00 |
| 01/11/10 | Review latest draft of Broadhollow documents including, proposed order (.70); e-mails with DDG regarding same (.20); teleconference with Beach regarding open issues (.20). | MSI | 1.10 | 836.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/11/10 | Detailed review of BDO's damages analysis, potential claims analysis and review of additional cases re Wagoner Rule (4.50); commence review of public filings and pertinent employment agreements and related documents for AHM senior officers (1.50); internal meeting with JPM and CJK re BDO's report and litigation strategy (.70). | RJM | 6.70 | 3,819.00 |
| 01/11/10 | Review research and provide research memo to MSI re: retention and compensation of experts (.60). | ZGN | 0.60 | 396.00 |
| 01/12/10 | Meeting with ELS and teleconference with Beach on hearing (.20); meeting with DDG regarding comments to Broadhollow agreement and order (.40); teleconference with Grear, Beach and DDG regarding same (.40); review agreement (.20). | MSI | 1.20 | 912.00 |
| 01/13/10 | Review latest draft of agreement (.30); meeting with DDG and teleconference with Beach and Grear regarding same (.50). | MSI | 0.80 | 608.00 |
| 01/14/10 | Review and edit latest draft of Broadhollow documents (.40); meeting with DDG regarding same and review e-mail regarding same (.20); meeting with ELS regarding Dobner (.20). | MSI | 0.80 | 608.00 |
| 01/14/10 | Continue review of documents relevant to the bonus and dividend issue identified by BDO. | RJM | 1.10 | 627.00 |
| 01/15/10 | Review latest draft of broadhollow documents and meeting with DDG regarding same (.60); teleconference with Beach and Grear regarding same (.10). | MSI | 0.70 | 532.00 |
| 01/15/10 | Review draft tolling agreement. | RJM | 0.30 | 171.00 |
| 01/18/10 | Review latest draft of Broadhollow agreement and numerous e-mails with DDG and S. Beach regarding same. | MSI | 0.60 | 456.00 |
| 01/19/10 | Review AHM v. On Guard Security Services, Inc. docket and email NCR re same (.20). | JS | 0.20 | 49.00 |
| 01/19/10 | Discussion with JPM regarding tolling; review e-mails regarding same. | MSI | 0.20 | 152.00 |
| 01/22/10 | Continue review of BDO's damages analysis and research/review of related AHM corporate documents, including commencement of drafting detailed status email to Committee. | RJM | 3.90 | 2,223.00 |
| 01/25/10 | Telephone conference with BDO re damages analysis (.50); continue review of bonus related documents and REIT/dividends related documents in connection with BDO's damages analysis and continue drafting detailed email to Committee regarding same (8.40). | RJM | 8.90 | 5,073.00 |
| 01/26/10 | Review e-mail and changes to tolling agreement. | MSI | 0.20 | 152.00 |
| 01/26/10 | Finalize review/analysis of employer contracts in connection with BDO's damages analysis (2.10); review DT's comments to tolling agreement and in connection with same review DT's audit reports and engagement letters and discuss same with J. McCahey (.50). | RJM | 2.60 | 1,482.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/27/10 | Review of initial disclosures received from various preference defendants (.30); Review of file for Microsoft preference action (1.80); Discussion with ELS regarding the above noted review (.80); Review of docket for notices of dismissal and updated preference chart (.30); Review of affidavits of service for discovery (.20). | HNP | 3.40 | 1,275.00 |
| 01/29/10 | Drafting Proposed order of Default, certificates of service, and affidavits for various parties (4.00) | KP | 4.00 | 600.00 |
| 01/29/10 | Review issues with Broadhollow and Ross to determine way around effective date issues. | MSI | 0.80 | 608.00 |
| 01/29/10 | Review email and attachments from M. Stewart re bonus information. | RJM | 0.10 | 57.00 |

TOTAL HOURS                                    45.70

TOTAL SERVICES..........................................................................$    24,351.00

DISBURSEMENT SUMMARY

DUPLICATING                                                          $65.70

MEALS                                                                    $19.54

TOTAL DISBURSEMENTS............................................................$    85.24

TOTAL FEES & DISBURSEMENTS ............................................$    24,436.24

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 608 | Primm | 4.00 | 150.00 | 600.00 |
| 556 | Smith | 3.20 | 245.00 | 784.00 |
| 546 | Patwardhan | 3.40 | 375.00 | 1,275.00 |
| 478 | Craner | 1.60 | 485.00 | 776.00 |
| 952 | Malatak | 23.60 | 570.00 | 13,452.00 |
| 428 | Newman | 0.60 | 660.00 | 396.00 |
| 260 | Indelicato | 9.30 | 760.00 | 7,068.00 |
| ATTY TOTAL | | 45.70 | | 24,351.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 24, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141262

For professional services rendered from January 1, through January 31, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
011         EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/08/10 | E-mails M. Olsen/M. Minella re suppl. class members (.10). | JXZ | 0.10 | 42.50 |
| 01/12/10 | E-mails M. Minella/D. Berliner re WARN distributions (.20). | JXZ | 0.20 | 85.00 |
| 01/20/10 | E-mails M. Olsen re suppl. class members (.10). | JXZ | 0.10 | 42.50 |

TOTAL HOURS                              0.40

TOTAL SERVICES.........................................................................$      170.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.40 | 425.00 | 170.00 |
| ATTY TOTAL | | 0.40 | | 170.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 24, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141262

For professional services rendered from January 1, through January 31, 2010 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
012           CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/02/10 | Review notice of appeal (.10). | JXZ | 0.10 | 42.50 |
| 01/04/10 | Review designation of record re Dobbens appeal (.10). | JXZ | 0.10 | 42.50 |
| 01/07/10 | Review Debtors' Reply to PNB Opposition (.30); review certifications (.10). | JXZ | 0.40 | 170.00 |
| 01/14/10 | Review Claims Orders (.10); review Scheduling Order (.10). | JXZ | 0.20 | 85.00 |
| 01/19/10 | Review recent claims notices (.10). | JXZ | 0.10 | 42.50 |
| 01/20/10 | Review omnibus claims objections and recent claims orders (.50); review Dobben counter designation (.10). | JXZ | 0.60 | 255.00 |
| 01/27/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 01/29/10 | Review claims order (.10). | JXZ | 0.10 | 42.50 |

TOTAL HOURS                            1.70

TOTAL SERVICES..........................................................................$        722.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 1.70 | 425.00 | 722.50 |
| ATTY TOTAL | | 1.70 | | 722.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 24, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 141262

For professional services rendered from January 1, through January 31, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
013         INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/02/10 | Review of BDO analysis of AHM 2006 financial statement restatement and damages, and prepare notes re same (2.50). | JPM | 2.50 | 1,875.00 |
| 01/04/10 | Review of BDO materials re AHM financial statements, Deloitte (2.0); review notes re same (.40); confer with RJM re BDO analysis (.20). | JPM | 2.60 | 1,950.00 |
| 01/05/10 | Conference with JPM re follow up research on Wagoner rule under MD law and email correspondence with BDO (.10). | CJK | 0.10 | 50.00 |
| 01/05/10 | Review of BDO analysis of potential claims against Deloitte and prepare notes re same (2.50); review of pari delecto cases and articles, including recent 2d Circuit decision in Refco (1.50); email to D. Berliner (BDO) re Deloitte issues (.40); email to MSI re BDO not being able to serve as testifying expert in any action against Deloitte (.10); confer with CJK re research re pari delecto (.10); confer with MSI re Deloitte issues (.10). | JPM | 4.70 | 3,525.00 |
| 01/05/10 | Attention to materials concerning Deloitte | MTP | 1.20 | 912.00 |
| 01/06/10 | Research re Wagoner/standing/in pari delicto issue under Maryland law (1.00); email corespondence with JPM/RJM re meeting (.10). | CJK | 1.10 | 550.00 |
| 01/06/10 | Emails with BDO re Deloitte fees (.20); review of schedule of AHM payments to Deloitte (.20); internal emails re Deloitte (.20); revise notes re BDO analysis (.30). | JPM | 0.90 | 675.00 |
| 01/07/10 | Follow up research re standing/in pari delicto under Maryland law (1.00). | CJK | 1.00 | 500.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/08/10 | Email correspondence with JPM/RJM re meeting to discuss BDO's damages analysis and strategy (.10). | CJK | 0.10 | 50.00 |
| 01/08/10 | Confer with MSI (2) re Deloitte, tolling agreement (.40); telephone conference (2) with counsel for Deloitte to discuss possible tolling agreement and discussion (.40); review of materials re possible Deloitte claim and damage issues (1.50); internal emails re Deloitte (.20). | JPM | 2.50 | 1,875.00 |
| 01/11/10 | Researched whether Debtor or Committee's Committee must first seek court approval before retaining a trial expert and e-mail to ZGN summarizing findings (2.50). | AMS | 2.50 | 875.00 |
| 01/11/10 | Reviewed BDO's memo re damages analysis (.50); follow-up research re standing/in pari delicto defense under MD law (.80); conference with JPM/RJM re BDO's damages analysis and strategy (.70); searched for employment agreements for AHM executives (.30); conference with RJM re employment agreements (.20). | CJK | 2.50 | 1,250.00 |
| 01/11/10 | Research records for requested binders for attorney review. | DM | 1.20 | 258.00 |
| 01/11/10 | Review of potential damages in claim against Deloitte (.80); prepare for internal meeting re Deloitte (.70); internal meeting with RJM and CJK re Deloitte (1.00); internal emails re Deloitte (.20). | JPM | 2.70 | 2,025.00 |
| 01/12/10 | Work with IT to recover production concordance databases. | DM | 1.00 | 215.00 |
| 01/14/10 | Telephone conference with counsel for Deloitte re tolling agreement (.30); confer with MSI (.20); and RJM (.10); re same; telephone conference with D. Berliner (BDO) re Deloitte (.20); review of file re Deloitte (1.50); draft tolling agreement for Deloitte (1.80). | JPM | 4.10 | 3,075.00 |
| 01/14/10 | Copied, organized, and created binder for all March, April, and May Board of Directors meetings materials for attorney review. | NJK | 4.00 | 600.00 |
| 01/15/10 | Email correspondence with JPM/RJM/BDO re meeting with BDO (.10). | CJK | 0.10 | 50.00 |
| 01/15/10 | Confer with MSI re Deloitte (.10); revise draft of tolling agreement with Deloitte (.50); circulate draft to debtors and internally for comment (.20); emails, both internally and with BDO re Deloitte and meet with BDO (.30). | JPM | 1.10 | 825.00 |
| 01/18/10 | Emails with BDO (D. Berliner) re edits to tolling agreement with Deloitte (.30). | JPM | 0.30 | 225.00 |
| 01/18/10 | Review and edit tolling agreement; meeting with JPM regarding comments; review e-mail from Berliner regarding same. | MSI | 0.50 | 380.00 |
| 01/19/10 | Email correspondence with JPM/RJM/MSI/local counsel re tolling agreement (.10). | CJK | 0.10 | 50.00 |
| 01/19/10 | Emails with Delta's counsel re Tolling Agreement with Deloitte (.30). | JPM | 0.30 | 225.00 |
| 01/20/10 | Revise Tolling Agreement with Deloitte (.40); email same to Deloitte counsel for comment (.10). | JPM | 0.50 | 375.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/21/10 | Run concordance searches for officer bonus information and tagging of documents for attorney review. | DM | 2.00 | 430.00 |
| 01/22/10 | Assist attorney with review of bonus related documents. | DM | 0.50 | 107.50 |
| 01/22/10 | Review of Deloitte issues (2.00). | JPM | 2.00 | 1,500.00 |
| 01/25/10 | Emails with Deloitte's counsel re Tolling Agreement. | JPM | 0.20 | 150.00 |
| 01/26/10 | Confer with RJM re Deloitte issues (.40); review of Deloitte comments to Tolling Agreement (.40); various emails with BDO and Deloitte's counsel re same (.60); emails with Deloitte's counsel (.20); review of potential issues (.80). | JPM | 2.40 | 1,800.00 |
| 01/27/10 | Email correspondence with JPM/RJM/Deloitte Touche counsel re tolling agreement (0.1). | CJK | 0.10 | 50.00 |
| 01/27/10 | Telephone conference with Debtors' counsel (Sean Beach) re Deloitte and tolling agreement (.30); telephone conference with Deloitte's counsel re Tolling Agreement (.40); email to Deloitte's counsel re changes requested by Deloitte to Tolling Agreement (.40); confer with RJM (.10) and MSI (.10) re Deloitte. | JPM | 1.30 | 975.00 |
| 01/28/10 | Emails with MSI re PCAOB request for documents (.30). | JPM | 0.30 | 225.00 |

TOTAL HOURS          46.40

TOTAL SERVICES ........................................................................$    27,627.50

DISBURSEMENT SUMMARY

DUPLICATING                                                                    $56.40

LEXIS                                                                         $136.54

VELOBIND                                                                       $2.75

TOTAL DISBURSEMENTS ............................................................$    195.69

TOTAL FEES & DISBURSEMENTS ...........................................$    27,823.19

<u>SUMMARY OF ATTORNEY TIME</u>

| <u>ATTORNEY</u> | | <u>HOURS</u> | <u>BILLED<br>PER HOUR</u> | <u>BILL<br>AMOUNT</u> |
|---|---|---|---|---|
| 607 | Kacuba | 4.00 | 150.00 | 600.00 |
| 558 | Millman | 4.70 | 215.00 | 1,010.50 |
| 967 | Schrag | 2.50 | 350.00 | 875.00 |
| 931 | Kang | 5.10 | 500.00 | 2,550.00 |
| 226 | McCahey | 28.40 | 750.00 | 21,300.00 |
| 260 | Indelicato | 0.50 | 760.00 | 380.00 |
| 364 | Power | 1.20 | 760.00 | 912.00 |
| ATTY TOTAL | | 46.40 | | 27,627.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**


June 24, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022


Invoice number: 141262

For professional services rendered from January 1, through January 31, 2010 in connection with the following:

|       | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|-------|--------|---------------------------------------|
|       | 014    | TRIAD WORKOUT                         |


| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/04/10 | Attention to review documents, re: mortgage insurance issue (.40); communication to Debtors' counsel, re: inquiry (.10); communication with financial institution, re: issues related to matter (.10). | CAJ | 0.60 | 357.00 |
| 01/05/10 | Communications from/to Debtors' counsel, re: inquiry (.20); communication with counsel for Triad (.20); communications with financial institutions, re: hearing (.40); additional communication with Debtors' counsel (.10); internal communications with Hahn & Hessen team, re: hearing (.30). | CAJ | 1.20 | 714.00 |
| 01/05/10 | E-mail with CAJ re Triad | MTP | 0.10 | 76.00 |
| 01/06/10 | Communications from/to financial institution, re: request (.20); communication to/from Debtors' counsel, re: same (.20); communications with Triad's counsel, re: request insurance policies and other matters (.20); attention to drafting stipulation, re: extension of time for Debtors to respond (.40) and communication to Debtors' counsel, re: forward same (.10). | CAJ | 1.10 | 654.50 |
| 01/07/10 | Additional communication to Triad's counsel, re: stipulation (.10). | CAJ | 0.10 | 59.50 |
| 01/08/10 | Communication with Triad's counsel, re: extension (.10); communication with Debtors' counsel, re: stipulation (.10); communication with Triad's counsel, re: stipulation (.10); communications to/from Triad's counsel, re: January omnibus hearing (.10). | CAJ | 0.40 | 238.00 |
| 01/11/10 | Communication with Debtors' counsel, re: extension (.10). | CAJ | 0.10 | 59.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/11/10 | Update calendar events (.20). | JS | 0.20 | 49.00 |
| 01/21/10 | Inquiry from counsel for Freddiemac (.10), research issue (.20) and draft communication to counsel with response (.10). | CAJ | 0.40 | 238.00 |
| 01/21/10 | Discuss Freddie Mae inquiry with CAJ | MTP | 0.20 | 152.00 |
| 01/22/10 | Attention to further analysis with respect to insurance documents related to Triad claim. | CAJ | 2.90 | 1,725.50 |
| 01/27/10 | Review/comment on proposed letter with respect to repurchase demand (.20). | CAJ | 0.20 | 119.00 |
| 01/28/10 | Attention to inquiry from financial institution (.10) and research issue, re: insurance policy issue (.70). | CAJ | 0.80 | 476.00 |
| 01/29/10 | Communication from/to financial institution, re: follow-up with request on insurance policies (.30). | CAJ | 0.30 | 178.50 |
| 01/29/10 | E-mail CAJ re Triad stipulation | MTP | 0.10 | 76.00 |

TOTAL HOURS                          8.70

TOTAL SERVICES.........................................................................$    5,172.50


### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|------|------|-------|-----------------|-------------|
| 556 | Smith | 0.20 | 245.00 | 49.00 |
| 588 | Jarvinen | 8.10 | 595.00 | 4,819.50 |
| 364 | Power | 0.40 | 760.00 | 304.00 |
| ATTY TOTAL | | 8.70 | | 5,172.50 |