**Exhibit C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|-----------|-----------|
| | Schnitzer, Edward | | | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: |
| 1/13/2010 | L. | CAR | $ 12.50 | 52; DATE: 1/21/2010 |
| | Schnitzer, Edward | | | VENDOR: Linowes and Blocher, LLP; |
| 1/14/2010 | L. | CAR | $ 11.00 | INVOICE#: 53; DATE: 1/25/2010 |
| | Schnitzer, Edward | | | PAYEE: EDWARD L. SCHNITZER; REQUEST#: |
| 1/14/2010 | L. | CAR | $ 11.30 | 49969; DATE: 2/1/2010. |
| | Schnitzer, Edward | | | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: |
| 1/25/2010 | L. | CAR | $ 25.00 | 53; DATE: 1/28/2010 |
| | Patwardhan, | | | VENDOR: HURIA PATWARDHAN; INVOICE#: |
| 1/28/2010 | Huria N. | CAR | $ 6.50 | 16; DATE: 2/1/2010 |
| | | | $ 66.30 | |
| 1/4/2010 | Kang, Christina | DUPL | $ 1.20 | |
| | | | | |
| 1/4/2010 | Delapaz, Christina | DUPL | $ 0.20 | |
| 1/4/2010 | Kang, Christina | DUPL | $ 1.00 | |
| 1/4/2010 | | DUPL | $ 0.10 | |
| 1/4/2010 | | DUPL | $ 0.20 | |
| 1/4/2010 | | DUPL | $ 0.20 | |
| 1/4/2010 | | DUPL | $ 0.60 | |
| 1/4/2010 | | DUPL | $ 0.10 | |
| 1/4/2010 | | DUPL | $ 0.40 | |
| 1/4/2010 | | DUPL | $ 0.10 | |
| 1/4/2010 | | DUPL | $ 0.40 | |
| 1/4/2010 | | DUPL | $ 0.10 | |
| 1/4/2010 | | DUPL | $ 2.80 | |
| 1/4/2010 | | DUPL | $ 2.80 | |
| 1/4/2010 | | DUPL | $ 0.30 | |
| 1/4/2010 | | DUPL | $ 0.20 | |
| 1/4/2010 | | DUPL | $ 0.20 | |
| 1/4/2010 | | DUPL | $ 0.20 | |
| 1/4/2010 | | DUPL | $ 0.20 | |
| | Schnitzer, Edward | | | |
| 1/5/2010 | L. | DUPL | $ 0.90 | |
| 1/5/2010 | | DUPL | $ 0.10 | |
| 1/5/2010 | | DUPL | $ 0.10 | |
| 1/5/2010 | | DUPL | $ 0.10 | |
| 1/5/2010 | | DUPL | $ 0.60 | |
| 1/5/2010 | | DUPL | $ 0.10 | |
| 1/5/2010 | | DUPL | $ 0.70 | |
| 1/5/2010 | | DUPL | $ 0.10 | |
| 1/5/2010 | | DUPL | $ 0.30 | |
| 1/5/2010 | | DUPL | $ 0.10 | |
| 1/5/2010 | | DUPL | $ 0.50 | |
| 1/5/2010 | | DUPL | $ 0.80 | |
| 1/5/2010 | | DUPL | $ 4.50 | |
| 1/5/2010 | | DUPL | $ 0.10 | |

| Date | Name | Type | | Amount |
|------|------|------|---|--------|
| 1/5/2010 | | DUPL | $ | 0.10 |
| 1/5/2010 | | DUPL | $ | 0.10 |
| 1/5/2010 | | DUPL | $ | 0.10 |
| 1/5/2010 | | DUPL | $ | 0.80 |
| 1/5/2010 | | DUPL | $ | 0.10 |
| 1/5/2010 | | DUPL | $ | 0.10 |
| 1/5/2010 | | DUPL | $ | 0.10 |
| 1/5/2010 | | DUPL | $ | 0.70 |
| 1/5/2010 | | DUPL | $ | 0.10 |
| 1/5/2010 | | DUPL | $ | 0.70 |
| 1/5/2010 | | DUPL | $ | 0.70 |
| 1/5/2010 | | DUPL | $ | 0.10 |
| 1/5/2010 | | DUPL | $ | 0.20 |
| 1/5/2010 | | DUPL | $ | 0.60 |
| 1/5/2010 | | DUPL | $ | 0.20 |
| 1/5/2010 | | DUPL | $ | 0.10 |
| 1/5/2010 | | DUPL | $ | 0.70 |
| 1/5/2010 | | DUPL | $ | 0.10 |
| 1/5/2010 | | DUPL | $ | 0.20 |
| 1/5/2010 | | DUPL | $ | 0.20 |
| 1/5/2010 | | DUPL | $ | 0.20 |
| 1/5/2010 | | DUPL | $ | 0.20 |
| 1/5/2010 | | DUPL | $ | 0.40 |
| 1/5/2010 | | DUPL | $ | 0.10 |
| | | | | |
| 1/6/2010 | Orbach, Joseph | DUPL | $ | 4.40 |
| 1/6/2010 | Schnitzer, Edward L. | DUPL | $ | 1.10 |
| 1/6/2010 | Virani, Zahir | DUPL | $ | 8.40 |
| | | | | |
| 1/6/2010 | Zawadzki, Jeffrey | DUPL | $ | 4.00 |
| 1/6/2010 | | DUPL | $ | 0.70 |
| 1/6/2010 | | DUPL | $ | 0.90 |
| 1/6/2010 | | DUPL | $ | 1.00 |
| 1/6/2010 | | DUPL | $ | 0.40 |
| 1/6/2010 | | DUPL | $ | 0.10 |
| 1/6/2010 | | DUPL | $ | 0.70 |
| 1/6/2010 | | DUPL | $ | 0.70 |
| 1/6/2010 | | DUPL | $ | 0.10 |
| 1/6/2010 | | DUPL | $ | 0.20 |
| 1/6/2010 | | DUPL | $ | 0.20 |
| 1/6/2010 | | DUPL | $ | 0.20 |
| 1/6/2010 | | DUPL | $ | 0.20 |
| 1/6/2010 | | DUPL | $ | 0.20 |
| 1/6/2010 | | DUPL | $ | 0.30 |
| 1/6/2010 | | DUPL | $ | 0.10 |
| 1/6/2010 | | DUPL | $ | 0.10 |

| Date | Type | Amount |
|---|---|---|
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.90 |
| 1/6/2010 | DUPL | $ 0.70 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.80 |
| 1/6/2010 | DUPL | $ 0.40 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 0.10 |
| 1/6/2010 | DUPL | $ 1.00 |
| 1/6/2010 | DUPL | $ 0.80 |
| 1/6/2010 | DUPL | $ 2.10 |
| 1/6/2010 | DUPL | $ 0.80 |
| 1/6/2010 | DUPL | $ 0.30 |
| 1/7/2010 | DUPL | $ 0.70 |
| 1/7/2010 | DUPL | $ 0.70 |
| 1/7/2010 | DUPL | $ 0.90 |
| 1/7/2010 | DUPL | $ 0.80 |
| 1/7/2010 | DUPL | $ 0.90 |
| 1/7/2010 | DUPL | $ 0.40 |
| 1/7/2010 | DUPL | $ 0.10 |
| 1/7/2010 | DUPL | $ 0.10 |
| 1/8/2010 | DUPL | $ 0.40 |
| 1/8/2010 | DUPL | $ 0.30 |
| 1/11/2010 | DUPL | $ 0.30 |
| 1/11/2010 | DUPL | $ 0.10 |
| 1/11/2010 | DUPL | $ 0.10 |
| 1/11/2010 | DUPL | $ 0.30 |
| 1/11/2010 | DUPL | $ 0.70 |
| 1/11/2010 | DUPL | $ 0.30 |
| 1/11/2010 | DUPL | $ 0.90 |
| 1/11/2010 | DUPL | $ 12.20 |
| 1/11/2010 | DUPL | $ 0.20 |

| | | | |
|---|---|---|---|
| 1/11/2010 | DUPL | $ | 2.00 |
| 1/11/2010 | DUPL | $ | 1.00 |
| 1/11/2010 | DUPL | $ | 2.00 |
| 1/11/2010 | DUPL | $ | 0.20 |
| 1/11/2010 | DUPL | $ | 0.20 |
| 1/11/2010 | DUPL | $ | 0.40 |
| 1/11/2010 | DUPL | $ | 0.50 |
| 1/11/2010 | DUPL | $ | 0.20 |
| 1/11/2010 | DUPL | $ | 0.20 |
| 1/12/2010 | DUPL | $ | 0.20 |
| 1/12/2010 | DUPL | $ | 0.80 |
| 1/12/2010 | DUPL | $ | 1.20 |
| 1/12/2010 | DUPL | $ | 0.60 |
| 1/12/2010 | DUPL | $ | 0.20 |
| 1/12/2010 | DUPL | $ | 0.20 |
| 1/12/2010 | DUPL | $ | 0.20 |
| 1/12/2010 | DUPL | $ | 0.20 |
| 1/12/2010 | DUPL | $ | 7.20 |
| 1/12/2010 | DUPL | $ | 0.80 |
| 1/12/2010 | DUPL | $ | 7.20 |
| 1/12/2010 | DUPL | $ | 3.20 |
| 1/12/2010 | DUPL | $ | 5.60 |
| 1/12/2010 | DUPL | $ | 0.80 |
| 1/12/2010 | DUPL | $ | 0.80 |
| 1/12/2010 | DUPL | $ | 0.20 |
| 1/12/2010 | DUPL | $ | 1.10 |
| 1/12/2010 | DUPL | $ | 0.20 |
| 1/12/2010 | DUPL | $ | 0.10 |
| 1/12/2010 | DUPL | $ | 0.10 |
| 1/12/2010 | DUPL | $ | 1.10 |
| 1/12/2010 | DUPL | $ | 0.60 |
| 1/12/2010 | DUPL | $ | 0.10 |
| 1/13/2010 | DUPL | $ | 0.70 |
| 1/13/2010 | DUPL | $ | 0.90 |
| 1/13/2010 | DUPL | $ | 0.90 |
| 1/13/2010 | DUPL | $ | 0.40 |
| 1/13/2010 | DUPL | $ | 0.40 |
| 1/13/2010 | DUPL | $ | 0.90 |
| 1/13/2010 | DUPL | $ | 0.90 |
| 1/13/2010 | DUPL | $ | 0.70 |
| 1/13/2010 | DUPL | $ | 0.70 |
| 1/13/2010 | DUPL | $ | 0.90 |
| 1/13/2010 | DUPL | $ | 0.90 |
| 1/13/2010 | DUPL | $ | 0.40 |
| 1/13/2010 | DUPL | $ | 0.10 |
| 1/13/2010 | DUPL | $ | 0.20 |
| 1/13/2010 | DUPL | $ | 1.10 |

| | | | |
|---|---|---|---|
| 1/13/2010 | DUPL | $ | 1.10 |
| 1/13/2010 | DUPL | $ | 0.40 |
| 1/13/2010 | DUPL | $ | 0.20 |
| 1/13/2010 | DUPL | $ | 0.40 |
| 1/13/2010 | DUPL | $ | 0.20 |
| 1/13/2010 | DUPL | $ | 0.20 |
| 1/13/2010 | DUPL | $ | 1.00 |
| 1/13/2010 | DUPL | $ | 0.10 |
| 1/13/2010 | DUPL | $ | 0.10 |
| 1/13/2010 | DUPL | $ | 0.30 |
| 1/13/2010 | DUPL | $ | 1.40 |
| 1/13/2010 | DUPL | $ | 0.60 |
| 1/13/2010 | DUPL | $ | 0.70 |
| 1/13/2010 | DUPL | $ | 0.90 |
| 1/13/2010 | DUPL | $ | 0.70 |
| 1/13/2010 | DUPL | $ | 0.70 |
| 1/13/2010 | DUPL | $ | 0.80 |
| 1/13/2010 | DUPL | $ | 0.90 |
| 1/13/2010 | DUPL | $ | 1.40 |
| 1/13/2010 | DUPL | $ | 0.70 |
| 1/13/2010 | DUPL | $ | 0.70 |
| 1/13/2010 | DUPL | $ | 0.50 |
| 1/13/2010 | DUPL | $ | 0.70 |
| 1/13/2010 | DUPL | $ | 0.70 |
| 1/13/2010 | DUPL | $ | 0.70 |
| 1/13/2010 | DUPL | $ | 0.60 |
| 1/13/2010 | DUPL | $ | 0.70 |
| 1/13/2010 | DUPL | $ | 1.10 |
| 1/13/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.50 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.20 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.10 |

| | | | |
|---|---|---|---|
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.50 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.40 |
| 1/14/2010 | DUPL | $ | 0.20 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 0.10 |
| 1/14/2010 | DUPL | $ | 1.10 |
| 1/15/2010 | DUPL | $ | 0.90 |
| 1/15/2010 | DUPL | $ | 0.20 |
| 1/15/2010 | DUPL | $ | 0.20 |
| 1/15/2010 | DUPL | $ | 0.90 |
| 1/15/2010 | DUPL | $ | 0.70 |

| 1/15/2010 | | DUPL | $ | 0.20 |
|-----------|--|------|---|------|
| 1/15/2010 | | DUPL | $ | 0.40 |
| 1/15/2010 | | DUPL | $ | 0.90 |
| 1/15/2010 | | DUPL | $ | 0.70 |
| 1/15/2010 | | DUPL | $ | 0.90 |
| 1/15/2010 | | DUPL | $ | 0.20 |
| 1/15/2010 | | DUPL | $ | 0.20 |
| 1/15/2010 | | DUPL | $ | 0.20 |
| 1/15/2010 | | DUPL | $ | 0.10 |
| 1/15/2010 | | DUPL | $ | 0.20 |
| 1/15/2010 | | DUPL | $ | 0.20 |
| 1/15/2010 | | DUPL | $ | 0.20 |
| 1/15/2010 | | DUPL | $ | 0.10 |
| 1/15/2010 | | DUPL | $ | 0.10 |
| 1/15/2010 | | DUPL | $ | 0.10 |
| 1/15/2010 | | DUPL | $ | 0.20 |
| 1/15/2010 | | DUPL | $ | 0.20 |
| 1/15/2010 | | DUPL | $ | 0.10 |
| 1/15/2010 | | DUPL | $ | 0.20 |
| 1/15/2010 | | DUPL | $ | 0.10 |
| 1/15/2010 | | DUPL | $ | 0.20 |
| 1/15/2010 | | DUPL | $ | 0.10 |
| 1/15/2010 | | DUPL | $ | 0.20 |
| 1/15/2010 | | DUPL | $ | 0.20 |
| 1/15/2010 | | DUPL | $ | 0.10 |
| 1/15/2010 | | DUPL | $ | 0.10 |
| 1/15/2010 | | DUPL | $ | 0.50 |
| 1/15/2010 | | DUPL | $ | 0.50 |
| 1/15/2010 | | DUPL | $ | 0.40 |
| | | | | |
| 1/19/2010 | Orbach, Joseph | DUPL | $ | 0.60 |
| 1/19/2010 | | DUPL | $ | 0.40 |
| 1/19/2010 | | DUPL | $ | 0.90 |
| 1/19/2010 | | DUPL | $ | 0.10 |
| 1/19/2010 | | DUPL | $ | 0.30 |
| 1/19/2010 | | DUPL | $ | 0.30 |
| 1/19/2010 | | DUPL | $ | 0.10 |
| 1/19/2010 | | DUPL | $ | 0.70 |
| 1/19/2010 | | DUPL | $ | 0.90 |
| 1/19/2010 | | DUPL | $ | 0.40 |
| 1/19/2010 | | DUPL | $ | 0.90 |
| 1/19/2010 | | DUPL | $ | 0.70 |
| 1/19/2010 | | DUPL | $ | 0.90 |
| 1/19/2010 | | DUPL | $ | 0.40 |
| 1/19/2010 | | DUPL | $ | 0.40 |
| 1/19/2010 | | DUPL | $ | 0.70 |
| 1/19/2010 | | DUPL | $ | 0.90 |

| | | | |
|---|---|---|---|
| 1/19/2010 | DUPL | $ | 0.50 |
| 1/19/2010 | DUPL | $ | 0.10 |
| 1/19/2010 | DUPL | $ | 8.20 |
| 1/19/2010 | DUPL | $ | 0.10 |
| 1/19/2010 | DUPL | $ | 0.10 |
| 1/19/2010 | DUPL | $ | 0.10 |
| 1/19/2010 | DUPL | $ | 0.10 |
| 1/19/2010 | DUPL | $ | 0.10 |
| 1/19/2010 | DUPL | $ | 0.10 |
| 1/19/2010 | DUPL | $ | 0.10 |
| 1/19/2010 | DUPL | $ | 0.10 |
| 1/19/2010 | DUPL | $ | 0.10 |
| 1/20/2010 | DUPL | $ | 0.50 |
| 1/20/2010 | DUPL | $ | 0.50 |
| 1/20/2010 | DUPL | $ | 0.10 |
| 1/20/2010 | DUPL | $ | 0.10 |
| 1/20/2010 | DUPL | $ | 0.10 |
| 1/20/2010 | DUPL | $ | 0.10 |
| 1/20/2010 | DUPL | $ | 0.80 |
| 1/20/2010 | DUPL | $ | 0.50 |
| 1/20/2010 | DUPL | $ | 0.40 |
| 1/20/2010 | DUPL | $ | 0.40 |
| 1/20/2010 | DUPL | $ | 0.70 |
| 1/20/2010 | DUPL | $ | 0.30 |
| 1/20/2010 | DUPL | $ | 0.40 |
| 1/20/2010 | DUPL | $ | 0.10 |
| 1/20/2010 | DUPL | $ | 0.10 |
| 1/20/2010 | DUPL | $ | 0.90 |
| 1/20/2010 | DUPL | $ | 0.80 |
| 1/20/2010 | DUPL | $ | 0.90 |
| 1/20/2010 | DUPL | $ | 0.70 |
| 1/20/2010 | DUPL | $ | 0.80 |
| 1/20/2010 | DUPL | $ | 0.10 |
| 1/20/2010 | DUPL | $ | 0.70 |
| 1/20/2010 | DUPL | $ | 0.60 |
| 1/20/2010 | DUPL | $ | 0.90 |
| 1/20/2010 | DUPL | $ | 0.90 |
| 1/20/2010 | DUPL | $ | 0.60 |
| 1/20/2010 | DUPL | $ | 0.30 |
| 1/20/2010 | DUPL | $ | 0.40 |
| 1/20/2010 | DUPL | $ | 0.40 |
| 1/20/2010 | DUPL | $ | 0.40 |
| 1/20/2010 | DUPL | $ | 0.40 |
| 1/20/2010 | DUPL | $ | 0.10 |
| 1/20/2010 | DUPL | $ | 0.40 |
| 1/20/2010 | DUPL | $ | 0.40 |
| 1/20/2010 | DUPL | $ | 0.10 |

| | | | | |
|---|---|---|---|---|
| 1/20/2010 | | DUPL | $ | 0.10 |
| 1/20/2010 | | DUPL | $ | 0.40 |
| 1/20/2010 | | DUPL | $ | 0.30 |
| 1/20/2010 | | DUPL | $ | 0.40 |
| 1/20/2010 | | DUPL | $ | 0.10 |
| 1/20/2010 | | DUPL | $ | 0.10 |
| 1/20/2010 | | DUPL | $ | 0.70 |
| 1/20/2010 | | DUPL | $ | 0.90 |
| 1/20/2010 | | DUPL | $ | 0.90 |
| 1/20/2010 | | DUPL | $ | 0.10 |
| 1/20/2010 | | DUPL | $ | 0.30 |
| 1/20/2010 | | DUPL | $ | 0.40 |
| 1/20/2010 | | DUPL | $ | 0.20 |
| 1/20/2010 | | DUPL | $ | 0.20 |
| 1/20/2010 | | DUPL | $ | 0.10 |
| 1/20/2010 | | DUPL | $ | 0.10 |
| 1/20/2010 | | DUPL | $ | 0.70 |
| 1/20/2010 | | DUPL | $ | 0.90 |
| 1/20/2010 | | DUPL | $ | 0.90 |
| 1/20/2010 | | DUPL | $ | 0.20 |
| 1/21/2010 | Craner, Katherine G. | DUPL | $ | 10.40 |
| 1/21/2010 | Virani, Zahir | DUPL | $ | 5.90 |
| 1/21/2010 | Virani, Zahir | DUPL | $ | 1.20 |
| 1/21/2010 | | DUPL | $ | 0.20 |
| 1/21/2010 | | DUPL | $ | 0.20 |
| 1/21/2010 | | DUPL | $ | 0.70 |
| 1/21/2010 | | DUPL | $ | 0.60 |
| 1/21/2010 | | DUPL | $ | 2.80 |
| 1/21/2010 | | DUPL | $ | 0.70 |
| 1/21/2010 | | DUPL | $ | 0.70 |
| 1/21/2010 | | DUPL | $ | 0.70 |
| 1/21/2010 | | DUPL | $ | 0.70 |
| 1/21/2010 | | DUPL | $ | 0.20 |
| 1/21/2010 | | DUPL | $ | 0.20 |
| 1/21/2010 | | DUPL | $ | 0.30 |
| 1/21/2010 | | DUPL | $ | 0.20 |
| 1/21/2010 | | DUPL | $ | 0.20 |
| 1/21/2010 | | DUPL | $ | 0.20 |
| 1/21/2010 | | DUPL | $ | 0.20 |
| 1/21/2010 | | DUPL | $ | 0.70 |
| 1/21/2010 | | DUPL | $ | 0.20 |
| 1/21/2010 | | DUPL | $ | 1.40 |
| 1/21/2010 | | DUPL | $ | 0.20 |
| 1/21/2010 | | DUPL | $ | 0.40 |
| 1/21/2010 | | DUPL | $ | 0.70 |
| 1/21/2010 | | DUPL | $ | 0.70 |

| | | | |
|---|---|---|---|
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.90 |

| | | | |
|---|---|---|---|
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.80 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.80 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.50 |
| 1/21/2010 | DUPL | $ | 1.30 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.80 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.40 |
| 1/21/2010 | DUPL | $ | 0.90 |
| 1/21/2010 | DUPL | $ | 0.70 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.50 |
| 1/21/2010 | DUPL | $ | 1.30 |
| 1/21/2010 | DUPL | $ | 0.20 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.30 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.10 |

| Date | Type | | Amount |
|------|------|---|-------|
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/21/2010 | DUPL | $ | 0.50 |
| 1/21/2010 | DUPL | $ | 0.10 |
| 1/22/2010 | DUPL | $ | 0.20 |
| 1/22/2010 | DUPL | $ | 0.20 |
| 1/22/2010 | DUPL | $ | 0.20 |
| 1/22/2010 | DUPL | $ | 0.30 |
| 1/22/2010 | DUPL | $ | 0.70 |
| 1/22/2010 | DUPL | $ | 0.10 |
| 1/22/2010 | DUPL | $ | 0.20 |
| 1/22/2010 | DUPL | $ | 0.20 |
| 1/22/2010 | DUPL | $ | 0.20 |
| 1/22/2010 | DUPL | $ | 0.90 |
| 1/22/2010 | DUPL | $ | 0.20 |
| 1/22/2010 | DUPL | $ | 0.10 |
| 1/22/2010 | DUPL | $ | 0.20 |
| 1/22/2010 | DUPL | $ | 0.30 |
| 1/22/2010 | DUPL | $ | 0.20 |
| 1/22/2010 | DUPL | $ | 0.70 |
| 1/22/2010 | DUPL | $ | 0.90 |
| 1/22/2010 | DUPL | $ | 0.90 |
| 1/22/2010 | DUPL | $ | 0.40 |
| 1/22/2010 | DUPL | $ | 0.40 |
| 1/22/2010 | DUPL | $ | 0.90 |
| 1/22/2010 | DUPL | $ | 0.40 |
| 1/22/2010 | DUPL | $ | 0.40 |
| 1/22/2010 | DUPL | $ | 0.90 |
| 1/22/2010 | DUPL | $ | 0.40 |
| 1/22/2010 | DUPL | $ | 0.90 |
| 1/22/2010 | DUPL | $ | 0.40 |
| 1/22/2010 | DUPL | $ | 0.40 |
| 1/22/2010 | DUPL | $ | 0.40 |
| 1/22/2010 | DUPL | $ | 0.10 |
| 1/22/2010 | DUPL | $ | 0.40 |
| 1/22/2010 | DUPL | $ | 0.70 |
| 1/22/2010 | DUPL | $ | 0.90 |
| 1/22/2010 | DUPL | $ | 0.40 |
| 1/22/2010 | DUPL | $ | 0.90 |
| 1/22/2010 | DUPL | $ | 4.50 |
| 1/22/2010 | DUPL | $ | 0.20 |
| 1/22/2010 | DUPL | $ | 0.10 |
| 1/22/2010 | DUPL | $ | 0.10 |
| 1/22/2010 | DUPL | $ | 0.40 |
| 1/22/2010 | DUPL | $ | 0.90 |
| 1/22/2010 | DUPL | $ | 0.90 |
| 1/22/2010 | DUPL | $ | 0.90 |
| 1/22/2010 | DUPL | $ | 0.40 |

| Date | Name | Type | | Amount |
|---|---|---|---|---|
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.90 |
| 1/22/2010 | | DUPL | $ | 0.90 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.90 |
| 1/22/2010 | | DUPL | $ | 0.10 |
| 1/22/2010 | | DUPL | $ | 0.90 |
| 1/22/2010 | | DUPL | $ | 0.90 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.70 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.10 |
| 1/22/2010 | | DUPL | $ | 0.90 |
| 1/22/2010 | | DUPL | $ | 0.90 |
| 1/22/2010 | | DUPL | $ | 0.40 |
| 1/22/2010 | | DUPL | $ | 0.40 |
| 1/22/2010 | | DUPL | $ | 0.40 |
| 1/22/2010 | | DUPL | $ | 0.40 |
| 1/22/2010 | | DUPL | $ | 0.40 |
| 1/22/2010 | | DUPL | $ | 0.40 |
| 1/22/2010 | | DUPL | $ | 0.40 |
| 1/22/2010 | | DUPL | $ | 0.40 |
| 1/22/2010 | | DUPL | $ | 0.40 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.30 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.40 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.70 |
| 1/22/2010 | | DUPL | $ | 0.90 |
| 1/22/2010 | | DUPL | $ | 0.90 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/22/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | Craner, Katherine G. | DUPL | $ | 20.00 |
| 1/25/2010 | Rigano, Nicholas C. | DUPL | $ | 20.00 |

| 1/25/2010 | Virani, Zahir | DUPL | $ | 20.00 |
|-----------|---------------|------|---|-------|
| 1/25/2010 | | DUPL | $ | 0.30 |
| 1/25/2010 | | DUPL | $ | 0.30 |
| 1/25/2010 | | DUPL | $ | 0.40 |
| 1/25/2010 | | DUPL | $ | 0.30 |
| 1/25/2010 | | DUPL | $ | 0.30 |
| 1/25/2010 | | DUPL | $ | 0.30 |
| 1/25/2010 | | DUPL | $ | 0.30 |
| 1/25/2010 | | DUPL | $ | 0.50 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.70 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.30 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.70 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.70 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.70 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.30 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.10 |

| | | | |
|---|---|---|---|
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.20 |
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.20 |
| 1/25/2010 | DUPL | $ | 0.20 |
| 1/25/2010 | DUPL | $ | 0.30 |
| 1/25/2010 | DUPL | $ | 0.20 |
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.70 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.70 |
| 1/25/2010 | DUPL | $ | 0.70 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.70 |
| 1/25/2010 | DUPL | $ | 0.70 |
| 1/25/2010 | DUPL | $ | 0.70 |
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.70 |
| 1/25/2010 | DUPL | $ | 0.70 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.70 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.20 |
| 1/25/2010 | DUPL | $ | 0.90 |
| 1/25/2010 | DUPL | $ | 0.20 |
| 1/25/2010 | DUPL | $ | 0.20 |
| 1/25/2010 | DUPL | $ | 0.10 |
| 1/25/2010 | DUPL | $ | 0.20 |

| Date | Name | Type | | Amount |
|------|------|------|--|-------:|
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 1.10 |
| 1/25/2010 | | DUPL | $ | 2.60 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 2.60 |
| 1/25/2010 | | DUPL | $ | 0.60 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.70 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.70 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.70 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.90 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 6.10 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.10 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | | DUPL | $ | 0.20 |
| 1/25/2010 | Zawadzki, Jeffrey | DUPL | $ | 10.40 |
| 1/25/2010 | Robinson, Pamela L. | DUPL | $ | 0.40 |
| 1/26/2010 | | DUPL | $ | 2.30 |
| 1/26/2010 | Schnitzer, Edward L. | DUPL | $ | 0.80 |
| 1/26/2010 | Primm, Kyle | DUPL | $ | 0.40 |
| 1/26/2010 | Orbach, Joseph | DUPL | $ | 53.70 |

| | | | |
|---|---|---|---|
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.50 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |

| | | | |
|---|---|---|---|
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 1.00 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.20 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.20 |
| 1/26/2010 | DUPL | $ | 0.20 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.20 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.20 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 1.00 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 1.00 |

| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.20 |
| 1/26/2010 | DUPL | $ | 0.50 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 0.80 |
| 1/26/2010 | DUPL | $ | 0.20 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.20 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.20 |
| 1/26/2010 | DUPL | $ | 0.90 |

| | | | |
|---|---|---|---|
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.20 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.20 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.20 |
| 1/26/2010 | DUPL | $ | 0.10 |
| 1/26/2010 | DUPL | $ | 0.10 |
| 1/26/2010 | DUPL | $ | 0.10 |
| 1/26/2010 | DUPL | $ | 0.40 |
| 1/26/2010 | DUPL | $ | 1.80 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 2.10 |
| 1/26/2010 | DUPL | $ | 0.10 |
| 1/26/2010 | DUPL | $ | 1.50 |
| 1/26/2010 | DUPL | $ | 1.50 |
| 1/26/2010 | DUPL | $ | 6.40 |
| 1/26/2010 | DUPL | $ | 3.70 |
| 1/26/2010 | DUPL | $ | 1.00 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.30 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.70 |
| 1/26/2010 | DUPL | $ | 0.90 |
| 1/26/2010 | DUPL | $ | 0.60 |
| 1/26/2010 | DUPL | $ | 0.50 |
| 1/26/2010 | DUPL | $ | 0.50 |
| 1/26/2010 | DUPL | $ | 0.10 |
| 1/26/2010 | DUPL | $ | 0.10 |
| 1/26/2010 | DUPL | $ | 0.20 |

| | | | | |
|---|---|---|---|---|
| 1/26/2010 | | DUPL | $ | 0.20 |
| 1/26/2010 | | DUPL | $ | 0.90 |
| 1/26/2010 | | DUPL | $ | 0.90 |
| 1/26/2010 | | DUPL | $ | 0.70 |
| 1/26/2010 | | DUPL | $ | 0.70 |
| 1/28/2010 | Craner, Katherine G. | DUPL | $ | 0.10 |
| 1/28/2010 | Schnitzer, Edward L. | DUPL | $ | 0.80 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.40 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.50 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.50 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.40 |
| 1/28/2010 | | DUPL | $ | 0.40 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.10 |
| 1/28/2010 | | DUPL | $ | 0.10 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.40 |
| 1/28/2010 | | DUPL | $ | 0.40 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.20 |
| 1/28/2010 | | DUPL | $ | 0.90 |
| 1/29/2010 | | DUPL | $ | 0.20 |
| 1/29/2010 | | DUPL | $ | 0.10 |
| 1/29/2010 | | DUPL | $ | 0.50 |
| 1/29/2010 | | DUPL | $ | 0.10 |
| 1/29/2010 | | DUPL | $ | 0.10 |
| 1/29/2010 | | DUPL | $ | 0.40 |

| Date | Name | Type | | Amount | Description |
|------|------|------|---|--------|-------------|
| 1/29/2010 | | DUPL | $ | 0.40 | |
| 1/29/2010 | | DUPL | $ | 18.20 | |
| 1/29/2010 | | DUPL | $ | 2.00 | |
| 1/29/2010 | | DUPL | $ | 2.00 | |
| 1/29/2010 | | DUPL | $ | 2.00 | |
| 1/29/2010 | | DUPL | $ | 1.20 | |
| 1/29/2010 | | DUPL | $ | 0.20 | |
| 1/29/2010 | | DUPL | $ | 0.20 | |
| 1/29/2010 | | DUPL | $ | 0.10 | |
| 1/29/2010 | | DUPL | $ | 0.20 | |
| 1/29/2010 | | DUPL | $ | 0.20 | |
| 1/29/2010 | | DUPL | $ | 0.10 | |
| 1/29/2010 | | DUPL | $ | 0.20 | |
| 1/29/2010 | | DUPL | $ | 0.20 | |
| 1/29/2010 | | DUPL | $ | 0.40 | |
| 1/29/2010 | | DUPL | $ | 0.40 | |
| | | | **$** | **717.80** | |
| 1/4/2010 | Kang, Christina | LEXI | $ | 186.71 | VENDOR: LEXIS - NEXIS; INVOICE#: 1001008471; DATE: 2/8/2010 |
| 1/6/2010 | Schnitzer, Edward L. | LEXI | $ | 1.02 | VENDOR: LEXIS - NEXIS; INVOICE#: 1001008471; DATE: 2/8/2010 |
| 1/7/2010 | Kang, Christina | LEXI | $ | 38.32 | VENDOR: LEXIS - NEXIS; INVOICE#: 1001008471; DATE: 2/8/2010 |
| 1/11/2010 | Schrag C, Alison M. | LEXI | $ | 93.94 | VENDOR: LEXIS - NEXIS; INVOICE#: 1001008471; DATE: 2/8/2010 |
| 1/11/2010 | Malatak, Robert J. | LEXI | $ | 4.28 | VENDOR: LEXIS - NEXIS; INVOICE#: 1001008471; DATE: 2/8/2010 |
| 1/28/2010 | Patwardhan, Huria N. | LEXI | $ | 2.05 | VENDOR: LEXIS - NEXIS; INVOICE#: 1001008471; DATE: 2/8/2010 |
| | | | **$** | **326.32** | |
| 1/13/2010 | Schnitzer, Edward L. | MEAL | $ | 21.52 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 624764; DATE: 1/17/2010 |
| 1/13/2010 | Rigano, Nicholas C. | MEAL | $ | 15.08 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 624764; DATE: 1/17/2010 |
| 1/14/2010 | Indelicato, Mark S | MEAL | $ | 19.54 | VENDOR: INDELICATO; INVOICE#: 41; DATE: 1/28/2010 |
| 1/21/2010 | Patwardhan, Huria N. | MEAL | $ | 21.58 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 627062; DATE: 1/24/2010 |
| 1/21/2010 | Gonzalez, Dalgis E. | MEAL | $ | 52.55 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 627062; DATE: 1/24/2010 |

| Date | Name | Type | | Amount | Description |
|------|------|------|---|--------|-------------|
| 1/25/2010 | Craner, Katherine G. | MEAL | $ | 15.40 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 630216; DATE: 1/31/2010 |
| 1/28/2010 | Gonzalez, Dalgis E. | MEAL | $ | 24.31 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 630216; DATE: 1/31/2010 |
| 1/30/2010 | Indelicato, Mark S | MEAL | $ | 14.77 | VENDOR: INDELICATO; INVOICE#: 42; DATE: 2/24/2010 |
| | | | **$** | **184.75** | |
| | | | | | |
| 1/4/2010 | Kang, Christina | POST | $ | 1.39 | |
| 1/4/2010 | Kang, Christina | POST | $ | 1.39 | |
| 1/5/2010 | Kang, Christina | POST | $ | 1.39 | |
| 1/5/2010 | Kang, Christina | POST | $ | 1.39 | |
| 1/6/2010 | Orbach, Joseph | POST | $ | 7.32 | |
| 1/6/2010 | Zawadzki, Jeffrey | POST | $ | 4.88 | |
| 1/15/2010 | Orbach, Joseph | POST | $ | 14.70 | |
| 1/19/2010 | Papalexis, Alison M. | POST | $ | 1.22 | |
| 1/19/2010 | Papalexis, Alison M. | POST | $ | 2.10 | |
| 1/19/2010 | Orbach, Joseph | POST | $ | 2.10 | |
| 1/19/2010 | Orbach, Joseph | POST | $ | 2.10 | |
| 1/21/2010 | Virani, Zahir | POST | $ | 8.40 | |
| 1/21/2010 | Craner, Katherine G. | POST | $ | 11.55 | |
| 1/21/2010 | Patwardhan, Huria N. | POST | $ | 31.72 | |
| 1/22/2010 | Zawadzki, Jeffrey | POST | $ | 8.40 | |
| 1/25/2010 | Craner, Katherine G. | POST | $ | 12.48 | |
| 1/26/2010 | Orbach, Joseph | POST | $ | 9.36 | |
| 1/26/2010 | Orbach, Joseph | POST | $ | 2.24 | |
| 1/26/2010 | Patwardhan, Huria N. | POST | $ | 18.72 | |
| 1/27/2010 | Patwardhan, Huria N. | POST | $ | 6.24 | |
| 1/27/2010 | Craner, Katherine G. | POST | $ | 1.56 | |

| Date | Name | Type | Amount | Description |
|------|------|------|--------|-------------|
| 1/27/2010 | Orbach, Joseph | POST | $ 1.56 | |
| | | | **$ 152.21** | |
| 11/2/2009 | Power, Mark | SEAR | $ 4.80 | FEB-SEPT 009 VENDOR: PACER SERVICE CENTER; INVOICE#: 01062010; DATE: 1/6/2010 |
| 1/25/2010 | Power, Mark | SEAR | $ 3.04 | VENDOR: PACER SERVICE CENTER; INVOICE#: 03312010; DATE: 3/31/2010 |
| 1/26/2010 | Power, Mark | SEAR | $ 54.16 | VENDOR: PACER SERVICE CENTER; INVOICE#: 03312010; DATE: 3/31/2010 |
| | | | **$ 62.00** | |
| 1/13/2010 | Schnitzer, Edward L. | TELCON | **$ 4.81** | VENDOR: AMERICAN EXPRESS; INVOICE#: 0301; DATE: 3/9/2010 |
| 1/12/2010 | Schnitzer, Edward L. | TRAV | $ 253.20 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 51; DATE: 1/19/2010 |
| 1/19/2010 | Schnitzer, Edward L. | TRAV | $ 476.00 | VENDOR: Linowes and Blocher, LLP; INVOICE#: 53; DATE: 1/25/2010 |
| 1/25/2010 | Schnitzer, Edward L. | TRAV | $ 476.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 53; DATE: 1/28/2010 |
| | | | **$ 1,205.20** | |
| 1/26/2010 | Malatak, Robert J. | VELO | **$ 2.75** | |
| | Total: | | $ 2,722.14 | |