## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., _et al_. [1] | : | (Jointly Administered) |
|  | : |  |
| Debtors | : |  |
|  | : | **Hearing Date: July 19, 2010** |
|  | : | **at 11:00 a.m.** |
|  | : |  |
|  | : | **Objections Due By: July 19, 2010** |
|  | : | **at 4:00 p.m.** |

-----------------------------------------------------------

### TENTH INTERIM FEE APPLICATION OF HAHN & HESSEN, LLP
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS
### CO-COUNSEL TO THE COMMITTEE FOR THE PERIOD FROM
### <u>NOVEMBER 1, 2009 THROUGH JANUARY 31, 2010</u>

### <u>SUMMARY COVER SHEET</u>

| | |
|---|---|
| Name of Applicant: | **HAHN & HESSEN LLP** |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | November 28, 2007 (effective August 14, 2007) |
| Period for which Compensation and Reimbursement of Expenses is Sought: | November 1, 2009 through January 31, 2010 |
| Amount of Compensation sought as actual, reasonable and necessary: | $431,109.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $6,880.08 |

This is a ☐ monthly ☒ **interim** ☐ final application.
The total time expended for preparation of this Application is approximately 6.0 hours, and the corresponding compensation is not included herein, but will be requested in a subsequent monthly application of Hahn & Hessen, LLP for compensation and reimbursement of expenses.

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

| SECTION 1:  FEE SUMMARY | | | | | |
| **Prior Applications** | | **Requested** | | **Approved/Status** | |
| No./Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| First - 11/30/2007 | 8/14/2007-8/31/2007 | $213,416.00 | $3,416.60 | Approved | Approved |
| Second - 12/5/2007 | 9/1/2007-9/30/2007 | $347,084.50 | $10,120.65 | Approved | Approved |
| Third - 12/11/2007 | 10/1/2007-10/31/2007 | $510,177.00 | $18,483.01 | Approved | Approved |
| Fourth - 3/20/2008 | 11/1/2007-11/30/2007 | $234,223.00 | $9,396.14 | Approved | Approved |
| Fifth - 3/20/2008 | 12/1/2007-12/31/2007 | $160,662.50 | $4,795.49 | Approved | Approved |
| Sixth - 3/20/2008 | 1/1/2008-1/31/2008 | $226,308.50 | $5,000.27 | Approved | Approved |
| Seventh - 6/17/2008 | 2/1/2008-2/29/2008 | $186,108.50 | $5,693.64 | Approved | Approved |
| Eighth - 6/17/2008 | 3/1/2008-3/31/2008 | $208,726.00 | $6,406.70 | Approved | Approved |
| Ninth - 6/17/2008 | 4/1/2008-4/30/2008 | $315,741.00 | $15,570.65 | Approved | Approved |
| Tenth – 12/3/2008 | 5/1/2008-5/31/2008 | $181,783.50 | $4,606.22 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| Eleventh – 12/5/2008 | 6/1/2008-6/30/2008 | $196,630.50 | $6,470.09 | Approved | Approved |
| Twelfth – 12/5/2008 | 7/1/2008-7/31/2008 | $206,217.50 | $3,157.08 | Approved | Approved |
| Thirteenth – 12/5/2008 | 8/1/2008-8/31/2008 | $2,987,078.50 | $7,255.74 | Approved | Approved |
| Fourteenth – 8/7/2009 | 9/1/2008-9/30/2008 | $249,088.50 | $9,037.16 | Approved | Approved |
| Fifteenth – 8/7/2009 | 10/1/2008-10/31/2008 | $223,386.50 | $22,482.48 | Approved | Approved |
| Sixteenth - 8/7/2009 | 11/1/2008-11/30/2008 | $216,169.00 | $4,286.36 | Approved | Approved |
| Seventeenth - 8/19/2009 | 12/1/2008-12/31/2008 | $192,413.50 | $2,776.74 | Approved | Approved |
| Eighteenth - 8/19/2009 | 1/1/2009-1/31/2009 | $261,947.50 | $7,523.50 | Approved | Approved |
| Nineteenth - 8/19/2009 | 2/1/2009-2/28/2009 | $265,100.00 | $11,448.78 | Approved | Approved |
| Twentieth - 8/19/2009 | 3/1/2009-3/31/2009 | $128,991.00 | $2,824.78 | Approved | Approved |
| Twenty-First – 8/19/2009 | 4/1/2009-4/31/2009 | $121,285.50 | $4,664.28 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| Twenty-Second -12/4/2009 | 5/1/2009-5/31/2009 | $179,391.00 | $2,998.22 | Approved at 80% | Approved |
| Twenty-Third-12/4/2009 | 6/1/2009-6/30/2009 | $126,055.00 | $1,863.05 | Approved at 80% | Approved |
| Twenty-Fourth-12/4/2009 | 7/1/2009-7/31/2009 | $199,320.00 | $3,557.19 | Approved at 80% | Approved |
| Twenty-Fifth- 12/4/2009 | 8/1/2010-8/31/210 | $113,886.00 | $3,398.51 | Approved at 80% | Approved |
| Twenty-Sixth- 12/4/2009 | 9/1/2009-9/30/2009 | $138,373.00 | $2,293.70 | Approved at 80% | Approved |
| Twenty-Seventh- 3/26/2010 | 10/1/2009-10/31/2009 | $139,662.00 | $1,837.87 | Approved at 80% | Approved |
| Twenty-Eighth- 4/30/2010 | 11/1/2009-11/30/2009 | $165,166.50 | $1,781.83 | Approved at 80% | Approved |
| Twenty-Ninth- 4/30/2010 | 12/1/2009-12/31/2009 | $128,532.00 | $2,376.11 | Approved at 80% | Approved |
| Thirtieth-6/28/2010 | 1/1/2010-1/31/2010 | $137,410.50 | $2,722.14 | Pending | Pending |

## INTERIM APPLICATIONS FILED FOR HOLDBACKS

| No./Date Filed | Period Covered | Fees Awarded | Disbursement Awarded | Status |
|---|---|---|---|---|
| First - 12/17/07 | 8/14/07-10/31/07 | $1,070,677.50 | $32,020.26 | Approved |
| Second - 3/20/2008 | 11/1/07-1/31/08 | $621,194.00 | $19,191.90 | Approved |
| Third - 6/17/2008 | 2/1/08-4/30/08 | $708,343.50 | $27,670.99 | Approved |
| Fourth - 12/15/2008 | 5/1/08-7/31/08 | $584,631.50 | $14,233.39 | Approved |
| Fifth – 11/13/2009 | 8/1/08-10/31/08 | $533,330.40 | $38,775.38 | Approved |
| Sixth – 11/13/2009 | 11/1/08-1/31/09 | $536,424.00 | $14,586.60 | Approved |
| Seventh – 11/13/2009 | 2/1/09-4/31/09 | $412,301.20 | $18,937.84 | Approved |
| Eighth-6/18/2010 | 5/1/09-7/31/09 | $504,766.00 | $8,418.00 | Pending |
| Ninth- 6/18/2010 | 8/1/09-10/31/09 | $391,921.00 | $7,530.08 | Pending |

| Fee (100%) and Disbursement Requested for the Current Period | |
|---|---|
| **Fees** | **Disbursements** |
| $ 431,109.00 | $6,880.08 |

**ATTORNEY/PARAPROFESSIONAL SUMMARY**

| Name of Professional | Position and (Year Licensed to Practice) | Hourly Billing Rate | Total Billed Hours | Total Fees/ Compensation |
|---|---|---|---|---|
| Mark S. Indelicato | Partner (1986) | $760.00 | 72.70 | $55,252.00 |
| Mark T. Power | Partner (1989) | $760.00 | 24.70 | $18,772.00 |
| Edward L. Schnitzer | Partner (1998) | $595.00 | 176.80 | $105,196.00 |
| Christopher Jarvinen | Partner (2000) | $595.00 | 41.80 | $24,871.00 |
| Don D. Grubman | Partner (1979) | $710.00 | 13.30 | $9,443.00 |
| Zachary G. Newman | Partner (1994) | $660.00 | 12.20 | $8,052.00 |
| John P. McCahey | Partner (1986) | $750.00 | 44.70 | $33,525.00 |
| Robert Malatak | Special (1994) | $570.00 | 35.00 | $19,950.00 |
| Christina J. Kang | Associate (2002) | $500.00 | 26.20 | $13,100.00 |
| Katharine Craner | Associate (2002) | $485.00 | 53.70 | $26,044.50 |
| Jeffrey Zawadzki | Associate (2004) | $425.00 | 93.50 | $39,737.50 |
| Huria Patwardhan | Associate (2005) | $375.00 | 40.80 | $15,300.00 |
| Allison Schrag | Associate (2006) | $350.00 | 17.80 | $6,230.00 |
| Joseph Orbach | Associate (2008) | $320.00 | 19.70 | $6,304.00 |
| Zahir Virani | Associate (2007) | $320.00 | 55.60 | $17,792.00 |
| Nicholas Rigano | Associate (2008) | $300.00 | 34.40 | $10,320.00 |
| Jason W. Smith | Paralegal (N/A) | $245.00 | 69.70 | $17,076.50 |
| Dustin Millman | Paralegal (N/A) | $215.00 | 4.70 | $1,010.50 |

| | | | | |
|---|---|---|---|---|
| Matthew Mitchell | Paralegal (N/A) | $215.00 | 0.20 | $43.00 |
| Kyle Primm | Paralegal (N/A) | $150.00 | 16.60 | $2,490.00 |
| Nicholas Kacuba | Paralegal (N/A) | $150.00 | 4.00 | $600.00 |
| **Grand Totals:** | | | **858.10** | **$ 431,109.00** |
| **Blended Rate:** | | | | **$502.40** |
| **Blended Rate excluding Paralegals and Summer Associates:** | | | | **$537.28** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Creditors' Committee | 118.20 | $60,737.00 |
| Sale of Assets | 9.30 | $6,628.00 |
| Professional Fees | 51.70 | $17,312.00 |
| Avoidance Actions | 417.20 | $194,021.50 |
| Litigation | 126.00 | $71,002.00 |
| Plan & Disclosure Statement | 1.30 | $988.00 |
| Employee Issues | 4.00 | $1,700.00 |
| Claims Administration | 10.90 | $5,135.00 |
| Investigation of Company | 71.50 | $44,105.50 |
| Triad Workout | 48.00 | $29,480.00 |
| **Total:** | **858.10** | **$ 431,109.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Carfare *[re: Attorney/Staff working after hours or traveling]* | Skyline Credit Ride Inc. | $1,195.21 |
| Duplicating [at 10¢ per page] | | $1,284.80 |
| Lexis | Lexis-Nexis | $443.09 |
| Meals *[re: Attorney/Staff working after hours or traveling]* | Seamless Web Professional Solutions, Inc. | $286.94 |
| Overnight Delivery | Federal Express, Inc. | $63.16 |
| Postage | | $195.96 |
| Search Fees | | $859.68 |
| Telephone Conference Call | | $143.29 |
| Travel | | $2,394.20 |
| Velobind | | $13.75 |
| **Total:** | | **$6,880.08** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| American Home Mortgage Holdings, Inc., _et al._.[2] | : | Case No. 07-11047 (CSS) |
|  | : | (Jointly Administered) |
|  | : |  |
| Debtors | : |  |

-------------------------------------------------------------

### TENTH INTERIM FEE APPLICATION OF HAHN & HESSEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL TO THE COMMITTEE FOR THE PERIOD FROM NOVEMBER 1, 2009 THROUGH JANUARY 31, 2010

TO:    THE HONORABLE CHRISTOPHER S. SONTCHI,
       UNITED STATES BANKRUPTCY JUDGE:

Pursuant to the provisions of sections 330 and 331 of Title 11, United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), HAHN & HESSEN LLP ("H&H" or the "Applicant") makes this Tenth Interim Application (the "Tenth Interim Fee Request") for allowance of compensation in the amount of $431,109.00  and reimbursement of expenses in the sum of $6,880.08  incurred as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") during the period of November 1, 2009 through January 31, 2010 (the "Tenth Interim Fee Period"), and in support thereof respectfully represents:

---

[2]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

## Background

1.     On August 6, 2007 (the "Petition Date"), American Home Mortgage Holdings, Inc., et al. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management and operation of their businesses as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee has been appointed in the Debtors' cases.

2.     On August 14, 2007, the United States Trustee for the District of Delaware appointed the Committee, which is comprised of the following seven (7) members:  Wilmington Trust Company; United Parcel Service, c/o The Receivable Management Services Corporation, Its Agent; The Bank of New York Trust Company, N.A.[3]; Deutsche Bank National Trust Co.; as Trustee; Nomura Credit & Capital, Inc.; Impac Funding Corporation; and Waldners Business Environments, Inc[4].

4.     The Committee elected Wilmington Trust Company, as Trustee, and The Receivable Management Services Corporation, Agent for United Parcel Service, as Co-Chairpersons of the Committee.  The Committee then selected H&H as its counsel, Blank Rome LLP as co-counsel, and BDO Seidman as financial advisors.

5.     Pursuant to an order of this Court dated November 28, 2007, H&H was authorized to represent the interests of the Committee under a general retainer, effective as of August  14, 2007.

---

[3] The Bank of New York Trust Company resigned from the Committee and was replaced with Law Debenture Trust Company of New York pursuant to notice of the Office of the United States Trustee dated December 7, 2007.

[4] Waldner Business Environments, Inc. subsequently resigned from the Committee and has not yet been replaced.

703159/007-1875817.2

6.      Hahn & Hessen submits this Tenth Interim Application pursuant to §§ 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States District Court for the District of Delaware and the Administrative Order, pursuant to 11 U.S.C. §§ 105(a) and 331of the Bankruptcy Code, Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated September 3, 2007 (collectively, the "Administrative Fee Order").  By this application, Hahn & Hessen requests allowance of compensation for actual and necessary professional services during our Tenth Interim Fee Period rendered in the amount of $431,109.00, reimbursement of reasonable and necessary expenses in the amount of $6,880.08, pursuant to our agreement with the Debtors payment of the 50% holdback on the monthly fee applications which are covered by this Tenth Interim Application, and any other unpaid fees.  The total holdback amount for this quarter is $215,554.50.

## MONTHLY REQUESTS FOR COMPENSATION

7.      In accordance with the Administrative Fee Order, Applicant filed requests for allowance of monthly interim compensation and reimbursement of related out-of-pocket expenses as follows:

(a) on April 30, 2010, Applicant filed its Twenty-Eighth Monthly Fee Application ("Twenty-Eighth Application") for the period November 1, 2009 through November 30, 2009 requesting compensation in the sum of $165,166.50 and reimbursement of expenses in the amounts of $1,781.83 respectively; and

A certificate of no objection was filed on June 2, 2010 and as of the filing of this Tenth Interim Fee Request, H&H has been paid 50% of fees and 100% of expenses requested in its Twenty-Eighth Application.

- 3 -

(b) on April 30, 2010, Applicant filed its Twenty-Ninth Monthly Fee Application ("Twenty-Ninth Application") for the period December 1, 2009 through December 31, 2009 requesting compensation in the sum of $128,532.00 and reimbursement of expenses in the amount of $2,376.11 respectively; and

A certificate of no objection was filed on June 2, 2010 and as of the filing of this Tenth Interim Fee Request, H&H has been paid 50% of fees and 100% of expenses requested in its Twenty-Ninth Application.

(c) on June 29, 2010, Applicant filed a Thirtieth Monthly Fee Application ("Thirtieth Application") for the period January 1, 2010 through January 31, 2010 seeking compensation in the sum of $137,410.50 and expenses in the amount of $2,722.14 respectively; and

A certificate of no objection has not yet been filed with the court, and as of the filing of this Tenth Interim Fee Request, H&H has been paid 0% of fees and 0% of expenses requested in its Thirtieth Application.

## SUMMARY OF H&H SERVICES
## DURING THE TENTH INTERIM FEE PERIOD

8.      H&H expended a total of 858.10 hours during the Tenth Interim Fee Period at an average hourly rate of $502.40.  The value of these services is $431,109.00.  The hourly rates for each attorney and other professionals who performed services on behalf of the Committee are set forth in detail in the chart annexed to this Application and in each of the three (3) Monthly Fee Applications previously filed for this interim period.  Pursuant to Local Rule 2016-2(d), H&H's detailed contemporaneous time records attached to each monthly compensation request provide narrative descriptions of all services rendered to the Committee by

H&H during the Application Period, itemized by project code category as reflected in prior

Monthly Fee Applications.

9.     Pursuant to the standards set forth in § 330 of the Bankruptcy Code, H&H

submits that the compensation requested for its actual and necessary services and expenses is

reasonable, based upon the nature, extent and value of such services, the time spent thereon, and

the costs of comparable services other than in a case under the Bankruptcy Code.

## H&H'S OUT OF POCKET EXPENSES
## FOR THE TENTH INTERIM FEE PERIOD

10.     Pursuant to Local Rule 2016-2(e), Section IV of the Cover Sheet to each

of H&H's Monthly Fee Applications sets forth in detail the actual and necessary out-of-pocket

expenses incurred in connection with the services rendered by H&H on behalf of the Committee.

Such costs include copying, long distance telephone charges, carfare, train, off site transcribing

and hotel charges in connection with appearances before this Court and attendance at depositions

and mediations.  H&H's costs for in-house copying charges are $0.10 per page.  H&H charges

$1.00 per page for transmitting facsimiles/telecopies, but does not charge for the receipt of

facsimile/telecopies.  H&H believes its out-of-pocket expenses are reasonable and were

necessarily incurred.  H&H respectfully requests reimbursement thereof, to the extent not

previously reimbursed.

703159/007-1875817.2

**WHEREFORE**, H&H respectfully requests that the Court: (i) approve this Tenth Interim Fee Application in the amount of $431,109.00  and reimbursement of expenses in the total amount of $6,880.08; and (ii) enter any other and further relief as the Court deems to be just and proper.

Dated: New York, New York
      June  28, 2010

                  **HAHN & HESSEN LLP**
                  Co-Counsel to The Official Committee of
                  Unsecured Creditors of American Home Mortgage
                  Holdings, Inc., *et* *al*.

                  By:     */s/ Mark S. Indelicato*
                          Mark S. Indelicato
                          A Member of the Firm
                          488 Madison Avenue
                          New York, NY  10022