IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
    Debtors.                                                             :
                                                                         : Ref. Docket Nos. 6009, 6230 & 6462
                                                                         :
------------------------------------------------------------------------ x

### ORDER APPROVING AGREEMENT RESOLVING DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 7365 FILED BY ERIC SEGALL

Upon consideration of the nineteenth omnibus (substantive) claims objection (the "Objection") [Docket No. 6009] of the above-captioned debtors and debtors in possession (the "Debtors") and the response thereto [Docket No. 6230] filed by Eric Segall; and the Court having entered an order [Docket No. 6462] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 7365 ("Claim 7365") filed by Mr. Segall; and upon consideration of the *Certification of Counsel Submitting Proposed Order Approving Agreement Resolving Debtors' Nineteenth Omnibus (Substantive) Objection to Claims With Respect to Proof of Claim No. 7365 Filed by Eric Segall* (the "Certification"); and the Court having found, based on the statements made in the Certification, that good and sufficient cause appears for the relief requested by the agreement and general release entered into between debtor American Home Mortgage Corp. and Eric Segall (the "Agreement"); it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that the Agreement attached hereto as <u>Exhibit 1</u> is approved; and it is further

ORDERED that, in accordance with the Agreement, Claim 7365 shall be allowed against American Home Mortgage Corp. (Case No. 07-11051) in the following amounts and priorities: (i) a priority unsecured claim in the amount of $10,950; and (ii) a general unsecured claim in the amount of $38,857.69; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ 7/1 \_\_\_\_, 2010

_/s/ CSS_
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE