## EXHIBIT 1

**Agreement and General Release**

## AGREEMENT AND GENERAL RELEASE

This Agreement and General Release (the "Agreement") is made and entered into as of the 6nt day of June, 2010 by and between American Home Mortgage Corp. ("AHM Corp."), which maintains its principal office at 538 Broadhollow Road, Melville, New York 11747, and Eric Segall, his heirs, executors, administrators, successors, and assigns (collectively referred to throughout this Agreement as "Employee").

WHEREAS, AHM Corp. and Employee were each parties to that certain Employment Agreement, dated as of March 5, 2007; and

WHEREAS, in connection with the termination of Employee's employment with AHM Corp. pursuant to such Employment Agreement, AHM Corp. and Employee wish to enter into this Agreement;

NOW, THEREFORE, in consideration of the mutual promises and covenants set forth herein, AHM Corp. and Employee agree as follows:

1. **Last Day of Employment.** Employee's last day of employment with AHM Corp. was August 3, 2007.

2. **Consideration.** In consideration for Employee delivering to AHM Corp. a fully executed and dated original of this Agreement and complying with the promises made herein, AHM Corp. hereby agrees to allow claim number 7365 asserted by Employee against the bankruptcy estate of AHM Corp. (Case. No. 07-11051) in the following amounts and priority: (i) a priority unsecured claim in the amount of ten thousand nine hundred and fifty dollars ($10,950.00), and (ii) a general unsecured claim in the amount of thirty-eight thousand eight hundred fifty-seven dollars and sixty-nine cents ($38,857.69), which cumulatively is equivalent to three (3) months base salary as per Employee's Employment Agreement with AHM Corp and unpaid vacation pay. Employee hereby acknowledges and agrees that any and all payments made to Employee hereunder will be subject to applicable federal, state and local taxes, fees and withholdings. As such, any such taxes, fees and withholdings will be automatically deducted by AHM Corp.

3. **No Consideration Absent Execution of this Agreement.** Employee understands and agrees that Employee would not receive the benefits specified in section 2 above, except for Employee's execution of this Agreement and the fulfillment of the promises contained herein.

4. **General Release of Claims.** By executing this Agreement, Employee knowingly and voluntarily agrees to unconditionally release, acquit, and forever discharge AHM Corp., and each of its assigns, agents, attorneys, insurance carriers, and each of its present and past affiliates, predecessors, successors, partnerships, trustees, parents, and affiliated agents, corporations, and entities, and each of its present and past officers, directors, employees, trustees, partners, associates, shareholders, principals, counsel, and representatives, from any and all complaints, claims or grievance (whether direct, indirect, derivative, purportedly on behalf of Employee or on behalf of any present or

former members or by way of indemnity, contribution or subrogation, or of any other nature) grievances, debts, damages, liabilities, demands, obligations, costs, expenses, disputes, actions and causes of action of every nature, whether known or unknown, suspected or unsuspected, contingent or non-contingent, which Employee has or may have, or ever had, as of the date hereof against AHM Corp. Without limiting the generality of the foregoing, this release includes without limitation all claims or causes of action which in any way, directly or indirectly, arises from or are connected with or which could have been asserted in connection with Employee's relationship with AHM Corp., and any claim, cause of action, damage, promise or demand which could have been asserted in any litigation; and the Employee further covenants and agrees that this release may be pleaded or asserted by or on behalf of AHM Corp. as a defense and complete bar to any such action or claim that may be brought against or involving AHM Corp. by anyone acting or purporting to act on behalf of Employee with respect to any of the matters within the scope of this release, excepting only the obligations of the Parties under this Agreement.

5. **General**.

    a. **Governing Law and Interpretation**. The parties agree that this Agreement shall be governed by federal law and the laws of the state of New York, as applicable, without regard to its conflict or choice of law provisions.

    b. **Entire Agreement**. This Agreement sets forth the entire agreement between the parties hereto and fully supersedes any prior agreements or understandings between the parties.

    c. **Counterparts**. This Agreement may be executed in counterparts, each of which shall be deemed an original and each of which shall together constitute one and the same agreement.

    d. **Amendment**. This Agreement may not be modified, altered or changed except upon the express written consent of both parties wherein specific reference is made to this Agreement, or by a court of competent jurisdiction as set forth herein.

    IN WITNESS WHEREOF, the parties hereto knowingly and voluntarily execute this Agreement and General Release as of the date set forth below.

**ERIC SEGALL**

_[signature]_

Date: 4/5/2010

**AMERICAN HOME MORTGAGE CORP.**

By: _[signature]_
Name: Eileen Warnerka
Title: Assistant Vice President
Date: 6/10/10