UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re

AMERICAN HOME MORTGAGE HOLDINGS,
INC., *et al.*,[1]

                              Debtors.

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

------------------------------------------------------------------x
THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF AMERICAN HOME MORTGAGE
HOLDINGS, INC., *et al.*,

                              Plaintiff,

- against -

AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC.,

                              Defendant.
------------------------------------------------------------------x

Adv. Proc. No. 10-50746 (CSS)

## STATUS REPORT

Plaintiff, the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, by and through its undersigned counsel, hereby submits this status report pursuant to the Court's Scheduling Order [Adv. Dkt. No. 6].

1. The above-captioned adversary proceeding is currently in Status F, discovery/disclosures are underway. Fact discovery is expected to be completed by August 5, 2010.

2. The undersigned remains available should the Court have any questions

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

concerning the above.

Dated: July 1, 2010

**BLANK ROME LLP**

_____
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

*Co-Counsel for the Committee*

128189.01600/40189276v.1