IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
         Debtors.                                                            :
                                                                             :   Ref. No. 8897
---------------------------------------------------------------------------- x

### CERTIFICATE OF NO OBJECTION TO APPLICATION
### RE: DOCKET NO. 8897

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Thirty-First Monthly Application of Quinn Emanuel Urquhart & Sullivan LLP as Special Investigatory Litigation and Conflicts Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period February 1, 2010 through February 28, 2010 (the "Application"). The Court's docket which was last updated July 1, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than June 29, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($2,930.40) of requested fees ($3,663.00) and 100% of requested expenses ($30.50) on an interim basis without further Court order.

Dated: Wilmington, Delaware
　　　　 July 1, 2010

　　　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　　　　　　　　/s/ Patrick A. Jackson
　　　　　　　　　　　　　　　　　　Sean M. Beach (No. 4070)
　　　　　　　　　　　　　　　　　　Patrick A. Jackson (No. 4976)
　　　　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 571-6600
　　　　　　　　　　　　　　　　　　Facsimile: (302) 571-1253

　　　　　　　　　　　　　　　　　　Counsel for Debtors and
　　　　　　　　　　　　　　　　　　Debtors in Possession