**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
                                                        :    Chapter 11
In re:                                                  :
American Home Mortgage Holdings,                        :    Case No. 07-11047 (CSS)
Inc., *et al.*,                                         :    (Jointly Administered)
                                                        :
            Debtors.                                    :
------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF
KELLY SERVICES, INC., D/B/A KELLY SERVICES PASADENA, CA**

Kelly Services, Inc., d/b/a Kelly Services Pasadena CA ("Kelly Services"), hereby withdraws its proof of claim filed against American Home Mortgage Holders, Inc. on or about June 15, 2010, Claim No. 10786 (the "Proof of Claim"). A copy of the Proof of Claim is attached hereto as **Exhibit A**.

Dated: July 7, 2010
      Wilmington, Delaware                /s/ Garvan F. McDaniel
                                                 Garvan F. McDaniel (#4167)
                                                 BIFFERATO GENTILOTTI LLC
                                                 800 N. King Street, Plaza Level
                                                 Wilmington, DE  19801
                                                 Telephone: 302-429-1900
                                                 Facsimile: 302-429-8600
                                                 *Attorneys for Kelly Services, Inc. d/b/a Kelly*
                                                 *Services Pasadena CA*